# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al.*<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>**CASE MANAGEMENT ORDER** |

On October 16, 2007, Judge Brewster signed an order severing certain matters from cases 02-CV-2060-B (CAB), 03-CV-0699-B (CAB), and 03-CV-1108-B (CAB), thus creating this case. (Doc. No. 1.) The case was then randomly drawn to Judge Houston. On October 17, 2007, the case was reassigned to Judge Huff pursuant to the low number rule, Local Rule 40.1.

///

///

Prior Dates Remain Set

Accordingly, the Court **ORDERS that all prior dates set before Judge Huff in 02-CV-2060-B (CAB) remain as set** unless otherwise ordered, including but not limited to dates for any hearing, pre-trial conference, or trial. (See, e.g., 02-CV-2060, Doc. Nos. 1876, 2054.) In particular, the Court reminds the parties that the hearing on motions for partial summary judgment of no willful infringement **remains set for October 19, 2007 at 1:30 PM** or as soon thereafter as the Court can call the case.

Adoption of Previous Orders

The Court **ADOPTS** all orders from 02-CV-2060-B (CAB) to the extent they apply to the severed matters.

Filing Procedures

Regarding filing procedures, the Court **ORDERS** that the **parties promptly file** in this case **copies of the pending motions for partial summary judgment of no willful infringement** that were effectively severed by Judge Brewster's order **and any related documents supporting or opposing the motion,** provided, however, that the parties **need not resubmit sealed filings**. (See Doc. No. 1 (listing pending motions).) Where the parties filed both redacted and sealed versions, they may file only the redacted version in the docket for this case. The parties **may refer to the prior docket to the extent relevant to the severed matters**. Thus, the parties **need not refile other documents previously filed in 02-CV-2060-B** except as ordered by the Court. For all future filings, the parties should **file documents related to the severed matters only in 07-CV-2000-H** unless otherwise ordered. The parties **should not file documents in 07-CV-2000-H if they do not related to severed matters**. This may include filings related to bills of costs, pending appeals, or other matters that Judge Brewster's ordered retained for 02-CV-2060-B.

Motions in Limine:

Microsoft previously filed a motion in limine to preclude evidence regarding foreign sales and contributory infringement. (02-CV-2060 Doc. No. 1288.) The Court deferred this motion in light of a then pending Supreme Court decision. (02-CV-2060 Doc. No. 1737.)  The Court sets the following schedule for motions in limine:

- The parties shall file any motions in limine on or before **January 14, 2008**. If it wishes to continue with its pending motion, Microsoft shall submit a revised memorandum of points and authorities at that time.
- Opposition briefs to motions in limine are due on or before **January 28, 2008**
- Reply briefs, if any, are due on or before **February 4, 2008**.
- The Court shall hold a hearing on motions in limine on **February 11, 2008 at 10:30 AM** or as soon thereafter as the Court can call the case.

Pre-Trial Status Conference:

In addition to any dates set, the Court sets a pre-trial status conference for **Feburary 19, 2008 at 10:30 AM**  or as soon thereafter as the Court can call the case. At an appropriate time before trial, the Court will also issue orders concerning time limits, deadlines for jury questionnaires, or other trial logistics.

Pending Requests to File Documents Under Seal:

There are two pending requests to file documents under seal.  Although filed in 02-CV-2060-B (CAB), these requests pertain to the summary judgment hearing on willful infringement and thus were effectively severed to become part of this case. (See 02-CV-2060 Doc. No. 2136, 2138-2.) The Court **GRANTS** these requests as they now relate to 07-CV-2000-H (CAB) .

Accordingly, Gateway may file the following under seal in this case:

- Exhibit 4, excerpts from the deposition of Stephen Samuels, taken on March 3, 2006.

Microsoft may file the following under seal in this case:

1  • Reply in Support of Microsoft's Motion for Partial Summary Judgment of No Willful Infringement of The Asserted Claims of U.S. Patent NOS. 4,958,226; 4,383,272; 5,347,295; and 4,763,356.
• Exhibit 1, a true and correct copy of excerpts from the deposition transcript of Kenneth Rubenstein, Ph.D. taken May 4, 2006.
• Exhibit 3, a true and correct copy of the First Supplemental Rebuttal Expert Report of Edward J. Delp, III dated June 5, 2006.
• Exhibit 4, a true and correct copy of the Expert Report of Edward J. Delp, III dated March 31, 2006.

Equipment Requests

Dell's counsel submitted a motion to bring two laptops into the Courtroom for the October 19, 2007 hearing at 1:30 PM. (02-CV-2060 Doc. No. 2130.) As previously ordered, parties **do not need to file written motions to request permission to bring equipment into Judge Huff's courtroom**, and may simply contact chambers by phone in a timely fashion. (See 02-CV-2060 Doc. No. 2128.)  The Court **GRANTS** this request, but encourages the parties not to file written motions in the future. Counsel wishing to bring equipment should call chambers at least **two court days** before the hearing and ask to speak to Judge Huff's assistant who will then make appropriate arrangements for access to the Courtroom. The parties should use reasonable judgment, however, and contact chambers sooner if the request is likely to require significant alteration of the courtroom setup.

**IT IS SO ORDERED.**

DATED: October 18, 2007

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.