John E. Gartman (SBN 152300)
Juanita Brooks (SBN 75934)
Christopher S. Marchese (SBN 170239)
Roger Denning (SBN 228998)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 02-CV-2060 B (CAB) consolidated with Case No. 03-CV-0699 B (CAB) and Case No. 03-CV-1108 B (CAB) |
| Plaintiff and Counterclaim-defendant, | |
| v. | **NOTICE OF MOTION AND MOTION OF MICROSOFT FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,958,226; 4,383,272; 5,347,295; AND 4,763,356** |
| GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | |
| Defendants and Counter-claimants, | |
| and | |
| MICROSOFT CORPORATION, | |
| Intervenor and Counter-claimant, | |
| MICROSOFT CORPORATION, | Judge Marilyn L. Huff |
| Plaintiff and Counter-defendant, | Hearing: October 19, 2007, 1:30 p.m. Location: Courtroom 13, 5th Floor |
| v. | |
| LUCENT TECHNOLOGIES INC., | |
| Defendant and Counter-claimant, | |

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | |
|     Plaintiff, | |
| v. | |
| DELL, INC., | |
|     Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 19, 2007, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff located at 880 Front Street, San Diego, California 92101, defendant and counterclaim plaintiff Microsoft Corporation ("Microsoft") will move, and hereby does move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment of no willful infringement by Microsoft of the asserted claims of U.S. Patent Nos. 4,958,226; 4,383,272; 5,347,295; and 4,736,356.

The new en banc opinion, *In re Seagate Technology, LLC,* Misc. No. 830 (Fed. Cir. Aug. 20, 2007) announced requirements for proving willfulness which cannot be met in this case.

This motion is based on this Notice of Motion and the concurrently filed Memorandum of Points and Authorities, the Declaration of John E. Gartman with exhibits, the pleadings, records and files in this action, any reply papers that may be filed, and upon such other and further evidence and argument as may properly be presented prior to and at the hearing on the Motion.

Dated: September 10, 2007                FISH & RICHARDSON P.C.

                                                  By: /s/ John E. Gartman
                                                       John E. Gartman (SBN 152300)
                                                       Juanita Brooks (SBN 75934)
                                                       Christopher S. Marchese (SBN 170239)
                                                     Roger Denning (SBN 228998)

                                                    Attorneys for Intervenor/Counter-claimant
                                                   and Plaintiff/Counter-defendant
                                                   MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 10, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/John E. Gartman
John E. Gartman

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10772396.doc