1  John E. Gartman (SBN 152300)
   Juanita Brooks (SBN 75934)
2  Christopher S. Marchese (SBN 170239)
   Roger Denning (SBN 228998)
3  Fish & Richardson P.C.
   12390 El Camino Real
4  San Diego, California  92130
   Telephone:     (858) 678-5070
5  Facsimile:      (858) 678-5099

6  Stephen P. McGrath (SBN 202696)
   Microsoft Corporation
7  One Microsoft Way
   Redmond, WA  98052
8  Telephone:     (425) 882-8080
   Facsimile:      (425) 936-7329
9
   Attorneys for Intervenor/Counter-claimant
10 and Plaintiff/Counter-defendant
   MICROSOFT CORPORATION
11
                    UNITED STATES DISTRICT COURT
12
                   SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>   Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>   Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>   Intervenor and Counter-claimant, | Case No. 02-CV-2060 B (CAB)<br>consolidated with<br>Case No. 03-CV-0699 B (CAB) and<br>Case No. 03-CV-1108 B (CAB)<br><br>**DECLARATION OF JOHN E. GARTMAN IN SUPPORT OF MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,958,226; 4,383,272; 5,347,295; AND 4,763,356** |
| MICROSOFT CORPORATION,<br><br>   Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>   Defendant and Counter-claimant, | Judge Marilyn L. Huff<br><br>Hearing: October 19, 2007, 1:30 p.m.<br>Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 | Defendant. |

Pursuant to Local Rule 7.1(f)(1), I, John E. Gartman, state:

1. I am a principal in the law firm of Fish & Richardson P.C., counsel of record for Microsoft Corporation ("Microsoft") in this case.

2. I make this declaration based on my own personal knowledge except where stated otherwise, and if called to do so, could and would competently testify as follows:

3. Attached as Exhibit 1 is a true and correct copy of Lucent's Response to Microsoft's Fourth Set of Interrogatories to Lucent Technologies Inc. (No. 14).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2007, in San Diego, California.

                                                          /s/ John E. Gartman  
                                                          John E. Gartman (SBN 152300)

*Additional Counsel:*

James S. Blackburn (SBN 169134)
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Ali R. Sharifahmadian
Matthew Bathon (admitted *Pro Hac Vice)*
Joseph Micallef (admitted *Pro Hac Vice*)
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel Freed, Esq. (admitted *Pro Hac Vice*)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Telephone: (202) 756-8080
Facsimile: (202) 756-8087

Attorneys for Defendant
DELL, INC.

David J. Zubkoff (SBN 149488)
Seltzer, Caplan, McMahon & Vitek
2100 Symphony Towers
750 B Street, Suite 2100
San Diego, CA 92101
Telephone: (619) 685-3003
Facsimile: (619) 702-6827

Bryan Farney (admitted *Pro Hac Vice*)
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies (admitted *Pro Hac Vice*)
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

Attorneys for Defendants/Counter-claimants
GATEWAY, INC. and
GATEWAY COUNTRY STORES LLC

**EXHIBIT LIST**

**TABLE OF CONTENTS**

| Exhibit | Page No(s). |
|---|---|
| Exhibit 1 | 1-5 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 10, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    s/John E. Gartman _____
John E. Gartman (SBN 152300)
gartman@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION