# EXHIBIT 1

1  Jane Hahn, SBN 125203
   Alison P. Adema, SBN 149285
2  HAHN & ADEMA
   501 West Broadway, Suite 1730
3  San Diego, California 92101-3595
   Telephone: (619) 235-2100
4  Facsimile: (619) 235-2101

5  Attorneys for *Lucent Technologies Inc.*

6  *Additional counsel listed on the last page*

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 LUCENT TECHNOLOGIES INC.,
                                             Case No. 02-CV-2060-B (CAB)
12                Plaintiff,                      consolidated with
         v.                                  Case No. 03-CV-0699-B (CAB)
13                                           Case No. 03-CV-1108-B (CAB)
   GATEWAY, INC., GATEWAY COUNTRY
14 STORES LLC, GATEWAY COMPANIES,
   INC., GATEWAY MANUFACTURING LLC            **LUCENT'S RESPONSE TO**
15 and COWABUNGA ENTERPRISES, INC.,           **MICROSOFT'S FOURTH SET OF**
                                              **INTERROGATORIES TO LUCENT**
16                Defendants,                 **TECHNOLOGIES INC. (NO. 14)**
            and
17
   MICROSOFT CORPORATION,
18
                  Intervener.
19
   MICROSOFT CORPORATION,
20
                  Plaintiff,
21       v.

22 LUCENT TECHNOLOGIES INC.,

23                Defendant.

24 LUCENT TECHNOLOGIES INC.,

25                Plaintiff,
         v.
26
   DELL INC.,
27
                  Defendant.
28

LUCENT'S RESPONSE TO MICROSOFT'S FOURTH SET OF                    Case Nos. 02-CV-2060-B (CAB),
INTERROGATORIES TO LUCENT TECHNOLOGIES INC. (No. 14)             03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)

Exhibit 1 Page 1

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Lucent makes the following objections and responses to Microsoft's Fourth Set of Interrogatories to Lucent Technologies Inc. (No. 14). Lucent reserves the right to supplement or amend these objections and responses to the extent allowed by the Federal Rules of Civil Procedure and the Local Rules of this Court.

## GENERAL OBJECTIONS

Lucent incorporates by reference, to the extent applicable, its general objections to the First Set of Interrogatories from Microsoft, Dell, and Gateway, which apply to each interrogatory regardless of whether the general objections are specifically incorporated into the specific objections and responses below.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 14:**

Explain in detail, by identifying and referring to all of the documents, testimony, and other evidence on which Lucent relies, the bases for Lucent's contentions that Microsoft has willfully infringed each of the Patents-in-Suit.

**RESPONSE TO INTERROGATORY NO. 14:**

Lucent objects to this interrogatory as being compound and containing multiple subparts that should count toward the total number of interrogatories allowed by this Court's scheduling order and the parties' Joint Discovery Plan. Lucent further objects to this interrogatory to the extent it seeks information protected by the attorney-client privilege, the work-product doctrine, and any other applicable privilege or immunity. Lucent further objects to this interrogatory as overbroad and unduly burdensome to the extent it purports to require identification of "all" documents, testimony, or other evidence supporting Lucent's contentions. Lucent further objects to this interrogatory as vague and ambiguous as to "explain in detail." Lucent further objects to this interrogatory as premature, as discovery and Lucent's investigation are on-going.

Subject to and without waiver of these specific objections and its General Objections, Lucent responds that Microsoft had knowledge of each of the Patents-in-Suit well before it intervened in Case No. 02-CV-2060-B (CAB) and well before it filed its declaratory-judgment action, Case No. 03-CV-0699-B (CAB). In particular, on information and belief, years ago Microsoft acquired

LUCENT'S RESPONSE TO MICROSOFT'S FOURTH SET OF INTERROGATORIES TO LUCENT TECHNOLOGIES INC. (NO. 14)    2    Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)

Exhibit 1 Page 2

1 knowledge of — and learned of its infringement of — at least some of the Patents-in-Suit through interactions with several Microsoft customers who were engaged in licensing negotiations with Lucent concerning these patents. These customers include Gateway, Dell, Compaq, Compal, Quanta, and Sharp. In fact, several of these customers made indemnification requests of Microsoft concerning Lucent's Patents-in-Suit. Microsoft also received notice from Lucent of several of the Patents-in-Suit through Lucent's licensing agent, Thinkfire.

Despite its knowledge of the Patents-in-Suit, Microsoft did not take adequate remedial action or discharge its affirmative duty of due care to avoid Lucent's known patent rights. To the contrary, Microsoft continued to make, use, sell and offer for sale infringing products, at least in part because Microsoft fully appreciates the commercial significance of the Patents-in-Suit and the technological improvement of their described inventions over the prior art. Indeed, Microsoft continued to expand its infringement after acquiring knowledge of the Patents-in-Suit and throughout this action, and even today continues to introduce new products incorporating Lucent's patented technology. For example, Microsoft recently introduced its XBOX 360 product worldwide, which incorporates technology infringing at least the Netravali '272 and Haskell '226 patents.

Despite Microsoft's pervasive and continued infringement, Microsoft appears to have not received any advice of counsel on which it reasonably relies in good faith to justify its actions. Microsoft has refused to provide discovery into a number of relevant areas including its initial awareness of each of the Patents-in-Suit; its investigation, if any, into Lucent's patent rights; whether it received advice of counsel regarding those rights; and its discussions with its customers concerning the Patents-in-Suit. Microsoft's apparent bad faith in blocking relevant discovery itself provides evidence of Microsoft's willfulness and supports Lucent's contention that this is an exceptional case under 35 U.S.C. § 285.

Because Lucent expects to receive discovery relevant to this interrogatory response in the coming weeks, and because Lucent will seek the Court's assistance if Microsoft continues to block relevant discovery, Lucent reserves the right to amend and supplement this response as it receives additional information.

LUCENT'S RESPONSE TO MICROSOFT'S FOURTH SET OF INTERROGATORIES TO LUCENT TECHNOLOGIES INC. (NO. 14)   3   Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)

Exhibit 1 Page 3

| | | |
|---|---|---|
| 1 | Dated: December 21, 2005 | *Lucent Technologies Inc.* |
| 2 | | |
| 3 | | By:  |

John M. Desmarais (admitted *pro hac vice*)
Robert A. Appleby (admitted *pro hac vice*)
James E. Marina (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Jane Hahn, SBN 125203
Alison P. Adema, SBN 149285
HAHN & ADEMA
501 West Broadway, Suite 1730
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

Attorneys for *Lucent Technologies Inc.*

LUCENT'S RESPONSE TO MICROSOFT'S FOURTH SET OF INTERROGATORIES TO LUCENT TECHNOLOGIES INC. (NO. 14) — 4 — Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)

Exhibit 1 Page 4

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2005, a copy of the foregoing LUCENT'S RESPONSE TO MICROSOFT'S FOURTH SET OF INTERROGATORIES TO LUCENT TECHNOLOGIES INC. (NO. 14) was served on counsel for Gateway, Microsoft and Dell as follows:

**FACSIMILE**
John E. Gartman
Christopher S. Marchese
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099

**EMAIL**
marchese@fr.com

Attorneys for *Microsoft Corp.*

**FACSIMILE**
James S. Blackburn
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199

**EMAIL**
joel_freed@aporter.com
sidney_rosenzweig@aporter.com

Attorneys for *Dell Inc.*

**FACSIMILE**
David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827

**EMAIL**
bfarney@deweyballantine.com
ahewgley@deweyballantine.com

Attorneys for *Gateway, Inc., et al.*

*[signature]*

LUCENT'S RESPONSE TO MICROSOFT'S FOURTH SET OF INTERROGATORIES TO LUCENT TECHNOLOGIES INC. (No. 14) — 5 — Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)

Exhibit 1 Page 5