1  David Hahn, SBN 125784
   HAHN & ADEMA
2  501 West Broadway, Suite 1600
   San Diego, California 92101-3595
3  Telephone: (619) 235-2100
   Facsimile: (619) 235-2101

4

5  *Attorneys for Lucent Technologies Inc.*

   *Additional counsel listed on the last page*
6

7
                **UNITED STATES DISTRICT COURT**
8               **SOUTHERN DISTRICT OF CALIFORNIA**

9  LUCENT TECHNOLOGIES INC. and
   MULTIMEDIA PATENT TRUST,
10                                              Case No. 02-CV-2060-B (CAB)
11          Plaintiff,                                  consolidated with
                v.                              Case No. 03-CV-0699-B (CAB)
12                                              Case No. 03-CV-1108-B (CAB)
   GATEWAY, INC., GATEWAY COUNTRY
13 STORES LLC, GATEWAY COMPANIES,
   INC., GATEWAY MANUFACTURING LLC
14 and COWABUNGA ENTERPRISES, INC.,           **DECLARATION OF JORDAN N.**
                                              **MALZ IN SUPPORT OF LUCENT**
15          Defendants,                       **AND MULTIMEDIA PATENT**
                                              **TRUST'S OPPOSITION TO**
       and                                    **DEFENDANTS' MOTIONS FOR**
16                                            **PARTIAL SUMMARY JUDGMENT**
   MICROSOFT CORPORATION,                     **OF NO WILLFUL INFRINGEMENT**
17                                            **OF U.S. PATENT NOS. 4,958,226**
            Intervener.                       **(HASKELL); 4,383,272**
18                                            **(NETRAVALI); AND 4,763,356 (DAY)**

19 MICROSOFT CORPORATION,

20          Plaintiff,                        Date:        October 19, 2007
                v.                            Time:        1:30 p.m.
21                                            Courtroom:   13, 5th Floor
   LUCENT TECHNOLOGIES INC.,                  Judge:       Hon. Marilyn L. Huff
22
            Defendant.
23
   LUCENT TECHNOLOGIES INC. and
24 MULTIMEDIA PATENT TRUST,

25          Plaintiff,
                v.
26
   DELL INC.,
27
            Defendant.
28

I, Jordan N. Malz, declare as follows:

1.     I am an attorney and a partner in the law firm of Kirkland & Ellis LLP, counsel for Lucent Technologies Inc. ("Lucent") and Multimedia Patent Trust. If called to testify as a witness, I could and would competently testify to the truth of each statement herein.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Court's October 1, 2007 Order Granting in Part and Denying in Part Parties' Motions for Summary Judgment Regarding Defendants' Affirmative Defenses and Counterclaims Pertaining to the Transfer of the Group 1 Patents to the Multimedia Patent Trust.

3.     Attached hereto as Exhibit 2 is a true and correct copy of Microsoft's June 30, 2004 Responses to Lucent's Second Set of Interrogatories to Microsoft (Nos. 20-21) **[FILED UNDER SEAL]**.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the April 19, 2007 Declaration of Bernd Girod in Support of Multimedia Patent Trust's Oppositions to Defendants' Motions for Summary Judgment Concerning Video Coding Patents **[FILED UNDER SEAL]**.

5.     Attached hereto as Exhibit 4 is a true and correct copy of the April 12, 2007 Declaration of Jake Richter in Support of Lucent's Combined Opposition to Defendants' Motions for Summary Judgment Concerning U.S. Patent No. 4,439,759 **[FILED UNDER SEAL]**.

6.     Attached hereto as Exhibit 5 is a true and correct copy of the April 11, 2007 Declaration of Mr. Bruce Tognazzini in Support of Lucent's Opposition to Microsoft's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,763,356 **[FILED UNDER SEAL]**.

7.     Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the March 15, 2006 deposition transcript of Baryn Futa **[FILED UNDER SEAL]**.

8.     Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the January 12, 2006 deposition transcript of Henry Garrana **[FILED UNDER SEAL]**.

9.     Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the March 3, 2006 deposition transcript of Stephen Samuels **[FILED UNDER SEAL]**.

10.    Attached hereto as Exhibit 9 is a true and correct copy of the January 11, 2006 deposition transcript of James Tierney taken by Dell **[FILED UNDER SEAL]**.

11.    Attached hereto as Exhibit 10 is a true and correct copy of the January 11, 2006 deposition transcript of James Tierney taken by Gateway **[FILED UNDER SEAL]**.

12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the January 5, 2006 deposition transcript of Mark Walker **[FILED UNDER SEAL]**.

13.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the February 17, 2006 deposition transcript of John Weresh **[FILED UNDER SEAL]**.

14.    Attached hereto as Exhibit 13 is a true and correct copy of Exhibit 12 to the February 17, 2006 deposition of John Weresh **[FILED UNDER SEAL]**.

15.    Attached hereto as Exhibit 14 is a true and correct copy of a document produced by Dell in this action and bearing production numbers DELL 326403-04 **[FILED UNDER SEAL]**.

16.    Attached hereto as Exhibit 15 is a true and correct copy of a document produced by Dell in this action and bearing production number DELL 326405 **[FILED UNDER SEAL]**.

17.    Attached hereto as Exhibit 16 is a true and correct copy of a document produced by Lucent in this action and bearing production number LUC 1048967 **[FILED UNDER SEAL]**.

18.    Attached hereto as Exhibit 17 is a true and correct copy of a document produced by Lucent in this action and bearing production number LUC 1049240 **[FILED UNDER SEAL]**.

19.    Attached hereto as Exhibit 18 is a true and correct copy of a document produced by Lucent in this action and bearing production numbers LUC 1012274-75 **[FILED UNDER SEAL]**.

20.    Attached hereto as Exhibit 19 is a true and correct copy of a document produced by Lucent in this action and bearing production numbers LUC 1300153-55 **[FILED UNDER SEAL]**.

21.    Attached hereto as Exhibit 20 is a true and correct copy of a document produced by Lucent in this action and bearing production numbers LUC 031544-46 **[FILED UNDER SEAL]**.

22.    Attached hereto as Exhibit 21 is a true and correct copy of a document produced by Dell in this action and bearing production number DELL 326561 **[FILED UNDER SEAL]**.

23.     Attached hereto as Exhibit 22 is a true and correct copy of a document produced by Lucent in this action and bearing production numbers LUC 011301-07.

24.     Attached hereto as Exhibit 23 is a true and correct copy of a document produced by Lucent in this action and bearing production number LUC 019229 **[FILED UNDER SEAL]**.

25.     Attached hereto as Exhibit 24 is a true and correct copy of a document produced by Gateway in this action and bearing production numbers GW-LT 145507-54 **[FILED UNDER SEAL]**.

26.     Attached hereto as Exhibit 25 is a true and correct copy of a document produced by Lucent in this action and bearing production numbers LUC 1141382-403 **[FILED UNDER SEAL]**.

27.     Attached hereto as Exhibit 26 is a true and correct copy of a document produced by Microsoft in this action and bearing production numbers MSLT_1126821-51 **[FILED UNDER SEAL]**.

28.     Attached hereto as Exhibit 27 is a true and correct copy of a document produced by Dell in this action and bearing production numbers DELL 312378-411 **[FILED UNDER SEAL]**.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 5th day of October 2007 at New York, New York.


By: _____
        Jordan N. Malz

# <u>Index</u>
## <u>Exhibits to Malz Declaration in Support of Lucent and MPT's Opposition to Defendants' Partial Summary Judgment Motions re No Willful Infringement</u>

| Tab | Exhibit |
|---|---|
| 1 | Court's October 1, 2007 Order Granting in Part and Denying in Part Parties' Motions for Summary Judgment Regarding Defendants' Affirmative Defenses and Counterclaims Pertaining to the Transfer of the Group 1 Patents to the Multimedia Patent Trust |
| 2 | Microsoft's June 30, 2004 Responses to Lucent's Second Set of Interrogatories to Microsoft (Nos. 20-21) **[FILED UNDER SEAL]** |
| 3 | April 19, 2007 Declaration of Bernd Girod in Support of Multimedia Patent Trust's Oppositions to Defendants' Motions for Summary Judgment Concerning Video Coding Patents **[FILED UNDER SEAL]** |
| 4 | April 12, 2007 Declaration of Jake Richter in Support of Lucent's Combined Opposition to Defendants' Motions for Summary Judgment Concerning U.S. Patent No. 4,439,759 **[FILED UNDER SEAL]** |
| 5 | April 11, 2007 Declaration of Mr. Bruce Tognazzini in Support of Lucent's Opposition to Microsoft's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,763,356 **[FILED UNDER SEAL]** |
| 6 | Excerpts from the March 14, 2006 deposition transcript of Baryn Futa **[FILED UNDER SEAL]** |
| 7 | Excerpts from the January 12, 2006 deposition transcript of Henry Garrana **[FILED UNDER SEAL]** |
| 8 | Excerpts from the March 3, 2006 deposition transcript of Stephen Samuels **[FILED UNDER SEAL]** |
| 9 | January 11, 2006 deposition transcript of James Tierney taken by Dell **[FILED UNDER SEAL]** |
| 10 | January 11, 2006 deposition transcript of James Tierney taken by Gateway **[FILED UNDER SEAL]** |
| 11 | Excerpts from the January 5, 2006 deposition transcript of Mark Walker **[FILED UNDER SEAL]** |
| 12 | Excerpts from the February 17, 2006 deposition transcript of John Weresh **[FILED UNDER SEAL]** |
| 13 | Exhibit 12 to the deposition of John Weresh **[FILED UNDER SEAL]** |
| 14 | Document produced by Dell in this action and bearing production numbers DELL 326403-4 **[FILED UNDER SEAL]** |
| 15 | Document produced by Dell in this action and bearing production number DELL 326405 **[FILED UNDER SEAL]** |
| 16 | Document produced by Lucent in this action and bearing production number LUC 1048967 **[FILED UNDER SEAL]** |
| 17 | Document produced by Lucent in this action and bearing production number LUC 1049240 **[FILED UNDER SEAL]** |

| 18 | Document produced by Lucent in this action and bearing production numbers LUC 1012274-5 **[FILED UNDER SEAL]** |
|----|----|
| 19 | Document produced by Lucent in this action and bearing production numbers LUC 1300153-55 **[FILED UNDER SEAL]** |
| 20 | Document produced by Lucent in this action and bearing production numbers LUC 031544-46 **[FILED UNDER SEAL]** |
| 21 | Document produced by Dell in this action and bearing production number DELL 326561 **[FILED UNDER SEAL]** |
| 22 | Document produced by Lucent in this action and bearing production numbers LUC 011301-07 |
| 23 | Document produced by Lucent in this action and bearing production number LUC 019229 **[FILED UNDER SEAL]** |
| 24 | Document produced by Gateway in this action and bearing production numbers GW-LT 145507-54 **[FILED UNDER SEAL]** |
| 25 | Document produced by Lucent in this action and bearing production numbers LUC 1141382-403 **[FILED UNDER SEAL]** |
| 26 | Document produced by Microsoft in this action and bearing production numbers MSLT_1126821-51 **[FILED UNDER SEAL]** |
| 27 | Document produced by Dell in this action and bearing production numbers DELL 312378-312411 **[FILED UNDER SEAL]** |