# Malz Declaration

# Exhibit 22

Dell - 7/31/01 Mtg in Austin

Action items

1. Review Prior Art on
   - Netravel
   - Haskell
   - Puri
   - Johnston

2. Respond to Fleming - give Dell program (Dan Galler)

3. Respond to Doughty - i.e. Sun Dell license - 3 Com chips -

4. Gave (1) Ackerman, (2) Day, (3) Hall, (4) Atal, (5) Jayant, (6) Ketchum, (7) Duttweiler, (8) Chamzas

5. Do Analysis on Hall, G.723 (Atal, Jayant, Ketchum), JPEG (Duttweiler, Chamzas)

6. Awaiting Dell's definition of "unlinked URL"

7. Respond to new Dell patent - 6,182,275 B1 Claim 17 — order file wrapper -

✓ 8. Ask Dell for charts presented at mtg. (Received)

Gene, Indyk - home - 732-521-3291

Microsoft License clause

Paragraph 12D – with micro

Dell 7/31/2001

Audio Conference Server

(1) March 1980 – Netravali – Picture Coding: A Review (A)
"Netravali & Limb – IEEE Paper

Articles Given (A) (b)

claim 13 –
- 1st element – p. 347
"Gabor & Hill" – May 1961 – (b)

At least 103 Ref. 102?

[illegible] added for Dell Review –
- Hall – Dolby Ac3 – MP3
- G.723 – Atal, Jayant, Ketchum
- JPEG – Duttweiler, Chamzas
(Modem – Caller ID) –
(~~Duttweiler~~ Fleming)

(Where in
(Where in

(2) Haskell
- Digital Pictures – Representation & Compression –
Univ Texas – Aug 12, 1988 – Checkout
- Netravali & Haskell –
"Plenum Press" –
claim 12 – chapter 5 – Sect 5.4.2 5.6.1
5.6.2 5.6.4
- Figure 5.4.7 – 5.4.8 DPCM
- chapter 3.1.6 – (see # at bottom) –
- Figure 5.6.1 – (Interpolative & Extrapolative Coding) – p. 469
(Combination of DPCM & Interpolation)
p. 473 – Section 5.6.2 –
Codes – 5.6.2 [illegible] Sentence –
- A Hybrid Scheme of Subsampled DPCM & Interpolative DR
- Foreign Prosecution Article – After 1st [illegible] examiner)

LUC 011302

"Staffan Ericsson" [Dec 1985]

(3) Puri – 5,227,878 –

- Fixed & Adaptive Predictors for Hybrid Predictive/Transform Coding –

Claim 13 – phrase added at end "and fields of comp. video bit stream" → Dell claims should be at the end of claim – see Prosecution History)

"Adaptively" → can switch on field or frame lines (col starting line 56) – [Dave R.] pointed to this for interp. of Adaptively

look at Article –

p. 1294 –

(103) – this with somebody skilled in art.

– could be

If 102 – p. 1296 – "B – Switched Prediction" 1st paragraph

p. 1297 – "Frame difference pred."

Pred. 1 etc. – 1st paragraph

- then see "C" Motion compensation –
- later examples – i.e. in D. – so:
- p. 1300 – Results – within 1st par. – (field are frame are)
- p. 1301 – "Full frame ...

LUC 011303

(4) • Johnston 5,627,938 - (hearing threshold issue)
- (Dolby DJ ?) not during iterative steps
"white paper from Dolby" - give to Dell -
Hall given - 5,341,457
(5) Fleming 4,439,7539 -
"Dell could not duplicate - are test -
"mapping -
copy of software
(Video driver loaded ?) - by Lucent -
Can we give a copy to Dell
• Argument - Video drive part of infringement -
Dell (Dell does not sell this video driver)
(6) Doughherty - 4,582,956 - ( 4/5/86 July 12, 1983)
#3 Com
look at license -
- Consumer buyer service -
- SW Dell - license -
- if applicable - Carrier - ?

(7) Torok – 4,317,956
Microsoft – Net Meeting –

→ Ackerman given – 5,649,131 to Dell –
(copy given) –
– Gene – claim 1
– pages given – explained –
(how about – just (Text : image))

→ Day – 4,763,356 given –
given –
– address line – entry – Automated entry –
claim 1
– Favorites listing (i.e.) – bookmarks –

→ Response to – Van Wyngarden – 6,038,597
– support. lucent.com → given to Avaya –
(by → migrated to Lucent.com)

(1) – Second element
" No continuous (site always up?) –
(2) Second use – etc. – password did not give access –
ID separate

LUC 011305

– No "password" – or ID – gets access to "All managed info" –

? User ID –
– "All" –

"unlisted universal resource locator" – ? what is this –
– indefinite term –
– invalid claim –
– (Take as example – unlisted telephone #) –
– confidential –

~~[illegible]~~ market. [illegible]. com → public –
not confidential –

– Dell – something

– unlisted URL – not Registered –

Register. com
Network Solutions – } Registries →

– • Domains are Registered

next mtg – Late September

LUC 011306

• New patent

– claim 17 — 6,182,275 B1

LUC 011307

Exhibit 22
Page 000400