James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener and Counter-claimant, | Case No. 02-CV-2060 B (CAB) consolidated with Case No. 03-CV-0699 B (CAB) and Case No. 03-CV-1108 B (CAB)<br><br>**DELL INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,958,226; 4,383,272; 5,347,295; 4,763,356; AND 4,439,759**<br><br>Judge Marilyn L. Huff<br><br>Hearing: October 19, 2007 at 1:30 p.m.<br>Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
|     Plaintiff and Counter-defendant, | ) |
| v. | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
|     Defendants and Counter-claimants, | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
|     Plaintiffs and Counterclaim-defendants, | ) |
| v. | ) |
| DELL INC., | ) |
|     Defendant and Counter-claimant. | ) |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 19, 2007 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101-8900, defendant and counterclaimant Dell Inc. ("Dell") will move, and hereby does move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, this Court for partial summary judgment of no willful infringement by Dell of the asserted claims of U.S. Patent Nos. 4,958,226; 4,383,272; 5,347,295; 4,736,356; and 4,439,759.[1]

The new en banc opinion, *In re Seagate Technology, LLC,* Misc. No. 830 (Fed. Cir. Aug. 20, 2007), announced requirements for proving willfulness which cannot be met in this case by plaintiffs and counterclaim defendants Lucent Technologies Inc. and Multimedia Patent Trust.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and Declaration of Joseph A. Micallef in support thereof, the pleadings, records and files in this action, any reply papers that may be filed, and upon such other and further evidence and argument as may properly be presented prior to and at the hearing on the Motion.

September 10, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: s/ Joseph A. Micallef
Joseph A. Micallef
joseph.micallef@aporter.com
Attorney for Dell Inc.

---

[1] Defendants and counterclaimants Microsoft Corporation and Gateway, Inc. join in Dell's motion, and separately will file Notices of Joinder pursuant to Local Civil Rule 7.1(j).

- 1 -