Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMACHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 02-CV-2060 B (CAB)<br>   consolidated with<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,439,759 (FLEMING); 4,958,226 (HASKELL); 4,383,272 (NETRAVALI); AND 4,763,356 (DAY)**<br><br>Date:        October 19, 2007<br>Time:       1:30 p.m.<br>Courtroom: 13, 5th Floor<br>Judge:      Judge Marilyn L. Huff |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 19, 2007, at 1:30 p.m., or as soon thereafter

- 1 -

GATEWAY'S NOTICE OF  MOTION AND MOTION FOR
SUMMARY JUDGMENT OF NO WILLFUL
INFRINGEMENT
CASE NO. 02-CV-2060-B (CAB)

as the matter may be heard, in the Courtroom of the Honorable Rudi M. Brewster of the United States District Court, located at 880 Front Street, San Diego, California 92101-8900, Defendants and Counterclaimants, Gateway, Inc.; Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") will, and hereby do, move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to enter summary judgment of no willful infringement by Gateway of the asserted claims of U.S. Patent Nos. 4,439,759 (Fleming); 4,958,226 (Haskell); 4,383,272 (Netravali); and 4,763,356 (Day).

The new en banc opinion, *In re Seagate Technology, LLC,* Misc. No. 830 (Fed. Cir. Aug. 20, 2007) announced requirements for proving willfulness which cannot be met in this case by Plaintiffs and Counterclaim Defendants, Lucent Technologies, Inc., and Multimedia Patent Trust..

This motion is based on the following:

1. Gateway's Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,439,759 (Fleming); 4,958,226 (Haskell); 4,383,272 (Netravali); and 4,763,356 (Day).

2. The Declaration of Jeffrey B. Plies in Support of Gateway's Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,439,759 (Fleming); 4,958,226 (Haskell); 4,383,272 (Netravali); and 4,763,356 (Day) and Exhibits 1-2 (filed with the Notice of Lodgment of Documents Submitted Under Seal) and Exhibit 3 (filed with the declaration).

Dated: September 11, 2007    DECHERT LLP

By:    /s/ Jeffrey B. Plies
       Jeffrey B. Plies

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al*.

12902529.1.LITIGATION

GATEWAY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT
CASE NO. 02-CV-2060-B (CAB)

- 2 -