1  Bryan W. Farney *(pro hac vice)*
   Steven R. Daniels (SBN 235398)
2  DECHERT LLP
   300 W. Sixth Street, Suite 1850
3  Austin, Texas 78701
   Telephone:    (512) 394-3000
4  Facsimile:    (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN McMAHON VITEK
6  A Law Corporation
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone:    (619) 685-3003
8  Facsimile:    (619) 702-6827

9  Attorneys for Defendants and Counterclaimants,
   GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC.,
10 GATEWAY MANUFACTURING LLC, AND COWABUNGA ENTERPRISES, INC.

11                    UNITED STATES DISTRICT COURT

12                   SOUTHERN DISTRICT OF CALIFORNIA

13 
   LUCENT TECHNOLOGIES INC.                )  Case No. 02-CV-2060 B (CAB)
14                                          )         consolidated with
         Plaintiff and Counter-Defendant,   )  Case No. 03-CV-699 B (CAB)
15                                          )  Case No. 03-CV-1108 B (CAB)
      v.                                    )
16                                          )
   GATEWAY, INC., GATEWAY COUNTRY           )  **DECLARATION OF JEFFREY B.**
17 STORES LLC, GATEWAY COMPANIES,           )  **PLIES IN SUPPORT OF GATEWAY'S**
   INC., GATEWAY MANUFACTURING LLC          )  **MOTION FOR PARTIAL SUMMARY**
18 and COWABUNGA ENTERPRISES, INC.          )  **JUDGMENT OF NO WILLFUL**
                                            )  **INFRINGEMENT OF THE ASSERTED**
19       Defendants and Counter-Claimants,  )  **CLAIMS OF U.S. PATENT NOS.**
                                            )  **4,439,759 (FLEMING); 4,958,226**
20    and                                   )  **(HASKELL); 4,383,272 (NETRAVALI);**
                                            )  **AND 4,763,356 (DAY)**
21 MICROSOFT CORPORATION                    )
                                            )
22       Intervenor and Counter-Claimant.   )  Date:        October 19, 2007
                                            )  Time:        1:30 p.m.
23                                          )  Courtroom:   13, 5th Floor
   AND CONSOLIDATED CASES                   )  Judge:       Judge Marilyn L. Huff
24                                          )

25       I, Jeffrey B. Plies, declare as follows:

26       1.    I am an attorney with the law firm Dechert LLP, which is counsel for Gateway,
27 
28 Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and

- 1 -                                        DECLARATION OF JEFFREY B. PLIES
                                             CASE NO. 02-CV-2060-B (CAB)

1 | Cowabunga Enterprises, Inc. ("Gateway").

2. I make this declaration in support of Gateway's Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,439,759 (Fleming); 4,958,226 (Haskell); 4,383,272 (Netravali); and 4,763,356 (Day). This declaration is based on my personal knowledge and I would testify to the matters set forth in this declaration if called upon as a witness.

3. Attached as Exhibit 1 to the Notice of Lodgment of Documents Submitted Under Seal is a true and correct copy of excerpts from the deposition of Stephen Samuels, taken on March 3, 2006.

4. Attached as Exhibit 2 to the Notice of Lodgment of Documents Submitted Under Seal is a true and correct copy of an e-mail with attached proposed agenda between Mark Walker and Joseph F. Branski, dated August 3, 1999. This e-mail and proposed agenda was marked as Exhibit 10 at the deposition of Mark Walker.

5. Attached as Exhibit 3 to this Declaration is a true and correct copy of a meeting agenda between Gateway and Lucent, dated April 21, 1999. This agenda was marked as Exhibit 8 at the deposition of Mark Walker.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 11, 2007          DECHERT LLP

By: _____
Jeffrey B. Plies

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al.*

## TABLE OF CONTENTS

| Exhibit No. | Pages |
|---|---|
| 1 | 4-13 |
| 2 | 14-22 |
| 3 | 23-27 |

12902960.1.LITIGATION