# EXHIBIT 3

Used 4/29/02



# Gateway/ Lucent Patent Cross-License Review

April 21, 1999
San Diego

**Gateway**

20 April 1999    All material and discussions subject to FRE 408



# Meeting Objectives

✓ Establish value of Gateway/Lucent portfolios based on presented patents
✓ Discuss technology partnering options
✓ Establish plan for continued discussions

20 April 1999    All material and discussions subject to FRE 408



Δ π EXHIBIT 8
Deponent ___
1-5-04
9___ Rptr. ___
WWW.DEPOBOOK.COM

**EXHIBIT 3**    **PAGE 23**

GW-LT122013
Outside Counsel Only

1





GW-LT122014
Outside Counsel Only

**EXHIBIT 3**     **PAGE 24**



## Gateway Patents presented

- ✓ 4,696,031 — Signal Detection and Discrimination using Waveform Peak Factor (Modem)
- ✓ 4,772,882 — Cursor Controller User Interface System (UI)
- ✓ 4,823,290 — Method and Apparatus for Monitoring Operating Environment of a Computer System (Systems Management)
- ✓ 4,509,140 — Data Transmitting Link (Network)
- ✓ 4,521,881 — Data Communication System with Increased Effective Bandwidth (Home Phone Network)
- ✓ 4,543,654 — Interfacing a Communication Network (Network)

20 April 1999    All material and discussions subject to FRE 408

## Gateway Patent Claim Charts

- ✓ selected patents

20 April 1999    All material and discussions subject to FRE 408

3

GW-LT122015
Outside Counsel Only

EXHIBIT 3     PAGE 25





