1    W. Bryan Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
2    Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
3    300 W. Sixth Street, Suite 1850
Austin, Texas 78701
4    Telephone: (512) 394-3000
Facsimile: (512) 394-3001
5

6    David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
7    750 "B" Street, Suite 2100
San Diego, California 92101
8    Telephone: (619) 685-3003
Facsimile: (619) 702-6827

9    Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10    GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>    Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>    Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 02-CV-2060 B (CAB)<br>    consolidated with<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**PROOF OF SERVICE**<br><br>**RE: GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,439,759 (FLEMING); 4,958,226 (HASKELL); 4,383,272 (NETRAVALI); AND 4,763,356 (DAY)**<br><br>Date: October, 19, 2007<br>Time: 1:30 p.m.<br>Courtroom: 13, 5th Floor<br>Judge: Marilyn L. Huff |

    I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. I served a copy of the following document(s):

1. **GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,439,759 (FLEMING); 4,958,226 (HASKELL); 4,383,272 (NETRAVALI); AND 4,763,356 (DAY).**

2. **GATEWAY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,439,759 (FLEMING); 4,958,226 (HASKELL); 4,383,272 (NETRAVALI); AND 4,763,356 (DAY).**

3. **DECLARATION OF JEFFREY B. PLIES IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS [WITH EXHIBITS 1 – 3].**

4. **GATEWAY'S NOTICE OF LODGMENT OF DOCUMENTS SUBMITTED UNDER SEAL.**

5. **MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02 [RE: EXHIBITS 1 AND 2].**

6. **PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02.**

7. **PROOF OF SERVICE.**

I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

**BY FEDERAL EXPRESS:** Said documents were served by Federal Express to the addresses stated below on September 11, 2007:

Counsel for Lucent:

Alison P. Adema
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:    (619) 235-2100

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:    (858) 678-5070

1  Counsel for Dell

2  James S. Blackburn
   Arnold & Porter
3  777 South Figueroa Street
   Los Angeles, California 90017-5844
4  Telephone:    (213) 243-4199

5
   **ELECTRONIC MAIL:**    Courtesy copies of said documents were transmitted on the same
6                         day as filing by electronic mail as stated below.

7  Counsel for Lucent

8       rappleby@kirkland.com
        jhohenthaner@kirkland.com
9       akellman@kirkland.com
        aadema@hahnadema.com
10
   Counsel for Microsoft
11
        marchese@fr.com
12      denning@fr.com
        barnes@fr.com
13      brooks@fr.com
        srodriguez@fr.com
14
   Counsel for Dell
15
        jfreed@mwe.com
16      Ali.Sharifahmadian@aporter.com
        james_blackburn@aporter.com
17

18      I declare that I am a member of the bar of this Court at whose direction the service was
   made.  I declare under penalty of perjury under the laws of the United States of America that the
19 above is true and correct.

20 Executed in Austin, Texas

21

22
                                                _____/s/  Jeffrey B. Plies_____
23                                                    Jeffrey B. Plies, Esq.

24
   12922245.1.LITIGATION 9/11/2007 4:23 PM
25

26

27

28

ATTORNEYS AT LAW
AUSTIN

- 3 -

PROOF OF SERVICE
CASE NUMBER 02-CV-2060-B (CAB)