John E. Gartman (SBN 152300)
Juanita Brooks (SBN 75934)
Christopher S. Marchese (SBN 170239)
Roger Denning (SBN 228998)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:    (858) 678-5070
Facsimile:    (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
Telephone:    (425) 882-8080
Facsimile:    (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervenor and Counter-claimant, | Case No. 02-CV-2060 B (CAB)<br>consolidated with<br>Case No. 03-CV-0699 B (CAB) and<br>Case No. 03-CV-1108 B (CAB)<br><br>**NOTICE OF JOINDER BY MICROSOFT CORPORATION TO GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,439,759 (FLEMING); 4,958,226 (HASKELL); 4,383,272 (NETRAVALI); AND 4,763,356 (DAY)** |
| MICROSOFT CORPORATION,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant and Counter-claimant, | Hearing: October 19, 2007<br>Time:    1:30 p.m.<br>Location: Courtroom 13, 5th Floor<br><br>Honorable Marilyn L. Huff |

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>DELL, INC.,<br><br>    Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Microsoft Corporation ("Microsoft") files this notice of joinder, and states that Microsoft respectfully joins in Gateway's Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,439,759 (Fleming); 4,958,226 (Haskell); 4,383,272 (Netravali); and 4,763,356 (Day) and all supporting pleadings.

Dated:  September 11, 2007                     FISH & RICHARDSON P.C.

                                                      By:  /s/ Christopher S. Marchese
                                                              Christopher S. Marchese (SBN 170239)

                                                        Attorneys for Intervenor/Counter-claimant
                                                       and Plaintiff/Counter-defendant
                                                       MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 11, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/Christopher S. Marchese
Christopher S. Marchese

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10772846.doc