1   Bryan W. Farney *(pro hac vice)*
    Steven R. Daniels (SBN 235398)
2   Jeffrey B. Plies *(pro hac vice)*
    DECHERT LLP
3   300 W. Sixth Street, Suite 1850
    Austin, Texas 78701
4   Telephone:  (512) 394-3000
    Facsimile:  (512) 394-3001
5
    David J. Zubkoff (SBN 149488)
6   SELTZER CAPLAN McMACHON VITEK
    750 "B" Street, Suite 2100
7   San Diego, California 92101
    Telephone:  (619) 685-3003
8   Facsimile:   (619) 685-3100

9   Attorneys for Defendants and Counterclaimants,
    GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10  GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
    LLC, AND COWABUNGA ENTERPRISES, INC.

11

12              **UNITED STATES DISTRICT COURT**

13              **SOUTHERN DISTRICT OF CALIFORNIA**

14

15  |                                          |     |                                          |
    LUCENT TECHNOLOGIES INC.              )     Case No. 02-CV-2060 B (CAB)
16                                        )              consolidated with
            Plaintiff and Counter-Defendant,  )     Case No. 03-CV-699 B (CAB)
17                                        )     Case No. 03-CV-1108 B (CAB)
        v.                                )
18                                        )
    GATEWAY, INC., GATEWAY COUNTRY        )     **NOTICE OF JOINDER BY GATEWAY**
19  STORES LLC, GATEWAY COMPANIES,        )     **TO DELL INC.'S MOTION FOR**
    INC., GATEWAY MANUFACTURING LLC       )     **PARTIAL SUMMARY JUDGMENT OF**
20  and COWABUNGA ENTERPRISES, INC.       )     **NO WILLFUL INFRINGEMENT**
                                          )
21          Defendants and Counter-Claimants, )
                                          )
22          and                           )     Date:       October 19, 2007
                                          )     Time:       1:30 p.m.
23  MICROSOFT CORPORATION                 )     Courtroom:  Courtroom 13, 5th Floor
                                          )     Judge:      Judge Marilyn L. Huff
24          Intervenor and Counter-Claimant.  )
                                          )
25  AND CONSOLIDATED CASES                )
                                          )
26

27          **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

28          Please take notice that Gateway, Inc.; Gateway Country Stores LLC; Gateway

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OF
NO WILLFUL INFRINGEMENT
CASE NO. 02-CV-2060-B (CAB)

Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") file this notice of joinder, and states that Gateway joins in the following motion, which was filed on September 10, 2007 in the referenced civil action:

      1.      Dell Inc.'s Notice of Motion and Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,958,226; 4,383,272; 5,347,295; 4,763,356; and 4,439,759, including the Memorandum of Points and Authorities in Support of Dell Inc.'s Motion for Partial Summary Judgment of No Willful Infringement, and the Declaration of Joseph A. Micallef with Exhibits.

Dated: September 10, 2007          DECHERT LLP


                               By:      /s/ Jeffrey B. Plies
                                       Jeffrey B. Plies

                             Attorneys For Defendants And Counterclaimants
                             GATEWAY, INC. *et. al.*

## **PROOF OF SERVICE**

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas.  On September 10, 2007,  I served a copy of the following document:

**NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT**

I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services.  Said document was served as follows:

**BY FACSIMILE:**    Said document was served by facsimile to the addresses stated below:

Counsel for Lucent:

Alison P. Adema
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Facsimile:    (619) 235-2101


Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Facsimile:    (858) 678-5099

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Facsimile:    (213) 243-4199


**ELECTRONIC MAIL:**    Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
aadema@hahnadema.com

- 3 -

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OF
NO WILLFUL INFRINGEMENT
CASE NO. 02-CV-2060-B (CAB)

1

2    Counsel for Microsoft

3        marchese@fr.com
         denning@fr.com
4        barnes@fr.com
         brooks@fr.com
5        srodriguez@fr.com

6    Counsel for Dell

7        jfreed@mwe.com
         Ali.Sharifahmadian@aporter.com
8        james_blackburn@aporter.com

9        I declare that I am a member of the bar of this Court, and that the service was made at my
     direction.  I declare under penalty of perjury under the laws of the United States of America that
10   the above is true and correct.

11   Executed in Austin, Texas

12
                                                 _____/s/  Jeffrey B. Plies_____
13                                                        Jeffrey B. Plies

14

15   12921353.1.LITIGATION

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                      NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
                                                      MOTION FOR PARTIAL SUMMARY JUDGMENT OF
                                          - 4 -           NO WILLFUL INFRINGEMENT
                                                      CASE NO. 02-CV-2060-B (CAB)