Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMACHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>    Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>    Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 02-CV-2060 B (CAB)<br>    consolidated with<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**NOTICE OF JOINDER BY GATEWAY TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,958,226; 4,383,272; 5,347,295; AND 4,763,356**<br><br>Date: October 19, 2007<br>Time: 1:30 p.m.<br>Courtroom: Courtroom 13, 5th Floor<br>Judge: Judge Marilyn L. Huff |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

- 1 -

NOTICE OF JOINDER BY GATEWAY TO
MICROSOFT'S MOTION FOR PARTIAL SUMMARY
JUDGMENT OF NO WILLFUL INFRINGEMENT
CASE NO. 02-CV-2060-B (CAB)

     Please take notice that Gateway, Inc.; Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") file this notice of joinder, and states that Gateway joins in the following motion, which was filed on September 10, 2007 in the referenced civil action:

     1.    Microsoft's Notice of Motion and Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,958,226; 4,383,272; 5,347,295; and 4,763,356, including the Memorandum of Points and Authorities in Support of Microsoft's Motion for Partial Summary Judgment of No Willful Infringement, and the Declaration of John E. Gartman with Exhibits.

Dated: September 11, 2007        DECHERT LLP


By:   ___/s/ Jeffrey B. Plies_____
           Jeffrey B. Plies

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al.*

- 2 -

NOTICE OF JOINDER BY GATEWAY TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT
CASE NO. 02-CV-2060-B (CAB)

# PROOF OF SERVICE

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. On September 11, 2007, I served a copy of the following document:

**NOTICE OF JOINDER BY GATEWAY TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT**

I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

**BY FACSIMILE:**   Said document was served by facsimile to the addresses stated below:

Counsel for Lucent:

Alison P. Adema
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Facsimile:   (619) 235-2101


Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Facsimile:   (858) 678-5099

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Facsimile:   (213) 243-4199


**ELECTRONIC MAIL:**   Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

    rappleby@kirkland.com
    jhohenthaner@kirkland.com
    akellman@kirkland.com
    aadema@hahnadema.com

- 3 -

NOTICE OF JOINDER BY GATEWAY TO
MICROSOFT'S MOTION FOR PARTIAL SUMMARY
JUDGMENT OF NO WILLFUL INFRINGEMENT
CASE NO. 02-CV-2060-B (CAB)

Counsel for Microsoft

    marchese@fr.com
    denning@fr.com
    barnes@fr.com
    brooks@fr.com
    srodriguez@fr.com

Counsel for Dell

    jfreed@mwe.com
    Ali.Sharifahmadian@aporter.com
    james_blackburn@aporter.com

    I declare that I am a member of the bar of this Court, and that the service was made at my direction. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Austin, Texas

                                                    _____/s/_ Jeffrey B. Plies_____
                                                          Jeffrey B. Plies

12922214.1.LITIGATION 9/11/2007 11:23 AM

NOTICE OF JOINDER BY GATEWAY TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT
CASE NO. 02-CV-2060-B (CAB)