James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br> Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br> Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervener and Counter-claimant, | Case No. 02-CV-2060 B (CAB) consolidated with Case No. 03-CV-0699 B (CAB) and Case No. 03-CV-1108 B (CAB) <br><br> **NOTICE OF JOINDER BY DELL INC. IN GATEWAY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,439,759 (FLEMING); 4,958,226 (HASKELL); 4,383,272 (NETRAVALI) AND 4,763,356 (DAY)** <br><br> Judge Marilyn L. Huff <br><br> Hearing: October 19, 2007, 1:30p.m <br> Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, ) |
| 2 | ) Plaintiff and Counter-defendant, ) |
| 3 | ) v. ) |
| 4 | ) LUCENT TECHNOLOGIES INC. and ) MULTIMEDIA PATENT TRUST, ) |
| 5 | ) Defendants and Counter-claimants, ) |
| 6 | |
| 7 | LUCENT TECHNOLOGIES INC. and ) MULTIMEDIA PATENT TRUST, ) |
| 8 | ) Plaintiffs and Counterclaim-defendants, ) |
| 9 | ) v. ) |
| 10 | ) DELL INC., ) |
| 11 | ) Defendant and Counter-claimant. ) |
| 12 | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Dell Inc. ("Dell") files this notice of joinder in Gateway's Reply Brief in Support of its Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,439,759; 4,958,226; 4,383,272; and 4,763,356 and states as follows:

On October 12, 2007, Gateway filed a Reply Brief in Support of its Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,439,759; 4,958,226; 4,383,272; and 4,763,356 [Docket No. 2135]. Dell joins in that motion.

October 12, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed


By:  s\ Joseph A. Micallef
     Joseph A. Micallef
     joseph_micallef@aporter.com
     Attorney for Dell Inc.

- 1 -