1  John E. Gartman (SBN 152300)
   Juanita Brooks (SBN 75934)
2  Christopher S. Marchese (SBN 170239)
   Roger Denning (SBN 228998)
3  Fish & Richardson P.C.
   12390 El Camino Real
4  San Diego, California 92130
   Telephone:    (858) 678-5070
5  Facsimile:    (858) 678-5099

6  Stephen P. McGrath (SBN 202696)
   Microsoft Corporation
7  One Microsoft Way
   Redmond, WA 98052
8  Telephone:    (425) 882-8080
   Facsimile:    (425) 936-7329
9
   Attorneys for Intervenor/Counter-claimant
10 and Plaintiff/Counter-defendant
   MICROSOFT CORPORATION
11
12                  UNITED STATES DISTRICT COURT

13                 SOUTHERN DISTRICT OF CALIFORNIA

14 LUCENT TECHNOLOGIES INC. and        Case No. 02-CV-2060 B (CAB)
   MULTIMEDIA PATENT TRUST,            consolidated with
15                                     Case No. 03-CV-0699 B (CAB) and
          Plaintiff and Counterclaim-defendant,   Case No. 03-CV-1108 B (CAB)
16
   v.                                  **DECLARATION OF LARA S.**
17                                     **GARNER IN SUPPORT OF**
   GATEWAY, INC. and GATEWAY           **MICROSOFT'S REPLY IN SUPPORT**
18 COUNTRY STORES LLC, GATEWAY         **OF IT'S MOTION FOR PARTIAL**
   COMPANIES, INC., GATEWAY            **SUMMARY JUDGMENT OF NO**
19 MANUFACTURING LLC and               **WILLFUL INFRINGEMENT OF THE**
   COWABUNGA ENTERPRISES, INC.,        **ASSERTED CLAIMS OF U.S.**
20                                     **PATENT NOS. 4,958,226; 4,383,272;**
          Defendants and Counter-claimants,   **5,347,295; AND 4,763,356**
21
   and
22
   MICROSOFT CORPORATION,
23
          Intervenor and Counter-claimant,
24 MICROSOFT CORPORATION,
                                       Judge Marilyn L. Huff
25        Plaintiff and Counter-defendant,
                                       Hearing: October 19, 2007, 1:30 p.m.
26 v.                                  Location: Courtroom 13, 5th Floor

27 LUCENT TECHNOLOGIES INC.,

28        Defendant and Counter-claimant,

LUCENT TECHNOLOGIES INC. and
MULTIMEDIA PATENT TRUST,

      Plaintiff,

v.

DELL, INC.,

      Defendant.

Pursuant to Local Rule 7.1(f)(1), I, Lara S. Garner, state:

1.     I am an associate in the law firm of Fish & Richardson P.C., counsel of record for Microsoft Corporation ("Microsoft") in this case.

2.     I make this declaration based on my own personal knowledge except where stated otherwise, and if called to do so, could and would competently testify as follows:

3.     Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Kenneth Rubenstein, Ph.D. taken May 4, 2006.

4.     Attached as Exhibit 2 is a true and correct copy of a letter dated October 12, 2005 to the Honorable William McCurine, Jr. from Kirkland & Ellis.

5.     Attached as Exhibit 3 is a true and correct copy of the First Supplemental Rebuttal Expert Report of Edward J. Delp, III dated June 5, 2006.

6.     Attached as Exhibit 4 is a true and correct copy of the Expert Report of Edward J. Delp, III dated March 31, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 2007, in San Diego, California.

                            Lara S. Garner (SBN 234701)

Doc No 10781452

1  *Additional Counsel:*

2  James S. Blackburn (SBN 169134)
   Arnold & Porter LLP
3  777 S. Figueroa Street, 44th Floor
   Los Angeles, CA 90017
4  Telephone: (213) 243-4000
5  Facsimile: (213) 243-4199

6  Ali R. Sharifahmadian
   Matthew Bathon (admitted *Pro Hac Vice*)
7  Joseph Micallef (admitted *Pro Hac Vice*)
   Arnold & Porter LLP
8  555 Twelfth Street, N.W.
9  Washington, D.C. 20004-1206
   Telephone: (202) 942-5000
10 Facsimile: (202) 942-5999

11 Joel Freed, Esq. (admitted *Pro Hac Vice*)
   McDermott Will & Emery LLP
12 600 13th Street, N.W.
13 Washington, DC 20005-3096
   Telephone: (202) 756-8080
14 Facsimile: (202) 756-8087

15 Attorneys for Defendant
16 DELL, INC.

17 David J. Zubkoff (SBN 149488)
   Seltzer, Caplan, McMahon & Vitek
18 2100 Symphony Towers
   750 B Street, Suite 2100
19 San Diego, CA 92101
20 Telephone: (619) 685-3003
   Facsimile: (619) 702-6827

21 Bryan Farney (admitted *Pro Hac Vice*)
22 Steven R. Daniels (SBN 235398)
   Jeffrey B. Plies (admitted *Pro Hac Vice*)
23 DECHERT LLP
   300 W. Sixth Street, Suite 1850
24 Austin, TX 78701
25 Telephone: (512) 394-3000
   Facsimile: (512) 394-3001

26 Attorneys for Defendants/Counter-claimants
27 GATEWAY, INC. and
   GATEWAY COUNTRY STORES LLC

28

# EXHIBIT LIST

## TABLE OF CONTENTS

| Exhibit(s) | Page No(s). |
|---|---|
| **EXHIBIT 1** – Excerpts from the Deposition of Kenneth Rubenstein, Ph.D. taken May 4, 2006 | 6-7 filed under seal |
| **EXHIBIT 2** – Letter dated October 12, 2005 to the Honorable William McCurine, Jr. from Kirkland & Ellis | 8-13 |
| **EXHIBIT 3** – First Supplemental Rebuttal Expert Report of Edward J. Delp, III dated June 5, 2006 | 14-28 filed under seal |
| **EXHIBIT 4** – Expert Report of Edward J. Delp, III dated March 31, 2006 | 29-139 filed under seal |

Case No. 02-CV-2060 B (CAB)

**PROOF OF SERVICE**

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

The certify that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 5.4. Any other counsel of record will be served by facsimile, overnight delivery, or other overnight service.

On October 12, 2007, I caused a copy of the following document(s):

**DECLARATION OF LARA S. GARNER IN SUPPORT OF MICROSOFT'S REPLY IN SUPPORT OF IT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,958,226; 4,383,272; 5,347,295; AND 4,763,356**

to be served on the interested parties in this action as follows:

| | |
|---|---|
| David A. Hahn<br>Hahn & Adema<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Telephone: (619) 235-2100<br>Facsimile: (619) 235-2101<br>***VIA FACSIMILE & ELECTRONIC MAIL*** | Attorneys for Plaintiffs<br>MULTIMEDIA PATENT TRUST;<br>LUCENT TECHNOLOGIES INC.<br><br>Email: dhahn@hahnadema.com |
| David J. Zubkoff<br>Seltzer, Caplan, McMahon & Vitek<br>2100 Symphony Towers<br>750 B Street, Suite 2100<br>San Diego, CA 92101<br>Telephone: (619) 685-3003<br>Facsimile: (619) 702-6827<br>***VIA FACSIMILE & ELECTRONIC MAIL*** | Attorneys for Defendants<br>GATEWAY, INC. and GATEWAY<br>COUNTRY STORES LLC<br><br>Email: zubkoff@scmv.com |
| James S. Blackburn<br>Arnold & Porter LLP - (L.A.)<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>***VIA FACSIMILE & ELECTRONIC MAIL*** | Attorneys for Defendant<br>DELL INC.<br><br>Email: james_blackburn@aporter.com |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on October 12, 2007, at San Diego, California.

_____
Susan Gonzales

## <u>COURTESY COPIES BY ELECTRONIC MAIL TO</u>:

<u>Trial Counsel For Multimedia/Lucent:</u>
John M. Desmarais/Paul Bondor/Michael Stadnick/Gregory Corbett
Kirkland & Ellis LLP
Citicorp Center
153 East 53rd Street
New York, NY 10022-4675
E-mail: jdesmarais@kirkland.com; pbondor@kirkland.com; gcorbett@kirkland.com; mstadnick@kirkland.com; jmafale@kirkland.com

<u>Trial Counsel for Gateway:</u>
Bryan Farney / Steven R. Daniels / Jeffrey B. Plies / Lawrence Fluker
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, TX 78701
Email:         bryan.farney@dechert.com; steven.daniels@dechert.com; jeff.plies@dechert.com; lawrence.fluker@dechert.com

<u>Trial Counsel for Dell:</u>
Ali R. Sharifahmadian, Esq.
Matthew Bathon, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
E-mail:         ali_sharifahmadian@aporter.com; Matthew_Bathon@aporter.com; Thomas_Wischer@aporter.com

<u>Trial Counsel for Dell:</u>
Joel Freed, Esq.
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Email:         jfreed@mwe.com

Courtesy Emails include:

| | | |
|---|---|---|
| ☐ | **All documents filed/served** | All Pleadings filed or served were included in the email along with any exhibits |
| XX | **Main Pleading documents (without exhibits)** | All Main Pleading documents were included in the email, except for exhibits. Exhibits were over 50 pages long. As per our service agreement, a hard copy will follow via overnight mail. |