James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 02-CV-2060 B (CAB) consolidated with Case No. 03-CV-0699 B (CAB) and Case No. 03-CV-1108 B (CAB) |
| Plaintiffs and Counterclaim-defendants, | |
| v. | |
| GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **CERTIFICATE OF SERVICE** |
| Defendants and Counter-claimants, | |
| and | |
| MICROSOFT CORPORATION, | |
| Intervener and Counter-claimant, | |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, )
| 2 | )  Plaintiff and Counter-defendant, )
| 3 | v. )
| 4 | LUCENT TECHNOLOGIES INC. and ) MULTIMEDIA PATENT TRUST, )
| 5 | )
| 6 | Defendants and Counter-claimants, )
| 7 | LUCENT TECHNOLOGIES INC. and ) MULTIMEDIA PATENT TRUST, )
| 8 | Plaintiffs and Counterclaim-defendants, )
| 9 | v. )
| 10 | DELL INC., )
| 11 | Defendant and Counter-claimant. )
| 12 | )

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 555 12th Street, N.W., Washington, DC 20004.

I HEREBY CERTIFY that on this 15th day of October 2007, in case nos. 02-CV-2060, consolidated with 03-CV-0699 and 03-CV-1108, I caused a copy of the following documents to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4:

Notice of Joinder by Dell Inc. in Microsoft's Reply In Support of Its Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,958,226; 4,383,272; 5,347,295; and 4,763,356

I also caused true and complete copies of the above named documents to be served on counsel listed below by the indicated methods:

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

Alison Adema
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California  92101-3595
Telephone:  (619) 235-2100
Facsimile:  (619) 235-2101
aadema@hahnadema.com

**VIA ELECTRONIC MAIL**

Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND &  ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY  10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
jmafale@kirkland.com

Christopher S. Marchese
John E. Gartman
Jennifer Bettencourt
Susie Rodriguez
Donna Rousseau

- 1 -

John Thornburgh
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099
marchese@fr.com
gartman@fr.com
bettencourt@fr.com
srodriguez@fr.com
thornburgh@fr.com

Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
106 East 6th Street, Suite 800
Austin, TX  78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com
lawrence.fluker@dechert.com

David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com

I declare that I am a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.  Executed on October 15, 2007 at Washington, DC.

By:  _s/Joseph A. Micallef_____
Joseph A. Micallef
joseph_micallef@aporter.com
Attorney for Dell Inc.