Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone:  (512) 394-3000
Facsimile:   (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone:  (619) 685-3003
Facsimile:   (619) 702-6827

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. | Case No. 02-CV-2060 B (CAB) |
| Plaintiff and Counter-Defendant, | consolidated with<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB) |
| v. | |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **DECLARATION OF JEFFREY B. PLIES IN SUPPORT OF GATEWAY'S REPLY BRIEF ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,439,759 (FLEMING); 4,958,226 (HASKELL); 4,383,272 (NETRAVALI); AND 4,763,356 (DAY)** |
| Defendants and Counter-Claimants, | |
| and | |
| MICROSOFT CORPORATION | |
| Intervenor and Counter-Claimant. | Date:       October 19, 2007<br>Time:       1:30 p.m.<br>Courtroom: 13, 5th Floor<br>Judge:      Judge Marilyn L. Huff |
| AND CONSOLIDATED CASES | |

I, Jeffrey B. Plies, declare as follows:

1.   I am an attorney with the law firm Dechert LLP, which is counsel for Gateway, Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and

1  Cowabunga Enterprises, Inc. ("Gateway").

2. I make this declaration in support of Gateway's Reply Brief in Support of its Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,439,759 (Fleming); 4,958,226 (Haskell); 4,383,272 (Netravali); and 4,763,356 (Day).   This declaration is based on my personal knowledge and I would testify to the matters set forth in this declaration if called upon as a witness.

3. Exhibit 1, attached to this Declaration, is a true and correct copy of Gateway's First Supplement Response to Lucent's Interrogatory No. 21, served on December 29, 2005.

4. Exhibit 2, attached to this Declaration, is a true and correct copy of excerpts from Lucent's Seventh Supplemental Response to Interrogatory No. 2 from Microsoft, Dell, and Gateway, served on March 3, 2006.

5. Exhibit 3, attached to this Declaration, is a true and correct copy of excerpts from the transcript of Eugene Indyk's deposition, taken on January 18, 2006.

6. Exhibit 4, attached to the Notice of Lodgment of Exhibit Submitted for Filing Under Seal, is a true and correct copy of excerpts from the transcript of Stephen Samuel's deposition, taken on March 3, 2006.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 12, 2007          DECHERT LLP


                                 By:  _____/s/ Jeffrey B. Plies_____
                                         Jeffrey B. Plies

                                 Attorneys For Defendants And Counterclaimants
                                 GATEWAY, INC. *et. al*.

## TABLE OF CONTENTS

| Exhibit No. | Pages |
|---|---|
| 1 | 4 – 37 |
| 2 | 38 – 52 |
| 3 | 53 – 60 |
| 4 | 61 – 67 |

12965445.1.LITIGATION

DECLARATION OF JEFFREY B. PLIES
CASE NO. 02-CV-2060-B (CAB)