# EXHIBIT 2

```
 1  Jane Hahn, SBN 125203
    Alison P. Adema, SBN 149285
 2  HAHN & ADEMA
    501 West Broadway, Suite 1730
 3  San Diego, California 92101-3595
    Telephone: (619) 235-2100
 4  Facsimile: (619) 235-2101

 5  Attorneys for *Lucent Technologies Inc.*

 6  *Additional counsel listed on the last page*

 7
 8              UNITED STATES DISTRICT COURT
 9              SOUTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| 11  LUCENT TECHNOLOGIES INC., | Case No. 02-CV-2060-B (CAB) |
| 12           Plaintiff, | consolidated with |
|           v. | Case No. 03-CV-0699-B (CAB) |
| 13 | Case No. 03-CV-1108-B (CAB) |
| 14  GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC | |
| 15  and COWABUNGA ENTERPRISES, INC., | **LUCENT'S SEVENTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2 FROM MICROSOFT, DELL, AND GATEWAY** |
| 16           Defendants, | |
| 17        and | |
| 18  MICROSOFT CORPORATION, | |
| 19           Intervener. | |
| 20  MICROSOFT CORPORATION, | |
| 21           Plaintiff, | |
|           v. | |
| 22  LUCENT TECHNOLOGIES INC., | |
| 23           Defendant. | |
| 24  LUCENT TECHNOLOGIES INC., | |
| 25           Plaintiff, | |
|           v. | |
| 26  DELL INC., | |
| 27           Defendant. | |
| 28 | |

LUCENT'S SEVENTH SUPPLEMENTAL RESPONSE TO                    CASE NOS. 02-CV-2060-B (CAB),
INTERROGATORY NO. 2 FROM MICROSOFT, DELL, AND GATEWAY        03-CV-0699-B (CAB), AND 03-CV-1108-B (CAB)

EXHIBIT 2                                                    PAGE 38

1   Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Lucent Technologies
2   Inc. hereby supplements its response to Interrogatory No. 2 from Microsoft, Dell, and Gateway.
3   Lucent reserves the right to further supplement or amend these objections and responses to the extent
4   allowed by the Federal Rules of Civil Procedure and the Local Rules of this Court.

5                              **GENERAL OBJECTIONS**

6   Lucent incorporates by reference, to the extent applicable, its general objections to the First
7   Set of Interrogatories from Microsoft, Dell, and Gateway, which apply to each interrogatory
8   regardless of whether the general objections are specifically incorporated into the specific objections
9   and responses below.

10                         **SPECIFIC OBJECTIONS AND RESPONSES**

11  **Interrogatory No. 2:**

12  Explain in detail the bases for Lucent's allegations that Microsoft and/or any Microsoft
13  Customer is infringing or has infringed each of the Patents-In-Suit by: (i) as to each of the Patents-
14  In-Suit, identifying on a claim-by-claim basis the Accused Products (including identifying any
15  encoders, decoders, and/or codecs accused of infringement and including identifying any Standard(s)
16  that Lucent contends provide any support for any infringement allegation) and whether the purported
17  infringement is direct, contributory, or by inducement; (ii) providing a claim chart for each of the
18  Patents-In-Suit explaining on a claim-by-claim and limitation-by-limitation basis the factual bases
19  for Lucent's infringement allegations as to each Accused Product, including whether each limitation
20  is met literally or under the doctrine of equivalents; (iii) identifying the documents and things that
21  support or relate to Lucent's infringement allegations, including the allegations of direct,
22  contributory, or induced infringement, and describing how and where such documents support or
23  relate to Lucent's infringement allegations; (iv) as to each claimed element that Lucent alleges is met
24  under the doctrine of equivalents, explaining how substantially the same function is performed, in
25  substantially the same way, to achieve substantially the same result and the basis, if any, for
26  maintaining that there are "insubstantial differences"; (v) identifying the documents and things that
27  support or relate to Lucent's doctrine of equivalents allegations and how and where such documents
28  and things support or relate to Lucent's doctrine of equivalents allegations; (vi) as to each means

LUCENT'S SEVENTH SUPPLEMENTAL RESPONSE TO                 2                    CASE NOS. 02-CV-2060-B (CAB),
INTERROGATORY NO. 2 FROM MICROSOFT, DELL, AND GATEWAY                          03-CV-0699-B (CAB), AND 03-CV-1108-B (CAB)

EXHIBIT 2                                                                      PAGE 39

1  plus function element, specifying what in the Accused Product constitutes the corresponding
2  structure described in the specification or what in the Accused Product constitutes equivalents
3  thereof, along with the basis for asserting such equivalents; and (vii) identifying all the documents
4  and things that support or relate to Lucent's means plus function structure allegations and how and
5  where such documents and things support or relate to Lucent's means plus function structure
6  allegations.

7  **Seventh Supplemental Response to Interrogatory No. 2:**

8  Based on its investigations to date, and subject to and without waiver of any of its previously
9  stated general and specific objections, Lucent supplements its response as follows: Lucent identifies
10 infringement by Microsoft in Attachment A, infringement by Gateway in Attachment B, and
11 infringement by Dell in Attachment C. Lucent reserves the right to further supplement or amend its
12 response to this interrogatory as discovery and Lucent's investigation in this case proceed, and
13 during the course of expert discovery.

15 Dated: March 3, 2006                           *Lucent Technologies Inc.*

17                                        By: /s/ Howard Shaft
                                              John M. Desmarais (admitted *pro hac vice*)
18                                            Robert A. Appleby (admitted *pro hac vice*)
                                              Jon T. Hohenthaner (admitted *pro hac vice*)
19                                            KIRKLAND & ELLIS LLP
                                              153 East 53rd Street
20                                            New York, New York 10022
                                              Telephone: (212) 446-4800
21                                            Facsimile: (212) 446-4900

22                                            Jane Hahn, SBN 125203
                                              Alison P. Adema, SBN 149285
23                                            HAHN & ADEMA
                                              501 West Broadway, Suite 1730
24                                            San Diego, California 92101-3595
                                              Telephone: (619) 235-2100
25                                            Facsimile: (619) 235-2101

26                                            Attorneys for *Lucent Technologies Inc.*

LUCENT'S SEVENTH SUPPLEMENTAL RESPONSE TO          3          CASE NOS. 02-CV-2060-B (CAB),
INTERROGATORY NO. 2 FROM MICROSOFT, DELL, AND GATEWAY         03-CV-0699-B (CAB), AND 03-CV-1108-B (CAB)

EXHIBIT 2                                                                          PAGE 40

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2006, a copy of the foregoing **LUCENT'S SEVENTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2 FROM MICROSOFT, DELL, AND GATEWAY** was served on counsel for Gateway, Microsoft and Dell as follows:

**FEDERAL EXPRESS**
John E. Gartman
Christopher S. Marchese
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099

**EMAIL**
marchese@fr.com
srodriguez@fr.com

Attorneys for *Microsoft Corp.*

**FEDERAL EXPRESS**
James S. Blackburn
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199

**EMAIL**
jfreed@mwe.com
sidney_rosenzweig@aporter.com

Attorneys for *Dell Inc.*

**FEDERAL EXPRESS**
David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 'B' Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827

**EMAIL**
jeff.plies@dechert.com
bryan.farney@dechert.com
lawrence.fluker@dechert.com

Attorneys for *Gateway, Inc., et al.*

_____
Meredith S. Greisman

# Attachment B

**EXHIBIT 2**    **PAGE 42**

## VIII. U.S. Patent No. 4,763,356 ("Day")

Based on its investigation to date, and subject to its previously stated general and specific objections, Lucent contends that the following products infringe the following claims, literally or under the doctrine of equivalents of the Day Patent:

- Every computer system incorporating Microsoft Money software that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway, infringes claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21.

- Every computer system incorporating Intuit Quicken software that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway, infringes claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21.

- Gateway's sale or offer for sale of Microsoft Money and/or Intuit Quicken software induces infringement of claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21.

- Every computer device incorporating Microsoft Outlook software (including Microsoft Outlook with Business Manager) that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway infringes claims 1–2, 6–7, 10–12, 15–16, 19, and 21.

- Gateway's sale or offer for sale of Microsoft Outlook software (including Microsoft Outlook with Business Manager) induces infringement of claims 1–2, 6–7, 10–12, 15–16, 19, and 21.

- Every computing device that incorporates Microsoft Windows Mobile for Pocket PC and Pocket PC operating system software infringes claims 1-2, 6-7, 19, and 21.

Gateway's acts of making, using, selling, offering for sale, and/or importing those products constitute direct and/or induced infringement of these claims. For example, Gateway induces infringement by supplying these products to customers and providing manuals and other documentation to customers that provide information on how to use these products. The following claim charts summarize how each such apparatus or method satisfies each element or feature of these claims. Lucent reserves the right to supplement or amend this response as discovery and Lucent's investigation in this case proceed, and during the course of expert discovery.

120

**EXHIBIT 2**    **PAGE 43**

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Versions of Microsoft Money run on Windows XP Tablet PC edition, which when used with, e.g., a Tablet PC sold by Gateway, are capable of receiving information, in other words, working with Tablet PC and the handwriting recognition on a Tablet PC. *See, e.g., id.* 75. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | Microsoft Money software is an arrangement for use in a computer with a display, which performs a method. *See for example,* Microsoft Money software produced at MSLT_0962767-68, MSLT_0962770-72, and MSLT_0959120-25, for use in a computer with a computer monitor, e.g., a display. |
| displaying on said display a plurality of information fields, | Microsoft Money displays the transaction form. *See, e.g.,* J.S. Stamps Dep. Tr. 38. The form has a plurality of information fields, such as "NUM," "DATE," "PAYEE," "PAYMENT," "DEPOSIT," etc. *See, e.g., id.* 39-40. |
| identifying for each field a kind of information to be inserted therein, | Each field has a heading, which identifies the kind of information to be inserted therein. *See, e.g., id.* 42 (stating that a user would input a date for the transaction in the "DATE" field and input the amount of the transaction in the amount field, etc.). |

127

**EXHIBIT 2**    **PAGE 44**

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Money is a software program for use in a computer. Money provides a blinking cursor, a dotted border, and/or highlighted text to indicate a particular information field into which information will be inserted. *See, e.g., id.* 47-48.<br><br>Money provides a tool appropriate for filling in the type of information needed for the field. For example, Money provides a calendar tool for filling in the date, a number keypad/calculator tool for filling in numbers, and a list of related possible items to fill in various other fields. *See, e.g., id.* 43 (stating that Money provides a number pad/calculator tool to fill in the AMOUNT field, a calendar tool to fill in the DATE field, and a list of related possible items to select to fill in the NUM field). In this way, Money provides a group of predefined tools, such as those described above, for use with various fields in the transaction form. Also, the list of related items to select provides an individual entry from a menu, and the number pad/calculator and/or calendar tools allow the user to compose information.<br><br>Microsoft Money displays the tools above at the same time as displaying the transaction form, whereas the tools overlay the transaction form. *See, e.g.,* J.S. Stamps Dep. Tr. 87-88, Ex. 2, p. 19. |

128

EXHIBIT 2

PAGE 45

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Money provides, for example, a number pad/calculator tool, which inserts the information derived as a result of a user using the tool, e.g., when a user clicks with a mouse pointer on the number "1" of the number pad, a "1" would get entered into the active field associated with the tool. *See, e.g., id.* 63-64. Once the information fields are filled in the transaction form, the information can be transferred to a second set of fields in the ledger form by simply hitting the "enter" key. *See, e.g., id.* 46.<br><br>Microsoft Money is a software program for use in a computer having an algorithm to facilitate the above-described steps. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | Versions of Microsoft Money run on Windows XP Tablet PC edition, which when used with, e.g., a Tablet PC sold by Gateway, are capable of receiving information, in other words, working with Tablet PC and the handwriting recognition on a Tablet PC. *See, e.g., id.* 75. |

### D.   Computer Systems with Intuit Quicken

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1. An arrangement for use in a computer having a display associated therewith comprising | Intuit Quicken is a software program that runs on a Gateway computer with a display. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Intuit Quicken operates on a conventional Gateway computer that includes a microprocessor, a controller, and a display. As programmed with Intuit Quicken, the computer displays a form with multiple information fields. As programmed with Intuit Quicken, the computer identifies the kind of information that should be inserted into each field, such as by the labels "Number," "Date," "Pay to," "Amount," "Category," etc. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | As programmed with Intuit Quicken, a Gateway computer with a display performs a method comprising the following steps. |
| displaying on said display a plurality of information fields, | As programmed with Intuit Quicken, the computer displays an account register with multiple information fields, such as the check number, the date of payment, the person paid, the amount paid, the category of payment, etc. |
| identifying for each field a kind of information to be inserted therein, | As programmed with Intuit Quicken, the computer identifies the kind of information to be inserted into each field, such as by the labels "Number," "Date," "Pay to," "Amount," "Category," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | As programmed with Intuit Quicken, the computer indicates which field is active and displays at the same time the tool for filling in that field. For example, the computer highlights the active "Category" field and displays at the same time a drop-down menu with category information, such as "Bank Charges," "Clothing," "Dry Cleaning," etc. The tool is selected from a group of predefined tools, such as a calendar, a calculator, and a drop-down menu. A drop-down menu supplies an individual entry from a list of entries for filling in that field. There is also a tool that allows a user to compose information. For example, the calculator tool allows a user to calculate an amount for the "Amount" field. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | As programmed with Intuit Quicken, the computer inserts into the active field information that is derived from a user operating a tool. For example, when the user operates the calendar tool, the computer inserts a date into the "Date" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | As programmed with Intuit Quicken, a computer with a touch screen displays an information field as a bit-mapped-graphics field. |

133

EXHIBIT 2                                    PAGE 47

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Versions of Microsoft Outlook are usable or in other words compatible with a tablet PC, sold by Gateway having a touch sensitive screen and accept input from a user using a pen or stylus on a bit map graphics field. *See, e.g., id.* 19, 58. Bit map graphics fields allow a user to compose information by writing on the field, with for example, a stylus. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | Microsoft Outlook software includes a method for use in a Gateway computer having a user interface, e.g., a computer monitor display. *See, e.g.,* Microsoft Outlook software produced at MSLT_0959121, MSLT_0959126, for use in a computer with a computer monitor. |
| displaying on said display a plurality of information fields, | Microsoft Outlook displays a pattern, e.g., the Appointment Creation form having a plurality of information fields. *See, e.g.,* W. Kennedy Rough Dep. Tr., Ex. 2. The information fields include, e.g., a start time field, with a label in front of the field to indicate to the user the kind of information to be inserted in the field. *See., e.g., id.*, Ex. 2, p. 4. |
| identifying for each field a kind of information to be inserted therein, | The Appointment Creation form has a plurality of other information fields, such as "Subject," "Location," etc. Outlook precedes each information field with an identifier or label that identifies a kind of information to be inserted into each field, such as "Subject," "Location," etc. *See, e.g., id.* 48. |

140

EXHIBIT 2                                                                 PAGE 48

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Outlook indicates a particular one of said information fields into which information is to be inserted by, for example, a very light dotted line surrounding the field, a highlighted field, and a blinking overstrike bar (cursor). *See, e.g., id.* 27-28.<br><br>Outlook concurrently displays, for example, a Date Picker, a.k.a., a calendar tool, associated with the Appointment Creation form date field. *See, e.g., id.,* Ex. 2, p. 4. The date picker tool allows a user to compose information by clicking on various buttons on the tool with a mouse pointer.<br><br>Outlook also provides on the Appointment Creation field a time drop down menu associated with the time field. *See, e.g., id.* 32, Ex. 2, p. 4. The time drop down is adapted to supply an individual entry from a menu of alternatives. To do so, a user would click using the mouse on the drop down area that is next to the time field and select a time from the list that is shown. *See, e.g., id.* 33, Ex. 2, p. 6.<br><br>The Outlook tools discussed above, the Calendar and drop down menu, appear as an overlay image on the Appointment Creation form, in other words, the tools are displayed concurrently wit the underlying form. *See, e.g., id.* 57.<br><br>Outlook is designed for use with a computer, having a microprocessor, hard disk, memory management circuitry, ROM, and a display.<br><br>Versions of Outlook are compatible with a Tablet PC having a touch sensitive screen, and an on-screen graphical keyboard. The graphical keyboard allows a user to compose information. *See, e.g., id.* 19, 23, 31. |

141

**EXHIBIT 2**                                                        **PAGE 49**

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | As discussed above, Outlook provides, e.g., a Date Picker, a.k.a., a Calendar tool, and a drop down menu. Both tools, when operated properly, provide means for inserting information from the tool into the field. For example, the Calendar tool inserts the date into the associated field when the user, using, for example, a mouse pointer, clicks on the date button for the desired date. In a similar way, the drop down menu inserts the information chosen with by the user using the mouse clicker into the associated field.<br><br>Also, when used with a Tablet PC, Outlook receives information from the system indicating that a particular key was pressed on the graphical keyboard, and the information is inserted into the associated field. *See, e.g., id.* 54. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | Versions of Microsoft Outlook are usable or in other words compatible with a tablet PC, for example sold by Gateway having a touch sensitive screen and accept input from a user using a pen or stylus on a bit map graphics field. *See, e.g., id.* 19, 58. Bit map graphics fields allow a user to compose information by writing on the field, with for example, a stylus. |

F. **Computing Devices with Microsoft Windows Mobile for Pocket PC & Pocket PC OS Software**

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1. An arrangement for use in a computer having a display associated therewith comprising | Microsoft Windows Mobile for Pocket PC and its earlier version Microsoft Pocket PC, herein "Windows Mobile" is an arrangement for use in a computer, for example sold by Gateway having a display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | The drop down calendar discussed above displays information, the date, that changes periodically, and thereby is considered transitory information. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | As discussed above, Windows Mobile is designed for use with a PDA or other Pocket PC device, for example sold by Gateway. PDA and Pocket PC devices include a display with a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | As discussed above, Windows Mobile is designed for use with a PDA or other Pocket PC device, for example sold by Gateway. PDA and Pocket PC devices include a display with a touch-sensitive screen overlaying the display. Such devices include, for example, a letter recognizer and/or a block recognizer, which are bit map graphics fields allowing the user to compose information by writing with a stylus. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | Windows Mobile OS is an arrangement for use in a PDA or other hand held device such as a Pocket PC, for example sold by Gateway, and performs a method. |
| displaying on said display a plurality of information fields, | Windows Mobile Calendar appointment entry form provides a number of information fields, such as "Subject," "Location," "Starts," "Sensitivity," etc. |
| identifying for each field a kind of information to be inserted therein, | Each field is preceded by an identifying word that identifies the kind of information to be inserted into each field, such as "Subject," "Location," "Starts," "Sensitivity," etc. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Windows Mobile uses, for example, a blinking cursor or highlighted text to indicate the particular field into which info is to be inserted. Concurrently, the calendar offers a drop down menu for the field, a drop down calendar, or displays at the bottom of the screen additional tools, such as a keyboard, block recognizer, or letter recognizer. Pocket PC concurrently displays a predefined tool such as a calendar or a drop-down menu or a letter recognizer or block recognizer as appropriate tools for filling in dates or the appropriate information for the associated field. Further, for example, the drop down menu supplies an individual entry from a menu of alternatives and the keyboard, block recognizer, or letter recognizer allow the user to compose information. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | Windows Mobile is designed for use with a PDA, or other hand held device such as a Pocket PC. Pocket PCs include, for example, a microprocessor and controller. When a user utilizes one of the tools mentioned above, the information derived from using the tool is inserted from the tool into a field. For example, once the user taps on a date in the Calendar tool, the date selected is inputted into the field. Additionally, for example, a drop down menu provides information for the field that is associated with it once the user taps on a selection from the list with the stylus. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | As discussed above, Windows Mobile is designed for use with a PDA or other Pocket PC device sold by Gateway. PDA and Pocket PC devices include a display with a touch-sensitive screen overlaying the display. Such devices include, for example, a letter recognizer and/or a block recognizer, which are bit map graphics fields allowing the user to compose information by writing with a stylus. |

145

EXHIBIT 2                    PAGE 52