# EXHIBIT 3

```
 1           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA
 2              CASE NO. 02-CV-2060B(WMC)
                CASE NO. 03-CV-0699(WMC)
 3              CASE NO. 03-CV-1108 B (WMC)
 4   LUCENT TECHNOLOGIES, INC.,
 5             Plaintiffs,
 6
          vs.
 7
     GATEWAY, INC., and GATEWAY COUNTRY
 8   STORES,

 9        Defendants and Counter-claimants,
          and
10   MICROSOFT CORPORATION,
          Intervenor and Counter-claimant.
11   -----------------------------------
     MICROSOFT CORPORATION,
12             Plaintiff and
     Counter-defendant,
13        vs.
     LUCENT TECHNOLOGIES, INC.,
14             Defendants and
     Counter-claimants.
15   -----------------------------------
     LUCENT TECHNOLOGIES, INC.,
16             Plaintiffs,
          vs.
17   DELL INC.,
               Defendant.
18   -----------------------------------
          DEPOSITION UNDER ORAL EXAMINATION
19                    OF:
                EUGENE INDYK
20            January 18, 2006
              ------------
21   REPORTED BY: JENNIFER L. REALMUTO, CSR
              ------------
22         ESQUIRE DEPOSITION SERVICES
           90 Woodbridge Center Drive
23        Woodbridge, New Jersey 07095
        (732) 283-1008 or (800) 247-8366
24
     JOB #  24193
```

ESQUIRE DEPOSITION SERVICES

EXHIBIT 3                              PAGE 53

```
 1
 2              TRANSCRIPT of the deposition
 3   of the above-named witness, called for
 4   Oral Examination in the above-entitled
 5   matter, said deposition being taken
 6   pursuant to Superior Court Rules of Civil
 7   Practice and Procedure, by and before
 8   JENNIFER REALMUTO, Certified Shorthand
 9   Reporter and Notary Public of the State
10   of New Jersey, License No. XI01916, at
11   the office of COURTYARD MARRIOTT,
12   Cranford, New Jersey, on Wednesday,
13   January 18, 2006, commencing at 9:15 in
14   the forenoon.
15
16
17
18
19
20
21
22
23
24
```

```
 1   A P P E A R A N C E S:

 2
     KIRKLAND & ELLIS
 3   Citigroup Center
     153 East 53rd Street
 4   New York, New York 10022-4611
     (212) 446-4832
 5   BY:   ELIZABETH BERNARD, ESQ.
     Attorney for the Plaintiff, Lucent
 6
     DEWEY BALLANTINE, LLP
 7   1775 Pennsylvania Avenue, NW
     Washington D.C. 20006-4605
 8   (202) 862-4583
     BY:   CECIL E. KEY, ESQ.
 9   Attorneys for the Defendant and
     Counter-Claimants Gateway, Inc., Gateway
10   Country Stores, LLC, Gateway
     Manufacturing, LLC and Cowabunga
11   Enterprises, Inc.
12   FISH & RICHARDSON, ESQS.
     12390 El Camino Real
13   San Diego, California 92130
     BY:   JOSEPH REIV, ESQ.
14   Attorneys for the Defendant, Microsoft
15
     ALSO PRESENT -   STACEY CARTON, Esquire
16   Video Services
17
18
19
20
21
22
23
24
```

```
                    I N D E X
WITNESS              DIRECT       CROSS       REDIRECT

Testimony of:

EUGENE INDYK
By Mr. Key             6
By Ms. Bernard                     102

                    E X H I B I T S

NUMBER               DESCRIPTION                   PAGE
1                    Subpoena                       8
2                    Handwritten                   82
                     Document
3                    Handwritten                   83
                     Document, LUC 025072
4                    LUC 023812                    84
5                    Document,                     85
                     LUC 025065
6                    Patent No.                    86
                     5,627,938
7                    United States                 87
                     Patent 5,649,131              88
8                    Patent No. 4,701,954
9                    U.S. Patent                   91
                     4,910,781
                     LUC 1027221
                     through 7234
10                   LUC 018657 to                 91
                     018684, E-Mail
                     with Attachments

11                   Patent No. 5,341,457          94

12                   LUC 018668                    95
                     Through 693
```

5

```
 1              DEPOSITION SUPPORT INDEX
 2          DIRECTION TO WITNESS NOT TO ANSWER
 3
    Page       Line          Page       Line
 4
                       (None)
 5
 6          REQUEST FOR PRODUCTION OF DOCUMENTS
 7
    Page       Line          Page       Line           Page
 8
                       (None)
 9
                      STIPULATIONS
10
        Page       Line           Page       Line
11
                       (None)
12
                    QUESTION MARKED
13
14
    Page       Line          Page Line              Page
15
                       (None)
16
17
18
19
20
21
22
23
24
```

```
 1  that piece of software was?
 2          A.      Yes.
 3          Q.      And what was Gateway told
 4  that the software was?
 5          A.      Internet Explorer.
 6          Q.      Was that the only piece of
 7  software that was evaluated by Lucent and
 8  told -- that Gateway was told of?
 9          A.      There was one other piece of
10  software that was the Microsoft e-mail
11  program.
12          Q.      By that do you mean Outlook?
13          A.      I believe that's what it was
14  called in those days.
15          Q.      Do you know, does that
16  e-mail program still exist?
17          A.      Yes.
18          Q.      Do you know what it's called
19  now?
20          A.      It's probably called Outlook
21  Express or something of that nature.
22          Q.      When you first joined
23  Lucent, did you have Internet access from
24  your computer at Lucent?
```

```
 1   Kirkland & Ellis?
 2        A.    Yes.
 3        Q.    Was the patent that is
 4   attached, beginning on Page 2 of Exhibit
 5   10 a patent that was discussed between
 6   Lucent and Gateway during the license
 7   negotiations?
 8        A.    My recollection is yes.
 9        Q.    What specific Gateway
10   product or device did Lucent inform
11   Gateway purportedly infringed the patent
12   that is part of Exhibit 10?
13        A.    As I recall it, any Gateway
14   computer that runs Internet Explorer or
15   the Microsoft e-mail program called
16   Outlook.
17        Q.    Were there any other
18   specific products or devices that Lucent
19   identified to Gateway as potentially
20   infringing the Day patent?
21        A.    I don't recall any other
22   products.
23        Q.    I'm not going to ask you to
24   study the patent -- well, I'll ask this
```

```
 1           C E R T I F I C A T E
             I, JENNIFER REALMUTO a Notary
 2    Public and Certified Shorthand
 3    Reporter, do hereby state that prior
 4    to the commencement of the examination
 5                  EUGENE INDYK
 6    was duly sworn by me to testify to the
 7    truth, the whole truth and nothing but
 8    the truth.
 9           I do further state that the
10    foregoing is a true and accurate
11    transcript of the testimony as taken
12    stenographically by and before me at
13    the time, place and on the date
14    hereinbefore set forth.
15           I do further state that I am
16    neither a relative nor employee nor
17    attorney nor counsel of any of the
18    parties to this action, and that I am
19    neither a relative nor employee of
20    such attorney or counsel and that I am
21    not financially interested in this
22    action.
23           _____
                   JENNIFER REALMUTO
24                 License No. 30X100191600
```