W. Bryan Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: (619) 685-3003
Facsimile: (619) 702-6827

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>　　　Plaintiff and Counter-Defendant,<br><br>　v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>　　　Defendants and Counter-Claimants,<br><br>　and<br><br>MICROSOFT CORPORATION<br><br>　　　Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 02-CV-2060 B (CAB)<br>　　　consolidated with<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**PROOF OF SERVICE**<br><br>**RE: GATEWAY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,439,759 (FLEMING); 4,958,226 (HASKELL); 4,383,272 (NETRAVALI); AND 4,763,356 (DAY)**<br><br>Date:　　　October, 19, 2007<br>Time:　　　1:30 p.m.<br>Courtroom:　13, 5th Floor<br>Judge:　　　Marilyn L. Huff |

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. I served a copy of the following document(s):

1.  **GATEWAY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,439,759 (FLEMING); 4,958,226 (HASKELL); 4,383,272 (NETRAVALI); AND 4,763,356 (DAY).**

2.  **DECLARATION OF JEFFREY B. PLIES IN SUPPORT OF GATEWAY'S REPLY BRIEF ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF THE ASSERTED CLAIMS [WITH EXHIBITS 1 – 4].**

3.  **GATEWAY'S NOTICE OF LODGMENT OF DOCUMENT SUBMITTED UNDER SEAL.**

4.  **MOTION FOR LEAVE TO FILE EXHIBIT 4 UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02.**

5.  **PROPOSED ORDER GRANTING MOTION TO FILE EXHIBIT 4 UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02.**

6.  **PROOF OF SERVICE.**

I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services.  Said document was served as follows:

**BY FEDERAL EXPRESS:**  Said documents were served by Federal Express to the addresses stated below on October 12, 2007:

Counsel for Lucent:

Alison P. Adema
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:     (619) 235-2100

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:     (858) 678-5070

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:     (213) 243-4199

**ELECTRONIC MAIL:**     Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

    rappleby@kirkland.com
    jhohenthaner@kirkland.com
    akellman@kirkland.com
    aadema@hahnadema.com

Counsel for Microsoft

    marchese@fr.com
    denning@fr.com
    barnes@fr.com
    brooks@fr.com
    srodriguez@fr.com

Counsel for Dell

    jfreed@mwe.com
    Ali.Sharifahmadian@aporter.com
    james_blackburn@aporter.com

    I declare that I am a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Austin, Texas

                                                          _____/s/ Jeffrey B. Plies_____
                                                              Jeffrey B. Plies, Esq.

12965484.1.LITIGATION 10/19/2007 2:34 PM