1  Bryan W. Farney *(pro hac vice)*
   Steven R. Daniels (SBN 235398)
2  Jeffrey B. Plies *(pro hac vice)*
   DECHERT LLP
3  300 W. Sixth Street, Suite 1850
   Austin, Texas 78701
4  Telephone:  (512) 394-3000
   Facsimile:  (512) 394-3001
5
   David J. Zubkoff (SBN 149488)
6  SELTZER CAPLAN McMACHON VITEK
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone:  (619) 685-3003
8  Facsimile:   (619) 685-3100

9  Attorneys for Defendants and Counterclaimants,
   GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES,
10 INC., GATEWAY MANUFACTURING LLC, AND COWABUNGA ENTERPRISES, INC.

11
                    **UNITED STATES DISTRICT COURT**
12
                    **SOUTHERN DISTRICT OF CALIFORNIA**
13

14

| | |
|---|---|
| 15  LUCENT TECHNOLOGIES INC. | Case No. 02-CV-2060 B (CAB) |
| 16         Plaintiff and Counter-Defendant, | consolidated with<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB) |
| 17  v. | |
| 18  GATEWAY, INC., GATEWAY COUNTRY | **NOTICE OF JOINDER BY GATEWAY** |
| 19  STORES LLC, GATEWAY COMPANIES,<br>INC., GATEWAY MANUFACTURING LLC<br>and COWABUNGA ENTERPRISES, INC. | **TO MICROSOFT AND DELL'S**<br>**REPLIES IN SUPPORT OF MOTIONS**<br>**FOR PARTIAL SUMMARY** |
| 20         Defendants and Counter-Claimants, | **JUDGMENT OF NO WILLFUL**<br>**INFRINGEMENT** |
| 21  and | |
| 22  MICROSOFT CORPORATION | Date:        October 19, 2007 |
| 23         Intervenor and Counter-Claimant. | Time:        1:30 p.m.<br>Courtroom: Courtroom 13, 5th Floor |
| 24 | Judge:       Judge Marilyn L. Huff |
| 25  AND CONSOLIDATED CASES | |

26         **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

27         Please take notice that Gateway, Inc.; Gateway Country Stores LLC; Gateway

28
                                  GATEWAY'S NOTICE OF JOINDER TO MICROSOFT
                                  AND DELL'S REPLIES IN SUPPORT OF MOTIONS
                                  FOR PARTIAL SUMMARY JUDGMENT OF NO
                                  WILLFUL INFRINGEMENT
                                  CASE NO. 02-CV-2060-B (CAB)

1

2   Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway")

3   file this notice of joinder, and states that Gateway joins in the following replies, which were filed

    on October 12, 2007 in the referenced civil action:

4
          1.      Microsoft Corporation's Reply in Support of Microsoft's Motion for Partial
5
    Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos.
6
    4,958,226; 4,383,272; 5,347,295; and 4,763,356, including the Declaration of Lara S. Garner and
7
    all attached exhibits.  [D.I. 2138]
8
          2.      Dell, Inc.'s Reply in Support of its Motion for Partial Summary Judgment of No
9
    Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,958,226; 4,383,272; and
10
    4,763,356, including the Declaration of Joseph A. Micallef and all attached exhibits. [D.I. 2137]
11

12   Dated: October 15, 2007              DECHERT LLP

13

14                                       By:     ___/s/ Jeffrey B. Plies_____
                                                    Jeffrey B. Plies
15
                                         Attorneys For Defendants And Counterclaimants
16                                       GATEWAY, INC. *et. al*.

17

18

19

20

21

22

23

24

25

26

27

28
                                                        GATEWAY'S NOTICE OF JOINDER TO MICROSOFT
                                                        AND DELL'S REPLIES IN SUPPORT OF MOTIONS
                                            - 2 -       FOR PARTIAL SUMMARY JUDGMENT OF NO
                                                        WILLFUL INFRINGEMENT
                                                        CASE NO. 02-CV-2060-B (CAB)

1

## PROOF OF SERVICE

2

3        I am a resident of the State of Texas, over the age of eighteen years, not a party to the
within action, and am employed in Austin, Travis County, Texas.  On October 12, 2007, I served
a copy of the following document:

4

5        **NOTICE OF JOINDER BY GATEWAY TO MICROSOFT AND DELL'S
REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT OF NO
WILLFUL INFRINGEMENT**

6

7        I am readily familiar with the business practice at Dechert LLP regarding collection and
processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for
facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight
services.  Said document was served as follows:

8

9

**BY FACSIMILE:**      Said document was served by facsimile to the addresses stated below:

10

Counsel for Lucent:

11

Alison P. Adema

12  Hahn & Adema
501 West Broadway, Suite 1730

13  San Diego, CA 92101
Facsimile:      (619) 235-2101

14

Counsel for Microsoft

15

Christopher S. Marchese

16  Fish & Richardson P.C.
12390 El Camino Real

17  San Diego, CA 92130
Facsimile:      (858) 678-5099

18

Counsel for Dell

19

James S. Blackburn

20  Arnold & Porter
777 South Figueroa Street

21  Los Angeles, California 90017-5844
Facsimile:      (213) 243-4199

22

23  **ELECTRONIC MAIL:**      Courtesy copies of said documents were transmitted on the same
day as filing by electronic mail as stated below.

24

Counsel for Lucent

25

    rappleby@kirkland.com

26  jhohenthaner@kirkland.com
akellman@kirkland.com

27  aadema@hahnadema.com

28                                                      GATEWAY'S NOTICE OF JOINDER TO MICROSOFT
                                                        AND DELL'S REPLIES IN SUPPORT OF MOTIONS
                                      - 3 -             FOR PARTIAL SUMMARY JUDGMENT OF NO
                                                        WILLFUL INFRINGEMENT
                                                        CASE NO. 02-CV-2060-B (CAB)

1

2    Counsel for Microsoft

3        marchese@fr.com
         denning@fr.com
4        barnes@fr.com
         brooks@fr.com
5        srodriguez@fr.com

6    Counsel for Dell

7        jfreed@mwe.com
         Ali.Sharifahmadian@aporter.com
8        james_blackburn@aporter.com

9        I declare that I am a member of the bar of this Court, and that the service was made at my
     direction.  I declare under penalty of perjury under the laws of the United States of America that
10   the above is true and correct.

11   Executed in Austin, Texas

12

                                              _____/s/_ Jeffrey B. Plies_____
13                                                   Jeffrey B. Plies

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                        GATEWAY'S NOTICE OF JOINDER TO MICROSOFT
                                                        AND DELL'S REPLIES IN SUPPORT OF MOTIONS
                                         - 4 -           FOR PARTIAL SUMMARY JUDGMENT OF NO
                                                        WILLFUL INFRINGEMENT
                                                        CASE NO. 02-CV-2060-B (CAB)