John E. Gartman (SBN 152300)
Juanita Brooks (SBN 75934)
Christopher S. Marchese (SBN 170239)
Roger Denning (SBN 228998)
Lara S. Garner (SBN 234701)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:   (858) 678-5070
Facsimile:    (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
Telephone:   (425) 882-8080
Facsimile:    (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>      Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>      Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor and Counter-claimant, | Case No. 02-CV-2060 B (CAB) consolidated with<br>Case No. 03-CV-0699 B (CAB) and<br>Case No. 03-CV-1108 B (CAB)<br><br>**NOTICE OF JOINDER BY MICROSOFT TO DELL INC.'S AND GATEWAY INC.'S REPLIES IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT** |
| MICROSOFT CORPORATION,<br><br>      Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>      Defendant and Counter-claimant, | Judge Marilyn L. Huff<br><br>Hearing: October 19, 2007, 1:30 p.m.<br>Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | |
| Plaintiff, | |
| v. | |
| DELL, INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Microsoft Corporation ("Microsoft") files this notice of joinder, and states that Microsoft joins in the following replies which were filed on October 12, 2007 in this civil action:

    1.    Dell Inc.'s Reply in Support of Its Motion for Leave to File Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claim of U.S. Patent Nos. 4,958,226; 4,383,272; and 4,763,356, and the Declaration of Joseph A. Micallef with Exhibits.

    2.    Gateway's Reply Brief in Support of Its Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,439,759 (Fleming); 4,958,226 (Haskell); 4,383,272 (Netravali) and 4,763,356 (Day) and the Declaration of Jeffrey B. Plies with Exhibits.

Dated: October 15, 2007                  FISH & RICHARDSON P.C.

                                        By: /s/ Lara S. Garner
                                            John E. Gartman (SBN 152300)
                                            Juanita Brooks (SBN 75934)
                                            Christopher S. Marchese (SBN 170239)
                                            Roger Denning (SBN 228998)
                                            Lara S. Garner (SBN 234701)
                                            lgarner@fr.com

                                            Attorneys for Intervenor/Counter-claimant
                                            and Plaintiff/Counter-defendant
                                            MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 15, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/Lara S. Garner
Lara S. Garner
garner@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10781834.doc

2    Case No. 02-CV-2060 B (CAB)