1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
3  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
4
   Joseph A. Micallef (admitted *pro hac vice*)
5  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
6  Washington, D.C. 20004-1206
   Telephone: (202) 942-5000
7  Facsimile: (202) 942-5999

8  Joel M. Freed (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
9  600 13th Street, N.W.
   Washington, D.C. 20005-3096
10 Telephone: (202) 756-8000
   Facsimile: (202) 756-8087
11
   Attorneys for *Dell Inc.*
12

13                    UNITED STATES DISTRICT COURT

14                  SOUTHERN DISTRICT OF CALIFORNIA

15

16 LUCENT TECHNOLOGIES INC. and          )   Case No. 07-CV-2000-H (CAB)
   MULTIMEDIA PATENT TRUST               )   consisting of matters severed from
17                                        )   consolidated cases:
          Plaintiffs and Counterclaim-defendants, )   Case No. 02-CV-2060-B (CAB)
18                                        )   Case No. 03-CV-0699-B (CAB)
          v.                              )   Case No. 03-CV-1108-B (CAB)
19                                        )
   GATEWAY, INC. AND GATEWAY             )   **DELL INC.'S NOTICE OF MOTION**
20 COUNTRY STORES LLC, GATEWAY          )   **AND MOTION FOR**
   COMPANIES, INC., GATEWAY              )   **RECONSIDERATION OF THE**
21 MANUFACTURING LLC and                )   **COURT'S OCTOBER 1, 2007 ORDER**
   COWABUNGA ENTERPRISES, INC.,         )
22                                        )   Judge Marilyn L. Huff
          Defendants and Counter-claimants, )
23                                        )   Hearing Date: December 7, 2007
   and                                    )   Hearing Time: 9:00 a.m.
24                                        )   Location: Courtroom 13, 5th Floor
   MICROSOFT CORPORATION,                )
25                                        )
          Intervener and Counter-claimant, )
26 _____)

27

28

1    MICROSOFT CORPORATION,                          )
                                                     )
2            Plaintiff and Counter-defendant,        )
                                                     )
3    v.                                              )
                                                     )
4    LUCENT TECHNOLOGIES INC.,                       )
                                                     )
5            Defendant and Counter-claimant,         )
                                                     )
6    _____            )
                                                     )
     LUCENT TECHNOLOGIES INC. and                    )
7    MULTIMEDIA PATENT TRUST,                         )
                                                     )
8            Plaintiffs and Counterclaim-defendants, )
                                                     )
9    v.                                              )
                                                     )
10   DELL INC.,                                      )
                                                     )
11           Defendant and Counter-claimant.         )
                                                     )
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2        **PLEASE TAKE NOTICE** that, on December 7, 2007 at 9:00 a.m., or as soon thereafter as

3    the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States

4    District Court, located at 880 Front Street, San Diego, California 92101-8900, defendant and

5    counterclaimant Dell Inc. ("Dell") will move, and hereby does move, pursuant to Local Civil Rule

6    7.1(i)(2) and this Court's "inherent jurisdiction to modify, alter, or revoke" any non-final order, *see*

7    *United States v. Martin*, 226 F.3d 1042, 1049 (9th Cir. 2000), for reconsideration of certain portions

8    of this Court's October 1, 2007 Order Granting In Part and Denying In Part Parties' Motions For

9    Summary Judgment Regarding Defendants' Affirmative Defenses And Counterclaims Pertaining

10    To The Transfer Of The Group 1 Patents To The Multimedia Patent Trust (the "Oct. 1 Order").

11    Specifically, Dell moves for reconsideration of the following rulings:  (1) Order denying

12    Defendants' motion for summary judgment, and granting the motion by plaintiff and counterclaim

13    defendant Multimedia Patent Trust ("MPT") for summary judgment, on Defendants' defense of

14    license; (2) Order denying Defendants' motion for summary judgment, and granting the motion by

15    plaintiff and counterclaim defendant Lucent Technologies, Inc. ("Lucent") for summary judgment,

16    on Dell's and Gateway's counterclaim for tortious interference with contract; and (3) Order denying

17    Defendants' motion for summary judgment, and granting MPT's motion for summary judgment, on

18    Defendants' unclean hands defense.  In the alternative, in the event the Court denies Dell's motion

19    for reconsideration, Dell moves, pursuant to 28 U.S.C. 1292(b), for certification of the Court's

20    ruling on Defendants' license and unclean defenses for interlocutory review.

21        Dell's motion is made on the following grounds.  First, with respect to the Court's order

22    regarding Defendants' license defenses, Dell moves on three grounds:  (i) the Court committed an

23    error of law in misconstruing Federal Circuit case law when it concluded that a patentee may

24    effectively assign its patents to another party even where it retains an unfettered right to veto any

25    future sales of patents; (ii) the Court's Oct. 1 Order failed to consider other significant reservations

26    of rights by Lucent, which defeat assignment; and (iii) the Court misapplied the summary judgment

27    standard in weighing the contradictory evidence regarding Lucent's compliance with the Merger

28    Agreement between Alcatel S.A. and Lucent.  Second, with respect to the Court's order regarding

- 1 -

1   Defendants' tortious interference with contract counterclaims, Dell moves for reconsideration on

2   the ground that the Court erred as a matter of law in holding that an interference with a prospective

3   right under an existing contract would not support an interference with contract claim.  Third, with

4   respect to the Court's order regarding Defendants' unclean hands defenses, Dell moves for

5   reconsideration on the grounds that (i) the Court erred as a matter of law in holding that the unclean

6   hands doctrine is applicable only to conduct that would have had a dispositive impact on the issues

7   in the litigation; and (ii) new facts that have arisen since the Court's Oct. 1 Order -- specifically, a

8   complaint filed by MPEG LA, L.L.C. seeking, *inter alia*, a declaration that the Video Coding

9   Patents are part of the MPEG LA patent pool -- demonstrate that, but for Plaintiffs' fraudulent

10  concealment and misleading public statements, action could have been taken by MPEG LA that

11  would have had a dispositive impact on this litigation.

12       Dell's alternative request for certification of the Court's orders with respect to Defendants'

13  license and unclean hands defenses is based on the grounds that these orders concern controlling

14  issues of law to which there is a substantial difference of opinion among the parties, and an

15  immediate appeal of the Court's orders on these issues may materially advance the ultimate

16  termination of this litigation.

17       This motion is based on this Notice of Motion and Motion, the Memorandum of Points and

18  Authorities in support thereof, the declaration of James S. Blackburn filed concurrently herewith,

19  the pleadings, records and files in this action, and upon such other and further evidence and

20  argument as may properly be presented prior to and at the hearing on the Motion.

21

22  October 31, 2007                          ARNOLD & PORTER LLP
                                              James S. Blackburn
23                                            Joseph A. Micallef

24                                            McDERMOTT WILL & EMERY LLP
                                              Joel M. Freed
25

26
                                              By:   /s/James S. Blackburn
27                                                  James S. Blackburn
                                                    james.blackburn@aporter.com
28                                                  Attorney for Dell Inc.

- 2 -