James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,

Plaintiffs and Counterclaim-defendants,

v.

GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,

Defendants and Counter-claimants,

and

MICROSOFT CORPORATION,

Intervener and Counter-claimant,

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB)
Case No. 03-CV-0699-B (CAB)
Case No. 03-CV-1108-B (CAB)

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Defendants and Counter-claimants, | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>DELL INC.,<br><br>Defendant and Counter-claimant. | ) |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 777 South Figueroa Street, Los Angeles, California 90017.

I HEREBY CERTIFY that on this 31st day of October 2007, in Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB), and Case No. 03-CV-1108-B (CAB), I caused a copy of the following document to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L. R. 5.4:

1. Dell Inc.'s Notice of Motion and Motion for Reconsideration of the Court's October 1, 2007 Order;

2. Dell Inc.'s Memorandum of Points and Authorities in Support of Its Motion for Reconsideration of the Court's October 1, 2007 Order;

3. [Proposed] Order Granting Dell Inc.'s Motion for Reconsideration of the Court's October 1, 2007 Order;

4. Declaration of James S. Blackburn in Support of Dell Inc.'s Motion for Reconsideration of the Court's October 1, 2007 Order, attaching Exhibits 1-16;

5. Dell Inc.'s Notice of Motion and Motion Pursuant to Civil Local Rule 79-2 for Leave to File Under Seal the Confidential Memorandum of Points and Authorities in Support of Its Motion for Reconsideration of the Court's October 1, 2007 Order;

6. Declaration of James S. Blackburn in Support of Dell Inc.'s Motion Pursuant to Civil Local Rule 79-2 for Leave to File Under Seal the Confidential Memorandum of Points and Authorities in Support of Its Motion for Reconsideration of the Court's October 1, 2007 Order, attaching Exhibit A; and

7. [Proposed] Order Granting Dell Inc.'s Motion Pursuant to Civil Local Rule 79-2 for Leave to File Under Seal the Confidential Memorandum of Points and Authorities in Support of Its Motion for Reconsideration of the Court's October 1, 2007 Order.

A true and complete copy of the above named document was served on counsel listed below by the indicated methods:

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

David Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101
dhahn@hahnadema.com
sfrost@hahnadema.com

**VIA ELECTRONIC MAIL**

Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND & ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
jmafale@kirkland.com

Christopher S. Marchese
John E. Gartman
Jennifer Bettencourt
Susie Rodriguez
Donna Rousseau
John Thornburgh
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
marchese@fr.com
gartman@fr.com
bettencourt@fr.com
srodriguez@fr.com
thornburgh@fr.com

Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
106 East 6th Street, Suite 800

Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
bryan.farney@dechert.com

jeff.plies@dechert.com
lawrence.fluker@dechert.com

David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com

I declare that I am an employee in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on October 31, 2007, at or Los Angeles, California.

By: ______________________
Leyla C. Çambel