**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiffs and Counterclaim-defendants,<br><br>    v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**ORDER GRANTING DELL INC.'S NOTICE OF MOTION AND MOTION PURSUANT TO CIVIL LOCAL RULE 79-2 FOR LEAVE TO FILE UNDER SEAL (1) DELL'S CONFIDENTIAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DELL'S MOTION FOR RECONSIDERATION; AND (2) CONFIDENTIAL EXHIBITS TO THE DECLARATION OF JAMES S. BLACKBURN IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>Judge Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST,<br><br>    Defendants and Counter-claimants, | |

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST, | ) ) ) ) |
| Plaintiffs and Counterclaim-defendants, | ) ) |
| v. | ) ) |
| DELL INC., | ) ) ) |
| Defendant. | ) ) |

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Having considered Dell's Request, and good cause appearing,

**IT IS HEREBY ORDERED** that the following documents are to be filed under seal:

1. Dell Inc.'s Memorandum of Points and Authorities in Support of Its Motion for Reconsideration; and

2, Exhibits 1, 2, 5, 6, 7, 10 and 14 to the Declaration of James S. Blackburn in Support of Dell Inc.'s Motion for Reconsideration.

**IT IS SO ORDERED**.

Dated: October 31, 2007

Honorable Marilyn L. Huff
United States District Judge