1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10   LUCENT TECHNOLOGIES, INC.,                    Civil No.    07cv2000-H (CAB)

11                             Plaintiff,

12              v.                                 **ORDER FOLLOWING 11/1/07
                                                   TELEPHONIC DISCOVERY**
13   GATEWAY, INC.; GATEWAY COUNTRY               **CONFERENCE**
     STORES LLC; MICROSOFT
14   CORPORATION; and DELL, INC.,

15                             Defendants.

16   And related counterclaims.

17       On November 1, 2007, the Court held a telephonic conference on Plaintiff Lucent's motion

18   for supplementation of Defendants' financial information prior to trial.  Elizabeth Bernard, Esq., and

19   Paul Bondor, Esq., appeared for Plaintiff Lucent.  Jonathan Baker, Esq., appeared for Defendant

20   Gateway.  John Gartman, Esq., Joseph Reid, Esq., and Lara Garner, Esq., appeared for Defendant

21   Microsoft.  Joel Freed, Esq., and James Blackburn, Esq., appeared for Defendant Dell.  The parties

22   submitted letter briefs directly to chambers.  Having considered the submissions of the parties and

23   the arguments of counsel, Plaintiff's motion is **GRANTED**.

24       Defendants are **HEREBY ORDERED** to supplement the financial information upon which

25   the parties' respective experts actually relied for their damages calculations to bring that information

26   current, no later than **November 30, 2007**.  The supplementation will include, but is not limited to,

27   financial information for the following products: Microsoft stand-alone Outlook, Intuit Quicken and

28   Microsoft Money.  Provision of supplemental financial information, pursuant to this order, is not a

1 | waiver of any parties' right to challenge the admissibility at trial of a claim for damages regarding

2 | the products for which information is provided.

3 |       **IT IS SO ORDERED.**

4

5 | DATED:  November 2, 2007

6

7 |                  _____
                 **CATHY ANN BENCIVENGO**
                 United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv2000