# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al*.<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>**PRE-TRIAL SCHEDULING ORDER** |

    This order supplements the Court's prior scheduling orders. All other dates remain as set.

    1.    If the parties wish to use a questionnaire for screening potential jurors, they should meet and confer in good faith to agree on the form of the questionnaire. The parties shall submit a joint motion proposing the form of any questionnaire on or before **December 10, 2007**. Whether or not the parties agree on the form of the questionnaire, they should **advise the**

1 **Court of the anticipated length of trial** on or before **December 10, 2007**. If the parties are unable to agree on the form of a questionnaire, the Court may exercise its discretion not to use a questionnaire, except to the extent needed to screen jurors for availability due to the anticipated length of trial.

2. At or before the status conference on **February 19, 2008 at 10:30 AM**, the parties shall submit their proposed jury instructions.

3. At or before the status conference on **February 19, 2008 at 10:30 AM**, each party shall submit to Judge Huff's Courtroom Deputy three (3) copies of a final exhibit list. These are required **in addition to** any exhibit list submitted with a memorandum required by Civil Local Rule 16.1(f)(2). The parties shall **mark their exhibits in advance of trial**. The parties should contact the Courtroom Deputy to obtain the approved form of this list, and should contact the Courtroom Deputy or the Clerk's Office to obtain appropriate labels for exhibits. If any exhibits will require the Court's permission for admission through security, the parties shall call chambers prior to the date of trial to make the necessary arrangements.

4. The Court will impose reasonable time limits for trial, which will apply to all aspects of trial including, but not limited to, opening and closing statements, jury instructions, and both direct and cross-examination of witnesses, subject to exception for good cause shown.

**IT IS SO ORDERED.**

Dated: November 9, 2007

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

All parties of record.