1   Bryan W. Farney *(pro hac vice)*
    Jeffrey B. Plies *(pro hac vice)*
2   DECHERT LLP
    300 W. Sixth Street, Suite 1850
3   Austin, Texas 78701
    Telephone: (512) 394-3000
4   Facsimile:  (512) 394-3001

5   David J. Zubkoff (SBN 149488)
    SELTZER CAPLAN MCMAHON VITEK
6   750 "B" Street, Suite 2100
    San Diego, California 92101
7   Telephone: (619) 685-3003
    Facsimile:  (619) 685-3100
8
    Attorneys for Defendants and Counterclaimants,
9   GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
    GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10  LLC, AND COWABUNGA ENTERPRISES, INC.

11                      **UNITED STATES DISTRICT COURT**

12                     **SOUTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000 H (CAB) |
| Plaintiff and Counter-Defendant, | **NOTICE OF MOTION AND MOTION UNDER FED. R. CIV. P. 72(A) FOR REVIEW OF MAGISTRATE JUDGE'S RULING WHICH DECLINED TO REACH PREDICATE ISSUE OF ADMISSIBILITY REGARDING INTUIT QUICKEN AND MICROSOFT MONEY** |
| v. | |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | |
| Defendants and Counter-Claimants, | Date:       To be set by Judge Huff |
| and | Time: |
| | Courtroom: 13, 5th Floor |
| MICROSOFT CORPORATION | Judge:      Hon. Marilyn L. Huff |
| Intervenor and Counter-Claimant. | |
| AND CONSOLIDATED CASES. | |

DECHERT LLP
ATTORNEYS AT LAW

GATEWAY'S NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING UNDER FED. R. CIV. P. 72(A);
CASE NO. 07-CV-2000 H (CAB)

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2    **PLEASE TAKE NOTICE THAT** that, on a date and time to be set by the Court, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101-8900, Defendants and Counterclaimants Gateway, Inc.; Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") will, and hereby do, move the Court, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, to review and modify the Magistrate Judge's Order Following 11/1/07 Telephonic Discovery Conference (Doc. No. 40). The Magistrate Judge ordered supplemental production of damages documents regarding Intuit Quicken and Microsoft Money even though these products had already been excluded from the case pursuant to Judge Brewster's prior ruling on a motion-in-limine. Gateway respectfully requests that this Court modify the Magistrate Judge's order so as to exclude the obligation to produce supplemental financial information regarding Intuit Quicken and Microsoft Money.

This motion is based on the following:

1. Gateway's Memorandum of Points and Authorities in Support of its Motion Under Fed. R. Civ. P. 72(a) For Review Of Magistrate Judge's Ruling Which Declined To Reach Predicate Issue Of Admissibility Regarding Intuit Quicken And Microsoft Money;

2. The Declaration of Jonathan D. Baker in Support of Gateway's Motion Under Fed. R. Civ. P. 72(a) For Review Of Magistrate Judge's Ruling Which Declined To Reach Predicate Issue Of Admissibility Regarding Intuit Quicken And Microsoft Money, including Exhibits 1, 4-8, 10, and 12-15 (filed with the declaration) and Exhibits 2-3, 9 and 11 (filed with the Notice of Lodgment of Documents Submitted Under Seal);

3. The files and records in this action, and any and all other materials submitted to the Court on or before the time of its decision in this matter.

DECHERT LLP
ATTORNEYS AT LAW

1
GATEWAY'S NOTICE OF MOTION AND MOTION FOR REVIEW OF RULING WHICH DECLINED TO REACH PREDICATE ISSUE OF ADMISSIBILITY RE INTUIT, QUICKEN AND MICROSOFT MONEY; CASE NO. 02-CV-2060 B (CAB)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 14, 2007 | DECHERT LLP |
| 3 | | By:_____/s/ Jonathan D. Baker_____ |
| 4 | | Jonathan D. Baker |
| 5 | | ATTORNEYS FOR DEFENDANTS AND COUNTER-CLAIMANTS: GATEWAY, INC., GATEWAY COUNTRY STORES LLC, |
| 6 | | GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC, AND |
| 7 | | COWABUNGA ENTERPRISES, INC. |

12998272.1

DECHERT LLP
ATTORNEYS AT LAW

2

GATEWAY'S NOTICE OF MOTION AND MOTION FOR REVIEW OF RULING WHICH DECLINED TO REACH PREDICATE ISSUE OF ADMISSIBILITY RE INTUIT, QUICKEN AND MICROSOFT MONEY; CASE NO. 02-CV-2060 B (CAB)