1  Bryan W. Farney *(pro hac vice)*
   Jeffrey B. Plies *(pro hac vice)*
2  DECHERT LLP
   300 W. Sixth Street, Suite 1850
3  Austin, Texas 78701
   Telephone:  (512) 394-3000
4  Facsimile:  (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN MCMAHON VITEK
6  750 "B" Street, Suite 2100
   San Diego, California 92101
7  Telephone:  (619) 685-3003
   Facsimile:  (619) 685-3100
8
   Attorneys for Defendants and Counterclaimants,
9  GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 LLC, AND COWABUNGA ENTERPRISES, INC.

11                    **UNITED STATES DISTRICT COURT**

12                    **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES. | Case No. 07-CV-2000 H (CAB)<br><br>**DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(A) FOR REVIEW OF MAGISTRATE JUDGE'S RULING WHICH DECLINED TO REACH PREDICATE ISSUE OF ADMISSIBILITY REGARDING INTUIT QUICKEN AND MICROSOFT MONEY**<br><br>Date:       To be set by Judge Huff<br>Time:<br>Courtroom: 13, 5th Floor<br>Judge:      Hon. Marilyn L. Huff |

DECHERT LLP
ATTORNEYS AT LAW

DEC. OF BAKER ISO GATEWAY'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING; CASE NO. 07-CV-2000 H (CAB)

I, Jonathan D. Baker, declare as follows:

1. I am an attorney with the law firm Dechert LLP, which is counsel for Gateway, Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and Cowabunga Enterprises, Inc. ("Gateway").

2. Exhibit 1, attached hereto, is a true and correct copy of the Order Following Discovery Conference, dated January 9, 2006.

3. Exhibit 2, attached to Gateway's Notice of Lodgment and filed under seal, is a true and correct copy of excerpts from the Expert Report of Wayne Hoberlein, dated March 31, 2006.

4. Exhibit 3, attached to Gateway's Notice of Lodgment and filed under seal, is a true and correct copy of excerpts from the 2nd Supplemental Expert Report of Wayne Hoberlein, dated January 27, 2007.

5. Exhibit 4, attached hereto, is a true and correct copy of Gateway's Group 4 Motion in Limine No. 1, dated March 29, 2007.

6. Exhibit 5, attached hereto, is a true and correct copy of the Order on Motions in Limine for the Group 4 Trial, D.I. 1737.

7. Exhibit 6, attached hereto, is a true and correct copy of excerpts the Transcript of Motion Hearing, dated April 27, 2007.

8. Exhibit 7, attached hereto, is a Timeline For Lucent's Untimely Damages Report on Quicken and Money.

9. Exhibit 8, attached hereto, is a true and correct copy of a letter from Abe Hewgley to Elizabeth Bernard, dated January 31, 2006.

10. Exhibit 9, attached to Gateway's Notice of Lodgment and filed under seal, is a true and correct copy of Intuit Royalty Reports showing monthly Quicken sales for 2002-2004 (GW-LT 416515-50).

11. Exhibit 10, attached hereto, is a true and correct copy of a letter from Lawrence Fluker to Jon Hohenthaner, dated March 22, 2006.

1

Dechert LLP
Attorneys At Law

1  12.  <u>Exhibit 11</u>, attached to Gateway's Notice of Lodgment and filed under seal, is a true and correct copy of Microsoft Licensing Invoices for Sales of Microsoft Office for August 2004 and July 2005 (GW-LT 421770-88).

13.  <u>Exhibit 12</u>, attached hereto, is a true and correct copy of Lucent's Opposition to Gateway's Group 4 Motion in Limine No. 1, dated April 13, 2007.

14.  <u>Exhibit 13</u>, attached hereto, is a true and correct copy of Magistrate Judge Bencivengo's Order Following 11/1/07 Telephonic Discovery Conference, dated November 2, 2007.

15.  <u>Exhibit 14</u>, attached hereto, is a true and correct copy of Lucent's Letter Brief to Judge Bencivengo, dated October 19, 2007.

16.  <u>Exhibit 15</u>, attached hereto, is a true and correct copy of Gateway's Letter Brief to Judge Bencivengo, dated October 24, 2007.

17.  <u>Exhibit 16</u>, attached hereto, is a true and correct copy of Lucent's Additional Letter Brief to Judge Bencivengo, dated October 31, 2007.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 14, 2007        DECHERT LLP

By:  /s/ Jonathan D. Baker
         Jonathan D. Baker

ATTORNEYS FOR DEFENDANTS AND COUNTER-CLAIMANTS: GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC, AND COWABUNGA ENTERPRISES, INC.

# INDEX OF EXHIBITS

| EXHIBIT NO. | PAGES |
|---|---|
| 1 | 5 -6 |
| 2 | 7 – 12 |
| 3 | 13 – 22 |
| 4 | 23 – 29 |
| 5 | 30 – 38 |
| 6 | 39 – 46 |
| 7 | 47 |
| 8 | 48 |
| 9 | 49 – 84 |
| 10 | 85 |
| 11 | 86 – 104 |
| 12 | 105 – 111 |
| 13 | 112 – 113 |
| 14 | 114 – 116 |
| 15 | 117 – 121 |
| 16 | 122 - 126 |

12998285.1