FILED

2006 JAN 10 AM 9: 10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LUCENT TECHNOLOGIES, INC., | Civil No. 02cv2060-B (CAB) |
|---|---|
| Plaintiff, | |
| v. | ORDER FOLLOWING DISCOVERY CONFERENCE |
| GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; MICROSOFT CORPORATION; and DELL, INC., | |
| Defendants. | |

On January 6, 2006, the Court held a telephonic discovery conference. Based upon the parties' letter briefs and discussions during the conference, IT IS HEREBY ORDERED:

1. In addition to the orders the Court issued during the conference regarding specific deposition notices, the Court vacated the April 8, 2005 Case Management Order and set the following dates for discovery and expert exchanges:

| | |
|---|---|
| Supplement Infringement and Invalidity Contentions Supplement Interrogatory Responses re: affirmative defenses | 1/27/06 |
| Fact Discovery Cutoff | 2/24/06 |
| Expert Designation | 2/17/06 |
| Rebuttal Expert Designation | 3/3/06 |
| Exchange Expert Reports | 3/31/06 |
| Exchange Rebuttal Expert Reports | 5/12/06 |
| Expert Discovery Cutoff | 7/7/06 |

384.

02cv2060

Exhibit 1
Page 5

1      2.     Further, Lucent shall provide Defendants with a list of products made by or for Lucent that are compliant with industry standards that are the subject matter of patents at issue in this litigation on or before **January 20, 2006**.

    3.     The extension of the fact discovery cutoff is intended to allow the parties to complete outstanding discovery. The parties are not permitted to use this extension to open new avenues of discovery. The parties may only propound new discovery requests, including subpoenas to third parties, as needed to follow up on information provided in response to existing discovery requests.

DATED: Jan 9, 2006

CATHY ANN BENCIVENGO
United States Magistrate Judge

cc:    The Honorable Rudi. M. Brewster
        All parties

-2-

02cv2060

Exhibit 1
Page 6