# Timeline For Lucent's Untimely Damages Report On Quicken and Money



Gateway produces reports showing monthly Quicken sales for 2002-2004 (Jan. 31, 2006)

Gateway produces Microsoft invoices showing Office sales for the two months previously omitted: August 2004 and July 2005 (July 25, 2006)

Gateway produces Microsoft invoices showing monthly Office sales for 2002-2005. (Mar. 22, 2006)

Hoberlein issues his initial report which provides damages theory for Office only. No mention of damages theory for Quicken or Money. (Mar. 31, 2006)

Hoberlein issues his 2nd supplemental report which provides damages theory for Quicken and Money for the first time. (January 25, 2007)

Expert Report Deadline (Mar. 31, 2006)

Jan. 2006

Jan. 2007

Exhibit 7
Page 47