# DEWEY BALLANTINE LLP

401 CONGRESS AVENUE
SUITE 3200
AUSTIN, TEXAS 78701
TEL 512 226-0300   FAX 512 226-0333

ABE HEWGLEY
512 226 0435
ahewgley@deweyballantine.com

January 31, 2006

**VIA FEDEX**

Elizabeth Bernard, Esq.
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022-4675

　　　　Re:　Civil Action No. 02-CV2060 BTM (JAH); *Lucent Technologies, Inc. and Lucent Technologies Guardian I LLC v. Gateway, Inc. and Gateway Country Stores LLC*; in the United States District Court, Southern District of California

Dear Ms. Bernard:

　　Per Jeff Plies' instructions, please find enclosed Gateway's document production bearing document control numbers GW-LT 411012 - GW-LT 416589.

　　Please contact me directly if you have any questions or concerns.

　　　　　　　　　　　　　　　　Regards,

　　　　　　　　　　　　　　　　Abe Hewgley
　　　　　　　　　　　　　　　　Legal Assistant

ahh
Enclosure

AU1 24650v1

NEW YORK   WASHINGTON, D.C.   LOS ANGELES   EAST PALO ALTO   HOUSTON   AUSTIN
LONDON   WARSAW   BUDAPEST   PRAGUE   FRANKFURT   MILAN   ROME

Exhibit 8
Page 48