

106 East Sixth Street
Suite 800
Austin, TX 78701
+1 512 394 3000 Main
+1 512 394 3001 Fax
www.dechert.com

**LAWRENCE FLUKER**

+1 512 394 3018 Direct
+1 512 394 3001 Fax

March 22, 2006

**BY FEDERAL EXPRESS**

Jon Hohenthaner, Esq.
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022-4675

Re: Civil Action No. 02-CV-2060, consolidated with 03-CV-699B and 03-CV-1108B; *Lucent Technologies, Inc. v. Gateway, Inc., et al.*; in the United States District Court for the Southern District of Texas (San Diego Division)

Dear Mr. Hohenthaner:

Enclosed please find a CD containing Gateway, Inc.'s production in the referenced civil action. The produced documents are labeled GW-LT 420226 – GW-LT 421722.

Should you have any questions, do not hesitate to contact Jeff Plies at (512) 394-3012 or me.

Very truly yours,

*Lawrence Fluker*

Lawrence Fluker
Senior Paralegal

Enclosure

cc:   Jeff Plies   Firm, w/o enclosures

12310839.1.LITIGATION 3/22/2006 12:21 PM

U.S. Austin Boston Charlotte Harrisburg Hartford New York Newport Beach Palo Alto Philadelphia Princeton San Francisco Washington DC   EUROPE Brussels Frankfurt London Luxembourg Munich Paris

Exhibit 10
Page 85