UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; MICROSOFT CORPORATION; and DELL, INC., <br><br> Defendants. <br><br> And related counterclaims. | Civil No.   07cv2000-H (CAB) <br><br> **ORDER FOLLOWING 11/1/07 TELEPHONIC DISCOVERY CONFERENCE** |

On November 1, 2007, the Court held a telephonic conference on Plaintiff Lucent's motion for supplementation of Defendants' financial information prior to trial. Elizabeth Bernard, Esq., and Paul Bondor, Esq., appeared for Plaintiff Lucent. Jonathan Baker, Esq., appeared for Defendant Gateway. John Gartman, Esq., Joseph Reid, Esq., and Lara Garner, Esq., appeared for Defendant Microsoft. Joel Freed, Esq., and James Blackburn, Esq., appeared for Defendant Dell. The parties submitted letter briefs directly to chambers. Having considered the submissions of the parties and the arguments of counsel, Plaintiff's motion is **GRANTED**.

Defendants are **HEREBY ORDERED** to supplement the financial information upon which the parties' respective experts actually relied for their damages calculations to bring that information current, no later than **November 30, 2007**. The supplementation will include, but is not limited to, financial information for the following products: Microsoft stand-alone Outlook, Intuit Quicken and Microsoft Money. Provision of supplemental financial information, pursuant to this order, is not a

1  waiver of any parties' right to challenge the admissibility at trial of a claim for damages regarding
2  the products for which information is provided.
3      **IT IS SO ORDERED.**
4
5  DATED: November 2, 2007
6
7                                    _____
                                     **CATHY ANN BENCIVENGO**
8                                    United States Magistrate Judge