| | |
|---|---|
| 1 | Bryan W. Farney *(pro hac vice)* |
|   | Steven R. Daniels (SBN 235398) |
| 2 | Jeffrey B. Plies *(pro hac vice)* |
|   | DECHERT LLP |
| 3 | 300 W. Sixth Street, Suite 1850 |
|   | Austin, Texas 78701 |
| 4 | Telephone: (512) 394-3000 |
|   | Facsimile: (512) 394-3001 |
| 5 | |
|   | David J. Zubkoff (SBN 149488) |
| 6 | SELTZER CAPLAN MCMAHON VITEK |
|   | 750 "B" Street, Suite 2100 |
| 7 | San Diego, California 92101 |
|   | Telephone: (619) 685-3003 |
| 8 | Facsimile: (619) 685-3100 |

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000 H (CAB) |
| Plaintiff and Counter-Defendant, | **PROOF OF SERVICE** |
| v. | Date: To be set by Judge Huff |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | Time: <br> Courtroom: 13, 5th Floor <br> Judge: Hon. Marilyn L. Huff |
| Defendants and Counter-Claimants, | |
| and | |
| MICROSOFT CORPORATION | |
| Intervenor and Counter-Claimant. | |
| AND CONSOLIDATED CASES | |

I am a resident of the State of California, over the age of eighteen years, not a party to the within action, and am employed in Mountain View, Santa Clara County, California. On November 14, 2007, I served a copy of the following documents:

<u>Filed electronically</u>

**GATEWAY'S NOTICE OF MOTION AND MOTION UNDER FED. R. CIV. P. 72(A) FOR REVIEW OF MAGISTRATE JUDGE'S RULING WHICH DECLINED TO REACH PREDICATE ISSUE OF ADMISSIBILITY REGARDING INTUIT QUICKEN AND MICROSOFT MONEY**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(A) FOR REVIEW OF MAGISTRATE JUDGE'S RULING WHICH DECLINED TO REACH PREDICATE ISSUE OF ADMISSIBILITY REGARDING INTUIT QUICKEN AND MICROSOFT MONEY**

**DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(A) FOR REVIEW OF MAGISTRATE JUDGE'S RULING WHICH DECLINED TO REACH PREDICATE ISSUE OF ADMISSIBILITY REGARDING INTUIT QUICKEN AND MICROSOFT MONEY**

**GATEWAY'S NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION TO SHORTEN TIME, OR IN THE ALTERNATIVE TO STAY A PORTION OF MAGISTRATE JUDGE'S DISCOVERY ORDER**

**DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME**

**GATEWAY'S MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02 RE: GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(A) FOR REVIEW OF MAGISTRATE JUDGE'S RULING WHICH DECLINED TO REACH PREDICATE ISSUE OF ADMISSIBILITY REGARDING INTUIT QUICKEN AND MICROSOFT MONEY**

**PROOF OF SERVICE**

<u>E-mailed to Judge Huff's Clerk</u>

**[PROPOSED] ORDER GRANTING LEAVE TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(A) FOR REVIEW OF MAGISTRATE JUDGE'S RULING WHICH DECLINED TO REACH PREDICATE ISSUE OF ADMISSIBILITY REGARDING INTUIT QUICKEN AND MICROSOFT MONEY**

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION**

<u>Hand delivered to United States District Court Clerk</u>

**NOTICE OF LODGMENT OF DOCUMENT SUBMITTED UNDER SEAL**

    I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

**BY FEDERAL EXPRESS:** Said documents were served by Federal Express to the addresses stated below on November 14, 2007:

2

DECHERT LLP
ATTORNEYS AT LAW
AUSTIN

PROOF OF SERVICE; CASE NO. 07-CV-2000 H (CAB)

Counsel for Lucent:

Alison P. Adema
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:    (619) 235-2100

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:    (858) 678-5070

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:    (213) 243-4199

**ELECTRONIC MAIL:**    Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

    rappleby@kirkland.com
    jhohenthaner@kirkland.com
    akellman@kirkland.com
    aadema@hahnadema.com

Counsel for Microsoft

    marchese@fr.com
    denning@fr.com
    barnes@fr.com
    brooks@fr.com
    srodriguez@fr.com

Counsel for Dell

    jfreed@mwe.com
    Ali.Sharifahmadian@aporter.com
    james_blackburn@aporter.com

    I declare that I am a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

| | |
|---|---|
| 1 | Executed in MountainView, California. |
| 2 | |
| 3 | /s/ Elena R. Rivera<br>Elena R. Rivera |
| 4 | 13013234.1 |