| | |
|---|---|
| 1 | Bryan W. Farney *(pro hac vice)* |
|   | Jeffrey B. Plies *(pro hac vice)* |
| 2 | DECHERT LLP |
|   | 300 W. Sixth Street, Suite 1850 |
| 3 | Austin, Texas 78701 |
|   | Telephone: (512) 394-3000 |
| 4 | Facsimile: (512) 394-3001 |

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN MCMAHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000 H (CAB) |
| Plaintiff and Counter-Defendant, | **GATEWAY'S MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02 RE: GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(A) FOR REVIEW OF MAGISTRATE JUDGE'S RULING WHICH DECLINED TO REACH PREDICATE ISSUE OF ADMISSIBILITY REGARDING INTUIT QUICKEN AND MICROSOFT MONEY** |
| v. | |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | |
| Defendants and Counter-Claimants, | |
| and | Date: To be set by Judge Huff |
| MICROSOFT CORPORATION | Time: |
| | Courtroom: 13, 5th Floor |
| Intervenor and Counter-Claimant. | Judge: Hon. Marilyn L. Huff |
| AND CONSOLIDATED CASES. | |

---

1        Pursuant to Civil Local Rule 79-2, Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") hereby request an Order sealing the following documents, which contain information that has been designated confidential under the Protective Order entered into by and among the parties, and filed with the Court in connection with Gateway's Motion Under Fed. R. Civ. P. 72(a) for Review of Magistrate Judge's Ruling Which Declined to Reach Predicate Issue of Admissibility Regarding Intuit Quicken and Microsoft Money:

      1.    Exhibit 2 is a true and correct copy of excerpts from the Expert Report of Wayne Hoberlein, dated March 31, 2006. This report has been designated as "Restricted Confidential – Subject To Protective Order." Gateway moves to file this document under seal on the basis that Exhibit E (including E-1, E-2, and E-3) to this report cited by Gateway contains confidential and proprietary financial data.

      2.    Exhibit 3 is a true and correct copy of excerpts from the 2nd Supplemental Expert Report of Wayne Hoberlein, dated January 27, 2006. This report has been designated as "Restricted Confidential – Subject To Protective Order." Gateway moves to file this document under seal on the basis that Exhibit E (including E-1, E-2, E-3, E-4, E-5, and E-6) to this report cited by Gateway contains confidential and proprietary financial data.

      3.    Exhibit 9 is a true and correct copy of Intuit Royalty Reports showing monthly Quicken sales for 2002-2004 (GW-LT 416515-50). This document has been designated by Gateway as "Confidential – Outside Counsel Only." Gateway moves to file this document under seal on the grounds that this document contains confidential and proprietary financial data.

      4.    Exhibit 11 is a true and correct copy of Microsoft Licensing Invoices for Sales of Microsoft Office for August 2004 and July 2005 (GW-LT 421770-88). This document has been designated by Gateway as "Confidential Information – Outside Counsel Only." Gateway moves to file this document under seal on the grounds that this document contains confidential and proprietary financial data.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2007 | DECHERT LLP |
| 2 | | |
| 3 | | By:  /s/ Jonathan D. Baker |
| 4 | | Jonathan D. Baker |
| 5 | | Attorneys For Defendants And Counterclaimants GATEWAY, INC. *et. al.* |

12998287.1