1  Bryan W. Farney *(pro hac vice)*
   Jeffrey B. Plies *(pro hac vice)*
2  DECHERT LLP
   300 W. Sixth Street, Suite 1850
3  Austin, Texas 78701
   Telephone: (512) 394-3000
4  Facsimile: (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN MCMAHON VITEK
6  750 "B" Street, Suite 2100
   San Diego, California 92101
7  Telephone: (619) 685-3003
   Facsimile: (619) 685-3100
8
   Attorneys for Defendants and Counterclaimants,
9  GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 LLC, AND COWABUNGA ENTERPRISES, INC.

11                    UNITED STATES DISTRICT COURT

12                    SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. <br><br> Defendants and Counter-Claimants, <br><br> and <br><br> MICROSOFT CORPORATION <br><br> Intervenor and Counter-Claimant. <br><br> AND CONSOLIDATED CASES. | Case No. 07-CV-2000 H (CAB) <br><br> **GATEWAY'S NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION TO SHORTEN TIME, OR IN THE ALTERNATIVE TO STAY A PORTION OF MAGISTRATE JUDGE'S DISCOVERY ORDER** <br><br> Date:      To be set by Judge Huff <br> Time: <br> Courtroom: 13, 5th Floor <br> Judge:     Hon. Marilyn L. Huff |

DECHERT LLP
ATTORNEYS AT LAW

EX PARTE APPLICATION TO SHORTEN TIME; CASE NO. 07-CV-2000 H (CAB)

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants and Counterclaimants Gateway, Inc.; Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") hereby applies to the Court *ex parte*, pursuant to Civil Local Rules 7.1(e)(5) and 83.3(h), for an order shortening the briefing schedule and setting an expedited date for the hearing on Gateway's concurrently filed Motion Under Fed. R. Civ. P. 72(a) for Review of Magistrate Judge's Discovery Ruling Which Declined to Reach Predicate Issue of Admissibility Regarding Intuit Quicken and Microsoft Money. In the alternative, Gateway requests a stay of those portions of the Magistrate Judge's order relating to Intuit Quicken and Microsoft Money pending resolution of Gateway's motion.

Following the submission of letter briefs by all parties, the Magistrate Judge issued an order requiring Gateway to supplement the financial information upon which the parties' respective experts relied for their damages calculations regarding Intuit Quicken and Microsoft Money. *See* Magistrate Judge's Order Following 11/1/07 Telephonic Discovery Conference (Doc. No. 40). The order set a compliance date of November 30, 2007.

Gateway's request for an order shortening time is supported by the fact that: (1) Gateway's motion will be rendered moot unless it is heard and decided before the compliance date of November 30, 2007, and (2) the parties have already fully briefed the disputed issues before the Magistrate Judge and can therefore submit briefs on Gateway's motion in accordance with an expedited schedule. Accordingly, Gateway respectfully requests that this Court set the following briefing and hearing schedule:

| Event | Date |
| --- | --- |
| Lucent's opposition brief due | November 21, 2007 |
| Gateway's reply brief due | November 27, 2007 |
| Hearing on Gateway's motion | November 30, 2007 |

DECHERT LLP
ATTORNEYS AT LAW

1

EX PARTE APPLICATION TO SHORTEN TIME; CASE NO. 07-CV-2000 H (CAB)

On November 13, 2007, counsel for Gateway notified counsel for Lucent that this expedited request would be made. *See* Declaration of Jonathan D. Baker in Support of Gateway's *Ex Parte* Application for an Order Shortening Time at ¶ 4. Counsel for Lucent has indicated that it would be agreeable to submitting its opposition brief on November 21, 2007. *See id.* ¶ 5.

For the foregoing reasons, Gateway respectfully requests that this Court shorten the briefing schedule and set an expedited hearing date for Gateway's motion as set forth above. In the alternative, Gateway requests that this Court issue a stay of those portions of the Magistrate Judge's order relating to Intuit Quicken and Microsoft Money, pending resolution of Gateway's motion by this Court.

Dated:  November 14, 2007

DECHERT LLP

By:     /s/ Jonathan D. Baker
        Jonathan D. Baker

ATTORNEYS FOR DEFENDANTS AND COUNTER-CLAIMANTS: GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC, AND COWABUNGA ENTERPRISES, INC.

12998288.2