# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>　　Plaintiffs and Counter-Defendants,<br><br>　　vs.<br><br>GATEWAY, INC., *et al*.<br><br>　　Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>**ORDER REGARDING GATEWAY'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING UNDER FED. R. CIV. P. 72(A), MOTION FOR LEAVE TO FILE UNDER SEAL, AND EX PARTE MOTION TO SHORTEN TIME** |

On November 14, 2007, the Court received Gateway's motion for review of the Magistrate's order regarding supplemental discovery. (Doc. No. 43.) Gateway requests a shortened briefing schedule for this motion. (Doc. No. 45.) Gateway also requests leave to file under seal certain documents related to this motion. (Doc. No. 44).

///
///
///

1  The Court has reviewed Gateway's submission and makes the following observations about the standard of review. Rule 72(a) of the Federal Rules of Civil Procedure provides that a party seeking review of a magistrate judge's nondispositive pretrial order "may serve and file objections to the order" within 10 days of being served with a copy of the order. In reviewing the magistrate judge's order, a district court "shall consider such objections," but may only modify or set aside the order if it is "found to be clearly erroneous or contrary to law." Id.; 28 U.S.C. (b)(1)(A) (magistrate judge's decision on nondispositive issue reviewed under clearly erroneous standard); see Bhan v. NME Hospitals, Inc., 929 F.2d 1404, 1414 (9th Cir. 1991) (same). Discovery matters are considered nondispositive. See Bhan, 929 F.2d at 1414; Green v. Baca, 219 F.R.D. 485, 489 (C.D. Cal. 2003).

Parties opposing the motion may submit a response on or before **November 16, 2007 at 3:00 PM**. After that time, the Court may take the matter under submission. The Court does not set a hearing date for this motion.

The Court advises that parties that it declines to stay any discovery pending resolution of this motion. Parties should be prepared to proceed with the discovery as ordered in the event the Court denies the motion.

The Court grants Gateway's request to file the specified documents under seal.

**IT IS SO ORDERED.**

DATED: November 14, 2007

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.