1  Bryan W. Farney *(pro hac vice)*
   Jeffrey B. Plies *(pro hac vice)*
2  DECHERT LLP
   300 W. Sixth Street, Suite 1850
3  Austin, Texas 78701
   Telephone:  (512) 394-3000
4  Facsimile:   (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN MCMAHON VITEK
6  750 "B" Street, Suite 2100
   San Diego, California 92101
7  Telephone:  (619) 685-3003
   Facsimile:   (619) 685-3100

8
   Attorneys for Defendants and Counterclaimants,
9  GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 LLC, AND COWABUNGA ENTERPRISES, INC.

11                    **UNITED STATES DISTRICT COURT**

12                    **SOUTHERN DISTRICT OF CALIFORNIA**

13

14  LUCENT TECHNOLOGIES INC. and          )  Case No. 07-CV-2000 H (CAB)
    MULTIMEDIA PATENT TRUST               )
15                                        )  **DECLARATION OF JONATHAN D.**
              Plaintiff and Counter-Defendant,  )  **BAKER IN SUPPORT OF GATEWAY'S**
16                                        )  ***EX PARTE* APPLICATION FOR**
       v.                                 )  **ORDER SHORTENING TIME**
17                                        )
    GATEWAY, INC., GATEWAY COUNTRY        )
18  STORES LLC, GATEWAY COMPANIES,        )  Date:        To be set by Judge Huff
    INC., GATEWAY MANUFACTURING LLC       )  Time:
19  and COWABUNGA ENTERPRISES, INC.       )  Courtroom:  13, 5th Floor
                                          )  Judge:       Hon. Marilyn L. Huff
20          Defendants and Counter-Claimants, )
                                          )
21       and                              )
                                          )
22  MICROSOFT CORPORATION                 )
                                          )
23          Intervenor and Counter-Claimant. )
                                          )
24  AND CONSOLIDATED CASES.               )
                                          )
25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW

DEC. OF BAKER ISO GATEWAY'S  EX PARTE APPLICATION FOR ORDER SHORTENING TIME; CASE NO. 07-CV-2000 H (CAB)
13012212.1

1        I, Jonathan D. Baker, declare as follows:

2        1.        I am an attorney with the law firm Dechert LLP, which is counsel for Gateway,

3    Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and

4    Cowabunga Enterprises, Inc. ("Gateway").

5        2.        I am one of the attorneys responsible for the handling of this file and in this

6    capacity have personal knowledge of the facts set forth in this declaration or such facts are known

7    to me based upon information and belief secured in my capacity as one of several attorneys

8    responsible for handling this file.  If called as a witness, I would testify as set forth herein.

9        3.        This declaration is made in support of Gateway's *ex parte* application to shorten

10   time for hearing and decision on Gateway's Motion Under Fed. R. Civ. P. 72(a) for Review of

11   Magistrate Judge's Discovery Ruling Which Declined to Reach Predicate Issue of Admissibility

12   Regarding Intuit Quicken and Microsoft Money.

13       4.        On November 13, 2007, I sent an email to counsel for Lucent, and left a voicemail,

14   informing counsel of Gateway's intent to appear *ex parte* to secure an order shortening time for

15   hearing and decision regarding Gateway's Motion Under Fed. R. Civ. 72(a) for Review of

16   Magistrate Judge's Discovery Ruling Which Declined to Reach Predicate Issue of Admissibility

17   Regarding Intuit Quicken and Microsoft Money.

18       5.        On November 14, 2007, counsel for Lucent sent me an email indicating that

19   Lucent would be agreeable to submitting its opposition brief on November 21, 2007.

20       I declare under the penalty of perjury under the laws of the United States of America that

21   the foregoing is true and correct.

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW

DEC. OF BAKER ISO GATEWAY'S  EX PARTE APPLICATION FOR ORDER SHORTENING TIME; CASE NO. 07-CV-2000 H (CAB)
13012212.1

1

Dated:  November 14, 2007                    DECHERT LLP

2

3                                            By:    /s/ Jonathan D. Baker
                                                    Jonathan D. Baker
4
                                             ATTORNEYS FOR DEFENDANTS AND
5                                            COUNTER-CLAIMANTS: GATEWAY, INC.,
                                             GATEWAY COUNTRY STORES LLC,
6                                            GATEWAY COMPANIES, INC., GATEWAY
                                             MANUFACTURING LLC, AND
7                                            COWABUNGA ENTERPRISES, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13012212.1

DEC. OF BAKER ISO GATEWAY'S  EX PARTE APPLICATION FOR ORDER SHORTENING TIME; CASE NO. 07-CV-2000 H (CAB)

DECHERT LLP
ATTORNEYS AT LAW