```
 1  John M. Desmarais (pro hac vice)
    Paul A. Bondor (pro hac vice)
 2  Elizabeth T. Bernard (pro hac vice)
    KIRKLAND & ELLIS LLP
 3  153 East 53rd Street
    New York, New York  10022
 4  Telephone: (212) 446-4800
    Facsimile: (212) 446-4900
 5
    David A. Hahn, SBN 125784
 6  HAHN & ADEMA
    501 West Broadway, Suite 1600
 7  San Diego, California 92101-3595
    Telephone: (619) 235-2100
 8  Facsimile: (619) 235-2101

 9  Attorneys for Lucent Technologies Inc.
    and Multimedia Patent Trust
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>         Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., et al.<br><br>         Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>         Intervener and Counterclaimant.<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB)<br>consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>**DECLARATION OF ELIZABETH T. BERNARD IN SUPPORT OF LUCENT TECHNOLOGIES' AND MULTIMEDIA PATENT TRUST'S OPPOSITION TO GATEWAY'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING REGARDING SUPPLEMENTAL DISCOVERY** |

BERNARD DECLARATION ISO LUCENT TECHNOLOGIES' AND MULTIMEDIA PATENT TRUST'S OPPOSITION TO GATEWAY'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING REGARDING SUPPLEMENTAL DISCOVERY

Case No. 07--CV-2000-H (CAB)

1    I, Elizabeth. T. Bernard, declare as follows:

2    1.    I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Lucent Technologies Inc. and Multimedia Patent Trust.

3    2.    I make this declaration in support of Lucent Technologies' and Multimedia Patent Trust's Opposition to Gateway's Motion for Review of Magistrate Judge's Ruling Regarding Supplemental Discovery. This declaration is based on my personal knowledge and I would testify to the matters set forth in this declaration if called upon as a witness.

4    3.    Attached as Exhibit 1 is a true and correct copy of Lucent's Third Set of Requests for Documents and Things to Gateway dated February 24, 2004.

5    4.    Attached as Exhibit 2 is a true and correct copy of a letter dated September 18, 2007 addressed from Elizabeth Bernard to Joseph P. Reid, Jonathan D. Baker and James S. Blackburn.

6    5.    Attached as Exhibit 3 is a true and correct copy of a letter dated October 8, 2007 addressed from Elizabeth Bernard to Joseph P. Reid, Jonathan D. Baker and James S. Blackburn.

7    6.    Attached as Exhibit 4 is a true and correct copy of a letter dated October 10, 2007 addressed from Joseph P. Reid to Elizabeth Bernard.

8    7.    Attached as Exhibit 5 is a true and correct copy of the March 31, 2006 Expert Report of Roger S. Smith Regarding Issues Pertaining To Lucent User Interface Patents. **[FILED UNDER SEAL]**

9    8.    Attached as Exhibit 6 is a true and correct copy of the March 31, 2006 Expert Report of Wayne Hoeberlein Re Damages for User Interface Patents. **[FILED UNDER SEAL]**

10   9.    Attached as Exhibit 7 is a true and correct copy of excerpts from Lucent Response to Defendants' First Set of Interrogatories dated March 24, 2004.

BERNARD DECLARATION ISO LUCENT TECHNOLOGIES' AND MULTIMEDIA PATENT TRUST'S OPPOSITION TO GATEWAY'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING REGARDING SUPPLEMENTAL DISCOVERY

1

Case No. 07-CV-2000-H (CAB)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 16, 2007, at New York, New York.

*Elizabeth Bernard*

Elizabeth T. Bernard

# Index
## Exhibits to Bernard Declaration in Support of Lucent and MPT's Opposition to Gateway's Motion for Review of Magistrate Judge's Ruling Regarding Supplemental Discovery

| Tab | Exhibit |
|---|---|
| 1 | Lucent's Third Set of Requests for Documents and Things to Gateway dated February 24, 2004 |
| 2 | Letter dated September 18, 2007 addressed from Elizabeth Bernard to Joseph P. Reid, Jonathan D. Baker and James S. Blackburn |
| 3 | Letter dated October 8, 2007 addressed from Elizabeth Bernard to Joseph P. Reid, Jonathan D. Baker and James S. Blackburn |
| 4 | Letter dated October 10, 2007 addressed from Joseph P. Reid to Elizabeth Bernard |
| 5 | March 31, 2006 Expert Report of Roger S. Smith Regarding Issues Pertaining To Lucent User Interface Patents **[FILED UNDER SEAL]** |
| 6 | March 31, 2006 Expert Report of Wayne Hoeberlein Re Damages for User Interface Patents **[FILED UNDER SEAL]** |
| 7 | Lucent Response to Defendants' First Set of Interrogatories dated March 24, 2004 |