# Bernard Declaration

# Exhibit 1

1   Jane Hahn, SBN 125203
    Alison P. Adema, SBN 149285
2   HAHN & ADEMA
    501 West Broadway, Suite 1730
3   San Diego, California 92101-3595
    Telephone: (619) 235-2100
4   Facsimile: (619) 235-2101

5   Attorneys for *Lucent Technologies Inc.*

6   *Additional counsel listed on the last page*

7

8              **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  LUCENT TECHNOLOGIES INC.,

12              Plaintiff,                    Case No. 02-CV-2060 B (LSP)
                                                      consolidated with
13          v.                               Case No. 03-CV-0699 B (LSP)
                                             Case No. 03-CV-1108 B (LSP)
14  GATEWAY, INC., GATEWAY COUNTRY
    STORES LLC, GATEWAY COMPANIES,
15  INC., GATEWAY MANUFACTURING LLC          **LUCENT'S THIRD SET OF REQUESTS**
    and COWABUNGA ENTERPRISES, INC.,         **FOR DOCUMENTS AND THINGS TO**
16                                           **GATEWAY (NOS. 35–281) IN CASE**
                Defendants,                  **NO. 02-CV-2060 B (LSP)**
17          and

18  MICROSOFT CORPORATION,

19              Intervener.

20  MICROSOFT CORPORATION,

21              Plaintiff,

22          v.

23  LUCENT TECHNOLOGIES INC.,

24              Defendant.

25  LUCENT TECHNOLOGIES INC.,

26              Plaintiff,

27          v.

28  DELL INC.,

                Defendant.

LUCENT'S THIRD SET OF REQUESTS FOR DOCUMENTS        Case No. 02-CV-2060 B (LSP)
AND THINGS TO GATEWAY (NOS. 35-281)

Exhibit 1
Page 000001

000001

1    Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Lucent Technologies

2    Inc. hereby requests that Gateway, Inc., Gateway Country Stores LLC, Gateway Companies, Inc.,

3    Gateway Manufacturing LLC, and Cowabunga Enterprises, Inc. produce the documents and things

4    requested below for inspection, copying and/or testing, in accordance with the Definitions and

5    Instructions below.  The requested documents and things must be produced within thirty (30) days of

6    the service of these requests, or at such other time as may be mutually agreed upon in writing by

7    counsel for the parties.  Documents should be produced at the law offices of Kirkland & Ellis LLP,

8    153 East 53rd Street, New York, New York 10022.

9                **DEFINITIONS AND INSTRUCTIONS**

10    1.    As used herein, "Lucent" means Lucent Technologies Inc. and all its predecessors

11    (merged, acquired, or otherwise), successors, subsidiaries, parents, sisters, partnerships and affiliates

12    thereof, and all directors, officers, agents, employees, attorneys and other persons acting on their

13    behalf.

14    2.    As used herein, "Gateway" means Gateway, Inc., Gateway Country Stores LLC,

15    Gateway Companies, Inc., Gateway Manufacturing LLC, and Cowabunga Enterprises, Inc., and all

16    their respective predecessors (merged, acquired, or otherwise), successors, subsidiaries, parents,

17    sisters, partnerships and affiliates thereof, and all directors, officers, agents, employees, attorneys

18    and other persons acting on their behalf.

19    3.    As used herein, "Computer Product" means any device containing at least a central

20    processing unit or microprocessor and memory.

21    4.    As used herein, "Computer Peripheral Product" means any device designed, in whole

22    or part, to interact with or control a Computer Product.

23    5.    As used herein, "Compliant" with a standard, recommendation, specification, or

24    technology means practicing, conforming to, and/or compliant with any part, revision, and/or annex

25    of such standard, recommendation, specification, or technology.

26    6.    As used herein, "the MPEG-1 Standard" means any part and/or annex of International

27    Standard ISO/IEC 11172, and/or revisions thereto.

28

Exhibit 1
Page 000002

000002

7.  As used herein, "the MPEG-2 Standard" means any part and/or annex of International Standard ISO/IEC 13818, and/or revisions thereto.

8.  As used herein, "the MPEG-4 Standard" means any part and/or annex of International Standard ISO/IEC 14496, and/or revisions thereto.

9.  As used herein, "ITU-T" means the International Telecommunications Union-Telecommunications Standardization Section.

10.  As used herein, "Speech Codec" means any technology, apparatus, software, or method that is capable of taking any part in coding, decoding, compressing, and/or decompressing data representing speech, including without limitation, any technology, apparatus, software, or method that is capable of taking any part in coding, decoding, compressing, and/or decompressing data representing speech in a manner that is Compliant with ITU-T Recommendations G.723, G.723.1, G.728, G.729, and/or H.323.

11.  As used herein, "Video Coding Technology" means any technology, apparatus, software, or method that is capable of taking any part in coding, decoding, compressing, and/or decompressing data representing video, including without limitation, any technology, apparatus, software, or method that is capable of taking any part in coding, decoding, compressing, and/or decompressing data representing video in a manner that is Compliant with the MPEG-1 Standard, the MPEG-2 Standard, and/or the MPEG-4 Standard.

12.  As used herein, "Stylus-Based Product" means any Computer Product that utilizes a stylus or pen for entering information, including without limitation, personal data assistants (PDAs) and tablet PCs, and any software capable of taking any part in such utilization of a stylus or pen for entering information.

13.  As used herein, "Video Display Product" means any technology, apparatus, software, or method that is capable of taking any part in providing information to a Computer Product display, specifically including, without limitation, video and/or graphics cards, chipsets, adapters, controllers, accelerators, and BIOS software.

14.  As used herein, "VGA Display Mode" means any video mode defined by and/or Compliant with the Video Graphics Array (VGA) standard, specifically including, without

Exhibit 1
Page 000003

000003

1   limitation, the following video modes (referred to in hexadecimal format): 0x00; 0x00*; 0x00+;
2   0x01; 0x01*; 0x01+; 0x02; 0x02*; 0x02+; 0x03; 0x03*; 0x03+; 0x04; 0x05; 0x0D; 0x0E; 0x0F;
3   0x10; 0x12; and 0x13 (wherein "*" refers to a 350 scan line mode, and "+" refers to a 400 scan line
4   mode).

5       15.   As used herein, "VBE Display Mode" means any video mode defined by and/or
6   Compliant with any version of the Video Electronics Standards Association (VESA) BIOS
7   Extension specification (including versions 1.0, 1.1, 1.2, 2.0, and 3.0), specifically including,
8   without limitation, the following video modes (referred to in hexadecimal format): 0x6A; 0x100;
9   0x101; 0x102; 0x103; 0x104; 0x105; 0x106; 0x107; 0x108; 0x109; 0x10A; 0x10B; 0x10C; 0x10D;
10  0x10E; 0x10F; 0x110; 0x111; 0x112; 0x113; 0x114; 0x115; 0x116; 0x117; 0x118; 0x119; 0x11A;
11  and 0x11B.

12      16.   As used herein, "Color Palette" means any memory for storing color data values,
13  including without limitation a color look-up table.

14      17.   As used herein, "Caller ID Information" means any data transmitted by or through
15  telecommunications equipment that identifies a calling party by name, number, location, or
16  otherwise, including without limitation, data transmitted as described, at least in part, in Bellcore
17  specification GR-30-CORE, Issue 1, December, 1994, or Telcordia Technologies specification GR-
18  30-CORE, Issue 2, December, 1998.

19      18.   As used herein, "Caller ID Product" means any technology, apparatus, software, or
20  method that is capable of taking any part in receiving, identifying, acknowledging, storing (even
21  temporarily), interpreting, using, interacting with, or affecting the display of any Caller ID
22  Information, specifically including, without limitation, caller-id compatible modems, modem
23  chipsets, and software that can in any way affect the display of Caller-ID Information.

24      19.   As used herein, "Asserted Patents" means all patents asserted by Lucent against
25  Gateway in Case No. 02-CV-2060 B (LSP), including without limitation: (a) U.S. Patent No.
26  4,383,272; (b) U.S. Patent No. 4,958,226; (c) U.S. Patent No. 5,227,878; (d) U.S. Patent No.
27  4,701,954; (e) U.S. Patent No. 4,910,781; (f) U.S. Patent No. 4,617,676; (g) U.S. Patent No.
28

Exhibit 1
Page 000004

000004

1    4,439,759; (h) U.S. Patent No. 4,317,956; (i) U.S. Patent No. 4,763,356; (j) U.S. Patent No.

2    5,347,295; and (k) U.S. Patent No. 4,582,956.

3        20.    As used herein, "Asserted Claims" means all patent claims asserted at any time by

4    Lucent against Gateway in Case No. 02-CV-2060 B (LSP), including without limitation:

5        (a)    U.S. Patent No. 4,383,272, claims 13 and 22;

6        (b)    U.S. Patent No. 4,958,226, claim 12;

7        (c)    U.S. Patent No. 5,227,878, claims 13 and 15;

8        (d)    U.S. Patent No. 4,701,954, claims 1, 2 and 6;

9        (e)    U.S. Patent No. 4,910,781, claims 1–3, 8–10 and 12–14;

10       (f)    U.S. Patent No. 4,617,676, claims 1, 7, 12 and 18;

11       (g)    U.S. Patent No. 4,439,759, claims 1–4;

12       (h)    U.S. Patent No. 4,317,956, claims 1, 3, 5, 15, 17, 18 and 21;

13       (i)    U.S. Patent No. 4,763,356, claims 1, 2, 4, 6, 7, 10–13, 15, 16, 19 and 21;

14       (j)    U.S. Patent No. 5,347,295, claims 1, 3, 4, 6, 12, 39–41, 43 and 46; and

15       (k)    U.S. Patent No. 4,582,956, claims 1, 4–6, 9 and 15–19.

16       21.    As used herein, "Gateway Accused Products" means any product or method made,

17   used, sold, offered for sale, imported, licensed, distributed, or otherwise disposed of by or for

18   Gateway, that Lucent accuses at any time during this litigation of infringing any of the Asserted

19   Claims directly (either literally or under the doctrine of equivalents) or indirectly (either by

20   inducement or contributory infringement).

21       22.    As used herein, "Lucent Products" means: (a) any computer components or

22   subsystems made, used, sold or offered for sale by Lucent; (b) any other product made, used, sold or

23   offered for sale by Lucent that incorporates such computer components or subsystems; and (c) any

24   process used by Lucent to manufacture any of the above components, subsystems and/or products.

25       23.    As used herein, "Prior Art" has the same meaning as used in 35 U.S.C. § 101 et seq.,

26   and includes any patent, printed publication, knowledge, use, sale or offer for sale, or other act or

27   event defined in 35 U.S.C. §§ 102 or 103, taken singly or in combination.

28

Exhibit 1
Page 000005

000005

24. As used herein, "communication" means any transmission of information by one or more persons and/or between two or more persons by any means including telephone conversations, letters, telegrams, teletypes, telexes, telecopies, electronic mail, other computer linkups, written memoranda, and face-to-face conversations.

25. As used herein, "and" and "or" shall be construed conjunctively and disjunctively so as to acquire the broadest meaning possible.

26. As used herein, "any" and "all" shall each be construed to mean "each and every," so as to acquire the broadest meaning possible.

27. As used herein, "include" and "including" shall be construed to mean "without limitation," so as to acquire the broadest meaning possible.

28. The singular and masculine form of a noun or pronoun shall embrace, and shall be read and applied as, the plural or the feminine or neuter, as the particular context makes appropriate.

29. As used herein, "document" has the same broad meaning as in Rule 34 of the Federal Rules of Civil Procedure. The term "document" also encompasses tangible things.

30. As used herein, "person" means any natural person or any business, legal or governmental entity or association.

31. As used herein, "relating" to any given subject means, without limitation, identifying, describing, discussing, concerning, assessing, stating, reflecting, constituting, containing, embodying, tending to support or refute, or referring directly or indirectly to, in any way, the particular subject matter identified.

32. As used herein, the terms "Complaint," "Answer," "Affirmative Defense," "Counterclaim," and "Reply" shall mean as originally filed or as amended or supplemented throughout the progression of the case.

33. The document requests herein shall be deemed to include any and all relevant documents within the possession, custody or control of Gateway, including documents located in the personal files of any and all past and present directors, officers, agents, representatives, employees, attorneys and accountants of Gateway.

Exhibit 1
Page 000006

1     34.    Documents from any single file should be produced in the same order as they were

2   found in such file, including any labels, files, folders and/or containers in which such documents are

3   located in or associated with. If copies of documents are produced in lieu of the originals, such

4   copies should be legible and bound or stapled in the same manner as the original.

5     35.    The document requests herein shall be deemed continuing, and it is requested that

6   supplemental responses and production be provided as additional information or documents become

7   available, in accordance with Federal Rule of Civil Procedure 26(e).

8   **DOCUMENT REQUESTS**

9   **DOCUMENT REQUEST NO. 35:**

10     All documents relating to any of the Asserted Patents.

11   **DOCUMENT REQUEST NO. 36:**

12     All documents supporting, contradicting, or otherwise relating to any of the allegations,

13   contentions, defenses, counterclaims, and requested relief contained in any pleading filed by

14   Gateway or Lucent in this action.

15   **DOCUMENT REQUEST NO. 37:**

16     All documents that Gateway intends to rely on at trial or any hearing in this action.

17   **DOCUMENT REQUEST NO. 38:**

18     For each Asserted Claim of each Asserted Patent, all documents supporting, contradicting, or

19   otherwise relating to Gateway's contention that such claim is invalid.

20   **DOCUMENT REQUEST NO. 39:**

21     For each Asserted Claim of each Asserted Patent, all documents supporting, contradicting, or

22   otherwise relating to Gateway's contention that each Accused Product does not infringe that claim.

23   **DOCUMENT REQUEST NO. 40:**

24     For each Asserted Patent that Gateway contends is unenforceable, all documents supporting,

25   contradicting, or otherwise relating to Gateway's contention that such patent is unenforceable.

26   **DOCUMENT REQUEST NO. 41:**

27     For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

28   Gateway's "Sixth Defense (Patent Marking)," asserted in Gateway's Third Amended Answer and

Exhibit 1
Page 000007

000007

1  Counterclaims in Case No. 02-CV-2060 B (LSP), ¶ 105 (including any subsequent amendments

2  thereto).

3  **DOCUMENT REQUEST NO. 42:**

4      For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

5  Gateway's "Seventh Defense (Waiver/Equitable Estoppel/Implied License)," asserted in Gateway's

6  Third Amended Answer and Counterclaims in Case No. 02-CV-2060 B (LSP), ¶¶ 106–110

7  (including any subsequent amendments thereto).

8  **DOCUMENT REQUEST NO. 43:**

9      For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

10 Gateway's "Eighth Defense (Laches)," asserted in Gateway's Third Amended Answer and

11 Counterclaims in Case No. 02-CV-2060 B (LSP), ¶ 111 (including any subsequent amendments

12 thereto).

13 **DOCUMENT REQUEST NO. 44:**

14     For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

15 Gateway's "Ninth Defense (Limitation on Damages)," asserted in Gateway's Third Amended

16 Answer and Counterclaims in Case No. 02-CV-2060 B (LSP), ¶ 112 (including any subsequent

17 amendments thereto).

18 **DOCUMENT REQUEST NO. 45:**

19     For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

20 Gateway's "Tenth Defense (Joinder)," asserted in Gateway's Third Amended Answer and

21 Counterclaims in Case No. 02-CV-2060 B (LSP), ¶ 113 (including any subsequent amendments

22 thereto).

23 **DOCUMENT REQUEST NO. 46:**

24     For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

25 Gateway's "Eleventh Defense (Unclean Hands)," asserted in Gateway's Third Amended Answer and

26 Counterclaims in Case No. 02-CV-2060 B (LSP), ¶ 114 (including any subsequent amendments

27 thereto).

28

Exhibit 1
Page 000008

000008

1   **DOCUMENT REQUEST NO. 47:**

2       For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

3   Gateway's "Twelfth Defense (Patent Misuse)," asserted in Gateway's Third Amended Answer and

4   Counterclaims in Case No. 02-CV-2060 B (LSP), ¶ 115 (including any subsequent amendments

5   thereto).

6   **DOCUMENT REQUEST NO. 48:**

7       For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

8   Gateway's "Thirteenth Defense (Prior Settlements)," asserted in Gateway's Third Amended Answer

9   and Counterclaims in Case No. 02-CV-2060 B (LSP), ¶ 116 (including any subsequent amendments

10  thereto).

11  **DOCUMENT REQUEST NO. 49:**

12      For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

13  Gateway's "Fourteenth Defense (Waiver of Injunction)," asserted in Gateway's Third Amended

14  Answer and Counterclaims in Case No. 02-CV-2060 B (LSP), ¶ 117 (including any subsequent

15  amendments thereto).

16  **DOCUMENT REQUEST NO. 50:**

17      All documents supporting, contradicting, or otherwise relating to Gateway's "Fifteenth

18  Defense (Exhaustion/Have Made Rights/Implied License/Estoppel for the Doughty Patent),"

19  asserted in Gateway's Third Amended Answer and Counterclaims in Case No. 02-CV-2060 B

20  (LSP), ¶¶ 118–121 (including any subsequent amendments thereto).

21  **DOCUMENT REQUEST NO. 51:**

22      All documents supporting, contradicting, or otherwise relating to Gateway's "Seventeenth

23  Defense (Estoppel for the Fleming '759 Patent)," asserted in Gateway's Third Amended Answer and

24  Counterclaims in Case No. 02-CV-2060 B (LSP), ¶¶ 123–126 (including any subsequent

25  amendments thereto).

26  **DOCUMENT REQUEST NO. 52:**

27      For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

28  Gateway's "Eighteenth Defense (Release/Accord and Satisfaction)," asserted in Gateway's Third

Exhibit 1
Page 000009

000009

1  Amended Answer and Counterclaims in Case No. 02-CV-2060 B (LSP), ¶¶ 127–129 (including any

2  subsequent amendments thereto).

3  **DOCUMENT REQUEST NO. 53:**

4    For each Asserted Patent, all documents supporting, contradicting, or otherwise relating to

5  Gateway's "Twentieth Defense (28 U.S.C. § 1498(a))," asserted in Gateway's Third Amended

6  Answer and Counterclaims in Case No. 02-CV-2060 B (LSP), ¶ 131 (including any subsequent

7  amendments thereto).

8  **DOCUMENT REQUEST NO. 54:**

9    All documents relating to the infringement or the alleged non-infringement of any of the

10  Asserted Patents by Gateway or any other person or entity, including without limitation any

11  investigations, tests, analyses, or claim charts referring or relating thereto.

12  **DOCUMENT REQUEST NO. 55:**

13    All documents relating to any knowledge of Gateway or any officer, director, employee or

14  agent of Gateway of any of the Asserted Patents.

15  **DOCUMENT REQUEST NO. 56:**

16    All documents relating to the date and circumstances on which Gateway, or any officer,

17  director, employee or agent of Gateway, first learned of each of the Asserted Patents.

18  **DOCUMENT REQUEST NO. 57:**

19    All documents relating to the validity or alleged invalidity of any of the Asserted Patents,

20  including without limitation any investigations, tests, Prior Art, Prior Art searches, analyses, or claim

21  charts referring or relating thereto.

22  **DOCUMENT REQUEST NO. 58:**

23    All documents relating to any product that Gateway contends renders invalid any claim of

24  any of the Asserted Patents, including without limitation documents relating to the origin, design,

25  experimentation, modeling, testing, sale, offer for sale, public use, or presentation of such product.

26  **DOCUMENT REQUEST NO. 59:**

27    All documents relating to any secondary indicia of nonobviousness, including without

28  limitation:

Exhibit 1
Page 000010

1    (a)   any long-felt need for the inventions claimed or technology disclosed in the Asserted
2           Patents;

3    (b)   any failure in the relevant art to solve the problems that are the subjects of the
4           inventions claimed or technology disclosed in the Asserted Patents;

5    (c)   any commercial success of the inventions claimed or technology disclosed in the
6           Asserted Patents;

7    (d)   any industry recognition or praise of the inventions claimed or technology disclosed
8           in the Asserted Patents;

9    (e)   any copying or adoption by others of the inventions claimed or technology disclosed
10          in the Asserted Patents; or

11    (f)   any skepticism towards the inventions claimed or technology disclosed in the
12          Asserted Patents.

**DOCUMENT REQUEST NO. 60:**

All documents, including any Prior Art, that Gateway contends are relevant to the scope or meaning of any claim of the Asserted Patents.

**DOCUMENT REQUEST NO. 61:**

All documents relating to any comparison between any of the Asserted Patents and any product, including any Gateway Accused Product.

**DOCUMENT REQUEST NO. 62:**

All documents relating to any evaluation, study, analysis and/or investigation of any of the Asserted Patents, including without limitation opinions (written or oral) of the validity/invalidity, enforceability/unenforceability, infringement/noninfringement, patentability, ownership, license (implied or express), scope, or interpretation of any of the claims of the Asserted Patents.

**DOCUMENT REQUEST NO. 63:**

All documents relating to any decision about whether to obtain any legal advice or opinion relating to any of the Asserted Patents.

**DOCUMENT REQUEST NO. 64:**

All documents relating to any communications (including both internal Gateway communications and communications with any other individual or entity, such as Dell, Microsoft, Lucent, or any consultant) concerning any of the Asserted Patents and/or this lawsuit, including without limitation, communications relating to the infringement, noninfringement, validity, invalidity, enforceability, unenforceability, ownership, scope, interpretation, or license of any such patents.

**DOCUMENT REQUEST NO. 65:**

All documents relating to any communications (including both internal Gateway communications and communications with any other individual or entity, such as Dell, Microsoft, Lucent, or any consultant) concerning any lawsuit involving any of the Asserted Patents, including without limitation, Lucent Technologies Inc. v. Gateway, Inc., et al., Civil Action No. 02-CV-2060 B (LSP), Microsoft Corporation v. Lucent Technologies Inc., et. al, Civil Action No 03-CV-0699 B (LSP), and Lucent Technologies Inc. v. Dell Inc., Civil Action No. 03-CV-1108 B (LSP), each currently pending in the United States District Court for the Southern District of California; Lucent Technologies Inc., et al. v. Gateway, Inc., et al., Civil Action No. 3:02-389-R formerly pending in the United States District Court for the Eastern District of Virginia; and Lucent Technologies Inc., et al. v. Dell Computer Corporation, Civil Action No. 03-CV-205 (KAJ) formerly pending in the United States District Court for the District of Delaware.

**DOCUMENT REQUEST NO. 66:**

All documents relating to any procedures, policies, guidelines, training materials, or recommended courses of action concerning patents owned by any person or entity other than Gateway.

**DOCUMENT REQUEST NO. 67:**

All documents relating to any procedures, policies, guidelines, training materials, or recommended courses of action when a Gateway employee or representative becomes aware of any actual or potential claim of patent infringement against any Gateway product or process, including

Exhibit 1
Page 000012

000012

1    without limitation, any product made, used, licensed, distributed, sold, or offered for sale in the

2    United States, or imported into the United States, by or for Gateway.

3    **DOCUMENT REQUEST NO. 68:**

4        All documents relating to any procedures, policies, guidelines, training materials, or

5    recommended courses of action concerning the circumstances under which Gateway obtains an

6    opinion of counsel concerning a patent owned by any person or entity other than Gateway.

7    **DOCUMENT REQUEST NO. 69:**

8        All documents relating to Gateway's policies and procedures (whether formal, informal,

9    written, or unwritten) for patent clearance of new products, technologies, or projects.

10   **DOCUMENT REQUEST NO. 70:**

11       All documents relating to any decisions concerning the design, use, manufacture, or sale of

12   any Gateway Accused Product that was made, considered, evaluated, or implemented by or for

13   Gateway after Gateway first learned of any of the Asserted Patents, including without limitation

14   decisions concerning any changes in such Gateway Accused Product or methods of making or using

15   such Gateway Accused Product, and all reasons for such decisions or changes.

16   **DOCUMENT REQUEST NO. 71:**

17       All documents relating to any effort, attempt, implementation, or consideration, by or for

18   Gateway, to design around any claims of the Asserted Patents or any other Lucent patents or

19   technology, including without limitation the feasibility, cost, customer acceptance, and time for any

20   such design-around.

21   **DOCUMENT REQUEST NO. 72:**

22       All documents relating to any tests, evaluations, reverse engineering, analyses, studies,

23   reviews, comparisons, or investigations of any Lucent Product, Lucent patent, or technology

24   developed in whole or part by Lucent.

25   **DOCUMENT REQUEST NO. 73:**

26       All documents relating to any effort, activity, or other undertaking to duplicate, modify, or

27   replicate in any way any feature of any Lucent Product, Lucent patent, or technology developed in

28   whole or part by Lucent.

Exhibit 1
Page 000013

000013

**DOCUMENT REQUEST NO. 74:**

All documents relating to any steps taken by or on behalf of Gateway to investigate any allegations made by Lucent to Gateway concerning infringement of Lucent patent rights by Gateway.

**DOCUMENT REQUEST NO. 75:**

All documents relating to the adoption, use, or incorporation of any technology developed in whole or part by Lucent in any Gateway Accused Product.

**DOCUMENT REQUEST NO. 76:**

All documents relating to any decisions or plans to design, develop, or produce any Gateway Accused Product, including without limitation business plans, presentations, engineering specifications, and engineering project plans.

**DOCUMENT REQUEST NO. 77:**

All documents relating to Lucent in any way, including without limitation documents relating to any Lucent Product, Lucent patent, or any technology developed in whole or part by Lucent.

**DOCUMENT REQUEST NO. 78:**

All documents relating to any meetings with Lucent or assertions of any Lucent patents against Gateway.

**DOCUMENT REQUEST NO. 79:**

All documents relating to or used for the preparation of any meetings with Lucent relating to assertions of Lucent patents against Gateway.

**DOCUMENT REQUEST NO. 80:**

Documents sufficient to identify any predecessors (merged, acquired, or otherwise), successors, subsidiaries, parents, sisters, partnerships or affiliates of Gateway, Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC, and Cowabunga Enterprises, Inc.—the parties to this suit.

**DOCUMENT REQUEST NO. 81:**

Documents sufficient to show the corporate structure of Gateway since June 1996, including the identity of each legal entity within Gateway, or related directly or indirectly to Gateway, that is

Exhibit 1
Page 000014

000014

1  or has been involved in the manufacture, use, sale, and/or offer for sale in the United States, or the

2  importation into the United States, of any Gateway Accused Product since June 1996, including

3  without limitation subsidiaries, parents, sisters, partnerships, and affiliates.

4  **DOCUMENT REQUEST NO. 82:**

5      Documents sufficient to determine Gateway's organizational structure from June 1996 to

6  date, including without limitation organizational charts.

7  **DOCUMENT REQUEST NO. 83:**

8      Documents sufficient to identify the name, job title, and duties of each person who has or has

9  had responsibility for or duties related to the research, design, development, manufacture, testing,

10  operation, sales, marketing, pricing, or patent clearance for any Gateway Accused Product.

11  **DOCUMENT REQUEST NO. 84:**

12      Documents sufficient to identify each Gateway Accused Product made, used, licensed,

13  distributed, sold, and/or offered for sale in the United States, or imported into the United States, by

14  or for Gateway since June 6, 1996, including any internal reference number, model number,

15  manufacturing product number, internal development name, sales name, trade name (and each other

16  designation known or used by Gateway), and the dates of the design, development, and first sale of

17  each such product.

18  **DOCUMENT REQUEST NO. 85:**

19      Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units

20  and in dollars) since June 6, 1996, for each Gateway Accused Product (in electronic form to the

21  extent such electronic files exist).

22  **DOCUMENT REQUEST NO. 86:**

23      All documents relating to any Video Coding Technology.

24  **DOCUMENT REQUEST NO. 87:**

25      All documents relating to the MPEG-1 Standard, the MPEG-2 Standard, and/or the MPEG-4

26  Standard.

27

28

Exhibit 1
Page 000015

**DOCUMENT REQUEST NO. 88:**

All documents relating to predicting, interpolating, and/or approximating data representing video.

**DOCUMENT REQUEST NO. 89:**

All documents relating to generating, coding, decoding, compressing, decompressing, and/or using any ".mpeg" file, ".mpg" file, ".m1v" file, ".mp4" file, ".asf" file, ".wmv" file, "wm" file, or ".dvr-ms" file.

**DOCUMENT REQUEST NO. 90:**

All documents relating to coding, decoding, compressing, and/or decompressing, data representing video with any version of Microsoft Windows Media Player or Microsoft Windows Media 9 Series software, for any version of Microsoft Windows Media Player or Microsoft Windows Media 9 Series software that was made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, whether made, used, licensed, distributed, sold, offered for sale, or imported separately or as part of any other product.

**DOCUMENT REQUEST NO. 91:**

All documents relating to any hardware or software made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, whether made, used, licensed, distributed, sold, offered for sale, or imported separately or as part of any other product, that is capable of taking any part in coding, decoding, compressing, and/or decompressing data representing video on a DVD.

**DOCUMENT REQUEST NO. 92:**

All documents relating to every codec that is capable of taking any part in coding, decoding, compressing, and/or decompressing data representing video, that was made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, whether made, used, licensed, distributed, sold, or offered for sale, or imported separately or as part of any other product, including without limitation, Microsoft MPEG-4

Exhibit 1
Page 000016

000016

1   version 1 codec, Microsoft MPEG-4 version 2 codec, Microsoft MPEG-4 version 3 codec, ISO

2   MPEG-4 versions 1.0 codec, and ISO MPEG-4 version 1.1 codec.

3   **DOCUMENT REQUEST NO. 93:**

4         For all software made, used, licensed, distributed, sold, or offered for sale in the United

5   States, or imported into the United States, by or for Gateway since June 6, 1996, whether made,

6   used, licensed, distributed, sold, offered for sale, or imported separately or as part of any other

7   product, documents sufficient to identify every portion of that software (including the specific files

8   and portions of files) that is capable of taking any part in coding, decoding, compressing, and/or

9   decompressing data representing video.

10   **DOCUMENT REQUEST NO. 94:**

11         All documents relating to the conception, design, development, operation, use, or

12   performance of any Video Coding Technology made, used, licensed, distributed, sold, or offered for

13   sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996,

14   whether made, used, licensed, distributed, sold, offered for sale, or imported separately or as part of

15   any other product.

16   **DOCUMENT REQUEST NO. 95:**

17         Documents sufficient to show the quantity and type of all Video Coding Technology

18   (including the manufacturer, trade name, model number, part number, catalog number, and each

19   other designation known to Gateway) made, used, licensed, distributed, sold, or offered for sale in

20   the United States, or imported into the United States, by or for Gateway, on a monthly, quarterly,

21   and annual basis since June 6, 1996, whether made, used, licensed, distributed, sold, offered for sale,

22   or imported separately or as part of any other product.

23   **DOCUMENT REQUEST NO. 96:**

24         Documents sufficient to show the quantity and type (including the manufacturer, trade name,

25   model number, part number, catalog number, and each other designation known to Gateway) of each

26   product including or incorporating Video Coding Technology made, used, licensed, distributed, sold,

27   or offered for sale in the United States, or imported into the United States, by or for Gateway, on a

28

Exhibit 1
Page 000017

1   monthly, quarterly, and annual basis since June 6, 1996, and for each such product, the type of Video

2   Coding Technology included or incorporated.

3   **DOCUMENT REQUEST NO. 97:**

4       Documents sufficient to show the quantity of every version of Microsoft Windows Media

5   Player and Microsoft Windows Media 9 Series software made, used, licensed, distributed, sold, or

6   offered for sale in the United States, or imported into the United States, by or for Gateway since June

7   6, 1996, whether made, used, licensed, distributed, sold, offered for sale, or imported separately or as

8   part of any other product, and documents sufficient to show every file format supported by each such

9   version.

10   **DOCUMENT REQUEST NO. 98:**

11       Documents sufficient to show the quantity and type (including the manufacturer, trade name,

12   model number, part number, catalog number, and each other designation known to Gateway) of each

13   product including or incorporating a DVD drive made, used, licensed, distributed, sold, or offered

14   for sale in the United States, or imported into the United States, by or for Gateway, on a monthly,

15   quarterly, and annual basis since June 6, 1996.

16   **DOCUMENT REQUEST NO. 99:**

17       All documents relating to the adoption, use, or incorporation of any Video Coding

18   Technology into any product made, used, licensed, distributed, sold, or offered for sale in the United

19   States, or imported into the United States, by or for Gateway or its customers since June 6, 1996.

20   **DOCUMENT REQUEST NO. 100:**

21       All documents relating to the adoption, use, or incorporation of any version of Microsoft

22   Windows Media Player or Microsoft Windows Media 9 Series software into any product made,

23   used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United

24   States, by or for Gateway or its customers since June 6, 1996.

25   **DOCUMENT REQUEST NO. 101:**

26       All manuals or other documents relating to instructions, directions, or suggestions provided

27   to customers or to developers concerning how to use any Video Coding Technology that was made,

28   used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United

1   States, by or for Gateway since June 6, 1996, whether made, used, licensed, distributed, sold, offered

2   for sale, or imported separately or as part of any other product.

3   **DOCUMENT REQUEST NO. 102:**

4       All manuals or other documents relating to instructions, directions, or suggestions provided

5   to customers or to developers concerning how to use any version of Microsoft Windows Media

6   Player or Microsoft Windows Media 9 Series software made, used, licensed, distributed, sold, or

7   offered for sale in the United States, or imported into the United States, by or for Gateway since June

8   6, 1996, whether made, used, licensed, distributed, sold, offered for sale, or imported separately or as

9   part of any other product.

10  **DOCUMENT REQUEST NO. 103:**

11      One sample of each type of Video Coding Technology made, used, licensed, distributed,

12  sold, or offered for sale in the United States, or imported into the United States, by or for Gateway or

13  its customers since June 6, 1996, whether separately or as part of any other product, and for each

14  such sample one copy of all documentation concerning that Video Coding Technology.

15  **DOCUMENT REQUEST NO. 104:**

16      All source code, in electronic searchable format, for any portion of software relating to any

17  aspect of coding, decoding, compressing, and/or decompressing data representing video in

18  accordance with or Compliant with any portion of the MPEG-1 Standard, the MPEG-2 Standard,

19  and/or the MPEG-4 Standard, including any related executable files, programmer comments, readme

20  files, and documentation.

21  **DOCUMENT REQUEST NO. 105:**

22      All source code, in electronic searchable format, for any portion of software relating to

23  coding, decoding, compressing, and/or decompressing data representing video for any ".mpeg" file,

24  ".mpg" file, ".m1v" file, ".mp4" file, ".asf" file, ".wmv" file, "wm" file, or ".dvr-ms" file, including

25  any related executable files, programmer comments, readme files, and documentation.

26  **DOCUMENT REQUEST NO. 106:**

27      All source code, in electronic searchable format, for every portion of the Microsoft MPEG-4

28  version 1 codec, Microsoft MPEG-4 version 2 codec, Microsoft MPEG-4 version 3 codec, ISO

Exhibit 1
Page 000019

000019

1   MPEG-4 versions 1.0 codec, and ISO MPEG-4 version 1.1 codec, that relates in any way to coding,

2   decoding, compressing, and/or decompressing data representing video, including any related

3   executable files, programmer comments, readme files, and documentation.

4   **DOCUMENT REQUEST NO. 107:**

5         One sample of each version of Microsoft Windows Media Player and Microsoft Windows

6   Media 9 Series software that was made, used, licensed, distributed, sold, or offered for sale in the

7   United States, or imported into the United States, by or for Gateway since June 6, 1996, whether

8   separately or as part of any other product, and for each such sample one copy of all documentation

9   for that version.

10   **DOCUMENT REQUEST NO. 108:**

11         One sample, in electronic searchable format, of each version of hardware description

12   language (HDL) code, including Vhsic HDL (VHDL) code and Verilog HDL code, used in the

13   design and/or development of any Video Coding Technology made, used, licensed, distributed, sold,

14   or offered for sale in the United States, or imported into the United States, by or for Gateway since

15   June 6, 1996, whether separately or as part of any other product, including any related

16   documentation concerning such HDL code.

17   **DOCUMENT REQUEST NO. 109:**

18         All documents relating to any market study or commercial study concerning any Video

19   Coding Technology.

20   **DOCUMENT REQUEST NO. 110:**

21         All documents relating to any market study or commercial study concerning any version of

22   Microsoft Windows Media Player or Microsoft Windows Media 9 Series software.

23   **DOCUMENT REQUEST NO. 111:**

24         All documents relating to any market study or commercial study concerning the MPEG-1

25   Standard, the MPEG-2 Standard, and/or the MPEG-4 Standard.

26

27

28

Exhibit 1
Page 000020

000020

1  **DOCUMENT REQUEST NO. 112:**

2      All documents relating to any test or evaluation of Video Coding Technology, including

3  without limitation, any test or evaluation to determine whether such Video Coding Technology is

4  Compliant with the MPEG-1 Standard, the MPEG-2 Standard, and/or the MPEG-4 Standard.

5  **DOCUMENT REQUEST NO. 113:**

6      All documents relating to any communication, discussion, meeting, business plan, program,

7  strategy, study, report, or analysis regarding whether to design, develop, produce, obtain, or sell any

8  Video Coding Technology, whether separately or as part of any other product.

9  **DOCUMENT REQUEST NO. 114:**

10      All documents relating to any information submitted to or received from any standardization

11  organization concerning any technology, apparatus, software, or method for coding, decoding,

12  compressing, and/or decompressing data representing video, including without limitation, the

13  Society of Motion Picture and Television Engineers (SMPTE), the International Organization for

14  Standardization (ISO), the International Electrotechnical Commission (IEC), and the Moving Picture

15  Experts Group (MPEG).

16  **DOCUMENT REQUEST NO. 115:**

17      Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units

18  and in dollars) since June 6, 1996, of each type of Video Coding Technology (in electronic form to

19  the extent such electronic files exist), whether sold separately or as part of any other product.

20  **DOCUMENT REQUEST NO. 116:**

21      Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units

22  and in dollars) since June 6, 1996, of each type of product that includes any Video Coding

23  Technology (in electronic form to the extent such electronic files exist).

24  **DOCUMENT REQUEST NO. 117:**

25      Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units

26  and in dollars) since June 6, 1996, for each version of Microsoft Windows Media Player and

27  Microsoft Windows Media 9 Series software (in electronic form to the extent such electronic files

28  exist), whether sold separately or as part of any other product.

Exhibit 1
Page 000021

000021

1  **DOCUMENT REQUEST NO. 118:**

2      Documents sufficient to show Gateway's monthly, quarterly and annual sales (both in units

3  and in dollars) since June 6, 1996, of each product that includes or incorporates any DVD drive (in

4  electronic form to the extent such electronic files exist).

5  **DOCUMENT REQUEST NO. 119:**

6      All documents relating to any revenue or other benefits received by Gateway with respect to

7  any patent, technology, apparatus, software, or method concerning coding, decoding, compressing,

8  and/or decompressing data representing video, including without limitation, any revenue or other

9  benefits received by Gateway through its participation in any standards organization.

10  **DOCUMENT REQUEST NO. 120:**

11      All documents relating to any Speech Codec.

12  **DOCUMENT REQUEST NO. 121:**

13      All documents, including strategic analyses, market assessments, specifications, data sheets,

14  manuals, journals, drawings, diagrams, schematics, memoranda, notes, notebooks, tests, and

15  evaluations, relating to the conception, design, development, operation, use, or performance of any

16  Speech Codec, including without limitation any Speech Codecs incorporated into any version of

17  Microsoft Windows, Microsoft NetMeeting, Microsoft Sound Recorder, or Microsoft Windows

18  Media Player.

19  **DOCUMENT REQUEST NO. 122:**

20      Documents sufficient to show all Speech Codecs included or provided with any product

21  made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the

22  United States, by or for Gateway since June 6, 1996.

23  **DOCUMENT REQUEST NO. 123:**

24      Documents sufficient to show the quantity and type (including the manufacturer, trade name,

25  model number, part number, catalog number, and each other designation known to Gateway) of each

26  product including or incorporating any Speech Codec made, used, licensed, distributed, sold, or

27  offered for sale in the United States, or imported into the United States, by or for Gateway, on a

28

Exhibit 1
Page 000022

1    monthly, quarterly, and annual basis since June 6, 1996, and for each such product, whether it

2    includes or incorporates Microsoft NetMeeting or Microsoft Sound Recorder.

3    **DOCUMENT REQUEST NO. 124:**

4        All documents relating to the adoption, use, or incorporation of any Speech Codec in any

5    product made, used, licensed, distributed, sold, or offered for sale in the United States, or imported

6    into the United States, by or for Gateway since June 6, 1996.

7    **DOCUMENT REQUEST NO. 125:**

8        All documents relating to the adoption, use, or incorporation of any version of Microsoft

9    NetMeeting into any product made, used, licensed, distributed, sold, or offered for sale in the United

10   States, or imported into the United States, by or for Gateway since June 6, 1996.

11   **DOCUMENT REQUEST NO. 126:**

12        All documents relating to the adoption, use or incorporation of any version of Microsoft

13   Sound Recorder into any product made, used, licensed, distributed, sold, or offered for sale in the

14   United States, or imported into the United States, by or for Gateway since June 6, 1996.

15   **DOCUMENT REQUEST NO. 127:**

16        All manuals or other documents relating to instructions, directions, or suggestions provided

17   to customers or to developers concerning how to use any Speech Codec.

18   **DOCUMENT REQUEST NO. 128:**

19        All manuals or other documents relating to instructions, directions, or suggestions provided

20   to customers or to developers concerning how to use any version of Microsoft NetMeeting.

21   **DOCUMENT REQUEST NO. 129:**

22        All manuals or other documents relating to instructions, directions, or suggestions provided

23   to customers or to developers concerning how to use any version of Microsoft Sound Recorder.

24   **DOCUMENT REQUEST NO. 130:**

25        All documents relating to any test or evaluation of any Speech Codec made, used, licensed,

26   distributed, sold, or offered for sale in the United States, or imported into the United States, by or for

27   Gateway since June 6, 1996, including any test or evaluation to determine whether such Speech

28   Codec is Compliant with ITU-T Recommendations G.723, G.723.1, G.728, G.729, and/or H.323.

Exhibit 1
Page 000023

**DOCUMENT REQUEST NO. 131:**

All documents constituting, or relating to, any communication, discussion, meeting, business plan, program, strategy, study, report, or analysis that evaluates or discusses any effort or decision to design, develop, produce, or obtain Speech Codecs Compliant with ITU-T Recommendations G.723, G.723.1, G.728, G.729, and/or H.323.

**DOCUMENT REQUEST NO. 132:**

One sample of each Speech Codec made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, whether separately or as part of any other product, and for each such sample one copy of all documentation concerning that Speech Codec.

**DOCUMENT REQUEST NO. 133:**

One sample of each version of Microsoft NetMeeting made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, whether separately or as part of any other product, and for each such sample one copy of all documentation concerning that version of Microsoft NetMeeting.

**DOCUMENT REQUEST NO. 134:**

One sample of each version of Microsoft Sound Recorder made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, whether separately or as part of any other product, and for each such sample one copy of all documentation concerning that version of Microsoft Sound Recorder.

**DOCUMENT REQUEST NO. 135:**

All source code, in electronic searchable format, for any portion of software relating to any aspect of coding, decoding, compressing, and/or decompressing data representing speech in accordance with or Compliant with any portion of ITU-T Recommendation G.723, G.723.1, G.728, G.729, and/or H.323, including any related executable files, programmer comments, readme files, and documentation.

Exhibit 1
Page 000024

000024

**DOCUMENT REQUEST NO. 136:**

All documents relating to any market study or commercial study relating to any Speech Codec.

**DOCUMENT REQUEST NO. 137:**

All documents relating to any market study or commercial study relating to Microsoft NetMeeting or Microsoft Sound Recorder.

**DOCUMENT REQUEST NO. 138:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each type of Speech Codec (in electronic form to the extent such electronic files exist), whether sold separately or as part of any other product.

**DOCUMENT REQUEST NO. 139:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each type of product that includes any Speech Codec (in electronic form to the extent such electronic files exist).

**DOCUMENT REQUEST NO. 140:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each version of Microsoft NetMeeting (in electronic form to the extent such electronic files exist), whether sold separately or as part of any other product.

**DOCUMENT REQUEST NO. 141:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each version of Microsoft Sound Recorder (in electronic form to the extent such electronic files exist), whether sold separately or as part of any other product.

**DOCUMENT REQUEST NO. 142:**

All documents relating to any Video Display Product.

**DOCUMENT REQUEST NO. 143:**

All documents relating to the conception, design, development, operation, use, or performance of any Video Display Product made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway between June 6, 1996 and

Exhibit 1
Page 000025

000025

1    May 19, 2001, whether made, used, licensed, distributed, sold, offered for sale or imported

2    separately or as part of a Computer Product or Computer Peripheral Product.

3    **DOCUMENT REQUEST NO. 144:**

4    All documents relating to the conception, design, development, operation, use, or

5    performance of any software that is capable of taking any part in modifying, controlling, setting, or

6    otherwise affecting any video display mode (including without limitation, any VGA Display Mode

7    or VBE Display Mode) in any Computer Product or Computer Peripheral Product made, used,

8    licensed, distributed, sold, or offered for sale in the United States, or imported into the United States,

9    by or for Gateway between June 6, 1996 and May 19, 2001.

10    **DOCUMENT REQUEST NO. 145:**

11    Documents sufficient to show every video display mode (including without limitation, every

12    VGA Display Mode and VBE Display Mode) supported by each Video Display Product made, used,

13    licensed, distributed, sold, or offered for sale in the United States, or imported into the United States,

14    by or for Gateway between June 6, 1996 and May 19, 2001, whether made, used, licensed,

15    distributed, sold, offered for sale, or imported separately or as part of a Computer Product or

16    Computer Peripheral Product, including for each display mode whether the display mode is a

17    graphics or text display mode, the spatial resolution, and the color resolution.

18    **DOCUMENT REQUEST NO. 146:**

19    Documents sufficient to show every video display mode (including without limitation, every

20    VGA Display Mode and VBE Display Mode) supported by each Computer Product made, used,

21    licensed, distributed, sold, or offered for sale in the United States, or imported into the United States,

22    by or for Gateway between June 6, 1996 and May 19, 2001, including for each display mode

23    whether the display mode is a graphics or text display mode, the spatial resolution, and the color

24    resolution.

25    **DOCUMENT REQUEST NO. 147:**

26    All documents relating to software that is capable of taking any part in addressing, setting

27    data in, modifying data in, using, or affecting in any way, a Color Palette and/or video memory in

28    any Computer Product made, used, licensed, distributed, sold, or offered for sale in the United

Exhibit 1
Page 000026

000026

1 States, or imported into the United States, by or for Gateway between June 6, 1996 and May 19,

2 2001.

3 **DOCUMENT REQUEST NO. 148:**

4      All documents relating to any direct-color display mode, including without limitation, 15-bit

5 or 16-bit color display modes (hi-color modes), and 24-bit or 32-bit color display modes (true-color

6 modes), in any Computer Product or Computer Peripheral Product made, used, licensed, distributed,

7 sold, or offered for sale in the United States, or imported into the United States, by or for Gateway

8 between June 6, 1996 and May 19, 2001.

9 **DOCUMENT REQUEST NO. 149:**

10      All documents relating to any video display mode (including without limitation, any VGA

11 Display Mode or VBE Display Mode) that directly or indirectly accesses or otherwise uses a Color

12 Palette in any Computer Product or Computer Peripheral Product made, used, licensed, distributed,

13 sold, or offered for sale in the United States, or imported into the United States, by or for Gateway

14 between June 6, 1996 and May 19, 2001.

15 **DOCUMENT REQUEST NO. 150:**

16      All documents relating to the structure, storage, or use of a Color Palette in any Computer

17 Product or Computer Peripheral Product made, used, licensed, distributed, sold, or offered for sale in

18 the United States, or imported into the United States, by or for Gateway between June 6, 1996 and

19 May 19, 2001.

20 **DOCUMENT REQUEST NO. 151:**

21      All documents relating to modifying or setting a color of a Color Palette in any Computer

22 Product or Computer Peripheral Product made, used, licensed, distributed, sold, or offered for sale in

23 the United States, or imported into the United States, by or for Gateway between June 6, 1996 and

24 May 19, 2001.

25 **DOCUMENT REQUEST NO. 152:**

26      All documents relating to computer instructions, commands, and/or data for identifying a

27 color in any Computer Product or Computer Peripheral Product made, used, licensed, distributed,

28

Exhibit 1
Page 000027

1   sold, or offered for sale in the United States, or imported into the United States, by or for Gateway

2   between June 6, 1996 and May 19, 2001.

3   **DOCUMENT REQUEST NO. 153:**

4        All documents relating to the adoption, use, or incorporation of any Video Display Product

5   into any Computer Product made, used, licensed, distributed, sold, or offered for sale in the United

6   States, or imported into the United States, by or for Gateway between June 6, 1996 and May 19,

7   2001.

8   **DOCUMENT REQUEST NO. 154:**

9        All manuals or other documents relating to instructions, directions, or suggestions provided

10   to customers or to developers concerning how to use any Video Display Product made, used,

11   licensed, distributed, sold, or offered for sale in the United States, or imported into the United States,

12   by or for Gateway between June 6, 1996 and May 19, 2001, whether made, used, licensed,

13   distributed, sold, offered for sale or imported separately or as part of a Computer Product or

14   Computer Peripheral Product.

15   **DOCUMENT REQUEST NO. 155:**

16        All manuals or other documents relating to instructions, directions, or suggestions provided

17   to customers or to developers concerning how to access, modify, control, or otherwise affect a video

18   display mode (including without limitation, a VGA Display Mode or VBE Display Mode) in any

19   Computer Product or Computer Peripheral Product made, used, licensed, distributed, sold, or offered

20   for sale in the United States, or imported into the United States, by or for Gateway between June 6,

21   1996 and May 19, 2001.

22   **DOCUMENT REQUEST NO. 156:**

23        All manuals or other documents relating to instructions, directions, or suggestions provided

24   to customers or to developers concerning how to identify or specify a color for display in any

25   Computer Product made, used, licensed, distributed, sold, or offered for sale in the United States, or

26   imported into the United States, by or for Gateway between June 6, 1996 and May 19, 2001.

27

28

Exhibit 1
Page 000028

000027

000028

**DOCUMENT REQUEST NO. 157:**

One copy of any manual or other documentation provided with or relating to each type of Video Display Product made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway between June 6, 1996 and May 19, 2001, whether made, used, licensed, distributed, sold, offered for sale, or imported separately or as part of a Computer Product or Computer Peripheral Product.

**DOCUMENT REQUEST NO. 158:**

One copy of any manual or other documentation provided with or relating to each type of monitor or other display device made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway between June 6, 1996 and May 19, 2001, whether made, used, licensed, distributed, sold, offered for sale, or imported separately or as part of a Computer Product or Computer Peripheral Product.

**DOCUMENT REQUEST NO. 159:**

One sample of each Video Display Product that was made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway between June 6, 1996 and May 19, 2001, whether separately or as part of a Computer Product or Computer Peripheral Product, including any related documentation.

**DOCUMENT REQUEST NO. 160:**

One sample of any software stored on any Video Display Product that was made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway between June 6, 1996 and May 19, 2001, whether separately or as part of a Computer Product or Computer Peripheral Product, including any related documentation.

**DOCUMENT REQUEST NO. 161:**

One sample of each video device driver software that was made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway between June 6, 1996 and May 19, 2001, whether separately or as part of a Computer Product or Computer Peripheral Product, including any related documentation.

Exhibit 1
Page 000029

**DOCUMENT REQUEST NO. 162:**

All source code, in electronic searchable format, for any portion of software (including BIOS software) relating to any aspect of modifying, controlling, setting, or otherwise affecting any video display mode (including without limitation, any VGA Display Mode or VBE Display Mode), including any related executable files, programmer comments, readme files, and documentation.

**DOCUMENT REQUEST NO. 163:**

All source code, in electronic searchable format, for any portion of software (including BIOS software) relating to any aspect of addressing, setting data in, modifying data in, using, or affecting in any way, a Color Palette and/or video memory, including any related executable files, programmer comments, readme files, and documentation.

**DOCUMENT REQUEST NO. 164:**

Documents sufficient to show the quantity and type (including the manufacturer, trade name, model number, part number, catalog number, and each other designation known to Gateway) of each Video Display Product made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway, on a monthly, quarterly, and annual basis between June 6, 1996 and May 19, 2001, whether made, used, licensed, distributed, sold, offered for sale, or imported separately or as part of a Computer Product.

**DOCUMENT REQUEST NO. 165:**

Documents sufficient to show the quantity and type (including the manufacturer, trade name, model number, part number, catalog number, and each other designation known to Gateway) of each video card included with every Computer Product made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway, on a monthly, quarterly, and annual basis between June 6, 1996 and May 19, 2001.

**DOCUMENT REQUEST NO. 166:**

Documents sufficient to show the quantity and type of each Computer Product (including trade name, model number, part number, catalog number, and each other designation known to Gateway) and every Video Display Product included with each such type of Computer Product, that was made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into

Exhibit 1
Page 000030

1    the United States, by or for Gateway, on a monthly, quarterly, and annual basis between June 6,

2    1996 and May 19, 2001.

3    **DOCUMENT REQUEST NO. 167:**

4        All documents relating to any market study or commercial study relating to any Video

5    Display Product, any feature of a Video Display Product, or the use and/or support of any video

6    display mode (including without limitation, any VGA Display Mode or VBE Display Mode).

7    **DOCUMENT REQUEST NO. 168:**

8        Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units

9    and in dollars) between June 6, 1996 and May 19, 2001, of each type of Video Display Product (in

10   electronic form to the extent such electronic files exist), whether sold separately or as part of any

11   other product.

12   **DOCUMENT REQUEST NO. 169:**

13       Documents sufficient to show Gateway's monthly, quarterly, and annual purchases or

14   licenses (both in units and in dollars) between June 6, 1996 and May 19, 2001, of each type of Video

15   Display Product (in electronic form to the extent such electronic files exist).

16   **DOCUMENT REQUEST NO. 170:**

17       All documents relating to the adoption, use, or incorporation of any version of Microsoft

18   NetMeeting into any product made, used, licensed, distributed, sold, or offered for sale in the United

19   States, or imported into the United States, by or for Gateway since June 6, 1996.

20   **DOCUMENT REQUEST NO. 171:**

21       All documents relating to the adoption, use, or incorporation of any version of Microsoft

22   Paint into any product made, used, licensed, distributed, sold, or offered for sale in the United States,

23   or imported into the United States, by or for Gateway since June 6, 1996.

24   **DOCUMENT REQUEST NO. 172:**

25       All manuals or other documents relating to instructions, directions, or suggestions provided

26   to customers or to developers concerning how to use any version of Microsoft NetMeeting.

27

28

Exhibit 1
Page 000031

000031

1  **DOCUMENT REQUEST NO. 173:**

2      All manuals or other documents relating to instructions, directions, or suggestions provided

3  to customers or to developers concerning how to use any version of Microsoft Paint.

4  **DOCUMENT REQUEST NO. 174:**

5      One sample of each version of Microsoft NetMeeting made, used, licensed, distributed, sold,

6  or offered for sale in the United States, or imported into the United States by or for Gateway since

7  June 6, 1996, whether made, used, licensed, distributed, sold, offered for sale or imported separately

8  or as part of a Computer Product or Computer Peripheral Product, and for each such sample one

9  copy of all documentation concerning that version of Microsoft NetMeeting.

10  **DOCUMENT REQUEST NO. 175:**

11     One sample of each version of Microsoft Paint made, used, licensed, distributed, sold, or

12  offered for sale in the United States, or imported into the United States by or for Gateway since June

13  6, 1996, whether made, used, licensed, distributed, sold, offered for sale or imported separately or as

14  part of a Computer Product or Computer Peripheral Product, and for each such sample one copy of

15  all documentation concerning that version of Microsoft Paint.

16  **DOCUMENT REQUEST NO. 176:**

17     Documents sufficient to identify Gateway's monthly, quarterly, and annual sales (both in

18  units and in dollars) since June 6, 1996, for each product that includes any version of Microsoft

19  NetMeeting and any version of Microsoft Paint (in electronic form to the extent such electronic files

20  exist).

21  **DOCUMENT REQUEST NO. 177:**

22     Documents sufficient to show each version of Microsoft Money, Microsoft Works, Microsoft

23  Works Suite, Microsoft Outlook, Microsoft Outlook with Business Contact Manager, Microsoft

24  Office, Microsoft Pocket PC Expense, or Intuit Quicken made, used, licensed, distributed, sold, or

25  offered for sale in the United States, or imported into the United States, by or for Gateway since June

26  6, 1996, whether separately or as part of a Computer Product or Computer Peripheral Product.

27

28

Exhibit 1
Page 000032

000032

1  **DOCUMENT REQUEST NO. 178:**

2      Documents sufficient to show the quantity and type (including the manufacturer, trade name,

3  model number, part number, catalog number, and each other designation known to Gateway) of each

4  product including or incorporating the Microsoft Windows operating system and any version of

5  Microsoft Money, Microsoft Works, Microsoft Works Suite, Microsoft Outlook, Microsoft Outlook

6  with Business Contact Manager, Microsoft Office, Microsoft Pocket PC Expense, and/or Intuit

7  Quicken made, used, licensed, distributed, sold, or offered for sale in the United States, or imported

8  into the United States, by or for Gateway since June 6, 1996, on a monthly, quarterly, and annual

9  basis, and for each such product, whether it includes or incorporates Microsoft Money, Microsoft

10 Works, Microsoft Works Suite, Microsoft Outlook, Microsoft Outlook with Business Contact

11 Manager, Microsoft Office, Microsoft Pocket PC Expense, or Intuit Quicken, including the version

12 thereof.

13 **DOCUMENT REQUEST NO. 179:**

14     All documents relating to the adoption, use, or incorporation of any version of Microsoft

15 Money into any product made, used, licensed, distributed, sold, or offered for sale in the United

16 States, or imported into the United States, by or for Gateway since June 6, 1996.

17 **DOCUMENT REQUEST NO. 180:**

18     All documents relating to the adoption, use, or incorporation of any version of Microsoft

19 Works or Microsoft Works Suite into any product made, used, licensed, distributed, sold, or offered

20 for sale in the United States, or imported into the United States, by or for Gateway since June 6,

21 1996.

22 **DOCUMENT REQUEST NO. 181:**

23     All documents relating to the adoption, use, or incorporation of any version of Microsoft

24 Outlook or Microsoft Outlook with Business Contact Manager into any product made, used,

25 licensed, distributed, sold, or offered for sale in the United States, or imported into the United States,

26 by or for Gateway since June 6, 1996.

27

28

Exhibit 1
Page 000033

1 **DOCUMENT REQUEST NO. 182:**

2    All documents relating to the adoption, use, or incorporation of any version of Microsoft

3 Office into any product made, used, licensed, distributed, sold, or offered for sale in the United

4 States, or imported into the United States, by or for Gateway since June 6, 1996.

5 **DOCUMENT REQUEST NO. 183:**

6    All documents relating to the adoption, use, or incorporation of any version of Microsoft

7 Pocket PC Expense into any product made, used, licensed, distributed, sold, or offered for sale in the

8 United States, or imported into the United States, by or for Gateway since June 6, 1996.

9 **DOCUMENT REQUEST NO. 184:**

10    All documents relating to the adoption, use, or incorporation of any version of Intuit Quicken

11 into any product made, used, licensed, distributed, sold, or offered for sale in the United States, or

12 imported into the United States, by or for Gateway since June 6, 1996.

13 **DOCUMENT REQUEST NO. 185:**

14    All manuals or other documents relating to instructions, directions, or suggestions provided

15 to customers or to developers concerning how to use any version of Microsoft Money.

16 **DOCUMENT REQUEST NO. 186:**

17    All manuals or other documents relating to instructions, directions, or suggestions provided

18 to customers or to developers concerning how to use any version of Microsoft Works or Microsoft

19 Works Suite.

20 **DOCUMENT REQUEST NO. 187:**

21    All manuals or other documents relating to instructions, directions, or suggestions provided

22 to customers or to developers concerning how to use any version of Microsoft Outlook or Microsoft

23 Outlook with Business Contact Manager.

24 **DOCUMENT REQUEST NO. 188:**

25    All manuals or other documents relating to instructions, directions, or suggestions provided

26 to customers or to developers concerning how to use any version of Microsoft Office.

27

28

Exhibit 1
Page 000034

**DOCUMENT REQUEST NO. 189:**

All manuals or other documents relating to instructions, directions, or suggestions provided to customers or to developers concerning how to use any version of Microsoft Pocket PC Expense.

**DOCUMENT REQUEST NO. 190:**

All manuals or other documents relating to instructions, directions, or suggestions provided to customers or to developers concerning how to use any version of Intuit Quicken.

**DOCUMENT REQUEST NO. 191:**

One sample of each version of Microsoft Money made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, and for each such sample one copy of all documentation concerning that version of Microsoft Money.

**DOCUMENT REQUEST NO. 192:**

One sample of each version of Microsoft Works or Microsoft Works Suite made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, and for each such sample one copy of all documentation concerning that version of Microsoft Works or Microsoft Works Suite.

**DOCUMENT REQUEST NO. 193:**

One sample of each version of Microsoft Outlook or Microsoft Outlook with Business Contact Manager made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, and for each such sample one copy of all documentation concerning that version of Microsoft Outlook or Microsoft Outlook with Business Contact Manager.

**DOCUMENT REQUEST NO. 194:**

One sample of each version of Microsoft Office made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, and for each such sample one copy of all documentation concerning that version of Microsoft Office.

**DOCUMENT REQUEST NO. 195:**

One sample of each version of Microsoft Pocket PC Expense made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, and for each such sample one copy of all documentation concerning that version of Microsoft Pocket PC Expense.

**DOCUMENT REQUEST NO. 196:**

One sample of each version of Intuit Quicken made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, and for each such sample one copy of all documentation concerning that version of Intuit Quicken.

**DOCUMENT REQUEST NO. 197:**

All documents relating to any market study or commercial study relating to any version of any of the following products: Microsoft Windows, Microsoft Money, Microsoft Works, Microsoft Works Suite, Microsoft Outlook, Microsoft Outlook with Business Contact Manager, Microsoft Office, Microsoft Pocket PC Expense, or Intuit Quicken.

**DOCUMENT REQUEST NO. 198:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each product that includes any version of Microsoft Money (in electronic form to the extent such electronic files exist).

**DOCUMENT REQUEST NO. 199:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each product that includes any version of Microsoft Works or Microsoft Works Suite (in electronic form to the extent such electronic files exist).

**DOCUMENT REQUEST NO. 200:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each product that includes any version of Microsoft Outlook or Microsoft Outlook with Business Contact Manager (in electronic form to the extent such electronic files exist).

Exhibit 1
Page 000036

000036

**DOCUMENT REQUEST NO. 201:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each product that includes any version of Microsoft Office (in electronic form to the extent such electronic files exist).

**DOCUMENT REQUEST NO. 202:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each product that includes any version of Microsoft Pocket PC Expense (in electronic form to the extent such electronic files exist).

**DOCUMENT REQUEST NO. 203:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each product that includes any version of Intuit Quicken (in electronic form to the extent such electronic files exist).

**DOCUMENT REQUEST NO. 204:**

All documents relating to any Stylus-Based Product.

**DOCUMENT REQUEST NO. 205:**

All documents, including strategic analyses, market assessments, specifications, data sheets, manuals, journals, drawings, diagrams, schematics, memoranda, notes, notebooks, tests, and evaluations, relating to the conception, design, development, operation, use, or performance of any Stylus-Based Product.

**DOCUMENT REQUEST NO. 206:**

Documents sufficient to show the quantity and type (including the manufacturer, trade name, model number, part number, catalog number, and each other designation known to Gateway) of each Stylus-Based Product that was made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway, on a monthly, quarterly, and annual basis since June 6, 1996.

Exhibit 1
Page 000037

000037

**DOCUMENT REQUEST NO. 207:**

Documents sufficient to show the operating system of each Stylus-Based Product that was made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996.

**DOCUMENT REQUEST NO. 208:**

All manuals or other documents relating to instructions, directions, or suggestions provided to customers or to developers concerning how to use any Stylus-Based Product made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996.

**DOCUMENT REQUEST NO. 209:**

One sample of each Stylus-Based Product that was made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, and for each such sample, copies of all documentation concerning each such product.

**DOCUMENT REQUEST NO. 210:**

All source code, in electronic searchable format, for any portion of software made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway since June 6, 1996, whether separately or as part of any other product, relating to any aspect of utilizing a stylus or pen for entering, modifying, or otherwise affecting information in a Computer Product, including any related executable files, programmer comments, readme files, and documentation.

**DOCUMENT REQUEST NO. 211:**

All documents relating to any market study or commercial study relating to any Stylus-Based Product.

**DOCUMENT REQUEST NO. 212:**

Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units and in dollars) since June 6, 1996, for each type of Stylus-Based Product (in electronic form to the extent such electronic files exist), whether sold separately or as part of any other product.

Exhibit 1
Page 000038

000038

1  **DOCUMENT REQUEST NO. 213:**

2      All documents relating to any Caller ID Product.

3  **DOCUMENT REQUEST NO. 214:**

4      All documents relating to the use of any Caller ID Information with any Computer Product or

5  Computer Peripheral Product made, used, licensed, distributed, sold, or offered for sale in the United

6  States, or imported into the United States, by or for Gateway between June 6, 1996 and July 12,

7  2003.

8  **DOCUMENT REQUEST NO. 215:**

9      All documents relating to the conception, design, development, operation, use, or

10 performance of any Caller ID Product made, used, licensed, distributed, sold, or offered for sale in

11 the United States, or imported into the United States, by or for Gateway between June 6, 1996 and

12 July 12, 2003, whether made, used, licensed, distributed, sold, offered for sale, or imported

13 separately or as part of any other product.

14 **DOCUMENT REQUEST NO. 216:**

15     All documents relating to the conception, design, development, operation, use, or

16 performance of any software made, used, licensed, distributed, sold, or offered for sale in the United

17 States, or imported into the United States, by or for Gateway between June 6, 1996 and July 12,

18 2003, that is capable of taking any part in affecting a Caller ID Product's interaction with, use, or

19 display of Caller ID Information, whether made, used, licensed, distributed, sold, offered for sale, or

20 imported separately or as part of any other product.

21 **DOCUMENT REQUEST NO. 217:**

22     All documents relating to the conception, design, development, operation, use, or

23 performance of any software made, used, licensed, distributed, sold, or offered for sale in the United

24 States, or imported into the United States, by or for Gateway between June 6, 1996 and July 12,

25 2003, that is capable of taking any part in the display of Caller ID Information, whether made, used,

26 licensed, distributed, sold, offered for sale, or imported separately or as part of any other product.

27

28

Exhibit 1
Page 000039

000039

1    **DOCUMENT REQUEST NO. 218:**

2        All documents relating to receiving, identifying, acknowledging, storing (even temporarily),

3    interpreting, using, interacting with, or affecting the display of Caller ID Information.

4    **DOCUMENT REQUEST NO. 219:**

5        All documents relating to the adoption, use, or incorporation of any Caller ID Product into

6    any Computer Product made, used, licensed, distributed, sold, or offered for sale in the United

7    States, or imported into the United States, by or for Gateway between June 6, 1996 and July 12,

8    2003.

9    **DOCUMENT REQUEST NO. 220:**

10        All documents relating to the adoption, use, or incorporation of any software that is capable

11    of taking any part in receiving, identifying, acknowledging, storing (even temporarily), interpreting,

12    using, interacting with, or affecting the display of Caller ID Information, into any Computer Product

13    made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the

14    United States, by or for Gateway between June 6, 1996 and July 12, 2003.

15    **DOCUMENT REQUEST NO. 221:**

16        All manuals or other documents relating to instructions, directions, or suggestions provided

17    to customers or to developers concerning how to use any Caller ID Product made, used, licensed,

18    distributed, sold, or offered for sale in the United States, or imported into the United States, by or for

19    Gateway between June 6, 1996 and July 12, 2003, whether made, used, licensed, distributed, sold,

20    offered for sale, or imported separately or as part of any other product.

21    **DOCUMENT REQUEST NO. 222:**

22        All manuals or other documents relating to instructions, directions, or suggestions provided

23    to customers or to developers concerning how to use any software that is capable of taking any part

24    in receiving, identifying, acknowledging, storing (even temporarily), interpreting, using, interacting

25    with, or affecting the display of Caller ID Information, that was included with any Computer Product

26    made, used, licensed, distributed, sold, or offered for sale in the United States, or imported into the

27    United States, by or for Gateway between June 6, 1996 and July 12, 2003.

28

Exhibit 1
Page 000040

1  **DOCUMENT REQUEST NO. 223:**

2      One sample of each Caller ID Product that was made, used, licensed, distributed, sold, or

3  offered for sale in the United States, or imported into the United States by or for Gateway between

4  June 6, 1996 and July 12, 2003, whether separately or as part of any other product.

5  **DOCUMENT REQUEST NO. 224:**

6      One sample of any software stored on any Caller ID Product that was made, used, licensed,

7  distributed, sold, or offered for sale in the United States, or imported into the United States by or for

8  Gateway between June 6, 1996 and July 12, 2003, whether separately or as part of any other product,

9  including any related documentation.

10  **DOCUMENT REQUEST NO. 225:**

11      All source code, in electronic searchable format, for any portion of software relating to any

12  aspect of receiving, identifying, acknowledging, storing (even temporarily), interpreting, using,

13  interacting with, or affecting the display of Caller ID Information, including any related executable

14  files, programmer comments, readme files, and documentation.

15  **DOCUMENT REQUEST NO. 226:**

16      Documents sufficient to show the quantity and type (including the manufacturer, trade name,

17  model number, part number, catalog number, and each other designation known to Gateway) of each

18  Caller ID Product made, used, licensed, distributed, sold, or offered for sale in the United States, or

19  imported into the United States, by or for Gateway, on a monthly, quarterly, and annual basis

20  between June 6, 1996 and July 12, 2003, whether made, used, licensed, distributed, sold, offered for

21  sale, or imported separately or as part of any other product.

22  **DOCUMENT REQUEST NO. 227:**

23      Documents sufficient to show the quantity and type (including the manufacturer, trade name,

24  model number, part number, catalog number, and each other designation known to Gateway) of each

25  caller-id compatible modem included with any Computer Product made, used, licensed, distributed,

26  sold, or offered for sale in the United States, or imported into the United States, by or for Gateway

27  on a monthly, quarterly, and annual basis between June 6, 1996 and July 12, 2003, whether made,

28

Exhibit 1
Page 000041

000041

1  used, licensed, distributed, sold, offered for sale, or imported separately or as part of any other

2  product.

3  **DOCUMENT REQUEST NO. 228:**

4      Documents sufficient to show the quantity and type (including the manufacturer, trade name,

5  model number, part number, catalog number, and each other designation known to Gateway) of any

6  software that is capable of taking any part in receiving, identifying, acknowledging, storing (even

7  temporarily), interpreting, using, interacting with, or affecting the display of Caller ID Information,

8  that was made, used, licensed, distributed, sold, or offered for sale in the United States, or imported

9  into the United States, by or for Gateway on a monthly, quarterly, and annual basis between June 6,

10 1996 and July 12, 2003, whether made, used, licensed, distributed, sold, offered for sale, or imported

11 separately or as part of any other product.

12 **DOCUMENT REQUEST NO. 229:**

13     Documents sufficient to show the quantity and type (including the manufacturer, trade name,

14 model number, part number, catalog number, and each other designation known to Gateway) of each

15 product including a caller-id compatible modem that was made, used, licensed, distributed, sold, or

16 offered for sale in the United States, or imported into the United States, by or for Gateway on a

17 monthly, quarterly, and annual basis between June 6, 1996 and July 12, 2003, including the type of

18 caller-id compatible modem included with each such Computer Product.

19 **DOCUMENT REQUEST NO. 230:**

20     All documents relating to any market study or commercial study relating to any Caller ID

21 Product.

22 **DOCUMENT REQUEST NO. 231:**

23     Documents sufficient to show Gateway's monthly, quarterly, and annual purchases or

24 licenses (both in units and in dollars) between June 6, 1996 and July 12, 2003, of each type of Caller

25 ID Product (in electronic form to the extent such electronic files exist).

26 **DOCUMENT REQUEST NO. 232:**

27     Documents sufficient to show Gateway's monthly, quarterly, and annual sales (both in units

28 and in dollars) between June 6, 1996 and July 12, 2003, of each type of Caller ID Product and each

Exhibit 1
Page 000042

1    product that includes any Caller ID Product (in electronic form to the extent such electronic files

2    exist).

3    **DOCUMENT REQUEST NO. 233:**

4          Documents sufficient to show Gateway's monthly, quarterly and annual sales (both in units

5    and in dollars) between June 6, 1996 and July 12, 2003, of each product that includes or incorporates

6    a caller-id compatible modem (in electronic form to the extent such electronic files exist).

7    **DOCUMENT REQUEST NO. 234:**

8          All documents relating to the operation, use, or interface with any version of Windows Media

9    Center software or technology, including without limitation, Windows XP Media Center Edition

10   2004.

11   **DOCUMENT REQUEST NO. 235:**

12         All documents relating to the conception, design, development, operation, use, or

13   performance of any Windows Media Center device or Windows Media Center Extender device.

14   **DOCUMENT REQUEST NO. 236:**

15         All documents relating to the conception, design, development, operation, use, or

16   performance of any hardware or software that uses, utilizes, interfaces with, communicates with, or

17   that may be controlled or affected in any part by any version of Windows Media Center software or

18   technology, including without limitation, any Computer Product, Computer Peripheral Product, the

19   Gateway Connected DVD player, the Gateway FMC-901 Home Theater PC, or any set-top box.

20   **DOCUMENT REQUEST NO. 237:**

21         All documents relating to the use or support of any Video Coding Technology, Audio Coding

22   Technology, or Speech Codecs by any portion of any version of Windows Media Center software or

23   technology, including without limitation, Windows XP Media Center Edition 2004.

24   **DOCUMENT REQUEST NO. 238:**

25         All documents relating to the use or support of any Video Coding Technology, Audio Coding

26   Technology, or Speech Codecs by any Windows Media Center device or Windows Media Center

27   Extender device.

28

Exhibit 1
Page 000043

1    **DOCUMENT REQUEST NO. 239:**

2        All documents relating to the use or support of any Video Coding Technology, Audio Coding

3    Technology, or Speech Codecs by any hardware or software that uses, utilizes, interfaces with,

4    communicates with, or that may be controlled or affected in any part by any version of Windows

5    Media Center software or technology, including without limitation, any Computer Product,

6    Computer Peripheral Product, the Gateway Connected DVD player, the Gateway FMC-901 Home

7    Theater PC, or any set-top box.

8    **DOCUMENT REQUEST NO. 240:**

9        All documents relating to any market study or commercial study relating to any version (or

10   portion thereof) of Windows Media Center software or technology, including without limitation,

11   Windows XP Media Center Edition 2004.

12   **DOCUMENT REQUEST NO. 241:**

13       All documents relating to any market study or commercial study relating to any Windows

14   Media Center device or Windows Media Center Extender device.

15   **DOCUMENT REQUEST NO. 242:**

16       All documents relating to any market study or commercial study relating to any hardware or

17   software that uses, utilizes, interfaces with, communicates with, or that may be controlled or affected

18   in any part by any version of Windows Media Center software or technology, including without

19   limitation, any Computer Product, Computer Peripheral Product, the Gateway Connected DVD

20   player, the Gateway FMC-901 Home Theater PC, or any set-top box.

21   **DOCUMENT REQUEST NO. 243:**

22       Documents sufficient to show Gateway's monthly, quarterly, and annual sales and/or licenses

23   (both in units and in dollars) for every Windows Media Center device or Windows Media Center

24   Extender device.

25   **DOCUMENT REQUEST NO. 244:**

26       Documents sufficient to show Gateway's monthly, quarterly, and annual sales and/or licenses

27   (both in units and in dollars) for all hardware or software that uses, utilizes, interfaces with,

28   communicates with, or that may be controlled or affected in any part by any version of Windows

Exhibit 1
Page 000044

1  Media Center software or technology, including without limitation, any Computer Product,

2  Computer Peripheral Product, the Gateway Connected DVD player, the Gateway FMC-901 Home

3  Theater PC, or any set-top box.

4  **DOCUMENT REQUEST NO. 245:**

5      All documents relating to Gateway's patent licensing policies, practices, procedures or

6  programs.

7  **DOCUMENT REQUEST NO. 246:**

8      All documents and things relating to any license agreement, assignment, grant of rights, or

9  other agreement relating to Computer Product technology, any Gateway Accused Product, or the

10  subject matter disclosed or claimed in any of the Asserted Patents, including any actual or expected

11  payments under such license agreement, assignment or grant of rights, between Gateway and any

12  other person or entity.

13  **DOCUMENT REQUEST NO. 247:**

14      All license agreements, assignment agreements, or other agreements granting any right

15  relating to Computer Product technology, any Gateway Accused Product, or the subject matter

16  disclosed or claimed in any of the Asserted Patents, between Gateway and any other person or entity.

17  **DOCUMENT REQUEST NO. 248:**

18      All documents and things relating to any communication between Gateway and any other

19  person or entity related to any of the Asserted Patents or the subject matter disclosed or claimed in

20  any of the Asserted Patents.

21  **DOCUMENT REQUEST NO. 249:**

22      All documents and things relating to industry licensing practices or royalty rates relating to

23  Computer Product technology, any Gateway Accused Product, or the subject matter disclosed or

24  claimed in any of the Asserted Patents.

25  **DOCUMENT REQUEST NO. 250:**

26      All documents and things relating to any patent licensing negotiations relating to Computer

27  Product technology, any Gateway Accused Product, or the subject matter disclosed or claimed in any

28  of the Asserted Patents, between Gateway and any other person or entity

Exhibit 1
Page 000045

1    **DOCUMENT REQUEST NO. 251:**

2        All documents and things relating to the value of any of the subject matter disclosed or

3    claimed by any of the Asserted Patents.

4    **DOCUMENT REQUEST NO. 252:**

5        All documents relating to any agreement by which a third party has agreed to indemnify

6    Gateway for patent infringement with respect to any product made, used, licensed, distributed, sold,

7    or offered for sale in the United States, or imported into the United States, by or for Gateway.

8    **DOCUMENT REQUEST NO. 253:**

9        All documents relating to any payments made by Gateway to any third parties, including

10   without limitation Microsoft, authorizing Gateway to include any third party software on any

11   product made, used, licensed, distributed, or offered for sale in the United States, or imported

12   into the United States, by or for Gateway.

13   **DOCUMENT REQUEST NO. 254:**

14       Documents sufficient to show Gateway's revenue, costs (including the identity of labor,

15   material, variances, selling, and administrative costs, and the components that make up those costs),

16   gross margins, and profits before taxes for the design, development, manufacture, and sale for each

17   Gateway Accused Product since June 6, 1996 (in electronic form to the extent such electronic files

18   exist).

19   **DOCUMENT REQUEST NO. 255:**

20       Documents sufficient to show Gateway's monthly, quarterly and annual sales (both in units

21   and in dollars) for each Gateway Accused Product since June 6, 1996 (in electronic form to the

22   extent such electronic files exist).

23   **DOCUMENT REQUEST NO. 256:**

24       Documents sufficient to establish the selling price and gross margins of each Gateway

25   Accused Product by quarter, or any other period by which Gateway keeps such records, since June 6,

26   1996 (in electronic form to the extent such electronic files exist).

27

28

Exhibit 1
Page 000046

000046

1  **DOCUMENT REQUEST NO. 257:**

2      All documents relating to estimated or projected future sales (in units and dollars) of each

3  Gateway Accused Product.

4  **DOCUMENT REQUEST NO. 258:**

5      All documents relating to Gateway's past, present or future market share for Gateway

6  Accused Products.

7  **DOCUMENT REQUEST NO. 259:**

8      Documents sufficient to describe any method used by Gateway in computing and

9  accumulating the costs of selling (including all components that are included in selling expenses) for

10  each Gateway Accused Product, including without limitation accounting policies, guidelines, and

11  handbooks.

12  **DOCUMENT REQUEST NO. 260:**

13      Documents sufficient to identify Gateway's allocation of overhead, indirect costs, or other

14  burdens for each Gateway Accused Product, including without limitation corporate and divisional

15  overhead, manufacturing overhead, and selling, general, and administrative expenses (including cost

16  components and dollar amounts).

17  **DOCUMENT REQUEST NO. 261:**

18      All documents relating to any license, assignment, grant of rights, or other agreement related

19  to any of the Asserted Patents or any related United States or foreign patents or patent applications.

20  **DOCUMENT REQUEST NO. 262:**

21      All Gateway annual reports, required financial filings, and other financial statements since

22  June 1996, including without limitation statements of operations, balance sheets, statements of

23  changes in retained earnings, and notes thereto, whether prepared for internal or external purposes.

24  **DOCUMENT REQUEST NO. 263:**

25      All documents relating to the reporting of any Lucent patent assertion prior to this civil

26  action and including this civil action to Gateway accountants, auditors or to any governmental

27  agency.

28

Exhibit 1
Page 000047

**DOCUMENT REQUEST NO. 264:**

All business plans, strategic plans, long-range plans, budgets, forecasts, projections, financial plans, and management reports relating to Gateway's product development, product sales, and financial activity that relate to any Gateway Accused Product.

**DOCUMENT REQUEST NO. 265:**

All documents relating to market studies, reports, or analyses relating to product design, competition, market segments, market share, or market revenue (whether actual or projected) relating to any Gateway Accused Product or any product of Gateway's competitors that competes with any Gateway Accused Product.

**DOCUMENT REQUEST NO. 266:**

All documents relating to the promotion, marketing, and advertising of any Gateway Accused Product, including without limitation documents reflecting amounts budgeted or spent for such promotion, marketing and advertising, business plans, promotion plans, marketing plans, advertising plans, price lists, and documents concerning pricing strategy and pricing decisions.

**DOCUMENT REQUEST NO. 267:**

All documents relating to any market study or commercial study relating to any Gateway Accused Product.

**DOCUMENT REQUEST NO. 268:**

A sample of each different advertisement, marketing material, and promotional material used by Gateway for each Gateway Accused Product.

**DOCUMENT REQUEST NO. 269:**

A sample of each press release related to any Gateway Accused Product.

**DOCUMENT REQUEST NO. 270:**

Documents sufficient to show where and how Gateway maintains financial information regarding Gateway Accused Products (in electronic form or otherwise), including without limitation sales, revenues, and costs, and for each database that contains such information, the name and location of such database, and the fields of the database that can be queried.

Exhibit 1
Page 000048

1   **DOCUMENT REQUEST NO. 271:**

2        Documents sufficient to show where and how Gateway maintains information regarding the

3   manufacture of Gateway Accused Products (in electronic form or otherwise), including without

4   limitation the location of manufacture, part numbers, or any other designation regarding the location

5   of manufacture, and for each database that contains such information, the name and location of such

6   database, and the fields of the database that can be queried.

7   **DOCUMENT REQUEST NO. 272:**

8        Documents sufficient to show where and how Gateway maintains information regarding the

9   sale of Gateway Accused Products (in electronic form or otherwise), including without limitation the

10  hardware and software configuration of such products, and for each database that contains such

11  information, the name and location of such database, and the fields of the database that can be

12  queried.

13  **DOCUMENT REQUEST NO. 273:**

14       Documents sufficient to show where and how Gateway maintains information regarding the

15  importation of Gateway Accused Products into the United States (in electronic form or otherwise)

16  and for each database that contains such information, the name and location of such database, and

17  the fields of the database that can be queried.

18  **DOCUMENT REQUEST NO. 274:**

19       Documents sufficient to show where and how Gateway maintains information regarding the

20  exportation of Gateway Accused Products from the United States (in electronic form or otherwise)

21  and for each database that contains such information, the name and location of such database, and

22  the fields of the database that can be queried.

23  **DOCUMENT REQUEST NO. 275:**

24       Documents sufficient to show the name and location of any database and the query run on

25  such database to generate documents (including electronic files) provided in response to any

26  document request served by Lucent in this action.

27

28

Exhibit 1
Page 000049

000049

**DOCUMENT REQUEST NO. 276:**

Documents sufficient to show the name and location of any database and the query run on such database to generate information provided in response to any interrogatory served by Lucent in this action.

**DOCUMENT REQUEST NO. 277:**

All documents relating to Gateway's document retention or destruction policies, practices, or activities from June 1996 to date.

**DOCUMENT REQUEST NO. 278:**

All documents reviewed by any person Gateway expects to call as a witness (including both fact and expert witnesses) at any deposition, hearing, or at trial in this case.

**DOCUMENT REQUEST NO. 279:**

All documents that have been disclosed to or provided to any person retained by Gateway in connection with the above-captioned matter, or to any fact or expert witness.

**DOCUMENT REQUEST NO. 280:**

All documents Gateway expects to use or introduce into evidence at any hearing, trial, submission to the court, or deposition in this case.

**DOCUMENT REQUEST NO. 281:**

All documents relating to any response or supplemental response to any interrogatory, request to admit or document request served by Lucent in this action, including any documents identified in, requested to be identified in, or used or relied on in the preparation of any such response or supplemental response.

Exhibit 1
Page 000050

Dated: February 24, 2004

*Lucent Technologies Inc.*

By: _____

John M. Desmarais (admitted *pro hac vice*)
Robert A. Appleby (admitted *pro hac vice*)
Jon T. Hohenthaner (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Jane Hahn, SBN 125203
Alison P. Adema, SBN 149285
HAHN & ADEMA
501 West Broadway, Suite 1730
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

Attorneys for *Lucent Technologies Inc.*

000051

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2004, a copy of the foregoing LUCENT'S THIRD SET OF REQUESTS FOR DOCUMENTS AND THINGS TO GATEWAY (NOS. 35–281) IN CASE NO. 02-CV-2060 B (LSP) was served on counsel for Gateway, Microsoft and Dell as follows:

**FEDERAL EXPRESS**
John E. Gartman
Christopher S. Marchese
Gary H. Savitt
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone 858-678-5070
Facsimile 858-678-5099

**EMAIL**
marchese@fr.com
khorvath@fr.com

Attorneys for *Microsoft Corp.*

**FEDERAL EXPRESS**
Ronald L. Johnston
James S. Blackburn
ARNOLD & PORTER
1900 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone 310-552-2500
Facsimile 310-552-1191

**EMAIL**
joel_freed@aporter.com
sidney_rosenzweig@aporter.com

Attorneys for *Dell Inc.*

**FEDERAL EXPRESS**
David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone 619-685-3003
Facsimile 619-702-6827

**EMAIL**
bfarney@deweyballantine.com
jbaker@deweyballantine.com

Attorneys for *Gateway, Inc., et al.*

Exhibit 1
Page 000052