# Bernard Declaration

# Exhibit 2

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Elizabeth T. Bernard
To Call Writer Directly:
(212) 446-4796
ebernard@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900
Dir. Fax: (212) 446-6460

September 18, 2007

**VIA EMAIL**

Joseph P. Reid, Esq.
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130

Jonathan D. Baker, Esq.
Dechert LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499

James S. Blackburn, Esq.
Arnold & Porter LLP
777 South Figueroa Street
Los Angeles, CA 90017-5844

Re: *Lucent v. Gateway, Inc. et al.*

Dear Counsel:

  I write in response to Joseph Reid's September 12th letter regarding the deposition of Lucent's damages expert Wayne Hoeberlein. As you are aware, the Court has scheduled additional expert depositions to go forward at the end of October through the beginning of November. However, Defendants have not yet supplemented the production of their financial information since at least February 2006. In accordance with Fed. R. Civ. P. 26(e), Defendants should promptly supplement their production with up-to-date financial information. We can schedule the deposition of Wayne Hoeberlein thereafter.

  Please feel free to contact me if you have any questions.

Very truly yours,

*Elizabeth Bernard*

Elizabeth T. Bernard

Chicago   Hong Kong   London   Los Angeles   Munich   San Francisco   Washington, D.C.

Exhibit 2
Page 000053