# Bernard Declaration

# Exhibit 3

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Elizabeth T. Bernard
To Call Writer Directly:
(212) 446-4796
ebernard@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900
Dir. Fax: (212) 446-6460

October 8, 2007

**VIA EMAIL**

Joseph P. Reid, Esq.
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130

Jonathan D. Baker, Esq.
Dechert LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499

James S. Blackburn, Esq.
Arnold & Porter LLP
777 South Figueroa Street
Los Angeles, CA 90017-5844

Re: *Lucent v. Gateway, Inc. et al.*

Dear Counsel:

I write regarding my September 18th letter to you requesting that Defendants supplement their financial information in accordance with Fed. R. Civ. P. 26(e). Lucent has not received any response from Defendants or any supplemental financial information. Please let Lucent know immediately if Defendants are going to supplement their financial information or if Lucent needs to bring this matter to the Magistrate's attention.

Very truly yours,

*Elizabeth Bernard*

Elizabeth T. Bernard

Chicago   Hong Kong   London   Los Angeles   Munich   San Francisco   Washington, D.C.

Exhibit 3
Page 000054