# Bernard Declaration

# Exhibit 7

000000

1  Jane Hahn, SBN 125203
   Alison P. Adema, SBN 149285
2  HAHN & ADEMA
   501 West Broadway, Suite 1730
3  San Diego, California 92101-3595
   Telephone: (619) 235-2100
4  Facsimile: (619) 235-2101

5  Attorneys for *Lucent Technologies Inc.*

6  *Additional counsel listed on the last page*

7

8                 **UNITED STATES DISTRICT COURT**

9                 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  LUCENT TECHNOLOGIES INC.,

12                    Plaintiff,                    Case No. 02-CV-2060-B (WMC)
                v.                                   consolidated with
13                                                  Case No. 03-CV-0699-B (WMC)
    GATEWAY, INC., GATEWAY COUNTRY           Case No. 03-CV-1108-B (WMC)
14  STORES LLC, GATEWAY COMPANIES,
    INC., GATEWAY MANUFACTURING LLC
15  and COWABUNGA ENTERPRISES, INC.,        **LUCENT'S RESPONSE TO THE**
                                            **FIRST SET OF INTERROGATORIES**
16                    Defendants,           **FROM MICROSOFT, DELL, AND**
                and                         **GATEWAY**
17
    MICROSOFT CORPORATION,
18
                      Intervener.
19
    MICROSOFT CORPORATION,
20
                    Plaintiff,
21              v.
22  LUCENT TECHNOLOGIES INC.,
23                    Defendant.
24  LUCENT TECHNOLOGIES INC.,
25                    Plaintiff,
26              v.
27  DELL INC.,
28                    Defendant.

LUCENT'S RESPONSE TO THE FIRST SET OF                    Case Nos. 02-CV-2060-B (WMC),
INTERROGATORIES FROM MICROSOFT, DELL, AND GATEWAY    03-CV-0699-B (WMC), and 03-CV-1108-B (WMC)

Exhibit 7
Page 000139

000001

1   Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Lucent Technologies
2   Inc. hereby makes the following objections and responses to the First Set of Interrogatories from
3   Microsoft, Dell, and Gateway.  Lucent reserves the right to supplement or amend these objections
4   and responses to the extent allowed by the Federal Rules of Civil Procedure and the Local Rules of
5   this Court.

6                                              **GENERAL OBJECTIONS**

7   Lucent makes the following general objections to the First Set of Interrogatories from
8   Microsoft, Dell, and Gateway, which apply to each interrogatory regardless of whether the general
9   objections are specifically incorporated into the specific objections and responses below.

10          1.      Lucent objects to each interrogatory to the extent it seeks to impose any requirements
11  or obligations on Lucent in addition to or different from those imposed by the Federal Rules of Civil
12  Procedure, the Local Rules of this Court, any applicable orders of this Court, or any stipulation or
13  agreement of the parties.

14          2.      Lucent objects to the definitions and instructions to the extent they seek to impose
15  any requirements or obligations on Lucent in addition to or different from those imposed by the
16  Federal Rules of Civil Procedure, the Local Rules of this Court, any applicable orders of this Court,
17  or any stipulation or agreement of the parties.  Lucent further objects to the definitions and
18  instructions to the extent they purport to alter the plain meaning and/or scope of any specific
19  interrogatory, on the ground that such alteration renders the interrogatory vague, ambiguous,
20  overbroad, and uncertain.

21          3.      Lucent objects to the definition of "Lucent" to the extent it includes persons or
22  entities other than Lucent Technologies Inc., which are not parties to this action.

23          4.      Lucent objects to each interrogatory to the extent it calls for information protected
24  from discovery by the attorney-client privilege or the attorney work-product doctrine, or that is
25  otherwise protected from disclosure under the Federal Rules of Civil Procedure, the Federal Rules of
26  Evidence, or the relevant statutory or case law.  Inadvertent disclosure of any such information shall
27  not be deemed a waiver of any privilege or immunity.

28

LUCENT'S RESPONSE TO THE FIRST SET OF
INTERROGATORIES FROM MICROSOFT, DELL, AND GATEWAY                          2                          Case Nos. 02-CV-2060-B (WMC),
                                                                                        03-CV-0699-B (WMC), and 03-CV-1108-B (WMC)

Exhibit 7
Page 000140

000002

1      5.    Lucent objects to each interrogatory to the extent it requests Lucent to produce or

2    otherwise analyze documents or other information that is not within the possession, custody or

3    control of Lucent Technologies Inc., or to prepare documents or other information that does not

4    already exist.

5      6.    Lucent objects to each interrogatory using the terms "relate," "relates" or "relating,"

6    as well as defendants' definitions of those terms, to the extent they are used in a manner that renders

7    the interrogatory overbroad, vague or ambiguous, or requires subjective judgment and speculation on

8    the part of Lucent.

9      7.    Consistent with Federal Rule of Civil Procedure 33(d), Lucent objects to providing

10    responses to interrogatories where the information can be derived from documents that are being

11    produced, and where the burden to derive such information is substantially the same for Microsoft,

12    Gateway, and/or Dell, as it is for Lucent.

13      8.    Lucent objects to each interrogatory that purports to attribute any special or unusual

14    meaning to any technical terms or phrases.

15      9.    Lucent objects to each interrogatory to the extent it calls for confidential and/or

16    proprietary information of any individual or entity other than Lucent Technologies Inc.

17      10.    Lucent objects to each interrogatory to the extent it exceeds the permissible number

18    of interrogatories for each party, including all parts and subparts.  In addition, each interrogatory,

19    including all parts and subparts, should separately count towards the total permissible number of

20    interrogatories for each of the defendants Microsoft, Gateway, and Dell, who jointly served the

21    interrogatories.  Gateway also served a second interrogatory labeled "Interrogatory No. 1" on

22    October 16, 2003, which should count towards Gateway's total permissible number of

23    interrogatories.

24      11.    Lucent objects to each interrogatory to the extent it purports to require Lucent to

25    search for and identify "any" and "all" information.  Consistent with its obligations under the

26    Federal Rules of Civil Procedure and subject to its objections, Lucent will identify responsive, non-

27    privileged information to the extent such information exists and is located after a reasonable search.

28

Exhibit 7
Page 000141

000003

12.    Lucent objects to each interrogatory to the extent that it is premature.  Lucent expressly reserves the right to supplement these responses as necessary when discovery has further progressed.

13.    Lucent objects to each interrogatory to the extent it calls for expert discovery or other information in advance of the dates set out in applicable scheduling orders of the Court.

14.    Lucent objects to the definition of "Microsoft Customer" and any interrogatory requesting information concerning a "Microsoft Customer" as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, to the extent it calls for information relating to any person or entity not a party to this action.

15.    Lucent's discovery and investigation in connection with this case are continuing.  As a result, Lucent's responses are limited to information obtained and reviewed to date, and are given without prejudice to Lucent's right to amend or supplement its responses after considering information obtained or reviewed through further discovery or investigation.

## SPECIFIC OBJECTIONS AND RESPONSES

**Interrogatory No. 1:**

Explain in detail Lucent's factual bases for its claim of ownership of each of the Patents-In-Suit, including, for each of the Patents-In-Suit, a description of the entire chain of title and an identification of the dates and parties involved in any sale, assignment, transfer or license in the chain.

**Response to Interrogatory No. 1:**

Lucent objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, to the extent it calls for information relating to licenses or other information unrelated to Lucent's claim of ownership of each of the Patents-In-Suit.

Subject to its general objections and the foregoing specific objection, Lucent responds as follows:  Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, Lucent will produce documents in this action from which information responsive to this interrogatory may be derived.

LUCENT'S RESPONSE TO THE FIRST SET OF
INTERROGATORIES FROM MICROSOFT, DELL, AND GATEWAY                     4                     Case Nos. 02-CV-2060-B (WMC),
03-CV-0699-B (WMC), and 03-CV-1108-B (WMC)

Exhibit 7
Page 000142

1 **Interrogatory No. 2:**

2      Explain in detail the bases for Lucent's allegations that Microsoft and/or any Microsoft

3 Customer is infringing or has infringed each of the Patents-In-Suit by: (i) as to each of the Patents-

4 In-Suit, identifying on a claim-by-claim basis the Accused Products (including identifying any

5 encoders, decoders, and/or codecs accused of infringement and including identifying any Standard(s)

6 that Lucent contends provide any support for any infringement allegation) and whether the purported

7 infringement is direct, contributory, or by inducement; (ii) providing a claim chart for each of the

8 Patents-In-Suit explaining on a claim-by-claim and limitation-by-limitation basis the factual bases

9 for Lucent's infringement allegations as to each Accused Product, including whether each limitation

10 is met literally or under the doctrine of equivalents; (iii) identifying the documents and things that

11 support or relate to Lucent's infringement allegations, including the allegations of direct,

12 contributory, or induced infringement, and describing how and where such documents support or

13 relate to Lucent's infringement allegations; (iv) as to each claimed element that Lucent alleges is met

14 under the doctrine of equivalents, explaining how substantially the same function is performed, in

15 substantially the same way, to achieve substantially the same result and the basis, if any, for

16 maintaining that there are "insubstantial differences"; (v) identifying the documents and things that

17 support or relate to Lucent's doctrine of equivalents allegations and how and where such documents

18 and things support or relate to Lucent's doctrine of equivalents allegations; (vi) as to each means

19 plus function element, specifying what in the Accused Product constitutes the corresponding

20 structure described in the specification or what in the Accused Product constitutes equivalents

21 thereof, along with the basis for asserting such equivalents; and (vii) identifying all the documents

22 and things that support or relate to Lucent's means plus function structure allegations and how and

23 where such documents and things support or relate to Lucent's means plus function structure

24 allegations.

25 **Response to Interrogatory No. 2:**

26      Lucent objects to this interrogatory as being compound and containing multiple subparts that

27 should count towards the total number of interrogatories allowed under the Federal Rules of Civil

28 Procedure. Lucent further objects to this interrogatory to the extent it calls for information protected

LUCENT'S RESPONSE TO THE FIRST SET OF
INTERROGATORIES FROM MICROSOFT, DELL, AND GATEWAY                5                Case Nos. 02-CV-2060-B (WMC),
                                                                                  03-CV-0699-B (WMC), and 03-CV-1108-B (WMC)

Exhibit 7
Page 000143

000005

1   from discovery by the attorney-client privilege and/or the attorney work-product doctrine. Lucent

2   further objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated

3   to lead to the discovery of admissible evidence, to the extent it seeks Lucent's contentions

4   concerning infringement of any product or method not accused of infringement in this action.

5   Lucent further objects to this interrogatory as unduly burdensome to the extent it purports to require

6   separate claim charts for infringing devices or components that are identical or substantially identical

7   in the aspects relevant to this interrogatory. Lucent further objects to this request as overbroad and

8   unduly burdensome to the extent it purports to require identification of "all" documents or things

9   supporting Lucent's contentions. Lucent further objects to this interrogatory as premature, as the

10  Court has not yet construed the claims of each Patent-In-Suit, and discovery and Lucent's

11  investigation are on-going. Lucent further objects to this interrogatory to the extent it calls for

12  expert opinions or discovery prior to the dates prescribed by any applicable scheduling orders of the

13  Court.

14       Subject to its general objections and the foregoing specific objections, Lucent responds as

15  follows: Lucent identifies infringement by Microsoft in Attachment A, infringement by Gateway in

16  Attachment B, and infringement by Dell in Attachment C. Lucent reserves the right to supplement

17  or amend its response to this interrogatory following the Court's construction of the claims, as

18  discovery and Lucent's investigation in this case proceed, and during the course of expert discovery.

19

20  **Interrogatory No. 3:**

21       Describe the acts of Microsoft and/or any Microsoft Customer that have contributed to and/or

22  induced the infringement of any claim of any of the Patents-In-Suit under 35 U.S.C. §§ 271, stating

23  the facts that support or relate to each such allegation, identifying the documents and things that

24  support or relate to each such allegation, and specifying how and where such documents support or

25  relate to the allegations.

26  **Response to Interrogatory No. 3:**

27       Lucent objects to this interrogatory as being compound and containing multiple subparts that

28  should count towards the total number of interrogatories allowed under the Federal Rules of Civil

LUCENT'S RESPONSE TO THE FIRST SET OF
INTERROGATORIES FROM MICROSOFT, DELL, AND GATEWAY        6        Case Nos. 02-CV-2060-B (WMC),
03-CV-0699-B (WMC), and 03-CV-1108-B (WMC)

Exhibit 7
Page 000144

000006

1   Procedure.  Lucent further objects to this interrogatory to the extent it calls for information protected

2   from discovery by the attorney-client privilege and/or the attorney work-product doctrine.  Lucent

3   further objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated

4   to lead to the discovery of admissible evidence, to the extent it seeks Lucent's contentions

5   concerning infringement of any product or method not accused of infringement in this action.

6   Lucent further objects to this request as overbroad and unduly burdensome to the extent it purports

7   to require identification of "all" documents or things supporting Lucent's contentions.  Lucent

8   further objects to this interrogatory as premature, as the Court has not yet construed the claims of

9   each Patent-In-Suit, and discovery and Lucent's investigation are on-going.  Lucent further objects

10  to this interrogatory to the extent it calls for expert opinions or discovery prior to the dates

11  prescribed by any applicable scheduling orders of the Court.

12          Subject to its general objections and the foregoing specific objections, Lucent responds as

13  follows:  Lucent refers defendants to its response to Interrogatory No. 2.  Lucent reserves the right to

14  supplement or amend its response to this interrogatory as discovery and Lucent's investigation in

15  this case proceed.

16

17  **Interrogatory No. 4:**

18          Describe the facts, dates and circumstances, including circumstances of diligence, related to

19  the conception and reduction to practice (including constructive reduction to practice) of the

20  purported invention of each claim of the Patents-In-Suit identified in response to Interrogatory No. 2

21  and/or Interrogatory No. 3, identifying each person and/or entity who contributed to or has

22  contemporaneous knowledge of such conception, reduction to practice or diligence (together with a

23  summary of their contribution or knowledge), identifying the documents that support or relate to

24  conception, reduction to practice, or diligence, and specifying how and where such documents

25  support or relate to the conception, reduction to practice, or diligence.

26  **Response to Interrogatory No. 4:**

27          Lucent objects to this interrogatory as being compound and containing multiple subparts that

28  should count towards the total number of interrogatories allowed under the Federal Rules of Civil

LUCENT'S RESPONSE TO THE FIRST SET OF
INTERROGATORIES FROM MICROSOFT, DELL, AND GATEWAY                    7                    Case Nos. 02-CV-2060-B (WMC),
                                                                                           03-CV-0699-B (WMC), and 03-CV-1108-B (WMC)

Exhibit 7
Page 000145

000007

1  Procedure. Lucent further objects to this interrogatory to the extent it calls for information protected

2  from discovery by the attorney-client privilege and/or the attorney work-product doctrine. Lucent

3  further objects to this interrogatory to the extent it calls for legal conclusions concerning the terms

4  "conception," "reduction to practice," and "diligence." Lucent further objects to this interrogatory as

5  premature, as defendants have not yet presented any prior art that would put the facts, dates, and

6  circumstances related to conception, reduction to practice, and diligence into issue in this case.

7  Lucent further objects to this request as overbroad and unduly burdensome to the extent it purports

8  to require identification of "all" documents or things supporting Lucent's contentions and/or

9  identification of "each person and/or entity who ... has contemporaneous knowledge of such

10  conception, reduction to practice or diligence."

11      Subject to its general objections and the foregoing specific objections, Lucent responds as

12  follows: Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, Lucent will produce

13  documents in this action relating to the conception and reduction to practice of the inventions

14  claimed in the Asserted Patents. Lucent reserves the right to supplement or amend its response to

15  this interrogatory as discovery and Lucent's investigation in this case proceed.

16

17  **Interrogatory No. 5:**

18      For each claim of the Patents-In-Suit identified in response to Interrogatory No. 2 and/or

19  Interrogatory No. 3, identify any product or thing that constituted an embodiment of each claimed

20  invention and the date(s) on which the product or thing was first offered for sale, first sold, first

21  publicly used or tested, first publicly displayed or disclosed, or first disclosed to anyone not then

22  under an obligation of confidentiality to Lucent prior to the actual filing date of the particular Patent-

23  In-Suit, identify the persons with knowledge of any such product or thing (together with a summary

24  of the facts and circumstances of such events and a summary of the knowledge of such persons

25  about such events), identify the documents and things relating to any such events and specify how

26  and where such documents relate to such events.

27

28

Exhibit 7
Page 000146

000008

1  **Response to Interrogatory No. 5:**

2        Lucent objects to this interrogatory as being compound and containing multiple subparts that

3  should count towards the total number of interrogatories allowed under the Federal Rules of Civil

4  Procedure. Lucent further objects to this interrogatory to the extent it calls for information protected

5  from discovery by the attorney-client privilege and/or the attorney work-product doctrine. Lucent

6  further objects to this interrogatory as overbroad, unduly burdensome, vague, and ambiguous, to the

7  extent it requires Lucent to determine what the defendants consider embodiments of the claimed

8  inventions. Lucent further objects to this interrogatory as overbroad, unduly burdensome, and

9  improperly seeking legal conclusions, to the extent it purports to require Lucent to seek out and

10  make a determination of which of Lucent's products or things, if any, "constituted an embodiment of

11  each claimed invention." Lucent further objects to this interrogatory as overbroad, unduly

12  burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, to the

13  extent it calls for information outside the relevant geographic and/or temporal scope of this matter or

14  seeks information regarding products or things developed by third parties. Lucent further objects to

15  this request as overbroad and unduly burdensome to the extent it purports to require identification of

16  "all persons with knowledge thereof" and "all documents and things relating thereto."

17        Subject to its general objections and the foregoing specific objections, Lucent responds as

18  follows: Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, Lucent will produce

19  documents, to the extent they exist and are in Lucent's possession, custody, or control, relating to

20  pre-filing-date development of the claimed inventions. Lucent reserves the right to supplement or

21  amend its response to this interrogatory as discovery and Lucent's investigation in this case proceed.

22

23  **Interrogatory No. 6:**

24        Identify all products ever manufactured, used, sold, offered for sale, or imported by or for (or

25  on behalf of) Lucent (or any predecessor in interest) that constitute, include, embody, incorporate,

26  use, or integrate any invention described, shown, and/or claimed in any of the Patents-In-Suit, and

27  state whether (and, if so, how) each such product was marked with the patent number of any of the

28  Patents-In-Suit, and identify documents that relate or refer to such marking.

LUCENT'S RESPONSE TO THE FIRST SET OF        9        Case Nos. 02-CV-2060-B (WMC),
INTERROGATORIES FROM MICROSOFT, DELL, AND GATEWAY        03-CV-0699-B (WMC), and 03-CV-1108-B (WMC)

Exhibit 7
Page 000147

1  **Response to Interrogatory No. 6:**

2       Lucent objects to this interrogatory as being compound and containing multiple subparts that

3  should count towards the total number of interrogatories allowed under the Federal Rules of Civil

4  Procedure.  Lucent further objects to this interrogatory as overbroad, unduly burdensome, and

5  improperly seeking legal conclusions, to the extent it purports to require Lucent to seek out and

6  make a determination of which of Lucent's products, if any, "constitute, include, embody,

7  incorporate, use, or integrate any invention described, shown, and/or claimed in any of the Patents-

8  In-Suit."  Lucent further objects to this interrogatory as overbroad, unduly burdensome, and not

9  reasonably calculated to lead to the discovery of admissible evidence, to the extent it calls for

10  information outside the relevant geographic and/or temporal scope of this matter.

11       Subject to its general objections and the foregoing specific objections, Lucent responds as

12  follows:  Based on its current investigation, Lucent is not aware of any Lucent product marked with

13  the number of any of the Asserted Patents.  Lucent will supplement or amend this response if

14  Lucent's investigation uncovers additional information.

15

16  **Interrogatory No. 7:**

17       Identify and describe the circumstances of each instance in which Lucent has notified any

18  person or entity of Lucent's rights under any of the Patents-In-Suit, offered a license under any claim

19  of any of the Patents-In-Suit, entered into a license under any claim of any of the Patents-In-Suit, or

20  threatened or instituted legal action based upon any of the Patents-In-Suit, including identifying for

21  each such instance the person or entity, the patent claims, and the allegedly-infringing products

22  involved, as well as all persons with knowledge of any of the foregoing (together with a summary of

23  their knowledge) and the documents and things relating to any of the foregoing (specifying how and

24  where such documents relate to any of the foregoing).

25  **Response to Interrogatory No. 7:**

26       Lucent objects to this interrogatory as being compound and containing multiple subparts that

27  should count towards the total number of interrogatories allowed under the Federal Rules of Civil

28  Procedure.  Lucent further objects to this interrogatory to the extent it calls for information protected

LUCENT'S RESPONSE TO THE FIRST SET OF                    10                    Case Nos. 02-CV-2060-B (WMC),
INTERROGATORIES FROM MICROSOFT, DELL, AND GATEWAY                                  03-CV-0699-B (WMC), and 03-CV-1108-B (WMC)

Exhibit 7
Page 000148

000010

1  from discovery by the attorney-client privilege and/or the attorney work-product doctrine. Lucent

2  further objects to this request as overbroad and unduly burdensome to the extent it purports to

3  require identification of "all persons with knowledge of any of the foregoing" and all "documents

4  and things relating to any of the foregoing."

5        Subject to its general objections and the foregoing specific objections, Lucent responds as

6  follows: Lucent has brought at least some of the Asserted Patents to the attention of third parties.

7  Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, Lucent will produce documents in

8  this action from which information responsive to this interrogatory may be derived.

9

10  **Interrogatory No. 8:**

11        Describe in detail the basis for and amount of lost profits claimed (whether by lost sales,

12  price erosion or otherwise) for any infringement charged in this action, including describing and

13  providing data on which calculations are based and the method of calculation, identifying the

14  documents supporting or relating to the calculations (specifying how and where such documents

15  support or relate to the calculations), and identifying the persons who performed such calculations or

16  who have knowledge upon which the calculations are based (together with a summary of their

17  knowledge).

18  **Response to Interrogatory No. 8:**

19        Lucent objects to this interrogatory to the extent it calls for information protected from

20  discovery by the attorney-client privilege and/or the attorney work-product doctrine. Lucent further

21  objects to this interrogatory as premature, as defendants have not produced discovery including

22  information necessary to identify all applicable damages theories and to assess the entirety of the

23  damages Lucent has suffered as a result of Gateway's, Dell's and Microsoft's infringement. Lucent

24  further objects to this request as overbroad and unduly burdensome to the extent it purports to

25  require identification of all "documents supporting or relating to the calculations" and all "persons

26  who performed such calculations or who have knowledge upon which the calculations are based."

27  Lucent further objects to this interrogatory to the extent it calls for expert opinions or discovery prior

28  to the dates prescribed by any applicable scheduling orders of the Court.

LUCENT'S RESPONSE TO THE FIRST SET OF
INTERROGATORIES FROM MICROSOFT, DELL, AND GATEWAY     11     Case Nos. 02-CV-2060-B (WMC),
03-CV-0699-B (WMC), and 03-CV-1108-B (WMC)

Exhibit 7
Page 000149

000011

1    Subject to its general objections and the foregoing specific objections, Lucent responds as

2    follows:  Based on its current investigation, Lucent does not contend it is entitled to lost profits.

3    Lucent reserves the right to supplement or amend its response to this interrogatory as discovery and

4    Lucent's investigation in this case proceed.

5

6    **Interrogatory No. 9:**

7    Describe in detail the basis for and amount of any reasonable royalty claimed for any

8    infringement charged in this action, including describing and providing the data on which

9    calculations are based, specific licenses that should be considered in determining the royalty, and the

10   method of calculation, identifying the facts and documents supporting or relating to the calculations

11   (specifying how and where such documents support or relate to the calculations)—including those

12   facts and documents bearing on factors identified in *Georgia-Pacific Corp. v. United States Plywood*

13   *Corp.*, 318 F. Supp. 1116, 1120 (S.D.N.Y. 1970)—and identifying persons who performed such

14   calculations or who have knowledge upon which the calculations are based (together with a

15   summary of their knowledge).

16   **Response to Interrogatory No. 9:**

17   Lucent objects to this interrogatory to the extent it calls for information protected from

18   discovery by the attorney-client privilege and/or the attorney work-product doctrine.  Lucent further

19   objects to this interrogatory as premature, as defendants have not produced discovery including

20   information necessary to identify all applicable damages theories and to assess the entirety of the

21   damages Lucent as suffered as a result of Gateway's, Dell's and Microsoft's infringement.  Lucent

22   further objects to this request as overbroad and unduly burdensome to the extent it purports to

23   require identification of all "documents supporting or relating to the calculations" and all "persons

24   who performed such calculations or who have knowledge upon which the calculations are based."

25   Lucent further objects to this interrogatory to the extent it calls for expert opinions or discovery prior

26   to the dates prescribed by any applicable scheduling orders of the Court.

27   Subject to its general objections and the foregoing specific objections, Lucent responds as

28   follows:  Lucent seeks damages adequate to compensate for Gateway's, Dell's and Microsoft's

Exhibit 7
Page 000150

000012

1   infringement once the full extent of that infringement is known, and in any event, no less than a

2   reasonable royalty, as provided for in 35 U.S.C. § 284. The "method" for calculating a reasonable

3   royalty is well known in the case law, for example, *Georgia Pacific*. Lucent reserves the right to

4   supplement or amend its response to this interrogatory as discovery and Lucent's investigation in

5   this case proceed.

6

7   **Interrogatory No. 10:**

8         Identify all products ever manufactured, used, sold, offered for sale, or imported by or for (or

9   on behalf of) Lucent that practice (and/or have practiced and/or implement and/or have

10  implemented) and/or are (and/or were) compliant with any of the Accused Standards, identifying the

11  standard(s) applicable to each such product.

12  **Response to Interrogatory No. 10:**

13        Lucent objects to this interrogatory as being compound and containing multiple subparts that

14  should count towards the total number of interrogatories allowed under the Federal Rules of Civil

15  Procedure. Lucent further objects to this interrogatory as overbroad, unduly burdensome, and

16  improperly seeking legal conclusions, to the extent it purports to require Lucent to seek out and

17  make a determination of which of Lucent's products, if any, "practice (and/or have practiced and/or

18  implement and/or have implemented) and/or are (and/or were) compliant with any of the Accused

19  Standards." Lucent further objects to this interrogatory as overbroad, unduly burdensome, and not

20  reasonably calculated to lead to the discovery of admissible evidence, to the extent it calls for

21  information outside the relevant geographic and/or temporal scope of this matter. Lucent further

22  objects to this interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead

23  to the discovery of admissible evidence, to the extent it calls for information unrelated to the patents

24  or issues in this case.

25

26

27

28

Exhibit 7
Page 000151

000013

1

2  Dated:  March 24, 2004

3

4                                                          *Lucent Technologies Inc.*

5                                          By: _____
                                               John M. Desmarais (admitted *pro hac vice*)
6                                              Robert A. Appleby (admitted *pro hac vice*)
                                               Jon T. Hohenthaner (admitted *pro hac vice*)
7                                              KIRKLAND & ELLIS LLP
                                               153 East 53rd Street
8                                              New York, New York  10022
                                               Telephone:  (212) 446-4800
9                                              Facsimile:  (212) 446-4900

10                                             Jane Hahn, SBN 125203
                                               Alison P. Adema, SBN 149285
11                                             HAHN & ADEMA
                                               501 West Broadway, Suite 1730
12                                             San Diego, California  92101-3595
                                               Telephone:  (619) 235-2100
13                                             Facsimile:  (619) 235-2101

14                                             Attorneys for *Lucent Technologies Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 7
Page 000152

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2004, a copy of the foregoing LUCENT'S RESPONSE TO THE FIRST SET OF INTERROGATORIES FROM MICROSOFT, DELL, AND GATEWAY was served on counsel for Gateway, Microsoft and Dell as follows:

**FEDERAL EXPRESS**
John E. Gartman
Christopher S. Marchese
Gary H. Savitt
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone 858-678-5070
Facsimile 858-678-5099

**EMAIL**
marchese@fr.com
khorvath@fr.com

Attorneys for *Microsoft Corp.*

**FEDERAL EXPRESS**
Ronald L. Johnston
James S. Blackburn
ARNOLD & PORTER
1900 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone 310-552-2500
Facsimile 310-552-1191

**EMAIL**
joel_freed@aporter.com
sidney_rosenzweig@aporter.com

Attorneys for *Dell Inc.*

**FEDERAL EXPRESS**
David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone 619-685-3003
Facsimile 619-702-6827

**EMAIL**
bfarney@deweyballantine.com
jbaker@deweyballantine.com

Attorneys for *Gateway, Inc., et al.*

Exhibit 7
Page 000153

## XII.   U.S. Patent No. 4,763,356 ("Day")

Based on its investigations to date, and subject to its previously stated general and specific objections, Lucent contends that the following products infringe claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21 of U.S. Patent No. 4,763,356, literally or under the doctrine of equivalents:

- Microsoft infringes and/or induces infringement of claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21, by making, using, selling, or offering for sale in the United States, or importing into the United States, Microsoft Money software.

- Microsoft infringes and/or induces infringement of claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21, by making, using, selling, or offering for sale in the United States, or importing into the United States, Microsoft Pocket PC Expense software.

- Microsoft infringes and/or induces infringement of claims 1–2, 6–7, 10–12, 15–16, 19, and 21, by making, using, selling, or offering for sale in the United States, or importing into the United States, Microsoft Outlook software (including Microsoft Outlook with Business Manager)

- Microsoft infringes and/or induces infringement of claims 1–2, 6–7, 19, and 21, by making, using, selling, or offering for sale in the United States, or importing into the United States, Microsoft Pocket PC 2002 and Windows Mobile 2003 for Pocket PC operating system software.

Microsoft's acts of making, using, selling, offering for sale, and/or importing these products constitute infringement of these claims.   For example, Microsoft induces infringement by supplying these products to customers, and by providing manuals and other documentation to customers that present information on how to use these products.   The following claim charts summarize how each such apparatus or method satisfies each element or limitation of claims 1–2, 4, 6–7, 10–13, 15–16, 19, and/or 21.   Lucent reserves the right to supplement or amend this response as discovery and Lucent's investigation in this case proceed, and during the course of expert discovery.

78

Exhibit 7
Page 000154

A.    **Microsoft Money**

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1.  An arrangement for use in a computer having a display associated therewith comprising | Microsoft Money is an arrangement for use in a computer with a display. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Money has means for displaying on a display a pattern, such as a transaction entry form.  The pattern has a plurality of information fields, such as "Number," "Date," "Pay to," "Amount," "Category," etc. Microsoft Money has means for identifying a kind of information to be inserted into each field, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Money has means for indicating a particular information field into which information is to be inserted.  Microsoft Money also has means for concurrently displaying a predefined tool associated with the field.  The tool is selected from a group of predefined tools, such as a calendar, a calculator, or a drop-down menu.  The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu.  The group of predefined tools also includes a tool adapted to allow a user to compose information, such as a calculator.  Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Money has means for inserting in a field information that is derived from a user operating a displayed tool.  For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

79

Exhibit 7
Page 000155

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | Microsoft Money has a group of predefined tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 4. The arrangement set forth in claim 1 wherein said tool adapted to allow said user to compose said information includes at least a number pad, a keyboard, and a calculator. | Microsoft Money has a tool adapted to allow the user to compose information, including a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Money is designed for use with products that have a display which includes a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Money is designed for use with products that include a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 10. An arrangement for use in a computer having a display comprising | Microsoft Money is an arrangement for use in a computer with a display. |
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Money has means for displaying a plurality of information fields, such as a transaction entry form. Microsoft Money has means for identifying a kind of information to be inserted into the fields, such "Number," "Date," "Pay to," "Amount," "Category," etc. |

Exhibit 7
Page 000156

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | Microsoft Money has means for storing a plurality of predefined tools, such as drop-down menus, calculators, and calendars. Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field. For example, the calendar tool supplies dates to the "Date" field. |
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | Microsoft Money has means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in. For example, in a transaction entry form, upon inserting "ATM" into the "Number" field, the system automatically enters "Cash" into the "Pay to" field and the cursor advances to the "Amount" field, indicating that the "Category" field should be filled in. Microsoft Money also has means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field. For example, Microsoft Money has means for concurrently displaying a pull-down menu to supply category information to the "Category" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11. The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | Microsoft Money has a menu tool which displays a plurality of predefined items from which a user selects an item to be inserted into an associated field by pointing to the item. For example, the "Category" field has a drop-down menu allowing a user to select one category from a plurality of predefined categories. The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field. For example, the calculator tool allows a user to compose amounts to be inserted into the "Amount" field in a transaction entry form. |

Exhibit 7
Page 000157

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 12.  The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | Microsoft Money has a group of tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year.  This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 13.  The arrangement set forth in claim 10 wherein said plurality of predefined tools includes at least a number pad, a keyboard, and a calculator. | Microsoft Money has a plurality of predefined tools including at least a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 15.  The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Money is designed for use with products that have a display that includes a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 16.  The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Money is designed for use with products that have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 19.  A method for use in a computer having a display comprising the steps of | Microsoft Money performs a method for use in a computer with a display. |
| displaying on said display a plurality of information fields, | Microsoft Money displays a plurality of information fields on a display.  For example, a transaction entry form is displayed on a display a plurality of information fields such as "Number," "Date," "Pay to," "Amount," "Category," etc. |

82

Exhibit 7
Page 000158

000019

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| identifying for each field a kind of information to be inserted therein, | Microsoft Money identifies a kind of information to be inserted into each field, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Money indicates a particular one of the information fields into which information is to be inserted, such as the "Category" field. Microsoft Money concurrently displays a predefined tool, such as a pull-down menu, associated with the field. The tool is operable to supply information of the kind identified for the field, such as category information. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as a calculator. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Money inserts into a field information that is derived form the operation of the tool, such as inserting a category into the "Category" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21.  The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | Microsoft Money displays a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

### B.     Microsoft Pocket PC Expense

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1.  An arrangement for use in a computer having a display associated therewith comprising | Microsoft Pocket PC Expense is an arrangement for use in a computer with a display. |

83

Exhibit 7
Page 000159

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Pocket PC Expense has means for displaying on a display a pattern, such as an expense entry form. The pattern has a plurality of information fields, such as "Date," "Expense Type," "Description," "Amount," etc. Microsoft Pocket PC Expense has means for identifying a kind of information to be inserted into each field, such as "Date," "Expense Type," "Description," "Amount," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Pocket PC Expense has means for indicating a particular information field into which information is to be inserted. Microsoft Pocket PC Expense has means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar, calculator, drop-down menu, and on-screen keyboard. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Pocket PC Expense has means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | Microsoft Pocket PC Expense has a group of predefined tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

Exhibit 7
Page 000160

000022

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 4. The arrangement set forth in claim 1 wherein said tool adapted to allow said user to compose said information includes at least a number pad, a keyboard, and a calculator. | Microsoft Pocket PC Expense has a tool adapted to allow a user to compose information, including at least a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Pocket PC Expense is designed for use with products that have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Pocket PC Expense is designed for use with products that include a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 10. An arrangement for use in a computer having a display comprising | Microsoft Pocket PC Expense is an arrangement for use in a computer with a display. |
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Pocket PC Expense has means for displaying a plurality of information fields, such as an expense entry form. Microsoft Pocket PC Expense has means for identifying a kind of information to be inserted into the fields, such as "Date," "Expense Type," "Description," "Amount," etc. |
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | Microsoft Pocket PC Expense has means for storing a plurality of predefined tools, such as drop-down menus, calculators, and calendars. Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field. For example, the calendar tool supplies dates to the "Date" field. |

Exhibit 7
Page 000161

000023

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | Microsoft Pocket PC Expense has means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in. For example, in an expense entry form, upon inserting an expense type into the "Expense" field, the system automatically advances to the "Description" field, indicating that the "Description" field should be filled in. Microsoft Pocket PC Expense has means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field. For example, Microsoft Pocket PC Expense has means for concurrently displaying a pull-down menu to supply description information to the "Description" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11. The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | Microsoft Pocket PC Expense has a menu tool which displays a plurality of predefined items in which a user selects an item to be inserted into an associated field by pointing to the item. For example, the "Expense" field has a drop-down menu allowing a user to select one expense type from a plurality of predefined expense types. The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field. For example, the on-screen keyboard tool allows a user to compose expense types to be inserted into the "Expense" field in an expense entry form. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 12. The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | Microsoft Pocket PC Expense has a group of tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

86

Exhibit 7
Page 000162

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 13. The arrangement set forth in claim 10 wherein said plurality of predefined tools includes at least a number pad, a keyboard, and a calculator. | Microsoft Pocket PC Expense has a plurality of predefined tools including at least a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 15. The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Pocket PC Expense is designed for use with products that have a display that includes a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Pocket PC Expense is designed for use with products that have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | Microsoft Pocket PC Expense performs a method for use in a computer with a display. |
| displaying on said display a plurality of information fields, | Microsoft Pocket PC Expense displays a plurality of information fields on a display. For example, an expense entry form is displayed on a display a plurality of information fields such as "Date," "Expense Type," "Description," "Amount," etc. |
| identifying for each field a kind of information to be inserted therein, | Microsoft Pocket PC Expense identifies a kind of information to be inserted into each field, such as "Date," "Expense Type," "Description," "Amount," etc. |

Exhibit 7
Page 000163

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Pocket PC Expense indicates a particular one of the information fields into which information is to be inserted, such as the "Description" field. Microsoft Pocket PC Expense concurrently displays a predefined tool, such as a pull-down menu, associated with the field. The tool is operable to supply information of the kind identified for the field, such as description information. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Pocket PC Expense inserts into a field information that is derived from the operation of the tool, such as inserting a description into the "Description" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | Microsoft Pocket PC Expense displays a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

**C.    Microsoft Outlook (including Microsoft Outlook with Business Manager)**

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1. An arrangement for use in a computer having a display associated therewith comprising | Microsoft Outlook is an arrangement for use in a computer having a display. |

Exhibit 7
Page 000164

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Outlook has means for displaying on a display a pattern, such as an appointment entry form. The pattern has a plurality of information fields, such as "Subject," "Location," Start time," etc. Microsoft Outlook has means for identifying a kind of information to be inserted into each field, such as "Subject," "Location," Start time," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Outlook has means for indicating a particular information field into which information is to be inserted. Microsoft Outlook has means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar or a drop-down menu. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Outlook has means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | Microsoft Outlook has a group of predefined tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

Exhibit 7
Page 000165

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Outlook is designed for use with products that have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Outlook is designed for use with products that have a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 10. An arrangement for use in a computer having a display comprising | Microsoft Outlook is an arrangement for use in a computer having a display. |
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Outlook has means for displaying a plurality of information fields, such as an appointment entry form. Microsoft Outlook has means for identifying a kind of information to be inserted into the fields, such as "Subject," "Location," Start time," etc. |
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | Microsoft Outlook has means for storing a plurality of predefined tools, such as a calendar and drop-down menu. Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field. For example, the calendar tool supplies dates to the "Date" field. |

90

Exhibit 7
Page 000166

000028

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | Microsoft Outlook has means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in. For example, in an appointment entry form, by clicking in the field next to "This is an online meeting using:", the system automatically highlights the next field, indicating that the type of online meeting field should be filled in. Microsoft Outlook also has means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field. For example, the computer has means for concurrently displaying a pull-down menu to supply location information to a "Location" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11.  The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | Microsoft Outlook has a menu tool which displays a plurality of predefined items in which a user selects an item to be inserted into an associated field by pointing to the item. For example, the "Location" field has a drop-down menu allowing a user to select one location from a plurality of predefined locations. The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field. For example, the on-screen keyboard allows a user to compose the subject information for the meeting to be inserted into the "Subject" field in an appointment entry form. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 12.  The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | Microsoft Outlook has a group of tools which includes a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

91

Exhibit 7
Page 000167

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 15. The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Outlook is designed for use with products that have a display that includes a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Outlook is designed for use with products that have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | Microsoft Outlook performs a method for use in a computer with a display. |
| displaying on said display a plurality of information fields, | Microsoft Outlook displays a plurality of information fields on a display. For example, an appointment entry form is displayed on a display a plurality of information fields such as "Subject," "Location," Start time," etc. |
| identifying for each field a kind of information to be inserted therein, | Microsoft Outlook identifies a kind of information to be inserted into each field, such as "Subject," "Location," Start time," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Outlook indicates a particular one of the information fields into which information is to be inserted, such as the "Start time" field. Microsoft Outlook concurrently displays a predefined tool, such as a calendar, associated with the field. The tool is operable to supply information of the kind identified for the field, such as a date. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. |

92

Exhibit 7
Page 000168

000030

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Outlook inserts into a field information that is derived from the operation of the tool, such as inserting a location in the "Location" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21.  The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | Microsoft Outlook displays a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

**D.**   **Microsoft Pocket PC 2002 and Windows Mobile 2003 for Pocket PC operating systems**

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1.  An arrangement for use in a computer having a display associated therewith comprising | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC are arrangements for use in a computer with a display. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC have means for displaying on a display a pattern, such as an appointment entry form in the Calendar application.  The pattern has a plurality of information fields, such as "Subject," "Location," "Starts," "Sensitivity," etc.  Pocket PC 2003 and Windows Mobile 2003 for Pocket PC have means for identifying a kind of information to be inserted into each field, such as "Subject," "Location," "Starts," "Sensitivity," etc. |

93

Exhibit 7
Page 000169

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC have means for indicating a particular information field into which information is to be inserted. Pocket PC 2003 and Windows Mobile 2003 for Pocket PC have means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar, on-screen keyboard, or drop-down menu. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC have means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field in the appointment entry form of the Calendar application. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC have a group of predefined tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

Exhibit 7
Page 000170

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6.  The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC are designed for use with products that have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7.  The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC are designed for use with products that have a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19.  A method for use in a computer having a display comprising the steps of | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC perform a method for use in a computer with a display. |
| displaying on said display a plurality of information fields, | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC display a plurality of information fields on a display.  For example, an appointment entry form in the Calendar application is displayed on a display, and has a plurality of information fields such as "Subject," "Location," "Starts," "Sensitivity," etc. |
| identifying for each field a kind of information to be inserted therein, | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC identify a kind of information to be inserted into each field, such as "Subject," "Location," "Starts," "Sensitivity," etc. |

Exhibit 7
Page 000171

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC indicate a particular one of the information fields into which information is to be inserted, such as the "Subject" field. The computer concurrently displays a predefined tool, such as a drop-down menu, associated with the field. The tool is operable to supply information of the kind identified for the field, such as subject matter. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC insert into a field information that is derived from the operation of the tool, such as inserting a subject in the "Subject" field of the appointment entry form in the Calendar application. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | Pocket PC 2003 and Windows Mobile 2003 for Pocket PC display a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

Exhibit 7
Page 000172

000034

## IX.    U.S. Patent No. 4,763,356 ("Day")

Based on its investigations to date, and subject to its previously stated general and specific objections, Lucent contends that the following products infringe claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21 of U.S. Patent No. 4,763,356, literally or under the doctrine of equivalents:

- Every computer system incorporating Microsoft Money and/or Intuit Quicken software that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway, infringes claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21.

- Gateway's sale or offer for sale of Microsoft Money and/or Intuit Quicken software induces infringement of claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21.

- Every computer system incorporating Microsoft Outlook software (including Microsoft Outlook with Business Manager) that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway, infringes claims 1–2, 6–7, 10–12, 15–16, 19, and 21.

- Gateway's sale or offer for sale of Microsoft Outlook software (including Microsoft Outlook with Business Manager) induces infringement of claims 1–2, 6–7, 10–12, 15–16, 19, and 21.

- Every computing device that incorporates the Microsoft Pocket PC 2002 or Windows Mobile 2003 for Pocket PC operating system infringes claims 1–2, 6–7, 19, and 21.

Gateway's acts of making, using, selling, offering for sale, and/or importing these products constitute direct and or induced infringement of these claims.  For example, Gateway induces infringement by supplying these products to customers, and by providing manuals and other documentation to customers that present information on how to use these products.   The following claim charts summarize how each such apparatus or method satisfies each element or limitation of claims 1–2, 4, 6–7, 10–13, 15–16, 19, and/or 21.   Lucent reserves the right to supplement or amend this response as discovery and Lucent's investigation in this case proceed, and during the course of expert discovery.

Exhibit 7
Page 000173

### A.    Gateway Computer Systems with Microsoft Money and/or Intuit Quicken

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1.  An arrangement for use in a computer having a display associated therewith comprising | The accused Gateway computer systems have a display. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Money and/or Intuit Quicken have means for displaying on a display a pattern, such as a transaction entry form in Microsoft Money and/or Intuit Quicken.  The pattern has a plurality of information fields, such as "Number," "Date," "Pay to," "Amount," "Category," etc.  The accused Gateway computer systems have means for identifying a kind of information to be inserted into each field, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Gateway computer systems have means for indicating a particular information field into which information is to be inserted.  The accused Gateway computer systems have means for concurrently displaying a predefined tool associated with the field.  The tool is selected from a group of predefined tools, such as a calendar, a calculator, or a drop-down menu.  The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu.  The group of predefined tools also includes a tool adapted to allow a user to compose information, such as a calculator.  Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Gateway computer systems have means for inserting in a field information that is derived from a user operating a displayed tool.  For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

40

Exhibit 7
Page 000174

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | The group of predefined tools in the accused Gateway computer systems includes a tool such as a calendar. The calendar displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 4. The arrangement set forth in claim 1 wherein said tool adapted to allow said user to compose said information includes at least a number pad, a keyboard, and a calculator. | The tools in the accused Gateway computer systems include a tool adapted to allow the user to compose information, including a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | The accused Gateway computer systems have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | The accused Gateway computer systems include a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 10. An arrangement for use in a computer having a display comprising | The accused Gateway computer systems have a display associated with them. |
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | The accused Gateway computer systems have means for displaying a plurality of information fields, such as a transaction entry form. The accused Gateway computer systems include means for identifying a kind of information to be inserted into the fields, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |

41

Exhibit 7
Page 000175

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | The accused Gateway computer systems have means for storing a plurality of predefined tools, such as drop-down menus, calculators, and calendars. Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field. For example, the calendar tool supplies dates to the "Date" field. |
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | The accused Gateway computer systems have means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in. For example, in a transaction entry form, upon inserting "ATM" into the "Number" field, the system automatically enters "Cash" into the "Pay to" field and the cursor advances to the "Amount" field, indicating that the "Category" field should be filled in. The accused Gateway computer systems also have means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field. For example, the computer has means for concurrently displaying a pull-down menu to supply category information to the "Category" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11. The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | The accused Gateway computer systems have a menu tool which displays a plurality of predefined items in which a user selects an item to be inserted into an associated field by pointing to the item. For example, the "Category" field has a drop-down menu allowing a user to select one category from a plurality of predefined categories. The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field. For example, the calculator tool allows a user to compose amounts to be inserted into the "Amount" field in a transaction entry form. |

42

Exhibit 7
Page 000176

000038

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 12. The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | The group of tools in the accused Gateway computer systems includes a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 13. The arrangement set forth in claim 10 wherein said plurality of predefined tools includes at least a number pad, a keyboard, and a calculator. | The plurality of predefined tools in the accused Gateway computer systems includes at least a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 15. The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | The accused Gateway computer systems have a display that includes a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | The accused Gateway computer systems have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | The accused Gateway computer systems have a display and perform a method. |
| displaying on said display a plurality of information fields, | The accused Gateway computer systems display a plurality of information fields on a display. For example, a transaction entry form is displayed on a display a plurality of information fields such as "Number," "Date," "Pay to," "Amount," "Category," etc. |

43

Exhibit 7
Page 000177

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| identifying for each field a kind of information to be inserted therein, | The accused Gateway computer systems identify a kind of information to be inserted into each field, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Gateway computer systems indicate a particular one of the information fields into which information is to be inserted, such as the "Category" field. The computer concurrently displays a predefined tool, such as a pull-down menu, associated with the field. The tool is operable to supply information of the kind identified for the field, such as category information. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as a calculator. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Gateway computer systems insert into a field information that is derived from the operation of the tool, such as inserting a category into the "Category" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | The accused Gateway computer systems display a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

### B.    Microsoft Money and/or Intuit Quicken

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1. An arrangement for use in a computer having a display associated therewith comprising | Microsoft Money and/or Intuit Quicken are arrangements for use in a computer with a display. |

Exhibit 7
Page 000178

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Money and/or Intuit Quicken have a display including means for displaying on a display a pattern, such as a transaction entry form. The pattern has a plurality of information fields, such as "Number," "Date," "Pay to," "Amount," "Category," etc. The accused Gateway computer systems have means for identifying a kind of information to be inserted into each field, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Money and/or Intuit Quicken have means for indicating a particular information field into which information is to be inserted. Microsoft Money and/or Intuit Quicken also have means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar, a calculator, or a drop-down menu. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as a calculator. Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Money and/or Intuit Quicken have means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | Microsoft Money and/or Intuit Quicken have a group of predefined tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

Exhibit 7
Page 000179

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 4. The arrangement set forth in claim 1 wherein said tool adapted to allow said user to compose said information includes at least a number pad, a keyboard, and a calculator. | Microsoft Money and/or Intuit Quicken have a tool adapted to allow the user to compose information, including a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Money and/or Intuit Quicken are designed for use with products that have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Money and/or Intuit Quicken is designed for use with products that have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 10. An arrangement for use in a computer having a display comprising | Microsoft Money and/or Intuit Quicken are an arrangement for use in a computer having a display. |
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Money and/or Intuit Quicken have means for displaying a plurality of information fields, such as a transaction entry form. Microsoft Money and/or Intuit Quicken have means for identifying a kind of information to be inserted into the fields, such "Number," "Date," "Pay to," "Amount," "Category," etc. |

46

Exhibit 7
Page 000180

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | Microsoft Money and/or Intuit Quicken have means for storing a plurality of predefined tools, such as drop-down menus, calculators, and calendars.  Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field.  For example, the calendar tool supplies dates to the "Date" field. |
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | Microsoft Money and/or Intuit Quicken have means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in.  For example, in a transaction entry form, upon inserting "ATM" into the "Number" field, the system automatically enters "Cash" into the "Pay to" field and the cursor advances to the "Amount" field, indicating that the "Category" field should be filled in.  Microsoft Money and/or Intuit Quicken also have means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field.  For example, Microsoft Money and/or Intuit Quicken have means for concurrently displaying a pull-down menu to supply category information to the "Category" field. |

47

Exhibit 7
Page 000181

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11. The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | Microsoft Money and/or Intuit Quicken have a menu tool which displays a plurality of predefined items from which a user selects an item to be inserted into an associated field by pointing to the item. For example, the "Category" field has a drop-down menu allowing a user to select one category from a plurality of predefined categories. The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field. For example, the calculator tool allows a user to compose amounts to be inserted into the "Amount" field in a transaction entry form. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 12. The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | Microsoft Money and/or Intuit Quicken has a group of tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 13. The arrangement set forth in claim 10 wherein said plurality of predefined tools includes at least a number pad, a keyboard, and a calculator. | Microsoft Money and/or Intuit Quicken have a plurality of predefined tools including at least a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 15. The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Money and/or Intuit Quicken are designed for use with products that have a display that includes a touch-sensitive screen overlaying the display. |

Exhibit 7
Page 000182

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Money and/or Intuit Quicken are designed for use with products that have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | Microsoft Money and/or Intuit Quicken perform a method for use in a computer with a display. |
| displaying on said display a plurality of information fields, | Microsoft Money and/or Intuit Quicken display a plurality of information fields on a display. For example, a transaction entry form is displayed on a display a plurality of information fields such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| identifying for each field a kind of information to be inserted therein, | Microsoft Money and/or Intuit Quicken identify a kind of information to be inserted into each field, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Money and/or Intuit Quicken indicate a particular one of the information fields into which information is to be inserted, such as the "Category" field. Microsoft Money and/or Intuit Quicken concurrently display a predefined tool, such as a pull-down menu, associated with the field. The tool is operable to supply information of the kind identified for the field, such as category information. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as a calculator. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Money and/or Intuit Quicken insert into a field information that is derived form the operation of the tool, such as inserting a category into the "Category" field. |

Exhibit 7
Page 000183

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21.  The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | Microsoft Money and/or Intuit Quicken display a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

### C.    Gateway Computer Systems with Microsoft Outlook (including Microsoft Outlook with Business Manager)

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1.  An arrangement for use in a computer having a display associated therewith comprising | The accused Gateway computer systems have a display associated with them. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | The accused Gateway computer systems have means for displaying on a display a pattern, such as an appointment entry form.  The pattern has a plurality of information fields, such as "Subject," "Location," "Start time," etc.  The accused Gateway computer systems have means for identifying a kind of information to be inserted into each field, such as "Subject," "Location," "Start time," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Gateway computer systems have means for indicating a particular information field into which information is to be inserted.  The accused Gateway computer systems have means for concurrently displaying a predefined tool associated with the field.  The tool is selected from a group of predefined tools, such as a calendar or a drop-down menu.  The group of predefined tools includes a tool to supply an individual entry from a menu of alternatives, such as a drop-down menu.  The group of predefined tools also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard.  Each of the tools is operable to supply information of the kind identified for a field. |

50

Exhibit 7
Page 000184

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Gateway computer systems have means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | The group of predefined tools in the accused Gateway computer systems includes a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | The accused Gateway computer systems have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | The accused Gateway computer systems include a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 10. An arrangement for use in a computer having a display comprising | The accused Gateway computer systems have a display associated with them. |

Exhibit 7
Page 000185

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | The accused Gateway computer systems have means for displaying a plurality of information fields, such as an appointment entry form. The accused Gateway computer systems have means for identifying a kind of information to be inserted into the fields, such as "Subject," "Location," "Start time," etc. |
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | The accused Gateway computer systems have means for storing a plurality of predefined tools, such as a calendar and drop-down menu. Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field. For example, the calendar tool supplies dates to the "Date" field. |
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | The accused Gateway computer systems have means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in. For example, in an appointment entry form, by clicking in the field next to "This is an online meeting using:", the system automatically highlights the next field, indicating that the type of online meeting field should be filled in. The accused Gateway computer systems also have means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field. For example, the computer has means for concurrently displaying a pull-down menu to supply location information to a "Location" field. |

Exhibit 7
Page 000186

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11. The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | The accused Gateway computer systems have a menu tool which displays a plurality of predefined items in which a user selects an item to be inserted into an associated field by pointing to the item. For example, the "Location" field has a drop-down menu allowing a user to select one location from a plurality of predefined locations. The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field. For example, the on-screen keyboard allows a user to compose the subject information for the meeting to be inserted into the "Subject" field in an appointment entry form. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 12. The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | The group of tools in the accused Gateway computer systems includes a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 15. The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | The accused Gateway computer systems have a display that includes a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | The accused Gateway computer systems have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

Exhibit 7
Page 000187

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19.  A method for use in a computer having a display comprising the steps of | The accused Gateway computer systems have a display and perform a method. |
| displaying on said display a plurality of information fields, | The accused Gateway computer systems display a plurality of information fields on a display.  For example, an appointment entry form is displayed on a display a plurality of information fields such as "Subject," "Location," "Start time," etc. |
| identifying for each field a kind of information to be inserted therein, | The accused Gateway computer systems identify a kind of information to be inserted into each field, such as "Subject," "Location," "Start time," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Gateway computer systems indicate a particular one of the information fields into which information is to be inserted, such as the "Start time" field.  The computer concurrently displays a predefined tool, such as a calendar, associated with the field.  The tool is operable to supply information of the kind identified for the field, such as a date.  The tool is selected from a group of predefined tools.  The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu.  The group also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Gateway computer systems insert into a field information that is derived from the operation of the tool, such as inserting a location in the "Location" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21.  The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | The accused Gateway computer systems display a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

Exhibit 7
Page 000188

**D.** **Microsoft Outlook (including Microsoft Outlook with Business Manager)**

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1. An arrangement for use in a computer having a display associated therewith comprising | Microsoft Outlook is an arrangement for use in a computer having a display. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Outlook has means for displaying on a display a pattern, such as an appointment entry form. The pattern has a plurality of information fields, such as "Subject," "Location," Start time," etc. Microsoft Outlook has means for identifying a kind of information to be inserted into each field, such as "Subject," "Location," "Start time," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Outlook has means for indicating a particular information field into which information is to be inserted. Microsoft Outlook has means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar or a drop-down menu. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Outlook has means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | Microsoft Outlook has a group of predefined tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

55

Exhibit 7
Page 000189

000051

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Outlook is designed for use with products that have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Outlook is designed for use with products that have a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 10. An arrangement for use in a computer having a display comprising | Microsoft Outlook is an arrangement for use in a computer having a display. |
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Outlook has means for displaying a plurality of information fields, such as an appointment entry form. Microsoft Outlook has means for identifying a kind of information to be inserted into the fields, such as "Subject," "Location," Start time," etc. |
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | Microsoft Outlook has means for storing a plurality of predefined tools, such as a calendar and drop-down menu. Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field. For example, the calendar tool supplies dates to the "Date" field. |

Exhibit 7
Page 000190

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | Microsoft Outlook has means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in. For example, in an appointment entry form, by clicking in the field next to "This is an online meeting using:", the system automatically highlights the next field, indicating that the type of online meeting field should be filled in. Microsoft Outlook also has means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field. For example, the computer has means for concurrently displaying a pull-down menu to supply location information to a "Location" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11. The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | Microsoft Outlook has a menu tool which displays a plurality of predefined items in which a user selects an item to be inserted into an associated field by pointing to the item. For example, the "Location" field has a drop-down menu allowing a user to select one location from a plurality of predefined locations. The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field. For example, the on-screen keyboard allows a user to compose the subject information for the meeting to be inserted into the "Subject" field in an appointment entry form. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 12. The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | Microsoft Outlook has a group of tools which includes a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

Exhibit 7
Page 000191

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 15. The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Outlook is designed for use with products that have a display that includes a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Outlook is designed for use with products that have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | Microsoft Outlook performs a method for use in a computer with a display. |
| displaying on said display a plurality of information fields, | Microsoft Outlook displays a plurality of information fields on a display. For example, an appointment entry form is displayed on a display a plurality of information fields such as "Subject," "Location," Start time," etc. |
| identifying for each field a kind of information to be inserted therein, | Microsoft Outlook identifies a kind of information to be inserted into each field, such as "Subject," "Location," Start time," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Outlook indicates a particular one of the information fields into which information is to be inserted, such as the "Start time" field. Microsoft Outlook concurrently displays a predefined tool, such as a calendar, associated with the field. The tool is operable to supply information of the kind identified for the field, such as a date. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. |

Exhibit 7
Page 000192

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Outlook inserts into a field information that is derived from the operation of the tool, such as inserting a location in the "Location" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | Microsoft Outlook displays a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

**E.    Gateway Computing Devices with Microsoft Pocket PC 2002 or Windows Mobile 2003 for Pocket PC**

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 1. An arrangement for use in a computer having a display associated therewith comprising | The accused Gateway computing devices have a display associated with them. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | The accused Gateway computing devices have means for displaying on a display a pattern, such as an appointment entry form in the Calendar application. The pattern has a plurality of information fields, such as "Subject," "Location," "Starts," "Sensitivity," etc. The accused Gateway computing devices have means for identifying a kind of information to be inserted into each field, such as "Subject," "Location," "Starts," "Sensitivity," etc. |

Exhibit 7
Page 000193

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Gateway computing devices have means for indicating a particular information field into which information is to be inserted. The accused Gateway computing devices have means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar, on-screen keyboard, or drop-down menu. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Gateway computing devices have means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field of the appointment entry form in the Calendar application. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | The group of predefined tools in the accused Gateway computing devices includes a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | The accused Gateway computing devices have a display including a touch-sensitive screen overlaying the display. |

Exhibit 7
Page 000194

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | The accused Gateway computing devices include a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | The accused Gateway computing devices have a display and perform a method. |
| displaying on said display a plurality of information fields, | The accused Gateway computing devices display a plurality of information fields on a display. For example, an appointment entry form in the Calendar application is displayed on a display, and has a plurality of information fields such as "Subject," "Location," "Starts," "Sensitivity," etc. |
| identifying for each field a kind of information to be inserted therein, | The accused Gateway computing devices identify a kind of information to be inserted into each field, such as "Subject," "Location," "Starts," "Sensitivity," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Gateway computing devices indicate a particular one of the information fields into which information is to be inserted, such as the "Subject" field. The computing device concurrently displays a predefined tool, such as a drop-down menu, associated with the field. The tool is operable to supply information of the kind identified for the field, such as subject matter. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Gateway computing devices insert into a field information that is derived from the operation of the tool, such as inserting a subject in the "Subject" field of the appointment entry form in the Calendar application. |

Exhibit 7
Page 000195

000057

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | The accused Gateway computing devices display a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

62

Exhibit 7
Page 000196

000058

## X.    U.S. Patent No. 4,763,356 ("Day")

Based on its investigations to date, and subject to its previously stated general and specific objections, Lucent contends that the following products infringe claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21 of U.S. Patent No. 4,763,356, literally or under the doctrine of equivalents:

- Every computer system incorporating Microsoft Money and/or Intuit Quicken software that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Dell, infringes claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21.

- Dell's sale or offer for sale of Microsoft Money and/or Intuit Quicken software induces infringement of claims 1–2, 4, 6–7, 10–13, 15–16, 19, and 21.

- Every computer system incorporating Microsoft Outlook software (including Microsoft Outlook with Business Manager) that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Dell, infringes claims 1–2, 6–7, 10–12, 15–16, 19, and 21.

- Dell's sale or offer for sale of Microsoft Outlook software (including Microsoft Outlook with Business Manager) induces infringement of claims 1–2, 6–7, 10–12, 15–16, 19, and 21.

- Every computing device that incorporates the Microsoft Pocket PC 2002 or Windows Mobile 2003 for Pocket PC operating system infringes claims 1–2, 6–7, 19, and 21.

Dell's acts of making, using, selling, offering for sale, and/or importing these products constitute direct and or induced infringement of these claims. For example, Dell induces infringement by supplying these products to customers, and by providing manuals and other documentation to customers that present information on how to use these products. The following claim charts summarize how each such apparatus or method satisfies each element or limitation of claims 1–2, 4, 6–7, 10–13, 15–16, 19, and/or 21. Lucent reserves the right to supplement or amend this response as discovery and Lucent's investigation in this case proceed, and during the course of expert discovery.

Exhibit 7
Page 000197

## A.    Dell Computer Systems with Microsoft Money and/or Intuit Quicken

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1. An arrangement for use in a computer having a display associated therewith comprising | The accused Dell computer systems have a display. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Money and/or Intuit Quicken have means for displaying on a display a pattern, such as a transaction entry form in Microsoft Money and/or Intuit Quicken. The pattern has a plurality of information fields, such as "Number," "Date," "Pay to," "Amount," "Category," etc. The accused Dell computer systems have means for identifying a kind of information to be inserted into each field, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Dell computer systems have means for indicating a particular information field into which information is to be inserted. The accused Dell computer systems have means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar, a calculator, or a drop-down menu. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as a calculator. Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Dell computer systems have means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

52

Exhibit 7
Page 000198

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | The group of predefined tools in the accused Dell computer systems includes a tool such as a calendar. The calendar displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 4. The arrangement set forth in claim 1 wherein said tool adapted to allow said user to compose said information includes at least a number pad, a keyboard, and a calculator. | The tools in the accused Dell computer systems include a tool adapted to allow the user to compose information, including a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | The accused Dell computer systems have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | The accused Dell computer systems include a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 10. An arrangement for use in a computer having a display comprising | The accused Dell computer systems have a display associated with them. |
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | The accused Dell computer systems have means for displaying a plurality of information fields, such as a transaction entry form. The accused Dell computer systems include means for identifying a kind of information to be inserted into the fields, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |

53

Exhibit 7
Page 000199

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | The accused Dell computer systems have means for storing a plurality of predefined tools, such as drop-down menus, calculators, and calendars. Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field. For example, the calendar tool supplies dates to the "Date" field. |
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | The accused Dell computer systems have means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in. For example, in a transaction entry form, upon inserting "ATM" into the "Number" field, the system automatically enters "Cash" into the "Pay to" field and the cursor advances to the "Amount" field, indicating that the "Category" field should be filled in. The accused Dell computer systems also have means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field. For example, the computer has means for concurrently displaying a pull-down menu to supply category information to the "Category" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11. The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | The accused Dell computer systems have a menu tool which displays a plurality of predefined items in which a user selects an item to be inserted into an associated field by pointing to the item. For example, the "Category" field has a drop-down menu allowing a user to select one category from a plurality of predefined categories. The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field. For example, the calculator tool allows a user to compose amounts to be inserted into the "Amount" field in a transaction entry form. |

Exhibit 7
Page 000200

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 12. The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | The group of tools in the accused Dell computer systems includes a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 13. The arrangement set forth in claim 10 wherein said plurality of predefined tools includes at least a number pad, a keyboard, and a calculator. | The plurality of predefined tools in the accused Dell computer systems includes at least a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 15. The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | The accused Dell computer systems have a display that includes a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | The accused Dell computer systems have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | The accused Dell computer systems have a display and perform a method. |
| displaying on said display a plurality of information fields, | The accused Dell computer systems display a plurality of information fields on a display. For example, a transaction entry form is displayed on a display a plurality of information fields such as "Number," "Date," "Pay to," "Amount," "Category," etc. |

Exhibit 7
Page 000201

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| identifying for each field a kind of information to be inserted therein, | The accused Dell computer systems identify a kind of information to be inserted into each field, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Dell computer systems indicate a particular one of the information fields into which information is to be inserted, such as the "Category" field. The computer concurrently displays a predefined tool, such as a pull-down menu, associated with the field. The tool is operable to supply information of the kind identified for the field, such as category information. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as a calculator. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Dell computer systems insert into a field information that is derived from the operation of the tool, such as inserting a category into the "Category" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21.  The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | The accused Dell computer systems display a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

### B.     Microsoft Money and/or Intuit Quicken

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1.  An arrangement for use in a computer having a display associated therewith comprising | Microsoft Money and/or Intuit Quicken are arrangements for use in a computer with a display. |

56

Exhibit 7
Page 000202

000064

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Money and/or Intuit Quicken have means for displaying on a display a pattern, such as a transaction entry form. The pattern has a plurality of information fields, such as "Number," "Date," "Pay to," "Amount," "Category," etc. The accused Dell computer systems have means for identifying a kind of information to be inserted into each field, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Money and/or Intuit Quicken have means for indicating a particular information field into which information is to be inserted. Microsoft Money and/or Intuit Quicken also have means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar, a calculator, or a drop-down menu. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as a calculator. Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Money and/or Intuit Quicken have means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | Microsoft Money and/or Intuit Quicken have a group of predefined tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

Exhibit 7
Page 000203

000065

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 4. The arrangement set forth in claim 1 wherein said tool adapted to allow said user to compose said information includes at least a number pad, a keyboard, and a calculator. | Microsoft Money and/or Intuit Quicken have a tool adapted to allow the user to compose information, including a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Money and/or Intuit Quicken are designed for use with products that have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Money and/or Intuit Quicken are designed for use with products that have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 10. An arrangement for use in a computer having a display comprising | Microsoft Money and/or Intuit Quicken are an arrangement for use in a computer having a display associated with it. |
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Money and/or Intuit Quicken have means for displaying a plurality of information fields, such as a transaction entry form. Microsoft Money and/or Intuit Quicken have means for identifying a kind of information to be inserted into the fields, such "Number," "Date," "Pay to," "Amount," "Category," etc. |

58

Exhibit 7
Page 000204

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | Microsoft Money and/or Intuit Quicken have means for storing a plurality of predefined tools, such as drop-down menus, calculators, and calendars. Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field. For example, the calendar tool supplies dates to the "Date" field. |
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | Microsoft Money and/or Intuit Quicken have means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in. For example, in a transaction entry form, upon inserting "ATM" into the "Number" field, the system automatically enters "Cash" into the "Pay to" field and the cursor advances to the "Amount" field, indicating that the "Category" field should be filled in. Microsoft Money and/or Intuit Quicken also have means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field. For example, Microsoft Money and/or Intuit Quicken have means for concurrently displaying a pull-down menu to supply category information to the "Category" field. |

Exhibit 7
Page 000205

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11. The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | Microsoft Money and/or Intuit Quicken have a menu tool which displays a plurality of predefined items from which a user selects an item to be inserted into an associated field by pointing to the item. For example, the "Category" field has a drop-down menu allowing a user to select one category from a plurality of predefined categories. The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field. For example, the calculator tool allows a user to compose amounts to be inserted into the "Amount" field in a transaction entry form. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 12. The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | Microsoft Money and/or Intuit Quicken have a group of tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 13. The arrangement set forth in claim 10 wherein said plurality of predefined tools includes at least a number pad, a keyboard, and a calculator. | Microsoft Money and/or Intuit Quicken have a plurality of predefined tools including at least a number pad, a keyboard, and a calculator. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 15. The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Money and/or Intuit Quicken are designed for use with products that have a display that includes a touch-sensitive screen overlaying the display. |

Exhibit 7
Page 000206

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Money and/or Intuit Quicken are designed for use with products that have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | Microsoft Money and/or Intuit Quicken perform a method for use in a computer with a display. |
| displaying on said display a plurality of information fields, | Microsoft Money and/or Intuit Quicken display a plurality of information fields on a display. For example, a transaction entry form is displayed on a display a plurality of information fields such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| identifying for each field a kind of information to be inserted therein, | Microsoft Money and/or Intuit Quicken identify a kind of information to be inserted into each field, such as "Number," "Date," "Pay to," "Amount," "Category," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Money and/or Intuit Quicken indicate a particular one of the information fields into which information is to be inserted, such as the "Category" field. Microsoft Money and/or Intuit Quicken concurrently display a predefined tool, such as a pull-down menu, associated with the field. The tool is operable to supply information of the kind identified for the field, such as category information. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as a calculator. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Money and/or Intuit Quicken insert into a field information that is derived form the operation of the tool, such as inserting a category into the "Category" field. |

61

Exhibit 7
Page 000207

000069

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | Microsoft Money and/or Intuit Quicken display a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

### C.   Dell Computer Systems with Microsoft Outlook (including Microsoft Outlook with Business Manager)

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 1.  An arrangement for use in a computer having a display associated therewith comprising | The accused Dell computer systems have a display associated with them. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | The accused Dell computer systems have means for displaying on a display a pattern, such as an appointment entry form. The pattern has a plurality of information fields, such as "Subject," "Location," "Start time," etc. The accused Dell computer systems have means for identifying a kind of information to be inserted into each field, such as "Subject," "Location," "Start time," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Dell computer systems have means for indicating a particular information field into which information is to be inserted. The accused Dell computer systems have means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar or a drop-down menu. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. Each of the tools is operable to supply information of the kind identified for a field. |

Exhibit 7
Page 000208

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Dell computer systems have means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | The group of predefined tools in the accused Dell computer systems includes a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | The accused Dell computer systems have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | The accused Dell computer systems include a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
| --- | --- |
| 10. An arrangement for use in a computer having a display comprising | The accused Dell computer systems have a display associated with them. |

63

Exhibit 7
Page 000209

000071

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | The accused Dell computer systems have means for displaying a plurality of information fields, such as an appointment entry form. The accused Dell computer systems have means for identifying a kind of information to be inserted into the fields, such as "Subject," "Location," "Start time," etc. |
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | The accused Dell computer systems have means for storing a plurality of predefined tools, such as a calendar and drop-down menu. Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field. For example, the calendar tool supplies dates to the "Date" field. |
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | The accused Dell computer systems have means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in. For example, in an appointment entry form, by clicking in the field next to "This is an online meeting using:", the system automatically highlights the next field, indicating that the type of online meeting field should be filled in. The accused Dell computer systems also have means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field. For example, the computer has means for concurrently displaying a pull-down menu to supply location information to a "Location" field. |

Exhibit 7
Page 000210

000072

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11.  The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | The accused Dell computer systems have a menu tool which displays a plurality of predefined items in which a user selects an item to be inserted into an associated field by pointing to the item.  For example, the "Location" field has a drop-down menu allowing a user to select one location from a plurality of predefined locations.  The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field.  For example, the on-screen keyboard allows a user to compose the subject information for the meeting to be inserted into the "Subject" field in an appointment entry form. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 12.  The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | The group of tools in the accused Dell computer systems includes a tool such as a calendar, which displays transitory information such as the current date, month, and year.  This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 15.  The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | The accused Dell computer systems have a display that includes a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16.  The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | The accused Dell computer systems have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

Exhibit 7
Page 000211

000073

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19.  A method for use in a computer having a display comprising the steps of | The accused Dell computer systems have a display and perform a method. |
| displaying on said display a plurality of information fields, | The accused Dell computer systems display a plurality of information fields on a display. For example, an appointment entry form is displayed on a display a plurality of information fields such as "Subject," "Location," "Start time," etc. |
| identifying for each field a kind of information to be inserted therein, | The accused Dell computer systems identify a kind of information to be inserted into each field, such as "Subject," "Location," "Start time," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Dell computer systems indicate a particular one of the information fields into which information is to be inserted, such as the "Start time" field.  The computer concurrently displays a predefined tool, such as a calendar, associated with the field.  The tool is operable to supply information of the kind identified for the field, such as a date.  The tool is selected from a group of predefined tools.  The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu.  The group also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Dell computer systems insert into a field information that is derived from the operation of the tool, such as inserting a location in the "Location" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21.  The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | The accused Dell computer systems display a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

Exhibit 7
Page 000212

**D.**    **Microsoft Outlook (including Microsoft Outlook with Business Manager)**

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1. An arrangement for use in a computer having a display associated therewith comprising | Microsoft Outlook is an arrangement for use in a computer having a display. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Outlook has means for displaying on a display a pattern, such as an appointment entry form. The pattern has a plurality of information fields, such as "Subject," "Location," Start time," etc. Microsoft Outlook has means for identifying a kind of information to be inserted into each field, such as "Subject," "Location," Start time," etc. |
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Outlook has means for indicating a particular information field into which information is to be inserted. Microsoft Outlook has means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar or a drop-down menu. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Outlook has means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | Microsoft Outlook has a group of predefined tools including a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

Exhibit 7
Page 000213

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Outlook is designed for use with products that have a display including a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Outlook is designed for use with products that have a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 10. An arrangement for use in a computer having a display comprising | Microsoft Outlook is an arrangement for use in a computer having a display. |
| means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | Microsoft Outlook has means for displaying a plurality of information fields, such as an appointment entry form. Microsoft Outlook has means for identifying a kind of information to be inserted into the fields, such as "Subject," "Location," Start time," etc. |
| means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and | Microsoft Outlook has means for storing a plurality of predefined tools, such as a calendar and drop-down menu. Each of these tools is associated with a respective one of the fields, and is adapted to supply information of the kind identified for its associated field. For example, the calendar tool supplies dates to the "Date" field. |

68

Exhibit 7
Page 000214

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field. | Microsoft Outlook has means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in. For example, in an appointment entry form, by clicking in the field next to "This is an online meeting using:", the system automatically highlights the next field, indicating that the type of online meeting field should be filled in. Microsoft Outlook also has means for concurrently displaying a tool to be used by a user to supply the kind of information identified for the field. For example, the computer has means for concurrently displaying a pull-down menu to supply location information to a "Location" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 11. The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field. | Microsoft Outlook has a menu tool which displays a plurality of predefined items in which a user selects an item to be inserted into an associated field by pointing to the item. For example, the "Location" field has a drop-down menu allowing a user to select one location from a plurality of predefined locations. The group of tools also includes a tool adapted to allow a user to compose information to be inserted in an associated field. For example, the on-screen keyboard allows a user to compose the subject information for the meeting to be inserted into the "Subject" field in an appointment entry form. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 12. The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current. | Microsoft Outlook has a group of tools which includes a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

69

Exhibit 7
Page 000215

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 15. The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display. | Microsoft Outlook is designed for use with products that have a display that includes a touch-sensitive screen overlaying the display. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | Microsoft Outlook is designed for use with products that have a bit-mapped graphics field adapted to allow the user to compose information by writing on the bit-mapped graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | Microsoft Outlook performs a method for use in a computer with a display. |
| displaying on said display a plurality of information fields, | Microsoft Outlook displays a plurality of information fields on a display. For example, an appointment entry form is displayed on a display a plurality of information fields such as "Subject," "Location," Start time," etc. |
| identifying for each field a kind of information to be inserted therein, | Microsoft Outlook identifies a kind of information to be inserted into each field, such as "Subject," "Location," Start time," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | Microsoft Outlook indicates a particular one of the information fields into which information is to be inserted, such as the "Start time" field. Microsoft Outlook concurrently displays a predefined tool, such as a calendar, associated with the field. The tool is operable to supply information of the kind identified for the field, such as a date. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. |

70

Exhibit 7
Page 000216

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | Microsoft Outlook inserts into a field information that is derived from the operation of the tool, such as inserting a location in the "Location" field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | Microsoft Outlook displays a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

### E.   Dell Computing Devices with Microsoft Pocket PC 2002 or Windows Mobile 2003 for Pocket PC

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 1. An arrangement for use in a computer having a display associated therewith comprising | The accused Dell computing devices have a display associated with them. |
| means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein, | The accused Dell computing devices have means for displaying on a display a pattern, such as an appointment entry form in the Calendar application. The pattern has a plurality of information fields, such as "Subject," "Location," "Starts," "Sensitivity," etc. The accused Dell computing devices have means for identifying a kind of information to be inserted into each field, such as "Subject," "Location," "Starts," "Sensitivity," etc. |

71

Exhibit 7
Page 000217

000079

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Dell computing devices have means for indicating a particular information field into which information is to be inserted. The accused Dell computing devices have means for concurrently displaying a predefined tool associated with the field. The tool is selected from a group of predefined tools, such as a calendar, on-screen keyboard, or drop-down menu. The group of predefined tools includes a tool adapted to supply an individual entry from a menu of alternatives, such as a drop-down menu. The group of predefined tools also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. Each of the tools is operable to supply information of the kind identified for a field. |
| means for inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Dell computing devices have means for inserting in a field information that is derived from a user operating a displayed tool. For example, upon operating a displayed tool, such as a calendar, information derived from that operation, such as a date, is inserted into a field of the appointment entry form in the Calendar application. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically. | The group of predefined tools in the accused Dell computing devices includes a tool such as a calendar, which displays transitory information such as the current date, month, and year. This information is changed periodically. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display. | The accused Dell computing devices have a display including a touch-sensitive screen overlaying the display. |

Exhibit 7
Page 000218

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field. | The accused Dell computing devices include a bit-mapped-graphics field adapted to allow the user to compose information by writing on the bit-mapped-graphics field. |

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 19. A method for use in a computer having a display comprising the steps of | The accused Dell computing devices have a display and perform a method. |
| displaying on said display a plurality of information fields, | The accused Dell computing devices display a plurality of information fields on a display. For example, an appointment entry form in the Calendar application is displayed on a display, and has a plurality of information fields such as "Subject," "Location," "Starts," "Sensitivity," etc. |
| identifying for each field a kind of information to be inserted therein, | The accused Dell computing devices identify a kind of information to be inserted into each field, such as "Subject," "Location," "Starts," "Sensitivity," etc. |
| indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and | The accused Dell computing devices indicate a particular one of the information fields into which information is to be inserted, such as the "Subject" field. The computing device concurrently displays a predefined tool, such as a drop-down menu, associated with the field. The tool is operable to supply information of the kind identified for the field, such as subject matter. The tool is selected from a group of predefined tools. The group includes a tool adapted to supply an individual entry from a menu of alternatives such as a drop-down menu. The group also includes a tool adapted to allow a user to compose information, such as an on-screen keyboard. |
| inserting in said one field information that is derived as a result of said user operating said displayed tool. | The accused Dell computing devices insert into a field information that is derived from the operation of the tool, such as inserting a subject in the "Subject" field of the appointment entry form in the Calendar application. |

73

Exhibit 7
Page 000219

| U.S. Patent No. 4,763,356 ("Day") | Accused Products |
|---|---|
| 21.  The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field. | The accused Dell computing devices display a plurality of information fields, one or more of which is a bit-mapped-graphics field. |

74

Exhibit 7
Page 000220