1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
3  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
4  Facsimile:  (213) 243-4199

5  Joseph A. Micallef (admitted *pro hac vice*)
   ARNOLD & PORTER LLP
6  555 Twelfth Street, N.W.
7  Washington, D.C.  20004-1206
   Telephone:  (202) 942-5000
8  Facsimile:  (202) 942-5999

9  Joel M. Freed (Admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
10 600 13th Street, N.W.
11 Washington, D.C.  20005-3096
   Telephone:  (202) 756-8000
12 Facsimile:  (202) 756-8087

13 Attorneys for *Dell Inc.*

14

15                **UNITED STATES DISTRICT COURT**

16                **SOUTHERN DISTRICT OF CALIFORNIA**

17

| | | |
|---|---|---|
| 18 | LUCENT TECHNOLOGIES INC., ) | Case No. 07-CV-2000-H (CAB) |
| 19 | Plaintiff and Counterclaim-defendant, ) | consisting of matters severed from consolidated cases: |
| 20 | v. ) | Case No. 02-CV-2060-B (CAB) |
|    |     | Case No. 03-CV-0699-B (CAB) |
| 21 | GATEWAY, INC. AND GATEWAY ) | Case No. 03-CV-1108-B (CAB) |
| 22 | COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY ) | **NOTICE OF APPEARANCE** |
| 23 | MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., ) | **OF KATHERINE B. FARKAS** |
| 24 | Defendants and Counter-claimants, ) | Judge Marilyn L. Huff |
| 25 | and ) | |
| 26 | MICROSOFT CORPORATION, ) | |
| 27 | Intervener and Counter-claimant, ) | |
| 28 | | |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, )
| 2 |    Plaintiff and Counter-defendant, )
| 3 | v. )
| 4 | LUCENT TECHNOLOGIES, INC., )
| 5 |    Defendant and Counter-claimant, )
| 6 | _____ )
| 7 | LUCENT TECHNOLOGIES, INC., )
| 8 |    Plaintiff, )
| 9 | v. )
| 10 | DELL INC., )
| 11 |    Defendant. )

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Katherine B. Farkas of ARNOLD & PORTER LLP, files this Notice of Appearance in the above captioned matter on behalf of Dell Inc.  Ms. Farkas was admitted to practice in the Southern District of California on October 1, 2007 and her California Bar number is 234924.

Katherine B. Farkas
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: katherine.farkas@aporter.com

Dated: November 20, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef
Ali R. Sharifahmadian

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By:     /s/ Katherine B. Farkas
            Katherine B. Farkas
            Attorney for Dell Inc.

- 1 -

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action.  My business address is 555 12th Street, N.W., Washington, DC 20004.

I HEREBY CERTIFY that on this 20th day of November 2007, in case no. 07-CV-2000-H, a copy of the following document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4:

1. NOTICE OF APPEARANCE OF KATHERINE B. FARKAS.

A true and complete copy of the above named document was served on counsel for Lucent Technologies, Inc. by Federal Express, and a true and complete copy of the above named document was served by electronic mail to the following parties:

> David Hahn
> Sue Frost
> HAHN & ADEMA
> 501 West Broadway, Suite 1730
> San Diego, California  92101-3595
> Telephone:  (619) 235-2100
> Facsimile:  (619) 235-2101
> aadema@hahnadema.com
>
> Robert Appleby
> Jon T. Hohenthaner
> Alan Kellman
> James Bailey
> KIRKLAND &  ELLIS, LLP
> Citicorp Center
> 153 East 53rd Street
> New York, NY  10022-4675
> Telephone:  (212) 446-4800
> Facsimile:  (212) 446-4900
> rappleby@kirkland.com
> jhohenthaner@kirkland.com
> akellman@kirkland.com
> jbailey@kirkland.com

---

CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases
CASE NO. 02-CV-2060-B (CAB), CASE NO. 03-CV-0699-B (CAB)
and Case No. 03-CV-1108-B (CAB)

Christopher S. Marchese
John E. Gartman
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099
marchese@fr.com
gartman@fr.com

Bryan Farney
Jeffrey B. Plies
DECHERT LLP
106 East 6th Street, Suite 800
Austin, TX  78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com

David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com


By:   /s/ Anthony D. Schall
           Anthony D. Schall