# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>    vs.<br><br>GATEWAY, INC., *et al.*<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counterclaimant.<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>**ORDER GRANTING LUCENT TECHNOLOGIES' AND MULTIMEDIA PATENT TRUST'S REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-2** |

///
///
///
///
///
///

1    Having considered Lucent Technologies' and Multimedia Patent Trust's Request To File
2 Under Seal Pursuant to Local Rule 79-2, the parties' Stipulated Protective Order, and the following
3 documents lodged with the Court on November 16, 2007, and good cause appearing, IT IS HEREBY
4 ORDERED that the following shall be filed under seal:

5    Exhibits 5 and 6 to the Declaration of Elizabeth T. Bernard In Support Of Lucent and
6 Multimedia Patent Trust's Opposition to Gateway's Motion for Review of Magistrate Judge's Ruling
7 Regarding Supplemental Discovery.

8    IT IS SO ORDERED

9 Dated: November 19, 2007

    _____
    Honorable Marilyn L. Huff
    United States District Judge

COPIES TO:
All Parties of Record