# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>　　　Plaintiffs and Counter-Defendants,<br><br>　　vs.<br><br>GATEWAY, INC., *et al*.<br><br>　　　Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　　Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>**ORDER DENYING MOTION FOR REVIEW OF MAGISTRATE'S ORDER PURSUANT TO FED. R. CIV. P. 72(A)** |

　　　On November 14, 2007, the Court received Gateway's motion for review of the Magistrate Judge Bencivengo's November 2, 2007, order regarding supplemental discovery. (Doc. No. 43.) Gateway requested a shortened briefing schedule for this motion. (Doc. No. 45.) On November 14, 2007, the Court cautioned the parties that it would not stay discovery pending resolution of Gateway's motion, and it permitted opposing parties to file a response by November 16, 2007. (Doc. No. 46.) MPT and Lucent filed such a response on November 16, 2007. (Doc. No. 49.)

1  The Court concludes that this motion is suitable for decision without further
2  briefing or oral argument.  Accordingly, the Court submits the motion on the papers.
3  For the reasons set forth below, the Court denies Gateway's motion.

4  Rule 72(a) of the Federal Rules of Civil Procedure provides that a party seeking
5  review of a magistrate judge's nondispositive pretrial order "may serve and file
6  objections to the order" within 10 days of being served with a copy of the order.  In
7  reviewing the magistrate judge's order, a district court "shall consider such objections,"
8  but may only modify or set aside the order if it is "found to be clearly erroneous or
9  contrary to law."  Fed. R. Civ. P. 72(a); 28 U.S.C. § 636 (b)(1)(A) (magistrate judge's
10 decision on nondispositive issue reviewed under clearly erroneous standard); Bhan v.
11 NME Hospitals, Inc., 929 F.2d 1404, 1414 (9th Cir. 1991) (same).  Discovery matters
12 are considered nondispositive.  See Bhan, 929 F.2d at 1414; Green v. Baca, 219 F.R.D.
13 485, 489 (C.D. Cal. 2003).

14 The Court has reviewed the parties' submissions and concludes that the
15 Magistrate Judge's order was not clearly erroneous or contrary to law under the totality
16 of circumstances of this case.  If Gateway wishes to raise a challenge to the
17 admissibility of evidence, following the discovery, it may do so by filing a timely
18 motion in limine.

19 For the reasons set forth above, the Court DENIES Gateway's motion.
20 IT IS SO ORDERED.

22 DATED: November 19, 2007

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

26 COPIES TO:
All parties of record.