1   David A. Hahn (SBN 125784)
    HAHN & ADEMA
2   501 West Broadway, Suite 1600
    San Diego, California 92101
3   Telephone:    (619) 235-2100
    Facsimile:    (619) 235-2101
4
5   Attorneys for Lucent Technologies Inc. and
    Multimedia Patent Trust
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10  LUCENT TECHNOLOGIES INC.,              Case No. 07-CV-2000 H (CAB)
11              Plaintiff,
12          v.                             **PROOF OF SERVICE**
13  GATEWAY, INC., GATEWAY COUNTRY
    STORES LLC, GATEWAY COMPANIES,
    INC., GATEWAY MANUFACTURING LLC
14  and COWABUNGA ENTERPRISES, INC.,
15              Defendants,
                and
16
17  MICROSOFT CORPORATION,
18              Intervener.
19  MICROSOFT CORPORATION,
20              Plaintiff,
            v.
21
    LUCENT TECHNOLOGIES INC.,
22              Defendant.
23  LUCENT TECHNOLOGIES INC.,
24              Plaintiff,
25          v.
26  DELL INC.,
27              Defendant.
28

---

Proof of Service                                    Case No. 07-CV-2000 H (CAB)

Lucent Technologies Inc. v. Gateway, Inc., et al.
Case No. 07-CV-2000 H (CAB)

### PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is Hahn & Adema, 501 West Broadway, Suite 1600, San Diego, California 92101-8474.

On November 21, 2007, I served the within documents:

1. **PLAINTIFFS' OPPOSITION TO DELL'S MOTION FOR RECONSIDERATION OF THE COURT'S OCTOBER 1, 2007 ORDER;**
2. **DECLARATION OF CHANAH BRENENSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DELL'S MOTION FOR RECONSIDERATION OF THE COURT'S OCTOBER 1, 2007 ORDER**

X    by EFC, by causing a true and correct copy hereof to be transmitted to the parties listed above via the CASD ECF system as registered recipients as follows:

by placing the document(s) listed above in a sealed envelope via Federal Express Service at San Diego, California addressed as set forth below.

by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

by transmitting the document(s) listed above via electronic transmission to the addressee(s) as set forth below from electronic notification address sfrost@hahnadema.com. The transmission was reported completed without error.

John E. Gartman
Christopher S. Marchese
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA  92130
Telephone:     858-678-5070
Facsimile:     858-678-5099
marchese@fr.com
Attorneys for *Microsoft Corp.*

Ali Sharifahmadian
**Arnold & Porter LLP**
555 Twelfth Street, N.W.
Washington, DC  20004-1206
Telephone:     202-942-6370
Facsimile:     202-942-5999
Ali_sharifahmadian@aporter.com

Attorneys for *Dell Inc.*

David J. Zubkoff
**SELTZER, CAPLAN, MCMAHON & VITEK**
750 "B" Street, Suite 2100
San Diego, CA  92101
Telephone:     619-685-3003
Facsimile:     619-702-6827
zubkoff@scmv.com
Attorneys for *Gateway, Inc., et al.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

1

Lucent v. Gateway, et al.
PROOF OF SERVICE

Case No. 07-CV-2000 H (CAB)

1

2      Executed on November 21, 2007, at San Diego, California.

3      (State) I declare under penalty of perjury under the laws of the State of California that the
       above is true and correct.

4

5   X  (Federal) I declare that I am employed in the office of a member of the bar of this court at
       whose directions the service was made.

6

7                                          _Susan Frost_____
                                           Susan Frost

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

**COURTESY COPIES BY ELECTRONIC MAIL TO:**

2
Trial Counsel for Gateway:
Bryan Farney
Jeffrey B. Plies
3
Lawrence Fluker
DECHERT LLP
4
300 West 6th Street, Suite 1850
Austin, TX  78701
5
Tel:     512-394-3000
Fax:     512-394-3001
6
Email:          bryan.farney@dechert.com
                jeff.plies@dechert.com
7
                lawrence.fluker@dechert.com

8
Trial Counsel for Dell:
James S. Blackburn
9
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
10
Los Angeles, CA  90017
Telephone:     213-243-4000
11
Facsimile:     213-243-4199
Email:          james_blackburn@aporter.com
12

Trial Counsel for Dell:
13
Joel Freed
**McDermott Will & Emery**
14
600 13th Street, N.W.
Washington, DC  20005-3096
15
Tel:     202-756-8000
Fax:     202-756-8087
16
Email:          jfreed@mwe.com

17

18
Courtesy emails include:

19
| **All documents filed served** | All pleadings filed or served were included in the email along with any exhibits. |
20
| **Main Pleading documents (without exhibits)** | All main pleading documents were included in the email except for exhibits.  Exhibits were over 50 pages long.  As per our service agreement, a hard copy will follow via overnight mail. |

21

22

23

24

25

26

27

28

3