1    James S. Blackburn (State Bar No. 169134)
     ARNOLD & PORTER LLP
2    777 South Figueroa Street, 44th Floor
     Los Angeles, California  90017-5844
3    Telephone:  (213) 243-4000
     Facsimile:  (213) 243-4199

4

5    Joseph A. Micallef (admitted *pro hac vice*)
     ARNOLD & PORTER LLP
     555 Twelfth Street, N.W.
6    Washington, D.C.  20004-1206
     Telephone:  (202) 942-5000
7    Facsimile:  (202) 942-5999

8    Joel M. Freed (admitted *pro hac vice*)
     McDERMOTT WILL & EMERY LLP
9    600 13th Street, N.W.
     Washington, D.C.  20005-3096
10   Telephone:  (202) 756-8000
     Facsimile:  (202) 756-8087

11

     Attorneys for *Dell Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counterclaim-defendants,<br><br>    v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**DELL INC.'S NOTICE OF MOTION AND MOTION FOR STAY OR, IN THE ALTERNATIVE, SEVERANCE OF THE HASKELL AND NETRAVALI PATENTS FOR CONSOLIDATION WITH CASE NO. 07-CV-0747**<br><br>Judge Marilyn L. Huff<br><br>Hearing Date: January 7, 2008<br>Hearing Time: 10:30 a.m.<br>Location:    Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 |     Plaintiff and Counter-defendant, |
| 3 | v. |
| 4 | LUCENT TECHNOLOGIES INC., |
| 5 |     Defendant and Counter-claimant, |
| 6 | |
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 8 |     Plaintiffs and Counterclaim-defendants, |
| 9 | v. |
| 10 | DELL INC., |
| 11 |     Defendant and Counter-claimant. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 7, 2008 at 10:30 A.M., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101-8900, defendants and counterclaimants Dell Inc. ("Dell"), Microsoft Corporation, Gateway, Inc., Gateway Country Stores, LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and Cowabaunga Enterprises, Inc. (collectively, "Defendants") will move, and hereby do move, pursuant to this Court's inherent authority to control its own docket, *see Landis v. North American Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 81 L. Ed. 153 (1936), for a stay of the trial in this action with respect to U.S. Patent No. 4,958,226 (the "Haskell Patent") and U.S. Patent No. 4,383,272 (the "Haskell Patent") pending a decision in the recent action brought by MPEG LA, L.L.C. ("MPEG LA"), *MPEG LA, L.L.C. v. Alcatel Lucent, Lucent Technologies, Inc. and Multimedia Patent Trust*, in Delaware Chancery Court seeking, *inter alia*, a declaration that Defendants and all other MPEG LA MPEG-2 licensees are licensed under the Haskell and Netravali Patents pursuant to their license agreements with MPEG LA (the "MPEG LA Action"). A finding by the Delaware Chancery Court in MPEG LA's favor would obviate a need for a trial in this action on the Haskell and Netravali Patents, making a stay the most efficient way to proceed. Moreover, absent a stay, trial on the Haskell and Netravali Patents will occur before MPEG LA's claims are heard, and may result in the imposition of billion dollar judgments against Defendants on patents covered by their MPEG LA licenses.

In the alternative, in the event the Court declines to stay this action with respect to the Haskell and Netravali Patents, Defendants will move, and hereby do move, pursuant to Rules 21 and 42 of the Federal Rules of Civil Procedure, for severance of the Haskell and Netravali Patents from this action and consolidation of those patents for trial with the recent action brought by MPT captioned *Multimedia Patent Trust v. Microsoft Corporation, et al.*, Case No. 07-CV-0747 (the "MPT Action"). Trying the Haskell and Netravali Patents along with the three patents asserted in the MPT Action will streamline and render more efficient the upcoming trial in this action as well as the trial in this action. The MPT Action alleges infringement of three additional video coding

- 1 -

patents assigned by Lucent to MPT.  MPT's infringement contentions with respect to those patents concern many of the same products as MPT's contentions with respect to the Haskell and Netravali Patents, and trial of both sets of patents will involve some of the same witnesses.  By contrast, the Haskell and Netravali Patents have no overlap with the other patents to be tried in this action, which involve very different areas of technology, products and witnesses.  Moreover, consolidating the Haskell and Netravali Patents together with the MPT Action will allow time for the Delaware court to render a decision on MPEG LA's license claims, which may obviate the need for any trial on the Haskell and Netravali Patents.  Finally, consolidation would eliminate the potential for a double recovery by MPT on its video coding infringement claims.  MPT's damages theory for the Haskell and Netravali Patents is based on a purported licensing practice by Lucent to license all of its MPEG essential patents for 0.5% of the selling price of a computer, or a minimum of $1.50.  However, this purported practice included a license not only to the Haskell and Netravali Patents but also the patents asserted in the MPT Action for a single royalty.  Trying the patents separately unfairly gives MPT the opportunity to recover its 0.5% royalty twice, when its own alleged licensing policy calls for collection of only one royalty for all of the patents.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the declaration of James S. Blackburn filed concurrently herewith, the pleadings, records and files in this action, and upon such other and further evidence and argument as may properly be presented prior to and at the hearing on the Motion.

November 21, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: /s/ Katherine B. Farkas
Katherine B. Farkas
katherine.farkas@aporter.com
Attorney for Dell Inc.

- 2 -