```
 1 │ James S. Blackburn (State Bar No. 169134)
   │ ARNOLD & PORTER LLP
 2 │ 777 South Figueroa Street, 44th Floor
   │ Los Angeles, California  90017-5844
 3 │ Telephone:  (213) 243-4000
   │ Facsimile:  (213) 243-4199
 4 │
   │ Joseph A. Micallef (admitted pro hac vice)
 5 │ ARNOLD & PORTER LLP
   │ 555 Twelfth Street, N.W.
 6 │ Washington, D.C.  20004-1206
   │ Telephone:  (202) 942-5000
 7 │ Facsimile:  (202) 942-5999
   │
 8 │ Joel M. Freed (admitted pro hac vice)
   │ McDERMOTT WILL & EMERY LLP
 9 │ 600 13th Street, N.W.
   │ Washington, D.C.  20005-3096
10 │ Telephone:  (202) 756-8000
   │ Facsimile:  (202) 756-8087
11 │
   │ Attorneys for Dell Inc.
12 │
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br> Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br> Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
|     Plaintiff and Counter-defendant, | ) |
| v. | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
|     Defendants and Counter-claimants, | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
|     Plaintiffs and Counterclaim-defendants, | ) |
| v. | ) |
| DELL INC., | ) |
|     Defendant and Counter-claimant. | ) |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 777 South Figueroa Street, Suite 4400, Los Angeles, California 90017.

I HEREBY CERTIFY that on this 21st day of November 2007, in Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB), and Case No. 03-CV-1108-B (CAB), I caused a copy of the following document to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L. R. 5.4:

1. DELL INC.'S NOTICE OF MOTION AND MOTION FOR STAY OR, IN THE ALTERNATIVE, SEVERANCE OF THE HASKELL AND NETRAVALI PATENTS FOR CONSOLIDATION WITH CASE NO. 07-CV-0747;

2. DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR STAY OR, IN THE ALTERNATIVE, FOR SEVERANCE OF THE HASKELL AND NETRAVALI PATENTS FOR CONSOLIDATION WITH CASE NO. 07-CV-0747;

3. DECLARATION OF KATHERINE B. FARKAS IN SUPPORT OF DEFENDANTS' MOTION FOR STAY OR, IN THE ALTERNATIVE, SEVERANCE OF THE HASKELL AND NETRAVALI PATENTS FOR CONSOLIDATION WITH CASE NO. 07-CV-0747;

4. ORDER GRANTING DELL INC.'S MOTION FOR STAY OR, IN THE ALTERNATIVE, SEVERANCE OF THE HASKELL AND NETRAVALI PATENTS FOR CONSOLIDATION WITH CASE NO. 07-CF-0747;

5. DEFENDANTS' NOTICE OF MOTION AND MOTION PURSUANT TO CIVIL LOCAL RULE 79-2 FOR LEAVE TO FILE UNDER SEAL;

6. DECLARATION OF KATHERINE B. FARKAS IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION PURSUANT TO CIVIL LOCAL RULE 79-2 FOR LEAVE TO FILE UNDER SEAL;

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

7.  ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION PURSUANT TO CIVIL LOCAL RULE 79-2 FOR LEAVE TO FILE UNDER SEAL.

A true and complete copy of the above named document was served on counsel listed below by the indicated methods:

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

David Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101
dhahn@hahnadema.com
sfrost@hahnadema.com

**VIA ELECTRONIC MAIL**

Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND & ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
jmafale@kirkland.com

Christopher S. Marchese
John E. Gartman
Jennifer Bettencourt
Susie Rodriguez
Donna Rousseau
John Thornburgh
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
marchese@fr.com
gartman@fr.com
bettencourt@fr.com
srodriguez@fr.com
thornburgh@fr.com

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
106 East 6th Street, Suite 800
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com
lawrence.fluker@dechert.com

David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com

I declare that I am employed by a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on November 21, 2007, at Los Angeles, California.

By: _____
Leyla C. Cambel

- 3 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)