1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiffs and Counterclaim-defendants, | Case No. 02-CV-2060-B (CAB) Case No. 03-CV-0699-B (CAB) |
| v. | Case No. 03-CV-1108-B (CAB) |
| GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **ORDER GRANTING DEFENDANTS' MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**  Judge Marilyn L. Huff |
| Defendants and Counter-claimants, | Hearing Date: January 7, 2008 Hearing Time: 10:30 a.m. |
| and | Location: Courtroom 13, 5th Floor |
| MICROSOFT CORPORATION, | |
| Intervener and Counter-claimant, | |
| MICROSOFT CORPORATION, | |
| Plaintiff and Counter-defendant, | |
| v. | |
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST, | |
| Defendants and Counter-claimants, | |

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST, | ) ) ) ) |
| Plaintiffs and Counterclaim-defendants, | ) ) |
| v. | ) ) |
| DELL INC., | ) ) |
| Defendant. | ) ) ) |

Having considered Defendants' Request, and good cause appearing,

**IT IS HEREBY ORDERED** that the following documents are to be filed under seal:

1. Defendants' Memorandum of Points and Authorities in Support of Its Motion for Stay or, in the Alternative, Severance of the Haskell and Netravali Patents for Consolidation with Case No. 07-CV-0747 ; and

2, Exhibits 1, 3, 4, 7, 8, 9, 10, 11, 30, 31, 32 and 33 to the Declaration of Katherine B. Farkas in Support of Defendants' Motion for Stay or, In the Alternative, Severance of The Haskell and Netravali Patents For Consolidation With Case No. 07-CV-0747.

**IT IS SO ORDERED**.

Dated:  November 26, 2007

Honorable Marilyn L. Huff
United States District Judge

COPIES TO:
All Parties of Reco