# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al.*<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>ORDER REGARDING BRIEFING ON MOTION TO STAY |

On November 21, 2007, defendants Dell, Gateway, and Microsoft filed a motion to stay the Haskell and Netravali patents, or alternatively sever them for consolidation with Case 07-CV-747-H (CAB). Given the proximity of the trial date in February, the Court, on its own motion, concludes that an expedited briefing schedule is needed for this motion. Accordingly, the Court orders that Plaintiffs may file a response in opposition to this motion on or before **December 3, 2007**. Defendants may

file a reply brief on or before **December 5, 2007**.

The Court reserves the right to submit the motion on the papers and expedite its decision. In the event that the Court denies the motion to stay or sever, the filing of this motion will not serve as an excuse for failure to meet pending deadlines.

IT IS SO ORDERED.

DATED: November 26, 2007

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.