1  Bryan W. Farney *(pro hac vice)*
   Jeffrey B. Plies *(pro hac vice)*
2  DECHERT LLP
   300 West 6th Street, Suite 1850
3  Austin, Texas 78701
   Telephone: (512) 394-3000
4  Facsimile: (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN McMAHON VITEK
6  750 "B" Street, Suite 2100
   San Diego, CA 92101
7  Telephone: (619) 685-3003
   Facsimile: (619) 685-3100
8
   Attorneys for Defendants and Counterclaimants,
9  GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>      Plaintiff and Counter-Defendant,<br><br>   v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>      Defendants and Counter-Claimants,<br><br>   and<br><br>MICROSOFT CORPORATION<br><br>      Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)**<br><br>Date:       January 7, 2008<br>Time:       10:30 a.m.<br>Courtroom:  13, 5th Floor<br>Judge:      Hon. Marilyn L. Huff |

---

GATEWAY'S NOTICE OF MOTION AND MOTION FOR
PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF
U.S. PATENT NO. 4,439,759 (FLEMING)

Case No. 07-CV-2000- H (CAB)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 7, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff, located at 880 Front Street, San Diego, California 91201, Defendants and Counterclaimants, Gateway, Inc.; Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") will, and hereby do, move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to enter summary judgment of invalidity of U.S. Patent No. 4,439,759 (Fleming).

This motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Andrew Thomases submitted herewith; all pleadings and papers on file in this action; and such other matters as may be presented before or at the time of the hearing. Defendant Dell has indicated that it joins this motion.

Dated:  November 30, 2007          DECHERT LLP


By:      /s/Jeffrey B. Plies
         Jeffrey B. Plies

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al*.

13025814

---

GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)     1     Case No. 07-CV-2000- H (CAB)