James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005-3096
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Attorneys for Dell Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br> Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br> Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **NOTICE OF MOTION AND MOTION OF MOTION OF DELL INC. FOR SUMMARY JUDGMENT OF INVALIDITY ON THE ASSERTED CLAIMS OF U.S. PATENT NO. 4,763,356 TO DAY, ET AL.** <br><br> Judge Marilyn L. Huff <br><br> Hearing: January 7, 2008, 10:30 a.m. <br> Location: Courtroom 13, 5th Floor |

- 1 -

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, ) |
| 2 | )<br>Plaintiff and Counter-defendant, ) |
| 3 | )<br>v. ) |
| 4 | )<br>LUCENT TECHNOLOGIES INC. and ) |
| 5 | MULTIMEDIA PATENT TRUST, )<br>) |
| 6 | Defendants and Counter-claimants, )<br>) |
| 7 | LUCENT TECHNOLOGIES INC. and )<br>MULTIMEDIA PATENT TRUST, ) |
| 8 | )<br>Plaintiffs and Counterclaim-defendants, ) |
| 9 | ) |
| 10 | v. )<br>) |
| 11 | DELL INC., )<br>) |
| 12 | Defendant and Counter-claimant. )<br>) |

- 2 -

1  TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, on January 7, 2008, at 10:30 a.m., or as soon thereafter as
3  the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States
4  District Court, located at 880 Front Street, San Diego, California 92101, defendant and
5  counterclaim-plaintiff Dell Inc. ("Dell") will move, and hereby does move, pursuant to Rule 56 of
6  the Federal Rules of Civil Procedure, this Court for summary judgment of invalidity in favor of Dell
7  and against plaintiff and counterclaim-defendant Multimedia Patent Trust ("MPT") on the asserted
8  claims of U.S. Patent No. 4,763,356 to Day, et al., (the "Day patent").[1] This motion is made on the
9  grounds that the undisputed material facts establish that asserted claims 19 and 21 of the Day patent
10 are invalid as obvious pursuant to 35 U.S.C. § 103.

11 This motion is based upon this Notice of Motion and Motion, the Memorandum of Points
12 and Authorities, and the Declaration of James S. Blackburn in Support of Motions of Dell Inc. for
13 Summary Judgment that the Asserted Claims of U.S. Patent Nos. 4,958,226, 4,383,272, 4,439,759,
14 and 4,763,356 are Invalid and accompanying exhibits, each of which are concurrently filed
15 herewith, the pleadings, records, and files in this action, any reply papers that may be filed, and
16 upon such other and further evidence and argument as may be properly presented prior to and at the
17 hearing on the Motion.

19 November 30, 2007                    ARNOLD & PORTER LLP
                                        James S. Blackburn
20                                      Joseph A. Micallef

21                                      McDERMOTT WILL & EMERY LLP
                                        Joel M. Freed
22
                                        By: /s/James S. Blackburn
23                                          James S. Blackburn
                                            james.blackburn@aporter.com
24                                          Attorneys for Dell Inc.

---

[1] Microsoft Corporation and Gateway, Inc. also join in this motion.

- 3 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)