1  Bryan W. Farney *(pro hac vice)*
   Steven R. Daniels (SBN 235398)
2  Jeffrey B. Plies *(pro hac vice)*
   DECHERT LLP
3  300 W. Sixth Street, Suite 1850
   Austin, Texas 78701
4  Telephone:   (512) 394-3000
   Facsimile:   (512) 394-3001
5
   David J. Zubkoff (SBN 149488)
6  SELTZER CAPLAN MCMAHON VITEK
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone:   (619) 685-3003
8  Facsimile:   (619) 685-3100

9  Attorneys for Defendants
   GATEWAY, INC., GATEWAY COUNTRY
10 STORES LLC, GATEWAY COMPANIES, INC.,
   GATEWAY MANUFACTURING LLC, AND
11 COWABUNGA ENTERPRISES, INC.

12                     UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  LUCENT TECHNOLOGIES INC. and<br>MULTIMEDIA PATENT TRUST,<br>16<br>    Plaintiff and Counter-Defendant,<br>17<br>    v.<br>18<br>GATEWAY, INC., GATEWAY COUNTRY<br>19  STORES LLC, GATEWAY COMPANIES,<br>INC., GATEWAY MANUFACTURING LLC,<br>20  AND COWABUNGA ENTERPRISES, INC.,<br>21      Defendants and Counter-Claimants.<br>22      and<br>23  MICROSOFT CORPORATION<br>24      Intervenor and Counter-Claimant<br>25<br>26  AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from<br>consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**GATEWAY'S NOTICE OF MOTION<br>AND MOTION FOR PARTIAL<br>SUMMARY JUDGMENT OF<br>INVALIDITY OF U.S. PATENT<br>NO. 4,763,356 (DAY)**<br><br>Date:        January 7, 2008<br>Time:        10:30 a.m.<br>Courtroom:   13, 5th Floor<br>Judge:       Hon. Marilyn L. Huff |

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Gateway, Inc.; Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") will and hereby does move the Court to grant a partial summary judgment ruling that Claims 19 and 21 of U.S. Patent No. 4,763,356 to Day, et.al., are invalid.

The instant motion is based upon the Federal Rules of Civil Procedure, the files and records in this action, and any materials submitted to the Court on or before the time of its decision on this matter, including the following documents (which are filed simultaneously with this motion):

1. Gateway's Brief in Support of its Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,763,356 (Day).

2. The Declaration of Jonathan D. Baker and exhibits.

Dated: November 30, 2007                    DECHERT LLP


By: ____/s/_____
    Jonathan D. Baker

Attorneys For Defendants And Counter-Claimants: Gateway, Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC, and Cowabunga Enterprises, Inc.

13029828.1