Bryan W. Farney *(pro hac vice)*
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone:   (512) 394-3000
Facsimile:   (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN MCMAHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone:   (619) 685-3003
Facsimile:   (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. <br><br> Defendants and Counter-Claimants, <br><br> and <br><br> MICROSOFT CORPORATION <br><br> Intervenor and Counter-Claimant. <br><br> AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **DECLARATION OF JONATHAN D BAKER IN SUPPORT OF GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)** <br><br> Date:          January 7, 2008 <br> Time:         10:30 a.m. <br> Courtroom:  13, 5th floor <br> Judge:         Hon. Marilyn L. Huff |

DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF
GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT
OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)

CASE NO. 07-CV-2000-H (CAB)

I, Jonathan D. Baker, declare as follows:

1. I am an attorney with the law firm Dechert LLP, which is counsel for Gateway, Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and Cowabunga Enterprises, Inc. ("Gateway").

2. I make this declaration in support of Gateway's Motion for Partial Summary Judgment of Invalidity of U.S. Patent No. 4,763,356 (Day). This declaration is based on my personal knowledge and I would testify to the matters set forth in this declaration if called upon as a witness.

3. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 4,763,356, entitled "Touch Screen Form Entry System."

4. Attached as Exhibit 2 is a true and correct copy of the Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356 in this civil action, signed by the Honorable Rudi M. Brewster on April 17, 2007.

5. Attached as Exhibit 3 is a true and correct copy of the Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent No. 4,763,356 in this civil action, signed by the Honorable Rudi M. Brewster on May 15, 2007.

6. Attached as Exhibit 4 is a true and correct copy of an article entitled "Touch Screens: Big Deal or No Deal" by Michael Tyler from *Datamation* Magazine (January 1984) with two enlarged photographs of pictures in the article. This article was produced as MSLT_1228716 – MSLT_1228724.

7. Attached as Exhibit 5 is a true and correct copy of the transcript of the November 20, 2007 deposition of Bruce Tognazzini.

8. Attached as Exhibit 6 is a true and correct copy of an article entitled "Touch Screens: Big Deal or No Deal" by Michael Tyler from *Datamation* Magazine (January 1984) with two enlarged photographs of pictures in the article. This article was produced as GW-LT 422215 – GW-LT 422224.

9. Attached as Exhibit 7 is a true and correct copy of the Declaration of H. Robert Long.

DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF
GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT      1      CASE NO. 07-CV-2000-H (CAB)
OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)

10. Attached as Exhibit 8 is a true and correct copy of the Declaration of John Verity.

11. Attached as Exhibit 9 is a true and correct copy of the Supplemental Expert Report of Mr. Dale E. Buscaino Re Invalidity of United States Patent No. 4,763,356.

12. Attached as Exhibit 10 is a true and correct copy of the Second Supplemental Expert Report of Mr. Dale E. Buscaino Re Invalidity of United States Patent No. 4,763,356.

13. Exhibit 11 is not used.

14. Attached as Exhibit 12 is a true and correct copy of an article entitled "Touch-Sensitive Screens: The Technologies and Their Application" by J. A. Pickering from the *Int. J. Man-Machine Studies* (September 1986).

15. Attached as Exhibit 13 is a true and correct copy of excerpts from the textbook entitled *Principles of Interactive Computer Graphics* (2nd ed.) by William M. Newman and Robert F. Sproull (1979).

16. Attached as Exhibit 14 is a true and correct copy of an article entitled "Human Factors Guidelines for Terminal Interface Design" by D. Verne Morland from *Communications of the ACM* (July 1983).

17. Attached as Exhibit 15 is a true and correct copy of the Expert Report of Bruce Tognazzini Relating to the Second Supplemental Expert Report of Dale Buscaino Re Lucent's Day Patent.

18. Attached as Exhibit 16 is a true and correct copy of excerpts from Friday, May 11, 2007 Transcript of Motion Hearing Before the Honorable Rudi M. Brewster, United States District Judge.

1    I declare under the penalty of perjury under the laws of the United States of America that
2 the foregoing is true and correct.

3 Dated: November 30, 2007        DECHERT LLP

6        By:    /s/ Jonathan D. Baker
                Jonathan D. Baker

8 Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al.*

---

DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF
GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT        3        CASE NO. 07-CV-2000-H (CAB)
OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# TABLE OF CONTENTS

| Exhibit No. | Pages |
|---|---|
| 1 | 1 – 27 |
| 2 | 28 – 36 |
| 3 | 37 – 44 |
| 4 | 45 – 53 |
| 5 | 54 – 124 |
| 6 | 125 – 134 |
| 7 | 135 – 137 |
| 8 | 138 – 139 |
| 9 | 140 – 159 |
| 10 | 160 – 200 |
| 11 | 201 – 214 |
| 12 | 215 – 235 |
| 13 | 236 – 245 |
| 14 | 246 – 256 |
| 15 | 257 – 293 |
| 16 | 294 - 298 |

13029875.1