

DATAMATION 84
JANUARY/4.00 U.S.A.

CAN MICROS BREAK
THE APPLICATIONS LOGJAM?
ALSO
DIALING DILEMMAS:
USERS AND COMPETITORS
REACT TO THE NEW AT&T
COBOL DUMPED
INSIDE AN INFOCENTER

THE UNIVERSITY OF TEXAS AT AUSTIN
JAN 23 1984
GENERAL LIBRARIES
DP DEPT.

GW-LT 422215

Exhibit 6
Page 125

# DATAMATION®

JANUARY 1984/$4.00 U.S.A
VOLUME 30 NUMBER 1
This issue, 176,845 copies

## FEATURES

**38 IN FOCUS**
High tech and high profits are at the heart of the pacemaker industry, explains Janet Raloff in "Keeping Pace."

**96 THE MICRO VS. THE APPLICATIONS LOGJAM**
Gary D. Brown and Donald H. Sefton
Personal computers may relieve the data processing department's burden—or just add to the demand.

**108 COBOL DUMPED**
Scott G. Abbey
Fourth generation languages, training, and management support are one MIS department's secrets to success.

**118 DIALING DILEMMAS**
A Datamation staff report
Users and competitors react to AT&T deregulation with concern over costs, confusion over service, and some confidence in the future.

**129 SURVIVAL OF THE SWIFTEST**
Willie Schatz
Specialized common carriers must adapt to deregulation or be forced out of the telecom race.

**137 THE INFOCENTER EXPERIENCE**
Richard T. Johnson
How Exxon developed a resource to provide consulting, training, and technical assistance to end users.

**146 TOUCH SCREENS: BIG DEAL OR NO DEAL?**
Michael Tyler
The ultimate in user-friendly man/machine interfaces may be catching on in some applications, but there are still several drawbacks.

**159 DECISION-ORIENTED INFORMATION**
Victor E. Millar
Despite their desire to plan for the information age, most ceos are hesitant—so far.

**166 COMPUTER II, PART I**
Francis Bacon
"Now is the Winter of our Disconnect," declares Lord ATT in this Elizabethan Tragedy of Divestiture.



**187 DATA ADMINISTRATION: IT'S CRUCIAL**
Arvind D. Shah
As liaison and arbiter between end users and dp, a DA group could make a database work.

**197 WANTED: EXPERIENCED KAMIKAZE PILOTS**
Frank Sweet
The complexities of a shared database demand a data administrator who's totally dedicated and maybe a little crazy.

## NEWS IN PERSPECTIVE

**48 GOVERNMENT**
Politics and policies.

**50 ARTIFICIAL INTELLIGENCE**
Prolog vs. Lisp.
An eye on AI.

**59 MARKETING**
IBM's new NDD.
Dealing with DOD.

**73 TELECOMMUNICATIONS**
Of lions and lambs.
SNA to SNA.

**78 TECHNOLOGY**
British fish for chips.
Speaking in tongues.

**84 ACQUISITIONS**
Shopping spree at Crowntek.

**85 MAINFRAMES**
Elxsi system debuts.

**86 NETWORKING**
P-System network software.

**88 USER EDUCATION**
Training for infocenters

**92 BENCHMARKS**

## DEPARTMENTS

6 LOOKING BACK
13 LOOK AHEAD
18 CALENDAR
23 LETTERS
35 EDITORIAL
201 PEOPLE
205 HARDWARE
219 SOFTWARE & SERVICES
235 SOURCE DATA
248 ON THE JOB
253 ADVERTISERS' INDEX
254 MARKETPLACE
256 READERS' FORUM

## INTERNATIONAL 200-1

- 3 GOING GLOBAL WITH WORLDWIDE NETS
- 9 MOVING INTO THE NETWORK MODE
-11 GETTING ON THE TDF TRACK

## OEM SUPPLEMENT 201-1

- 3 MY VENDOR, MY COMPETITOR
- 9 LISA'S FIRST DATE
-13 JUST WHAT THE DOCTOR ORDERED

COVER ILLUSTRATION BY BOB WEBER

GW-LT 422216

Exhibit 6
Page 126





**From the cutting edge
of NCR software engineering comes
NCR/SNA Systems Network Architecture**

If you are a computer manufacturer, or an OEM, there are two ways that you can implement SNA or X.25 on your systems:

• Do it yourself.
• Call NCR.

NCR systems engineers have developed portable communication products which can be easily implemented on a variety of processors and operating systems. These products allow for SNA communications, SNA network management and communication using X.25. Many of the products are immediately available, and could be ported onto most processors with minimum effort. And that's not all. NCR/SNA is backed by the resources and experience of an international company with a long background in data processing, and with the engineering technology that will keep it among the leaders.

In 1984, NCR will become 100 years young. If you are going to make a major investment in a strategic product, you'll want the innovative technology and service for which NCR has long been famous.

If you would like more information contact:

**NCR Corporation
11010 Torreyana Road
San Diego, California 92121
Phone (619) 452-1020**

If you are an NCR computer user, and would like to learn more about SNA implementation on NCR's Systems, contact your local Account Manager.

CIRCLE 6 ON READER CARD

## DATAMATION

Editor           Rebecca S. Barna
Senior Editor    Larry Marion
News Editor      John W Verity
Features Editor  Kenneth Klee
Copy Editor      Florence Lazar
Assistant News Editor      Michael Tyler
Assistant Features Editor  Deborah Sojka
Assistant Copy Editor      Harriet Sigerman
Assistant Editor           Lauren D'Attilo
Editorial Assistant        Donna Lyons
Copy Assistant             Eric Brand
**Bureau Managers**
  San Francisco   Edward K. Yasaki
  Los Angeles     Edith D. Myers
  Minneapolis     Jan Johnson
  Boston          R Emmett Carlyle
  Washington      Willie Schatz
Advisory Board   Lowell Amdahl,
  Howard Bromberg, Philip H Dorn,
  Joseph Ferreira, Bruce W Hasenyager,
  David Hebditch, John Imlay, Terry G Mahn,
  Angeline Pantages, Robert L. Patrick,
  Russell Pipe, Carl Reynolds, F. G. Withington,
  Amy Wohl
Contributing Editors   Pamela Archbold,
  Laton McCartney, Hesh Wiener

International Editor       Linda Runyan
European Managing Editor   Paul Tate
Technology Editor, Europe  Fred Lamond
Foreign Correspondents     John Lamb,
  London, James Etheridge, Paris, Peter Hidas,
  Oslo, Norman Kemp, Sydney, Australia

Art Director             Kenneth Surabian
Assistant Art Director   Susan M Rasco
Art Assistant            Catherine Kennedy
Production Manager       Geof McDonald
Assistant Production Manager   Bettye Wright

Publisher         James M. Morris
Executive Editor  John L Kirkley

**EDITORIAL OFFICES**
**Headquarters:** 875 Third Ave., New York, NY 10022 Phone (212) 605-9400, telex 429073 **New England:** 1 Chaucer St, RFD 2, Sandwich, MA 02563, (617) 888-6312 **Midwestern:** 3607 Garfield Ave. S, Minneapolis, MN 55409, (612) 827-4664 **Western:** 1801 S La Cienega Blvd., Los Angeles, CA 90035, (213) 559-5111, 2680 Bayshore Frontage Rd, Suite 401, Mountain View, CA 94043, (415) 965-8222 **International:** 130 Jermyn St, London SW14UJ, England, (441) 839-3916, telex 914911, 13 Stanley Place, Budd Lake, NJ 07828, (201) 691-0592, telex 499-4308

Circulation Vice President   Joseph J Zaccaria
Circulation Manager          Mary Agnes Glenister
Operations Manager           Patricia Adamo
Research Director            Laurie Schnepf

**Technical Publishing**
a company of
The Dun & Bradstreet Corporation

▽BPA Circulation audited
      by Business Publications Audit

☆ABP Member American Business Press, Inc

DATAMATION (ISSN 0011-6963) Magazine is issued monthly on or about the first day of every month Published by Technical Publishing, a company of The Dun and Bradstreet Corp , John K Abely, President, Executive, advertising, editorial offices, and subscription departments, 875 Third Ave., New York, NY 10022 Published at Lincoln, Nebr Annual subscription rates U S and possessions $42; Canada $60, Japan, Australia, New Zealand $100 Europe $90 air freight, $190 air mail All other countries, $90 surface, $190 air mail Reduced rate for qualified U S students, public and school libraries. $30 Single copy $4 in U S. Special Datamation/Dataguide issue $25. Sole agent for all subscriptions outside the U.S A and Canada is J B Tratsart Ltd. 154 A Greenford Road, Harrow, Middlesex HA13QT, England, (01)422-8295 or 422-2456 No subscription agency is authorized by us to solicit or take orders for subscriptions Second-class postage paid at New York, NY 10001 and at additional mailing office ©Copyright 1984 by Technical Publishing Co , a Division of Dun-Donnelley Publishing Corp , a company of The Dun and Bradstreet Corp. All rights reserved "Datamation" registered trademark of Technical Publishing Company Microfilm copies of Datamation may be obtained from University Microfilms, A Xerox Company, 300 No Zeeb Road, Ann Arbor, Michigan 48106 Printed by Foote & Davies/Mid-America POSTMASTER Send address changes to Datamation, 875 Third Ave nue, New York, NY 10022



SAS®—alwa
tool for IBM
and SSX us
System.
  You get a
library of re
to analyze
ing. SAS pr
VSE Power
stallation ta
duce summ
user resou
reports, yo
plotting an
use the line
  In additi
reports, th
manageme
sophisticat
planning
mance da
creating a

SAS is the registe

4 DATAMATION

GW-LT 422217

Exhibit 6
Page 127

Touch-sensitive terminals may be very sexy in the office, but whether they actually stimulate people to use computers is open to doubt.

# TOUCH SCREENS: BIG DEAL OR NO DEAL?

## by Michael Tyler

Chemical Bank's foreign exchange trading room is in a small corner on the sixth floor of the bank's lower Manhattan office building. In that room, some 30 traders virtually live on the telephone, buying and selling the currencies of the world. Each trader has about half a dozen crt terminals stacked in front of him, looking dangerously unstable and about to come crashing down on the mountain of paper that covers the remainder of the desk area. The terminals provide the latest foreign currency rates, stock market figures, business news, and other pertinent information.

The exchange moves quickly. When the right price for a certain currency is within reach, the trader must pounce with the speed of a leopard or wind up losing money. When he has the price he wants, he needs to telephone the broker he feels is in the best position to find a willing trade partner, negotiate the terms of the deal—amount, price, method of payment, etc.—and then record that information for posting on the exchange's ticker.

Yet for all the speed of the exchange, and all the computer terminals teetering atop the traders' desks, the Chemical Bank foreign exchange department is often overwhelmed by the slow, manual method by which deals are entered into the bank's computers and posted on the exchange, says Anthony P.R. Herriott, senior operations officer of the bank's treasury division. When a trader completes a deal, Herriott says, he is required to fill out a form listing the particulars of the deal and place it on a conveyor belt to another section of the room. There, data entry clerks receive the trade forms and key them into a 10-year-old Arbat system, which is connected to a PDP-11/70 across the street. The deal will be posted on the exchange after the PDP receives this information.

The process takes about 15 minutes from the time the trader completes the deal until the time he can see it posted on the ticker. That system worked well enough in 1973, when the exchange handled some 100 trades a day, Herriott says. The trader had enough time to fill out the form and place it securely on the conveyor, so that few trades were lost for very long. Now, says bank vice president John M. Wigzell, the same traders handle 1,000 trades a day, and often deal so quickly that they cannot write down all their trades on separate slips of paper. The result is that they keep a running list on a scratch pad, which intermediaries must then rewrite and stick on the conveyor; with a little luck, the paper reaches the other end and the data entry clerks key it correctly into the system. "We need a better system just to stay in the game," Herriott says.

A few miles uptown, Merrill Lynch and Co.'s Advanced Technology Development Department is developing new ways for the financial services firm's branch offices to improve the quality of information that reaches clients. The group is looking at videodisks, portable computers, teletext, touchscreen technologies, and just about anything else that may give the company a strategic advantage, says systems analyst David Rossien. Right now Rossien is examining several ways to provide clients with direct access to Merrill Lynch's databases in a controlled manner, so that they cannot make unauthorized entries or typographical errors.

Enter a small startup from Woburn, Mass., called Interactive Images Inc. Its first product—and its only product for the foreseeable future, according to president and founder Leonard I. Hafetz—is a hardware/software combination called Easel that might best be described as a user's front end to a computer terminal. It comes in several versions, each of which ultimately boils down to a color monitor with a touch-sensitive screen and a lot of software.

Both Chemical Bank and Merrill Lynch have acquired beta test Easels and are developing dedicated applications for the product. For each firm, the key factor in choosing Easel was the touch-sensitive screen. Indeed, more and more users are turning to touch-sensitive crts as "ergonomic" user interfaces. Says T.S. Springer, a senior associate with the Springer Associates consulting firm in St. Charles, Ill., "Manufacturers are realizing that computer devices are moving out of the clerical areas and into the managerial and executive areas, where keyboarding is not recognized as a high-status activity. The result is that manufacturers and users are turning to alternative methods of interacting with the computer." Fortunately, he says, the types of computer interactions often found on these levels lend themselves well to such alternatives. On the other hand, clerical functions such as word processing and data entry rely more on the keyboard.

The advent of touch-sensitive screens as alternatives to the keyboard has been heralded for several years, but only in the past few months have users and manufacturers begun to take them seriously. Easel was introduced last June, and the Hewlett-Packard HP 150—the first personal computer with a touch-sensitive screen—premiered in October. The sudden movement to touch-sensitive screens has raised the expectations of vendors such as Carroll Touch Technology, a Champaign, Ill., maker of touch screens. The day after the HP 150 was announced, Carroll Touch ceo Arthur B. Carroll told the *New York Times*, "I had a companywide celebration. I struggled for 10 years to get a stamp of approval on touch technology and they just did it."

**SCREENS' PAST A STRUGGLE** What Hewlett-Packard's announcement holds for the future of touch screens is arguable, but the past has indeed been a struggle. In the decade since touch screens first made their appearance in commercial products, business has grown slowly to a current industry volume of $10 million annually, Carroll says. Bart Goodmandson, the marketing manager at Sierracin Transflex, another touch panel vendor, tags the market at closer to $30 million; either way, the industry is microscopic.

Yet even for such a small industry, there is no shortage of vendors or technologies. About a dozen vendors currently provide touch systems based on any of four different touch technologies. The HP 150 uses an optical system, in which a user's finger interrupts crossing beams of infrared light. The beams are generated by LEDs just in front of the screen on two sides, and detected by pho-

GW-LT 422218

Exhibit 6
Page 128



zed as a high-
at manufactu
ernative meth
uter." Fortun
computer inter
levels lend the
ves. On the o
ch as word p
ly more on

-sensitive scree
ard has been h
only in the pa
manufacturers b
Easel was intr
wlett-Packard
omputer with
miered in Oct
o touch-sensiti
ations of vendo
nology, a Chan
screens. The da
ounced, Carro
oll told the Ne
anywide celebra
to get a stamp o
gy and they jus

ewlett-Packard's
nent holds fo
of touch screen
e, but the pas
. In the decad
de their appear
ts, business has
lustry volume of
roll says. Bar
ng manager at
ouch panel ven
to $30 million;
microscopic.
small industry,
lors or technol-
s currently pro-
any of four dif-
e HP 150 uses an
er's finger inter-
ared light. The
just in front of
letected by pho-

GW-LT 422219

Exhibit 6
Page 129

## About a dozen vendors provide touch-sensitive systems based on any of four technologies.

tosensors on the other two sides. The intersection of a vertical and a horizontal beam is a touch point.

A similar technology uses acoustic surface waves. Acoustic signals travel along a curved glass overlay that conforms to the shape of the crt. When the user touches the screen, his finger interrupts the echo pattern and a controller interprets the interruption to indicate which point on the screen was touched. TSD Display Products of Bohemia, N.Y., manufactures this type of device.

The third technology might best be called a capacitive sensing system, such as is found on AT&T Information Systems' touch-sensitive terminal. These products use a thin, transparent material that is fused onto predetermined areas of the crt face. When a user touches one of the areas, the capacitive value of that particular section changes, indicating that a touch has been made. The AT&T terminal has some 30 such areas.

The fourth technology, which is used on the Easel and Sierracin Transflex products, can be called a resistance membrane approach. A set of parallel electrodes is etched onto a sheet of Mylar; then, two of these sheets are stretched across the crt at right angles to each other, creating a grid of electrodes. When a finger presses on the outer of the two Mylar sheets, the sheets touch and short-circuit a pair of electrodes.

While all four technologies are designed for the same function, significant differences exist. The resolution—how many distinct areas the user can touch—differs dramatically for each approach. The smallest touch-sensitive area on the AT&T capacitive sensing terminal, for example, is about half an inch wide by an inch deep. Infrared systems are limited by the size of LEDs and photodetectors; the HP 150 uses a grid of 40 beams across by 27 down, which divides the 12-inch monitor into touchable areas about a quarter of an inch square. Acoustical methods provide similar resolutions. Resistive membrane touch panels, however, offer significantly higher resolutions, to the point where they can replace digitizing tablets. Easel's touchable resolution is 960 by 720 pixels, and a resistive membrane touch panel made by Elographics, in Oak Ridge, Tenn., can obtain a touchable resolution of 4,000 by 4,000—16 million distinct touchable areas, compared to 30 on the AT&T terminal.

Other differences exist as well. Optical, acoustic, and resistive membrane techniques can accept a finger, a pen, or any other device; capacitive sensing systems require a human finger with a known electrical charge. And with resistive membrane and capacitive sensing systems, the user must actually touch the screen with something, while for the other technologies merely pointing from a very close distance is fine.

After evaluating the technologies available, both Merrill Lynch and Chemical Bank chose the Easel system, which adds an authoring system, a programming language, and other software to a resistive membrane approach. A software feature that attracted both companies to Easel is a utility that allows programmers to disable areas of the screen at any time, much as a software program might disable keys on the keyboard. Both firms are using a cpu and monitor supplied by Interactive Images Inc., Easel's maker, although versions are currently available for the IBM Personal Computer and for mainframes running software from Applied Data Research in Princeton, N.J.

**INVESTOR INQUIRY SYSTEM**
Merrill Lynch is working on a client inquiry system through which clients will be able to walk into a branch office and find out how their investments are doing and what other avenues of investment might do. The Easel terminal would be tied into a Quotron or some other stock service, and would provide each client with the price of any stock or investment in which the client has an interest. Nonclients could query the prices of a couple of stocks to whet their appetites, but no more. "One of the things that Merrill Lynch sells to its customers is information and the access to information," Rossien says. "We don't want to give it away."

The firm's application takes advantage of Easel's selective touch sensitivity by restricting the kinds of input available to the customer; since there is no keyboard, the customer must follow the screen's directions and cannot tamper with the system or obtain unauthorized information.

The Merrill Lynch application is experimental. "We have one Easel, and it's on an approval basis," Rossien says. "If it doesn't work to our satisfaction, we'll return it to Interactive Images." If the product is approved by Rossien's group, it will be installed in a single branch in New York for a six-month tryout. If it is successful there, it will be offered to other branches, without obligation to accept any technology coming out of Merrill Lynch's advanced technology development labs.

Chemical Bank, on the other hand, is fully committed to converting its foreign exchange trading to Easel; it has attempted other ways of automating the process and consistently been dissatisfied, says Herriott.

"We tried electronic pens, tablets, voice input, you name it. But the tablets demand too much precision on the part of the trader, and the voice input products we tried couldn't separate the speaker from all the noise in the room."

His colleague Wigzell adds, "W were convinced that the only way to automa was to have the trader key in each trade. B the unfriendliness and structure of t keyboard is a big problem. We tried to u conventional means, but we need a breako technology."

The bank is in the process of impl menting a two-phase strategy that it feels w accomplish the breakout. The plan emplo Easel workstations programmed in the bank London office. Each workstation's screen divided roughly in half vertically. Lar touch-sensitive boxes at the top of the scre invite the user to declare the current transa tion a "buy" or a "sell"; at the botto similar boxes let the users deal, service, ca cel, log out, or lock out their screens. T right half of the screen lists key informatio about the current transaction, including buy bank, seller bank, currency, exchange ra (in dollars and the foreign currency), broke bank customer, exchange location, and met od of payment.

When the trader touches the screen one of these areas, a list of potentially val entries or a numeric keypad appears on th left half, inviting the user to choose the info mation needed on the right. For instanc when the user hits the "broker" cell on th right, a list of brokers appears on the left; th trader then hits the name of the broker to b involved in the current trade, and that info mation is entered into the system. For ex change rates and other numerical data, th user hits the proper cell on the right and the types in the numeric data on the keypad tha appears on the left. In this way, an entir transaction can be completed directly on th workstation. (A QWERTY layout can be calle up on the left for entry of nonstandard or rar names—an infrequently traded currency, fo example.)

In the first phase of Chemical's plan the Easel workstations will replace only th Arbat data entry system, while the rest of th trading system remains in effect, Wigzell says. Traders will still create blizzards of pa per, which will then be rewritten by interme diaries onto proper forms and sent along th conveyor to the data entry area. There, data entry clerks will enter the data on the Easel system. The primary gains in this phase of th operation are accuracy in listing trades and independence from other bank areas sharing the Arbat system, Herriott says.

In the second, more ambitious stage of the plan, the Easels will be installed on the traders' desks alongside the various other crts. The trader can then talk on the phone with a broker or customer and simultaneously enter the transaction information directly into the system. Once a trade is complete, Easel

GW-LT 422220

Exhibit 6
Page 130

can send it to the PDP-11 and out to the ticker. No more scratch paper, intermediaries, conveyor belts, data entry, or 15-minute lag between the transaction and its posting.

**INSTANT FEEDBACK ON TICKER** Reducing the number of transactions lost on the floor beneath the conveyor belt and providing virtually instant feedback on the exchange ticker are two advantages that appeal to traders, according to S. Waite Rawls, the bank senior vice president in charge of the New York trading operation. The system also provides other advantages to bank management, he says, some of which the traders may also appreciate.

Easel workstations used in the trading room, for example, will include cells that indicate what the trader's customer and trading limitations are, and how close he is to those limits. The trader can then incorporate this information, previously unavailable on-line, when making decisions about deals. "The faster and the better our traders can analyze the information at their disposal, the more money the bank can make," Rawls says. "Automation now is not a way of saving money but a weapon for profit."

Easel is also a way of managing the traders, which may not sit well with these independent-minded, free-spirited people. Managers can keep track of how individual traders are performing, Herriott says, and use the selective touch-sensitive facility to lock traders off their terminals if they are doing poorly. "We can finally establish some management control," he says. "We can police the traders and cut our losses." The same central control facility will enable trainees to begin trading in a controlled environment where their inexperience cannot cost the bank too much money; when the average amount of each transaction is $3 million, even a few minor errors can cost the bank a bundle.

Other users have begun integrating touch-sensitive screens into less traditional fields than banking and finance. Walt Disney's Epcot Center, several Manhattan office buildings, and many business hotels throughout the country use them as informational directories. People walk in off the street and ask the computer where a particular restaurant, exhibit, or office is. These information requests are particularly amenable to menu operation, and therefore to touch screens. For example, the crt could ask the user to touch a box labeled "restaurants," "night clubs," "theaters," or "sports," and then present a screen with more information on the chosen area.

Because of their usefulness to computer neophytes who are merely looking for information or following a menu, says Richard Peterson of Input, a market research firm in Saddle Brook, N.J., "the MIS reaction has been very favorable. A touch screen is a very effective vehicle to get people into a computer system."

Touch screens are also catching on in applications where the user simply does not have the time to hunt for keys, even if he is computer literate and uses computers all the time. Chemical Bank's traders, with their crts heaped precipitously atop their desks, certainly are computer literate, but they do not have the time to use a keyboard accurately. The American Stock Exchange in New York uses a similar system, in which a specialist can execute a trade by touching the order as it comes up on the screen. The user then touches the price and broker information, and the trade is completed.

Applications requiring rugged equipment that is amenable to menu-driven software are also prime targets for touch screens. Goodmandson of Sierracin Transflex reports a system his company developed with Litton and Westinghouse for the military. Generals operating command posts behind the front lines in a battle situation can deploy troops, tanks, and other forces using a touch-sensitive screen. Hafetz of Interactive Image notes that touch panels work well in industrial process control applications. In both of these applications, the potential for dirt and grime to pollute a keyboard is reduced since touch panels can be more hardy.



One of Chemical Bank's traders interacting with computer via touch screen.

**DRAWBACKS OF TOUCH PANELS** Yet touch panels are not without their drawbacks, and these may prove fatal to the fledgling industry. Parallax—in which the actual touch-sensitive area does not align exactly with the crt's image of where it should be—affects all touch-sensitive systems, but it is more of a factor in acoustic and infrared systems because the sensitive areas of those technologies are farther away from the crt face on which the image is seen. Unless the user sits directly in front of the screen at eye level, the area he thinks he has touched may not be the area he did in fact touch.

Capacitive sensing and resistive membrane touch panels are in effect part of the crt face, not separate from them, so the

GW-LT 422221

Exhibit 6
Page 131

# "People will always touch the screen. You have to ask what the cost of random interactions with the screen will be."

parallax effect is reduced; yet even with these technologies the thickness of the crt's face causes some parallax. Moreover, critics charge that resistive membranes have been known to slide slightly from their original location, also causing parallax.

The reliability of the various technologies has also been questioned. Acoustical systems are extremely sensitive and can be thrown off by dirt or small scratches in the surface of the crt screen. With optical systems, a pack of cigarettes falling from the top of the terminal can break the light beams as easily as an intentional touch, producing the same result as smashing a book against several keys on a keyboard. Capacitive sensing systems are inflexible; because the touch areas are fixed in size and location by the manufacturer, it is more difficult to modify software for touch input. In addition, critics claim that these systems do not hold up well in environments marked by temperature and humidity fluctuations. Finally, resistive membrane touch panels, because of the properties of Mylar, block out light from the crt, reducing the visibility and clarity of the screen itself. The resistive membrane overlays are also more delicate than the crt's glass face or other touch panel technologies, and can be damaged easily by careless users.

And users are careless, more so than they may realize. T.S. Springer of Springer Associates recalls that when IBM brought out an antireflection coating for its crts a few years ago, people touched the screen and got the residue on their fingers. The end result was not less glare but rainbows on every screen. "People will always touch the screen, whether it is touch sensitive or not," he says. "They point out information to a colleague, or point to the screen to compare specific items to a printout, or whatever. Manufacturers have to be aware of this and ask what the cost of random interactions with the screen will be."

Another potential drawback is that human interaction with touch panel crts is even more direct than it is with keyboard-based crts. While this may not bother managers who have been using terminals and personal computers happily for several years, it may scare away the very neophytes that touch terminals are supposed to attract. Says Paul Nesdore, an analyst with Datapro in Delran, N.J., "If a user isn't going to like a keyboard, he's not going to like actually having to touch the screen. You know, think about the radiation and the fear of injury and all that." (No such complaints have yet been registered, according to Janice Blood, a spokesperson for 9 to 5, the National Association of Working Women.)

Yet another negative factor is price. Touch panels, not including the crt, cost up to $1,000 each; no significant price differences exist among the four technologies. Joe Kelly, another Datapro analyst, says, "Terminals are too cheap and too laden with other features to support touch panels."

Many terminal makers agree, and have shied away from adding touch panels to their products. Burt Hochfeld, vice president of Raytheon Data Systems, says, "They're just too expensive. If we could buy a touch screen and make money on it, we would be doing it. The applications are there, but right now it's too expensive."

But perhaps the most important drawback to touch-sensitive terminals, at least in terms of gaining widespread acceptance, is the inherent restriction the technology places on which applications can be run. Says Rossien of Merrill Lynch, "Some applications make more sense than others, and some make less sense. One of the things we're doing is seeing whether applications we would want to use will make sense." Consequently, he adds, his company is moving cautiously on Easel and may eventually drop it entirely.

Says Kelly of Datapro, "Touch panels are only for very specialized applications. They have to be menu-driven, and they are slow. The currently available applications are as a result quite simplistic compared to what's available for a keyboard."

Springer adds, "You have to display meaningful information on the screen so that people can respond to it. It becomes difficult to replace the keyboard in applications like word processing, but it can be very good in replacing the special function keys."

**WORK WELL WITH MICROS** On some personal computer applications, touch screens can work well. Several microcomputer applications software vendors have already announced versions of their products that can take advantage of the touch screen on the HP 150. Peterson of Input notes, "You need to have the keyboard. You can use the two together very well. The touch screen with a keyboard can make a micro very easy to use, and yet very versatile."

In comparison, the touch screen's success in mainframe-based systems is more uncertain. Richard Telesca, a consultant with Aetna Life and Casualty in Hartford, Conn., says that his company experimented with Easel but dropped the product. "We weren't satisfied with the interface to the software we already have. It's too difficult to fit a touch screen to interface our existing CMS software; you need a system designed to work with touch to begin with."

Rossien of Merrill Lynch complains that touch screens present additional problems for programmers accustomed to working on traditional mainframe applications. "You really need intelligent software design, Easel, or other touch-sensitive products, demands a different mentality in programming. You have to know everything the user can possibly want to do at any time and be prepared to handle it in some way. When you lock out everything but the prescribed menu items and there is no keyboard to write a command, the user cannot get the system to do anything but what's presented. If he has a legitimate need for something else then you've failed in your software design."

The combination of these drawbacks and outside influences may doom the touch-sensitive terminal, analysts fear. Kelly says, "The touch screen's main advantage is for users who are unfamiliar with a keyboard and unwilling to become more familiar. But with microcomputers all over the place and at all levels of a corporation, people are more comfortable on the keyboard. That eliminates the main competitive advantage of the touch screen. They've been around a while, and they will continue to be around, but I don't think there's much interest in them."

His colleague Nesdore is even more pessimistic: "I just don't think the concept can make it today."

Springer notes that touch screens, even in applications designed for computer neophytes or computerphobes, may be eclipsed by other technologies. "Touch screens, I think, are only a stopping point in the evolution to voice input. Touch is currently a more sophisticated and well-developed technology than voice input, but voice input is more versatile and promising. When voice input comes around, touch screens will no longer be needed."

Even touch technology's greatest proponents admit that the future is not as bright as it once seemed. Chemical Bank, in plunging forward with Easel, clearly is optimistic about its effectiveness in automating the bank's foreign exchange area, and eventually, all similar transaction-oriented areas. Even still, vice president Rawls says, Chemical does not see Easel as an effective long-term strategy. "We'll be rolling it in over the next year and a half, but I wouldn't put even a five-year life span on it. I think it will be obsolete by then." The system can handle upwards of 2,000 to 3,000 trades per day—triple the current rate—but Rawls says that amount may not be sufficient and that the Easel system may not be able to deliver more because of touch technology's inherent slowness. "We may be on the leading edge for a few minutes, but not for long unless we keep going to new technology. Touch screens aren't going to be the newest technology for long, and we have to prepare for what comes next."    ✽

GW-LT 422222

Exhibit 6
Page 132



One of Chemical Bank's traders interacting with computer via touch screen

in Saddle Brook, N.J., "the MIS reaction has been very favorable. A touch screen is a very effective vehicle to get people into a computer system."

Touch screens are also catching on in applications where the user simply does not tanks, and other forces using a touch sensitive screen. Hafetz of Interactive Images notes that touch panels work well in industrial process control applications. In both of these applications, the potential for dirt and grime to pollute a keyboard is

GW-LT 422223

Exhibit 6
Page 133



GW-LT 422224

Exhibit 6
Page 134