UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>    Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>    Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 02-CV-2060 B (CAB)<br>        consolidated with<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**DECLARATION OF JOHN VERITY** |

My name is John Verity, and I declare:

1. I reside at 377 Vose Ave., South Orange, NJ 07079.

2. I am over the age of eighteen and I am competent to make this declaration. I provide this declaration based upon my own personal knowledge. I would testify to the facts set forth in this declaration under oath at trial.

3. I was employed at Datamation Magazine from approximately March 1981 to May 1987. During this time I held several positions. I held the position of News Editor at

Datamation Magazine in 1984.

4. Based upon my personal knowledge as News Editor at Datamation Magazine, in 1984 Datamation Magazine distributed more than 100,000 copies of each issue, including more than 100,000 for the issue distributed in January 1984.

5. Based on my personal knowledge as News Editor at Datamation Magazine, in 1984 it was the normal practice to print a date on the cover and on the table of contents page of each issue of Datamation Magazine indicating the month in which that issue was distributed to people and organizations on Datamation Magazine's distribution list.

6. I have reviewed Bates range GW-LT422215-222, which is a copy of an article that appeared in Datamation Magazine. This particular issue and this particular article was distributed during the month of January in 1984.

I declare under penalty of perjury under the laws of the United States of America and the laws of California and New Jersey that the foregoing is true and correct to the best of my knowledge.

This 30th day of March, 2007.

_____
JOHN VERITY