# EXHIBIT 11 HAS PURPOSELY BEEN OMITTED

**EXHIBIT 11**
**PAGES 201-214**