

Exhibit 13
Page 236



Exhibit 13
Page 237

PRINCIPLES OF INTERACTIVE COMPUTER GRAPHICS

Exhibit 13
Page 238

McGRAW-HILL
COMPUTER SCIENCE SERIES

HAROLD S. STONE
*University of Massachusetts*

Allen  *Anatomy of LISP*
Bell and Newell  *Computer Structures: Readings and Examples*
Donovan  *Systems Programming*
Feigenbaum and Feldman  *Computers and Thought*
Gear  *Computer Organization and Programming*
Givone  *Introduction to Switching Circuit Theory*
Goodman and Hedetniemi  *Introduction to the Design and Analysis of Algorithms*
Hamacher, Vranesic and Zaky  *Computer Organization*
Hamming  *Introduction to Applied Numerical Analysis*
Hayes  *Computer Architecture and Organization*
Hellerman  *Digital Computer System*
Hellerman and Conroy  *Computer System Performance*
Kain  *Automata Theory: Machines and Languages*
Katzan  *Microprogramming Primer*
Kohavi  *Switching and Finite Automata Theory*
Liu  *Elements of Discrete Mathematics*
Liu  *Introduction to Combinatorial Mathematics*
Madnick and Donovan  *Operating Systems*
Manna  *Mathematical Theory of Computation*
Newman and Sproull  *Principles of Interactive Computer Graphics*
Nilsson  *Problem-Solving Methods in Artificial Intelligence*
Rosen  *Programming Systems and Languages*
Salton  *Automatic Information Organization and Retrieval*
Stone  *Introduction to Computer Organization and Data Structures*
Stone and Siewiorek  *Introduction to Computer Organization and Data Structures:
    PDP-11 Edition*
Tonge and Feldman  *Computing: An Introduction to Procedures and Procedure-Followers*
Tremblay and Bunt  *Introduction to Computer Science*
Tremblay and Manohar  *Discrete Mathematical Structures with Applications to Computer
    Science*
Tremblay and Sorenson  *An Introduction to Data Structures with Applications*
Tucker  *Programming Languages*
Watson  *Timesharing System Design Concepts*
Wegner  *Programming Languges, Information Structures, and Machine Organization*
Wiederhold  *Database Design*
Winston  *The Psychology of Computer Vision*


McGRAW-HILL SERIES IN ARTIFICIAL INTELLIGENCE

*Consulting Editor*
Edward A. Feigenbaum, Stanford University

Allen  *Anatomy of LISP*
Feigenbaum and Feldman  *Computers and Thought*
Nilsson  *Problem-Solving Methods in Artificial Intelligence*
Winston  *The Psychology of Computer Vision*

Exhibit 13
Page 239





**Aircraft simulation**
A simulated view from the flight deck of an aircraft, used in training pilots. Thirty such images are generated each second in order to simulate motion realistically. (Courtesy Evans & Sutherland Computer Corporation)

**Realism in computer graphics**
A computer-generated still life illustrating the use of curved surfaces and shading. (Courtesy of Information International)

Exhibit 13
Page 240



# PRINCIPLES OF INTERACTIVE COMPUTER GRAPHICS

## Second Edition

WILLIAM M. NEWMAN
Xerox Corporation

ROBERT F. SPROULL
Carnegie-Mellon University

McGRAW-HILL BOOK COMPANY

New York   St. Louis   San Francisco   Auckland   Bogotá   Düsseldorf
Johannesburg   London   Madrid   Mexico   Montreal   New Delhi   Panama
Paris   São Paulo   Singapore   Sydney   Tokyo   Toronto

Exhibit 13
Page 241

Library of Congress Cataloging in Publication Data

Newman, William M         1939-
   Principles of interactive computer graphics.

   (McGraw-Hill computer science series) (McGraw-Hill series in artificial intelligence)
   Bibliography : p.
   Includes index.
   1. Computer graphics.   2. Interactive computer systems.   I. Sproull, Robert F., joint author.
   II. Title.

T385.N48  1979         001.55        78-23825
ISBN 0-07-046338-7

PRINCIPLES OF INTERACTIVE COMPUTER GRAPHICS

Copyright © 1979, 1973 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the publisher.

5 6 7 8 9 0 DODO 8 3 2 1 0

The editors were Charles E. Stewart and Frances A. Neal; the production supervisor was Dominick Petrellese. R.R. Donnelley & Sons Company was printer and binder.

Exhibit 13
Page 242

160 INTERACTIVE GRAPHICS



Figure 12-1 Positioning a symbol.

Thus how we use graphical input devices should not be influenced purely by the way we use pens and pencils. We should instead consider the following three factors when we write programs for these devices:

1. What is the user trying to do?
2. What input information does the application program need?
3. How can the display and computer help the user?

Each of these questions has many different answers according to the situation, and for each set of answers we program the input device in a different way. The result is that we develop certain programming techniques for the use of input devices in each environment.

Some of the more effective and well-tried techniques for graphic input are described in this chapter. These are the techniques from which the programmer must choose when he designs an interactive graphics application program. Through his choice of techniques he provides the user of the program with a set of commands, sometimes called a *command language*. Chapter 28 will discuss some of the issues involved in selecting this set of commands.

The techniques are described here as they appear to the user. Each description attempts to say a few words about the application areas in which the technique is useful and about the general level of computing resources needed to implement the technique. When nontrivial algorithms are involved in the implementation of a technique, they are described in the next two chapters.

The Use of Feedback

Many of the techniques described in this chapter make use of the display to provide an immediate response to the user's input action. We have already seen an example of such a technique in Chapter 11, in the use of a displayed cursor to help in the control of such input devices as the mouse and tablet. This is called *feedback* and is a very important ingredient of graphical interaction.

In many cases we shall find feedback employed to reduce the user's uncertainty about the effects of his actions. For example, if he presses a button, he may receive no response from the computer for several seconds. An immediate displayed confirmation saves him from wondering whether the button has malfunctioned. If he points to a symbol in order to erase it, he may

Exhibit 13
Page 243

GRAPHICAL INPUT TECHNIQUES 161

not be sure what other parts of the picture will be erased along with it. Graphical feedback can show him the parts that will be affected before he commits himself to the action. In either case if feedback were not provided, the user's uncertainty would of course eventually be dispelled, but his efficiency of interaction would be greatly reduced.

Graphical feedback does more than just reduce the user's uncertainty. In the case of cursor feedback, for example, feedback is an indispensable part of the input process. Feedback is also extremely important to novice users, who need additional responses to help them use an unfamiliar program. As the user becomes more experienced, many of these responses become unnecessary and can be omitted.

## 12-2 POSITIONING TECHNIQUES

Positioning, sometimes known as *locating*, is one of the most basic graphical input techniques. The user indicates a position on the screen with an input device, and this position is used to insert a symbol or to define the endpoint of a line. The need for positioning occurs very often in geometric modeling applications, where the user frequently wishes to define a new element of the model or to reposition an existing one.

Positioning involves the user in first moving the cursor or tracking cross to the desired spot on the screen and then notifying the computer by pressing a button or key. Most graphical input devices incorporate buttons or pressure-activated switches for this purpose. A single positioning operation can be used to insert a symbol, as shown in Figure 12-1, and two in succession can define the endpoints of a line (Figure 12-2). Other geometric constructions, such as rectangular boxes and arcs of circles, can be defined by sequences of two or more positioning steps.

Although graphical input devices provide the easiest method of positioning, it is nevertheless possible to position without one by using a keyboard-propelled cursor. A set of four keys may be assigned to step the cursor vertically and horizontally, and a fifth key can be held down to move it through larger steps (Figure 12-3).



Figure 12-2 Line endpoint positioning.

Exhibit 13
Page 244

Case 3:07-cv-02000-H-CAB   Document 70-16   Filed 11/30/2007   Page 10 of 10

## 28-1 COMPONENTS OF THE USER INTERFACE

The user interface divides naturally into four components. One of these underlies the other three: this is the *user's model*, the conceptual model formed by the user of the information he manipulates and of the processes he applies to this information. Without this model the user can do little more than blindly follow instructions, like an inexperienced cook following a recipe. The model enables him to develop, even with little or no knowledge of computer technology, a broad understanding of what the program is doing. With the model's help he can anticipate the effect of his actions and can devise his own strategies for operating the program. Sometimes the design of the user's model is simply a matter of simulating as closely as possible a real world system, so that the user need not develop any model of his own. This is what we would do, for example, in designing an aircraft pilot training system. This approach to the user's model does not always work, however, because simulation of the real world often proves inappropriate or difficult.

Once the user has understood the model, he needs *commands* with which to manipulate it. The system of commands we provide is called the *command language* and forms the second component of the user interface. Most of us are familiar with command languages, as many of the machines we use in everyday life—the pocket calculator, the copying machine, the typewriter—have quite extensive systems of commands. That we can learn to use these machines without being conscious of learning a language is a testimonial to the care put into the design of their command languages. Ideally our computer programs should have equally natural command languages.

The third component of the user interface is *feedback*, with which the computer assists the user in operating the program. Feedback comes in many forms: acknowledgement of receipt of commands, explanatory messages, indication of selected objects, and echoing of typed characters. Some forms of feedback are provided mainly to help inexperienced users and can be ignored by experts. On the other hand, some command languages are inherently dependent on feedback; graphical positioning commands, for example, almost always require cursor feedback on the screen in response to the movement of the positioning device.

Feedback helps the user to be sure that his commands are accurately received and fully understood by the program. It tells him little about their real effect. A fourth component, *information display*, is therefore necessary to show him the state of the information he is manipulating. Here we are concerned with organizing the displayed image to convey the information as effectively as possible. The image is a confirmation to the user that his model is correct, and we therefore design it in strict accordance with the model we have chosen: Where the model depends on realism, as in a flight simulator, we must strive for realism in the displayed image; where a more synthetic model is chosen, we may try to reinforce this model by means of well-chosen symbols and graphic imagery in the displayed information.

Exhibit 13
Page 245