```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF CALIFORNIA
 3
 4  LUCENT TECHNOLOGIES,      )  Case No. 02CV2060-B(CAB)
                              )          Consolidated with
 5          Plaintiff,        )          03CV0699-B(CAB)
                              )          03CV1108-B(CAB)
 6  vs.                       )          Related to:
                              )          06CV0684-B(CAB)
 7  GATEWAY, INC., et al.,    )
                              )  San Diego, California
 8          Defendants.       )
    _____)  Friday,
 9                                   May 11, 2007
                                     9:00 a.m.
10
11            TRANSCRIPT OF MOTION HEARING
         BEFORE THE HONORABLE RUDI M. BREWSTER
12            UNITED STATES DISTRICT JUDGE

13  APPEARANCES:

14  For the Plaintiff:
                              JOHN DESMARAIS, ESQ.
15                            ROBERT A. APPLEBY, ESQ.
                              JAMES MARINA, ESQ.
16                            Kirkland & Ellis, LLP.
                              153 East 53rd Street
17                            New York, New York 10022
                              (212) 909-3189
18
    For the Defendant:        W. BRYAN FARNEY, ESQ.
19                            JEFFREY B. PLIES, ESQ.
                              ANDREW N. THOMASES, ESQ.
20                            JOSHUA WALSH-BENSON, ESQ.
                              Dechert, LLP
21                            300 West Sixth Street
                              Suite 1850
22                            Austin, Texas 78701
                              (512) 394-3000
23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

*Echo Reporting, Inc.*

**EXHIBIT 16**
**PAGE 294**

```
                                                                    ii
 1  APPEARANCES (Cont'd.)

 2  For MicroSoft:              JUANITA A. BROOKS, ESQ.
                                Fish & Richardson
 3                              4350 La Jolla Village Drive
                                Suite 500
 4                              San Diego, California 92122
                                (858) 678-5070
 5
    For Dell:                   JOEL FREED, ESQ.
 6                              JOSEPH MICALLEF, ESQ.
                                Arnold & Porter
 7                              555 Twelfth Street, NW
                                Washington, DC 20004
 8                              (202) 942-5000

 9  Transcript Ordered by:      JOHN GARTMAN, ESQ.

10  Court Recorder:             Nancy Cablay/Jennie Hinkle
                                United States District Court
11                              940 Front Street
                                San Diego, California  92101
12
    Transcriber:                Carol Abbott/Jordan Keilty
13                              Echo Reporting, Inc.
                                6336 Greenwich Drive
14                              Suite B
                                San Diego, California  92122
15                              (858) 453-7590

16

17

18

19

20

21

22

23

24

25
```

*Echo Reporting, Inc.*

EXHIBIT 16
PAGE 295

```
                                                                    1
 1        SAN DIEGO, CALIFORNIA FRIDAY, MAY 11 2007  9:00 A.M.
 2                            --oOo--
 3        (Call to order of the Court.)
 4              THE COURT:  Would counsel please state your
 5   appearances for the record.
 6              MR. DESMARAIS:  Good morning, your Honor.  John
 7   Desmarais from Kirkland & Ellis, with Robert Appleby and
 8   James Marina for Lucent Technologies.
 9              THE COURT:  Appleby and -- you said Marinas?
10              MR. DESMARAIS:  Marina.  James Marina.
11              THE COURT:  Okay, I see it.  Thank you.
12              MR. FARNEY:  Good morning, your Honor.  Brian
13   Farney, Jeff Plies, and today, we have Andrew Thomases and
14   Josh Benson for Gateway.
15              THE COURT:  Thank you.  Yes, sir.
16              MR. FREED:  Good morning, your Honor.  Joel Freed
17   and Joe Micallef for Dell.
18              THE COURT:  Good morning to all of you.  We have
19   four summary motion or adjudication motions -- summary
20   judgment or adjudication motions this morning.  We also have
21   some not unexpected issues that we have to discuss with
22   respect to pending trials and as affected by the Supreme
23   Court's recent decision involving the scope of the
24   obviousness defense, and we're not ready right now to talk
25   about that because parties are coming in.  So, my suggestion
```

EXHIBIT 16
PAGE 296

*Echo Reporting, Inc.*

```
                                                                    48
 1  that.  The expert can say, you don't need motivation,
 2  teaching and suggestion, but here we've got it or we don't
 3  got it or he doesn't even need to mention it.  But, they
 4  don't need a new opinion.  They don't need new prior art.
 5  They don't need new obviousness combinations, which is where
 6  they're trying to go with this.
 7          THE COURT:  Well, now, I'm not so sure.  I'm not
 8  so sure about that, because I'm just -- I'm just thinking,
 9  if I were the Defendant, if I now -- if I now were not
10  hampered in finding prior art, by finding prior art to which
11  there was some teaching or some more obvious motivation to
12  reach out, now if I'm ready to -- I'm going to go out into
13  Tulle's and East Jesus and grab some over here, Timbuktu and
14  grab something over there, and God knows where and grab
15  something over there.  And then find some expert somewhere
16  to say, well, those are just obvious, the prior art that
17  should have been taken into account, and they don't have
18  that.  They haven't gone to Timbuktu and East Jesus because
19  they had to look for teaching and motivation.
20          So, I think that their chance to use it in your
21  description of what they're doing, to let them obfuscate a
22  little more, I think the Court's given them that license to
23  do that.
24          MR. FREED:  Your Honor, in addition to that, the
25  Court has given us --
```

*Echo Reporting, Inc.*

EXHIBIT 16
PAGE 297

```
                                                              52

 1          MR. FARNEY:  It's clearly changed the law.
 2   There's just no two ways about it, although I admire
 3   Ms. Desmarais for a creative argument.
 4          MR. DESMARAIS:  Talk to Judge Lory.  He agrees
 5   with me.
 6          THE COURT:  Let's get to the chase.  Whether he's
 7   right or wrong, whether you're right or wrong or whether I'm
 8   right or wrong really isn't the point.  The point right now
 9   is, what do I feel needs to be done to try this case fairly
10   and give everybody the due process that they're entitled to,
11   and I think that I'm required to give the Defendants the
12   opportunity to take another look at their prior art and see
13   whether there are any other prior art references that could
14   have been invoked before but weren't, and they want to bring
15   them into the game now.  And I think they're entitled to
16   that, And if they -- and also, I think both sides are
17   entitled to depose experts on -- I mean, to get reports from
18   them, and depositions.
19          MR. FREED:  Your Honor, we're also entitled to
20   take a new look at the art we already brought forward to be
21   able to say that that art has things in it that are in the
22   claims and it's doing the same thing in the claims as it is
23   in that art.  And we can say that, whereas, before, we had
24   to focus on whether there was a motivation or not to do
25   that.  Now, we don't have to focus on that.  We could say,
```

*Echo Reporting, Inc.*

EXHIBIT 16
PAGE 298