| | |
|---|---|
| 1 | Bryan W. Farney *(pro hac vice)* |
|   | Steven R. Daniels (SBN 235398) |
| 2 | Jeffrey B. Plies *(pro hac vice)* |
|   | DECHERT LLP |
| 3 | 300 W. Sixth Street, Suite 1850 |
|   | Austin, Texas 78701 |
| 4 | Telephone: (512) 394-3000 |
|   | Facsimile: (512) 394-3001 |
| 5 | |
|   | David J. Zubkoff (SBN 149488) |
| 6 | SELTZER CAPLAN MCMAHON VITEK |
|   | 750 "B" Street, Suite 2100 |
| 7 | San Diego, California 92101 |
|   | Telephone: (619) 685-3003 |
| 8 | Facsimile: (619) 685-3100 |

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000 H (CAB) |
| Plaintiff and Counter-Defendant, | **PROOF OF SERVICE** |
| v. | RE: GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | |
| Defendants and Counter-Claimants, | Date: January 7, 2008 |
| and | Time: 10:30 a.m. |
| MICROSOFT CORPORATION | Courtroom: 13, 5th Floor |
| Intervenor and Counter-Claimant. | Judge: Hon. Marilyn L. Huff |
| AND CONSOLIDATED CASES | |

1  I am a resident of the State of California, over the age of eighteen years, not a party to the within action, and am employed in Mountain View, Santa Clara County, California. On November 30, 2007, I served a copy of the following documents:

Filed electronically

**GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

**GATEWAY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

**DECLARATION OF JONATHAN D BAKER IN SUPPORT OF GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

**[PROPOSED] ORDER GRANTING GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

**PROOF OF SERVICE**

**BY FEDERAL EXPRESS:** Copies of said documents were delivered to the parties listed below by Federal Express on November 30, 2007.

Counsel for Lucent:

David H. Hahn
Sue Frost
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:    (619) 235-2100

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:    (858) 678-5070

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:    (213) 243-4199

**ELECTRONIC MAIL:**    Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
dhahn@hahnadema.com
sfrost@hahnadema.com

Counsel for Microsoft

marchese@fr.com
denning@fr.com
barnes@fr.com
brooks@fr.com
srodriguez@fr.com

Counsel for Dell

jfreed@mwe.com
Ali.Sharifahmadian@aporter.com
james_blackburn@aporter.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in MountainView, California.

　　　　　　　　　　　　　　　　　　　　/s/ Elena R. Rivera
　　　　　　　　　　　　　　　　　　　　Elena R. Rivera

13031000.1