James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for Dell Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br>     Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br>     Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br>     Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **NOTICE OF MOTION AND MOTION OF DELL INC. FOR SUMMARY JUDGMENT OF INVALIDITY ON THE ASSERTED CLAIM OF U.S. PATENT NO. 4,383,272 TO NETRAVALI, ET AL.** <br><br> Judge Marilyn L. Huff <br><br> Hearing: January 7, 2008, 10:30 a.m. <br> Location: Courtroom 13, 5th Floor |

- 1 -

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff and Counter-defendant, | ) |
| v. | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Defendants and Counter-claimants, | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Plaintiffs and Counterclaim-defendants, | ) |
| v. | ) |
| DELL INC., | ) |
| Defendant and Counter-claimant. | ) |

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on January 7, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101, defendant and counterclaim-plaintiff Dell Inc. ("Dell") will move, and hereby does move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, this Court for summary judgment of invalidity in favor of Dell and against plaintiff and counterclaim-defendant Multimedia Patent Trust ("MPT") on the asserted claim of U.S. Patent No. 4,383,272 to Netravali, et al., (the "Netravali patent").[1]  This motion is made on the grounds that the undisputed material facts establish that asserted claim 13 of the Netravali patent is invalid as obvious pursuant to 35 U.S.C. § 103.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declaration of James S. Blackburn in Support of Motions of Dell Inc. for Summary Judgment that the Asserted Claims of U.S. Patent Nos. 4,958,226, 4,383,272, 4,439,759, and 4,763,356 are Invalid and accompanying exhibits, each of which are concurrently filed herewith, the pleadings, records, and files in this action, any reply papers that may be filed, and upon such other and further evidence and argument as may be properly presented prior to and at the hearing on the Motion.

November 30, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: /s/James S. Blackburn
    James S. Blackburn
    james.blackburn@aporter.com
    Attorneys for Dell Inc.

---

[1] Microsoft Corporation and Gateway, Inc. also join in this motion.

- 3 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)