1  Bryan W. Farney *(pro hac vice)*
   Steven R. Daniels (SBN 235398)
2  DECHERT LLP
   300 W. Sixth Street, Suite 1850
3  Austin, Texas 78701
   Telephone:   (512) 394-3000
4  Facsimile:   (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN McMAHON VITEK
6  A Law Corporation
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone:   (619) 685-3003
8  Facsimile:   (619) 702-6827

9  Attorneys for Defendants and Counterclaimants,
   GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10 GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
   LLC, AND COWABUNGA ENTERPRISES, INC.
11

12                    **UNITED STATES DISTRICT COURT**

13                    **SOUTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| 16       Plaintiff and Counter-Defendant, | Case No. 02-CV-2060-B (CAB) Case No. 03-CV-0699-B (CAB) |
| 17  v. | Case No. 03-CV-1108-B (CAB) |
| 18  GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **DECLARATION OF ANDREW THOMASES IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)** |
| 21       Defendants and Counter-Claimants, | |
| 22  and | Date:       January 7, 2008 |
| 23  MICROSOFT CORPORATION | Time:       10:30 a.m. Courtroom:  13, 5th Floor |
| 24       Intervenor and Counter-Claimant. | Judge:      Hon. Marilyn L. Huff |
| 25  AND CONSOLIDATED CASES | |

27

28

DECLARATION OF ANDREW THOMASES IN                                CASE NO. 07-CV-2000-H (CAB)
SUPPORT OF GATEWAY'S MOTION FOR PARTIAL
SUMMARY JUDGMENT OF INVALIDITY OF U.S.
PATENT NO. 4,439,759 (FLEMING)

I, Andrew Thomases, declare as follows:

1. I am an attorney with the law firm Dechert LLP, which is counsel for Gateway, Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and Cowabunga Enterprises, Inc. ("Gateway").

2. I make this declaration in support of Gateway's Motion for Partial Summary Judgment of Invalidity Of U.S. Patent No. 4,439,759 (Fleming). This declaration is based on my personal knowledge and I would testify to the matters set forth in this declaration if called upon as a witness.

3. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 4,439,759. This document was marked as exhibit 15 at the deposition of Jake Richter taken on November 14, 2007.

4. Attached hereto as Exhibit 2 is a true and correct copy of Recommendation S.100: "'International Information Exchange for Interactive Videotex," CCITT Yellow Book, Vol. VII. Fascicle VII.2, Geneva, Switzerland, November 1980 ("Recommendation S.100") (GW-LT 433374 through 433415). This document was marked as Exhibit 19 at the deposition of Jake Richter taken on November 14, 2007.

5. Attached hereto as Exhibit 3 is a true and correct copy of a publication entitled "Dynamically Redefinable Character Sets - D.R.C.S.," G.O. Crowther, IEEE Transactions on Consumer Electronics, Volume CE-26, Issue 4, Nov. 1980, pp. 707- 716 (GW-LT 437609 through 437618). This document was marked as Exhibit 20 at the deposition of Jake Richter taken on November 14, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Court's Order Construing Claims For United States Patent Number 4,439,759, dated 11/15/2005. This document was marked as Exhibit 16 at the deposition of Jake Richter taken on November 14, 2007.

/ / /

/ / /

/ / /

7. Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the deposition of Jake Richter taken on November 14, 2007.

8. Attached hereto as Exhibit 6 is a true and correct copy of a publication entitled "Videotex: The Key Issues," Videotex Report Series, Report No. 1, Butler Cox & Partners Ltd., July 1980 (GW-LT 435262 through 435326).

9. Attached hereto as Exhibit 7 is a true and correct copy of the transcript of the deposition of Douglas O'Brien taken on November 20, 2007.

10. Attached hereto as Exhibit 8 is a true and correct copy of a publication entitled "International Videotex Standardization: A Canadian View Of Progress Towards the Wired World," Smirle et al., Viewdata and Videotex, 1980-81: A Worldwide Report, ©1980, pp. 271-280 (GW-LT 436045 through 436048 and GW-LT 436331 through 436340).

11. Submitted as Exhibit 9 to the Notice of Lodgment of Documents Submitted Under Seal is a true and correct copy of excerpts of a document entitled "Draft Home Information System Presentation Level Protocol Specification," dated April 14, 1981 (LUC 003903-003917) [Filed Separately].

12. Attached hereto as Exhibit 10 is a true and correct copy of United States Patent No. 4,439,761.

13. Attached hereto as Exhibit 11 is a true and correct copy of United States Patent No. 4,454,593.

14. Attached hereto as Exhibit 12 is a true and correct copy of United States Patent No. 4,396,989.

15. Attached hereto as Exhibit 13 is a true and correct copy of a publication entitled "Telidon, A Review," Bown et al., IEEE Communications Magazine, pp. 22-28, © 1981 (GW-LT 438166 through 438172).

16. Attached hereto as Exhibit 14 is a true and correct copy of a publication entitled "A Perspective On The Development Of Videotex In North America," O'Brien et al., IEEE Journal On Selected Areas in Communications, Vol. SAC-1. No. 2, February 1983 (GW-LT 437685 through 438172).

DECLARATION OF ANDREW THOMASES IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)

2

CASE NO. 07-CV-2000-H (CAB)

17. Attached hereto as Exhibit 15 is a true and correct copy of the Supplemental Expert Report of Dr. Robert G. Wedig On The Invalidity of U.S. Patent No. 4,439,759. This document was marked as Exhibit 100 at the deposition of Robert G. Wedig taken on October 23, 2007.

18. Attached hereto as Exhibit 16 is a true and correct copy of the transcript of the deposition of Robert G. Wedig taken on October 23, 2007.

19. Attached hereto as Exhibit 17 is a true and correct copy of the transcript of the deposition of James Foley taken on November 7, 2007.

20. Attached hereto as Exhibit 18 is a true and correct copy of a publication entitled "Color Table Animation," Richard G. Shoup, Xerox Palo Alto Research Center, Palo Alto, CA, ©1979 (GW-LT 442520 through 442525).

21. Attached hereto as Exhibit 19 is a true and correct copy of a publication entitled "Color Map Techniques," Kenneth R. Sloan, Jr., Christopher M. Brown, Computer Graphics and Image Processing 10, pp. 297-317, ©1979 (GW-LT 254266 through 254286).

22. Attached hereto as Exhibit 20 is a true and correct copy of the Supplemental Rebuttal Expert Report of Jake Richter, dated October 12, 2007. This document was marked as Exhibit 17 at the deposition of Jake Richter taken on November 14, 2007.

23. Attached hereto as Exhibit 21 is a true and correct copy of excerpts of the Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent Number 4,439,759, dated March 31, 2006.

24. Attached hereto as Exhibit 22 is a true and correct copy of the Declaration of Jake Richter in Support of Lucent's Combined Opposition to Defendant's Motions for Summary Judgment Concerning U.S. Patent No. 4,439,759, dated April 12, 2007.

25. Attached hereto as Exhibit 23 is a true and correct copy of Draft Recommendation S. 100, "International Information Exchange For Interactive Videotex," (Final Meeting, Montreal, June 1980) (MSLT_1234880 through 1234929). This document was marked as Exhibit 21 at the

///

///

1  deposition of Douglas O'Brien, taken on November 20, 2007.

2      I declare under the penalty of perjury under the laws of the United States of America that
3  the foregoing is true and correct.

4

5  Dated: November 30, 2007

6

7  _____
               Andrew Thomases

DECLARATION OF ANDREW THOMASES IN
SUPPORT OF GATEWAY'S MOTION FOR PARTIAL
SUMMARY JUDGMENT OF INVALIDITY OF U.S.
PATENT NO. 4,439,759 (FLEMING)

4

CASE NO. 07-CV-2000-H (CAB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## TABLE OF CONTENTS

| Exhibit No. | Pages |
|---|---|
| 1 | 1-22 |
| 2 | 23-64 |
| 3 | 65-74 |
| 4 | 75-83 |
| 5 | 84-154 |
| 6 | 155-219 |
| 7 | 220-317 |
| 8 | 318-331 |
| 9 | 332-346 |
| 10 | 347-366 |
| 11 | 367-383 |
| 12 | 384-393 |
| 13 | 394-400 |
| 14 | 401-407 |
| 15 | 408-491 |
| 16 | 492-539 |
| 17 | 540-624 |
| 18 | 625-630 |
| 19 | 631-651 |
| 20 | 652-673 |
| 21 | 674-720 |
| 22 | 721-728 |
| 23 | 729-778 |

13024362.1

DECLARATION OF ANDREW THOMASES IN
SUPPORT OF GATEWAY'S MOTION FOR PARTIAL
SUMMARY JUDGMENT OF INVALIDITY OF U.S.
PATENT NO. 4,439,759 (FLEMING)

5

CASE NO. 07-CV-2000-H (CAB)