# DYNAMICALLY REDEFINABLE CHARACTER SETS—D.R.C.S.

G. O. Crowther
Mullard Limited
New Road, Mitcham, Surrey, U. K.

DFD/PLF. EXHIBIT __20__ FOR I.D.
PAGE __1__ __10__ PAGES
LISA SOMME
DATE __11-14-07__
WITNESS __S. Richter, V.II__

## 1. INTRODUCTION

D.R.C.S. is potentially the most powerful and cost effective editorial addition to the Teletext and Viewdata services of all the refinements that have been discussed and proposed at various committees on these new public services.

D.R.C.S. not only gives unlimited extensions to the character repertoire but also gives the possibility of sophisticated graphics as illustrated by Figures 9, 10, 11.

Up to the present most of the Teletext and Viewdata systems have been based on the concept that text and a limited graphic capability are transmitted and stored in the decoder in a coded form usually based on one of the ISO codes. These codes are converted into a visual display by means of a read only memory in which the visual shape of the character to be displayed is stored as a dot pattern within a fixed matrix. The technique leads to a very economic decoder provided the repertoire of character shapes to be stored are limited. The present-day decoders have approximately 100 characters and, in the future, up to 500 should be economic. In this context the ISO repertoire for Latin-based alphabets is approximately 400 characters.

In setting-up a Viewdata or Teletext standard, the difficulty arises in selecting the repertoire of characters and symbols within a specific economic limit. The D.R.C.S. concept allows the editor to define up to say 100 additional characters which are employed as part of the graphic repertoire for a specific page or group of pages in the normal way.

Examples of when D.R.C.S. can be of great value are languages, (Russian, Greek, Japanese, Chinese, etc.), company emblems or logograms, mathematical symbols, specific symbols for timetables, and drawings such as the cube in Figure 9.

In essence, the D.R.C.S. transmission is a number of facsimile transmissions each over the limited area of the character matrix.

These matrix blocks can be positioned on the screen under the control of the editor either individually or in groups to form a total picture.

The D.R.C.S. concept involves two specific stages in transmission:-

(1) The downloading of the dot pattern of each matrix and the allocation of a code to the matrix. (It should be noted that the codes form part of the normal text coding structure but are not uniquely allocated for all time but are applicable only for the associated page or pages.

(2) The normal page transmission in which the codes defined above will be designated for display at specific locations on the screen.

The order of transmission will probably be the same as that implied above. It is recognised that a mixed transmission may also have advantages for Viewdata.

1980 Chicago Spring Conference         0098-3068/80/0707-0716$00.75©1980 IEEE

GW-LT 437609

Exhibit 03
Page 65

708                                           IEEE Transactions on Consumer Electronics, Vol. CE-26, November 1980

The six problems which have to be addressed in setting-up a standard for D.R.C.S. are as follows:-

(1) The matrix structure

(2) The coding of the matrix transmission

(3) The allocation of codes to the D.R.C.S. matrix within the normal text coding

(4) Compatibility between all levels of decoders

(5) The decoder cost implications

(6) Compatibility for Viewdata and Teletext.

2. DECODER DESIGN FOR D.R.C.S.

The block diagram shown in Figure 1 shows the main structure of a Teletext/Viewdata decoder incorporating D.R.C.S.



"SYSTEM FOR SOURCE DEFINED CHARACTERS"

Figure 1

In normal use the source programmed ROM will be idle. Data from either source (Viewdata/Teletext) will be stored in the Data Memory in coded form. The information is then converted as required by the fixed character ROM into a video signal for display.

In the case of a page containing D.R.C.S., the D.R.C.S. data is first transmitted and stored in a memory which is labelled Source Program ROM. The coded information for the page is then transmitted and stored in the Data Memory in the normal way. For display both the fixed and source defined ROM will be employed to create the display signal. The choice of ROM will depend on the code stored in the Data Memory.

The size of the random access memory employed as the source defined ROM will depend on the number of characters to be stored and the character matrix chosen.

In general it will require between 1k8 and 1k16 of memory. It is this small increment in cost which is the attractive feature of D.R.C.S.

3. THE MATRIX STRUCTURE

The choice of matrix structure is perhaps the most important aspect of the D.R.C.S. concept and the subject of most disagreement within the standards committees.

The reason for the disagreements is that the choice of matrix dot pattern for D.R.C.S. also imposes this same matrix on the internal pre-programmed matrix for the bulk of the text display. This factor removes an important design criterium from decoder design. The optimum matrix will depend on a wide range of factors such as:-

(1) The display device
   Flat panel devices present and future colour picture tubes, etc.

(2) Associated drive circuit bandwidth
   Set-top adaptors, Video drive circuits, i.e. technology, etc.

(3) The viewing conditions
   Distance, light levels, etc.

The so-called 6/12 dot proposal described in this paper retains the maximum flexibility for the future enhancements whilst remaining within the present bandwidth

GW-LT 437610

Exhibit 03
Page 66

constraints set, for instance, by the set-top adaptor requirements.

Two matrix dot patterns are illustrated in Figure 2, one based on a 6 X 10 matrix and the other on a 12 X 10 matrix. The resolution in the vertical direction is determined by the raster of the T.V. display. For the present discussions it will be assumed to be 10 although alternatives will be discussed later. It is the resolution in the horizontal direction which is of greater importance and has constraints set by the bandwidth and viewing conditions.



"COMPARISON BETWEEN CHARACTERS ON 6 DOTS AND 12 DOTS"

Figure 2

The 6 dot pattern represents the minimum that can be employed for the Latin-based alphabet and is set by the letter m which requires five plus one dots for inter-character spacing. It should be noted that the mosaic or block graphics facility employs 2 X 3 matrix.

It has been shown that the 6 dot pattern can be employed in a wide variety of applications without serious bandwidth restrictions. Set-top adaptors which impose the most serious limitation on bandwidth are able to accept the video signal of a 6 dot matrix.

Furthermore, the 6 dot pattern may be employed to give 80 characters across a row on more advanced colour picture tubes. This gives the possibility of displaying two pages side by side.

The only criticism of the 6 dot pattern has been that the shape is aesthetically poor. It has been shown that improvements can be achieved in character shape by increasing the number of horizontal dots in the character matrix. Both 8 and 10 dots have been proposed. Both proposals give an improvement to the character shape but do not essentially cure the step nature of diagonals. At the same time the bandwidth has been proportionately increased and even at 8 dots will cause problems for set-top adaptors.

The 12 dot approach described in this paper retains the basic bandwidth of the 6 dot system whilst giving greater flexibility in character shape than can be achieved by any of the other proposals.

In the 6/12 dot proposal any vertical line in either the foreground or background colour should normally consist of two or more dots. Thus, the bandwidth of the video signal is the same as for the six dot pattern. The improved character shape results from the displacement of the dot pattern by one dot either to the left or the right on two adjacent scan lines as shown in Figure 2. This technique immediately eliminates the step nature of a diagonal which is the objectionable aspect of all the lower dot patterns.

The 12 dot pattern also permits three dots for either a vertical bar or space. The latter, in particular, enhances the readability at a distance.

In the normal usage of the 12 dot pattern considerable advantage can be achieved by utilising the full 12 dot resolution such as the points in the letters N and M.

GW-LT 437611

Exhibit 03
Page 67

710                                                                IEEE Transactions on Consumer Electronics, Vol. CE-26, November 1980

Although these strictly cannot be resolved by the lower bandwidth systems the visual effect is still good. The amount of high frequency energy is also very small.

The other application of the full 12 dot resolution is to achieve a grey scale such as is employed for the cube in Figure 9. Finally, for the future the 12 dot capability gives plenty of scope for high definition pictures.

Returning now to the question of the vertical resolution. To a very large extent this is determined by the raster pattern of the T.V. system. A small compromise can be made between the number of rows of data and the number of raster lines allocated to the character matrix. It is generally agreed that 10 raster lines per character matrix is the best compromise although 12 or 13 would be better for accented characters. If allowance is now made for overscan this permits 24 rows on a 625 line system and 20 rows on a 525 line system.

There is, however, considerable pressure to try to achieve uniformity between display formats in the two systems (525/625). It has been demonstrated that by employing a compression technique a 10 line display can be reduced to 8 whilst still retaining good readability. This approach gives 24 row display on a 525 line system and complete display compatibility between 625 and 525 line systems.

To conclude, therefore, the 10 line concept appears to meet all requirements but it should be noted that the D.R.C.S. proposal made in this paper is not constrained to the 10 lines format and any other resolution could be adopted within the concept.

3.1 Colour Mode

In the above description the character matrix is assumed to be divided into the foreground or background. Each of these areas can be given one of the eight colours of the basic system.

In many applications it is desirable to be able to define the colour of each individual dot in the matrix (Pixel). This can be achieved by the colour mode within the coding scheme of the 12 dot transmission.

Figure 3 shows the matrix of the character in the colour mode. It is a 6 (horizontally) by 5 or 10 (vertically) matrix in which the colour of each Pixel is defined by four bits. Four bits were chosen since in the 6 X 5 colour mode this gave the same decoder memory requirements as the basic 12 X 10 system.

In the 6 X 10 colour mode the number of characters stored will be halved. Alternatively, the memory could be doubled for specific applications. In its simplest form the four bits can be used to define one of the eight basic colours and two levels of intensity. However, it is felt that by a simple extension of the system the four bits could be employed to define up to sixteen adaptively defined colours.



6 DOTS

LOW DEFINITION: 5 LINES
HIGH DEFINITION: 10 LINES

EACH DOT IS DEFINED BY 4 BITS IN THE DRCS MEMORY AND SO MAY HAVE ONE OF 16 DIFFERENT STATES. THE STATES ARE DEFINED ACCORDING TO THE COLOUR MODE FOR THE CELL.

"COLOUR MODE DRCS"

Figure 3

GW-LT 437612

Exhibit 03
Page 68

To achieve the adaptive colours it is proposed to transmit codes as part of the D.R.C.S. data defining the colours to be employed in the particular picture. The 16 colours would be chosen from a larger colour chart. The colours would be coded simply by allocating either 4 levels (2 bits) or 16 levels (4 bits) of intensity for each of the three primary colours. These codes of the 16 pre-defined colours would be stored in memory as shown in Figure 4.

## 4. CODING OF THE MATRIX TRANSMISSION

The downloading of the dot pattern has to conform to the normal seven or eight bit transmission of the main service. It is also desirable that it conforms to the ISO coding structure.

In the 6/12 dot proposal this can readily be achieved as shown in Figure 5 in which the normal ISO format seven bit code table has been reproduced. This simple relationship is very difficult to achieve in the eight and ten dot proposals.

In the code table columns 2 through to 5 have been reserved for transmitting the dot pattern and the 64 codes give all possible combinations of 6 dots. The remaining codes in columns 6 and 7 are reserved for status and instructions during the downloading.



"ADAPTIVE COLOUR MODE"

Figure 4



"DRCS CODE TABLE ALLOCATION"

Figure 5

In operation as the Pixel data was read from the main D.R.C.S. memory the 4 bit code of each Pixel would be converted into one of the 16 pre-selected colours.

This facility gives the possibility of a relatively high definition employing 16 pastel colours from a large colour table.

The memory required for the colours can be accommodated in the main D.R.C.S. memory.

There is a simple relationship as shown in Figure 6 between the transmitted code and the displayed dot pattern. This is of particular importance in Teletext since no complex processing will be required.

GW-LT 437613

Exhibit 03
Page 69

IEEE Transactions on Consumer Electronics, Vol. CE-26, November 1980

The interleaving of the two transmissions has been done to retain maximum flexibility. It allows a simple six dot pattern to be transmitted and correctly interpreted by the decoder by using a single code transmission for each row of the matrix. This can be of great importance if transmission time is an important parameter.

It also permits a decoder to default simply from the twelve to a six dot pattern. This allows the design of a minimum cost decoder and also permits the more advanced decoder to display two pages simultaneously on the screen.

4.1 The Transmission Sequence

The transmission sequence of the D.R.C.S. has again to be taken in two stages. The first is to establish with the decoder that the codes are to be interpreted as D.R.C.S. rather than the normal alpha-numeric meaning and secondly the order of transmission of D.R.C.S. themselves.



"CORRESPONDENCE BETWEEN DATA BYTES AND DOT PATTERN"

Figure 6

The complete twelve dot pattern is transmitted by sending two seven bit codes. The relative allocation of dots in the dot matrix is shown in figure 7.

The initiation procedures are likely to be different for both Viewdata and Teletext. In the case of Viewdata, the downloading process is initiated and terminated according to draft international standard ISO 6429 TC97 SC2 number 915 employing the device control string (DCS) and string terminate ST control characters.

Following the initiation character (DCS) a sequence of codes which still have to be agreed by ISO but will probably include statements on the following items:-

(1) The data is D.R.C.S.

(2) The specification of the final bit combination to be employed in designating escape sequences

(3) The block length

(4) The maximum depth of dot matrix to be transmitted

"BASIC DRCS DOWN LOADED DOT PATTERNS"

Figure 7

GW-LT 437614

Exhibit 03
Page 70

(5) Request acknowledgement that the terminal can receive the data.

Once the acknowledgement has been completed the downloading will commence.

In Teletext the initiation process for D.R.C.S. has to be different since the Teletext system is not interactive. Therefore, no acknowledgement is possible and the Data source cannot receive information on the ability of the decoder to receive the D.R.C.S. downloading.

In the case of Teletext it is proposed to employ the linked page concept described in an associated paper by J. Chambers of the B.B.C.[1]. The linked page will contain the D.R.C.S. data and will be given a pseudo page number or numbers also defined in the above paper.

The decoder will be able to determine automatically from this procedure whether to accept the page or not and give an appropriate indication to the user.

The downloading procedure will be identical for both systems and the decision tree is shown in Figure 8. The codes for the decision process are contained in colums 6 and 7 of the D.R.C.S. code table. A proposed allocation of the codes is given in Table I. Included in these codes are transmission compression codes (the repeat functions). These will probably only be applied in the Viewdata mode. The downloading of the dot patterns will be performed row by row of the dot matrix (i.e. two bytes per row) starting at the top and finishing at the bottom.



"LOGIC TREE FOR DOWN LOADING DRCS"

Figure 8

The D.R.C.S. initiation procedure will have defined whether the characters to be downloaded should be regarded as a $G_0$, $G_1$, $G_2$ or $G_3$ set. The characters are allocated codes within the specified code table by the order of transmission. The starting code is sent as part of the initiation process. From the start code the codes are allocated sequentially down a column. Once one column is completed the next highest column will be filled until all characters have codes allocated.

5. CONCLUSIONS

The advantages of the 6/12 dot D.R.C.S. Proposal are summarised in TABLE II.

The full performance system is a very cost effective addition to the Teletext service. It gives the editor and viewer a wide range of additional features some of which are illustrated in Figures 9, 10 and 11. These features have all been achieved with the addition of 1k16 of memory, the same memory requirement as that for the basic parallel attribute decoder.

GW-LT 437615

Exhibit 03
Page 71

714                                                              IEEE Transactions on Consumer Electronics, Vol. CE-26, November 1980



"CUBE"
Figure 9



"JAPANESE LETTERS" (or Chinese!)
Figure 11



"MAN'S FACE"
Figure 10

GW-LT 437616

Exhibit 03
Page 72

Crowther: Dynamically Redefinable Character Sets-D. R. C. S.   715

| | | |
|---|---|---|
| 6/0 | Basic D.R.C.S. | |
| 6/1 | Colour mode | |
| 6/2 | Low definition | |
| 6/3 | High definition | |
| 6/4 | 1st dot set | |
| 6/5 | 2nd dot set | |
| 6/6 | Colour RGB | |
| 6/7 | Adaptive colour from a 64 colour matrix | |
| 6/8 | Adaptive colour from a 4096 colour matrix | |
| 6/9 | Start address | |
| 7/0 | Colour bit delimiter 1 | |
| 7/1 | Colour bit delimiter 2 | |
| 7/2 | Colour bit delimiter 3 | |
| 7/3 | Colour bit delimiter 4 | |
| 7/4 | End of character | |
| 7/8 | Repeat 2 times | The last received dot information is repeated twice |
| 7/9 | Repeat 3 times | As above |
| 7/10 | Repeat 4 times | As above |
| 7/11 | Repeat 5 times | As above |
| 7/12 | Repeat 6 times | As above |
| 7/13 | Repeat 7 times | As above |
| 7/14 | Repeat 8 times | As above |

TABLE I

"ALLOCATION OF CODES IN COLUMNS 6 AND 7"

1. GOOD PERFORMANCE FOR NORMAL CHARACTERS.
2. TWO COMPATIBLE RESOLUTIONS: 6 DOT AND 12 DOT.
3. HIGH RESOLUTION 16 COLOUR PER PIXEL MODE.
4. 80 AND 40 CHARACTER PER ROW DISPLAYS.
5. BANDWIDTH OPTIMUM FOR ANTENNA INJECTION.
6. CODING WITHIN NORMAL 7-BIT TABLE.
7. ALL MODES POSSIBLE WITHIN SINGLE DISPLAY.

TABLE II

"ADVANTAGES OF 12 DOT DRCS SYSTEM"

GW-LT 437617

Exhibit 03
Page 73

716                                                                                       IEEE Transactions on Consumer Electronics, Vol. CE-26, November 1980

## BIOGRAPHY

G. O. Crowther received the B.Sc. in Engineering from Imperial College, London. He joined Mullard Limited in 1950 in their application laboratory. His present position is coordinator of consumer electronics in the Mullard Application Laboratory with responsibilities for the applications of all components to television, radio, audio, and domestic appliances. He has a prime role within Philips for Teletext and Viewdata. His experience includes work on radiation monitoring equipment, simple control systems, electronic telephone exchanges, calculators, nano-second logic systems, computer interfaces, and consumer electronics. He has been part of and contributed to the evolution of Teletext and Viewdata since their initial conception some seven years ago.

Mr. Crowther has some 20-30 patents on a wide range of subjects and a similar number of papers and lectures to learned bodies and magazines.



G. O. Crowther.

GW-LT 437618

Exhibit 03
Page 74