VIDEOTEX REPORT SERIES

GW-LT 435262

Exhibit 06
Page 155



# VIDEOTEX
## REPORT SERIES

**1** Videotex:
The Key Issues

AZ674.4
.V5236
1980

Butler Cox & Partners Limited

GW-LT 435263

Exhibit 06
Page 156



LINDA HALL LIBRARY



LINDA HALL LIBRARY

3 3690 00500 0921

**GW-LT 435264**

**Exhibit 06
Page 157**

**VIDEOTEX REPORT SERIES**

**REPORT NO 1**

# VIDEOTEX: THE KEY ISSUES

**Issued July 1980**

Technical
Lib...
P.O. Box ...
OTTAWA, Ontario ...

**Butler Cox & Partners Limited**
Morley House
26-30 Holborn Viaduct
London EC1A 2BP
England
Telephone: 01-583 9381

Butler Cox & Partners Limited
© Reproduction by any method in society prohibited

GW-LT 435265

Exhibit 06
Page 158

Z674.4
.V5236
|480

GW-LT 435266

Exhibit 06
Page 159

# THE VIDEOTEX REPORT SERIES

The Videotex Report Series is a programme of ten reports researched, written and published by Butler Cox & Partners.

The aim of the Series is to track and analyse the development of videotex systems worldwide during 1980 and 1981: two years which will form an important formative period.

Each report addresses a specific topic. In addition to the carefully researched material, the reports contain a completely independent assessment of the trends and implications.

The Series is intended solely for the benefit of subscribers. Reproduction in any form, or communication of the findings to any other party without the prior consent of Butler Cox, is expressly forbidden.

LINDA HALL LIBRARY
Kansas City, Mo

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435267

Exhibit 06
Page 160

Photoset and printed by Flexiprint Ltd, Worthing, West Sussex

GW-LT 435268

Exhibit 06
Page 161

# CONTENTS

INTRODUCTION .................................................................. 1

CHAPTER 1    MARKET ISSUES: DETERMINANTS OF THE
MARKET RESPONSE ........................................ 2

VIDEOTEX SERVICES AND TARGET MARKET SECTORS. .......................... 2
Four classes of service ........................................................ 2
Residential and business market sectors ....................................... 3
Public and private videotex .................................................... 4

THE MARKET DEMAND FOR VIDEOTEX ........................................ 5
Evidence and uncertainties of demand in the residential marketplace ............... 5
Applications and services for the residential marketplace ......................... 7
Applications and services for the business marketplace ........................... 10

THE MARKET RESPONSE TO VIDEOTEX .......................................... 12
Users' perceptions of attractions and counter attractions ......................... 12
Service quality as a determinant of market response ............................. 13
Price as a determinant of market response ...................................... 13

THE EFFECT OF COMPETING SYSTEMS ON THE PROSPECTS FOR VIDEOTEX ...... 15
Competition in the residential marketplace ..................................... 15
Competition in the business marketplace........................................ 16

CHAPTER 2    TECHNICAL ISSUES: TERMINALS, SYSTEMS
AND INTERWORKING .................................... 18

ADAPTING TVs TO WORK AS TERMINALS ........................................ 18
TVs as terminals: price and performance issues ................................. 18
Choice of page format: European and North American differences. ................. 19
Adapting TVs: integral vs external adaptors ..................................... 22

SYSTEMS RIVALRY AND THE STANDARDISATION ISSUE .......................... 24
Rivalry between systems....................................................... 24
Alphamosaic systems ......................................................... 25
Dynamically redefinable character sets ......................................... 26
Alphageometric systems ....................................................... 27
Alphaphotographic systems .................................................... 28
The pictorial representation debate............................................. 28

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435269

Exhibit 06
Page 162

**CONTENTS — CHAPTER 2 CONTINUED**

DATABASE SIZE AND ACCESS PROCEDURES ................................... 29
    Database size and the number of users ................................... 29
    Usability of database retrieval procedures ................................ 29

NETWORKING ALTERNATIVES AND INTERWORKING ........................... 30
    Network components ................................................... 30
    Gateway access to distributed databases ................................ 32
    The prospects for system interworking .................................. 33


CHAPTER 3    COMMERCIAL ISSUES: THE PROSPECTS FOR
             SUPPLIERS .............................................. 36

SUPPLYING A PUBLICLY AVAILABLE VIDEOTEX SERVICE ..................... 36
    The participants in the supply of a service ............................... 36
    Publishing on videotex — policy and regulatory issues .................... 37
    Creating the market for videotex ....................................... 39
    Page editing and presentation ......................................... 41

ECONOMIC VIABILITY OF SYSTEM OPERATION ............................. 42
    The scale effect ..................................................... 42
    A Prestel-based model ............................................... 43

THE ATTRACTIONS AND COUNTER ATTRACTIONS OF SERVICE PARTICIPATION ... 44
    The system operator's viewpoint ....................................... 44
    The information provider's viewpoint .................................... 44
    The terminal equipment industry's viewpoint ............................ 45

THE EVOLUTION OF VIDEOTEX AND ITS MARKET IMPACT ..................... 45
    Steps in the evolutionary path ......................................... 45
    Market penetration of videotex ........................................ 46
    The emerging business opportunities ................................... 47


CONCLUDING COMMENTS ................................................ 49


GLOSSARY OF TERMS .................................................. 50

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibit

GW-LT 435270

Exhibit 06
Page 163

# INTRODUCTION

This is the first of ten reports in the Videotex Report Series. Its purpose is to highlight the key issues which in practice are likely to have the most influence on the timing, nature and extent of videotex's success. It is a subject with a broad scope, made even broader by the worldwide context of the Report Series. An issue which is of paramount importance in one country may not necessarily be so significant in another. Nonetheless, it is clear that many of the key issues are common between countries, and it is these which this report sets out to identify and describe.

This report contains three chapters — on market issues, technical issues and commercial issues respectively.

Chapter 1 explores the key factors which will determine the market response to videotex. Videotex has sometimes been described as a service looking for a need. It seems to be attractive, interesting and desirable. But will it fulfil a demand, and from which market sectors will the demand arise? The chapter begins with a brief summary of the services which videotex can provide and its target market sectors. Applications and services for the residential and business marketplaces are discussed next, as well as the question of how potential users are likely to perceive videotex. Both service quality and price are highlighted as important determinants of the market response. Finally, the impact of videotex will depend to an extent on the effect of competing services which are already emerging. These are described briefly at the end of the chapter.

Chapter 2 is about the key technical issues in videotex. It first discusses the issue of terminals, and in particular the questions of the price and suitability of adapted TVs as terminals. This leads to a discussion of the choice of page display format, and of alternative ways in which TVs can be adapted. Next, the different videotex system technologies are described, with particular reference to the question of pictorial representation. Videotex is characterised by rivalry between different systems competing for acceptance as the basis of national and international standards. An important aspect of this rivalry, and one which has gained a great deal of attention, is the question of pictorial representation: how graphic illustrations can be presented on the screen. The chapter continues with a discussion of the important question of database size and access methods. Finally, the issue of networking alternatives and systems interworking is examined.

Chapter 3 is about the commercial prospects for the participants in a publicly available videotex service. Videotex will be a supplier-led product: the market will have to be created by the suppliers, at least initially. This chapter describes how the suppliers can adopt different strategies to create the market. It discusses the key issues associated with publishing on videotex; and examines briefly the question of videotex's potential economic viability. Finally, the main attractions and counter attractions of service participation are summarised from the standpoint of the potential suppliers, and the chapter concludes with a brief discussion of the way in which the videotex market will evolve in the future, and of the business opportunities which could emerge.

This report is aimed at readers who already have a basic understanding of the subject. The reports which follow it will each probe more deeply into a specific topic, such as human factors, the commercial basis of service operations, and the standardisation issue. These reports will draw closely on the experience of the service participants and the users involved with the early publicly available and private videotex systems now emerging around the world.

For the benefit of those readers who are less familiar with the subject than others, an Introduction to Videotex is available as part of the Videotex Report Series. Additional to the main body of ten reports, its purpose is to act as a foundation document by introducing the basic concepts and by describing the main trials (together with Prestel, the world's first publicly available videotex service) being conducted in Europe, North America and Japan.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435271

Exhibit 06
Page 164

# CHAPTER 1    MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE

This chapter is about the key issues which will determine the response of the marketplace to videotex. It begins with some background: a summary of the services which videotex can offer, and the broad market sectors at which it is aimed. It goes on to explore the evidence of a latent demand for videotex, and the response of the pioneer users in early experiments and trials. Finally the issue of competition from alternative electronic media is discussed.

## VIDEOTEX SERVICES AND TARGET MARKET SECTORS

### Four classes of service

In the Videotex Report Series, videotex is used throughout as a generic term to describe low cost, easy to use two-way information services for homes and offices, able to use adapted TVs as terminals. The TV terminals are linked to computer databases usually over the telephone network, though two-way cable is a possible alternative. The main characteristics of videotex are shown in Figure 1.1.

For clarity one-way services, on the occasions when they are discussed in this Series, are referred to as teletext.* Although the emphasis of the Report Series is firmly on two-way services, that

* Following a recommendation by CCITT, the International Telephone and Telegraph Consultative Committee, the term videotex is sometimes used to describe both one-way ("broadcast") and two-way ("interactive") information services able to use adapted TVs as terminals. The recommendation has not been fully adopted though, which has led to some confusion. Often, as here in the Videotex Report Series, the term is used for two-way services only; one-way services are described by the generic term teletext. Sometimes, for example in the USA and Britain, the term viewdata is preferred for two-way services, and again teletext is reserved for one-way services. The terminology requires formal clarification.

should not be taken in any way as an indication of the relative importance of videotex and teletext.

Videotex's two-way capability means that it can provide a variety of services. They can be classified usefully under four separate headings: information retrieval, messages (including transactions), computation and software distribution.

*Information retrieval* is the term used for searching out and finding information for display on a terminal. Users select what they want to look at, a page (screenful) at a time, from a wide choice of possibilities. They do this either by means of a keypad (restricted just to numeric keys plus a few others) or keyboard (extended keypad, with keys for the letters of the alphabet) connected to the terminal. A page appears on the screen and stays there for as long as required until another one is selected or the terminal is switched off. Generally pages are still as opposed to animated; and generally they are unaccompanied by sound, so are silent.

The information flow is essentially from the database to the user terminal, as shown in Figure 1.2. The need is for efficient information retrieval at

---

**Figure 1.1    Characteristics of videotex**

Videotex is characterised by:

● Ease of use, with minimal operating instructions and simple access procedures.

● Low cost, compared with traditional online retrieval services.

● An ability to use adapted TVs as terminals.

● Potential appeal to a mass market, rather than to a relatively small number of specialists.

● Display of still pages (screenfuls) of text and graphic pictures, usually in colour. Audio accompaniment and animation are both possible, though they lead to added expense and complexity.

● Two-way connection between terminals and videotex centres (and/or databases, and/or other terminals) over the public switched telephone network. Two-way cable is an alternative, though its use is restricted by its low penetration.

---

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibit

2

GW-LT 435272

Exhibit 06
Page 165

*MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE*

the database-supporting computer, with the corollary of efficient maintenance procedures for the information providers, who are responsible for providing and maintaining the information stored on the database in the first place.

*Message services* on videotex permit message senders to bring specified pages to the attention of identified recipients. Message senders may be offered a choice of pre-prepared message pages which they can select, or alternatively they may be able to prepare their own messages for example by means of an alphabetic keyboard. Messages may be stored at a videotex centre to be retrieved by an information provider or by another user. Alternatively they may be transmitted direct to a *recipient's* terminal. Messages may be informational in nature (such as a greeting), or transactional in nature (such as a bank account transfer instruction).

**Figure 1.2  Videotex information flow**

Information retrieval



Messages



1 store and forward
2 conversational, via the service centre
3 conversational, direct terminal to terminal

Computation



Software distribution



The information flow is essentially more complex than with information retrieval, being from terminal to terminal and usually (though not necessarily) involving storage at the videotex centre — see Figure 1.2.

*Computation* involves data processing under a user's control at the videotex centre. Users can select what type of computation they want to carry out in much the same way as with information retrieval, entering parameters through their keypads. The programs needed to carry out the computation are stored on the database, and executed on a computer in the system.

The information flow in computation is essentially between the user's terminal and the computer — see Figure 1.2. The distinction with information retrieval lies in the extent of the processing which is carried out by the computer.

*Software distribution*, sometimes called telesoftware, works much like information retrieval. Users specify the software item they wish to retrieve for execution, typically on an intelligent terminal or personal computer. The information flow is similar to that shown for information retrieval in Figure 1.2.

Information retrieval, messages, computation and software distribution are four classes of service which videotex can provide. But the emphasis in the early trials, and in the debates which have surrounded them, has been on information retrieval. Message services have also figured, sometimes strongly. Computation and software distribution have assumed relatively less importance. The reasons for this are to do with the assumed market need for videotex and the preferences of the system operators, usually for sound technical and commercial reasons.

**Residential and business market sectors**

Videotex is potentially attractive both to the general residential and business market sectors. It was originally conceived primarily as a service for both (the idea of videotex is generally credited to Sam Fedida when he was conducting research work on behalf of the British Post Office — the BPO — in the early 1970s).

However, the BPO's initial interest was mainly in the residential market. From the standpoint of a telecommunications authority, part of the appeal of videotex is that it should help to fill under-used

Butler Cox & Partners Limited
© Reproduction by any method is solely prohibited

3

GW-LT 435273

**Exhibit 06**
**Page 166**

*MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE*

capacity on the public switched telephone network (PSTN) because part of the residential load can be expected to fall at off-peak times. The loading on a PSTN is typified by the curve in Figure 1.3, with the evening load well down on the peak load. A videotex service for the business market, on the other hand, must be expected to generate most of its load during normal office hours — coincident with existing peaks.

**Figure 1.3    Typical PSTN load/time relationship**



What has remained in doubt though, right up to the present day, is the readiness of the residential market to accept videotex — despite the considerable speculation and experimentation of recent years, particularly since the mid 1970s.

The videotex trials which are now planned or taking place are aimed at both residential and business market sectors — see Figure 1.4. The former has continued to attract most interest. Less is known about it; it holds the promise of improving the off-peak loading on the PSTN; and it is potentially larger, certainly in terms of terminal connections. On the other hand the business market is seen to be less uncertain, but potentially more competitive and more demanding.

There have been continuing doubts about which of the two market sectors will take off first. The BPO, which in 1979 launched the world's first public videotex service, has continued to aim at both. As a consequence, it has encouraged information providers with pages aimed at both. The result is a broad, mixed database, which has sometimes been criticised for insufficient breadth and depth. Some other system operators have elected to emulate

BPO Prestel's approach; others have adopted alternative strategies (see Chapter 3).

The general residential and business markets are the two sectors of most interest to participants in the current trials. But there are further sectors which do not fall comfortably into either. They include the institutional sector — schools, libraries, universities; and the public access sector — with terminals in places such as hotels, post offices, shopping arcades and airport buildings. Both subscription-charge and coin-fed terminals are envisaged for these market sectors. Whilst potentially important in the long term, they are not usually considered to be of key importance in the early days of videotex. Videotex must prove to be successful either in the general residential or business market sectors first. These two market sectors can themselves be segmented a number of different ways. An important segmentation, cutting across both markets, is into public and private videotex services.

**Public and private videotex services**

It is important to distinguish between public and private service *availability*, and public and private service *operation*.

The distinction between public and private service availability is over access authorisation. Videotex services permit different levels of access authorisation to be associated with different classes of user. In a publicly available service there are no special membership qualifications required of users apart from their willingness to pay. The position is equivalent to a public telephone service. Possession of a user number, and usually a password number as well, is sufficient to gain access to publicly available information pages.

Privately available services, on the other hand, do require specific membership qualification. Access to private database areas is restricted, usually by pass number, to users typically belonging to a closed user group and sharing a common interest, such as farmers or travel agents. Privately available services can be offered as part of, or quite separate from, publicly available services.

The distinction between public and private service operation is to do with the nature of the system operator. In Europe, the responsibility for telecommunications services lies mainly in the hands of national publicly-owned monopoly PTTs. The PTTs

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibite

4

**GW-LT 435274**

**Exhibit 06**
**Page 167**

*MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE*

**Figure 1.4   Videotex trial plans**

| Country | System operator | Name | Location | Approx schedule | Duration (months)[1] | Technology[4] | Approx no of pages (000) | User participants[5] |
|---|---|---|---|---|---|---|---|---|
| Fed Republic of Germany | PTT | Bildschirm-text | Dusseldorf & Berlin | Jan 80-82 | 12 | Prestel | 200 | 3,000, mostly res |
| France | PTT | Teletel | Velizy | end 80-81 | 12 | Antiope | * | 3,000, mostly res |
| | | Electronic Directory | Rennes | 81-82 | 12 | Antiope | * | 270,000, mostly res |
| Holland | PTT | Viditel | [2] | end 80-81 | 12 | Prestel | 200 | 4,000, mostly res |
| Switzerland | PTT | Videotex | [2] | 81-82 | 12 | Prestel | * | * |
| UK | PTT | Prestel | London[3] | Sept 78-80 | 12 | Prestel | 150 | 1,500, bus & res |
| USA | Knight-Ridder | Viewtron | Miami | May 80-end 80 | 1 | Viewtron | 20 | 160, res |
| | OCLC | Channel 2000 | Columbus | Oct-Dec 80 | 3 | OCLC/Prestel | * | 200, mostly res |
| Canada | AGT | Vidon | Calgary | May 80-May 81 | * | Telidon | * | 115, res |
| | BC Tel | Boris | Vancouver | Jan-Dec 81 | * | Telidon | * | 150, mostly res |
| | Bell | Vista | Toronto | Jan 81-82 | 12 | Telidon | 100 | 1,000, mostly res |
| | MTS | Ida | Winnipeg | May 80-May 81 | 12 | Telidon | * | 100, res |
| Japan | PTT | Captain | Tokyo | Mar 80-Mar 81 | 12 | Captain | 100 | 1,000, mostly res |

\* Uncertain at this time.
1. Approx duration of each participant's involvement.
2. National availability.
3. Prestel market trial is also in Birmingham and Norwich, and a public service began in Sept 1979.
4. See Chapter 2 for explanation.
5. res = residential; bus = business.

are the logical operators of national services, though their freedom to fulfil this function is not always clear. The PTTs themselves may grant licences to entrepreneurial private sector companies wishing to offer videotex services themselves over PTT-provided leased lines or the PSTN, though again the precise position here varies between countries and the currently prevailing regulatory climate.

Elsewhere telecommunications services may be in the hands of private companies — for example in North America, where it is regulated through government agencies. In the USA, the regulatory environment which surrounds the private telecommunications companies freedom to operate has been dominated by Federal control of AT&T, the dominant supplier, which has both protected and restrained its freedom of action. With regard to videotex, a recent Federal Communications Commission (FCC) ruling[1] will have an important effect, permitting AT&T to compete openly in an area previously regarded as data processing and therefore barred to its involvement (see Chapter 3).

Public sector system operators can offer both publicly and privately available services. Private sector system operators can do the same.

## THE MARKET DEMAND FOR VIDEOTEX

### Evidence and uncertainties of demand in the residential marketplace

That there is a need for more and better information is a view which is commonly held. Though few would argue with this, it is easy — and rather unsatisfactory — to generalise about the need for an additional information medium. What evidence is there to support this view, and what are the specific information needs?

In particular for videotex, which applications and services will be in most demand, and by which classes of people?

In the residential marketplace, information needs are already served by a variety of different media: TV, radio, newspapers, journals and magazines, books, directories, telephone information services, personal contacts. In Western countries, real household spending on information services appears to be fairly static. Here, information services are assumed to include TV and radio, printed media, and telecommunications and postage (though the boundary with entertainment and

GW-LT 435275

Exhibit 06
Page 168

*MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE*

leisure services is hard to define). The average household spends around 3% of net after-tax income on information services of this kind, and the figure appears not to vary greatly on average between countries, nor to show a strong trend either up or down.

This is not to suggest of course that in the residential marketplace the appetite for information is already satisfied, though the figures are useful for speculating about the availability of a potential budget allocation which might be diverted in part to pay for videotex. What they do underline is a lack of evidence that spending on information is substituting for spending on other possible choices.

It has been suggested[2] that certain consumer needs are not satisfied by the existing media — a point illustrated in Figure 1.5, which maps dissemination time against the numbers of people reached for a variety of different media. The Figure shows a "media gap" which might be filled by videotex and teletext, the latter being more appropriate for a limited range of topics of general interest (towards the lower right of the gap) and the former for topics of more specific interest (towards the left of the gap).

**Figure 1.5   Media comparison chart**



This chart has been developed from a similar chart appearing in the JIPDEC (Japanese) report, 1978. Videotex has also been referred to elsewhere by Mills and Allen, a leading Prestel IP) as "an individualised mass medium".

Certainly a large number of specific applications for videotex in the residential marketplace have been suggested, most of them reflecting an apparent dissatisfaction with existing media forms.[3] Many of these have resulted from focus group tests and equivalent research work, and

some are discussed below. There is therefore some supporting evidence of a latent demand for improved domestic information, though it is somewhat fragmentary and unspecific. But fundamental questions remain unanswered. They include the nature of the target market sectors, willingness to pay, information preferences and usage frequencies.

It is precisely this kind of uncertainty — and potential opportunity — which characterises the prospects for videotex in the residential marketplace. This explains the current spate of trials in different countries aimed primarily at providing answers to questions like these. The trials are generally fairly large in scale, typically involving several hundred or more participants for a duration of several months (as shown in Figure 1.4). Trials like these are expensive. But in common with most market research techniques aimed at evaluating new types of products and services, the more realistic the representation, the more reliable the results should be.

For the most part these trials follow earlier, more limited tests, which themselves have succeeded in demonstrating a positive response to the concept, even though they may have been unable to provide much guidance about the real commercial prospects.

Not surprisingly the trials share common general aims. But there are also some significant differences — in terms of detailed aims, participants selected, target market sectors, pricing policies, ranges of applications and services to be made available, features and so on. Although the methods of measurement are often similar, involving both phased face-to-face interviews for information gathering with questionnaires, and sampling by computer of activities at the videotex service centres, there are detailed differences here as well.

The outcome of the trials is by no means certain. It is also not clear to what extent the results will be transferable between different trials given the differences already referred to, as well as more fundamental differences between the national environments of a cultural, economic and competitive nature.

The first trial due to be completed will be Britain's Prestel. In one sense, the outcome is irrelevant: a public service began in September 1979 while the trial was still continuing. Nonetheless the measured results accumulated from users over a

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibite.

GW-LT 435276

Exhibit 06
Page 169

period of months should prove of real value to the service participants in guiding their planning for the public service. Two points in particular are important because they may apply to other trials as well.

The first is that BPO Prestel found it particularly difficult to ensure an adequate database for the trial. A wide range of information providers (called IPs in Britain) was encouraged in line with the common carrier philosophy. A lack of specific editorial direction, together with the inexperience of the IPs and the difficulty and expense of page preparation, were the main contributors to this problem.

The second point is that BPO Prestel found it hard to resist commercial pressures — from within the BPO as well as from the other service participants — to extend the market trial into a public service, and to do it without a break between the two.

The original plan for the Prestel market trial (Test Service) was that it should involve around 1550 participants (850 residential, 700 business) for a 12 month period between summer 1978 and summer 1979. Due to software and terminal delivery delays, the Test Service did not get fully underway until October 1978. The initial achieved sample was 902 (378 residential and 524 business), but a decision to extend the programme from a one year to a two year activity permitted the number of test users to be increased to around 1400 — close to the original plan.

The final results will not be analysed and available until the end of 1980, but BPO Prestel has made some interim findings available to the service participants involved in the Test Service.[4] The details remain confidential, but some of the highlights can be summarised here. They are based on a preliminary analysis of interviews held with a selection of early residential and business users — roughly one quarter of the total number — just prior to terminal installation, and two months after installation. They show that:

● Only about 9% of residential trial users expected to keep their terminals at the end of the trial, compared with about 64% not expecting to keep them. In contrast about 54% of business trial users expected to keep their terminals at the end of the trial, compared with about 7% not expecting to keep them.

● For residential users, the prime reason for not expecting to keep Prestel was its price. In contrast, for business users the prime reason for not expecting to keep Prestel was that the informa-

tion was not sufficiently useful or relevant — lack of information in particular areas was seen to be a major problem.

● The major advantage of Prestel was seen to be its convenience and easy accessibility.

### Applications and services for the residential marketplace

Ultimately the value of videotex will depend on the value of the information services it offers. But which information retrieval applications will prove most successful, and which classes of service will be most wanted by users — of which information retrieval is only one — are still not clear. An important objective of the current trials is to throw some light on these questions.

Early field studies and focus group tests carried out to assess the potential of videotex-type services in the home have shown how hard it is to elicit useful responses from participants who often have difficulty understanding the scenarios suggested, and who are unduly influenced by the limited material which can be demonstrated.

For example, Goldman has reported on a series of studies carried out into the potential for home information services in the US.[5] Respondents were presented with scenarios and asked if they would purchase the services if they were available for roughly the price of the monthly telephone bill. Significant differences in the ranking of different classes of service were noted in different locations at different times, though towards the end of the studies there appeared to be an improvement in general understanding, and a pattern of popular services began to emerge. Thus entertainment, civic functions and special skills formed a cluster as the most preferred services, with a second cluster composed of education, banking, government information and visits information. Medical consultation, shopping, and working from the home were at the bottom of the list. These were functions perceived as requiring person to person interactions. More importantly, shopping and work are activities which allow individuals to get out of the house.

### Information retrieval applications

The information retrieval applications which are offered, or being prepared for, the public videotex trials reflect to some extent the findings of earlier studies like these. The trials targeting the general residential marketplace (the majority) generally

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

7

GW-LT 435277

Exhibit 06
Page 170

*MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE*

offer a mix of applications. A broad selection ("something for everyone") is of more general interest than a limited range of topics, and is easier to sell to the public at large. Also, there is more chance of discovering the applications likely to prove most appealing.

**Figure 1.6   Captain: classes of application**

| Division | Sub-division | Description |
|---|---|---|
| General Planning | — | Items related to the work of the Association. Items related to over two divisions should be individually discussed for adjustment. |
| General Domestic Affairs | Household Affairs Guide | Practical Information on Living, Cooking, Home Medicine, Health, Childcare, etc. |
| | Guide to Shopping | Guide to Shopping for Various Goods. |
| Education and Learning | Education | Education Programmes, Guide for Schools |
| | Culture | Guide to Encyclopaedia, New Publications, Literature, etc. |
| Amusements | Travel and Sightseeing | Travel Guide, Sightseeing, Hotels, Inns, Transport Guide, etc. |
| | Entertainments | Guide to Radio and Television Programmes, Movies, Concerts, Exhibitions, etc. |
| | Sports and Hobbies | Information on Leisure Activities, Sports, Gambling and Hobbies. |
| Public Affairs | Administration and Laws | Public Information, Legal Procedures, Legal Information, etc. |
| | Social Affairs and Economics | Statistics, Employment Information, Vocational Trainings, Financial Information, etc. |
| News | General News | News, Weather Forecasts, etc. |
| | Special Information | Information on Market Conditions, Industry, Commerce, etc. |
| | English language Information | English News, Guides in English, Learning English, etc. |

Source: Secretariat — Captain System Research and Development Centre, 1980.

**Figure 1.7   Bildschirmtext: classes of application**

| Main class | Sub-classes | Main class | Sub-classes |
|---|---|---|---|
| Industry, finance, support services, public assistance, economy | Industry; trade, handcraft; services, exchanges; credit, foreign exchange; stock exchange; import/ export; insurance; labour market; utilities. | State, authorities, and institutional organisations | Official announcements; parliament and legislation; government; legal and court; administrative authorities and councils; political parties; church and religious groups; industry groups. |
| Goods and services on offer | Businesses, department stores; consumer groups; mail order houses; industrial offers; handicrafts and small businesses; hotels and guest houses; health services and advice; classified advertisements. | Traffic, travel and weather | Traffic; weather; automobile associations; rail and bus travel; air transport; ferry and shipping; freight; tourist boards and travel agents; travel abroad; accommodation; travel tips and advice. |
| Advisory services | Emergency services; family, youth and old age pensioner assistance; health and medical; other social services; description of goods; consumer bodies and product tests; consumer protection; consumer advice and price comparisons. | Science, education, culture, leisure and sport | Science; education and schools; vocational guidance; adult education; concerts; theatre cinema; museums and sightseeing; consumer advice; libraries and archives; statistics; hobbies, games and sport. |
| Addresses, lists and catalogues | Medical and social; address catalogues; TV journal; telex and facsimile directories; extracts from registers' state and commercial lists; membership directories; bank, post and giro directories. | Current events, meetings and performances | Political events; religious services and events; exhibitions and fairs; performances and poetry; opera, theatre, concert — particular events; cinema, cabaret, variety, circus; sporting events; folk festivals. |

Source: Bildschirmtext database, January 1980.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

8

GW-LT 435278

Exhibit 06
Page 171

MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE

Figure 1.6 shows the main classes of application offered on the Japanese Captain trial. Figure 1.7 shows a similar list for West Germany's Bildschirm-text, and Figure 1.8 is for Knight-Ridder's Viewtron. These are typical lists of applications, but they throw no light on the question of relative popularity. Figure 1.9 shows an approximate breakdown of the number of information providers by class of application on Prestel, and Figure 1.10 an approximate indication of their relative popularity. But even with Prestel, which has gathered more experience than other videotex systems, the findings are distorted by the relatively small number of users and by the limited size of the database.

The high ranking of entertainment applications on Prestel is interesting. However, although it may be a reflection of real preference, it is not necessarily a pointer to the way videotex will be used in the future. Better ways of providing interactive entertainment through TV may arise. Nonetheless, the need for home videotex to be fun has frequently been stressed.[6]

Another important aspect to the information retrieval application debate is the commercial reality which lies behind it. Information providers will normally only provide pages from which they can make money. If selling information pages proves to be commercially impractical, the nature of the medium could change. For example it may take on a strong promotional orientation. There was a noticeable growth in interest in Prestel as a promotional medium amongst British IPs during the Test Service.[7]

---

**Figure 1.8   Viewtron: main classes of application**

The Viewtron database will contain more than 10,000 frames of information and will include but not be limited to:

Local and national news
Sports
Weather
Calendar of events
Airline information
Consumer comparisons
Educational courses
Ordering merchandise and tickets
Entertainment guide

Source: AT&T Residence Product Development, 1980.

---

**Figure 1.9   Information on Prestel**
(Approximate, at end 1979)

| Class of information | Proportion of IPs supplying |
|---|---|
| Advisory information | 18% |
| Publishing | 16% |
| Direct marketing | 13% |
| Business | 12% |
| Government and local authority | 12% |
| Travel | 12% |
| Recruitment | 5% |
| Leisure | 4% |
| Other | 8% |
| | 100% |

---

**Figure 1.10   Prestel information popularity**

| Regular IPs ** | Information provided |
|---|---|
| Baric* | Videotex consultancy services; games, quizzes. |
| Viewtel 202 | Electronic newspaper; national, regional and international. |
| Eastel | Regional leisure guide; games, jokes and quizzes. |
| Family living | Domestic magazines; games, quizzes and competitions. |
| Sealink | Ferry and rail-sea services, holidays and day trips. |
| Fintel* | News; company information. |
| Consumers Association | Consumer advice. |
| Mills & Allen* | Videotex consultancy services; general interest magazine; games, quizzes. |
| IPC | Specialised magazines including Farming, Electronics, Motoring, Kitchen Craft, etc. |
| British Rail | Rail timetable. |
| Applied Viewdata Systems* | Videotex consultancy services. |
| Link House* | Classified advertisements. |
| Teleview* | Videotex consultancy services. |
| Extel | Sports news and results; videotex consultancy services. |
| British Airways | Air timetable. |
| Information Services and Equipment | Business and other videotex equipment; general interest. |
| Morgan Grampian | Travel and property. |
| Metrotech | Hotels, travel, etc. |
| PER | Careers and employment services. |
| American Express | Financial and travel-related services. |

*Umbrella IPs.
**In sequence of popularity based on number of pages accessed (in March 1980).

---

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435279

Exhibit 06
Page 172

*MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE*

### Other types of service

It is not clear that information retrieval will necessarily turn out to be the most popular class of service on videotex. Teletext combined with local terminal storage, videodisc systems, or even the two combined, may be more appropriate in some instances, leaving the emphasis with videotex on services which are essentially two-way in nature. This is a possibility which has been suggested many times[8]. Specific applications could include reservations, banking transactions and teleshopping — all applications which the service providers might be expected to offer free of charge to users, because of the cost savings and new business opportunities they should bring.

Most of the trials are planning to offer some kind of message service as well as information retrieval. Britain's Prestel offers a "response frame" message service, permitting users to complete pre-formatted response pages prepared by IPs, and to despatch the pages to a message pool for later withdrawal by recipients. But the facility has met with only limited use. This may indicate that users, at least while they are inexperienced, are reluctant to experiment. Alternatively, the response pages themselves may simply be unattractive.

Banking applications will feature in a number of trials, notably Viewtron, Channel 2000 and Teletel. They will permit the interrogation of account balances and statements, the transfer of funds between accounts, and even direct debit through funds transfer.

Teleshopping by mail order will also feature in several trials. Bildschirmtext is a good example; some of the mail order houses in West Germany are amongst the world's largest, and are deeply involved in the trial.

The motivation for using videotex in the home is unlikely to be cost displacement, at least initially. Status, and particularly convenience, are likely to be more important. Thus it has been suggested that applications which should prove successful on videotex are those which exploit the medium's unique advantages, and which also provide convenience services. Figure 1.11 shows some suggestions for residential applications based on this philosophy.

### System features

Different applications will demand an emphasis on different service and terminal features. Simple information retrieval from a well-structured and in-

---

**Figure 1.11   Some suggested home videotex applications\***

- Classified advertisements.
- Teletrade — commodity exchanges, futures, and stock exchange prices and movements.
- Income tax advice.
- Off-track betting.
- State lottery.
- Polling from the home.
- Book reviews, and book ordering (from booksellers or libraries).
- Real estate listings and sales literature, with illustrations, eg. of floor plans.
- Yellow pages.
- Library services, including what's available and order entry.
- Restaurant listings and reservations.
- General government information.
- Consumer guides.
- Medical information.
- Teleshopping for items to be sent through the mail, and to be collected from a store, eg. the family grocery shopping, selected from menu suggestions and lists of goods for sale.

\*Based on suggestions by M. Aysan, Manager — Product Development, Manitoba Telephone System.

---

dexed database is unlikely to demand more than the numeric keypad and simple text pages of basic alphamosaic systems. Promotional applications may well place an emphasis on the more sophisticated graphics which have been in increasing evidence, and which are discussed in Chapter 2.

Educational applications which require illustrations may have a similar effect; they could require further sophistications such as animation and sound (the British software house CAP has made a point of illustrating animation in its educational telesoftware applications, and the British Open University's Cyclops private videotex-like system has been demonstrated with audio).

Message services beyond those of the simple response frame-type will require alphabetic keyboards. Information retrieval by keyword will also demand this feature. The electronic directory terminals being developed by the French PTT will have alphabetic keyboards, and so will most of the domestic TV terminals to be used in the Teletel trial.

### Applications and services for the business marketplace

Compared with the residential market, there is much less uncertainty about the demand for infor-

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibite

**GW-LT 435280**

**Exhibit 06**
**Page 173**

*MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE*

mation in the business market sector, and less uncertainty about its willingness to pay.

The evidence for this demand lies in the market's continuing heavy investment in information services of all sorts, particularly in data processing and telecommunications, and more recently in office automation. Yet the task of satisfying the demand has hardly begun (the average North American computer-using business spends less than 2% of annual sales revenue on all its data processing services; the equivalent European figure is lower). There appears to be a large unsatisfied demand for electronic information systems which are inexpensive and convenient to use, and it is this which underlies the interest in videotex for the business marketplace.

A number of information retrieval applications have been suggested. Many are of a general nature, so could be supplied through a publicly available service — see Figure 1.12a. Others are more appropriate for a private closed user group (CUG) or in-house service offering advantages such as improved security — see Figure 1.12b. There is already a considerable amount of interest in CUG and in-house videotex systems, with experimental services already operating in private companies in Holland, Belgium, Switzerland, the UK and the USA. Compared with more traditional electronic information services, they offer the attractions of easy entry, easy use and relatively low cost. In addition the terminals can be used to access public videotex services where there is a common interface standard.

Apart from information retrieval, it seems certain that the message service for data collection, ordering and exception reporting will be important. For example distributors might receive price lists and adjustments through the service, and use pre-formatted message pages to pass their orders back to the central warehouse.

Terminal to terminal electronic mail services are another potentially important class of videotex service. One recent study of electronic mail services in Europe revealed that the business market is not just looking for a cheaper way of sending conventional mail.[9] Rather it is looking for a new form of communication which can overcome the major deficiencies of existing systems. These deficiencies include the secretarial costs of producing written messages, and the disruptive influence of the telephone on management's time.

The study concluded that the most convincing case for adding electronic mail facilities to videotex in

---

**Figure 1.12    Business videotex applications**

  a. *General information retrieval*
    traffic and freight data
    statistical and market information
    national and international regulations
    company performance and stock prices
    demographics
    political information
    trade associations
    communication rates
    employment and tax legislation

  b. *Private information retrieval*
    newsletters
    staff news
    production, sales and delivery performance
    company financial performance
    diary of events
    stock levels
    product prices
    internal directory
    targets and achievements
    staff awards and promotions
    general announcements

Source: ''Viewdata and its potential impact in the USA'', multiclient study by LINK and Butler Cox and Partners, 1978.

---

the eyes of the user will be the small incremental cost of providing such a service, once large numbers of videotex terminals are already in place for information retrieval. The alternative of investing in stand-alone systems will be too costly in the near future for most users to consider.

The success of videotex in the business marketplace will be dependent on its success in the residential marketplace, where the scale of operations can ensure low prices. This may lead to investment uncertainties if the residential market is slower to respond than the business market — as appears to be likely (see Chapter 3). There is also likely to be pressure from the business marketplace for enhancements to basic videotex in order to overcome the restrictions inherent in its relative lack of sophistication. For example terminal features such as storage, intelligence and hard-copy printing are likely to be wanted (and are already under development, eg. in France and Britain). Another likely requirement is for videotex terminals to interface with other information retrieval (eg. online) and message (eg. computer based message service) systems.

At this stage it is not clear how the demand for these features will emerge, nor what the price will be that the market will pay for them.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435281

Exhibit 06
Page 174

*MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE*

## THE MARKET RESPONSE TO VIDEOTEX

### Users' perception of attractions and counter attractions

The way early users respond to videotex is clearly going to be of key importance to its future.

Most users participating in the videotex trials will have little in the way of pre-conceived perceptions of its attractions and counter attractions. This will apply equally to public services: market creation by the service participants will be necessary, as discussed in Chapter 3. However the Prestel experience, and the findings of early demonstrations and field studies, suggest that some attractions and counter attractions are likely to apply fairly generally.

First, videotex is perceived as having several important attractions:

- It offers a *single source* of information services.
- The information can be *up-to-date.*
- The information is *always available*, 24 hours per day, seven days per week. It circumvents dependence on human operators.
- The service is *convenient*. Information can be presented in a form which is compact and indexed, and other services such as teleshopping can be made equally convenient.

Videotex is sometimes perceived as a *comprehensive* information service as well. Whilst the number of pages remains in the hundreds of thousands, this perception is somewhat false. A truly comprehensive service, with a depth of information on a large range of topics, will require millions of pages. On the other hand, videotex can offer a truly comprehensive service on a restricted range of topics, such as travel.

The preliminary findings from the Prestel Test Service support the general observations noted above. Household participants rated the major advantages of Prestel as:

1. Convenient information; on-hand and easily accessed.

2. Quick accessibility.

Businesses on the other hand rated Prestel's prime strengths as:

1. Quick accessibility.

2. Up-to-date information.

Some general concerns with videotex are also apparent from early demonstrations and trials. Some of these will undoubtedly prove to be more genuinely inhibiting and more enduring than others, though at this stage it is not clear which ones they will be. The concerns are perceived as:

- The need to develop a *new skill* to use the system. Ease of use is of key importance if videotex is to find wide general use, so there is a premium on de-skilling it. The more sophisticated it becomes, the more skills will be needed to use it.
- The need to acquire a *new habit* to use it. This is of particular relevance in the residential marketplace. People will not necessarily turn to the TV as a source of information as the need arises. The habit of so doing may take some time to acquire.
- *Conflict* with the normal use of the TV — something which may prove problematic in households with family members sharing a single TV, and having established viewing habits. Conflict with the normal use of the telephone may also be a problem, particularly in small businesses with few telephone lines, and in households accustomed to high telephone usage, eg. where local calls are free of charge.

Other worries apparent amongst potential household users are:

- The problem of *installation*, particularly when a phone extension plug needs to be installed.
- Concern about *maintenance*, with the TV still regarded as a delicate and expensive consumer durable whose continued reliability is something not readily to be jeopardised.
- Irritation over *poor visual quality*, and the lack of familiar audio which accompanies regular TV.
- The threat of *privacy invasion*.

Videotex is aimed at users without previous computing experience. It is vital that it should be as problem-free as possible. It is this need which underlies the importance of human factors in videotex design: keypad layout, database accessibility, page design and screen legibility.

Apart from the worries noted above, there are two concerns which appear to be dominant amongst most potential residential and business users:

12

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibite

GW-LT 435282

**Exhibit 06**
**Page 175**

*service quality* and *price*. Again, both of these are confirmed by early Prestel Test Service results with residential users citing price, then lack of (up-to-date, comprehensive) information — in that sequence — as the major deterrents, and business users citing the same shortcomings but in the reverse sequence.

### Service quality as a determinant of market response

Videotex will not be successful in the marketplace unless the services it offers are valued.

Householders with a mature understanding of how videotex-type information services could be directly beneficial to them are rare. The need is a latent one and it will have to be aroused, requiring careful and continuing promotion before and at the point of sale. Once the potential advantages of videotex have been recognised by residential users though, the need will be to encourage continuing usage. That means keeping problems and prices to a minimum, and maximising the benefits of the service. It should not be devalued with information which is not wanted, or with a shortage of information which is wanted. Nor should it be devalued with information which is inaccurate, out-of-date or suspect in any other way.

Achieving these goals will not be easy, particularly when the winning applications and services are not yet clear, and when system operators in general — and the European PTTs in particular — are reluctant to become involved with editing (see Chapter 3).

Business users will be as conscious of the need for service value as their residential counterparts. The business community is particularly responsive to services which aim to solve specific problems. It is likely that this attitude will underlie successful videotex marketing strategies in the business sector, with information providers and terminal providers — with or without assistance from system operators — marketing the videotex concept together.

Ultimately such marketing may not be necessary. Like the telephone, videotex could sell itself. But to gain an initial foothold, videotex will have to be sold hard to potential users. Its quality of service to business users will be the major determinant of its success.

### Price as a determinant of market response

The penetration of videotex, in terms both of terminal sales and usage, will be highly sensitive to price in most residential markets.

For householders, the hurdle at the point of sale will be the premium price of a TV terminal or adaptor. The price of usage will be a secondary, though still important, consideration. Figure 1.13 illustrates an approximate relationship between point of sale premium and household penetration which might be achieved over a period of time. It emphasises the need for a minimum premium price, particularly in price-sensitive markets such as the USA and Britain.

---

**Figure 1.13    Point of sale (POS) premium and penetration**

Approximate relationship between premium price at point of sale (TV premium, or price of an external adaptor) and penetration of the TV-owning household population.



A: 2-5% penetration amongst the innovators.

B: 3-7% penetration at 50% premium.

C: sharply increasing penetration at premiums below about 15%.

---

It is for this reason that the cost of the components of the decoder must be minimised. The retail price at the point of sale is likely to be in the range 4 to 5 times as high as the component costs of the decoder, after allowing for the cost of manufacturing assembly and testing, and for wholesale and retail mark ups.

Achieving the minimum decoder component costs is dependent on two prime factors: decoder design, and production volume.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435283

Exhibit 06
Page 176

*MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE*

Minimising decoder design costs means putting the emphasis on simplicity, and on the use of common components already in large scale production. Both of these goals will be hard to achieve in practice, particularly in view of the desirability of designing for future extensibility. The need for a "lowest form of life" decoder design is well understood on both sides of the Atlantic. It is for this reason that Prestel uses a "basic" 8 bit decoder, and that an 8 bit version of France's Antiope is also being developed (see Chapter 2).

The cost of a given design of decoder is also highly sensitive to production volumes, as indicated by Figure 1.14. The implication of the two curves in Figures 1.13 and 1.14 taken together is that supplying TV terminals is only commercially viable at two points: where volumes are small and prices high, and where volumes are very large and prices low.

**Figure 1.14   Point of sale (POS) premium and production volume**

Approximate relationship between premium price at the point of sale achievable for "lowest form of life" decoder, and production volume.



After a residential user has crossed the point of sale price hurdle, usage pricing will be an important determinant of his willingness to persist with videotex. Usage pricing will be influenced by service scale: larger scale services will be proportionately less expensive. Usage pricing will also be influenced by the pricing strategies of the service participants. Usage-related-pricing is frequently preferred to alternative pricing strategies by users when the benefits and limitations of a particular service are fully understood. With unfamiliar

services, the same is not always the case: fixed period subscriptions are often more acceptable. Subscription charging is also more in line with pay TV and TV licencing arrangements.

In the business market, pricing will probably have less influence on usage. Paying for information is an accepted business practice. Indeed some well established information services, such as the telephone and copying, are normally regarded as essential rather than optional. Many businesses will absorb the usage cost of videotex in their telecommunications budget (which is often poorly controlled).

Videotex presents the opportunity for charging by the page, a concept which is somewhat alien. There are no direct equivalents in printing, nor in TV. Where page prices vary in accordance with their content, there is a danger of users entering high price zones mistakenly. Users caught this way may be reluctant to continue using the service.

Residential users of videotex will pay for the service presumably by foregoing some alternative form of spending. Conventional printed matter is perhaps the logical alternative, but the average household spend on printed matter is in total hardly enough to pay for videotex.* It is more likely that videotex will be perceived as complementing, rather than substituting, printed matter. Videotex is in any case rather different. Its form of presentation puts a premium on compact, tight editing. Its strengths are those already described earlier. It is not a browsing medium.

In fact, rather than competing with conventional printed matter, videotex is more likely to be perceived in the residential marketplace as one of a number of new electronic devices, each offering its own particular attractions. The effect of this competition will be of key importance to videotex's own prospects.

---

*The spend on printed matter by upper income groups is a different matter though, and may well be sufficient to pay for videotex.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

14

**GW-LT 435284**

Exhibit 06
Page 177

## THE EFFECT OF COMPETING SYSTEMS ON THE PROSPECTS FOR VIDEOTEX

### Competition in the residential marketplace

In the residential marketplace, the competition with videotex will arise not only from alternative information services, but also from other spending opportunities not directly related to information. The competition with videotex will be extensive.

Videotex is perceived most often as a TV-related device, rather than as a publication. It is also perceived as a telephone-related device. In fact as recognition grows it will generally be seen as one of a number of home electronic devices. They can be loosely categorised under four headings: TV-related devices, telephone-related devices, environmental control devices, and personal computers. To some extent they will all be in competition.

### TV-related devices

These are primarily to do with entertainment and education. The market is a large and growing one, with a variety of systems and different devices on offer, each having its own attractions:

- Cable TV delivery, which typically offers better reception than off-air broadcasting and a wider choice of regular channels. The penetration of cable TV exceeded 20% of the TV-owning households in the USA in 1979. Some predictions have put the penetration as high as 50% by 1985 — not impossible if current trends continue. The penetration in Canada already exceeds 50%.

- Pay TV, which offers subscribers a better selection of programmes, eg. feature films, on one or more channels at a premium price.

- TV games of the basic type, and the more recent — and more expensive — programmable type.

- Video cassette recorders (VCRs) for recording broadcast TV programmes for subsequent playback through the TV for the purpose of gaining independence from fixed broadcasting times (called time-shift recording), and for playing back pre-recorded tapes.

- Videodiscs, which can offer pre-recorded TV video material for playback at a potentially lower price than with VCRs. Videodiscs can be regarded as a logical extension of the audio disc.

- Projection screens, to enlarge the regular TV screen size.

- Teletext, which provides selectable access to a continuously cycling broadcast library of information pages, the data from which can be transmitted on a dedicated TV channel or in the spare capacity of a regular TV channel.

- Home telecine, permitting home movies to be filmed on video tape for playback through a VCR.

These devices are in different states of development, and they cover a wide price range. In the USA a typical cable TV subscription is around $10 per month. VCRs cost about $800 and are widely available, with blank tapes priced at around $20 to $30 depending on play time and format. Videodisc players are not widely available in the USA, and are yet to be marketed in Europe. Teletext is an experimental service in many countries; it is only available to members of the public on any scale in Britain, where the TV premium price is around 40%.

For many people an alternative attraction to these devices is simply another TV, perhaps offering superior audio or visual quality, or convenience features such as remote control or programmable channel selection.

### Telephone-related devices

These are primarily to do with communications:

- Home information services which are available through the telephone, and are offered mainly in pre-recorded form by many telecommunications companies. They include weather reports, jokes, horoscopes, personal health, dieting, stock market movements, news headlines, sports results, and stories.

- Telephone banking services, for example telephone bill paying which has been gaining rapid acceptance in the USA.

- The intelligent telephone, with features such as call forwarding, abbreviated dialling, third party add-on and improved handling of busy lines.

- Home facsimile, which is an electronic mail service permitting the transmission of handwritten text and diagrams over the telephone.

As with the TV-related devices described above, the status, availability and price of telephone-related devices differs widely between countries. In

© Reproduction by any method is strictly prohibited

GW-LT 435285

Exhibit 06
Page 178

*MARKET ISSUES: DETERMINANTS OF THE MARKET RESPONSE*

general they are less advanced in terms of commercial backing and penetration than the TV-related devices. And for many people, an alternative attraction is simply another telephone handset, perhaps with the addition of cosmetic features.

*Environmental control devices*

These are for controlling the household environment:

● Telemonitoring is the remote surveillance of abnormal conditions such as fire and intrusion. The need for medical attention can also be monitored this way.

● Telemetering is the remote metering of a household's consumption of utility-provided services such as gas, electricity and water.

● Telecontrol is the counterpart of telemetering, permitting direct control by utilities of the consumption of services such as gas, electricity and water.

*The personal computer*

Personal computers can provide householders with direct access to computer processing power and storage, for applications such as home accounting and income tax, and education including mathematics, programming and languages. Some personal computers are designed to use a standard TV as a display device. Some can be connected over the telephone to information and software databases, which can greatly extend their usefulness.

Predicting the appeal of these home electronic devices is not easy, if only because there are few precedents to go on. However there is little doubt that the market for TV-related devices will prove to be the largest of the four categories, at least in the first half of the 1980s. The greatest demand will probably be for stand-alone devices with a strong entertainment and educational orientation, well packaged and promoted and available in mass quantities at minimum price.

The potential of TV-related devices has led to the concept of the integrated home TV system, embodying them all. Whether and when such a device will be marketed is not yet clear. Nor is it clear whether and how the personal computer might be integrated into such a multi-function system.

Which of the four classes of home device does videotex fit into? At present it is seen to be primarily a TV-related device — as evidenced both by the interest of the TV industry, and by the potential market. But this perception may not persist. Eventually it could be regarded primarily as an extension of the telephone, with its own dedicated screen. That videotex also appears to be on a converging path with personal computers further complicates the question of how it fits with the development of other home devices.

**Competition in the business marketplace**

In the business marketplace, the competition to videotex will come from alternative systems competing in the four service classes which videotex covers: information retrieval, messages, computation and software distribution.

*Information retrieval services*

These services are well established, particularly in large companies and specialised industry sectors:

● Access to a variety (approaching 1000) of source and reference databases through public online services is widely available in North America and Europe. Most databases are scientific and technical in nature (eg. chemical abstracts) and require skilled terminal operation.

● Specialised online terminal systems are available for specific industry sectors, eg. the banking and travel industries.

● In-house computer systems increasingly make use of visual display units (VDUs — conventional computer terminals with screens) for online access to information stored in company-owned private databases.

*Message and electronic mail services*

These are typified by:

● Telex, soon to be enhanced with higher speed transmission and more sophisticated terminal services following agreement to the international teletex standards for upgraded telex and communicating word processors.

● Facsimile systems, for transmitting and receiving text and pictorial images on paper.

● Computer based message services for store and forward mail.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435286

Exhibit 06
Page 179

*Computation*

Computation services are well established for the business community through:

- Timesharing service bureaus offering remote (or local) access to a wide range of general and special purpose software packages.
- In-house data processing services.

*Software distribution*

Software can be distributed to small business and personal computers and intelligent terminals physically through the sale of plug-in modules. Experiments with the distribution of software through broadcast teletext are also being conducted, at the same time that interest in videotex is growing as a medium for this purpose.

The business market for these services is characterised by rapid market growth and fierce competition amongst the suppliers. Videotex has the major attractions and advantages of potentially wide availability, easy use and low cost terminals. But the reality of these advantages will depend largely on the extent to which videotex succeeds in the residential marketplace. If it is accepted there, it will be better positioned as a result to compete in the business marketplace.

Both publicly available and private videotex services could prove to be important in the business marketplace. In particular, private systems for in-house use will need to be carefully promoted and supported if they are to succeed. The direct involvement of the established computer and terminal industries will be an important stimulus to success.

**References**

1. Federal Communications Commission's final decision in the Second Computer Enquiry, April 7, 1980, Report No. 15650.
2. JIPDEC report, 1978.
3. For example, as reported in the LINK/Butler Cox Study "Viewdata and its potential impact in the US", 1978.
4. The Prestel Market Research; analysis of interim results.
5. "Demand for Telecommunications Services in the Home", R. J. Goldman, Telecommunications Policy, 1980.
6. J. Madden, Director General of Special Research Programs at Canada's Dept. of Communications, at "Inside Videotex", Toronto, March 1980.
7. Reported by B. Botten, Chairman of AVIP, at the LINK meeting for sponsors of the VMS programme, December 1979.
8. See reference 3 above.
9. From a study of the market for electronic mail services in Europe by Butler Cox & Partners, 1979.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435287

Exhibit 06
Page 180

# CHAPTER 2    TECHNICAL ISSUES: TERMINALS, SYSTEMS AND INTERWORKING

The key technical issues are to do with terminals — how to make them inexpensive, effective and widely available — the choice of system technology, database access, and the questions of standardisation and interworking. These issues are discussed in turn in this chapter.

## ADAPTING TVs TO WORK AS TERMINALS

### TVs as terminals: price and performance issues

At this stage it is not clear whether in the long term videotex terminals will be dedicated devices, or adapted TVs. However the ubiquity and low price of regular TVs gives them an advantage.

Most videotex trials are using adapted TVs as terminals, and most of the public services which are expected to follow envisage the use of adapted TVs.

The use in videotex of adapted TVs as terminals is not mandatory (our definition of videotex states that it is "able to use" adapted TVs). The French PTT will use specially designed and built terminals for the electronic directory project, and some business terminals have been specially designed to work with Prestel — such as STC's Novatel. Neither of these are adapted TVs, and neither use standard TV CRTs. Both are compact monochrome devices (though colour may be added later) designed to fit on a table or desk.

Adapted TV terminals will appear in a variety of guises. For example, the British TV industry originally envisaged only two main types of TV terminal for the Prestel Test Service: adapted up-market

colour domestic TVs for the residential participants, and smaller monochrome TVs for business users. Since then a number of terminals have been demonstrated from over a dozen different manufacturers with a variety of screen sizes, features and prices. This broadening of choice is most likely to become the norm rather than the exception everywhere.

As potential terminals, TVs have undoubted advantages:

● They are widely positioned in the field. Most homes have one, and the penetration of colour TV is high — see Figure 2.1.

● The TV manufacturing and distribution industries are well established, with an effective sales and support infrastructure.

● TVs are relatively inexpensive consumer durables, and are still getting cheaper in real terms — see Figure 2.2.

| Figure 2.1 | TV penetration of households, 1979 | | |
|---|---|---|---|
| Country | Proportion of households with colour TV, % | Total number of installed TVs, millions | Colour TV annual sales rate, millions |
| France | 27 | 5 | 0.8 |
| Netherlands | 68 | 3.1 | 0.3 |
| UK | 75 | 15 | 1.8 |
| USA | 85 | 68 | 10 |

But there are some disadvantages to the use of TVs as terminals too:

● The TV manufacturing and distribution industries are not geared to the needs of the terminal market. TVs presently are sold on features and price. The concept of TV itself is well understood

Butler Cox & Partners Limited

18

GW-LT 435288

Exhibit 06
Page 181

**Figure 2.2  Price of colour TV**

Approximate average number of weeks pay (before tax) needed to buy a good quality TV.



and needs no selling. Videotex is different: screened pages, connection to the telephone, and user interaction with the TV are ideas which are still somewhat foreign to the industry as well as to the public at large.

● The TV industry is generally highly competitive, with low margins and limited cash resources. It is at the same time confronted by a wide range of investment opportunities, and is unable to pursue them all.

These considerations are related to the nature of the TV industry. In addition, the effectiveness of the TV as a potential terminal is an important consideration.

TVs were not designed with the prime purpose in mind of displaying text. Compared with regular VDUs they have poorer resolution, and flicker can exacerbate eye strain. In the residential market, where TVs are not expected to be used frequently or for long periods in the videotex mode, these disadvantages are unlikely to be important. But in the business market where usage will often be more intensive, the possibility of eye strain is an important consideration. The legibility of characters displayed on the screen is a complex subject which has attracted a considerable amount of research. Some of the inter-relating factors which appear to have a significant effect on legibility include[10]:

● The way characters are composed on the screen together with their shape, size and spacing, and their stability and resolution. These points are all associated with the question of

page format and the TV raster, which is discussed below.

● Colour, brightness, contrast and freedom from reflections, which have a lot to do with the positioning of the terminal and the ambient lighting, as well as the characteristics of the TV itself. Because the quality of text displays on TVs is not as good as with the best VDUs, even more environmental care will be necessary to avoid undue visual fatigue.

The TV industry is a high volume one. Videotex, if it is going to be of interest, must offer the prospect of high volumes too, and that means low prices to the consumer.

There are two key issues here which ultimately will determine the response to videotex of the TV industry:

1. The price at which adapted TVs can be sold.

2. The effectiveness of adaptation, in terms of convenience, quality and legibility.

Both these issues are influenced by the *choice of page format*, and by the method of *terminal adaptation*, both of which are discussed below. They are also influenced in particular by the choice of videotex system: simple, basic systems are less sophisticated, so perhaps less effective. But they are also potentially less expensive — as discussed later in this chapter.

**Choice of page format: European and North American differences**

The choice of page format for videotex, determining the number of characters which can be displayed on a page, is a critical decision. More characters mean fewer editing restrictions, and more for the users' money. But more characters also mean reduced legibility.

The choice of page format is an important issue in the standardisation debate for international interworking, and one which is not yet resolved. The difference between TV standards in Europe and North America makes agreement to a common format difficult — though not impossible.

Before considering the issue of page format choice in terms of both horizontal (characters per row) and vertical (rows per page) dimensions, it is relevant first to consider briefly the question of character spacing.

ButlerCox & Partners Limited
© Reproduction ...

GW-LT 435289

Exhibit 06
Page 182

*TECHNICAL ISSUES: TERMINALS, SYSTEMS AND INTERWORKING*

### Character spacing

Character spacing which is fixed (like most type-writers) rather than proportionally spaced (as with this printed page of text) is the norm with current videotex systems. Characters are formed within cells making an invisible grid on the surface of the screen like the squares of a chess board. The characters are formed in much the same way as a video picture, from illuminated phosphor colour triplets called pixels (short for "picture elements") which are deposited on the back of the screen.

The pixels are illuminated by an electron beam which scans in horizontal lines from left to right, starting at the top of the screen and finishing at the bottom before returning rapidly to the top to repeat the sequence. The beam intensity is adjusted during the scan to cause selected pixels to glow; they decay slightly before being re-energised by the subsequent scan. Each complete scan from top to bottom of the screen is called a field. Alternative fields are interlaced. The complete cycle of two interlaced fields is called a raster.

In the North American NTSC TV standard there are 525 lines in the raster; each field of 262.5 lines is repeated every 1/60th of a second, in line with the frequency of the domestic electricity supply. In the European PAL and SECAM standards there are 625 lines in the raster; each field of 312.5 lines is repeated every 1/50th of a second, again in line with the local domestic power supply frequency.

The persistence of vision of the human eye is sufficient to ensure that a normal TV video picture appears to be continuous. This is despite the fact that the field frequency means that the pixels in any single scan line are only re-energised at half the field frequency because of the interlace — every 1/30th (or 1/25th) of a second. But a flickering effect is sometimes noticeable, and it can become particularly apparent with the still images of videotex. A solution is to adjust the TV raster to remove the interlace.

The beam itself consists of three separate colour signals — red, green and blue — which cause the corresponding colours in the pixel triplets to respond. By adjusting each individual signal either to on or off, a total of 8 colours including black and white can be mixed from the basic red, green and blue ($2^3 = 8$). This is the source of the basic colours of videotex — see Figure 2.3. By adjusting the signal intensities on a scale between on and off, the colour range can be increased at the expense of greater complexity. With one intermediate level, 27 ($3^3$) colours can be mixed.

With normal TV video displaying moving pictures, the intensity of the beam is continually adjusted during successive raster scans. But the fixed images on a typical videotex page are generated by a continually repeated identical raster which uses a fixed set of instructions stored in the terminal memory. The instructions are only changed upon receipt of a new set of signals transmitted from the videotex centre.

**Figure 2.3   Videotex colour generation**

| Signal state | | | Resulting colour |
|---|---|---|---|
| R | G | B | |
| √ | X | X | red |
| X | √ | X | green |
| X | X | √ | blue |
| √ | √ | X | yellow |
| √ | X | √ | magenta |
| X | √ | √ | cyan |
| √ | √ | √ | white |
| X | X | X | black |

The shape of each individual character is formed from a matrix of dots within the character cell, each dot consisting of at least one pixel. The minimum matrix acceptable to form English language characters in upper and lower case is 5x7.* But tests have shown that readability is much improved when the descenders on the lower case letters g, j, p and q project beneath the line by at least 1 dot.[11] In addition at least 1 dot is needed for both inter-character spacing (horizontal) and inter-row spacing (vertical). (A horizontal space of less than two dots between characters can result in more letter identification errors, whilst more than two causes an unnecessary reduction in reading speed). The basic cell matrix which is widely accepted is 6x10 dots, and is often used (eg. by Prestel) for English language characters.

However larger matrices are frequently preferred for a number of reasons: for accenting upper case letters in Latin-based language alphabets, for underlining, and to improve readability with increased character and row separation. Hence Antiope systems favour a 8x10 matrix and displays demonstrated by Dornier have used 8x12. Viewtron uses a 10x12 matrix.[12]

*The convention in the Videotex Report Series for orthogonal dimensions is horizontal x vertical.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

20

GW-LT 435290

Exhibit 06
Page 183

There is no international agreement at present over the dimensions of the character cell, despite its influence both on readability and page format. However, the issue is being brought to the fore as a result of intensifying interest in dynamically redefinable character sets (DRCS), discussed later in this chapter on page 26.

One consequence is that the issue of page format standardisation — in terms of both the horizontal and vertical component dimensions — is now receiving renewed attention.

### The horizontal dimension: characters per row

Each horizontal dot in the character cell must be at least 1 pixel wide. Pixel widths vary with TV set designs, but usually they are 0.63 mm or smaller. A small TV screen with a 30 cm diagonal has a row length of about 19 cm, equivalent to about 300 pixels. With 1 pixel per dot and 6 horizontal dots in a character cell, 50 characters could be accommodated per row. Larger screens could accommodate more characters for a given number of pixels per dot.

In Europe though, 40 characters per row is a popular choice. It is used by both Antiope and Prestel, and by Prestel-based systems such as Telset and Viditel. In the case of Prestel, a row length of 40 characters was chosen to match the earlier choice made for British teletext — itself a compromise between editorial and readability considerations. Another consideration in the teletext decision was that 40 characters could be contained in the RF bandwidth without undue loss of colour definition, thereby permitting the use of external adaptors plugged into the antenna socket.

One dissenter is Dornier which favours 48 characters per row (but fewer rows per page to accommodate the taller cell mentioned above).

For the NTSC standard, however, 40 characters per row is not the obvious choice, because the more limited bandwidth creates severe difficulties with this number in the case of RF adaptors. This is a more or less serious problem, depending on one's viewpoint over whether RF input is likely to be a persisting or a transient requirement, and how much it matters to preserve the colours specified by the page designer.

An easier alternative to 40 characters per row for NTSC systems is 32 characters — frequently advocated by those less concerned about editing requirements and the supposed need for compatibility with Europe.

### The vertical dimension: rows per page

Each vertical dot in the character cell must be at least one field scan line. The "overscan" built into all TVs means that fewer scan lines appear in the screen viewing area than the raster would imply; the other scan lines are beyond the screen viewing area. With the NTSC standard, a conservative estimate of the number of visible scan lines is around 200; in Europe it is around 250. So for a character cell with 10 vertical dots, the number of character rows which can be shown with the NTSC standard is about 20; in Europe it is about 25.

In Europe, 24 character rows per page is a popular choice for character cells having 10 vertical dots. Combined with 40 characters per row, it gives a well-proportioned character cell. (The TV screen aspect ratio is 4:3, yielding a character cell aspect ratio of 4:5 at 40x24).

With the NTSC standard, 20 rows per page is a popular choice. But 24 can be obtained, by arranging for the overscan to be temporarily reduced through "raster squeezing" (compressing the raster scan lines in the vertical plane so that more of them than normal appear in the visible area of the screen) when the TV is in videotex mode. This can be affected quite simply under switch control on TVs with integral decoders, but not so readily with RF adaptors.

### Choice of a page format

There is no international agreement over page format, and different trial systems will use different formats — see Figure 2.4.

Because of the different characteristics of Latin-based languages and the different TV standards,

**Figure 2.4  Cell matrix and page format**

| System | TV standard[1] | Cell format | Page format | Maximum characters per page |
|---|---|---|---|---|
| Prestel | PAL | 6x10[2] | 40x24 | 960 |
| Antiope | SECAM | 8x10 | 40x25[3] | 1000 |
| Telidon | NTSC | 7x10 | 40x20 | 800 |
| Viewtron | NTSC | 10x12 | 40x20 | 800 |
| Dornier | PAL | 8x12 | 48x20 | 960 |

The chart shows popular/likely cell and page formats. Alternatives are possible.

1. Primary standard for which system is designed.
2. 7x10 is an alternative.
3. 40x24 can also be shown.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435291

Exhibit 06
Page 184

*TECHNICAL ISSUES: TERMINALS, SYSTEMS AND INTERWORKING*

international agreement to a common page format will be difficult to achieve. Europe appears to be moving towards a de facto choice of 40x24. The same format could be supported by NTSC standard TVs using integral decoders, but not with the use of RF adaptors — unless for example the two halves of the same page are displayed separately one after the other, or the TV is adjusted by hand to reduce the overscan each time it is used for videotex.

The 40x24 page format is a possible international videotex standard. But at present its general acceptance appears to be unlikely.

**Adapting TVs: integral vs external adaptors**

TVs must be adapted to permit them to receive, transmit and display the digital videotex information. They can be adapted during manufacture or in the field. In the former case, integration of the adaptor and the TV is sensible. In the latter case, a separate external (add-on or set-top) adaptor is the practical approach — see Figure 2.5.

In future, different markets will see different mixes of these approaches.

An *Integral adaptor* has several advantages compared with the external alternative:

● It should be cheaper to make, so the price to the user should be lower. Items such as cabinet, power supply and certain electronic components need not be duplicated.

● It is tidier — there is no separate box with trailing wires.

● It is preferred by the TV industry. Integral adaptors should encourage residential users to trade up, and they remove the threat of third party manufacturers gaining a revenue share.

● It is more economical when both videotex and teletext reception are needed, because a second RF tuner is not required.

On the other hand, the *external adaptor* design has an important advantage for residential users:

● It eliminates the need for a new TV, so has the potential to encourage rapid market penetration,* particularly in the critical period of the market formation.

**Figure 2.5  Integral and external adaptors**

*a. Integral adaptor*



— common power supply
— easy to provide teletext and videotex
— TV set can contain decoder, modem and autodialler

*b. External adaptor*

Videotex only



— separate power supply

Videotex and teletext



— separate power supply
— UHF tuner in both TV and adaptor

Apart from these differences, there is the question of different display quality. Most external adaptors will be plugged into the TV through the antenna (RF) socket, imposing a limitation on the videotex input signal bandwidth. This can have an important influence on the choice of page format, as described above. For a given page format, it can mean reduced display quality in terms of definition and colour saturation.

*Less relevant where TV set rental is well established, as in Britain.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435292

**Exhibit 06**
**Page 185**

It may be possible to plug an external adaptor into a video (RGB) socket on the TV set where one is provided for the purpose, thereby eliminating the quality disadvantages of RF connection. Sockets like these are planned on new TVs to be sold in France after 1982. Other countries may follow France's lead, though such developments are unlikely to occur quickly. The RGB socket specification issue is a complex one, and agreeing on standards takes time. And RGB sockets will be expensive to fit, even to new TVs: something that manufacturers in a competitive market would sooner avoid.

A further aspect to the debate over integral and external adaptors concerns the modem — the part which interfaces with the telephone line to impose digital signals onto the analogue carrier waves. At the videotex terminal, the modem can be integral with or separate from the rest of the adaptor — see Figure 2.6.

Integrating the modem with the adaptor has advantages:

● It is potentially cheaper to make and cheaper to install.

**Figure 2.6   Integral and separate modems**

*a. Integral modem*



*b. Separate modem*



— autodialler in modem
— Modem powered from telephone line or separate supply

● It can be powered from the TV power supply. Although a separate modem can be powered through the telephone line (as is planned in West Germany) it is not always possible to do this — local telephone exchanges may be unable to handle the power requirements.

The separate modem design has advantages too:

● It permits easier (eg. remote) testing, and its physical detachment more clearly defines the demarcation point between TV and telecommunications responsibilities. For regulatory reasons some telephone authorities, typified by the European PTTs, may be able and anxious to retain control over modem attachment.

● One modem might be shared by several digital devices, not just a videotex terminal (though the operating speeds and characteristics of the devices would need to be the same).

There are a number of important issues in the debate over integral versus external adaptors. Both have advantages, and both will be used. Both designs are being offered on the market in Britain though the TV industry is strongly in favour of integral adaptors. Integral modems are permitted by the BPO. In Holland and West Germany the position is similar, though the PTTs are (at the time of writing) insisting on separate modems.

In North America there appears to be less of a concensus, with both integral and external adaptors planned to feature in the trials, and some considerable uncertainty about the relative importance and enduring nature of the market for external adaptors. Those who regard external adaptors as a transient phenomenon are reluctant to see the page format standards of the future prejudiced for the sake of temporary expediency.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435293

Exhibit 06
Page 186

## SYSTEMS RIVALRY AND THE STANDARDISATION ISSUE

### Rivalry between systems

The international videotex scene is characterised by rivalry between different systems, which has tended to cloud the more basic issues — such as the response of the marketplace and the prospects for commercial advantage. Competition has led to the rapid development of technical innovations, but also to instability which has deterred some potential participants. The rivalry between systems is unlikely to diminish.

Videotex originated in Europe, specifically in the early 1970s in Britain with Prestel. Prestel's whole-hearted allegiance is to simplicity and low cost. Its display features are limited to coarse mosaic graphics and a restricted range of colour and character positioning options. The service is confined at present to information retrieval and a limited form of message service between users and IPs (called the response frame facility).

Prestel uses a simple design of decoder sharing common circuitry with Ceefax and Oracle broadcast teletext, operated independently as public services by the BBC and IBA respectively. The Prestel transmission code and character set, as originally conceived, was based on the internationally agreed ISO 646 and 2022 standards existing at the time of its inception. It was not possible for Prestel to be aligned completely with these standards, which were not conceived in the first place to cater for the full possibilities of video displays.

France's Antiope videotex coding and display system came later, from research work conducted in the mid 1970s at the CCETT, the joint research establishment of the French PTT (DGT) and state broadcasting authority (TDF) in Rennes. Antiope is used by the Teletel and electronic directory projects, and also by the Antiope broadcast videotex systems operated by the TDF. It is a cornerstone in France's integrated plan for a wide range of new telecommunications developments under the general name "Telematique".

As originally conceived Antiope videotex was much like Prestel, featuring similar coarse mosaic graphics, restricted colours, a nearly identical page format, 1200/75 bit/s transmission speed and 7 bit asynchronous codes also based on the ISO 646 and 2022 standards.

There were a few differences compared with Prestel — detailed but important — mainly concerning the arrangements for handling control characters and accented characters. They meant a marginally improved display flexibility, at the expense of some additional complexity and extra transmission time.

Early attempts at agreeing a compromise between Prestel and Antiope, mainly conducted through the CCITT, were useful but unsuccessful. Other European PTTs — in West Germany, Holland and Switzerland — bought the Prestel software and know-how to gain a head start in their own videotex trials.* In the meantime the rivalry between Prestel and Antiope in Europe intensified and the discussions at various harmonising forums over the standards issue broadened, if anything becoming more confused, as the merits of other systems were debated as well. Probably the most influential of these was Canada's Telidon, described as a second generation videotex system and featuring geometric coding instructions with the claimed advantages of independence between data and terminals, and the potential for graphics superior to those of mosaic systems.

The interest in improved graphics resulted in further development work in several laboratories, resulting in a method for improving the flexibility of the basic mosaic graphic system called dynamically redefinable character sets (DRCS). Knight Ridder's Viewtron, using technology developed by Bell Laboratories, was one of the first systems to demonstrate the potential of DRCS. And in pursuit of the ultimate goal of visual quality equivalent to that of the regular TV, the "photographic" method of picture generation was also demonstrated, notably by Telidon and later by modified versions of both Prestel and Antiope. The photographic method is a point-by-point technique equivalent to facsimile, which permits the rendering of complex illustrations on the screen.

By the end of 1979, attempts to reach a European compromise had still not succeeded. The CCITT had recognised four distinct approaches to videotex,[13] and was preparing to make general recommendations about standards for each one: the alphamosaic method, DRCS, the alphageometric method and the alphaphotographic method. They are described on the following pages.

---

*There is no post-trial commitment to Prestel though, and the advantages of France's co-ordinated product approach may prove a compelling attraction.

Butler Cox & Partners Limited
© Reproduction by any method in whole …

GW-LT 435294

Exhibit 06
Page 187

TECHNICAL ISSUES: TERMINALS, SYSTEMS AND INTERWORKING

## Alphamosaic systems

Alphamosaic systems, exemplified by Prestel and Antiope, are able to display either characters or graphic elements in the character cells of the fixed display grid. The graphic elements take the form of mosaic shapes. As with the characters, the repertoire of mosaic shapes is pre-determined and limited by coding and generation considerations.

Typically each cell is sub-divided into six sub-cells which can be combined in 64 different ways ($2^6 = 64$) to form the mosaic repertoire. Alternative or additional repertoires are also possible — see Figure 2.7. It is these somewhat restricted mosaic repertoires which give alphamosaic systems their characteristic granular appearance.

### Figure 2.7    Graphic elements

Typically each character cell is divided into 6 sub-cells which can be combined in 64 different ways to form a mosaic repertoire (a), or alternatively (or additionally) in 48 different ways to provide a repertoire of diagonal shapes (b). Other sub-cell arrangements yield different repertoires.

a. Examples of mosaic sub-cell combinations (64 possible arrangements).



b. Examples of diagonal shapes (48 possible arrangements having one diagonal each).



Standards for 7 bit codes are contained in ISO 646. Seven bits give 128 combinations ($2^7 = 128$) which is insufficient for a comprehensive character repertoire. Code extension techniques are set out in ISO 2022 which permits the same combinations of bits to be interpreted in different ways. This is done in accordance with control characters which work rather like a typewriter shift key. Figure 2.8 shows how the basic code table is divided into a 32 position control set (C set) and 96 position graphic set (G set). Both the basic C and G sets can be replaced by "invoking" one out of a choice of alternatives.

Much of the standards debate over Prestel and Antiope has surrounded the use of the C and G sets: the definition of characters in each position in the basic code table, the use of control characters, and the contents of the alternative sets. In particular, the method of accenting characters has been a

### Figure 2.8    Principles of code extension

a. 7 bit code table corresponding to ISO 646

| | | | | $b_7$ | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $b_6$ | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| | | | | $b_5$ | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| $b_4$ | $b_3$ | $b_2$ | $b_1$ | col row | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 0 | 0 | 0 | 0 | 0 | | ⊠ | | | | | | |
| 0 | 0 | 0 | 1 | 1 | | | | | | | | |
| 0 | 0 | 1 | 0 | 2 | | | | | | | | |
| 0 | 0 | 1 | 1 | 3 | | | | | | | | |
| 0 | 1 | 0 | 0 | 4 | | | | | | | | |
| 0 | 1 | 0 | 1 | 5 | | | | | | | | |
| 0 | 1 | 1 | 0 | 6 | | | | | | | | |
| 0 | 1 | 1 | 1 | 7 | | | | | | | | |
| 1 | 0 | 0 | 0 | 8 | | | | | | | | |
| 1 | 0 | 0 | 1 | 9 | | | | | | | | |
| 1 | 0 | 1 | 0 | 10 | | | | | | | | |
| 1 | 0 | 1 | 1 | 11 | | | | | | | | |
| 1 | 1 | 0 | 0 | 12 | | | | | | | | |
| 1 | 1 | 0 | 1 | 13 | | | | | | | | |
| 1 | 1 | 1 | 0 | 14 | | | | | | | | |
| 1 | 1 | 1 | 1 | 15 | | | | | | | | ⊠ |

Columns 0–1: Set of 32 control characters. Columns 2–7: Set of 94 graphic characters.

The 7 bit code table is divided into a 2 column array of 32 control (C) characters and an 8 column array of 96 graphic (G) characters (94, after allowing for the "space" and "delete" characters).

There is a basic international character repertoire called the International Reference Version (IRV) which is not widely implemented. The important implementations are of national variants, eg. the US variant ASCII.

b. Code extension



alternative $C_3$
alternative $C_2$
alternative $C_1$
C set
G set
alternative $G_1$
alternative $G_2$
alternative $G_3$

Code extension can be arranged by invoking alternative C and G sets, through the use of control characters, to overlay the basic sets.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

25

GW-LT 435295

Exhibit 06
Page 188

contentious issue. Proponents of Prestel have generally supported the *direct method* with every possible combination of accent and character pre-coded in the character set. The proponents of Antiope have generally supported the *composite method*, with accents and characters stored separately and independently, then combined to produce accented characters by a back-spacing technique.

Another important difference between Prestel and Antiope has been concerned with *serial* and *parallel* coding — a consequence of differences in terminal display memory arrangements, rather than transmission coding. Prestel terminals use an 8 bit memory to store the transmitted code. Most control characters are stored in the 960 (40x24) position display memory just like other characters. They then appear as background colour spaces on the screen, unless they are disguised by "holding over" the graphic shape from the preceding cell position.

There may be quite a number of control characters of this sort on any given Prestel page. They are used not only for invoking code extensions, but also to specify attributes of (following) characters such as background and foreground colour, steady/flashing, single/double height and so forth. Prestel's choice of the serial coding approach was dictated by a desire to minimise the cost of the terminal decoder; the cost of only a small amount of extra memory was an important consideration at the time of the decision.

Prestel's display flexibility is also restricted as a consequence of serial coding. The number of useful characters which Prestel can display is reduced as a consequence of serial coding, because of the number of positions taken by control characters. Adjacent letters in a word cannot be coded in different colours, for example, though how much this kind of constraint matters in practice is another question.

Antiope on the other hand uses parallel coding either in full, or in combination with serial coding. The idea is that control characters can be stored independently from the characters for display, and character attribute codes can be stored together (in parallel) with each character. To cater for the full range of attributes which have been specified for Antiope requires at least 20 bits per character position. In fact, Antiope decoders have been demonstrated with 20, 16 and 8 bit memories.

The 16 bit memory is a compromise which requires a combination of serial and parallel coding to cater

for the full range of specified attributes. The 8 bit memory has been described by the French as "the lowest form of life" (following an American suggestion), aimed at achieving minimum production costs. Like the 16 bit decoder, it uses a combination of serial and parallel coding techniques, but the range of available attribute combinations is more restricted.

Most of the other alphamosaic systems which have been demonstrated have made use of the transmission code, character sets and display arrangements of Prestel or Antiope — either duplicated or adapted (eg. public trial systems such as Data-Vision, Telset, and Channel 2000, or private systems such as Topic and Daisy). But there are exceptions — for example Viewtron, which uses its own unique arrangements.

### Dynamically redefinable character sets

The idea with DRCS is that the fixed graphic and character repertoires of alphamosaic systems can be extended with an additional range of pre-defined shapes which can be down-loaded to user terminals as they are needed.

The extended repertoire can be of any type of symbol, such as extra characters, special symbols and picture elements — as shown in Figure 2.9. Once loaded into a terminal the DRCS are regarded as members of the character repertoire library that, according to the CCITT, can be designated by the appropriate escape sequences:

**Figure 2.9    Examples of DRCS symbols**



DRCS symbols can take any shape within the capacity of the cell dot matrix. These four examples are for dot matrices of 10x12.

Different DRCS can be down-loaded for different pages, so that DRCS systems can be made very flexible. But the practical penalty is the need for additional storage at the database to hold the DRCS, the need for additional transmission time during loading, and the need for extra storage at the terminal. For example a 5760 bit RAM would be needed in each terminal to store a 96 character DRCS for a 6x10 cell matrix.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435296

Exhibit 06
Page 189

The CCITT and the Conference of European PTTs (CEPT) are both currently involved with the preparation of a recommendation for the dot composition of DRCS characters. A positive outcome will be critically important — not only for the DRCS concept, but also because of its impact on the question of page format for the reasons explained earlier. In addition, the CCITT is discussing the question of a standard pattern transfer procedure and data compression technique for DRCS.

## Alphageometric systems

The difference between alphageometric and alpha-mosaic systems is over the means of graphical presentation. Alphanumeric text is transmitted as with conventional coding, but graphics are transmitted in the form of drawing commands.

Canada has taken the lead in the development of alphageometric systems for videotex as a result of research work carried out at the publicly funded federal Department of Communications (DOC) during the 1970s, which led to the announcement of the Telidon system in 1978. Drawing on techniques well known in the computer aided design field, the goal of the researchers was to achieve independence between database and terminal.[14] One reason was to prevent developments in one field being held back by the other, by allowing for forward and backward compatibility. Another reason was to ensure that terminals with different capabilities for resolution — in practice, with different amounts of internal memory — could use the same database. The feeling was that the market would develop to support a wide range of different terminal designs at different prices.

The DOC's view was that, compared with alpha-mosaic systems, the increased complexity of its "second generation" approach would mean more expensive user terminals and editing equipment. But the cost penalty would reduce with the falling cost of electronic components, and ultimately would become trivial.

Telidon uses Picture Description Instructions (PDIs), a compact set of five drawing commands for describing pictures — see Figure 2.10. The PDIs permit cartoon-style drawings to be developed on the screen from the instructions, which are processed in the terminal. The result is that relatively complex pictures can be generated from a relatively small amount of transmitted code.

The pictures can be reproduced with a degree of accuracy and resolution which depends on the amount of internal memory available at the terminal. Telidon terminals have been demonstrated typically with around 25K bytes available for the display memory; enough to permit lines to appear reasonably straight and for arcs to appear reasonably smooth, though still not equivalent to the standard of a regular TV in normal video mode.

**Figure 2.10    Telidon PDIs**

| | |
|---|---|
| *Point* | Sets the drawing beam to any position in the display space and optionally draws a point. |
| *Line* | Draws a line based on its end points. |
| *Arc* | Draws a circular arc based on the endpoints of the arc and a point on the arc. The endpoints of the arc may optionally be joined by a chord and the area so defined filled in. |
| *Rectangle* | Draws a rectangular outline or fills in an area of specified length and width. |
| *Polygon* | Draws a polygonal outline or fills in the circumscribed area based on a series of defined vertices. |
| *Bit* | Draws an image point by point or otherwise encoded, in a similar manner to the operation of facsimile equipment. |
| *Control* | Provides control over the modes of the drawing commands. One of its major functions is to set up a value or colour of an object. |

Source: Picture Description Instructions for the Telidon Videotex System, H. G. Bown, et al, Dept. of Communications, Ottawa, November 1979.

Telidon PDIs are coded in the $G_1$ set and invoked by shift control characters in the C set, according to ISO 2022 specifications. Figure 2.11 shows a typical sequence of PDIs for constructing a representation of a house.

Telidon's PDIs also include a Control operation code, for qualifying other operation codes in terms of attributes such as colour value, grey scale, solid or broken (eg. dot or dash) lines, time delay, rotation and fill (for filling defined areas with colour).

The five geometric drawing commands of Telidon have been recognised by the CCITT as the basis of a recommendation for geometric videotex. They have also been used by experimental systems outside Canada. For example PDIs have been used with Telset in Finland, and in an internal videotex system developed by NATO. French telewriting developments at the CCETT have also used a type of drawing command similar to, but not the same as, Telidon PDIs. An agreement to co-operate in the technical development of PDIs was reached between the CCETT and the DOC in 1979; conceivably an agreement to co-operate commercially could follow.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435297

Exhibit 06
Page 190

*TECHNICAL ISSUES: TERMINALS, SYSTEMS AND INTERWORKING*

Figure 2.11  Example of Telidon PDI sequence



The simple drawing shown above can be described with 137 bytes of information using PDIs:

Shift Out (SO) to graphics mode.
Draw a blue background covering entire display area.
Draw a green foreground using a filled 8-sided polygon instruction.
Draw the walls of the house in red using a filled 6-sided polygon instruction.
Draw a green line to define the edge of the roof.
Proceeding from the present beam position draw the remainder of the roof using a filled 4-sided polygon instruction.
Draw a yellow sun using the arc instruction. Fill in the area between the chord and the end points of the arc.
Draw a yellow door.
Set the colour to white and reposition the beam ready for text.
Shift In (SI) to alphanumeric mode and write "House".

Source: Communications Research Centre, Ottawa, Canada.

## Alphaphotographic systems

Photographic is the term for the method by which screen images can be realised by the transmission and display of individual picture elements. It is a pattern rather than a coding approach, equivalent to facsimile. Combined with encoded text, the method is called alphaphotographic.

The photographic method of image generation is appropriate for pictures which are too complex to be rendered satisfactorily by mosaic, DRCS or geometric techniques — such as signatures, logos, portraits, and illustrations (house for sale or road map). The technique is similar to slow-scan TV. Ultimately still colour pictures equivalent in quality to a normal TV picture can be shown on videotex this way. But the number of pixels on the screen of a typical large domestic TV is about quarter of a million. To address each pixel individually with coding for colour and grey scale would require well over one million bits (100K bytes of storage). At 1200 bit/s, it would take over 10 minutes to fill the screen.

The transmission and memory requirements can be reduced either by reducing the proportion of the screen filled by the photographic display area on the screen, or the quality of resolution, or both. The transmission requirement can be further reduced by data compression, for example by encoding the differences between adjacent picture elements rather than their absolute values, and by simplifying the encoding requirements of the signal components (eg. colour and brightness).

Thus photographic ("Picture") Prestel has been demonstrated using 24K bytes of memory for an area about 10% of the full screen size, with a transmission time of about one minute at 1200 bit/s, and 15 seconds at 4800 bit/s. The pictures are close to normal TV video quality.

Telidon has demonstrated a similar capability, with pictures restricted by memory and transmission time to a small area of the screen.

The Japanese Captain is an example of another form of alphaphotographic picture display. It is not, however, directly equivalent to the free form bit-by-bit photographic approach described above. With Captain, the whole display area is divided into a grid of sub-blocks, and the photographic pattern information is transmitted for the individual sub-blocks. Transmission time and terminal storage requirements are saved by limiting the amount of information (eg. colour) forming the patterns in each sub-block. The system has been designed for displaying Chinese and other oriental characters. Captain can display a total of 31x17 sub-blocks, each with a resolution of 8x12 dots, giving a total resolution of 248x204 dots. The total terminal memory requirement is about 7K bytes. The transmission time for an average page is about 10 seconds at 3200 bit/s.

## The pictorial representation debate

In summary, the key differences between the various videotex proposals surround the use of 7 bit codes to represent basic and extended character sets for display, and the use of different approaches to the generation of graphic (pictorial) images. Both issues have been at the centre of prolonged discussions in a number of forums. In particular, the debate over graphics resolution has gained a great deal of attention:

● The coarse graphics of alphamosaic systems are recognised as inadequate to portray images

ButlerCox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435298

Exhibit 06
Page 191

other than crude maps and diagrams, but are often held to be quite adequate for most applications where a simple adornment to the text is all that is necessary. DRCS can significantly improve on the limitations of basic mosaic graphics, though the method is itself limited by the constraints of the cell-oriented approach.

- The improved graphics of alphageometric systems are seen to be superior for maps, plans and cartoon-style illustrations, but at the price of more expensive terminals and more complex editing equipment and procedures. And alphageometric systems are still unable to handle pictures which cannot be described in terms of simple geometric drawing commands.

- The photographic method has the potential to permit the imaging of pictures with a quality limited ultimately only by the resolution of the terminal itself. But this capability can only be bought at the expense of greatly increased transmission times and terminal storage.

Of course it is possible for the different graphic methods to be combined. For example, Prestel has demonstrated alphamosaic and photographic images (of restricted size) on the same page. Antiope and Telidon have performed similarly.

At present it is still not clear which method, or combination of methods, will prove to be the most widely acceptable.

## DATABASE SIZE AND ACCESS PROCEDURES

### Database size and the number of users

More pages in a videotex database means a wider choice for information retrieval. This is particularly important for the residential market, to give the service broad appeal. But for a given number of users, more pages means a lower average access rate per page, and consequently a reduced volume of revenue for a given page price.

There is a relationship between the number of users and the size of the database which is illustrated in Figure 2.12. It shows that, above a certain number of pages, the access rate to the average page generates insufficient revenue to yield a profit for the information providers. The highly simplified straight line relationship in the Figure is based on



Figure 2.12   Database size and number of users

the assumptions that the cost of page maintenance is constant, and that the constraint on the willingness of users to access the system is determined by page price.

For a given number of users there is a maximum size of database above which the average information provider will be unable to make a profit. A minimum size of database (n pages) is also presumed, below which the service would have an insufficient variety of pages to attract the interest of any users. The corresponding number of users for break-even is N. Information provision is not profitable at fewer than N users.

### Usability of database retrieval procedures

How to design a database access procedure permitting quick and easy access to a given page amongst many thousands is a major challenge, and one which will be a key determinant of videotex's ultimate success.

The concept of a tree structured database with numbered pages of information has been widely recognised as a characteristic of videotex. It is this method which is used by Prestel and its derivatives, so its wide identification with videotex is hardly surprising.

The method is both simple and flexible. The tree structure can be used to index pages in increasing detail. It lends itself to numbered choices so that a numeric-only keypad can be used. It can be made flexible by arranging "virtual page selection", as in

GW-LT 435299

Exhibit 06
Page 192

Prestel. A user keying a single digit in response to a numbered choice on the screen may be led directly to a page whose number bears no relation to the page from which he has been routed. Thus the routeing paths between pages on the Prestel database are not constrained in any physical way to the formal hierarchial tree structure. It is possible to move from one extreme of the database to the other at a single step.

The disadvantages of the method are that it can be cumbersome and time consuming. Great care is needed to avoid ambiguity in the choices presented at each indexing step. Even so, several routes to a given end page of information are likely to be the rule rather than the exception. Users starting at the top of the tree are likely to have to work their way through a succession of routeing pages before reaching the desired end page. There is no way of knowing quickly if the information they seek is not available.

Inevitably the complexity of the indexing system increases rapidly with the size of the database, presenting both users and index maintainers with an increasingly difficult task. Arranging an indexing method for a database in such a way that a large number of pages of information can be accessed readily and accurately by unskilled users is a major challenge. It is by no means certain that the challenge has been met. The task is attracting an increasing amount of research. Stewart has reported on a study at Loughborough University of Technology to assess the usability and acceptability of the Prestel retrieval procedures.[15] The researchers compared four access procedures:

● Menu: the existing tree structure using numbered menu choices.

● Key words: a limited keyword system in which overlays on the numeric keyboard allowed the user to enter simple, easy-to-remember words which the system treated as a routeing instruction to the appropriately numbered page.

● Printed directory: a separate printed version of the alphabetic subject index.

● System alphabetic index: the alphabetic index displayed on the system as a series of pages.

The four procedures were compared for search time, average number of pages viewed, the number of "blind alleys" (wrong pages) selected, and the total search time taken. The results are shown in Figure 2.13, giving a strong indication that the use

**Figure 2.13   Comparison of four database access procedures**

Overall mean results for the experimental access procedures.

|  | Menu | Key-words | Printed directory | Alphabetic index |
|---|---|---|---|---|
| Search time in seconds | 270 | 164 | 259 | 280 |
| Pages viewed | 17 | 9 | 12 | 18 |
| "Blind Alleys" (wrong pages) | 2.1 | 1.2 | 1.8 | 2.7 |
| Time per page in seconds | 16 | 18 | 21 | 16 |

of keywords on Prestel results in shorter search times with fewer page accesses.

The validity of these results can be challenged on several scores. In particular, what is relevant for a relatively small database may not be relevant when the database is larger. Nonetheless the results are a useful pointer, and it is interesting to note that comparisons on similar lines but larger scales will be carried out in some of the market trials to be undertaken in the near future, such as Teletel and Vista.

## NETWORKING ALTERNATIVES AND INTERWORKING

### Network components

Arranging a videotex network to minimise costs and to permit satisfactory interworking is a key issue which is receiving a great deal of attention.

In its basic form videotex is conceived as a system with terminals connected through the PSTN to a single integrated videotex service centre and database. This is the arrangement used widely for trial and in-house systems — see Figure 2.14a. But for large scale public service systems designed to be within reach of a distributed population, this simple arrangement is unsatisfactory. It means long distance calls and the single centre is vulnerable to failure.

An alternative is a number of distributed systems. They may be isolated from one another, as in Figure 2.14b. Alternatively they may be linked together as in Figure 2.14c — which is the arrange-

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435300

Exhibit 06
Page 193

*TECHNICAL ISSUES: TERMINALS, SYSTEMS AND INTERWORKING*

**Figure 2.14   Videotex system arrangements**

*a. Single videotex centre*



*b. Distributed videotex centres, unconnected*



*c. Distributed videotex centres, connected to update centres*



*d. Generalised videotex network*

○   User terminal
—   PSTN
△   Access point
◯   Service centre
▢   Database
⬡   Data network (eg. packet-switching)
✕   Network concentrator
◇   Update centre



information provider terminals are connected through the PSTN to concentrators in a data network, which in turn connects with the service centres through access points. The service centres may be dedicated to videotex; alternatively they may be general purpose host computers able to interface with videotex. The practical implementation of such a generalised network raises a number of important questions and trade-off issues which are primarily economic and technical in nature.

According to Chitnis and Costa in a study undertaken in Canada,[16] the access points and service centres will ultimately be divorced. The access points, called "videotex centres", will become combined concentrator/intelligent switch/billing machines. The databases will be stored and maintained exclusively at separate auxiliary service centres.

The role of the videotex centre in this approach is that of a front-end processor with a minimum of 3 functions:

● User interface procedures, for example handling communication error messages and echoing characters to the user terminal.

● Routeing of calls, for example to establish and control temporary connections between user terminals and service computers.

● Checking customer identity and keeping track of billing.

With this configuration, a given user is registered with a single videotex centre and all his requests for service are routed through that centre. If a user were to access a videotex centre other than his own, that centre would be responsible for obtaining credit clearance from, and sending accounting information to, the centre with which the user is registered. Alternatively the user would be able to access a distant videotex centre through the telecommunications network at additional communication cost. The service centres could be the responsibility of independent service suppliers.

There may be a need in a distributed videotex system for a separate communication management network to carry out functions such as performance monitoring and the collection of routine control statistics, and for maintenance supervision. Such an auxiliary network may be quite distinct from the main service network of the type described above.

One auxiliary network arrangement, now under development for the Prestel public service, has

ment used by the BPO in its first implementation of a distributed network for the Prestel public service. In this case, the databases are all identical ("replicated") and are updated from a small number of central update centres.

In Figure 2.14d, the components of a network are shown assembled in a generalised way. User and

Butler Cox & Partners Limited

31

GW-LT 435301

Exhibit 06
Page 194

*TECHNICAL ISSUES: TERMINALS, SYSTEMS AND INTERWORKING*

been described by Troughton.[17] Figure 2.15 shows the arrangement. The aim is for Prestel service centres ultimately to operate unattended. Micro-computer-based monitoring equipment at each computer site is linked back to Regional Prestel Centres (RPCs), staffed to deal with customer sales and service enquiries and to register new customers at local service centres, and the National Prestel Operations Centre (NPOC). The equipment informs the staff about impending problems due to traffic overloading or maintenance difficulties. During the working day, the local RPCs are responsible for the performance of the service centres. Outside normal working hours, the NPOC performs this role and is also responsible at all times for the performance of the update centres.

Figure 2.15   Prestel ancillary network arrangement



⬡ Regional Prestel Operational Centre

⬢ National Prestel Operational Centre

**Gateway access to distributed databases**

There is growing interest, particularly in Europe, in the relative merits of the network architectures represented in Figure 2.14.

The Prestel replicated database network is essentially a closed system. It has permitted the BPO to implement rapidly a national videotex service. By the end of 1980 over 60% of the telephone-owning population of Britain is expected to be within local call distance of the nearest access point/service centre ("Prestel Centre"). It has also permitted the BPO to retain full control of all the network hardware except for the terminals. The BPO has chosen to establish the combined Prestel centres using hardware bought from private indus-

try (the computers are made by the British GEC company) and software which it has developed itself. It rents out space on the databases to private sector IPs, who take responsibility for the maintenance and pricing of their own pages.

The West German PTT, which bought the Prestel software from the BPO in 1977 as a basis for its market trial of Bildschirmtext, has modified* the system to permit users to gain access to databases held on host computers remote from the access point/service centres ("Bildschirmtext centres"). The Bildschirmtext centres act as switching points or gateways in the network. Thus potential IPs can rent database space at the PTT-controlled Bildschirmtext centres, or alternatively they can arrange for their own private service centres to be accessible through the gateway facilities. There were two motivations for this approach: to encourage the existing large database-owning organisations, such as banks and mail order houses, to join in the Bildschirmtext venture; and to help emphasise the distinction between Bildschirmtext and information broadcasting systems like teletext, mainly for political reasons.

Like the West German PTT, the Dutch PTT will use Prestel software implemented on GEC computers for its Viditel market trial. It has been studying the gateway method of accessing remote databases along similar lines to Germans.

The network architecture proposed for the French Teletel and electronic directory projects is conceptually similar to the arrangement described by Chitnis and Costa. In the plan for the electronic directory,[18] the network concentrators are called Directory Terminal Concentrators (DTCs), each servicing a population of 20,000 or more user terminals. The DTCs carry out certain display functions such as echo return, and they transmit in block mode with the service centres. The access points are called Inquiry Centres (ICs) which manage the dialogue with users. Each IC supports between quarter of a million and half a million subscribers. The ICs, which carry out page formatting amongst other functions, are connected via the Transpac packet-switching network to Documentation Centres (DCs). These are the main service centres holding the reference databases, each one carrying the information records for about 3 million subscribers.

---

* The task was undertaken by Systems Designers Ltd. (SDL) on behalf of Insac Viewdata (now Aregon). Two types of gateway access have been demonstrated: IBM 3270 emulation, and X.25 permanent virtual circuit.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

**GW-LT 435302**

Exhibit 06
Page 195

*TECHNICAL ISSUES: TERMINALS, SYSTEMS AND INTERWORKING*

In the French proposal for Teletel, the service centres for the full public service — either dedicated computer systems or general purpose host computers — will be in the hands of private sector industry.* The access points will store no information beyond administrative data, as indicated in Figure 2.14. The intention of the French PTT is that even these access points might eventually be in the private sector domain.

One important influence on the practicality of the gateway method is the availability of a transmission network connecting service centres to videotex centres, and having a low cost, distance-independent tariff structure. Most European countries have either opened or are planning to open public packet-switching networks (PSNs) with distance-independent tariffs dedicated to the transmission of non-voice signals. Fifteen countries are expected to have their networks in operation by 1982/83 — see Figure 2.16.

**Figure 2.16  European Telecommunications Administration's plans for Public Packet-switching Data Networks**

| Country | Date of Services |
|---|---|
| Austria | 1982[1] |
| Belgium | 1981 |
| Denmark | 1982[1] |
| Federal German Republic (FRG) | 1980 |
| Finland | 1983[1] |
| France | 1978 |
| Ireland | 1982 |
| Italy | 1982 |
| Netherlands | 1980 |
| Norway | 1980 |
| Portugal | 1981[1] |
| Spain | 1973[2] |
| | 1980[3] |
| Sweden | 1979 |
| Switzerland | 1982 |
| United Kingdom | 1977[2] |
| | 1980[3] |
| EEC (Euronet) | 1979 |

1. Under study.
2. Non-X.25.
3. X.25.

The impetus for this rapid growth in public data networks has come from Euronet, the supra national PSN which was opened in 1979. Euronet is being provided jointly by the nine EEC PTTs, and is financed jointly by them and the European Commission. The national PSNs in Britain and France will

*This will not be the case for the market trial.

both be connected to Euronet during 1980, with other countries due to follow shortly afterwards.[19] By 1982, access to Euronet should be possible from most West European countries; the configuration expected by then is shown in Figure 2.17.

**Figure 2.17  Euronet, planned configuration for 1982**



☒ Packet-switching exchange
⊕ National network packet-switching exchange
☐ Remote access facility
— Network management centre
— 48k bit/s
— 9.8k bit/s

Within CEPT an Action Plan has been agreed which should ensure that by 1984 or earlier the PSNs of European countries will be interconnected, thus permitting the traffic on Euronet to be fully integrated into a European public packet-switched data service. In North America, the growth of similar packet-switching data networks is taking place if anything even faster than in Europe. The availability of these dedicated data networks is one of the main reasons for the growing interest in providing terminal users with access both to remote databases, and to message services through store and forward centres, or direct from terminal to terminal. It is also a major stimulant in the debate over international interworking.

**The prospects for system interworking**

Standardisation amongst videotex systems could lead to some useful benefits. First, commonality of decoder components should lead to reduced component costs, because of the increased production volumes. Second, information providers and system operators could compete in a wider market-

ButlerCox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435303

Exhibit 06
Page 196

TECHNICAL ISSUES: TERMINALS, SYSTEMS AND INTERWORKING

place. Third, interworking between different systems would be easier. This last benefit should be of advantage to multi-national business users. Domestic users might benefit later, as they do now with the international telephone system as a consequence of standardisation many years ago.

There are three classes of problems. The first is to do with the technical specifications of videotex systems which might assist or hamper such interconnections. The second concerns the tariffs which would need to be charged for such interconnections. And the third is to do with the administrative arrangements needed to ensure that the charges are remitted to the appropriate agencies. In addition there are a variety of related issues including the transfer of data across national boundaries, and national regulations concerning the maintenance of privacy and security in such transfers.

The difficulties are further magnified by the fact that videotex is just one of several new non-voice services which are occupying the telecommunications carriers and suppliers. It has frequently been suggested that interworking between teletex, facsimile and videotex is necessary, and that interworking with telex may also be required.[20]

The issue of technical specifications for videotex interworking is closely bound up with plans for interconnecting national PSNs during the 1980s (thereafter their place will begin to be taken by integrated voice/data networks). Both the CCITT and ISO are very active in defining the user-to-user protocol structures which will be necessary to enable these new services to be implemented. A seven level data communications model has been proposed by ISO for systems that are "open" for interworking with other systems in a distributed environment — see Figure 2.18.

The early standardisation of the higher level protocols (levels 4 to 7) is of considerable importance to the growth of non-voice services. Unless these are standardised the concept of "open networks", in which any terminal can talk to any other terminal irrespective of manufacture and of terminal systems architecture, will not be achieved.

The main focus of the international debate over videotex standardisation has been concerned with the presentation layer (number 6), which is to do with transmission and coding schemes, sometimes called signal formats. At first the discussions centred around the relative merits of Prestel and Antiope, described earlier in this Chapter. More recently alphageometric systems in general and Telidon in particular have featured in the discussions. The interest in improved graphics and display flexibility has also led to alphaphotographic

**Figure 2.18  ISO reference model for open system interworking**

| | Layer | Function | Examples | Definition responsibility |
|---|---|---|---|---|
| 1. | Physical layer | Transmission of unstructured bit sequences. | X.25 level 1 | CCITT[1] |
| 2. | Link layer | Control of logical links between system components, data transmission with error recovery. | X.25 level 2 | CCITT[1] |
| 3. | Network layer | Routeing through networks, circuit-switching, virtual packet-switched networks. | X.25 level 3 | CCITT[1] |
| 4.[3] | Transport layer | Logical connections between processes in different computers, uniform data transport services independent of the underlying physical transmission medium. | Network-independent interface | ISO[2] |
| 5.[3] | Session layer | Control of sessions over logical connections. | Session management | ISO[2] |
| 6.[3] | Presentation layer | Representation and coding of data structures such as characters, display formats, etc. | Data structure formats, virtual terminal protocol file transfer protocol | ISO[2] |
| 7.[3] | Application layer | Applications using services provided by lower layers, distributed system management such as collecting statistics on traffic, reporting of failures, etc. | Database, timesharing electronic funds transfer, order entry | ISO[2] |

Source: June 1979 reference model of subcommittee SC 16 of ISO TC 97.

1. ISO for private networks.
2. CCITT for network services, with ISO collaboration.
3. Higher level protocols.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435304

Exhibit 06
Page 197

and DRCS systems being included. In addition to the question of signal formats, display grid dimensions have also featured in the discussion.

CCITT has no legal authority. It is a forum for recommending standards on behalf of the world telecommunications authorities. It is also just one of a number of standards recommending bodies which have been involved with videotex; others have included the ISO, IEC, CEPT, ECMA and the EEC.

Progress towards standardisation has been relatively slow because of the complexities of the issues, the rapid rate of videotex development, the number of bodies involved, and the national interests vested in the different proposals. By the end of 1979 CCITT had produced a draft document, due for ratification in 1980, setting out basic recommendations covering the transmission and coding aspects of alphamosaic, alphageometric, alphaphotographic and DRCS systems. At the same time, rivalry between Prestel and Antiope appears not to have abated, with Britain and France both pursuing their own separate ways, and both continuing actively to woo allegiance to their own systems in foreign markets. Canada too has its own plans for Telidon. Japan's Captain trial uses a different approach to cater for the peculiarities of the language. And the USA, lacking a coherent videotex policy, is for the moment developing independent videotex systems along generally unco-ordinated lines.

The task of recommending a set of standards for videotex is extremely complex, as evidenced by the difficulties of reaching agreement at the signal format level. The aims are conflicting. To encourage early market growth means a low cost approach, but built in extensibility is also needed to permit future enhancements. Both forward and backward compatibility between terminals and databases is also needed, so that both can be made independent of developments taking place in the other. Compatibility with other new non-voice services has also been suggested, including tele-text, teletext, stored program control exchanges, word processing, telex and others — yet these other new services themselves are by no means fully defined.

In the short term, agreement on a single approach or a compromise standard for international use, specifically at levels 6 and 7 of the ISO model, is in fact unlikely. Nonetheless, interworking between different systems will still be possible. It could be achieved either by the provision of intelligence in the networks, or at the terminals. Both solutions have the disadvantage of being expensive.

The prospects for international agreement on videotex standardisation may be brighter in the longer term — conceivably by the mid 1980s — following the early experiences with trials and limited public service systems.

### References

10. "Videotex and its potential impact in Europe", a multiclient study by Butler Cox & Partners, 1979.

11. "Spacing of Characters on a Television Display": a paper presented in September 1979 at the Conference on Processing of Visible Languages by W. C. Treurniet of the Canadian Dept. of Communications.

12. "Future Utilisation of Interactive and Broadcast videotex in Germany and its effects on standardisation", R. Zimmerman, Dornier System; and "A videotex trial", S. Berkman, AT&T: Viewdata 80 Conference, London, March 1980.

13. CCITT Draft Recommendation Sg No. 164E: "The International Information Exchange for Interactive Videotex", Paris, November 1979.

14. "The Use of PDIs with Telidon", H. Bown, et al, Canadian Dept. of Communications, Ottawa, 1979.

15. "Human Factors in Videotex Design", a paper by T. Stewart of Butler Cox & Partners presented at the December 1979 meeting of sponsors of LINK's VMS programme.

16. "Planning the Evolution of the Videotex Network", A. M. Chitnis and J. M. Costa, Bell Northern Research: CCITT Symposium on New Telecommunications Services, Geneva, May 1979.

17. "Prestel Operational Strategy", Dr. P. Troughton, BPO Telecommunications: Viewdata 80 Conference, London, March 1980.

18. "Plans and Projection for the Electronic Directory Service", J. P. Maury, DGT: Viewdata 80 Conference, London, March 1980.

19. "The Euronet Telecommunications Network — Its Future Role", P. T. F. Kelly, Chairman of Euronet SC "R": IERE Conference on the Electronic Office, London, April 1980.

20. "International Standards for Videotex Codes", K. E. Clarke, Third World Telecom Forum, Geneva, September 1979.

GW-LT 435305

Exhibit 06
Page 198

# CHAPTER 3    COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS

The commercial prospects for suppliers are of key importance. Which industries stand to benefit, and how and when can they make money out of videotex? This chapter explores the main commercial considerations in supplying a publicly available videotex service, beginning with a summary of the identities of the participants and then considering aspects such as electronic publishing, market creation, the economic viability of service involvement, the attractions and counter attractions of participating in videotex, and its future evolution and market impact.

## SUPPLYING A PUBLICLY AVAILABLE VIDEOTEX SERVICE

### The participants in the supply of a service

The three main participants in the supply of a publicly available videotex service are the system operators, the information providers and the terminal equipment suppliers. These are the three main participants, though there are others as well with significant roles to play. The effective co-ordination of their roles is critical to the success of a publicly available videotex service.

The *system operator* has the overall responsibility, undertakes the role of co-ordination and is generally the main source of capital. In Europe it is the PTTs, the state monopoly suppliers of telecommunications, who are the logical system operators. But there are exceptions. In Finland the private sector telecommunications companies are permitted to operate in a virtually unregulated market. In Holland the private sector publishing company VNU offers closed user group videotex services. Similar operations are likely to be permitted elsewhere in Europe. In the USA the candidate system operators include the cable companies, timesharing and online service operations, newspapers, mail order companies, computer and electronics companies, banks and others. The telephone companies can also be included: the regulatory constraints surrounding AT&T's role are widely expected to be loosened following the FCC's Second Computer Inquiry and revisions to the 1956 Consent Degree, with far reaching consequences. In Canada, the telephone and cable companies are the leading system operators, though for regulatory as well as commercial reasons it is not yet clear which of them will become dominant.

The *information providers*, who maintain information pages for sale or promotion, represent a variety of industry sectors which include publishing, advertising, travel, retailing, leisure, banking, public corporation and government departments, education, and research and consulting operations — see Figure 3.1. By early 1980 over 1,000 information providers were committed to supplying pages for the videotex trials (and Prestel public service) shown in Figure 1.4 in Chapter 1.

To share their experiences and co-ordinate their activities, national groups of information providers have started to form their own trade associations. The first was the Association of Viewdata Information Providers (AVIP, formed at the start of 1978) in Britain, which has been particularly concerned with negotiations with the system operator on tariffs, public service contracts, and the drafting of a code of practice. Other national information provider trade associations have been pursuing similar aims. An international body of information providers (iVIPA) was formed in 1979, registered in Zurich, with trade association members from Britain, Canada, Finland, Holland and Switzerland. Others, including France, Japan and West Germany, are likely to join.

The *terminal equipment industry* includes the TV manufacturers and distributors, the suppliers of telecommunications equipment, computer and terminal suppliers, the semiconductor industry, and other equipment manufacturers.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435306

Exhibit 06
Page 199

Figure 3.1   Information providers by industry sector

Approximate number of information providers at the beginning of 1980

| Industry sector | Prestel | Captain | Bildschirm-text | Teletel[1] | Videotex |
|---|---|---|---|---|---|
| Publishing | 30 | 53 | 27 | 2 | 15 |
| Travel | 14 | 21 | 11 | 12 | 6 |
| Computers/Electronics /TV | 7 | 8 | 11 | — | 7 |
| Finance | 11 | 8 | 20 | 7 | 5 |
| Marketing[2] | 4 | 22 | 7 | 5 | 4 |
| Telecommunications | 2 | 2 | 2 | — | 2 |
| Retail (manufacturing/stores) | 3 | 21 | 7 | 19 | 2 |
| Trade Associations | 4 | 4 | 6 | — | — |
| Education/information | 12 | 5 | 7 | — | — |
| Public Corporations/Divisions | 16 | 6 | 2 | 6 | — |
| Videotex Consultancy | 14 | 5 | 2 | — | 2 |
| Other | 20 | 16 | 23 | 5 | 9 |

1. Only 50 private companies had made a public commitment to Teletel at the beginning of 1980.
2. Advertising, Direct Mail, Mail Order, Market Research, Public Relations.

Often these three participants make unnatural associates, emphasising the need for co-ordination through planning and liaison groups usually under the direction of the system operator. This approach has been adopted in Canada, Japan and Europe. In Britain, where the need was first recognised, the original Prestel Liaison Group has given rise to separate sub-groups for co-ordinating information provider activities and equipment activities, and for other key activities such as the Test Service, terminal installation and maintenance, and marketing of the service.

**Publishing on videotex — policy and regulatory issues**

Videotex raises a number of policy and regulatory issues, posing more questions at present than there are answers. The issues range from editorial control to personal privacy, and from codes of practice for advertising to copyright protection. They must be satisfactorily resolved if videotex is to fulfil its potential as a mass information service.

The issues can be grouped under five headings: editorial policy and control, editorial conduct, telecommunications regulation, copyright protection, and competitive and social impact.

*Editorial policy and control*

A system operator can adopt a neutral common carrier policy, as the BPO has done with Prestel, the Dutch PTT plans to do with Viditel, and the French PTT will do with Teletel. On the other hand it can take a controlling position, as an online service organisation does when it offers and promotes specific databases.

The common carrier philosophy has advantages. In theory it preserves the freedom of the press, and promotes standardisation. But the philosophy is conducive to a lack of quality control, lack of editorial balance and style, and a lack of price flexibility. The BPO for example has tried hard to preserve a position of strict editorial neutrality with Prestel. It has accepted IPs on a first-come first-served basis, and has tried to avoid (where possible) direct editorial involvement. Its reluctance has been based on sensitivity to "1984" criticism, the fear that free competition amongst IPs might be stifled, and the sheer practical difficulty of vetting the number of frames involved. There are of course legal constraints which apply generally to publishing, such as libel and obscenity laws.

But despite its reluctance the BPO has had to get involved — to limit the space available to individual IPs and to arrange high level indexing and routeing for example. It has also had a great deal of difficulty over the details of its contractual arrangements with IPs regarding the question of legal liability. The BPO's attempt to preserve its mutual policy is not without its problems, and there is no doubt that continuing pressures will be brought to bear on it to compromise its position.

ButlerCox&PartnersLimited
© Reproduction by any method is strictly prohibited

GW-LT 435307

Exhibit 06
Page 200

COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS

### Editorial conduct

Editorial conduct embraces issues such as the quality and pricing of information on videotex, advertising and censorship. They are relevant to publishing on videotex independently of the question of editorial policy.

In April 1980, the British AVIP issued a 40 page Code of Practice binding its members. The Code's purpose is to protect the interests of the users of videotex, and to set a high standard for the medium. It sets out to lay down criteria of professional conduct for AVIP member IPs, and to provide the public with a clear indication of self-imposed limitations. Its intention is to set standards for a medium not yet defined in law.

The Code itself is wide ranging, including principles covering the need for adherence to the common law, the need for clarity, unambiguity and accuracy, distinctions between information and advertising, completeness, routeing and privacy. It also includes some considerable detail about advertising, the governing principle being that advertising must be legal, decent, honest and truthful. Advertising, it holds, should not reduce confidence in videotex as a service to commerce, industry and the public.

### Telecommunications regulation

In virtually all European countries, the telephone network is regarded as a natural monopoly. The PTTs are entrusted by the state with the task of operating the network and expanding its services to meet changing user requirements, such as in the area of data communications.

The monopolies embrace physical network provision including trunk lines, exchanges and links to individual subscribers' premises. But they also extend beyond mere network provisioning to include the provision of private leased circuits that pass over the public domain; the provision of value-added services on leased or switched telegraph or telephone lines; regulation of the approval and connection of devices to the PSTN; regulation by adjusting tariffs; and the right to decide when and how a new service will be introduced.

The advent of videotex is bringing a number of regulatory issues, already in need of clarification, to the fore. The PTTs' policies regarding type approval and the design and attachment of modems and terminal devices to the telephone network is one such issue. The PTTs are still debating questions such as the merits and ramifications of integral versus external modems. Another is the question of switching: whether, and in what form, message switching might be permitted by the private sector. Answers to questions like these will not be reached overnight, and nor can harmonious agreement to new policies be expected amongst the different European nations.

Another regulatory issue is the question of standardisation and interworking, discussed in Chapter 2. Yet another issue concerns the roles of broadcasting and telecommunications, and the distinction between, and responsibility for, content and carriage.

In the USA, telecommunications is characterised by competition between private sector companies and the dominance of AT&T in an environment regulated by the FCC. But the regulatory mood is changing rapidly. The FCC's Decision in the Second Computer Inquiry deregulates "enhanced" services, which will permit the telecommunications companies to compete openly in this field — except that AT&T (and GTE) must do so through arms-length subsidiaries. Although some provisions of the Decision in respect of AT&T appear to contradict the terms of the 1956 Consent Decree which presently stands in the way of AT&T's involvement in data processing services, observers agree that the Decree is likely to be amended in the near future in AT&T's favour.

What matters as far as videotex is concerned is that AT&T is likely to be permitted to compete in this marketplace, probably within the next two years. If this should occur the consequences will be very considerable — not only in the USA.

### Copyright protection

Copyright is about the protection of an original work. But the conception of originality is exceedingly narrow in terms of law. It has nothing to do with inventiveness or with newness in the sense that the word "originality" is usually understood. From a legal viewpoint, work which is original is work which has not been copied from someone else.

Generally nations have created their own legal frameworks protecting copyright in such a way that copyright ownership restrains third parties from certain acts: reproducing a work, publishing a work, giving a public performance of a work, broadcasting a work and adapting a work. There are also

38

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435308

Exhibit 06
Page 201

*COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS*

international multilateral conventions to which nations can be parties. Publication is one — and perhaps the most important — of the acts restricted by the copyright in a work. But the legal frameworks also attempt to cover a number of video productions including broadcasting, the motion picture industry and the growing national and international video market (for which the question of copyright requires urgent clarification; and for which copyright is more relevant at this stage than it is to videotex because the industry is established, and the means and the desirability of copying video are widely recognised).

The question of copyright on videotex is one that has only recently been recognised, and one that requires clarification. System operators adopting a mutual common carrier policy will presumably not plan to seek any assignment of copyright on material which information providers put on their systems. Consequently information providers must take responsibility for the copyright implications of their material. If they are not the copyright owner, they need to ensure that they have the copyright owner's permission to store material on videotex, as well as for all the uses to which it might be put. Information providers also need to ensure that, if they are the copyright owner, their material is used only in ways for which they have given permission.

### Competitive and social impact

There has been considerable soul searching, particularly in Europe, about the impact of videotex and other new information services on the existing media and on society in general. At this stage it is not clear what the impact of videotex on other services will be — or even how they might compete with or complement one another. The issues include the social consequences of videotex, personal privacy and freedom of expression.

In some European countries, notably Holland and Sweden, progress with market trials is being delayed as these issues are discussed. Unless they are resolved in a way which appears satisfactory to the parties involved, public services are certain to be delayed.

In Holland a national steering committee, with representatives from a number of government ministries, was created in 1979 to "accompany a public test service". This must be seen as the first institutionalised attempt at governmental control of videotex. The issue which most occupied the committee at first was that of defining videotex as either a broadcasting or telephone activity. A resolution was expected either before or during the PTT's public market trial, due to begin towards the end of 1980. Most observers expect that a separate law dealing with videotex will be enacted shortly afterwards.

In Sweden a state Commission on New Information Technology was formed in 1978 to review the new media. Its final report was issued early in 1980.[21] The Commission has been concerned with the consequences of the new technology on existing media, chiefly the TV, radio and the press; with the effects of commercialism; the potential impact on minority groups and personal privacy; human contact; and freedom of expression. It has also been concerned with questions of a legal nature to do with organisation, licensing, responsibilities and control.

These are just some of the policy and regulatory issues raised by the advent of videotex. There are many others. For example, in a report of a workshop held by the Institute of the Future,[22] the image was raised of a lonely person staring at an anonymous screen, isolated from direct human contact — a latent fear for some.

### Creating the market for videotex

At first videotex will be a supplier-led, not a market-driven service. The presumption of the service participants is that there is a latent market need for videotex (see Chaper 1) but that the demand will have to be created by careful product positioning and promotion. The interest in videotex stems from its potential mass market scale. Videotex service prices are highly volume-sensitive; the larger the volume the lower the unit price.

At mass market volumes, prices could be low enough for mass market acceptance. But at lower volumes, prices will remain too high (except for less price-sensitive areas). It is a classical conundrum — a "chicken and egg" problem. How can it be resolved? There are a number of different market entry strategies which the suppliers — and in particular the system operators — can adopt:

● One strategy is to *attack the general residential and business market sectors simultaneously*, offering a widely available service with a variety of information. This requires a considerable investment by the system operator in computer centres, software and operating staff, and heavy

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435309

Exhibit 06
Page 202

COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS

investments also from information providers and from the terminal industry as well. This is the strategy adopted by Prestel, in which the BPO will have invested around $50 million by 1981.

In pursuing its mutual common carrier policy, and regarding itself as obliged to provide a nationally available service, it might be argued that the BPO had little choice in selecting this strategy. The risk is that the market will not respond at the rate needed for a commercially acceptable payback.

To appeal to a wide general market — particularly the general residential market — means a broad database with plenty of variety, which in turn means extensive storage and maintenance requirements, and the involvement of a number of different information providers. This is a difficult and expensive managerial challenge.

● An alternative strategy is to *target specific market sectors* having specific needs. One example of a specific market sector is the farming community. USDA's Green Thumb is aimed at supplying this community with information such as local weather conditions and crop spraying advice. Travel agents are another specific community, requiring information such as travel timetables and holiday packages. Doctors are another example of a specific community.

In the residential marketplace there are also sectors with specific needs. One example is the owners of programmable TV games. PlayCable, a joint venture between General Instruments and Mattel Inc., is planning to offer TV game software downloaded by cable to owners of Mattel's Intellivision Home TV Game System. PlayCable started six month tests with cable TV audiences in four US locations in April 1980. Later, the game package could be extended to include a variety of videotex-type information, accessible through additional hardware which could be added to users' Intellivision systems. As well as exploiting the booming TV game market, PlayCable represents a "soft" entry into the home videotex/personal computer market.

● Another strategy is for a system operator to *ensure the availability of low priced terminals*. This can be done in several ways. The Dutch PTT has tried to insist that Viditel information providers should supply only one terminal user for every 50 of their database pages in the market trial. The BPO has considered investing

in the development of RF adaptors — a proposition which may yet bear fruit.

The French PTT plans to give away free terminals to telephone subscribers, starting in Brittany in 1981. By 1985 4 million terminals are expected to be in place in France, and 30 million by the end of the decade. The prime purpose of the terminals will be to access telephone directory information, but they will also be able to access a variety of databases and other videotex services through Teletel. That France is planning to become a society of terminal users through the electronic directory terminal must be seen as an important part of the overall strategy for Telematique.

● Potential system operators are not always convinced that, in the residential marketplace, and particulary in North America, videotex will have suffcient market appeal to be a commercial proposition on its own. It is this which underlies the interest in *combining videotex with other home services*. An example is the Source, a videotex-like service available to home computer owners in the USA, permitting remote access to software and information databases including the New York Times and United Press International Data.

In the Ida trial in Winnipeg, two-way cable is being run into 100 homes for a 12 month test beginning this summer. Ida will provide the residents with services including cable TV, digital telephone, "telesound" hi-fi, telemonitoring of conditions such as fire and intrusion, and telemetering (remote reading of utility meters). Telidon videotex will be another service available to the trial users — so just one of a package of home information services. Manitoba Telephone System (the system operator), will be able to measure the response of the trial users to each service, and to compare the popularity of videotex with the others.

The choice of a market entry strategy depends on the individual circumstances and aims of the service participants. Which strategies will prove most successful, and in which circumstances, remains to be seen.

*Pricing and promotion*

The question of pricing and promotion is an important part of a market entry strategy. Videotex will not be an easy concept to sell to the residential

40

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435310

Exhibit 06
Page 203

*COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS*

market. The appeal of VCRs for example is much clearer: they are stand-alone products, geared to traditional entertainment-oriented TV.

With videotex, careful promotion and minimum premium price at the point of sale will both be vitally important, the system operator will often have to bear a significant proportion of the promotional budget. In Europe, where the system operator is usually the PTT, this will be a problem in itself: the PTTs are sometimes not held in high regard by consumers. Demonstrations in TV retail outlets will be expensive, and will demand the training of sales staff.

The business market presents a different set of difficulties. Typically it wants solutions to problems. The combined sales effort of system operator, information providers and terminal suppliers will often be needed for effective selling.

Following a terminal sale, the usage of videotex — particularly in the residential market — will be highly sensitive to the perceived value of the service, and to its price (see Chapter 1). A number of different pricing strategies are feasible. Probably the most important distinction is between subscription (bundled) pricing and usage-related pricing. Often users prefer the former during their learning experience with a new service, and the latter following familiarisation. Some users seem to prefer to be billed separately and at different times by the service participants; others with a single aggregated bill. What is fairly clear from the Prestel experience is that users dislike paying for routeing pages carrying no information, and are particularly concerned about the danger of inadvertently selecting high priced pages. The need for clear page price zoning has been strongly recommended by AVIP, though it cannot guard against the possibility of users selecting high priced pages in error.

The presumption here that residential users will in fact be prepared to pay to look at pages on videotex has yet to be fully tested. Referring specifically to home users in the US, a recent study[23] noted that convenience will be a very strong motivating factor for which people will be prepared to pay. In particular, having acquired videotex, users would be prepared to pay a premium of 3% to 5% on regular prices for the convenience of shopping through videotex. Business users would be prepared to pay for items including credit information, legal information, commodity prices, business news, employment availability and research. Education would also be something that consumers would pay for,

according to the study. They would not however be prepared to pay for services such as special offers, catalogue browsing, reservations and promotions.

## Page editing and presentation

Laying out videotex pages in an attractive and readable manner is vital for the medium's success. But because of videotex's unique features, it is not always obvious how best an information provider should approach the task of database and individual page design. Fortunately the early information providers are learning a great deal from their experiences, and the topic is attracting increasing research activity.

The simple tree structured database provides plenty of opportunity for alternative and imaginative routeing arrangements when cross-referencing is permitted. In fact, Prestel database designers have been encouraged to think in terms of structural shapes which are quite different from the conventional tree: "cartwheel", "chinese lantern", and "lobster pot" arrangements are all being used.[24] The point of these alternatives is to minimise the number of routeing steps to the end pages, and to encourage users to move freely about within the database.

Videotex has been described as an electronic noticeboard.[25] Unlike the case with a book or magazine, the structure of the pages within the database is not obvious to a user. This puts a premium on the need for each page to stand alone with its own clear and concise message, yet to retain a clear identity as part of a larger whole.

As well as database structure design, writing for videotex and individual page design are both areas requiring a great deal of care and attention. The videotex page is limited in terms of capacity, typically to 1,000 characters or less. Dense pages of text look daunting, and should be broken up with headings and breaks. Around 80 to 100 words is the maximum which can be shown on a page in English. To save space, unnecessary punctuation should be avoided; short words help to reduce word breaks at line endings.

Because of its physical restrictions, videotex encourages the use of a tight, compact writing style, with little room for qualifications. This often fits well with the need for a lively writing style. Without audio and animation, it is all too easy for videotex to become dull and lifeless. Often it will cost a user money to look at a page. So each page

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

41

GW-LT 435311

Exhibit 06
Page 204

COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS

should sell itself and, by subtle routeing, promote the next one too.

The videotex page is also limited in terms of the typographic range it can display (because of the constraints of the character dot matrix) and in terms of its fixed character (and word) spaces and fixed row positions. Although features like double height and double width characters can help, a designer's flexibility is severely curtailed compared with printed matter. Colour can be a great help in improving the overall appearance of a page, and for highlighting points of emphasis. But even the use of colour must be treated with care, and in a different way to its use in conventional publishing. The relative luminance (brightness) of displayed red, green and blue vary significantly, and as a consequence so do the colours which can be mixed from them — see Figure 3.2. Moreover the use of more than just two or three highly contrasting colours on a page can be distracting. (With videotex systems able to display a wider colour repertoire than those shown in the Figure, the number of different colours which can be displayed effectively together can be larger than this).

Figure 3.2    Relative luminance of colours[1]

| RGB | | Colours mixed from RGB[2] | |
|-----|-----|-----|-----|
| red | .30 | yellow | .89 |
| green | .59 | cyan | .70 |
| blue | .11 | magenta | .41 |
| | | white | 1.00 |

Colours in sequence of relative luminance are: white, yellow, cyan, green, magenta, red, blue.

1. White is assumed to be 1.00.
2. See Figure 2.3.

The need for a new approach to database structural design, writing style and page layout is creating opportunities for designers with their own unique skills. The new art form is attracting its own band of specialist practitioners. The experience with Prestel has shown how an imaginative approach by a limited number of IPs can stimulate a general improvement amongst the rest: the standard of design on Prestel was noticeably better in early 1980 than a year before. The standard can be expected to continue to improve with increasing exposure and competition, and the knowledge gained will help other information providers involved with other videotex systems to raise their own standards even faster.

## ECONOMIC VIABILITY OF SYSTEM OPERATION

### The scale effect

Videotex's commercial prospects rest on its ability to provide the service supplying participants with a reasonable return on their investments. In high priced market sectors there is no doubt about its ability to achieve this, so long as there is a demand for the service. But can it achieve the same in the lower price, higher volume mass market for which it was conceived?

Today's technology already holds the promise of costs competitive with existing mass media, so long as videotex volumes are also at mass levels. This is due to the scale effect. Videotex costs are characterised by a fixed element which is largely independent of volume, and a variable element which is highly dependent on volume:

● For system operators, the fixed costs will include R&D, computer software and other fixed overheads. Variable costs in a multiple centre system will include computer hardware and file storage, ancillary equipment, installation and operational costs, consumables and so forth.

● For an information provider, the fixed costs — independent of the number of pages being maintained — will include the cost of staff allocation and training, the design of the database structure, the cost of editing equipment, and a proportion of the promotional charges. Variable costs, roughly proportional to the number of pages maintained and to the page editing speed and frequency, will include data collection, data entry, line charges and rental fees payable to the system operator.

● For a terminal supplier, the fixed costs will include the cost of decoder design and development, together with manufacturing overheads. Variable costs will include material and assembly costs, and the costs of sales training and promotional programmes.

The unit costs of videotex reduce as volumes increase — in practice as the user base increases (see Figure 3.3). For the service supplying participants, this means a period of investment before profit. If the prices charged to users during the investment period are representative of a large scale service, the investment may be substantial. As the user base increases beyond the break-even point, unit costs per user should continue to drop.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

42

GW-LT 435312

Exhibit 06
Page 205

*COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS*



Figure 3.3   The scale effect

**A Prestel-based model**

To help quantify the cost and revenue flows of an information retrieval service in a public videotex operation, consider the case of a much simplified Prestel-based model. To begin with, assume that there is a single 300 port videotex service centre with 250,000 pages of information servicing a population of 30,000 residential users (100 per port). If the 300 ports are loaded for 5.5 hours per day, for 300 days per year, the total number of port hours per year is half a million. Assuming a page access rate of 1 page every 15 seconds, this gives a capacity for 120 million pages accesses per year at the service centre.

Assume the cost of the service centre, inclusive of hardware depreciation, software, operating staff, consumables, real estate and other overheads, to be about $1 million per annum.

To pay off this total cost of $1 million per annum will require users to be charged a connect-time rate of 4 cents per minute. This is because an average rate of $2 per port hour will generate the necessary $1 million from half a million port hours. A rate of 4 cents per minute, which is equivalent to $2.4 per port hour, generates a total revenue of $1.2 million — sufficient to provide a small return on investment.

In addition, the information providers' costs must be covered by revenues which users should be willing to pay over and above the connect-time charge. Assume a typical all-inclusive page cost to be $40 per year. To recover this cost, and to make a return on investment, an information provider will look for gross revenues of at least $60 per page per year.

The single videotex service centre with a capacity of 120 million accesses per year yields an average number of accesses to each of its 250,000 pages of 480. Although the concept of an average frame is somewhat unreal, the 480 accesses will only yield the necessary $60 at an average charge per access of over 12 cents — too high for a mass market to bear.

But the single videotex centre only supports a population of 30,000. With the same selection of pages available at 10 videotex centres rather than just one, the cost of accessing the average page falls to one tenth of 12.5 cents, ie. 1.25 cents — a much more acceptable figure.

With this model, a typical user would pay 4 cents per minute for connect-time to the database, and 1.25 cents per average page. The user viewing 4 pages per minute at a rate of 15 seconds per page would be paying around 9 cents per minute for the service, excluding any telephone charges and of course the cost of the adapted TV terminal.

The figures for port hours and total users per service centre in this model yield an average of 20 minutes per user per week. That is equivalent to about 80 pages of information, at a total cost for connect-time and page accesses of about $1.80.

In addition, users will often have to pay the cost of telephone connection, and almost certainly then for their adapted TVs. Assume the average telephone connection charge to be 2 cents per minute, and the premium price of a new adapted TV to be $200, equivalent to around $50 per annum. Thus a typical home videotex user might spend around $160 per year: $40 for connect-time to the videotex centre, $50 for frame access charges, $20 for telephone connection and $50 for the adapted TV terminal.

The gross revenue generated per videotex centre supporting a population of 30,000 residential users will be just under $5 million:

| | |
|---|---|
| Connect-time to the centre | $1.2 million |
| Frame access charges | $1.5 million |
| Telephone connections | $0.6 million |
| Adapted TV terminals | $1.5 million |
| | $4.8 million |

Inevitably, the figures in this model are based on assumptions which may not prove to be very realistic. If the estimates for average port utilisa-

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435313

Exhibit 06
Page 206

*COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS*

tion, or the amount that people are prepared to spend on the cost of centre operation, or page maintenance charges turn out to be much different, then the result will be considerably altered.

However the figures demonstrate that the economics of a fairly large scale operation, with quarter of a million residential users, should be such that service providers can cover their costs at prices which ordinary people may be expected to pay.

But perhaps most important is that, below about quarter of a million residential users, service providers in this model will be unable to cover their costs at prices appropriate for a larger scale. Either they must carry their investments over the build-up period, or charge higher prices. This explains the current interest of service providers in the business market, which is less price sensitive than the residential market. It also explains the interest in services other than the provision of information for sale — such as promotional information, teleshopping and message services; and in consultancy, umbrella operations and allied services, with the purpose of generating revenue during the build-up period.

## THE ATTRACTIONS AND COUNTER ATTRACTIONS OF SERVICE PARTICIPATION

Because videotex will be a supplier-led service, it is important to consider the attitudes of the participants who will shape it.

### The system operator's viewpoint

System operators stand to benefit through videotex in two main ways:

● By profitable service operation, in a similar way to online information services and timesharing computer service bureaus.

● In the case of telephone companies, through increased revenue from increased traffic.

Another attraction is positioning for the future. Involvement with videotex is one way for a system operator to gain experience of, and take up a position for, the long heralded information explosion for homes and businesses in the 1980s and beyond.

As well as beneficial prospects, system operators face risks and uncertainties with videotex as well. Probably the most important of these are:

● The investment risk in a market whose size, nature and rate of emergence is still uncertain.

● Regulatory constraints of the sort described earlier in this chapter.

### The information provider's viewpoint

Information providers stand to benefit in two main ways from accesses made to their information pages. The first way is from the revenues accruing through the direct sales of priced pages. The second is indirectly through promotion on videotex. Both are potentially profitable. In addition, information providers can benefit in other ways:

● Through cost reduction, if using videotex to disseminate information is less expensive than alternatives. The French PTT has claimed that its electronic directory project, for which it is the information provider as well as the system operator, will save money compared with a conventional service. This is largely because the rapid planned rate of growth of subscriber lines in France (over 2 million per annum forecast in the early 1980s) is expected to cause printed directories to become quickly obsolescent, with a consequential need for high rates of revision and reprinting.

● Through the opportunity for learning with a new information medium. The printing industry in particular has been conscious for many years of the impending "less paper" society. Videotex offers the chance to gain some first hand experience.

● Through instant feedback about the rate of access to individual pages. Statistics which are both rapid and accurate can be collected in terms of gross accesses in specified time periods — a vast improvement on traditional readership statistics (itemisation by user is unlikely to be permitted in the interests of privacy and economy).

These are significant attractions. But information providers, like system operators, also face discouragements. The most important are:

● The risk of a prolonged period of investment for the same reasons of market uncertainty which confront the system operators. One way for information providers to generate indirect revenue is to offer "umbrella" services (bureau

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

44

GW-LT 435314

Exhibit 06
Page 207

*COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS*

services, eg. page editing and maintenance, and consultancy) on behalf of other information providers — a practice which is already widely adopted.

● Uncertainty about which applications will prove to be wanted.

● Security and copyright issues of the type described earlier in this chapter.

● The need for new skills in the areas of database and individual page design. Both present new challenges, and require new design approaches.

● The continuing page maintenance commitment. Information providers unable or unwilling to keep their information pages up-to-date risk damaging their reputations.

● The visual limitations of videotex resulting from its limited typographic capabilities, limited colour ranges and limited graphics and pictorial representation abilities (see Chapter 2).

● The need for heavy promotion to create awareness. Information providers (and system operators) will need to be involved with promotion as well as the terminal equipment industry, in order to create awareness and a sense of need amongst potential buyers. The terminal point of sale is the key promotional point for residential users. For business users, promotion will need to focus on the sale of the whole service.

**The terminal equipment industry's viewpoint**

The terminal equipment industry is primarily concerned to make a profit from terminal sales (terminal usage is only a secondary consideration — in contrast to the position of the information providers). The main factors encouraging the involvement of the terminal equipment industry with videotex are these:

● Videotex is a new TV product, at a time when the market for regular TVs has reached saturation in many countries.

● It has mass market potential, which is vital to an industry used to dealing in large volumes.

● It offers the prospect of expanding into a new market — the business market. This is an area which has previously been virtually unexplored by the industry.

The factors discouraging the involvement of the industry are the following:

● The investment risk, for the same reason of

market uncertainty which confronts the system operators.

● The unfamiliarity of the information market to an industry which traditionally has been concerned only with entertainment, and which has not had to be involved with the active selling of programming material — TV has sold itself.

● Concern about the unsettled and fluid position regarding standardisation, making the industry reluctant to invest. (The British TV terminal industry points to detailed changes to the decoder specification as one important reason for the delay in supplying TV terminals to the Prestel Test Service and early public service).

● Uncertainty about the sort of terminal features which should be offered, and how the price of providing these features affects demand. Features of this sort include colour, local intelligence, multiple standards (to operate with different videotex systems, or even as conventional computer terminals), sound, local storage and hard-copy printing. Even the demand for TV tuners in different market sectors is uncertain.

● The need for heavy and concerted promotion before and at the point of sale.

● The availability of alternative investment opportunities in the traditional area of entertainment. Some of these have already been described in Chapter 1. They include VCRs, videodiscs and projection screen equipment.

So each of the three main potential participants in the supply of a publicly available videotex service is confronted by both attractions and counter attractions. In general, the common attitude amongst them seems now to be one of cautious optimism.

**THE EVOLUTION OF VIDEOTEX AND ITS MARKET IMPACT**

**Steps in the evolutionary path**

Videotex is an online information service which holds the promise of being sufficiently simple and inexpensive for large scale use by people without previous experience of computer or terminal operation. It is only recently that computer and terminal hardware has become available with a price/performance adequate to meet the need. The falling cost of hardware, which can be confidently predicted to continue at least for the next several

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435315

Exhibit 06
Page 208

years, should be reflected in reduced videotex prices for the end user. In turn this should encourage its wide use.

The falling cost of hardware will also encourage design sophistications, such as enhanced display features, to improve attractiveness and flexibility (others are shown in Figure 3.4). At the same time there will be strong pressure for design stability in the areas of database maintenance procedures, and in transmission and display standardisation. As always a balance is needed, but it is not clear where and when the balance will be struck.

---

Figure 3.4  Steps in the evolutionary path

*Evolution of videotex*

● enhanced display features for improved appearance and flexibility, eg. extended colour range.
● printer and recorder to capture pages for offline review.
● full alphabetic keyboard for message composition.
● animation, eg. for education.
● audio accompaniment, eg. by downloading signals to trigger pre-recorded phonetic responses in the terminal.
● multiple page memory.
● increased local processing power to permit, eg. the construction of geometric images and the manipulation of stored data.

*Evolution of some competitive services*

● teletext with local multipage store and individual terminal addressing.
● personal computers with local storage and intelligence using the TV as a display device, and able to connect with remote databases for the downloading of data and software.
● low cost colour VDUs for computer terminal applications.
● voice input systems.

---

The falling cost of hardware will also encourage innovations in related fields, some of which are also shown in Figure 3.4. For example as storage costs decline, it will be increasingly viable for storage to be distributed to individual terminals. Information could be stored on digital videodiscs attached to TV terminals. This would save the cost of connection with and transmission from a remote database at each session. The storage devices themselves might be physically distributed through retailing outlets. This method incurs its own cost penalties, but can be appropriate for information of low volatility which is accessed fairly regularly — like encyclopaedic information.

Information which is more volatile such as news stories or commodity prices would be distributed in bulk through teletext and held in local storage at the terminal. This could be done, for example overnight, possibly using the full capacity of a dedica-

ted TV channel. Individual pages or parts of pages could be updated during the day from signals carried in the interval between TV field transmissions (field blanking interval) with teletext systems having the necessary addressing capabilities. With individual terminal addressing as well, a commercial basis for these systems can be introduced.

Thus for information retrieval applications, videotex could find itself squeezed between competing alternative technologies having their own target market niches. But terminals will need to be connected online to remote databases for accessing information which is specialised or volatile or particularly bulky — tasks for which videotex's two-way capability is particularly well suited. It is most likely that the two-way nature of videotex will be increasingly important to its future. Message services of all sorts will gain in importance, and so too will the downloading of software for running on local terminals.

## Market penetration of videotex

The availability of objective penetration predictions is a critical determinant of the service suppliers' willingness to participate with videotex. But predictions about videotex's market penetration have varied widely — a result of emotional as well as more analytical viewpoints, as well as the practical difficulties of forecasting the impact of new technologies on society.

Prestel is a good example of over-estimation. During the pilot trial (1976-78), the pundits were prepared to predict 2 million terminals connected by 1981. BPO Prestel itself has been guilty of optimism in this area, though to some extent it was motivated by the need to encourage its partners in the venture.

At this relatively early stage it would be unwise for anything other than very general predictions to be made about videotex penetration with any degree of assurance. Typically in the early years of market development:

● The business usage of public videotex will most probably exceed residential usage.*

● Closed user groups will be particularly important to business users.

● Where available, the residential use of teletext will exceed that of videotex.

*This reflects the Prestel experience. Of 3500 terminals connected by May 1980, all but a few hundred were classified as business.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435316

Exhibit 06
Page 209

*COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS*

More accurate predictions of videotex's penetration must await the experience of the market trials. A good deal of information should become available for this purpose during 1981. Even so, considerable caution will be needed. Britain's experience with teletext has shown how important promotion, positioning and pricing are in creating the market for a new kind of service. Three years after the start of public teletext operations, fewer than 10,000 TV terminals had been sold. But following a determined promotional campaign and a much improved national awareness of the service, terminal sales accelerated rapidly during 1979 and had reached 10,000 per month by early 1980.

It is not clear though that Prestel will repeat this dramatic growth in sales. Figure 3.5 shows some typical optimistic (high) and pessimistic (low) forecasts for terminal sales in Britain in the residential and business markets to 1983. The difference between the high and low residential predictions is noteworthy; it is a reflection of people's expectation of reducing prices and of dealers' reluctance to carry inventory during inflationary times (the Figure assumes that the BPO is able to provide computer capacity).

Although videotex terminal sales alone do not guarantee their continuing use, a number of studies have been made about average terminal usage and revenues per terminal in order to make comparisons possible. One such study[26] of the US market for new consumer entertainment and information systems predicted total revenues of nearly $6 billion by 1985, of which $100 million (less than 2%) would be generated by videotex-type systems — see Figure 3.6. The vast majority of the revenues would accrue from entertainment and education-oriented services. The same study also predicted that videotex would penetrate fewer than 1% of US homes by 1985.

Another study conducted in Canada[27] was a good deal more favourable to videotex. It concluded that by 1985 the penetration of (cable) videotex would be 15%, and 43% by 1990. It estimated that the revenues generated just from advertising on videotex would amount to about C$200 million by 1985 — and nearly C$1 billion by 1990.

Figure 3.6    Revenues from new consumer entertainment and information services in the US marketplace

| | 1977 $million | 1985 $million |
|---|---|---|
| Pay TV | 148 | 2210 |
| Interactive CATV | — | 1210 |
| Extended telephone services | — | 300 |
| Videotex-type services | — | 100 |
| Home/personal computer programming | 20 | 120 |
| VCR and videodisc programming | — | 1900 |
| | 168 | 5840 |

To put these figures into perspective, assume that the average residential user of videotex spends $200 per year in total to cover the depreciation cost of a TV terminal, and the cost of connection to the service and database access. To generate $1 billion revenue would require a total of 50 million users altogether.

If in reality the business generated by videotex turns out to be somewhere between these US and Canadian projections, it will still amount to a very considerable business.

Figure 3.5    Penetration of Prestel terminals



1. Source: ITT Consumer Products, 1979.
2. Source: Butler Cox & Partners, January 1980.

## The emerging business opportunities

The business community which will create the videotex industry needs to be able to predict the value of revenues which it will generate, and to compare this prediction with similar estimates of alternative information services.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

47

GW-LT 435317

Exhibit 06
Page 210

*COMMERCIAL ISSUES: THE PROSPECTS FOR SUPPLIERS*

**References**

21. "New Views", report by the Commission on New Information Technology, Stockholm, 1979.
22. "Workshop on Teletext and Videotex in the US: an overview of issues and insights", organised and reported by the Institute for the Future in their Newsletter Volume 2 Number 1, 1979.
23. "Consumer Entertainment and Information Systems", a US multiclient study conducted during 1978 and 1979 by Quantum Science Corporation.
24. "The Electronic Bookstall: pushbutton publishing on videotex" by Rex Winsbury, published by the International Institute of Communications, 1979.
25. "Prestel: The editorial opportunity", Stage 1 report to PO Telecommunications, by Mills and Allen Communications Limited, 1979.
26. See reference 23.
27. "Videotex services: the Market Potential for Cable", study by Tamec Economic Consultants, Quebec, January 1979.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435318

**Exhibit 06**
**Page 211**

# CONCLUDING COMMENTS

Videotex is clearly an important new medium. It seems to be attractive, interesting and desirable. Potentially it has a very broad appeal, spanning the general residential and business markets as well as other more specialised sectors. But like many other new products born of advancing — mainly electronic — technology, it is surrounded by a large number of uncertainties. What is the extent of the latent demand, and where will it come from? Which is the right level of technology to satisfy the demand, and can it be made available at prices which the market will pay? What are the commercial prospects for the service participants?

Videotex is a subject with a broad scope, made even broader by the worldwide context of the Videotex Report Series. Although an issue which is of key importance in one country may not necessarily be so significant in another, it is clear that many of the key issues are common. It is these which this report has set out to identify and describe. They are to do with the marketplace, the technology, and the commercial prospects for service participants. They include the choice of applications, the market sectors to be aimed at, terminal supply, level of system technology, market entry strategy, service pricing, and the relationship with other new systems and services.

Implementing a successful videotex service in the public domain is not easy. The service participants must get a number of things right, requiring a substantial effort of investigation, analysis, investment and co-ordination. In Europe, Britain has made the early running with Prestel. However it is France's clear intention to take the lead in Europe as both supplier and user of videotex systems. If the plans for co-ordinated development of Telematique products and for large scale national usage can be carried through, France should be at an increasing advantage during the 1980s. Canada's determined commitment to Telidon and the presence of the Japanese as a force in videotex are both further threats to Europe's early lead in this field. In the USA the regulatory environment is beginning to compete in the marketplace, with consequences which will be very considerable.

Rivalry between the competing videotex systems is, if anything, likely to spur progress which will bring many of the key issues referred to in this report rapidly to a head. They will be examined in detail in the nine following reports in this Series, as worldwide developments unfold. In each report, the experience gained by the participants in the early trials will form an important part of the input. Each report will examine the latest experience, plans and trends to determine the market, technical and commercial developments that can be expected during the next five years.

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

49

GW-LT 435319

Exhibit 06
Page 212

# GLOSSARY OF TERMS

| | |
|---|---|
| *Alphageometric* | Method of displaying alphanumeric characters, and graphic shapes generated from transmitted geometric instructions. |
| *Alphamosaic* | Method of displaying alphanumeric characters, and graphic shapes generated from a limited number of mosaic elemental shapes. |
| *Alphanumeric* | Alphabetic and/or numeric characters. |
| *Alphaphotographic* | Method of displaying alphanumeric characters, and picture-quality graphics from individually transmitted and stored picture elements. |
| *Analogue* | The representation of numerical values by physical variables such as voltage, current, etc. (contrasted with digital). |
| *Antiope* | The French standard for character coding and display on videotex terminals. |
| *Aregon* | The British firm acting as an overseas agent for Prestel. |
| *Asynchronous* | Transmission in which each information character is individually synchronised, usually by the use of start and stop elements. |
| *AVIP* | Association of Viewdata Information Providers (British). |
| *Bandwidth* | The difference, in Hertz, between the lower and upper limits of the wave frequencies that can be transmitted over a communications channel. |
| *Bildschirmtext* | The West German PTT's interactive videotex system. |
| *Boris* | The name of British Columbia Telephone's videotex experiment. |
| *BPO* | British Post Office, The British PTT. |
| *Bundespost* | The West German PTT. |
| *CAP* | Consumer Analysts and Programmers, a large British software house. |
| *Captain* | Character and Pattern Telephone Access Information Network — the Japanese experimental videotex system. |
| *CATV* | Correctly "community antenna TV", though commonly accepted as meaning "cable TV". |
| *CCETT* | Centre Commun d'Etudes de Television et de Telecommunications. |
| *CCITT* | Comite Consultatif International Telephonique et Telegraphique, a worldwide representative body of PTTs and telephone service operators. |
| *Centre Operator* | The organisation responsible for running a videotex service. |
| *CEPT* | Conference of European PTTs. |
| *Channel 2000* | The name of OCLC's videotex experiment. |
| *Closed User Group* | A service to which only pre-defined users have access. |
| *Coding* | (of characters). The bit combinations used to represent each character or symbol. |
| *Contrast* | For display terminals, the ratio of character luminance to background luminance. |
| *C set* | Control set, represented by 32 characters. |
| *CUG* | Closed User Group. |
| *CYCLOPS* | The name of a videotex-like system developed by Britain's Open University (University of the air). |
| *Daisy* | The name of Whitbread's in-house videotex system. |
| *Database* | A collection of data held in a machine readable form, typically on magnetic discs. |
| *Data network* | Telecommunications network built specifically for data transmission, rather than voice transmission. |
| *DataVision* | The name of the Swedish PTT's experimental videotex system. |
| *Decoder* | A device used to decode videotex signals and display them on a TV screen. |
| *DGT* | Direction Generale des Telecommunications. |
| *Digital* | (transmission). The use of discrete signals to represent data in the form of characters and numbers (contrasted with analogue). |

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435320

Exhibit 06
Page 213

| | |
|---|---|
| DOC | Canadian Department of Communications. |
| Dornier | Dornier System GmbH, Friedrichshafen, West Germany, suppliers of Videotex systems. |
| Dot matrix | Used to define a shape as a series of dots arranged in a grid (matrix). |
| Download | To transmit information (especially software) down the line from a central store to a terminal. |
| DRCS | Dynamically redefinable character sets. |
| EBU | European Broadcasting Union. |
| EEC | European Economic Community. |
| EIA | Electrical Industry Association. |
| Electronic mail | A mail service using electronics and tele-communications substituting for the regular physical mail. |
| End pages | The pages at the end of a tree structured database containing information. (See also routeing page). |
| ESC | Escape, the control code transmitted to permit alternative meanings to subsequent codes. |
| Euronet | The European communities packet-switching network. |
| Facsimile | A system for the transmission of images through the telephone. |
| FCC | Federal Communications Commission in the USA. |
| Field | i.  TV signals are transmitted as two fields, one for the odd numbered scan lines, and one for the even numbered (See also interlace).<br>ii. A data element in an information record stored in a database. |
| Focus group | A selected group from a specific socio-economic background, used in market research evaluations. |
| Frame | A screenful of videotex information. |
| GEC | General Electric Company, the British company whose 4000 series minicomputers are being used for Prestel. |
| Green Thumb | The name of the US Department of Agriculture's videotex system for farmers. |
| G set | Graphic set, represented by 96 characters. |
| Hardware | The physical equipment making up a computer system (contrasted with software). |
| Host computer | A computer and associated database which, although run as a separate entity, can be accessed via a network. |
| Ida | The name of Manitoba Telephone System's household experiment embracing the delivery of Telidon videotex. |

| | |
|---|---|
| In-house | (videotex system or service). A system for use only within a particular company or organisation, where the computer centre is independent of any public service. |
| Insac | The British firm (now renamed Aregon), acting as an overseas agent for Prestel. |
| Interlace | For TV displays, the interleaving of the two separately transmitted fields. See also field. |
| IP | Information Provider. |
| ISO | International Standards Organisation. |
| IVIPA | International Videotex Information Providers Association. |
| Jack-socket | The telephone connection into which a videotex receiver (or decoder) may be plugged. |
| Keyword | (search). Retrieval of information matching free text descriptors. |
| Modem | Modulator/Demodulator. Converts a digital signal to a signal suitable for telephone transmission and vice-versa. |
| NATO | North Atlantic Treaty Organisation. |
| NPOC | National Prestel Operations Centre. |
| NTSC | National Television System Committee standard for colour television broadcasting in North America and Japan. |
| Offline | Mode of operation in which terminals, or other equipment, can continue to operate whilst disconnected from a central processor. |
| Online | Mode of operation in which terminals, or other equipment, are controlled by a central processor. |
| Overscan | The part of the TV raster outside the visible area of the screen. |
| Packet-switching | A technique for transmitting data packets through a network. |
| Page | The smallest unit of videotex information which can be addressed directly. A page may consist of one or more frames. |
| PAL | Phase alternate line, one of two European standards for colour television broadcasting. |
| Password | A (secret) identification number keyed by the user and checked by the system before permitting access. |
| PDI | Picture Description Instruction, used by Telidon for transmitting geometric graphic instructions. |
| Pixel | Abbreviation for picture element, from which TV pictures are created on the screen. |
| PLG | Prestel Liaison Group. |

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

51

GW-LT 435321

**Exhibit 06
Page 214**

| | |
|---|---|
| Port | Access path into a computer system. For videotex systems the number of ports determines the number of simultaneous users. |
| POS | Point of sale. |
| Prestel | The BPO's public videotex service. |
| Program | A series of instructions in a form acceptable to a computer. |
| Protocol | The rules governing how two pieces of equipment communicate with one another. |
| PSN | Packet-switching Network. |
| PSTN | Public Switched Telephone Network. |
| PTT | Post and Telecommunications authority. |
| Raster | Set of television scan lines defining the TV picture. |
| Resolution | For a display terminal the number of picture elements into which the display can be resolved. |
| Response frame (or page) | Prestel page which permits a user to respond to an IP. |
| RF | Radio frequency. |
| Routeing page | A videotex index page, showing routes to other pages. |
| RPC | Regional Prestel Centre. |
| Scan line | The horizontal lines on the surface of a TV display. |
| SDL | Systems Designers Limited. |
| SECAM | One of two standards for colour television broadcasting in Europe, developed in France. |
| Separated graphics | An option with videotex mosaic graphics where each of the blocked-in areas does not completely fill the sub-cell. |
| Service centre | A computer centre with an information database available to videotex users. |
| Software | A set of programs. |
| Source (the) | The name of TCA's videotex-based online information service in the US. |
| STC | Standard Telephones and Cables, the UK subsidiary of ITT. |
| System operator | The organisation responsible for the overall running of a videotex service. |
| TDF | Telediffusion de France. |
| Telecontrol | The remote control of home appliances (eg. switch on/off). |
| Telematique | Term coined in France to describe the combination of computers with telecommunications. |

| | |
|---|---|
| Telemetering | Remote metering of domestic utility consumption. |
| Telemonitoring | The remote monitoring of home appliances (eg. meter reading). |
| Teleshopping | Electronic shopping (item selection, order entry and sometimes payment as well) from home. |
| Telesoftware | Software transmitted for capture by an intelligent videotex terminal. |
| Teletel | The name of France's planned public videotex service. |
| Teletex | Super telex system planned by European PTTs for the 1980s. |
| Teletext | A generic term for one-way broadcast information services. |
| Telidon | The Canadian Department of Communications' videotex standard. |
| Telset | The Finnish videotex system developed by Teletieto. |
| Timeshare | Use of a computer system to permit a number of users to execute programs concurrently. |
| Topic | The name of the London Stock Exchange's in-house videotex system. |
| Transpac | French packet-switching service. |
| Tree structure | Arrangement of a database in a number of hierarchical levels, each lower level presenting information of increasing detail. |
| Value-added | (services). Subscriber service providing more than simple communication on a network. |
| VCR | Video cassette recorder. |
| VDU | Visual Display Unit. |
| Videodisc | A disc containing pre-recorded information for displaying on a TV screen. |
| Videogram | Generic term for video recording systems including VCR and videodisc. |
| Videotex | In this study, the generic term for interactive two-way information systems using a TV screen as the display device. Also the name used by the Swiss PTT for its videotex experiment. |
| Viditel | The name of the Dutch PTT's experimental videotex system. |
| Vidon | The name of Alberta General Telephone's experimental videotex system. |
| Viewtron | The name of Knight-Ridder's Experimental videotex system. |
| Vista | The name of Bell Canada's experimental videotex system. |
| Word processor | Computer-based typing system. |

Butler Cox & Partners Limited
© Reproduction by any method is strictly prohibited

GW-LT 435322

**Exhibit 06**
**Page 215**

GW-LT 435323

Exhibit 06
Page 216

NOV 0 1 1989

JAN 2 1 1987

GW-LT 435324

Exhibit 06
Page 217



384.55 VIDEOTEX: THE KEY ISSUES
B985v
(1), Butler Cox & Partners Ltd





**Liability policy** BNR

In the event that Information Resource Centre
materials are lost or damaged, you are held
responsible to reimburse the BNR IRC for the cost
of replacement.

Information Resource Centre (IRC)
BNR, Ottawa

bnr 415/8905

GW-LT 435325

**Exhibit 06**
**Page 218**

Butler Cox & Partners Limited

Videotex Research Unit
Morley House
26-30 Holborn Viaduct
London EC1A 2BP
England
Telephone 01-583 9381

GW-LT 435326

Exhibit 06
Page 219