UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


-------------------------)

LUCENT TECHNOLOGIES,           )

INCORPORATED, et al.,          )

         Plaintiffs,  )

    vs.                        )  Case No. 07-CV-2000

GATEWAY INTERNATIONAL,         )

INCORPORATED, et al.,          )

         Defendants.  )

-------------------------)



     Videotape Deposition of DOUGLAS

O'BRIEN, the witness, called for examination

pursuant to notice and agreement, commencing at

9:02 a.m., at Ottawa Marriott Hotel, 100 Kent

Street, Ottawa, Ontario, Canada, before Susan

Olubick, CSR and Commissioner of Oaths, on the

20th day of November, 2007.

        --------------------

Page 2

1  A P P E A R A N C E S:
2
3      JAMES E. MARINA, Esq.
4      KIRKLAND & ELLIS LLP
5      Citigroup Center
6      153 East 53rd Street
7      New York, New York  10022-4611
8      (212) 446-4877
9      jmarina@kirkland.com
10       For the Plaintiff Lucent Technologies
11
12      JUSTIN BOYCE, Esq.
13      DECHERT LLP
14      2440 W. El Camino Real, Suite 700
15      Mountain View, California  94040-1499
16      (650) 813-4800
17      justin.boyce@dechert.com
18       For the Defendant Gateway
19
20
21
22
23
24
25

Page 3

1  A P P E A R A N C E S (Cont'd):
2
3      MATTHEW N. BATHON, Esq.
4      ARNOLD & PORTER LLP
5      555 Twelfth Street, NW
6      Washington, D.C.  20004-1206
7      (202) 942-6395
8      Matthew_Bathon@aporter.com
9       For the Defendant Dell Inc.
10
11  Also appearing:
12      Ryan Courville, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1          INDEX OF PROCEEDINGS
2  WITNESS                       PAGE
3  DOUGLAS O'BRIEN, affirmed
4      Examination by Mr. Marina        9
5      Examination by Mr. Boyce        95
6      Examination by Mr. Marina      328
7      --------------------
8          INDEX OF EXHIBITS
9  NO.        DESCRIPTION       PAGE
10  EXHIBIT 1    CCITT VIIth Plenary Assembly; Bates
11       Nos. GW-LT 438217 through 258.    39
12  EXHIBIT 2    Radio-television Broadcasting; Bates
13       Nos. GW-LT 433452 through 460.    53
14  EXHIBIT 3    Videotex Standard: Presentation
15       Level Protocol dated May 1981; Bates
16       Nos. OBR0008841 through 954.    65
17  EXHIBIT 4    A Perspective on the Development of
18       Videotex in North America; Bates
19       Nos. OBR006427 through 437.    77
20  EXHIBIT 5    Picture Description Instructions PDI
21       for the Telidon Videotex System;
22       Bates Nos. GW-LT 437773 through 844.   87
23
24
25

Page 5

1          INDEX OF EXHIBITS
2  NO.        DESCRIPTION       PAGE
3  EXHIBIT 6    Videotex Presentation Level
4       Protocol: Augmented Picture
5       Description Instructions; Bates
6       Nos. OBR008252 through 434.    92
7  EXHIBIT 7    Digital Video Display Systems and
8       Dynamic Graphics; Bates Nos.
9       OBR005942 through 6011.    109
10  EXHIBIT 8    SIG GRAPH; Bates Nos. OBR006940
11       through 7011.    120
12  EXHIBIT 9    Ramtek System Description Manual;
13       Bates Nos. OBR005087 through 132.    138
14  EXHIBIT 10    Radiodiffusion television; Bates
15       Nos. GW-LT 433442 through 450.    153
16  EXHIBIT 11    Radio-television Broadcasting;
17       Bates Nos. GW-LT 433452 through
18       441.    154
19  EXHIBIT 12    Dynamically Redefinable Character
20       Sets-D.R.C.S.; Bates Nos. GRW-LT
21       437609 through 618.    190
22  EXHIBIT 13    Information Provider Activities in
23       Canada; Bates Nos. OBR004835
24       through 841.    223
25

                    2  (Pages 2 to 5)

Page 6

1          INDEX OF EXHIBITS (Cont'd)
2   NO.          DESCRIPTION          PAGE
3   EXHIBIT 14     Study Group VIII - Contribution
4          No. 74; Bates Nos. MSLT_1234462
5          through 467.          227
6   EXHIBIT 15     Study Group VIII - Contribution
7          No. 78; Bates Nos. MSLT_1234468
8          through 494.          233
9   EXHIBIT 16     Study Group VIII - Contribution
10          No. 105; Bates Nos. MSLT_1234525
11          through 597.          235
12  EXHIBIT 17     Study Group VIII - Contribution
13          No. 158; Bates Nos. MSLT_1234731
14          through 752.          236
15  EXHIBIT 18     Study Group VIII - Contribution
16          No. 165; Bates Nos. MSLT_1234821
17          through 840.          254
18  EXHIBIT 19     Study Group VIII - Contribution
19          No. 164; Bates Nos. MSLT_1234759
20          through 820.          259
21  EXHIBIT 20     Viewdata and Videotext, 1980-81: A
22          Worldwide Report; Bates Nos. GW-LT
23          436045 through 669.          262
24
25

Page 7

1          INDEX OF EXHIBITS (Cont'd)
2   NO.          DESCRIPTION          PAGE
3   EXHIBIT 21     Study Group VIII - Contribution
4          No. 195; Bates Nos. MSLT_1234880
5          through 929.          267
6          --------------------
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1   -- Upon convening.
2       THE VIDEOGRAPHER:  This is the start of
3   tape labeled number 1 of the videotaping
4   deposition of Douglas O'Brien, in the matter of
5   Lucent Technologies, et al. versus Gateway, et
6   al., in the U.S. District Court for the District
7   of Columbia, Case No. 07-CV-2000HCAD.
8       This deposition is being held at Ottawa
9   Marriott Hotel, 100 Kent Street, Ottawa, Ontario,
10  Canada, on the date of November 20th, 2007, at
11  approximately 9:02 a.m.
12      My name is Ryan Courville from TSG
13  Reporting Inc., and I am the legal video
14  specialist.  The court reporter is Susan Olubick
15  in association with TSG Reporting.
16      Will counsel please introduce yourself.
17      MR. MARINA:  James Marina from Kirkland &
18  Ellis representing Lucent Technologies.
19      MR. BOYCE:  Justin Boyce from Dechert
20  representing defendant Gateway.
21      MR. BATHON:  Matthew Bathon from Arnold &
22  Porter representing Dell Inc.
23      THE VIDEOGRAPHER:  Okay.  I guess we're
24  going to have to have a mike for you also.  I
25  didn't realize you were going to be speaking

Page 9

1   also.  So it's going to be both of you.
2       MR. MARINA:  I don't think we need to do
3   another mike right now.
4       THE VIDEOGRAPHER:  No?  Okay.  Will the
5   court reporter please swear in the witness.
6       --------------------
7   Whereupon,
8       DOUGLAS O'BRIEN,
9       having been first duly affirmed,
10      was examined and testified as follows:
11      --------------------
12          EXAMINATION
13  BY MR. MARINA:
14      Q.  Okay.  Could you please state your
15  name for the record, sir?
16      A.  Douglas O'Brien.
17      Q.  What's your home address?
18      A.  1090 Normandy Crescent, Ottawa,
19  Canada.
20      Q.  And are you a citizen of...
21      A.  Canada.
22      Q.  -- Canada?
23  Are you a citizen of the United States?
24      A.  No.
25      Q.  Are you represented by counsel

3  (Pages 6 to 9)

Page 10

1  today?
2      A.   Yes.
3      Q.   Who's that?
4      A.   Mr. Boyce.
5      Q.   Anybody else?
6      A.   No.
7      Q.   Do you know if Mr. Boyce is
8  licenced to practice law in Canada?
9      A.   I do not know.
10     MR. MARINA:  Are you in fact, Mr. Boyce,
11  licenced to practice law in Canada?
12     MR. BOYCE:  I am not.
13     MR. MARINA:  Okay.
14  BY MR. MARINA:
15     Q.   Are you currently employed, sir?
16     A.   Yes.
17     Q.   Where?
18     A.   IDON Technologies.
19     Q.   And what line of business is IDON
20  Technologies in?
21     A.   IDON Technologies is an engineering
22  company, doing consulting in the area of spatial
23  data engineering.
24     Q.   What's spacial data engineering?
25     A.   Spatial data engineering relates to

Page 11

1  computer graphics, information technologies and
2  such things as digital mapping.
3      Q.   What's digital mapping?
4      A.   Digital mapping is the
5  representation of maps on computer systems.
6      Q.   Maps of countries?
7      A.   Countries; geographic information.
8      Q.   How long have you been with IDON
9  Technologies?
10     A.   Since I believe it's 1987.
11     Q.   Okay.  And that's your company?
12     A.   It's my company.  I formed it in
13  1997.
14     Q.   Before that, where were you
15  employed?
16     A.   With IDON Corporation.
17     Q.   What was IDON Corporation?
18     A.   IDON Corporation was a consulting
19  software development company, which I was a
20  partner.
21     Q.   And what line of business was IDON
22  Corporation in?
23     A.   IDON Corporation did a spatial data
24  engineering as well as software development, and
25  other areas of information technology.

Page 12

1      Q.   What's the difference between
2  IDON -- the line of business of IDON Corporation
3  and IDON Technologies?
4      A.   IDON Technologies is somewhat
5  narrower.  There were several partners that I had
6  in IDON Corporation.
7      Q.   Okay.  When did you start working
8  at IDON Corporation?
9      A.   I formed IDON -- oh, I formed IDON
10  Corporation in 1982, I believe it was.
11     Q.   So you were at IDON Corporation
12  from 1982 to 1997?
13     A.   '82 or is it beginning of '83?
14  Yes, I was.
15     Q.   And before that, where were you
16  employed?
17     A.   I was employed with Norpak
18  Corporation.
19     Q.   Okay.  What years?
20     A.   I went to Norpak in 1981, and I was
21  there '81 and '82.
22     Q.   What did you do at Norpak?
23     A.   I was assistant vice president of
24  technology development.
25     Q.   What type of technology?

Page 13

1      A.   Mostly videotex technology;
2  teletext as well.
3      Q.   What's the difference between
4  videotex and teletext?
5      A.   The difference between the two
6  systems is the manner in which information is
7  communicated.  Videotex uses land lines or other
8  wired mechanisms.  Teletext uses ancillary
9  signals to broadcast television.
10     Q.   And before Norpak, where were you
11  employed?
12     A.   I was employed at the
13  Communications Research Centre of the Canadian
14  Government, Department of Communications.
15     Q.   Okay.  For what period of time?
16     A.   I began work with the Canadian
17  Government in 1968 on a career-oriented
18  employment program.  I began full time in 1975,
19  and I was there until I left to go to Norpak in
20  1981.
21     Q.   And how did you come to be
22  represented by Mr. Boyce?
23     A.   I was asked by Mr. Boyce to provide
24  information with respect to my knowledge of the
25  affairs that were ongoing in the era mid 1970s to

4  (Pages 10 to 13)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 223**

Page 14

1  mid 1980s with respect to videotex.
2      Q.   Well, I guess why do you need a
3  lawyer?
4      A.   I'm acting here as a fact witness,
5  and I believe this is common practice.
6      Q.   Do you have a -- do you have any
7  type of agreement with either Mr. Boyce, his firm
8  or Gateway?
9      A.   I've been -- I've signed the letter
10 of -- that -- that -- nondisclosure. I have also been
11 compensated for my time in looking for -- in
12 looking at materials or finding materials.
13     Q.   How much are you being compensated?
14     A.   275 an hour.
15     Q.   Is that U.S. dollars?
16     A.   U.S. dollars.
17     Q.   And are you being compensated for
18 your time today?
19     A.   Yes.
20     Q.   So as you sit here in this
21 deposition, you're being paid by Gateway $275 an
22 hour. Is that correct?
23     A.   Yes.
24     Q.   It's your understanding that fact
25 witnesses generally get paid for their testimony?

Page 15

1      A.   This is my normal engineering rate.
2      Q.   That's not my question. My
3  question is is it your understanding that fact
4  witnesses generally get paid for their testimony?
5      A.   I don't know. I'm not familiar.
6      Q.   You said you signed a letter of
7  nondisclosure? What does that mean?
8      A.   I believe it says nondisclosure in
9  it; that I'm -- that discussions between myself
10 and Mr. Boyce are covered by lawyer work product
11 on his part and I am not to disclose my
12 discussions with Mr. Boyce.
13     Q.   You understand that that's a
14 voluntary thing on your part and you could waive
15 that?
16     A.   If you say so.
17     Q.   Are you willing to waive that and
18 tell me all your discussions with Mr. Boyce?
19     A.   No.
20     Q.   Why not?
21     A.   Because I don't think that would be
22 appropriate.
23     Q.   Is your agreement -- and your
24 agreement's with Gateway or Mr. Boyce? Who's it
25 with?

Page 16

1      A.   I believe it's with Dechert.
2      Q.   The law firm of Dechert.
3      A.   The law firm of Dechert.
4      Q.   Is your agreement -- and pursuant
5  to that agreement, you are being paid $275 an
6  hour? Is that correct?
7      A.   Yes.
8      Q.   And does that agreement say
9  anywhere -- when's the last time you looked at
10 that agreement?
11     A.   I looked at it sometime during the
12 summer when I signed it.
13     Q.   Does that agreement say in it that
14 you will not testify adversely to Gateway?
15     A.   I don't remember. I don't believe
16 so.
17     Q.   Do you have that agreement with you
18 today?
19     A.   No.
20     Q.   Before you signed the agreement,
21 did you have a Canadian lawyer look at it?
22     A.   No.
23     Q.   Do you have a lawyer on staff at
24 IDON Technologies?
25     A.   I have a firm which my company

Page 17

1  uses. I did not consult them.
2      Q.   Do you have a consultant at that
3  firm at all in connection with this...
4      A.   No.
5      Q.   -- proceeding?
6          Did you meet with Mr. Boyce yesterday?
7      A.   Yes.
8      Q.   Okay. And you went over some
9  testimony that you're going to give today?
10     A.   I --
11         MR. BOYCE: Objection. To the extent
12 that calls for attorney/client privileged
13 information, I'd instruct you not to answer.
14 BY MR. MARINA:
15     Q.   A meeting took place in the Country
16 of Canada? Is that correct?
17     A.   Yes.
18     Q.   And that's a country where
19 Mr. Boyce is not licenced to practice law. Is
20 that correct?
21     A.   I have no direct knowledge of that
22 except what Mr. Boyce has said.
23     Q.   How long did you meet with
24 Mr. Boyce for?
25     A.   About eight hours.

5 (Pages 14 to 17)

Page 18

```
1        Q.   So you spent eight hours with
2   Mr. Boyce yesterday at $275 an hour.  Is that
3   correct?
4        A.   Yes.
5        Q.   How much money did you make
6   yesterday in meeting with Mr. Boyce?
7        A.   You can do the math.
8        Q.   Okay.  So it's eight -- whatever
9   eight times 275 is.  Right?
10       A.   Yes.
11       Q.   I'll do the math a little later,
12  I'm not good at math, but it's certainly
13  somewhere between $1600 and $2400.  Right?
14       A.   You can do the math.
15       Q.   Yeah.  And how many -- besides
16  yesterday, how many conversations have you had
17  with Mr. Boyce?
18       A.   Six or seven, I believe.
19       Q.   And you were paid -- for all those
20  conversations, you were paid at the rate of $275
21  an hour?  Is that --
22       A.   Yes.
23       Q.   Was anyone else present yesterday?
24       A.   No.
25       Q.   When you had -- have you ever
```

Page 19

```
1   spoken to anyone at the law firm of Arnold &
2   Porter?
3        A.   Arnold & Porter.  No.
4        Q.   Have you spoken to any lawyers
5   besides Mr. Boyce in connection with this
6   lawsuit?
7        A.   No.
8        Q.   You've spoken to Dr. Wedig.
9   Correct?
10       A.   Yes.
11       Q.   How many times did you speak to
12  Dr. Wedig?
13       A.   Once.
14       Q.   When was it?
15       A.   I believe it was in September.  I
16  can't remember the exact date.
17       Q.   What'd you talk about?
18       A.   I primarily spoke and gave my
19  recollections of the facts that went on at the
20  time in the -- during my employment in the
21  Department of Communications and at Norpak.
22       And I'm not sure, but I don't know
23  whether he actually asked me any questions or
24  just listened.  He may have asked one.
25       Q.   How long did that conversation
```

Page 20

```
1   last?
2        A.   Possibly two hours.
3        Q.   Well, can you tell me everything
4   you remember saying during that conversation?
5   Because I gotta tell you Mr. Wedig doesn't
6   remember anything, so I'm just trying to figure
7   it out.  Dr. Wedig, sorry.
8        A.   I described the fact that I was at
9   the Department of Communications, that I was a
10  principal in the development of the Telidon
11  system, that I was familiar with how the Telidon
12  system and the other international videotex
13  systems operated, that I participated in the
14  international standards development.
15       Q.   Did you have any involvement in
16  AT&T's standard relating to videotex?
17       A.   Did I have any involvement.  What
18  does that mean.  I certainly worked with the
19  international standards development, which AT&T
20  was participating with.
21       Q.   Hm-hmm?
22       A.   And I had involvement in that
23  respect, if that's what you mean.
24       Q.   Well, you know that AT&T issued a
25  document in or about --
```

Page 21

```
1        A.   Yes.
2        Q.   -- May of 1981?
3        A.   Yes.
4        Q.   Did you participate in creating
5   that document?
6        A.   I talked with them, yes.  At the
7   time that they were developing it, I certainly
8   did, yes.
9        Q.   What involvement?
10       A.   I met with them on a number of
11  occasions; they met with me in the process that
12  they -- when they were developing that document.
13       Q.   Who did you meet with?
14       A.   Mr. Sam Berkman, Mr. Joe
15  Wetherington, the firm AT&T itself.
16       Q.   Okay.  Who else?  Mr. Frezza, did
17  you meet with him?
18       A.   With AT&T, yeah.  I thought
19  Mr. Frezza was with Bell Labs.
20       Q.   Okay.
21       A.   Yes, I met with Mr. Frezza.
22       Q.   Anybody else from Bell Labs?
23       A.   Mr. Soloway.
24       Q.   Anyone else?  Mr. Fleming maybe?
25       A.   Mr. Fleming.
```

Page 22

1    Q.  Did you draft any portion of the
2  AT&T document?
3    A.  I wrote a lot of text.  I believe
4  they used some of my text.
5    Q.  Did you incorporate any of the AT&T
6  document into subsequent documents you wrote?
7    A.  I wrote a document, Technical Note
8  709...
9    Q.  Right.
10    A.  -- which includes a lot of the
11  material that I wrote and that they wrote.
12    Q.  So your documents -- your CRC 709
13  includes information contained in the AT&T
14  document.  Correct?
15    A.  Yes.
16    Q.  How much time have you spent
17  working on this -- on matters relating to this
18  lawsuit?
19    A.  20 or 30 hours, I would think.
20    Q.  And why are you involved in this
21  lawsuit?
22    A.  I'm --
23    Q.  It's not out of the goodness of
24  your heart.  Right?
25    A.  I have an interest definitely in

Page 23

1  the topic area.  I was very involved in the topic
2  area from the beginning, and so I am interested
3  in seeing that, you know, what went on is
4  accurately described.
5    Q.  If you weren't being paid 275 an
6  hour, you wouldn't be here.  Right?
7    MR. BOYCE:  Objection.  Incomplete
8  hypothetical.
9    THE WITNESS:  If I was not being
10  compensated for my time, I would have to be
11  spending my time on other matters, but I would
12  still be providing some information.  I am
13  usually quite generous with the information that
14  I have.
15  BY MR. MARINA:
16    Q.  Sir, if Dechert was not paying you
17  $275 an hour, you would not be spending 30 hours
18  looking for documents, meeting with Mr. Boyce,
19  sitting for a deposition.  Isn't that correct?
20    MR. BOYCE:  Same objection.
21    THE WITNESS:  If I was not being
22  compensated, I would need to be doing other
23  things in my business.
24  BY MR. MARINA:
25    Q.  So I count -- by the way, I did a

Page 24

1  little math here.  So yesterday, at eight hours,
2  $275 an hour, that was $2200.  Does that sound
3  about right?
4    A.  Well, if you've calculated, I'll
5  accept your calculations.
6    Q.  And then 30 hours at 275 comes out
7  to 8,250?  Does that sound right?
8    A.  That could be approximately right.
9  I'm... I am not sure of the exact number of
10  hours or the exact amount.
11    Q.  Do you have any intention of
12  attending the trial in this matter?
13    A.  I will attend the trial if I'm
14  asked.
15    Q.  And if you do attend the trial, you
16  will be compensated at $275 an hour for doing
17  that.  Right?
18    A.  I don't believe that that's the
19  normal practice.
20    Q.  Okay.  So you understand a trial
21  can last for weeks.  Right?
22    A.  Yes.
23    Q.  So you're willing -- you're telling
24  me you're going to go to San Diego for weeks and
25  not be paid any money?  Well, that's not true.

Page 25

1  Right?
2    A.  I certainly would expect to have my
3  expenses paid.  The -- I'm not going to pay that
4  much hotel bill, but I would attend a trial, yes.
5    Q.  And you would expect to be
6  compensated at $250 an hour.  Isn't that correct?
7    A.  Not necessarily.
8    Q.  So if you're down there for three
9  weeks, eight hours a day, well, say 15 business
10  days, you're going to give up all that time
11  free...
12    MR. BOYCE:  Objection.  Lacks foundation.
13  BY MR. MARINA:
14    Q.  -- to Dechert?
15    A.  Possibly.
16    Q.  Possibly.
17    What is direct color?
18    A.  Direct color is a method of
19  describing color in a videotex system where the
20  color value itself is the command to establish
21  the color.
22    So as in the Telidon system, I would have
23  a control value command that would say,
24  "Establish the following red green blue values to
25  be the current color.  Current or in use color."

TSG Reporting - Worldwide      877-702-9580

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 226**

Page 26

1    Q.    And the RGB values are specified
2  with bits?
3    A.    With bits. Red green blue, red
4  green blue, red green blue --
5    Q.    Right.
6    A.    -- for any amount -- any precision.
7    So the 699 specification, the Telidon --
8  an original Telidon specification stated the
9  value -- bit values to describe RTV.
10    Q.    So there's - I just want to
11  understand - so there's sort of a direct
12  correspondence between the bit values be the RGB
13  values?
14    A.    The command as it existed in the
15  Telidon specification was a control up code to
16  describe the color to establish the color value,
17  followed by a series of bits, which would give
18  the bits red, green blue, and then half intensity
19  red green blue, and quarter intensity red green
20  blue; the bits decreasing as a normalized binary
21  fraction from the bit value.
22    So is there a direct correspondence of
23  bit value to the value. There is a normalized
24  binary fraction description of each of the red,
25  green and blue values, which aggregate and give

Page 27

1  you the RGB.
2    Q.    So there are bits that you specify
3  for the R value. Right?
4    A.    Yes.
5    Q.    And there are bits that you specify
6  for the G value. Right?
7    A.    Yes.
8    Q.    And there are bits that you specify
9  for the blue value. Correct?
10    A.    Yes.
11    Q.    If I can only specify one bit per
12  color, right, so red can be 101, green can be 0O1
13  and red can be 0O1, how many different colors can
14  I specify?
15    MR. BOYCE: Objection. Lacks foundation.
16  Incomplete hypothetical.
17    THE WITNESS: If there is only one bit
18  per color on and off, then you will have six
19  colors, plus all values on, which will be white,
20  and all values off, which will be black.
21  BY MR. MARINA:
22    Q.    Okay. So 000 all values off is
23  black. Right?
24    A.    That is a value -- yeah.
25    Q.    What would 100 be?

Page 28

1    A.    The order of red, green and blue
2  matters, but if it is red, green and blue --
3    Q.    Right.
4    A.    -- then it is on in red, off in
5  green and blue, so that it would be a red.
6    Q.    So if the order is RGB, then 100 is
7  red. Correct?
8    A.    Yes.
9    Q.    And 010 is green?
10    A.    Yes.
11    Q.    What is 110?
12    A.    It's blue and green... Or red
13  green blue magenta cyan yellow. Is that a yellow
14  or is it a... The six possible colors are red,
15  green, blue, magenta, cyan and yellow.
16    Q.    So 110, which would be a
17  combination of red and green, is yellow. Right?
18    A.    Well, there's no red component in
19  yellow. The green and blue make yellow.
20    Q.    What makes magenta?
21    A.    Red and blue.
22    Q.    And what makes cyan?
23    A.    I'm going from memory here. I'm
24  thinking of my way around the color wheel, and
25  cyan is the last combination, which I can't

Page 29

1  remember which of these things I've just said.
2    Q.    Okay. Is there a -- was there a
3  red component in cyan?
4    A.    I don't believe so.
5    Q.    So cyan would be 011. Right?
6    A.    I'm being asked to remember values
7  around a color wheel, and I don't picture the
8  color wheel in my mind.
9    Q.    How do you say black in French?
10    A.    Noir.
11    Q.    How about red?
12    A.    Rouge.
13    Q.    Green?
14    A.    Vert.
15    Q.    Yellow?
16    A.    Jaune.
17    Q.    What's the first letter of that?
18    A.    J.
19    Q.    How about blue?
20    A.    Bleu.
21    Q.    Magenta?
22    A.    Magenta, I believe.
23    Q.    And cyan?
24    A.    Cyan, I believe.
25    Q.    And how about white?

8  (Pages 26 to 29)

Exhibit 07
Page 227

Page 30

1    A.    Blanche, which starts with a B.
2    Q.    Have you ever seen colors specified
3  in French in the context of direct color?
4    A.    The document I wrote, 699,
5  Technical Note 699, is published both in English
6  and French, so I've certainly seen the French
7  document.
8    Q.    Have you ever seen white referred
9  to with a W in a French document because the B
10  would also conflict with the blue?
11    A.    I imagine that's up to the author.
12  Many times French people don't like to use the
13  English, so maybe they would have used a
14  different language.
15    Q.    What's indirect color?
16    A.    Indirect color is referencing color
17  by its index in the table.  So the third value or
18  the seventh value in a table.
19    Q.    Did Telidon just use indirect
20  color?
21    A.    The 699 specification didn't use
22  indirect color.
23    Q.    And did the 709?
24    A.    The 709 included it.
25    Q.    And the indirect color came from

Page 31

1  the AT&T specification.  Isn't that right?
2    A.    Actually, if you look at the 699
3  specification, we discuss color maps.  And the
4  intent for indirect color has been there since
5  the mid '70s, I would believe.  It's a well known
6  technique.
7    Q.    And it's true, isn't it, that 699
8  does not mention the word color, the term color
9  map.  Isn't that right?
10    A.    It uses other terms.  The term
11  color map, color reference table, programmable
12  look-up table, look-up table, all of these terms
13  were used.  There is many, many terms for the
14  same table.
15    Q.    I understand what your lawyer wants
16  you to say.  My question is a yes or no question.
17  CR 699 --
18    MR. BOYCE:  Objection.
19  BY MR. MARINA:
20    Q.    -- does not use the term color map.
21  Isn't that correct?
22    A.    Does not use the term color map.
23    Q.    And in fact, sir, is Telidon what's
24  known as alpha geometric?
25    A.    Yes.

Page 32

1    Q.    Sir, you wrote an article, isn't
2  that true, where you say that the AT&T
3  specification extended the geometric
4  functionality of Telidon by adding indirect
5  color?  Isn't that right?  Because I'm going to
6  show it to you.
7    A.    Show it to me and I will look at
8  that.
9    Q.    Do you know what foreground color
10  is?
11    A.    Yes.
12    Q.    What's a foreground color?
13    A.    When drawing a object, like text,
14  which has both a shape and an area around the
15  shape, then the foreground color is the color you
16  use for the shape, like the shape of the letter.
17    Q.    Then what's the background color?
18    A.    The color you would use for the
19  rest of the area or the rest of the text cell.
20    Q.    So if I have for example letter A
21  and I drew the letter A and then I could draw
22  sort of a little square around the letter A, the
23  foreground would be the actual A and the
24  background would be the non-foreground portion in
25  that little box?

Page 33

1    A.    Yes.
2    MR. BOYCE:  Objection.
3    MR. MARINA:  It's too late.  He already
4  answered.
5    MR. BOYCE:  Incomplete hypothetical.
6  Objection.  Get that on the record.  It's an
7  objection, incomplete hypothetical.
8    MR. MARINA:  After the answer, that
9  should be on the record.
10    MR. BOYCE:  Thank you.
11  BY MR. MARINA:
12    Q.    So the background color does not
13  refer to the background of the whole screen in
14  that context.  Correct?
15    A.    I said that in the case of drawing
16  a letter A, in drawing a cell, that the
17  background would be the background of the cell.
18    The background of the -- the concept of
19  background could be the whole screen, but a
20  background color in terms of what in-use color
21  I'm using in a drawing primitive would be the
22  background area of that drawing primitive,
23  whatever that drawing primitive is.
24    Q.    Correct.  And it would not be the
25  background of the whole screen.

9  (Pages 30 to 33)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 228

Page 34

1       MR. BOYCE: Objection. Incomplete
2   hypothetical.
3       THE WITNESS: The background of the whole
4   screen could give you the background of the
5   drawing primitive if the drawing primitive were
6   to build on the accumulated drawing of the whole
7   area.
8   BY MR. MARINA:
9       Q.   So if I -- let me get it straight.
10  If I draw a text character, you agree with me
11  that the background of the text character is --
12  in that situation, the background is the
13  non-foreground portion sort of immediately
14  surrounding that character. Right?
15      MR. BOYCE: Objection. Incomplete
16  hypothetical.
17  BY MR. MARINA:
18      Q.   You already said it, so.
19      A.   The background of the text
20  character -- the background of the drawing
21  primitive is the area around the text character.
22      That does not necessarily say that the
23  background color is applied to the background
24  area around the text character. The background
25  may be the background of what is accumulated from

Page 35

1   whatever has previously been displayed on the
2   screen in certain terminal realizations.
3       Q.   Can you give me an example of such
4   a terminal realization?
5       A.   A bit plain implementation.
6       Q.   Can you give me an actual example?
7   Not a theoretical one, an actual one.
8       A.   Bit plain implementation's pretty
9   actual. If I implemented a terminal with --
10  using bit plain technology --
11      Q.   Hm-hmm?
12      A.   -- and I drew a letter A, and I
13  only used the foreground of the cell, then the
14  letter A would appear over whatever was there
15  before, which means that if there was something
16  already drawn, it would aggregate on top.
17      Q.   Right. But so in that scenario,
18  the drawing primitive, right, is not drawing in
19  the background color; it's just drawing the
20  foreground over a previously established
21  background. Right?
22      A.   That's what it sounds -- yes.
23      Q.   And I think you used earlier the
24  term in-use. What does that mean, in-use? For
25  example, in-use foreground color?

Page 36

1       A.   The color that I will be using to
2   describe the drawing of the primitive. So if I
3   establish a color to be background color, it now
4   is the in-use background color, which will be
5   used when I draw a background -- draw a primitive
6   that has a background drawing.
7       Better example is the foreground because
8   foreground exists in all the drawing primitives.
9       Q.   Right. So in the context of the
10  background, it's the color that the primitive
11  will draw in with respect to the background.
12  Correct?
13      A.   It's the color that the primitive
14  will draw when drawing the background area of the
15  sample cell of the text.
16      Q.   What's recommendation S.100?
17      A.   Recommendation S.100 is a
18  recommendation of the International Telegraphic
19  Union. It's an international standard through
20  the United Nations' International Telegraphic
21  Union. It defines videotex as a telematic
22  service.
23      Q.   Is it still a standard?
24      A.   I believe the ITU recommendations
25  live forever. I don't know whether S.100 remains

Page 37

1   within the current book of ITU recommendations,
2   but they may always be referenced by date. So it
3   remains forever.
4       Q.   Okay. What's NAPLPS? N-A-P-L-P-S.
5       A.   NAPLPS is North American
6   presentation level protocol standard.
7       Q.   And how does that relate to S.100?
8       A.   NAPLPS is... NAPLPS is a North
9   American standard, not an International
10  Telegraphic Union standard.
11      Components of NAPLPS appear in the alpha
12  geometric part of the follow-on work in ITU.
13  Because NAPLPS came out after the S.100 was
14  written.
15      Q.   Do you recall any extensions -- or
16  any differences between NAPLPS and S.100?
17      A.   NAPLPS contained material that also
18  appeared in technical note 709, and also appeared
19  in the AT&T presentation level protocol that does
20  not appear in S.100; S.100 predating it.
21      Q.   Do you recall what -- can you
22  recall specifically what material?
23      A.   There's differences in character
24  sets. There's a difference in the C1 control
25  set. There's a difference in the available

10  (Pages 34 to 37)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 229

Page 38

```
 1   attributes.
 2       There's a difference in storage --
 3   short-term storage.  There's a difference in
 4   connectivity of those short-term storage elements
 5   called macros to keys.  There's a difference in
 6   the capability to return strings of data back to
 7   the source.  There's -- there are some aspects of
 8   S.100 that do show up.
 9       Q.   How about the ability to select
10   between three different modes of access to color
11   data values?
12       A.   S.100 did not have an explicit
13   command to access that.  NAPLPS did.
14       Q.   And the AT&T protocol did.  Isn't
15   that correct?
16       A.   Yes.
17       Q.   Do you know if any actual systems
18   were built around S.100?
19       A.   Yes, systems were built around
20   S.100.
21       Q.   Which ones?
22       A.   There were systems built by Norpak
23   for sale in the European market that implemented
24   S.100.
25       Q.   Hm-hmm?  How about in the U.S.
```

Page 39

```
 1   market?
 2       A.   I don't know if they built it.  I
 3   believe that there was an interest or a
 4   discussion at least by RCA labs.
 5       Q.   But I mean shortly after S.100 came
 6   out, you had NAPLPS.  Right?
 7       A.   S.100 was under development for
 8   four years.  It's not -- nothing shortly after
 9   involved.
10       (Whereupon the below-mentioned
11       document was marked for identification
12       as Exhibit No. 1.)
13   BY MR. MARINA:
14       Q.   Well, let me show you S.100.
15       A.   Certainly.
16       Q.   The date on that is November 1980.
17   Correct?
18       A.   The date on that is November 1980,
19   that's --
20       Q.   And AT&T came out with its
21   presentation -- its protocol in May '81.
22   Correct?
23       A.   Yes.
24       Q.   And that formed the basis of
25   NAPLPS.  Correct?
```

Page 40

```
 1       A.   Yes.  It was an input to NAPLPS, a
 2   major input to NAPLPS.
 3       Q.   NAPLPS was what was used in North
 4   America.  Correct?
 5       A.   NAPLP -- are you talking about
 6   after 1981?
 7       Q.   Yes.
 8       A.   After 1981, NAPLPS became the North
 9   American standard, yes.
10       Q.   And as we already established, it's
11   different from S.100.  Correct?
12       A.   NAPLPS is different than S.100,
13   yes.
14       Q.   And then if you look at the first
15   page of -- and for the record, S.100, which I've
16   mark as Exhibit 1, is Bates No. GW-LT 438217
17   through 438258.
18       And on the first page of S.100, there's a
19   reference to "Geneva."  Do you see that?
20       A.   Yes.
21       Q.   Where is Geneva?
22       A.   Geneva's in Switzerland.
23       Q.   And that's a country that's not the
24   United States.  Isn't that correct?
25       A.   Yes.
```

Page 41

```
 1       Q.   And the date on the first page of
 2   Exhibit 1 is 1980.  Correct?
 3       A.   "Geneva, ... November 1980," yes.
 4       Q.   But then under that, though, it
 5   says, "Geneva 1981."  Correct?
 6       A.   Yes.
 7       Q.   Do you know what the date of
 8   Recommendation S.100 is, Exhibit 1?
 9       A.   Pardon me?
10       Q.   What is the date of S.100?
11       A.   What is the...  Are you asking me
12   what is the date that it was -- that this thing
13   was printed --
14       Q.   Yes.
15       A.   -- this thing was approved, this
16   thing was...
17       Q.   This was printed, Exhibit 1.
18       A.   I don't know when they actually
19   started doing the print runs.
20       Q.   Right.
21       A.   I know that they did the final
22   approval at the plenary assembly in November
23   1980.
24       Q.   Right, but then we also have a 1981
25   date on the document.  Correct?
```

11 (Pages 38 to 41)

Page 42

1    A.    I don't know what that date means.
2    Q.    Correct. So there's no way to know
3 when the document, Exhibit 1, was printed.
4 Correct? The best we can say is sometime in
5 1981. Isn't that correct?
6    A.    This document is -- was widely
7 available to the world for approval at the
8 plenary assembly. This is an international
9 standard and therefore widely available. All
10 countries have access to it.
11    Q.    Were there any changes made?
12    A.    After the approval? No.
13    Q.    At the plenary assembly.
14    A.    No, they don't change.
15    Q.    Okay. And before that?
16    A.    There were previous versions of
17 this document, up until it was finalized in the
18 final working group 8 meeting, which was earlier
19 than 1980.
20    Q.    Correct. Do you have any records
21 of what changes were made between those earlier
22 versions and the final version?
23    A.    I believe copies of all the earlier
24 versions are also publicly available.
25    Q.    And do you know when -- how would

Page 43

1 one obtain a copy of Exhibit 1 back in 1981?
2    A.    How would one obtain a copy of
3 this?
4    Q.    Yeah, if I wanted a copy of it.
5    A.    You would obtain it from -- in the
6 U.S., I believe from the State Department; in
7 Canada, from the Standards Council of Canada.
8    Q.    When did Exhibit 1, for example,
9 become available at the U.S. State Department?
10    A.    I wouldn't know exactly when they
11 start carrying the document, but the document is
12 made available before the vote to the American
13 national committees so that American industry can
14 determine whether they accept it.
15    So this would have been distributed
16 before November 1980 to be reviewed within the
17 U.S.
18    Q.    To who?
19    A.    To...
20    Q.    Give me a list.
21    A.    A list?
22    Q.    Yeah. Were you on this committee
23 that would have done distribution?
24    A.    I was on the Canadian delegation to
25 CCITT. I can't tell you names of people who do

Page 44

1 distribution within the U.S. at that era.
2    Q.    Hm-hmm?
3 `    A.    I can discuss how it was
4 distributed in Canada.
5    Q.    Okay.
6    A.    And I do know that the U.S. have
7 representatives from a number of industrial
8 companies.
9    Q.    So the idea was -- well, so you
10 really don't know the extent, if any, of the
11 distribution of Exhibit 1 in the United States
12 before November 1980. Correct?
13    MR. BOYCE: Objection. Misstates the
14 testimony.
15    THE WITNESS: I know that the process is
16 to have these documents approved by -- this is a
17 final version of an international standard
18 requiring a vote at the plenary assembly of the
19 CCITT, which means that nations had to establish
20 their national position.
21    I know that in Canada, that required a
22 meeting of interested industrial and --
23 industrial and scientific organizations I think
24 they called them, as well as carrier
25 organizations, such as telephone companies, as

Page 45

1 well as government organizations, regulators.
2    And we had such meetings in Canada. I
3 would expect that the U.S. would have such a
4 democratic process. Maybe not all nations did it
5 that way.
6 BY MR. MARINA:
7    Q.    I guess what I'm asking you is --
8 well, let me strike that.
9    So when these things were distributed, I
10 guess for comment or for review? Is that...
11    A.    They would be distributed for
12 comment and review within the nation, yes.
13    Q.    Right. And then the nation might
14 have changes to it or requested --
15    A.    Well, these things have been
16 distributed many, many times in its earlier
17 versions.
18    The issue is not the final approval in
19 November 1980, but the discussions at the final
20 meeting of working group 8, which would be
21 earlier in 1980, and that's when you would have
22 had more comments.
23    But there were comments from the very
24 beginning of development of any standard. A
25 standard starts with a question to be addressed

12  (Pages 42 to 45)

Page 46

1  and then has contributions from nations.
2      Q.   So what I'm getting at, sir, is
3  this final version of S.100 could be different
4  from these earlier versions. Correct?
5      A.   This final version was the one that
6  went out for vote.
7      Q.   And what -- and I know you think it
8  doesn't matter but it actually does matter
9  because this is the document that Dr. Wedig is
10 relying on in his invalidity opinion.
11     Not earlier versions, not versions that
12 might have been distributed throughout the world;
13 this particular version. And this version has a
14 date 1981 on it. Do you know what that 1981
15 means?
16     MR. BOYCE: Objection. Argumentative.
17     THE WITNESS: I do not know what "Geneva
18 1981" means in the bottom.
19 BY MR. MARINA:
20     Q.   And you don't know when someone in
21 the U.S. could have -- a member of the public in
22 the U.S. could have obtained a copy of Exhibit 1
23 from the U.S. State Department.
24     A.   I would have -- since it was up for
25 vote, I would expect probably sometime from maybe

Page 47

1  June or so, 1980.
2      Q.   Is that a guess? In other words,
3  you don't have personal knowledge of when things
4  were available in the State Department. Correct?
5      A.   Let me put it this way: There was
6  a meeting of the final -- a final meeting of the
7  Study Group VIII working group held. That
8  meeting was held in Montreal. That meeting was
9  when the final text was drafted.
10     That document then was distributed to
11 nations. The meeting was in the I believe late
12 spring time frame of 1980. And then after that,
13 it goes out for review within nations.
14     So within the U.S. and elsewhere,
15 sometime after the words were drafted and
16 distributed, they would be available for review.
17 So I do not know exactly when the State
18 Department distributed them, but it -- the time
19 is sometime after the final meeting of Study
20 Group VIII and before November '80.
21     Q.   Who was it distributed to in the
22 U.S.?
23     A.   It would be distributed to
24 scientific and industrial organizations,
25 telecommunication carriers and government and

Page 48

1  research institutes. I believe those are the
2  categories they use.
3      Q.   But did they have to say, "Please
4  send me a copy," or...
5      A.   I would expect that all of these
6  organizations would be actively participating and
7  be members of these groups, but I do not know
8  the --
9      Q.   So --
10     A.   I know the membership of the
11 committee in Canada. I do not know the
12 membership of the committee in the U.S.
13     Q.   So the distribution was to members
14 of the committee in the U.S. Is that what you're
15 saying?
16     A.   It is -- the rules in Canada, it's
17 publicly available.
18     Q.   What about in the U.S.? You could
19 say you don't know. I mean that's okay.
20     A.   I don't know what the U.S.
21 distribution rules are. I do know that some of
22 the delegates from the U.S. I know that AT&T was
23 a delegate and therefore definitely would have
24 had access to the document.
25     Q.   Hm-hmm. Do you know if any member

Page 49

1  of the public could have obtained a copy of this
2  document before November of 2000 -- November of
3  1980 in the U.S.?
4      A.   I know in Canada they could have.
5      Q.   What about in the U.S.?
6      A.   I don't know.
7      Q.   How could they have obtained a copy
8  in Canada?
9      A.   By asking the Standards Council of
10 Canada.
11     Q.   You would have to know, though,
12 that this document existed. Correct?
13     A.   I believe you would have to know,
14 yes.
15     MR. MARINA: Okay. Take a break. We've
16 been going about an hour.
17     THE VIDEOGRAPHER: The time is now
18 9:56:20. We are going off the record.
19 -- Off the record.
20     THE VIDEOGRAPHER: The time is now 10:07.
21 We are now back on the record.
22 BY MR. MARINA:
23     Q.   Did you write any portion of S.100?
24     A.   Yes, I wrote sections of S.100.
25     Q.   Which sections?

13  (Pages 46 to 49)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 232**

Page 50

1    A.   I made contributions to the alpha
2  geometric part and to some of the general parts.
3    Q.   And which general parts?
4    A.   There's a discussion about, for
5  example, clause 3, which talks about the defined
6  display area, I believe I drew that figure.
7    Q.   Anything else?
8    A.   I was participating in the
9  discussions throughout, so I would have had
10  influence on many parts of it.
11    Q.   Did you write section 9.3.2?
12    A.   932.  I would have contributed to
13  this, yes.
14    Q.   And I couldn't help but notice that
15  before I even asked the question, you had the
16  page that 9.3.2 is on bookmarked with the court
17  reporter's little business card there.
18    A.   I looked at the sections because I
19  know that there are sections related to color
20  which exist in several parts of this document.
21  That is one of the places where color is
22  mentioned.
23    Q.   You had that page bookmarked
24  because you know that it's in dispute.  Correct?
25  In this case?

Page 51

1    A.   No, I don't know that it is in
2  dispute.  I know that it does include a sentence
3  which says, "dynamically altering of the color
4  portions of the display image" is part of the --
5  one of the sentences.
6    Q.   So you by chance had bookmarked the
7  one -- the single sentence in this document that
8  is in dispute in this case?  Is that your
9  testimony?
10    MR. BOYCE:  Objection.  Lacks foundation.
11  Assumes facts not in evidence.
12    THE WITNESS:  I do not know the status of
13  that single sentence.  I know that I looked at
14  sections of this document that are related to
15  color, and you in fact, in the sentences --
16  questions just before we took a break, were
17  talking about color.  I know sections that
18  contain color.
19    So if you prefer, I can open the document
20  at another section that contains color.
21  BY MR. MARINA:
22    Q.   Does recommendation S.100 anywhere
23  use the term color map?
24    A.   I don't believe the term color map
25  itself is used.

Page 52

1    Q.   Does specification S.100 anywhere
2  use the phrase a color map that stores a table of
3  color data values indexed by numbers?
4    A.   I don't believe that term is used.
5    Q.   Are you familiar with the Antiope
6  system?
7    A.   Yes.
8    Q.   Did the Antiope system -- were
9  there different versions of the Antiope system?
10    A.   Yes.
11    Q.   How many different versions?
12    A.   I don't know how many different
13  versions.
14    Q.   Did any version of the Antiope
15  system use direct color?
16    A.   The Antiope system would have used
17  an indirect color technique.  So did any version
18  use.  I do not know the -- all of the versions.
19    Q.   Did all versions of the Antiope
20  system use indirect color techniques?
21    A.   All the versions I know of worked
22  with an indirect color technique, yes.
23    Q.   So there would have been versions
24  of the Antiope system that didn't use indirect
25  color?  Is that right?

Page 53

1    A.   There can always be things that I
2  don't know about.
3    (Whereupon the below-mentioned
4    document was marked for identification
5    as Exhibit No. 2.)
6  BY MR. MARINA:
7    Q.   I'm going to show you what I've
8  marked as Exhibit 2, which is a document bearing
9  Bates Nos. 433452 through 433460.
10    Have you ever seen that document before,
11  sir?
12    A.   Yes.
13    Q.   What is Exhibit 2?
14    A.   Exhibit 2 is a document that --
15  from Tele -- I believe it says from Telediffusion
16  de France.  It looks like it was taken from
17  Canadian Institute for Scientific and Technical
18  Information, so it came from a Canadian library.
19    Q.   Is this a translation of a French
20  document?
21    A.   I believe I've seen this document
22  in the past in French.
23    Q.   Could you turn to top of page 7?
24  And if you can go -- you can go to actually the
25  bottom of page 6, and there's a section 5.2

14  (Pages 50 to 53)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 233

Page 54

1  called "Determination of ... character color"?
2  Do you see that?
3       A.   "Determination of ... character
4  color," yes.
5       Q.   Correct.  And it says, "The code
6  permitting the selection of the color of the
7  character also allows the alphabetic or graphical
8  nature thereof"?  Do you see that, carrying over
9  to the next page?
10      A.   "The code permitting the selection
11 of the color of the character also allows the
12 alphabetic or graphical nature thereof," yes.
13      Q.   And then it says, "There is a
14 direct correspondence between the binary elements
15 b1, b2 and b3 of the code and the presence of the
16 primary colors red, green and blue."  Do you see
17 that?
18      A.   Yes.
19      Q.   Does that sentence I just read tell
20 you -- or does that sentence I just read describe
21 to you direct color?
22      MR. BOYCE:  And I'll state for the record
23 it's an incomplete hypothetical and it's vague
24 and ambiguous.
25      THE WITNESS:  I'm looking at additional

Page 55

1  parts of this document.
2  BY MR. MARINA:
3       Q.   Okay.  Look at whatever you want.
4       A.   Because there are additional bits
5  in the code, and the additional bits in the code
6  to me means that it is a code in a code.  The
7  code is an index.
8       Q.   My question is there's a direct
9  correspondence between the bits of the code and
10 the colors R, G and B.  Isn't that precisely what
11 you told me an hour ago direct color is?
12      A.   I told you that direct color was...
13 No.  The color value command established a color
14 value in direct color, and the bit pattern
15 established that there was red, green, blue of
16 different values that established the color
17 itself.
18      This establishes, "correspondence
19 between," that there is other color patterns that
20 occur, that you -- the code you used is an index
21 is the way I've understood the Antiope system to
22 work; that you index into the list of color
23 values to get -- from the command code, there is
24 a -- it shows a table of commands, which has an
25 index.

Page 56

1       And yes, the bits do correspond; but if
2  you ever extended the number of colors, they
3  would no longer correspond.
4       Q.   So...  Well, we're talking about
5  this document.  This document is not talking
6  about extending the colors.  Right?  And there's
7  a table 7 that lists the command codes.  Right?
8       A.   Yes.
9       Q.   So what you're saying is in this
10 Antiope specification, you are indexing -- you're
11 using the RGB value to index into a color map to
12 come out with the same RGB value that you use as
13 an input?  Is that what you're saying?
14      MR. BOYCE:  Objection.  An incomplete
15 hypothetical.  Lacks foundation.
16 BY MR. MARINA:
17      Q.   Well, let's look at table 7.  Okay.
18 You see it has, on the left side, there's "b1,"
19 "b2," "b3," "b4"?
20      A.   "B1," "b2," "b3," "b4."
21      Q.   Okay.
22      A.   Yes.
23      Q.   And then...
24      A.   And on the top, "b5," "b6," "b7."
25      Q.   Towards the right, there's the word

Page 57

1  F-O-N -- you see there's a column with F-O-N-D?
2  What does that...
3       A.   "Fond"?
4       Q.   -- stand for?  Right.
5       A.   "Fond" is -- at the bottom, there's
6  a translation, "Fond = background."
7       Q.   So for example.  And then there's
8  "Fond N."  Do you see that?
9       A.   Yes.
10      Q.   And there's "Fond R."
11      A.   Yes.
12      Q.   And "Fond V" and "Fond"...  I don't
13 like that example because it's not clear.  Let's
14 go two columns to the left.  Do you see that?
15 And there's a -- like an alpha?
16      A.   Alpha, yes.
17      Q.   Do you know what that refers to?
18      A.   In the bottom, there's a legend,
19 and it says alpha, and then beside it has the
20 word "alphanumeric."
21      Q.   And then to the right of that, it
22 says gamma?
23      A.   It has gamma, and then it has
24 "graphical."
25      Q.   What's the difference between

15  (Pages 54 to 57)

**Page 58**

1  alphanumeric and graphical?  Do you know?
2      A.   In the Antiope system, the graphics
3  were mosaic character shapes, as illustrated in
4  Figure 4 on page 2.
5      Q.   Is that it?
6      A.   There are graphical character
7  shapes.  For example, the graphical character
8  shape where the bit pattern is bit 1234, and
9  again 567, same list of bits.
10     And the bit pattern, line 1, is 1 --
11 reading from bit 1 to the higher bits, it's
12 100000010, and that would give us a mosaic cell
13 with a block in the upper left-hand corner.
14     Q.   So let's look for example at the
15 alpha column of table 7, of Figure 7?  Do you
16 know what the word -- the letter "N" stands for?
17     A.   I'm being asked to guess, but I
18 would presume that it is noir.
19     Q.   Okay.  And what are the values of
20 b1, b2 and 3?  And noir means black.  Correct?
21     A.   Noir is the French word for black,
22 yes.
23     Q.   And what are b1, b2 and b3?
24     A.   B1, b2 and b3 are bits of the code.
25 This is a code, a seven-bit code.  B1, 2 and 3

**Page 59**

1  are 0s.  B4 is a 0.  B5 and 6 are 0s, and b7 is a
2  1.
3      Q.   I'm asking you what are b1, b2 and
4  b3?
5      A.   They're 0s.
6      Q.   What are the value -- Okay.  And if
7  I have an RGB color system where I have one bit
8  per color, 000.  Correct?
9      MR. BOYCE:  Objection.  Incomplete
10 hypothetical.
11     THE WITNESS:  The...
12 BY MR. MARINA:
13     Q.   I'm not asking you about that
14 figure.  I'm asking you if I have an RGB color
15 system where I have one bit per color and I have
16 a value 000 where 0 is red --
17     A.   On the RGB output going to the CRT,
18 if I have three wires and they have got voltages
19 0, 0 and 0 volts on them, then that would be
20 black on the screen.
21     Q.   The next row in the table in the
22 alpha color is "R."  What does that stand for, in
23 your best guess?
24     A.   Rouge.
25     Q.   All right.  And b1, b2 and b3 is

**Page 60**

1  100.  Correct?
2      A.   Is 100, correct.
3      Q.   And if I had an RGB color system
4  with one bit per color, 100 is red.  Correct?
5      A.   Is red.
6      Q.   And which is rouge in French.
7  Correct?
8      A.   Yes.
9      Q.   And then the next letter is "V."
10 Correct?
11     A.   Yes.
12     Q.   What does that stands for?
13     A.   V would probably mean vert.
14     Q.   Which is green.  Correct?
15     A.   In French, yes.
16     Q.   And bit 1, bit 2 and bit 3 is 010.
17 Correct?
18     A.   Yes.
19     Q.   And if I had an RGB color system
20 and the values are 010, that's green.  Correct?
21     A.   Yes, but the same bit pattern on
22 this other table gives you a shape.
23     Q.   If I had an RGB color system, one
24 bit per color RGB, a value 010 is green.
25 Correct?

**Page 61**

1      MR. BOYCE:  Incomplete hypothetical.
2  Objection.
3  BY MR. MARINA:
4      Q.   It's not a hypothetical.  It's a
5  fact.  Correct?  010 would be green.
6      A.   On the output wires to a display,
7  the values of red green blue, if the green had
8  one volt and the other two had 0 volts, then you
9  would get green on the display.
10     Q.   Right.  And this document is
11 telling us that b1, right, and b2 and b3
12 correspond to the presence of R, G and B.
13 Doesn't this document say that, sir, in plain
14 English?
15     A.   There is a direct correspondence
16 between the binary elements b1, b2 and b3 of the
17 code --
18     Q.   Right.
19     A.   -- in the presence of the primary
20 colors red, green and blue.  That's what it says.
21     Q.   Right.  So b1 corresponds to red,
22 b2 corresponds to green, and b3 corresponds to
23 blue.  Correct?  That's what the document says.
24     A.   It's saying that there's a --
25 corresponds between the binary elements 1, 2 and

16  (Pages 58 to 61)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 235**

Page 62

1   3 of the code and the presence of the primary
2   colors red, green and blue.
3       Q.   Correct.
4       A.   Yeah.
5       Q.   And it can only be -- b1 can only
6   be 01, b2 can only be 01, and b3 can be 01.
7   Correct?
8       A.   That's right, but the bits can mean
9   other than this code.  There's lots of code
10  tables.
11      Q.   I understand, but I'm asking you
12  about this sentence where it's talking about the
13  situation where b1, b2 and b3 relate to color.
14  Right?  And in that situation, b1 is the red
15  value, b2 is the green value and b3 is the blue
16  value.  Correct?
17      A.   Yes.  I'm trying to not confuse
18  codes which are communicated with values that go
19  out on the output lines of a display.  There may
20  be a correspondence but there's not a required
21  correspondence.
22      Q.   I'm just looking at what this
23  document says.
24      A.   Yes.
25      Q.   This document says, without any

Page 63

1   qualification, right, it says, "There is a direct
2   correspondence between the binary elements b1, b2
3   and b3 of the code and the presence of the
4   primary colors red, green and blue."  Right?
5       A.   Yes.
6       Q.   And b1 can only be 0 or 1.
7   Correct?
8       A.   Yes.
9       Q.   And b2 can only be 0 or 1.
10      A.   Yes.
11      Q.   Correct?
12  And b3 can only be 0 or 1.
13      A.   Yes.
14      Q.   Right?
15  So if b1 is 1, b2 is 0, and b3 is 0,
16  table 7 or Figure 7 tells us, for example, that
17  would result in red.  Correct?
18      A.   Table 7 says that that is the code
19  used to establish red, red alpha, red graphical
20  or Fond red or background red.
21      Q.   It's the code used to specify red.
22      A.   Yes.
23      Q.   Correct?
24  -- (Phone rings.)
25      MR. MARINA:  Sorry.

Page 64

1   BY MR. MARINA:
2       Q.   And 000 is the code used to specify
3   ` black?  Correct?
4       A.   Seven bits of 0s is the code used
5   to specify black --
6       Q.   With 0 --
7       A.   -- the black with 000, yes.
8       Q.   Correct.  And 010 specifies green.
9   Correct?
10      A.   Again, the higher bits being as
11  specified at the top of the table, but the lower
12  bits, 3, 2 and 1, 010 would specify vert or
13  green.
14      Q.   Correct.  And the bits b1, b2 and
15  3, when they are 110, specify yellow.  Correct?
16      A.   Yes.
17      Q.   And bits b1, b2 and b3, when
18  they're 001, specified blue.  Correct?
19      A.   Yes.
20      Q.   And the bits b1, b2 and b3, when
21  they're 101, specify magenta.  Correct?
22      A.   Yes.
23      Q.   And the bits 0 -- b1, b2 and b3,
24  when they're 011, specify cyan.  Correct?
25      A.   Yes.

Page 65

1       Q.   And the bits b1, b2 and b3, when
2   they're 111, specify white.  Correct?
3       A.   Yes.
4       MR. MARINA:  Just have to take a
5   two-minute break.
6       THE VIDEOGRAPHER:  The time is now 10:27.
7   We are going off the record.
8   -- Off the record.
9       THE VIDEOGRAPHER:  The time is now 10:30.
10  We are now back on the record.
11  -- Off-the-record discussion.
12      (Whereupon the below-mentioned
13      document was marked for identification
14      as Exhibit No. 3.)
15  BY MR. MARINA:
16      Q.   Let me show you what I've marked as
17  Exhibit 3, which is a document bearing Bates Nos.
18  OBR 8841 through OBR 8954.
19      A.   Yes.
20      Q.   Have you seen Exhibit 3 before?
21      A.   Certainly.
22      Q.   What is it?
23      A.   It is a copy of the document
24  "Presentation Level Protocol Videotex Standard"
25  by Bell Systems.

17 (Pages 62 to 65)

Exhibit 07
Page 236

Page 66

1      Q.   Did you write any portion of
2  Exhibit 3?
3      A.   I had discussions with AT&T and I
4  provided information to them.  Do I recognize
5  whether any of the words are mine?  I expect some
6  of them are, but I am not going to get into the
7  discussion of which ones are mine.
8      Q.   Did you read Exhibit 3 before it
9  was issued?
10     A.   Yes.
11     Q.   And you provided comments on it?
12     A.   Yes.
13     Q.   And so if you thought something was
14  incorrect, you would have said something.
15  Correct?
16     A.   I made comments on it, yes.
17     Q.   And if you saw something you
18  thought was wrong, you would have said, "Hey,
19  this is wrong." Correct?
20     A.   To the extent that this is their
21  document, not mine, but yes, certainly I've
22  discussed with them.
23     Q.   And just turn to page OBR 8847?
24     A.   Yes.
25     Q.   Why don't you read that page to

Page 67

1  yourself.
2      A.   Yes.
3      Q.   Okay.  And do you know if you had
4  any comments on this page?
5      A.   I've read this page.
6      Q.   Before today, when you first read
7  it.
8      A.   I can't remember what exactly I
9  said, you know, more than 25 years ago, but...
10     Q.   Well...
11     A.   -- I read the page and I understand
12  what it says.
13     Q.   So this page is saying, "The basic
14  coding scheme is built upon the framework
15  established by the CCITT S.100 standard"?  Do you
16  see that?
17     A.   Yes.
18     Q.   Then it talks about mosaics being
19  compatible with Prestel and Antiope.  Right?  See
20  that?
21     A.   Yes.
22     Q.   And then it talks about geometric
23  primitives are compatible with Telidon.  Do you
24  see that?
25     A.   Yes.

Page 68

1      Q.   And then it says, "Additional
2  capabilities include color mapping." Correct?
3      A.   Yes.
4      Q.   What does that mean to you?
5      A.   It means that in this document,
6  they have explicitly described color mapping.
7      Q.   So this document is saying that one
8  capability that is added above S.100 Prestel
9  Antiope Telidon is color mapping.  Right?
10     A.   Color mapping is mentioned in
11  S.100.  We discussed that a few minutes ago, when
12  you referenced a section at the end of S.100,
13  that I think that you made a point about my
14  pointing to.
15     Q.   Right.  It doesn't say color
16  mapping there.  Right?  Let's be honest.
17     A.   And altering portions of it?  It
18  does not use the words color mapping.
19     Q.   Right.
20     A.   It describes color mapping.
21     Q.   It doesn't say color map, sir.
22  Right?
23     A.   It does not use the words color
24  map.
25     Q.   Okay.

Page 69

1      A.   It -- the words described in S.100
2  say, "dynamically altering the color of portions
3  of the display image, making them appear or
4  disappear by redefining the color table."
5      Q.   It doesn't say color map.  Right?
6      A.   It doesn't say color map; it says,
7  "color table."
8      Q.   And you're being paid 275 an hour.
9  Right?
10     MR. BOYCE:  Objection.  Argumentative.
11  BY MR. MARINA:
12     Q.   You're being paid 275 an hour.
13  Correct?
14     A.   Yes.
15     Q.   To sit here.
16     MR. BOYCE:  Same objection.
17  BY MR. MARINA:
18     Q.   If you turn to page 44 of Exhibit
19  3?
20     A.   Yes.
21     Q.   And at the top, do you see section
22  5.2.1.4?  Do you see that?
23     A.   5214, yes.
24     Q.   It talks about "Three different
25  color modes"?  Right?  Do you see that?

TSG Reporting - Worldwide      877-702-9580

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 237

Page 70

1     A.   Yes.
2     Q.   AT&T came up with that.  Correct?
3     MR. BOYCE:  Objection.  Vague and
4  ambiguous.  That's it.
5     THE WITNESS:  The words say, "Three
6  different color modes can be selected."  You
7  asked me AT&T came up with what?  The sentence
8  that is written here...
9  BY MR. MARINA:
10    Q.   Well --
11    A.   -- or...
12    Q.   -- the concept of these three
13  particular color modes.
14    A.   The concept of these three
15  particular color modes exist in S.100.
16    Q.   Okay.
17    A.   There are three color modes in
18  S.100 in that there is the concept of foreground
19  and background color in Prestel and Antiope;
20  there is the concept of direct color in the alpha
21  geometric part, the Telidon.
22    So there are three color modes that were
23  well known at the time.  The actual words here
24  would be written by AT&T because they wrote this
25  document.

Page 71

1     Q.   Okay.  And in fact, you took this
2  and put it into 709.  Isn't that correct?
3     A.   In document 709, I reproduced many
4  of the words from this.
5     Q.   Okay.
6     A.   The idea was to have a compatible
7  standard that people would implement.  So yes, we
8  want to have exactly the same operation.
9     Q.   Did S.100 talk about set color and
10  select color commands for selecting modes?
11    A.   S.100 had --
12    Q.   Now listen to my question
13  carefully.  I don't want you to ramble.  Did
14  S100 --
15    MR. BOYCE:  Objection.  Argumentative.
16  BY MR. MARINA:
17    Q.   -- specify the set color and select
18  color commands that are in Exhibit 3?
19    MR. BOYCE:  I just -- I'm sorry, I spoke
20  at the same time.  Objection.  Argumentative.
21    THE WITNESS:  The S.100 contains the
22  command set color --
23  BY MR. MARINA:
24    Q.   Hm-hmm?
25    A.   -- under a different name.  Because

Page 72

1  if we look in S.100, control value...
2     Q.   Where are you looking?
3     A.   S.100, 651.
4     Q.   Okay.
5     A.   The opcode set color, which is
6  described slightly differently but it is exactly
7  the same opcode, starting at the right, 0011110,
8  then a parity bit or an X, is the same command.
9     Q.   Where's the select color command?
10    Well, first of all, do you know what
11  the -- in the AT&T document, what does the select
12  color command do?  Do you know that?
13    A.   Select color command?  Select color
14  is an index command to a color table that
15  indicates an index into the color table.
16    So in select color, in drawing modes 1
17  and 2, you specify the foreground color; and in
18  drawing mode 2, you can also specify a background
19  color to establish the in-use colors.
20    Q.   Do you have an understanding that
21  select color command also selects the color mode?
22    A.   Well, the opcode establishes the
23  color modes.
24    Q.   Do you know how?
25    A.   Because it's an opcode.  I mean

Page 73

1  this is the way the opcode mechanism works.
2     Q.   Do you understand that select color
3  selects the mode based on whether or not there
4  are operands?
5     A.   Yes.
6     Q.   Is there a corresponding select
7  color -- does the select color command appear in
8  S.100?
9     A.   In the alpha geometric part, no.
10  In the alpha mosaic part, there is not a -- there
11  is not exactly this command but there is an
12  indexing, which we discussed previously, where
13  the bit pattern aligns but it is still a code.
14  It is a code because it says it is a code.
15    Q.   And isn't it possible for me to
16  specify the code and then you just read the bits
17  of the code and that's the color you pick?
18    Why don't we go to -- let's look at
19  figure S -- Figure 7/S of S.100.
20    A.   S.100.
21    Q.   Okay.
22    A.   Figure...
23    Q.   7/S.100.  It's on page 181 of
24  Exhibit 1.
25    A.   181, yes.

19  (Pages 70 to 73)

Page 74

1    Q.   Okay. So...
2    A.   Codes.
3    Q.   I mean this table is sort of -- is
4  similar to what's in the Antiope specification we
5  just looked at.
6    A.   This is a parallel mode, yes.
7    Q.   Okay. So again, so if we look
8  at -- see column 4, for example, you have red
9  green yellow blue magenta cyan white? Correct?
10   A.   Yes.
11   Q.   And then you have to the left of
12 it, bits 1, 2 and 3? Correct?
13   A.   Yes.
14   Q.   So when bits 1, 2 and 3 are 100,
15 you have red. Correct?
16   A.   Yes.
17   Q.   And when bits 1, 2, 3 are 010, you
18 have green. Right?
19   A.   Yes.
20   Q.   And when bits 1, 2, and 3 are 110,
21 you have yellow. Correct?
22   A.   Yes.
23   Q.   And when you have bits 1, 2 and 3
24 are 001, you have blue. Correct?
25   A.   Yes.

Page 75

1    Q.   And when bits 1, 2, and 3 are 101,
2  you have magenta. Correct?
3    A.   Yes.
4    Q.   And when bits 1, 2, and 3 are 011,
5  you have cyan. Correct?
6    A.   Yes.
7    Q.   And when bits 1, 2, and 3 are 111,
8  you have white. Correct?
9    A.   Yes.
10   Q.   And going back to the top, when
11 bits 1, 2 and 3 are 000, you have black.
12 Correct?
13   A.   Yes.
14   Q.   And so the correspondence between
15 bits 1, 2 and 3 and this color that results is
16 the same as the RGB values you would use to
17 select those colors. Correct?
18   A.   The bit patterns correspond.
19   Q.   To the RGB colors. Correct?
20   A.   The lower bits of the bit -- the
21 upper bits do not.
22   Q.   Right. So the bits 1, 2 and 3
23 correspond to the RGB values. Correct?
24   A.   The bits 1, 2 and 3 correspond to
25 the RGB values.

Page 76

1    Q.   So you agree with me that 709 --
2  strike that. ...that CRC 699 didn't have color
3  map. Correct?
4    A.   699 mentions color maps.
5    Q.   It doesn't use the phrase color
6  map.
7    A.   I don't believe it used the phrase
8  color map.
9    Q.   Do you recall what phrase it uses?
10   A.   No, I don't remember. It used in
11 the past color map, color look-up table,
12 programmable look-up table. There have been many
13 terms which are equivalent.
14   Q.   According to you. Correct?
15   A.   According to myself and I think
16 probably everyone who was participating at that
17 time. The documentation uses many terms which
18 really are the same.
19   Q.   But when you wanted to use color
20 map, you had no problem using that term.
21 Correct?
22   A.   Color map to me is a synonym. So I
23 have no difficulty using a synonym.
24   Q.   And whenever you refer to -- in CRC
25 699, you also say that it's not -- it would be

Page 77

1  cost prohibitive to use it. Correct?
2    A.   In fact, implementations of
3  terminals implementing 699 used color maps. What
4  is --
5    Q.   Will you not answer my question,
6  sir.
7    A.   Was it cost --
8    MR. BOYCE:  Objection.
9    THE WITNESS:  What are you asking?
10 BY MR. MARINA:
11   Q.   I'm asking you doesn't 699 --
12 whatever it said that you think is a color map,
13 doesn't 699 say it's cost prohibitive to use it?
14 It's a yes or no question.
15   A.   699 indicates that there's an
16 additional cost to using a color map that, in the
17 way that it was meant in 699, that it was
18 programmable.
19   Q.   And let me show you a document.
20   (Whereupon the above-mentioned
21   document was marked for identification
22   as Exhibit No. 4.)
23 BY MR. MARINA:
24   Q.   Let me show what I've marked as
25 Exhibit 4, which is a document bearing Bates Nos.

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 239

Page 78

1  OBR 6427 through OBR 6437.
2      A.  Yes.
3      Q.  Okay.  You've seen Exhibit 4
4  before.  Correct?
5      A.  Yes.
6      Q.  Please turn to page OBR 6430?
7      What is Exhibit 4?
8      A.  Exhibit 4 is a document which is "A
9  Perspective on the Development of Videotex in
10 North America," and I was one of the authors.
11     Q.  So you wrote Exhibit 4 with Herbert
12 Brown {sic}?
13     A.  Yes.
14     Q.  So you agree with everything that's
15 in Exhibit 4.
16     A.  I wrote it, yes.
17     Q.  So turn to page 6430 of Exhibit 4?
18     A.  Yes.
19     Q.  And there's a paragraph that starts
20 "In the United States of America"?  Do you see
21 that?
22     A.  Yes.
23     Q.  And it says, "In the United States
24 of America many organizations were undertaking
25 private tests of videotex systems of their own.

Page 79

1  In May 1981 the American Telephone and Telegraph
2  Company released a specification for the Videotex
3  Presentation Level Protocol ... which they
4  adopted."  See that?
5      A.  Yes.
6      Q.  And we just looked at that.  Right?
7  It's Exhibit 3.  Right?
8      A.  Yes.
9      Q.  Then it says, "This protocol was
10 developed with a comprehensive technical
11 understanding of the coding scheme presented by
12 the Canadian Department of Communications and it
13 contains several extensions to the geometric
14 coding above the level of functionality
15 standardized in the {CCIT} recommendations, such
16 as the ability to code sequences of data as
17 MACRO's, incremental coding, and indirect color
18 specification."  Do you see that?
19     A.  Yes.
20     Q.  And when that sentence refers to
21 "geometric coding," that's referring to Telidon?
22     A.  "and it contains several extension
23 ... geometric coding above the level of
24 functionality standardized in the CCITT
25 recommendations."

Page 80

1      So it's explicitly referencing S.100's
2  alpha geometric, which was based on a
3  contribution from Canada, which was based on
4  Telidon.  I'm saying it this way because it is
5  not a direct reference to Telidon; it's a direct
6  reference to the CCITT recommendation.
7      Q.  Right.  And so in S.100, the
8  geometric coding could not use indirect color.
9  Correct?
10     A.  In S.100, the geometric coding did
11 not have indirect color.
12     Q.  Are you aware that AT&T was issued
13 a patent relating to its protocol?
14     A.  I have seen the patent that has
15 been issued, yes.
16     Q.  When did you first see it?
17     A.  Sometime in the mid '80s.
18     Q.  Is that the last time you looked at
19 it?
20     A.  No, I've looked at it recently.
21     Q.  How much time did you spend looking
22 at it?
23     A.  I read it.  An hour?  I don't know.
24     Q.  When was this?
25     A.  Probably in July or August.

Page 81

1      Q.  Why'd you read it?
2      A.  Because I was asked to read it as a
3  document pertinent to this discussion.
4      Q.  Do you have any opinion on the
5  validity of that patent?
6      A.  I'm a fact witness.  I'm not
7  supposed to give opinions, am I?
8      Q.  Well, I don't know.  I'm just --
9  whether you're not supposed to, do you have an
10 opinion?
11     A.  I don't believe I'm supposed to
12 give opinions.
13     Q.  But do you have one, whether or not
14 you're supposed to give one?
15     MR. BOYCE:  You can answer the question.
16     THE WITNESS:  I can.  I have an opinion,
17 yes.
18 BY MR. MARINA:
19     Q.  What's your opinion?
20     A.  I think that there is prior art
21 that predates this patent.
22     Q.  Okay.  Did you read the court's --
23 well, I understand there's prior art.  By
24 definition, the word prior assumes it's prior,
25 but do you have an opinion on whether the -- and

21  (Pages 78 to 81)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 240

Page 82

1 the patent we're talking about is the Fleming
2 '759 patent. Right?
3    A.   Yes.
4    Q.   Okay. Do you have an opinion
5 whether that patent under U.S. law is valid or
6 invalid?
7    A.   I am not an attorney. I am not
8 going to give a statement of -- under U.S. law.
9 I can say that I believe that there is prior art
10 that could be described as a basis for
11 invalidity.
12    Q.   And do you know -- well, what prior
13 art is that?
14    A.   That color look-up tables were well
15 known...
16    Q.   Okay.
17    A.   -- at the time;...
18    Q.   Okay.
19    A.   -- that they were used in videotex
20 systems in Europe and elsewhere; that in fact
21 there was no invention of the concept of a color
22 map and indirect referencing.
23    There were systems that -- such as the
24 Telidon system that deliberately chose not to use
25 it due to cost, not that it was an issue of

Page 83

1 whether the concept existed.
2    Q.   Do you think the Fleming '759
3 patent claims to have invented color maps?
4    A.   I'm asking to be -- to give
5 opinions on the claims, so I should look at the
6 claim language. But I'm not, I understood, an
7 expert witness in this case. I am to give
8 testimony of what happened at the time.
9    Q.   No, I understand, but my question
10 is do you understand that the Fleming '759 patent
11 claims to have invented color maps? Is that your
12 understanding of that patent?
13    A.   Again, I'll have to read the claim
14 language to give an explicit statement of what my
15 opinion of what the document claims.
16    It discusses color maps, and it discusses
17 them in a videotex context, and that color maps
18 existed in a videotex context.
19    Q.   And so you don't know, as you sit
20 here, whether or not the '759 patent claims to
21 have invented color maps. Right?
22    A.   I would have to look at the claim
23 language to determine exactly what -- I cannot
24 remember from last summer what the exact claim
25 language is.

Page 84

1    Q.   Right. So as you sit here, you
2 can't tell me whether or not the Fleming '759
3 patent claims to have invented color maps.
4 Correct?
5    A.   I'm not going to make an opinion
6 about something that I remember from reading last
7 summer and reading in the 1980s as to exact claim
8 language, no.
9    Q.   Why did you read it in the 1980s?
10 Why'd you read the patent in the 1980s?
11    A.   Because it was given to me.
12    Q.   Who gave it to you?
13    A.   I believe it was Bill Frezza.
14    Q.   What did he say when he gave it to
15 you?
16    A.   He gave me the patents, he
17 indicated that they existed, and the standards
18 development was ongoing.
19    And as you are probably aware, there was
20 an issue in the development of the North American
21 standard; that standards, although standards do
22 not have to be patent-free, the patents have to
23 be disclosed, and that there has to be -- there
24 are certain rules on availability.
25    And AT&T wrote a letter making

Page 85

1 standard -- making the use of their patents
2 freely available.
3    Q.   To who? When you say, "freely
4 available," what do you mean?
5    A.   The... It was submitted as part of
6 the process of the establishment of the North
7 American videotex standard.
8    Q.   So AT&T disclosed that it had
9 patents. Correct?
10    A.   To the... To the standards
11 committee.
12    Q.   When's the last time you spoke to
13 Mr. Frezza?
14    A.   I believe sometime in the 1980s.
15    Q.   Do you recall that the Fleming '759
16 patent mentions Telidon, Prestel and Antiope in
17 the patent itself?
18    A.   I believe it does.
19    Q.   And nonetheless, the Patent Office
20 issued the patent. Correct?
21    A.   The patent is issued so the patent
22 is there, yes.
23    Q.   Did you read -- in addition to
24 reading the patent, did you read the court's
25 claim construction order?

22  (Pages 82 to 85)

Exhibit 07
Page 241

Page 86

1    A.    No, I have not.
2    Q.    Do you know what that is?
3    A.    Yes, I know what that is.
4    Q.    So that's where the court defines
5    terms that are used in the claims?  Correct?
6    A.    Yes.  But as I said, I believe I'm
7    here as a fact witness, and so I'm -- this is
8    getting into asking me to review and give
9    opinions, and I'm not -- I'm not an expert
10   witness in this case.  I'm a fact witness.
11        I was present at the time that these
12   things were developed so I could tell you what
13   occurred at that time.  I did not read the
14   court's claim construction.
15   Q.    You're a fact witness but you're a
16   fact witness who's being paid 275 an hour.
17   Correct?
18   A.    Yes.
19   Q.    And by "275," I mean $275 an hour.
20   Correct?
21   A.    Yes.
22   Q.    Tell me everything you talked about
23   with Mr. Boyce yesterday?
24        MR. BOYCE:  Objection.  Calls for
25   attorney/client privileged information.  I'll

Page 87

1    instruct the witness not to answer.
2    BY MR. MARINA:
3    Q.    Are you going to take his
4    instruction?
5    A.    Yes.
6        MR. MARINA:  Let's take a break.
7        THE VIDEOGRAPHER:  The time is now 11:01.
8    We are now going off the record.
9    -- Off the record.
10       THE VIDEOGRAPHER:  The time is now 11:17.
11   We are now back on the record.
12       (Whereupon the below-mentioned
13       document was marked for identification
14       as Exhibit No. 5.)
15   BY MR. MARINA:
16   Q.    Let me show you what I've marked as
17   Exhibit 5, and it's in two pieces but it's one
18   document, which bears Bates Nos. GW-LT 437773
19   through 437844.
20       What's Exhibit 5, sir?
21   A.    Excuse me?
22   Q.    What is Exhibit 5?
23   A.    Exhibit 5 is a document, "Picture
24   Description Instructions ... for the Telidon
25   Videotex System{s}," written by Herb Bown,

Page 88

1    myself, Bill Sawchuk and John Storey.
2    Q.    And that's CRC 699?
3    A.    That is CRC technical note 699,
4    yes.
5    Q.    And if you turn to page 50 of CRC
6    699, please?
7    A.    Yes.
8    Q.    And there's a sentence that says,
9    "The facility bit b2 is reserved for possible
10   future use with colour reference tables"?
11   A.    Yes.
12   Q.    It's your testimony that the "color
13   reference table" refers to a color map?
14   A.    Yes.
15   Q.    And it doesn't say color map.
16   Correct?
17   A.    It does not use the word color map.
18   Q.    It doesn't say what structure the
19   color reference table has.  Correct?
20   A.    No, it doesn't.
21   Q.    It doesn't say the color reference
22   table is a color map that stores color data
23   values indexed by numbers.  Correct?
24   A.    It does not.
25   Q.    And then if you turn to page 70,

Page 89

1    there's paragraph b) on page 70 that says, "Color
2    Lookup could provide the capability of defining
3    specific colors," et cetera, et cetera?  Do you
4    see that?
5    A.    Yes.
6    Q.    And then it says, "Additional
7    hardware is required for this capability which is
8    not cost effective at this time"?
9    A.    "cost effective at this time," yes.
10   Q.    Is it your testimony that "Color
11   Lookup" also refers to color map?
12   A.    Yes.
13   Q.    So you -- in the same document, you
14   used the terms -- it's your testimony that you
15   used separate terms, "color reference table" and
16   "Color Lookup," to refer to a color map?
17   A.    Yes.  Maybe my editing can be
18   corrected now.  It's a little late, but.  I
19   wasn't consistent in the use of terms in the same
20   document.
21   Q.    Right, and it's generally good
22   practice to be consistent with the use of terms
23   in the same document.  Correct?
24   A.    The terms are so widely used that I
25   use them interchangeably.

23  (Pages 86 to 89)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 242**

Page 90

1    Q.   And it's good drafting practice to
2  use terms consistently at least within the same
3  document. You'd agree with that.
4    MR. BOYCE: Objection. Argumentative.
5    THE WITNESS: It would have been better
6  practice to use the same term exactly; but in
7  fact, as I said, the term color map, color
8  reference table and color look-up table and other
9  variations were in wide common use.
10 BY MR. MARINA:
11   Q.   According to you. Correct?
12   A.   I'm the one stating this.
13   Q.   Right, but you're not an expert;
14 you're a fact witness. Correct?
15   A.   I'm a fact witness that knows the
16 facts of the time.
17   Q.   Right. So you -- as a fact
18 witness, you could tell the jury what other
19 people were thinking. Correct?
20   A.   I can tell you that I knew of these
21 terms.
22   Q.   Right. You can tell us what you
23 knew. Correct?
24   A.   That's what I'm saying.
25   Q.   You can't tell us what other people

Page 91

1  knew. Right?
2    MR. BOYCE: Objection. Argumentative.
3    THE WITNESS: That's what I said, I
4  answered.
5  BY MR. MARINA:
6    Q.   Well, thank you.
7    Page 7 doesn't say color look-up table.
8  Correct? It says, "Color Lookup."
9    A.   It says, "Color Lookup."
10   Q.   Then later on, it says, "Additional
11 hardware is required for this capability which is
12 not cost effective at this time"?
13   A.   That's right.
14   Q.   So you'd agree with me, sir, that
15 this document is -- whatever color look-up means,
16 CRC 699 is telling the reader that it's not cost
17 effective. Correct?
18   A.   At the time of this document in
19 November 1979.
20   Q.   Right. You agree with that.
21 Right?
22   A.   Yes.
23   MR. MARINA: Let me mark, as Exhibit 6, a
24 copy of the document bearing Bates Nos. OBR 8252
25 through OBR 8434.

Page 92

1    (Whereupon the above-mentioned
2  document was marked for identification
3  as Exhibit No. 6.)
4    THE WITNESS: Yes.
5  BY MR. MARINA:
6    Q.   What is Exhibit 6?
7    A.   Exhibit 6 is another CRC technical
8  note, technical note 709, "Videotex Presentation
9  Level Protocol, Augmented Picture Description
10 Instructions."
11   Q.   And how does... And that's also
12 known as CRC 709?
13   A.   It's also known as CRC 709.
14   Q.   How does CRC 709 relate to CRC 699?
15   A.   CRC 709 builds upon CRC 699, and in
16 fact is carefully crafted so that it is fully
17 backward compatible with CRC 699.
18   Q.   It's also crafted so it's
19 compatible with AT&T's protocol. Correct?
20   A.   Yes.
21   Q.   And if you turn to page 76, it
22 talks about the "SELECT COLOR opcode"? Right?
23   A.   Yes.
24   Q.   And that says, "The SELECT COLOR
25 opcode is used to select the color mode and to

Page 93

1  select the in-use drawing colors for modes 1 and
2  2." Correct?
3    A.   Yes.
4    Q.   So the select color opcode you took
5  from the AT&T protocol. Correct?
6    A.   I made this directly compatible
7  with the AT&T protocol.
8    Q.   So the AT&T protocol was the first
9  protocol to specify the select color opcode
10 that's described here in 709. Correct?
11   A.   In exactly this manner? Yes.
12   Q.   Do you know Mr. Foley, Dr. Foley?
13   A.   Yes.
14   Q.   When did you last speak to
15 Dr. Foley?
16   A.   Sometime in the mid 1980s.
17   Q.   Have you talked to him in
18 connection with this case at all?
19   A.   No.
20   Q.   Did you talk to anybody about this
21 case besides Mr. Boyce?
22   A.   No, except for Dr. Wedig on the
23 meeting that you have noted.
24   Q.   If you turn to page OBR 8424 of
25 Exhibit 6?

24  (Pages 90 to 93)

Page 94

```
1        A.   8424.
2        Q.   Right.
3        A.   8406.  8424, yes.
4        Q.   Well, strike that.  Let's go to
5   page 75.
6        A.   Yes.
7        Q.   And there you say at the top of the
8   page, "In Color Modes 1 and 2, the color
9   specification given is loaded into the color map
10  at the address indicated by the in-use drawing
11  color"?  Is that right?  Do you see that?
12       A.   On top of seventy...
13       Q.   5.
14       A.   Oh, I'm on -- sorry, I'm on page 6.
15  75.  "In Color Modes 1 and 2, the color
16  specification ... is loaded into the color map at
17  the address indicated by the in-use ... color."
18       Q.   Right.  So here's an example where
19  you actually used the term "color map."  Correct?
20       A.   Yes.
21       Q.   So where you wanted to use color
22  map, you were perfectly capable of doing so.
23  Correct?
24       A.   At a different era.  This is
25  February 1982.
```

Page 95

```
1        Q.   But 709 builds upon 699.  Correct?
2        A.   Yes.
3        Q.   And the term "color map" appears in
4   709 but not 699.  Correct?
5        A.   That's correct.
6        MR. MARINA:  I have no further questions.
7        MR. BOYCE:  I will have questions.
8        --------------------
9             EXAMINATION
10  BY MR. BOYCE:
11       Q.   Sir, could you please restate your
12  name for the record?
13       A.   Douglas O'Brien.
14       Q.   Did you attend any college or
15  university?
16       A.   Yes, I attended Carleton
17  University.
18       Q.   And did you receive a degree from
19  Carleton University?
20       A.   Yes, I received a bachelor of
21  engineering degree and a masters of systems
22  engineering.
23       Q.   And when did you receive your
24  bachelors degree?
25       A.   In... It was a fall convocation.
```

Page 96

```
1   I think it was 1973 or 1974.
2        Q.   And when did you receive your
3   masters degree?
4        A.   I believe that was 1975.
5        Q.   Did you prepare any thesis in
6   connection with your masters degree?
7        A.   Yes, I did.
8        Q.   And what was the subject of your
9   thesis?
10       A.   It was a computer graphics language
11  interactive manipulation.  IMAGE was the acronym;
12  Interactive Manipulation... Environment for --
13  for Graphic Environment.  I can't remember the
14  acronym directly.
15       Q.   Did your masters thesis receive any
16  attention from others outside of Carleton
17  University?
18       A.   Yes.
19       MR. MARINA:  Object to the form.  Calls
20  for speculation.
21       THE WITNESS:  The fact is that the thesis
22  became used as the basis for a product; the
23  interactive control programming language that was
24  produced by Norpak Limited and sold.
25  BY MR. BOYCE:
```

Page 97

```
1        Q.   Are you currently employed?
2        A.   I'm currently employed by IDON
3   Technologies Inc.
4        Q.   How long have you been working at
5   IDON?
6        A.   I formed IDON in 1997.
7        Q.   And do you have a title at IDON?
8        A.   I'm the president of IDON.
9        Q.   Okay.
10       A.   Of IDON Technologies Inc.
11       Q.   What activities do you engage in at
12  IDON?
13       A.   It's an engineering company that
14  does consulting in the area of spacial data
15  engineering.
16       Q.   Does that relate in any way to
17  computer graphics?
18       A.   It includes computer graphics and
19  information technology and geographic information
20  that is digital maps.
21       Q.   And were you employed someplace
22  else before IDON Technologies?
23       A.   I was employed with IDON
24  Corporation.
25       Q.   And when did you join IDON
```

25  (Pages 94 to 97)

Exhibit 07
Page 244

Page 98

1  Corporation?
2      A.   It -- I was one of those that --
3  one of several partners that formed IDON
4  Corporation, I believe it was 1982.
5      Q.   And were the activities -- excuse
6  me.
7      A.   Maybe beginning of 1983.  But '82,
8  '83.
9      Q.   And were the activities of IDON
10 Technologies -- excuse me, IDON Corporation
11 similar to those of IDON Technologies?
12     A.   They were similar; they were a
13 little broader because they included software
14 development and some other areas of information
15 technology.
16     Q.   And were you also involved in
17 computer graphics in some --
18     A.   Yes, I was involved with computer
19 graphics at that time.
20     Q.   And where were you employed --
21 excuse me, were you employed before joining --
22 forming IDON?
23     A.   Yes, I was employed with Norpak
24 Corporation.
25     Q.   What is Norpak Corporation?

Page 99

1      A.   Norpak Corporation is a
2  manufacturer of videotex, teletext and data
3  communications equipment.
4      Q.   You said, "videotex."  What is
5  "videotex"?
6      A.   Videotex is a system for public
7  distribution -- public access information system
8  for distribution of information to the general
9  public.
10     Q.   How does videotex work?
11     MR. MARINA:  Objection.  Vague.
12     THE WITNESS:  Videotex provides -- has a
13 terminal which the user uses to select
14 information.  The terminal communicates via a
15 communication means, such as a modem or some
16 other connection, through a network to a videotex
17 access point is what we called it, that is then
18 connected to a database of pages of information,
19 and these videotex databases may be connected
20 together to form a network.
21 BY MR. BOYCE:
22     Q.   Does videotex sometimes involve use
23 of a television?
24     A.   The terminal equipment could be a
25 standalone piece of equipment, but it was often a

Page 100

1  set-top box that would convert the data from the
2  communication codes which it received into
3  signals that would then be connected to the
4  television set.  So you could use your ordinary
5  television set as the display.
6      Q.   Now, was videotex ever actually
7  used anyplace for commercial purposes?
8      A.   Yes, it was -- there were many
9  instances of commercial applications, commercial
10 services which ran, and I believe some are still
11 running.
12     Q.   What -- do you know when the --
13 strike that.
14     Do you know if prior to 1980, there were
15 any commercial uses of videotex anyplace in the
16 world?
17     A.   Prior to 1980, there were videotex
18 systems in the world that... I'm trying to
19 remember my exact dates, but yes, there would be
20 commercial videotex systems in Europe at that
21 time.
22     Q.   And were you involved in videotex
23 prior to 1980?
24     A.   Yes.
25     Q.   We'll talk plenty about videotex.

Page 101

1      Have you received any awards for your
2  work related to videotex?
3      A.   Yes, I received the Government of
4  Canada merit award twice for different aspects of
5  the development of videotex, and I received
6  jointly with others the Touche Ross new
7  perspectives award, and the metal of the
8  Association of Professional Engineers for
9  research and development.
10     Q.   Any others you can think of?
11     A.   I have to look at my resume.
12     Q.   Do you hold any patents?
13     A.   Yes.
14     Q.   Okay.  How many?
15     A.   Two patents that are registered
16 both in Canada and in the U.S.  So I guess that's
17 four documents, two patents.
18     Q.   What was the subject of those
19 patents?
20     A.   The -- one of them was a type of
21 sensitive computer input device, a touch screen
22 device.  The second one was a common visual space
23 network system, and some aspects of that related
24 directly to videotex.
25     Q.   And you've heard the term computer

26  (Pages 98 to 101)

Page 102

1  graphics.
2      A.    Yes.
3      Q.    What is computer graphics?
4      A.    Computer graphics is displaying
5  images, graphic drawings on a screen as generated
6  by a computer, as a computer output technique.
7      Q.    Does videotex somehow fit in the
8  realm of computer graphics?
9      A.    Videotex I consider as being a
10  application area of computer graphics.
11      Q.    Are you -- you are currently
12  involved with computer graphics in some manner?
13      A.    Yes, I'm currently the Chair of the
14  Canadian National Committee for Standardization
15  in the area of computer graphics.  That's a
16  Canadian Advisory Committee, Joint Technical
17  Committee 1, Subcommittee 24, that's the ISO
18  number.  And it is the Canadian National
19  Committee that develops its Canadian position on
20  computer graphics developments.
21      So yes, I'm involved in that, but also
22  I'm involved in geographic information systems.
23  Geographic information systems is the use of --
24  the development of digital mapping, and digital
25  mapping is another area of computer graphics.

Page 103

1      And I'm also the Chair of the Canadian
2  National Committee and I'm also the international
3  Chair of the working group 6 of the -- this is
4  ISO technical committee 211, on geographic
5  information.  And the working group 6 is on
6  imagery.
7      Q.    I think you said your masters
8  thesis related to computer graphics.  Is that
9  correct?
10      A.    Yes, it does.
11      Q.    And have you been involved
12  continuously in the field of computer graphics
13  since receiving your masters degree in 1975?
14      A.    Yes.
15      Q.    So how many years of experience
16  would you say you have in the field of computer
17  graphics?
18      A.    Over 30.
19      Q.    I think you were referring to some
20  activities on standards committees.  Is that
21  correct?
22      A.    Yes.
23      Q.    These -- have you been involved in
24  work on standards committees related to computer
25  graphics?

Page 104

1      A.    Yes.
2      Q.    Approximately how many?
3      A.    Well, I've been involved probably
4  continuously since the early '70s.  So... How
5  many committees?  I was involved in the
6  association Competing Machinery Core Graphics
7  standards developments.  I was involved in the
8  ISO standards developments, and in the
9  application areas such as videotex to digital
10  mapping.
11      Q.    In your answer, I -- let me get --
12  I want to be sure.  Did you say that you've been
13  continuously involved in computer graphics
14  standardization processes for the last 30 years?
15  Is that --
16      A.    Yes.
17      Q.    -- what you're suggesting?
18      Have you heard the term raster graphics
19  display system?
20      A.    Yes.
21      Q.    What is a raster graphics display
22  system?
23      A.    A raster graphics display system is
24  a system that uses a technique of scanning an
25  output onto a display; that the term raster is

Page 105

1  essentially the scanning, but it is predicated
2  upon having a storage of the eventual output
3  image in some form of bit plain memory or other
4  memory that will allow one to output the image in
5  a scan manner.
6      So it's essentially bit plain memory
7  based image, although there's some very fine
8  level debates on exactly the meaning of that
9  word, but raster graphics means bit plain memory
10  based.
11      Q.    Now, does raster graphics include
12  TV sets?
13      A.    TV sets use a raster scan.  They
14  can be raster graphics, but there's a need for
15  something to store, and here's where we get into
16  the fine debates about exactly what does it mean
17  with respect to storage.
18      Q.    When it has storage, does that mean
19  it's a digital raster system?
20      A.    Yes.  Well, yes, excluding some of
21  the really ancient old analog storage techniques.
22      Q.    So prior to 1980, do you know if
23  any raster graphics display systems were
24  commercially available in Canada?
25      MR. MARINA: Objection.  Lacks

Page 106

1  foundation.
2      THE WITNESS: Raster graphics display
3  equipment was available in Canada. I know of the
4  Norpak RGP series of -- raster graphic processor
5  series of equipment. I in fact used it.
6      So yes, Norpak produced raster graphics
7  display equipment for use in computer graphics.
8  BY MR. BOYCE:
9      Q.   Were such systems also commercially
10 available prior to 1980 in the United States?
11     A.   Yes.
12     MR. MARINA: Objection. Lacks
13 foundation. Calls for speculation.
14     THE WITNESS: Systems were available. I
15 know of several because I reviewed their
16 documentation at that time. I reviewed the
17 documentation for example of the ram tech
18 computer graphics system, which was a raster
19 graphic system.
20 BY MR. BOYCE:
21     Q.   And do you have any knowledge as to
22 whether or not the ram tech raster graphic system
23 was commercially available in the United States
24 prior to 1980?
25     A.   Yes.

Page 107

1      MR. MARINA: Objection. Lacks
2  foundation.
3      THE WITNESS: Yes, in fact I contacted
4  the company in that time frame and inquired about
5  availability of their equipment. In the end, we
6  bought Norpak equipment at the Communications
7  Research Centre.
8  BY MR. BOYCE:
9      Q.   Now, prior to 1980, did raster
10 graphics display systems have components?
11     MR. MARINA: Objection. Lacks
12 foundation.
13     THE WITNESS: Yes, the raster graphics
14 display systems had components.
15 BY MR. BOYCE:
16     Q.   Were some components common to all
17 the raster graphics display systems?
18     MR. MARINA: Objection. Lacks
19 foundation. Calls for speculation.
20     THE WITNESS: Yes, there would be a
21 requirement for certain common components.
22 BY MR. BOYCE:
23     Q.   Okay. What are the common
24 components of a raster display system?
25     A.   There would be a need for a memory

Page 108

1  to hold the pixels; that is a frame buffer is one
2  of the terms used. Many terms were used: Frame
3  buffer and bit plain memory, you know, bit
4  storage memory; but in essence, that was an array
5  of picture elements which would store the image
6  itself.
7      Another common component would be a color
8  look-up table, color map, color reference table,
9  whatever it was called. It was called different
10 things by different companies so it was -- but
11 the essence was a table which would take the
12 values from the frame buffer or bit plain memory
13 and use them as an index into this table to come
14 up with the eventual values that would be used on
15 the output, and these were in common use.
16     Q.   So you mentioned the term color
17 map. Were there synonyms for the term color map
18 that were used by practitioners in the field of
19 computer graphics prior to 1980?
20     MR. MARINA: Objection. Lacks
21 foundation. Calls for speculation. Calls for
22 expert testimony which this witness says he's not
23 here to provide.
24     THE WITNESS: I used several different
25 terms. I used color map, I used programmable

Page 109

1  look-up table, I used look-up table, I used
2  reference table, and other synonyms, because in
3  my writings, I felt they were all identical.
4  BY MR. BOYCE:
5      Q.   And did you read anybody else's
6  writings prior to 1980 that may have used one of
7  the synonyms you just mentioned?
8      A.   Yes, I've read many of the other
9  writings, contributions to the standards
10 committees, as well as contributions from
11 different, you know, different practitioners.
12     MR. BOYCE: Excuse me just a moment. The
13 next exhibit?
14     (Whereupon the below-mentioned
15     document was marked for identification
16     as Exhibit No. 7.)
17 -- (Microphone adjustment.)
18 BY MR. BOYCE:
19     Q.   Mr. O'Brien, we've placed a
20 document before you that's been marked Exhibit 7.
21 For the record, it...
22     A.   Yes.
23     Q.   -- please verify it bears Bates
24 Nos. OBR 005942...
25     A.   Yes.

28 (Pages 106 to 109)

Page 110

1    Q.   -- through 6011.
2    A.   Yes.
3    Q.   Okay.  Do you recognize this
4 document?
5    A.   Yes.
6    Q.   What is it?
7    A.   This is the report provided from a
8 contract to a company called Human Computing
9 Resources Corporation, developed by a Professor
10 Ron Baecker at the University of Toronto.  The
11 contract was from the Communications Research
12 Centre.
13    Q.   And is this a document that you
14 provided in this case?
15    A.   Yes, I have this document
16 available.
17    Q.   Okay.  And how did you first come
18 into possession of this document?
19    A.   As the director of systems
20 technology for the Communications Research
21 Centre, or as a research engineer at that time, I
22 commissioned this to be done by Professor Baecker
23 and he wrote this report.
24    Q.   Okay.  Let's back up just a second.
25 This document is -- there's a date that says

Page 111

1 March '78 on...
2    A.   Yes.
3    Q.   Where were you working in March of
4 1978?
5    A.   I was working at the Communications
6 Research Centre at the Government of Canada.
7    Q.   Okay.  And now when did you begin
8 your employment with the Government of Canada?
9    A.   I first began my employment in 1968
10 under a career-oriented development program, but
11 I began full time in 1975.
12    Q.   Okay.  And when you joined in 1975,
13 what department did you work in?
14    A.   I worked for the Department of
15 Communications, Communications Research Centre.
16    Q.   And what was your title when you
17 first joined?
18    A.   A research engineer.
19    Q.   And what were the activities of the
20 Communications Research Centre when you joined?
21    A.   The Communications Research Centre
22 was doing research in the area of communication
23 systems, to, I believe the mandate says, foster
24 the orderly development of communications systems
25 in Canada.

Page 112

1    Q.   And when you first joined, was the
2 Department of Communications already involved in
3 videotex?
4    A.   Not when I first joined, no.
5    Q.   And if you could turn to the second
6 last page of this document that's Exhibit 7,
7 there's some handwriting on --
8    A.   Yes.
9    Q.   -- this page.
10    A.   Yes.
11    Q.   Do you recognize the handwriting?
12    A.   Yes, that would be Professor
13 Baecker's writing.
14    Q.   Okay.  And he's written a note to
15 who?
16    A.   To me at the Image Communication
17 Program of the Communications Research Centre,
18 and he's -- this note says that he's delivering
19 the first two copies of this report.
20    Q.   Okay.  And why was Mr. Baecker
21 presenting you with this report?
22    A.   Because I had commissioned this
23 report as -- under a contract.
24    Q.   And that was on behalf of the
25 Department of Communications?

Page 113

1    A.   On behalf of the Department of
2 Communications, yes.
3    Q.   And what was your purpose in
4 commissioning this report?
5    A.   At the time, in this era of 1978,
6 we were beginning -- or we were not beginning; we
7 were actually in the process of investigating
8 videotex systems.
9         And I was doing studies of what was the
10 state-of-the-art in all of the related areas, and
11 so I commissioned Professor Baecker to do a study
12 on digital video display systems.
13    Q.   Now, at the time you commissioned
14 this report, had you already heard the term color
15 map?
16    A.   Yes.
17    Q.   Okay.  And what was your
18 understanding of color map at the time you
19 commissioned the report?
20    A.   That it would be a table that would
21 connect the frame buffer of a raster graphic
22 system to the output allowing a table which would
23 be indexed by the values from the frame buffer to
24 allow a -- the output red green blue or whatever
25 other color system you use values to be made

29  (Pages 110 to 113)

Page 114

1  available.
2      So it would map the contents of the frame
3  buffer as codes to the output which would be the
4  color values.
5      Q.   And you said the word "map." Is
6  that why it's called a color map in part?
7      MR. MARINA:  Objection. Calls for
8  speculation. Lacks foundation. Calls for
9  improper expert testimony.
10 BY MR. BOYCE:
11     Q.   Strike the question.
12     Was a color map, in accordance with your
13 understanding at the time you commissioned this
14 report, was it something that would be
15 implemented using some kind of memory?
16     A.   Color maps would have been
17 implemented using some kind of memory, yes.
18     Q.   And you said there was a table.
19 Would the table be stored in memory?
20     A.   The table would be stored in the
21 kind of memory used to implement the color map,
22 yes.
23     Q.   And what's in the table in
24 accordance with your understanding?
25     A.   The table would contain values.

Page 115

1  Each entry of the table would contain a color
2  value, red green blue value, and the input to the
3  table would be an index that would say, "Select
4  the fifth value -- second the fifth entry from
5  the table and I will get a particular color value
6  on output."
7      Q.   Okay. And what is this index
8  you're referring to?
9      A.   The frame buffer or bit plain
10 memory or whichever term we use contains pixels,
11 picture elements. Picture elements are a set of
12 bits for a particular spot on the screen.
13     That set of bits, if it was only a single
14 bit, black and white screen, it'd be one bit; but
15 if there -- you store more bits, then you would
16 have say four bits at a pixel.
17     Those four bits would then be used as an
18 index into the color map to come up with the
19 actual colors that would go onto the screen. So
20 it would be a mapping of the index to the output.
21     Q.   If I could direct your attention to
22 the -- page 21 of Exhibit 7. There's a paragraph
23 begins at the very bottom of the page.
24     A.   Twenty...?
25     Q.   One.

Page 116

1      A.   -- one. Yes.
2      Q.   Could you read that paragraph?
3      A.   "A notable experimental system
4  {that was developed} by Dick Shoup at ... Xerox
5  Palo Alto Research Center (Shoup {19}74).
6  Shoup's frame buffer consisted of one very long
7  shift register refreshing a 480 X 640 X 8-bit
8  picture. The average time to access {the}
9  arbitrary point was 16.7 milliseconds. The 256
10 colors available at any one time could be chosen
11 from a total of 1 billion possible colors through
12 the use of a programmable color map which allowed
13 10 bits of red, 10 bits of blue, and 10 bits of
14 green." Should I go on?
15     Q.   That's fine. Now, there's a
16 reference, it's underlined, the words
17 "programmable color map" --
18     A.   Yes.
19     Q.   -- and a description of this.
20     Does this word -- these words and the
21 description of "programmable color map," is that
22 all consistent with your understanding of the
23 term color map that --
24     A.   Color map or --
25     MR. MARINA:  Objection. Lacks

Page 117

1  foundation. Calls for speculation. Improper
2  expert testimony.
3  BY MR. BOYCE:
4      Q.   Okay. I didn't finish my question.
5      Was the description of this report -- in
6  this report of a "programmable color map," was it
7  consistent with the understanding that you
8  already had when you commissioned this report of
9  the -- of color map?
10     A.   Yes, it is consistent with my
11 understanding.
12     Q.   Okay. And when did you receive
13 this report?
14     A.   I received this report in
15 June 1978.
16     Q.   Okay. And how do you know that?
17     A.   Because of the -- there is a stamp
18 which says that it was received by my mailroom at
19 the Communications Research Centre on June 13th,
20 1978.
21     Q.   And was this document published, to
22 your knowledge?
23     MR. MARINA:  Objection. Lacks
24 foundation. Calls for speculation. Calls for a
25 legal conclusion.

30  (Pages 114 to 117)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 249**

Page 118

1    THE WITNESS: Professor Baecker would be
2  given the rights to publish work such as this in
3  papers. This document was the results of a
4  contract and given to the Communications Research
5  Centre.
6    The document, however, is not a
7  restricted document in any way, so it would be
8  made available as background material to anyone
9  working in the videotex area at the time, but
10 Professor Baecker was also allowed to publish any
11 portion of it.
12 BY MR. MARINA:
13    Q.   And the first page of this -- well,
14 the second page of the document, the title --
15 well, the page that ends in 5943.
16    A.   Yes.
17    Q.   It says a "Final Report of Work
18 Performed for the Department of Communications,
19 Communications Research Centre," and there's a
20 contract number.
21    A.   Yes.
22    Q.   What does the contract number refer
23 to?
24    A.   It refers to the contract under
25 which he did the work. I can't decipher the

Page 119

1  code. There's some meaning to the codes in the
2  contract number, but it was the contract number
3  that was issued by the government procurement
4  office for this particular work.
5    Q.   And did you -- were you the
6  administrator on behalf of the Canadian
7  Government in procuring this report?
8    A.   I was the what they call technical
9  authority. There would be a contracting
10 authority in the procurement office.
11    Q.   Okay. And did -- after you
12 received this report, did you store it any place?
13    A.   I kept a copy in my office and
14 eventually in my documents that I kept when I
15 moved out of the Communications Research Centre.
16 So it's been sitting in my basement for many
17 years.
18    Q.   Okay. And during the time that you
19 kept it, was it kept in your own files at the
20 Department of Communications...
21    A.   When I was at the --
22    Q.   -- while your were working?
23    A.   When I was at the Department of
24 Communications, it would have been in my files.
25 It would also have been in the official file

Page 120

1  related to the contract.
2    Q.   And was this report procured in the
3  ordinary course of your business while working at
4  the Department --
5    A.   Yes.
6    Q.   -- of Communications?
7    (Whereupon the below-mentioned
8    document was marked for identification
9    as Exhibit No. 8.)
10 BY MR. BOYCE:
11    Q.   Mr. O'Brien, we've placed a
12 document before you, Exhibit 8. For the record,
13 it bears Bates No. 0BR -- excuse me, OBR006940
14 through 7011.
15    Do you recognize this document?
16    A.   Yes.
17    Q.   Is this also a document that you
18 provided in this case?
19    A.   Yes.
20    Q.   What is this document?
21    A.   It's notes on a graphical tutorial
22 that was presented in association with the -- a
23 SIGGRAPH conference of the Association of
24 Computing Machinery.
25    Q.   Okay. And what is SIGGRAPH?

Page 121

1    A.   It's a special interest group on
2  computer graphics, and it's a subgroup of the
3  Association of Computing Machinery.
4    Q.   And the top page says, "SIGGRAPH
5  '78." What does "'78" refer to?
6    A.   That's the year of the conference.
7    Q.   And did you attend this conference?
8    A.   I'm trying to remember whether I
9  attended this conference. I know I attended a
10 SIGGRAPH meeting in Atlanta, and I just cannot
11 remember the year, but it was in that era.
12    So I am -- I believe it was this
13 conference. And I remember the material, so I
14 believe I was at this meeting, and that that's
15 the reason I have it. But I actually can't
16 remember the trip to Atlanta at that time. I
17 just can't remember the date.
18    Q.   Do you remember these materials?
19    A.   I remember these materials, yes.
20    Q.   Were you a member of SIGGRAPH in
21 1978?
22    A.   Yes, I was.
23    Q.   Would you have received copies of
24 the proceedings from the conference --
25    A.   Yes, I would have.

31 (Pages 118 to 121)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 250**

Page 122

1      Q.   -- as a member of SIGGRAPH?
2      And if you turn to the page marked with
3  the Bates 6942?
4      A.   Yes.
5      Q.   It says, "An Introduction to Raster
6  Graphics, J. D. Foley."
7      A.   Yes.
8      Q.   Do you know who is J.D. Foley?
9      A.   Yes, I've met him many times during
10 that era.
11     Q.   And what did you know about
12 Mr. Foley in that era?
13     A.   He was an eminent professor in the
14 area of computer graphics and was one of the
15 leaders in the discipline.
16     Q.   If you could turn to page 3-1 of
17 this Exhibit 8.
18     A.   Hm-hmm.
19     Q.   I won't ask you to read this page
20 aloud, but if you could just take a look at that.
21 And I will ask you to read the first paragraph on
22 the following page.
23         Could you read the first few sentences
24 aloud, please, from page 3-2?
25     A.   "For these various reasons, the

Page 123

1  Image Display System of Raster Displays typically
2  includes a so-called video look-up table. A
3  pixel's value is not routed directly to the
4  display monitor, but is used instead as an index
5  into {a} look-up table. The {table's entry}
6  value is used to drive the display."
7      Q.   Is this description of a video
8  look-up table consistent or inconsistent with the
9  understanding that you had in 1978 of a color
10 map?
11     A.   It is another synonym for color
12 map, programmable color map, color --
13 programmable look-up table. They are -- as I
14 said previously, there are many synonyms that are
15 used for this same concept.
16     Q.   And is this tutorial by Dr. Foley
17 describing the same concept that you understood
18 to be a color map?
19     A.   Yes.
20     Q.   But it's calling it in video
21 look-up table.
22     A.   Yes.
23     Q.   Correct?
24         So how do you account for that?
25     MR. MARINA: Objection. Calls for

Page 124

1  speculation. Lacks foundation.
2      THE WITNESS: As I said previously, I'm
3  familiar with many synonyms. Different people
4  tended to use different words for the same
5  concept because the terms had not yet been
6  standardized.
7  BY MR. BOYCE:
8      Q.   Okay. And you're talking about
9  different people using different words for this
10 same concept in 1978?
11     A.   In 1978, yes.
12     Q.   And you have direct knowledge of
13 different people using different words for that
14 concept in that time frame.
15     MR. MARINA: Objection. Calls for
16 speculation. Contrary to previous testimony.
17     THE WITNESS: It's... I know of at least
18 two examples here, because I have Dr. Baecker's
19 report, which uses one term, and Dr. Foley's
20 document, which uses another term for the same
21 thing.
22 BY MR. BOYCE:
23     Q.   Returning again to Dr. Foley's
24 tutorial, the last sentence on page 3-2, could
25 you read that last sentence?

Page 125

1      A.   "The computer interface{s} now
2  accesses the Image Display System not only to
3  start and stop the display, but also to load the
4  look-up table."
5      Q.   Okay. Now, please read to yourself
6  the context of that sentence and I'd like to ask
7  you a question about it.
8      A.   Yes. I've read it.
9      Q.   Okay. And is a proper context for
10 that sentence the Figure 3-1 on the subsequent
11 page?
12     A.   Yes.
13     Q.   Okay. And where it says, "to load
14 the look-up table," can you describe your
15 understanding of that statement?
16     MR. MARINA: Objection. Calls for
17 speculation. Lacks foundation. He didn't write
18 this document.
19 BY MR. BOYCE:
20     Q.   Okay. Well, strike the question.
21         Do you have an understanding of that
22 statement?
23     MR. MARINA: Same objection.
24     THE WITNESS: I understood when reading
25 this document -- I have an understanding of

32  (Pages 122 to 125)

**Exhibit 07**
**Page 251**

Page 126

1  reading this document.
2  BY MR. MARINA:
3      Q.   Did you have an understanding of
4  that statement when you read it in 1978?
5      A.   Yes.
6      MR. MARINA: Objection. Calls for
7  speculation.
8      THE WITNESS: Yes, I did.
9  BY MR. BOYCE:
10     Q.   Okay. And what was your
11 understanding of that?
12     A.   My understanding is that the
13 look-up table, that, as we stated previously, is
14 a table which contains entries which correspond
15 to each color, and that there would be a
16 requirement to load into the table the values for
17 the red green blue for each of the entries in the
18 table. So loading the table would be to put the
19 values into the table.
20     Q.   Okay. And is there an underlying
21 assumption in this statement, "load the look-up
22 table," that any particular kind of memory is
23 being used for this look-up table?
24     MR. MARINA: Objection. Lacks
25 foundation. Calls for speculation.

Page 127

1      THE WITNESS: The memory to load the
2  look-up table requires that it be writable,
3  because you are loading it. You know, if at the
4  same time you're displaying, you've gotta be able
5  to write at the same as display.
6      That's the foundation for why I said in
7  the 699 document it is more costly in the
8  terminals which implemented 699. In fact, we
9  actually had a color look-up table. Even though
10 we did not state so in the specification, it was
11 done in the implementation, but it was fixed so
12 there was no need to describe how to load it.
13     It is an enhancement to be able to load
14 it that we understood in developing 699 and is
15 also well described by Dr. Foley, that when
16 loading the look-up table, if you're loading the
17 look-up table at the same as the system is
18 displaying, that requires a dual port video --
19 dual port memory, because you must be able to
20 read and write the memory at the same time, and
21 that costs more money. So that is an additional
22 expense.
23     Q.   So I think in your answer, you
24 applied -- you implied or perhaps stated that
25 there were different kinds of color maps, at

Page 128

1  least in accordance with your understanding,
2  prior to 1980. Is that right?
3      A.   Yes.
4      Q.   Okay. And how many kinds of color
5  maps did you just allude to?
6      A.   I alluded to two types: One that
7  was fixed and one that was programmable, and that
8  programmable color maps required that you be able
9  to write into them, because they are
10 programmable. Fixed ones might be predefined.
11     And then a side effect of what I said is
12 if you write into a color map and you're
13 displaying the image at the same time, then it
14 must be a memory that is capable of being written
15 and read at the same time, which is a more
16 expensive type of memory than memory that can be
17 written and then separately at a different time
18 read.
19     Q.   Do you know whether or not...
20 Well, strike that.
21     Prior to 1980, did you have an
22 understanding as to whether or not a programmable
23 color map would provide any advantages when used
24 in a raster graphic system that a fixed color map
25 would not provide?

Page 129

1      A.   Yes, I understood that with a
2  programmable color map, you could rewrite the
3  colors, thereby changing the color, without
4  having to rewrite the -- drawing the graphics on
5  the display, and that there are things you can do
6  with the fact that you can rewrite the map that
7  would be advantageous.
8      Q.   And were these things -- well,
9  strike that.
10     Such as what kind of things?
11     A.   You could write to the map to
12 effect certain animations; that is if I have
13 something in the map, I have -- some of the
14 pixels in the frame buffer use code 3 and another
15 one use code 7, both of them are red in the color
16 map. In looking at the output, you would not see
17 the difference.
18     But then if I changed the color in the
19 color map from red to white, I would then -- by
20 changing the color map, I would then reveal the
21 letters that were there in one stroke.
22     That kind of revealing animation is
23 probably the simplest. I can do other more
24 complex animations with a color map. I can also
25 load the color map to provide different color

33  (Pages 126 to 129)

Exhibit 07
Page 252

Page 130

1  effects.
2      Q.   Could you turn to page 6964 of
3  Exhibit 8.  On the top right?
4      A.   Hm-hmm.
5      Q.   Well, first of all, this page is
6  written in handwriting.  Is that your
7  handwriting?
8      A.   No, it is not.  I believe these are
9  the notes that came from Professor Foley as part
10 of the tutorial.
11     Q.   And --
12     A.   Back in the days before we had
13 PowerPoint.
14     Q.   There's a heading on the top right
15 of the page, "Image Display System Capabilities."
16 There is a sub heading, "Video Look-Up Table,"
17 and there's some text under that.  Could you read
18 the text under that?
19     A.   "Video look-up table.  Allows
20 relation between pixel value{s} and displayed
21 color or intensity to be dynamically {altered}."
22     Q.   Do you have -- well, when you
23 received this tutorial in 1978, did you have an
24 understanding of what's being conveyed there?
25     A.   Yes.

Page 131

1      MR. MARINA:  Objection.  Lacks
2  foundation.
3  BY MR. BOYCE:
4      Q.   What was your understanding?
5      A.   I understood that you could alter
6  the values within a color map, color look-up
7  table, color programmable look-up table; you
8  could alter the values and therefore effect
9  changes.
10     Q.   Okay.  On the following page, again
11 on the top right, there's a heading that says,
12 "Why Video Look-Up Table?"  Do you see that?
13     A.   Yes.
14     Q.   And there's a -- first a bullet
15 point underneath that.  Could you read that?
16     A.   First bullet says, "Change
17 appearance of {the} image without changing {the}
18 refresh memory."
19     Q.   Does... Did you have an
20 understanding of that statement in 1978?
21     A.   Yes.
22     MR. MARINA:  Objection.  Lacks
23 foundation.  Calls for speculation.
24     THE WITNESS:  In 1978, I had -- I was
25 familiar with the forefront of the technology, so

Page 132

1  I understood that meaning.
2  BY MR. BOYCE:
3      Q.   And what was your understanding of
4  that bullet in that time frame?
5      A.   It means that I can store into the
6  display memory, pixel memory, frame buffer
7  memory, whichever term we use, a set of pixel
8  values, and then I can use the color map to
9  change the values.
10     So that I can brighten the whole image if
11 I just increase the values in all -- the RGB
12 values for all the elements in the color map.  I
13 could swap the red for the blue if I wanted to
14 change the look of the image.  I could change
15 things on the image without changing the actual
16 stored picture in the frame buffer.
17     Q.   When you say changing the image,
18 would that include animation?
19     A.   I could do animation, yes.
20     Q.   In the second bullet point under
21 "Why Video Look-Up Table," says, "Expand range of
22 colors available."
23     Did you have an understanding of that
24 bullet point when you received this document in
25 1978?

Page 133

1      A.   Yes.
2      MR. MARINA:  Objection.  Lacks
3  foundation.
4  BY MR. BOYCE:
5      Q.   And what was your understanding?
6      A.   I know that if a color look-up
7  table has... I'll give you an example.  If the
8  color look-up table has eight bits or -- of
9  entry, and it has... Satellite imagery people
10 would do this.  They would have 24 bits -- okay.
11     An example would be let's say 4 bits of
12 entry, so the frame buffer only contains 4 bits,
13 but the output would be 8 bits of red, 8 bits of
14 green, 8 bits of blue.  So I could represent many
15 fine shades of red, green and blue, but I could
16 only have 256 colors at one time.
17     Or no, 8 -- four bits, yeah.  I could
18 only have 256 colors at one time, but I could
19 have, by having 8 bits, I could have millions of
20 possible colors --
21     So I will -- the color palette would be a
22 choice out of -- 256 out of a range of
23 multi-million.
24     Q.   In this section of Dr. Foley's
25 tutorial, is he talking about a programmable

34  (Pages 130 to 133)

Page 134

1 video look-up table or a fixed look-up table?
2    A.   He's talking --
3    MR. MARINA:  Assumes facts not in
4 evidence.
5 BY MR. BOYCE:
6    Q.   Can you tell --
7    MR. MARINA:  Lacks foundation.  Calls for
8 speculation.
9 BY MR. BOYCE:
10    Q.   All right.  Go ahead.
11    A.   The fact that the video look-up
12 table can do a change means that it is
13 programmable.  So "change appearance," "expand
14 {the} range," means that these are programmable
15 look-up tables.
16    Q.   He doesn't use the term
17 programmable look-up table on that page, does he?
18    A.   No, but he uses the word "change"
19 in the list, so we are talking about the
20 programmable state of it.  If it was fixed, then
21 I would only get the fixed list of colors and I
22 could not change an appearance.
23    Q.   So even though it doesn't use the
24 word programmable, you can tell by the context
25 that he's looking at a particular kind of color

Page 135

1 look-up?
2    A.   Yes.
3    Q.   All right.  In the next page in the
4 same document, there's a heading that says,
5 "Ramtek 9000 Series."
6    A.   Next page?  Am I looking at the
7 same thing?
8    Q.   Oh, I'm sorry.  At page ends in
9 6971.
10    A.   6971, yes.
11    Q.   It says, "Ramtek 9000 Series."
12    A.   Yes.
13    Q.   At the time that you received this
14 document in 1978, did you already have knowledge
15 of the Ramtek 9000 series?
16    MR. MARINA:  Objection.  Assumes facts
17 not in evidence.
18    THE WITNESS:  In 1978, I had looked at
19 the Ramtek equipment as a possible set of
20 equipment for procurement in the Communication
21 Research Centre labs.  As I said, we eventually
22 purchased Norpak equipment, but I had looked at
23 Ramtek in detail.
24 BY MR. BOYCE:
25    Q.   Do you remember whether or not the

Page 136

1 Ramtek 9000 series used a programmable look-up
2 table?
3    A.   It was a requirement for our work,
4 so I believe yes, it would have had a -- to be
5 compliant, it would have had to have had a
6 programmable look-up table.
7    Q.   If I could direct your attention to
8 page 6973.
9    A.   6973, yes.  They have written on
10 this --
11    MR. MARINA:  Is there a question?
12    THE WITNESS:  He said I'm directing my
13 attention so I'm reading.
14    MR. MARINA:  He didn't ask a question.
15    THE WITNESS:  Do you want me to read
16 the --
17    MR. MARINA:  I want to answer a question.
18 You didn't ask him a question.
19    THE WITNESS:  Okay.  Then I will do
20 nothing until the question is answered.
21 BY MR. BOYCE:
22    Q.   Okay.  What do you see reflected on
23 page 6973?
24    MR. MARINA:  Objection.  Lacks
25 foundation.  Calls for speculation.  Vague.

Page 137

1    THE WITNESS:  I see text which says,
2 "Image Display System, Video Look-Up Table, Up To
3 1024 entries, 12 bits {per} entry, Color - Use
4 {For} All 12," 4 bits of red, 4 bits of blue, 4
5 bits of green, black and white use is 8.
6 "Instructions, Load Look-Up Table, Read Look-Up
7 Table."
8 BY MR. BOYCE:
9    Q.   Did you review these materials
10 concerning Ramtek 9000 series in this --
11 Dr. Foley's tutorial in 1978?
12    MR. MARINA:  Objection.  Assumes facts
13 not in evidence.
14    THE WITNESS:  I was -- I've looked at
15 this document in 1978, so yes.
16 BY MR. BOYCE:
17    Q.   And did you have an understanding
18 of what's being conveyed by Dr. Foley on this
19 page in that time frame?
20    A.   Yes.
21    MR. MARINA:  Objection.  Lacks
22 foundation.  Calls for speculation.  Calls for
23 improper expert testimony.
24    THE WITNESS:  In terms of what I did in
25 1978, I had looked at this document in 1978, I

35 (Pages 134 to 137)

Exhibit 07
Page 254

Page 138

1    had also looked at procuring equipment for our
2    research lab. And we -- I looked at Ramtek
3    equipment and I looked at Norpak equipment.
4        And I believe I may have looked at some
5    others, but I can't recall looking at many of --
6    at many other sources for raster graphic
7    processors.
8    BY MR. BOYCE:
9        Q.    Does this document suggest on this
10   page that the Ramtek 9000 series used a
11   programmable look-up table?
12       MR. MARINA:  Objection. The doc -- the
13   page doesn't say Ramtek anywhere.
14       THE WITNESS:  This page, which follows
15   on -- from page 6971, 6972 and then 6973, the
16   following on from 6973, this has a "Video Look-Up
17   Table," and it has instructions to load the
18   look-up table, which means it is programmable.
19   BY MR. BOYCE:
20       Q.    And is that consistent with your
21   own independent understanding of the Ramtek 9000
22   series?
23       A.    Yes.
24       (Whereupon the below-mentioned
25       document was marked for identification

Page 139

1        as Exhibit No. 9.)
2    BY MR. BOYCE:
3        Q.    Mr. O'Brien, we've placed a
4    document before you marked Exhibit No. 9. Could
5    you read the Bates range for the record?
6        A.    It's document OBR 5087 to 5132.
7        Q.    Do you recognize this document?
8        A.    This is a system manual for the
9    Ramtek 9000 series graphic display system. I
10   believe I had this in my possession.
11       Q.    And did you provide a copy of this
12   document in this case?
13       A.    Yes.
14       Q.    Is this an accurate copy of the
15   document you provided?
16       MR. MARINA:  Objection. Lacks
17   foundation. Calls for speculation. I don't see
18   how the witness can possibly answer that.
19       THE WITNESS:  This appears to be the
20   document I provided.
21   BY MR. BOYCE:
22       Q.    How did you come into possession of
23   this document originally?
24       A.    As I was studying the, you know,
25   the various pieces of equipment which would be

Page 140

1    usable for computer graphics research, and as we
2    were going to procure a raster graphic system for
3    our research lab, I was looking at Ramtek,
4    Norpak, and I believe some others were also
5    available as possible sources of that equipment.
6        So I received this document and reviewed
7    it at that time.
8        Q.    Could you take a look at page 5100,
9    5100.
10       A.    5100, yes.
11       Q.    Could you read the text at the top
12   of the page?
13       A.    "Figure 1-3 functionally
14   illustrates the RM-V2 video board which provides
15   for host programmable pseudo color or grey scale
16   translation to any of 4,096 colors or 256 grey
17   scale{s} ... . {Including} one 1,024 bit word
18   {times} 12 bit programmable function memory plus
19   three 4 bit {digital-to-analog convertors}, {and}
20   one 8 bit {digital-to-analog convertor}
21   ({assigned} before or after the function memory),
22   two cursor channels and two overlay channels."
23       And then following that appears to be a
24   circuit diagram for the actual... It says,
25   "Figure 1-3 RM-V2 Functional Block Diagram."

Page 141

1        Q.    Did you become familiar with this
2    subject matter prior to 1980?
3        A.    Yes.
4        Q.    And what is being described and
5    shown on this page?
6        MR. MARINA:  Objection. Document speaks
7    for itself. Lacks foundation. Calls for
8    speculation. Improper expert testimony.
9        THE WITNESS:  My understanding, from my
10   review of the document in 1980 as part of the
11   procurement process and part of my also study of
12   what is the state-of-the-art in computer
13   graphics, is that this is a functional block
14   diagram of a color map or programmable color
15   look-up table.
16   BY MR. BOYCE:
17       Q.    Does the word color map appear
18   anywhere on this page?
19       A.    No.
20       Q.    Look-up table, does that appear
21   anywhere on the page?
22       A.    No.
23       Q.    Well, how do you know that this is
24   describing the color map?
25       MR. MARINA:  Objection. Lacks

36  (Pages 138 to 141)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 255

Page 142

1  foundation. Calls for speculation. The document
2  speaks for itself. Improper expert testimony.
3  Assumes facts not in evidence.
4      THE WITNESS: This diagram shows material
5  coming from the refresh memory, going into a RAM,
6  random access memory, and then coming out through
7  digital-to-analog convertors. And that I believe
8  is a circuit diagram of a programmable look-up
9  table.
10 BY MR. BOYCE:
11     Q.   Now, there's a reference to
12 "programmable pseudo color or grey scale
13 translation on the same page." Do you see that?
14     A.   Yes.
15     Q.   Did you have an understanding of
16 that concept prior to 1980?
17     A.   Yes.
18     MR. MARINA: Objection. Lacks
19 foundation. Calls for speculation.
20 BY MR. BOYCE:
21     Q.   What was your understanding?
22     A.   My understanding was that with a
23 programmable color map, color look-up table or
24 whatever else we call it, I could vary colors and
25 provide what would be called pseudo-colors; that

Page 143

1  is I could take a map, let's say a satellite
2  image, and I could make the greens greener and
3  the dirty grey water areas and make them bluer.
4  I could alter the colors; that is I could do
5  pseudo-coloring.
6      Or I could convert a color image to a
7  grey scale image by loading the appropriate
8  values into the color map that would affect the
9  color waiting equation.
10     Q.   Does the pseudo-color refer to some
11 use or application of a color map?
12     MR. MARINA: Objection. Lacks
13 foundation. Calls for speculation. Improper
14 expert testimony.
15     THE WITNESS: Pseudo-color means that I
16 can change the colors to provide a different
17 color than the actual color from the source.
18     If I have an image that I capture with a
19 camera, and I want to brighten the colors or I
20 want to change one color for another, I am
21 creating pseudo-colors.
22 BY MR. BOYCE:
23     Q.   What about "grey scale
24 translation"; what does that mean?
25     MR. MARINA: Same objections. Lacks

Page 144

1  foundation. Calls for speculation. Improper
2  expert testimony.
3      THE WITNESS: I am... My understanding
4  of grey scale translation is that one can take a
5  image, which is a color image, and using the
6  color map, load the color map with an appropriate
7  color waiting for each color to give the right
8  luminance value to produce a grey scale image
9  of -- and to produce a grey scale image.
10 BY MR. BOYCE:
11     Q.   Is grey scale translation another
12 application of color maps that was known prior to
13 1980?
14     A.   Yes.
15     MR. MARINA: Objection. Lacks
16 foundation. Calls for speculation.
17     THE WITNESS: It was -- grey scale
18 translation was one of the capabilities. And
19 there is in fact a standard by the Society...
20 SMPTE. ...Society of Motion Picture and
21 Television Engineers, describing an equation for
22 color waiting to go from color to grey scale.
23 BY MR. BOYCE:
24     Q.   If we could go back to Dr. Foley's
25 tutorial for a moment, that is Exhibit 8, at the

Page 145

1  page that ends 6984?
2      A.   Yes.
3      Q.   On this page, was Dr. Foley
4  teaching something in 1978 to members of SIGGRAPH
5  about the uses of a video look-up table?
6      MR. MARINA: Objection. Lacks
7  foundation. Calls for speculation. The document
8  speaks for itself. Improper expert testimony.
9      THE WITNESS: Dr. Foley's document, which
10 was an introduction to computer graphics,
11 contains a description of "Video Look-Up Table
12 Uses," and it says, "(Affects Displayed Image,
13 Not Stored Image). Pseudo Color. Assign{s}
14 Arbitrary Color to Each Pixel Value. Modify
15 Intensities Using Arbitrary Function Tabulated in
16 Table."
17     And then it goes on to talk about
18 inverting an image, a "Threshold Image," and
19 "Piecewise Linear Mapping."
20 BY MR. BOYCE:
21     Q.   Could any of these uses of a video
22 look-up table have been implemented, to your
23 knowledge, prior to 1980 using a fixed look-up
24 table?
25     MR. MARINA: Objection. Improper expert

37 (Pages 142 to 145)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 256

Page 146

1  testimony. Lacks foundation. Calls for
2  speculation.
3      THE WITNESS: A fixed look-up table could
4  not reassign colors. A... So that if the color
5  is -- if the fixed look-up table was prefixed to
6  create pseudo-colors, then you would have the
7  pseudo-colors prefixed; that is the difference
8  between a fixed look-up table and a programmable
9  look-up table is that you can change the
10  programmable look-up table and you can modify
11  things.
12      If you had a fixed look-up table, you
13  could have preassigned a thresholding or some
14  other structure in the look-up table, but that
15  would be the only thing you could do with that
16  table.
17  BY MR. BOYCE:
18      Q.   Aside from what Dr. Foley's
19  teaching about the different uses of a color map
20  prior to 1980, were you aware of any other uses
21  of a color map prior to 1980?
22      MR. MARINA: Objection. Assumes facts
23  not in evidence.
24      THE WITNESS: Color maps were used in
25  some videotex systems to effect, conceal or

Page 147

1  reveal. That would be that you could effectively
2  do pseudo-color, but you could reveal by changing
3  the colors.
4      Color maps, as I said previously, a fixed
5  color map was used in the Telidon 699 system
6  because we had four bits of memory, and memory
7  was a very great cost, and we wanted to achieve
8  eight colors and 16 grey scales.
9      So we wanted to in fact have the
10  capability -- or eight grey scales, sorry.
11  ...have the capability of having more flexibility
12  on the output. So the color map gives you
13  flexibility on the output.
14  BY MR. BOYCE:
15      Q.   Have you ever heard the term gamma
16  correction?
17      A.   Yes.
18      Q.   Did you hear that term prior to
19  1980?
20      A.   Yes.
21      Q.   What was your understanding of
22  gamma correction prior to 1980?
23      A.   Gamma correction is a function of
24  an image that will allow you to adjust the
25  intensities of the image to match what's called a

Page 148

1  gamma curve of the eye, that is a sensitivity
2  curve of the eye, so that you will more
3  accurately -- you will -- the various steps of
4  intensity that are output will be seen as steps
5  of intensity by the eye.
6      So you can take all the steps that are
7  very squashed together and spread them apart.
8  The eye is not equally sensitive to intensity
9  changes over the whole range of light intensity.
10  So gamma correction tends to be done on images.
11      Q.   And were there methods known to
12  yourself prior to 1980 for achieving gamma
13  correction?
14      A.   Gamma correction was a standard
15  technique used. I believe there's a gamma
16  correction curve standardized by the Society of
17  Motion Picture and Television Engineers.
18      Gamma correction, one of the techniques
19  of effecting gamma correction is to make use of a
20  programmable look-up table, a programmable color
21  map.
22      Q.   Do you know of any systems prior to
23  1980 that actually provided gamma correction
24  using the color map?
25      A.   In our research lab, we did use the

Page 149

1  Norpak RGP 5000 equipment which we had procured
2  to do those effects, and I believe that the
3  Ramtek equipment is equally capable, but I did
4  not use the Ramtek equipment, I did not procure
5  it.
6      Q.   Take a look at the Ramtek materials
7  you provided in this case, Exhibit 9, at page
8  5112.
9      Does this refresh your recollection as to
10  whether or not the Ramtek 9000 series provided
11  gamma correction functions using a color map
12  prior to 1980?
13      MR. MARINA: Objection. Lacks
14  foundation. Misstates what the document says.
15  Calls for speculation.
16      THE WITNESS: This -- what's written in
17  this document on page 5112 states that the --
18  under the title, "Gamma Correction," "The RM-V3
19  Video Generator includes a 32 word ... 8 bit
20  PROM," programmable read only memory, "lookup
21  table which translates the linear output of the
22  dynamic function ... to a 32 of 256 gamma
23  corrected grey level output. The user may
24  specify the gamma correction function at the time
25  of order. Otherwise, a standard gamma correction

38  (Pages 146 to 149)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 257

Page 150

```
 1   curve will be implemented. In any case, the
 2   gamma correction function can be modified at a
 3   later date by simply replacing the {programmable
 4   read only memory}."
 5   BY MR. BOYCE:
 6       Q.   Does that, what you just read,
 7   refresh your recollection?
 8       A.   Yes.
 9       Q.   Okay. And to your knowledge, did
10   the Ramtek 9000 series provide a gamma correction
11   function using a color map prior to 1980?
12       MR. MARINA: Objection. Lacks
13   foundation. Calls for speculation. Misstates
14   the document. The document speaks for itself.
15   Improper expert testimony.
16       THE WITNESS: The document includes the
17   statement that this will -- "The user {must}
18   specify the gamma correction function at ... time
19   of order. Otherwise, a standard gamma correction
20   curve will be implemented." In other words, it
21   is included in the Ramtek system.
22   BY MR. BOYCE:
23       Q.   You may have alluded to this
24   already, but how did you come into possession of
25   this Ramtek 9000 series document?
```

Page 151

```
 1       MR. MARINA: Asked and answered. Calls
 2   for speculation.
 3       THE WITNESS: I was doing two things.
 4   One was as a research engineer at the Department
 5   of Communications, I was looking at the
 6   state-of-the-art of computer graphics equipment.
 7       The second thing is we were procuring a
 8   piece of equipment for our research lab. And we
 9   looked at Ramtek seriously and we also looked at
10   the Norpak RGP 5000 equipment. And we eventually
11   purchased the Norpak equipment.
12   BY MR. MARINA:
13       Q.   And were you performing that survey
14   of commercially available systems as part of your
15   responsibilities at the Department of
16   Communications?
17       A.   Yes.
18       Q.   And you said you provided this
19   document in this case. Where did you find the
20   document?
21       A.   The document was sitting in a box
22   in my basement, along with many other documents
23   from the era of 1980 that -- '78 to '80 that I
24   had in my basement.
25       Q.   And where were those boxes before
```

Page 152

```
 1   they were in your basement?
 2       A.   They were in my office at the
 3 · Communications Research Centre.
 4       MR. BOYCE: Should we break for lunch?
 5       MR. MARINA: Okay. Fine. How long?
 6       MR. BOYCE: 45?
 7       THE VIDEOGRAPHER: The time is now 12:43.
 8   We are now going off the record.
 9   -- Off the record.
10       THE VIDEOGRAPHER: The time is now
11   12:30 -- or sorry, 1:34. We are now on the
12   record.
13   BY MR. BOYCE:
14       Q.   Mr. O'Brien, could you find Exhibit
15   2 in your documents?
16       A.   Yes.
17       Q.   I must represent for the record
18   this is a translation of a document from French.
19   Do you read some French?
20       A.   I read French better than I speak
21   it. I read some French, yes.
22       MR. BOYCE: Let me introduce this
23   document.
24       MR. MARINA: You're putting a French
25   document in the record without an official
```

Page 153

```
 1   translation. Is that your...
 2       MR. BOYCE: He says he reads French.
 3       MR. MARINA: Well, he may or may not read
 4   French, but you need an authorized certified
 5   translation to introduce a document in French.
 6   You should know that.
 7       What number?
 8       THE REPORTER: Exhibit No. 10.
 9       (Whereupon the above-mentioned
10       document was marked for identification
11       as Exhibit No. 10.)
12   BY MR. BOYCE:
13       Q.   Mr. O'Brien, do you recognize this
14   document that's been marked Exhibit 10?
15       A.   Yes.
16       Q.   Did you ever see that document
17   prior to 1980?
18       A.   I am certainly familiar with the
19   contents and I have -- I believe I saw this
20   document, although I'm not sure it was exactly
21   this document. But I have seen the specification
22   for the Antiope system prior to 1980.
23       Q.   And you said you saw the
24   specification for the Antiope system prior to
25   1980. Do you recall what version you saw?
```

TSG Reporting - Worldwide        877-702-9580

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 258**

Page 154

1    MR. MARINA: Objection. That misstates
2  the testimony. He didn't say that at all.
3    MR. BOYCE: Oh, I'm sorry.
4    THE WITNESS: I have seen the
5  specification for the Antiope system prior to
6  1980. I am not sure that this is exactly the
7  document that I saw prior to 1980, but I have
8  seen the specification for the Antiope system
9  prior to 1980.
10 BY MR. BOYCE:
11   Q.  Do you remember if the one you saw
12 prior to 1980 was written in French or English?
13   A.  I have seen French versions. I
14 have also seen English translations. The English
15 translations tend to lag several years later than
16 the French versions.
17   MR. BOYCE: I'll introduce another
18 exhibit. This one has a certified certification
19 attached to it.
20   (Whereupon the above-mentioned
21   document was marked for identification
22   as Exhibit No. 11.)
23 BY MR. BOYCE:
24   Q.  Is this Exhibit 11?
25   A.  Yes.

Page 155

1    Q.  Mr. O'Brien, I've placed before you
2  a document marked Exhibit 11. And I'll just
3  represent for the record that we've obtained a
4  certified translation of Exhibit 10 and that what
5  you're looking at is that certified -- the
6  English translation of -- is Exhibit 11.
7    MR. MARINA: I object to your
8  representation because it's irrelevant.
9  BY MR. BOYCE:
10   Q.  Mr. O'Brien, if you could turn
11 to -- well, let me back up.
12   What was your degree of familiarity with
13 the Antiope system prior to 1980?
14   A.  I had extensive discussions with
15 Monsieur Marti in France prior to 1980. Canada
16 and France signed a memorandum of understanding
17 on the establishment of videotex systems, and I
18 was principal to those discussions prior to 1980,
19 and I was quite familiar with the French Antiope
20 system.
21   Q.  You mentioned a Mr. Marti. Who is
22 Mr. Marti?
23   A.  Monsieur Bernard Marti was the -- I
24 would characterize him as the architect of the
25 French Antiope system. He was a principal

Page 156

1  engineer of the Societe Centre for Studies in
2  Telephone Telecommunications in Reims, France,
3  working for the -- both the French broadcast and
4  the French telephone authority.
5    Q.  Do you know whether or not
6  Mr. Marti was one of the authors of the Antiope
7  specifications?
8    MR. MARINA: Lacks foundation.
9    THE WITNESS: From my knowledge of
10 discussions with Mr. Marti, Mr. Marti was the
11 principal author of the Antiope specification.
12 BY MR. BOYCE:
13   Q.  And aside from talking about the
14 specification, it was a design for Antiope.
15 Right?
16   MR. MARINA: Object to the form. Vague.
17   THE WITNESS: I discussed with Mr. Marti
18 the specifications, the fundamental design
19 principles which were used in the Antiope system,
20 and the possibilities of cooperation between
21 France and Canada with respect to videotex
22 systems.
23 BY MR. BOYCE:
24   Q.  What was the occasion for these
25 discussions?

Page 157

1    A.  The standard S.100 was being
2  developed, and part of the development of
3  standards is cooperation with the other parties
4  who are developing the standards. So it was
5  under this reason that I was discussing with
6  Mr. Marti.
7    Q.  If I could direct you to page 2 of
8  Exhibit 11? Figure 2, can you tell me what is
9  shown in Figure 2?
10   MR. MARINA: Lacks foundation.
11 Illegible.
12   THE WITNESS: Figure 2 of this -- of
13 document 11 also is Figure 2 of document 10, and
14 the characters are more readable in Figure 2 of
15 document 10. The legends are readable in English
16 in Figure 2 of document 11.
17   This is a code table of the character set
18 that -- the basic Latin alphabet character set
19 used in the Antiope system.
20 BY MR. BOYCE:
21   Q.  Do you have any understanding of
22 how such a table was used in the Antiope system?
23   MR. MARINA: Objection. Lacks
24 foundation. Calls for speculation. Improper
25 expert testimony.

40  (Pages 154 to 157)

Exhibit 07
Page 259

Page 158

1    THE WITNESS: My understanding from
2 talking with Mr. Marti at the time, this table
3 would cause the invocation of a particular letter
4 upon reception of a code.
5    So that if I received a code starting at
6 bit 1, 10000 -- 10000001, I would get the letter
7 A; that is this is the code which would be
8 communicated from the system over the modem to
9 the terminal and the terminal would receive it in
10 order to display the letter A.
11 BY MR. BOYCE:
12    Q.    Now, prior to your discussions with
13 Mr. Marti about the operation of the Antiope
14 system, did you have any underlying knowledge
15 that would form the basis for an understanding of
16 a table like this?
17    A.    Certainly I was participating in
18 the ISO committee, ISO JTC 1, subcommittee 2, on
19 character sets and coding, I was a Canadian
20 representative on that committee, and that is the
21 committee which defines the character code sets.
22 So I was involved in the standardization of
23 character code standards.
24    Q.    At the time you were -- when were
25 you having these discussions with Mr. Marti about

Page 159

1 the Antiope system?
2    A.    1979, 1980.
3    Q.    Okay. And at that time, was there
4 already a standard established for character
5 codes?
6    A.    Yes, there was standards
7 established for character codes, ISO 646.
8    Q.    Okay.
9    A.    Which I think is mentioned in the
10 figure.
11    Q.    Okay. Can you read or make out
12 what's shown in Figure 4 of Exhibit 11?
13    A.    Figure 4 of Exhibit 11, and also
14 slightly larger spacing, Figure 4 of Figure 10,
15 it is a table of graphic characters. And these
16 graphic characters form the mosaic shapes.
17    Q.    What are the mosaic shapes?
18    A.    The mosaic shapes will fill a
19 character cell in the same way that a letter will
20 fill a character cell, but it is a pattern of two
21 across by three down of -- you know, of a pattern
22 I guess I should just call it. So that I can
23 assemble these patterns to give a crude graphic
24 image.
25    Q.    Was there a name for this

Page 160

1 technology you're referring to?
2    A.    Yes, this was called the alpha
3 mosaic technique; mosaic because it is similar to
4 the building up of a picture in the ancient Roman
5 way of building -- using little mosaic tiles and
6 they'd make a picture. So it was called a mosaic
7 technique 'cause it used little tiles.
8    Q.    Was there any other technique for
9 drawing pictures that was known prior to 1980?
10    A.    Yes, there was a technique for
11 drawing which was to have a bit plain memory and
12 to use commands such as drawing a line, draw a
13 rectangle, draw a curve, and that was used in
14 alpha geometric technique.
15    There was a third approach which was to
16 put an image dot by dot, such as taking a
17 satellite image, and that was called an alpha
18 photographic technique, because it was like a
19 picture. A camera would produce a digital
20 photograph, and that is a -- that digital
21 photograph is the photographic technique.
22    So we had three techniques: Alpha
23 geometric, building things out of little tiles --
24 sorry, alpha mosaic, building things out of
25 little tiles; alpha geometric, building things

Page 161

1 out of geometric primitives, lines, rectangles,
2 curves; and photographic, building things out of
3 a set of individual dots the way a picture or a
4 fascimile machine would.
5    Q.    Prior to 1980, were there any
6 examples of alpha mosaic systems implemented for
7 videotex?
8    MR. MARINA: Lacks foundation.
9    THE WITNESS: I talked directly to the
10 French, who had the Antiope system. The Antiope
11 system is an example of an alpha mosaic system
12 for videotex.
13    I also spoke to the British, who had the
14 Prestel system, and the Prestel system is also an
15 example of an alpha mosaic system for videotex.
16    There were also derivative systems in
17 some other countries, such as Germany, Sweden,
18 and other countries, which variously used alpha
19 mosaic techniques but they were built upon either
20 the French or the British technology.
21 BY MR. BOYCE:
22    Q.    Were all these systems you're
23 talking about being used in Europe prior to 1980?
24    MR. MARINA: Objection. Lacks
25 foundation. Calls for speculation. Improper

41 (Pages 158 to 161)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 260**

Page 162

1  expert testimony.
2      THE WITNESS: My direct experience is
3  that there were operating systems in both the
4  U.K. and in France.
5  BY MR. BOYCE:
6      Q.   Were there any -- you also referred
7  to an alpha geometric system.  Were there any
8  examples of such systems used in videotex prior
9  to 1980, to your knowledge?
10      MR. MARINA: Lacks foundation.  Calls for
11  speculation.
12      THE WITNESS: Again, my direct experience
13  is that the system as used in Canada, the Telidon
14  system, was an example of an alpha geometric
15  system that used the geometric techniques.
16      And... Yeah, that's already been shown
17  here.  We have the document 699, which is the
18  specification for the field trial implementation
19  in Canada.
20  BY MR. BOYCE:
21      Q.   If I can refer you to page 3 of
22  Exhibit 11.  Section 4.1, underneath "Color,"
23  could you read that little paragraph?
24      A.   "Color.  Each character can be
25  displayed in 6 colors plus white on a black

Page 163

1  background; red, green, blue, yellow," which is
2  green and red, "magenta," which is red and blue,
3  and "cyan," which is blue and green.
4      Q.   Is that -- oh, I'm sorry.
5      A.   I actually should have said bracket
6  blue and green, not "which is."
7      Q.   Is that description of this Antiope
8  system consistent with your own understanding
9  that you got from Mr. Marti prior to 1980?
10      A.   Yes.
11      MR. MARINA: Objection.  Assumes facts
12  not in evidence.
13      THE WITNESS: This is consistent with my
14  understanding of the facts at the time.
15  BY MR. BOYCE:
16      Q.   Why were you interested in the
17  Antiope system prior to 1980?
18      A.   We -- I was participating in the
19  establishment of the international standard
20  S.100.  The intent of S.100 was -- well, several
21  intents.  One intent was hopefully we might be
22  able to agree on one world standard.  However,
23  there were a number of vested interests.
24      The second intent was that it's -- the
25  information itself is valuable, and one would

Page 164

1  want to be able to receive the information from
2  other nations.
3      So for example, in Canada, French
4  speakers in Canada might want to receive
5  knowledge from a French database, or we may want
6  to receive data from an English Prestel system.
7      And if we were able to include the
8  capabilities of the other systems in the S.100
9  standard, then it is possible to do one of two
10  things:  Build a multi-mode terminal that is
11  capable of implementing all of these standards;
12  or build a transcoding capability that would
13  allow one to convert the information from one
14  standard to another.
15      So obviously I was very interested in the
16  technical details of the Prestel and the Antiope
17  system.
18      Q.   If I could direct your attention to
19  the next page, page -- pardon me.  Skip a few
20  pages ahead; page 6, there's Figure 7.  Can you
21  read Figure 7 in Exhibit 11?
22      A.   Yes, it's clear enough in figure --
23  in Exhibit 11.
24      Q.   Were you familiar with this code
25  table prior to 1980?

Page 165

1      MR. MARINA: Objection.  Calls for
2  speculation.
3      THE WITNESS: I had studied the Antiope
4  system, so I had studied all aspects of it,
5  including the command -- table of command codes.
6  BY MR. BOYCE:
7      Q.   Okay.  And referring to the fourth
8  column, the one that's actually designated column
9  4?
10      A.   Yes.
11      Q.   Do you see that?
12      A.   Yes.
13      Q.   There are eight boxes immediately
14  under number 4 that they all begin with a symbol
15  alpha.
16      A.   Yes.
17      Q.   What do those boxes represent?
18      A.   These boxes represent codes; codes
19  that would flow from the system database over the
20  communication network to the terminal, and then
21  the terminal would use these codes to know what
22  to put into the -- in the case of an alpha
23  mosaic, the character cell, memory or the
24  attributes that will control what goes into the
25  character cell memory.

42  (Pages 162 to 165)

Page 166

1    In this case, the codes would be alpha
2  black red, et cetera, and those codes would be
3  used as control codes.
4    Q.  Okay.  And the codes in column 4
5  that begin with alpha, is there some particular
6  attribute those codes were used to define in the
7  Antiope system?
8    A.  Those codes would establish the
9  in-use foreground color.
10    Q.  Okay.  And referring -- excuse me.
11 The in-use foreground color for what?
12    A.  For subsequent drawing of, in the
13 case of alpha, the subsequent drawing of text.
14    Q.  And now if we look at column 5,
15 right underneath 5, there's eight boxes that
16 begin with, I believe that's the symbol for
17 gamma?  Is that correct?
18    A.  Yes, and it says, "graphical."
19    Q.  Okay.  And what do those boxes
20 represent?
21    A.  And those would be codes which
22 would be used to establish the in-use foreground
23 color for subsequent writing of mosaic graphical
24 characters.
25    Well, it says, "graphical."  I'm not

Page 167

1  going to speculate that it is only mosaic, but
2  their spec only provides us with mosaic, so.
3    Q.  Now, referring to column 6, there's
4  eight boxes right underneath number 6.  They all
5  begin with the word "Fond," F-O-N-D.  Do you know
6  what that means, the word?
7    MR. MARINA:  Objection.  Lacks
8  foundation.  Calls for speculation.  Improper
9  expert testimony.
10    THE WITNESS:  I can read the table and
11 tell you that at the bottom of the table, it says
12 "Fond = background."
13 BY MR. BOYCE:
14    Q.  Okay.
15    A.  So the table entries would be Fond
16 N, Fond R, et cetera.  Paralleling the other
17 ones, this would be establishing the background
18 in-use color.
19    Q.  Now, in the Antiope system, this
20 background color you're referring to, is that a
21 background that corresponds to any particular
22 place on a display screen?
23    MR. MARINA:  Objection.  Lacks
24 foundation.  This witness is testifying about a
25 document he didn't write.  This whole line of

Page 168

1  questioning is improper.
2    THE WITNESS:  I have talked with
3  Mr. Marti and understand the operations of the
4  Antiope system, and the background is the
5  background of the mosaic or text cell as the cell
6  appears in the cell based memory system that is
7  used in the alphanumeric terminal realizations.
8  BY MR. BOYCE:
9    Q.  Did Antiope actually use cell based
10 display systems?
11    MR. MARINA:  Objection.  Lacks
12 foundation.  Calls for speculation.
13    THE WITNESS:  From my experience, the
14 Antiope system actually used a cell based display
15 system.
16 BY MR. BOYCE:
17    Q.  How do you know that -- are we
18 talking about Antiope terminals now?
19    A.  Antiope terminals.
20    Q.  How do we -- how do you know that
21 Antiope terminals used a cell based display
22 system?
23    MR. MARINA:  Objection.  Lacks
24 foundation.  Calls for speculation.
25    THE WITNESS:  I have discussed the

Page 169

1  terminal implementation techniques with
2  Mr. Marti, and with Mr. Crowthers in the U.K.,
3  and know that their systems used cell based
4  techniques.
5    I have also actually received sample chip
6  sets from Mr. Crowther in the U.K., and they are
7  character generator type chip sets.  So I have
8  direct experience.
9  BY MR. BOYCE:
10    Q.  Do you have any other experience
11 that led you to know that Antiope terminals prior
12 to 1980 used cell based display systems?
13    MR. MARINA:  Objection.  Lacks
14 foundation.  Calls for speculation.  Also
15 misstates the testimony.  Improper expert
16 testimony as well.
17    THE WITNESS:  My direct experience is
18 that the French delegates describe their system
19 as a character based system.
20 BY MR. BOYCE:
21    Q.  Did you ever write any papers on
22 videotex terminal realizations prior to 1980?
23    A.  Yes, I did.
24    Q.  And when you wrote that paper, did
25 you do any survey of what terminal design

43 (Pages 166 to 169)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 262**

Page 170

1  architectures were being used for different
2  videotex systems prior to 1980?
3      A.   Yes, I did.
4      Q.   In the course of performing that
5  survey, did you learn anything about how Antiope
6  terminals were being used and designed?
7      A.   Yes, I studied the Antiope system
8  and I know how it was designed, and it was
9  described in my paper on comparative terminal
10  realizations that there are several techniques
11  for building terminals and some of them are
12  character based.
13      Q.   So are you certain that prior to
14  1980, Antiope videotex terminals were using cell
15  based display technology?
16      MR. MARINA: Objection. Lacks
17  foundation.
18      THE WITNESS:  Yes, I know that.
19  BY MR. BOYCE:
20      Q.   And the background for -- in the
21  Antiope system that's specified in the codes in
22  column 6 in Figure 7 of Exhibit 11...
23      A.   Hm-hmm.
24      Q.   -- those codes specify the
25  background for what?

Page 171

1      A.   The --
2      MR. MARINA: Objection. Lacks
3  foundation. Calls for speculation. Improper
4  expert testimony.
5      THE WITNESS:  From my experience studying
6  these in the time frame of 1980, I know that
7  these codes established the background as used in
8  the cell for the mosaic cell or the graphic cell.
9      And the graphic cell consisting of the
10  letter and the area around the letter.  In the
11  mosaic cell, it is the pattern and the inverse of
12  the pattern; that is, the areas that are not --
13  that -- other than -- the areas in the drawing of
14  mosaics that are alternate to the ones that are
15  considered foreground.
16  BY MR. BOYCE:
17      Q.   In the Telidon system... You have
18  knowledge of the Telidon system prior to 1980.
19  Right?
20      A.   Yes.
21      Q.   And why do you have knowledge of
22  it?
23      A.   Because I was a principal author of
24  it.
25      Q.   And do you know how background

Page 172

1  colors were defined in the Telidon system prior
2  to 1980?
3      MR. MARINA:  Object to the form.
4      THE WITNESS:  The Telidon system prior to
5  1980 included a bit plain memory, or frame buffer
6  if you wish, implementation technique in which
7  the background would be the sum of all previous
8  drawing at that location.
9      So that if I drew a rectangle, I would
10  have that rectangle.  If I drew a letter, it
11  would be over the top of the rectangle.  If I
12  then drew something else, it would be over the
13  top of what was previously drawn there.  It's an
14  accumulative background.
15  BY MR. BOYCE:
16      Q.   Referring back to this Antiope
17  document, Exhibit 11, section 5.1.  The last
18  sentence in the first paragraph says, "Figure 7
19  summarizes the current meaning of the code
20  following ESC."
21      The next paragraph says, "This type of
22  sequence sets the properties of all of the
23  characters which follow it up to {the} reception
24  of the following sequence or up to the end of the
25  row."  Do you see that?

Page 173

1      A.   Yes.
2      Q.   Do you have any knowledge of the
3  Antiope system as it actually operated prior to
4  1980 as to whether or not it operated
5  consistently with what's described here?
6      MR. MARINA:  Objection. Lacks
7  foundation.
8      THE WITNESS:  Yes, I studied the Antiope
9  system prior to 1980.  And as far as I understand
10  it, it's consistent with what is stated here.
11  BY MR. BOYCE:
12      Q.   Okay. This says...  In the
13  sentence, "This type of sequence sets the
14  properties," what does the "sequence" refer to?
15      MR. MARINA:  Objection. Lacks
16  foundation.
17      THE WITNESS:  This is -- they --
18      MR. MARINA:  He didn't write this
19  document.
20      THE WITNESS:  The process that was being
21  understood at the basis of S.100 which I
22  participated in writing, and which is understood
23  in the ISO standard, ISO 2022, which is the
24  standard for establishing escape sequences, this
25  is an example of a set of escape sequences,

44  (Pages 170 to 173)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 263

Page 174

1  meaning that following the code ESC, which is the
2  escape character, from the control part of the
3  code table, then after the escape character is
4  another code which has the meanings identified
5  here.
6      So it would be escape character; then it
7  would be one of these codes. So a two-character
8  code sequence to get -- to invoke one of these
9  control commands.
10 BY MR. BOYCE:
11     Q.   Now, is this code sequence
12 consistent with ISO 2022?
13     A.   Yes. This is the approach that is
14 defined in ISO 2022.
15     Q.   And did you work on the ISO 2022
16 standardization process?
17     A.   Yes, I did.
18     Q.   In the same sentence, what does
19 "properties" refer to?
20     MR. MARINA: Again, lacks foundation.
21 The witness did not write the document. Your
22 questions are things you interpret a document
23 he's not written is completely improper.
24     THE WITNESS: From my experience with the
25 Antiope system prior to 1980, the properties are

Page 175

1  the attribute values for such things as color,
2  whether that you have reverse background, whether
3  you have double height or double width
4  characters. These are the types of things
5  controlled by these properties, these attribute
6  values.
7  BY MR. BOYCE:
8      Q.   Now, where it says -- well, let's
9  just back up from the document.
10     A.   I think we're running out of tape.
11     MR. BOYCE: Okay. All right.
12     THE VIDEOGRAPHER: Two minutes.
13     MR. BOYCE: Two minutes?
14     THE VIDEOGRAPHER: Yup. If you want to
15 keep going, two minutes.
16 BY MR. BOYCE:
17     Q.   In accordance with your
18 understanding of the Antiope system prior to
19 1980, could you set a foreground color?
20     MR. MARINA: Objection. Lacks
21 foundation. Calls for a legal conclusion.
22     THE WITNESS: My experience with the
23 Antiope system prior to 1980, you could set a
24 foreground color.
25 BY MR. MARINA:

Page 176

1      Q.   Could you also set a background
2  color?
3      MR. MARINA: Lacks foundation. Calls for
4  speculation. Calls for a legal conclusion.
5      THE WITNESS: My experience with the
6  Antiope system prior to 1980, you could set a
7  background color.
8  BY MR. MARINA:
9      Q.   And after assuming you set the
10 background color and the foreground color in the
11 Antiope system, if you then invoke a code to draw
12 a character, what was the operation of the
13 Antiope system in accordance with your
14 understanding?
15     MR. MARINA: Objection. Lacks
16 foundation. Calls for speculation. Improper
17 expert testimony.
18     THE WITNESS: From my experience prior to
19 1980 of the Antiope system, the character code
20 that came would then be drawn in the foreground
21 color over a background of the background color.
22     MR. BOYCE: Okay.
23     THE VIDEOGRAPHER: Okay. The time is now
24 14 -- or 2:10. We are now going off the record.
25 -- Off the record.

Page 177

1      THE VIDEOGRAPHER: The time is now 2:11.
2  We are back on the record.
3  BY MR. BOYCE:
4      Q.   Based on the understanding of the
5  Antiope system that you garnered from speaking
6  with Mr. Marti and working on the S.100 standard
7  prior to 1980, did the Antiope system draw the
8  foreground color and background colors at the
9  same time when writing a single character?
10     MR. MARINA: Objection. Lacks
11 foundation. Calls for speculation. Improper
12 expert testimony.
13     THE WITNESS: From my experience with the
14 Antiope system prior to 1980, the Antiope system
15 would draw the character, both foreground and
16 background, at the same time.
17 BY MR. BOYCE:
18     Q.   Was that feature dictated by the
19 fact that the Antiope system used a cell based
20 display system?
21     MR. MARINA: Objection. Lacks
22 foundation. Improper expert testimony.
23     THE WITNESS: That -- my experience with
24 the Antiope system, that feature derives from the
25 fact that it is based on a cell based memory, but

45 (Pages 174 to 177)

Page 178

1   the feature could be simulated in a -- you know,
2   in a bit plain type implementation in a different
3   manner, resulting in the same result.
4   BY MR. BOYCE:
5        Q.   Could the -- prior to 1980, was the
6   Telidon system capable of operating to achieve
7   the same visual result as the Antiope system when
8   drawing a character in the foreground and -- in
9   the foreground and background colors?
10       MR. MARINA: Objection. Misstates the
11  testimony. He said it did not draw in the
12  background color. Misrepresenting the record,
13  sir.
14       THE WITNESS: Prior to 1980, the Telidon
15  system could produce the same visual result by
16  drawing first a background, such as a background
17  rectangle; and then following that, with a letter
18  which would build upon the background that was
19  continuously built up. So if the rectangle went
20  first, it would be behind the drawing of the
21  letter A.
22  BY MR. BOYCE:
23       Q.   Could the Telidon system draw a
24  rectangle of any size on the screen?
25       A.   Certainly. It could be any size on

Page 179

1   the screen.
2        Q.   And in the example you were just
3   talking about, you were talking about a rectangle
4   of how big?
5        A.   The -- if I was trying to simulate
6   the affect of the Antiope system on the Telidon
7   system, such as from transcoding data, I would
8   draw a rectangle the same size as the character
9   cell, and then draw the letter on top of that
10  rectangle.
11       That would be the effect which I would
12  have used in 1980 to produce a transcoding of the
13  Antiope type of information onto a Telidon type
14  display. And we did those experiments.
15       Q.   So let's say in the Telidon system,
16  you wanted a white screen, you want to write the
17  word "hello" in black, and then you want the
18  whole world "hello" to be highlighted in yellow,
19  just the letters.
20       A.   So if I --
21       MR. MARINA: Object to the form of the
22  question. It's not even a question.
23  BY MR. BOYCE:
24       Q.   Yeah, I haven't finished the
25  question, but. So that's a hypothetical. Is

Page 180

1   that -- first of all, is that something the
2   Telidon system could do?
3        A.   The Telidon system could produce a
4   screen that was all white with a set of letters
5   with yellow highlight behind the letters and some
6   color for the letters in the foreground.
7        The way that it would be done in the
8   Telidon system would be a command to set the
9   color to white, to create a rectangle the size of
10  the screen, draw that rectangle the size of the
11  screen, then set the color to yellow, draw a
12  rectangle the size that one wishes that would go
13  behind the text, then set the color to whatever
14  color we want to draw the text in, black maybe,
15  then move to the beginning of that location, that
16  box, and then start drawing the letters one at a
17  time and I would achieve that effect.
18       I could achieve that same effect in the
19  Antiope system, but I would first of all set
20  the -- I would set the screen to a default state
21  by one of the default establishment commands, FF
22  I believe was one of them, and then I would start
23  in the upper left corner and I would send out
24  space characters which are -- have no foreground,
25  just background, and fill that with white

Page 181

1   white -- set the white and then go white white
2   white white and fill in all the rows, until I got
3   to the place I wanted to do the text in yellow.
4        I would then set the foreground color to
5   black, the background color to yellow, and then I
6   would start writing text for the appropriate
7   number of letters. And then when I got to the
8   end of the line of text, I would shift back to
9   white for a background color and go space space
10  space space and I would fill the rest of the
11  screen.
12       I would have the same visual effect on
13  both systems but with a different way of
14  describing it in the codes.
15       Q.   The two different systems, Telidon
16  and Antiope, would use different commands and
17  codes to achieve the same effect that you just
18  described. Right?
19       A.   Yes.
20       MR. MARINA: Object to the form of the
21  question. Misrepresents the record. It's more
22  than that, sir.
23       THE WITNESS: The visual effect would be
24  the same is what I said at the end.
25  BY MR. BOYCE:

46  (Pages 178 to 181)

Page 182

1    Q.   In the Antiope system, was it
2 necessary to set the foreground color for every
3 character drawn?
4    MR. MARINA: Objection. Lacks
5 foundation.
6    THE WITNESS: From my experience prior to
7 1980, the Antiope system did not require setting
8 the foreground color for every character. The
9 foreground color would remain from one character
10 to the next until you changed it.
11 BY MR. BOYCE:
12    Q.   When you say, "from one character
13 to the next," can you -- what are you describing
14 exactly?
15    A.   If I was to write the words Marti,
16 I would write -- I would set the foreground
17 character to say white and the background to
18 black, and then I would go M, and it would have
19 white on black, A, and it would have white on
20 black, R, white on black, T, white on black, I,
21 white on black. So I would --
22    Q.   For the M, when you say, "white on
23 black," where's the white and where's the black
24 in the Antiope system?
25    A.   The white would be the foreground

Page 183

1 color and the black would be the background
2 color, because I set the foreground color to
3 white and the background color to black.
4    Q.   Are you talking about just for the
5 cell where the letter M was going to go?
6    A.   Just for the cell where the letter
7 M was going to go, and then that would carry on
8 to the next cell when I put forth the next
9 letter.
10    Q.   Was the Antiope system only capable
11 of drawing text or mosaics one cell at a time?
12    MR. MARINA: Objection. Lacks
13 foundation.
14    THE WITNESS: The Antiope system was
15 based on the mosaic concept, so it would draw one
16 cell at a time.
17 BY MR. MARINA:
18    Q.   And you said -- how did it proceed
19 to draw the cells? Did it always go left to
20 right?
21    MR. MARINA: Objection. Lacks
22 foundation.
23    THE WITNESS: From my experience with the
24 Antiope system prior to 1980, the Antiope system
25 would draw cells; by default, it would go left to

Page 184

1 right, but there was a possibility to go to the
2 next line by sending a next line command, there
3 was a possibility to go to anywhere on the screen
4 by sending one of the control codes, which is US,
5 a unit separator, and then followed by an X and
6 then a Y position, which would give you the row
7 and column so you could move anywhere on the
8 screen to put the appropriate text out.
9 BY MR. BOYCE:
10    Q.   So in the Antiope system, these
11 cells were arranged in some sort of row column
12 fashion? Is that correct?
13    A.   Yes, the cells were arranged in a
14 row column fashion of 40 rows across by 25 down.
15    Q.   And the system would write one cell
16 at a time in the foreground and background
17 specified.
18    MR. MARINA: Lacks foundation.
19    THE WITNESS: From my knowledge of the
20 Antiope system from prior to 1980, that's
21 correct, it would write one cell at a time.
22 BY MR. BOYCE:
23    Q.   And in the Antiope system, was it
24 necessary, after setting the foreground color and
25 the background color, if the system is writing

Page 185

1 the cells across a row, is it necessary to reset
2 the foreground and background colors every time
3 you write a cell?
4    MR. MARINA: Objection. Lacks
5 foundation.
6    THE WITNESS: From my experience in the
7 Antiope system, it is not necessary to reset the
8 foreground and background color. The foreground
9 becomes the in-use foreground, and the background
10 becomes the in-use background color, and it is
11 carried from one alpha character to the next or
12 one mosaic character to the next.
13 BY MR. BOYCE:
14    Q.   And is actually above the
15 foreground and the background colors for the
16 cells in the Antiope system?
17    A.   That is true.
18    MR. MARINA: Objection. Lacks
19 foundation.
20 BY MR. BOYCE:
21    Q.   And was that true prior to 1980?
22    MR. MARINA: Lacks foundation.
23    THE WITNESS: Prior to 1980, that is
24 true.
25 BY MR. BOYCE:

47 (Pages 182 to 185)

Page 186

1      Q.   I want to make sure that you're not
2  garnering this information from documents you're
3  reading that you might not have read prior to
4  1980.
5      Are you certain that what you're talking
6  about you had independent knowledge of in your
7  mind prior to 1980?
8      MR. MARINA:  Objection.  Calls for
9  speculation.
10     THE WITNESS:  Prior to 1980, I carefully
11 studied the Antiope system, because the Antiope
12 system was an important component of the S.100
13 document and I was participating in the
14 establishment of the S.100 as an international
15 standard.
16     So I had to learn the -- how the S.100 --
17 all the components of S.100 operated, including
18 how the Antiope system operated, how the Prestel
19 system operated, how the Telidon system, which I
20 obviously knew, operated.
21 BY MR. BOYCE:
22     Q.   This Antiope specification, Exhibit
23 11, does this place any constraints on -- let me
24 back up.
25     You said you studied videotex terminal

Page 187

1  design prior to 1980.  Correct?
2      A.   Yes, I said that.
3      Q.   And what do you know about Antiope
4  videotex terminal design prior to 1980?
5      A.   Prior to 1980, I knew that the
6  Antiope used a character cell technique for the
7  implementation of their terminal.
8      MR. MARINA:  Could I have that read back,
9  please?
10     (The record was read back by the reporter.)
11 BY MR. BOYCE:
12     Q.   What else do you know about Antiope
13 videotex terminals as they were designed and used
14 prior to 1980?
15     MR. MARINA:  Object to the form.  Vague.
16     THE WITNESS:  I know that the major
17 design constraint that the Antiope terminal and
18 the Prestel terminal had was memory.  Memory was
19 also a design constraint in the Telidon system.
20 The more memory that's included in a terminal,
21 the more cost for memory.  Memory was one of the
22 most expensive components.
23     And when the British system was first
24 designed, they chose to use one kilobyte of
25 memory, which is just about the minimum you can

Page 188

1  use because it's nearly 1,000 character positions
2  on the screen.  So one kilobyte is close to the
3  minimum you can use.
4      The French system used 2 kilobytes of
5  memory, allowing the storage of the attributes in
6  parallel.  This is why they are called the
7  difference between a serial attribute and a
8  parallel attribute mode.
9      The Telidon system used a bit plain
10 memory.  And we use, at our minimum
11 implementation, 27 kilobytes of memory; obviously
12 a lot more.
13     The idea was that memory would become
14 cheaper very fast, and we expected that soon
15 after 1980, the technical advantages of a
16 geometric approach would far surpass the
17 limitations in the mosaic approach, and that the
18 cost disadvantage of having that much memory
19 would be very small.
20     But we -- although we knew how to build
21 higher and more functional systems, we chose for
22 our field trial implementations to keep the costs
23 as low as possible so that we had a minimum -- a
24 very minimum implementation.  Because 27 K of
25 memory was a lot of additional cost that we

Page 189

1  didn't want to -- well, we didn't want other
2  costs.
3  BY MR. BOYCE:
4      Q.   Do you know if the Antiope design
5  philosophy as you understood it prior to 1980
6  placed any constraints on how to -- how one would
7  implement a videotex terminal for Antiope?
8      MR. MARINA:  Objection.  Lacks
9  foundation.  Calls for speculation.  Vague.
10     THE WITNESS:  Okay.  The Antiope design
11 philosophy, to my understanding prior to 1980,
12 inherently created the constraint to a character
13 cell structure.
14     So the Antiope system implemented well on
15 a character generator based implementation
16 technology, but the display of characters were
17 constrained to fit the character positions 40
18 characters across a row and 25 rows.
19 BY MR. BOYCE:
20     Q.   Did the Antiope system impose any
21 design constraints that would dictate whether or
22 not a videotex terminal compatible with Antiope
23 would use a color map?
24     MR. MARINA:  Objection.  Lacks
25 foundation.  Leading.  Calls for expert

48  (Pages 186 to 189)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 267**

Page 190

1  testimony.
2      THE WITNESS: The -- from my knowledge of
3  the Antiope system prior to 1980, the Antiope
4  system included certain control commands, such as
5  the command conceal, reveal, such as some of the
6  attribution, which means that you are mapping
7  more than 3 bits in and 3 bits out.
8      If you are changing anything, and this is
9  also true of the British system where there
10  clearly was a conceal/reveal from the very
11  beginning, where you have a need to map from the
12  number of attributes, including color attributes
13  to the final output, that mapping is effectively
14  a color map.
15     It may be a fixed color map, but if you
16  do this conceal/reveal option, it is a minor but
17  still programmable step in the color map, because
18  you are changing a color to do the reveal.
19     So yes, there was a color map implicit in
20  the design, although it was of -- it was
21  primarily fixed and it was not used for some of
22  the more functional things that Mr. Foley talked
23  about, such as pseudo-coloring and the like, but
24  it still is implicitly there.
25     (Whereupon the below-mentioned

Page 191

1      document was marked for identification
2      as Exhibit No. 12.)
3  BY MR. BOYCE:
4      Q.   Mr. O'Brien, the document Exhibit
5  12 placed before you is marked GW-LT 437609
6  through 618.
7      Have you ever seen this document before?
8      A.   Yes, I've seen this document in...
9  It was presented at the Chicago spring conference
10  in 1980, and I attended that conference. I also
11  met Mr. Crowther on numerous occasions.
12     Q.   And who is Mr. Crowther?
13     A.   Mr. Gerald Crowther is -- well, at
14  the time this was written, it says, "Mullard
15  Limited." Mullard is a subsidiary of Phillips.
16     Q.   And Mr. Crowther worked at Mullard
17  Limited?
18     A.   Yes.
19     Q.   And did you have occasion to meet
20  him in 1980?
21     A.   Yes, I visited him in his facility
22  in southeast of London in 1980.
23     Q.   Was that before or after the
24  Chicago spring conference?
25     A.   That would be just after the -- I

Page 192

1  was attending a conference in Brighton called
2  Computer Graphics '80, where I gave a paper; and
3  then I went to visit him in his facility just
4  after that. So it would be after the Chicago
5  spring conference.
6      Q.   Did you ever meet Mr. Crowther
7  prior to 1980?
8      A.   Yes, Mr. Crowther was a member of
9  the British delegation to the CCITT group that
10  was developing S.100.
11     Q.   And did you -- is that the context
12  in which you first met Mr. Crowther?
13     A.   That's the context in which I first
14  met Mr. Crowther, yes.
15     Q.   And so do you remember this paper
16  from the 1980 spring conference?
17     A.   Yes, I do.
18     Q.   The title is "Dynamically
19  Redefinable Character Sets." And just stepping
20  away from the document for a minute, is that a
21  term that you heard prior to publication of this
22  paper?
23     A.   Yes, that is. That's a technique
24  that was discussed for improving the resolution
25  of mosaic systems. Dynamically redefinable

Page 193

1  character sets would allow one to redefine the
2  shapes of the characters so that I could -- well,
3  first of all, if I wanted to load in another
4  alphabet, I could load for example the Greek
5  alphabet in and therefore I would dynamically
6  download a -- the Greek alphabet.
7      If I dynamically downloaded other shapes
8  other than the 2 by 3 tiles which are in the
9  mosaic shapes, I could produce some very nice
10  little angles and the like which could be used to
11  improve the graphics.
12     So one could end up with much better
13  looking graphics than just the blockiness of the
14  original mosaics.
15     Q.   Do you know who originally
16  developed the DRCS concept?
17     MR. MARINA: Objection. Lacks
18  foundation. Calls for speculation.
19     THE WITNESS: I'm not sure where the
20  original idea came from, whether it was from the
21  British Prestel system or the French Antiope
22  system or whether it came out of the German
23  Belgium text work, but it was well talked about
24  by the alpha mosaic people as a technique to
25  improve their graphics.

49  (Pages 190 to 193)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 268

Page 194

```
1   BY MR. BOYCE:
2       Q.   Was it mostly the alpha mosaic --
3   the proponents of alpha mosaic systems who were
4   trying to advance this DRCS concept?
5       A.   Yes, it was mostly the proponents.
6   My position in 1980 was that DRCS, although a
7   valid technique, increased the cost of the
8   creation of the pages because one would have to
9   come up with these special alphabets to get the
10  special shapes at the time of creating pages, and
11  this meant that there would be additional
12  information provider costs.
13      And we wanted to reduce the overall cost
14  of the entire system, including the cost to the
15  provider, information provider.  So I felt that
16  this technique increased the cost at the side of
17  the information provider, but it might be useful
18  for including other languages like the Greek
19  alphabet.
20      Q.   If you could turn to the page that
21  ends in 612?  Under 3.1, "Color Mode," can you
22  read that first paragraph?
23      A.   In "Color Mode"?  "In the above
24  description the character matrix is assumed to be
25  divided into the foreground {and} background.
```

Page 195

```
1   Each of these areas can be given one of the eight
2   colors of the basic system."  Continue to read?
3       Q.   No, stop there.  Is that consistent
4   with your understanding of alpha mosaic systems?
5       A.   That is consistent with my
6   understanding of alpha mosaic systems, yes.
7       Q.   Where it says, "one of the eight
8   colors of the basic system," what is that
9   referring to?
10      MR. BOYCE:  Objection.  Lacks foundation.
11  Calls for speculation.  He didn't write the
12  document.
13      THE WITNESS:  My understanding in the
14  area of 1980 was that the basic system for the
15  Prestel system would be the original Prestel
16  specification from I believe it is 1975 or 1976.
17  BY MR. BOYCE:
18      Q.   And what would have -- what told
19  you that in that time frame?  How did you know
20  that?
21      A.   I know that there was an original
22  Prestel specification that was being implemented
23  widely in the U.K. and also in certain nations
24  like Germany and I believe Austria, Switzerland,
25  Sweden.
```

Page 196

```
1       Q.   Were there any other alpha mosaic
2   systems in 1980 that had eight colors?
3       A.   The French --
4       MR. MARINA:  Objection.  Assumes facts
5   not in evidence.
6       THE WITNESS:  My knowledge prior to 1980
7   is that the French Antiope system also had eight
8   colors; six colors plus black and white.
9   BY MR. BOYCE:
10      Q.   And in the last paragraph, the
11  third sentence begins, "In its simplest form the
12  four bits can be used to define one of the eight
13  basic colours and two levels of intensity."
14      A.   Which paragraph is this?  I'm
15  sorry.
16      Q.   Last paragraph that appears on page
17  612.
18      A.   Okay.  "In its simplest form the
19  four bits can be used to define one of the eight
20  basic colours and two levels of intensity.
21  However, {it's} felt that by a simple extension
22  of the system the four bits could be employed to
23  define up to sixteen adaptively defined colours."
24      Q.   Could these 4 bits be referring to
25  the 4 bits in the Antiope system that we saw in
```

Page 197

```
1   Figure 7 of Exhibit 11?
2       MR. MARINA:  Objection.  Lacks
3   foundation.  This isn't talking about the Antiope
4   system.
5       THE WITNESS:  The four bits --
6       MR. MARINA:  Calls for speculation as
7   well.
8       THE WITNESS:  The four bits that are
9   described, from my experience in S.100, the
10  control to described foreground and background
11  would -- which was in large part common between
12  the Antiope system and the Prestel system, the
13  alpha mosaic serial and the alpha mosaic parallel
14  approach, that the foreground and background
15  color, that these four bits would apply to both,
16  but this is from knowledge of S.100, not this
17  document.
18  BY MR. BOYCE:
19      Q.   Could you read the first paragraph
20  of the page that follows?
21      A.   "To achieve the adaptive colors it
22  is proposed to transmit codes as part of the
23  D.R.C.S. data defining the colours to be employed
24  in the particular picture.  The 16 colours would
25  be chosen from a larger colour chart.  The
```

50  (Pages 194 to 197)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 269

Page 198

1  colours would be coded simply by allocating
2  either 4 levels (2 bits) or 16 levels (4 bits) of
3  intensity for each of the primary colours. These
4  codes of the ... pre-defined colours would be
5  stored in {a} memory as shown in Figure 4."
6      And it shows an adaptive color mode, a
7  memory, which is indexed by a 1 to 16 decoder,
8  carrying two or four bits of red, green and blue
9  out to digital-to-analog convertors for red to
10  green and blue.
11      Q.   Does Figure 4 show a color map as
12  you understood that concept in 1980?
13      A.   This --
14      MR. MARINA:  Objection.  Lacks
15  foundation.  Calls for speculation.
16      THE WITNESS:  As my understanding of a
17  color map in 1980, this is an example of a color
18  map.  A programmable color map, because he
19  mentions that you can actually load it.
20  BY MR. BOYCE:
21      Q.   Now, do you -- you remember seeing
22  this paper in 1980.  Am I right?
23      A.   Yes.  I attended this conference.
24      Q.   Do you remember whether or not this
25  paper received any particular attention at that

Page 199

1  conference?
2      MR. MARINA:  Objection.  Calls for
3  complete speculation.
4      THE WITNESS:  I know that the paper was
5  part of the conference.  I don't know who else
6  read the paper.  I certainly read it.
7  BY MR. BOYCE:
8      Q.   Did you consider the paper to be
9  noteworthy in any way?
10      A.   I considered the paper to be
11  noteworthy, yes.
12      Q.   Why?
13      A.   Because the introduction of
14  dynamically redefinable character sets was --
15  first of all, it was in some respects a challenge
16  to the development that we were doing in Telidon;
17  that is in Telidon, we had significantly better
18  graphics, and we had a low cost for creating the
19  pictures because they could be drawn by
20  geometric.
21      But here was a competing technology
22  coming up improving their graphics.  So I
23  definitely had an interest in reading it.  And it
24  would be of interest to anyone involved in the
25  alpha geometric work to be concerned about

Page 200

1  whether the alpha mosaic technique was improving
2  and narrowing the performance gap.
3      But it also included a color map; color
4  map which we had mentioned definitely in the 699
5  spec but deliberately did not include because we
6  were trying to lower the cost, lower the cost by
7  not including a programmable color map or color
8  look-up table or color reference table, whichever
9  we want to call it.
10      We had a fixed one built into the
11  terminals for the Telidon field trial based on
12  699, we had this fixed one because we did need a
13  map, the four bits to the output colors, but we
14  deliberately did not include the extra read
15  writable memory in order to be able to program
16  it.
17      Now, we saw here that this was now
18  becoming an idea that the British system might
19  start to introduce, and therefore, it was of more
20  interest to us to look at beyond our field trials
21  what we were going to do.  We knew the
22  technology, but it's a matter of trade offs of
23  cost as well.
24      Q.   You mentioned a "performance gap."
25  What were you referring to there?

Page 201

1      A.   The performance difference between
2  the British system and the French system and the
3  Canadian system was that the Canadian system had
4  more memory and therefore cost more, but it also
5  had much better graphics drawing capabilities, so
6  you could actually put up a picture; very
7  important, we could put up a picture of
8  advertising.
9      Because we did not expect that in North
10  America, it would operate the same as it did in
11  Europe.  Europe, these systems were run by the
12  post and telecom agencies of the governments.
13      But in a more commercial oriented
14  society, such as Canada and the U.S., governments
15  were not going to subsidize putting the terminals
16  in people's homes.  It had to be paid for by
17  something that would bring costs back to the
18  providers.  Advertising is one of those
19  possibilities.
20      So we felt that graphics was an important
21  aspect right from the beginning to allow company
22  logos or other things to be put onto information
23  pages so that we could have some advertising and
24  therefore pay for the system.
25      Q.   And again I want to go back to this

51  (Pages 198 to 201)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 270**

Page 202

1    "performance gap." I think you explained part of
2    it, but what was the gap? Between what and what?
3         MR. MARINA: Object to the form. Vague.
4         THE WITNESS: The gap as I perceived it
5    in 1980 was that the system that we had as
6    Telidon had an improved -- had a better
7    capability for drawing graphics, and it had a
8    better capability for the information provider to
9    actually create the pages in the first place.
10        But we knew that the systems in the U.K.,
11   which used 1 K of memory, and the system in
12   France, which used 2 K of memory, had a cost
13   advantage because they were using less memory.
14        And we also had the fact that there was
15   now a proposal to bring in additional
16   capabilities; a capability to handle additional
17   character sets, thereby increasing the market.
18   So you could address, for example, Greek,
19   Russian, et cetera, and capability to improve the
20   graphics in the European systems.
21        So that meant that even though it would
22   take a long time to create some of these
23   advertising logos, you might get them good enough
24   that an advertiser might accept them.
25        And that they were now talking about

Page 203

1    improving the color. We right from the beginning
2    in the Telidon system had the capability of
3    defining multiple colors. We could define more
4    than eight colors. The color set value command
5    allows you to have any arbitration number of bits
6    of red, green and blue. So I could define a
7    brown. And it would go on a field trial, 699
8    terminal. It would -- the brown would truncate
9    to the closest color; that is by bit truncation,
10   you just look at the first bits and the rest
11   disappear and you land on the closest color.
12   This is an algorithm that is well known, is
13   described by Foley in the computer graphics
14   standards.
15        So we go to the closest color, but we
16   could always define additional colors. And my
17   intent in defining the direct mode specification
18   of these colors was that I wanted to emphasize
19   the use of direct mode.
20        Indirect mode is quite possible, but the
21   direct mode means that if I define the colors
22   every time I use them and not just refer to them,
23   what happens is when I truncate, I can create
24   these better pictures of higher resolution and
25   more color, and they will gracefully default back

Page 204

1    to the lower resolution or fewer color images so
2    that we could have a variety of terminals at
3    different costs out in the marketplace; not
4    initially in the field trials but later.
5         Q.   Now, while you were developing
6    Telidon and attending the various conferences and
7    standards organizations in the 1980 time frame,
8    were you a proponent of the direct color
9    specification techniques for videotex?
10        A.   Yes, I was a proponent of the
11   direct color technique. I felt that the direct
12   color technique was important to provide this
13   capability of being separate from the -- to
14   separate the information content from the
15   hardware so that one could have a graceful
16   fallback from different levels of color
17   rendition.
18        So I could specify a brown and fall back
19   to a red if it was a reddish brown by truncating
20   bits. This technique allowed one to have cheat
21   terminals to start with and that they would get
22   better over time.
23        By the way, it's the same approach as is
24   going on right now for the introduction of high
25   definition television with the different levels

Page 205

1    of high definition television. It's a necessary
2    way.
3         So this independence of the information
4    from the hardware realization was what I was a
5    proponent of, and direct color best suited that.
6    I knew how to do indirect color. Obviously it
7    was well known by the computer graphics
8    community. In fact, I believe the computer
9    graphics community did that first. But -- before
10   they started doing direct color. But I felt that
11   that would get one tied up in the number of
12   indices; and as you change the size of the color
13   map, then you'd have difficulties moving to
14   better performance terminals.
15        Q.   Outside of the developers of
16   Telidon, were there any other proponents of the
17   direct color specification technique in the
18   videotex community in the 1980 time frame?
19        A.   The Prestel and the Antiope systems
20   wanted to use a code to index into their colors.
21   So they were indirect. They did not have the
22   concept of separating the information as it is
23   the information provided from the terminal
24   rendition that if you implemented a better
25   terminal, you'd need new pages of information.

52  (Pages 202 to 205)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 271

## Page 206

1     And we felt that the actual cost was more
2  in the pages than it was going to be in the
3  equipment. The equipment would improve over
4  time.
5     Q.  I think you said earlier that you
6  participated in the development of some kind of a
7  North American videotex standard? Is that
8  correct?
9     A.  Yes, I was very active in the
10 establishment of the North American presentation
11 level protocol syntax standard, NAPLPS, ANSI
12 X3.110, Canadian number T500. It was a joint
13 standard between Canada and the U.S.
14    Q.  What was the first -- I don't know.
15 You might have mentioned a few different
16 standards there.
17    A.  Those are all the numbers from both
18 sides for the one standard, the NAPLPS standard.
19    Q.  The NAPLPS standard we can refer to
20 all of what you just referred to?
21    A.  All of what I referred were
22 official numbers both in Canada and the U.S., but
23 we can call it the NAPLPS standard.
24    Q.  Who participated in the development
25 of the NAPLP standard?

## Page 207

1     A.  It was members of the U.S. ANSI
2  X3.L2 committee, which is their committee on
3  character set and coding actually, under which
4  the -- this came.
5     The Canadian committee on -- Canadian
6  videotex consultive committee was the name of the
7  committee. So we had a committee under the
8  Canadian Standards Association and a committee
9  under the American National Standards Institute,
10 producing a -- you know, the word joint is
11 tricky. It's because it's a dual standard. It's
12 a national standard in both countries adopted by
13 both countries.
14    There's a list in the printed document of
15 NAPLPS of the participants who were members of
16 that. So I remember that list.
17    Q.  Now, AT&T had some kind of a
18 presentation level protocol as well?
19    A.  AT&T had a document presentation
20 level protocol, which they produced. We have a
21 copy of it at one of these documents.
22    Q.  Was there a relationship between
23 that document and the NAPLP standard?
24    A.  AT&T proposed that as the basis for
25 the development of the NAPLP standard. There

## Page 208

1  were changes by the time it became a North
2  American standard, but it was the base document.
3     The base document as submitted by Canada
4  to the Canadian Standards Association was a
5  document Technical Note 709, which technically
6  was crafted to be compliant with the AT&T
7  presentation level protocol standard, but also
8  was crafted to be backward compliant with the
9  Telidon 699 standard. So it included a little
10 bit more than the PLP in that it provided this
11 backward compatibility.
12    Q.  Now, do you remember the date that
13 AT&T released its presentation level protocol?
14    A.  They released the presentation
15 level protocol standard at the Videotex '81
16 conference that occurred in Toronto. The
17 document was released on the first day of the
18 conference. So yes, it was May '81. I believe
19 this is a date on a number of these documents.
20    Q.  Was the development of the NAPLP
21 standard already underway before AT&T released
22 its PLP specification?
23    A.  No, it was not.
24    Q.  No, it was not. Did you have any
25 communications with anyone at AT&T Bell Labs

## Page 209

1  prior to the release of the PLP specification?
2     A.  Yes.
3     Q.  Who did you talk to?
4     A.  I talked to Sam Berkman, who was
5  the manager -- well, this is at AT&T. I talked
6  to Joe Wetherington, who was the -- under Sam
7  Berkman, who was also a senior manager.
8     I've spoken to Mr. Frezza, Mr. Soloway,
9  Mr. Fleming. I also talked to a Mr. Bill Ninke
10 at Bell Labs.
11    Q.  What was the occasion for these
12 meetings?
13    A.  The occasion for the meetings, and
14 there were several of them, was to ensure
15 compatibility between the AT&T approach and the
16 Telidon approach.
17    Q.  The AT&T approach you're talking
18 about right now is PLP, not NAPLPS?
19    A.  PLP. But before PLP came out,
20 AT&T, in the writing of PLP, obviously from the
21 look of the document you can tell, but I have
22 personal experience that they relied heavily on
23 the Telidon specification.
24    Q.  Now, when was the first time you
25 met any of the individuals from AT&T Bell Labs

Page 210

1 that you just mentioned?
2      A.   I believe I met Mr. Wetherington in
3 1978 at the CCITT meetings to establish the S.100
4 document.  So they were participating from the
5 very beginning in CCITT in preparing the S.100
6 documents.
7      Q.   When was the first time you
8 discussed with anybody at AT&T Bell Labs the idea
9 of some kind of a videotex system outside of
10 S.100?
11      A.   We were negotiating with them from
12 I think late 1979, early 1980, to try and
13 determine how we could come up with a joint
14 approach.
15      We had obviously already had discussions
16 with France on -- there was a formal memorandum
17 of understanding with the French to try and
18 produce an approach.  The British felt that they
19 were winning the game because they started out
20 with the lowest cost terminals, but they were
21 uncooperative with anybody else.
22      The French began being very cooperative
23 with the Canadian approach, and later ended up
24 joining forces with the British to try and
25 develop a harmonized European approach because --

Page 211

1 well, quite frankly, the American market is the
2 biggest market, and if it is -- if AT&T was going
3 to do something, whatever AT&T did, if AT&T
4 moved, then everybody wanted to be compliant with
5 them.
6      So AT&T's sheer market size had
7 influence.  So we wanted to be compatible with
8 AT&T if we could.  And at first, AT&T was looking
9 at a mosaic approach - I know that from personal
10 communications with Mr. Wetherington - and then
11 they began looking at the Telidon approach.  But
12 they wanted to give it their own flavor.
13      Q.   So does that lead you to
14 discussions -- in the first discussions with
15 engineers at AT&T Bell Labs about what you called
16 a joint approach?
17      A.   That led us to those discussions,
18 yes.
19      Q.   And what was your understanding
20 from the beginning as to what this joint approach
21 would -- might -- or what it might entail?
22      A.   The -- my understanding from the
23 beginning was that the joint approach would
24 entail modifications to what was in the Canadian
25 699 field trial specification to provide other

Page 212

1 capabilities that as time went on, we felt -- we,
2 because we both discussed, would be more
3 appropriate for more advanced Videotex systems.
4      Also remembering that the 699 document
5 was composed in the late '70s, and we're now into
6 '81, and the cost of memory was decreasing
7 rapidly so we could afford to add a little more
8 to the capability.
9      The issue is what is the target date for
10 hitting market.  And if the target date was 1985
11 to have cost effective terminals, then the price
12 of memory was significantly lower.  If the target
13 date was 1978, then the price of memory was
14 significantly higher.
15      So yes, we had discussions with AT&T, and
16 their representatives were up here in Canada as
17 well as we went down and visited them.
18      Q.   And you referred to 699.  Is --
19 were you referring to the same thing that is
20 Exhibit 5 that was introduced earlier?
21      A.   I was referring to the same thing
22 as Exhibit... Exhibit 5, yes.
23      Q.   Who wrote this document, Exhibit 5?
24      A.   Exhibit 5 was primarily written by
25 me, with some inputs from Mr. Sawchuk and

Page 213

1 Mr. Storey, and Mr. Bown was the manager.
2      Q.   Who received copies of this
3 document?
4      A.   This document was --
5      MR. MARINA:  Object to the form.  Calls
6 for speculation.
7      THE WITNESS:  This document was
8 distributed to the Canadian videotex consultive
9 committee members.  That means it was opened to
10 all industry in Canada, and we gave this document
11 away openly.
12      It was also -- technical notes are
13 considered a publication of the research center,
14 so they're available on demand from the research
15 center and they're sent to many libraries.  So it
16 is in effect published by the research labs.
17      Q.   Do you know if anybody at AT&T Bell
18 Labs got a copy of this document?
19      MR. MARINA:  Objection.  Calls for
20 speculation.
21      THE WITNESS:  In my discussions with the
22 people at AT&T, they talked about this document.
23 So they would have had a copy if they talked
24 about it.
25      However, also the contents of this

54  (Pages 210 to 213)

Exhibit 07
Page 273

Page 214

1  document were contributed to the CCITT in a
2  number of contributions. Not the document
3  itself, but the contents of it. So you see in
4  S.100 the alpha geometric approach, which
5  contains the technical content of this document.
6       MR. MARINA: Take a break at some point?
7       MR. BOYCE: Sure. We can take a break
8  now.
9       THE VIDEOGRAPHER: The time is now 3:06.
10 We are going off the record.
11 -- Off the record.
12      THE VIDEOGRAPHER: The time is now 3:13.
13 We are now back on the record.
14 BY MR. BOYCE:
15      Q.   Mr. O'Brien, what was the color
16 specification technique that was preferred for
17 use with Telidon?
18      A.   Telidon preferred the use of a
19 direct color technique.
20      Q.   In the 699 document, did you also
21 mention the possibility of using an indirect
22 color technique?
23      MR. MARINA: Objection. Misstates the
24 document.
25      THE WITNESS: In the... Yeah, the

Page 215

1  document's falling apart.
2  BY MR. BOYCE:
3       Q.   Let me direct you to the page that
4  ends in 823?
5       MR. MARINA: You need a clip to put that
6  all together.
7       THE WITNESS: Ah. Thank you very much.
8  823.
9  BY MR. BOYCE:
10      Q.   There's a reference there to
11 "colour reference tables." Is that right?
12      A.   That's right, the second paragraph,
13 "facility bit ...2 is reserved for possible
14 future use with colour reference tables."
15      Q.   Was this document used to -- in a
16 field trial of some sort?
17      A.   Yeah, this was used in a number of
18 field trials and also later in some commercial
19 systems.
20      Q.   What were the first field trials?
21      A.   There was a field trial in Elie,
22 Manitoba. There was a field trial by TV Ontario.
23 There was a field trial in Quebec. There was at
24 least 20 small field trials and a couple of
25 larger ones.

Page 216

1       Q.   And what time frame were those?
2       A.   They would be in the area late 1979
3  throughout '80, beginning of 1981. Some of the
4  field trials carried on beyond 1981.
5       Q.   When was this document, 699-E,
6  released?
7       MR. MARINA: Assumes facts not in
8  evidence. Calls for speculation.
9       THE WITNESS: The document -- document
10 699-E was released in November 1979. It was...
11 BY MR. BOYCE:
12      Q.   And was --
13      A.   It was also made available to the
14 Canadian videotex consultive committee in draft
15 form earlier than that. So the industry was
16 quite aware of what was coming, but this was the
17 field trial specification.
18      Q.   Does the Communications Research
19 Centre have a library?
20      A.   Yes, it does.
21      Q.   And is this document found in that
22 library?
23      A.   Yes, it --
24      MR. MARINA: Objection. Calls for
25 speculation.

Page 217

1       THE WITNESS: This document, from the
2  policy I understand at the time in 1980, that
3  this document, as would all CRC technical notes,
4  would be available from the library of the
5  Communication Research Centre.
6  BY MR. BOYCE:
7       Q.   Do you know if it's still available
8  there today?
9       A.   I understand it to be it's still
10 available there today.
11      Q.   So the field trials you were
12 talking about, those are, you said the end of
13 1979. This document has a date November of 1979.
14      A.   So some of the field trials would
15 have been planned to start when the drafts came
16 out.
17      Q.   Now, the early field trials, did
18 they implement this function or feature that's
19 described on -- at page 823 that refers to the
20 color reference tables?
21      MR. MARINA: Objection. Lacks
22 foundation.
23      THE WITNESS: The early field trials from
24 my experience in the Department of Communication
25 to try and get the principle of alpha geometric

55  (Pages 214 to 217)

Page 218

1  videotex available and tested so that we could
2  have the graphics.
3       So we deliberately did not have
4  programmable look-up tables; we had a fixed read
5  only memory look-up table in the first terminals.
6  And so this bit was not used in the initial field
7  trials.
8  BY MR. BOYCE:
9       Q.   Now, in these -- in the initial
10 field trials, you were talking about a videotex
11 terminal using a color map?
12      A.   In --
13      MR. MARINA:  Object.  Misstates his
14 testimony.  No foundation.
15 BY MR. BOYCE:
16      Q.   Well, correct me if I'm wrong.
17      A.   In the Telidon field trials of 1979
18 to 1981, the use of the color reference table,
19 the programmable color reference table, those
20 field trials based on 699-E did not use the
21 programmable color reference table.
22      Q.   They used a fixed look-up table?
23      A.   They used a fixed look-up table.
24      Q.   Okay.  Was that fixed look-up table
25 in the early Telidon field trials used in

Page 219

1  accordance with a direct color specification
2  method?
3       A.   Yes, with a direct color
4  specification method.
5       Q.   And how did that work?
6       A.   That would work by, if I was to
7  draw a blue rectangle on a white background, I
8  would first of all, after clearing the screen of
9  whatever -- from a fresh start, I would send a
10 command to make the current in-use color white.
11      Then I would send a command to draw a
12 rectangle the size of the screen.  Then I would
13 send a command to make the current in-use color,
14 I think I said blue?  And then I would send a
15 command to draw a blue rectangle.
16      So I would end up with the two direct
17 color commands, one being to go to white and one
18 being to go to blue.  However, if I had chosen to
19 go to navy blue by specifying a whole lot of
20 extra bits, that would equally well work on the
21 field trial terminals.  They would simply
22 truncate all those bits and go to the closest
23 color, which would have been the primary blue.
24      And if I had a terminal that had more
25 bits of resolution, such as experimental

Page 220

1  terminals in the laboratory, then I would be able
2  to see those other shades.
3       And we had some of these experimental
4  terminals.  Actually, we used the Norpak raster
5  graphics processor RPG 5000 as one of the bases
6  for building one of the experimental terminals in
7  the laboratory.
8       Q.   And prior to 1980, did you ever
9  contemplate using a color map in the video -- in
10 the Telidon videotex system in an indirect color
11 specification technique?
12      MR. MARINA:  Objection.  Lacks
13 foundation.  Calls for speculation.
14      THE WITNESS:  As I had indicated, the
15 reason that we used direct color was to have
16 compatibility with different resolutions, color
17 resolutions.  So I wanted to encourage the use of
18 direct color as much as possible.
19      However, I fully recognized that using
20 manipulations of a color map are not only
21 possible, but they provide desirable effects, and
22 that this is possible.  We had equipment such as
23 the Norpak RGP 5000, which is a competitor to the
24 Ramtek, that had such equipment in it.
25      The capability is certainly there in

Page 221

1  concept, but we did not build it into the field
2  trial terminals to reduce the cost of the field
3  trial terminals.
4  BY MR. BOYCE:
5       Q.   Are you saying you didn't build in
6  a programmable color map?
7       A.   A programmable color map.  There
8  was a fixed color map.  There had to be a color
9  map because there were four bits.  And then we
10 were going out to red green blue having not just
11 the primary six colors - red, green, blue,
12 magenta, cyan and yellow - plus black and white,
13 we also had shades of grey.
14      And once you have half intensities of
15 anything, all of a sudden you require
16 digital-to-analog convertors, so you must have
17 some intermediate values and therefore we had
18 four bits mapping to all of these color values.
19 So we had a color map by necessity, but it was a
20 fixed one in the field trial.
21      Q.   Now, this technical note 699-E,
22 does it impose any design constraints requiring
23 the use of a cell based alpha mosaic display
24 system?
25      MR. MARINA:  Object to the form.  Vague.

56  (Pages 218 to 221)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 275**

Page 222

1  Document speaks for itself. Improper expert
2  testimony.
3      THE WITNESS: The... From my direct
4  knowledge at the time writing this document, the
5  design is not constrained to a cell based
6  implementation technique.
7      It is in a very -- it is possible to use
8  a cell based technique to implement this, but you
9  get very poor results. Most of the attributes
10  disappear. But the intended implementation
11  technique was a bit plain memory implementation
12  technique.
13  BY MR. BOYCE:
14      Q.  Now, prior to 1980, could Telidon
15  terminals, and by that I mean a terminal that's
16  made to decode and display Telidon information,
17  could such terminals also decode and display
18  Antiope information?
19      MR. MARINA: Can I have the question read
20  back, please?
21  (The record was read back by the reporter.)
22      THE WITNESS: A Telidon terminal, prior
23  to 1980, would not be able to receive and decode
24  Antiope information.
25  BY MR. BOYCE:

Page 223

1      Q.  How about the reverse: Prior to
2  1980, could the Antiope terminals decode and
3  display Telidon information?
4      A.  Also the reverse would not work.
5  It was not possible for an Antiope terminal to
6  decode Telidon information.
7      Q.  Was this considered to be a problem
8  prior to 1980 in the videotex community?
9      A.  Yes, it was considered to be a
10  problem because we wanted to be able to share
11  information around the world; that is, we wanted
12  new sources to be able to be available so that I
13  could have the French news available in Quebec,
14  the British news available in other areas of the
15  English speaking parts of Canada.
16      (Whereupon the below-mentioned
17      document was marked for identification
18      as Exhibit No. 13.)
19  BY MR. BOYCE:
20      Q.  Mr. O'Brien, do you recognize
21  Exhibit 13?
22      A.  Yes, I recognize Exhibit 13.
23      Q.  And what is this document?
24      A.  This is a paper by Mr. Haslam, the
25  president of Videotex Information. It's a

Page 224

1  information provider association of Canada.
2      Q.  What is an information provider?
3      A.  An information provider is a person
4  who creates the information pages; that is an
5  example would be a newspaper company who would
6  create pages about their news. So their task is
7  to make the pages.
8      Q.  You're talking about the pages that
9  will be displayed on a videotex terminal.
10      A.  Yes.
11      Q.  Can you give me an example of such
12  a thing?
13      A.  An example was a service run by
14  Southam News Services or Infomart in the prairies
15  in Canada called Grassroots. That was a service
16  where they took stock market information from the
17  Toronto and Chicago commodity exchanges and
18  made -- created tables and graphs of -- and
19  weather maps of agricultural information that
20  would be of interest to farmers. And farmers
21  would pay a subscription fee and would be able to
22  dial in with their Telidon terminal and access
23  the -- this information.
24      And considering that at that time the
25  only place to get the commodity information was

Page 225

1  to wait until the newspaper came out, these
2  particular farmers had a half a day advantage
3  over the other ones. So they felt that it was to
4  their advantage to get information before they
5  made their commodity sales.
6      So that was a successful commercial
7  service. There were a number of trials.
8      Q.  Okay. Now, was Telidon the
9  dominant videotex system in Canada at that...
10      A.  Yes.
11      Q.  -- prior to 1980?
12      A.  In the time frame 1978 to 1981,
13  yes, Telidon was the dominant videotex system in
14  Canada.
15      Q.  Okay. So were the information
16  providers in Canada, were most of them coding
17  their pages of information in the -- using the
18  Telidon coding?
19      A.  Yes.
20      MR. MARINA: Objection. Lacks
21  foundation. Calls for speculation.
22  BY MR. BOYCE:
23      Q.  How do you know that?
24      A.  The...
25      MR. MARINA: Same objection. Lacks

57 (Pages 222 to 225)

Page 226

1 foundation. Calls for speculation.
2      THE WITNESS: I know that there were a
3 number of field trials operated and there were a
4 number of commercial services operated.
5      I know of only one trial of an alpha
6 mosaic system ever done in Canada. That was done
7 by Bell Northern Research and it was quickly
8 abandoned because they moved on to adopting the
9 Telidon system.
10 BY MR. BOYCE:
11     Q.   Could I have you turn to the second
12 last page of this document? There's some
13 "Objectives of the Videotex Information Service
14 Providers Association of Canada." Do you see
15 that?
16     A.   Yes.
17     Q.   Paragraph c) says, "To promote
18 standards leading to compatibility of videotex
19 systems."
20     A.   Yes.
21     Q.   Why was that one of the objectives
22 of these information service providers?
23     MR. MARINA: Objection. Lacks
24 foundation. Calls for speculation. This witness
25 can't possibly know that.

Page 227

1      THE WITNESS: From my position within the
2 Department of Communications, not reading the
3 mind of the Videotex Information Service
4 Providers' Association, but from my position in
5 the Department of Communications, I knew that the
6 design goals of the Telidon system was to build a
7 Videotex system that would allow providing
8 information to the public, and that the sources
9 of information would come not only from news
10 companies within Canada, but also from
11 international sources.
12      So to read international sources, one
13 would need to have some compatibility with the
14 international sources. So that's from my
15 knowledge.
16 BY MR. BOYCE:
17     Q.   And at some point in time, you got
18 involved with developing a standard at the CCITT?
19 Is that correct?
20     A.   Yes, I was involved in the
21 development of the CCITT S.100 standard.
22      (Whereupon the below-mentioned
23      document was marked for identification
24      as Exhibit No. 14.)
25 BY MR. BOYCE:

Page 228

1      Q.   So at the very beginning of the --
2 well, first of all, what was the CCITT's goal
3 with respect to videotex?
4      MR. MARINA: Objection. Lacks
5 foundation. Vague.
6      THE WITNESS: The CCITT state -- operates
7 by stating -- is a standards operate --
8 committee. The standards that it creates it
9 bases off of a standardization question which is
10 posed, and then it has meetings to create the
11 standard based on that standardization question.
12      A standardization question was posed in
13 1976 or 1977 on telematic services, including
14 videotex as a telematic service. And so CCITT
15 would be developing a standard for international
16 interchange on telematic services. So videotex
17 compatibility internationally, that would be the
18 goal.
19 BY MR. BOYCE:
20     Q.   And did CCITT have some authority
21 with respect to standardization of international
22 videotex?
23      MR. MARINA: Objection. Lacks
24 foundation.
25      THE WITNESS: CCITT is a U.N. agency.

Page 229

1 CCITT is part of the International Telegraphic
2 Union. The International Telegraphic Union is a
3 U.N. agency to establish telecommunication
4 treaties.
5      And the telecommunications treaties in
6 the area of telematics would be done by the
7 Comite Consultatif International per Telephonique
8 et Telegraphique, CCITT, one arm of the ITU.
9 BY MR. BOYCE:
10     Q.   And is CCITT and ITU, are they in
11 turn an arm of the United Nations? Is that what
12 you're saying?
13     A.   Yes, they're an arm of the United
14 Nations. They produce telecommunication treaties
15 between nations.
16     Q.   Okay. Now, this document I've
17 placed before you marked -- what's the Exhibit
18 No.?
19      THE REPORTER: It's 14.
20      THE WITNESS: 14.
21 BY MR. BOYCE:
22     Q.   ...14, and it's marked MSLT_1234462
23 through 4467.
24      Do you recognize this document?
25     A.   Yes, I recognize this document. I

58  (Pages 226 to 229)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 277

Page 230

1  believe I contributed to the writing of this
2  document, yes.
3      Q.   And what is it?
4      A.   It's a contribution to the CCITT on
5  "An Alpha-Geometric Source : Coding Model For
6  Graphic Communication System."
7      Q.   Okay.  Did the CCITT -- well, let
8  me back up.
9      What is Study Group VIII?
10     A.   Study Group VIII is the study group
11  within the CCITT responsible for telematic
12  services.  Telematic services include videotex
13  and some other things such as facsimile.
14     Q.   Now, is this study group a group of
15  people?
16     A.   It's a group of people, yes.
17     Q.   Okay.  And who was -- were the
18  members of Study Group VIII?
19     A.   The members of a study group are
20  national delegations led by the -- a head of the
21  delegation from the government of the country,
22  and also included are scientific and industrial
23  organizations from the various countries who --
24  and there's also another category of member which
25  are the communication operators, such as

Page 231

1  telephone companies.
2      Q.   Do you know how many members of
3  Study Group VIII there were as of November 1978?
4      MR. MARINA:  Objection.  Calls for
5  speculation.
6      THE WITNESS:  From my experience in
7  CCITT, at the full meetings, there would be
8  several hundred people representing many nations.
9      So we would have 40 or 50 nations and
10  hundreds of people involved in the full meetings.
11  This would be distributed to a initial meeting,
12  and there might be 30 or so people at this
13  meeting, if I remember.
14  BY MR. BOYCE:
15     Q.   Was there a meeting associated with
16  this document?
17     A.   Well, this document would have been
18  submitted to a meeting.
19     Q.   Do you know if the CCITT made this
20  document, as a contribution to Study Group VIII,
21  was it made available to all of the member
22  nations of Study Group VIII?
23     A.   Yes, the --
24     MR. MARINA:  Objection.  Calls for
25  speculation.

Page 232

1      THE WITNESS:  From my understanding of
2  the rules of CCITT and the ITU, documents that
3  are submitted are public documents that are
4  available through the ITU archives and are
5  available to all nations that are members of
6  CCITT and to all U.N. member nations.
7  BY MR. BOYCE:
8      Q.   There's a stamp on the bottom right
9  side of this document.  Do you see that stamp?
10     A.   Yes, I see the stamp.
11     Q.   Do you recognize it?
12     A.   That's a stamp from the
13  International Telegraphic Union or the French
14  acronym in Geneva.  So this would be a copy --
15  this document would be a copy extracted from
16  their archives if it has that stamp on it.
17     Q.   And has this document been
18  available in those archives since November 1978?
19     MR. MARINA:  Objection.  Calls for
20  speculation.
21     THE WITNESS:  What I know is that the
22  contributions are put in the archives, and that
23  they can be retrieved from the archive, and that
24  they keep a full history of everything that goes
25  on.

Page 233

1  BY MR. BOYCE:
2      Q.   Now, this process of making this
3  contribution to Study Group VIII available and --
4  to all of the member nations and being available
5  at the archives of the UIT, to your knowledge, is
6  that going to be true for every formal
7  contribution to Study Group VIII?
8      MR. MARINA:  Objection.  Misstates the
9  testimony.  Calls for speculation.  Lacks
10  foundation.  Improper expert testimony.
11     THE WITNESS:  From my understanding as a
12  member of the Canadian delegation to the ITU
13  CCITT, all documents that are submitted to the
14  ITU CCITT become public documents and are
15  available, openly available.
16     (Whereupon the below-mentioned
17     document was marked for identification
18     as Exhibit No. 15.)
19  BY MR. BOYCE:
20     Q.   Mr. O'Brien, a document's been
21  placed in front of you, Exhibit 15.  It bears
22  Bates stamps MSLT 1234468 through 94.
23     A.   Yes, I see this document.
24     Q.   And do you recognize it?
25     A.   This is the minutes of a meeting, a

59  (Pages 230 to 233)

Page 234

1  Study Group VIII meeting in Paris in
2  October 1978, and I would have received this
3  document after the meeting.
4      Q.   Do you know if you attended this
5  particular meeting?
6      A.   No, I --
7      MR. MARINA:  Objection.  Assumes facts
8  not in evidence.
9      THE WITNESS:  From my recollection, I did
10  not attend this particular meeting; that Mr. Bown
11  and Mr. Lum and Mr. Smirle attended on behalf of
12  Canada.
13  BY MR. BOYCE:
14      Q.   Who is Mr. Smirle?
15      A.   John Smirle was a coworker at the
16  Department of Communications, Communications
17  Research Centre.  He also worked on the Telidon
18  system.
19      Q.   Do you know where Mr. Smirle can be
20  found today?
21      A.   Unfortunately, Mr. Smirle is
22  deceased.
23      Q.   Did Mr. Smirle have a lot of
24  knowledge of the interactions between the
25  Canadian Department of Communications and the

Page 235

1  CCIT in Study Group VIII with respect to this
2  standardization process?
3      MR. MARINA:  Object to the form.  Calls
4  for speculation.  Lacks foundation.
5      THE WITNESS:  Mr. Smirle was the person
6  responsible for much of the contact with CCITT.
7      (Whereupon the below-mentioned
8      document was marked for identification
9      as Exhibit No. 16.)
10  BY MR. BOYCE:
11      Q.   Mr. O'Brien, do you recognize
12  Exhibit 16?
13      A.   Yes.  Exhibit 16 is another
14  contribution to the CCITT.
15      Q.   And who -- where did this
16  contribution come from?
17      A.   It was submitted from Canada.
18  "Picture Description Instructions for Geometric
19  and Photographic Image Coding in Videotex
20  Systems."
21      Q.   And when was this submitted?
22      A.   March 1979.
23      Q.   Did you participate in preparing
24  this document?
25      A.   I was one of the principal authors

Page 236

1  of this document.
2      Q.   Was there a relationship between
3  this document and Telidon?
4      A.   Yes, this document corresponds very
5  closely to the 699 Telidon specification.
6      Q.   Was this document disseminated and
7  made available in the same way as the other
8  contributions to Study Group VIII that we looked
9  at?
10      MR. MARINA:  Objection.  Lacks
11  foundation.  Misstates his testimony.  Calls for
12  speculation.
13      THE WITNESS:  This document is a
14  contribution to CCITT, so it would be treated in
15  the same manner as any of the other contributions
16  to CCITT and is a public document.
17      (Whereupon the below-mentioned
18      document was marked for identification
19      as Exhibit No. 17.)
20  BY MR. BOYCE:
21      Q.   Mr. O'Brien, do you recognize this
22  document, Exhibit 17?
23      A.   Yes, I recognize this document.
24  I've seen it back in the era of 1980.  1979,
25  1980.

Page 237

1      Q.   Did you participate in writing this
2  document?
3      A.   I believe I assisted Mr. Smirle in
4  writing this document.
5      Q.   Again, is there a relationship
6  between this document and the Telidon system?
7      MR. MARINA:  Objection.  Vague.
8      THE WITNESS:  This document describes --
9  this document is -- extracts from a meeting
10  report.  And in the meeting report, there were
11  sections that were written by Mr. Smirle,
12  contributions to myself that were contributed.
13      But this is extracts from the meeting
14  report.  The secretary of the meeting would have
15  been the actual author of the document, but yes,
16  we contributed some material that went into the
17  document.
18  BY MR. BOYCE:
19      Q.   I think we've just looked at three
20  different contributions to Study Group VIII of
21  the CCITT --
22      A.   Hm-hmm.
23      Q.   -- that you participated in
24  submitting.  Is that correct?  And each of these
25  documents relates in some way to Telidon.  Right?

60  (Pages 234 to 237)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 279

Page 238

1      A.   Telidon was what we were
2  contributing to the CCITT discussions on
3  establishing common videotex standards, yes.
4      Q.   So the CCITT branch of the United
5  Nations, they were looking for a video -- an
6  international videotex standard and you keep
7  sending them contributions describing Telidon.
8  Is that accurate?
9      A.   Yes.
10     MR. MARINA: Objection. Misstates his
11 testimony. Assumes facts not in evidence.
12     THE WITNESS: We - myself and others at
13 the Department of Communications, Communications
14 Research Centre - submitted contributions to the
15 CCITT through the Canadian national
16 representation process - so they were not just
17 from us but were from Canada - and they
18 contributed towards the developing standards
19 S.100 and F.300 that were being developed in
20 CCITT.
21 BY MR. BOYCE:
22     Q.   And as an employee of Department of
23 Communications and as a designer of the Telidon
24 system, in the interfacing with Study Group VIII,
25 did you have any interest at the time in having

Page 239

1  at least some aspects of the Telidon system
2  adopted as an international videotex standard?
3      A.   From my position and what I know of
4  my colleagues' positions in the 1979, 1978 time
5  frame, the intent was to make sure that the
6  Canadian position was known, that hopefully the
7  international standard would be the Canadian
8  system but that's unlikely because it would take
9  an international negotiation, but that the
10 international system would be compatible with the
11 Canadian system, and that it would include the
12 functionality of the Canadian Telidon system, and
13 that is what happened.
14     So that S.100 includes the functionality
15 which was described in the Telidon 699
16 specification, as well as that of Prestel, as
17 well as that of Antiope.
18     Q.   Okay. How about the other
19 members -- member nations participating in Study
20 Group VIII; were they all proponents of the
21 Telidon system as well?
22     MR. MARINA: Objection. Lacks
23 foundation.
24     THE WITNESS: I do not know which members
25 were proponents of what other than the nations

Page 240

1  which contributed. I know that the
2  representative, Mr. Wetherington from AT&T, was
3  supportive of the Canadian position in the
4  meetings. He was attending these meetings as
5  well and he supported the Canadian position.
6      So yes, I know from that -- well, that is
7  what I know. I know that the Europeans were
8  actually very negative because some of them
9  wanted the whole market to be -- for example,
10 Prestel, they were there first; they thought that
11 everything should be Prestel based.
12     The Japanese were also -- the Japanese
13 expressed the position in the standards meetings
14 that they supported the Telidon system, but they
15 also wanted support for the Japanese system.
16 BY MR. BOYCE:
17     Q.   Did the British have a position in
18 the Study Group VIII meetings?
19     A.   The British position was to support
20 the British system.
21     Q.   How about the French?
22     A.   And the French position was to
23 support the French system but they were willing
24 to compromise with others because they were
25 afraid the British would dominate.

Page 241

1      Q.   What was the French system?
2      A.   The French system was the Antiope
3  system.
4      Q.   And the French delegation to Study
5  Group VIII, were they proponents of having the
6  CCITT adopt Antiope as the international videotex
7  standard?
8      A.   At first, as I indicated, the
9  various nations put forth their systems for
10 adoption, but of course we know that that
11 wouldn't be the case because it is a compromise
12 when one establishes a standard.
13     The second level was to build a standard
14 that would allow interworking between the various
15 systems, because one would want to share
16 information, and the S.100 standard allows one to
17 share information.
18     And the F.300 standard, which this
19 document we are currently addressing, is a
20 contribution -- or sorry, extracts of a meeting
21 report on its development, was a discussion of
22 capabilities and service level aspects.
23     Q.   At some point in the
24 standardization process, did it become apparent
25 that there was going to be a compromise and that

61 (Pages 238 to 241)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 280

Page 242

1  the standard was going to take different aspects
2  of the different videotex systems that were being
3  advanced at Study Group VIII?
4        MR. MARINA: Objection. Lacks
5  foundation.
6        THE WITNESS: The --
7        MR. MARINA: Calls for speculation.
8        THE WITNESS: I don't know exactly the
9  time at which any realization would have occurred
10  that there would need to be a compromise, but the
11  end of the process was a compromise. The
12  beginning of the process was a set of proponents
13  saying, "Here's my system. Adopt it."
14  BY MR. BOYCE:
15        Q.  Now, what's the Exhibit No. you
16  have in front of you?
17        A.  17.
18        Q.  If you could turn to the page that
19  ends in 737? At the bottom of that page, there's
20  a section 1.2.4.2.1? Do you see that?
21        A.  Yes.
22        Q.  And there's a note under that.
23  Could you read that paragraph next in the note?
24        A.  "In Videotex systems, the
25  foreground is a graphic element and the

Page 243

1  background is the remaining area of the display
2  against which the foreground is displayed in a
3  different colour."
4        "The background may be specified in
5  various ways, depending upon the implementation.
6  For instance, in systems with character-oriented
7  display memory in the terminal, the background is
8  typically specified as a single solid color at
9  each character location on the display."
10        "In systems with picture element
11  addressable display memory in the terminal, the
12  background is typically the cumulative result of
13  all picture elements displayed prior to the
14  foreground, which subsequently amends some of the
15  background by overwriting. Either of the two
16  techniques may be used to obtain the equivalent
17  result{s}, regardless of the mode of operation
18  (alphanumeric mosaic, geometric, photographic,
19  DRCS) of the terminal."
20        Q.  Is what you just read consistent
21  with what you were telling me earlier about the
22  difference between the background attribute in a
23  cell based display system versus the background
24  attribute in a geometric or bit plain system?
25        MR. MARINA: Object to the form.

Page 244

1        THE WITNESS: To use -- it is consistent,
2  but to use the terms which they have in this
3  document, "systems with picture element
4  addressable display memory" versus "systems with
5  character-oriented display memory." This is the
6  terms used in this document. And what -- this
7  is -- these paragraphs are consistent with what I
8  said previously.
9        Q.  Hm-hmm. Was there some kind of a
10  debate surrounding this discussion in Study Group
11  VIII?
12        MR. MARINA: Objection. Vague.
13        THE WITNESS: Certainly there was a
14  debate, because from my experience attending many
15  of these meetings, there was a debate because the
16  concept of picture element addressable memory was
17  foreign to the concept of proponents of
18  particularly the Prestel system, and they wanted
19  to have adjust the character cell based system
20  and they wanted to basically delete the Telidon
21  oriented system from the standard.
22  BY MR. BOYCE:
23        Q.  Okay. And do you have a memory of
24  this particular debate?
25        A.  Yes, it was a -- yes, I have a

Page 245

1  memory of this debate because it was a very
2  strong debate.
3        Q.  Now, did you contribute to the
4  writing of this document? Do you see anything in
5  here that you prepared?
6        A.  This is extracts from a meeting
7  report. So most of it is the minutes of the
8  meeting, of course. Some tables I contributed
9  to.
10        I provided some information for
11  Mr. Smirle, who provided -- who, to my knowledge,
12  assisted in the development of these tables as
13  part of the document, Table I, II and then Table
14  III. I think primarily Table III would have been
15  Mr. Smirle's contribution.
16        Q.  Back to that page under the note,
17  there's a statement on 737?
18        A.  Yes.
19        Q.  It says, "Either of the two
20  techniques may be used to obtain the equivalent
21  result." Do you have an understanding of that
22  statement?
23        MR. MARINA: Objection. Lacks
24  foundation.
25        THE WITNESS: Yes, I have an

62 (Pages 242 to 245)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 281

Page 246

1 understanding of this, and I think earlier I gave
2 an example of drawing a letter A which would
3 result in the equivalent using either a rectangle
4 behind or using a foreground and background cell.
5 So I gave that example previously if you want me
6 to repeat it.
7 BY MR. BOYCE:
8     Q.   Let's see.  When they're talking
9 about the two different ways of specifying a
10 background, are they talking about as an example
11 an alpha mosaic system versus a geometric system?
12     MR. MARINA:  Objection.  Lacks
13 foundation.
14 BY MR. BOYCE:
15     Q.   That's what the sentence says.
16 Right?
17     MR. MARINA:  That's not what the sentence
18 says.  Lacks foundation.  Misstates the document.
19     THE WITNESS:  The sentence -- the two
20 sentences -- the two paragraphs say, "The
21 background may be specified in various ways,
22 depending upon the implementation.  For instance,
23 in systems with character-oriented display memory
24 in the terminal, the background is typically
25 specified as a single solid color at each

Page 247

1 character location on the display."
2     "In systems with picture element
3 addressable ... memory in the terminal, the
4 background is typically the cumulative result of
5 all picture elements displayed prior to the
6 foreground, which subsequently amends some of the
7 background by overwriting.  Either of the two
8 techniques may be used to obtain the equivalent
9 result(s), regardless of the mode of operation
10 (alphanumeric, mosaic, geometric, photographic,
11 DRCS) of the terminal," which it's saying that in
12 systems implemented using character oriented
13 display memory, such as the Prestel system was
14 implemented using character oriented display
15 memory, the background would be specified as a
16 single color for the cell; and in systems with
17 picture element addressable display memory in the
18 terminal, and the Telidon system in its field
19 trial implementation used picture element
20 addressable display memory in the terminal, and
21 therefore, the background in that situation would
22 be the cumulative result of all picture elements
23 displayed prior to the foreground.  So a buildup
24 of background.  And that is what this says and
25 that is consistent with what I said previously.

Page 248

1     Q.   Okay.  And is all that consistent
2 with saying that the way Telidon specified
3 · background is pretty much equivalent to the way
4 Antiope specified background?
5     MR. MARINA:  Objection.  Misstates the
6 testimony.  Telidon did not specify background.
7 You keep misrepresenting the record.  This
8 witness testified that Telidon, you could not
9 certainly specify the background.  Keep at it,
10 keep at it.
11 BY MR. BOYCE:
12     Q.   Let's try that question.  Could
13 Telidon -- excuse me, Antiope.  Could Antiope...
14 Which one did he say didn't?
15     A.   If I might start from the
16 beginning, Antiope had a command to specify
17 foreground color and had a command to specify
18 background color.
19     Q.   Hm-hmm?
20     A.   Telidon had a command to specify
21 in-use color, foreground color.
22     The background in Telidon, and there is
23 always logically a background, the background is
24 the cumulative result of all the pictures
25 elements displayed prior to the foreground, which

Page 249

1 means the background is what you write on top of;
2 you build up successively on top of a background
3 that is the cumulative effect of everything you
4 wrote before.  Is that a -- that's what's written
5 here and that's the way I believe it operated --
6     Q.   Okay.  So in here where it's --
7     A.   -- or I believe that I understand
8 it operated.
9     Q.   Where it's talking about a "picture
10 element addressable display memory," is one
11 example Telidon?
12     A.   Yes.
13     Q.   And where it's talking about a
14 "character-oriented display memory," is
15 another -- is an example of that Antiope?
16     A.   Anti -- yes.
17     Q.   Okay.  And this document is saying
18 that the techniques used to specify background
19 for picture element addressable display memory is
20 equivalent to the technique used to specify
21 background in a character oriented display
22 memory.  Is that correct?
23     MR. MARINA:  That's not what it says.
24     MR. BOYCE:  Well, let's see what he says.
25     MR. MARINA:  It does not say the

63 (Pages 246 to 249)

Page 250

1  technique is equivalent. And I want this witness
2  to say that, because -- say that.
3      MR. BOYCE: Okay.
4      MR. MARINA: It's not what the document
5  says. It's not what it says.
6      THE WITNESS: I will say that "Either of
7  the two techniques may be used to obtain the
8  equivalent result," which is true. They have --
9  they produce an equivalent result.
10 BY MR. BOYCE:
11     Q.  Why was this issue important to the
12 Study Group VIII? Why were they looking at this
13 issue?
14     A.  In order to build a terminal that
15 is capable of implementing all three of the
16 identified systems or to allow transcoding from
17 data in one system to another, you have to be
18 able to understand the effects of what happens to
19 the background; the background being developed
20 differently between two of the approaches.
21     Q.  Can you turn to the page that ends
22 in 744. Are you familiar with this Table II?
23     A.  Yes.
24     Q.  Did this -- was this derived from
25 something you created?

Page 251

1      A.  This is likely derived from
2  something that the Europeans would have created.
3  I would have contributed to Mr. Smirle's
4  contribution to Table III.
5      Q.  Table III. Okay. That's at 745?
6      A.  Yes.
7      Q.  Okay. In the top left of Table
8  III, there's a box that says, "{greater than} 8
9  colors, no conditions." What's that refer to?
10     MR. MARINA: Objection. Lacks
11 foundation.
12     THE WITNESS: The table illustrates
13 several levels of capability so that one could
14 have terminals with various different levels of
15 capability and you could have a terminal with
16 lots of colors. More than eight. No constraints
17 on them.
18     If you had -- you could also reduce the
19 capability right down to building a terminal that
20 was only black and white. So this is a degree of
21 color capability along this line.
22     And if you have multiple colors, if you
23 have more than eight colors, it necessarily
24 implies more than one bit on the output of the
25 red green blue gun. So it means that you will

Page 252

1  have to have some sort of digital-to-analog
2  computer -- sorry, digital-to-analog, D-to-A
3  convertor, driving the red green blue guns, and
4  there becomes some mapping internal. It may be
5  fixed.
6  BY MR. BOYCE:
7      Q.  Do you have an understanding of
8  Table II, the same box?
9      MR. MARINA: Objection. Lacks
10 foundation.
11     THE WITNESS: In the Table II, the same
12 box also talks about a variation in the color
13 capability and also indicates that there is a
14 greater than eight colors with no conditions,
15 which means that there would be the ability to
16 have, you know, half intensity red mixed -- more
17 than eight colors, implying the requirement to
18 have digital-to-analog convertors for the red
19 green and blue, and implying the requirement to
20 do some form of mapping from the bit patterns
21 stored into what derives the red, green and blue
22 guns.
23     But as I said, that's what -- both of
24 them show the maximum capability to be greater
25 than eight colors with no conditions.

Page 253

1  BY MR. BOYCE:
2      Q.  Now, the Antiope system had eight
3  colors. Is that correct?
4      A.  The Antiope specification showed
5  eight colors, yes.
6      Q.  When they're talking about a
7  "mosaic mode," that's Antiope. Right?
8      A.  Antiope --
9      MR. MARINA: Objection. Misstates the
10 document. Assumes facts not in evidence.
11     THE WITNESS: The Antiope system was a
12 mosaic system. It was in the mosaic mode of this
13 specification.
14     This is extracted from a meeting report,
15 so these would be tables within what -- within
16 what is going to be, it's called "Discussions of
17 Draft Recommendation F.b," which became F.300.
18     So I believe this was input to the F.300
19 development -- standard development service
20 specification. So Antiope was a mosaic mode.
21 This talks about mosaic in general.
22     Q.  And this is contemplating more than
23 eight colors with no conditions. How would that
24 be achieved?
25     MR. MARINA: Objection. Lacks

64  (Pages 250 to 253)

Page 254

1    foundation. Calls for speculation. Improper
2    expert testimony. The witness has said
3    repeatedly he's a fact witness. You're asking
4    for expert testimony.
5        THE WITNESS: From my experience at the
6    time and my discussions with Mr. Smirle, this
7    would be done by having mosaic mode terminals
8    which had a capability of producing more than
9    eight colors, which would mean having
10   digital-to-analog convertors on their RTV outputs
11   and having some form of table to map the bit
12   patterns into the outputs that go out to the red,
13   green and blue.
14   BY MR. BOYCE:
15       Q.   Are you talking about a color map?
16       MR. MARINA: Objection. Misstates his
17   testimony. You're leading the witness, sir.
18       THE WITNESS: What I -- I said that
19   there'd be some form of mapping from the bit
20   patterns to the RGMB output. I'm mapping from
21   the bit patterns stored to the RGMB output is
22   what we described earlier as a color map.
23       (Whereupon the below-mentioned
24       document was marked for identification
25       as Exhibit No. 18.)

Page 255

1    BY MR. BOYCE:
2        Q.   Mr. O'Brien, do you recognize the
3    document marked Exhibit 18?
4        A.   Yes, Exhibit 18 is a meeting report
5    of Study Group VIII meeting in Paris in
6    November 1979.
7        Q.   Could you turn to the page that
8    ends in 838?
9        A.   Yes.
10       Q.   Does this refresh your recollection
11   as to whether or not you attended a meeting in
12   Paris in November of 1979?
13       A.   I remember attending a meeting in
14   Paris, and this refreshes my recollection as for
15   the date.
16       Q.   Okay. So also in attendance was a
17   G. Wetherington? Do you know who that is?
18       A.   Yes, Mr. Wetherington was with
19   AT&T.
20       Q.   And also in attendance there's a B.
21   Marti. Do you know who that is?
22       A.   Yes, Mr. Marti was with CCETT in
23   Reims, France. That's CCETT.
24       Q.   Also in attendance was a Mr. G. --
25   a Mr. Crowther? Is that --

Page 256

1        A.   Yes. Yes, Mr. Crowther is there
2    for the United Kingdom.
3        Q.   Is that the same Crowther who wrote
4    the paper on DRCS techniques?
5        A.   Yes, it would be.
6        Q.   If you could turn to the page that
7    ends in 824? It does talk about a "Draft
8    Recommendation S.g." Do you know what that
9    refers to?
10       A.   Yeah, "Draft Recommendation S.g,"
11   the documents did not receive their final numbers
12   till they got to the approval stage. So S.g was
13   the draft which eventually became S.100.
14       Q.   And this paragraph seems to suggest
15   that this Mr. Marti of France was participating
16   in advancing this S.g recommendation? Is that
17   correct?
18       MR. MARINA: Objection. The document
19   speaks for itself.
20       THE WITNESS: The document says "Speaking
21   as a representative of the Expert Group,
22   Mr. Marti (France) presented the results achieved
23   by that Group."
24   BY MR. BOYCE:
25       Q.   "in the form of proposals for a new

Page 257

1    draft Recommendation S.g."
2        A.   "in the form of proposals for a new
3    draft Recommendation S.g, to be entitled '...
4    information exchange for interactive Videotex',"
5    and then it goes on to list the component parts.
6        Q.   Okay. Now, Mr. Marti, is that the
7    same Marti who was one of the authors of the
8    Antiope system?
9        A.   Yes, from my recollection,
10   Mr. Marti is -- from France is the Mr. Marti that
11   was the author of the Antiope system. Principal
12   author of the Antiope system.
13       Q.   Now, there's a -- paragraph c)
14   refers to a "representation of alphanumeric
15   information."
16       A.   Yes.
17       Q.   And e) refers to "pictorial
18   representation using the alpha geometric option."
19       A.   Yes.
20       Q.   d) refers to "pictorial
21   representation using the alpha mosaic option with
22   'serial' and 'parallel' ... modes," "display
23   modes."
24       A.   Yes.
25       Q.   I want to ask you: Did Mr. Mar --

65 (Pages 254 to 257)

Exhibit 07
Page 284

Page 258

1  was Mr. Marti a proponent of any one of those
2  different modes or options?
3      MR. MARINA: Objection. Lacks
4  foundation.
5      THE WITNESS: Mr. Marti, as did all of
6  the group, of course was a proponent of the alpha
7  numeric part, because we needed text. Mr. Marti
8  was a proponent of the alpha mosaic parallel
9  display mode, which corresponds to Antiope.
10 BY MR. BOYCE:
11     Q.  How does the parallel alpha mosaic
12 mode correspond to Antiope?
13     MR. MARINA: Objection. Assumes facts
14 not in evidence. Improper expert testimony.
15 Lacks foundation.
16     THE WITNESS: The intent of the work as I
17 recollect it on S.100 was to include the
18 specifications for Prestel, Antiope and Telidon
19 so that all three would be able to work within
20 the standard S.100; that is that you could use
21 the standard S.100 to build a multi-mode terminal
22 or use the standard S.100 to receive data from
23 one service and convert it into data which could
24 be displayed on a system using the other service,
25 to the maximum that the resolution and other

Page 259

1  parameters would allow.
2      MR. BOYCE: Okay.
3      (Whereupon the below-mentioned
4      document was marked for identification
5      as Exhibit No. 19.)
6  BY MR. BOYCE:
7      Q.  Mr. O'Brien, do you recognize the
8  document marked Exhibit 19?
9      A.  Document Exhibit 19 is a draft of
10 the document Recommendation S.g dated
11 December 1979.
12     Q.  Did you contribute to the drafting
13 of this document?
14     A.  Yes, I contributed to the drafting
15 of this document.
16     Q.  And if you could just refer to the
17 contents in the front, is there any particular
18 section in the contents that you can point to and
19 say you contributed to?
20     A.  In particular, I contributed to
21 section 6, the "Alpha-geometric option." I would
22 have also contributed to sections on the code
23 extension technique, ISO 2022, and some of the
24 other generic parts of the document; but in
25 particular, to the "Alpha-geometric option."

Page 260

1      Q.  Did you have help from other
2  members of the Canadian delegation in writing the
3  section on the alpha geometric option?
4      A.  Yes, I had help from Mr. Smirle and
5  Dr. Lum and also -- and I think also Mr. Storey.
6      Q.  Do you know which portions of -- if
7  any, of this document were prepared by the French
8  delegation to CCITT Study Group VIII?
9      A.  All I can say is that I know that
10 the French were interested in having the French
11 standard represent -- the French Antiope
12 represented within this document.
13     So on that basis, I would say they
14 contributed to part of the alpha mosaic option,
15 but it is on that basis.
16     Q.  Can you tell which part of the
17 alpha mosaic option?
18     A.  The French system Antiope system
19 corresponds to the parallel display mode.
20     Q.  Was this document, draft
21 Recommendation S.g, to your knowledge, was it
22 published?
23     MR. MARINA: Objection. Calls for a
24 legal conclusion. Lacks foundation. Calls for
25 speculation.

Page 261

1      THE WITNESS: As I indicated before,
2  documents that are submitted to or results from
3  the International Telegraphic Union are made
4  available to all nations that are members, and it
5  would be available through the archives of the
6  International Telegraphic union, and it would
7  also be available in the various nations who are
8  members.
9  BY MR. BOYCE:
10     Q.  And does this document bear the
11 stamp of the UIT archives?
12     A.  I see the stamp on it, yes.
13     Q.  Okay. And what does that reflect?
14     MR. MARINA: Objection. Lacks
15 foundation.
16     THE WITNESS: From my understanding at
17 the time, the process is that the ITU holds all
18 of the documents that -- in their archives.
19     THE REPORTER: Excuse me.
20 BY MR. BOYCE:
21     Q.  Now --
22     THE REPORTER: Just a minute, sir.
23     THE VIDEOGRAPHER: Might as well change
24 tape.
25     MR. BOYCE: Okay.

66  (Pages 258 to 261)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 285**

Page 262

1    THE VIDEOGRAPHER:  The time is now 16 --
2  or 4:19.  We are now going off the record.
3  -- Off the record.
4    THE VIDEOGRAPHER:  The time is now 4:27.
5  We are now back on the record.
6  BY MR. BOYCE:
7    Q.   Mr. O'Brien, we were just looking
8  at Exhibit 19.  It's the draft Recommendation
9  S.g.
10    Was the source of this draft the same
11  Paris meeting that you attended and that is
12  referenced in Exhibit 18?
13    A.   I remember working on the draft at
14  that meeting.  I believe that it is the source of
15  the draft.  It looks like there is some
16  additional editing done by someone after the
17  meeting because the date is 8th of December.
18    Q.   Okay.
19    (Whereupon the below-mentioned
20    document was marked for identification
21    as Exhibit No. 20.)
22  BY MR. BOYCE:
23    Q.   Mr. O'Brien, you have before you
24  Exhibit 20.  Do you recognize this document?
25    A.   This document is a transcript of

Page 263

1  the Viewdata '80 conference held in London in
2  1980, and I recognize the document because I
3  attended that conference.
4    Q.   Was there a discussion at this
5  conference concerning the draft Recommendation
6  S.g?
7    A.   I believe there were papers which
8  presented the draft recommendation S.g to the
9  conference, yes.  I'm trying to remember the date
10  of the conference but I don't see it.  But yes,
11  there would have been.  Yeah.
12    Q.   And the page that ends in 311 is
13  part of a paper submitted...
14    A.   Bates No. 311?
15    Q.   Yeah.  Is that page part of one
16  paper that was presented or submitted to the
17  conference?
18    MR. MARINA:  Objection.  Lacks
19  foundation.
20  BY MR. BOYCE:
21    Q.   Well, let's go to the beginning,
22  309.
23    A.   There is a -- the paper which is
24  given on document number 309, document page
25  number 309, is "Videotex Standardization, A

Page 264

1  French Viewpoint," by Bernard Marti and Christien
2  Schwartz.  "This paper comments on the situation
3  of {the} international standardization."
4    Q.   Okay.  And at page 311, under "The
5  Results," can you read the first few sentences of
6  that paragraph?
7    A.   The sentences say, "Surprisingly,
8  results have been obtained.  Three very important
9  documents, although still provisional, have been
10  published:  Draft {recommendation} F.b CCITT
11  recommendation defines service requirements,
12  draft S.g ... defines the coded information to be
13  exchanged, {and} draft proposal for an
14  international standard 6937 defines a repertoire
15  and its coded representation."
16    Q.   How many people attended this
17  conference, Viewdata and Videotex, in London?
18    MR. MARINA:  Lacks foundation.  Calls for
19  speculation.
20    THE WITNESS:  From my memory, the
21  conference was very large.  It was held in the
22  Wembley conference centre at the Wembley Arena,
23  so it was -- there were hundreds of people.  It
24  was very large.
25    I do not have a direct count.  I just

Page 265

1  have the understanding that it was a large
2  conference.
3  BY MR. BOYCE:
4    Q.   And were many -- or were any of the
5  attendees also people that participated in Study
6  Group VIII?
7    MR. MARINA:  Lacks foundation.
8    THE WITNESS:  Were any.  I know I was in
9  attendance at this conference, as was Mr. Smirle,
10  but I also recognized several from the U.K.
11  delegation and from the French delegation.
12    So I saw Mr. Marti at that conference,
13  and I saw Mr. Chambers from the British
14  delegation at that conference.  I don't remember
15  encountering Mr. Crowther, although he may have
16  been there.  I know Mr. Marti ended up taking my
17  raincoat and I had to get it back from him.
18  BY MR. BOYCE:
19    Q.   Do you know if any of the Canadian
20  delegation presented a paper at the conference in
21  London?
22    A.   I believe there was a paper from
23  the Canadian delegation.  I don't know the
24  proceedings as to where it would be.
25    Q.   Yeah, the page that ends in 331?

67 (Pages 262 to 265)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 286

Page 266

1      A.   331. I see here a paper by
2   Mr. Smirle, Dr. Lum and Mr. Bown, "A Canadian
3   View --" "International Videotex Standardization:
4   A Canadian View of Progress Towards the Wired
5   World."
6      Q.   Do you remember this paper?
7      A.   Yes, I --
8      MR. MARINA:  Objection. Lacks
9   foundation.
10     THE WITNESS:  I -- from my position in
11  the Department of Communications at that time, I
12  would have seen the paper before it went out.  I
13  also attended the meeting.
14  BY MR. BOYCE:
15     Q.   On pages 333 and 334, there's a
16  discussion of "Attributes - the Key to Compatible
17  Exchange of Graphical Information"?  Do you see
18  that?
19     A.   Yes.
20     Q.   What's the significance of that
21  title?
22     MR. MARINA:  Objection. Lacks
23  foundation.  He didn't write the document.
24     THE WITNESS:  From my understanding and
25  discussing with Mr. Smirle, the systems varied

Page 267

1   particularly with respect to their attributes;
2   that is they all had color, they had all had many
3   different capabilities, but the attributes were
4   expressed in very different ways in the systems.
5      The basic drawing capabilities - alpha,
6   the mosaic, the geometric, the photographic and
7   the DRCS - as we had seen in previous things,
8   it's possible to simulate the -- a mosaic by
9   drawing the appropriate geometric characters in
10  the appropriate order.  It's possible to do some
11  compatibility at that level but the attributes
12  would have to be converted if one was trying to
13  achieve compatibility.
14  BY MR. BOYCE:
15     Q.   The discussion on page 334, does
16  that echo your previous testimony about the
17  difference in the background color attribute in
18  mosaic systems versus the background attribute in
19  alpha geometric systems?
20     MR. MARINA:  Object to the form.  Vague.
21     THE WITNESS:  This paragraph accurately
22  reflects our previous discussion of the
23  differences between foreground and background.
24     (Whereupon the below-mentioned
25     document was marked for identification

Page 268

1   as Exhibit No. 21.)
2   BY MR. BOYCE:
3      Q.   Mr. O'Brien, do you recognize
4   Exhibit 21?
5      A.   Yes, Exhibit 21 was the result --
6   is the final report generated by the final
7   meeting of Study Group VIII in June 1980; the
8   "Final Report to the VIIth Plenary Assembly."
9      Q.   Okay.  And what is contained in
10  this document?
11     MR. MARINA:  Object to the form.  The
12  document speaks for itself.
13     THE WITNESS:  The document contains the
14  text of draft of Recommendation S.100 as it
15  existed in June 1980.  It's starting on the next
16  page.
17  BY MR. BOYCE:
18     Q.   Okay.  And the title says, "Final
19  Report to the {VIIIth} Plenary Assembly"?  What's
20  the "Plenary Assembly," if you know?
21     A.   The plenary assembly, from my
22  knowledge of what the process -- procedures, I
23  should say, of the International Telegraphic
24  Union, is the meeting which will vote on the
25  output from the study group.

Page 269

1      So this would be the results of the work
2   and then the plenary assembly would take this
3   work and it would be voted on by the various
4   nations.
5      Q.   Did you -- it says there was a
6   final meeting in Montreal?  Do you see that on --
7      A.   Yes.
8      Q.   -- the first page?
9      A.   Yes.  I see that.
10     Q.   Did you attend that meeting?
11     A.   Yes, I attended that meeting.
12     Q.   About how many people attended that
13  meeting?
14     A.   That meeting was very large.  There
15  were several hundred.  The plenary sessions of
16  the meeting, the full meeting, had filled the
17  auditorium of the International Civil Aviation
18  Organization, which was the venue for the
19  meeting.
20     So it was -- it's a large auditorium and
21  it was filled with people from all the
22  delegations.  There were well over 300, maybe 4
23  or more.
24     Q.   And the delegations to...
25     A.   To CCITT Study Group VIII from

68  (Pages 266 to 269)

Page 270

1    different nations.
2        Q.    And what was the purpose of the
3    plenary assembly?
4        A.    The plenary assembly is the higher
5    level governmental representatives than the
6    various nations that vote on the actual outputs
7    from the study groups that eventually become
8    recommendations attached to the telecommunication
9    treaty, which is what CCITT really is all about.
10       Q.    And did they vote on adoption of
11   this draft Recommendation S.100?
12       A.    Well, the...
13       MR. MARINA:  Objection.  Assumes facts.
14       THE WITNESS:  This document would not
15   tell us that, but we would know from the fact
16   that an S.100 document did come out eventually as
17   a document from CCITT that they would have voted,
18   and this is the input to the seventh plenary
19   assembly.
20   BY MR. BOYCE:
21       Q.    Well, you were at the meeting.  Was
22   there a vote?
23       A.    This... Okay.  This meeting is the
24   final meeting of Study Group VIII.  It's the
25   plenary assembly that adopts the documents.

Page 271

1    Study Group VIII prepares documents to go to the
2    plenary.
3        No, I was not at the plenary meeting.
4    The...  There were many...  The chairman would
5    ask consensus throughout the meeting in this
6    particular plenary meeting, but that was to have
7    an agreed document to submit for formal vote.
8    But the formal vote was not done at this meeting.
9        Q.    I see.  So there was stages of the
10   process for approving these recommendations.
11       A.    Yes, there are stages of approval.
12       Q.    And the final meeting in -- the
13   meeting in Montreal is the final meeting of Study
14   Group VIII?
15       A.    The meeting in Montreal was the
16   final meeting of Study Group VIII for that --
17   what they call that study period.  And then new
18   questions would be posed and a new study period
19   would begin.
20       Q.    Would you look at Exhibit 1?
21       A.    Exhibit 1?
22       Q.    Hm-hmm.
23       A.    The bottom of the pile.  Yes, I see
24   Exhibit 1.
25       Q.    Did you write any portion of this

Page 272

1    document?
2        A.    Of Exhibit 1?
3        Q.    Of that exhibit, S.100?
4        A.    Yes, I wrote portions of this
5    document.  I contributed to the alpha geometric
6    option and to some of the general portions of
7    it...
8        Q.    What --
9        A.    -- and to the extension scheme of
10   2022.
11       Q.    What pages is the "Alphageometric
12   Option" described on?
13       A.    It says 6.  So I will look at 6.
14   Section 6, not page 6.  6, which is on page Bates
15   No. 438238.
16       Q.    Okay.  All of section 6?
17       A.    All of section 6 is the geometric
18   option, yes.
19       Q.    Do you know if this document was
20   made available to the public?
21       MR. MARINA:  Objection.  Lacks
22   foundation.  Calls for speculation.  Calls for a
23   legal conclusion.
24       THE WITNESS:  I know from my
25   understanding of CCITT process that CCITT

Page 273

1    documents are standards and that the documents
2    are available from the CCITT.  I believe there's
3    a price in buying the documents, but that they
4    are available to anyone who wishes to purchase
5    them, and that they are also sent to the nations,
6    and that they would be available for example in
7    the library of the Standards Council of Canada.
8    I'm not sure exactly where they'd be available in
9    the library of in the U.S.
10   BY MR. BOYCE:
11       Q.    Is this document also available
12   from the International Telecommunication Union?
13       MR. MARINA:  Lacks foundation.  Vague.
14       THE WITNESS:  From my understanding, it
15   is.
16   BY MR. BOYCE:
17       Q.    And how do they make it available?
18       MR. MARINA:  Same objection.  Lacks
19   foundation.  Calls for speculation.  Vague.
20       THE WITNESS:  From my understanding, you
21   can purchase these documents from the
22   International Telegraphic Union in Geneva.
23   BY MR. BOYCE:
24       Q.    If you turn to page -- the page
25   that ends in 382.

69 (Pages 270 to 273)

Exhibit 07
Page 288

Page 274

1      A.   This is Bates No. or...
2      Q.   I'm sorry, I have a different
3  version. Sorry. Section 5.3. Can you find
4  that? That's at the page that ends in 228.
5      A.   5... 4, 5...
6      Q.   Section 5.3 is on page 228.
7      A.   Okay. 28. Yes, 5.3, "Serial
8  mode."
9      Q.   Do you know who wrote this section?
10      A.   I know that the U.K. delegation had
11  interest in the serial mode alpha numeric --
12  sorry, alpha mosaic component of this standard,
13  and I understand that they would have been the
14  primary contributors to this section.
15      Q.   And section 5.4 on page 232?
16      A.   Yes.
17      Q.   The same question: Who wrote
18  section 5.4?
19      MR. MARINA: Objection. Lacks
20  foundation. Calls for speculation.
21      THE WITNESS: Again, I understand that
22  the French delegation had particular interest in
23  the parallel mode of the alpha mosaic and would
24  have been the principal contributors to this
25  section.

Page 275

1  BY MR. BOYCE:
2      Q.   Is this section 5.4 consistent with
3  the understanding of Antiope that you had prior
4  to 1980?
5      MR. MARINA: Objection. Lacks
6  foundation. Vague.
7      THE WITNESS: My understanding, that this
8  section largely is equivalent to the Antiope
9  specification. I believe that there is -- or
10  there may have been some slight differences in
11  wording or in additional functionality that may
12  have been added at this stage, but that
13  functionally, it would be equivalent. That's
14  from my understanding of the Antiope system, not
15  a detailed comparison of the text.
16  BY MR. BOYCE:
17      Q.   If I could direct your attention to
18  the page that ends in 251.
19      A.   Yes.
20      Q.   Do you see the section 9.3,
21  "Display related enhancements"?
22      A.   Yes.
23      Q.   And then under that, section
24  9.3.2., could you read that section?
25      A.   Under "Display ... enhancements,"

Page 276

1  it says 9.3.2, "The ability to simulate motion
2  (i.e. animation) is a potential enhancement that
3  can be achieved by several means. These include:
4  ... alternating between slightly different
5  display frames stored in the terminal; ...
6  dynamically altering the colour of portions of
7  the display{ed} image, making them appear or
8  disappear by redefining the color table (an image
9  disappears when its color is set to the same
10  color as the surrounding area); ... execution of
11  a resident program to redefine the image at a
12  controlled rate."
13      Q.   This reference to "color table," is
14  that consistent with your understanding of a
15  color map prior to 1980?
16      MR. MARINA: Objection. Lacks
17  foundation. Calls for speculation. Improper
18  expert testimony.
19      THE WITNESS: My understanding of a color
20  table, color map, programmable color look-up
21  table, color reference table, is all the same
22  thing.
23  BY MR. BOYCE:
24      Q.   And is S.100 in section 9.3.2, is
25  that talking about a programmable color map?

Page 277

1      MR. MARINA: Objection. Lacks
2  foundation. Calls for speculation. Improper
3  expert testimony.
4      THE WITNESS: From the statement that
5  says here, "dynamically altering the color
6  portions of the display image, making them appear
7  or disappear by redefining the colour table,"
8  means that it is programmable. The word
9  "redefining" is clearly in the document.
10  BY MR. BOYCE:
11      Q.   If I could direct your attention to
12  the page that ends in 219. Section 1.2.4 says,
13  "For the international service, four different
14  options for representing pictorial information
15  have been recognized," and it lists four options.
16  Do you recognize those options?
17      A.   Yes, I recognize those options.
18  They are "mosaic character sets," "geometric
19  system," "dynamically redefinable character sets"
20  and "photographic representation{s}," and that
21  "These options are not mutually exclusive {but}
22  it is possible that systems may develop using two
23  or more {of these} options."
24      Q.   Can you give examples of mosaic
25  character sets as an option?

70  (Pages 274 to 277)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 289

Page 278

1    MR. MARINA: Object to the form. Vague.
2 Unintelligible.
3 BY MR. BOYCE:
4    Q.   Let me strike the question.
5    Can you give an example of a videotex
6 system known prior to 1980 that used mosaic
7 character sets consistent with the manner
8 specified in S.100?
9    A.   Yes, I can give two examples. I
10 can give an example of the Prestel system that
11 used mosaic character sets; an example of the
12 Antiope system which used mosaic character sets.
13    Q.   Okay. And can you give an example
14 of a videotex system that was known prior to 1980
15 that used a geometric system option in accordance
16 with S.100?
17    A.   Yes, the geometric option was a
18 component of the Telidon videotex system.
19    Q.   Okay. Where it says, "These
20 options are not mutually exclusive," what do you
21 understand that to mean?
22    MR. MARINA: Object to the form. Lacks
23 foundation. The document speaks for itself.
24    THE WITNESS: The -- what I understand,
25 that these documents -- that these options are

Page 279

1 not mutually exclusive is that one can build a
2 terminal that supports two or more of these
3 options.
4    So you could have a terminal which
5 supports mosaic capabilities as well as geometric
6 as well as photographic.
7 BY MR. BOYCE:
8    Q.   You said, "multi-mode." What does
9 that refer to?
10    A.   Multi-mode, mode being state of
11 change. So the word can be used to mean that you
12 can have a alpha mosaic mode, an alpha geometric
13 mode, or more.
14    Q.   Are you talking about a terminal
15 that operates in different modes?
16    A.   That's --
17    MR. MARINA: Object to the form. Lacks
18 foundation. Misstates the testimony.
19    THE WITNESS: What I am stating is that
20 it is possible to build a terminal which can
21 accept alpha and mosaic data as defined by the
22 Prestel system, and also accept alpha --
23 geometric data as defined by the Telidon system,
24 both compliant with what is described in S.100;
25 S.100 giving the framework in which to build such

Page 280

1 a multi-mode terminal.
2 BY MR. BOYCE:
3    Q.   Does S.100 also describe you could
4 build a multi-mode terminal that operates to
5 decode and display Antiope coded information in
6 one mode and decode and display Telidon
7 information in another mode?
8    A.   That is possible, under what is
9 described in S.100, you may have multiple modes.
10 Multiple... I'll read it. "For the
11 international service{s}, four different
12 options" - they're calling them "options," not
13 modes - "for representing pictorial information
14 have been recognized," "mosaic," "geometric,"
15 "dynamically redefinable character sets,"
16 "photographic," and that "These ... are not
17 mutually exclusive and it is possible that {a
18 system} may develop using two or more {of these}
19 options."
20    Q.   Was multi-mode terminal a term that
21 was being used in the 1980 time period?
22    A.   Yes, there were -- there was
23 definite interest in having terminals that were
24 capable of supporting more than one capability to
25 broaden the market.

Page 281

1    Q.   Were any companies in the videotex
2 community talking about building multi-mode
3 terminals in the 1980 time period?
4    MR. MARINA: Objection. Lacks
5 foundation. Calls for speculation.
6    THE WITNESS: I know from my work at the
7 Communications Research Centre that there was an
8 interest to build a Prestel and Telidon terminal
9 for part of the European market, and that the
10 company Norpak was interested or involved in
11 building such a terminal.
12 BY MR. BOYCE:
13    Q.   Now, does S.100 specify how you're
14 going to change from one mode to the other?
15    A.   S.100 includes escape characters,
16 which comply with the standard ISO 2022. The
17 escape characters tell you how to send a command
18 that will then allow you to switch.
19    The ISO standard, ISO 2022, requires that
20 you go to ISO to get final agreement on what the
21 escape character will be. It will be escape,
22 some character, some character; two sequences.
23 The final code comes from some register. And
24 that has to be issued by CCITT -- sorry, issued
25 by ISO.

71 (Pages 278 to 281)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 290

Page 282

```
 1      So it -- this standard would tell you to
 2  use the escape sequences, but it wouldn't tell
 3  you exactly what the final code was.  You'd have
 4  to get that from ISO.
 5      And you see in this standard that there
 6  is a section under section 2, 2.1.3, "The
 7  different options are designated (and invoked) by
 8  specific escape sequences."
 9      2.2.1, "Two different modes for ...
10  alphamosaic have been identified.  They differ in
11  their display ... sets.  {The} control
12  {sequences} are designated" by C1 sets in the
13  form.
14      So escape 2/2 F and you get the F
15  character.  It's a code, one of the code -- table
16  codes from ISO, and that CCITT would ask ISO to
17  give them the code after the document is
18  approved.
19      The mosaic character sets are designated
20  in the parallel mode by escape 2/9 F.
21      Q.   Okay.  Now -- I'm sorry.
22      A.   So there are escape sequences.
23  There's escape sequences for also for alpha
24  geometric.
25      Q.   Okay.  This escape sequence in
```

Page 283

```
 1  section 2.2.2.
 2      A.   Yes.
 3      Q.   Okay.  Is that the escape sequence
 4  for a multi-mode terminal to begin decoding and
 5  displaying Antiope data?
 6      MR. MARINA:  Objection.  Lacks
 7  foundation.  What terminal?  There's no terminal.
 8      THE WITNESS:  Okay.  In a videotex system
 9  consisting of a source of data, communication out
10  to a user terminal, if the user terminal was
11  capable of understanding both - say for example,
12  was capable of understanding Prestel as well as
13  Antiope as well as Telidon; a three-mode
14  terminal - then if somebody would send the
15  Telidon data, you would precede it by the command
16  escape 255 something.  It turned out later, when
17  the ISO issued it, the number became 2557.
18      That would give you -- would switch the
19  terminal into the capability of receiving in the
20  alpha geometric mode.  If you then sent some
21  alpha geometric, you'd draw a page.
22      And then if I was going to in my service
23  switch over and now I'm going to pick up some
24  data from Prestel, I would send the escape
25  sequences for the escape 22 F, which is I don't
```

Page 284

```
 1  remember what is assigned by ISO for that, but
 2  there would be a code assigned by ISO which would
 3  switch now the following data would be data which
 4  would be describing alpha mosaic in the serial
 5  mode, because that was the description from the
 6  British Prestel.  So --
 7  BY MR. BOYCE:
 8      Q.   And is there also an escape
 9  sequence for Antiope there?
10      A.   There is an escape sequence for
11  Antiope in there, yes.  And there's an escape
12  sequence for DRCS.
13      Q.   Now, does S.100 provide enough
14  information for a videotex terminal manufacturer
15  to make a multi-mode videotex terminal that could
16  operate in these different modes described in
17  this S.100?
18      MR. MARINA:  Objection.  Calls for expert
19  testimony.  You didn't provide an expert report,
20  sir.  This is completely improper.  This
21  testimony is all going to be stricken.
22      THE WITNESS:  From my experience at the
23  Department of Communications as a research
24  engineer and then as director of systems
25  technology, research and development, there was a
```

Page 285

```
 1  development done by Norpak Corporation to develop
 2  a two-mode videotex terminal that would implement
 3  Prestel and implement Telidon, and that it used
 4  this spec, that that was the specification that
 5  was given to Norpak Corporation to develop that.
 6      MR. MARINA:  Move to strike as completely
 7  non-responsive.  Why don't you try answering his
 8  questions, sir, instead of answering your own.
 9      THE WITNESS:  Could you repeat the
10  question, then?  No?
11      MR. BOYCE:  There's no need to.
12      MR. MARINA:  I'm going to ask you the
13  question again and then we'll get a real answer
14  to it.
15      MR. BOYCE:  You can ask the question
16  later.
17  BY MR. BOYCE:
18      Q.   You're familiar with S.100.
19  Correct?
20      A.   Yes.
21      Q.   You're also familiar with the
22  AT&T's PLP standard, Exhibit 3.  Correct?
23      A.   Yes.
24      Q.   This Exhibit 3... Can you pull
25  that out?
```

72  (Pages 282 to 285)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 291**

Page 286

1    A.  Yes.
2    Q.  Is this your -- a copy of your own
3  copy of the PLP --
4    A.  Yes.
5    Q.  -- standard?
6    A.  This is a copy of my copy of that
7  standard.
8    Q.  And how did you originally obtain
9  this copy?
10   A.  I received this copy from Joe
11 Wetherington, and he signed it, as did Bill
12 Frezza, myself, and Fu Lum.
13   Q.  Okay.  And now why did they sign it
14 when they gave it to you?
15   A.  I had worked with them in the
16 development of this.
17   Q.  Oh.  So you're pretty familiar with
18 the PLP protocol.
19   A.  Yes.
20   Q.  So are you also familiar with the
21 differences between PLP and S.100?
22   A.  I believe so.
23   Q.  Okay.
24   A.  I should get S.100 back out.
25   Q.  Well, let's rely on the document a

Page 287

1  little bit.  The PLP at page 847...
2    A.  Getting S.100.  Okay.  PLP at page
3  847.  Yes.
4    Q.  The first sentence of the second
5  paragraph says, "The basic coding scheme is built
6  upon the framework established by the CCITT S.100
7  standard."  Right?
8    So was the S.100 standard known to
9  Mr. Frezza and Mr. Wetherington when they were
10 preparing this AT&T videotex presentation level
11 protocol?
12   A.  Mr. Wetherington's name is in the
13 meeting minutes of meetings that prepared S.100.
14 I remember being in Geneva with Mr. Frezza at one
15 time.  I cannot remember the exact date.
16   Q.  Who wrote this document, the
17 "Presentation Level Protocol"?
18   MR. MARINA:  Objection.  Lacks
19 foundation.
20   THE WITNESS:  The document was given to
21 me by AT&T and they would have written it.
22 BY MR. BOYCE:
23   Q.  Was some of it adapted from your
24 Telidon materials?
25   A.  Certainly.  There's a large

Page 288

1  compatibility with my Telidon materials.
2    Q.  And why -- do you agree with the
3  statement that "basic coding scheme is built upon
4  the framework established by the CCITT S.100
5  standard"?
6    A.  Yes, I agree with that statement.
7    Q.  There's another statement in the
8  same paragraph that says, "The mosaics are
9  compatible with those mosaics used by the Prestel
10 and Antiope coding schemes while the geometric
11 primitives are compatible with the Picture
12 Description Instructions ... defined by the
13 Telidon coding scheme."  Do you agree with that
14 statement?
15   A.  Yes, I agree with that statement.
16   Q.  Now, in S.100, are the mosaics in
17 S.100 compatible with the mosaics used by the
18 Prestel and Antiope coding schemes?
19   A.  Yes.  The mosaics in S.100, mosaic
20 tables in S.100, which I have to find, are
21 compatible with the mosaics used in Prestel and
22 Antiope.
23   Q.  Are the color attributes associated
24 with the mosaics used in the Prestel and Antiope
25 coding schemes, are those compatible with S.100?

Page 289

1    MR. MARINA:  Objection.  Lacks
2  foundation.  Assumes facts not in evidence.
3    THE WITNESS:  The color attributes in
4  S.100 was designed to be compatible with the
5  source documents; the Prestel, the Antiope, the
6  Telidon.
7  BY MR. BOYCE:
8    Q.  Concerning color attributes?
9    MR. MARINA:  Objection.  Lacks
10 foundation.  Calls for speculation.
11   THE WITNESS:  The color attributes -- the
12 color attribute tables described in S.100 are, to
13 the best of my knowledge, compatible with the
14 color attributes in both Prestel and the color
15 attributes in Antiope.
16   And that is to be expected because the
17 proponents of these two systems would have
18 ensured that they had compatibility.
19 BY MR. BOYCE:
20   Q.  Hm-hmm.  And do you agree with the
21 statement "The mosaics ... used by the Prestel
22 and Antiope coding schemes ... are compatible
23 with the {PLP}"?
24   A.  Yes.
25   Q.  And the color attributes in Prestel

73 (Pages 286 to 289)

Exhibit 07
Page 292

Page 290

1  and Antiope also compatible with the color
2  attributes used in PLP?
3      MR. MARINA:  Objection.  That's not what
4  the document says.  If you want to misrepresent
5  the document, we'll be here all day.
6      MR. BOYCE:  I'm asking the question.
7      MR. MARINA:  No, he has no knowledge of
8  that.  Objection.  Calls for speculation.  Lacks
9  foundation.
10      MR. BOYCE:  We'll see if he has knowledge
11  of it.
12      THE WITNESS:  No, I know that the color
13  attributes used in PLP are not compatible with
14  the color attributes used in Prestel and Antiope.
15  In fact, the color attributes used in PLP are
16  described differently.  Convertible, but
17  differently.
18  BY MR. BOYCE:
19      Q.   In what respect?
20      A.   The color attributes used in PLP
21  describe a set color command and a select color
22  command.  The color attributes described in S.100
23  for Prestel and Antiope describe escape sequences
24  that establish the colors.
25      Q.   In S.100, was it possible to

Page 291

1  operate in a first mode where you can specify a
2  foreground color using an index to a color
3  look-up table?
4      MR. MARINA:  Objection.  Calls for a
5  legal conclusion.  Lacks foundation.
6      THE WITNESS:  The specification in
7  Prestel and Antiope have -- talks about the codes
8  which are transmitted to the terminal.  There are
9  escape sequences that indicate that this escape
10  sequence will invoke a color.
11      And the concept of a color look-up table
12  comes when one looks at the capabilities such as
13  the need for extension as other described or the
14  conceal/reveal capability, which means
15  manipulation of the colors.
16      But directly the specification does
17  not -- has escape sequences.  We are talking
18  about the codes that are transmitted.
19  BY MR. BOYCE:
20      Q.   Okay.  So the escape sequences in
21  S.100 are used to -- are designed to be used in a
22  multi-mode terminal...
23      A.   Yes.
24      Q.   -- that can operate in one mode
25  consistent with Antiope.  Correct?

Page 292

1      A.   Yes.
2      Q.   And in that mode, is it possible to
3  specify colors using an index into a color
4  look-up table?
5      MR. MARINA:  Objection.  Lacks
6  foundation.  Calls for speculation.
7      THE WITNESS:  The escape sequence is an
8  escape and it is a code.  The code establishes an
9  in-use color.
10      The -- when the letter comes to define
11  the letter A, the in-use color is used.  And the
12  number of states is greater than just red green
13  blue, so there is some mapping occurring, meaning
14  there is a color look-up table mapping somehow
15  the states to the output.
16      Now, that these are described directly in
17  S.100, no.  What S.100 describes is the codes
18  which are transmitted.
19  BY MR. BOYCE:
20      Q.   And there's a reference to using a
21  color reference table.  Right?
22      MR. MARINA:  Objection.  That's not what
23  the document says.
24  BY MR. BOYCE:
25      Q.   What does the document say about --

Page 293

1      MR. MARINA:  Well, show me where it's
2  using a code transmitting using a color reference
3  table.  Let's see that one.
4      MR. BOYCE:  I'm not sure that's what I
5  said, but.
6      MR. MARINA:  That is what I said.  You've
7  been doing it all afternoon.
8  BY MR. BOYCE:
9      Q.   Okay.  Well, let's start the
10  question.  What does S.100 say about -- what are
11  the various synonyms that refer to color map?
12      MR. MARINA:  Objection.  You're assuming
13  facts not in evidence.  It doesn't say color map.
14      THE WITNESS:  No, what S.100 says is,
15  under section 9.3.2, "dynamically {alterating}
16  the colour of portions of the display ... ,
17  making them appear or disappear by redefining the
18  colour table."
19  BY MR. BOYCE:
20      Q.   Okay.  Color table.  Let's stick to
21  color table.  S.100 describes a color table.
22      A.   Yes.
23      MR. MARINA:  Objection.  The document --
24  misstates the document.  Misrepresents the
25  document.  It does not --

74 (Pages 290 to 293)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 293

Page 294

1      THE WITNESS: S.100, I read section --
2      MR. MARINA: It says the words "colour
3  table." That's what it says. It doesn't
4  describe a color table.
5  BY MR. BOYCE:
6      Q.  All right. Well --
7      THE WITNESS: I will read the section
8  again. It says section 9.3.2, section b),
9  dynamically {alterating --} altering the colour
10  of portions of the display image, making them
11  appear or disappear by redefining the colour
12  table (an image disappears when its colour is set
13  to the same colour as the surrounding area)."
14  BY MR. BOYCE:
15      Q.  Does that --
16      A.  The word "colour table" is used in
17  that sentence.
18      Q.  Is that description, using the word
19  "colour table," is that consistent with your
20  understanding of a color map prior to 1980?
21      MR. MARINA: Objection. Calls for expert
22  testimony. It's irrelevant.
23      THE WITNESS: As I have indicated
24  previously --
25      MR. MARINA: Lacks foundation.

Page 295

1      THE WITNESS: -- I believe that the term
2  color map, color table, color reference table,
3  programmable look-up table, were all synonyms.
4  BY MR. BOYCE:
5      Q.  And you participated in the
6  development of S.100. Right?
7      A.  Yes.
8      Q.  And did you have an understanding
9  of what that section was talking about when you
10  participated in that development?
11      A.  Yes.
12      Q.  What was your understanding?
13      A.  My understanding was that a table
14  or memory indexed -- containing color values that
15  could be indexed by a number would be -- that you
16  could use an index into that table and have a
17  value of red or green or blue that comes out, and
18  then goes through possibly analog --
19  digital-to-analog convertors and goes to the red
20  blue green guns, and that it is not direct
21  because "an image disappears when its colour is
22  set to the same color as the surrounding area."
23      Well, if it was direct, you would be
24  specifying the color. If you can specify that it
25  is the same color as the surrounding area, that's

Page 296

1  two entries with the same color, that means you
2  must be indexing into the table to get two
3  entries. The direct capability would only give
4  you one entry.
5      Q.  Which mode of S.100 would use the
6  indirect color specification?
7      MR. MARINA: Objection. Assumes facts
8  not in evidence. Misstates S.100.
9      THE WITNESS: What I can say is that the
10  alpha geometric part of S.100 used direct; ergo,
11  it was another part.
12      The other parts are the alpha mosaic
13  part. There's also a small section on alpha.
14  Photographic is just mentioned as an op -- a
15  future option, and dynamically redefinable
16  characters are defined. So.
17  BY MR. BOYCE:
18      Q.  Okay. Now, in the mode you just
19  described where an alpha mosaic system is using
20  this color table, how is foreground color
21  specified?
22      MR. MARINA: Objection. Misstates the
23  document. Misstates his testimony. Lacks
24  foundation.
25      THE WITNESS: In a system where an alpha

Page 297

1  mosaic system is using a color table, like all
2  alpha mosaic systems described in S.100, an
3  escape sequence would be used to give -- to
4  indicate a code.
5  BY MR. BOYCE:
6      Q.  Okay. And then after that escape
7  sequence is issued, is the terminal responsive to
8  codes that can specify color using an index into
9  that look-up table?
10      MR. MARINA: Objection. Lacks
11  foundation. Calls for speculation. Misstates
12  the document. Misstates his testimony. Calls
13  for improper expert opinion.
14      THE WITNESS: The code -- the commands as
15  defined in S.100 would be an escape followed by a
16  code from columns 4 or 5 of the code table,
17  Figure 7 in S.100 - for example, in the parallel
18  mode - and you would go escape 45 to get magenta,
19  which would be a bit pattern 1000101.
20  BY MR. BOYCE:
21      Q.  Okay. And that would give you a
22  foreground color specified using an index into
23  this color table.
24      MR. MARINA: Objection. Misstates the
25  document, misrepresents the document, lacks

75  (Pages 294 to 297)

**Exhibit 07**
**Page 294**

Page 298

1   foundation, calls for speculation, improper
2   expert testimony.
3        THE WITNESS:  That would give me a color,
4   that it is not a direct color because we see
5   that, to have the possibility of switching
6   colors, you must have some form of color map,
7   but. So I'm stating it as best I can from what
8   is written in the document.
9   BY MR. BOYCE:
10       Q.   Okay.  And in this alpha mosaic
11  mode that's initialized by the escape sequence
12  you mentioned in S.100, after that escape
13  sequence is issued, will the terminal be
14  responsive to commands that can specify a
15  background color using an index into the look-up
16  table?
17       MR. MARINA:  Objection. Misstates the
18  document. Lacks foundation. Calls for expert
19  testimony. Also calls for a legal conclusion.
20       THE WITNESS:  When the... When the
21  escape sequence is sent to establish a foreground
22  color, another escape sequence is sent to
23  establish the background color.
24       The escape sequence would be of the form
25  escape, something like 5 -- well, any from this

Page 299

1   column.
2   BY MR. BOYCE:
3        Q.   And in the alpha mosaic display
4   mode initialized by this escape sequence, when
5   that background color gets specified via the
6   look-up table, what is that background color used
7   for?
8        MR. MARINA:  Objection. Misstates his
9   testimony. Misstates the document.
10  Misrepresents the document. Calls for expert
11  testimony and lacks foundation.
12       THE WITNESS:  From my --
13       MR. MARINA:  It's also an incomplete
14  hypothetical.
15       THE WITNESS:  From my knowledge of the
16  Antiope system and my knowledge of S.100 at the
17  time, the... Let me see if I can remember
18  exactly what you said. Could you repeat now?
19  BY MR. BOYCE:
20       Q.   Sure. I said based on your
21  knowledge of S.100, if we're talking about the
22  alpha mosaic display mode initialized by the
23  alpha mosaic parallel mode escape sequence,
24  that's initialized, and then a foreground color
25  is specified using one of these codes in column 4

Page 300

1   of Exhibit 7 --
2        A.   Yes.
3        Q.   -- and using the color table --
4        A.   Hm-hmm.
5        Q.   -- and then subsequently a
6   background color is specified using one of the
7   codes in column 5 of Exhibit 7, specify a
8   background use color using --
9        A.   Yes.
10       Q.   -- the color table.
11       Now, is there a way now in the S.100
12  specifies how a letter can be drawn?
13       MR. MARINA:  Object to the form of the
14  question. Assumes many, many facts not in
15  evidence. Misrepresents S.100. Misrepresents
16  prior testimony. Calls for expert testimony.
17  Lacks foundation. Calls for speculation.
18       THE WITNESS:  From my understanding of
19  S.100, to produce a letter, one would send a code
20  from the code table in Figure 3.
21       So to send the letter A, one would send
22  the code 41, which is actually bit pattern
23  1000001, which corresponds to capital letter A.
24  So sending that code puts out the letter A.
25  BY MR. BOYCE:

Page 301

1        Q.   Okay.  And when this S.100
2   multi-mode terminal receives that code, assuming
3   the foreground and background colors have already
4   been specified as we just talked about, what
5   would be the response of the S.100 terminal at
6   that point?
7        MR. MARINA:  Objection. Incomplete
8   hypothetical. Assumes facts not in evidence.
9   There's no such terminal.  It calls for expert
10  testimony. Lacks foundation. Calls for
11  speculation.
12       THE WITNESS:  And the response of such a
13  terminal that would have been built compliant
14  with S.100 would be to present the letter A with
15  the foreground in-use color and the background
16  in-use color; the foreground in-use color for the
17  letter itself and the background for the area
18  around the letter in the cell area.
19  BY MR. BOYCE:
20       Q.   S.100 also has an alpha geometric
21  option. Correct?
22       A.   Yes.
23       Q.   And there's an escape sequence
24  provided for the alpha geometric option?
25       A.   Yes, there's escape sequence to

76  (Pages 298 to 301)

Page 302

1  enter that option.
2      Q.   And the alpha geometric option in
3  S.100 is consistent with the Telidon videotex
4  system. Correct?
5      A.   Yes.
6      Q.   And assuming a terminal has been
7  built in accordance with S.100 and it issues the
8  escape sequence or it's responsive to the escape
9  sequence. Am I right?
10     MR. MARINA: Objection. Misstates his
11 testimony. Assumes facts not in evidence. Calls
12 for a legal conclusion. Calls for expert
13 testimony. Incomplete hypothetical.
14 BY MR. BOYCE:
15     Q.   Would the escape sequence is
16 something that the S.100 terminal would respond
17 to or issue?
18     A.   The terminal --
19     MR. MARINA: Objection. Incomplete
20 hypothetical. Lacks foundation. Improper expert
21 testimony. Calls for speculation.
22     THE WITNESS: From my knowledge of S.100,
23 having participated in the development of it,
24 the -- a terminal implemented in accordance with
25 S.100 would respond to the receiving these codes.

Page 303

1  It does not generate them.
2  BY MR. BOYCE:
3      Q.   So assuming a terminal is in
4  accordance with the S.100 and it's responsive to
5  the escape sequence corresponding to the alpha
6  geometric option, is that terminal now respond --
7  would it enter into a mode where it's responsive
8  to codes and data that will specify a color
9  directly not using any color table?
10     MR. MARINA: Object to the form. Assumes
11 facts not in evidence. Calls for a legal
12 conclusion. Calls for expert testimony. Lacks
13 foundation. Incomplete hypothetical.
14     THE WITNESS: From my knowledge of S.100
15 and my knowledge of the alpha geometric option, a
16 terminal built in accordance with S.100 that
17 received the code to enter the alpha geometric
18 mode, when receiving a command to create -- to
19 enter color, when receiving the color value
20 command, which is described in S.100 in section
21 6.5.1.1, then followed by the data bits for the
22 color as described in 6.5.3.1, then you -- one
23 would directly specify the color.
24     One could implement a color look-up
25 table, but this is a direct specification of the

Page 304

1  color.
2  BY MR. BOYCE:
3      Q.   Correct me if I'm wrong, but does
4  S.100 describe a videotex terminal that can
5  operate in a first mode, for example, the alpha
6  mosaic mode, parallel mode, wherein colors can be
7  specified, and I'm talking about background and
8  foreground colors can be specified using an index
9  into a color look-up table.
10     MR. MARINA: Objection. Calls --
11 BY MR. BOYCE:
12     Q.   Is that correct?
13     MR. MARINA: Objection. Calls for a
14 legal conclusion. Assumes facts not evidence.
15 Calls for speculation. Lacks foundation.
16 Incomplete hypothetical.
17     THE WITNESS: What I can say is in the
18 alpha mosaic mode, a escape sequence will define
19 the color, and that this is the code which is
20 transmitted, and that I can say that this code...
21 I should put it...
22     What I am saying is that the code
23 transmitted is a description of the color to be
24 used in -- so it is a code for the color to be
25 used.

Page 305

1      I can't say exactly the words that you're
2  saying because they're not written in exactly
3  that way in the document.
4  BY MR. BOYCE:
5      Q.   Which words? We have -- there's a
6  disconnect here. Can you explain to me what...
7      MR. MARINA: Object to the form of the
8  question. It's vague.
9  BY MR. BOYCE:
10     Q.   Okay. Strike the question. Let's
11 move on to PLP.
12     Now -- and you're familiar with PLP.
13 Right?
14     A.   Yes.
15     Q.   Does PLP define a first mode...
16 Strike the question.
17     Does PLP define a mode wherein a videotex
18 terminal is responsive to some kind of commands
19 to specify a foreground color using an index
20 value into a look-up table?
21     A.   PLP has the command select color,
22 and it indicates a drawing mode. The select
23 color command is used to select the color mode as
24 well as to select the in-use color -- drawing
25 color for mode 1, and then in-use colors for mode

77  (Pages 302 to 305)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 296**

Page 306

1  2.
2      Q.   Okay.  Now I'm going to ask the
3  same --
4      A.   So it sets the color mode.
5      Q.   I'm going to ask the same exact
6  question and I'll ask the court reporter to read
7  it back, but for S.100.
8      MR. MARINA:  This court reporter is not
9  going to alter the question.  If you want to ask
10  a question, you have to ask it.
11      MR. BOYCE:  Okay.  That's fine, I'll
12  alter the -- I'll modify the question.
13  BY MR. BOYCE:
14      Q.   Does S.100 also specify a system, a
15  videotex terminal, in which it operates in a mode
16  wherein a foreground color can be specified using
17  an index into a color look-up table?
18      MR. MARINA:  Objection.  Misstates the
19  document.  The document says no such thing.
20  Lacks foundation.  Calls for expert testimony.
21      THE WITNESS:  S.100 states that there is
22  a mode, which is the alpha mosaic mode, and that
23  the alpha mosaic mode has a command to set a
24  color, and that this -- it indicates that there
25  may be the use of a color map -- a table.  It

Page 307

1  talks about redefining the color table.
2      Q.   Hm-hmm?
3      A.   And the color specifications are
4  not a direct in the alpha mosaic systems.  So in
5  that sense, there is an indexed access into a
6  color look-up table, but I'm trying to be careful
7  here not to state -- that it is a combination of
8  different pieces across the document.
9      Q.   Hm-hmm?  Now -- okay.  So the
10  members of Study Group VIII, did they have any
11  trouble making the connection between Figure 7
12  and section 9.3.2?
13      MR. MARINA:  Only if he were those
14  members.  Lacks foundation.  Calls for
15  speculation.
16      THE WITNESS:  I was one member of that
17  committee...
18  BY MR. BOYCE:
19      Q.   Hm-hmm?
20      A.   -- and I understood the use of
21  color maps, color tables.
22      Q.   And did you understand that
23  connection?
24      A.   I understood that connection.
25      Q.   Okay.  Then in accordance with your

Page 308

1  understanding, S.100 describes a mode in which a
2  foreground color can be specified using an index
3  into a color look-up table.
4      MR. MARINA:  Objection.  Misstates the --
5  BY MR. BOYCE:
6      Q.   Am I correct?
7      MR. MARINA:  Objection.  Misstates the
8  document.  Misstates his testimony.  Calls for
9  speculation.  Calls for a legal conclusion.
10  BY MR. BOYCE:
11      Q.   If that misstates the testimony,
12  please explain it to me.
13      A.   S.100 defines a mode in which a
14  color command can define an index into a color
15  table.  Can, and it indicates that a color table
16  is in the section of related enhancements.  And I
17  am trying to be careful of what exactly S.100
18  states rather than --
19      Q.   I see.
20      A.   -- what is my understanding of how
21  terminals were actually built.
22      Q.   So are you saying that S.100 didn't
23  require people complying with S.100 to use the
24  look-up table?  Is that what you're saying?
25      A.   I don't --

Page 309

1      MR. MARINA:  Objection.  Misstates the
2  document.  It does not say anything about a
3  look-up table.
4      THE WITNESS:  S.100 indicates that a
5  color table, but it is not -- I do not believe
6  that S.100 requires the use of a look-up table.
7  There are in my understanding other ways of
8  building hardware that might also allow
9  implementation.
10  BY MR. BOYCE:
11      Q.   Now, you've worked on a lot of
12  standards committees, have you not?
13      A.   Yes.
14      Q.   And are you being careful about
15  what -- whatever you're being careful right now,
16  is it the difference between what a standard
17  requires versus what that document is suggesting
18  could be done?
19      A.   This document suggests what can be
20  done, truly, and it is -- but the standard
21  doesn't require that, that's true.
22      Q.   Okay.  Does S.100 at least suggest,
23  aside from whether or not the CCIT required one
24  to comply, does it at least suggest the use of a
25  videotex terminal having a mode where a

78  (Pages 306 to 309)

Page 310

1  foreground color can be specified indirectly
2  using an index into a color table?
3      MR. MARINA: Objection. Improper expert
4  testimony. Lacks foundation.
5      THE WITNESS: I believe that S.100
6  indicates that that is a possible -- that that is
7  possible.
8  BY MR. BOYCE:
9      Q.  Does it also indicate that it's
10 possible to have a mode wherein you specify a
11 background color using an index into a look-up
12 table?
13     MR. MARINA: Objection. Calls for
14 improper expert testimony. Lacks foundation.
15 Calls for speculation. Misstates the document.
16     THE WITNESS: Exactly the same as what I
17 said for foreground color; that background color,
18 it is possible.
19 BY MR. BOYCE:
20     Q.  Okay. But I'm not --
21     A.  I do not see that the standard
22 requires that implementation.
23     Q.  Okay. That's really not what I'm
24 interested in right now, what the standard
25 requires. I'm asking you what the document

Page 311

1  suggests as a possibility.
2      Does it suggest as a possibility you can
3  have a mode in a videotex terminal wherein the
4  colors are specified indirectly using an index
5  table -- an index into a look-up table?
6      MR. MARINA: Objection. Seeks improper
7  expert testimony. Calls for speculation. Lacks
8  foundation. Misstates the document.
9      THE WITNESS: As I said, I believe it
10 allows that.
11 BY MR. BOYCE:
12     Q.  Okay. Now, does PLP also allow
13 specification of both foreground and background
14 colors using an index into a look-up table?
15     A.  Yes, that is clearly there in the
16 text of PLP.
17     Q.  Okay. And I think we already
18 established that S.100 allows specification of
19 the foreground color directly. Correct?
20     A.  S.100 allows specification of a
21 foreground color directly in the alpha geometric
22 mode, yes.
23     Q.  Okay. And PLP also allows direct
24 specification of colors. Right?
25     A.  Yes, by the use of the color -- set

Page 312

1  color command...
2      Q.  Okay.
3      A.  -- which corresponds exactly to the
4  set value command in the 699.
5      Q.  I'm going to use the word allow.
6  Okay? And does both PLP and S.100 allow a mode
7  where the colors are specified indirectly using
8  an index into a look-up table?
9      MR. MARINA: Objection. Lacks
10 foundation. Calls for speculation. Improper
11 expert testimony. Misstates S.100.
12     THE WITNESS: I believe S.100 allows
13 index into a -- allows specifying color by an
14 index into a look-up table using a mode.
15 BY MR. BOYCE:
16     Q.  Okay.
17     A.  Or in a mode.
18     Q.  Now, let... Do S.100 and PLP both
19 allow specification of a color -- of a foreground
20 color indirectly using an index to a look-up
21 table?
22     MR. MARINA: Objection. Seeks improper
23 expert testimony. The question's also compound.
24 It also calls -- it lacks foundation and calls
25 for speculation, and also misstates S.100.

Page 313

1      THE WITNESS: I believe we just said
2  that.
3  BY MR. BOYCE:
4      Q.  Okay. Does -- did S.100 and PLP
5  both allow specification of a background color
6  indirectly using an index to a look-up table?
7      MR. MARINA: Objection. Seeks improper
8  expert testimony. Lacks foundation. Calls for
9  speculation. Misrepresents S.100.
10     THE WITNESS: I believe S.100 and PLP
11 allow index into a look-up table.
12 BY MR. BOYCE:
13     Q.  For both?
14     A.  For both a foreground and a
15 background color, yes.
16     Q.  And do S.100 and PLP both allow
17 specification of a foreground color directly?
18     A.  Yes, S.100 and PLP both allow
19 specification of foreground color directly by the
20 use of the set color command in PLP and by the
21 use of the control value command in S.100.
22     Q.  Did we just establish three
23 different modes of color specification common to
24 S.100 and PLP?
25     MR. MARINA: Objection. You did no such

79 (Pages 310 to 313)

Exhibit 07
Page 298

Page 314

1  thing. Misstates his testimony. Calls for a
2  legal conclusion.
3  BY MR. BOYCE:
4      Q.   I'll go over them again, the three
5  different modes.
6      A.   I don't want to go over those words
7  again and again. We have certainly made three
8  statements, yes.
9      Q.   Okay. With respect to three
10 different modes of color specification techniques
11 that are common to PLP and S.100.
12     MR. MARINA: Objection. Misstates the
13 testimony. Misstates S.100.
14 BY MR. BOYCE:
15     Q.   Yes or no?
16     MR. MARINA: Calls for a legal
17 conclusion. Calls for expert testimony.
18     THE WITNESS: Yes.
19 BY MR. BOYCE:
20     Q.   Now, is there any difference
21 between PLP and S.100 with respect to how the
22 modes are selected in the terminal?
23     MR. MARINA: Objection. Calls for
24 improper expert testimony. Lacks foundation.
25 Assumes facts not in evidence. Calls for

Page 315

1  speculation.
2      THE WITNESS: S.100 has escape sequences
3  that go into the various alpha mosaic, alpha
4  geometric modes, and that colors are selected in
5  the alpha mosaic mode by the use of escape
6  sequences; colors are selected in the alpha
7  geometric mode by the use of a control value
8  command, which is equivalent to the set color
9  command in PLP.
10     However, the command to change the color
11 mode in PLP is the select color command is used
12 to set the color mode. That's on section 52142.
13 So the method of changing modes is certainly
14 different.
15 BY MR. BOYCE:
16     Q.   And you're familiar with the method
17 of changing modes in PLP?
18     A.   Yes.
19     Q.   And how does it work?
20     A.   The method of changing modes in
21 PLP? "the in-use drawing color for mode 1 and
22 the in-use colors for mode 2. The Select Color
23 op code can take zero, one, or two single-value
24 operands."
25     And in numerical data, "Any additional

Page 316

1  numeric data is ignored. If the Select Color op
2  code is followed by no operands, color mode {1}
3  is indicated. (On terminals with implicitly
4  defined {coloured map}, this will also
5  reinitialize the internal color map.) The
6  terminal will remain in color mode 0 until either
7  {the} Select Color command with operands is
8  received or the color mode is changed with a
9  Reset command."
10     Well, okay, going on. "If the Select
11 Color op code is followed by a single operand,
12 color mode 1 is indicated." And then "If the
13 Select Color op code is followed by two operands,
14 color mode 2 is indicated."
15     So it is the number of operands that is
16 used here which is used to change the color mode.
17 It's clearly stated in section 52142 of PLP.
18     Q.   Did you contribute any concepts to
19 the PLP specification?
20     MR. MARINA: Object to the form. Vague.
21     THE WITNESS: I had discussions with
22 AT&T. I argued for backward compatibility with
23 the Telidon specification, and I argued strongly
24 for the capability of direct color. The direct
25 color capability was to me very important.

Page 317

1  BY MR. BOYCE:
2      Q.   Did the mode wherein color is
3  specified directly, is that what you presented?
4      MR. MARINA: Objection. Calls for
5  speculation. Lacks foundation. Calls for a
6  legal conclusion.
7      THE WITNESS: What I discussed with
8  Mr. Wetherington in particular was the
9  compatibility with the -- backward compatibility
10 with the Telidon specification.
11     And in fact, if you look at the set color
12 command, it is identical to the control value
13 command, which does the same function in the 699
14 spec.
15     This allowed the data described in the
16 Telidon system to still operate on a terminal
17 which was compliant with the PLP; and in fact, if
18 you look at the 709 document, you will see that
19 that's why 709 was written, so that one could
20 build a terminal that was fully compliant with
21 both the old spec and the new spec, backward
22 compatibility was maintained. So yes, I had
23 input to Mr. Wetherington and -- about this
24 compatibility.
25 BY MR. BOYCE:

80  (Pages 314 to 317)

Page 318

1      Q.   I want to be very clear about what
2  you said about the direct color specification.
3  Are you saying that that was your idea to put
4  that into PLP?
5      MR. MARINA:  No, that's not what he's
6  saying.  Misrepresents his testimony.  These
7  questions are outrageous, actually.  You can
8  answer the question, sir.
9      THE WITNESS:  I argued with --
10 argued/represented to/discussed with
11 Mr. Wetherington to ensure that there was
12 backward compatibility with the existing Telidon
13 specification by the use of the set color
14 command, which is bit identical with the control
15 value command in the Telidon 699 spec.
16     I cannot read Mr. Wetherington's mind.  I
17 know that I discussed this as being important to
18 the Telidon people.
19 BY MR. BOYCE:
20     Q.   Is PLP -- and you said it's -- in
21 some way, shape or form, there's a forward or a
22 backward compatibility between...  I know this is
23 a convoluted question but I don't know how to ask
24 it because I don't know the answer.
25     What's the relationship between PLP and

Page 319

1  Telidon with respect to forward/backward
2  compatibility?
3      MR. MARINA:  Object to the form.  Vague.
4      THE WITNESS:  The PLP specification is
5  backward compatible to the Telidon 699
6  specification in that data defined in terms of
7  the 699 specification with respect to the
8  geometric drawing primitives and with respect to
9  color, which is -- which are the most important
10 of the attributes, map exactly across to the PLP.
11 So all of the data pages would work almost
12 perfectly.
13     There was some of the attributes, such as
14 dotted line for example, that we ended up with a
15 new way of coding in PLP.  So the old 699 coding
16 for some of those attributes would not transmit
17 across.  They would be, and the way it was
18 deliberately discussed to be included, that they
19 would be ignored.
20     So at the very worst, you would get a
21 solid line instead of a dotted line but the page
22 would look right.  So that all of the data
23 developed during the field trials became
24 available valid data.  It did not hurt the
25 information providers.

Page 320

1      Now, in the 709 spec, we deliberately
2  went a little farther and showed that actually
3  one could build a terminal that also executed the
4  older control commands.  So it was possible to
5  build a terminal that receives the old way of
6  drawing -- the old control command to draw a
7  dotted line, as well as the new control command
8  as described in the PLP spec.
9      So we ended up with the possibility of
10 building a terminal that was more than backward
11 compatible - would actually understand both
12 control sets - but at the very least, a terminal,
13 such as say the AT&T Sceptor terminal, which is
14 PLP compliant, could receive some of the older
15 Canadian data and display it almost perfectly.
16     And of course that's to not only Canada's
17 benefit, it's also to AT&T's benefit, because
18 that gave them access to some sources of
19 information, which they would also appreciate
20 having in the establishment of videotex systems.
21     So yes, I discussed with them.
22 BY MR. BOYCE:
23     Q.   What were the circumstances under
24 which you first learned about the patent at issue
25 in this case?

Page 321

1      A.   I was informed by Mr. Frezza that
2  there were patents that had been issued.  Is that
3  what you were saying?
4      Q.   Yes, yes.
5      A.   I was informed by Mr. Frezza that
6  there were patents.
7      Q.   Okay.  And when was this?
8      A.   I don't know the exact date.  It
9  was sometime between the date at which the
10 patents were submitted of course in May '81 and
11 when the issue came up in the requirement to
12 disclose all patented information as part of the
13 establishment of the North American standard.
14     So at some point during there, I was
15 informed by Mr. Frezza.
16     Q.   Can you estimate what year that
17 was?
18     A.   The NAPLPS document was '83, the
19 PLP document was '81, so I would estimate that it
20 was '82.
21     Q.   And how did it come about that you
22 had this conversation with Mr. Frezza?
23     A.   Mr. Frezza called me.  He called me
24 about some matters.  I believe he was leaving
25 AT&T or Bell Labs at the time and going to work

81  (Pages 318 to 321)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 300

Page 322

1  for another company.  Might have been General
2  Radio or some other cable company.
3      Q.   Did he have any other reason to be
4  calling you except -- aside from telling you that
5  AT&T had obtained his patent?
6      A.   He didn't call me to tell me that.
7  That came up during the conversation.
8      Q.   And were you surprised?
9      A.   Somewhat surprised.
10     Q.   Why is that?
11     A.   I was somewhat surprised because in
12 my opinion, there was nothing that wasn't already
13 well known in the art.  So I did not see anything
14 patentable, but I had a suspicion that AT&T might
15 be doing something like this.
16     Q.   What was the basis -- what was the
17 suspicion?
18     A.   Well, AT&T was acting very coy
19 before the 1981 announcement, so I suspected that
20 there might have been some other activities that
21 I did not know about going on, that I had no
22 knowledge other than eventually when Mr. Frezza
23 told me that there were patents.
24     Q.   What about the use of a color
25 look-up table in PLP?  You didn't think that

Page 323

1  might be something patentable?
2      A.   No, I --
3      MR. MARINA:  Calls for legal testimony,
4  legal opinion.  Calls for expert opinion.
5      THE WITNESS:  I -- from my experience, I
6  knew of color look-up tables, that color look-up
7  tables were well known in computer graphics
8  before the development of Telidon.
9      I knew that I mentioned by other names
10 color reference tables, color maps, color look-up
11 tables.  Whatever name we use, this has been
12 mentioned several times before.
13     So the concept in my opinion was well
14 known, the technique was well known in computer
15 graphics, so I did not -- so I was surprised to
16 see something being patented.
17 BY MR. BOYCE:
18     Q.   What about this idea of having
19 different modes of access to color in the PLP
20 specification?  Did you feel that was unique in
21 any way?
22     MR. MARINA:  Objection.  Calls for a
23 legal opinion.  This witness already testified
24 earlier that he had no opinion on validity.  If
25 he's going to change his mind --

Page 324

1      MR. BOYCE:  We're not talking about --
2  we're not talking about validity.
3      MR. MARINA:  Please, sir.  Please, sir,
4  you certainly are.
5      MR. BOYCE:  Well, it might be relevant to
6  that, but we're talking about --
7      MR. MARINA:  It's completely irrelevant
8  and it's asking for a legal opinion and expert
9  opinion.
10 BY MR. BOYCE:
11     Q.   Okay.  Let's back up.  Back in
12 1982, when Mr. Frezza called you, did he tell you
13 that AT&T had obtained a patent that somehow
14 related to PLP?
15     A.   That somehow related to PLP, yes.
16     Q.   And you said you were surprised
17 that any patent was relating to PLP.  Right?
18     A.   Yes.
19     Q.   And I'm just trying to, you know,
20 ascertain why it is that you were surprised.
21 And...
22     MR. MARINA:  Objection.  Calls for an
23 expert opinion.  Calls for a legal opinion.
24     THE WITNESS:  From my knowledge at the
25 time, the facts that I know, I knew that color

Page 325

1  look-up table, color maps, whatever we call them,
2  were well known, and that using index capability
3  is -- was well known in the computer graphics
4  arena.  I knew of the work of Dr. Foley and
5  others.  So my surprise is based on that, but I'm
6  not giving an opinion on any validity.
7  BY MR. BOYCE:
8      Q.   Okay.  Well, so maybe this -- I'm
9  trying to figure out the nature of this surprise.
10 Is it possible you were surprised because
11 somebody was obtaining a patent in relation to a
12 project you worked on and nobody asked you if you
13 were an inventor?
14     MR. MARINA:  Objection.
15 BY MR. BOYCE:
16     Q.   Is that the nature of the surprise?
17     MR. MARINA:  Assumes facts not in
18 evidence.  No evidence this man worked at AT&T or
19 anything AT&T did.
20 BY MR. BOYCE:
21     Q.   You worked on the PLP
22 specification, did you know?
23     MR. MARINA:  That's not what he said.
24 Objection.  Misstates the testimony.
25     THE WITNESS:  I made comments to -- on

82  (Pages 322 to 325)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 301

Page 326

```
 1   the documents, and I made positions that I felt
 2   certain things like direct color were -- and
 3   backward compatibility were important aspects.
 4   So I had some input.
 5   BY MR. BOYCE:
 6       Q.   Do you feel that some of your
 7   suggestions were followed in PLP?
 8       A.   I believe some of my suggestions
 9   were followed, yes.
10       Q.   And do you see any of the concepts
11   that you developed in 1979 in connection with
12   Telidon, do you see any of those concepts
13   integrated into PLP?
14       A.   I see many of the concepts of
15   Telidon in PLP.
16       Q.   And when you read this patent --
17   when was the first time you actually looked at
18   the patent?
19       A.   I believe it was not until the
20   issue came up in the standards committees for the
21   North American presentation level protocol
22   syntax. I don't think I had looked at the patent
23   until then.
24       Q.   So Mr. Frezza called you and said a
25   patent exists. Right?
```

Page 327

```
 1       A.   Yes.
 2       Q.   Did you do anything to investigate
 3   what the situation might be relative to that
 4   patent?
 5       A.   I did not search for it, no.
 6       Q.   Did you tell anybody that, "Oh, I
 7   found out AT&T might be getting a patent"?
 8       A.   I certainly told Mr. Bown...
 9       Q.   Who is that?
10       A.   -- who is my superior.
11       Q.   Anybody else?
12       A.   I imagine Mr. Smirle. And Dr. Lum,
13   because it was -- he was chairing the standards
14   committee.
15       Q.   And these are all other employees
16   of the Department of Communications...
17       A.   Yes.
18       Q.   -- in Canada?
19       Did anybody from the Department of
20   Communications in Canada then reach out to AT&T
21   and inquire?
22       A.   Well, I know that --
23       MR. MARINA: Objection. Calls for
24   speculation. Lacks foundation.
25       THE WITNESS: What I do know from the
```

Page 328

```
 1   facts at the time is a letter was submitted by
 2   AT&T to the standards committee. I've seen this
 3   letter, which allows free use of the AT&T
 4   standards under certain conditions.
 5       I can't quote the letter from memory, so
 6   if someone has that letter, we can look at it,
 7   but I know that that letter was submitted to the
 8   standards committee and that tended to satisfy
 9   the members of the standards committee that
10   the -- in fact the patents were non-threatening
11   to them.
12       MR. BOYCE: Okay. No further questions.
13       MR. MARINA: Okay.
14       THE REPORTER: Can we have a break?
15       MR. MARINA: Sure.
16       THE VIDEOGRAPHER: The time is now 6:02.
17   We are going off the record.
18   -- Off the record.
19       THE VIDEOGRAPHER: The time is now 6:10.
20   We are back on the record.
21       ---------------------
22          EXAMINATION
23   BY MR. MARINA:
24       Q.   Sir, did you rehearse your
25   testimony yesterday with counsel?
```

Page 329

```
 1       MR. BOYCE: You can answer that question
 2   only to the extent it doesn't call for privileged
 3   information.
 4       THE WITNESS: No, I did not rehearse my
 5   testimony.
 6   BY MR. MARINA:
 7       Q.   Did you practice your testimony?
 8       A.   No, did not practice my testimony.
 9       Q.   You sat in a room for eight hours
10   and you didn't go over any of the testimony
11   today?
12       A.   We -- I did not go over any of the
13   testimony.
14       Q.   You certainly knew you'd be
15   testifying here today after I asked you
16   questions. Correct?
17       A.   Yes, I knew that.
18       Q.   And in preparing yesterday for
19   eight hours, you were compensated for $275 per
20   hour. Correct?
21       A.   Yes.
22       Q.   And in testifying today for
23   Mr. Boyce, you were compensated $275 per hour.
24   Correct?
25       A.   Yes.
```

83 (Pages 326 to 329)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 302**

Page 330

```
 1      Q.   If Gateway were to ask you to go to
 2   trial, would you go to trial?
 3      A.   Yes.
 4      Q.   So you would be available for
 5   trial.  Correct?
 6      A.   I'm available.
 7      Q.   You're not claiming to be a
 8   coinventor on the Fleming '759 patent, are you,
 9   sir?
10      A.   I am indicating that I discussed
11   matters with Mr. Wetherington, Mr. Frezza and
12   others, and that they did what they did with my
13   input.
14      Q.   Right.  So you don't know for
15   example if Mr. Fleming came up with the idea of
16   adding direct color to the system.  Right?
17   Independently of what you may have said.  You
18   don't know that.  Right?
19      A.   I know what I -- I know my input.
20      Q.   Right.  So you don't know what --
21   regardless of what your input was, you don't know
22   if Mr. Fleming was sitting in a room one day and
23   he said, "Oh, yeah, I think I'd put direct color
24   in here."  You don't know that.  Right?  One way
25   or the other.
```

Page 331

```
 1      MR. BOYCE:  Incomplete hypothetical.
 2      THE WITNESS:  What I know is that --
 3   BY MR. MARINA:
 4      Q.   I want you to answer my question.
 5   What you don't know is what Mr. Fleming for
 6   example may have come up with in his own mind.
 7   Correct?
 8      A.   I do not know Mr. Fleming's mind.
 9      Q.   And you don't know Mr. Frezza's
10   mind.  Correct?
11      A.   I do not know Mr. Frezza's mind.
12      Q.   And you don't know Mr. Soloway's
13   mind.  Correct?
14      A.   I do not know Mr. Soloway's mind.
15      Q.   And you don't know what they may
16   have come up with together sitting a room
17   brainstorming.  Correct?
18      A.   I obviously cannot know what is in
19   other people's minds.
20      Q.   Okay.
21      A.   I can know what was available in
22   general knowledge, and I know what was available
23   in general knowledge at that time.
24      Q.   Yeah.  And you're not claiming to
25   be a coinventor of the Fleming '759 patent, are
```

Page 332

```
 1   you?
 2      A.   I have not made such a claim.
 3      Q.   Do you have a basis for such a
 4   claim?
 5      A.   I provided information that was
 6   inputted to them.  I made comments on their
 7   document.
 8      Q.   Okay.
 9      A.   I am not making any conclusion as
10   to whether that is a basis or not.
11      Q.   A lot of people provided input and
12   comments.  Correct?
13      A.   I again don't know other people's
14   minds.
15      Q.   Sir, isn't...  Historically, isn't
16   Bell Laboratories - where Mr. Frezza, Mr. Soloway
17   and Mr. Fleming were - the preeminent research
18   facility in the world?  Isn't that right, sir?
19   You'd have to agree with that.
20      A.   I agree that there were many
21   inventions that came out of Bell Laboratories,
22   but I cannot say that there is not -- that in any
23   way gives Bell Laboratories precedent over
24   anything that was invented there or anywhere
25   else.  There is a lot of inventions done
```

Page 333

```
 1   everywhere in the world.
 2      Q.   Correct, but that's not my
 3   question.  My question, isn't it true that Bell
 4   Labs is the most renowned research facility in
 5   the history of research?  Isn't that correct?
 6      MR. BOYCE:  Objection.  Lacks foundation.
 7   Vague and ambiguous.
 8      THE WITNESS:  I agree that Bell Labs at
 9   that time had a very good reputation.
10   BY MR. MARINA:
11      Q.   It certainly had a better
12   reputation than where you were working.  Correct?
13      A.   I --
14      MR. BOYCE:  Objection.  It's
15   argumentative.
16      THE WITNESS:  I will indicate that there
17   was a lot invented at Communications Research
18   Centre, and whether the reputation was better or
19   not depends upon how one values what was done.
20   BY MR. MARINA:
21      Q.   Was Mr. Wetherington at Bell Labs?
22      A.   Mr. Wetherington was, if I
23   understand correctly, at AT&T.
24      Q.   So he was not at Bell Labs.
25   Correct?
```

84  (Pages 330 to 333)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 303**

Page 334

1    What's your understanding of the
2  relationship between AT&T and Bell Labs at that
3  time?
4    A.    My understanding of the
5  relationship at that time is that AT&T was the
6  senior corporation that owned Bell Labs and that
7  Bell Labs was a research institute.
8    Q.    And your understanding is that
9  Mr. Wetherington was not at Bell Labs.  Correct?
10    A.    My understanding is that
11  Mr. Wetherington was not at Bell Labs.
12    Q.    And do you know to what
13  organization the Fleming patent issued?  Do you
14  know if it issued to AT&T or to Bell Labs?
15    A.    I can't recall at the moment.  You
16  could inform me more than I could inform you.
17    Q.    Now, you said Mr. Frezza called you
18  up in 1982 and told you about some patents.
19  Correct?
20    A.    He, in the course of a
21  conversation, informed me about some patents,
22  yes.
23    Q.    What did he say exactly?  That "We
24  filed for some patents"?
25    A.    He said that they -- yeah, that "We

Page 335

1  filed for some patents," yes.
2    Q.    Now, you know that the Fleming
3  patent didn't issue till 1984.  Right?
4    A.    I know that it took a while to
5  issue, yes.
6    Q.    So what he told you was there -- an
7  application was filed.  Correct?
8    A.    Yes.
9    Q.    Did you read that application?
10    A.    No.
11    Q.    So you were surprised that a patent
12  was filed, yet you had not read the contents of
13  the application to know what a patent was filed
14  on.  Isn't that correct?
15    A.    That's true.
16    Q.    So there was no basis for your
17  surprise because you had no idea what Bell Labs
18  was seeking to patent on.  Other than that, it
19  related somehow to PLP.  Correct?
20    A.    Other than I did not feel that
21  there was anything in PLP that was not based on
22  well known techniques.
23    Q.    So you could reach a conclusion
24  that there was nothing patentable in a patent
25  application that you hadn't read in a short

Page 336

1  telephone conversation with Mr. Frezza in 1982?
2  Is that what you're telling me?
3    A.    Sir, I'm -- you're asking this in
4  an inverted manner.  What I have said is I
5  learned from Mr. Frezza that they existed, that I
6  was surprised that there were patents, and my
7  feeling from the document, PLP, is that there is
8  nothing in it that was patentable, that all -- I
9  felt that everything in it existed elsewhere.
10    Q.    And you're of course a lawyer, a
11  U.S. patent lawyer?  Is that right?
12    A.    I felt that everything in it, I
13  recognized as elsewhere.
14    Q.    I understand you're talking about
15  the PLP, but you didn't read the patent.
16    A.    I am not giving an opinion on the
17  patent.  And I am not a U.S. patent lawyer --
18    Q.    And I want to make that clear.
19    A.    -- and I did not give an opinion on
20  the patent.
21    Q.    You are not, sitting here today,
22  opining that the Fleming '759 patent is invalid.
23  Correct?
24    A.    I am here --
25    Q.    Yes or no?

Page 337

1    A.    I am not giving an opinion that the
2  patent is invalid.
3    Q.    You have no opinion on whether the
4  patent is valid.  Correct?  Or invalid.
5    A.    I have -- do I have personal
6  opinions?  Maybe.  But I am not expressing any
7  opinions on whether this patent is valid or
8  invalid.
9    Q.    And you haven't read the court's
10  claim construction.  Correct?
11    A.    I have not read the court's claim
12  construction.
13    Q.    So if you haven't read the court's
14  claim construction, you cannot possibly reach any
15  informed opinion on whether the Fleming '759
16  patent is valid or invalid.  Correct?
17    A.    I did not claim to give an opinion
18  on -- I am not claiming to give any opinions
19  today.  I am claiming to describe my knowledge of
20  the facts at the time.
21    Q.    Okay.
22    A.    And it is a fact that Mr. Fleming
23  told me that there were patents.
24    Q.    Mr. Frezza you mean.
25    A.    Mr. Frezza, sorry.

85  (Pages 334 to 337)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 304

Page 338

1    Q.    And AT&T disclosed those patents to
2  the standards organization.  Correct?
3    A.    Yes.
4    Q.    So AT&T fully disclosed that it had
5  patents and it offered them.  Correct?
6    A.    It fully disclosed that it had
7  patents and it offered this letter.
8    Q.    Sir, isn't it -- going back to
9  Exhibit 1...
10    A.    At the bottom of the pile.
11    Q.    This is Recommendation S.100.
12    A.    Yes.
13    Q.    It's true that nowhere does S.100
14  say that color in any mode that you identified
15  can be specified as an index into a color map.
16  Right?  It doesn't say that anywhere.
17    A.    That is specifically what I said,
18  that it is from various parts of this document
19  that I addressed that previous question.
20    Q.    So it's not that you believe -- you
21  admit that it's not there explicitly.  Correct?
22  But you think it's implicitly described?
23    MR. BOYCE:  Objection.  Calls for a legal
24  conclusion.
25    THE WITNESS:  I said that it allows.  I

Page 339

1  believe that it allows.
2  BY MR. MARINA:
3    Q.    Does it explicitly -- does
4  Recommendation S.100 explicitly disclose
5  specifying colors as an index into a color map?
6    MR. BOYCE:  Objection.  Vague and
7  ambiguous.
8    THE WITNESS:  S.100 does not explicitly
9  use the word index.
10  BY MR. MARINA:
11    Q.    Okay.  And it's your opinion that
12  S.100 inherently discloses specifying colors as
13  an index into a color map.  Isn't that correct?
14    MR. BOYCE:  Objection.  Calls for a legal
15  conclusion.
16    THE WITNESS:  I believe that it is
17  implicitly described in this.
18  BY MR. MARINA:
19    Q.    Inherently.  Correct?
20    MR. BOYCE:  Same objection.
21  BY MR. MARINA:
22    Q.    That's your opinion.
23    A.    Well, I'm not trying to give
24  opinions here.  That's the issue.
25    Q.    Well, you've been giving them all

Page 340

1  afternoon.  When I ask you, you don't want to
2  give an opinion.
3    A.    No, no.  When I... I am...
4    Q.    I just want the record to be
5  perfectly clear that it's not -- it is not your
6  opinion that S.100 says you can specify --
7  explicitly says you can specify colors as an
8  index into a color map.  It doesn't explicitly
9  say that, and I think you just said that.
10  Correct?
11    A.    Does not --
12    MR. BOYCE:  Objection.  Calls -- that's
13  vague and ambiguous.
14  BY MR. MARINA:
15    Q.    You can answer.
16    A.    It... The -- it -- my experience,
17  at the time of writing this document, the term
18  indirect was not used.
19    Q.    And so you -- but what you point to
20  as disclosing a color map is at the very end of
21  this very important document in a section called
22  "Display related enhancements."  Right?  Do I
23  have that right?
24    A.    Yes, in a section on "Display
25  related enhancements," but -- I mean the term is

Page 341

1  clearly there.
2    Q.    "colour table" is there.  Right,
3  sir?  The words "color table" are there.
4    A.    The words "colour table" are there.
5    Q.    And if we turn back to section
6  1.2.4 of Exhibit 1, I think Mr. Boyce...
7    A.    1.2.4?
8    Q.    2.4, right.  ...Mr. Boyce asked you
9  about that section.  Right?  And he used the
10  phrase modes, didn't he, to describe a) through
11  d)?  Right?
12    A.    Yes.
13    Q.    But 1.2.4 doesn't say modes.
14  Right?  It says, "options."
15    A.    It says, "options."
16    Q.    Okay.  So the nomenclature of a
17  mode is something Mr. Boyce came up with.  Right?
18  It says, "options," and it says, "options"
19  throughout the entire document when it talks
20  about a) through d).  Correct?
21    MR. BOYCE:  Objection.  Misstates the
22  question.
23    THE WITNESS:  The 1.2.4 uses the word
24  option, I agree.
25  BY MR. MARINA:

86  (Pages 338 to 341)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 305

Page 342

1    Q.   Okay. Not mode. Right?
2    A.   1.2.4 uses the word option.
3    Q.   And section 5 calls it the
4  "Alphamosaic option." Correct? The heading on
5  section 5.
6    A.   Hm-hmm.
7    Q.   The heading on section 6 calls it
8  the "Alphageometric option." Right?
9    A.   Yes, the term -- the word option,
10 it looks like it is consistently used. The word
11 "mode" is used within section 5.
12   Q.   Okay. And then 7, section 7 talks
13 about the "Alpha-dynamically redefinable
14 character sets ... option." Correct?
15   A.   Yes.
16   Q.   And then section 8 talks about the
17 "Alphaphotographic option." Correct?
18   A.   Yes.
19   Q.   Where it talks about "modes,"
20 right, is in the "Alphamosaic" section. It talks
21 about you can have two modes within that section.
22 Correct? Within that option. Right? So that
23 you can have serial and parallel modes within the
24 alpha mosaic option. Correct?
25   A.   Yes.

Page 343

1    Q.   It doesn't talk about a geometric
2  mode. Right? Anywhere. It talks about
3  geometric options. Right?
4    A.   Yes, it uses the word option.
5    Q.   So this document, correct, is using
6  option and mode to mean two different things?
7  Isn't that true?
8    A.   I am not sure whether it is using
9  option and mode as using two different things
10 because I see very little distinction between
11 serial mode versus parallel mode and the
12 distinction between options other than they are
13 slightly different levels, that they're trying to
14 put all the alphanumeric together. To me, it's
15 just syntax of the way they're saying it.
16       But I agree with you that the word mode
17 is used in 5.4 and in 5.3, and the word option is
18 used at the higher levels.
19   Q.   And does -- and so I understand, if
20 I'm using a geometric system, does that
21 necessarily imply or require a specific type of
22 color specification? In other words, is it
23 possible to use direct color or indirect color in
24 a geometric system?
25   A.   In a geometric system, you could

Page 344

1  work with indirect colors or you could work with
2  direct colors. The option described here clearly
3  has direct colors, and -- but if you look at the
4  computer graphics literature, Mr. Foley clearly
5  indicates both direct and indirect capabilities.
6    Q.   What I'm getting at is that by
7  selecting a geometric system, for example, you
8  are not necessarily picking a way of specifying a
9  color. Right?
10   A.   By selecting a geometric in the
11 general, you are not. By selecting the alpha
12 geometric option, I'll use the word, of S.100,
13 the capa -- the command here is a direct command.
14     So in this document, S.100, selecting the
15 geometric option is selecting direct.
16   Q.   And is there a mode -- do you think
17 there's a mode disclosed in S.100 where a
18 foreground color is specified as an index into a
19 color map?
20   A.   Do you mean mode to be equal to
21 option? I wasn't --
22   Q.   No, no, I mean it to mean what
23 Mr. Boyce was asking you.
24   A.   In S.100, in the serial mode alpha
25 mosaic and the parallel mode alpha mosaic, we --

Page 345

1  the codes -- there are codes, escape sequences
2  followed by codes that select the colors.
3        There are implications in the fact that
4  there are commands that -- such as
5  conceal/reveal, that alter the state of the
6  colors, implying the use of color maps.
7    Q.   Is it --
8    A.   And because you can have more than
9  one color at one state, that means that you have
10 to be indexing into a state.
11   Q.   Is there a mode disclosed in S.100
12 where foreground and background colors can be
13 specified as indexes into a color map in your
14 opinion?
15   A.   S.100 does not specifically state
16 index...
17   Q.   Right.
18   A.   -- but as I just said, putting
19 together the control commands to establish the
20 color and the fact that there are states which
21 require there be a map, including states that
22 require there be more than one color, two colors
23 the same within the map gives one the indication
24 that is the case.
25   Q.   What is the mode? What is it

87  (Pages 342 to 345)

Page 346

1  called?
2      A.    Well, within the alpha mosaic mode
3  in both the parallel and serial -- parallel mode
4  and serial mode.
5      Q.    Right.
6      A.    That's --
7      Q.    How is that any different from the
8  mode where you set a -- specify a foreground
9  color as an index value to color map in your
10 opinion?
11     A.    How is that different?
12     Q.    How is it a different mode?  It's
13 the same mode as you're using the term mode.
14 Correct?
15     A.    In the...  In the -- their use of
16 the word mode, parallel mode --
17     Q.    Right.
18     A.    -- the...  In the parallel mode as
19 described in this document, there is commands to
20 define color by using escape, followed by a code
21 from the table in Figure 7, and that gives one a
22 color that is -- that establishes the foreground
23 in-use color and a background in-use color.
24     Q.    Okay.
25     A.    And there is implication, but not

Page 347

1  direct statement, that by the use of other
2  capabilities, such as conceal/reveal, you have
3  control over colors that have been displayed,
4  implying a color map.
5      We have also in the Crowther document a
6  very explicit diagram of it, but that's not in
7  S.100.
8      Q.    You're familiar with mode 1 that's
9  talked about in the PLP.  Correct?
10     A.    Yes.
11     Q.    What is mode 1?
12     A.    Mode 1 in PLP is to establish after
13 a set -- after a select color command, followed
14 by one operand, one selects the foreground in-use
15 color.  That is an index into the foreground
16 in-use color, so it carries an index value.
17     Q.    And is it your opinion that there
18 is a mode 1 -- a similar mode 1 disclosed in
19 S.100?
20     A.    There is...  There's not a direct
21 description of it.  It is definitely a different
22 way of coding it.
23     Q.    What's the mode?  What is -- what's
24 it called?
25     A.    That in S.100, in the parallel or

Page 348

1  serial, one is talking about invoking a red by an
2  escape sequence.  And as I said, that is a code
3  sequence that is received, and it -- you are in
4  the alpha mosaic parallel or alpha mosaic serial
5  mode, and you receive this escape sequence
6  setting your foreground color.
7      Now, is that indirect, is the issue.  And
8  it is a code.  Bits happen to line up.  So...
9  But the issue is that if you could have flash and
10 some of these other -- particularly the
11 conceal/reveal, you end up with the fact that you
12 would have two values of the same color and then
13 you would change something.
14     So that to me reads a color map and
15 indirect, but it is not directly stated.
16     Q.    So my question is what you think is
17 mode 1 that corresponds to PLP is the alpha
18 mosaic serial or parallel mode.  Correct?  Is
19 that what you're saying?
20     A.    Mode -- the alpha mosaic serial or
21 parallel mode selecting the escape sequence to
22 establish foreground.
23     Q.    Okay.  And you said the colors line
24 up.  What does that mean?
25     A.    Well, the bit patterns happen to

Page 349

1  be -- I mean choice of -- a logical choice of
2  which way you would pick the codes.
3      Q.    But it just happens to be a
4  coincidence that the bit patterns that you say
5  are indexes into a color map are also the RGB
6  values that you would look up in the color map.
7  Right?
8      A.    I think that would be the way you
9  would design it.  But yes, it's...  If you were
10 going to do more than one color in there, they
11 wouldn't line up.
12     Q.    So if S.100 discloses -- does not
13 disclose a color map.  Let's just assume for a
14 moment Figure 7-S discloses direct color, and I'm
15 specifying a foreground color of red.  What is
16 the value that would be written into the frame
17 buffer?
18     A.    You're saying hypothetically --
19     Q.    Yes.
20     A.    -- assuming that this is a direct
21 color.
22     Q.    Yes.  And I specified for example a
23 foreground of red.  What is the bit value that
24 would be written into the frame buffer?
25     A.    Into the alpha mosaic character

88 (Pages 346 to 349)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 307**

Page 350

1  cell buffer.
2      Q.   Correct.
3      A.   I think we're being...  The bit
4  value that would be written into the alpha mosaic
5  parallel mode alpha attribute, that would have to
6  be a...
7      Because each cell will -- must have the
8  background as well as a foreground, you would
9  have to have the in-use background color and the
10 in-use foreground color.
11     So the attribute of the cell would
12 have -- say it was red over black.  It would be
13 001, and then a 000, and some of the other bits.
14 Because there's a total of 16 bits to carry the
15 character, code the character set code, that is
16 whether it's an accented character or not, and
17 some of these other attributes, double height, et
18 cetera, plus the foreground and the background
19 values, all of these have to be coded within the
20 two bytes because it's two kilobits to store the
21 frame.
22     MR. MARINA:  We have to change the tape.
23 Let's quickly hurry up, please.
24     THE VIDEOGRAPHER:  The time is 6:36.  We
25 are now going off the record.

Page 351

1  -- Off the record.
2      THE VIDEOGRAPHER:  The time is now 6:38.
3  We are now back on the record.
4  BY MR. MARINA:
5      Q.   I think you testified earlier one
6  of the reasons you might want to use a color map
7  is because memory is expensive.  Right?  Or at
8  least at that time was expensive.
9      A.   Yes.
10     Q.   All right.  And so my question,
11 though, is if I have -- and so using a color map,
12 you would write into the frame buffer the index
13 to the color map.  Correct?
14     A.   Yes.
15     Q.   And then you would read that out
16 and you would look it up -- look up at the color
17 map what that index value corresponded to and
18 then you would take those RGB values and you
19 would send them to the CRT.  Right?
20     A.   Yes.
21     Q.   Now, if I am using an RGB color
22 system with one bit per color, right, one bit for
23 R and one bit for G and one bit for B, and I
24 write a color into the frame buffer, how many
25 bits am I writing into the frame buffer for a

Page 352

1  particular color?
2      A.   If I have a system that has red --
3  has one bit for red, one bit for green, one bit
4  for blue, and has a frame buffer which is
5  presumably three bits deep, then I would have the
6  same number of bits.
7      So there is no saving by using a color
8  map -- a color map, color look-up table, color
9  programmable, whatever you want to name it, in
10 that situation, but then there are no other
11 capabilities.
12     In the 699, we included grey scales, and
13 we had four bits in the frame buffer, and we
14 had -- and having four bits in the frame buffer,
15 we had more bits in the color, the read only
16 memory version of the color look-up table,
17 because we had to map four bits to I guess 12
18 bits.  So there is a saving once you get beyond
19 the minimum.
20     Q.   You testified when Mr. Boyce was
21 asking you questions that Antiope had eight
22 colors.  Correct?
23     A.   Antiope -- the Antiope system uses,
24 yeah, six colors plus black and white, eight
25 colors, yes.

Page 353

1      Q.   And you said they were fixed.
2  Right?
3      A.   They are fixed.
4      Q.   So in that situation, there's no
5  savings to be gained by using a color map.
6  Correct?
7      A.   Unless you are trying to do other
8  things.
9      Q.   Right.  But you just -- you
10 testified the colors were fixed so you can't do
11 anything else.  Right?
12     MR. BOYCE:  Objection.  Misstates the
13 testimony.
14     THE WITNESS:  They indicate capabilities
15 to do other things to them; to flash them, to
16 conceal them and reveal them.
17 BY MR. MARINA:
18     Q.   Right.
19     A.   So they have some other
20 capabilities.
21     Q.   Right.  But you testified that the
22 colors were fixed in the Antiope system.
23     MR. BOYCE:  Objection.
24 BY MR. MARINA:
25     Q.   And there were only eight of them.

89 (Pages 350 to 353)

**Exhibit 07**
**Page 308**

Page 354

1  Right?
2      MR. BOYCE: It's argumentative and
3  misstates the testimony.
4      THE WITNESS: In the Antiope system as --
5  in the Antiope system as I saw implemented in
6  France, there were -- they were fixed. In F.300,
7  I saw greater than eight in the mosaic part of
8  it.
9  BY MR. MARINA:
10     Q.   Well, I don't really care about
11  F.300. I'm talking about the Antiope system.
12     So the Antiope system you saw had eight
13  fixed colors. Correct?
14     A.   The Antiope system I saw had eight
15  fixed colors.
16     Q.   And when you have eight fixed
17  colors, right, there is no savings whatsoever to
18  be gained by using a color map. Isn't that
19  correct?
20     MR. BOYCE: Objection. Incomplete
21  hypothetical.
22     THE WITNESS: There is no savings unless
23  you wish to do something else; unless you wish to
24  control some other things which mean -- such as
25  the conceal/reveal.

Page 355

1  BY MR. MARINA:
2      Q.   Right. But if the colors are
3  fixed, that means you can't change -- and you
4  have a color map, you can't change the color map.
5  That's what it means, the colors are fixed.
6  Right?
7      A.   Well, the colors were fixed also in
8  the 699, and yet we had a color map.
9      Q.   And the 6 --
10     A.   A fixed ROM based color map.
11     Q.   And you specified it uses direct
12  color. Correct?
13     A.   And I used direct color.
14     Q.   And so the Antiope system used
15  direct color. Isn't that right?
16     A.   The Antiope system specifies codes
17  to describe the foreground and background color.
18     Q.   And bits 1, 2 and 3 line up with R,
19  G and B. Correct?
20     A.   Bits 1, 2 and 3 line up with R, G,
21  and B.
22     Q.   Can you turn to Exhibit 17, which
23  we looked at earlier? That's one of the study
24  group --
25     A.   Exhibit what?

Page 356

1      Q.   Exhibit 17. It's one of these --
2      A.   17.
3      Q.   17, sorry. It's one of these study
4  group documents.
5      A.   After the fat one or before? 19.
6  18. 17. Okay.
7      Q.   And if you can turn to page MSLT
8  1234737.
9      A.   MSLT 12 --
10     Q.   Yeah, let me -- it's page 7 of
11  Exhibit 17. The numbers are at the top of the
12  page.
13     A.   Yes.
14     Q.   Okay. And Mr. Boyce asked you
15  about section 1.2.4.2.1. Right? You remember
16  that?
17     A.   1.2.4... 12421. "Foreground and
18  background." Okay.
19     Q.   Yes. And then the third paragraph
20  under that says, "In systems with picture element
21  addressable display memory in the terminal, the
22  background is typically the cumulative result of
23  all picture elements displayed prior to the
24  foreground." See that?
25     A.   Yes.

Page 357

1      Q.   So for example, in that type of
2  system, if I wanted to do the letter A,
3  surrounded locally by the color yellow, I would
4  first have to draw a yellow rectangle? Right?
5      A.   Yes.
6      Q.   And then I would, on top of that,
7  would draw the letter A. Correct?
8      A.   Yes.
9      Q.   But to draw the yellow rectangle, I
10  would have to set my foreground color to yellow.
11  Correct?
12     A.   I would set the foreground color to
13  yellow.
14     Q.   Right. So when you draw the --
15     A.   Draw --
16     Q.   When you draw the yellow rectangle,
17  you're drawing in a foreground color. Correct?
18  And the foreground color is yellow. Right?
19     A.   Yes. Then I draw the rectangle.
20  Then that becomes the background for the next
21  drawing.
22     Q.   Okay. So the record is clear, when
23  you draw the yellow, you're drawing yellow using
24  a foreground color. Correct?
25     A.   You are using a foreground while

90 (Pages 354 to 357)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 309

Page 358

1   drawing the yellow, yes.
2       Q.   And then to draw the letter A on
3   top of that, you have to -- say in black, you
4   have to then change the foreground color from
5   yellow to black. Right?
6       A.   Yes.
7       Q.   And then you draw in another
8   foreground color on top of the yellow. Correct?
9       A.   Yes.
10      Q.   Okay.
11      A.   Because just as it says, it's a
12  "cumulative result of all {the} picture elements
13  displayed prior to the foreground." So
14  foregrounds become backgrounds.
15      Q.   Right. And when you draw what
16  you're calling the background, it's actually the
17  foreground when you drew it. Correct?
18      A.   Foregrounds become background, yes.
19      Q.   When you drew what you're calling
20  the background, it was the foreground at the time
21  you drew it. Correct?
22      A.   Yes.
23      Q.   You used the term "in-use"; I heard
24  you use it quite a bit. What's your
25  understanding of the term in-use; for example,

Page 359

1   in-use foreground color?
2       A.   The color that is the current
3   color, the color that will be used for the next
4   drawing of the -- of foreground, the color that
5   is established by the code becomes the current
6   color, becomes the color that is in use.
7       Q.   Until when?
8       A.   Until it is changed.
9       Q.   By who?
10      A.   By one of the commands.
11      Q.   You need another command to change
12  the color. Correct? And then it's -- that new
13  color becomes the in-use color. Correct?
14      A.   Or some reset, because there are a
15  number of resets in the systems as well.
16      Q.   I set a color. Right? An in-use
17  foreground color, for example. But I have to
18  keep resetting it. Is that an in-use color?
19      A.   If I set... Please restate.
20      Q.   Right. If I set an in-use
21  foreground color --
22      A.   Yes.
23      Q.   -- all right, and then I have to
24  later on reset it and then again reset it and
25  keep resetting it, it's not an in-use color.

Page 360

1   Correct?
2       A.   It's in use until I change it.
3       Q.   Correct.
4       A.   So if I reset it to something else,
5   something else becomes the in-use color, but it
6   stays there as -- that sounds like -- I don't
7   understand your question.
8       Q.   Oh, I think you did. Thanks.
9           So you're not a -- the UIT archives,
10  where are they located?
11      A.   Geneva, as far as I understand.
12      Q.   You're certainly not a -- you never
13  worked there. Right? At the UIT archives.
14      A.   I have been to the International
15  Graphic Union building many times. I've -- I
16  believe I purchased a document from them once.
17      Q.   My question is you never worked as
18  an employee at the UIT archives. Correct?
19      A.   No.
20      Q.   And you don't have any personal
21  knowledge whatsoever about the archiving
22  procedures at the UIT archives in the time frame
23  1975 to 1981. Correct?
24      A.   I don't know the internal
25  operations of that organization. I know the

Page 361

1   procedures that it is -- that were given to us as
2   Canadian delegates and what we expected of
3   international standards.
4       Q.   How would somebody know what was in
5   those archives, like a member of the public? How
6   would you know?
7       A.   It's a library in that respect.
8   How would you know what's in any library. You
9   know, what is in the Library of Congress? It's
10  the same sort of thing.
11      Q.   Well, was there a catalogue? Who
12  could enter the archives? Anybody off the
13  street?
14      A.   I have never entered the archives.
15  I have purchased I believe one document out of
16  the -- from the ITU at one time while I was with
17  the Department of Communications.
18      Q.   So it could have been very well
19  that access to the UIT archives in, you know, the
20  late '70s or early '80s was restricted in some
21  way. Correct? Possibly.
22      A.   It goes counter to the meaning of
23  building standards if you don't make them
24  available.
25      Q.   Well, I guess that's not what I'm

91 (Pages 358 to 361)

Page 362

1  asking you. I mean physically to walk in the
2  building, do you know if there were any
3  restrictions like there are in any library, any
4  university library for example in the world?
5      A.   I have not walked in their
6  building. I've walked into their building but I
7  have not walked into the library or part of the
8  ITU library.
9      Q.   Right. So in the late --
10     A.   I have walked into the Standards
11 Council of Canada and have looked up these
12 documents and they are available off the street,
13 come in, and they credit that you're a valid
14 person, that is that you, you know, you're not --
15 that, you know, you exist, you're not...
16     That you can go and look into the
17 Standards Council of Canada archives, and I have
18 gone in there and taken documents and sat down
19 and quoted from them and brought them back to the
20 librarian. I've done it for the Standards
21 Council of Canada. I have not done it in Geneva.
22     Q.   Okay. So let's go back to my
23 question. You do not have any knowledge
24 whatsoever about who could access -- physically
25 access the UIT archives in the late 1970s or

Page 363

1  early 1980s. Correct?
2      A.   I do not have physical knowledge of
3  how the archives themselves operated, no.
4      Q.   Okay. And you don't know what kind
5  of cataloguing was used there, if any. Correct?
6      A.   I... As I say, I purchased one
7  document. I did it through the Standard Council
8  of Canada which obtained it from the UTU.
9      Q.   All right. So you don't know if at
10 the UIT archives, there was some kind of card
11 catalogue for example that --
12     A.   I don't know if there's a card
13 catalogue or a Swiss gnome.
14     Q.   You testified earlier, you were
15 talking about color map and I think you said one
16 example is you could put 256 colors out of
17 millions of colors in there. Remember something
18 like that?
19     A.   I described an example color map
20 which would have 256 out of millions, meaning
21 that the table would be 256 entries long, and
22 that the width of the table, if it is red, green,
23 and blue with 8 bits per red, 8 bits per green, 8
24 bits per blue, that's 24 bits, that's many
25 millions of colors.

Page 364

1      Q.   Right. How do you -- if you were
2  going to like actual program something to run on
3  that type of a system, how do you know what the
4  colors are in the color map?
5      A.   You create the colors in the color
6  map.
7      Q.   But how do I know like color 15 is,
8  you know, bright red or color 37 is sky blue?
9  How do you know that going into it?
10     A.   The... The colors in the color map
11 would be -- I mean a color map would start out
12 blank. If you define a color, then you put a
13 color into the color map in the first location.
14 You want to make it pink, you create pink and you
15 put it into the first location. You can create
16 them that way. You can -- so you define the
17 colors and you put them in.
18     Q.   Right. But what if I didn't put
19 them in, what if they were already there and I
20 know want to use them. How am I going to know
21 what the colors are?
22     A.   Well, that's why I preferred the
23 use of direct color for information providers,
24 because I felt that it made it easier for
25 information providers. That was my preference in

Page 365

1  the use of direct color. It is easier for color
2  map management to work with direct color.
3      But indirect color, yes, you have to keep
4  track of what's in the map. If you don't keep
5  track of what's in the map, then you start
6  selecting the 23rd color in a map of 256 and you
7  just don't keep track of what it is, you could
8  get whatever is there.
9      Q.   Now, how could you keep track of
10 the colors?
11     A.   Well, remembering that the data
12 is -- the pages are produced by an information
13 provider on an information provider's system.
14     So you'll have a system that creates
15 pages, and you have a terminal, and you have a
16 communication line between. On the system that
17 creates pages, you -- the person who is creating
18 the pages would keep track of the colors.
19     And whether that is to have some sort of
20 a color wheel or a color list or whatever that is
21 used, I know that there were -- I've receive seen
22 several information provider systems.
23     I've seen one by AT&T, I've seen several
24 by Norpak. And in one of the Norpak ones, there
25 was a list of the colors that were already used

92  (Pages 362 to 365)

Page 366

1  so you could see them.
2      Q.   And where is that list?
3      A.   On the information provider system
4  for the person who is creating. He's basically
5  keeping track.
6      Q.   It was electronically stored on the
7  information provider system?
8      A.   Yes.
9      Q.   So it was a table that -- and it
10 would tell you what the color -- the name of the
11 color was, in like in English words?
12     A.   On the particular Norpak
13 information provider system I'm thinking of, yes,
14 it had names as well.
15     Q.   And then it correlated the names
16 that what? To indexes?
17     A.   There -- if you... In the mode
18 of -- and I am talking now the information
19 provider terminal that was built to satisfy
20 709 --
21     Q.   Hm-hmm?
22     A.   -- it had a -- had indexes, so you
23 could say the fifth color is -- I've picked it to
24 be, you know, dark red, so I'm going to pick
25 color number 5 again later to get a dark red.

Page 367

1      Q.   Did the information system allow --
2  tell you what RGB values you could use to get a
3  particular color?
4      A.   You could specify it by RBG value
5  as well. The information provider system gave
6  all sorts of flexibility to the -- you know, to
7  the artist or composer, whatever we want to call
8  them, to select what information he wants.
9      Q.   So if, for example, I'm an artist
10 and I wanted -- in a direct color situation, I
11 wanted to know what the RGB values were for, you
12 know, orange, for example, how could I -- how
13 would I figure that out?
14     A.   Well, information -- no, we're
15 talking information provider systems.
16     Q.   Yes, yes.
17     A.   On an information provider system,
18 somebody writes software to give you tools to
19 make -- so you can -- so there would be software
20 that, "I want orange."
21     The one I'm particularly thinking of, you
22 could actually type "orange" and it would go and
23 pull them up. But if you also wanted to, you
24 could pull up something that looked like a bunch
25 of colors and you could go and find the orange.

Page 368

1      -- (Phone rings.)
2      THE REPORTER: Excuse me. Do you want to
3  go off the record?
4      MR. BOYCE: Okay. That's fine.
5      THE VIDEOGRAPHER: The time is now 6:58.
6  We are going off the record.
7      -- Off the record.
8      THE VIDEOGRAPHER: The time is now 6:59.
9  We are back on the record.
10 BY MR. MARINA:
11     Q.   So in the system you were just
12 describing, you would type in "orange" and it
13 would give you RGB values that you could use?
14     A.   That was one of the capabilities of
15 that particular information provider terminal.
16     Q.   So there would be a table of RGB
17 values in that case indexed by color names.
18 Right?
19     A.   There would be -- yeah, there would
20 be software which would recognize the word
21 orange.
22     Q.   Right.
23     A.   And it would... You don't use
24 names like orange to index tables. I mean how
25 many letters are in the word orange. The table

Page 369

1  would be millions long if you used the word
2  orange as a number to be an index.
3      No, if you -- what you would have is
4  software which would recognize the word orange,
5  turn it into some -- well, once it recognized it,
6  it could turn it into some sort of a number or
7  turn it into the actual bit patterns that are the
8  red green blue for orange. That would be written
9  into the software. You wouldn't index a table
10 with the word orange, no.
11     Q.   So you would type in the word
12 "orange" and then the computer would look up in
13 memory what RGB values correspond to orange.
14 Correct?
15     A.   Actually, the way I would write the
16 software if I was the programmer would be to
17 parse the sentence orange, and then have in a
18 case statement in the software the RGB values for
19 orange. Because the words are all unique cases.
20     Q.   We're talking about an actual
21 system. Right? The Norpak system. Right?
22     A.   That was one of the Norpak.
23     Q.   Right. And you could type in the
24 word "orange." Right?
25     A.   Yes.

TSG Reporting - Worldwide      877-702-9580

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 312

Page 370

1    Q.   And then the system would look up
2  in memory what RGB values corresponded to orange.
3  Correct?
4    A.   The soft -- when you say look up in
5  memory, it implies meaning to the word look-up.
6  The -- there would really not be a look-up
7  involved because once you typed in "orange," the
8  string orange, those letters, would have to be
9  recognized by some parsing.
10     So you'd parse the syn -- the sentence,
11  get that pattern match in some case statement in
12  the software, which would then there in the
13  software have the bit values for orange.  That
14  would not be the -- you would not use a table to
15  implement that.
16    Q.   I didn't ask you about a table.
17  The software's in memory, isn't it?
18    A.   Software is in memory, but the word
19  look-up implies -- it's part of a parsing
20  algorithm.
21    Q.   Okay.  So look-up implies one thing
22  when you're helping Gateway and implies another
23  thing when, you know, it's -- it would be help to
24  Lucent for you to --
25    A.   Am I changing what I mean by

Page 371

1  look-up?
2    MR. BOYCE:  Objection.  Argumentative.
3    THE WITNESS:  I am not changing what I
4  mean on look-up.
5  BY MR. MARINA:
6    Q.   If I go into memory and pull
7  something out of memory, aren't I looking up in
8  the memory?  Isn't that what I'm doing?
9    A.   But what I am saying is that in --
10  I am not going into a memory to -- it requires a
11  piece of software to parse the word orange.
12     Once you have the word orange, yes, in
13  memory in the computer program, there will then
14  be a bit pattern.  It is the next -- it is in the
15  software.
16     How the programmer did it from then on,
17  it'd be up to the programmer, but I don't feel
18  that -- I don't feel I'm changing my meaning at
19  all on the word look-up.
20    Q.   All I'm asking you, sir, is that in
21  this system you're talking about, if I were an
22  artist and I typed in the word "orange," right,
23  what would be returned to me are the RGB values
24  for orange.  Correct?
25    A.   Yes.

Page 372

1    Q.   And those RGB values would come
2  from software.  Correct?
3    A.   Yes.
4    Q.   And that software is in memory.
5  Correct?
6    A.   Yes.
7    Q.   So those RGB values are being
8  retrieved from memory.  Correct?  Correct?
9    A.   Yes.
10    Q.   And they're being retrieved from
11  memory because I typed in the word "orange."
12  Correct?
13    A.   Yes.
14    Q.   I think you testified -- you've
15  been testifying all afternoon about the Antiope
16  system this, the Antiope system that, but when I
17  asked you, you said -- you didn't even know if
18  there were different versions of the Antiope
19  system.  Right?
20    A.   No, I said --
21    MR. BOYCE:  Objection.  Misstates the
22  testimony.
23    THE WITNESS:  I stated that I knew that
24  there were multiple versions.  I know that over
25  time, it evolved.

Page 373

1  BY MR. MARINA:
2    Q.   Okay.  And so when you were talking
3  all day about Antiope system, what version were
4  you talking about?
5    A.   Most of the questions were directly
6  related to the S.100 or S.g document.
7    Q.   Okay.
8    A.   If there's anything that is not
9  that, we can look for versions, but all -- the
10  questions all applied to what is in the documents
11  that were put in front of me.
12    Q.   But S.100 is not the Antiope
13  system.
14    A.   The Antiope system -- the parallel
15  mode of the Antiope -- parallel mode of S.100
16  corresponds to the Antiope system.  That was what
17  the French ensured occurred.  That's what
18  Mr. Marti wanted to have happen.
19    Q.   S.100 is not a system.  Right?
20  It's a document.  Right?
21    A.   S.100 is a standard, is a document.
22    Q.   And Mr. Boyce was asking you about
23  how the Antiope system worked.  He was asking you
24  about a system.  Okay?  Do you recall that
25  testimony?

94  (Pages 370 to 373)

TSG Reporting - Worldwide      877-702-9580

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 313**

Page 374

1    A.   Mr. Boyce asked about the Antiope
2  system, yes.
3    Q.   And I just want to know what
4  version of the Antiope system -- actual system
5  you were testifying about when you were testifying?
6    A.   Depending upon the question, I mean
7  we can go back to the -- to each question where
8  Antiope was mentioned.
9    The... The Antiope system -- the changes
10  in the Antiope system, there were a few, it
11  evolved over time, but what I stated about the
12  Antiope system I believe is true for the -- you
13  know, for all versions; or if not, that we were
14  talking about the Antiope system at the time that
15  it became that the French were putting the system
16  into the S.100.
17    Q.   And it's the same S.100 that
18  doesn't say anything about index color in
19  connection with the alpha mosaic mode.  Correct?
20  Or alpha mosaic option.  Correct?
21    A.   S.100 does not use the word index.
22    Q.   Can you tell me -- well, what
23  documents do you have -- or can you point to that
24  describe the actual Antiope system itself?
25    A.   The... I can point you to Exhibit

Page 375

1  2, which describes the Antiope system, and the
2  date of...  This is the preliminary specification
3  in the Antiope system.
4    Q.   So all we have is Exhibit 2?  Is
5  that it?  And there's another one, Exhibit 11 or
6  something, that --
7    A.   In French, yes.
8    Q.   You weren't able to find any other
9  specifications in your collection of documents.
10  Correct?
11    A.   Oh, I have other versions of the
12  Antiope spec.  I have had other versions.
13    Q.   Are they preliminary versions?
14    Let me ask you this:  Why is it a
15  preliminary version?  Do you even know what that
16  means?
17    A.   I have seen -- whether I actually
18  have in my possession at the moment, I don't
19  know, but I have certainly seen many versions of
20  Antiope specification.
21    Q.   And Exhibit 2 -- what are you
22  holding in your hand?  Exhibit 2?
23    A.   Exhibit 2, yes.
24    Q.   In Exhibit 2, that's the document
25  that says there's a direct correspondence between

Page 376

1  b1, b2 and b3 and the colors R, G and B.
2  Correct?
3    A.   Again, we go to exactly where it
4  says it.  "Each..."  "Each character can be
5  displayed in six colors plus white on a black
6  background."  I am looking for...
7    I remember earlier today that came out.
8  I don't see it immediately.
9    Yes, I see it now.
10    Q.   Okay.
11    A.   "There is a direct correspondence
12  between the binary elements b1, b2, b3 of the
13  code and the presence of the primary colors red,
14  green and blue."
15    Q.   When were you first contacted about
16  this case?
17    A.   It might have been June.
18    Q.   June of this year?
19    A.   I think so, yes.
20    Q.   Who contacted you?
21    A.   Mr. Boyce.
22    Q.   What'd he say?
23    A.   He asked me if I would provide
24  information.
25    Q.   And you said, "Sure"?

Page 377

1    A.   Yes.
2    Q.   But you also said, "I gotta get
3  paid, though."  Correct?
4    A.   I say that I have a normal
5  engineering rate that I use, yes.
6    Q.   And that rate is $275 per hour.
7  Correct?
8    A.   Yes.
9    Q.   Do you recall when you -- and you
10  signed an agreement.  Correct?
11    A.   Yes.
12    Q.   And you understood at the time that
13  Mr. Boyce worked for Gateway.  Correct?
14    A.   That Mr. Boyce was representing
15  Gateway, yes.
16    Q.   And you understand Gateway is
17  paying your fee.  Right?
18    A.   Yes.
19    Q.   When did you sign your agreement?
20    A.   I'm not sure of the exact date, but
21  it is the beginning of the summer, I think.
22    Q.   And you spent about 30 to 40 hours
23  including yesterday and today on this case?
24    A.   Yes.
25    Q.   Since June.

95 (Pages 374 to 377)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 314**

Page 378

```
1        A.   Yes.
2        Q.   Do you know how Mr. Boyce tracked
3    you down?
4        A.   No, I don't.  I do know that my
5    name occurs in many documents and that my name
6    is -- I'm not hiding my name.
7        Q.   Do you agree with me, sir, that the
8    AT&T PLP explicitly refers to three modes.
9    Correct?
10       A.   AT&T PLP explicitly states three
11   modes.
12       Q.   Right.  And the first mode is a
13   mode wherein an in-use foreground color is
14   directly specified.  Correct?
15       A.   Yes.
16       Q.   And the second mode is a mode
17   wherein the in-use foreground color is specified
18   as an index into color memory.  Correct?
19       A.   Yes.
20       Q.   And the third mode is a mode
21   wherein in-use foreground and background colors
22   are specified as indexes into a color memory.
23   Correct?
24       A.   Yes.
25       Q.   You agree with me that those three
```

Page 379

```
1    modes are not explicitly described in S.100.
2    Correct?
3        MR. BOYCE:  Objection.  Vague and
4    ambiguous.
5        THE WITNESS:  Those words are not used in
6    S.100.
7    BY MR. MARINA:
8        Q.   And they're not -- those modes are
9    not explicitly described.  Correct?
10       MR. BOYCE:  Same objection.
11       THE WITNESS:  Those -- the word --
12   those -- the word mode is not used in exactly
13   that way in S.100, I agree.
14   BY MR. MARINA:
15       Q.   Okay.  And those modes are not --
16   those particular modes are not all disclosed.
17   Correct?  Explicitly.
18       MR. BOYCE:  Same objection.
19       THE WITNESS:  Explicitly.
20   BY MR. MARINA:
21       Q.   Yes.  I mean for example, we
22   already said that it's not explicitly disclosed
23   that you could even specify a color as an index
24   value into a color map.  Correct?
25       MR. BOYCE:  Same objection.
```

Page 380

```
1        THE WITNESS:  The word index is not used
2    in S.100.
3    BY MR. MARINA:
4        Q.   Right.  So then necessarily, then,
5    those three modes are not explicitly --
6        A.   Not explicitly --
7        Q.   -- disclosed in S.100.  Correct?
8        MR. BOYCE:  Same objection.
9        THE WITNESS:  Not explicitly.
10   BY MR. MARINA:
11       Q.   Correct.  And it's your opinion
12   that they're implicitly disclosed?  Is that
13   correct?
14       A.   I feel that they're implicitly.
15       Q.   And of all the documents I've seen,
16   the first time we see the concept of the select
17   color command is in the -- which selects the
18   three modes, that's in the AT&T PLP.  Correct?
19       A.   In videotex, because it certainly
20   is in the computer graphics arena.
21       Q.   Right.  In videotex.
22       A.   In videotex, it is in the PLP.  In
23   computer graphics, it's been there for a long
24   time.
25       Q.   What do you mean, "computer
```

Page 381

```
1    graphics"?
2        A.   Well, in the computer graphics
3    area, if you look at the documents from
4    Mr. Foley.
5        Q.   You think there's a select color
6    command that selects those three modes in
7    Mr. Foley's documents?
8        A.   They talk about specifying a color
9    map and manipulating the color map with indexes,
10   and it's not -- the word select color and set
11   color are not used but they are I think there.
12       Q.   Just because I can have -- I have a
13   color map where I can do something with a color
14   map, does that mean I have the three modes that
15   are disclosed in the AT&T PLP?
16       A.   If I have a color map and I can
17   define colors directly and I can define colors by
18   indexing into them and indexing for a background,
19   then...
20       Q.   Well, is it possible I could have
21   mode 0 and mode 2 and not mode 1?  I mean is that
22   possible?
23       A.   Well, no, that would be -- that one
24   would be impossible.  That means you could have
25   background only, but.
```

96  (Pages 378 to 381)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 315**

Page 382

```
 1      Q.   Well, mode 2, right, is foreground
 2 and background.
 3      A.   Okay.  Foreground and background.
 4      Q.   Are indexes.  Right?
 5      A.   Yes.
 6      Q.   And mode 0 is foreground is direct.
 7      A.   Just foreground, yes.
 8      Q.   Is direct.  So I could have just
 9 modes 0 and 2 and not have mode 1.  Right?
10 That's possible.
11      MR. BOYCE:  Objection.  Lacks foundation.
12      THE WITNESS:  You can build what you
13 want.
14 BY MR. MARINA:
15      Q.   Right.  And I could have mode 0 and
16 mode 1 and not mode 2.  Correct?
17      MR. BOYCE:  Same objection.
18      THE WITNESS:  Yes.
19 BY MR. MARINA:
20      Q.   Okay.  And in all the videotex
21 documents we're been looking at, you know, 699,
22 S.100, what have you, Antiope preliminary,
23 Antiope specification, the first time we see the
24 concept of a command and data sequence that
25 selects between, you know, three different modes
```

Page 383

```
 1 is in the AT&T PLP document.  Correct?
 2      MR. BOYCE:  Objection.  Misstates the
 3 testimony.
 4      THE WITNESS:  AT&T is the first to use
 5 the set color, select color words.  Whether it's
 6 implicitly in these others, I have stated that I
 7 felt that it was implicitly in these others.
 8 BY MR. MARINA:
 9      Q.   But implicitly, therefore not
10 explicitly.  Correct?
11      MR. BOYCE:  Same objection.  Vague.
12      MR. MARINA:  Okay.  No further questions.
13      MR. BOYCE:  No further questions.
14      MR. MARINA:  Gave up.
15      THE VIDEOGRAPHER:  The time is now 7:18.
16 Sorry.  The time is now 7:18.  We are concluding
17 the deposition.
18 -- Whereupon the examination adjourned.
19      --------------------
20
21
22
23
24
25
```

Page 384

```
 1           C E R T I F I C A T E
 2
 3      I, SUSAN OLUBICK, a Chartered Shorthand
 4 Reporter and Commissioner of Oaths in and for the
 5 Province of Ontario, hereby certify that the
 6 foregoing is a true and accurate transcript of
 7 the deposition of said witness who was first duly
 8 sworn by me on the date and place hereinbefore
 9 set forth.
10      I FURTHER CERTIFY that I am neither
11 attorney nor counsel for, nor related to or
12 employed by, any of the parties to the action in
13 which this deposition was taken, and further that
14 I am not a relative or employee of any attorney
15 or counsel employed in this action, nor am I
16 financially interested in this case.
17
18
19      ---------------------------
20      SUSAN OLUBICK,
21      CHARTERED SHORTHAND REPORTER
22
23 My certificate expires:  March 22, 2010
24
25
```

Page 385

```
 1         INSTRUCTIONS TO WITNESS
 2
 3      Read your deposition over carefully.
 4 It is your right to read your deposition and make
 5 changes in form or substance.  You should assign
 6 a reason in the appropriate column on the errata
 7 sheet for any change made.
 8      After making any changes in form or
 9 substance, and which have been noted on the
10 following errata sheet, along with the reason for
11 any change, sign your name on the errata sheet
12 and date it.
13      Then sign your deposition at the end of
14 your testimony in the space provided.  You are
15 signing it subject to the changes you have made
16 in the errata sheet, which will be attached to
17 the deposition before filing.  You must sign it
18 in front of a witness.  The witness need not be a
19 notary public.  Any competent adult may witness
20 your signature.
21      Return the original errata sheet to the
22 examining attorney (attorney questioning)
23 promptly.  Court rules require filing within 30
24 days after you receive the deposition.
25
```

97 (Pages 382 to 385)

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

Exhibit 07
Page 316

Page 386

```
 1          ERRATA SHEET
 2
 3   PAGE   LINE NO.   CHANGE   REASON THEREFOR
 4   _____
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

Page 387

```
 1          SIGNATURE PAGE
 2               OF
 3          DOUGLAS O'BRIEN
 4
 5        I hereby acknowledge that I have read
 6   the aforegoing deposition, and that the same is a
 7   true and correct transcription of the answers
 8   given by me to the questions propounded, except
 9   for the changes, if any, noted on the attached
10   errata sheet.
11
12
13   SIGNATURE:    _____
14
15
16   WITNESSED BY:  _____
17
18
19   DATE:    _____
20
21
22
23
24
25
```

98  (Pages 386 to 387)

TSG Reporting - Worldwide      877-702-9580

26be3bfe-93f1-4b8f-a4a8-f0dabea8fc02

**Exhibit 07**
**Page 317**