

VIEWDATA,
LONDON

WORLDWIDE
REPORT

TK 7882
.I6 V53

GW-LT 436045

Exhibit 08
Page 318

# VIEWDATA AND VIDEOTEXT, 1980-81: A Worldwide Report

**Transcript of viewdata '80
first world conference
on viewdata, videotex, and teletext**

GW-LT 436046

Exhibit 08
Page 319

*Viewdata '80, London, 1980.*

# VIEWDATA AND VIDEOTEXT, 1980-81: A Worldwide Report

**Transcript of viewdata '80,
first world conference
on viewdata, videotex, and teletext**



**Knowledge Industry Publications, Inc.
White Plains, New York**

GW-LT 436047

Exhibit 08
Page 320

TK 7882
.I6 V53
1980

Viewdata and Videotext, 1980-81: A Worldwide Report

Transcript of viewdata '80, first world conference on viewdata, videotex and teletext, London, March 26-28, 1980

ISBN 0-914236-77-6
LC: 80-18234

This title is being published simultaneously in the United Kingdom under the title: Videotex, Viewdata & Teletext

Copyright © 1980 by Online Conferences Ltd.

Published by Knowledge Industry Publications, Inc. in conjunction with Online Conferences Ltd. No part of this book may be reproduced in any form whatsoever without the written permission of the publisher, Knowledge Industry Publications, Inc., 2 Corporate Park Drive, White Plains, New York 10604.

GW-LT 436048

Exhibit 08
Page 321

271

# INTERNATIONAL VIDEOTEX STANDARDIZATION:

## A CANADIAN VIEW OF PROGRESS TOWARDS THE WIRED WORLD

J.C. Smirle, Y.F. Lum and H.G. Bown

Federal Department of Communications

CANADA

This paper examines the status of international standardization for interactive Videotex and presents a possible scenario for international interworking between dissimilar systems. Background to Canada's decision to standardize on an alpha-geometric/photographic system for videotex field trials is provided, together with some observations on its implications for the choice of systems standards by countries proposing to offer videotex services.

Copyright © 1980 by Online Conferences Ltd.

GW-LT 436331

Exhibit 08
Page 322

272

## Introduction

Since the first appearance of the videotex concept in the CCITT at the meetings of Study Groups I and VIII in the spring of 1978, the international standards scene has been characterized by frenzied activity on the part of countries desirous of obtaining international standards recognition for their national systems and technologies. The debate has been long and sometimes heated, with the negotiating positions usually starting with the statement: "If only everyone would adopt my standards, we would not have a problem!" To the surprise of many observers (and participants) however, the final product, in the form of draft CCITT Recommendations Fb and Sc, now seems to promise to be a greater unifying force than it has appeared, in that it goes beyond national differences, pointing the way not only to a medium-term situation wherein international interworking between dissimilar systems should be possible, but hopefully also to a long-term convergence of concepts and techniques which would permit a higher degree of integration of the global videotex information community.

GW-LT 436332

Exhibit 08
Page 323

273

## Facilities of the Videotex Service – A Blueprint for Evolution

Among the agreements reached in CCITT Study Group I was a first list of the "facilities of the videotex service" which, inn addition to simple information retrieval and its preparation for that purpose, provides for a set of advanced facilities including (among others) terminal-to-terminal communications, telesoftware, and transactional services. Clearly, videotex is expected to evolve rapidly into a total package of services available to the user via a single relatively inexpensive terminal on his premises.

The actual services to be included in the given offering will depend equally on the perceived demand and on the capability of the technology to present the information in a satisfactory form and in a cost-effective manner for each application. The challenge of standardization is to foster the development of a healthy service as early as possible without stifling the innovation so necessary to the ultimate goal of a mature network providing a diverse range of services to as broad a market base as possible. The approach adopted by the CCITT was first to recognize the principal technologies on an equal basis, and then to attempt to extract the elements and concepts common to all. For example, graphic models based on mosaic, geometric, photographic and dynamically redefinable character set (DRCS) concepts were given equal status, and their common characteristics were defined as "attributes."

## Attributes – the Key to Compatible Exchange of Graphical Information

Having recognized the validity of the principal coding techniques (alpha, mosaic, – geometric, – photographic, – DRCS) the problem faced by the Editor's Group on Recommendation Fb was to somehow provide a framework for a converging evolution of the national systems without a priori biasing of the Recommendations in favour of one system or another. This was especially important in view of the lack of representative international market data for a service still in its infancy.

The result of the Fb Editor's group's deliberations was a generalization of the "attribute" concept (formerly used in a narrower sense to apply to character-oriented systems only) whereby the emphasis was placed on the displayed information as it appears to the terminal user, regardless of the technique used to generate that information on the display. Attributes include colour, textual character size, overlay of concealed information, flashing, and shading textures for lines and surfaces.

GW-LT 436333

Exhibit 08
Page 324

274

A particularly significant example was the definition of the concepts of "foreground" and "background" in the treatment of alphanumeric text in a manner acceptable to proponents of both alpha-geometric and alpha-mosaic systems. In the alpha-mosaic concept, "background" had been considered to refer only to the small rectangular area forming a character cell or location on the display. In the alpha-geometric concept, the background consists of the net result of all previously displayed informaton on the whole screen which could include an unlimited number of updates or overlays on the same page of information. This more generalized treatment, while posing some conceptual difficulties for the advocates of character-oriented systems, provides for a continuously updatable display using page - store techniques. Such a display is used in Telidon to provide for variety in the presentation of educational and other information and allows the effect of motion to be created on the display. The initial difference of views was resolved by the realization that the different concepts of "foreground" and "background" were not so much characteristic of the mosaic versus geometric systems as to character-oriented verus picture-element-oriented (or page store) display memories, and it is the interest of all concerned to hold the door open to further enhancements to the pioneer systems, as well as recognizing the capabilities of the more sophisticated of today's systems.

Successive Enhancement or Pre-Planned Evolution -
A Converging Path?

In addition to the previous example of foreground/background treatement, it was recognized that other attributes of alpha-mosaic systems could and should be enhanced in the near future. Items in this category include display resolution (witness DRCS), number of colours (by extended or downloaded control sets), random access on the screen to the character level by row/column addressing), and perhaps someday, motion. The recommendation Fb allows for all of these capabilities whether as features of currently available sytems such as Telidon, or as enhancements to alpha-mosaic systems. Some characteristics (such as high resolution display) are currently available on an alpha-photographic system called CAPTAIN in Japan, and others might presumably be added by a process of enhancement.

GW-LT 436334

Exhibit 08
Page 325

275

Given the heavy investment by a few countries in pioneer
alpha-mosaic technology, Canada sees this trend to enhanced
first-generation technology as a welcome one for two reasons:

First, it reinforces the original design assumptions
which provided for the more sophisticated features
of Telidon from the very beginning. It is clear that
the sponsors of first generation alpha-mosaic systems
now see the need for such features as high resolution
graphics, random updates to the display, and more
colour capability.

Second, it raises the hope that conversion algorithms
can be adopted to allow interworking between alpha-
geometric and enhanced alpha-mosaic systems at the
network or data base level, since with DRCS the
alpha-mosaic terminals would potentially be able to
display Telidon pages, though with considerably less
efficiency, a restricted sequence of presentation,
and perhaps without an exact rendering of motion
sequences. Certainly, if automated devices can
someday be developed to generate DRCS pages from
hard copy, the same algorithms should apply equally
to alpha-geometric or alpha-photographic pages
retrieved from a foreign data bank and held temporarily
in a page - store memory for conversion.



GW-LT 436335

Exhibit 08
Page 326

276

Such a conversion process could involve the generation of a new character set for each alpha-geometric or alpha-photographic page received, a problem comparable in some respects to the PAL - NTSC conversion of live television signals, but considerably more tolerant of processing delays. Presumably, the above assumptions apply to conversions from alpha-mosaic/DRCS formats to alpha-geometric formats, though within the higher transmission efficiency of the alpha-geometric system in the receiving network.

Background to Canada's Choice of an Alpha-Geometric/
Alpha Photographic Coding Standard for Telidon

The Canadian Videotex Consultative Committee, an advisory body with multi-sectoral representatives, recommended a field trial standards freeze based on Telidon's alpha-geometric/photographic technology until 1982 based on its superiority for information preparation, data base and network operation, and terminal cost/performance considerations. These various aspects will be addressed in detail below.

1) Information Preparation: Arising as it does from computer graphics technology, alpha-geometric technology offers more promise for the efficient creation of pages than alpha-mosaic technology. Early models of the Telidon Information Provider terminal demonstrated their potential for high page throughput at Telecom '79 using a computer-aided manual input technique and joy-stick or light-pen for the generation of graphics. The geometric code is also highly suitable for the computer generation of data in graphical form without human intervention. Many data bases already exist which contain suitable data for use with this technique. Alpha-photographic systems are also in a good position to draw upon highly developed data acquisition techniques based on facsimile technology.

On the other hand, alpha-mosaic/DRCS input systems will require a very subtle and complex modelling process for the identification of the optimum character set for a given page of graphical information. This is bound to permanently impact on the throughput and efficiency even of automated alpha-DRCS page preparation systems which are not yet in sight from a

GW-LT 436336

Exhibit 08
Page 327

277

commercial standpoint. In the authors' opinion, the best
strategy for an information provider who must serve an
alpha-mosaic or alpha-DRCS market is to use alpha-geometric
(and in some cases, alpha-photographic) page creation devices
with their superior throughput and graphical editing
capabilities, converting the result automatically through such
a device as that in the previous illustration. The information
provider could thus serve all major videotex markets by
maintaining a data base primarily in alpha-geometric format and
converting to alpha-mosaic, DRCS, or photographic format as
required. In addition to achieving higher preparation
throughput, he would also be better prepared for future growth
into higher resolution systems and for the advent of terminal-
to-terminal communication using computer graphics techniques.
A side benefit would be reduced storage requirements (about
400-500 bytes average per page with Telidon) in his data bank.

   2) <u>Data Base Considerations</u>: The two main data base
considerations are obsolescence of stored data due to
technological change, and operational cost. In the authors'
opinion, alpha-geometric systems offer the best alternative for
the operation of data bases because stored data is unlikely to
be obsoleted by the development of improved terminals. Perhaps
the greatest advantages of the geometric approach relate to
operating cost. A lower average byte count per page can be
expected to reduce storage costs, but more importance can be
attached to the ability of both low-resolution and high-
resolution terminals to use the same pages of information,
eliminating the necessity to store and maintain several
versions of the same page (for instance, for ordinary mosaic,
smoothed graphic mosaic, and alpha-DRCS terminals). The
dialogue between data base and terminal to establish the
terminal's characteristics at the beginning of the session
would also be simplified for the geometric case, and the
processing overhead to select the appropriate version of each
page to match the terminal's characteristics could be
eliminated. The execution of DRCS down-load sequences could
also be expected to add materially to processing overhead and
possibly reduce the number of user terminals to be supported
simultaneously by the data base computer, as well as loading
the network. A yet unexplored area for DRCS techniques is the
problem of updating existing pages on the data base. This
process will require either that a new down-load sequence be
provided with each page, or that single special character sets
be defined for all future pages in the same section of the data
base.

GW-LT 436337

Exhibit 08
Page 328

278

3) <u>Network Considerations</u>:  Assuming transparency in the
network, the comparison problem reduces itself to one of
network operating cost on a per-page basis.  This cost has two
major components, namely, the cost of transmission of the page
itself, and the cost of any overhead functions.  The actual
number of bytes per page in the geometric system could be
expected to be lower, as mentioned above.  In addition, there
would be no need for the overhead consumed by the DRCS
down-load sequence.  This overhead could be expected to reach
serious proportions as the user browses through different
actions of the data base, necessitating frequent down-load
sequences.  Of course, this problem could be minimized by
restricting the use of the DRCS technique to certain pages,
with all the attendant complexities of planning the data base
structure and context.  It therefore seems to us that the DRCS
technique may be useful in the short term for countries already
firmly on the mosaic standard and who wish to communicate in
some relatively small non-Latin alphabets (Kanji and Kana not
included), but that the improvement in graphics performance it
offers is, in general, not sufficient to justify the additional
overhead and complexity which would be imposed on the network
and data base.  The alpha-geometric system can perform all of
these functions much more simply without the limitations.  For
instance, ordinary Telidon terminals can receive Kanji, Kana
and other non-Latin characters without <u>a prior</u> character set
definition simply by drawing the characters.  Characters can be
written in an order vertically or from right to left as is
normal for some non-Latin languages.

4) <u>Terminal Considerations</u>:  It has been rightly pointed
out by the advocates of alpha-mosaic systems that it is
essential that the terminal be as inexpensive as possible,
given the function it is to perform.  What we are now
witnesssing seems to be a process of successive enhancement to
the basic alpha-mosaic terminal to add new attributes and
capabilities in an attempt to compete with alpha-geometric and
alpha-photographic systems for a perceived set of requirements.
We have seen proposals to enhance the graphics resolution via
DRCS, and other enhancements such as row-column addressing and
telesoftware.  Each new enhancement will render obsolescent a
generation of existing alpha-mosaic terminals and will also
force a resultant fragmentation of the data base and terminal
market.  For instance, if only business terminals have DRCS,
the businessman will be unable to work at home using his
domestic set.  More significantly, each new enhancement will
require a new module in the terminal, increasing its costs.

GW-LT 436338

Exhibit 08
Page 329

279

Hand assembled full resolution Telidon terminals using only commonly available semiconductors are now being built and sold for about $1800 (U.S.) with firm quotations of $1000 (U.S.)by the end of 1980. The reducing cost of memory and custom VLSI techniques are expected to rapidly reduce this cost to a few hundred dollars in the next few years.

On the other hand, enhancements to mosaic terminals will tend to drive the terminal cost up as well as obsoleting the previous models. It should also be pointed out that these enhancements generally do not go as far as the basic geometric system in terms of performance. For instance, DRCS offers one choice of resolution related to the standard television screen, while geometric coding can compatibly drive a range of displays including ultra-high resolution displays such as are being considered for future digital television standards. Another example would be the capability to display motion, which has not yet been proposed for the alpha-mosaic standard.

5) <u>General Considerations</u>: Viewed from a broad perspective, Telidon was chosen because it offered a wider range of features on a more cost-effective basis and with a simpler, more powerful conceptual base than the alternative systems. Not only is the comparison favourable in the short term, but it is expected to swing even more strongly in favour of Telidon as technology marches on. If anything, Telidon terminals will become simpler as well as less expensive and it will be possible to improve network performance by off-loading still more processing into the terminal, reducing the load on the data base and the network. This trend is in contrast to the increasing complexity of the networks, data bases, and input systems which will be required to support enhanced alpha-mosaic systems.

GW-LT 436339

Exhibit 08
Page 330

280

Conclusions:

We welcome the adoption of international standards which recognize all valid techniques for videotex communication, since the market place will decide the most suitable in the long term.  Recent developments in enhancements to first generation systems confirm Canada's initial decision to start with a second generation system.

GW-LT 436340

Exhibit 08
Page 331