Bryan W. Farney *(pro hac vice)*
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMAHON VITEK
750 "B" Street, Suite 2100
San Diego, CA 92101
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**NOTICE OF LODGMENT OF DOCUMENT SUBMITTED UNDER SEAL**<br><br>**RE: GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)**<br><br>Date:     January 7, 2008<br>Time:     10:30 a.m.<br>Courtroom: 13, 5th Floor<br>Judge:    Hon. Marilyn L. Huff |

1  Gateway, Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway
2  Manufacturing LLC and Cowabunga Enterprises, Inc. ("Gateway") respectfully lodge the
3  following Exhibit to the Declaration of Andrew Thomases in Support of Gateway's Motion for
4  Partial Summary Judgment of Invalidity of U.S. Patent No. 4,439,759:

5  1.  Exhibit 9 is a true and correct copy of excerpts of a document entitled "Draft
6  Home Information System Presentation Level Protocol Specification," dated April 14, 1981
7  (LUC 003903-003917).

Dated: November 30, 2007    DECHERT LLP


By:    /s/Jeffrey B. Plies
            Jeffrey B. Plies

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al*.

13025847