IEEE COMMUNICATIONS MAGAZINE

# TELIDON - A REVIEW

**HERBERT G. BOWN AND WILLIAM SAWCHUK**

**France has Antiope and Britain has Prestel. Canada's Telidon—A videotex system with increasingly sophisticated consumer applications.**

TELIDON is a videotex development of the Canadian Department of Communications that differs radically in display presentation format from the earlier European developments. The name videotex is used internationally to represent a class of home and business information services which disseminate information from information suppliers into the home or office. In general, a television receiver, suitably modified or augmented, can serve as the consumer's terminal equipment. The system essentially makes use of the set as a still-picture display medium where the consumer has control over what is displayed. By utilizing the common-carrier telephone line or other interactive network, or broadcast system, users of the service are able to retrieve information stored in computer-controlled databases and have it displayed.

The real promise of this new information technology does not depend upon any particular function or services, but rather in the capability of making these services available to everyone, and that any existing offering is not made obsolete by newer innovations. Ultimately, the consumer will decide what he is willing to buy. The Telidon scheme has been designed to allow for a choice. Telidon permits terminal configurations of differing qualities and costs. Despite any such differences, all terminals would be capable of functioning from the same databases using the same or different communications media.

The Telidon development, based on computer graphics principles, started later than those of other nations, primarily Britain and France. Both these countries undertook an alphamosaic approach which is a fixed-format, character-oriented one that restricts information display to rigid-format textual messages and rudimentary graphic mosaic images. In recognizing that Telidon is a viable alternative, the meeting of the International Telegraph and Telephone Consultative Committee (CCITT) in June 1980 recommended equal status for the British serial alphamosaic, the French parallel alphamosaic, and the Canadian alphageometric approaches for videotex coding.

## HISTORY OF DEVELOPMENT

Basic research and development into interactive visual communications systems commenced at the Communications Research Centre of the Canadian Department of Communications in 1969 after a number of years of experience with computer-aided design and computer graphics techniques in support of Canada's space satellite applications. From 1969 to 1973, considerable effort went into building special hardware and producing the necessary software to establish a capability in interactive graphics communications. Lack of existing software tools led to the development of an interactive programming language to aid the applications programmer, and to the initial definition of a picture coding scheme that was to be extended later to become the communication protocols of the Telidon videotex system.

Between 1973 and 1976, the hardware (display processor unit) and software elements were refined, based on the premise that the terminal would contain its own intelligence (microprocessor and display processor) and that the picture coding scheme would be independent of the terminal hardware configuration and the communications delivery systems. This development culminated in the demonstration of interactive graphics communications via narrowband (300 baud) telephone lines, i.e., a common visual space between users, similar to the common audio space created by the telephone. The terminal arrangement provided flexibility in the choice of a display unit: raster, random plotting, etc. The concept of a picture coding scheme independent of the terminal design was proven. Further refinement led to the formal definition of the Picture Description Instructions (PDI's) and the basis for the announcement in August 1978, of Telidon, the Canadian videotex system. Since then, extensive effort has gone into the improvement of terminal design to decrease its cost and complexity, and to further extend and improve the PDI set.

## PDI's—PICTURE DESCRIPTION INSTRUCTIONS

The key to the Telidon system is the specially designed code, better characterized perhaps as a communication protocol, called Picture Description Instructions (PDI's) that are stored in data banks. This code is transmitted to Telidon or other terminals which interpret this data for display. The PDI's describe an image in terms of elements that are basic geometric primitives such as points, lines, arcs, rectangles, and polygons. The PDI's mathematically define the structure of the entity to be drawn.

For example, a line is specified by its endpoints. It is the

0163-6804/81/0100-0022 $00.75 © 1981 IEEE

GW-LT 438166

Exhibit 13
Page 394

responsibility of the terminal to decode this high-level description and to draw the best line possible between the two endpoints. On a high-resolution display, finer increments are used to draw the same line which would be displayed in a coarse manner on the low-resolution display. In this way, terminal independence is achieved because drawing commands are described in terms of geometric primitives rather than in terms of some parameter of the display hardware. The accuracy with which coordinate positions are specified to describe these geometric primitives is reflected in the command code.

The PDI's are a compact set of commands for describing pictures. Each command consists of an opcode followed by a number of bytes of data. The coordinates specified by the data are based on a Cartesian number system ranging from 0 to 1 over the visible area of the display screen. This is independent of the physical resolution of the apparatus which may be a television set with perhaps 256 positions of resolution in the horizintal direction, or a high-resolution display apparatus of 1024 positions or more. Since coordinate positions are specified as a fraction of the width of the display screen, the least significant bits may be dropped when they are not needed.

As well, alphanumerics (text) are coded as ISO 646 (ASCII) character codes. Point-by-point images (photographic) may be coded by a so-called "bit" command which functions in a manner similar to the operation of a facsimile machine.

The independence of the PDI coding scheme from specific terminal hardware implementation is of particular importance as future enhancements are developed; these can be added to the Telidon system in a smooth and compatible manner.

In addition to being independent of terminal design the PDI's exhibit the following desirable characteristics.

1) They are very efficient in storage and transmission of data.
2) They can be the basis for database creation procedures which can utilize a variety of hardware/software techniques ranging all the way from very sophisticated automatic pattern recognition systems to an inexpensive package using the Telidon terminal itself (with keyboard) and a simple lanugage interpreter in the host database computer.
3) They can be used with almost any display technology where, of course, certain desirable features (such as rate of picture presentation, random addressability of image space, higher resolution, large selection of colors, etc.) will only be exhibited to the degree that the particular display technology permits.
4) They are a subset of a more general set of instructions permitting manipulation, transformation, and presentation of images that meet the requirements for full dynamic animation sequences as well as improved interaction techniques.

## CRITERIA OF SYSTEM DESIGN

The basic design approach for the alphageometric videotex system, such as Telidon, is based on criteria that images at the central data banks must be described in such a way that they are:

1) completely independent of data access arrangements at the central computer;
2) the characteristics of the communication medium; and
3) what may be most important, completely independent of the display terminal construction and resolution capabilities for graphic representation.

The concept of forward and backward compatibility is of central importance. Forward compatibility means that the system must be designed in such a way that future terminals will be able to access old data. This allows for growth; for example, a future terminal with higher resolution can accept low resolution or otherwise limited data from an established database. Backward compatibility, which is much more difficult to achieve, means that an installed inventory of terminals can receive, decode, and display all future command formats in an intelligent manner. Again using resolution as an example, a picture which is communicated in high resolution should appear as a low-resolution picture on older or less expensive terminals and as a high-resolution picture on those terminals equipped to handle high resolution.

The color television signal format is a good example of a design for both forward and backward compatibility. At one time, only monochrome television sets and signals existed, but now the situation is more complex. Color sets can receive both black-and-white signals as well as color signals (forward compatibility). Monochrome television sets can receive black-and-white signals, and when receiving color signals, they interpret them as black-and-white (backward compatibility). Technically, this compatibility was very difficult to achieve with television signals, but it has allowed the introduction of color television without the need to replace the installed inventory of television sets. The same type of growth potential must be designed into a videotex system.

Telidon is a flexible concept that allows the videotex service to be provided to the user in both a two-way interactive mode, via a telephone network for example, or a one-way broadcast (teletext) service. In the former arrangement, a modem provides the interface between the network and the terminal, whereas, the latter uses a teletext decoder to "grab" a frame from the broadcast signal.

In a broadcast implementation, the entire database is transmitted page by page in a cyclic manner with the data carried as an ancillary signal on a broadcast television channel. The packets of data are inserted into the otherwise unused lines of the video signal at the transmitter. While the first generation of encoding equipment is limited to the vertical blanking interval lines, this limitation must not be inherent in the transmission format, for in the future it may be required to accommodate:

- the use of any or all TV lines;
- one-way noninteractive service, either on-air broadcast or on cable;
- two-way interactive service on cable;
- program-related services such as closed captioning;

GW-LT 438167

Exhibit 13
Page 395

- time-dependent services such as time, news, and weather bulletins;
- dynamic line allocation to efficiently utilize the TV lines in the vertical blanking interval; and
- error detection and correction to overcome a variety of signal impairments and to ensure data integrity and acceptable waiting times.

## TERMINAL DESIGN ALTERNATIVES

Since display technology is changing very rapidly, it is unwise to design a picture coding scheme for a particular display technology. Table I lists coding schemes used internationally for videotex services. The first three are tied to a particular display technology whereas the alphageometric/photographic PDI coding scheme has no such restrictions.

In 1975, the Communications Research Centre decided to adopt bit-plane memory display technology as the prime technology with which to develop videotex systems. The principal reasons for this choice were:

- simplest display processor,
- range of resolutions (i.e., range of costs),
- random addressability (permitting an animation capability),
- capability of overwriting,
- selectable erasure,
- general scrolling of text and graphics,
- no constraints on color range, and
- no constraints on form of picture (i.e., any lines may intersect anywhere).

The rapid advances in the state of the art in electronics in recent years have justified this choice. The cost of memories has dropped tremendously with the result that high-resolution pictures may now be sorted and displayed on home television sets at a moderate cost. In addition, the introduction of inexpensive microcomputers has allowed sufficient sophistication to be programmed into a terminal so that a compact, efficient communications code may be used.

It was also recognized that there may also be a demand for other display technologies. In Canada, for instance, Telidon terminals also exist or are under development for:

- character cell DRCS (dynamically redefineable character set) hardware;
- 640×480 and higher resolution bit-plane memories;
- plasma-panel hardware, and
- calligraphic vector graphic hardware.

All these terminals function by receiving from the database the identical PDI coded information. As mentioned previously, Telidon terminals can be realized in a variety of forms which can support the various levels of graphic quality ranging from intermediate to the highest quality realizable on a video screen. The lower quality graphic terminals contain less hardware and therefore should be realizable at lower cost. Although the cost differential between the various realizations of these terminals in the small quantities being produced at the present time can be important, this will become relatively

TABLE I
INTERNATIONAL CODING SCHEMES AND DISPLAY TECHNOLOGIES

| Coding Scheme | Display Technology |
|---|---|
| Mosaic character-oriented scheme | Character-cell technology |
| DRCS mosaic character-oriented scheme | Character-cell technology |
| Picture-element (facsimile mode) scheme | Bit-plane technology |
| Picture description instruction scheme (geometric primitives) | ANY display technology |

insignificant in the future as semiconductor memory costs continue to decrease and quantity production begins.

In its simplest form, a terminal can be developed which will give a block graphics display (Fig. 1). After reception of the signal, the PDI's are interpreted by the microprocessor to write fixed format data into the attribute memory. During display, the attribute memory is read in a repeating sequence to the character cell driver circuit which feeds the display driver circuits to produce the video signal. The block graphic and alphanumeric shapes are defined by a ROM (read only memory) which is referenced by the character-cell driver circuit.

Another variation is a DRCS terminal (Fig. 2) which may give enhanced performance over the design described above. However, it would not match that of a higher resolution bit-plane terminal. After interpretation of the PDI's received by the microprocessor, the resulting graphics and alphanumeric information is fed into the page of a RAM (random access memory). The microprocessor also calculates the shapes that will be required and inserts them into the DRCS RAM. During display, the page of the RAM is read in a repeating sequence to the character cell driver circuit. The ROM defines the alphanumeric and block graphics shapes, and the DRCS RAM defines the additional graphic shapes.

Fig. 3 shows a high-resolution bit-plane memory terminal design. It will be noted that the ROM defining the alphanumeric and the block graphic shapes has now disappeared since these shapes can be written into the bit-plane memory by the microprocessor. Fig. 4 shows an example which illustrates the difference between the bit-map and the DRCS techniques.

## INFORMATION PROVIDING

The system-independent concept of Telidon lends itself ideally to lessen the task for the information provider (IP) so that he can direct his artistic efforts to the creation of database content and not be constrained by system design limitations. Since Telidon is based on computer graphics principles, application of these techniques to actual hardware realization of information provider systems can provide efficient tools for the IP's use.

The capabilities of a versatile IP system for Telidon are considerable and not yet fully realized. Telidon's superior graphics capability is internationally recognized. Even with

GW-LT 438168

Exhibit 13
Page 396



**Fig. 1.** A diagram of a Telidon videotex terminal providing a block graphics display with alphageometric coding.



**Fig. 2.** A diagram of a Telidon videotex terminal employing a DRCS block graphics display with alphageometric coding.

present equipment, the IP can design images with overlays, animation, and colors, including grays. Incorporation of photographic images into the page design can also be done. The application of pattern recognition techniques can avoid the need to recompose and reenter existing alphageometric data.

An implementation of Telidon has already demonstrated the automatic on-line generation and update of frequently changing database material. Further exploitation can apply the technique to news, weather, transportation schedules, markets, etc. Fig. 5 shows an example of this.

The availability of a variety of features for the IP can allow him to adapt readily to whatever market a Telidon videotex service would address. Still, there are many questions which need to be answered by the field trial process, not only on the aesthetics of presentation, but the content, cost of information, and national and international standards of data preparation.

GW-LT 438169

Exhibit 13
Page 397



Fig. 3. A diagram of a Telidon videotex terminal using the bit-plane memory approach.

In Canada, the information provider community has joined together into an association called VISPAC (Videotex Information Service Providers Association of Canada) to represent their mutual interests and to support the orderly growth of videotex across the country. This group represents a broad spectrum of industry, government, and nonprofit organizations. Most of the members of VISPAC are active participants in the various Canadian field trials.

## INFORMATION MANAGEMENT

Implicit in the concerns of data input is the overall management and organization of the database of the service computer. The present and most common arrangement is a tree structure, advantageous because of its simplicity. Indexing of information can be very important especially if it serves as a filtering technique. Cross-referencing can be designed to improve access to various branches of the tree.

In the future, more complex data retrieval techniques may be employed. Keyword searching is an example in which a more complex user interface unit, like a keyboard, is required. Already, the National Research Council of Canada has used a keyboard and Telidon decoder together to demonstrate an application of computer-aided learning. If more complex database access schemes are found desirable, query languages need to be explored, especially their acceptability by the user.

## FIELD TRIALS

Since the announcement of Telidon in 1978, the desire to exploit the service and technology related to it has been integrated into a national program coordinated by the Department of Communications and guided by the members of the Canadian Videotex Consultative Committee.

With a view to assessing the viability of a videotex service in terms of user needs, technological developments, information management, and also business opportunities, Telidon trials are being planned and established by telephone companies, broadcasters and cable operators, with support from manufacturers, system suppliers, and information providers. Each trial is different in objective, concept, size,

and duration, and involves many different communications media. In some cases, the trials are combined to test other communication services, on both one- and two-way videotex delivery. A summary of trials already underway or to begin soon is listed in Table II.

Not only has Telidon received national recognition but international trials are also being initiated. In June 1980, the Alternate Media Centre, in conjunction with the Public Broadcasting System's Station WETA in Washington, DC, announced a 64-terminal broadcast Telidon trial to begin in early 1981. More recently, in July, Venezuela announced the choice of Telidon to be the basis of a project to establish videotex information centers in public places to provide its citizens access to government information.

With the positive support Telidon has received at



(a)



(b)

Fig. 4. Comparison of the same PDI data as presented on display terminals using: (a) bit-map technique, and (b) dynamically redefinable character set (DRCS) technology. In images of this complexity the limitations of the DRCS technique become evident.

26

GW-LT 438170

Exhibit 13
Page 398




**Fig. 5.** An example of the images that can be presented by a bit-map terminal with a resolution of 256 by 200 picture elements.

international demonstrations in Europe, Australia, South America, and the United States, as a currently available, second-generation videotex system, more commitments to Telidon are expected in the coming months.

## WHAT OF THE FUTURE?

The simple retrieval of information from a central database accompanied the announcement of Telidon. Since then, action facilities such as teleshopping, messaging, and game-

GW-LT 438171

Exhibit 13
Page 399

IEEE COMMUNICATIONS MAGAZINE

TABLE II
TELIDON TRIALS IN CANADA

| Start Date | Operator | Location | Type | Terminals |
|---|---|---|---|---|
| Operating | Ontario Educational Communications Authority | Ontario, Ont. | Telephone and Broadcast | 55 |
| Operating | Manitoba Telephone System | Winnipeg, Man. | Cable | 30 |
| Fall 1980 | Alberta Government Telephones | Calgary, Alta. | Dedicated wire pair | 120 |
| Fall 1980 | New Brunswick Telephone Company | St. John, N.B. | Dedicated wire pair | 20 |
| Jan. 1981 | Bell Canada | Toronto, Ont. Quebec City, P.Q. | Telephone | 500 |
| Jan. 1981 | British Columbia Telephone Company | Vancouver, B.C. | Telephone | 150 |
| Fall 1981 | Manitoba Telephone | Elie, Man. | Optical Fiber | 150 |
| Spring 1981 | Telecable Videotron | Montreal, P.Q. | Cable | 250 |

playing on line to the database computer have been developed. Terminals equipped with keyboards have been used to input data, but, in general, present-day units are not equipped to do this task efficiently, but this capability will evolve. A realizable extension is user-to-user or multinode communications utilizing full interaction with textual and graphic imagery. In actuality, the feasibility of the concept was demonstrated some years ago. Work is progressing on adapting the Telidon technology to provide closed captioning; this activity parallels a study on the delivery of television services for the hearing impaired in Canada.

Variations on the information retrieval role can allow access to data on third-party computers, the access of large blocks of data for off-line perusal or the generalized telesoftware capability in the terminal for entertainment or other purposes.

To date, the PDI set has been specifically applied to describe pictures in terms of geometric drawing primitives and could be demonstrated on hardware that possessed certain limitations. For example, improved photographic image reproduction is possible including a range of colors or gray shades. The PDI set is an extensible code which allows for the introduction of additional features. One of the first areas envisaged for extension is the manipulation of a displayed picture. Manipulation features would entail selective erasure, additions, and modifications to previously generated images. An extension beyond this would be the introduction of even more powerful graphic modifier instructions to permit rotation, scaling, and transposition of portions of the displayed image permitting complex animation sequences. These instructions would allow information suppliers, or others with appropriate terminals, to generate and manipulate their own images using interactive devices. Extensibility of the PDI set can even allow for audio descriptor instructions which would add the dimension of sound to the videotex service.

The scenarios presented above are only a few of the many possible extensions which may evolve. Since it is difficult to predict future needs, it is impossible to provide an all-encompassing code set which will serve all future purposes. More powerful command codes could have been included but these coding schemes would not be cost effective for videotex terminals at the present time. For this reason, the PDI codes include extension procedures to allow for future developments which could be built on the present concept of terminal-independent communications codes.

A major expense in the development of a viable industry is the cost of creating and maintaining vast databases. This large investment must be protected from the continuing changing display and communications delivery technologies. In addition, the information and user communities frequently demand new and better facilities in any new communications system or in an existing system in evolution. The demands on the overall systems design to meet the evolutionary nature of these requests and to coexist with existing and proposed information communication services such as alarm monitoring, medic alert services, and interactive graphic teleconferencing cannot be overstressed.

The Telidon system is rapidly demonstrating its ability to meet the currently perceived concept of a videotex service from both a technical and economic viewpoint, and it forms an excellent basis for future growth.



Herbert G. Bown was born in Badger's Quay, Nfld., Canada. He studied in St. John's and Nova Scotia Technical College, Halifax, N.S., Canada, where he received his Bachelor's and Master's degrees in electrical engineering. He joined the Defence Research Telecommunications Establishment and remained with them when it became the Department of Communications in 1969. Mr. Bown is Director General of Information Technology of the Department of Communications. As Manager of the Image Communications Program, he was responsible for the Research and Development activities which resulted in the Telidon concept. Prior to that, he had a variety of research and development experience in telecommunications and electronic data processing systems.

Mr. Bown is a member of ACM, IEEE, CIPS, and APEO.



William (Bill) Sawchuk was born in Weirdale, Sask., Canada. He studied at the University of Calgary, Calgary, Alta., Canada, where he obtained the Ph.D. degree in physics. Following his graduation, he worked as a Research Fellow with the same university. In 1974 he joined the Image Communications Group of the Department of Communications as a Research Scientist. He has been active in development of techniques for interactive image communications over narrowband lines. More recently, he had been one of the participants in the development of Telidon, the Canadian videotex system. He is presently Acting Manager of Image Communications.

GW-LT 438172

Exhibit 13
Page 400