260                IEEE JOURNAL ON SELECTED AREAS IN COMMUNICATIONS, VOL. SAC-1, NO. 2, FEBRUARY 1983

# A Perspective on the Development of Videotex in North America

C. DOUGLAS O'BRIEN, MEMBER, IEEE, AND HERBERT G. BOWN, MEMBER, IEEE

*Abstract*—The background to the development of the North American Presentation Level Protocol standard for videotex is presented along with a perspective view of the future avenues of research and development. This is discussed in the context of the new emerging electronic publishing media. The flexibility of the North American Presentation Level Protocol standard is discussed and it is shown how this can form the basis for an information marketplace.

## INTRODUCTION

THE twentieth century has seen the emergence of the information age. The telephone, radio, motion pictures, television, and the computer all have had profound effects upon our life style and all are concerned primarily with the communication or storage of information. Information has become a commodity to be produced and traded. The pace of technological development is quickening. The cost of communications and information storage is rapidly decreasing and the whole structure of the information industry is constantly changing. The only thing that can be depended upon is that change will occur. To help manage this need for creation and dissemination of information a new interactive electronic system, videotex, has evolved.

Videotex is a name used internationally to represent a class of home and business information services which disseminate information from public information suppliers into the home or office. In the domestic situation the home television receiver, suitably modified or augmented, would serve as the consumer's terminal equipment. The system essentially makes use of the home television set as a picture display medium in which the consumer has control over what is displayed. An electronics module is added to the home television set to allow it to assemble and display an image made up of characters and graphics drawings. By utilizing the common-carrier telephone line or other interactive network or broadcast system, users of videotex services will be able to retrieve information stored in computer-controlled databases and have it displayed on their augmented TV receivers or video business terminals. They will be able to access textual information or graphic images from centralized public or private data banks. Individuals with slightly more complex terminals will be able to compose their own information to be stored in the data banks for access by others. As mass production reduces the cost of producing electronic components, individuals will be able to communicate with each other and interact by being able to see the same images displayed on their individual television screens. These various capabilities, which bring advanced technologies to the home user, could have a profound effect on communications and in our society. Such systems allow the introduction of many different services for home and business applications.

The possibility of the widespread economical distribution of computer services to all segments of society has profound social and economic implications for every country in the world. These include the promise of major increases in the quality of human life and the productivity of industry (especially the service sector), and perhaps even a redefinition of what constitutes the real GNP. Education, the mechanisms for financial transactions, trade practices, public administration, health services, transportation, and culture are among the areas that are already feeling the first ripples from the tidal wave of change that lies ahead. Decentralization, universal access to knowledge, electronic publishing, and new forms of participatory democracy are among other far-reaching possibilities.

It is important to note, however, that the real promise of the new information technology does not depend upon any particular function or service, but rather on the capability for making these available to everyone. In fact, the so-called "postindustrial revolution," of which so much is being written these days, is really a revolution in the production, distribution, and application of information. Thus, just as the industrial revolution multiplied man's physical strength, the information revolution multiplies his mental capabilities. As such, it is one of the most fundamental in the history of our species.

Videotex is still an emerging technology which has not yet shown its full potential. Several field trials and introductory services have been pioneered in various countries in the world. However, the initial emphasis has been purely on information retrieval and, more recently, on transaction-oriented services. The next phase will be the creation and exchange of information between terminals and the combining of different and enhanced services within the same package. Other new communications services such as communicating word processors, distributed data processing, "teletex" (enhanced telex), computer graphics, and personal computing share many common aspects and could benefit greatly from a common flexible information coding scheme. It is this common information coding scheme which is necessary to create an information marketplace and make these new services available to all. Standards exist or are under development for textual communications. What videotex adds is the ability to encode both text and pictorial information in a flexible manner. In this way, broad spectrum multipurpose terminals can be developed so that the same readership can "subscribe" to many different "videotex publications" and related information and communications

Manuscript received July 21, 1982; revised October 26, 1982.
The authors are with NORPAK Ltd., Kanata, Ont., Canada K2L 2P4.

0733-8716/83/0200-0260$01.00 © 1983 IEEE

GW-LT 437685

Exhibit 14
Page 401

Case 3:07-cv-02000-H-CAB    Document 73-15    Filed 11/30/2007    Page 2 of 7

services. This is the basic premise of the North American Standard Presentation Level Protocol Syntax Standard [1] for videotex; that is, the definition of a flexible pictorial communication code which is suitable to a wide range of applications and is hardware independent to minimize technical obsolescence.

## BACKGROUND

The first attempt to marry the technologies of telecommunications and computers for information dissemination to the public was made by the British in a system termed Viewdata [2] or, as it is now called, Prestel. With the introduction of the Prestel system Great Britain pioneered the development of public access information systems. The first systems to emerge were the broadcast videotex systems known as "Teletext" in Britain. The specific names for the British Broadcasting Corporation (BBC) and Independent Broadcasting Authority (IBA) versions of these broadcast services are Ceefax and Oracle, respectively, which are one-way information transmission and retrieval systems broadcast over existing television networks. The signals are broadcast in spare lines of the vertical blanking interval (VBI) of the television signal. Prestel is an interactive system which operates over telephone lines.

Soon after the initial British trials, other nations began experimenting with similar systems. France introduced a system based on a somewhat improved display presentation coding called Antiope [3] and a broadcast communications protocol called DIDON [3] which is asynchronous and, as such, is suited to all worldwide television broadcast formats, PAL, SECAM, and NTSC, as well as 625 and 525 line rates.

In Canada a system called Telidon [4], [5] was introduced in 1978 which differed radically in its display presentation format, thereby providing a great deal more flexibility. The basic design approach for the Canadian videotex was based on computer graphic principles in order to ensure independence from particular hardware display apparatus limitations such as the resolution of current display techniques. The concept of forward and backward compatibility was and is of central importance. Backward compatibility means that the communication codes must be designed in such a way that future terminals will be able to access old data. This allows for growth and means that a future terminal with higher resolution can accept low resolution or otherwise limited data from an established database. Forward compatibility, which is much more difficult to achieve, means that an installed inventory of terminals can receive and decode all future command formats in an intelligent manner. Again using resolution as an example, a picture which is communicated in high resolution should appear as a low resolution picture on older or less expensive terminals and as a high resolution picture on those terminals equipped to handle high resolution.

The broadcast color television signal format is a good example of a design for both forward and backward compatibility. At one time only monochrome television sets and signals existed, but now the situation is more complex. Color sets can receive both black and white signals as well as color signals (backward compatibility). Monochrome television sets can receive black and white signals, and when receiving color signals, they interpret them as black and white (forward compatibility). Technically, this compatibility was very difficult to achieve with television signals, but it has allowed the introduction of color television without the need to replace the installed inventory of television sets. The same type of growth potential must be designed into the videotex communications protocol from the start.

The CCITT (International Telephone and Telegraph Consulative Committee), a standards body operated under the UN-sanctioned International Telecommunications Union, ratified a set of recommendations [6], [7] for videotex services in November 1980, which included the three above-mentioned systems (i.e., Prestel, Antiope, Telidon) on an equal footing under the names of the serial alphamosaic system, the parallel alphamosaic system, and the alphageometric system, respectively. Accommodation was also left in the recommendation for the inclusion of other systems such as the alphaphotographic (facsimile-like) system under development in Japan.

In the United States of America many organizations were undertaking private tests of videotex systems of their own. In May 1981 the American Telephone and Telegraph Company released a specification for the Videotex Presentation Level Protocol [8] which they adopted. This protocol was developed with a comprehensive technical understanding of the coding scheme presented by the Canadian Department of Communications and it contains several extensions to the geometric coding above the level of functionality standardized in the CCITT recommendations, such as the ability to code sequences of data as MACRO's, incremental coding, and indirect color specification. Canada and many major American corporations supported the AT&T system and consensus soon developed in North America towards a videotex coding scheme. In June 1982 the American National Standards Institute and the Canadian Standards Association jointly produced a draft North American Standard on Videotex and Teletext Coding, a standard based on the work done by AT&T and the compatible work done in Canada and presented in Canadian Federal Department of Communications Research Centre (CRC) Technical Note 709 [9], as well as on contributions from industrial organizaitons. This standard has been adopted unanimously by the joint American and Canadian working groups. It has already been accepted by Senior Canadian Standards Committees and is in its final phase of ratification in Canada and the United States.

The transmission format for broadcast videotex (teletext) was also developing in North America in this time frame. Both Canada and France modified their proposals for the broadcast format and together with the American television network, the Columbia Broadcasting System (CBS), presented a unified asynchronous transmission format called the North American Broadcast Teletext specification [10]. Many major American corporations such as Time Inc. (Home Box Office), RCA, and NBC have subsequently endorsed this proposal, and it has been adopted as Canadian Broadcast regulation BS14 [11] as well as being included in the reports of the CCIR [12] as an international standard.

Videotex activities in Eurorpe continued to develop along another path. The mosaic-approach videotex terminals, as developed in both Britain and France, are fixed-format character-

GW-LT 437686

Exhibit 14
Page 402

oriented systems which restrict the information display to rigid format textual messages and the display of rudimentary graphic mosaic images. The display screen is divided into a fixed number of character positions, typically 24 rows of 40 character positions per row for a total of 960. Each position is fixed somewhat like the squares of a chessboard. Graphics is accomplished by subdividing each character position into six subareas in order to define a pattern.

The major problem is not that the resolution of these display terminals is low, but rather that it is fixed and unchanging. The data which are transmitted over the communications channel are in the same mosaic format in which they will later be displayed. The far-reaching effect is that the data communications protocol is tied to the hardware resolution limitations of a particular display technology. It will be possible to fully utilize the improved resolution of future display terminals since the communications data format will have to remain compatible with the installed inventory of early versions of the terminals.

The rapid advances in the state of the art in electronics in the past decade have changed the original design constraints for the alphamosaic approach. The cost of memories has dropped tremendously with the result that high-resolution pictures may now be stored and displayed on home television sets at a moderate cost.

The need to maintain compatibility with their earlier hardware dependent proposals for videotex coding has caused the Europeans great difficulty.

In June 1981 several European administrations presented on behalf of themselves and the CEPT (Comité Europen de Poste et Télécommunications) a proposal for a joint European Videotex Standard [13] which is expected to be adopted in Europe some time in the fall of 1982. This proposal unified the serial and parallel mosaic systems previously standardized by the CCITT and, in fact, brought the British and French systems for videotex together at the basic mosaic level. In effect, what the CEPT proposal did was to define what happens when you mix the serial and parallel mosaic modes; that is, it was not a new standard but a clarification of the result when the two pieces are fitted together. Since then several European countries on behalf of CEPT have been proposing the introduction of extensions to the basic unified mosaic system. These consist of a dynamically redefinable character set (DRCS) code to allow the definition of higher resolution small shapes and the introduction of several features such as smooth mosaics and pastel color shades, effectively duplicating some of the features presented in the North American Videotex Standard.

These CEPT extension proposals have been accepted in principle by a number of nations in Europe. However, little agreement has been reached on some of the technical details. For example, there are at least two proposals for the number of physical pixels (picture elements) to be incorporated in a DRCS cell. In addition, these extension proposals are not forward and backward compatible, which means that as each level of enhancement is introduced to terminals, information providers can not easily make use of it because by using the new features they limit their audience.

Through hindsight, perhaps, one begins to realize the problems of introducing a videotex system which is suitable for today's technology and yet allows for future expansion. One needs to describe images at the central data banks in such a way that that they are completely independent of data access arrangements at the central computer, the characteristics of the communication medium and, what may be most important, completely independent of the display terminal construction and resolution capabilities.

By making use of the international standard for code extension technique [14], that, by defining all functions in code tables and by using internationally registered escape sequences to switch between them, it is possible to combine the various videotex coding schemes to make an international standard for transborder data flow which incorporates the North American, the European, the Japanese, and other standards in a noninterfering manner. This would permit international gateways to be simply constructed and would allow dual or multistandard terminals to be built. Such a stance which is "based on a principle which respects and maintains the full integrity of existing videotex systems in Europe, Canada, the U.S.A., and Japan" was made by Canada at the May 1982 meeting of the CCITT and was supported by U.S. companies and by Japan. Both the Japanese proposals and the North American Presentation Level Protocol standard are in line with the international standard for code extension.

## FUTURE DEVELOPMENTS

Great care has been taken in the design of the North American Presentation Level Protocol to free the coding scheme from the constraints of particular hardware implementation techniques, so that more sophisticated terminals may be introduced in the future. Room to grow has been deliberately designed into the system with respect to the resolution, speed, and sophistication of the terminal. It is impossible to attempt to predict all future avenues by which a videotex service can be extended; however, a generalized means exists in the international standard for code extension to add alternate code sets. This allows extension by building upon the existing hardware independent structure.

A feature which could reduce the load on the communications component and central database computer of a videotex system is the ability of a terminal to receive a number of pages of information in a block transfer and to examine this "magazine" off line from the central computer. Such a terminal would require secondary storage and pages would have to be delimited by an application layer marker. This is particularly useful in broadcast videotex (teletext) since it would free the access time to pages from the cycle time of the teletext broadcast cycle. An educational service is being planned by TVOntario, the Ontario Educational Communication Authority's public broadcasting station, using equipment specially developed by NORPAK Limited which will permit entire educational "lessons" to be received and displayed.

An enhancement of the above feature would be the offloading of even more tasks to increasingly more sophisticated terminals. The term "telesoftware" has been used to describe the dynamic loading of programs into terminals. This would

GW-LT 437687

Exhibit 14
Page 403

have particular relevance to computer-aided learning and video games. Care must be taken to ensure that any "telesoftware" programming system be compatible for all types of terminals.

The design of a hardware-independent telesoftware system requires that several factors be considered. First of all, the actual programming code must be developed in such a way that it is independent of the particular microprocessor and memory architecture of the particular terminal. This means that a "programming language" or coding system must be used which is "higher level" than the native machine or assembly language for the particular microprocessor. Yet the "high-level language" concept in the study of programming languages is not appropriate. The "language" must be optimized for transmission efficiency, not human readability. An interactive terminal operates in a highly interrupt-driven environment with at least two independent data streams possible at any one time. For this reason, the stack-oriented intermediate languages used by some transportable compiler systems are not suitable. The flow of events is not necessarily serial, with the result that stack-oriented structures may never by unraveled [15].

Another major factor which must be considered in the design of a hardware-independent telesoftware system is the interface to input and output devices. The North American Presentation Level Protocol obviously provides the telesoftware module with the generalized manner of interfacing with the display device, but other features are required, such as the ability to handle a generalized input device or to manipulate or animate an existing picture. Research into hardware and software independence and [15]-[17] telesoftware techniques has been going on for some time at the Canadian Department of Communications Research Center in conjunction with hardware and software systems developed by NORPAK Limited. These principles were demonstrated in May 1981 at the Videotex 81 conference in Toronto. What remains to be done is to develop an integrated telesoftware coding scheme which will build upon the North American Presentation Level Protocol.

A far more sophisticated feature for a home or office videotex system is the capability of communicating directly from terminal to terminal. The Communications Research Centre has been involved in research in this area since 1973 and has identified techniques by which only a minimum amount of information needs to be communicated between terminals [18]. A common visual space is achieved among a group of terminals so that an identical visual image is maintained on each display device. This image need not remain static; any user can add to or modify the image and these changes will be communicated to all others so that their respective images will be modified accordingly. This interaction can be compared to the interaction taking place when two or more people lean over the same notepad or use the same blackboard. However, cooperation between the communicants can take place without the need for them to be in physical proximity.

The common audio space which exists in a telephone conference call is analogous to the common visual space concept. Because the communication of images is more complex electronically, the protocols for transmission must be more structured and formalized, although the user need not be aware that there is such an underlying structure. The hardware-independent Presentation Level Protocol and telesoftware procedures described above permit each terminal to differ in its internal manner of construction and, in fact, make use of various resolutions or types of display or computing hardware.

Each terminal maintains the visual image on the screen and performs the same modifications to the picture so that only the interactions of the user need be transmitted over the communications line. For example, if the image that two cartographers are communicating is a map and one of them interacts with his screen to change the projection of the map, then only the small amount of data required to encode the interaction is transmitted. Each computer in the network simultaneously modifies the projection of the map on its corresponding display. A "chairmanship" protocol [19] is used to maintain synchronism between the parallel executing tasks in the terminals.

In many applications it is necessary to be able to do more than describe a picture and present it on a screen. Some situations require that a picture be interacted with and that updates, erasures, and modifications be made to the displayed picture. In the videotex information retrieval application it is necessary to be able to generate pictures for the display screen in the home. The generation and modification of these displayed pictures is normally the business of an information provider organization such as a newspaper company, but the function could be done in the home, thus making every man his own publisher. In many industrial display applications the manipulation and updating of a previously displayed picture is a very common operation.

Let us examine briefly some of the additional functions which may be required in some applications. First is the area of interaction control. A display terminal is an output device upon which a picture may be presented. However, another data path exists from the input devices through the terminal to the host computer or, in the case of telesoftware, to the telesoftware program. In order to maintain the hardware independence of the communications protocol, it is also necessary to establish input device independence.

The subject of input device independence has been studied for many years [20], [15] and a classification system is possible which would organize input devices into a few discrete classes. All interactive devices are considered to be of two types: "coded devices" which are character oriented and "numeric devices" which are chiefly coordinate oriented. Examples of coded devices are a keyboard or a pushbutton array (a keypad). Examples of numeric devices are tablets, lightpens, or valuators (i.e., a potentometer function).

Keyboards are, in effect, collections of pushbuttons which return standard coded characters from recognized G sets such as ASCII when keys are pressed. A keypad or other array of pushbuttons would also return a number of character codes, but these might comprise only a portion of a G set. Such data may be sent to the host computer either character by character as typed or in a buffered, record-oriented form.

Numeric devices, on the other hand, return coordinate information. This coordinate information may be either absolute positions, such as can be obtained from a digitizing tablet, or relative displacements. Most numeric devices produce two-

GW-LT 437688

Exhibit 14
Page 404

dimensional coordinates. However, a simple potentometer (a valuator) produces a single value. These coordinate specifications also are coded in terms of a G set for communications, that is, as picture description instructions to specify relative or absolute points or lines.

In addition to interaction control there is also the area of presentation control. These are two aspects to the control of presentation, that is, control over the manner in which an existing picture is viewed and control over the manner in which drawing operations generate a picture.

Complex operators such as rotation transformation and window and viewpoint operations can be envisaged and are required in some situations. The basic presentation control functions are the operations of "scroll," a linear translation, and "zoom," a linear scale operation. These operations can be applied both to the existing picture on the display screen and together or separately to the display of new picture elements.

Displayed pictures may also be explicitly manipulated, that is, changed, updated, or even animated in a hardware-independent manner. Such functions as append, erase, copy, or modify a parameter may be defined. However, there are a large number of applications and techniques which must be accommodated, and future study is required in the area of picture manipulation instructions.

The North American Presentation Level Protocol provides a manner of efficiently encoding textual and pictorial information for transmission through a communications network. This is particularly applicable to videotex. However, it has general applicability to all situations in which textual or pictorial information needs to be communicated. In the area of computer graphics, pictures are also displayed, but the emphasis is not on communications efficiency but rather on the establishment of structures which are easy to manipulate and edit. The difference is that in videotex, and especially VBI broadcast teletext, communications efficiency is very important and only a loose coupling between the host computer or data source and the display terminal is maintained.

In the area of computer graphics a very dynamic dialogue may occur between a computer and its display device. A Virtual Device Interface standard [21] and a Virtual Device Metafile [22] (data manipulation structure) standard are currently under development by ANSI in liaison with CSA. This specification is intended to simplify the interface to highly interactive computer graphics apparatus. Although there is some relationship in the area of low-end business graphics systems in general, these standards and the videotex standard are independent. A number of display equipment manufacturers have indicated that they are supporting both standards in different lines of display equipment or in different configurations of the same apparatus.

The VDI/VDM standard proposals and the PLPS standard are in different stages of the standardization process, so it is difficult to analyze their effect upon one another. The computer graphics area and, in particular, the Siggraph CORE [23] graphic standard proposal contributed many of the functions incorporated in the Videotex Presentation Level Protocol. The VDI/VDM standard proposals developed largely from the same roots but with different applications in mind. The coding techniques differ because the application areas are different. However, where similar functionality exists in both standards, some effort has been expanded to make them structurally similar. At the moment, additional special functions exist in both standards, such as supplementary accented characters and DRCS in the videotex standard. It is expected that through time both standards will incorporate extensions so that they become functionally the same or one a functional subset of the other. In this way a picture may be transcoded for communications efficiency or coupled closely as an integral device to a computer.

Additional control and display functions are under study for all aspects of display technology both in the area of computer graphic and videotex applications. Techniques such as masking in the $Z$ axis to effect the building and animation of pictures built out of independent superimposed layers are under study and may in the future be incorporated in these standards.

Another area of future development, for videotex services at least, is the area of photographic (fasimile-like) display of pictures. Research in the encoding of pictures into a point-by-point image format has been in progress for some time in various countries. In Canada, the Communications Research Centre has been studying the encoding of images by methods such as the singular value decomposition technique, in which a pixel array is considered to be a matrix of data upon which linear algebraic functions are applied. In this work NORPAK Limited has developed the digitization, data storage, and support apparatus.

There are many proposals for transform algorithms or other techniques which claim to encode photographic pixel array data very efficiently. Good techniques such as the linear algebra-based techniques are capable of achieving information densities of a fraction of a bit per pixel.

There remain a lot of problems which require future study. Of most concern is the fact that every transform technique seems suited to one type of picture, that is, they are data content sensitive. Proponents of each coding proposal show the advantages but not the disadvantages of each algorithm. It appears that no general technique is suitable to all types of pictures.

The development of digital television is closely associated with alphaphotographic videotex technology and advanced facsimilie techniques. It is expected that these three technologies will develop in concert.

Alphaphotographic techniques are being studied in North America, Europe, and Japan. Canada and Japan have been coordinating their work in this area by the exchange of visiting scientists.

Canada and Japan are endeavoring to extend this cooperation into the study of the timing of geometric drawing techniques; that is, animation sequences as well as the study of sound (both music and voice) in a videotex context. The encoding of voice is being studied in Canada, including techniques allowing a highly compact phonetic description of sound to be communicated to terminals and presented in a manner independent of the type of sound generation equipment.

GW-LT 437689

Exhibit 14
Page 405

## CONCLUSION

Electronic publishing is developing in society as a new and unique information medium which will bring with it changes in the amount of information available to the individual. This may be as revolutionary to society as the invention of the printing press or the development of the telephone, radio, or television. In effect, it brings together the information storage capabilities of the computer, the pictorial capabilities of the television, and the universal communications access of the telephone.

Videotex is but one part of the emergence of electronic publishing. Rapid advances are occurring in parallel in data packet communications, in transactional data services, in teletex (advanced telex), in advanced telephone switching systems, in video storage (video disk and tape), the personal computers, in fiber optics, in direct satellite-to-home broadcast, in advanced computer graphics, and in many other areas which will all affect the way one receives information about the world around him.

At the same time as new services such as videotex are developing, the technology upon which they are being constructed is rapidly changing. The key to handling such extensive change in the developing electronic information marketplace lies in the flexibiity and hardware independence of the North American Standard Presentation Level Protocol. Since the standard is based on mathemtical principles rather than on the hardware capabilities, various serivce scenarios and terminal configurations are possible. In this way the coding of information can potentially be done in a common manner for all electronic publishing applications. The common Presentation Level Protocol would form the base of the information industry.

The major problems which continue to exist in the emergence of the electronic publishing services are not the problem of how to code data but are the more practical problems of how to generate them, how to store them, and how to distribute them. Many field trials are currently underway in Canada, the U.S.A., and elsewhere to study the methods of distributing videotex information. Much more study is necessary on how to organize data banks and integrate electronic means into the existing news and information gathering media.

As the new electronic publishing media develop, they will affect social changes which are of great importance to society. Government policies need to be developed to maintain privacy for the individual and to establish universal availability of information.

## REFERENCES

[1] "Videotex/teletext presentation level protocol syntax (North American PLPS)," ANSI X3L2.1, Videotex/Teletext character sets Standing Task Group and CVCC/CSA/Working Group on Videotex, T500-X3L2.1/82-72, June 18, 1982.
[2] S. Fedida, "Viewdata: An interactive information service for the general public," in Proc. Euro. Comput. Conf. Commun. Networks, 1975.
[3] C. Schwartz, B. Marti, and A. Poignet, "Specifications provisions du systeme de Teletexte Antiope," Revue Radiodiffusion et Television, no. 47, Apr.–May 1977.
[4] H. G. Bown, C. D. O'Brien, W. Sawchuck, and J. R. Storey, "A general description of Telidon: A Canadian proposal for videotex systems," Dep. Commun., Canada, CRC Tech. Note 697, Dec. 1978.
[5] ——, "Picture description instructions (PDI) for the Telidon videotex systems," Dep. Commun., Canada, CRC Tech. Note 699, Nov. 1979.
[6] CCITT Rec. S.100, "International information exchange for interactive videotex," Geneva, Switzerland, Nov. 1980.
[7] CCITT Rec. F.300, "Videotex service," Geneva, Switzerland, Nov. 1980.
[8] "Bell System videotex standard presentation level protocol," AT&T Co., May 1981.
[9] C. D. O'Brien, H. G. Bown, J. C. Smirle, Y. F. Lum, and J. K. Kukulka, "Telidon videotex presentation level protocol: Augmented picture descriptions instructions," Dep. Commun., Canada, CRC Tech. Note 709, Feb. 1982.
[10] "North American broadcast teletext specification," CBS TV Network, June 1981.
[11] "Broadcast specification BS-14," Dep. Commun., Canada, Telecommun. Regulatory Service, June 1981.
[12] CCIR Rep. 957, "Characteristics of teletext systems," Doc. 11/5001-E, Oct. 1981.
[13] "European interactive videotex service display aspects and transmission coding," CEPT Sub-Working Group CD/SE Rec. T/CD 6-1, June 1981.
[14] ISO DIS 2022.2, "Information processing—ISO 7-bit and 8-bit coded character sets—Code extension techniques," Feb. 1982.
[15] C. D. O'Brien, "IMAGE, a language for the interactive manipulation of a graphics environment," Master's thesis, Carleton Univ., Ottawa, Ont., Canada, May 1975.
[16] ——, "Implementation of the 'ICPL' graphics languages on the PDP-15 computer," presented at the NRC 3rd Man–Computer Commun. Conf., May 1973.
[17] C. D. O'Brien and H. G. Bown, "IMAGE, a language for the interactive manipulation of a graphics environment," in Proc. 2nd Annu. Conf. Comput. Graphics, Interactive Tech.—Siggraph 75, Ass. Comput. Mach., vol. 9, no. 1, June 1975.
[18] W. Sawchuck, H. G. Bown, C. D. O'Brien, and G. W. Thorgeirson, "An interactive image communications system using narrowland lines," in Computers and Graphics, Vol. 3. Elmsford, NY: Pergamon, 1978, p. 129.
[19] W. T. Lalonde and C. D. O'Brien, "An interactive image communications system using packet switched networks," Dep. Commun., Canada, CRC Tech. Note 701, Dec. 1980.
[20] J. D. Foley and V. A. Wallace, "The art of natural graphic man–machine conversation," Proc. IEEE, vol. 62, Apr. 1974.
[21] "Draft proposed American National Standard for the virtual device interface," pre-release, ANSI X3H3, X3H33/1982.
[22] "Draft proposed American National Standard for the virtual device metafile," ANSI X3H3, X3H33/82-15, July 1982.
[23] "Status report of the Graphics Standards Planning Committee," Computer—Quart. Rep. SIGGRAPH—ACM, vol. 13, Aug. 1979.





C. Douglas O'Brien (S'72–M'75) was born in Ottawa, Ont., Canada. He received the Bachelor's and Master's degrees in engineering from Carleton University, Ottawa.

In 1968 he joined the Canadian Defence Research Telecommunications Establishment, and remained with them when it became the Department of Communications in 1969. He was instrumental in the definition and development of the IGPL computer graphics language, and a common visual space network (CVSNET). As Director of Telidon Systems at the DOC, he was the prime researcher in the development of the Telidon system, and wrote the specifications for the picture description instructions. In 1981 he joined NORPAK Ltd., Kanata, Ont., and is currently Assistant Vice President of Technology Development. He is responsible for the generation of specifications and product definitions for all new products, research into new techniques and technology for development by NORPAK, and liaison with national and international standards bodies. He is the author of numerous professional papers and reports, and holds several patents and patents pending in the field of image communications and display systems.

GW-LT 437690

Exhibit 14
Page 406

Mr. O'Brien has twice won the Public Service Merit Award for the invention of the Telidon videotex system and the establishment of international standards. He is a member of the Association for Computing Machinery, the Association of Professional Engineers of Ontario, and the Canadian Information Processing Society.





**Herbert G. Bown** (S'64–M'69) was born in Badger's Quay, Nfld., Canada. He received the Bachelor's degree from Memorial University, St. John's, Nfld., Canada, and the Master's degree from Nova Scotia Technical College, Halifax, N.S., Canada, both in electrical engineering.

He joined the Canadian Defence Research Telecommunications Establishment, and remained with them when it became the Department of Communications in 1969. As Manager of the Image Communications Program, he was responsible for the research and development activities which resulted in the Telidon concept. He also led the research and development of the Blissymbolics terminal and the definition and development of the "common visual space" graphics network. Prior to this, he had a variety of research and development exprience in telecommunications and electronic data processing systems. Up until recently, he was Director General of Information Technology of the Department of Communications, with overal responsibility for the Department's Telidon program. He is currently Vice President of Corporate Development for NORPAK Ltd., Kanata, Ont., Canada. He is responsible for medium-to-long-range corporate planning, as well as market development, technology development, and business planning. He is the author of over 30 professional papers and reports, and holds several patents and patents pending in the field of image communications and display systems.

Mr. Bown was honored with both the Public Service Merit Award and the Touche-Ross New Perspective Award for his role in the development of the Telidon system. He was nominated for the Marconi International Fellowship Award of 1981, and for the 1981 Professional Institute of Public Service Gold Medal. He is a member of the Association for Computing Machinery, the Canadian Information Processing Society, and the Association of Professional Engineers of Ontario.