1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

9 LUCENT TECHNOLOGIES INC., and
MULTIMEDIA PATENT TRUST,

10      Plaintiff and Counter Defendants,

11    vs.

12 GATEWAY, INC., GATEWAY
COUNTRY STORES LLC, GATEWAY,
13 GATEWAY COMPANIES, INC.,
GATEWAY MANUFACTURING LLC
14 and COWABUNGA ENTERPRISES, INC.

15     Defendants and Counter-Claimants

16     and

17 DELL INC.,

18     Defendant and Counter-Claimant.

19     And

20 MICROSOFT CORPORATION

21     Intervener and Counter-Claimant

| | |
|---|---|
| CASE No. 02-CV-2060 B (CAB)<br>consolidated with<br>CASE No. 03-CV-699 B (CAB)<br>CASE No. 03-CV-1108 B (CAB) | |

**SUPPLEMENTAL EXPERT REPORT OF
DR. ROBERT G. WEDIG ON THE
INVALIDITY OF U.S. PATENT NUMBER
4,439,759**

22
23
24
25
26
27
28



Δ π EXHIBIT 100
84 MS
Deponent Wedig
Date 10-23-07 Rptr. me
WWW.DEPOBOOK.COM

-1-

**Exhibit 15**
**Page 408**

1         I, Dr. Robert G. Wedig, state as follows:

2  **I.**     **INTRODUCTION.**

3         1.     I previously submitted an expert report in this matter titled "Expert Report of Dr.

4 Robert G. Wedig on the Invalidity of U.S. Patent Number 4,439,759. ("Wedig Invalidity Report").

5 In that report I provided my background and expertise in these matters, my compensation and my

6 curriculum vitae including a list of publications, all of which I incorporate herein by reference.

7 Furthermore, I have previously submitted a second expert report in this matter titled "Rebuttal

8 Report of Dr. Robert G. Wedig on the Noninfringement of U.S. Patent Number 4,439,759.

9 ("Wedig Noninfringement Report") in which I rebut the findings of Mr. Jake Richter documented

10 in his expert report "Expert Report of Jake Richter" dated March 31, 2006 ("Richter Infringement

11 Report"). I understand that Mr. Richter has also written a report titled "Rebuttal Expert Report of

12 Jake Richter" dated May 12, 2006 ("Richter Validity Report") in which he rebuts my initial Wedig

13 Invalidity Report. On May 30, 2006, I submitted a third report entitled "Report of Dr. Robert G.

14 Wedig on Secondary Considerations of U.S. Patent Number 4,439,759. ("Wedig Report On

15 Secondary Considerations")

16         2.     It is my understanding that Lucent is now only asserting claims 1-3 of U.S. Patent

17 Number 4,439,759 (the "'759 Patent"). (Wedig Noninfringement Report, ¶ 31). Should Lucent

18 reassert infringement of claim 4 of the '759 Patent, I reserve the right to update my invalidity

19 opinions to address that claim. In my Wedig Invalidity Report, I expressed my opinion that claims

20 1-3 of the '759 Patent (the "Asserted Claims") are invalid as being obvious over a number of prior

21 art references. I have been informed that since the time I submitted my Invalidity Report and my

22 Report On Secondary Considerations, there have been some changes in the law relating to the non-

23 obviousness requirement for patents. I have been asked to review additional evidence, and to

24 further analyze the validity of the Asserted Claims under revised legal standards pertaining to the

25 non-obviousness requirement.

26         3.     In the preparation of this report, I continue to adhere to the claim construction of

27 the '759 patent as set forth in United States District Judge Rudi M. Brewster's Memorandum and

28 Order signed on November 11, 2005. ("Court's Claim Construction"). A table showing this

-2-

**Exhibit 15**
**Page 409**

1   claim construction was provided in my Wedig Invalidity Report. In preparing this report, I also

2   assume the same level of ordinary skill in the art that I previously specified. (Wedig Invalidity

3   Report, ¶ 22). In preparing this report, I have reviewed and relied on the documents referenced in

4   Wedig Invalidity Report, Wedig Noninfringement Report, Richter's Infringement Report and my

5   Wedig Report on Secondary Considerations. I have also received and reviewed the documents

6   listed in Exhibit 1 attached to this report. I write this report of my own personal knowledge, and if

7   called as a witness, I could and would testify competently to the facts thereto.

8       **II.       THE QUESTION OF OBVIOUSNESS**

9           4.      I would like to make clear that I will not offer opinions of the law as I am not an

10  attorney. However, I am informed of several principles concerning patent validity and invalidity,

11  which I used in my analysis of the prior art and which assisted me in arriving at my conclusions.

12          5.      In approaching the question of whether or not the Asserted Claims of the `759

13  Patent are obvious over the prior art, I was instructed to: (1) determine the scope and content of the

14  prior art; (2) ascertain the differences between the prior art and the asserted claims; and (3)

15  determine the level of ordinary skill in the art to which the `759 patent pertains. My understanding

16  of the scope and content of the prior art is based on my review of documents and things cited in

17  this report or cited in Exhibit 1 to this report, as well as documents cited in my other reports. My

18  opinion on the ordinary level of skill in the art was expressed in my Wedig Invalidity Report.

19  (Wedig Invalidity Report, ¶ 22). My analysis of how the prior art affects the validity of the

20  Asserted Claims is summarized in the charts attached hereto as Exhibits 2 – 4, and also in the

21  sections that follow. As explained in further detail below, I have identified combinations of prior

22  art references that I believe render the Asserted Claims obvious.

23          6.      I am informed that legal principles regarding invalidity of a claim due to

24  obviousness were clarified by the U.S. Supreme Court after I wrote my Wedig Invalidity Report. I

25  am informed that the principles described in paragraph 7 of the Wedig Invalidity Report (relating

26  to a "motivation," "suggestion," or "teaching" in the prior art to combine references to produce the

27  claimed alleged invention) remain an appropriate approach in a validity analysis. I am informed,

28  however, that the U.S. Supreme Court clarified that additional principles may also be applied in

-3-

**Exhibit 15**
**Page 410**

1    such an analysis. I set forth some such additional principles below.

2          7.       I am informed that when a claim simply arranges prior art elements with each

3    performing the same function it had been known to perform and yields no more than one would

4    expect from such an arrangement, such a combination is obvious. When a claim recites a structure

5    already known in the prior art that is altered by the mere substitution of one element for another

6    known in the field, the claim is obvious if the combination yields merely a predictable result. I am

7    informed that a corollary principle is that when the prior art teaches away from combining certain

8    known elements, a claim directed to a discovery of a successful means of combining them is more

9    likely to be nonobvious.

10         8.       I am informed that when a work is available in one field of endeavor, design

11   incentives and other market forces can prompt variations of it, either in the same field or a

12   different one. If one of ordinary skill in the art can implement a predictable variation, such a

13   variation is likely unpatentable. For the same reason, if a technique has been used to improve one

14   device, and one of ordinary skill in the art would recognize that it would improve similar devices

15   in the same way, using the technique is obvious unless its actual application is beyond his or her

16   skill. One question to consider is whether the improvement is more than the predictable use of

17   prior art elements according to their established functions.

18         9.       I am informed that it may often be necessary, in a validity analysis, to look to

19   interrelated teachings of multiple patents; the effects of demands known to the design community

20   or present in the marketplace; and the background knowledge possessed by one of ordinary skill in

21   the art, all in order to determine whether there was an apparent reason to combine the known

22   elements in the fashion claimed by the patent at issue.

23         10.      I am informed that a validity analysis need not seek out precise teachings directed

24   to the specific subject matter of the challenged claim; it is appropriate to take account of the

25   interferences and creative steps that one of ordinary skill in the art would employ. A person of

26   ordinary skill is also a person of ordinary creativity.

27         11.      I am informed that, in determining whether a claimed combination is obvious, the

28   correct question is whether the combination was obvious to one of ordinary skill in the art. Any

-4-

**Exhibit 15**
**Page 411**

1    need or problem known in the field of endeavor at the time of alleged invention and addressed by

2    the patent can provide a reason for combining the elements in the manner claimed.

3        12.    I am informed that, because it is common sense that familiar items may have

4    obvious uses beyond their primary purposes, in many cases one of ordinary skill in the art will be

5    able to fit the teachings of multiple prior art references together like pieces of a puzzle.

6        13.    I am informed that, when there is a design need or market pressure to solve a

7    problem and there are a finite number of identified, predictable solutions, one of ordinary skill in

8    the art has good reason to pursue the known options within his or her technical grasp.  If this leads

9    to the anticipated success, it is likely the product of ordinary skill and common sense, and the fact

10   that the combination was obvious to try may show that a claim directed to the combination would

11   be invalid for obviousness.

12       14.    I am informed that a correct validity analysis does not consider whether one of

13   ordinary skill in the art, writing on a blank slate, would have selected a particular combination.

14   Rather, a correct analysis considers whether one of ordinary skill, facing the wide range of needs

15   created by developments in the field, would have seen an obvious benefit to selecting a particular

16   combination.

17       15.    I am informed that in order to rebut a showing of obviousness over the prior art,

18   Lucent may attempt to show "secondary considerations" of non-obviousness.  I have not included

19   opinions on secondary considerations of non-obviousness in this report but I have done so in

20   Wedig Report On Secondary Considerations.  If Lucent or Lucent's expert should assert the

21   presence of secondary considerations of non-obviousness, I may provide a report addressing

22   Lucent's assertions.

23   **III.    STATE OF THE ART AS OF THE TIME OF THE ALLEGED INVENTION.**

24       16.  As mentioned above, I am informed that I must consider the scope and content of

25   the prior art to the `759 patent.  To this end, I have reviewed a large amount of prior art, and I have

26   also had conversations with Dr. James Foley and Mr. Douglas O'Brien.  As explained below, it is

27   clear that each of the elements of the Asserted Claims were known in the prior art.  Claim 1 of the

28   `Fleming `759 Patent recites:

-5-

**Exhibit 15**
**Page 412**

In a digital image display system:

a memory for storing color data values;

processing means responsive to a predetermined command and data sequence comprising at least one command, the processing means decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values, the modes comprising

a first mode of access wherein an in-use foreground color is directly specified as a color data value;

a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and

a third mode of access wherein the in-use foreground color and an in-use background color are specified as indexes into the color memory; and

display means responsive to the processing means, the display means displaying the colors associated with the color data values accessed by the selected mode.

`759 Patent, 14:20-40.

17.    Claim 2 recites:

A digital image display system comprising:

a color memory for storing color data values;

processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and

display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode.

`759 Patent, 14:41-52.

18.    Claim 3 recites:

A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory.

`759 Patent, 14:53-55.

19.    The Fleming `759 Patent acknowledges that "videotex" systems constituted prior art to the alleged invention. `759 Patent, 1:11-46. Videotex systems allow for retrieving information via a telephone line, and displaying images on a display device (*e.g.,* a television). *See* "Videotex, The New Television/Telephone Information Services," Roger Woolfe, © 1980 (the

-6-

Exhibit 15
Page 413

1  "VIDEOTEX TEXTBOOK") at pp. 16-19. The Fleming `759 Patent explains that known prior art

2  videotex systems were previously developed in Britain (*i.e.,* Prestel), France (*i.e.,* Antiope) and

3  Canada (*i.e.,* Telidon). `759 Patent, 1:10-46. The Fleming `759 Patent also acknowledges that the

4  prior art Telidon system specified colors directly using color data values (*e.g.,* values representing

5  red, green and blue color components), while the prior art Prestel and Antiope systems specified

6  colors indirectly using an index into a color memory (*i.e.,* color map that stores a table of color

7  data values indexed by numbers). `759 Patent, 1:10-35.

8      20.  The Fleming `759 Patent also explains that prior art display systems using color

9  maps (*e.g.,* the Tektronix 4027) were commercially available. `759 Patent, 1:28-39. A 1979

10  textbook on graphics systems describes the implementation of color maps using both read only

11  memory ("ROM") and read-write memory ("RAM"). *See* Principles Of Interactive Computer

12  Graphics, Second Edition, William M. Newman and Robert F. Sproull, McGraw-Hill, © 1979

13  ("Newman & Sproull"), pp. 279-280. It was also well understood by 1979 that a color map could

14  be used for animation. *See, e.g.,* Color Table Animation, Richard Shoup, ACM, ©1979

15  ("Shoup"). This technique took advantage of the ability to dynamically change the set of color

16  values stored in a read-write memory color map. Id. The idea of dynamically changing the set of

17  color values stored in a read-write memory color map had also been used in videotex systems.

18  *See, e.g.,* "Dynamically Redefinable Character Sets - D.R.C.S.," G.O. Crowther, IEEE

19  Transactions on Consumer Electronics, Volume CE-26, Issue 4, Nov. 1980, pp. 707- 716

20  ("Crowther").

21      21.  Systems capable of displaying both foreground and background colors were also

22  well known before the time of the alleged invention. VIDEOTEX TEXTBOOK at pp. 27-28; see

23  also Preliminary Specification for the Antiope® Teletext System, by C. Schwartz, B. Marti, and A.

24  Poignet, 1977 (the "Antiope Specification") at pp. 3, 6-7; "Final Report – NASA Grant NSG 1508,

25  Extension of the Core Graphics System for Raster Graphics Display" (the "NASA Final Report")

26  at Appendix B, pp 2, 13, Figure 2; Appendix C, pp. 16-18; Recommendation S.100: "International

27  Information Exchange for Interactive Videotex," CCITT Yellow Book, Vol. VII, Geneva,

28  Switzerland, Nov. 21, 1980 ("Recommendation S.100") at p. 198. In such systems, the text or

-7-

Exhibit 15
Page 414

1  graphics can be displayed in a first color (*i.e.,* the "foreground color") on top of a background

2  painted in a second color (*i.e.,* the "background color"). Id. The concepts of an in-use foreground

3  color (*i.e.,* a color that will be used as the foreground color for subsequently received text and

4  graphics drawing commands until changed) and an in-use background color (*i.e.,* a color that will

5  be used as the background color for subsequently received text and graphics drawing commands

6  until changed) were also very well known before the time of the alleged invention. Id.

7       22. It was also understood prior to the alleged invention that background and

8  foreground colors could be specified both directly and/or indirectly in different modes of

9  operations of a single digital image display system. *See* Recommendation S.100, pp. 166-167;

10  "Picture Description Instructions PDI for the Telidon Videotex System," H.G. Bown, C.D.

11  O'Brien, W. Sawchuk, J.R. Storey, CRC Technical Note No. 699-E, Ottawa, Canada, Nov. 1979

12  ("CRC 699-E"), pp. 41-42, 49-50 and 70; and NASA Final Report, Appendix A, pp. 4-5, 20;

13  Appendix C, 21-7 – 21-8.

14       23. Based on the literature I have reviewed all of the above-described functions and

15  features of image display systems were well known in the field prior to the alleged invention.

16  There were many different reasons to combine these functions and features including known

17  problems already solved, various design incentives, industry trends, and market forces such as:

18      • **terminal independence** (*see, e.g.,* CRC 699-E, pp. 2, 4)

19      • **forward and backward compatibility** (*see, e.g.,* CRC 699-E, pp. 2, 4)

20      • **international videotex standardization** (*see, e.g.,* Recommendation S.100)

21
22      • **demand for higher resolution display, and a wider range of colors** (*see* Recommendation S.100, pp. 197-198; *see also* "International Videotex

23       Standardization: A Canadian View Of Progress Towards the Wired World," Smirle et al., Viewdata and Videotex, 1980-81, ©1980, pp. 271-280 , pp. 274-275)

24      • **cost of memory** (Videotex System Planning, Costa and Marsh, © 1979, p. 339).

25  **IV.**   **ADDITIONAL OPINIONS REGARDING INVALIDITY OF CLAIMS 1 – 3 OF**

26      **THE '759 PATENT**

27       24. I hereby incorporate by reference all of my previously provided opinions regarding

28
-8-

**Exhibit 15**
**Page 415**

1   obviousness of the Asserted Claims. *See* Wedig Invalidity Report. I have applied the above-

2   described revised legal principles, regarding invalidity of a claim due to obviousness, to the prior

3   art considered in my Wedig Invalidity Report, and my conclusions regarding obviousness are

4   unchanged (or even stronger) in light of the revised legal principles.

5       25.    I have reviewed multiple additional pieces of prior art and it is my opinion that,

6   under Lucent's application of the claim language in its infringement contentions, the Asserted

7   Claims are anticipated and/or at least obvious in view of the following combinations of prior art

8   references:

9       • Claim 1, if not anticipated is at least rendered obvious in view of Recommendation
          S.100
10      • Claims 2 and 3 are obvious in view of Recommendation S.100 alone or in
          combination with Crowther.
11

12      • Claim 1 is obvious in view of CRC 699-E in combination with the Antiope
          Specification
13      • Claims 2 and 3 are obvious in view of CRC 699-E in combination with the Antiope
          Specification and Crowther.

14      • Claims 1, 2 and 3, if not anticipated are at least rendered obvious in view of the
          NASA Final report.
15

16   **A.    Claims 1-3 of the '759 Patent are Obvious in view of Recommendation S.100**

17   **Alone or In Combination With Crowther**

18       26.    It is my opinion that claim 1 of the '759 patent, if not anticipated is at least obvious

19   in view of Recommendation S.100.   It is also my opinion that claims 2-3 of the '759 patent are

20   obvious based on Recommendation S.100 alone or in combination with Crowther. A chart form

21   analysis of the Asserted Claims as they relate to S.100 and Crowther is provided as Exhibit 2 to

22   this report. I will now review and elaborate on this analysis.

23       27.    The '759 patent indicates that prior to the alleged invention, methods and apparatus

24   for providing color digital images on video display screens had become well known. ('759 patent,

25   col. 1:11-12). The Fleming '759 patent explains that "[a] problem, however, has arisen in that

26   compatibility among digital display systems has been made difficult by the great variety of

27   methods and apparatus for providing color images." ('759 patent, col. 1: 12-16). The patent states

28   that the Telidon system uses "a direct selection of data values for the primary colors – red, green

-9-

**Exhibit 15**
**Page 416**

1    and blue." (Id., 1:16-22). It also discloses that the Prestel and Antiope systems both specified

2    foreground and background colors by indexing a permanent read-only color memory. (Id.,1: 22-

3    27). Fleming et al. supposedly solve the problem of using incompatible terminals by providing a

4    terminal-independent color memory. (Id.,1: 39-46). However, this problem had already been

5    solved, and a system satisfying the Asserted Claims had already been developed at least in the

6    manner that Lucent applies the Asserted Claims to the defendants' systems. It is clear to one of

7    ordinary skill in the art that Recommendation S.100 describes a standard for an image processing

8    system that operates in one mode similar to a Telidon system performing direct color display, and

9    in another mode similar to an Antiope system performing indirect color display using an index into

10   a color memory, thereby solving the problem of "employing incompatible terminals" through the

11   use of a terminal-independent color memory   (Id.).

12        28.    Recommendation S.100 states that "it is desirable that terminal equipment

13   compatibility should exist between broadcast teletext systems for general reception and public

14   network-based data systems." (Recommendation S.100, p. 165). It is clear to one of ordinary skill

15   in the art that Recommendation S.100 was written to provide compatibility between a number of

16   existing Videotex systems. Id.

17        1.    **Claim 1, if Not Anticipated, is At Least Obvious in View of**

18   **Recommendation S.100**

19        29.    Recommendation S.100 "describes the characteristics of coded information that is

20   exchanged between countries participating in the international interactive Videotex service ... and

21   defines the display features corresponding to its various elements" thereby disclosing a digital

22   image display system. (Id., p. 166). Recommendation S.100 also discloses a memory for storing

23   Color Data Values. (Id., p. 198). This memory is a Color Memory that contains Color Data

24   Values used to provide color information for the display screen.

25        30.    By way of explanation, Recommendation S.100 provides four options for

26   representing pictorial information. These are alphamosaic character sets, a geometric system,

27   dynamically redefinable character sets and photographic representation. (Recommendation S.100,

28   page 166).

-10-

Exhibit 15
Page 417

31.     One of ordinary skill in the art would recognize that each of these options correspond to existing videotex systems available at the time the standard was drafted.  For example, the alphamosaic parallel mode specified in Recommendation S.100 was known to have been taken from the French Antiope system, and the alphageometric mode specified in Recommendation S.100 was known to have been taken from the Canadian Telidon system. *See, e.g.,* "Telidon, A Review," Bown et al., IEEE Communications Magazine, pp. 22-28, © 1981 ("Telidon, A Review") at p. 22; *see also* "A Perspective On The Development Of Videotex In North America," O'Brien et al., IEEE Journal On Selected Areas in Communications, Vol. SAC-1. No. 2, February 1983 ("Perspective On The Development Of Videotex") at p. 261.  I understand that the French developers of Antiope and the Canadian developers of Telidon actually participated in the drafting of Recommendation S.100, and that they each advocated for adoption of their respective videotex systems as options in the standard.  (Discussion with C.D. O'Brien, Sept. 11, 2001).

32.     As Fleming et al. admitted to the Patent Office in the background section of the patent, it was well known to one of ordinary skill in the art prior to 1981 that the Antiope system used a color memory:

> "The Prestel videotex customer terminal developed by the British Post Office and the Antiope terminal developed by the French CCETT employ a technique for specifying both a foreground and background color by indexing a permanent read-only color memory."
>
> ('759 patent, Col. 1:22-27).

33.     Furthermore, Recommendation S.100 itself discusses the use of a writable Color Memory as an enhancement to the basic recommendation.

> "The ability to simulate motion (*i.e.* animation) is a potential enhancement that can be achieved by several means. These include: … b) dynamically altering the colour of portions of the display image, making them appear or disappear by **redefining the colour table** (an image disappears when its colour is set to the same colour as the surrounding area)."
>
> (Recommendation S.100, page 198).

-11-

Exhibit 15
Page 418

1    Therefore, given the knowledge of one of ordinary skill in the art and the explicit citation to a

2    color memory, it is clear that Recommendation S.100 discloses a color memory that contains

3    Color Data Values.

4        34.    At least according to the Lucent's interpretation of the claims as applied in its

5    infringement analysis, Recommendation S.100 discloses a processing means responsive to a

6    command and data sequence comprising at least one command, the processing means decoding the

7    command and data sequence, the command and data sequence selecting one of a plurality of

8    modes of access to color data values.  If this claim limitation is applied in the manner alleged by

9    Lucent in its infringement contentions and the Richter Infringement Report, then the structure of

10    the processing means disclosed in Recommendation S.100 is the same or equivalent to the

11    structure identified in the Court's claim construction order.

12        35.    A processing means is necessarily required to process the coded information

13    defined by Recommendation S.100.  The coded information is command and data sequences used

14    by the processor to produce the digital display.  The processing means selects from a plurality of

15    modes of access to color data values including an alphamosaic, alphageometric, dynamically

16    redefinable character sets and photographic representation:

17            "1.2.4  For the international service, four different options for
                representing pictorial information have been recognized:
18                    a) mosaic character sets:
                      b) geometric System:
19                    c) dynamically redefinable character sets;
                      d) photographic representation."
20

21            (Recommendation S.100, page 166).

22        36.    Recommendation S.100 teaches a videotex terminal capable of operating in the

23    alphamosaic mode upon receiving a particular sequence of commands and data:

24            2.2 Designation and invocation in the context of the alphamosaic option

25            2.2.1 Two different modes for the alphamosaic option have been identified.
                They differ in their display control sets. These control sets are designated
26            as the CI set by control sequences of the form ESC 2/2 (F) where F is
                assigned by ISO. (A registration of these sets must be requested by
27            CCITT.) Individual controls are represented by ESC F1 sequences.

28

                                    -12-

Exhibit 15
Page 419

1       2.2.2 The mosaic graphics set is designated (in the parallel mode) as the G1 set by an escape sequence of the form ESC 2/9 (F) or ESC 2/13 (F) to be allocated by ISO.

       (Recommendation S.100 at p. 167).

    37.     Recommendation S.100 also teaches a videotex terminal capable of operating in the alphageometric mode upon receiving another sequence of commands and data:

       2.3 Designation and invocation in the context of the alpha-geometric option

       2.3.1 The alpha-geometric coding scheme is to be designated and invoked by the escape sequence ESC 2/5 (5/x) in accordance with paragraph 5.3.8 of ISO 2022 [1] standard. This designates and invokes a complete code with interpretation as follows.

       2.3.2 All the meanings and interpretation of Recommendation V.3 [3] and ISO 2022 [1] remain the same, including CO, GO and G2 with the exception of SI and SO. The codes of the 01 set and their meanings and interpretations are as described in § 6.

       2.3.3 The designation and invocation of the complete code by the, sequence ESC 2/5 (5/x) is to be terminated only by ESC 2/9 (F) or ESC 2/13 (F), designating a normal GI set.

       (Recommendation S.100 at p. 167).

    38.     Recommendation S.100 also indicates that "these four options are not mutually exclusive and it is possible that systems may develop using two or more options." (Id.)  Therefore, it is clear that the Recommendation S.100 provides the teaching for displaying information using different modes of display with the possibility that one terminal design may implement two or more modes for display.  Persons of ordinary skill in the art recognized that these options could be combined in a single terminal.  For example, the Videotex Report Series stated:

       Of course, it is possible for the different graphic methods to be combined.  For example, Prestel has demonstrated alphamosaic and photographic images (of restricted size) on the same page.  Antiope and Telidon have performed similarly.  At present it is still not clear which method, or combination of methods, will prove to be the most widely acceptable.

*See* Videotex: The Key Issues, Videotex Report Series, Report No. 1, Butler Cox & Partners Limited, July 1980 ("Videotex Key Issues"), p. 29 *citing* CCITT Draft Recommendation Sg No. 164E: "The International Information Exchange for Interactive Videotex," Paris, November 1979.

    39.     In my previous expert report, I reviewed Lucent's infringement position as it relates to the required "predetermined command and data sequence" for selecting modes of access to Color Data Values in claim 1.  (Wedig Noninfringement Report, ¶ 29-32).  I incorporate that

-13-

**Exhibit 15**
**Page 420**

1   discussion to this report so I will not repeat it here.  However, to summarize, to the extent that that

2   Lucent believes that it has identified accused structure for satisfying the "processing means"

3   element, Recommendation S.100 discloses structure that would satisfy that element in the same

4   manner that Lucent contends it is satisfied by the accused products, in that Recommendation S.100

5   discloses a processor responsive to commands and parameters selecting modes of access to Color

6   Data Values which is the basis for Lucent's identification of supposedly satisfying structure.

7         40.    Recommendation S.100 discloses a first mode of access to Color Data Values from

8   the Color Memory wherein an in-use foreground color is directly specified as a Color Data Value.

9   It was well known to those of ordinary skill in the art prior to 1981 that the alphageometric mode,

10   which was taken from the Canadian Telidon system, used a direct selection of color data values.

11   (Recommendation S.100, pp. 185-196)  This fact is acknowledged in the Fleming `759 Patent.

12   (`759 patent, Col. 1:16-22).  Entering the alphageometric mode is described in Recommendation

13   S.100 as being performed with the command and data sequence ESC 2/5 (5/x). (Recommendation

14   S.100, page 167).

15         41.    When operating in the alphageometric mode, the directly specified in-use

16   foreground color is used as the foreground color for subsequently received text and graphics

17   drawing commands until changed.  The in-use foreground color is specified by the

18   CONTROL(VALUE) command.  This command is followed by a data sequence which specifies

19   the color data value where the green, red and blue color components are specified in order of

20   decreasing levels of intensity.  (Recommendation S.100, page 192).

21         42.    Recommendation S.100 discloses a second mode of access in which the in-use

22   foreground color is specified as an index into the color memory.  It was well known to one of

23   ordinary skill in the art prior to 1981 that the parallel mode of the alphamosaic option described in

24   Recommendation S.100 was taken from Antiope.  (Recommendation S.100, pp. 179-185).  It was

25   also well known to those of ordinary skill in the art prior to 1981 that the Antiope system used a

26   color memory as confirmed by the `759 patent.  (`759 patent, Col. 1:22-27).  Furthermore,

27   Recommendation S.100 discloses as an enhancement a read/write memory for storing color data

28   values.  (Id., p. 198).  Entering the alphamosaic mode is described in Recommendation S.100 as

-14-

Exhibit 15
Page 421

1  being performed with the command and data sequence ESC 2/9 (F) or ESC 2/13 (F).

2  (Recommendation S.100, page 167).

3      43.    In the parallel form of the alphamosaic mode, codes 4/0 – 4/7 are used for

4  specifying the in-use foreground color.  (Recommendation S.100, page 181).  The command and

5  data sequence indicates that it "Causes the following characters to be written in the colour

6  indicated."  (Recommendation S.100, page 183).   In the parallel form of the alphamosaic mode,

7  the colors are specified as simple 7 bit values indicating the color such as yellow, magenta, etc.

8  These color data operands are indexes into a color memory of a compatible Antiope system.

9  Furthermore, although unnecessary to satisfy the claim, the parallel mode also has a transparent

10  background command that causes all succeeding characters to be displayed with the underlying

11  background of the character unchanged.  (Id., p. 184).

12      44.    Recommendation S.100 also discloses a third mode of access wherein an in-use

13  foreground color and an in-use background color are specified as indices into the Color Memory.

14  Recommendation S.100 discloses a mode of access wherein the in-use foreground color is

15  specified as an index into the Color Memory.  (See above).  Furthermore, Recommendation S.100

16  discloses a mode of access wherein the in-use background color is specified as an index into the

17  Color Memory.

18      45.    In the parallel mode of the alphamosaic option, the background color is specified as

19  a code which one of ordinary skill in the art would understand to be an index to a color table using

20  command code 5/0 – 5/7.  (Id., p. 181).  Because the parallel mode of the alphamosaic option is

21  based on the Antiope system, and because the Antiope system was known to have been

22  implemented using a color memory, and because the codes 5/0 – 5/7 are not color components

23  themselves, it was clear to one of ordinary skill in the art that the background command specifies

24  an index into a color memory.

25      46.    Recommendation S.100 also discloses a display means responsive to the processing

26  means, the display means displaying the colors associated with the Color Data Values accessed by

27  the selected mode.  The display means disclosed in Recommendation S.100 is the same or

28  equivalent structure of a computer monitor, TV, video projection system, LCD or an LED display

-15-

Exhibit 15
Page 422

1  disclosed in the '759 patent. ('759 patent, Col. 4:50-55). Recommendation S.100 states:

2     "Videotex systems are text communication systems having in
3     addition the capability of a given level of pictorial representation
   and a repertoire of display attributes. **The text and the pictures**
4     **obtained are intended to be displayed using the current**
   **television (TV) raster standards of the different countries.**"
5
   (Recommendation S.100, p. 166, emphasis added).
6
As such, Recommendation S.100 discloses a display means responsive to the processing means.
7
<u>Id</u>. Based on the foregoing, Recommendation S.100 makes obvious claim 1 of the '759 patent.
8
   **2.  Claims 2 and 3 are Obvious in View of Recommendation S.100 Alone**
9
**or in Combination with Crowther**
10
   47.  Recommendation S.100 discloses a digital image display system, a Color Memory
11
for storing Color Data Values and a processing means responsive to predetermined commands and
12
data, the processing means, responsive to a first command, selecting a mode of access to the Color
13
Memory. Each of these is disclosed by Recommendation S.100 as discussed above in relation to
14
claim 1. Claim 2 additionally calls for "a second command, setting a color data value in the color
15
memory." Recommendation S.100 makes obvious this second command in its discussion of the
16
enhancements to Recommendation S.100 to implement animation. Recommendation S.100 states:
17
18     "The ability to simulate motion (*i.e.* animation) is a potential
   enhancement that can be achieved by several means. These include:
19     ... b) dynamically altering the colour of portions of the display
   image, making them appear or disappear by **redefining the colour**
20     **table (an image disappears when its colour is set to the same**
   **colour as the surrounding area).**" (Recommendation S.100, p.
21     198 [emphasis added]).

22     48.  In order to set the color of an image to be the same color as the surrounding area, it

23  is necessary for the processor to receive and process a command that changes the value in the

24  color memory. Such a command would be a second command for setting a color data value in the

25  color memory.

26     49.  Furthermore, the combination of Recommendation S.100 and Crowther makes clear

27  that a color map may be used to add to the number of available colors that can be displayed on a

28  Videotex system. Crowther discusses an enhancement to videotex systems whereby additional

                  -16-

**Exhibit 15**
**Page 423**

1    character sets can be downloaded to display terminals. Additionally, Crowther teaches that in

2    addition to new character fonts, color data values can be downloaded to a color memory to provide

3    new color possibilities for the newly downloaded characters. Crowther states:

4         "To achieve the adaptive colours it is proposed to transmit codes as
5         part of the D.R.C.S. data defining the colours to be employed in the
         particular picture. The 16 colours would be coded simply by
6         allocating either 4 levels (2 bits) or 16 levels (4 bits) of intensity for
         each of the three primary colors. These codes of the 16 pre-defined
7         colours would be stored in memory as shown in Figure 4."
         (Crowther, page 711).
8
9    Figure 4 of Crowther is a color memory as reproduced below.



10

11

12

13

14

15

16

17

18

19

20        50.        Loading the color table in the Crowther extension to the videotex system requires a

21    command which would act as the second command. As such, Crowther discloses "a second

22    command, setting a color data value in the color memory." Since Recommendation S.100 in

23    combination with Crowther discloses each of the claim elements of claim 2, these two references

24    taken together also make obvious claim 2 of the '759 patent. Recommendation S.100 provides

25    reasons to employ a writable color memory where it suggests "redefining the colour table." (Id.,

26    page 198). A person of ordinary skill in the art would have had reason to look to Crowther for

27    details on exactly how to implement this suggested feature because Crowther teaches how to

28    implement this very same feature in a videotex system. Furthermore, the fact that

-17-

Exhibit 15
Page 424

1    Recommendation S.100 and Crowther both discuss use of dynamically redefinable character sets

2    ("DRCS") techniques in videotex systems also would have motivated a person of ordinary skill in

3    the art to choose Crowther's specific implementation for achieving the function of "redefining the

4    colour table" as suggested in Recommendation S.100. (Id., page 196-197).

5          51.    In addition, both references suggest color display enhancements for videotex

6    terminals having color maps. Recommendation S.100 at p. 198; Crowther at p. 710-711. In

7    addition, both of these references were concerned with videotex terminals capable of operating in

8    an alphamosaic mode wherein color data values (for both foreground and background) may be

9    accessed via index values into a color map. (Recommendation S.100 at pp. 172-185; Crowther at

10   p. 709-711).

11         52.    The Crowther paper was presented at the 1980 Spring Conference on videotex

12   topics. (Crowther p. 707). As such, this paper was well known to those in the videotex

13   community, as was Recommendation S.100. Based on the fact that these two references were both

14   well known in the videotex community, and the fact that both references were targeted at least in

15   part at the same narrow videotex topics, a person of ordinary skill in the art would have had

16   reasons to combine the teachings of the two references to arrive at the system described in claim 2.

17   In addition, the trends toward higher resolution display, a wider range of colors, and decreasing

18   costs of memory also provided reasons to combine the teachings of Recommendation S.100 and

19   Crowther.

20         53.    The addition of the methodology described in Crowther (for "adaptively" defining

21   the colors in a color map by transmitting codes as part of DRCS data) to the videotex system

22   specified by Recommendation S.100 led to results that could have been predicted by a person of

23   ordinary skill in the art prior to the time of the alleged invention. The coding scheme described by

24   the Crowther paper would perform the same function, and yield the same results, in the videotex

25   system specified by Recommendation S.100 as it would in any other prior art videotex system

26   capable of operating in an alphamosaic mode wherein color data values (for both foreground and

27   background) may be accessed via index values into a color map.

28         54.    Moreover, Recommendation S.100 discloses the display means of claim 2 as

-18-

Exhibit 15
Page 425

1   discussed above.

2       55.    Claim 3 adds that the processing means is responsive to a second command which

3   sets plural Color Data Values in Color Memory. Recommendation S.100 makes obvious to one of

4   ordinary skill in the art this second command. Recommendation S.100 discloses a writable color

5   memory as an enhancement to the basic system as previously discussed. (Recommendation S.100,

6   page 198). In recommending that an image can disappear when its color is set as the same color as

7   the surrounding area, it is obvious to one of ordinary skill in the art that if the image is made up of

8   multiple colors, it will be necessary to redefine multiple color table entries in order to accomplish

9   this masking operation. Performing this write of multiple data values in the color memory would

10  need to be directed by a command. This command would act as the second command. As

11  Recommendation S.100 teaches each of the elements of claim 3, Recommendation S.100 makes

12  obvious Claim 3 of the '759 patent.

13      56.    Furthermore, Crowther when combined with Recommendation S.100 makes clear

14  that a processing means may be responsive to a second command to set plural color data values in

15  color memory. As previously discussed, Crowther teaches a writable color memory. (Crowther,

16  p. 710). Crowther also teaches that multiple colors can be transmitted as codes to load the color

17  memory. (Id., p. 711). Loading multiple values in the color table in the Crowthers extension to

18  the videotex system requires a command. This command can act as the second command of the

19  claim. As Recommendation S.100 in combination with Crowther discloses each of the claim

20  elements of claim 3, these two references taken together also make obvious claim 3 of the '759

21  patent. The same reasons for combining the teachings of Recommendation S.100 and Crowther to

22  arrive at the system described in claim 2 also apply to combine these references to arrive at the

23  system described in claim 3.

24      **B.    Claims 1-3 Of The `759 Patent Are Obvious in View of CRC 699-E In**

25          **Combination with Antiope and Crowther**

26      57.    It is my opinion that claim 1 of the Fleming `759 Patent is obvious in view of CRC

27  699-E alone or in combination with the Antiope Specification. It is also my opinion that claims 2

28  and 3 are obvious in view of CRC 699-E in combination with the Antiope Specification and

-19-

**Exhibit 15**
**Page 426**

1    Crowther. A chart form analysis of how these references make obvious claims 1-3 of the '759

2    patent is presented in Exhibit 3 to this report. I will now review and elaborate on this analysis.

3              1.    **Claim 1 is Obvious in view of CRC 699-E in Combination with the**

4    **Antiope Specification**

5              58.    CRC 699-E describes the Telidon Videotex system. The Telidon system was

6    designed to display information received from a central database and displayed on a domestic

7    home television receiver using a micro-computer. (CRC 699-E, page 1). This is exactly the same

8    type of system disclosed in the '759 patent for which the patent is intended to be used. ('759

9    patent, col. 1:39-46).

10             59.    CRC 699-E discloses a memory for storing color data values. CRC 699-E teaches

11   that a color memory could be used with the Telidon system but that it was not included in the

12   initial trial system because it was not cost effective to implement this hardware at that time. (CRC

13   699-E, page 70). CRC 699-E also discloses how the color memory would be activated in the

14   design by setting bit b2 of the TONAL CONTROL status command. (Id., pp. 49-50). Allocating

15   a specific bit and specifically indicating that it should be used to enable a color map memory

16   discloses to a person with ordinary skill in the art a memory for storing color data values.

17             60.    CRC 699-E also discloses a processing means responsive to predetermined

18   commands and data comprising at least one command. CRC Technical note No. 699-E teaches a

19   processing means in the form of a micro-computer. (CRC 699-E, p. 1). CRC 699-E discloses that

20   the processing means decodes the predetermined commands and data and selects one of a plurality

21   of modes of access to Color Data Values. In particular, the flag field of the TONAL CONTROL

22   selects between color versus grayscale display and envisions selecting between direct versus

23   indirect color selection. (Id., pp. 49-50).

24             61.    As I said, I have previously reviewed Lucent's infringement position as it relates to

25   the required "predetermined command and data sequence" for selecting modes of access to Color

26   Data Values in claim 1. (Wedig Noninfringement Report, ¶ 29-32). To the extent that Lucent

27   believes that it has identified accused structure for satisfying the "processing means" element,

28   CRC No. 699-E discloses structure that would satisfy that element in the same manner that Lucent

-20-

**Exhibit 15**
**Page 427**

1  contends it is satisfied by the accused products, in that CRC No. 699-E discloses a processor

2  responsive to commands and parameters selecting modes of access to Color Data Values which is

3  the basis for Lucent's identification of supposedly satisfying structure. Furthermore, whereas the

4  commands identified in Lucent's infringement contentions do not select a mode of access to Color

5  Data Values and are not, in any event, a command and data *sequence* to which the system

6  responds, the predetermined command and data sequence taught by the CRC No. 699-E follow the

7  teachings of the patent specification in that CRC 699-E allows for a variable number of parameters

8  after the initial command code which changes the way the command is interpreted.

9
10
11
12
13

> "The flag field of the command is used to indicate whether the byte represents a command opcode or data associated with the command. The flag field is 0 for opcodes and 1 for numeric data. The number of bytes in the code sequence associated with a particular drawing command is determined from the flag field. A command's domain begins by its opcode byte and terminates either by the start of the following opcode byte or by an SO, SI, SS or ESC character."

14

> (CRC 699-E, p. 11)

15      62.      Also to the extent that Lucent contends infringement due to GDI commands that

16  allegedly define different modes of access, CRC 699-E discloses commands for setting modes of

17  access to Color Data Values that are as similar as or more similar to commands disclosed in the

18  '759 patent using structure that is as similar as or more similar to the structure disclosed in the

19  '759 patent. These modes of access are discussed in relation to first, second and third mode

20  below.

21      63.      CRC 699-E discloses a first mode of access to Color Data Values from the Color

22  Memory wherein an in-use foreground color is directly specified as a Color Data Value. The

23  VALUE form of the CONTROL opcode directly specifies the color to be used as the in-use

24  foreground color. (CRC 699-E, page 41) The specified in-use foreground color is a color data

25  value because it specifies the triplets of values for the three primary colours GREEN, RED and

26  BLUE for a particular color. (CRC 699-E, page 42)

27      64.      CRC 699-E discloses a second mode of access in which the in-use foreground color

28

-21-

Exhibit 15
Page 428

1    is specified as an index into the color memory. First, as discussed above, CRC 699-E discloses the

2    use of a color memory. (Id., p. 70). Furthermore, CRC 699-E allocates a bit for invoking a future

3    use of the color memory. (Id., p. 50). Also, CRC 699-E discloses the four modes of the TONAL

4    CONTROL Command which includes direct color, direct grayscale, indirect color and indirect

5    grayscale. These are shown in CRC 699-E in the figure at the bottom of page 50 with direct color

6    selection shown in the upper left, direct grayscale shown in the lower left, indirect color in the

7    upper right and indirect grayscale shown in the lower right of the figure.

8    

9

10

11

12

13

14

15    (CRC 699-E, page 50).

16

17        65.    One of ordinary skill in the art would understand that if a videotex system based on

18    the teachings of CRC 699-E were to include a color memory as suggested and bit 2 were set to

19    enable the indirect color specification, then the in-use foreground color could be specified using an

20    index into the color memory. (CRC 699-E, page 41). Moreover, the Antiope videotex system had

21    the ability to specify an in-use foreground color as an index into color memory. (Antiope

22    Specification, pp. 6 -7). Thus, CRC 699-E in combination with the Antiope Specification also

23    discloses this mode of access.

24        66.    Furthermore, CRC 699-E in combination with the Antiope Specification also

25    discloses a mode of access wherein an in-use foreground color and an in-use background color are

26    specified as indices into the Color Memory. CRC 699-E discloses a mode of access wherein the

27    in-use foreground color is specified as an index into the Color Memory. (See above). The

28    Antiope Specification discloses a mode of access wherein the in-use background color is specified

-22-

Exhibit 15
Page 429

1    as an index into the Color Memory.   (Antiope Specification, pp. 6 -7).

2        67.    As previously discussed, CRC 699-E teaches extending the capabilities of the

3    Telidon system to include a color memory, and the specification allocates a bit for enabling this

4    memory.  The Antiope Specification was known to one of ordinary skill in the art to display colors

5    by using a color memory.  ('759 patent, 1:22-27).  The Antiope Specification also teaches

6    commands for specifying the in-use background color.  The Antiope Specification teaches one set

7    of commands for specifying the in-use background color of the alphanumeric characters, and a

8    second set of commands for specifying the alphamosaic characters.  Referring to Figure 7, the

9    Antiope Specification teaches a set of commands for specifying the in-use background color of

10   alphanumeric characters:

11       "In the event that the background color and the character color are
12   specified independently, the codes being used to transmit the
    background color in the release sequence are the first eight in
13   column 6.  The binary elements b1, b2 and b3 of these codes have
    the same meaning as those of the codes transmitting the color of the
14   character."

15       (Antiope Specification, p. 7).

16       68. The Antiope Specification also teaches specifying the in-use background color of

17   semi-graphical characters.

18       "As was noted above, the functions of reversed background, double
19   height and double length do not apply to the semi-graphical
    characters in Figure 3.

20       In this case, the binary elements b2, b3 and b6 of the transmitted
21   code are allocated to the specification of the background color.
    There is a correspondence between these binary elements and the
22   primary colors R, G, B of the received signal."

23       (Antiope Specification, p. 7).

24       69.    Because CRC 699-E teaches extending the specification to include a color memory,

25   and because one of ordinary skill in the art understood that Antiope used an index to a color

26   memory to specify an in-use background color, then the combination of CRC 699-E and the

27   Antiope Specification teaches a mode of access wherein the in-use foreground color and an in-use

28

-23-

**Exhibit 15**
**Page 430**

1   background color are specified as indices into the color memory.

2       70.     CRC 699-E discloses a display means responsive to the processing means, the

3   display means displaying the colors associated with the Color Data Values accessed by the

4   selected mode.  The display means disclosed in CRC 699-E is the same or equivalent structure of

5   a computer monitor, TV, video projection system, LCD or an LED display disclosed in the '759

6   patent.  ('759 patent, Col. 4:50-55).  CRC 699-E states, for example:

> "The Telidon Videotex system is a method by which information
> can be accessed from central data bases by the general public.  By
> the use of a domestic home television receiver augmented by a
> micro-computer controlled interface device a user can access pages
> over graphical and textual information over a public common
> carrier communication facility such as the telephone network, a
> cable television line or the data may be even encoded into unused
> space in a broadcast television signal."

(CRC 699-E, p. 1)

71.     Based on the foregoing, it is my opinion that the combination of CRC 699-E and

the Antiope Specification teaches all of the elements of claim 1 of the '759 patent.  A person of

ordinary skill in the art would have had many reasons to combine the teachings of CRC 699-E and

the Antiope Specification prior to the alleged invention.  First, the trends toward international

videotex standardization and terminal independence would have motivated a person of ordinary

skill in the art to combine the teachings of these references to use a terminal operative to work

with Telidon in one mode, and with Antiope in a second mode.  Indeed, the Videotex Report

Series stated in 1980 that:

> "Of course, **it is possible for the different graphic methods to be combined.**  For
> example, Prestel has demonstrated alphamosaic and photographic images (of restricted
> size) on the same page.  **Antiope and Telidon have performed similarly.**  At present it is
> still not clear which method, or combination of methods, will prove to be the most widely
> acceptable."

Videotex Key Issues, p. 29 *citing* CCITT Draft Recommendation Sg No. 164E

(emphasis added).

72.     In addition, a person of ordinary skill in the art could have predicted that the

specification of foreground and background colors using an index into a color map in the Antiope

-24-

**Exhibit 15**
**Page 431**

1   system would perform the same function in the manner used in the Telidon system specified by

2   CRC 699-E. The trend toward higher resolution display and a wider range of colors, along with

3   the decreasing cost of memory also would have prompted persons of ordinary skill in the art to

4   employ the technique of specifying foreground and background colors using an index into a color

5   map (as taught by the Antiope Specification) in a selectable mode of operation in the Telidon

6   system.

7           **2.      Claims 2 and 3 are Obvious in View of CRC 699-E in Combination**

8   **with the Antiope Specification and Crowther**

9           73.    In addition to the elements recited in claim 1, claim 2 calls for "a second command,

10  setting a color data value in the Color Memory." The combination of CRC 699-E and the Antiope

11  Specification discloses all the elements of claim 2 except for a command for setting or storing a

12  color data value in color memory. However, Crowther teaches that a color map may be used to

13  help add to the number of available colors that can be displayed on a Videotex system. As

14  discussed above in more detail, Crowther teaches:

15          "In its simplest form the four bits can be used to define one of the
16          eight colours and two levels of intensity. However, it is felt that by
            a simple extension of the system the four bits could be employed to
17          define up to sixteen adaptively defined colours."

18          (Crowther, p. 710).

19  Colors can only be "adaptively defined" if they can be written and changed. The necessary

20  command for loading the color table in Crowther would act as the second command. Because

21  CRC 699-E in combination with the Antiope Specification and Crowther discloses this claim

22  limitation and the other claim limitations already discussed in relation to claim 1, the combination

23  of these references makes obvious claim 2 of the '759 patent.

24          74.    There are many reasons to combine the teachings of these references. The same

25  reasons discussed above with respect to Recommendation S.100 and Crowther, and with respect to

26  CRC 699-E and Antiope also apply to the combination of CRC 699-E and Antiope.

27          75.    Claim 3 adds that the processing means must be responsive to a command for

28  setting plural Color Data Values in Color Memory. CRC 699-E and the Antiope Specification

-25-

**Exhibit 15**
**Page 432**

1    when combined with Crowther makes obvious to one of ordinary skill in the art a second

2    command for setting plural color data values in color memory.  As previously discussed, Crowther

3    discloses a color memory composed of "adaptively defined colours."  Crowther also discloses that

4    to initialize the color memory, the colors are downloaded to the terminal.  (Crowther, page 711,

5    "To achieve the adaptive colours it is proposed to transmit codes as part of the D.R.C.S. data

6    defining the colours to be employed in the particular picture.")  The command that loads the color

7    values into the color memory is the second command of claim 3.  Therefore, CRC 699-E when

8    combined with Antiope and Crowther makes obvious Claim 3.

9          76.    The same reasons to combine these references for claim 2 also apply to claim 3.

10    **C.    The NASA Final Report Anticipates Or At Least Makes Obvious Claims 1-3**

11          **of the `759 Patent**

12          77.    I have reviewed the technical paper titled "Final Report – NASA Grant NSG 1508,

13    Extension of the Core Graphics System for Raster Graphics Display".  ("NASA Final Report").

14    The NASA Final Report is made up of three parts.  The first part is a defined set of raster

15    extensions to the Core System developed by ACM/Siggraph and makes up Appendix A.  The

16    second part is a paper of the proposed extensions disseminated at Siggraph '79, the annual

17    computer graphics conference held in 1979.  This section makes up Appendix B.  The final section

18    is a description of George Washington University's implementation of the Core System to

19    accommodate the proposed Core Extensions.  This section makes up Appendix C.

20          78.    The NASA Final Report anticipates or at least renders obvious claims 1 - 3 of the

21    '759 patent.  A chart form analysis of how this paper anticipates or at least renders obvious claims

22    1 – 3 of the '759 patent is presented in Exhibit 4 to this report.  I will now review and elaborate on

23    this analysis.

24          **1.    The NASA Final Report Anticipates Or At Least Makes Obvious**

25          **Claim 1**

26          79.    The NASA Final Report describes the raster extensions to the Core System and an

27    implementation of the Core System at George Washington University.  The Core System with the

28    raster extensions provides a design specification for a terminal independent language designed to

-26-

Exhibit 15
Page 433

1  be used on a digital image display system capable of providing a visible representation of

2  information in a data-processing system. (NASA Final Report, Appendix B, page 2).

3       80.    The NASA Final Report discloses a memory for storing color data values. The

4  Color Data Values are stored in the Color Memory as components of particular colors such as Red,

5  Green, and Blue. The NASA Final Report explains that on the device level, there are three ways

6  of specifying color. (NASA Final Report, Appendix C, page 21-2) Choice B specifies a "color

7  look-up table" or Color Memory. Therefore, the NASA Final Report discloses a Color Memory.

8  The NASA Final Report also discloses that color data values are stored in the Color Memory as

9  components of particular colors such as Red, Green, and Blue. (NASA Final Report, Appendix C,

10  page 16).

11       81.    The NASA Final Report also discloses a processing means responsive to

12  predetermined commands and data comprising at least one command, the processing means

13  decoding the predetermined commands and data, the predetermined commands and data selecting

14  one of a plurality of modes of access to Color Data Values. The commands and data sequences

15  disclosed in the NASA Final Report specify if the image display system is to display color or

16  intensity and whether the color or intensity is to be displayed directly or indirectly through the

17  color memory. These mode selections may be made by setting the TYPE and MODE parameters

18  of the "INITIALIZE_VIEW_SURFACE" command. (NASA Final Report, page 21-3).

19  Furthermore, the NASA Final Report also discloses selecting modes of access associated with the

20  foreground and background color selection as discussed below. (NASA Final Report, Appendix

21  C, page 17-18). To the extent that Lucent contends infringement due to GDI commands that

22  supposedly define different modes of access, the NASA Final Report discloses commands for

23  setting modes of access to Color Data Values that are as similar as or more similar to commands

24  disclosed in the '759 patent using structure that is as similar as or more similar to the structure

25  disclosed in the '759 patent. These modes of access are discussed in relation to first, second and

26  third mode below.

27       82.    NASA Final Report discloses two related commands for satisfying the first mode of

28  access to Color Data Values from the Color Memory wherein an in-use foreground color is

-27-

**Exhibit 15**
**Page 434**

1  directly specified as a Color Data Value. The Raster graphics extensions to the Core Systems

2  described in Appendix A to the NASA Final Report discloses the "SET_CURRENT_COLOR

3  (R,G, B)" command to directly specify the in-use foreground color. This command finds the

4  Color Data Value in the Color Memory that has the closest color match to the operand. The index

5  in Color Memory of this Color Data value becomes the current color index for the in-use

6  foreground color. All subsequently generated output primitives will be displayed with the in-use

7  foreground color associated with the index until changed. (NASA Final Report, Appendix A, page

8  4). An output primitive is a text or graphics drawing command. Appendix A of the NASA Report

9  was meant to be used in conjunction with the original GSPC CORE Specification titled "Status

10  Report of the Graphics Standards Planning Committee," Computer Graphics, Vol. 11, No. 3, Fall

11  1977. ("1977 GSPC Report") with section numbering scheme following the original 1977 GSPC

12  Report (NASA Final Report, Appendix A, preface). 1977 GSPC Report has a section titled

13  "OUTPUT PRIMITIVES" which defines text and graphics drawing commands such as

14  "TEXT(CHARACTER_STRING)" and "LINE_ABS_2." (1977 GSPC Report, II-19, II-20).

15      83.     The Core system was designed to generate output primitives including text. (1977

16  GSPC Report, pp. II-16-18). The system allows graphics applications to define primitive

17  attributes including color. (Id., p. II-16). In the Core system, the "primitive attributes are

18  specified modally; that is, all output primitives created between changes to a current attribute

19  value will have their appearance affected in the same way (with respect to that attribute)." (Id., p.

20  II-8). The color attribute applies to all output primitives. (Id., p. II-17, II-25). So, for example, if

21  a color attribute was set to "red," then all subsequent text and drawing commands would render

22  primitives in red until the color attribute is changed. Id. The SET_CURRENT_COLOR

23  command "sets the current system-maintained attribute value" for the color attribute. (Id., II-32).

24      84.     Furthermore, Appendix C of the NASA Final Report discloses the "SET COLOR"

25  command that directly sets the color of succeeding output primitives until changed. The NASA

26  Final Report discloses that for devices with direct color specification, the in-use foreground color

27  of subsequent displayed objects will use the closest match of the specified color data value.

28  (NASA Final Report, Appendix C, page 21-7).

-28-

Exhibit 15
Page 435

1     85.     It is interesting to note that the method used by SET_CURRENT_COLOR and

2     SET_COLOR for directly specifying the Color Data Value and finding a Color Memory entry

3     which has the best match is how the "mode 0" is described to operate in the '759 patent. ('759

4     patent, col. 7:32-34, "At box 512, the foreground color is set to the index of the closest match of

5     the first operand and a color value from the color map memory table 6a."). Likewise, the NASA

6     Final Report discloses that if the exact Color Data Value is not available in the Color Memory, the

7     closest approximate Color Data Value is used. (NASA Final Report, Appendix B, page 12, "The

8     color attribute for output primitives is specified in one of two ways: by value and by index. The

9     function SET_CURRENT_COLOR [R,G,B] specifies the current value of the color attribute. If

10     the exact [R,G,B] triple specified in not included in the active color set, then a best fit to an

11     available triple is used.").

12     86.     The NASA Final Report discloses a second mode of access in which the in-use

13     foreground color is specified as an index into color memory. The in-use foreground color is used

14     as foreground color for subsequently received text and graphics drawing commands until changed.

15     The Raster graphics extensions to the Core Systems described in Appendix A to the NASA Final

16     Report discloses the "SET_CURRENT_COLOR_INDEX (I)" command to specify the in-use

17     foreground color as an index into the color memory. All subsequently generated output primitives

18     are then displayed with the color associated with the index. (NASA Final Report, Appendix A,

19     page 5). Again, output primitives are text and graphics drawing commands as defined in the 1977

20     GSPC Report. (1977 GSPC Report, II-19, II-20).

21     87.     Furthermore, Appendix C of the NASA Final Report discloses the "SET_INDEX"

22     command specify the in-use foreground color as an index into the color memory for subsequently

23     received "output primitives" until changed where "output primitives" are defined to be text and

24     graphics drawing commands as shown in 1977 GPSC Report. (NASA Final Report, Appendix C,

25     page 21-8). (1977 GSPC Report, II-19, II-20). Either of these two commands selects a second

26     mode of access in which the in-use foreground color is specified as an index into color memory.

27     88.     The NASA Final Report also discloses a third mode of access wherein an in-use

28     foreground color and an in-use background color are specified as indices into the Color Memory.

-29-

Exhibit 15
Page 436

1    The NASA Final Report discloses a mode of access wherein the in-use foreground color is

2    specified as an index into the Color Memory. (See above). Appendix A to the NASA Final

3    Report also discloses the "SET_BACKGROUND_COLOR_INDEX (INDEX)" command to

4    specify the in-use background color as an index into the color memory. (NASA Final Report,

5    Appendix A, page 20). Once a NEWFRAME command is received, the color identified by the

6    index into the color memory will be used as the background color for subsequently received text

7    and graphics drawing commands. Furthermore, Appendix C of the NASA Final Report discloses

8    the "SET BACKGROUND INDEX" command to specify the in-use background color as an

9    index into the color memory until changed. (NASA Final Report, Appendix C, page 21-8).

10   Notably, the description of this command does not mention a requirement for a NEWFRAME

11   command. To the extent that the commands identified by Lucent in its infringement contentions

12   satisfy the court's claim construction, the commands disclosed by the NASA Final Report also

13   satisfy it since the NASA Final Report commands and data are as similar as or more similar to the

14   patented commands and data than those commands and data accused by Lucent. To the extent

15   that Lucent or its expert assert that the NASA Final Report does not disclose the "in-use

16   background color" element, it is my opinion that a person of ordinary skill in the art would have

17   knowledge of systems that had the ability to set the background color of individual characters or

18   graphic primitives by index to a color memory. *See, for example*, The Application of The

19   Intercolor 8000 Terminal To Thematic Cartography, James R. Carter, Siggraph '76, July 14-16,

20   1976 at p. 163; Ramtek 9000 Series Graphic Display System Programming Manual at p. 3-21;

21   Antiope Specification, pp. 6-7. Therefore, at a minimum, the NASA Final Report, in view of the

22   knowledge of a person of ordinary skill would render this claim obvious.

23           89.    The NASA Final Report discloses a display means responsive to the processing

24   means, the display means displaying the colors associated with the Color Data Values accessed

25   by the selected mode. The display means disclosed in NASA Final Report is the same or

26   equivalent structure of a computer monitor, TV, video projection system, LCD or an LED display

27   disclosed in the '759 patent. ('759 patent, Col. 4:50-55). The NASA Final Report states, for

28   example, that

-30-

Exhibit 15
Page 437

"[t]he image display system reads the refresh buffer in synchronism with a TV raster, using the pixel values to control the color or intensity of points on the display screen. An optional look-up table in the image display system can dynamically assign intensities or colors to pixel values. There is a 1-1 correspondence between pixels in the refresh buffer and points on the display screen (some contemporary raster systems do not impose this restriction.)"

(NASA Final Report, Appendix B, page 2).

90.    Based on the foregoing, the NASA Final Report discloses all of the elements of claim 1 of the '759 patent.

### 2.    The NASA Final Report Anticipates Or At Least Makes Obvious Claims 2 and 3

91.    As discussed above, the NASA Final Report discloses a digital image display system, a Color Memory for storing Color Data Values and a processing means responsive to predetermined commands and data, the processing means, responsive to a first command, selecting a mode of access to the Color Data Values, and display means.  Each of these claim limitations is disclosed by NASA Final Report as discussed above in relation to claim 1. Claim 2 additionally calls for "a second command, setting a color data value in the Color Memory." The NASA Final Report discloses, or renders obvious, all the claim limitations of Claim 2 including a command for setting or storing a Color Data Value in Color Memory.

92.    The NASA Final Report also discloses a processing means responsive to a second command setting a color data value in the color memory. Appendix A to the NASA Final Report discloses the "REDEFINE_COLOR (I,R,G,B)" command for setting a color data value in the color memory.  (NASA Final Report, Appendix A, page 14). Furthermore, Appendix C of the NASA Final Report discloses the command "DEFINE COLOR INDICES" which sets multiple color memory entries.  In that this command can store multiple color data values in the color memory, it can also store one color data value in the color memory when the two integer parameters are the same value. (NASA Final Report, Appendix C, page 21-8). Because the NASA Final Report discloses this claim limitation and the other claim limitations already discussed in relation to claim 1, NASA Final Report discloses all of the elements of claim 2 of the '759 patent.

-31-

Exhibit 15
Page 438

93.    Claim 3 adds that the processing means must be responsive to a command for setting plural Color Data Values in Color Memory. The NASA Final Report discloses the command "DEFINE COLOR INDICES" which sets multiple color data values in the color memory when I2 is greater than I1. (NASA Final Report, Appendix C, page 21-8). This command defines all the Color Data Values to use within a range of Color Memory entries. This command sets plural Color Data Values in the Color Memory as required by Claim 3. Therefore, NASA Final Report discloses all of the elements of Claim 3 of the '759 patent.

## V.    NO CONCEPTION OF THE CLAIMS ON THE DATE LUCENT CONTENDS

94.    It has been explained to me that art dated before the application filing date of a patent is not prior art if the inventor conceived of the invention before the date of the prior art and exercised reasonable diligence from just before the date of the prior art up to the date of the inventor's reduction to practice. In the present case, I understand that Lucent contends that the subject matter recited in the asserted claims of the '759 Patent was conceived at least as early as February 25, 1980. As explained below, I have seen no evidence to support this contention.

95.    I have reviewed a portion of Lucent's Second Supplemental Response to Interrogatory No. 4 from Microsoft, Dell and Gateway, served on February 6, 2006, which relates to conception and reduction to practice of the '759 Patent ("Lucent's Second Supplemental Response to Interrogatory No. 4"). More specifically, I reviewed the portion that reads as follows:

> **U.S. Patent No. 4,439,759 ("Fleming"):** The claimed invention was **conceived at least as early as February 25, 1980**, as reflected by at least LUC 004305-46, and reduced to practice at least as early as the filing date of May 19, 1981. Pursuant to Federal Rule of Civil Procedure 33(d), documents demonstrating the conception, reduction to practice, and/or diligence include the patent and corresponding file history, and Lucent business records bearing production numbers LUC 003903-004026; LUC 004035-004041; LUC 004305-004346; and LUC 004347-004385. Deposition testimony demonstrating the conception, reduction to practice, and/or diligence includes the **testimony of James Fleming (e.g., Dep. Tr. at 71-78, 85-91, 158-159, 175.178, 185-187), and Gerald Soloway (e.g., Dep. Tr. at 89.92).** Lucent reserves the right to supplement or amend its response to this interrogatory as discovery and Lucent's investigation in this case proceed, or in the event that defendants present any prior art that would put the facts, dates, and circumstances related to the conception, reduction to practice, and diligence relating to this patent into issue in this case. (Lucent's Second Supplemental Response to Interrogatory No. 4, p. 4 [emphasis added].)

96.    I have also reviewed the deposition transcripts of Fleming and Soloway. In

-32-

Exhibit 15
Page 439

addition, I have reviewed the following documents cited by Lucent in support of an early

conception of the Asserted Claims of the Fleming Patent:

- Bell Laboratories Technical Memorandum entitled "Home Information System (HIS) Terminal Proposal," by W.A. Frezza, S.D. Hoskins, R.R. Meyer, and W.S. Stoddard, dated February 25, 1980 (LUC 004305-46) (the "February 25, 1980 Memorandum");

- Bell Laboratories Technical Memorandum entitled "Home Information System (HIS) Application Level Code Sets," by W.A. Frezza, dated April 18, 1980 (LUC 004347-004385) (the "April 18, 1980 Memorandum");

- Bell Laboratories document entitled "HIS Market Trial," dated March 18, 1981 (LUC 004035-004041) (the "March 18, 1981 Memo"); and

- Bell Laboratories document entitled "Draft Home Information System Presentation Level Protocol Specification," dated April 14, 1981 (LUC 003903-004026) (the "April 14, 1981 Draft PLP Specification").

97.     I have been asked to form an opinion as to whether or not the above-identified

evidence supports Lucent's contention that the material recited in the asserted claims was

conceived on February 25, 1980.  It has also been explained to me that conception of an invention

is complete when the inventor has formed the idea of how to make and use every aspect of the

claimed invention, and all that is required is that it be made without the need for any further

inventive effort.  In light of this instruction, I have compared the elements of the Asserted Claims

to the documents identified above.

98.     Contrary to Lucent's contentions, the February 25, 1980 Memorandum

demonstrates that Fleming et al. had not formed the ideas defined in the asserted claims of the `759

Patent as of February 25, 1980.  This document appears to have been written by Frezza and others,

and it was distributed to Fleming and Soloway, but there is no evidence that Soloway contributed

to it.  (February 25, 1980 Memorandum, LUC 004305-4306).

99.     While the February 25, 1980 Memorandum discusses color lookup tables, it does

not contain any discussion of a mode of access where color data values are directly specified.

There is certainly no teaching of the specific "processing means" element of claim 1 required to

satisfy the specific requirements of claim 1:

> processing means responsive to a predetermined command and data
> sequence comprising at least one command, the processing means decoding
> the predetermined command and data sequence, the predetermined

-33-

Exhibit 15
Page 440

command and data sequence selecting one of a plurality of modes of access to color data values, the modes comprising

> a first mode of access wherein an in-use foreground color is directly specified as a color data value;

> a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and

> a third mode of access wherein the in-use foreground color and an in-use background color are specified as indexes into the color memory; and

`759 Patent, claim 1, 14:22-29.

100.    I understand that the processing means element has been interpreted as a means-plus-function claim in accordance with section 112, paragraph 6. I also understand that the function of this element is "decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values." I understand that the court has determined the structure of this element to be "Data processor 1 programmed to perform the algorithm of boxes 301, 302, and 303 of Figure 3 and boxes 401, 402, 403,404, 405,407,408, and 411 of Figure 4 (See, Col.5, line 60- Col.6, line 19, Col.6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), lines 33-43).

101.    In my opinion, the February 25, 1980 Memorandum fails to demonstrate conception of the function or the structure of at least the "processing means" recited in claim 1 of the `759 Patent. The Memorandum contains no mention of a function wherein "color is directly specified as a color data value," no mention of multiple "modes of access to color data values," and no mention of a "predetermined command and data sequence." In addition, the Memorandum contains no mention of any structure even remotely similar to the structure identified by the Court as corresponding with the "processing means." Moreover, the Memorandum actually demonstrates that the applicants had yet to settle on any coding scheme (*i.e.*, "predetermined command and data sequence") where it states "a detailed protocol and transmission coding scheme specification must be developed, taking into account the most recent activities in the standard areas as well as the conceivable HIS network configurations." February 25, 1980 Memorandum,

-34-

Exhibit 15
Page 441

1  LUC 004331.

2      102.    For all of the same reasons described above, the February 25, 1980 Memorandum

3  does not demonstrate conception of the function or the structure of the "processing means" recited

4  in claim 2. Most importantly, because the February 25, 1980 does not contemplate any more than

5  one mode of access to color data values, it does not contemplate "selecting a mode of access to the

6  color memory."

7      103.    Contrary to Lucent's contentions, the April 18, 1980 Memorandum demonstrates

8  that Fleming et al. had not formed the ideas defined in the asserted claims of the `759 Patent as of

9  April 18, 1980. This document appears to have been written by Frezza, and although it was

10  distributed to Fleming and Soloway, there is no indication that Fleming and Soloway contributed

11  to it. (April 18, 1980 Memorandum, LUC 004347-4348).

12     104.    The April 18, 1980 Memorandum suggests that in the time period following the

13  February 25, 1980 Memorandum, Frezza focused on developing a coding scheme for performing

14  the same functions described in the February 25, 1980 Memorandum. Like the earlier memo, the

15  April 18, 1980 Memorandum describes specifying colors using index values into a color table, but

16  fails to describe direct specification of color data values. Id., LUC 004356-4357.

17     105.    Even if some portion of the April 18, 1980 Memorandum could be read to imply an

18  understanding of the possibility of using direct color specification, there is no teaching of the

19  structure and function of the "processing means" recited in claims 1 and 2. The Memorandum

20  contains no mention of a function wherein "color is directly specified as a color data value," and

21  no mention of multiple "modes of access to color data values." In addition, the Memorandum

22  contains no mention of any structure even remotely similar to the ones identified by the Court as

23  corresponding with the "processing means" recited in claims 1 and 2.

24     106.    The March 18, 1981 Memo does not demonstrate conception of any of the elements

25  of the asserted claims of the `759 Patent. This memo provided schedules for the Documentation

26  and Customer Terminal segments of the HIS market Trial project. (March 18, 1981

27  Memorandum, LUC 004035). It did not provide any technical discussion of the proposed terminal

28  design and it surely did not provide any disclosure of a "processing means" as recited in claims 1

-35-

Exhibit 15
Page 442

1  and 2 of the '759 patent. Lucent has not explained how this document could even be relevant to

2  conception and it is my opinion that it does not relate to the conception of the '759 patent in any

3  way.

4  **VI.     ADDITIONAL INFORMATION AND EXHIBITS**

5       107.    The opinions in this Report are based upon my consideration of the materials I have

6  reviewed to date. Should additional information become available, the information and opinions

7  presented herein may be supplemented or amended. At trial, I may use graphics, animations,

8  pictures, demonstrations, and/or other audio/visual aids to explain the technical issues relevant of

9  this case.

10      I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct. Executed this 14th day of September 2007 at Sunnyvale, California.

12

13

14

15

16                                    DR. ROBERT G. WEDIG

17

18

19

20

21

22

23

24

25

26

27

28

36

**Exhibit 15**
**Page 443**

# EXHIBIT 1

| | |
|---|---|
| 1. | U.S. Patent No. 4,439,759 |
| 2. | File History of U.S. Patent No. 4,439,759 |
| 3. | Bell Laboratories Technical Memorandum entitled "Home Information System (HIS) Terminal Proposal," by W.A. Frezza, S.D. Hoskins, R.R. Meyer, and W.S. Stoddard, dated February 25, 1980 (LUC 004305-46) (the "February 25, 1980 Memorandum") |
| 4. | Bell Laboratories Technical Memorandum entitled "Home Information System (HIS) Application Level Code Sets," by W.A. Frezza, dated April 18, 1980 (LUC 004347-004385) (the "April 18, 1980 Memorandum") |
| 5. | Bell Laboratories document entitled "HIS Market Trial," dated March 18, 1981 (LUC 004035-004041) (the "March 18, 1981 Memo") |
| 6. | Bell Laboratories document entitled "Draft Home Information System Presentation Level Protocol Specification," dated April 14, 1981 (LUC 003903-004026) (the "April 14, 1981 Draft PLP Specification") |
| 7. | Final Report: NASA Grant NSG 1508, Extension of the CORE Graphics System for Raster Graphics Display, by James D. Foley, Dara Dastyar, James Templeman, Patricia Wenner, The George Washington University, Washington D.C., 1980 ("NASA Final Report") |
| 8. | Lucent v. Gateway; Case No. 02-CV-2060 B (CAB) – Affidavit of Jean A. Pec dated September 14, 2007 with attached Exhibits A-B |
| 9. | Fleming Reexamination Petition |
| 10. | "Picture Description Instructions (PDI) For The Telidon Videotex System" by H.G. Bown, C.D. O'Brien, W. Sawchuk and J.R. Storey, Communications Research Center, Department of Communications, Canada, CRC Technical note No. 699-E, published November, 1979 ("CRC 699-E") |
| 11. | Recommendation S.100: "'International Information Exchange for Interactive Videotex," CCITT Yellow Book, Vol. 7. Fascicle 7.2, Geneva, Switzerland, Nov. 21, 1980 ("Recommendation S.100") |
| 12. | Recommendation F.300: "Videotex service," CCITT Yellow Book, Vol. 2, Fascicle 2.4, Geneva, Switzerland, Nov. 21, 1980 |
| 13. | Recommendation S.61: "Telegraph and Telematic Services Terminal Equipment," CCITT Yellow Book, Vol. 7. Fascicle 7.2, Geneva, Switzerland, Nov. 21, 1980 |
| 14. | The Application of The Intercolor 8000 Terminal To Thematic Cartography, James R. Carter, Siggraph '76, July 14-16, 1976. |
| 15. | "Dynamically Redefinable Character SETS - D.R.C.S.," G.O. Crowther, IEEE Transactions on Consumer Electronics, Volume CE-26, Issue 4, Nov. 1980, pp. 707- 716 ("Crowther") |
| 16. | Videotex: The Key Issues, Videotex Report Series, Report No. 1, Butler Cox & Partners Limited, July 1980 ("Videotex Key Issues") |
| 17. | "A Perspective on the Development of Videotex in North America," C. Douglas O'Brien, Herbert G. Bown, IEEE Journal on Selected Areas in Communications, Vol. SAC-1, No. 2, February 1983 ("Perspective On The Development Of Videotex") |
| 18. | "Color Table Animation," Richard G. Shoup, Xerox Palo Alto Research Center, Palo Alto, CA, 1979 ("Shoup") |
| 19. | "Status Report of the Graphics Standards Planning Committee," Computer Graphics, Vol. 11, No. 3, Fall 1977 ("1977 Status Report") |

1

**Exhibit 15**
**Page 444**

**EXHIBIT 1**

| | |
|---|---|
| 20. | Book, "Videotex the New Television-Telephone Information Services," by Roger Woolfe, 1980 (the "Videotex Textbook") |
| 21. | Book, "Principles of Interactive Computer Graphics," McGraw-Hill Computer Science Series, Second Edition, by William M. Newman and Robert Sproull (the "Newman & Sproull") |
| 22. | "The Story of PLP," Joe D. Wetherington, IEEE Journal on Selected Areas in Communications, Vol. SAC-1, No. 2, pp. 267-277, Feb. 1983 |
| 23. | "Antiope LSI," P. Frandon, G. Chauvel, IEEE Transactions on Consumer Electronics, Vol. CE-25, No. 3, pp. 334-338, July 1979 |
| 24. | "Viewdata and Videotext, 1980-81: A Worldwide Report," Transcript of Viewdata '80, London, Mar. 26-28, 1980 |
| 25. | "Telidon: A New Approach to Videotex Design," H.G. Bown, C.D. O'Brien, W. Sawchuk, J. Storey, IEEE Transactions on Consumer Electronics, Vol. CE-25, No. 3, pp. 256-268, July 1979 |
| 26. | "Telidon – A Review," Herbert G. Bown, William Sawchuk, IEEE Communications Magazine, pp. 22-28, Jan. 1981 ("Telidon, A Review"). |
| 27. | "Design Document for the George Washington University Implementation of the 1979 GSPC Core System," Patricia Wenner, George Washington University, Washington, DC, 1979. |
| 28. | "Core System Implementations – A Status Report," Gary Chappell, Peter Bono, pp. 53-66. |
| 29. | "Implementations of the Core," Gary Chappell, pp. 260-278, Sept. 1979. |
| 30. | "Core Standard Graphic Package for the VGI 3400," Ken Levine, pp. 298-300. |
| 31. | "A Functional Overview of the Core System with Glossary," James C. Michener, Andries Van Dam, Computing Surveys, Vol. 10, No. 4, pp. 381-387, Dec. 1978. |
| 32. | "The DI-3000 Implementation of the 1979 GSPC 'Core' Graphics Standard," Nikolaus J. Kiefhaber, James R. Warner, pp. 170-172, ACM, 1980. |
| 33. | "The George Washington University Core System Implementation," James D. Foley, Patricia A. Wenner, Computer Graphics, Vol. 15, No. 3, pp. 123-131, Aug. 1981. |
| 34. | "The Beginning of the Beginning," Douglas Parkhill. |
| 35. | ISO 646 |
| 36. | ISO 2022.1, 2022.2 |
| 37. | ISO 6429 |
| 38. | ISO6937 |
| 39. | Book, "Viewdata 81" Published by Online Conferences Limited, UK, 1981 |
| 40. | The Telidon Story Address, Parkhill, Douglas F., Department of Communications to Rotary Club, Toronto, OT, Sept. 11, 1981. |
| 41. | "The Antiope Videotex System," Marti, B, et al., CCETT, Rennes, France, June 20, 1979. |
| 42. | "Antiope and D.R.C.S., " Lambert, O., et al., CCETT, France, IEEE Transactions on Consumer Electronics, Vol. CE-26, August 1980. |
| 43. | "Presentation Level Protocol Videotex Standard, " Bell System, May 1981. |

2

**Exhibit 15**
**Page 445**

## EXHIBIT 1

| 44. | Book, "Videotex '81 International Conference & Exhibition'" May 20-22, 1981, Toronto, Canada |
|---|---|
| 45. | Prestel Terminal Specification, Edition One, Issue July 3, 1982 |
| 46. | Lucent v. Gateway. Case No. 02CV2060-B – Order Construing Claims for United States Patent Number 4,439,759 dated 11/05/2005 |
| 47. | Preliminary Specification for the ANTIOPE® Teletext System, C. Schwartz, B. Marti and A. Poignet, Radio-television Broadcasting; 11th Year — No. 47 — April – May 1977 (the "Antiope Specification") |
| 48. | Certification of Translation of from French into English of "Preliminary Specification for the ANTIOPE® Teletext System, C. Schwartz, B. Marti and A. Poignet, Radio-television Broadcasting; 11th Year — No. 47 — April – May 1977. |
| 49. | "Implementations of the CORE," Chappell, G., Computer Graphics 13(4), February 1980, pp. 260-278. |
| 50. | "Some raster graphics extensions to the Core System," James D. Foley , James N. Templeman , Dara Dastyar, Proceedings of the 6th annual conference on Computer graphics and interactive techniques, pp.15-24, August 08-10, 1979, Chicago, Illinois. |
| 51. | "Status report of the graphic standards planning committee," Computer Graphics staff, ACM SIGGRAPH Computer Graphics, v.13 n.3, p.1-10, August 1979. |
| 52. | "The George Washington University Core System implementation," ACM SIGGRAPH Computer Graphics archive, Vol. 15 , Issue No. 3, August 1981, pp. 123 – 131. |
| 53. | "Status Report of the Graphic Standards Planning Committee," Computer Graphics, Vol. 13, No. 3, New York, NY, Aug. 1979. |
| 54. | NTIS Raster Graphics Extensions to the Graphics Compatibility System (GCS), George Washington University Department of Electrical Engineering and Computer Science, March 1979 |
| 55. | "The Telidon Story Address," Parkhill, Douglas, Department of Communications to the Rotary Club, Sept. 11, 1981 |
| 56. | "The Beginning of a Beginning," Parkhill, Douglas, 1987. |
| 57. | VideoData, Online Conferences, Ltd., London, England, 1981. |
| 58. | "Comparative Terminal Realizations with Alpha-Geometric Coding," H.G. Bown, C.D. O'Brien, W. Sawchuk, J. Storey, R. Marsh, Federal Department of Communications, August 1980, IEEE Transactions on Consumer Electronics, Volume CE-26, Issue 3, pp. 605-617 ("Comparative Terminal Realizations") |
| 59. | "Telidon: A New Approach to Videotex System Design," H.G. Bown, C.D. O'Brien, W. Sawchuk,  J. Storey, Federal Department of Communications; IEEE Transactions on Consumer Electronics, July 1979, Volume CE-25, Issue No. 3, pp. 256-268 ("Telidon"). |
| 60. | "Canadian Videotex System," by Herbert G. Brown, C. Douglas O'Brien, Y. F. Lum, William Sawchuk, J. R. Storey; IPC Business press, Computer Communications, Volume 2, Number 2, pp. 65-68, April 1979 ("Canadian Videotex"). |
| 61. | H.G. Bown, C.D. O'Brien, W. Sawchuk, and J.R. Storey, "A General Description of Telidon:—A Canadian Proposal for Videotex Systems", CRC Technical Note No. 697-E, Communications Research Centre, Canadian Department of Communications, Ottawa, December 1978. |
| 62. | "A Description of the Broadcast Telidon System," J.R. Storey, A. Vincent, , R. Fitzgerald, Federal Department of Communications; IEEE Transactions on Consumer Electronics, Aug. 1980, Volume CE-26, Issue 3, pp. 578-586. |

3

**Exhibit 15**
**Page 446**

**EXHIBIT 1**

| | |
|---|---|
| 63. | "TELIDON-A review," H. Bown, W. Sawchuk, Communications Magazine, IEEE Volume 19, Issue 1, Jan 1981 pp. 22 – 28 |
| 64. | "Telidon Teletext System Field Trials," A. Vincent, G. Phillips, Communications Research Centre Department of Communications; IEEE Transactions on Consumer Electronics, Aug. 1981 Volume: CE-27, Issue No. 3, pp. 530-535. |
| 65. | RM-9400 Series Graphic Display System Software Reference Manual, Ramtek Corporation, 2211 Lawson Lane, Santa Clara. CA, 1979 |
| 66. | "Telidon Videotex Presentation Level Protocol: Augmented picture description instructions," C.D. O'Brien, H. C. Bown, J. C. Smirle, Y, F. Lum. and J. K. Kukulka, Dep. Commun., Canada. CRC Tech. Note 709, Feb. 1982. |
| 67. | "Image, A Language for the Interactive Manipulation of a Graphic Environment," C. O'Brien, Master's Thesis, Carleton Univ., Ottawa, Ontario, Canada, May 1975.1 |
| 68. | "An Interactive Image Communication System Using Narrowband Lines," William Sawchuk, Herbert G. Bown, C. Douglas O'Brien, G. Wo Thorgeirson, Computers & Graphics 3(4), pp. 129-134, 1978. |
| 69. | "An Interactive Image Communications System Using Packet Switched Networks," W. T. Lalonde and C. D. O'Brien, Dep. Commun., Canada, CRC Tech. Note 701, Dec. 1980 |
| 70. | "NTSC Compatible Text and Graphics," A. Lippman, N. Negroponte, Presentation at T Chicago Spring Conference on Consumer Electronics, 1980 |
| 71. | "Broadcast specification BS-14," Dep. Commun., Canada, Telecommun. Regulatory Service, June 1981. |
| 72. | "On the Generation and Representation of Line Drawings," Bown, H.G.; Allard, P.E., CRC Technical Note No. 689, Department of Communications; Ottawa, Canada, February 1978. |
| 73. | "Adaptation of U.K. Teletext System for 525/60 Operation," Crowther, G.O., Mullard Limited, IEEE Transactions on Consumer Electronics, Aug. 1980, Volume: CE-26 , Issue 3, pp. 587 – 599 ("Adaptation of U.K. Teletext "). |
| 74. | "Enhanced UK Teletext Moves Towards Still Pictures," J.P. Chambers, IEEE Transactions on Consumer Electronics, Volume CE-26, Issue 3, Aug. 1980, pp. 527 – 554 ("Enhanced UK Teletext"). |
| 75. | "Teletext and Viewdata Costs as Applied to the U.S. Market," G.O. Crowther, IEEE Transactions on Consumer Electronics, Volume CE-25, Issue 3, July 1979, pp. 339 – 344. |
| 76. | "Teletext and Viewdata Systems and Their Possible Extension to Europe and USA," G.O. Crowther, IEEE Transactions on Consumer Electronics, Volume CE-25, Issue 3, July 1979, pp. 288 - 294 |
| 77. | "Design Document for the George Washington University Implementation of the 1979 GSPC CORE System," Wenner, P., et al., Technical Report GWU-EE/CS-80-06, The George Washington University, 1980. |
| 78. | "A Random-Access Video Frame Buffer," J.T. Kajiya, I.E. Sutherland, E.C. Cheadle, Proceedings of the Conference on Computer Graphics, Pattern Recognition, and Data Structure, IEEE, 1975, pp. 1-6, New York, NY. |
| 79. | "Look-Up Table Video Processor for Multiband Image Display Terminals," J. Gonzalez, IBM Technical Disclosure Bulletin, Vol. 21, No. 5, pp. 2012-14, USA, Oct. 1978. |
| 80. | "Color Map Techniques," Kenneth R. Sloan, Jr., Christopher M. Brown, Computer Graphics and Image Processing 10, pp. 297-317, Feb. 9, 1979. |
| 81. | "Computer Graphics for Half-Tone Three-Dimensional Object Images," John Staudhammer, Deborah J. Ogden, Comput. & Graphics, Vol. 1, pp. 109-114, Great Britain, 1975. |

4

**Exhibit 15**
**Page 447**

**EXHIBIT 1**

| 82. | "Color-Mapping Techniques for Computer Aided Design and Verification of VLSI Systems," Steven L. Tanimoto, Comput. & Graphics, Vol. 5, pp. 103-113, Great Britain, 1980. |
| 83. | "Digital Paint Systems Historical Overview Technical Memo 14, Alvy Ray Smith, May 30, 1997 |
| 84. | 6200A Colorgraphic Terminal System Programming Manual – TCS Release 2.0, Part No. 504600B, Ramtek Corporation, pp. cover – iii, Sunnyvale, CA.. |
| 85. | 6211 Color Graphic Terminal Hardware Reference Manual, Publication No. 3000039-01, Rev. A, pp. cover-ix/x, Santa Clara, CA, Oct. 1981. |
| 86. | 9000 Series Rm 9100, 9200, 9300 Graphic Display System Programming Manual, RAMTEK, pp. cover-ix, Sunnyvale, CA, USA, Mar. 1977 |
| 87. | 9000 Series Graphic Display System - System Description Manual, RAMTEK Corporation, pp. cover-iii, Sunnyvale, CA, Nov. 1977. |
| 88. | 9000 Series RM 9100, 9200, 9300 Graphic Display System Theory of Operation Manual Vol. 1, Revision B, pp. cover-x, Sept. 30, 1977. |
| 89. | "Color Image Quantization for Frame Buffer Display," Paul S. Heckbert, Massachusetts Institute of Technology, Cambridge, MA, May 1980. |
| 90. | Japanese Patent No. 0423768721, July 14, 1995. |
| 91. | "ITV Image Input and Color TV Display Equipment for Research of Computer Picture Processing," Toshiyuki Sakai, Takeo Kanade, Masatoshi Kubo, Yasuo Ariki, IE 75-74, Nov. 4, 1975, Kyoto, Japan. |
| 92. | Abstract re: Conventional Picture Processing System. Japanese Publication, Vol. 15, No. 12, pp. 943-947, Dec. 1974. (handwritten: '759 Patent at top of first page) |
| 93. | Light 50 User's Guide, Applied Dynamics International Graphic Systems Division, 1980. |
| 94. | Terminal Command Protocol, Advanced Electronics Design, Inc., July 1982, Sunnyvale, CA. |
| 95. | "Digital Paint Systems: An Anecdotal and Historical Overview," Alvy Ray Smith, IEEE Annals of the History of Computing, pp. 4-30, April-June 2001 |
| 96. | 5216 Standard Firmware User's Manual Document No. 150-6045-004, Revision June 1981 |
| 97. | Color Graphics Language (CGL) Software Reference Manual, Model: 6211, 6212, 6412, Ramtek Corporation, Sunnyvale, CA, Dec. 1981. |
| 98. | "Color Image Quantization for Frame Buffer Display," Paul S. Heckbert, Massachusetts Institute of Technology, Cambridge, MA, May 1980. |
| 99. | "SIGGRAPH '79 Proceedings," Computer Graphics, Vol. 13, No. 2, pp. cover-i, 15-24, New York, NY, Aug. 1979. |
| 100. | "Model GM-613 and GM-619 Graphic Monitor Instruction Manual," Ramtek Corporation, Sunnyvale, CA, Nov. 22, 1976. |
| 101. | "RM-9000 – DR11-B/C Interface Board," Ramtek Corporation, pp. cover-iv, Sunnyvale, CA, |
| 102. | "RM-9000 Series Diagnostic Test Card," Revision B-2, Ramtek Corporation, Sunnyvale, CA, Dec. 1977. |
| 103. | "RM-9460 Graphic Display System Hardware Reference Manual," Revision A, Ramtek Corporation, Santa Clara, CA, Sept. 1982. |

5

**Exhibit 15**
**Page 448**

**EXHIBIT 1**

| 104. | "Look Up Table Video Processor for Multiband Image Display Terminals," J. Gonzalez, IBM Technical Disclosure Bulletin, pp. 2012-2013, Switzerland, Oct. 1978. |
|------|---|
| 105. | "Dual Port Color Monitor Adapter," R.C. Kurtz, IBM Technical Disclosure Bulletin, pp. 1331-1332, Austin, TX, Aug. 1982. |
| 106. | "Emulation of Hardware Display Adapter," Bowater, R.J. Harrison, R.B. Norris, PW, IBM Technical Disclosure Bulletin, pp. 5126-5127, United Kingdom, Feb. 1985. |
| 107. | "Interactive Color Selection Apparatus for Color Graphics Displays," Giddings, GM Langdon, GG, IBM Technical Disclosure Bulletin, pp.4400-4401, San Jose, CA, April 1, 1977 |
| 108. | "Color Process Information Display System Model IDT-2000," Industrial Data Terminals Corp., Columbus, OH, Oct. 1979. |
| 109. | "High Performance Graphics/Image Processor and Display System," Ikonas Graphics Systems Inc., Raleigh, NC, 1980. |
| 110. | "ITV Image Input and Color TV Display Device for Research of Computer Image Processing,"  Toshiyuki Sakai, Takeo Kanade, Masatoshi , Yasuo Ariki, Kyoto University, Japan. |
| 111. | "A Random-Access Video Frame Buffer," James Kajiya, Ivan E. Sutherland, Edward C. Chaadle, Proceedings of the Conference on Computer Graphics, Pattern Recognition, & Data Structure, IEEE Catalog No. 75CH0981-1C, May 1975. |
| 112. | "Nexus 5500 Mode 1 (nexus 5300) & Mode 2 (nexus 5400), OHM Co., LTD. Manufacture's Representative, Tokyo, Japan, Oct. 1980. |
| 113. | "Paint," Alvy Ray Smith, Technical Memo No. 7, Tutorial Notes, SIGGRAPH '79-'82, New York Institute of Technology, July 20, 1978. |
| 114. | "A Modular Family of High Resolution Raster Scan Display Systems for Generating Image, Graphics and Alphanumeric Data in Color, Gray Scale and Black and White," Ramtek 9400 Series Product Description RM 9400-10, 30, 50, 8X, 9X, USA, 1980. |
| 115. | "Ramtek Introduces the Most Powerful Raster Graphics and Imaging Display System Ever Made," Ramtek 9400 Series, Ramtek Corporation, Sunnyvale, CA. |
| 116. | "Instruction Manual Model GX-100A Graphic Display System Volume 1," Ramteck Corporation, Sunnyvale, CA, Oct. 1975. |
| 117. | "Raster Graphics Extensions to the Graphics Compatibility System (GCS)," James D. Foley, James Templeton, Dara Dastylar, George Washington University, Washington, DC, Mar. 1979. |
| 118. | "RM-9000-DR11-B/C Interface Board," Ramtek Corporation, Sunnyvale, CA, May 16, 1977. |
| 119. | "RM-9000 Series Diagnostic Test Card Revision B-2," Ramtek Corporation, Sunnyvale, CA, Dec. 1977. |
| 120. | "RM-9460 Graphic Display System Hardware Reference Manual," Ramtek Corporation, Sunnyvale, CA, Sept. 1982. |
| 121. | "A Conversational Picture Processing System for Processing Digital Pictorial Data," Information Processing, Vol. 15, No. 12, Dec. 1974. |
| 122. | Schematic:  Four Channel Video Path, Ikonas Graphics Systems, Inc., Aug. 12, 1980. |
| 123. | "Adage 3000 Color Raster Display System," Adage, Inc., Billerica, MA. |

6

**Exhibit 15**
**Page 449**

**EXHIBIT 1**

| | |
|---|---|
| 124. | "Advanced Architecture for Graphics and Image Processing," Nick England, SPIE Vol. 301, Design of Digital Image Processing Systems, pp. 54-57, 1981. |
| 125. | "Dorado Hardware Manual," E.R. Fiala, Xerox Palo Alto Research Center, Palo Alto, CA, Oct. 8, 1979. |
| 126. | "GCT3 Graphic Software System Programming Reference Manual," Genisco Computers, Irvine, CA, Apr. 1977. |
| 127. | Lexidata LEX 90 Display Processing System User Guide |
| 128. | NAPLPS Specification for Online Graphics Format, Michael Dillon, Memra Software Inc., Mar. 1993. |
| 129. | "Outstanding Features of the Ikonas RDS-3000 Product Line," Ikonas. |
| 130. | "Preliminary Programming Guide MA1024/D, MA1024," MCW, Ikonas Graphics Systems, Inc., Sept. 15, 1980. |
| 131. | "Real-Time Image Computer Configuration," P. Wambacq, J. DeRoo, L. Van Eycken, A. Oosterlinck, H. Van den Berghe, SPIE Vol. 301 Design of Digital Image Processing Systems, Leuven, Belgium, 1981. |
| 132. | "Computer Animation Techniques," SIGGRAPH '79 Tutorial, Sixth Annual Conference on Computer Graphics and Interactive Techniques, 1979. |
| 133. | "The Spice Project," J. Eugene Ball, et al., 1980 1981 Computer Science Research Review, Department of Computer Science Carnegie-Mellon University, Pittsburgh, PA, 1980-1981. |
| 134. | "Computers Promise the Fountains of Utopia But All They Deliver Is a Flood of Information," Langdon Winner, Whole Earth Review, No. 44, pp. 22-28, Dec. 1984/Jan. 1985. |
| 135. | "Add Aydin Image-ination," Advertisement. |
| 136. | "Data Structuring Facilities for Interactive Videotex Systems," Frank W. Tompa, Jan Gecsei, Gregor V. Bochmann, IEEE, pp. 72-81, Aug. 1981. |
| 137. | "An Introduction to Teletext and Viewdata with Comments on Compatibility," Walter Ciciora, Gary Sgrignoli, William Thomas, IEEE Transactions on Consumer Electronics, Vol. CE-25, No. 3, pp. 235-245, July 1979. |
| 138. | "Prestel the World's First Public Viewdata Service," Roy D. Bright, IEEE Transactions on Consumer Electronics, Vol. CE-25, No. 3, pp. 251-255, July 1979. |
| 139. | "The Development of a Coding Hierarchy for Enhanced UK Teletext," John P. Chambers, John L. Riley, IEEE Transactions on Consumer Electronics, Vol. CE-25, No. 3, pp. 536-540, Aug. 1981. |
| 140. | "Twenty-Four Rows of Videotex in 525 Scan Lines," Walter S. Ciciora, IEEE Transactions on Consumer Electronics, Vol. CE-27, No. 4, pp. 575-587, Nov. 1981. |
| 141. | "Potential of Extended Teletext," J.P. Chambers, Television: Journal of the Royal Television Society, pp. 43-45, Sept./Oct. 1980. |
| 142. | Excerpts and Photos from the 1980 Chicago Spring Conference |
| 143. | "Conference Calendar," IEEE Communications Magazine, pp. 58-60, May 1980. |
| 144. | "Enhanced UK Teletext Moves Towards Still Pictures," J.P. Chambers, IEEE Transactions on Consumer Electronics, Vol. CE-26, No. 3, pp. 527-554, Aug. 1980. |
| 145. | "Japanese VIDEOTEX System "CAPTAIN" –Experimental Service and User Reactions Outline," Susumu Harashima, Takao Kumamoto, Tadashi Kitamura, IEEE Transactions on Consumer Electronics, Vol. CE-29, No. 12, pp. 1959-1967, Dec. 1981. |
| 146. | "V.H.F. Radio-Data: Experimental BBC Transmissions," S. R. Ely, B. Eng,, BBC Research & Development, June 1981/4. |

7

Exhibit 15
Page 450

**EXHIBIT 1**

| | |
|---|---|
| 147. | "Telidon Teletext System Field Trials," A. Vincent, G. Phillips, , IEEE Transactions on Consumer Electronics, Vol. CE-27, No. 3, pp. 530-535, Aug. 1981. |
| 148. | "A Description of the Broadcast Telidon System," J.R. Storey, A. Vincent, R. Fitzgerald, , IEEE Transactions on Consumer Electronics, Vol. CE-26, pp. 578-586, Aug. 1980. |
| 149. | "The Application of Picture Coding Techniques to Viewdata," K. E. Clarke, IEEE Transactions on Consumer Electronics, Vol. CE-26, pp. 568-577, Aug. 1980. |
| 150. | "Proceedings of the National Electronics Conference," National Engineering Consortium, Inc., Vol. 33, Oct. 29-31, 1979. |
| 151. | "Guest Editorial – Canada:  At the Fore of Communications," Douglas F. Parkhill, IEEE Communications Magazine, pp. 3-8, Jan. 1981. |
| 152. | "Comparative Study of Broadcast Teletext Systems," Y, Guinet, European Broadcasting Union Review, No. 165, pp. 242-254, Oct. 1977. |
| 153. | "Teletext:  Towards an Information Utility?" Timothy J. Logue, Journal of Communication, pp. 58-65, Autumn 1979. |
| 154. | "Set Top Adapter Considerations for Teletext," Howard F. Prosser, IEEE Transactions on Consumer Electronics, Vol. CE-25, No. 3, pp. 393-399, July 1979. |
| 155. | "Enhanced Graphics for Teletext," R. H. Vivian, IEEE Transactions on Consumer Electronics, Vol. CE-27, No. 3, pp. 541-550, Aug. 1981. |
| 156. | "Implementation and Evaluation of Input Functions for the 1979 Core Graphics System, Version 1 of 2, James Hanlon, George Washington University, Washington, DC, 1982. |
| 157. | "Implementation and Evaluation of Input Functions for the 1979 Core Graphics System, Version 2 of 2, James Hanlon, George Washington University, Washington, DC, 1982. |
| 158. | "New Products," Demetrios A, Michalopoulos, Computer, pp. 72-77, July 1980. |
| 159. | DI-3000 Second Advertisement |
| 160. | "DIGRAF – A FORTRAN Implementation of the Proposed GSPC Standard," James R. Warner, University of Colorado Computing Center Abstract, pp. 301-307, Boulder CO. |
| 161. | "Final Report of the GSPC State-of-the-Art Subcommittee," R. H. Ewald, R. Fryer, pp. 14-169. |
| 162. | "Some Major Issues in the Design of the Core Graphics System," James C. Michener, James D. Foley, , Computing Surveys, Vol. 10, No. 4, pp. 445-463, Dec. 1978. |
| 163. | "Synopsis of Changes," Status Report of the GSPC, 1977. |
| 164. | "Principles of Device- Independent Computer Graphics Software," James R. Warner, IEEE CG&A, pp. 85-100, Oct. 1981. |
| 165. | "GUMBI – A Graphic User Microprogrammable Bit-Slice Interpreter," Neil Weste, Bryan Ackland, IEEE, pp. 232-237, 1979. |
| 166. | "An IC Design Station Needs a High Performance Color Graphic Display," Neil Weste, Bryan Ackland, ACM, pp. 285-291, 1980.. |
| 167. | "Real Time Animation Playback on a Frame Store Display System," Bryan Ackland, Neil Weste, ACM, pp. 182-188, 1980. |

8

**Exhibit 15**
**Page 451**

**EXHIBIT 1**

| 168. | "Microprocessors in Consumer Products," Paul M. Russo, Chih-Chung Wang, Phillip K. Baltzer, Joseph A. Weisbecker, Proceedings of the IEEE, Vol. 66, No. 2, pp. 131-141, Feb. 1978. |
|---|---|
| 169. | "Integrating Solid Image Capability into a General Purpose Calligraphic Graphics Package," G. Laib, R. Puk, G. Stowell, ACM, pp. 79-85, 1980. |
| 170. | "The AGF Plotfile – Towards a Standardization for Storage and Transportation of Graphics Information," G. Enderle, I. Giese, M. Krause, H.P. Meinzer, pp. 92-113. |
| 171. | "The BIG System – Synergetic Graphics," Charles E. Quenneville, Harvey Z. Kriloff, Boeing Computer Services, Inc., Seattle, WA, pp. 174-178 |
| 172. | "Interactive Color Map Displays of Domestic Information," J. Dalton, J. Billingsley, J. Quann, P. Bracken, NASA/Goddard Space Flight Center, ACM, pp. 226-233, 1979. |
| 173. | "Device Independent Graphics Software Is It Possible?" Jack R. Davis, Versatec Corp., pp. 232-245, Santa Clara, CA. |
| 174. | "Roster of Graphic Languages and General Subroutine Packages," Toby Berk, Arie Kaufman, Mathmatical Sciences Department, Florida International University, Miami, FL, pp. 362-380. |
| 175. | "Levels of Language for Portable Software," P.J. Brown, Communications of the ACM, Vol. 15, No. 12, pp. 1059-1062, Dec. 1972. |
| 176. | "Omnigraph: Simple Terminal-Independent Graphics Software," Robert F. Sproull, Xerox Palo Alto Research Center, Palo Alto, CA, Dec. 1973. |
| 177. | "4014 and 4014-1 Computer Display Terminal User's Manual," Tektronix, Inc., Beaverton, OR, July 1974. |
| 178. | "System and Hardware Considerations of Home Terminals with Telephone Computer Access," John Blank, IEEE Transactions on Consumer Electronics, Vol. CE-25, No. 3, pp. 311-317, July 1979. |
| 179. | "A Viewdata Interface for Arbitrary Computer Programs," Jacob Palme, Software: Practice and Experience, Vol. 10, Issue 12, pp. 987-991, Dec. 1980. |
| 180. | "Teletext Systems: A Review," A.J. Biggs, Physics in Technology 10, pp. 11-19, 1979. |
| 181. | "Digital Video Display Systems and Dynamic Graphics," Ronal Baecker, ACM, pp. 48-56, 1979. |
| 182. | "Evaluation of Mouse, Rate-Controlled Isometric Joystick, Step Keys, and Text Keys for Text Selection on a CRT," Stuart K. Card, William K. English, Betty J. Burr, Ergonomics, Vol. 21, No. 8, pp. 601-613, 1978. |
| 183. | "A Single Board Color Graphics System with 'Transparent Memory'," Edward Dwyer, Canadian Electronics Engineering, pp. 19-21, 62, Feb. 1979. |
| 184. | "A Standard Computer Graphics Subroutine Package," James D. Foley, Computers & Structures, Vol. 10, pp. 141-147, 1979. |
| 185. | "Mesa Language Manual," James G. Mitchell, William Maybury, Richard Sweet, Xerox Palo Alto Research Center, Palo Alto, CA, Apr. 1979. |
| 186. | "The Workstation Concept of GKS and the Resulting Conceptual Differences to the GSPC Core System," J. Encarnacao, G. Enderle, K. Kansy, G. Nees, E.G. Schlechtendahl, J. Weiss, P. Wibkirchen, ACM, pp. 226-230, 1980. |
| 187. | "Xerox Introduces 'Intelligent Copier'," Peter J. Schuyten, New York Times, Sept. 25, 1980. |
| 188. | "Advances in Human-Computer Interaction, Volume 3," H. Rex Hartson, Deborah Hix, Ablex Publishing Corp., Norwood, NJ, 1992. |

9

**Exhibit 15**
**Page 452**

**EXHIBIT 1**

| 189. | "FORMAL: A Forms-Oriented, Visual-Directed Application Development System," Nan C. Shu, Computer, pp. 38-49, Aug. 1985. |
|---|---|
| 190. | "GRAPH: A System for Television Graphics Part I," John Webster, John Young, BYTE Publications Inc., pp. 62-77, May 1978. |
| 191. | "Advanced Display Systems for Crew Stations of Tactical Aircraft," W.G. Ast, D.E. Green, American Institute of Aeronautics and Astronautics, Inc., pp. 473-481, 1981. |
| 192. | "GRAPHX 11," Jeff Gallup, FALL 1973 Papers and Presentations, Digital Equipment Computer Users Society, pp. 195-198, Fall 1973. |
| 193. | "Cabletext: Text Distribution on CATV Networks," W.A. Kaiser, L. Buehlnaier, Symposium Record GATV Sessions, pp. 3-13. |
| 194. | "A Terminal Control System," Jon A. Meads, Proceedings of the IFIP Working Conference on Graphic Languages, 1972. |
| 195. | "Secretory IgA-, IgG- and C3b-coated Bacteria in the Nasopharynx of Otitis-Prone and Non-Otitis-Prone Children," Lars-Eric Stenfors, Simo Raisanen, Acta Otolaryngol, Vol. 1993 113(2) pp. 191-195. |
| 196. | "Designing Menu Selection Systems," Ben Schneiderman, Journal of the American Society for Information Science, pp. 57-70, Mar. 1986. |
| 197. | "Rapid Prototyping of Interactive Information Systems," Anthony I. Wasserman, David T. Sheumake, ACM Sigsoft Software Engineering Notes, Vol. 7, No. 5, pp. 171-180, Dec. 1982. |
| 198. | "Some Comparisons of On-Display and Off-Display Touch Input Devices for Interaction with Computer Generated Displays," D. Whitfield, R. G. Ball, J. M. Bird, Ergonomics, Vol. 26, No. 11, pp. 1033-1053, 1983. |
| 199. | "European Interactive Videotex Service: Display Aspects and Transmission Coding," CEPT Rec T/CD6-1, Innsbruck, Austria, May 1980. |
| 200. | "NTSC Compatible Text and Graphics," A. Lippman, N. Negroponte, Presentation at T Chicago Spring Conference on Consumer Electronics, 1980 |
| 201. | "Control Procedures of the Teletext Service," Yellow Book, Vol. VII.2, CCITT Rec. 62, Geneva, Switzerland, 1980. |
| 202. | Videotex System Planning, Costa, Jose M., Marsh, Antony H., Proceedings of the National Electronics Conference, National Engineering Consortium, Volume XXXIII, Chicago IL, Oct. 29-31, 1979. |
| 203. | Interactive Color Selection Apparatus for Color Graphics Display_ Technical Disclosure, Apr. 1, 1977 |
| 204. | European Patent Application 0 012 420, June 25, 1980, Methods of Operating Electrochronic Display Devices and Apparatus for Performing the Methods |
| 205. | Demande De Brevet Europeen 0 023 861, February 2, 1981. |
| 206. | International Application Published Under the PCT Publ. No WO 80/01422, July 10, 1980, Data Processing System and Apparatus for Color Graphics Display |
| 207. | Computer Graphics Reaching the User, Myers, Ware, IEEE, March 1981. |
| 208. | Planning the Videotex Network, Costa, J. M., Chitnis, A. M., Canadian Electronics Engineering, April 1980. |
| 209. | The International Telecommunication Union and Development of Worldwide Telecommunications, Bellchamber, W. H., IEEE, Vol. 22, No. 5, May1984. |

10

**Exhibit 15**
**Page 453**

# EXHIBIT 1

| 210. | Article, "Towards Videotex Standards," Bochmann, Gregor v., Gecsei, Jan, Online Conferences Ltd., University of Montreal, Canada, 1980 pp. 253-263 |
|---|---|
| 211. | A Users Guide to PLOT79, Beebe, Nelson H. F., Department of Physics and Chemistry, University of Utah, Salt Lake City, UT, 1979 |
| 212. | NTIS_The Raster Graphics Extension to the GCS, George Washington University Department of Electrical Engineering and Computer Science, Mar. 1979. |
| 213. | Book, "Device-Independent Graphics with Examples from IBM Personal Computers," by Robert F. Sproull, W.R. Sutherland, and Michael Ullner, 1985. |
| 214. | Radio Shack_Going Ahead with Extended Color Basic TRS-80 Color Computer, 1981. |
| 215. | Videotex in Europe Conference Proceedings, Commission of the European Communities, Luxembourg, July 19-20, 1979 |
| 216. | Implementation of Raster Extensions to the Core System, Marlino, Sarah J., Worcester Polytechnic Institute, January 1982 |
| 217. | Apple II The DOS Manual Disk Operating System, Apple Computer Inc., Cupertino, CA, 1980 |
| 218. | National Research Council Canada Search Hits, http://cat.cisti-icist.nrc-cnrc.gc.ca/search/a?searchtype=t&searcharg=a+general+description, last visited Aug. 8, 2007 |
| 219. | NTIS Programming Guide for Color Graphics on the NorPak VDP/VGS and VDP/RGS, Defense Research Establishment Ottawa, OT, Dec. 1981. |
| 220. | "United Kingdom Videotex Service and the European Unified Videotex Standard," Childs, Geoff, IEEE Journal on Selected Areas in Communications, Vol. Sac-1, No. 2, February 1983. |
| 221. | Whole Earth Review – Computers As Poison, December 1984 – January 1985 No. 44 |
| 222. | "Level One Software System Design for AYGRAF/CORE" Document No. 150-6045-094, September 1979 |
| 223. | Ramtek Programming Manual Micrographic Terminal Graphic Display System (MGT 6000); 6200 Colorgraphic Terminal System – Programming Manual – TCS Release 2.0; Part No. 504600B |
| 224. | Abstract, "Brief Communication – A Review of Telidon Development," by Dorothy Phillips, Online Review, 1980, Vol. 4, No. 2 |
| 225. | IFIP Working Conference on Graphic Language, Vancouver, Canada, May 22-26, 1972 |
| 226. | Memory Control Processor (MCP) Functional Specification – Document No. 296-5210 |
| 227. | Thesis, "An Implementation of the Raster Extensions to the Core System," by Sarah J. Marlino, January 1982 |
| 228. | Abstract, "IMAGE a Language for the Interactive Manipulation of a Graphics Environment," by C.D> O'Brien and H.G. Bown, pp. 53-60 |
| 229. | Computer Graphics Quarterly Report of SIGGRAPH-ACM, Vol. 13, No. 3, August 1979 – Status Report of the Graphic Standards Committee |
| 230. | Computer Graphics Quarterly Report of SIGGRAPH-ACM, Vol. 13, No. 2, August 1979 – SIGGRAPH '79 Proceedings August 8-10, 1979 |
| 231. | Ramtek Color Graphics Language (CGL) Software Reference Manual, Publication No. 8000016-01, Rev. F, June 1982 |

11

**Exhibit 15**
**Page 454**

**EXHIBIT 1**

| 232. | Canadian Search Hits re: Telidon printed 08/08/2007.  5 pages of search hits from http://cat.cisti-icist.nrc-cnre.gc.ca |
|---|---|
| 233. | Article, "Videotex: The Key Issues, Report #4," Videotex Report Series, July 1980, pp. 31-32 & 35 |
| 234. | Abstract,  "GKS '79 Proposal of a Standard for a Graphical Kernel System," by R. Eckert, K. Kansy, G. Enderle, and F. Prester |
| 235. | Abstract, "Device Driver Interface for Decentral Device Drivers'" by Johann Weiss, 1979, pp. 252-262 |
| 236. | Abstract, "Coding for a Viewdata 'Picture in Picture' Facility," by R.C. Nicol and B.A. Fenn, July 9-11, 1979, Paper No. 3.1, pp. 1-2 |
| 237. | Apple II: Basic Programming Manual, 1978 |
| 238. | Aydin Controls: 5216 Display Computer Installation and Operation Manual - Document No, 150-6045-003, May 1980 |
| 239. | Article, "Code Extension Techniques for Use with the ISO 7-bit Coded Character Set," International Standard, ISO 22, 1973, |
| 240. | Book, "The Telidon Book," Edited by: David Godfrey and Ernest Chang, 1981 |
| 241. | NTIS Computer Graphics Research Project: Instruction to the Graphics Compatibility System (Version 2.5), March 1974 |
| 242. | Book, "Interactive Videotex: The Domesticated Computer," by Dimitris N. Chorafas, 1981 |
| 243. | UK Patent Application re: GB 2 032 740 A re: Programmable Color Mapping dated 05/08/1980 |
| 244. | Article, "4004 Futures for Teletext and Videotex in the US," by Robert Plummer, Robert Johansen, Michael Nyhan and P.G. Holmlov, June 20, 1979, pp. 318-326 |
| 245. | Article, "Teletext/Viewdata LSI," by Brian Harden, June 20, 1979, pp. 353-358 |
| 246. | Article, "Data Structuring Facilities for Interactive Videotex Systems,"  by Frank Tompa, Jan Geesel, and Gregor Bochmann, IEEE  August1981, pp. 72-81 |
| 247. | Article, "UK Teletext – Evolution and Potential," by N.E. Tanton, IEEE Transactions on Consumer Electronics, Vol. CE-25, No. 3, July 1979 |
| 248. | Abstract, "Videotex Services: Network and Terminal Alternatives, " by A.M. Chitnis and J.M. Costa, June 1979, pp. 269-278 |
| 249. | Book, "The Systems Programming Series: Fundamentals of  Interactive Computer Graphics," by J.D. Foley and A. Van Dam |
| 250. | U.S. Patent 4,120,028 - Digital Display Data Processor dated October 10, 1978 |
| 251. | U.S. Patent 4,149,152 - Color Display Having Selectable Off-On and Background Color Control dated April  10, 1979 |
| 252. | U.S. Patent 4,180,805 - System for Displaying Character and Graphic Information on a Color Video Display with Unique Multiple Memory Arrangement dated December 25, 1979 |
| 253. | U.S. Patent 4,200,867 - System and Method for Painting Images by Synthetic Color Signal Generation and Control dated April 29, 1980 |
| 254. | U.S. Patent 4,206,457 - Color Display Using Auxiliary Memory for Color Information dated June 3, 1980 |

12

**Exhibit 15**
**Page 455**

## EXHIBIT 1

| 255. | U.S. Patent 4,213,189 - Reactive Computer System Adaptive to a Plurality of Program Inputs dated July 15, 1980 |
|------|------|
| 256. | U.S. Patent 4,217,577 - Character Graphics Color Display System dated August 12, 1980. |
| 257. | U.S. Patent 4,225,861 - Method and Means for Texture Display in Raster Scanned Color Graphic dated September 30, 1980. |
| 258. | U.S. Patent 4,232,311 - Color Display Apparatus dated November 4, 1980 |
| 259. | U.S. Patent 4,233,628 - NTSC Receiver Useable with Teletext/Viewdata Information dated November 11, 1980 |
| 260. | U.S. Patent 4,237,543 - Microprocessor Controlled Display System dated December 2, 1980. |
| 261. | U.S. Patent 4,296,476 - Data Processing System with Programmable Graphics Generator dated October 20, 1981 |
| 262. | U.S. Patent 4,303,986 - Data Processing System and Apparatus for Color Graphics Display dated December 1, 1981 |
| 263. | U.S. Patent 4,310,838 - Instruction Controlled Audio Visual System dated January 12, 1982 |
| 264. | U.S. Patent 4,415,922 - Cartographic Indicator dated November 15, 1983 |
| 265. | U.S. Patent 4,424,572 - Device for the Digital Transmission and Display of Graphics and/or of Characters on a Screen dated January 3, 1984 |
| 266. | U.S. Patent 4,439,759 - Terminal Independent Color Memory for a Digital Image Display System dated March 27, 1984 |
| 267. | U.S. Patent 4,821,208 - Display Processors Accommodating the Description of Color Pixels in Variable-Length Codes dated April 11, 1989 |
| 268. | File History re: U.S. Patent 4,396,989 |
| 269. | File History re: U.S. Patent 4,414,621 |
| 270. | File History re: U.S. Patent 4,439,760 |
| 271. | File History re: U.S. Patent 4,439,761 |
| 272. | File History re: U.S. Patent 4,454,593 |
| 273. | File History re: U.S. Patent 5,887,243 |
| 274. | File History re: U.S. Patent 6,829,587 |
| 275. | German Patent Application No. 28 14 980, 1978 (Document is written in German) |
| 276. | Patent Specification No. 1 600 170 re: Application No. 47371/78; Filed December 30, 1977; Inventors: David Burson and Harold Larson. Title: Digital Control System |
| 277. | Patent Specification No. 1 331 281 re: Application No. 47777/70; Filed October 7, 1970; Inventors: Minoru Takeda. Title: Method of and System for Alphanumeric Display |
| 278. | Prior Art Search regarding U.S. Patent 4,439,759 by the Danish Patent and Trademark Office listing relevant documents |
| 279. | Article, "The International Telecommunication Union and Development of WorldwideTelecommunications," by Bellchambers and Nickelson, EEE Communications, May 1984 Vol. 22. No. 5, pp. 72-83 |
| 280. | Final Report – Raster Graphics Extensions to GCS; Contract DAC39-78M0073 from Waterways Experiment Station. Prepared by: James D. Foley, James Templeton, and Dara Dastyar; The George Washington University School of Engineering and Applied Science, 1977 |

13

Exhibit 15
Page 456

**EXHIBIT 1**

| 281. | "International Videotex Standardization: A Canadian View of Progress Towards the Wired World," Smirle et al., Viewdata and Videotex, 1980-81, 1980 |
|------|------|
| 282. | "Raster Extensions to the Core System," by J.D. Foley, J.N. Templeton and D.B. Dastyar, 1977 |
| 283. | Deposition Testimony of James Fleming (e.g., Dep. Tr. at 71-78, 85-91, 158-159, 175-178, 185-187) |
| 284. | Deposition Testimony of Gerald Soloway (e.g.., Dep. Tr. at 89-92) |
| 285. | Discussions with Dr. James Foley, September 10, 2007 |
| 286. | Discussions with C.D. O'Brien, September 11, 2007 |

14

**Exhibit 15**
**Page 457**

EXHIBIT 2

## U.S. Patent 4,439,759 Claim Chart

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| **Claim 1** | | |
| In a digital image display system: | In a digital image display system [hardware and software, needed to achieve a visible representation of information in a data-processing system]: | The Recommendation S.100 provides a design specification for a digital image display system that is capable of providing a visible representation of information in a data-processing system. "1.2.1 This Recommendation describes the characteristics of coded information that is exchanged between countries participating in the international interactive Videotex service (as described in Recommendation F.300 [2]) and defines the display features corresponding to its various elements. 1.2.2 Videotex systems are text communication systems having in addition the capability of a given level of pictorial representation and a repertoire of display attributes. The text and the pictures obtained are intended to be displayed using the current television (TV) raster standards of the different countries. 1.2.3 Different options are offered as a choice for the Administrations to implement their national services. Substantial degrees of compatibility exist between these options, but some transcoding may be necessary to facilitate interworking. 1.2.4 For the international service, four different options for representing pictorial information have been recognized: a) mosaic character sets; b) geometric system; c) dynamically redefinable character sets; d) photographic representation. These options are not mutually exclusive and it is possible that systems may develop using two or more options." Recommendation S.100, page 166. |

1

---

[1] Recommendation S.100: "International Information Exchange for Interactive Videotex," CCITT Yellow Book, Vol. VII, Geneva, Switzerland, Nov. 21, 1980 ("S.100").

Exhibit 15
Page 458

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| a memory for storing color data values; | a memory [a color map that stores a table of color data values indexed by numbers] for storing color data values [color components of a particular color (such as red, green and blue (RGB) color components)]; | It was well known to one of ordinary skill in the art prior to 1981 that the parallel mode of the alpha-mosaic option described in Recommendation S.100 was taken from Antiope. (Recommendation S.100, pp. 179-185 ). It was also well known to one of ordinary skill in the art prior to 1981 that the Antiope system used a color memory:

The Prestel videotext customer terminal developed by the British Post Office and the Antiope terminal developed by the French CCETT employ a technique for specifying both a foreground and background color by indexing a permanent read-only color memory.

('759 patent, Col. 1:22-27).

Furthermore, Recommendation S.100 discloses a memory for storing color data values.

"9.3 Display related enhancements

93.1 Most of the currently planned and/or offered services utilize images created with only eight colours, which are formed by the various combinations (on or off) of three primary colours — red, green and blue. Limiting Videotex to eight colours is an unnecessary restriction, since the electronic emission devices controlling the red, green and blue colours can be caused to have more than just the two states of on or off. For example, with just eight different states or levels, a potential of 512 colours exist. Additionally, for those services that use a matrix-oriented screen (e.g. a mosaic graphic mode) different colours could be identified for foreground symbols to those for background areas.

9.3.2 The ability to simulate motion (i.e. animation) is a potential enhancement that can be achieved by several means. These include:

a) alternating between slightly different display frames stored in the terminal;

b) dynamically altering the colour of portions of the display image, making them appear or disappear by redefining the colour table (an image disappears when its colour is set to the same colour as the surrounding area);

C) execution of a resident program to redefine the image at a controlled rate."

Recommendation S.100, p. 198 (emphasis added).

Therefore, given the knowledge of one of ordinary skill in the art and the explicit citation to a color memory, it is clear that Recommendation S.100 discloses a color memory that contains Color Data Values. |
| processing means responsive to a predetermined | processing means responsive to a predetermined command and data sequence [a command and data | Recommendation S.100 discloses processing means responsive to a command and data sequence comprising at least one command, the processing means decoding the command and data sequence, the command and data sequence selecting one of a plurality of modes of access to color data values. If this claim limitation is applied in the manner alleged by |

2

**Exhibit 15**
**Page 459**

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| command and data sequence comprising at least one command, the processing means decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values, the modes comprising | **pattern having a known encoded meaning comprising [including, but not limited to] at least one command, the processing means decoding [interpreting] the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to [manners of retrieving] color data values, the modes comprising**<br><br>"Processing Means"<br><br>Function:<br><br>The function of this element is decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of boxes 301, 302, and 303 of Figure 3 and boxes 401, 402, 403, 404, 405, 407, 408, and 411 of Figure 4 (See, Col. 5, line 60-Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), lines 33-43). | Lucent in its infringement contentions, then the structure of the processing means disclosed in Recommendation S.100 is the same or equivalent to the structure identified in the Court's claim construction order.<br><br>A processing means is necessarily required to process the coded information defined by Recommendation S.100. The coded information is command and data sequences used by the processor to produce the digital display. The processing means selects from a plurality of modes of access to color data values including an alphamosaic, alphageometric, Dynamically redefinable character sets and photographic representation.<br><br>"1.2.4 For the international service, four different options for representing pictorial information have been recognized:<br>  a) mosaic character sets;<br>  b) geometric System;<br>  c) dynamically redefinable character sets;<br>  d) photographic representation.<br>These options are not mutually exclusive and it is possible that systems may develop using two or more options."<br>(Recommendation S.100, page 166).<br><br>"2.1.3 The different options are designated (and invoked) by specific escape sequences.<br>*2.2 Designation and invocation in the context of the alphamosaic option*<br>2.2.1 Two different modes for the alphamosaic option have been identified. They differ in their display control sets. These control sets are designated as the C1 set by control sequences of the form ESC 2/2 (F) where F is assigned by ISO. (A registration of these sets must be requested by CCITT.) Individual controls are represented by ESC F sequences.<br>2.2.2 The mosaic graphics set is designated (in the parallel mode) as the G1 set by an escape sequence of the form ESC 2/9 (F) or ESC 2/13 (F) to be allocated by ISO.<br>*2.3 Designation and invocation in the context of the alphageometric option*<br>2.3.1 The alphageometric coding scheme is to be designated and invoked by the escape sequence ESC 2/5 (5/x) in accordance with paragraph 5.3.8 of ISO 2022 [1] standard. This designates and invokes a complete code with interpretation as follows.<br>2.3.2 All the meanings and interpretation of Recommendation V.3 [3] and ISO 2022 [1] remain the same, including CO, GO and G2 with the exception of SI and SO. The codes of the 01 set and their meanings and interpretations are as described in § 6.<br>2.3.3 The designation and invocation of the complete code by the, sequence ESC 2/5 (5/x) is to be terminated only by ESC 2/9 (F) or ESC 2/13 (F), designating a normal G1 set."<br>(Recommendation S.100, page 167.) |
| a first mode of | a first mode of access [manner of | Recommendation S.100 discloses a first mode of access in which the in-use foreground |

3

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| access wherein an in-use foreground color is directly specified as a color data value; | retrieving] wherein an in-use foreground color [a color that will be used as a foreground color for subsequently received text and graphics drawing commands until changed] is directly specified as [called for by] a color data value [color component of a particular color (such as the red, green and blue (RGB) color components]; | color is directly specified as a color data value.<br><br>It was well known to those of ordinary skill in the art prior to 1981 that the alphageometric mode, which was taken from the Canadian Telidon system, used a direct selection of color data values. (Recommendation S.100, pp. 185-196)  This fact was acknowledged in the Fleming '759 Patent:<br><br>For example, the Picture Description Instructions PDI for the Telidon Videotex System, CRC Technical Note No. 696-E, developed by the Canadian Department of Communications describes a specific color value selection method: a direct selection of data values for the primary colors – red, green and blue.<br><br>('759 patent, Col.1:16-22).<br><br>The first mode of access is entered by a specific command and data sequence.<br><br>"2.3.1  The alphageometric coding scheme is to be designated and invoked by the escape sequence ESC 2/5 (5/x) in accordance with paragraph 5.3.8 of ISO 2022 [1] standard.  This designates and invokes a complete code with interpretations as follows."<br><br>(Recommendation S.100, page 167)<br><br>"6.1.1.1  In the alphageometric option, the display is composed of alphanumeric texts and pictorial drawings that are defined in geometric primitives transmitted as drawing commands."<br><br>(Recommendation S.100, page 185)<br><br>When operating in the alphageometric mode, the directly specified in-use foreground color is used as the foreground color for subsequently received text and graphics drawing commands until changed.  The color is directly called for by a color data value.  The color data values are color components of the particular colors red, green, and blue.<br><br>"6.5.3 Control(Value)<br><br>6.5.3.1  This opcode specifies the colour attribute or grey scale value of the drawings (or text) that follow."<br><br>(Recommendation S.100, page 192) |

4

Exhibit 15
Page 461

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| | | <br>FIGURE 14/S.100<br>Bit assignment for grey scale or colour attributes<br>(Recommendation S.100, page 192) |
| a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and | a second mode of access [manner of retrieving] wherein the in-use foreground color [a color that will be used as the foreground color for subsequently received text and graphics drawing commands until changed] is specified as [called for by] an index into the color memory [a color map that stores a table of color data values indexed by numbers]; and | Recommendation S.100 discloses a second mode of access in which the in-use foreground color is specified as an index into the color memory.<br><br>It was well known to one of ordinary skill in the art prior to 1981 that the parallel mode of the alpha-mosaic option described in Recommendation S.100 was taken from Antiope. (Recommendation S.100, pp. 179-185). It was also well known to those of ordinary skill in the art prior to 1981 that the Antiope system used a color memory:<br><br>The Prestel videotext customer terminal developed by the British Post Office and the Antiope terminal developed by the French CCETT employ a technique for specifying both a foreground and background color by indexing a permanent read-only color memory.<br><br>('759 patent, Col. 1:22-27). Furthermore, Recommendation S.100 discloses a read/write memory for storing color data values.<br><br>"b) dynamically altering the colour of portions of the display image, making them appear or disappear by **redefining the colour table** (an image disappears when its colour is set to the same colour as the surrounding area)."<br><br>Recommendation S.100, p. 198 (emphasis added).<br><br>Entering the alpha-mosaic mode is described in Recommendation S.100 as being performed with the command and data sequence ESC 2/9 (F) or ESC 2/13 (F). |

5

Exhibit 15
Page 462

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| | | "2.2.2 The mosaic graphics set is designated (in the parallel mode) as the G1 set by an escape sequence of the form ESC 2/9 (F) or ESC 2/13 (F) to be allocated by ISO." |
| | | (Recommendation S.100, page 167) |
| | | Recommendation S.100 discloses a command in parallel mode for setting the foreground color of all alphamosaic characters |
| | | "5.4 *Parallel Mode* |
| | | ... |
| | | 5.4.2 Display control functions |
| | | 5.4.2.2  Attributes for use in the defined display area are as follows: |
| | | 5.4.2.1  Black foreground     Causes the following characters to be written in Red foreground     the colour indicated. Green foreground Yellow foreground Blue foreground Magenta foreground Cyan foreground White foreground" |
| | | (Recommendation S.100, page 183) |
| | | Recommendation S.100 also discloses a command in serial mode for setting the foreground color of all alphanumeric characters. |
| | | "5.3 *Serial Mode* |
| | | ... |
| | | 5.3.2.2  Alpha red     Controls functions that cause the currently designated and Alpha green     invoked alphanumeric set to be displayed in the indicated Alpha yellow    color until the occurrence of an explicit colour control or Alpha blue     the end of the row. Alpha magenta Alpha cyan Alpha white" |
| | | (Recommendation S.100, page 175) |
| | | Furthermore, there are similarly commands in serial mode of the alphamosaic option for setting the foreground color of the alphamosaic characters of successive alphamosaic |

6

Exhibit 15
Page 463

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| | | graphics commands. |
| | | "5.3 *Serial Mode* |
| | | .... |
| | | 5.3.2.9     Graphics red     Controls functions that cause the mosaic graphic set to<br>Graphics green     be displayed in the indicated color until the occurrence<br>Graphics yellow     of an explicit colour control or the end of the row.<br>Graphics blue     Unallocated code table positions (4/0-5/15) cause the<br>Graphics magenta     characters of the currently designated and invoked<br>Graphics cyan     alphanumeric set to be displayed.  This defined as *blast-*<br>Graphics white"     *through* operation. |
| | | (Recommendation S.100, page 177) |
| | | In both the serial and parallel modes of the alphamosaic option, the colors are specified as simple 7 bit values indicating the color such as yellow, magenta, etc.  These color data operands are indexes to a color memory of a compatible Antiope system. |
| | | Furthermore, although unnecessary to satisfy the claim, the parallel mode also has a transparent background command that causes all succeeding characters to be displayed with the underlying background of the character unchanged. |
| | | "5.4.2.11  Transparent Background |
| | | This control function causes the characters following it to be displayed with a transparent background.  This means the area not occupied by the foreground colour takes the underlying background colour. This may be one of the eight colours or the video picture as defined by the off screen attributes." |
| | | (Recommendation S.100, page 184) |
| a third mode of access wherein the in-use foreground color and an in-use background color are specified as indexes into the color memory; and | a third mode of access wherein the in-use foreground color and in an in-use background color [a color that will be used as the background color for subsequently received text and graphics drawing commands until changed] are specified as indexes into the color memory; and | Recommendation S.100 teaches that using the mosaic option in either serial or parallel mode an in-use foreground color is specified as an index into the color memory as explained in the previous claim element.<br><br>    Recommendation S.100 further discloses a third mode of access in which the in-use the in-use background color is specified as an index into the color memory.  In the parallel mode of the alphamosaic option, the background color is specified as a specific color which one of ordinary skill in the art would understand to be an index to a color table using command code 5/0 – 5/7.  (Id., p. 181).  Because the parallel mode of the alphamosaic option is based on the Antiope system, and because the Antiope system was known to have been implemented using a color memory, it was clear to one of ordinary |

7

Exhibit 15
Page 464

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| display means responsive to the processing means, the display means displaying the colors associated with the color data values accessed by the selected mode. | display means responsive to the process means, the display means displaying the colors associated with the color data values accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying colors associated with the color data values accessed by the selected mode<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system;<br>(4) a liquid crystal display; or<br>(5) an LED display (See e.g., Col. 4, lines 50-55). | skill in the art that the background command specifies an index into a color memory.<br><br>"5.4 *Parallel Mode*<br><br>...<br><br>5.4.2.2.10    Black background<br>            Red background<br>            Green background<br>            Yellow background<br>            Blue background<br>            Magenta background<br>            Cyan background<br>            White background"<br><br>(Recommendation S.100, page 184)<br><br>Recommendation S.100 discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color values accessed by the selected mode are displayed on a computer monitor raster display.<br><br>"1.2.5 For international interworkings, two categories of TV systems have to be considered:<br><br>a)  systems having a vertical resolution of 525 lines per TV frame at 30 TV frames per second;<br><br>b)  systems having a vertical resolution of 625 lines per TV frame at 25 TV frames per second."<br><br>(Recommendation S.100, p. 166).<br><br>Causes the following characters to be displayed in their foreground colour on a background of the color indicated.<br><br>"This Recommendation describes the characteristics of coded information that is exchanged between countries participating in the international interactive Videotex service (as described in Recommendation F.300 [2]) and defines the display features corresponding to its various elements."<br><br>1.2.2  Videotex systems are text communication systems having in addition the capability of a given level of pictorial representation and a repertoire of display attributes. The text and the pictures obtained are intended to be displayed using the current television (TV) raster standards of the different countries. |

8

Exhibit 15
Page 465

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| | | 1.2.3 Different options are offered as a choice for the Administrations to implement their national services. Substantial degrees of compatibility exist between these options, but some transcoding may be necessary to facilitate interworking."<br><br>Recommendation S.100, p. 166 (emphasis added). |
| **Claim 2** | | |
| A digital image display system comprising: | A digital image display system [hardware and software needed to achieve a visible representation of information in a data-processing system] comprising; | Recommendation S.100 discloses a digital image display system as explained above. |
| a color memory for storing color data values, | a color memory for storing color data values; | Recommendation S.100 discloses a color memory as explained above. |
| processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting [storing] a color data value in the color memory; and<br><br>"Processing means"<br><br>Function:<br><br>The function of this element is:<br>(a) selecting a mode of access to the color memory; and<br>(b) setting a color data value.<br><br>Structure:<br>(a) structure for selecting a mode of access to color memory is:<br>Data processor 1 programmed to perform the algorithm shown in Fig. | Recommendation S.100 discloses a processing means responsive to predetermined command and data sequence as discussed above.<br><br>The first command for selecting a mode of access to the color memory is as discussed for Claim 1.<br><br>The second command is obvious to one of ordinary skill in the art based on the discussion of the enhancements to recommendation to implement animation.<br><br>"9.3.2 The ability to simulate motion (i.e. animation) is a potential enhancement that can be achieved by several means. These include:<br><br>a) alternating between slightly different display frames stored in the terminal;<br><br>b) dynamically altering the colour of portions of the display image, making them appear or disappear by redefining the colour table (an image disappears when its colour is set to the same colour as the surrounding area);<br><br>C) execution of a resident program to redefine the image at a controlled rate."<br><br>Recommendation S.100, p. 198 (emphasis added).<br><br>In order to set the color of an image to be the same color as the surrounding area, it is necessary for the processor to receive and process a command that changes the value in the color memory. Such a command would be a second command for setting a color data |

9

**Exhibit 15**

**Page 466**

EXHIBIT 2

| Claim | Court's Claim Construction: | Recommendation S.100 [1] |
|---|---|---|
| | 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (*See*, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), and lines 33-43)); <br><br> (b) structure for setting a color data value is: <br> Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 304 and 305; and Fig. 5: boxes 501, 504, 506, 508 and 510 (*See*, Col. 5, lines 60-64; Col. 6, lines 12-17; Col. 7, lines 14-17 (except for "or (2) in color mode 0, for setting"), Col. 7, lines 53-64 (except for "The sequence of boxes 504, 506, 508, and 510 is")). | value in the color memory. <br><br> Furthermore, the article "Dynamically Redefinable Character Sets – D.R.C.S." by G.O. Crowther, 1980 ("Crowther") when combined with Recommendation S.100 makes clear that a color map may be used to help add to the number of available colors that can be displayed on a Videotex system. <br><br> "In its simplest form the four bits can be used to define one of the eight colours and two levels of intensity. However, it is felt that by a simple extension of the system the four bits could be employed to define up to sixteen adaptively defined colours." <br><br> (Crowther, page 710). <br><br> Colors can only be "adaptively defined" if they can be written and changed. <br><br> "To achieve the adaptive colours it is proposed to transmit codes as part of the D.R.C.S. data defining the colours to be employed in the particular picture. The 16 colours would be coded simply by allocating either 4 levels (2 bits) or 16 levels (4 bits) of intensity for each of the three primary colors. These codes of the 16 pre-defined colours would be stored in memory as shown in Figure 4. <br><br> <br><br>Figure 4 <br><br> In operation as the Pixel data was read from the main D.R.C.S. memory the 4 bit code of each Pixel would be converted into one of 16 preselected colours. |

10

Exhibit 15
Page 467

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode. | display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode.<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system<br>(4) a liquid crystal display; or<br>(5) an LED display (See e.g., Col. 4, lines 50-55). | This facility gives the possibility of a relatively high definition employing 16 pastel colours from a large colour table."<br><br>(Crowther, page 711).<br><br>Loading the color table in the Crowthers extension to the Videotext system requires a command which could act as the second command.<br><br>Recommendation S.100 discloses a display means as discussed above. |
| **Claim 3** | | |
| A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color | A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory.<br><br>"Processing means".<br><br>Function: | Recommendation S.100 make obvious to one of ordinary skill in the art a second command for setting plural color data values in color memory. Recommendation S.100 discloses a writable color memory as an enhancement to the basic system.<br><br>"9.3.2 The ability to simulate motion (i.e. animation) is a potential enhancement that can be achieved by several means. These include:<br><br>a) alternating between slightly different display frames stored in the terminal;<br><br>b) dynamically altering the colour of portions of the display image, making them appear or |

11

Exhibit 15
Page 468

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100.[1] |
|---|---|---|
| memory. | The function of this element is sets plural color data values in color memory.<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (*See* Col. 7 ln. 14-17 [except for "or (2) in color mode 0, for setting"], Col. 7, lns. 53-65). | disappear by redefining the colour table (an image disappears when its colour is set to **the same colour as the surrounding area):**<br><br>C) execution of a resident program to redefine the image at a controlled rate."<br><br>Recommendation S.100, p. 198 (emphasis added).<br><br>In recommending that an image can disappear when its color is set the same color as the surrounding area, it is obvious to one of ordinary skill in the art that if the image is made up of multiple colors, it will be necessary to redefine multiple color table entries in order to accomplish this masking operation. Performing this write of multiple data values in the color memory would need to be directed by a command. This command would act as the second command.<br><br>Furthermore, Crowther when combined with Recommendation S.100 makes clear that a processing means may be responsive to a second command to set plural color data values in color memory.<br><br>Crowther teaches a writable color memory.<br><br>"In its simplest form the four bits can be used to define one of the eight colours and two levels of intensity. However, it is felt that by a simple extension of the system the four bits could be employed to define up to sixteen adaptively defined colours."<br><br>(Crowther, page 710).<br><br>Colors can only be "adaptively defined" if they can be written and changed. Crowther also teaches that multiple colors can be transmitted as codes to load the color memory.<br><br>"To achieve the adaptive colours it is proposed to transmit codes as part of the D.R.C.S. data defining the colours to be employed in the particular picture. The 16 colours would be coded simply by allocating either 4 levels (2 bits) or 16 levels (4 bits) of intensity for each of the three primary colors. These codes of the 16 pre-defined colours would be stored in memory as shown in Figure 4. |

12

Exhibit 15
Page 469

EXHIBIT 2

| Claim | Court's Claim Construction | Recommendation S.100 [1] |
|---|---|---|
| | | <br><br>In operation as the Pixel data was read from the main D.R.C.S. memory the 4 bit code of each Pixel would be converted into one of 16 preselected colours.<br><br>This facility gives the possibility of a relatively high definition employing 16 pastel colours from a large colour table."<br><br>(Crowther, page 711).<br><br>Loading multiple values in the color table in the Crowther extension to the Videotex system requires one or more commands. This command can act as the second command of the claim. |

13

Exhibit 15
Page 470

EXHIBIT 3

U.S. Patent 4,439,759 Claim Chart

| Claim | Court's Claim Construction | CRC 699-E[1] |
|---|---|---|
| **Claim 1** | | |
| In a digital image display system: | In a digital image display system [hardware and software, needed to achieve a visible representation of information in a data-processing system]; | CRC 699-E provides a detailed specification of a protocol to be used by a digital image display system which make the system independent of communications channel and display hardware. The digital image display system which implements the specified code would display a visible representation of coded information in a data-processing system.

"In order to transmit information to a **Telidon terminal**, at minimum bandwidth, and in a manner independent of the type of communications channel, a coding scheme was devised which encodes a picture into the geometric drawing elements which compose it. These "Picture Description Instructions" are an alpha-geometric coding model and are based on the primitives of POINT, LINE, ARC, RECTANGLE, POLYGON, point by point BIT encoded images and TEXT encoded as ASCII characters. This document provides a detailed specification of this code as well as a description of the principles which make it **independent of communications channel and display hardware**."

(CRC 699-E, page 1, (emphasis added)). |
| a memory for storing color data values; | a memory [a color map that stores a table of color data values indexed by numbers] for storing color data values [color components of a particular color (such as red, green and blue (RGB) color components)]; | CRC 699-E discloses a memory for storing color data values. CRC 699-E teaches that a color memory could be used with the Telidon system but that it was not included in the initial trial system because it was not cost effective to implement this hardware at that time.

"**Colour Lookup** could provide the capability of defining specific colours such as flesh tones or shades of yellow to brown to extend a terminal's **colour capability**. Additional hardware is required for this capability which is not cost effective at this time."

(CRC 699-E, page 70, (emphasis added)).

However, CRC 699-E does teach that such a color memory could be added and envisioned how it might be included in the design. CRC 699-E teaches that if bit b2 of the TONAL CONTROL status command is set, then color memory could then be enabled in a videotext system. |

---

[1] "Picture Description Instructions (PDI) For The Telidon Videotex System" by H.G. Bown, C.D. O'Brien, W. Sawchuk and J.R. Storey, Communications Research Center, Department of Communications, Canada, CRC Technical note No. 699-E, published November, 1979.

1

Exhibit 15
Page 471

EXHIBIT 3

| Claim | Court's Claim Construction | CRC 699-E |
|---|---|---|
| | | "The Control (VALUE) opcode defines the colour or greyscale value accessed by subsequent drawing operations, as described in Section 4.3. This value may be used to represent either colour or greyscale value for a particular picture element as defined by the TONAL CONTROL status flag. The TONAL CONTROL is initially 0 indicating that all subsequent drawing operations would produce coloured lines, rectangles, text, etc. If the TONAL CONTROL flag is set to 1, all subsequent drawing operations would produce picture drawings in which the value would be interpreted as a greyscale level. Both coloured and greyscale graphical drawing entities may co—exist in the same picture. The drawing operations to create the coloured and greyscale picture are separated by TONAL CONTROL Status Commands.<br><br>The facility bit b2 is reserved for possible future use with colour reference tables.<br><br>CRC 699-E, pp. 49-50 (emphasis added).<br><br>Allocating a specific bit in the TONAL CONTROL status flag and specifically indicating that it should be used to enable a "colour reference table" teaches one of ordinary skill a memory for storing color data values." |
| processing means responsive to a predetermined command and data sequence comprising at least one command, the processing means decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values, the modes comprising | processing means responsive to a **predetermined command and data sequence [a command and data pattern having a known encoded meaning] comprising [including, but not limited to]** at least one command, the processing means **decoding [interpreting] the predetermined command and data sequence, the predetermined** command and data sequence selecting one of a plurality of modes of access to [manners of retrieving] color data values, the modes comprising<br><br>"Processing Means"<br><br>Function:<br><br>The function of this element is decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access | CRC 699-E discloses processing means responsive to a command and data sequence comprising at least one command, the processing means decoding the command and data sequence, the command and data sequence selecting one of a plurality of modes of access to color data values. If this claim limitation is applied in the manner alleged by Lucent in its infringement contentions, then the structure of the processing means disclosed in the CRC 699-E is the same or equivalent to the structure identified in the Court's claim construction order.<br><br>CRC 699-E teaches a processing means in the form of a micro-computer<br><br>"The Telidon Videotex system is a method by which information can be accessed from central data bases by the general public. By the use of a domestic home television receiver augmented by a micro-computer controlled interface device a user can access pages of graphical and textual information over a public common carrier communications facility such as the telephone network, a cable television line or the data may be even encoded into unused space in a broadcast television signal."<br><br>(CRC 699-E, page 1 [emphasis added]).<br><br>The CRC 699-E discloses that the processing means is responsive to a command and data sequence comprising at least one command.<br><br>"In order to transmit information to a Telidon terminal, at minimum bandwidth, and in a manner independent of the type of communications channel, a coding scheme was devised which encodes a picture into the geometric drawing elements which compose it. These |

2

Exhibit 15
Page 472

EXHIBIT 3

| Claim | Court's Claim Construction | CRC 699-E¹ |
|---|---|---|
| | to color data values<br><br>**Structure:**<br><br>Data processor 1 programmed to perform the algorithm of boxes 301, 302, and 303 of Figure 3 and boxes 401, 402, 403, 404, 405, 407, 408, and 411 of Figure 4 (*See*, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), lines 33-43). | "**Picture Description Instructions**" are an alpha-geometric coding model and are based on the primitives of POINT, LINE, ARC, RECTANGLE, POLYGON, point by point BIT encoded images and TEXT encoded as ASCII characters. This document provides a detailed specification of this code as well as a description of the principles which make it independent of communications channel and display hardware."<br><br>(CRC 699-E, p. 1 (emphasis added.))<br><br>The predetermined command and data sequence taught the CRC 699-E allows for a variable number of parameters after the initial command code which changes the way the command is interpreted.<br><br>"**The flag field of the command is used to indicate whether the byte represents a command opcode or data associated with the command.** The flag field is 0 for opcodes and 1 for numeric data. The number of bytes in the code sequence associated with a particular drawing command is determined from the flag field. A command's domain begins by its opcode byte and terminates either by the start of the following opcode byte or by an SO, SI, SS or ESC character."<br><br>(CRC 699-E, page 11, (emphasis added))<br><br>The CRC 699-E discloses that the processing decodes the command and data sequence.<br><br>"Another way of interpreting the CI code table assignments is to examine the bit patterns of the codes."<br><br>(CRC 699-E, page 11).<br><br>CRC 699-E teaches a command and data sequence that selects one of a plurality of modes of access to color data values. The flag field of the TONAL CONTROL selects between color versus grayscale display and envisions selecting between direct versus indirect color selection.<br><br>"The Control (VALUE) opcode defines the colour or greyscale value accessed by subsequent drawing operations, as described in Section 4.3. This value may be used to represent either colour or greyscale value for a particular picture element as defined by the TONAL CONTROL status flag. The TONAL CONTROL is initially 0 indicating that all subsequent drawing operations would produce coloured lines, rectangles, text, etc. If the TONAL CONTROL flag is set to 1, all subsequent drawing operations would produce picture drawings in which the value would be interpreted as a greyscale level. Both coloured and greyscale graphical drawing entities may co—exist in the same picture. The drawing operations to create the coloured and greyscale picture are separated by TONAL CONTROL Status Commands. |

3

Exhibit 15<br>Page 473

EXHIBIT 3

| Claim | Court's Claim Construction | CRC 699-E[1] |
|---|---|---|
| | | The facility bit b2 is reserved for possible future use with colour reference tables. |
| | | CRC 699-E, pp. 49-50 (emphasis added). |
| a first mode of access wherein in-use foreground color is directly specified as a color data value; | a first mode of access [manner of retrieving] wherein an in-use foreground color [a color that will be used as a foreground color for subsequently received text and graphics drawing commands until changed] is directly specified as [called for by] a color data value [color component of a particular color (such as the red, green and blue (RGB) color components)]; | CRC 699-E discloses a first mode of access in which the in-use foreground color is directly specified as a color data value.  The VALUE form of the CONTROL opcode directly specifies the color to be used as the in-use foreground color. |
| | | "The CONTROL opcode allows control over the states of the terminal and over the form of interpretation of the drawing opcode attributes such as line texture, crosshatching, etc.  There are four forms of the CONTROL opcode distinguished by the facilities bits." |
| | | ... |
| | | The VALUE form of the CONTROL opcode defines the value (colour of the grey scale) accessed by subsequent drawing opcodes. For example, a CONTROL (VALUE) opcode could be transmitted to define the colour red, and then a RECTANGLE opcode transmitted to draw a rectangle. The rectangle would then be coloured red." |
| | | (CRC 699-E, page 41) |
| | | The specified in-use foreground color is a color data value because it specifies the triplets of values for the three primary colours GREEN, RED and BLUE for a particular color. |
| | | "Terminals very [sic] in the number of colours or levels of grey scale they support. The minimum is a system with merely one level to display only black and white monochrome. A typical system supports eight shades of grey scale, the eight colours Black, Blue, Red, Magenta, Green, Yellow, Cyan, White, blinking on White and a transparent mode to allow captioning of regular television pictures. |
| | | The control information which specifies whether a CONTROL (VALUE) opcode contains colour or grey scale data or whether blinking or transparent mode is invoked is specified in a Status Command. The CONTROL (VALUE) form merely interprets the associated data bytes as levels of grey scale of decreasing significance or of triplets of values for the three primary colours GREEN, RED and BLUE also of decreasing significance." |
| | | (CRC 699-E, page 42) |
| a second mode of access wherein the in-use foreground color is specified as an index into the | a second mode of access [manner of retrieving] wherein the in-use foreground color [a color that will be used as the foreground color for subsequently received text and graphics drawing commands until | The CRC 699-E discloses a second mode of access in which the in-use foreground color is specified as an index into the color memory.  First, as discussed above, CRC 699-E discloses the use of a color memory. |
| | | "Colour Lookup could provide the capability of defining specific colours such as flesh tones or shades of yellow to brown to extend a terminal's colour capability.  Additional |

4

Exhibit 15
Page 474

EXHIBIT 3

| Claim | Court's Claim Construction | CRC 699-E |
|---|---|---|
| color memory; and | **changed**] is specified as [**called for by**] an index, into the color memory [a color map that stores a table of color data values indexed by numbers]; and | hardware is required for this capability which is not cost effective at this time."<br><br>(CRC 699-E, page 70).<br><br>Furthermore, CRC 699-E allocates a bit for invoking a future use of the color memory.<br><br>"The facility bit b2 is reserved for possible future use with colour reference tables."<br><br>(CRC 699-E, page 50).<br><br>Also, CRC 699-E discloses the four modes of the TONAL CONTROL Command which includes direct color, direct grayscale, indirect color and indirect grayscale. These are shown in CRC 699-E in the figure at the bottom of page 50 with direct color selection shown in the upper left, direct grayscale shown in the lower left, indirect color in the upper right and indirect grayscale shown in the lower right of the figure.<br><br><br><br>(CRC 699-E, page 50).<br><br>One of ordinary skill in the art would understand that if a videotext system based on the teachings of CRC 699-E were to include a color memory and bit 2 were to enable the indirect memory, then the in-use foreground color could be specified using an index into the color memory..<br><br>"The VALUE form of the CONTROL opcode defines the value (colour of the grey scale) accessed by subsequent drawing opcodes. For example, a CONTROL (VALUE) opcode could be transmitted to define the colour red, and then a RECTANGLE opcode transmitted to draw a rectangle. The rectangle would then be coloured red."<br><br>(CRC 699-E, page 41)<br><br>The Antiope videotex system also had the ability to specify an in-use foreground color as an index into a color memory. (Antiope Specification, pp. 6 -7). |

5

**Exhibit 15**
**Page 475**

EXHIBIT 3

| Claim | Court's Claim Construction | CRC 699-E[1] |
|---|---|---|
| a third mode of access wherein the in-use foreground color and an in-use background color are specified as indexes into the color memory; and | a third mode of access wherein the in-use foreground color and in an in-use background color [a color that will be used as the background color for subsequently received text and graphics drawing commands until changed] are specified as indexes into the color memory; and | CRC 699-E teaches an in-use foreground color is specified as an index into the color memory as explained in the previous claim element.<br><br>Furthermore, CRC 699-E in combination with the Antiope Specification teaches an in-use background color for subsequently received text and graphics drawing commands until changed are specified as an index into the color memory.<br><br>It was well known to one of ordinary skill in the art prior to 1981 that the parallel mode of the alpha-mosaic option described in Recommendation S.100 was taken from Antiope. (Recommendation S.100, pp. 179-185.). It was also well known to one of ordinary skill in the art prior to 1981 that the Antiope system used a color memory:<br><br>    The Prestel videotext customer terminal developed by the British Post Office and the Antiope terminal developed by the French CCETT employ a technique for specifying both a foreground and background color by indexing a permanent read-only color memory.<br><br>('759 patent, Col. 1:22-27).<br><br>The Antiope Specification also teaches commands for specifying the in-use background color. The Antiope Specification teaches one set of commands for specifying the in-use background color of the alphanumeric characters and a second set of commands for specifying the mosaic or semi-graphical characters. Referring to Figure 7, the Antiope Specification teaches a set of commands for specifying the in-use background color of alphanumeric characters:<br><br>    "[In the event that the background color and the character color are specified independently, the codes being used to transmit the background color in the release sequence are the first eight in column 6. The binary elements b1, b2 and b3 of these codes have the same meaning as those of the codes transmitting the color of the character."<br><br>(Antiope Specification, page 7).<br><br>The Antiope Specification also teaches commands specifying the in-use background color of semi-graphical characters.<br><br>    "As was noted above, the functions of reversed background, double height and double length do not apply to the semi-graphical characters in Figure 3.<br><br>In this case, the binary elements b2, b3 and b6 of the transmitted code are allocated to the specification of the background color. There is a correspondence between these binary elements and the primary colors R, G, B of the received signal.<br><br>(Antiope Specification, page 7). |

6

Exhibit 15<br>Page 476

EXHIBIT 3

| Claim | Court's Claim Construction | CRC 699-E¹ |
|---|---|---|
| display means responsive to the processing means, the display means displaying the colors associated with the color data values accessed by the selected mode. | display means responsive to the process means, the display means displaying the colors associated with the color data values accessed by the selected mode. "Display means" Function: The function of this element is displaying the colors associated with the color data values accessed by the selected mode Structures: (1) monitor; (2) television set; (3) video projection system; (4) a liquid crystal display; or (5) an LED display (See e.g., Col. 4, lines 50-55). | Since CRC 699-E teaches extending the specification to include a color memory and one of ordinary skill in the art knows that Antiope used a color memory to display colors and that Antiope taught the use of in-use background colors, then a combination of CRC 699-B and the Antiope Specification teaches a third mode of access wherein the in-use foreground color and in an in-use background are specified as indexes into the color memory.  The CRC 699-E discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. In the Telidon system disclosed in CRC 699-E, the display means is a home television receiver.  "The Telidon Videotex system is a method by which information can be accessed from central data bases by the general public. By the use of a domestic home television receiver augmented by a micro-computer controlled interface device a user can access pages over graphical and textual information over a public common carrier communication facility such as the telephone network, a cable television line or the data may be even encoded into unused space in a broadcast television signal."  (CRC 699-E, page 1) |
| **Claim 2** | | |
| A digital image display system comprising; | A digital image display system [hardware and software needed to achieve a visible representation of information in a data-processing system] comprising; | The CRC 699-E discloses a digital image display system as explained above. |
| a color memory for storing color data values; | a color memory for storing color data values; | CRC 699-E discloses a color memory as explained above. |
| processing means | processing means responsive to | CRC 699-E discloses a processing means responsive to predetermined command and data |

7

Exhibit 15
Page 477

EXHIBIT 3

| Claim | Court's Claim Construction | CRC 699-E[1] |
|---|---|---|
| responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | **predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting [storing] a color data value in the color memory; and** "Processing means" Function: The function of this element is: (a) selecting a mode of access to the color memory; and (b) setting a color data value. Structure: (a) structure for selecting a mode of access to color memory is: Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (*See*, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), and lines 33-43)); (b) structure for setting a color data value is: Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 304 and 305; and Fig. 5: boxes 501, 504, 506, 508 and 510 (*See*, Col. 5, lines 60-64; Col. 6, lines 12-17; Col. 7, lines 14-17 (except for "or (2) in color mode 0, for setting"), | sequence as discussed above. The first command for selecting a mode of access to the color memory is as discussed for Claim 1. The second command is obvious to one of ordinary skill in the art is obvious when CRC 699-E is combined with Crowther. The article "Dynamically Redefinable Character Sets – D.R.C.S" by G.O. Crowther, 1980 ("Crowther") when combined with CRC 699-B makes clear that a color map may be used to help add to the number of available colors that can be displayed on a Videotex system. "In its simplest form the four bits can be used to define one of the eight colours and two levels of intensity. However, it is felt that by a simple extension of the system the four bits could be employed to define up to sixteen adaptively defined colours." (Crowther, page 710). Colors can only be "adaptively defined" if they can be written and changed. "To achieve the adaptive colours it is proposed to transmit codes as part of the D.R.C.S. data defining the colours to be employed in the particular picture. The 16 colours would be coded simply by allocating either 4 levels (2 bits) or 16 levels (4 bits) of intensity for each of the three primary colors. These codes of the 16 pre-defined colours would be stored in memory as shown in Figure 4.  |

8

Exhibit 15
Page 478

EXHIBIT 3

| Claim | Court's Claim Construction | CRC 699-E[1] |
|---|---|---|
| display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode. | Col. 7, lines 53–64 (except for "The sequence of boxes 504, 506, 508, and 510 is"). | In operation as the Pixel data was read from the main D.R.C.S.memory the 4 bit code of each Pixel would be converted into one of 16 preselected colours.<br><br>This facility gives the possibility of a relatively high definition employing 16 pastel colours from a large colour table."<br><br>(Crowther, page 711).<br><br>Loading the color table in the Crowthers extension to the Videotex system requires a command which could act as the second command. |
| | display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode.<br><br>"Display means"<br><br>**Function:**<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode.<br><br>**Structures:**<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system<br>(4) a liquid crystal display; or<br>(5) an LED display (See e.g., Col. 4, lines 50–55). | The CRC 699-E discloses a display means as discussed above. |
| **Claim 3** | | |
| A display system as recited in claim 2, wherein the processing means responsive to a | A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color | The CRC 699-E when combined with Crowther makes obvious to one of ordinary skill in the art a second command for setting plural color data values in color memory.<br><br>Crowther teaches a writable color memory.<br><br>"In its simplest form the four bits can be used to define one of the eight colours and two |

9

Exhibit 15<br>Page 479

EXHIBIT 3

| Claim | Court's Claim Construction | CRC 699-E' |
|---|---|---|
| second command sets plural color data values in color memory. | **memory.**<br><br>"Processing means".<br><br>Function:<br><br>The function of this element is sets plural color data values in color memory.<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (See Col. 7 ln. 14-17 [except for "or (2)" in color mode 0, for setting"], Col. 7, lns. 53-65). | levels of intensity. However, it is felt by a simple extension of the system the four bits could be employed to define up to sixteen adaptively defined colours."<br><br>(Crowther, page 710).<br><br>Colors can only be "adaptively defined" if they can be written and changed. Crowther also teaches that multiple colors can be transmitted as codes to load the color memory.<br><br>"To achieve the adaptive colours it is proposed to transmit codes as part of the D.R.C.S. data defining the colours to be employed in the particular picture. The 16 colours would be coded simply by allocating either 4 levels (2 bits) or 16 levels (4 bits) of intensity for each of the three primary colors. These codes of the 16 pre-defined colours would be stored in memory as shown in Figure 4.<br><br><br><br>In operation as the Pixel data was read from the main D.R.C.S.memory the 4 bit code of each Pixel would be converted into one of 16 preselected colours.<br><br>This facility gives the possibility of a relatively high definition employing 16 pastel colours from a large colour table."<br><br>(Crowther, page 711).<br><br>Loading multiple values in the color table in the Crowthers extension to the Videotex system requires one or more commands. This command can act as the second command of claim 3. |

10

Exhibit 15
Page 480

EXHIBIT 4

U.S. Patent 4,439,759 Claim Chart

| Claim | Court's Claim Construction | NASA Final Report [1] |
|---|---|---|
| **Claim 1** | | |
| In a digital image display system: | In a digital display system [hardware and software, needed to achieve a visible representation of information in a data-processing system]: | NASA Final Report describes the raster extensions to the Core System. The Core System with the raster extensions provides a design specification for a terminal independent language designed to be used on a digital image display system capable of providing a visible representation of information in a data-processing system. <br><br> "The Core System extensions aim to make effective use of the prototypical raster display shown in Figure 1. The image creation system processes 2D images such as lines, text, points, and areas. Its output is placed in the refresh buffer as the pixel values needed to cause the entities to be displayed. The refresh buffer has a 2D organization, with each row corresponding to a scan-line of the raster display. The size of the refresh buffer and number of bits per pixel varies from one system to another" <br><br> (NASA Final Report, Appendix B, page 2). |
| a memory for storing color data values, | a memory [a color map that stores a table of color data values indexed by numbers] for storing color data values [color components of a particular color (such as red, green and blue (RGB) color components)]; | NASA Final Report discloses a memory for storing color data values. The color data values are stored in the color memory as components of particular colors such as red, green, and blue. <br><br> NASA Final Report explains that on the device level, there are three ways of specifying color: <br><br> "A.  For devices with a small number of displayable colors, color is set by the function SET INDEX. The index values 1 to 8 have the (fixed) association with the colors Black (or complement of background), Red, Green, Blue, Cyan, Yellow, Magenta and White (or background) for color devices, or with the colors Black (or complement) and White (or background) for grey—level devices. <br><br> B.  For devices with a color look-up table, color is set by the functions SET INDEX, DEFINE COLOR INDICES and DEFINE INTENSITY INDICES. In addition, the look-up table is initialized |

[1]  "Final Report. – NASA Grant NSG 1508, Extension of the CORE Graphics System for Raster Graphics Display." Foley, James D., et al, The George Washington University, Washington D.C. 20052 ("NASA Final Report").

1

Exhibit 15
Page 481

EXHIBIT 4

| Claim | Court's Claim Construction | NASA Final Report |
|---|---|---|
| | | as in (A).<br><br>C.  For devices with a large number of displayable colors and no look-up table, references when multiple definitions exist. Some devices (e.g. Dicomed) may incorporate both (A) and (C). The color specification mode is returned as part of the INQURE CAPABILITIES function."<br><br>(NASA Final Report, Appendix C, page 21-2)<br><br>Choice B specifies a "color look-up table" or color memory. Therefore, NASA Final Report discloses a color memory.<br><br>The color data values are stored in the color memory as components of particular colors such as red, green, and blue.<br><br>"The size of the color or intensity index tables will be implicitly be defined by the device's capability. If the user does not designate values for slots in the index table, they will be undefined. There are Core-level functions available to load the index tables with a smooth and meaningful set or [sic] color or intensity values.<br><br>…<br><br>The user may specify color directly, with three parameters between 0 and 1. These parameters may specify red, green and blue, or hue, lightness and saturation."<br><br>(NASA Final Report, Appendix C, page 16) |
| processing means responsive to a predetermined command and data sequence comprising at least one command, the processing means decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values, | processing means responsive to a predetermined command and data sequence [a command and data pattern having a known encoded meaning] comprising [including, but not limited to] at least one command, the processing means decoding [interpreting] the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to [manners of retrieving] color data values, the modes comprising<br><br>"Processing Means"<br><br>Function: | The processing means disclosed by the NASA Final Report is responsive to a predetermined command and data sequence comprising at least one command. If this claim limitation is applied in the manner alleged by Lucent in its infringement contentions, then the structure of the processing means disclosed in NASA Final Report is the same or equivalent to the structure identified in the Court's claim construction order.<br><br>The processing means selects from a plurality of modes of access to color data values including direct and indirect modes of access to the color look-up table.<br><br>"The user specifies the definition of the view surface as it will be used with the function Initialize View Surface (surface name, type, mode), where type is color or intensity, and mode is direct or index table lookup. The designation of fixed or dynamic with each table lookup specifies whether the device has fixed or dynamic table lookup. For a fixed table, if the type is color, the first entries of the lookup table are initialized to Black, Red, Green, Blue, Cyan, Yellow, Magenta, White. Therefore, support can be provided for situations in the table which are indicated as initial load, algorithm, one-one. Support will not be provided for situations indicated as error, table required, doesn't exist.<br><br>The initial implementation of raster functions provided will be direct color to a dynamic |

2

Exhibit 15
Page 482

EXHIBIT 4

| Claim | Court's Claim Construction | NASA Final Report [1] |
|---|---|---|
| the modes comprising | The function of this element is decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values

Structure:

Data processor 1 programmed to perform the algorithm of boxes 301, 302, and 303 of Figure 3 and boxes 401, 402, 403, 404, 405, 407, 408, and 411 of Figure 4 (See, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), lines 33-43). | color lookup table device, and dynamic index color to a dynamic color lookup table device (the two marked with an asterisk in the table."

(NASA Final Report, Appendix C, page 17-18).

Function 2:        INITIALIZE VIEW SURFACE
Integer Parameters:
TYPE        1-"color", 2-intensity".
MODE        1-"direct", 2-index-table".

Initialize the output device. For devices with lookup tables, if TYPE is "color" initialize the first eight entries with the colors Black (or complement of background)1 Red1 Green1 Blue, Cyan, Yellow, Magenta and White (or background). If TYPE is "intensity" initialize the first two entries with the colors Black (or complement) and White (or background), MODE is used only with devices with both "direct-color" and "(fixed) index-table" color specification."

(NASA Final Report, Appendix C, page 21-3).

The NASA Final Report describes a function called "SET_CURRENT_COLOR":

"SET_CURRENT_COLOR (R, G, B)

...

This is one way to set the current color (intensity) index attribute. The R, G, B's (INTENSITY) are in the range of 0 and 1 and are rounded to the nearest displayable color (intensity) on the currently selected view surface. The index value associated with the color (intensity) becomes the current color (intensity) index attribute. All subsequently generated output primitives to which the color (intensity) index attribute value applies will be displayed with the color (intensity) associated with the index. This association can be changed if the color (intensity) is dynamic, as specified when the view surface is initialized."

(NASA Final Report, Appendix A, p. 4),

The NASA Final Report describes a function called "SET_COLOR":

Function 17: SET_COLOR
Integer Parameters:
PRIMITIVE 1-"line", 2-"fill", 3-"text"
Real Parameters: |

3

Exhibit 15
Page 483

EXHIBIT 4

| Claim | Court's Claim Construction | NASA Final Report [1] |
|---|---|---|
| | | C1,C2, C3    Color parameters interpreted in device's color model. For devices with direct color specification, set the color of the specified output primitives. DD selects the closest match in each of the 3 (independent) components. The initial value of COLOR is complement of background. <br><br> NASA Final Report, Appendix C, p. 21-7. <br><br> The NASA Final Report describes a function called "SET_CURRENT_COLOR_INDEX": <br><br> "SET_CURRENT_COLOR_INDEX (I) <br><br> ⋮ <br><br> The current color (intensity) index is set to I.  That is the Ith color (intensity) in the active color set of the currently selected view surface.  All subsequently generated output primitives to which the color (intensity) index attribute applies will be displayed with the color (intensity) associated with the index.  This association can be changed if the color (intensity) is dynamic, as specified when the view surface is initialized." <br><br> (NASA Final Report, Appendix A, p. 5). <br><br> The NASA Final Report describes a function called "SET_BACKGROUND_COLOR": <br><br> Function 18: SET_BACKGROUND_COLOR <br> Real Parameters: <br> C1, C2, C3 Color parameters interpreted in device's color model. For devices with direct color specifications set the background color. Ignored by devices without a variable back- ground. <br><br> NASA Final Report, Appendix C, p. 21-7. <br><br> The NASA Final Report describes a function called "SET_INDEX": <br><br> Function 21: SET_INDEX <br> Integer Parameters: <br> PRIMITIVE 1–"line" , 2–"text", 3–"fill" <br> INDEX    Index value. <br> For devices with color lookup tables, set the color table index for subsequent output primitives. The initial value of INDEX is 1. <br><br> NASA Final Report, Appendix C, p. 21-8. <br><br> "SET_BACKGROUND_COLOR_INDEX (INDEX) <br> SET_BACKGROUND_INTENSITY_INDEX (INDEX) |

4

Exhibit 15
Page 484

EXHIBIT 4

| Claim | Court's Claim Construction | NASA Final Report [1] |
|---|---|---|
| | | The background color (intensity) index attribute is set to INDEX. This action does not take effect until a NEWFRAME occurs." <br><br> (NASA Final Report, Appendix A, page 20). <br><br> The NASA Final Report describes a function called "SET_BACKGROUND_INDEX". <br><br>      Function 22: SET_BACKGROUND_INDEX <br>      Integer Parameters: <br>      INDEX     Index value. <br>      For devices with color lookup tables, set the background index. <br>      Ignored by devices without a variable background. <br><br> NASA Final Report, Appendix C, pg. 21-8. |
| a first mode of access wherein an in-use foreground color is directly specified as a color data value; | a first mode of access [manner of retrieving] wherein an in-use foreground color [a color that will be used as a foreground color for subsequently received text and graphics drawing commands until changed] is directly specified as [called for by] a color data value [color component of a particular color (such as the red, green and blue (RGB) color components]; | NASA Final Report discloses a first mode of access in which the in-use foreground color is directly specified as a color data value. The in-use foreground color is used as foreground color for subsequently received text and graphics drawing commands until changed. The color is directly called for by a color data value. The color data values are color components of particular colors such as red, green, and blue. <br><br> The Raster graphics extensions to the Core Systems described in Appendix A to the NASA Final Report discloses the "SET_CURRENT_COLOR (R,G,B)" command to directly specify the in-use foreground color. This command finds the Color Data Value in the Color Memory that has the closest color match to the operand. The index in Color Memory of this Color Data value becomes the current color index for the in-use foreground color. All subsequently generated output primitives will be displayed with the in-use foreground color associated with the index until changed. <br><br> "4.2.11.2 SET_CURRENT_COLOR <br><br> SET_CURRENT_COLOR (R,G,B) <br> SET_CURRENT_INTENSITY (INTENSITY) <br><br> This is one way to set the current color (intensity) index attribute. The R,G,B's (INTENSITY) are in the range of 0 to 1 and are rounded to the nearest displayable color (intensity) on the currently selected view surface. The index value associated with the color (intensity) becomes the current color (intensity) index attribute. All subsequently generated output primitives to which the color (intensity) index attribute applies will be displayed with the color (intensity) associated with the index. This association can be changed if the color (intensity) is dynamic, as specified when the view surface is initialized." |

5

Exhibit 15
Page 485

EXHIBIT 4

| Claim | Court's Claim Construction | NASA Final Report [1] |
|---|---|---|
| | | (NASA Final Report, Appendix A, page 4).<br><br>An output primitive is a text or graphics drawing command. Appendix A of the NASA Report was meant to be used in conjunction with the original GSPC CORE Specification titled "Status Report of the Graphics Standards Planning Committee," Computer Graphics, Vol. 11, No. 3, Fall 1977. ("1977 GSPC Report") with section numbering scheme following the original 1977 GSPC Report (NASA Final Report, Appendix A, preface). 1977 GSPC Report has a section titled "OUTPUT PRIMITIVES" which defines text and graphics drawing commands such as "TEXT(CHARACTER_STRING)" and "LINE_ABS_2." (1977 GSPC Report, II-19, II-20).<br><br>Furthermore, the Appendix C of the NASA Final Report discloses the" SET COLOR" command that directly sets the color of succeeding output primitives until changed. The NASA Final Report discloses that for devices with direct color specification, the in-use foreground color of subsequent displayed objects will use the closest match of the specified color data value.<br><br>Function 17:      SET COLOR<br>Integer Parameters:<br>PRIMITIVE      1–"line", 2–"fill", 3–"text"<br>Real Parameters:<br>C1,C2, C3 Color parameters interpreted in device's color model.<br><br>For devices with direct color specification, set the color of the specified output primitives. DD selects the closest match in each of the 3 (independent) components. The initial value of COLOR is complement of background.<br><br>(NASA Final Report, Appendix C, page 21-7). |
| a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and | a second mode of access [manner of retrieving] wherein the in-use foreground color [a color that will be used as the foreground color for subsequently received text and graphics drawing commands until changed] is specified as [called for by] an index into the color memory [a color map that stores a table of color data values indexed by | NASA Final Report discloses a second mode of access in which the in-use foreground color is specified as an index into color memory. The in-use foreground color is used as foreground color for subsequently received text and graphics drawing commands until changed.<br><br>The Raster graphics extensions to the Core Systems described in Appendix A to the NASA Final Report discloses the "SET_CURRENT_COLOR_INDEX (I)" command to specify the in-use foreground color as an index into the color memory. All subsequently generated output primitives are then displayed with the color associated with the index.<br><br>"SET_CURRENT_COLOR_INDEX (I) |

6

Exhibit 15<br>Page 486

EXHIBIT 4

| Claim | Court's Claim Construction | NASA Final Report [1] |
|---|---|---|
| | numbers]; and | SET_CURRENT_INTENSITY_INDEX (I)

The current color (intensity) index is to set I. That is the Ith color (intensity) in the active color set of the currently selected view surface. All subsequently generated output primitives to which the color (intensity) index attribute value applies will be displayed with the color (intensity) associated with the index. This association can be changed if the color (intensity) is dynamic, as specified when the view surface is initialized."

(NASA Final Report, Appendix A, page 5).

Furthermore, Appendix C of the NASA Final Report discloses the "SET_INDEX" command specify the in-use foreground color as an index into the color memory for subsequently received "output primitives" until changed where "output primitives" are defined to be text and graphics drawing commands as shown in 1977 GPSC Report. (1977 GPSC Report, II-19, II-20).

    Function 21:   SET INDEX
    Integer Parameters:
    PRIMITIVE   1-"line", 2-"text", 3-"fill"
    INDEX     Index value.
    For devices with color lookup tables, set the color table index for
    subsequent output primitives. The initial value of INDEX is 1.

(NASA Final Report, Appendix C, page 21-8). |
| a third mode of access wherein the in-use foreground color and an in-use background color are specified as indexes into the color memory; and | a third mode of access wherein the in-use foreground color and in an in-use background color [a color that will be used as the background color for subsequently received text and graphics drawing commands until changed] are specified as indexes into the color memory; and | NASA Final Report discloses a third mode of access in which the in-use foreground color and the in-use background color are specified as indexes into the color memory.

NASA Final Report discloses a mode of access wherein the in-use foreground color is specified as an index into the Color Memory. (See above).

The Raster graphics extensions to the Core Systems described in Appendix A to the NASA Final Report discloses the "SET_BACKGROUND_COLOR_INDEX (INDEX)" command to specify the in-use background color as an index into the color memory.

"SET_BACKGROUND_COLOR_INDEX (INDEX)
SET_BACKGROUND_INTENSITY_INDEX (INDEX)

The background color (intensity) index attribute is set to INDEX. This action does not take effect until a NEWFRAME occurs."

(NASA Final Report, Appendix A, page 20).

Furthermore, Appendix C of the NASA Final Report discloses the "SET_BACKGROUND_INDEX" command specify the in-use background color as an |

7

Exhibit 15
Page 487

EXHIBIT 4

| Claim | Court's Claim Construction | NASA Final Report [1] |
|---|---|---|
| | | index into the color memory until changed. |
| | | "Function 22:                    SET BACKGROUND INDEX<br>Integer Parameters:        INDEX        Index value.<br>For devices with color lookup tables, set the background index. Ignored by devices without a variable background. "<br><br>(NASA Final Report, Appendix C, page 21-8).<br><br>Notably, the description of this command does not mention a requirement for a NEWFRAME command. To the extent that the commands identified by Lucent in its infringement contentions satisfy the court's claim construction, the commands disclosed by the NASA Final Report also satisfy it since the NASA Final Report commands and data are as similar as or more similar to the patented commands and data than those commands and data accused by Lucent. |
| display means responsive to the processing means, the display means displaying the colors associated with the color data values accessed by the selected mode. | display means responsive to the process means, the display means displaying the colors associated with the color data values accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system;<br>(4) a liquid crystal display; or<br>(5) an LED display (See e.g., Col. 4, lines 50-55) | NASA Final Report discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color values accessed by the selected mode are displayed on a computer monitor raster display.<br><br>"The Core System extensions aim to make effective use of the prototypical raster display shown in Figure 1. The image creation system processes 2D images such as lines, text, points, and areas. Its output is placed in the refresh buffer as the pixel values needed to cause the entities to be displayed. The refresh buffer has a 2D organization, with each row corresponding to a scan-line of the raster display. The size of the refresh buffer and number of bits per pixel varies from one system to another.<br><br>The image display system reads the refresh buffer in synchronism with a TV raster, using the pixel values to control the color or intensity of points on the display screen. An optional look-up table in the image display system can dynamically assign intensities or colors to pixel values. There is a 1-1 correspondence between pixels in the refresh buffer and points on the display screen (some contemporary raster systems do not impose this restriction.)"<br><br>(NASA Final Report, Appendix B, page 2). |
| **Claim 2** | | |
| A digital image display system | A digital image display system [hardware and software needed to | NASA Final Report discloses a digital image display system as described above. |

8

Exhibit 15<br>Page 488

EXHIBIT 4

| Claim | Court's Claim Construction | NASA Final Report [1] |
|---|---|---|
| comprising: | achieve a visible representation of information in a data-processing system] comprising; | |
| a color memory for storing color data values; | a color memory for storing color data values; | NASA Final Report discloses a color memory for storing color data values as described above. |
| processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting [storing] a color data value in the color memory; and

"Processing means"

Function:

The function of this element is:
(a) selecting a mode of access to the color memory; and
(b) setting a color data value.

Structure:
(a) structure for selecting a mode of access to color memory is:
Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (See, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), and lines 33-43)); | NASA Final Report discloses a processing means responsive to command and data sequences, the processing means, responsive to a first command selecting a mode of access to Color Data Values, and display means as described above.

NASA Final Report also discloses a processing means responsive to a second command setting a color data value in the color memory.

The Raster graphics extensions to the Core Systems described in Appendix A to the NASA Final Report discloses the "REDEFINE_COLOR (I,R,G,B)" command for setting a color data value in the color memory.

"4.2.1.3 REDEFINING ATTRIBUTES VALUES FOR STATIC PRIMITIVE ATTRIBUTES

REDEFINE_COLOR (I,R,G,B)
REDEFINE_INTENSITY (I,INTENSITY)

This function changes the color (intensity) value whose index is I to R,G,B (INTENSITY). The R,G,B (INTENSITY) is rounded by the Core System to the nearest color (intensity) displayable on the currently selected view surface."

(NASA Final Report, Appendix A, page 14)

Furthermore, Appendix C of the NASA Final Report discloses the command "DEFINE COLOR INDICES" which sets multiple color memory entries. In that this command can store multiple color data values in the color memory, it can also store one color data value in the color memory when the two integer parameters are the same value.

"Function 23: DEFINE COLOR INDICES
Integer Parameters:
I1, I2

Real Parameters:
C1_ARRAY    I2 - I1+ 1 values.
C2_ARRAY    I2 - I1+ 1 values. |

9

Exhibit 15
Page 489

EXHIBIT 4

| Claim | Court's Claim Construction | NASA Final Report [1] |
|---|---|---|
| | (b) structure for setting a color data value is:<br>Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 304 and 305; and Fig. 5: boxes 501, 504, 506, 508 and 510 (*See*, Col. 5, lines 60-64; Col. 6, lines 12-17; Col. 7, lines 14-17 (except for "or (2) in color mode 0, for setting"), Col. 7, lines 53-64 (except for "The sequence of boxes 504, 506, 508, and 510 is")). | C3_ARRAY    I2 - I1+1 values.<br>Set color index table entries I1 through I2.  Ignored by devices without lookup tables. "<br>(NASA Final Report, Appendix C, page 21-8) |
| display means responsive to the processing means, the display means displaying a color data value associated with the color data value accessed by the selected mode. | display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode.<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system<br>(4) a liquid crystal display; or<br>(5) an LED display (*See e.g.*, Col. 4, lines 50-55). | NASA Final Report discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode as described above. |
| **Claim 3** | | |
| A display system as recited in claim 2, wherein the | A display system as recited in claim 2, wherein the processing means responsive to a second command **sets** | NASA Final Report discloses a processing means responsive to a second command that sets plural color data values in color memory. |

10

Exhibit 15<br>Page 490

EXHIBIT 4

| Claim | Court's Claim Construction | NASA Final Report [1] |
|---|---|---|
| processing means responsive to a second command sets plural color data values in color memory. | plural color data values in color memory. "Processing means". Function: The function of this element is sets plural color data values in color memory. Structure: Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (See Col. 7 ln. 14-17 [except for "or (2) in color mode 0, for setting"], Col. 7, lns. 53-65). | The command "DEFINE COLOR INDICES" sets multiple color data values in the color memory when I2 is greater than I1. "Function 23: Integer Parameters: DEFINE COLOR INDICES I1, I2 Real Parameters: C1 ARRAY I2 - I1 + 1 values. C2 ARRAY I2 - I1 + 1 values. 03 ARRAY I2 - I1 + 1 values. Set color index table entries I1 through I2.  Ignored by devices without lookup tables. " (NASA Final Report, Appendix C, page 21-8) |

11

Exhibit 15
Page 491