UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

_____

LUCENT TECHNOLOGIES, INC.,      )
                Plaintiff,      )
        v.                      ) Case No.:
GATEWAY, INC.,                  ) 07CV2000 B
GATEWAY COUNTRY STORES LLC      )  (CAB)
GATEWAY COMPANIES, INC.,        )
MANUFACTURING LLC and           )
COWABUNGA ENTERPRISES, INC.,)
                Defendants. ) 03-CV-0699-B
                                )    (CAB)
            and                 ) 03-CV-1108-B
                                )    (CAB)
MICROSOFT CORPORATION,          )
                Intervener. )
_____)
MICROSOFT CORPORATION,          )
                Plaintiff,      )
        v.                      )
LUCENT TECHNOLOGIES, INC.,      )
                Defendant.   )
_____)
LUCENT TECHNOLOGIES, INC.,      )
                Plaintiff,      )
        v.                      )
DELL COMPUTER CORPORATION       )
                Defendant.   )
_____)


Videotaped deposition of

DR. JAMES D. FOLEY, taken at 181 Peachtree

Street, Atlanta, Georgia, on Wednesday,

November 7, 2007, at 9:32 A.M., before

Charisse Kitt, CCR and Registered

Professional Reporter and Notary Public.

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 540

## Page 2

```
 1
 2        APPEARANCES OF COUNSEL:
 3   For the Plaintiff:
 4     James Marina, Esq.
 5     KIRLAND & ELLIS LLP
 6     153 East 53rd Street
 7     New York, New York 10022-4611
 8
 9   For the Defendant: (Gateway and the Witness)
10     Justin Boyce, Esq.
11     DECHERT, LLP
12     2440 W. El Camino Real, Suite 700
13     Mountain View, California 94040-1499
14
15   For the Defendant: (Dell and the Witness)
16     Matthew N. Bathon, Esq.
17     ARNOLD & PORTER, LLP
18     555 Twelfth Street, NW
19     Washington, DC 20004-1206
20
21
22   Also Present: Derrick Jones, Videographer
23
24
25
```

## Page 3

```
 1
 2            I N D E X
 3   WITNESS: Dr. James Foley
 4
 5   EXAMINATION:           PAGE
 6   BY MR. MARINA          5, 273
 7   BY MR. BOYCE           152
 8
 9      DESCRIPTION OF EXHIBITS
10   EXHIBIT      DESCRIPTION
11   EXHIBIT 1    Computer Graphics Vol 13,
                  Number 3, August 1979
12                Bates Stamp GW-LT 253593-253639
13   EXHIBIT 2    Raster Graphics Extensions to
                  the Graphics Compatibility System
14                Bates Stamp GW-LT 253769-253849
15   EXHIBIT 3    Final Report - NASA Grant NSG 1508
                  NSG 1508
16                Bates Stamp GW-LT 444838-444992
17
18   EXHIBIT 4    Fundamental of Interactive
                  Computer Graphics Bates Stamp
19                GW-LT 441751-442403
20   EXHIBIT 5    Fundamental of Interactive Computer
                  Graphics
21                Bates Stamp GW-LT 445175-445867
22   EXHIBIT 6    Newman and Sproull Book
                  Bates Stamp GW-LT 443271-443550
23
24   EXHIBIT 7    Color Map Techniques
                  Bates Stamp GW-LT 254266-254285
25
```

## Page 4

```
 1
 2
 3            I N D E X (CONT'D)
 4   EXHIBIT 8    Color Table Animation by
                  Richard Shoup  Bates Stamp
 5                GW-LT 442520-442525
 6
 7   EXHIBIT 9    Computer Graphics Vol 11,
                  Fall 1977 Bates Stamp
 8                GW-LT 445016-45174
 9   EXHIBIT 10   Computer Graphics Vol 13
                  August 1979 Bates Stamp
10                GW-LT 253580-253592
11   EXHIBIT 11   Implementations of the Core
                  Bates Stamp GW-LT 438447-43865
12
13   EXHIBIT 12   Final Report NASA Grant NSG 1508
                  Bates Stamp DELL366644-366799
14
15   EXHIBIT 13   Ramtek Programming Manual
                  Bates Stamp GW-LT 430277-430477
16
17   EXHIBIT 14   Ramtek 9400 Series
                  Bates Stamp GW-LT 253763
18
19   EXHIBIT 15   Some Raster Graphics Extensions
                  to the Core System Bates Stamp
20                GW-LT 445869-445878
21
22
23
24
25
```

## Page 5

```
 1        JAMES D. FOLEY
 2   Videotaped deposition of James D. Foley
 3        November 7, 2007
 4      THE VIDEOGRAPHER: This is the
 5   start of tape labeled number 1 in the
 6   videotaped deposition of James Foley,
 7   in the matter of Lucent Technologies,
 8   Inc. versus Gateway, Inc. et al, in
 9   the United States District Court,
10   Southern Division of California,
11   number 07CV2000.
12      This deposition is being held at
13   the Ritz Carlton, 181 Peachtree
14   Street, in Atlanta, Georgia, on
15   November 7, 2007. The time is
16   approximately 9:32 a.m.
17      My name is Derrick Jones, from
18   TSG Reporting, Inc. I'm the video
19   specialist. The court reporter is
20   Charisse Kitt, in association with TSG
21   Reporting.
22      Will counsel please introduce
23   yourselves.
24      MR. MARINA: James Marina, from
25   Kirkland & Ellis, representing Lucent
```

Page 6

JAMES D. FOLEY

1    Technologies.
2         MR. BOYCE: Justin Boyce, from
3    Gateway -- excuse me, Justin Boyce,
4    from Dechert, representing the
5    Defendant, Gateway, also here today to
6    represent Dr. Foley.
7         MR. BATHON: Matthew Bathon,
8    from Arnold & Porter, representing
9    Dell, Inc. and the witness.
10        THE VIDEOGRAPHER: Will the
11   court reporter please swear in the
12   witness.
13        (Whereupon, the Reporter's
14   Disclosure was made on the record, in
15   accordance with Article 8-B of the
16   Georgia Board of Court Reporting of
17   the Judicial Council of Georgia.)
18        DR. JAMES D. FOLEY,
19   having been first duly sworn, was examined
20   and testified as follows:
21   EXAMINATION
22   BY MR. MARINA:
23       Q    Good morning.
24       A    Good morning.

Page 7

JAMES D. FOLEY

1        Q    Could you state your name and
2    home address for the record, please?
3        A    I'm James David Foley. I live
4    at 1588 Friar Tuck Road, northeast,
5    Atlanta, Georgia, 30309.
6        Q    And are you currently employed?
7        A    Yes, I am.
8        Q    Where?
9        A    I work at the Georgia Institute
10   of Technology, also known as Georgia Tech.
11       Q    Okay. And what do you do there?
12       A    I'm a professor in the School of
13   Interacting Computing, which is in the
14   College of Computing. I also have a
15   courtesy appointment in the School of
16   Electrical and Computer Engineering.
17       Q    How long have you been at
18   Georgia Tech?
19       A    I came to Georgia Tech in
20   January of 1991.
21       Q    And before that, were you
22   employed?
23       A    Before that, I was at George
24   Washington University, in Washington D.C.

Page 8

JAMES D. FOLEY

1        Q    And what position did you hold
2    at George Washington University?
3        A    I was initially an associate
4    professor, then a professor and then a
5    chairman of the Department of Electrical
6    Engineering and Computer Science, in the
7    School of Engineering and Applied Sciences.
8        Q    When did you first join George
9    Washington?
10       A    I'm sorry?
11       Q    When did you first join George
12   Washington?
13       A    1977. September of 1977.
14       Q    And you were an associate
15   professor?
16       A    Yes, I joined as an associate
17   professor.
18       Q    Before that, where were you?
19       A    I spent one year at the Census
20   Bureau in Washington. And before that, I
21   was a professor and an assistant professor
22   at the University of North Carolina in
23   Chapel Hill, in computer science.

Page 9

JAMES D. FOLEY

1        Q    And before that?
2        A    Before that, I worked for about
3    a year managing a group of realtime systems
4    programmers for a company called
5    Information Control Systems, in Ann Arbor,
6    in Michigan.
7        Q    What years was that?
8        A    It was roughly '69 to '70.
9        Q    And before that?
10       A    Before that, I earned my Ph.D in
11   computer information controlling
12   engineering from the University of
13   Michigan, graduating in April or May of
14   1969.
15       Q    Have you had your deposition
16   taken before?
17       A    Yes, I have.
18       Q    In what connection?
19       A    Multiple connections.
20       Q    Okay.
21       A    All with regarding -- all but
22   one regarding independent or copyright
23   cases, one involving an employment case of
24   some sort at GW.

3  (Pages 6 to 9)

Page 10

JAMES D. FOLEY

1
2    Q    In the cases concerning -- well,
3  how many patent copyright cases have you
4  had your deposition taken?
5    A    Four or five, six; something in
6  that order.
7    Q    And in those cases, were you
8  hired as an expert witness by one of the
9  parties to the case?
10    A    Yes.
11    Q    Okay.  In those cases -- strike
12  that.
13         In the patent cases in which you
14  testified, did you ever give an opinion
15  that a patent was invalid?
16    A    Yes, I did.
17    Q    Okay.  Did you ever give an
18  opinion that a patent was valid?
19    A    I don't recall.  I don't
20  recall -- I don't recall such a case.  Some
21  of them were quite a while ago.
22    Q    Okay.  And so in the four or
23  five patent cases you testified in, you
24  don't recall ever having -- ever haven
25  given an opinion that a patent was valid,

Page 11

JAMES D. FOLEY

1
2  correct?
3    A    I don't recall doing that.
4    Q    But you do recall giving
5  opinion -- giving your opinion that a
6  patent was invalid, right?
7    A    Yes, I do.
8    Q    And did you that on multiple
9  occasions, right?
10    MR. BOYCE:  Asked and answered.
11    A    I don't recall the number of
12  occasions in which I did that.
13    Q    Who are your lawyers today?
14    A    My lawyers are Mat Bathon and
15  Justin Boyce.
16    Q    Did you need to look at their
17  cards to remember their names?
18    A    Did I need to, no, I happen to
19  have the cards here.
20    Q    Okay.  When -- do you know what
21  firm Mr. Boyce works for?
22    A    He's from Dechert and -- and
23  Matt is at Arnold & Porter in D.C.
24    Q    And let's talk about Dechert,
25  when did you hire Dechert as your lawyer?

Page 12

JAMES D. FOLEY

1
2    A    I'm sorry?
3    Q    When did you hire the law firm
4  of Dechert to be your attorneys?
5    A    Well, I haven't hired anyone to
6  be my lawyer.  I've been working with these
7  on this case.  I've been retained.
8    Q    Okay.  So you -- who have you
9  been retained by?
10    A    I've been retained by Dechert to
11  work on -- on this case.
12    Q    And when were you retained?
13    A    By Dechert?
14    Q    Yeah.
15    A    The spring.
16    Q    Spring of 2007?
17    A    I believe so, it's been, as you
18  know, there's been a series of law firms
19  involved in this case.
20    Q    Well, prior to the spring of
21  2007, were you retained in connection with
22  this case by any other law firms?
23    A    Yes.
24    Q    What other law firms?
25    A    I don't recall their names.

Page 13

JAMES D. FOLEY

1
2    Q    Okay.  Dewey Valentine ring a
3  bell?
4    A    I'm sorry?
5    Q    Does the law firm of Dewey
6  Valentine ring a bell?
7    A    That sounds familiar.
8    Q    Do you recall the names of the
9  lawyers who you worked with in connection
10  with that previous engagement?
11    A    No, I don't recall their names.
12    Q    Were you also retained by Arnold
13  & Porter?
14    A    I'm sorry?
15    Q    Were you also retained by Arnold
16  & Porter?
17    A    No.
18    Q    Okay.  How is it that Mr. Bathon
19  is your lawyer?
20    A    I'm sorry?
21    Q    How is it that Mr. Bathon is
22  your lawyer?
23    A    As I understand the case, both
24  Dell and Gateway are defendants and the
25  firms and the companies work together.  So

4  (Pages 10 to 13)

Page 14

JAMES D. FOLEY

1    JAMES D. FOLEY
2   while my formal relationship is with
3   Dechert, somehow this is all comingled
4   together.  You understand the legalities of
5   it much better than I do.
6        Q    Well, I don't understand the
7   legalities of it, so let's get this
8   straight.  So you've been retained by
9   Dechert?
10       A    That's correct.
11       Q    You haven't been retained by
12  Arnold & Porter, correct?
13       A    That's correct, I have not been
14  retained by Arnold & Porter.
15       Q    And you have not retained Arnold
16  & Porter, correct?
17       A    I've never retained a lawyer in
18  a patent or copyright.
19       MR. MARINA:  Mr. Bathon, could
20       you explain to me how it is that you
21       represent this witness?
22       MR. BATHON:  I -- in working
23       with Dechert, I met Dr. Foley
24       yesterday and he -- we discussed we
25       would also be representing him.

Page 15

1    JAMES D. FOLEY
2        MR. MARINA:  He just said you
3        weren't.
4        MR. BOYCE:  Objection.  He did
5        not, mischaracterizes his testimony.
6        MR. MARINA:  You're not going to
7        get away with shielding
8        confidentiality or attempts to shield
9        a conversation with bogus claims of --
10       of representation of this witness.  He
11       just testified he did not retain
12       Arnold & Porter and Arnold & Porter
13       did not retain him.
14       Q    (By Mr. Marina) How much are you
15  being paid by Dechert, sir?
16       A    $500 an hour.
17       Q    And how much were you paid by
18  the firm that preceded Dechert?
19       A    The same amount, as I recall.
20       Q    And when were you first retained
21  in this case?
22       A    Several years ago.
23       Q    Okay.  About how many hours in
24  those years have you worked on this case?
25       A    Twenty, 25, 30; something in

Page 16

1    JAMES D. FOLEY
2   that order.
3        Q    Do you have a written agreement
4   with Dechert?
5        A    Yes, I do.
6        Q    Did you have a written agreement
7   with the previous firm?
8        A    Yes, I did.
9        Q    You don't have a written
10  agreement with Arnold & Porter?
11       A    I'm sorry?
12       Q    You do not have a written
13  agreement with Arnold & Porter on any
14  subject, correct?
15       A    Not on -- no, I do not.
16       Q    You don't have an oral agreement
17  with Arnold & Porter on any subject, right?
18       A    I have an agreement that Arnold
19  & Porter would be involved in this process.
20       Q    But you didn't retain Arnold &
21  Porter?
22       A    Well, as I said, I've never
23  retained anyone.  I haven't retained
24  Mr. Boyce.  By the way, my hearing is
25  somewhat asymmetrical and you are on my bad

Page 17

1    JAMES D. FOLEY
2   side.
3        Q    Okay.
4        A    Which is why I have asked you a
5   number of times to repeat.
6        Q    I'll try to speak up.
7        A    Thank you.
8        Q    How did you become involved in
9   this case?
10       A    Probably I had a phone call or
11  an e-mail from -- it seems to me there were
12  two law firms ago or three law firms ago,
13  asking -- I'm not sure what I was asked.
14  But at some point, there was some
15  discussion with the lawyer and I was asked
16  if I was available to and knowledgeable in
17  this area and I said yes.
18       Q    And so you agreed to work on the
19  case?
20       A    Yes, I did.
21       Q    The time you agreed to work on
22  the case, did you know anything about this
23  case?
24       A    I don't recall what I knew about
25  the case or what I didn't know about the

5  (Pages 14 to 17)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 544**

Page 18

```
 1          JAMES D. FOLEY
 2   case at the time.
 3      Q    You're aware that there's --
 4   that this is a patent infringement case?
 5      A    Yes, I am.
 6      Q    And you're aware that Lucent is
 7   suing Gateway and Dell for infringement?
 8      A    Yes, I am.
 9      Q    Have you read the patent that's
10   an issue?
11      A    Yes, sometime ago.
12      Q    When was the last time you read
13   that patent?
14      A    Over the summer, sometime.
15      Q    Why did you read the patent over
16   the summer?
17      A    To become familiar with the --
18   with the case.
19      Q    Okay. How long did you spend
20   reading the patent?
21      A    Not long.
22      Q    Can you estimate it for me?
23      A    An hour.
24      Q    Did you read the court's claim
25   construction?
```

Page 19

```
 1          JAMES D. FOLEY
 2      A    No.
 3      Q    Do you know what a "claim
 4   construction" is?
 5      A    Yes, I do.
 6      Q    But you didn't read the court
 7   claim construction?
 8      A    I don't think I've seen the -- I
 9   don't think I've been provided with the
10   claim construction.
11      Q    Have you ever -- in any --
12   outside of this lawsuit, you've consulted
13   for other companies, right?
14      A    Yes.
15      Q    Have you ever consulted for
16   Gateway before?
17      A    No. No.
18      Q    How about Dell?
19      A    No.
20      Q    How about Microsoft?
21      A    Yes.
22      Q    Okay. What -- please explain --
23   please describe your consulting for
24   Microsoft.
25      A    Let's see, I worked with
```

Page 20

```
 1          JAMES D. FOLEY
 2   Microsoft on two occasions, one was in the
 3   context of the Apple Microsoft copyright
 4   case and another was a more recent patent
 5   infringement case.
 6      Q    What was the patent infringement
 7   case about?
 8      A    I'm sorry?
 9      Q    What was the patent infringement
10   case about?
11      A    Computer graphics.
12      Q    And was Microsoft being sued or
13   suing somebody?
14      A    Microsoft was being sued.
15      Q    Okay. When was this?
16      A    Three, four years ago.
17      Q    Okay. Do you recall what the
18   subject matter of the patent was?
19      A    It was about animation
20   techniques, if I remember.
21      Q    How many patents were involved
22   in that case?
23      A    I think there were multiple
24   patents.
25      Q    Did you opine that all of those
```

Page 21

```
 1          JAMES D. FOLEY
 2   patents were invalid?
 3          MR. BOYCE:  Objection.  Vague
 4      and ambiguous.
 5          MR. BATHON:  For the record,
 6      Dell will join in all the objections.
 7      A    I was not actually asked an
 8   opinion, there were no depositions in the
 9   case.
10      Q    (By Mr. Marina) Did you form an
11   opinion?
12      A    Not that I recall.
13      Q    Did you write a report?
14      A    In that case, did I write a
15   report?  Frankly, I don't remember what
16   cases I've written reports and what cases
17   I've met with people and talked about prior
18   argument and what was going on at different
19   times in the computer graphics world.
20      Q    Have you talked to anyone at
21   Microsoft in connection with this lawsuit?
22      A    No.
23      Q    Have you talked to anyone at the
24   law firm of Fish & Richardson?
25      A    About this -- were they one of
```

TSG Reporting - Worldwide    877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 545**

Page 22

JAMES D. FOLEY

1    JAMES D. FOLEY
2  the law firms that was involved in this
3  chain of lawyers?
4      Q    I don't know.
5      A    I don't know, either.
6      Q    Who represented Microsoft in the
7  case you consulted for Microsoft on?
8      A    I don't know.
9      Q    Do you remember the lawyer's
10  names?
11     A    No.
12     Q    Do you recall the name of the
13  company that was suing Microsoft?
14     A    This -- this might have been
15  the -- this might have been a case where
16  there was some -- some company had bought
17  some patents, some -- as it was not a name
18  of a group or entity that I would recall,
19  it wasn't like an IBM or an Intel or
20  whatever.
21     Q    How long did that engagement
22  last?
23     A    Six months, maybe.
24     Q    How much did you charge
25  Microsoft for that case?

Page 23

1    JAMES D. FOLEY
2      A    $500 an hour.
3      Q    Is $500 an hour your standard
4  rate?
5      A    Yes, it is.
6      Q    And in this case when -- you
7  send your bills to Dechert, right?
8      A    That's correct -- no, I actually
9  send the bills directly to Gateway.
10     Q    Okay.
11     A    The written agreement is with
12  Dechert.  The written agreement sends the
13  bills to someone at Gateway.
14     Q    Okay.  You don't send any bills
15  to Dell?
16     A    No.
17     Q    And you don't send any bills to
18  Arnold & Porter?
19     A    No.
20     Q    You own any stock in Dell?
21     A    Not that I know of.  I own some
22  mutual funds and maybe some of those mutual
23  funds own stock.
24     Q    How about Gateway?
25     A    No.

Page 24

1    JAMES D. FOLEY
2      Q    Do you own any stock in
3  Microsoft?
4      A    No.
5      Q    Do you know what Microsoft GDI
6  is?
7      A    The graphics design interface.
8      Q    Have you ever worked with GDI
9  before?
10     A    No.
11     Q    What's your level of familiarity
12  with Microsoft GDI?
13     A    I know that it exists.  I may
14  have looked at some references about it at
15  some point.
16     Q    And in what connection?
17     A    It might have been in connection
18  with one of those graphics in one of those
19  consulting cases.
20     Q    How about in this case?
21     A    No.
22     Q    Do you understand what Lucent's
23  theory of infringements is?
24     A    No, I do not.
25     Q    Have you ever seen Lucent's

Page 25

1    JAMES D. FOLEY
2  infringements contentions?
3      A    No.
4      Q    Have you ever read the report of
5  Jake Richter?
6      A    Of whom?
7      Q    Jake Richter, Lucent's expert?
8      A    No.
9      Q    Did you ever read the report of
10  -- strike that.
11         Did you ever read any report by
12  Robert Wedig?
13     A    No.
14     Q    Do you know who Robert Wedig is?
15     A    Yes.
16     Q    Who is that?
17     A    He's been retained by Gateway or
18  Gateway and Dell, I don't know, as their --
19  what's called a testifying expert witness.
20     Q    Were you asked to be a
21  testifying expert witness?
22     A    No.
23     Q    Does your agreement with
24  Gateway, do they tell you to attend trial
25  in this case?

7 (Pages 22 to 25)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 546**

Page 26

JAMES D. FOLEY

1
2     A    I'd have to look at the
3  agreement to see what it says.
4     Q    If you were asked to testify at
5  trial, would you?
6     A    Yes.  If I were asked, yeah.
7     Q    Have you been asked?
8     A    No.
9     Q    And if -- when you testify -- if
10  you were asked and you did --
11     A    Oh, sorry, sir, what do you mean
12  have I been asked to testify at trial?
13  Testify as a -- in what capacity or in what
14  sense?
15     Q    In any capacity?
16     A    I've been told when the dates
17  for the trial that's currently set.
18     Q    And have you been asked to make
19  yourself available in San Diego at that
20  time?
21     A    I've been asked to -- I've been
22  asked if my calendar is clear during that
23  period of time.
24     Q    So -- so you said you do --
25  well, strike that.

Page 27

JAMES D. FOLEY

1
2        So you said the court permits
3  you to testify at trial, you will not be
4  testifying as an expert, correct?
5     A    What do you mean "as an expert"?
6     Q    You haven't been hired as a
7  testifying expert, right?
8     A    You have to clarify the exact
9  meaning of "testifying as an expert" for me
10  to answer that.
11     Q    Have you written an expert
12  report in this case?
13     A    No, I have not written an expert
14  report.
15     Q    And do you have any opinion on
16  whether -- strike that.
17        You know the patent at issue is
18  called the Fleming patent, have you ever
19  heard of that?
20     A    Is that the name of the person
21  whose name the patent is granted?
22     Q    Right.
23     A    I'm not sure how I've heard the
24  patent referred to.
25     Q    Okay.  All right, well, if I say

Page 28

JAMES D. FOLEY

1
2  the Fleming patent today, you'll understand
3  that to be the patent that's at issue?
4     A    Sure.
5     Q    Have you reached an opinion as
6  to whether the Fleming patent is --
7     A    No.
8     Q    -- invalid?
9     A    No, I haven't been asked to.
10     Q    You have no opinion?
11     A    No.
12     Q    And you have no opinion on
13  whether or not Gateway and Dell infringed
14  upon the patent, right?
15     A    No.
16     Q    If you do go to San Diego, the
17  trial and end up testifying, will you be
18  charging $500 an hour?
19     A    Yes.
20     Q    So you charge $500 an hour, not
21  only for your consulting but for
22  testifying, correct?
23     A    That's my agreement with
24  Gateway.
25     Q    Okay.  Are you being paid $500

Page 29

JAMES D. FOLEY

1
2  an hour to sit in this deposition?
3     A    Yes, sir.
4     Q    And I assume you prepared for
5  your deposition today, right?
6     A    Yes.
7     Q    And you met with counsel?
8     A    Yes.
9     Q    Right?  And are you being paid
10  $500 an hour for your preparation time?
11     A    Yes.
12     Q    If Gateway wasn't paying you
13  $500 an hour, would you be willing to fly
14  across the country and sit in San Diego for
15  possibly two months to testify in this
16  case?
17        MR. BOYCE:  Objection.
18  Incomplete hypothetical.
19     A    If I were having to be somewhere
20  else for two months that would not be
21  possible, I have a full-time job.
22     Q    (By Mr. Marina) Why did you -- why
23  are you -- why do you want money, anyway?
24        MR. BOYCE:  Objection.
25     A    Why do I want money?

TSG Reporting - Worldwide     877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 547**

Page 30

JAMES D. FOLEY

1
2    Q    (By Mr. Marina) Yeah.
3    A    Why do you want money?
4    Q    Well, I was hired by Lucent in
5    this lawsuit.
6    A    Most professors supplement their
7    academic salaries with other engagements.
8    Q    All right.  So your involvement
9    in this case, right, is a monetary one,
10   right?
11   A    Is --
12   Q    A monetary one?
13        MR. BOYCE:  Objection.  Vague
14   and ambiguous.
15   A    My involvement in this case is
16   because I have some knowledge about
17   computer graphics at the time that all this
18   was going on and I agreed to provide that
19   knowledge and expertise.
20   Q    (By Mr. Marina) In exchange for
21   money?
22   A    In exchange -- as part -- as
23   part of my consulting service.
24   Q    And if you weren't being paid by
25   Gateway, you won't be involved in this

Page 31

JAMES D. FOLEY

1
2    case, right?
3    A    I often have telephone
4    conversations with people about -- about
5    what was going on back then.
6    Q    So you would do this for free?
7    A    I wouldn't spend the amount of
8    time that this involves with no
9    compensation, of course not.
10   Q    What is the Core System?
11   A    I'm sorry?
12   Q    What is the Core System?
13   A    The Core System is a standard
14   graphic subroutine package, a standard set
15   of commands for causing graphic devices to
16   draw pictures.
17   Q    So Core, the Core System was
18   software not hardware, correct?
19   A    It was software, that's correct.
20   Well, in particular, the Core System was a
21   definition of software.  There were various
22   implementations of the Core System in
23   software.
24   Q    What was your involvement with
25   the Core System?

Page 32

JAMES D. FOLEY

1
2    A    I was co-chair of the committee
3    that defined the Core.
4    Q    What committee was that?
5    A    Let's see, it was a subcommittee
6    of the Graphics Standards Planning
7    Committee, which itself was a part of the
8    ACM SIGGRAPH and our subcommittee, it was
9    called the Core System, the definition of
10   the Core System committee.  Dan Berghon and
11   I were co-chairs and we had seven or eight
12   or nine other members.
13   Q    And when did you become involved
14   in that?
15   A    I'm sorry?
16   Q    When did you become involved in
17   that committee?
18   A    I became involved in graphic
19   standards when I was co-convening a
20   workshop at National Bureau Standards in
21   April of 1974, on graphic standards.  Out
22   of that workshop came a decision by
23   SIGGRAPH to form the Graphic Standards
24   Committee and actually do something about
25   the lack of graphic standards rather than

Page 33

JAMES D. FOLEY

1
2    just talking about it.  And I was either
3    drafted or volunteered to be co-chair of
4    that committee.
5    Q    At some point in time, were
6    raster extensions proposed?
7    A    Yes.
8    Q    What is a "raster extension"?
9    A    Well, a little bit of history,
10   in the early days of graphics, all the
11   graphics were called vector graphics, draw
12   a line from point "A," to point "B," draw a
13   line from point "B," to point "C," draw
14   some text, do this character, ABC, maybe
15   draw a circle, kind of like what you would
16   do with a pen on a piece of paper, then
17   raster graphics developed.
18        Raster graphics are much more
19   like the kinds of images we see on a TV
20   set, in which he have a whole array of
21   picture elements, pixels, some cases 1,000
22   by 1,000, kind of like your laptop
23   computer, too.  In raster graphics we can
24   do, not just drawing a line from "A" to
25   "B," and so forth, for instance, raster

9  (Pages 30 to 33)

JAMES D. FOLEY

1   JAMES D. FOLEY
2   graphic systems are typically color as
3   opposed to retro graphic systems which are
4   mostly black and white, with a little bit
5   of color.  So we could color in areas; we
6   could color lines; we could have colored
7   backgrounds; we could have different colors
8   and it was different technology.  It was a
9   different set of hardware but it was
10  becoming very important and very prominent
11  and it became clear as the Core System
12  process developed, that raster graphics was
13  the future and so it became important to
14  think about how raster could be integrated
15  or how raster graphics capabilities could
16  be integrated into the original Core
17  Systems.  The original Core System was
18  oriented, as I suggested, toward vector
19  graphics, with very, very minimal color
20  capabilities.
21      Q    So the original -- if I have
22  this correct, the original Core System was
23  a vector graphic system?
24      A    The 77 Core, as we often
25  referred to it.

1   JAMES D. FOLEY
2       Q    And in that system, how is --
3   for example, letter "A" be drawn?
4       A    The letter "A" might be drawn as
5   a "A" (demonstrating), just stroking out
6   the -- stroking out the letter, doing short
7   vectors, to be precise.  It was to find the
8   letter "A," sometimes it was a hardware
9   character generator that would have those
10  short strokes saved up or it would be
11  recorded in a table.  Sometimes it was pure
12  software generation that we were just
13  sending individual lines, in part,
14  depending on the quality of text, in which
15  one -- that they wanted to have.  And
16  vector Core System had, what we call, three
17  levels of text quality, low, medium and
18  high.
19      Q    But in each of those levels, the
20  text was drawn using strokes, right?
21      A    In vector graphics you stroke
22  out text.
23      Q    So that means, you draw the --
24  the text itself and not any background,
25  right?

1   JAMES D. FOLEY
2       A    You draw the text itself.
3       Q    And no background?
4       A    How do you mean by "no
5   background"?
6       Q    Well, for example, you wouldn't
7   draw -- if I'm drawing the letter "O," for
8   example, you wouldn't draw anything in the
9   circle of the "O," right?
10      A    No.  No.
11      Q    You just draw the "O" --
12      A    That's correct.  That's correct.
13  That's correct.
14      Q    And so, therefore, no background
15  is drawn, right?
16      A    You would not -- as part of
17  drawing the character, you would not -- you
18  would not draw some background.
19      Q    Okay.  And did the -- did the
20  raster extensions draw text, text using
21  raster techniques?
22      A    It was up to the -- up to the
23  device driver as to how the text would be
24  drawn.
25      Q    So if I wanted to draw the

1   JAMES D. FOLEY
2   letter "T," for example, how would I do
3   that?
4       MR. BOYCE:  Objection.  Lacks
5   foundation.  Vague and ambiguous.
6       A    How would who do it?  When you
7   say "I," how would I do it, who's "I"?
8       Q    (By Mr. Marina) If I'm using a Core
9   System, with raster extensions --
10      A    Right.
11      Q    -- and I want to draw the letter
12  "T" on the screen, how would I go about
13  doing that?
14      A    So am I the graphics application
15  programmer whose writing the program?
16      Q    Yes.
17      A    Or am I the user of an
18  interactive graphics program written with
19  the Core?
20      Q    You're the programmer, for
21  example.
22      A    Okay.  So if I'm the programmer
23  and again, the question was, how would I --
24      Q    If I wanted to draw the letter
25  "T" on the screen, how would I go about

TSG Reporting - Worldwide    877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 549**

Page 38

JAMES D. FOLEY

1  doing that?
2      A    I would -- there's a procedure
3  to draw text, there's also some attributes
4  of text, like the size and the orientation
5  and I would want to set those or know what
6  they were, because these attributes are
7  mobile, they carry across.  So I would
8  either set those attributes to be whatever
9  I wanted them to be or if I had been
10 drawing a whole lot of things and wanted a
11 whole lot of text and wanted to continue --
12 continue using the current attribute
13 values, then I would not have any explicit
14 attributes.  Then they call the procedure
15 that draws whatever letter, draw text, with
16 a character screen for the letters that
17 would cause those letters to appear on the
18 screen.
19     Q    And was one of the attributes
20 you could specify for text, color?
21     A    Yes, color or color index,
22 depending -- we're talking about the raster
23 extensions now?  An attribute would either
24 be color or the index into the color map.

Page 39

JAMES D. FOLEY

1      Q    All right.  And those would be
2  the color of the stroke of the letter,
3  right?
4      A    With that attribute, I would be
5  specifying the color of the stroke.
6      Q    Right.  Was there an attribute
7  that specified the background of the
8  letter?
9      A    There was -- there's a way to
10 set the background of the display.
11     Q    You could set the background of
12 the entire display?
13     A    That's right.
14     Q    But you could not define a
15 particular background attribute of your
16 text, correct?
17        MR. BOYCE:  Objection.  Vague
18     and ambiguous.
19     A    So define "background attribute
20 of text".
21     Q    (By Mr. Marina) For example, if I
22 wanted to draw the letter "O" on a blue
23 back -- on a screen that has a blue
24 background, where the strike is black and the

Page 40

JAMES D. FOLEY

1  portion within was yellow, could I do that?
2      A    Okay, so again, the question
3  was --
4      Q    Could I do that?
5      A    I could do that by drawing a
6  little rectangle of the background color
7  and then putting the text on top of that.
8      Q    So would you have to do two
9  different commands?  You'd have to draw a
10 rectangle and then you would have to draw
11 the text?
12     A    That would be one way of doing
13 it.
14     Q    Could you do it in one shot by
15 just saying, draw the letter "O," and then
16 the end result would be the strike in one
17 color and the interior portion of the "O"
18 in another color?
19        MR. BOYCE:  Objection.  Vague
20     and ambiguous.  Incomplete
21     hypothetical.
22     A    So if the background is -- what
23 was the background color you wanted?
24     Q    (By Mr. Marina) I want to draw a

Page 41

JAMES D. FOLEY

1  letter "O," where the entire screen is blue,
2  the strike portion of the "O" is black and
3  the interior of the portion of the "O" is
4  yellow
5      A    Interior portion of the "O" is
6  yellow but the outside of -- nothing
7  outside of the "O" is -- is -- the outside
8  of the "O" is blue?
9      Q    Correct.
10     A    I could not do that with a
11 single -- with a single primitive call.
12     Q    And for the record, what's a
13 "primitive"?
14     A    Oh, a primitive is a graphics
15 drawing, primitive, like the line or the
16 texture or polygon or poly line.
17     Q    And what types of primitives
18 were supportive in the raster extension
19 systems or Core Systems?
20     A    Lines, poly-lines, with just a
21 connective sequence of lines.  Polygon,
22 which would be filled -- or could be filled
23 with a color text, that was it.  No, sorry,
24 there was also, sorry, there was also a

11  (Pages 38 to 41)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 550**

Page 42

JAMES D. FOLEY

1   JAMES D. FOLEY
2   raster -- there was also support for moving
3   bitmaps around and for filling a polygon
4   with a texture, with a bitmap, a color
5   map -- or color -- color of the video
6   memory kind of texture, like the picture of
7   someone could be laid down inside of a 3D
8   polygon or a 2D polygon, for that matter.
9       Q    Okay, I'm going to show you what
10  I've marked as Exhibit 1.
11      A    Thank you.
12          MR. MARINA:  For the record,
13      Exhibit 1 is a document bearing Bates
14      numbers GW-LT253593 to 253639.
15      Q    (By Mr. Marina) Have you seen
16  Exhibit 1 before, sir?  Have you seen
17  Exhibit 1 before?
18      A    Yes, I have.
19      Q    What is Exhibit 1?
20      A    It's part of a publication by --
21  it's a graphic by ACM, it's a graph called
22  the Status Report of the Graphic Standards
23  Planning.  It's the second big published
24  report from that committee from August of
25  '79.

Page 43

1   JAMES D. FOLEY
2       Q    And what's contained in
3   Exhibit 1, is part 3, correct?
4       A    It contains part 3, raster
5   extensions to the Core System.
6       Q    Okay.  Let's turn to page -- and
7   did you write any portion of Exhibit 1?
8       A    Yes, I did.
9       Q    Okay.  Which portion?
10      A    Well, firstly, I wrote -- there
11  was an appendix here that has my name on
12  it, starting at III-33, Appendix A,
13  "Introduction to raster graphics, adapted
14  from Foley '78, with submission".
15      Q    Okay.  And that's what you
16  wrote?
17      A    I know I wrote that, I was
18  involved in writing this.  I can't tell you
19  which paragraphs or which words or which
20  sentences I wrote versus what other people
21  wrote.
22      Q    Okay.  Let's turn to page 3-6.
23  And you'll see that there's a section
24  called, the R, G, B color model?
25      A    Yes.

Page 44

1   JAMES D. FOLEY
2       Q    Do you know what the "R, G, B
3   color model" is?
4       A    Yes, I do.  There's a picture of
5   it, it's commonly used in depicting the RGB
6   color model.
7       Q    So is the R, G, B -- did the R,
8   G, B color model refer to a way in
9   specifying colors?
10      A    Was it --
11      Q    Does it refer to a way of
12  specifying colors?
13      A    It's a way of specifying colors
14  and also a way in which cathode-ray tubes
15  display colors, with the R, G, B gun and
16  the CRT.
17      Q    Okay.  So it says here that
18  black is represented by 000, do you see
19  that?
20      A    Yes, they're in the second line
21  of the second paragraph.
22      Q    So -- and then it says white is
23  represented by 1,1,1, correct?
24      A    Correct.
25      Q    Okay.  So, for example, in the

Page 45

1   JAMES D. FOLEY
2   black representation, does the first zero
3   represent red, the value of red?
4       A    Yeah, it would represent the
5   value of red or the -- the -- since this
6   was in a zero to one scheme, it's the
7   fraction of full red or 100 percent red
8   that would be shown and zero would mean --
9   so it's no red but the first number is red,
10  the second number refers to the percentage
11  of -- or the fraction amount of green and
12  then the last one for blue.
13      Q    Okay.  And so "R, G, B" stands
14  for red, green, blue?
15      A    That's right.
16      Q    So in this R, G, B color model,
17  how many different colors can you specify?
18      A    Well, you can you specify an
19  arbitrary number of colors which -- because
20  it's in the zero to one range, so it --
21  it's a conceptual model, which any real
22  hardware devices are somewhat limited.
23      Q    Okay.  And if I could only
24  specify zero or one, how many colors could
25  there be?

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 551**

Page 46

JAMES D. FOLEY

1    A    Oh, if each of R, G and B could
2  only be zero or only one, then it would be
3  a color corresponding to the -- the actual
4  the diversities of that R, G, B hue.
5    Q    Okay.  So 000, would be black?
6    A    That would be the -- or if I'm,
7  you know, if I'm -- 000 would be, would be
8  saying, I'd like to have black.
9    Q    Okay.  And what would 100 be?
10   A    That would be red.
11   Q    And what would 010 be?
12   A    Green.
13   Q    Okay.  And what would 001 be?
14   A    Blue.
15   Q    Okay.
16   A    In this idealized view of the
17 world.
18   Q    And then, what would 110 be?
19   A    Let's see, 110 would be a
20 mixture of red and green.  And I keep
21 forgetting which -- my transformations from
22 red, green, blue, to cyan, magenta, yellow,
23 it would be one of those.
24   Q    So it be would cyan and magenta

Page 47

JAMES D. FOLEY

1  or yellow?
2    A    Yes.
3    Q    What would 001 be?
4    A    Again, it would be one of these
5  subtractive primaries.
6    Q    And 101, would also be --
7    A    Yes, sir.
8    Q    Please turn to page --
9  section -- page 3-13, of Exhibit 1.
10   A    Here we are.
11   Q    Okay, then at the bottom,
12 there's a section called primitive
13 attributes?
14   A    Mm-hmm.
15   Q    Are these attributes we were
16 talking about earlier?
17   A    Right.
18   Q    So it says, raster extensions,
19 color and intensity are not static
20 primitive attributes, correct?
21   A    Mm-hmm.
22   Q    So color intense and intensity
23 are primitive attributes, right?
24   A    Color and intensity are

Page 48

JAMES D. FOLEY

1  primitive attributes.
2    Q    And "color" refers to the color
3  of the stroke portion of the primitive?
4    A    Yes, that's right.
5    Q    And "intensity" refers to the
6  intensity of the stroke portion of the
7  primitive?
8    A    Actually, in the color -- in the
9  raster extensions, you did one or the
10 other, you didn't do both.  So if I'm doing
11 color, then I don't do intensity because
12 the intensity is wrapped up in the amount
13 of the red, green and blue.
14   Q    So if I'm doing intensity then
15 "intensity" refers to the intensity of the
16 stroke portion of the primitive, right?
17   A    Intensity, no, intensity refers
18 to the -- well, yes but it's not going to
19 be a color stroke, it's going to be black
20 and white, therefore, a grey-level stroke,
21 so there is an intensity there.
22   Q    And then you refer to a bunch of
23 other primitives, one is line index, right?
24   A    Mm-hmm.

Page 49

JAMES D. FOLEY

1    Q    What is that, what is "line
2  index"?
3    A    These are -- line index would be
4  the -- a static attribute of a -- of lines
5  that are drawn.  So if they draw a line
6  from "A" to "B," there will always --
7  there's always some value for the line
8  index, either the default that's there when
9  the Core Systems initialize or something
10 that I set it to, you know, whatever I set
11 it to it stays there until I change it
12 again.
13   Q    So index versus color?
14   A    Index would refer to, depending
15 on whether I've initialized the new color
16 or intensity, it would refer to either a
17 color in -- what's a various called, a
18 color map or a look-up table or videotape
19 look-up table, whatever color table.  If
20 I'm -- if I initialized for intensity, then
21 it would refer to a -- some grey-level,
22 some amount of energy that's in the -- that
23 doesn't have any color associated with it.
24   Q    Okay.  What does "fill" mean?

13  (Pages 46 to 49)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 552**

Page 50

JAMES D. FOLEY

1
2    A    Fill would be corresponding to
3  filled areas, for filled polygons.  So if a
4  filled polygon is drawn, that would be
5  the -- that index would be the static
6  attribute used to determine what color is
7  on the inside of the polygon.
8    Q    What's a "polygon"?
9    A    A polygon is a closed region,
10  bounded by straight lines, connecting
11  straight line segments.  So a triangle is a
12  polygon, a square is a polygon.
13    Q    So polygons, they're connected
14  at the vertices?
15    A    Yes, the lines are connected at
16  the vertices, like a triangle.
17    Q    How about text index, what is
18  "text index"?
19    A    Similarly, for text.
20    Q    So it's either the color index
21  or the intensity index for the stroke
22  portion of the text.
23    A    This would be either the color
24  or intensity for -- for the strokes that --
25  or the -- however it's done, whether they

Page 51

JAMES D. FOLEY

1
2  are strokes or bits.
3    Q    What do you mean strokes or
4  bits?
5    A    The -- it could be, well, in a
6  raster display, in the end everything is
7  bits.
8    Q    What I'm getting at, though, is
9  it would be the color or intensity for the
10  text portion of the text, not the interior
11  portion of the text, correct?
12    A    By "interior portion of the
13  text," you mean?
14    Q    Like inside the letter "O," for
15  example.
16    A    It would be the "O" itself.
17    Q    If -- is it fair to call the "O"
18  itself a foreground?
19    A    I'm sorry, is it fair to --
20    Q    Call the "O" itself the
21  foreground of the "O"?
22    A    It's just the -- there is the
23  "O," and the "O" has a color.
24    Q    Right.  I just want -- I just
25  want to be, what we're talking about today,

Page 52

JAMES D. FOLEY

1
2  come up with a nomenclature that you're
3  aware of.  It's understood when I ask you
4  how to draw a letter, I'm talking about the
5  letter itself and not any interior spaces
6  associated with the letter?
7    A    We're talking about the letter
8  itself.
9    Q    Okay.  Because you testified
10  earlier, there was no attribute in a raster
11  extension for the interior portion of the
12  letter?
13        MR. BOYCE:  Objection.
14    Mischaracterizes his testimony.
15    A    There's no -- there's no
16  primitive attribute.
17    Q    (By Mr. Marina) All you could do is
18  set the background of the entire screen,
19  right?
20    A    As attribute.
21    Q    What is vertex index?
22    A    Oh, that refers to the -- if we
23  have a filled polygon, those -- that would
24  be the colors associated with the -- or the
25  indexes of colors associated with the

Page 53

JAMES D. FOLEY

1
2  vertices of the polygon.
3    Q    What types of -- what types of
4  fills were available for polygons?
5    A    Let's see, you could have a
6  solid fill.  You can fill in with a -- some
7  kind of a pattern, that was the thing I was
8  referring to before, even a picture where
9  you could do, if I recall correctly, you do
10  a -- what's called a Gouraud fill or a
11  shaded -- a blended fill tributaling
12  from -- tributaling from one vertex to
13  another.
14        MR. MARINA:  You want to take a
15    break?
16        MR. BOYCE:  Sure.
17        THE VIDEOGRAPHER:  The time is
18    10:25 a.m. and we're off the record.
19        (Recess)
20        THE VIDEOGRAPHER:  This is the
21    beginning of tape number 2 in the
22    deposition of James Foley.  The time
23    is 10:36 a.m. and we're back on the
24    record.
25    Q    (By Mr. Marina) Okay, so how many

14  (Pages 50 to 53)

**Exhibit 17**
**Page 553**

Page 54

```
1           JAMES D. FOLEY
2    times have you spoken to Dr. Wedig?
3       A   Once.
4       Q   When was that?
5       A   Oh, a month or two ago.
6       Q   Okay.  What did you talk about?
7       A   I explained some of the things
8    that were going on in graphics at the time
9    of the patent.
10      Q   Okay.  What time was that?
11      A   I'm sorry?
12      Q   What time?
13      A   What time was the patent?
14      Q   Yeah.
15      A   It was '80. '79, '80, '81.
16      Q   Okay.  What did you tell Mr --
17   or Dr. Wedig?
18      A   I don't recall the details of
19   the discussion.
20      Q   Did you take notes?
21      A   No.
22      Q   Did you tape-record it?
23      A   No.
24      Q   You can't remember anything?
25      A   We talked about computer
```

Page 55

```
1           JAMES D. FOLEY
2    graphics, raster displays.
3       Q   That's the best you can
4    remember?
5       A   Yes.
6       Q   What did do you to prepare for
7    today's deposition?
8       A   Reviewed various documents.
9       Q   Okay.  What documents?
10      A   This one (indicating).
11      Q   Okay.
12      A   My textbook, the report we did
13   to NASA.
14          MR. BOYCE:  Objection.
15      Dr. Foley only -- please answer only
16      to the extent any of those documents
17      refresh your recollection.
18      Q   (By Mr. Marina) Those documents
19   refreshed your recollection, right?
20      A   Not -- not particularly.
21      Q   Not in any way?
22      A   With some -- some specific names
23   as opposed to concepts of procedure calls.
24      Q   So are you -- the issues we're
25   talking about were 27 years ago.  Do you
```

Page 56

```
1           JAMES D. FOLEY
2    remember those without any refreshment of
3    your recollection?
4       A   The -- you know, I've been
5    looking at some of these documents over
6    past --
7       Q   Why did you look at your
8    textbook?
9       A   I'm sorry?
10      Q   Why did you look at your
11   textbook?
12      A   The textbook was written in the
13   time frame of when the patent was
14   developed.
15      Q   Did you look at any particular
16   portion of your textbook?
17      A   The material on raster displays.
18      Q   Why?
19          MR. BOYCE:  Objection.  You can
20      answer that to the -- as long as it
21      doesn't call for attorney-client
22      privileged information.  Outside of
23      the communications that we've had, you
24      can answer that question.
25      A   Over that the raster graphics
```

Page 57

```
1           JAMES D. FOLEY
2    has evolved a lot over the -- I mean,
3    technology has evolved a lot over the past
4    years in associating particular time frames
5    with particular technology developments,
6    there's a whole lot out there, so it was
7    useful to look -- go back and --
8       Q   (By Mr. Marina) What else did you
9    do to prepare for the deposition?
10      A   That was basically it.
11      Q   Well, you met with your lawyers?
12      A   Oh, indeed.
13      Q   Okay.  When did you meet with
14   your lawyers?
15      A   Yesterday.
16      Q   Okay.  Was Mr. Bathon there?
17      A   Yes.
18      Q   Tell me everything that was said
19   at that meeting?
20          MR. BOYCE:  Objection.  Calls
21      for attorney-client privileged
22      information and I will instruct the
23      witness not to answer.
24          MR. MARINA:  He's third party,
25      that destroys any purported privilege.
```

15 (Pages 54 to 57)

Page 58

JAMES D. FOLEY
1      JAMES D. FOLEY
2      THE WITNESS: I'm sorry?
3      MR. MARINA: I'm talking to him.
4      MR. BATHON: I'm sorry, I
5  represent Dr. Foley as well.
6      MR. MARINA: He says you don't
7  represent him.
8      MR. BATHON: If you are arguing
9  about --
10      MR. MARINA: I am arguing about
11  it.
12      MR. BATHON: Dr. Foley and I
13  have discussed -- and both counsel for
14  Gateway and I represent Dr. Foley, I
15  believe you can ask him that and he
16  understands that.
17      MR. MARINA: I've already asked
18  him and he says he did not hire your
19  law firm. He has not retained your
20  law firm, your law firm has not
21  retained him. There's no conceivable
22  basis for you to instruct this witness
23  not to answer that question. Are you
24  going to make -- persist in that
25  objection?

Page 59

1      JAMES D. FOLEY
2      THE WITNESS: Sorry, if I might
3  interject --
4      MR. MARINA: You may not, sir.
5      MR. BOYCE: Yes, I will be
6  persistent on that.
7      MR. MARINA: Okay. This is
8  going to go to court, I'll tell you
9  right now, because you've been doing
10  this with witnesses. You did it with
11  all -- a bunch of other witnesses
12  before you were involved in the case,
13  so I'm letting you. But, you know,
14  this kind of practice of jamming up
15  witnesses by, you know, making claims
16  that you represent them when the
17  witness himself testified on no less
18  than three occasions this very day,
19  that he has not hired Arnold & Porter;
20  Arnold & Porter has not hired him,
21  that's, quite frankly, outrageous.
22      MR. BOYCE: The word used was
23  "retained," and I'm not sure Dr. Foley
24  understood the difference between
25  retained and represent and I think

Page 60

1      JAMES D. FOLEY
2  that may --
3      THE WITNESS: That was indeed
4  the point in which I was seeking to
5  clarify the discussion.
6      Q   (By Mr. Marina) So you had a talk
7  with your lawyers at a break, right?
8      A   We were -- as you noticed, we
9  were in the hallway chatting.
10      Q   Right. And someone said, you
11  better go in there and fix this because
12  this is a real issue, right?
13      MR. BATHON: Objection.
14      MR. BOYCE: That didn't happen.
15      A   That's incorrect.
16      Q   (By Mr. Marina) Sir, did you not
17  testify this morning that you did not retain
18  -- you've never retained, I think you said, a
19  lawyer.
20      A   I take retainer to mean have
21  a -- where I had asked someone or paid
22  someone to represent me in some -- in some
23  proceeding.
24      Q   Now you're saying you asked
25  Mr. Bathon to represent you?

Page 61

1      JAMES D. FOLEY
2      A   I have agreed that I should be
3  represented and encouraged representation
4  by both of these gentlemen.
5      Q   So Mr. Bathon asked you if he
6  could be your lawyer, not the other way
7  around?
8      A   I don't recall the details of
9  who said what to whom.
10      Q   Why do you need two law firms
11  representing you?
12      A   Why not?
13      Q   Dell and Gateway don't even have
14  two law firms representing them.
15      MR. BOYCE: Objection.
16  Argumentative.
17      MR. MARINA: This is outrageous
18  is what it is, sir.
19      Q   (By Mr. Marina) Admit to me, sir,
20  that Mr. Bathon is not your lawyer, please.
21      A   I'm sorry?
22      Q   (By Mr. Marina) He is not your
23  lawyer, is he?
24      MR. BOYCE: Object.
25      MR. BATHON: You're harassing.

16  (Pages 58 to 61)

**Exhibit 17**
**Page 555**

Page 62

JAMES D. FOLEY

1
2     A    Both these gentlemen are my
3  lawyers in the sense that you are
4  apparently using "my lawyer".
5     Q    (By Mr. Marina) Have you ever
6  spoken to anyone besides Mr. Boyce?
7     A    Yes.
8     Q    Who is that?
9     A    I frankly don't remember his
10 name.  Mr. Boyce can -- will recall, I'm
11 sure.
12    Q    How about Arnold & Porter, have
13 you ever spoken to anyone at Arnold &
14 Porter besides Mr. Bathon?
15    A    Someone from Arnold & Porter was
16 involved in the phone call I had with --
17 who was it, Wedig.
18    Q    What did he say in that phone
19 call?
20    A    I'm sorry?
21    Q    Was it a he?
22    A    Yes, it was.
23    Q    What did he say on that call?
24    A    I don't recall what he said.
25    Q    Was Mr. Boyce on that call?

Page 63

JAMES D. FOLEY

1
2     A    I'm sorry?
3     Q    Was Mr. Boyce on that call?
4     A    Yes.  Yes.
5     Q    And what did he say?
6     A    I don't recall what he said.
7     Q    How long did the call last?
8     A    Maybe an hour, maybe a little
9  less.
10    Q    So you spoke for an hour -- this
11 was in September, correct?
12    A    August, September, it was before
13 Mr. Wedig did his report, so whenever -- it
14 was before that report was filed.
15    Q    So you know Mr -- so you know
16 Mr. Wedig did some kind of report?
17    A    From that phone call, I know
18 that he was preparing an expert report and
19 wanted to get some background.
20    Q    Did he say anything on the call,
21 Mr. Wedig?
22    A    I frankly don't remember how
23 the -- the details of the conversation,
24 certainly he was there and said something.
25    Q    How long -- you can't tell me

Page 64

JAMES D. FOLEY

1
2  any particularities about what was
3  discussed?
4     A    We talked about the state of
5  graphics at that time.
6     Q    You don't recall what you said,
7  though?
8     A    No.
9     Q    And you don't recall what was
10 said to you, right?
11    A    I recall that I was very clearly
12 instructed not to somehow interpret or
13 offer opinions about anything just -- just
14 the facts.  Thank you.
15    Q    And, in fact, you don't have any
16 opinions concerning the patent issue in
17 this case, right?
18    A    That's correct.
19    Q    How long did the meeting
20 yesterday last?
21    A    Five or six hours; something in
22 that order.
23    Q    You won't tell me what was
24 discussed at that meeting, will you, sir?
25    A    I'm sorry?

Page 65

JAMES D. FOLEY

1
2     Q    You will not tell me what was
3  discussed at that meeting?
4          MR. BOYCE:  Vague and ambiguous,
5  which meeting?
6     Q    (By Mr. Marina) The meeting
7  yesterday, with your lawyer Mr. Boyce and
8  Mr. Bathon?
9     A    My lawyers.  My lawyers have
10 instructed me that that was privileged
11 discussion.
12    Q    I'm going to show you what I've
13 marked as Exhibit 2, which is a document
14 bearing Bates number GWLT253769 to 253850?
15    A    Mm-hmm.
16    Q    (By Mr. Marina) What's Exhibit 2?
17    A    It's a report that I and several
18 of my students wrote to the -- to the
19 Waterway Core of Engineering -- U.S. Army
20 Engineer Waterway Engineering Experiment
21 Station, down in Vicksburg, describing
22 raster graphic extensions, describing how
23 raster graphic extensions might be made to
24 a software package that they had that the
25 Core of engineers had called GCS, graphics

17  (Pages 62 to 65)

Page 66

JAMES D. FOLEY
1   JAMES D. FOLEY
2   capability system.
3       Q    GCS was something other than
4   Core?
5       A    Yes.
6       Q    What was your involvement with
7   GCS?
8       A    My involvement with GCS was to
9   look at it, to understand what was there
10  and as the first part of this describes,
11  handle the conceptual changes or additions
12  or modifications that would need to be made
13  to GCS if it were to be able to have the
14  kind of raster graphic capabilities that
15  were becoming common in the hardware at the
16  time.
17      Q    I see.  So unlike the Core, GCS
18  was not a system you were involved with,
19  specifying or designing, right?
20      A    I was not involved in specifying
21  or designing GCS
22  , that's right.  I was aware of GCS and
23  familiar with GCS.
24      Q    Let's turn to page 7, of
25  Exhibit 2, first sentence says,

Page 67

1   JAMES D. FOLEY
2   "Fundamental concept for raster graphics"
3   and the polygon is filled in with color.
4   Do you see that?
5       A    Mm-hmm.
6       Q    And then there's asterisks?
7       A    Mm-hmm.
8       Q    Then down at the bottom, it
9   says:  This is not the outline of a regular
10  polygon drawn by the GCS subroutine
11  UPLYGN."
12          What is the outline of a
13  polygon?
14      A    Oh, it's just the lines that
15  define the perimeter of the polygon, like
16  if you just draw a triangle, that would be
17  the outline of the polygon.
18      Q    Just the edges of the polygon?
19      A    Yes.  Yes, that's another way to
20  say it, the edges, the outline.
21      Q    And then it says, "Polygon,"
22  going back to the top of the page, "The
23  polygon is specified by two types of
24  information, right?
25      A    Yes, it says that.

Page 68

1   JAMES D. FOLEY
2       Q    The first way in which the
3   polygon will be colored?
4       A    Mm-hmm.
5       Q    Right?  Does that refer to the
6   fill of the polygon?
7       A    Yes, and potentially to the
8   edges.
9       Q    And then it says, "The location
10  of the polygon vertices in virtual world
11  coordinates united, 2D or 3D must be
12  given."
13      A    Mm-hmm.
14      Q    What does that mean?
15      A    That means, where is the
16  polygon, is it here, is it here, is it
17  here?  And "virtual world coordinates,"
18  refers to the idea that you're not talking
19  about screen coordinates since the screen
20  is just to the -- representing or defining
21  some 3D model, such as a car or -- probably
22  these guys are interested in vans more than
23  cars.
24      Q    Why must the vertices be given?
25      A    Well, if I'm going to draw -- if

Page 69

1   JAMES D. FOLEY
2   I am going to have a, let's say, a
3   triangle, I need to specify where it is and
4   the vertices, the X,Y,Z coordinates of the
5   vertices, are really the only way you can
6   define that.
7       Q    So the vertices define the
8   polygon?
9       A    Having the -- they define the,
10  if you will, the shade or the perimeter
11  or -- I think the term you used was "the
12  edge" or "the boundaries."
13      Q    So the vertices define the
14  boundaries of the polygon?
15      A    The vertices, the connected
16  sequence of vertices, you have to know what
17  order to connect them in so that it can
18  draw from this point, to that point, to
19  that point.
20      Q    What I'm getting at is, the
21  polygon is bounded by the edges that
22  connect the vertices, correct?
23      A    Yes, connected in the
24  appropriate sequence and all that stuff.
25  If you go back to your -- or go back to my

18  (Pages 66 to 69)

**Exhibit 17**
**Page 557**

Page 70

JAMES D. FOLEY

1       JAMES D. FOLEY
2   triangle example, probably the triangle is
3   defined by the three vertices of the
4   triangle and the edges that connect the
5   three edges.
6       Q    Was this -- were these
7   extensions actually implemented on the GCS
8   system?
9       A    I don't know.
10      Q    Do you recall if the GCS system
11  had color look-up tables?
12      A    Certainly in the -- the original
13  GCS was a vector oriented, it was for
14  vector graphics, line-drawn displays.
15  Those kinds of systems did do look-up
16  tables but the raster graphics will.  What
17  Waterways Experiment Station was interested
18  in doing was kind of coming into the modern
19  world.
20      Q    Let's turn to Page 24, of
21  Exhibit 2.  There's a section 4.4, called
22  segment attributes.
23      A    Oh, yes.
24      Q    What's a "segment"?
25      A    A segment is a name collection

Page 71

JAMES D. FOLEY

1       JAMES D. FOLEY
2   of output primitives, that names -- it's in
3   the -- in most graphics the factory uses
4   the name as an image or sometimes it is a
5   character stream.
6       Q    So how does segment relate --
7   how does the concept of the segment relate
8   to, for example, drawing text?
9       A    A text might be part of a
10  segment, it might not be part of a segment,
11  kind of fairly orthonormal, two separate
12  concepts.
13      Q    How about a polygon, could that
14  be part of a segment?
15      A    Sure.
16      Q    Do you have to use segments?
17      A    No -- well, the fact -- it
18  really depends on the particular graphic --
19  subroutine package and what rules are
20  defined for segments in the context of that
21  particular graphic subroutine package.
22      Q    So the raster extensions are not
23  the --
24      A    I'm sorry?
25      Q    The raster extensions that

Page 72

JAMES D. FOLEY

1       JAMES D. FOLEY
2   you're proposing are not the graphic
3   subroutine package?
4       A    Oh, they are part of it, yes,
5   but there are lots of graphic subroutine
6   packages, you know, some -- the Core was a
7   standard and the device independent but the
8   idea of segments did not originate with the
9   Core System.  And so some graphics packages
10  that use segments have one detailed set of
11  rules for what segments were and that might
12  vary from one package to another.
13      Q    Did Core use segments?
14      A    Yes, Core used segments?
15      Q    Well, how did Core use segments?
16      A    They were there, they were
17  optional.  The names were integers.
18      Q    Turn to Page 38, of Exhibit 2.
19      A    Okay.
20      Q    Section 5.3, called, color and
21  intensity, right, do you see that?
22      A    Yes, indeed.
23      Q    And the first sentence says "In
24  raster graphics precise control of color
25  and intensity are central to many

Page 73

JAMES D. FOLEY

1       JAMES D. FOLEY
2   applications."
3       A    Yes, it does say that.
4       Q    And the next sentence says, "The
5   Core System has a color attribute and an
6   intensity attribute, right?
7       A    Yes.
8       Q    And the next sentence says,
9   "However, there's no way to precisely," and
10  precisely is underlined, "determine or
11  specify colors and intensities."
12      A    Yes, it does say that.
13      Q    What does that mean?
14      A    What it means is that any -- any
15  piece of hardware that generates colors
16  will be able to -- will have a limited set
17  of colors, limited by the resolution of
18  the -- of the number of bits that we use
19  for red, green and blue, either in the
20  color map or in the video memory, depending
21  on whether we have a hook-up cable or not.
22  We can have, if we have enough bits, then
23  it can -- we can make it appear to the eye
24  that things are continuous.
25      Q    But in reality, the color that

19 (Pages 70 to 73)

Page 74

JAMES D. FOLEY

1
2    you would specify, is not the color that
3    ends up getting displayed?
4        A    Typically the color that ends up
5    being displayed is the closest
6    approximation that the hardware is capable
7    of providing to the -- these colors.  In
8    some cases, that can be very, very close.
9        Q    But not exact?
10       A    Some cases it will be exact, it
11   depends on what color.  If I ask for white,
12   you'll get white, most likely, depends on
13   some details but it's certainly possible to
14   get a lot of exact matches.
15       Q    But not in all instances,
16   correct?
17       A    Depending on the application and
18   the program, it could be in all instances.
19       Q    Can you give me an example of an
20   application you actually -- that you know
21   of where you're getting an exact match?
22       A    If I'm, you know, when I draw
23   the U.S. flag, which is red white and blue
24   --
25       Q    Mm-hmm.

Page 75

JAMES D. FOLEY

1
2        A    -- and I'll say I want all red
3    for the red stripes and all white for the
4    white stripes and so forth.  So I'll get
5    a -- if I say, you know, going back to the
6    R, G, B color model, if I have "R" of one,
7    I'm going to get -- that's what I'm going
8    to get, assuming that -- depending on the
9    color display mechanism and if we have a
10   look-up table, depending on how the look-up
11   table is loaded, whether I'm using --
12   whether I have an index table and how I
13   have it loaded or whether I'm doing a color
14   directly as R, G, B but I have the
15   potential for getting -- and if I know what
16   I'm doing, I will get the right colors.
17       Q    Are there other ways to specify
18   color besides R, G, B values and index
19   values?
20       A    I could, there are other color
21   models.
22       Q    Such as?
23       A    In the saturation, we use
24   saturation value, cyan, magenta, yellow,
25   CIE, Luv, L-U-V, they all define the

Page 76

JAMES D. FOLEY

1
2    three-dimensional color spaces,
3    three-dimensional spaces --
4    three-dimensional spaces and points within
5    that space correspond to colors.
6        Q    Okay, I'm showing you what's
7    been marked as Exhibit 3, which is a
8    document Bates stamped GW-LT444838 to
9    GWLT44993take.  Take a look at Exhibit 3
10   and tell me what it is?
11       A    It's a report that I, in working
12   with my students, sent to NASA, N-A-S-A,
13   National Air and -- National Aeronautics
14   and Space Administration.  They had been
15   supporting some of our work with raster
16   graphics extensions and the Core and this
17   was a status report, the final report, in
18   fact, that documented what we had done with
19   their money.
20       Q    (By Mr. Marina) And when was
21   Exhibit 3 written?
22       A    I'm sorry?
23       Q    When was it written, in the
24   format that it's in?
25       A    I'm sorry, again, please?

Page 77

JAMES D. FOLEY

1
2        Q    When was Exhibit 3, in the form
3    it is in, in Exhibit 3, written?
4        A    Let's see, the -- is there a
5    date on here?  Probably.  Well, it says it
6    covers the period March 15, '78, to
7    March 31, 1980, so it was presumably put
8    together some time toward the end of -- of
9    the end of the contract.  So early 1980
10   would be my guess.  Different pieces of
11   this were written at different times, for
12   instance, the series Appendix B, which is a
13   draft of a paper we submitted to the
14   SIGGRAPH Conference, it was published in
15   the SIGGRAPH Conference proceedings in the
16   summer of '79, so this draft would have
17   been written the previous fall, even.
18       Q    Okay.  I'm more interested in
19   the document as a whole, okay.  You can't
20   tell me --
21       A    Well, the document as a whole is
22   a continuum of other documents.  This
23   design document has a 5/27, something -- it
24   looks like 1980.  This design document's
25   last appendix is dated May 27, 1980, at

20  (Pages 74 to 77)

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 559

Page 78

JAMES D. FOLEY

1 least that's when the printout was done.
2     Q    So can you tell me when
3 Exhibit 3 was put together in the form that
4 it's in in Exhibit 3?
5     A    No.
6     Q    Do you know where Exhibit 3 came
7 from; in other words, do you know where
8 Gateway --
9     A    I'm sorry?
10    Q    Do you know where Gateway
11 obtained Exhibit 3 from?
12    A    I know Gateway got some things
13 from the GW library, that's where this may
14 have came from. It's got -- actually, it
15 must have came from because it's got this GW report
16 on it that we were putting things in the
17 library, in the GW library. Right up here
18 in the corner is presumably a phone number.
19    Q    Do you know when Exhibit 3 was
20 placed in the GW library?
21    A    Do I know? No.
22    Q    Are you familiar with the GW
23 library's catalog and procedures in 1980
24 and 1981?

Page 80

JAMES D. FOLEY

1 the library which involved filling out some
2 forms and taking them over to the -- taking
3 the forms and the documents to the library.
4     Q    Right. But once you handed that
5 form and document to the library, you don't
6 know what happens next, right?
7     A    Certainly at this point, I don't
8 know what happens next. I might have known
9 at that point in time.
10    Q    But as you sit here today, you
11 can't tell me what procedures were followed
12 in 1980, 1981 by the library for cataloging
13 and shelving submissions, right?
14    A    No, I don't know what those
15 procedures might have been.
16    Q    Do you recall submitting
17 Exhibit 3 to the library?
18    A    I had a general practice of
19 submitting my reports. Do I remember
20 specifically taking this one over as
21 opposed to several others, it's hard to
22 say.
23    Q    So you can't remember if or when
24 you may have done that, right?

Page 79

JAMES D. FOLEY

1     A    No.
2     Q    Were you familiar with the GW
3 library's shelving procedures in 1980 and
4 1981?
5     A    What do you mean by "shelving
6 procedures"?
7     Q    How a new submission to the
8 library made it to a shelf?
9     A    No.
10    Q    In fact, you have no personal
11 knowledge, whatsoever, about procedures
12 that were employed at the GW library in the
13 1980, 1981 time frame; is that correct?
14        MR. BOYCE: Objection.
15 Mischaracterizes his testimony.
16    A    I know the procedure -- I'm
17 sorry, ask the question again, please?
18    Q    (By Mr. Marina) You have no
19 personal knowledge concerning catalog and
20 shelving procedures used at the George
21 Washington University library in 1980 and
22 '81, correct?
23    A    My knowledge is of a process for
24 having things submitted and cataloged in

Page 81

JAMES D. FOLEY

1     A    Well, I certainly remember that
2 it was -- doing it. I mean, I can't
3 remember the date or the hour or the minute
4 or the circumstances surrounding my doing
5 it. So the "if" is not in question, the
6 "when," I can't say.
7     Q    And you don't know when the GW
8 library may have -- strike that.
9        You don't know when the GW
10 library cataloged this exhibit, right?
11    A    Are there any dates on here? I
12 cannot tell from this document when it was
13 cataloged.
14    Q    And you also can't -- and you
15 also don't know when Exhibit 3 was shelfed
16 at the GW library; is that correct?
17    A    That's correct.
18    Q    Did you ever go into the GW
19 library and take out Exhibit 3?
20    A    I have no idea.
21    Q    Presuming you didn't have a
22 copy, so you wouldn't need to do that?
23    A    I would probably have had a
24 copy.

TSG Reporting - Worldwide    877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 560**

Page 82

JAMES D. FOLEY

1
2  Q    So let's turn to page and I'm
3  going to refer to the numbers that start
4  with GWLT, so let's turn to 444841, it's
5  the second or third page?
6  A    Yes, okay.
7  Q    So am I correct that Exhibit 3
8  is in the form of three appendices that are
9  put together?
10  A    The bulk of it is after this
11  introduction, two pages of introduction,
12  the cover page, if you will and then this
13  one page of text that says what's in the
14  appendix.
15  Q    So what's in Appendix A?
16  A    Appendix A is the raster
17  extensions that I and my students had
18  developed at GW.
19  Q    And page 44841 says -- strike
20  that.
21      And then what's Appendix B?
22  A    Appendix B is a paper that was
23  published in the SIGGRAPH '79 Graphic
24  Science. It's actually an earlier version
25  of that paper that was submitted to

Page 83

JAMES D. FOLEY

1  SIGGRAPH and went through the reviewing
2  process and all, results being published in
3  Geographics 13-3, in August 1979.
4  Q    And then what is Appendix C?
5  A    It's what we call the design
6  document, that describes the internal
7  structure of the GW Core, which included
8  raster extensions.
9  Q    So there was an actual system up
10  and running at GW?
11  A    Yes.
12  Q    And it was, it had the Core
13  System, plus the raster extensions?
14  A    Yes, sir.
15  Q    Do you recall what hardware was
16  used in that system?
17  A    It's a Digital Equipment
18  Incorporated VAX, V-A-X, 11/780.
19  Q    What's a VAX 11/780?
20  A    It was a high-powered -- at that
21  time, a high-powered, somewhere between a
22  mini computer and a big computer, about a
23  million instructions per second.
24  Q    Did that have graphics hardware?

Page 84

JAMES D. FOLEY

1
2  A    Then we had a RAM Tech 9400
3  color raster display. We had electronics,
4  4010, 4014, direct view storage, too. It
5  had a Dot Matrix Printer that we did a
6  driver for, also. We had some kind of --
7  we had a low res color raster display, I
8  don't remember what manufacture but some of
9  the pictures in that SIGGRAPH were done on
10  it.
11  Q    What was it, the RAM Tech?
12  A    9400.
13  Q    What is that?
14  A    It was a color raster display.
15  Q    Is it a monitor?
16  A    I'm sorry?
17  Q    Was it a monitor?
18  A    It was a monitor. It was -- it
19  had a color map, it had a video memory, it
20  had a Zilog, I think it was a ZAD or V1000
21  or some such but at that time a -- kind of
22  a high-end microcomputer chip. You now
23  have it in your laptops but a lot less
24  capable then. And then it had a keyboard,
25  a trackball or a joystick or something for

Page 85

JAMES D. FOLEY

1
2  controlling the curser on the screen. And
3  it had interface to the max, DMA memory
4  access interface that plugged into the
5  high-speed transfer bus on the VAX, itself.
6  Q    What were the electronics
7  directly used, the storage tube?
8  A    It was a vector type of display.
9  Q    It was another display?
10  A    Yeah, it was a separate display
11  because we had multiple display devices
12  that could be driven by the Core System.
13  Q    Did that have a color map?
14  A    It was a vector display, it was
15  a monochrome black and white on, off.
16  Q    In the RAM Tech 9400, could the
17  color be specified directly?
18  A    The configuration that we had,
19  had a color map, a video look-up table
20  with, let's see, we had 12 bits per pixel
21  in the video memory and, therefore, the
22  look-up table with 4,000 entries. Each
23  entry was 24 bits, eight for green, eight
24  for red, eight for blue.
25  Q    So in the RAM Tech 9400, color

22  (Pages 82 to 85)

**Exhibit 17**
**Page 561**

Page 86

JAMES D. FOLEY

1    JAMES D. FOLEY
2  was specified by --
3    A    At the hardware level, you
4  would -- first, if you wanted to draw
5  something with the color, you would specify
6  what index value would be scan converted
7  into the video memory and then you'd have
8  to load the look-up table, the color map in
9  whatever way was appropriate to get you the
10 colors that you wanted.  So if you were
11 going to do the U.S. flag, you would make
12 sure you had a green -- I'm sorry, you
13 would make sure you had red, white and blue
14 entries in there.
15    Q    But the -- the way you identify
16 with the color was the index value, right?
17    A    At the hardware level.
18    Q    What about in software?
19    A    How do you mean by "identify"?
20    Q    What do you mean at the
21 "hardware level"?
22    A    Well, what the RAM Tech hardware
23 provided -- do you want distinguish between
24 what the RAM Tech does and what the
25 software running on the VAX does?

Page 87

1    JAMES D. FOLEY
2    Q    Well, how did the software
3  handle this?
4    A    Well, the software was able to
5  do things either by direct specification of
6  R, G, B triple or by using the index idea
7  and programmer, depending on what the
8  programmer wanted to do and how the
9  programmer -- what goals the programmer had
10 in mind to do things one way or the other.
11    Q    Do you know if in the RAM Tech
12 system -- let me step back for a minute.
13       What is stored in the video
14 memory?
15    A    The video memory has index
16 values, in our case, the 12 bit index
17 value, so any number in the range from
18 zero, to 495, so for a total of 4096
19 numbers and it would be -- I think the
20 resolution on ours was 1024 by 1280, so we
21 had 1.2, 1.3 million entries in the video
22 memory, each corresponding to a pixel on
23 the screen, 1,000 scan-lines, 1024
24 scan-lines and 1280 or thereabouts, pixels
25 per scan-line.

Page 88

1    JAMES D. FOLEY
2    Q    So then, what was stored in the
3  color map?
4    A    The color map stored the R, G, B
5  triples to indicate what color would be
6  displayed for a particular index value.
7  There were 4,000 and such.
8    Q    How were they stored, as
9  integers?
10    A    They were stored as 8 bit, each
11 of our GMB are 8 bit integers.
12    Q    They were -- each of -- strike
13 that.
14       The R, G, B values were not
15 stored as floating point numbers, correct?
16    A    They were stored as integers in
17 the range of zero to 255.
18    Q    Turn to page GW-LT444851, of
19 Exhibit 3.
20    A    I'm A-51, what section did you
21 say?
22    Q    You see the set current color R,
23 G, B function there?
24    A    Oh, yes, in section 4.2.1.1.2.
25    Q    Correct.  Am I correct that

Page 89

1    JAMES D. FOLEY
2  Appendix A -- well, what is the
3  relationship between the functions that are
4  in Appendix A and the functions that are in
5  Appendix C?
6    A    Well, Appendix C describes the
7  internal workings of the Core, of the GW
8  Core System.  The Appendix A describes what
9  the application programmer needs to know
10 about the person whose writing the
11 graphics.  The application program uses
12 Appendix A, doesn't need Appendix C.
13    Q    Is there any interaction between
14 the functions in Appendix A and the
15 functions in Appendix C?
16    A    What do you mean by
17 "interaction"?
18    Q    Well, isn't it true that the
19 functions in Appendix A are sort of
20 realized in the system by calling functions
21 in Appendix C?
22    A    They're carried out by code
23 that's in the Core System itself and that
24 code -- for how that code is structured and
25 some information about that code, is

Exhibit 17
Page 562

1          JAMES D. FOLEY
2    described in Appendix C.
3       Q    So if you look at the set
4    current color R, G, B function?
5       A    Mm-hmm.
6       Q    It says that the R, G, Bs are in
7    the range of zero to one, correct?
8       A    Yes.
9       Q    So those imagers?
10      A    That's going to be a float.
11   These are floating point numbers.
12      Q    Okay.  So when you specify the
13   R, G, B value, you specify the floating
14   point, correct?
15      A    That's right.  As part of the
16   idea of the device independence.
17      Q    Right.  The hardware, however,
18   stores the R, G, B values imaging form,
19   correct?
20      A    In the case of the RAM Tech, in
21   the zero to 255 image range for each R, G,
22   B.
23      Q    So the floating point values
24   need to be converted to integer values on
25   the system, correct?

1          JAMES D. FOLEY
2       A    They need to multiply and round
3    process.
4       Q    So there's an intermediate
5    processing step between specification of
6    the R, G, B  values as floating points and
7    then looking the values up in the color
8    look-up table as imagers, correct?
9          MR. BOYCE:  Objection.  Vague
10        and ambiguous.  Incomplete
11        hypothetical.
12      A    So say the question, again?  You
13   were kind of going -- many steps in one.
14      Q    (By Mr. Marina) Right.  The R, G, B
15   values are specified in floating points,
16   right?
17      A    At the level of the application
18   graphics programmer calling it.
19      Q    But in order to work with the
20   hardware, they need to be converted into
21   integers, correct?
22      A    Before they can be loaded in a
23   look-up table, each of R, G and B need to
24   have a -- a multiply and round.  So a
25   change in representation is the way most

1          JAMES D. FOLEY
2    people would think about it, changing from
3    a floating point representation to an
4    integer representation.
5       Q    But you're doing rounding,
6    correct?
7       A    You may be doing rounding
8    depending on the actual numbers, you know,
9    going back to the zero -- if I've
10   specified, 40.0, then there's no rounding
11   to do.  And similarly, for the other 255 --
12   or 256 values in that range from zero to
13   256 -- I'm sorry, from zero to 255.
14      Q    All right.  So when the -- the
15   video memory is loaded, right, with index
16   values and you -- the hardware looks up the
17   R, G, B value out of the table, correct, it
18   pulls out imagers.
19      A    This is now at display time?
20      Q    Yes.
21      A    This is as we are scanning out
22   --
23      Q    Correct.
24      A    So I pick up that index from the
25   video memory, I take that index into the

1          JAMES D. FOLEY
2    color map, the look-up table and out of
3    there comes these 8 bit, these three 8 bit
4    values, the R, G and B which then drives
5    the visual-to-analog converters that drive
6    the guns on the CRT.
7       Q    Right.  Those values are
8    imagers, right?
9       A    They're imagers in the range of
10   zero -- in this case of zero, to 255.
11      Q    And how do they drive the CRT
12   guns, how does that process work?
13      A    They go through something called
14   a digital-to-analog converter, which the
15   output of the DAC, the digital-to-analog
16   converter, D-A-C, the output of the DAC,
17   the digital-to-analog converter, modulates
18   or controls the intensity of the electron
19   beam from the corresponding gun.  So, you
20   know, the color CRT has three guns for red,
21   green and blue and the DAC output controls
22   how many electrons are in -- in the case of
23   the blue, DAC controls how many electrons
24   are in the blue beam.  In the case of the
25   red, DAC output controls how many electrons

Page 94

JAMES D. FOLEY

1       JAMES D. FOLEY
2    are in the red beam and so forth, for the
3    green.
4        Q    Okay.  So I understand this,
5    then, so when it comes time to specify --
6    when it comes time for the application, for
7    them to specify an R, G, B value, that
8    value is specified as floating point,
9    right?
10       A    That's correct.
11       Q    But in order to work with the
12   hardware, that floating point needs to be
13   converted into an integer at some point?
14       A    Correct.
15           MR. BOYCE:  Objection, it's
16       vague and ambiguous.
17       A    It needs to go through -- it
18   needs to be converted into a integer by
19   means of a multiply and round.
20       Q    (By Mr. Marina) Right.  And then
21   the color look-up table stores the RGB values
22   as imagers?
23       A    The R, G, B look-up table has
24   imagers?
25       Q    Right.  And the RGB values that

Page 95

JAMES D. FOLEY

1       JAMES D. FOLEY
2    are fed into the CRT guns are imagers,
3    right?
4        A    Going into the DAC, going into
5    the digital-to-analog converter, we have
6    imagers.
7        Q    So the floating point numbers
8    that are specified at the beginning of this
9    process, are not what's fed into the CRT
10   guns, correct?
11       A    Say it, again?
12           MR. BOYCE:  Objection.
13       Q    (By Mr. Marina) The floating point
14   numbers that are specified at the beginning
15   of the process, are not the numbers that are
16   fed into the CRT guns; is that correct?
17           MR. BOYCE:  Objection.  Vague
18       and ambiguous.
19       A    The numbers that are fed in are
20   the closest possible approximation based on
21   hardware limitations to the -- to what the
22   application programmer specified as being
23   desired.
24       Q    (By Mr. Marina) But they're also
25   not floating points, either, right?

Page 96

JAMES D. FOLEY

1       JAMES D. FOLEY
2        A    They're not floating point.
3        They're -- as I said earlier, you can
4    actually consider them as binary fractions
5    as well, it doesn't matter a whole lot.
6        Q    So you know in -- that there's a
7    difference between a floating point and
8    integers, correct?
9        A    They are different ways to
10   represent the same thing.
11       Q    Right.  And in order to make the
12   system work, the Core extensions to work
13   with the hardware, you have to have a
14   multiply and round process, right?
15           MR. BOYCE:  Objection.
16       Incomplete hypothetical.
17           MR. BATHON:  Misstates prior
18       testimony.
19       A    I'm sorry?
20           MR. BOYCE:  That's --
21       A    Okay, that would be the most
22   common way of going from the floating point
23   specification to the representation that
24   gets loaded into the look-up table, right.
25       Q    (By Mr. Marina) And that's the way

Page 97

JAMES D. FOLEY

1       JAMES D. FOLEY
2    you did it in the George Washington Core
3    System?
4        A    I would suspect so.
5        Q    Were there other -- besides the
6    George Washington system, were there other
7    systems that supplemented the Core System,
8    along with the raster extensions?
9        A    There were a number of other
10   Core Systems and as I recall, some of them
11   had raster capabilities, to some extent or
12   another.
13       Q    Do you recall which ones?
14       A    Which -- no, not directly.
15       Q    Did you work on them?
16       A    I -- what do you mean by "work
17   on them"?
18       Q    Did you design them?
19       A    I certainly knew the people at
20   the time who were in this world and
21   undoubtedly had discussions with people, it
22   may well be the Precison Visual folks had
23   some raster extensions.  I knew all the
24   people there and I knew the people at Mega
25   Tech and other -- others.

25  (Pages 94 to 97)

**Exhibit 17**
**Page 564**

Page 98

JAMES D. FOLEY

1
2   Q    Were you aware of any graphics
3   hardware that stored R, G, B values and the
4   color look-up table and floating point?
5       A    No.
6       MR. BOYCE:  Objection, that's
7   okay.
8       Q    (By Mr. Marina)  And were you aware
9   of any graphics hardware where floating point
10  numbers were fed into the digital-to-analog
11  converter?
12      A    No.
13      MR. MARINA:  We'll take a break.
14      THE VIDEOGRAPHER:  The time is
15  11:34 a.m. and we're off the record.
16      (Recess)
17      THE VIDEOGRAPHER:  This is the
18  beginning of tape number 3, in the
19  deposition of James Foley.  The time
20  is 11:42 a.m. and we're back on the
21  record.
22      Q    (By Mr. Marina)  So in the RAM Tech
23  9400 hardware, was it always necessary to
24  access the color look-up table?
25      A    What do you mean, "was it always

Page 99

JAMES D. FOLEY

1
2   necessary to access," for whom to access
3   it?
4       Q    Whenever a color was specified
5   in the Core System that you implemented at
6   GW, whether it was by specifying an R, G, B
7   value or specifying an index value, was the
8   color look-up table in the RAM Tech 9400
9   always accessed?
10      A    There are several ways to deal
11  with having the capability of both doing
12  color directly and indirectly.  Without
13  looking at the code in more detail, I
14  couldn't tell you exactly which of several
15  ways we did things.
16      Q    But in your implementation of
17  the Core System at GW, if the application
18  programmer specifies an R, G, B value for
19  the color, the color look-up table in the
20  hardware would always be accessed, correct?
21      A    Not necessarily.
22      Q    And what circumstances would it
23  not be?
24      A    If the -- there were some ways
25  to load the look-up table.  If I loaded the

Page 100

JAMES D. FOLEY

1
2   look-up table in a known way and there were
3   no changes made to the look-up table, then
4   I would have to access it, to see what's in
5   it before figuring out what index to use.
6       Q    Would the RAM Tech 9400 work
7   without a color look-up table?
8       A    The version that we had when
9   the -- when the video memory was being
10  displayed always used, if I remember
11  correctly, always used the video look-up
12  table.
13      Q    By "video look-up table," you
14  mean the color look-up table?
15      A    The color look-up table and
16  color map, digital look-up table, sometimes
17  called the LUT, L-U-T, the video look-up
18  table.
19      Q    Were you aware of any graphics
20  hardware in the 1980 to '81 time frame
21  where colors could be displayed either by
22  accessing the color look-up table or
23  bypassing entirely the color look-up table?
24      A    I believe there was some
25  configurations of the RAM Tech, for

Page 101

JAMES D. FOLEY

1
2   instance, in which that could be done and
3   somebody, maybe things you miss in writing,
4   I think had some optional ways of doing
5   things.  Genisco, G-E-N-I-S-C-O and Ayden,
6   A-Y-D-E-N.
7       Q    Did you implement those with the
8   Core System?
9       A    No, we didn't have drivers for
10  those.
11      Q    Can you turn to page 44864, of
12  Exhibit 3?
13      A    Section 7.
14      Q    Right.  And then there's a
15  section 7.1.1, called, when to display
16  primitive, do you see that?
17      A    Mm-hmm.
18      Q    And then it says, "The
19  determination of how and when primitives
20  should be displayed depends on three
21  factors, which are," and the first
22  factor --
23      A    I'm sorry, I missed your -- oh,
24  up at the top, excuse me, I was down
25  further.

26  (Pages 98 to 101)

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 565

Page 102

JAMES D. FOLEY

1
2  Q   7.1.1.
3  A   Mm-hmm.
4  Q   7.1.1 says, "The determination
5  of how and when a primitive should be
6  displayed depends on these factors which
7  are," right?
8  A   Mm-hmm.
9  Q   And then the first factor is
10 whether a batch of updates is in effect,
11 right?
12 A   Mm-hmm.
13 Q   What's a "batch of updates"?
14 A   It was possible to, if you
15 wanted to, if you were the graphics
16 application programmer, wanted to delay the
17 actual execution or application of a
18 drawing command until a later time and so
19 you would -- if you wanted to do that, you
20 would say, begin batch of updates -- by
21 "say," I mean, you call a procedure that
22 says, begin batch of updates and then you
23 do a bunch of drawing things, drawing
24 commands and then say, end batch of
25 updates.  Then when you say, end batch of

Page 103

JAMES D. FOLEY

1
2  updates, is when -- everything would bust
3  out, that was an option, you didn't have to
4  do that.
5  Q   So if you didn't use the batch
6  function that the draw -- the primitive
7  would be drawn immediately or would be
8  displayed immediately?
9  A   Well, that's where the second
10 condition here.
11 Q   Okay.  So the second condition
12 is whether the current segment is visible?
13 A   Right.  I notice there's a typo
14 in open.  Yes, that's right, the second is
15 whether the open segment is visible.
16 Q   Okay, what does that mean?
17 A   Well, visibility is a dynamic,
18 was/is a segment attribute, which means,
19 "dynamic," meaning change, so it could
20 create a bunch of segments that were not
21 currently visible.  So I called the
22 procedure, create segment 57, "57" being
23 the name of the segment and -- but before
24 that, it would -- no, after that, once I
25 created it, then I would call it a

Page 104

JAMES D. FOLEY

1
2  procedure that says, something like, make
3  segment 57 invisible and then I start
4  calling out for primitives and lines and
5  whatnot, to go into that segment.  And they
6  may be stored up in that segment but not --
7  not displayed until and unless I made
8  another procedure call that says, set this
9  segment visibility for segment 57 to on or
10 to true and then at that point, that
11 segment would be made visible.
12 Q   Did you have to use segments?
13 A   No, segments were optional.
14 Q   But if you weren't using a batch
15 or seg -- batch function or segments and
16 you issued a primitive drawing command,
17 would the primitive be displayed?
18 A   If -- the release thing is
19 called non-retained segments, which are
20 kind of a placeholder for segments and
21 forgetting the details of non-retained
22 segments.  But there were conditions under
23 which, if I just call, draw a line, the
24 line happens right then on the spot.
25 Q   But you don't remember any

Page 105

JAMES D. FOLEY

1
2  details about that?
3  A   I'm sorry?
4  Q   You don't remember any details
5  about that?
6  A   Go back to your original
7  question because I want to answer it in the
8  context of the details relating to the
9  question.
10 Q   Okay.  I'm just trying to
11 understand how -- how, you know, something
12 ends up being displayed on a screen,
13 whether it's immediate or whether it's
14 delayed?
15 A   Right.
16 Q   So in the Core System as you
17 implemented it, could you draw primitive
18 and then have it be displayed immediately?
19 A   Yes, the kind of most common way
20 of doing that would be to have segment
21 visibility on or be in, I think it was
22 called, non-retained mode, draw a line and
23 the line comes up immediately.  There would
24 be cases, some kind of, if you will, the
25 norm would be that it would be drawn right

27  (Pages 102 to 105)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 566**

Page 106

JAMES D. FOLEY

1  JAMES D. FOLEY
2  away but there are things you can do to it
3  to cause it not to be drawn right away.
4      Q    Section 7.1.2, is called, when a
5  NEWFRAME action is invoked?
6      A    Mm-hmm.
7      Q    What does it mean "frame
8  action"?
9      A    Basically, a NEWFRAME action is
10 kind of saying, get me a clean slate, get
11 me a clean piece of paper.  Get me -- put
12 into affect whatever background was --
13 background index was specified and one of
14 the -- it's kind of get me restarted.  Get
15 me starting over.
16     Q    So did you have to do a NEWFRAME
17 every time you wanted to draw something?
18     A    By "draw something" --
19     Q    Draw a primitive?
20     A    No.  No.
21     Q    You mentioned background index,
22 that refers to the back -- the color of the
23 background of the entire screen?
24     A    That's right.
25     Q    Let's turn to page 444927?

Page 107

1  JAMES D. FOLEY
2  We're now in the design document it looks
3  like.
4      A    Mm-hmm.
5      Q    And then there's a section
6  2.2.11, right?
7      A    Yes.
8      Q    For simulation?
9      A    Right, twice initialed, mm-hmm.
10     Q    What is "simulation"?
11     A    Simulation refers to doing in
12 software something that you would like to
13 have done that preferably would be done in
14 hardware but it's not done in hardware so
15 you're going to do it in software instead
16 and get -- hopefully get the same effect,
17 that is, you would have had had there been
18 hardware there to do it.  So mechanism
19 intended to accommodate differences and
20 display device capabilities.
21     Q    Okay.  And then it says, a
22 little under that, it says, "The following
23 primitive attribute is always simulated,
24 stroke precision text."
25     A    Mm-hmm.

Page 108

1  JAMES D. FOLEY
2      Q    What is "stroke precision text"?
3      A    Stroke precision text, if I
4  remember correctly, that was the highest
5  quality of text, virtually text could be
6  oriented, text in three-dimensions as
7  opposed to text in just 2D plain.  It could
8  be arbitrarily fancy, fox, serif and gothic
9  printed text or whatever.  It could be
10 contemporary text font as well.
11     Q    And then if you scroll down,
12 it's -- to sort of the third section, it
13 says, "The following primitive attributes
14 are never simulated," right, you see that?
15     A    Oh, yes, I do see that.
16     Q    The third one is color, right?
17     A    Yeah.
18     Q    Why is color never simulated?
19     A    The core, the approach was to
20 take a best -- best efforts matched to
21 whatever colors could be displayed on the
22 system.  There's a way of simulating colors
23 in which you reduce resolution of the
24 screen.  You know, if you have a display
25 that just has at each pixel can only

Page 109

1  JAMES D. FOLEY
2  display red, green and blue but you want to
3  get whatever red and green gives you
4  together, you could put a red pixel next to
5  a green pixel and kind of alternate between
6  red and green.  And then, when you're back
7  far enough from the screen, it would look
8  like the mixture of red and green, I forget
9  whether that's cyan or yellow or magenta or
10 whatever but the cost is now, of course,
11 that you are now reducing the resolution of
12 the underlying display because you're
13 trading spacial resolution for color
14 resolution and we didn't want to do that.
15 You could do that, you know, some systems
16 might want to do that but we didn't want to
17 do that.
18     Q    And "color" refers to the color
19 of the primitive?
20     A    It would refer to the --
21 whatever colors have been wanted to
22 specify, whether it be for the primitive,
23 for the background or --
24     Q    So with respect to background,
25 the only background you can specify on the

28  (Pages 106 to 109)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 567**

Page 110

JAMES D. FOLEY

1
2  color for is the background of the screen?
3      MR. BOYCE:  Objection.
4      Incomplete hypothetical.
5      A   Say it, again?
6      MR. BOYCE:  That's okay.
7      A   Oh.  So sorry, ask the question,
8  again.
9      Q   (By Mr. Marina) In the Core System,
10  in the raster extension to the Core System,
11  the only background color that can be
12  specified is the background of the entire
13  screen, right?
14      MR. BOYCE:  Same objection.
15      A   I could specify backgrounds of
16  various things, again, as I mentioned, as I
17  think I mentioned before, by drawing
18  rectangles of a particular color until you
19  find a background and then writing over
20  them.
21      Q   (By Mr. Marina) So you would have
22  to have two separate drawing commands, right,
23  one to draw the primitive and then you draw
24  the background with some other command?
25      A   That would be if I'm drawing a

Page 111

JAMES D. FOLEY

1
2  lot of primitives against one background,
3  then it would have a whole bunch of drawing
4  commands preceded by that setting up of the
5  background.  So it's not strictly one to
6  one.
7      Q   In the Core System and in the
8  raster extension to the Core System, there
9  is no primitive drawing command that drew a
10  background color, right?
11      MR. BOYCE:  Objection.  Vague
12  and ambiguous.  Lacks foundation.
13      A   Actually, if I do a -- the
14  NEWFRAME draws the background.
15      Q   (By Mr. Marina) Of the screen?
16      A   Yeah, but it does draw a
17  background.
18      Q   Well, I'm talking now about -- I
19  want to see the background of the entire
20  screen, the background of just the
21  primitive.  In the Core System, you
22  couldn't specify the background of just the
23  primitive?
24      MR. BOYCE:  Same objection.
25      A   I could specify the background

Page 112

JAMES D. FOLEY

1
2  of a primitive by drawing a rectangle
3  behind it.
4      Q   (By Mr. Marina) So you would have
5  to draw another primitive?
6      A   That's right.
7      Q   So in the Core System there
8  was -- you could not draw a single
9  primitive that had a background, that was
10  not the background of the entire screen,
11  right?
12      MR. BOYCE:  Objection.  Vague
13  and ambiguous.
14      A   No --
15      MR. BOYCE:  I'm sorry,
16  Dr. Foley.  Vague and ambiguous.
17      Q   (By Mr. Marina) What primitive
18  drawing command could you draw -- that you
19  could issue that would draw the primitive in
20  one color and the background of the primitive
21  in another color?
22      A   I'm sorry, I thought you asked
23  earlier -- I didn't hear you say single
24  primitive.
25      Q   Yeah.

Page 113

JAMES D. FOLEY

1
2      A   Or whatever.
3      Q   Right.  So --
4      A   So let's start over, clean
5  slate.
6      Q   In the Core System and in the
7  raster extension of the Core System, was
8  there a single primitive drawing command
9  that would draw the primitive, plus a
10  background of the primitive?
11      MR. BOYCE:  Objection.  Vague
12  and ambiguous.
13      A   Plus the background of the --
14  when I draw a line, that line would be
15  drawn on whatever background is there.
16      Q   So the line-drawing command is
17  not drawing the background because the
18  background is already there?
19      A   That's right.
20      Q   So what -- so let's make -- let
21  me ask my question, again.
22      Did the Core System, including
23  the raster extension to the Core System,
24  have a single primitive drawing command,
25  right, that would draw the primitive

29  (Pages 110 to 113)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 568**

Page 114

JAMES D. FOLEY

1  itself, plus a background of the primitive?
2
3       MR. BOYCE: Objection. Vague
4  and ambiguous.
5    A   If you would define for me what
6  you mean by the "background of the
7  primitive".
8    Q   (By Mr. Marina) Okay.  Go back to
9  the example we did earlier, the letter "O,"
10  for example.
11    A   Right, mm-hmm.
12    Q   There's the actual portion of
13  the "O," or the strike portion?
14    A   Mm-hmm.
15    Q   And then there's the stuff
16  inside the "O"?
17    A   Right.
18    Q   Is there a single -- in the Core
19  System, including the raster extension to
20  the Core System, is there a single
21  primitive draw command that would draw both
22  the primitive itself, plus a background?
23       MR. BOYCE: Objection. Vague
24  and ambiguous.
25    A   Was there a command that would

Page 115

JAMES D. FOLEY

1
2  draw the circle of the "O," along with --
3  and at the same time draw something in the
4  background, no.
5    Q   (By Mr. Marina) And the same is
6  true with respect to all types of primitives,
7  there was no primitive drawing command that
8  would draw a primitive, plus a background of
9  a primitive, right?
10       MR. BOYCE: Objection. Vague
11  and ambiguous.
12    A   There wasn't a single text
13  command that would do that.
14    Q   (By Mr. Marina) And there was no
15  single polygon command that would do that?
16       MR. BOYCE:  Same objection.
17    A   "That" meaning, given the
18  objection by -- be real specific, no
19  polygon command that --
20    Q   (By Mr. Marina) Would draw a
21  polygon and also draw a background of the
22  polygon.
23    A   I'm not sure what "a background
24  of the polygon" means.
25    Q   There's no such thing as a

Page 116

JAMES D. FOLEY

1
2  background of a polygon, right?
3       MR. BOYCE: Objection.
4       Mischaracterizes his testimony.
5    Q   (By Mr. Marina) You have the edges
6  of the polygon, plus the fill or the color of
7  the polygon, right?
8    A   Well, I have the edges of the
9  polygon might be one color and the interior
10  of the polygon might be another color.  And
11  then the -- it would be the screen
12  background which would be the -- whatever
13  got to be there, either from a previous
14  drawing or from the NEWFRAME.
15    Q   All right.  So the -- what draws
16  the background of the screen is the
17  NEWFRAME, right?
18    A   For starters.
19       MR. BOYCE: Objection.
20       Incomplete hypothetical.
21    A   I could then draw other stuff
22  that would now be on top of what had
23  originally been the background, so it's now
24  a new background.
25    Q   (By Mr. Marina) All right.  But --

Page 117

JAMES D. FOLEY

1
2  when I'm drawing a primitive, right, the
3  primitive is drawn on top of the screen
4  background, correct?
5    A   It's drawn on top of whatever is
6  on the screen at the time.
7    Q   Right.  And I can specify a
8  color, right, through the R, G, B value,
9  right?
10    A   Or through a -- through an
11  index.
12    Q   Right.  And those -- the values
13  that I set for the color, is the color that
14  the primitive will be, right?
15    A   Either the -- right, the colors
16  that you set by one means or another.
17    Q   Right.
18    A   That's right.
19    Q   There's no way to set the color
20  for a background, right?
21       MR. BOYCE: Objection.
22    Q   (By Mr. Marina) Of a primitive,
23  right?
24       MR. BOYCE: Objection. Vague
25  and ambiguous.

30 (Pages 114 to 117)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 569**

Page 118

JAMES D. FOLEY

1           JAMES D. FOLEY
2    A  And define for me, again,
3  "background".
4    Q  (By Mr. Marina) The interior
5  space -- well -- I've only -- definition --
6  that which is not the primitive and that
7  which is not the color of the entire
8  background of the screen
9    A  Okay. So the question was,
10  okay, now that you defined what you mean by
11  "background," so go ahead, what's the
12  question, again, please?
13    Q  Well, I'm not sure we're on the
14  same page, so --
15    A  Okay.
16    Q  Going back to the letter "O,"
17  because it's the easiest conception, right?
18    A  Sure.
19    Q  There's the letter "O" is a
20  primitive, right?
21    A  Yes, it's a text primitive.
22    Q  And there are other types of
23  primitives, right?
24    A  Lines, polygons.
25    Q  Is your interior space within

Page 119

1           JAMES D. FOLEY
2  the "O," correct, that is not the "O"
3  itself?
4    A  Sure.
5    Q  In the Core System, right, the
6  text drawing primitive would not draw in
7  the interior portion of the "O," right?
8      MR. BOYCE: Objection. Vague
9  and ambiguous.
10    A  The text drawing primitive of
11  the Core System did not define what would
12  happen on the interior.
13    Q  (By Mr. Marina) All right. It drew
14  the stroke portion, the "O" itself, right?
15    A  What I'm thinking about is
16  the -- some of the lower quality forms of
17  text were kind of loosely specified.
18  Remember I said there were these three
19  levels of quality of text.
20    Q  Mm-hmm.
21    A  Are we talking about the stroke
22  quality at the moment, that was something
23  you asked me about before.
24    Q  Well, I guess what I'm trying to
25  understand is, there are two commands for

Page 120

1           JAMES D. FOLEY
2  setting color, right, set color R, G, B?
3    A  Yeah, right.
4    Q  A set color index?
5    A  Right. Right.
6    Q  That's how I specify color of
7  primitives, right?
8    A  Quite so.
9    Q  If I set the color to a
10  particular R, G, B value or a particular
11  index value and I draw the letter "O," the
12  "O" portion would be in the color
13  specified?
14    A  It would be whatever I wanted it
15  to be.
16    Q  You can't specify the color of
17  the interior portion --
18      MR. BOYCE: Objection. Vague
19  and ambiguous.
20    Q  (By Mr. Marina) Because there's no
21  command to do it.
22    A  There's no -- there's not a -- I
23  can -- again, I can specify what's going to
24  be on the interior by doing the NEWFRAME or
25  by doing the background, you know, a little

Page 121

1           JAMES D. FOLEY
2  background rectangle or whatever.
3    Q  Right, but that -- that would
4  not be -- that background would not be
5  drawn by the same command that draws the
6  "O"?
7    A  That's correct.
8    Q  Turn to page 44493.
9    A  44493, there we are.
10    Q  And then at the bottom section,
11  background color function?
12    A  Yeah, at the bottom here, sure.
13    Q  Okay. Does that function set
14  the color that -- does the set background
15  color set the color of the entire screen?
16    A  This is what would be used as
17  NEWFRAME time.
18    Q  So the NEWFRAME command was
19  issued, the entire screen would be painted
20  or displayed in the color that's set by the
21  set background function?
22    A  Whatever color is specified
23  here.
24    Q  Are you familiar with the term
25  "in use background color"?

31 (Pages 118 to 121)

**Exhibit 17**
**Page 570**

Page 122

JAMES D. FOLEY

1        JAMES D. FOLEY
2      A    Not specifically.  I mean, it
3   conjures up some notions.
4      Q    Have you heard of the concept of
5   drawing a letter for the letter "O," and
6   specifying the stroke portion as one color
7   and the interior portion of the "O" is
8   another color?
9        MR. BOYCE:  Objection.
10       Incomplete hypothetical.
11     A    By the "stroke portion" you
12   mean --
13     Q    (By Mr. Marina) The "O".
14     A    So say the question, again,
15   please?
16     Q    Have you ever heard of the
17   concept of drawing the letters, such as the
18   letter "O," so that the "O" is in one color
19   and then the interior of the "O" is in
20   another color?
21     A    Yes.
22       MR. BOYCE:  Same objection.
23     A    Yes.
24     Q    (By Mr. Marina) And you've heard of
25   that being done in one command?

Page 123

1        JAMES D. FOLEY
2      A    What you mean by "being done in
3   one command"?
4      Q    I say, draw the letter "O," the
5   letter "O" would be drawn so that the "O"
6   is in one color and then the interior of
7   the "O" is in another color?
8      A    Yes.
9      Q    But the Core System didn't do
10   that, right?
11       MR. BOYCE:  Objection.
12       Mischaracterizes his testimony.
13     A    The Core System did not use the
14   terminology of "in use" -- or what were the
15   words you used?
16     Q    (By Mr. Marina) In use for
17   background.
18     A    Did not use -- did not use that
19   terminology.
20     Q    Whether or not it used the
21   terminology, you still couldn't do it,
22   right?
23       MR. BOYCE:  Same objection.
24     A    Again, there's, as I mentioned,
25   you can get different backgrounds behind

Page 124

1        JAMES D. FOLEY
2   text in a couple of different ways.
3      Q    (By Mr. Marina) And the way to do
4   that is you have to draw the background
5   separately?
6      A    You do it in a NEWFRAME or you
7   draw a rectangle or some shape, it doesn't
8   have to be a rectangle, it could be
9   whatever you want it to be.
10     Q    What's your familiarity with
11   video text?
12     A    Heard of it.  It's kind of a low
13   cost graphics intended for kind of public
14   consumption.
15     Q    Ever do any work in video text?
16     A    What do you mean by doing any
17   work in it?
18     Q    Ever design any video text
19   systems?
20     A    No.
21     Q    Was the Core System a higher end
22   graphics system?
23     A    The Core System was targeted at
24   a different domain.
25     Q    Ever heard of the Teledon

Page 125

1        JAMES D. FOLEY
2   system?
3      A    Sure.
4      Q    What do you know about the
5   Teledon system?
6      A    There were -- in that era there
7   were a bunch of different videotape
8   systems, the French had a system, the
9   Canadians had a system.  There was
10   something called NAPLPS, North American
11   Presentation Layer Protocol Syntax.  It
12   went through different flavors of video
13   text.
14     Q    What do you know about NAPLPS?
15     A    It's a protocol, a graphics
16   protocol for doing video text; those type
17   of things.  That's why I used video text in
18   a general term, because there were a bunch
19   of different systems that were doing color
20   raster displays, moderate resolution for
21   information, information systems.
22     Q    Was the NAPLPS standard used in
23   the U.S. internationally, do you know?
24     A    It says North American
25   Presentation Level Protocol, which applies,

32  (Pages 122 to 125)

JAMES D. FOLEY

1
2  that is, to the U.S. and Canada.
3      Q    Do you know how widely it was
4  adopted?
5      A    No, I don't know.
6      Q    Do you know how colors are
7  specified in the Teledon system?
8      A    No.
9      Q    Have you ever heard of the
10  Antiope System?
11      A    I've heard the name.
12      Q    Do you recognize that to be a
13  video text system?
14      A    I remember it kind of in that
15  context.
16      Q    Do you know how colors are
17  specified in the Antiope System?
18      A    No.
19      Q    Prestel system?
20      A    Yeah, I've heard Prestel.
21      Q    Do you know how colors are
22  specified in the Prestel system?
23      A    No.
24          MR. MARINA:  Let's take a break
25      for lunch.

1          JAMES D. FOLEY
2      THE VIDEOGRAPHER:  Time is
3  12:16 p.m. and we're now off the
4  record.
5      (Luncheon recess)
6      THE VIDEOGRAPHER:  This is the
7  beginning of tape number 4, in the
8  deposition of James Foley.  The time
9  is 1:15 p.m. and we are back on the
10  record.
11      Q    (By Mr. Marina) Okay.  Let's turn
12  to Page 444851.
13      A    Page number again.
14      Q    444851.
15      A    Okay, 444851.
16      Q    And then 4.2.1.1.1 has a set
17  current polygon type --
18      A    Yes, I see that.
19      Q    -- function, right?
20          What's a polygon type?
21      A    This has to do with the way in
22  which a polygon would be filled in.
23      Q    And how many ways are there to
24  fill in a polygon?
25      A    Three ways are described here:

1          JAMES D. FOLEY
2  Plain, painted and shaded.
3      Q    Okay.  What's a plain polygon?
4      A    Plain polygon is filled with a
5  single color.
6      Q    Okay.  So how do you specify the
7  color?
8      A    That color would have been one
9  of the attributes that were set either
10  as -- if I can go back to it.  It was
11  something we talked about this morning.
12      Q    (By Mr. Marina) Look right
13  underneath that.
14      A    Right.  Yes, of course.  It's
15  set current color or set current color
16  index.
17      Q    So in a plain polygon -- well,
18  first of all, a polygon would have edges,
19  right?
20      A    Sure.  It would be a triangle,
21  that's the simplest polygon.
22      Q    What color would the edges be
23  drawn in?
24      A    That's going to be a function of
25  the -- if I remember correctly, the --

1          JAMES D. FOLEY
2  sorry, we're now -- it's going to be the --
3  it's going to be the same color as the --
4  it's going to be whatever had been set as
5  the current color or the index of the
6  current color.
7      Q    Right.  So that the -- a plain
8  polygon -- in any polygon, right, the edges
9  will be whatever the current color has been
10  set at, right?  Either using the set
11  current color R, G, B function or the set
12  current color index?
13      A    Not for any -- not for any
14  polygon.  That's going to be true for a
15  plain polygon.
16      Q    Okay.  How about a painted
17  polygon?
18      A    Painted polygon is -- so -- this
19  is the idea that I talked about before,
20  where essentially you have something you
21  think of as a painting, you have a separate
22  array of information that defines colors
23  and it's going to be mapped into the --
24  into the polygon.  So it will be a whole --
25  whole lot of different colors will end up

Exhibit 17
Page 572

Page 130

JAMES D. FOLEY

1
2  in the polygon.
3      Q    And then the painted polygon
4  what color are the edges?
5      A    Without reading or refreshing on
6  here further I'm, frankly, not sure.
7      Q    Well, could it be it's the set
8  color, R, G, B color?
9      A    That's a possibility.  I don't
10  want to definitively say that without --
11      Q    What would help you figure out
12  the answer to that question?
13      A    I'm sorry?
14      Q    What would help you figure out
15  the answer to that question?
16      A    Just rereading the materials
17  about attributes and attribute settings.
18      Q    You want to flip through that
19  document and see if you can find the
20  answer?  Before you do that, let's do the
21  third one which is a shaded polygon?
22      A    Sure.  This is going to be the
23  Gouraud shading, as it's called, where we
24  do linear interpolations of color from the
25  colors that are specified at vertices.  So

Page 131

JAMES D. FOLEY

1
2  we get a, let's say a gradation in colors
3  from whatever was in this vertex to
4  whatever is on the next vertex to whatever
5  is on the next vertex.
6      Q    And what color are the edges in
7  the shaded polygon?
8      A    I guess that -- I need to look a
9  little bit more, to make sure -- they're
10  either going to be the set current color or
11  they're going to be, themselves, linear
12  interpolations.
13      Q    And in a painted polygon it will
14  either be set current color or some value
15  in the pixel, right?
16      A    Or some value that comes from
17  the picture or pixel itself, that's
18  correct.
19      Q    Does a polygon have a
20  background?
21      A    It would certainly be something
22  that's surrounding the polygon.
23      Q    Okay.  Something outside the
24  boundaries, the edges of the polygon?
25      A    Yeah, that's right.

Page 132

JAMES D. FOLEY

1
2      Q    Okay.  We talked earlier --
3      A    And, actually, I just remembered
4  there's one mode in here, I forget where it
5  is, where you -- polygons -- something
6  called fast drawing mode I think we called
7  it, where you actually just draw the
8  outlines of the polygon rather than filling
9  them in.  In which case they'll be --
10  whatever is on the inside of the polygon
11  will be there.
12      Q    Well, that will be just the
13  color set by the set background command,
14  right?
15      A    Or whatever else you might --
16  whatever else might have been drawn there.
17      Q    So you would have to draw
18  something else there with a different
19  command?
20      A    You would draw something there
21  either with doing the set background or
22  other primitives.  Start with a NEWFRAME.
23  Get something with a NEWFRAME or with some
24  graphics primitives.
25      Q    It was called a fast draw, is

Page 133

JAMES D. FOLEY

1
2  that what you called it?
3      A    Something like that.
4      Q    So -- but the fast draw command
5  would draw the edges of the polygon?
6      A    That's right, just the edges and
7  not do the fill in because doing the fill
8  in takes time and if you are going to do --
9  wanted to do a preview, get the big picture
10  of what you're getting before having the
11  picture draw more slowly, you can go into
12  preview or fast.
13      Q    We talked earlier about the R,
14  G, B color model, right?
15      A    Sure.
16      Q    And the -- and in that color
17  model you specified R, G and B values,
18  right?
19      A    That's correct.
20      Q    And the value you give to the --
21  give to R is the red color component?
22      A    It's red, sure.  R is red, G is
23  green, B is blue.
24      Q    Okay.  What other color models
25  were there in the 1980, '81 time frame?

34  (Pages 130 to 133)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 573**

Page 134

JAMES D. FOLEY

1
2    A    In that time frame -- and I
3 mentioned some of these before, HLS, HSV,
4 CMY. CMY is C -- the letter C, the letter
5 M, the letter Y.
6    Q    What's HLS?
7    A    Hue likeness saturation.
8    Q    So what does hue refer to?
9    A    Hue refers to the waive length
10 that is -- as in blue, green, orange, red.
11    Q    The L?
12    A    L, for likeness and how bright
13 it is. How much energy is coming at you.
14    Q    And S?
15    A    S is saturation, which refers to
16 the balance of mixture between the pure
17 strong color and white. So the best way to
18 talk about it is illustrate -- you have red
19 and you have pink. Pink is a partially
20 saturated red. Pink is kind of a mixture
21 of red and white. Baby blue is a mixture
22 of royal blue and white.
23    So the way you control --
24 saturation of a color, artists understand
25 saturation, is by doing the -- playing with

Page 135

JAMES D. FOLEY

1
2 the likeness -- sorry. By playing with the
3 saturation.
4    Q    So in the HLMS, HLMS don't
5 represent color values right, in the same
6 way that R, G, B represent color values?
7    A    There's a mathematical
8 transformation.
9    Q    Right. But, for example, the L
10 value is not a color value, right?
11    A    It's -- it's translated into
12 color values. It's transformed. It's
13 algorithmically converted and in my
14 textbook that -- I guess is one of the -- I
15 have there's algorisms for doing all these
16 conversions.
17    Q    Right. But if you're using HLS
18 model, you would need to algorithmically
19 convert them to into R, G, B values,
20 ultimately?
21    A    If one did, right. We didn't do
22 HLS.
23    Q    But HLS was an available color
24 model, right?
25    A    It was known to the graphics

Page 136

JAMES D. FOLEY

1
2 community.
3    Q    Could you have a color map that
4 stored HLS values rather than R, G, B
5 values?
6    A    Did I have one?
7    Q    Could you have one?
8    A    Potentially, there could be a
9 color map or look-up table that would
10 store -- that would store HSVs or HLSs,
11 rather.
12    Q    All right. So certainly in the
13 1980 to 1981 time frame, you could have a
14 color map that stored HLS values rather
15 than color component values, right?
16    MR. BOYCE: Objection. Vague
17 and ambiguous. Lacks foundation.
18    A    Conceptually you could but I
19 think practically the process of doing the
20 conversion from HLS to R, G, B could be too
21 slow. It would be too slow for the 100
22 nanoseconds or so, pixel -- per pixel time
23 you have on the display, when you're doing
24 the video map read out on to the CRT.
25    Q    Right. But a color map could

Page 137

JAMES D. FOLEY

1
2 have HS -- HLS values rather than R, G, B
3 values, correct?
4    MR. BOYCE: Same objection.
5    Q    (By Mr. Marina) it's a yes or no
6 question.
7    A    When you say could, what does
8 "could" mean?
9    Q    It means you could.
10    A    I was thinking about a little
11 more because of the need to do that
12 conversion in realtime doesn't make sense.
13    Q    What if you didn't need to do
14 the conversion in realtime?
15    A    If you didn't need to do
16 conversion in realtime then in the concept
17 you could do it.
18    Q    And, in fact, the core system
19 didn't always use realtime, right? You
20 could batch things, right, so things would
21 be delayed? So you didn't need realtime?
22    A    But we're talking here about the
23 process of taking the video map and putting
24 it on the screen and that was always
25 realtime. There you got the electron beams

Page 138

JAMES D. FOLEY

1     JAMES D. FOLEY
2  moving at a constant rate. Depending on
3  the resolution, you have 100 nanoseconds
4  per pixel or less. That's realtime, baby,
5  and there's no getting around it.
6     Q     Would it depend on the
7  particular graphics hardware you were
8  using?
9     A     Would what depend on the
10  graphics --
11     Q     The time it would take to do a
12  conversion?
13     A     The time to do a conversion?
14     Q     From HLS to R, G, B.
15     A     As I was saying, you wouldn't --
16  you wouldn't be doing the conversion of
17  that state if you -- if you had a really
18  low resolution HLS model, I could actually
19  have some more logic that would -- that
20  would convert on the fly. If I had a
21  lot -- if I had a big HLS table, lots of
22  resolution, lots of entries that would get
23  either -- we'd have to do -- try to do in
24  software, which would not be possible, or
25  you would need a lot of -- a lot more logic

Page 140

1     JAMES D. FOLEY
2  system. It's not R, G, B. I don't think I
3  mentioned YIQ, before, by the way, did I?
4     Q     What about HSV?
5     A     So HSV is tripple with which one
6  specifies colors.
7     Q     And the S is what?
8     A     Saturation.
9     Q     Saturation is not a color value,
10  right?
11     A     I need to know saturation H --
12  together H, S and V define a color just as
13  together R, G and B define a color.
14     Q     But I want to know individually,
15  do each of H, S and V define the color, in
16  the same way that R, G and B define the
17  color?
18         MR. BOYCE: Objection. Vague
19     and ambiguous. Calls for a legal
20     conclusion.
21     A     Ask the question, again, please.
22     Q     (By Mr. Marina) Do each of H, S and
23  V define a color component in the same way
24  that each of R, G and B --
25     A     There are different ways of

Page 139

1     JAMES D. FOLEY
2  to do it and then it would get much more
3  expensive.
4     Q     So then if you had a low
5  resolution system, you could have a color
6  map that stored HLS values?
7     A     I could think of a way where
8  that -- that could be possible.
9     Q     What does HSV stand for?
10     A     Hue saturation value.
11     Q     Okay. Those aren't color values
12  either, right?
13         MR. BOYCE: Objection. Vague
14     and ambiguous. Lacks foundation.
15     A     They're a tripple that specifies
16  color, just as R, G, B is a tripple that
17  specifies color just as HLS is a tripple
18  that specifies color.
19     Q     (By Mr. Marina) Right. But the H,
20  the S and V are not, themselves, color
21  components, correct?
22     A     It depends on the color --
23         MR. BOYCE: Objection.
24     A     -- system you want to talk
25  about. And YIQ is a color component

Page 141

1     JAMES D. FOLEY
2  specifying color.
3         MR. BOYCE: Same objection.
4     Q     (By Mr. Marina) It's your testimony
5  that saturation value is a color component?
6         MR. BOYCE: Objection.
7     Mischaracterizes the testimony.
8     A     You have to define for me color
9  component.
10     Q     (By Mr. Marina) Color value. Don't
11  you have to transform HSV values into R, G, B
12  values in the same way you had to do it for
13  HSL values?
14         MR. BOYCE: Objection. Vague
15     and ambiguous.
16     A     Or into YIQ, depending on the
17  device or if they have similar kinds of
18  devices I might need to convert it into
19  some other --
20     Q     (By Mr. Marina) The point is you
21  have to convert the HSV values into color
22  components, right?
23         MR. BOYCE: Objection. Vague
24     and ambiguous. Lacks foundation.
25     Incomplete hypothetical.

36 (Pages 138 to 141)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 575**

Page 142

JAMES D. FOLEY

1          JAMES D. FOLEY
2      A    If there are multiple kinds of
3   color components, YIQ, for instance,
4   defines -- I don't think, in fact, it's
5   called component. Sorry. It was called
6   component color.
7      Q    What does YIQ stand for?
8      A    YIQ is the coding that's used in
9   NTSC TV standard.
10     Q    What does Y stand for?
11     A    Y is luminants. It's very
12  similar to the L in HLS and very similar to
13  the V, in HSV.
14     Q    What is I?
15     A    I is, one I or Q or what they
16  call chroma coordinates that are basically
17  telling you where you are in a spectrum and
18  how -- how strong the colors are.
19     Q    Could you have -- you could have
20  a color map that's -- that has YIQ values,
21  right?
22     A    In concept you could have a
23  color map that has YIQ numbers in it as
24  opposed to other numbers.
25     Q    And you could have a color map

Page 143

JAMES D. FOLEY

1          JAMES D. FOLEY
2   that has HSV numbers in it, as opposed to,
3   for example, R, G, B numbers, right?
4          MR. BOYCE: Objection.
5   Incomplete hypothetical.
6      A    Say that again.
7          MR. BOYCE: That's okay.
8          THE WITNESS: Oh, I don't need
9   to hear the details of what was said.
10  She heard it. That's what counts.
11     A    Question, again.
12     Q    (By Mr. Marina) you could also have
13  a color map that has HSV values rather than
14  R, G, B values, right?
15         MR. BOYCE: Same objection.
16     A    I could imagine a way based on
17  very limited circumstances to have some
18  kind of HSV.
19     Q    (By Mr. Marina) What circumstances
20  are those?
21     A    Very small, small table, small
22  resolutions. Run through some logic.
23     Q    And such systems were available
24  in the 1980, '81 time frame, right?
25     A    I don't recall.

Page 144

JAMES D. FOLEY

1          JAMES D. FOLEY
2      Q    Generally if you go back in time
3   we'll find less resolution, right? We'll
4   find less sophisticated systems, right?
5      A    Sure.
6      Q    Okay.
7      A    Along with -- we'll find --
8   actually, we still find -- no, even back
9   then we had very high resolution systems,
10  like what I had, the Ramtek and really low
11  resolutions is Apple IIC, what was it, not
12  Nintendo? One of the game boxes.
13     Q    Atari?
14     A    Atari. That's it. It was Atari
15  400 and Atari 800.
16     Q    And those were low resolution
17  systems?
18     A    Right.
19     Q    Does your agreement with Gateway
20  have a provision that says you will not
21  testify adversely to Gateway?
22     A    That I will not what?
23     Q    Testify adversely to Gateway?
24     A    I don't think so. My oath says
25  I will tell the truth, the whole truth,

Page 145

JAMES D. FOLEY

1          JAMES D. FOLEY
2   nothing but the truth. So I couldn't very
3   well and I'm now -- I understand the
4   implications of the questions you're
5   asking. I certainly would not sign an
6   agreement which said I had to testify in a
7   particular way.
8      Q    That's not the question I asked.
9   If you will not testify adversely to
10  Gateway?
11     A    Well, what does testify
12  adversely mean?
13     Q    Well, presumably, if you were
14  going to testify adversely, they wouldn't
15  disclose you to us, right? Have you ever
16  been hired to be an expert and you reached
17  an opinion that's opposite to the opinion
18  that the people hiring you wanted you to
19  reach?
20     A    Oh, oh, I see what you mean. I
21  don't have any such agreement.
22     Q    Okay. Do you have a copy of
23  your agreement with you?
24     A    No.
25     Q    Where do you keep a copy of the

Page 146

JAMES D. FOLEY

1    agreement?
2        A    At home.
3        Q    You certainly couldn't recite to
4    me the agreement, right?
5        A    No, it's probably one of these
6    multipage fine print things.
7        Q    Did you have a lawyer look over
8    the agreement?
9        A    No.
10       Q    You just signed it right away?
11       A    Yes.
12       Q    Did you make any changes to the
13   agreement?
14       A    I'm sorry?
15       Q    Did you make any changes to the
16   agreement?
17       A    There was some -- there was
18   something about having to specify five days
19   before the end of the month, how many hours
20   I might conceivably bill for the rest of
21   the month. Which seemed like sort of a --
22   hard for me to control.
23       Q    Well, how many hours -- you said
24   you only billed about 20, 30 hours in

Page 147

JAMES D. FOLEY

1    total?
2        A    Yes, something in that order.
3        Q    Since working in this case?
4        A    That's right.
5        Q    And when did you start working
6    on this case?
7        A    The first time I did any work on
8    the case was after I started working with
9    these guys, which was spring, I guess.
10       Q    Okay. So the 20 to 30 hours
11   you've billed on this case, was this year?
12       A    Yeah.
13       Q    And you didn't bill any time
14   prior to this year?
15       A    I didn't do anything prior to
16   this year.
17       Q    But you had a consulting
18   agreement prior to this year, right?
19       A    With previous law firms, yeah.
20       Q    And when did you first enter
21   into a consulting agreement in this case?
22       A    When did I --
23       Q    First enter into a consulting
24   agreement in this case?

Page 148

JAMES D. FOLEY

1        A    Sometime this year.
2        Q    And you didn't enter into a
3    consulting agreement with previous law
4    firms?
5        A    Say again.
6        Q    You did not enter into any
7    consulting agreement with any previous law
8    firms?
9        A    I did but I didn't do anything.
10       Q    I understand that. When did you
11   enter into consulting agreements with
12   previous law firms?
13       A    I don't remember.
14       Q    It was years ago, right?
15       A    It was not this year.
16       Q    Okay. So you were -- you signed
17   a consulting agreement, not this year --
18       A    Several years ago.
19       Q    -- several years ago. So you
20   signed a consulting agreement with
21   attorneys representing Gateway several
22   years ago?
23       A    That's right.
24       Q    But you didn't do any work until

Page 149

JAMES D. FOLEY

1    this year?
2        A    That's right. There were a
3    bunch of phone calls with a previous --
4    whoever the previous law firm was, trying
5    to set up some deposition time, when I was
6    in France. I don't know if you were
7    involved in wanting to set that up but it
8    never got scheduled, it never happened. So
9    it was --
10       Q    Well, did you sign a consulting
11   agreement on the expectation that you would
12   get money out of it?
13       A    I didn't know what would
14   develope.
15       Q    Did you wonder why for a period
16   of years you signed a consulting agreement,
17   yet, you weren't being given any work?
18       A    No, it's happened before. Legal
19   things have a tendency of dragging on.
20       Q    Were you told that it would be a
21   good idea to sign a consulting agreement
22   and this way conversations you had with
23   counsel would be privileged?
24       A    No.

38  (Pages 146 to 149)

Page 150

1       JAMES D. FOLEY
2    Q   When's the first time you spoke
3  to Mr. Bathon?
4    A   I'm sorry?
5    Q   When's first time you spoke
6  to. Mr. Bathon?
7    A   Mr. Bate --
8    Q   Bathon.
9    A   I think when we had -- I'm
10  pretty sure it was Mr. Bathon who was on
11  the phone call that we talked about with
12  Wedig -- I mean, Mr. Bathon can confirm.  I
13  think that was the case.
14   Q   Okay.  Did you ever have any
15  conversations with anyone else at Arnold
16  and Porter not on that phone call with
17  Mr. Wedig?
18   A   No.
19   Q   First time you met anyone from
20  Arnold and Porter in person was yesterday?
21   A   That's correct.
22   Q   The only time you spoke to
23  anyone from Arnold and Porter was during
24  that conversation with Dr. Wedig?
25   A   That's my recollection.

Page 151

1       JAMES D. FOLEY
2    Q   Are you going to send Dell a
3  bill for your time?
4    A   No.
5    Q   Why not?
6    A   I'm sorry?
7    Q   Why not?
8    A   My agreement is with Gateway.  I
9  have no idea what happens after that.
10  Maybe they're sharing the cost.
11       MR. MARINA:  All right, let's
12   take a five-minute break.
13       THE VIDEOGRAPHER:  The time is
14   1:44 p.m. and we're off the record.
15       (Recess taken)
16       THE VIDEOGRAPHER:  This is the
17   beginning of tape number 5, in the
18   deposition of James Foley.  The time
19   is 1:53 p.m. and we're back on the
20   record.
21   Q   (By Mr. Marina) Could you turn to
22  Page 3444867 of Exhibit 3.
23   A   Okay.
24   Q   There's section 7.2.9.1 called:
25  Setting the background.

Page 152

1       JAMES D. FOLEY
2    A   Mm-hmm.
3    Q   And then underneath that it
4  talks about the set background color:  R,
5  G, B function, right?
6    A   Mm-hmm -- yes.
7    Q   And then a little bit under that
8  it talks about the set background color
9  index function, right?
10   A   Yes.
11   Q   And we had looked at a similar
12  command in Appendix III, but what I want to
13  know:  Are these commands in Appendix A,
14  the set background color and the set
15  background color index, are they used to
16  set the background of the entire screen as
17  well?
18   A   I'm sorry.  You said we looked
19  at these in which Appendix?
20   Q   Well, Appendix C has a similar
21  set background.  So my question is:  Right,
22  do the set background color and set
23  background color index functions in
24  Appendix A set the background of the entire
25  screen?

Page 153

1       JAMES D. FOLEY
2    A   Yes, these are -- these are
3  the -- however, whether it's direct or
4  indirect, the goal is to set up for what's
5  used at NEWFRAME time.  At NEWFRAME, one
6  word, N-E-W-F-R-A-M-E.  It maybe hyphened
7  with the new.  No, no hyphen.  Capital.
8  All caps.  NEWFRAME is all caps.
9       MR. MARINA:  No further
10   questions.
11       MR. BOYCE:  We're going to
12   proceed with some questioning.
13       MR. MARINA:  Okay.
14  EXAMINATION
15  BY MR. BOYCE:
16   Q   Doctor -- sir, could you please
17  restate your name for the record.
18   A   Sure.  My name is James David
19  Foley.
20   Q   Sir, did you attend any college
21  or university?
22   A   Yes, I did.  I went to Lee High
23  University from '60 to '64 and earned a
24  Bachelor's Degree in Electrical
25  Engineering.  I went to the University of

39 (Pages 150 to 153)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 578**

Page 154

JAMES D. FOLEY

1    Michigan, firstly earning a Masters Degree
2    in Electrical Engineering in '65. And then
3    in '69 I graduated with a PhD in computer
4    information and control engineering.
5        Q    Are you currently employed?
6            MR. MARINA: Asked and answered.
7        A    I work at Georgia Institute of
8    Technology, also known as Georgia Tech.
9        Q    (By Mr. Boyce) What is your current
10   profession?
11           MR. MARINA: Asked and answered.
12       A    I'm a professor in the school of
13   interactive computing, which is in the
14   college of computing, again, at Georgia
15   Tech. And I have a courtesy appointment in
16   the school of electrical and computing
17   engineering in the College of Engineering.
18       Q    (By Mr. Boyce) How long have you
19   been at Georgia Tech?
20       A    I came here, originally, in
21   1991.
22       Q    Have you taught courses in -- at
23   Georgia Tech?
24       A    Yes, I have.

Page 154

JAMES D. FOLEY

1            JAMES D. FOLEY
2    Michigan, firstly earning a Masters Degree
3    in Electrical Engineering in '65. And then
4    in '69 I graduated with a PhD in computer
5    information and control engineering.
6        Q    Are you currently employed?
7            MR. MARINA: Asked and answered.
8        A    I work at Georgia Institute of
9    Technology, also known as Georgia Tech.
10       Q    (By Mr. Boyce) What is your current
11   profession?
12           MR. MARINA: Asked and answered.
13       A    I'm a professor in the school of
14   interactive computing, which is in the
15   college of computing, again, at Georgia
16   Tech. And I have a courtesy appointment in
17   the school of electrical and computing
18   engineering in the College of Engineering.
19       Q    (By Mr. Boyce) How long have you
20   been at Georgia Tech?
21       A    I came here, originally, in
22   1991.
23       Q    Have you taught courses in -- at
24   Georgia Tech?
25       A    Yes, I have.

Page 155

JAMES D. FOLEY

1            JAMES D. FOLEY
2        Q    What types of courses have you
3    taught during your tenure?
4        A    Taught courses on computer
5    graphics, on human computer interaction, on
6    computer supportive collaborative work, on
7    computer supportive collaborative leaing.
8    I'm about to teach a course on information
9    visualization.
10       Q    Have you also served as an
11   adviser to PhD candidates during your time
12   at Georgia Tech?
13       A    Yes, I have.
14       Q    On what subjects?
15       A    On subjects of computer
16   graphics, information visualization, human
17   computing interaction, uses of technology
18   and education.
19       Q    Have you established any special
20   programs at Georgia Tech?
21           MR. MARINA: Objection. Object
22   to the form. Vague.
23       A    Sorry?
24           MR. MARINA: I object to the
25   form of the question.

Page 156

JAMES D. FOLEY

1            JAMES D. FOLEY
2        A    I've established a couple of
3    programs at Tech. Probably the most -- the
4    one of which I'm most proud is the GVU
5    Center that I established. When I came
6    here. We had our grand opening in 1992 and
7    just celebrated our 15th anniversary last
8    week.
9        Q    (By Mr. Boyce) and you -- Were you
10   a professor some place else before you joined
11   the faculty at Georgia Tech?
12           MR. MARINA: Asked and answered.
13       A    I was a professor at George
14   Washington University in Washington D.C.
15   and before that at the university of North
16   Carolina in Chapel Hill.
17       Q    (By Mr. Boyce) During what time
18   period were you a professor at George
19   Washington?
20       A    GW -- I was at GW from '77 until
21   the end of 1990, when I went to Tech.
22       Q    During your tenure at Georgia
23   Tech have you at any time been employed by
24   any other organizations outside of the
25   university?

Page 157

JAMES D. FOLEY

1            JAMES D. FOLEY
2        A    I've done some consulting for
3    other companies and I spent four -- almost
4    four years on leave of absence at
5    Mitsubishi Electric Research labs up in
6    Cambridge, directing their research lab.
7        Q    And did you have a title at the
8    Mitsubishi Research Lab?
9        A    Sure. I had two titles. First
10   I was director of Mitsubishi Electric
11   Research Lab, which was also known as MURL,
12   M-U-R-L, for its abbreviations. Then when
13   my boss retired I was promoted to the
14   director of -- chairman and president of a
15   group called Mitsubishi Electric
16   Information System Technology of America,
17   which had under it, the research lab for
18   Mitsubishi Electric. We had labs in
19   Cambridge, outside of Boston, in New Jersey
20   and out in California. So I had about --
21   somewhere over 100 people working for me.
22       Q    What activities did Mitsubishi
23   Research Lab engage in while you were the
24   director?
25       A    We were doing research in a

TSG Reporting - Worldwide     877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 579

Page 158

JAMES D. FOLEY

1 JAMES D. FOLEY
2 variety of areas, including computer
3 graphics. We had a number of graphics
4 projects. We did a chip for volume
5 rendering, which has to do with taking
6 something like CAT scans or MRI scans and
7 seeing it on a screen with three dimensions
8 and being able to rotate it around very
9 quickly.
10     We did some things with video
11 interpretation to detect untoward events,
12 like break-ins or traffic actions. Also
13 research in networking, in natural language
14 processing.
15     Q    Are you a member of any
16 professional societies?
17     A    I'm a member of I, tripple E,
18 which is the Institution for Electrical and
19 Electronics Engineers. I'm a member of
20 ACM, the Association for Computing
21 Machinery. I'm a member of the Human
22 Factors Engineering Society. I'm a member
23 of the American Association for the
24 Advancement of Science and -- that's all.
25     Q    Is -- what is I, tripple E?

Page 159

1 JAMES D. FOLEY
2     A    I, tripple E is Institution for
3 Electrical and Electronics Engineers.
4     Q    And do you have any particular
5 status as a member of I, tripple E?
6     A    Sure. I'm what's called a
7 fellow of the I, tripple E.
8     Q    What does it mean to be a
9 fellow?
10     A    I, tripple E and other
11 professional societies has this process of
12 identifying a small number of people who
13 others feel have made significant
14 contribution to some field. So I was
15 nominated and had a bunch of other people
16 then said, yes, he is definitely someone
17 who should be a fellow. And then there was
18 a committee that I think the Computer
19 Society has, which is part of I, tripple E
20 and then there's an I, tripple E committee.
21 And after some lengthy process, which is
22 all hidden from people who have been
23 nominated, I was named the fellow of the I,
24 tripple E, back in the 1980s.
25     Q    Did the I, tripple E state any

Page 160

1 JAMES D. FOLEY
2 reason for naming you a fellow?
3     A    Couple of the citations said
4 something like: For contributions to
5 computer graphics.
6     Q    I think you also mentioned ACM.
7 What is ACM?
8     A    ACM, the Association for
9 Computing Machinery.
10     Q    And do you have any particular
11 status as a member of ACM?
12     A    I'm also a fellow of ACM of the
13 Association for Computing Machinery.
14     Q    And when ACM named you a fellow,
15 did they state any reason?
16     A    That was -- I don't remember the
17 exact wording of the citation but it was,
18 again, having to do with contributions to
19 computer graphics.
20     Q    Have you been presented any
21 awards by ACM?
22     A    Yes. I've been fortunate to
23 receive two different awards. One was
24 presented by SIGGRAPH, the ACM special
25 interest group for graphics, which is the

Page 161

1 JAMES D. FOLEY
2 largest subgroup of SIGGRAPH. That's the
3 group that's interested in computer
4 graphics. Every two years they give
5 someone the lifetime achievement award of
6 the Stephen Coons award for creative
7 contributions for computer graphics or
8 something like that.
9     So I received that award back
10 in -- maybe '97. It was actually while I
11 was at Mitsubishi. And then more recently
12 ACM SIGCHI, that's S-I-G-C-H-I, which is a
13 special interest group for computer human
14 interaction. It's the second largest ACM
15 specialty group, presented me with their
16 lifetime achievement award.
17     Q    And is the Stephen A. Coons
18 award that you received, is that considered
19 to be a great honor in your field?
20     MR. MARINA: Objection. Lacks
21 foundation.
22     A    I'm sorry?
23     MR. MARINA: It lacks
24 foundation. It calls for speculation.
25 You can't possibly know what other

41 (Pages 158 to 161)

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 580

Page 162

JAMES D. FOLEY

1  people think.
2
3      A    It is said to be the Pendleton
4  Award for contributions in computer
5  graphics. I don't know what individual
6  people think about it but it's meant to be
7  the most prestigious, the highest award.
8      Q    (By Mr. Boyce) In the field of --
9      A    In the field of interactive
10  computer graphics.
11      Q    You mentioned computer graphics
12  several times. What is computer graphics?
13      A    Computer graphic is about
14  making -- having the computer make images
15  of things. It could be an image of a bar
16  chart, it could be a pie chart, making the
17  images that we see in a computer game. It
18  could be the automobiles or planes that are
19  part of the computer aided design program
20  that the cars that General Motors might do.
21
22      Q    How many years have you been
23  involved in the field of computer graphics?
24      A    I guess I took my first -- I
25  took a computer graphics course when I

Page 163

JAMES D. FOLEY

1
2  started learning about it in 1966 or 1967.
3  So 40, 41 years.
4      Q    Now, prior to 1980, did you
5  teach any classes on the topic of computer
6  graphics?
7      A    Yes, I started teaching graphics
8  courses in the very early '70s, when I
9  first went to the University of North
10  Carolina at Chapel Hill and taught them
11  regularly, thereafter.
12      Q    Now, you said you joined George
13  washington in 1977?
14      A    Yes, I went to GW in '77; that's
15  right.
16      Q    In the time period between 1977
17  leading up to just prior to 1980, did you
18  teach classes on the topic of computer
19  graphics in that time frame?
20      A    Yes, I did. I taught at least
21  one a year and some of those years I taught
22  two.
23      Q    Did you teach classes on the
24  undergraduate level?
25      A    These were courses that were

Page 164

JAMES D. FOLEY

1
2  open to both, undergraduates, typically
3  seniors, maybe a few juniors, as well as
4  graduate students.
5      Q    What textbooks -- strike that.
6          Did you use any textbook in
7  teaching those classes in that time period?
8      A    Yes, I did.
9      Q    What textbook did you use?
10      A    And by the time period do you
11  mean the GW time period now?
12      Q    Between '77 and leading up to
13  '80?
14      A    Yeah. I'm pretty sure that
15  initially I used Newman and Straus for a
16  good book. And then at some point I
17  started using manuscripts of the book that
18  I was writing with my colleague, Andy Van
19  Dam. And certainly by '79 and '80, I was
20  only using the draft chapters of my book,
21  our book, excuse me, the Van Dam Foley
22  Book.
23      Q    Prior to 1980, did you teach any
24  seminars related to computer graphics? Any
25  place besides GW.

Page 165

JAMES D. FOLEY

1
2      A    I taught seminars at some of the
3  SIGGRAPH conferences, SIGGRAPH being that
4  ACM group, special interest for graphics.
5          I believe by then I was also
6  teaching some short courses for GW or they
7  would have practitioners come in for a two-
8  or three- or four-day short course. At
9  some point in that time frame I was also
10  teaching courses down in NASA Langley and
11  for a whole lot of other companies. I
12  can't say exactly which ones I did in what
13  year.
14          MR. BOYCE: I'd like to mark the
15      next exhibit. This will be Exhibit 4.
16      And for the record, Exhibit 4 extends
17      from pages -- Page GW-LT 441715
18      through 442403.
19          (Exhibit 4 marked for
20  identification, as of this date)
21      Q    (By Mr. Boyce) Dr. Foley, do you
22  recognize the document marked Exhibit 4?
23      A    It's a xerox copy of the
24  textbook I wrote with Andy Van Dam, that
25  was published in the early '80s.

42 (Pages 162 to 165)

Page 166

JAMES D. FOLEY

1
2     Q     Do you know exactly when this
3  textbook was published?
4     A     This was -- the copyright is
5  '82. The first -- it was first printed and
6  sold in -- sometime after July of '81. The
7  publisher explained to me that he could
8  copyright for '82, if he didn't start
9  selling until -- somewhere in the later
10  part of the previous year. This one says:
11  Reprinted with corrections in July of '84.
12     MR. BOYCE: For the record, I'll
13     mark the next exhibit, Exhibit 5.
14     (Exhibit 5 marked for
15     identification, as of this date)
16     Q     (By Mr. Boyce) Dr. Foley, do
17  recognize that document, marked Exhibit 5?
18     A     It looks like, again, a copy of
19  our textbook, this time with the dust
20  jacket copy also. A copy of the same
21  textbook, this time with the dust jacket,
22  included in the copy. It's apparently not a -- there's no
23  1982. It's apparently not a -- there's no
24  notation of second or third or printing
25  with corrects. So it looks like probably

Page 167

JAMES D. FOLEY

1
2  the original -- original from the first
3  printing.
4     Q     Are there any differences
5  between the July 1984 reprint and the
6  version marked: Copyright, 1982?
7     A     Andy and I were very careful to
8  keep a detailed list of errors, which were,
9  you know, typos, spelling wrong. My
10  recollection is a couple of equations that
11  either had a subscript wrong or an SIGN
12  assigned wrong. Maybe a reference had the
13  wrong year after it or something like that.
14  So we corrected those minor typographical
15  style errors. That's all that was changed.
16     Q     Are there any substantive
17  differences between them?
18     A     No. Nothing of substance. No
19  pagination changes, page numbers are the
20  same. Publisher would have killed us if we
21  had had to change the page number. That's
22  very expensive.
23     Q     Over what time period,
24  approximately, did you write this textbook?
25     A     I started actually writing in

Page 168

JAMES D. FOLEY

1
2  '73. Andy and I met in '72 and agreed to
3  do this or might have even started doing
4  writing in '72 and I guess a little more in
5  '73. And that continued right up to the
6  time of the production process and even
7  when we had gallies we were making some
8  improvements and changes and so forth.
9     Q     During the time that you were
10  writing this textbook, did you intend that
11  it would be ultimately used as some sort of
12  the curriculum for students?
13     A     We had, I think -- now that I
14  think of it, we had two audiences in mind.
15  One being the college textbook market, for
16  typically junior/senior course and graduate
17  courses in computer graphics as well as
18  professional market because graphics was
19  booming, graphics was growing. There were
20  lots of companies, a lot of people coming
21  into the field and needed to know what are
22  the basic ideas in computer graphics. So.
23  That book was fortunately very successful
24  in both markets.
25     Q     Does this book reflect the state

Page 169

JAMES D. FOLEY

1
2  of the art in computer graphics prior to
3  1980?
4     MR. MARINA: Objection. Lacks
5     foundation calls for speculation.
6     Calls for legal conclusion.
7     Particularly since the book wasn't
8     even written or published in 1980.
9     A     Sorry, say the last thing again.
10     MR. MARINA: Particularly since
11     the books aren't dated 1980.
12     A     Right. The book was dated '82
13  and started being sold in '81. So during
14  1980 we were certainly still actively
15  involved in revising, updating, getting
16  feedback from our peers to whom we sent
17  various copies of chapters and/or we were
18  very intent on having the book up to date
19  as we could and therefore reflecting, for
20  the topics that are covered here,
21  reflecting state of the art, even going
22  into early '81, even, certainly '80.
23     Q     (By Mr. Boyce) is it true that this
24  textbook, at least in part, reflects a
25  portion of the state of the art and computer

Page 170

JAMES D. FOLEY

1    graphics as it existed prior to 1980?
2         MR. MARINA: Objection.
3    Objection. Lacks foundation. Calls
4    for speculation. Calls for expert
5    testimony and it is also leading.
6         A    It does.
7         Q    (By Mr. Boyce) Do you know how many
8    copies of this textbook have been sold?
9         A    This version of this first book
10   sold at least 70, 80,000 copies, maybe more
11   but that is a minimum.
12        Q    Do you know if the textbook is
13   enjoyed any acclaim by others in the field
14   of computer graphics?
15        A    This had very, very good
16   reviews. It replaced the text book, a very
17   good textbook by Newman and Sproull, which
18   was earlier than ours and became dated to
19   reviews and places like computing reviews
20   and some of the magazines were very
21   positive.
22        Q    Has the textbook been translated
23   into other languages?
24        A    This textbook was been

Page 171

JAMES D. FOLEY

1    translated into Russian, translated into
2    Chinese without any agreement, so it was, I
3    guess what you would call an illegal
4    translation but it was translated. It was
5    translated into Japanese. This one might
6    have been translated into one or two other
7    languages as well but I know for sure it
8    was those three.
9         Q    Have you heard the term: Image
10   display system?
11        A    Sure.
12        Q    What is an image display system.
13        MR. MARINA: Calls for a legal
14   conclusion.
15        THE WITNESS: I'm sorry?
16        MR. MARINA: He's asking you
17   about the claims of the patent and it
18   calls for a legal conclusion.
19        A    I think an image display system
20   is a system for displaying images.
21        Q    Is that a term that was used in
22   the field of computer graphics prior to
23   1980?
24        A    Yes.

Page 172

JAMES D. FOLEY

1         Q    What is an image display system?
2         MR. MARINA: Asked and answered.
3         A    Well, I guess in terms of a
4    basic level, a system for displaying images
5    in a more specific way. I would think of
6    it as a system for displaying, you know, on
7    a computer graphics. You're talking about
8    context of computer graphics or some kind
9    of device that creates images on, some kind
10   of display, probably a CRT, in that era.
11   projection systems were -- yeah, there were
12   some very expensive projection systems,
13   typically on a CRT.
14        Q    (By Mr. Boyce) Do you know prior to
15   1980 if there were any image display systems
16   being sold commercially in the United States?
17        A    Yes --
18        MR. MARINA: Objection. Calls
19   for legal conclusion.
20        A    -- computer graphics market
21   place -- equipment of hardware, lots and
22   lots of devices with images devices were
23   being sold and started back in the '60s
24   even.

Page 173

JAMES D. FOLEY

1         Q    (By Mr. Boyce) Can you characterize
2    the different types of image display systems
3    that were sold in the U.S. prior to 1980?
4         MR. MARINA: Objection. Lacks
5    foundation. Vague. Ambiguous.
6         A    What I think of as an image
7    display system, you can kind of slice and
8    dies in two ways. One you can slice and
9    dice as Raster versus vector displays,
10   where you're talking monotone and color
11   displays.
12        Q    (By Mr. Boyce) Prior to 1980 do you
13   know of any commercially available raster and
14   color systems that were being sold in the
15   United States?
16        A    Yes, there were a number of
17   manufactures of color Raster displays that
18   were sold prior to 1980.
19        Q    And can you describe the basic
20   components of a color raster graphic
21   system.
22        MR. MARINA: Objection. Lacks
23   foundation.
24        A    Sure. Well, the way I think of

44 (Pages 170 to 173)

**Exhibit 17**
**Page 583**

Page 174

```
 1          JAMES D. FOLEY
 2    components and the way I and others
 3    typically draw block diagrams and talk
 4    about them. At the front end you got a
 5    display device. Back in those -- that era
 6    it would have been a cathode-ray to -- and
 7    since we're taking about color, it would
 8    have been some kind of shadow mask
 9    cathode-ray tube which is a kind of TV set
10    like device, it's just a high quality TV
11    set device that has three electron guns
12    that shoot beams of electrons at the
13    screen. A beam that hits phosphors that
14    emit blue and the beam hits the blue
15    phosphors, another beam that is controlled
16    to hit red phosphors, they're not red but
17    they emit the color red when the electron
18    beam hits the phosphor and similarly for
19    green and those -- that fancy TV, high
20    quality TV system actually could have
21    been -- some of the systems sold then were
22    driving standard TV sets. Never mind the
23    kind of high resolution TV sets that were
24    known as color monitors which is what we
25    had with the Ramtek 9400 that I bought for
```

Page 175

```
 1          JAMES D. FOLEY
 2    my research at GW.
 3          So there's that front end. Then
 4    behind that it's going to use video memory
 5    which stores in it the bitmap definition of
 6    an image. By that I mean, an array or a
 7    grid of picture values or pixels typically
 8    for some of the high-end displays you have
 9    1,000 lines of information; each line being
10    divided maybe into another 1,000.
11    Individual dots of color that can be turned
12    on or off. Each dot could be some
13    combination of red, green or blue, which is
14    how a TV set works. So we get TV like
15    images on the displays but created by a
16    computer rather than created by a TV
17    station sending things to us.
18          So those are the kinds of main
19    components for some earlier stuff to
20    actually do what's called the scan
21    conversion of putting information into
22    the -- into the image map of the video
23    memory that defines whatever picture is
24    being displayed.
25    Q    (By Mr. Boyce) And now -- among the
```

Page 176

```
 1          JAMES D. FOLEY
 2    color raster graphic systems, you said were
 3  - available for sale prior to 1980 in the
 4    United States. Were some capable of
 5    displaying more colors than others?
 6    A    Yes. Some were -- some were
 7    limited to -- I think there were probably
 8    some that were limited to four colors.
 9    There were some that were limited to four
10    colors. A lot were limited to eight colors
11    and I can remember one that was either 16
12    or 32. I think I remember one that was 64
13    and then on up to -- in the case of the
14    system we had, we could display 4,000. At
15    any one time we could display 4,000 colors
16    out of the pilot of 16 million colors.
17    Q    Was there any particular
18    component or raster graphics systems that
19    limited the range of colors that could be
20    displayed?
21          MR. MARINA: Objection. Lacks
22    foundation. Calls for speculation.
23    A    In a simple Raster display that
24    is described, the limiting factor on how
25    many different colors could be displayed at
```

Page 177

```
 1          JAMES D. FOLEY
 2    one time, were the -- is the size of the
 3    image map that stored the actual picture,
 4    the thousand by thousand or however large
 5    it would be imaged.
 6          The memory was very expensive
 7    and so the amount of memory was limited.
 8    In the most limiting case you might have
 9    one piece of information per picture -- I'm
10    sorry, per picture element and so that
11    picture element could be one of two colors,
12    it may be red or green and we can scale up
13    from there but it was expensive to scale
14    up.
15    Q    (By Mr. Boyce) Have you heard the
16    term "color map"?
17    A    I know the term color map.
18    Q    And did you ever hear the term
19    color map prior to 1980?
20    A    Yes, many times.
21    Q    What is a color map?
22    A    A color map is a piece of
23    hardware that sits between the video memory
24    that I was describing and the display which
25    take -- it's a mechanism for translating
```

45  (Pages 174 to 177)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 584**

Page 178

JAMES D. FOLEY

1    from an index value that's stored in the
2    video memory to an actual color that's
3    going to be displayed on the screen at the
4    point on the screen that corresponds to the
5    -- corresponds to the video memory
6    location.
7        So it's an intermediary between
8    what's stored in the memory and what's
9    displayed on the screen. It was very
10   common at the time.
11   Q    Now, prior to 1980 was the term
12   "color map" used in the graphics community
13   to convey that an electronic memory is
14   being used?
15       MR. MARINA: Objection. Calls
16   for speculation. Lacks foundation.
17   Calls for expert testimony.
18   A    Certainly the way that I use and
19   use color map and there are many synonyms
20   for color maps. If you go look in the
21   textbook you'll see a drawing there of -- I
22   often called it the look-up table or video
23   look-up table, the color look-up table.
24   That is the memory. It was a piece of

Page 179

JAMES D. FOLEY

1    hardware which had to be fairly fast
2    memory.
3    Q   (By Mr. Boyce) Okay. And prior to
4    1980 was the term "color map" Used --
5    A    Sure.
6    Q    -- and understood by those in
7    the graphics community to convey that the
8    electronic memory stores a table of color
9    data values?
10       MR. MARINA: Objection. It
11       lacks foundation. Calls for
12       speculation. This gentleman can not
13       possibly know what other people
14       thought. He can testify about what he
15       thought but not what other people
16       thought. Also calls for improper
17       expert testimony, since he has not
18       been designated as an expert.
19   A    Would you restate the question,
20   please, having heard the objection.
21   Q   (By Mr. Boyce) Sure. Prior to 1980
22   was the term color map, was that known to
23   require a memory that stores a table
24   color data value?

Page 180

JAMES D. FOLEY

1        MR. MARINA: Objection. Lacks
2        foundation. Calls for speculation.
3        Calls for improper expert testimony.
4    A    I certainly heard that term
5    used, certainly saw it and used it in
6    synonyms in the context that you're
7    describing.
8    Q   (By Mr. Boyce) Okay. Prior to 1980
9    what was your understanding -- what is a
10   color map?
11   A    Color map is that piece of
12   computer hardware which has to be memory
13   that sits between the video memory that
14   defines an image in the scan out on to the
15   CRT and we use it to translate from what
16   are commonly called index values into
17   actual colors. It's got to be hardware
18   memory because we have anywhere from ten,
19   20, 30, 40, 50, 100 nanoseconds per pixel
20   to take the index value, pick up a color
21   specification and pass it on to the display
22   device.
23   Q    Now, based on your own
24   experience, is there any way to index color

Page 181

JAMES D. FOLEY

1    data values and the color map other than by
2    using numbers?
3        MR. MARINA: Objection. Calls
4        for speculation. Lacks foundation.
5        Calls for improper expert testimony.
6    A    I've never encountered a color
7    raster display system look-up table to use
8    anything other than images from zero to
9    whatever the size of the look-up table was
10   to index it.
11   Q   (By Mr. Boyce) Now, prior no 1980,
12   were you aware that different types of memory
13   could be used to make a color map?
14   A    Sure. There were some color
15   maps were read only and some were rewrite
16   ROM and RAM. ROM is cheaper than RAM.
17   Q    And prior to 1980 did you
18   understand whether or not there any
19   advantage to making a color map using read
20   and write memory as opposed to using read
21   only memory?
22       MR. MARINA: Objection. Lacks
23       foundation. Speculation and improper
24       expert testimony.

46 (Pages 178 to 181)

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 585

Page 182

JAMES D. FOLEY

1       A    In my -- for instance in my --
2  yes, I was. In my textbook I actually talk
3  about different ways in which the -- in
4  which a read write look-up table or
5  writable look-up table is done with RAM as
6  opposed to ROM. It talks about different
7  ways in which that look-up table can be
8  used, for instance, create dynamics,
9  actually used a bouncing a ball example
10 that came from -- an idea that came from a
11 paper that -- actually, in '79. I talked
12 about prioritizing images, making one image
13 appear to be on top of another image as
14 they appeared in different planes of the
15 look-up table.
16      Q    (By Mr. Boyce) Now, based on your
17 memory prior to 1980, at that time did you
18 understand any words that have the same
19 meaning as color map?
20          MR. MARINA:  Objection lacks
21      foundation calls for speculation calls
22      for improperly expert testimony.
23      A    Terms of look-up table, color
24 look-up table, video look-up table, video

Page 183

JAMES D. FOLEY

1  map -- not video map but color map were all
2  terminologies, different people use
3  different terminologies, it was
4  certainly all of us -- by us I don't
5  mean the -- everyone working in the field
6  understood what those terms were all about.
7       Q    (By Mr. Boyce) I think you
8  mentioned your textbook teaches the concept
9  of the color map; is that correct
10      A    Oh, absolutely.
11      Q    And if you could turn to
12 Page 132 of your textbook?
13      A    Real page, 132?
14      Q    Exhibit 5.
15      A    Which is found, the number in
16 the corner 445431. Mm-hmm. Yes.
17      Q    I believe there's a section that
18 stands between Pages 132 and 134.
19      A    Color and grey-level
20 raster-display systems, that's the name of
21 the section. Yes.
22      Q    Do those pages contain a
23 description of the color map?
24      A    Yup, right here. Figure 3 dash

Page 184

JAMES D. FOLEY

1  3.37 has an illustration of what's going on
2  and I would expect, I'll look to be sure
3  but I would expect the text to describe --
4  down here at the bottom of the page it
5  talked about video look-up table also
6  called color table, color map and it says
7  exactly what happens, how the index value
8  is picked up out of the -- what I call here
9  the refresh buffer for the video memory.
10 How it's picked up, used as an index in the
11 look-up table, look-up table use that index
12 value to access the red, green and blue
13 tripple, which then drives the display.
14 It's all laid out here very clearly.
15      Q    Do you know if the concept of a
16 color map was taught to any undergraduate
17 college-level students in the United States
18 prior to 1980?
19      A    I sure did. I taught
20 undergraduates. I also taught about it at
21 SIGGRAPH. And I know that other people
22 that used a draft of this chapter did too.
23      Q    Now, do you know of any
24 textbooks published prior to 1980 that

Page 185

JAMES D. FOLEY

1  taught the concept of color map?
2       A    The Newman and Sproull book that
3  mentioned before. Does as well. Newman,
4  N-E-W-M-A-N. Sproull is S-P-R-O-U-L-L.
5          MR. BOYCE:  This is Exhibit 6.
6          MR. MARINA:  I object to you
7      using an edited document. That's
8      clearly not a copy version.
9       A    Say again.
10         MR. MARINA:  I object to the use
11     of a document that is not the entire
12     document.
13         (Exhibit 6 marked for
14     identification, as of this date)
15         MR. BOYCE:  I'm just going to
16     state for the record, I'm representing
17     that Exhibit 6 is a copy of excerpts
18     from the Newman and Sproull textbook
19     and Exhibit 6 is marked GW-LT 443271
20     through 443278 and also includes the
21     Bates ranges GW-LT 443549 through
22     443550.
23         MR. MARINA:  You can represent
24     what you want but you're not a

47 (Pages 182 to 185)

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 586

Page 186

JAMES D. FOLEY

1    witness, so I don't much care.  Again,
2    my objection stands to the use of this
3    document.
4        Q    (By Mr. Boyce) All right.
5    Dr. Foley, do you represent -- excuse me.  Do
6    you recognize the document marked Exhibit 6?
7        A    I sure do.  It's Bob and
8    William's very nice textbook.
9        Q    And is this a copy of excerpts
10   of the same -- let me back up.
11           In your own textbook do you cite
12   the 1979 textbook by Newman and Sproull?
13       A    Yes, I do.  Yes, we do.
14       Q    Why did you choose to cite this
15   particular textbook in your own textbook?
16       A    Well, there were several
17   graphics textbooks around.  This was by far
18   the best, the ones that preceded ours.
19   This was in fact second edition of their
20   book.  Therefore the first, first edition
21   was '73, probably '73, that's what this
22   first copyright is on Page 3277.  It's just
23   a great book.  And it was certainly by far
24   the most commonly used textbook before ours

Page 187

JAMES D. FOLEY

1    came along.  Ours overtook theirs pretty
2    quickly because ours was three years more
3    recent and there had been a lot going on
4    and it covered more topics.
5        Q    Did you read the textbook by
6    Newman and Sproull prior to 1980?
7        A    Sure.
8        Q    And did you use this textbook in
9    teaching any of your students prior to
10   1980?
11       A    I'm not sure if I used this
12   textbook or the -- their previous first
13   edition.  Certainly I had this around and
14   as a minimum would have been on the --
15   somehow, optional reading list.  So, yes, I
16   used it.
17       Q    When was the version marked as
18   Exhibit 6 published?
19       A    This has a 1979 copyright.
20       Q    And is this the version you cite
21   in your own textbook?
22       A    Yes, yes, it is.
23       Q    And is if you could refer to
24   Pages 279 and 280.

Page 188

JAMES D. FOLEY

1        A    Okay.  Random access green
2    buffer.
3        Q    Are you familiar with these
4    pages of text?
5        A    Yes, they certainly look like
6    the style of Newman and Sproull and they're
7    certainly pages I've seen way back when.
8        Q    Now, there's a figure on
9    Page 280.  Do you see that?
10       A    Sure, figure 19-3 up at the top.
11       Q    Okay.  And what is the title of
12   that figure, right next to --
13       A    The title says:  Frame -- frame
14   buffer pixel values used to index a color
15   map.
16       Q    And if I refer you back to the
17   previous page, 279.  There's a section
18   under the heading:  Color mapping.  Do you
19   see that?
20       A    Oh, yes.
21       Q    Could you read for the record
22   that entire section of text.
23       A    Sure.  The section title is
24   color mapping.  The text goes:  The simple

Page 189

JAMES D. FOLEY

1    color-component encoding scheme has the
2    disadvantage of limiting the range of
3    colors.  A more flexible scheme involves
4    the use of color map, period.
5            The values stored in the frame
6    buffer are treated as addresses into a
7    table of colors defined by their red, green
8    and blue components; thus, an
9    8-bit-per-point frame buffer could address
10   a 256-color table.  Each of the color
11   components can be defined to high
12   precision, thus, providing very accurate
13   control over the colors displayed.
14           Figure 19-3 shows the
15   organization of the color map.  For maximum
16   utility, the color map should use
17   read-write memory.  It is then possible to
18   assign a different set of colors to
19   different application programs and to mix a
20   set of colors interactively for painting
21   purposes.
22           A read-only color map, although
23   simpler in construction, is far less
24   flexible.

48  (Pages 186 to 189)

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 587

Page 190

JAMES D. FOLEY

1
2  Q    Now, is figure 19-3 and all of
3  the text you just read from the Newman and
4  Sproull textbook, is that consistent with
5  your own understanding that you held in
6  1980, as to the concept of color map?
7  A    Absolutely.  It's completely
8  consistent with my understanding then and
9  with what I wrote in the textbook that we
10  talked about earlier.  Completely
11  consistent.
12  Q    Okay.  And is that figure in
13  that text also consistent with the concepts
14  of -- that you taught students at the
15  college undergraduate level, prior to 1980?
16  A    It certainly is.
17  Q    Okay.  Aside from this textbook,
18  do you know if there was any other
19  technical literature available, prior to
20  1980, that taught the concept of the color
21  map?
22  A    Sure.  There was lots and lots.
23  Certainly all the manufacturers who made
24  equipment that had color maps, all their
25  reference manuals and other things that

Page 191

JAMES D. FOLEY

1
2  were short of reference manuals, would say
3  a lot about the color map.  There were
4  papers in various journals and conferences.
5  The color map concept was very, very, very,
6  very well-known.
7  Q    If I could refer to you -- refer
8  you, rather, to Page 648 of your own
9  textbook.
10  A    Page 648 which is -- which is
11  Bates numbers.
12  Q    Yeah, Bates number --
13  A    445847.
14  Q    Okay.  And what appears on
15  Page 648 of your textbook?
16  A    This is a list of references of
17  various articles that we referenced within
18  the text of our --within the -- well,
19  within the body of our textbook.
20  Q    It was part of your
21  bibliography?
22  A    Right, it's a bibliography with
23  citations of lots of relevant previous
24  work.
25  Q    Now, on that page do you see any

Page 192

JAMES D. FOLEY

1
2  citations to any papers published before
3  1980 that describe the concept of a color
4  map?
5  A    Well, here's this paper by Rick
6  Shoup color table animation from SIGGRAPH
7  '79 Proceedings and right after that's Ken
8  Sloan and Chris Brown Color Techniques
9  paper, which happens to be because of their
10  alphabetic names, they're just one apart
11  from one another.
12  MR. BOYCE:  The next exhibit.
13  (Exhibit 7 marked for
14  identification, as of this date)
15  MR. BOYCE:  For the record,
16  Exhibit 7 is marked Bates Stamp GW-LT
17  254266 through 254286.
18  Q    (By Mr. Boyce) Dr. Foley, do you
19  recognize this document marked Exhibit 6?
20  A    Yes, this is one of the two
21  pages that I mentioned that were in the
22  bibliography that were referred to in the
23  text.
24  Q    Which one is it?
25  A    It's the Ken Sloane and Chris

Page 193

JAMES D. FOLEY

1
2  Brown paper called Color Map techniques
3  published in a journal called Computer
4  Graphics Image Processing in 1979.
5  Q    Did you read this paper prior to
6  1980?
7  A    Yes, I did.
8  Q    And does this document appear to
9  be a copy of the same paper you cited in
10  your own textbook?
11  A    Yes, this is it.  This is it.  I
12  recognize the text.  I recognize some of
13  the figures.
14  Q    If I could direct you to
15  Page 298 in the Sloan paper.
16  A    298.  Here we are.
17  Q    There's a figure on that page.
18  A    Figure 1.
19  Q    Okay.  Could you read the text
20  adjacent figure one?
21  A    The legend?
22  Q    Yes.
23  A    So the legend to Figure 1 says:
24  The color map, period.  An I, the letter I,
25  an i-bit pixel in the image memory is used

49 (Pages 190 to 193)

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 588

Page 194

```
1           JAMES D. FOLEY
2  as an index into the color map. At this
3  address in the map is found a value which
4  is interpreted by the hardware as a color
5  or intensity for display.
6      Q    And the second paragraph on the
7  same page begins with: To reduce?
8      A    Yes.
9      Q    Could you start reading in there
10 and read that and the next paragraph.
11     A    Sure. To reduce such wasteful
12 data shuffling, a so-called color map can
13 be interposed between the image memory and
14 the display. The color map is a table
15 specifying a transformation between the
16 image-memory bits and the bits presented to
17 the display. Figure 1 in parenthesis,
18 period.
19         The table is addressed by the
20 image-memory pixel values, period. The
21 contents of the table at each address is a
22 field of bits whose width is unrelated to
23 image-memory pixel size, semicolon. It is
24 this table contents, not the pixel value,
25 which determines which signals are sent to
```

Page 195

```
1           JAMES D. FOLEY
2  the monitor, period. Paragraph.
3         Thus, if the image memory
4  consists of a single-bit plane, there are
5  just two addresses in the color map, one
6  for each pixel value. The color map values
7  at these addresses may be quite large and
8  have multiple subfields; they may be 24
9  bits wide, say, specifying 8 bits of
10 intensity to be sent to each of the three
11 color guns in a color monitor, period.
12         If the single-bit image memory
13 above is 1024 pixels square, then the
14 colors appearing on the display may be
15 changed by changing the two values in the
16 color map rather than the million pixels of
17 image memory.
18         The color map mechanism -- a new
19 paragraph -- is an extremely useful tool,
20 with many interesting applications, period.
21 Its original justification lies in
22 applications involving the, quotes, false
23 coloring, end quotes, of essentially
24 gray-scale data. The purpose of this paper
25 is to present a collection of
```

Page 196

```
1           JAMES D. FOLEY
2  raster-graphics techniques and
3  applications, which depend upon the color
4  map for their effectiveness, period.
5         It is seen that this relatively
6  simple hardware device can greatly extend
7  the usefulness of raster-graphics devices,
8  period. Many of these techniques are
9  classical or at least have been
10 independently conceived by serval other
11 workers. In this paper we only desire to
12 contribute to the growing awareness of
13 potentialities inherent in current
14 raster-graphics hardware, period.
15     Q    Dr. Foley, is Figure 1, of the
16 Sloan paper and all of the text you just
17 read, consistent with the concept of a
18 color map as you taught it to undergraduate
19 college students prior to 1980?
20     A    Absolutely. No question
21 whatsoever.
22         MR. BOYCE:  Take a break,
23 five-minute break.
24         THE VIDEOGRAPHER:  Time is
25 2:47 p.m. and we're off the record.
```

Page 197

```
1           JAMES D. FOLEY
2         (Recess taken)
3         THE VIDEOGRAPHER:  This is the
4  beginning of tape number 6, in the
5  deposition of James Foley. The time
6  is 2:56 p.m. and we're back on the
7  record.
8         (Exhibit 8 marked for
9  identification, as of this date)
10     Q    (By Mr. Boyce) Dr. Foley, I think a
11 document has been placed before you marked
12 Exhibit 8.
13     A    Yes.
14     Q    And for the record this is Bates
15 range GW-LT 442520 through 442525. Do you
16 recognize this document?
17     A    Yes. This is the other of the
18 two papers that I pulled out of the
19 reference list that we were looking at
20 before, Rick Shoup's paper on Color Table
21 Animation.
22     Q    And did you cite this one in
23 your own textbook?
24     A    Yes, it was one of the two back
25 on the list of citations or references.
```

50  (Pages 194 to 197)

Page 198

JAMES D. FOLEY

1     Q    And did you read this paper
2  marked Exhibit 8 prior to 1980?
3     A    Yes.  Yes, it was published in
4  '79.
5     Q    And if you look at page, Page 9
6  of Exhibit 8, do you see the heading:
7  Color Table Animation?
8     A    Yes, I do.
9     Q    I'd like to ask you to read that
10  whole section up until Simple Cases.
11        MR. MARINA:  You want him to
12     read it into the record?
13        MR. BOYCE:  Into the record.
14        MR. MARINA:  Objection.  The
15     document speaks for itself.
16     A    The heading is:  Color Table
17  Animation.  Color table animation simply
18  relies on changing only the colors of
19  objects and areas present within a single
20  static picture by using the frame buffer's
21  color table RAM -- that's R-A-M, all caps,
22  period.
23        This idea has been independently
24  implemented on various frame buffer systems

Page 199

JAMES D. FOLEY

1  with attractive results.  And there are two
2  super notes, eight and nine, period.
3        Although the animation effects
4  which are possible are somewhat limited, a
5  little ingenuity on the part of the artist
6  results in a surprisingly rich variety of
7  visual expression.  A good user interface
8  and a considerable period of first-hand
9  experimentation are necessary; in fact, to
10  fully appreciate the possibilities, period.
11        Color table RAMs, R-A-M caps, S,
12  lower case.  Color table RAMs have been
13  available on various frame buffer systems
14  for some time.  And references citation
15  ten, coma, 11, comma, 12, period.
16        Color tables are frequently used
17  to provide gamma correction or other
18  compensation or to create a pseudo-color
19  display of monochrome data.
20        Figure 1 shows a typical frame
21  buffer system with a color table.  Numbers
22  stored in the frame buffer memory at each
23  pixel can be thought of as representing
24  virtual color names, in a manner analogous

Page 200

JAMES D. FOLEY

1  to a virtual address space.
2        For example, if the frame buffer
3  stores 8 bits per pixel, then 256
4  independent virtual colors may appear
5  within the picture.  The color table
6  consists of 256 words, each containing the
7  values of the red, green and blue
8  components corresponding to one pixel
9  value.  Color name in parentheses, period.
10        During scanning each pixel value
11  is read from memory and is used to address
12  the color table RAM.  The resulting primary
13  component values are then passed to the --
14  capital D, slash, capital A -- converters,
15  period.
16        How far did you want me to read?
17     Q    (By Mr. Boyce) That's fine.  If I
18  could -- if you could just peruse Figure 1.
19     A    Yes.
20     Q    You see there's an element
21  labeled: Color table?
22     A    Yes, I see that.
23     Q    And there are some dash lines
24  proceeding from that element.  Do you know

Page 201

JAMES D. FOLEY

1  what -- what's shown there?
2     A    It's showing a blow up of some
3  detailed part of what would be in the color
4  table that's showing four entries in the
5  color table labeled 0, 1,2 and 3.  And each
6  of them have a red, green and blue entry.
7  So it's a color look-up table of a color
8  map.
9     Q    Now, what would the number 0, 1,
10  2, 3 represent?
11        MR. MARINA:  Objection -- let me
12     finish, sir.  Objection.  Calls for
13     speculation.
14     A    It's clear --
15        MR. MARINA:  Lacks foundation.
16     A    It's clear to me that the zero
17  in R subzero, which is one of the entries,
18  refers to the red component of the color
19  that's stored in index table entry zero.
20  Similarly, R1 refers to the R component
21  which probably gets stored in color table
22  entry number 1 and so forth.  So the
23  subscripts -- they're actually not showing
24  the subscripts but they're intended to be

**Exhibit 17**
**Page 590**

Page 202

```
1              JAMES D. FOLEY
2    subscripts. They correspond to the row of
3    the -- entry of the color table in which
4    the entry appears, in which the color
5    appears.
6        Q   (By Mr. Boyce) When you read this
7    paper prior to 1980, is that how you
8    understood that figure?
9            MR. MARINA: Objection. Calls
10       for speculation.
11       A   Certainly.
12       Q   (By Mr. Boyce) Is that based on
13   your own memory of this paper?
14       A   This is based on knowing that,
15   knowing what I knew about color raster
16   displays for look-up tables at the time.
17   This is a no-brainer for understanding what
18   they were talking about. Standard stuff.
19   No magic.
20       Q   And is all this text you just
21   read in Figure 1 consistent with the
22   concept of a color map as you taught it to
23   your students?
24       A   It certainly is.
25       Q   Prior to 1980, did you know of
```

Page 203

```
1              JAMES D. FOLEY
2    any raster-graphic systems that were
3    commercially available, that employed a
4    color map?
5        A   Sure.
6        Q   Can you name one?
7        A   For instance, the Ramtek 9400,
8    Genisco, Ayden, Intelligence Systems
9    Corporation and Chromo Color or Chromatics.
10   It was Chromatics, I think was the name of
11   the company, were all companies that
12   manufactured, Fox Bureau, had something. I
13   think I mentioned Ayden, A-Y-D-E-N.
14       Q   Speaking of the Ramtek 9400, how
15   do you know the Ramtek 9400 employed a
16   color map prior to 1980?
17       A   I bought one when I researched
18   lab at George Washington university?
19       Q   Okay. And did the color map in
20   your Ramtek 9400 use an electronic memory
21   of some sort?
22           MR. MARINA: Object to the form.
23       A   I'm sorry?
24           MR. MARINA: Object to the form.
25       It was vague.
```

Page 204

```
1              JAMES D. FOLEY
2        A   This RAM was read-write -- fast
3        read-write memory.
4        Q   (By Mr. Boyce) And how do you know
5    that?
6        A   How do I know that? I know that
7    from the specs. I know that from the kinds
8    of visual effects we were able to get on
9    the screen which would only come from the
10   changed entries in the color map.
11       Q   What else do you remember about
12   the color memory in the Ramtek 9400 that
13   you purchased prior to 1980?
14       A   Firstly, it was expensive. I
15   think it was 80 or $90,000 because of all
16   the memory that was in it. It had 1,024
17   rows of 1280 pixels each. The video
18   look-up table was kind of their high-end
19   look-up table. It had 4,000 entries.
20   4096. 4,096 entries. As many as you could
21   address with 12 bits. Each entry was --
22   had 8 bits for red, green and blue.
23           The memory itself, the video
24   memory of the image map was -- image memory
25   was 12 bits per pixel. Again, I mentioned
```

Page 205

```
1              JAMES D. FOLEY
2    what the resolution was. It was a color
3    shadow mask monitor, very high quality.
4    It, itself, cost probably $15,000 to be
5    able to show the high quality imagery.
6            There was a key board, there was
7    either a track ball or a joy stick and then
8    an interface to the equipment corporation
9    computer to which it was attached, where
10   the actual graphics application program
11   ran.
12       Q   Did you actually use the color
13   map feature in this Ramtek 9400 prior to
14   1980?
15       A   Yes, indeed.
16       Q   And did that color map store --
17   what was it used for?
18       A   It was used for storing. This
19   particular color map stored 4,000 entries.
20   Each entry being 24 bits; 8 bits red, 8
21   bits Green, 8 bits blue, in which it formed
22   the color map in the index values that were
23   stored in the image memory, the video
24   memory. And there was index values that
25   were in the image memory are used to access
```

TSG Reporting - Worldwide      877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 591**

Page 206

JAMES D. FOLEY

1  JAMES D. FOLEY
2  or look up something in the look-up table
3  and then would drive the shadow mask CRT.
4  The hardware drove the shadow mask CRT with
5  the output of the particular indexed entry
6  in the -- in the video look-up table and
7  the color map.
8      Q    Now, prior to 1980, do you know
9  whether or not there were any commercially
10  available raster-graphic systems that did
11  not use a color map?
12      A    There -- there were some that
13  did not use a color map.
14      Q    Okay.  Now, if you know, prior
15  to 1980 were color graphics system using a
16  color map, more or less prevalent than
17  systems not using the color map?
18          MR. MARINA: Objection.  Calls
19  for speculation.  Lacks foundation.
20      Improper expert testimony.
21      A    They were certainly more
22  prevalent, in terms of -- if you do a count
23  of the manufacturers, there were more of
24  them.  There were manufacturers, models,
25  there were more model numbers, if you will,

Page 207

1  JAMES D. FOLEY
2  that had color maps.
3      Q    (By Mr. Boyce) Which ones -- the
4  ones with color maps were --
5      A    There were more being -- more
6  models with color maps than without color
7  maps.
8      Q    How do you know that?
9      A    Just from having been there and
10  remembering.  I was -- it was terrible.
11  Whenever I went to a SIGGRAPH conference, I
12  would get brochures from every manufacturer
13  that was there and I had file drawers full
14  of brochures.  Unfortunately, I don't have
15  them anymore.  It would be interesting to
16  go back and revisit.  But I was a real
17  maven for gathering all this stuff together
18  and just knew that.
19      Q    Do you have any understanding,
20  based on your experience, prior to 1980,
21  why systems using a color map were more
22  prevalent than systems not having a color
23  map?
24          MR. MARINA: Objection.  Lacks
25      foundation.  Calls for speculation.

Page 208

1  JAMES D. FOLEY
2      Improper expert testimony.  Assumes
3 `  facts not in evidence.
4      A    Say again.
5          MR. MARINA: It assumes facts
6  not in evidence.
7      A    The cost of memory that I
8  mentioned before was a big issue.  And
9  given that you don't have a lot of memory,
10  then you need the look-up table for the
11  flexibility to be able to chose different
12  colors from a big palette.  Plus there were
13  those animation effects that can be
14  accomplished real easily with the look-up
15  table that -- actually, today we could do
16  without look-up tables.  We have lots of
17  memory today, so we don't need the kinds of
18  look-up tables that used to be back in
19  those days.
20      Q    (By Mr. Boyce) I'm trying to
21  understand.  Memory was expenses --
22      A    Memory was expensive and so you
23  -- but you still, in many applications,
24  needed to choose what colors to use from a
25  full palette.

Page 209

1  JAMES D. FOLEY
2      If you think about all the
3  possible colors that could be displayed,
4  you get continuous ranges of colors.  So
5  for a particular application I want -- in
6  the case of the Ramtek, I want this set of
7  4,000 colors out of the spectrum of
8  16 million.  In a different application I
9  want this set of 4,000 colors out of the
10  whole palette of 16 million colors.  And
11  the color table got me that flexibility;
12  got me that ability to change what colors I
13  was using on a per application basis.  It
14  also gave me the ability to do some of the
15  effects that -- the picture we talked about
16  in Brown.  Chris Brown talked about in the
17  papers we were just referring to.
18      Q    I'm just trying understand.  You
19  said memory was expensive prior to 1980,
20  correct?
21      A    Right.
22      Q    And a color map is memory,
23  right?
24      A    Yes, but not nearly as much
25  memory as you would need for -- to have in

53  (Pages 206 to 209)

**Exhibit 17**
**Page 592**

Page 210

JAMES D. FOLEY

1
2  the image memory, in terms of bits per
3  pixel. That would be the alternative, to
4  have a relatively small amount of memory in
5  the color map.
6          So color map which is memory,
7  but we don't need very much of it, is a
8  trade off against having -- a trade off
9  against not needing a whole lot of the
10  video memory, the video map, image map.
11     Q    Are you saying that by using a
12  color map, you'd end up getting more colors
13  with less memory cost overall?
14     A    That's right.
15          MR. MARINA: Objection. Object
16  to form.
17     A    That's, that's a nice concise
18  way of encapsulating; all of that.
19     Q    (By Mr. Boyce) I think earlier you
20  may have mentioned SIGGRAPH?
21     A    That's right.
22     Q    What is SIGGRAPH?
23     A    SIGGRAPH is a group within ACM,
24  which is the association for computer
25  machinery. SIGGRAPH, which is

Page 211

JAMES D. FOLEY

1
2  S-I-G-G-R-A-P-H, all caps. SIGGRAPH stands
3  for: The Special Interest Group for
4  Graphics. It's a subgroup of ACM, with
5  interest in graphics. It's the biggest
6  subgroup.
7     Q    Did SIGGRAPH engage in any
8  activities?
9     A    SIGGRAPH does a number of
10  different things. They have this annual
11  conference, in which the people we were
12  talking about before is presented. The
13  conference also has a big trade show. They
14  have publications. Not just the
15  publication of the conference proceedings
16  but other quarterly publications. And back
17  in the '70s, we were very active with this
18  issue of graphic standards that we talked
19  about. Graphic standards were a very high
20  need at that time because there were so
21  many different manufacturers of graphics
22  devices, each speaking their own language,
23  each with their own substantive commands.
24  And it was like the tower of babble. So
25  SIGGRAPH was very active in doing standards

Page 212

JAMES D. FOLEY

1
2  work in the '70s and early '80s.
3     Q    Did you have any involvement
4  with SIGGRAPH prior to 1980?
5     A    Yes, I did. In two ways. I was
6  vice-chair from '74 to '76 and then I was
7  very much involved in the so-called
8  graphics standards planning committee.
9     Q    What was the graphics
10  standards planning committee?
11     A    This is a group that got set up
12  in late '74, early '75, to develop a
13  standard graphics programming language. A
14  standard set of rules for talking to
15  different graphics devices.
16          There was a GSPC was a --
17  divided the work into several different
18  areas; one being just to look at what's
19  going on in the world. There was one
20  subgroup of that called -- It was called
21  the core system group. I was cochair of
22  that group a long with Dan Bridgeron. And
23  we had a group of eight or nine people,
24  whose job it was to actually do the
25  definition of a standard. And that's the

Page 213

JAMES D. FOLEY

1
2  standard that we've been talking about,
3  that's embodied in some of these documents.
4     Q    Well, at the time graphic's
5  standards planning committee was formed --
6  when was that it?
7     A    Either late '74 or early '75.
8     Q    At that time why was a standard
9  of the type, you just described, why was
10  that made needed?
11          THE PEOPLE: Objection. Calls
12  for speculation. Lacks foundation.
13     A    Having been intimately involved
14  in all the goings on. I can tell you
15  definitively that it was because --
16  virtually, there were a lot of different
17  manufacturers. Graphics was growing in
18  popularity. There was a strong desire by
19  many practitioners, many programmers, many
20  companies that were concerned about writing
21  graphics application programs.
22          There was a strong interest in
23  having some standard way of programing
24  graphics devices, so that every time
25  something new came out, you didn't have to

54  (Pages 210 to 213)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 593**

Page 214

JAMES D. FOLEY

1
2    rewrite your program to work with that new
3    device. That's called device independence.
4    Or so that every time I give -- I might
5    want to give you my graphic's application
6    program. If I'm at one company and you're
7    at another company, you want to buy it from
8    me or you want to run it but you have
9    different equipment, you can't do it
10   because your equipment is different. But
11   if you were using the standard then you
12   could use and everyone would save money and
13   we all would live happily ever after.
14       So it's -- the one of part is
15   the device independence and other part is
16   what we call program portability. Those
17   were the two drivers behind this push for
18   this core system, which was a very, very
19   wide spread push and watched very closely
20   by the whole graphics community.
21   Q    (By Mr. Boyce) you mentioned -- I
22   think you said the term graphics application
23   program?
24   A    That's right.
25   Q    What is that?

Page 215

JAMES D. FOLEY

1
2    A    It's a graphics application
3    program, is the program that creates for
4    the user of an application, whatever
5    experience is there.
6       So a video game is a graphics
7    application program.
8       So the person who writes or the
9    people who write the video games, are
10   writing a graphics application program.
11   Video games are graphics application
12   program. Microsoft Excel did a charting,
13   what we would call a graphics application
14   program.
15   Q    Are those programs written in a
16   software?
17   A    Yes. Those would be written --
18   they're called software. They're written
19   in a programming language.
20   Q    You've heard the term: Display
21   device?
22   A    Yes.
23   Q    What is a display device?
24   A    Display device is some piece of
25   hardware that takes a set of instructions

Page 216

JAMES D. FOLEY

1
2    from a computer and creates an image. It
3    could be a CRT display device or it could
4    be a piece of paper. It could be a
5    permanent reporting of the image. Those
6    are all display devices.
7    Q    I'm trying to understand the
8    answer you gave earlier, about the need for
9    standard -- standardization.
10   A    Sure.
11   Q    Were you suggesting that before
12   the standard programmers of graphics
13   applications, they needed to write a
14   program specially for each display device?
15   A    That's exactly right. Each
16   display device had its own set of rules,
17   its own set of commands. And so, if I have
18   a display device from Tektronix, I have to
19   do things this way. If I have display
20   device from IBM, I have to do them this
21   way. If I have a display device from CDC
22   or HP, each had different -- different
23   rules. And so I had to be continually
24   rewriting programs and it was very
25   expensive and it slowed down the growth of

Page 217

JAMES D. FOLEY

1
2    graphics.
3    Q    Can you give some examples of
4    what you mean by different rules a display
5    device might impose upon in the program?
6    A    Different rules. So there might
7    be different ways in which I would cause a
8    line to be dawn from point A to point B.
9    Different ways of saying to this display
10   device, draw a line from here to here
11   versus for this display device you might do it in
12   some different way in order to get the same
13   effect. But it -- the details or the bit
14   patterns or how I would set up for the
15   instruction. How I would transfer the
16   information to the display device. It
17   varied all over the place. It was
18   terrible.
19   Q    Now, display devices also impose
20   rules about specification of color
21   attributes?
22   A    Sure. For those devices that
23   have color --
24       MR. MARINA: Objection.
25   A    -- there were sets of rules for

55 (Pages 214 to 217)

Exhibit 17
Page 594

Page 218

JAMES D. FOLEY

1    how color was specified.
2    Q    (By Mr. Boyce) now, in the time --
3    let's take 1979. Were there different ways
4    known to specify color attributes for a
5    display device?
6        MR. MARINA: Object to form.
7    Vague.
8    A    On a general level there were
9    two ways to do that. One was, we're
10   talking direct color specification, in
11   which I would say I want this line to be
12   this certain color and I could be using
13   red, green, blue with saturation value or
14   YIQ or whatever, as a way to specify that
15   color. Or I might use this idea of a color
16   map look-up table, in which I would say, I
17   want this line that I'm going to draw to
18   have the -- whatever color is associated
19   with index 57 and then it's that look-up
20   table that we talked about that's
21   responsible for making the correlation
22   between index value 57 and some color. And
23   then the --
24   Q    (By Mr. Boyce) Talking about these

Page 219

JAMES D. FOLEY

1    different rules that display devices have.
2    The time the graphics standard planning
3    committee was formed, was there some hope
4    that a standard could address, that this
5    problem with different devices and them
6    having different rules?
7        MR. MARINA: Object to the form.
8    Calls for speculation. Lacks
9    foundation.
10   A    In the -- the graphic standards
11   went through a two-stage process. It was a
12   1977 definition of core graphics systems
13   which did not -- by charter, did not deal
14   with raster graphics and these different
15   ways of specifying color. After the
16   '77 report was presented there was then
17   a -- some sense of reorganization of the
18   graphics standards planning committee, with
19   part of the end charter to be focused on
20   color and raster displays. And there was
21   a -- within that called, I think,
22   extensions to the core system that I was
23   on. We had a subgroup called color and
24   raster extensions or something like that.

Page 220

JAMES D. FOLEY

1    I don't, it was kind of the driver for
2    that.
3    Q    So you just spoke about the -- a
4    core system. What was -- what was a core
5    system?
6        MR. MARINA: Asked and answered.
7    A    Core system is a definition, a
8    specification of a standard graphic
9    subroutine, packages as we called it in
10   those days. A standard way of drawing -- a
11   standard way of doing graphics so that the
12   graphics application programer would have a
13   single set of rules, single set of commands
14   that could be used to create images on a
15   wide variety of graphics devices.
16       So it was a specification of
17   what that functionality of that graphic
18   subroutine package.
19   Q    (By Mr. Boyce) I think a little
20   while ago you mentioned this term: Device
21   independence?
22   A    Yes.
23   Q    What does that mean?
24   A    In the graphics subroutine

Page 221

JAMES D. FOLEY

1    package, the core was designed to be device
2    independent, meaning that, I could write a
3    program, I could be the graphics
4    application program, I write a graphics
5    program and that graphics program could
6    operate on a variety of different graphic
7    devices and that's what got me the device
8    independence.
9    Q    And the -- excuse me. You also
10   mentioned this program portability. What
11   does that reference?
12   A    Program portability is the idea
13   that, if I have a graphic application
14   program that I -- let's say, to work with
15   my Tektronix 4010 and you have, at your
16   location, an HP something or another, I can
17   send you my program. It's portable to you.
18   It will run and execute appropriately with
19   your Hewlett Pakard display device, even
20   though I originally wrote it to run on my
21   Tektronix device.
22   Q    Now, I think you've already said
23   you participated in the development of the
24   core system?

56 (Pages 218 to 221)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 595**

Page 222

JAMES D. FOLEY

1    A    Absolutely. I was cochair of
2 the group that did that.
3    Q    Okay. And during what time
4 period did you be participate?
5    A    That -- the initial development
6 the core system was from late '74 or early
7 '75 up to '77 and then the next step, which
8 was the raster extension, started shortly
9 after SIGGRAPH presentation in the summer
10 of '77 and went through the '79 GSPC
11 report, that was presented at SIGGRAPH.
12        (Exhibit 9 marked for
13 identification, as of this date)
14        MR. BOYCE: So, for the record,
15    we've marked as Exhibit 9, a document
16    Bates range GW-LT 445016 through
17    445174.
18    Q    (By Mr. Boyce) Dr. Foley, do you
19 recognize this document marked Exhibit 9?
20    A    Yes, I do.
21    Q    And what is it?
22    A    It is the -- what I had referred
23 to as the first report of the graphics
24 standards planning committee that was

Page 223

JAMES D. FOLEY

1 presented in 1977, in the summer thereof.
2 It's the report that I was very much
3 involved in writing as cochair of the core
4 definition committee.
5    Q    Now, was there more than one
6 report of the graphic standards planning
7 committee?
8    A    There was a later report in '79,
9 that's where the raster extensions were.
10    Q    Prior -- was this document
11 published?
12        MR. MARINA: Objection. Calls
13    for speculation. Also calls -- let me
14    finish, sir.
15    A    Sorry.
16        MR. MARINA: Also calls for a
17    legal conclusion.
18    A    It was distributed widely to
19 members of SIGGRAPH and those who attended
20 the SIGGRAPH conference in San Jose, in
21 July of '77.
22    Q    (By Mr. Boyce) How do you know
23 that?
24    A    I was there. I received copies

Page 224

JAMES D. FOLEY

1 there. I received copies in the mail
2 because I was a member and still am a
3 member of SIGGRAPH. And if I go to the ACM
4 digital library, I will find this there
5 now.
6        And the digital library has in
7 it, at least everything that was published
8 by an ACM group, it's in the library. Or
9 something that had been out in the world.
10    Q    All right. In 1977, if you
11 know, did every member of SIGGRAPH, was
12 every member of SIGGRAPH entitled to
13 receive a copy of this report?
14    A    Yes. As a member you got the
15 conference proceedings. As a member you
16 got it in the mail a copy of the conference
17 proceedings. If you went to a SIGGRAPH
18 conference you got a copy of the conference
19 proceedings.
20    Q    Do you have any idea how many
21 members of SIGGRAPH there were in 1977?
22    A    No. Well, there were certainly
23 thousands. It was more than a few hundred.
24    Q    I'm sorry. How do you know it

Page 225

JAMES D. FOLEY

1 was more than a few hundred?
2    A    Well, firstly, I know that at
3 the SIGGRAPH conference there were several
4 thousand people. And because this was just
5 after I finished my term as vice-chair of
6 SIGGRAPH, I remember some of the numbers
7 that were floating around.
8    Q    Did you participate in -- I'm
9 sorry, I think you said you wrote portions
10 of this document?
11    A    I helped write a particular
12 piece of this, which is the actual proposed
13 standard.
14    Q    Now -- and at the time this
15 document was being written -- I'm sorry,
16 you were the cochair of which group?
17    A    It was a group called the --
18 actually, the name is in here. I take it
19 back. The name is not in here. I was the
20 chair of the core graphics definition
21 committee -- subcommittee.
22    Q    And prior to publication did you
23 contemplate that a particular audience
24 was -- would be -- might be interested in

57 (Pages 222 to 225)

**Exhibit 17**
**Page 596**

Page 226

JAMES D. FOLEY

1    JAMES D. FOLEY
2  this report?
3        MR. MARINA: Objection. Assumes
4    facts not in evidence. Calls for
5    speculation. Calls for a legal
6    conclusion.
7     A    We certainly knew that lots and
8  lots -- as I said before, lots and lots of
9  people interested in computer graphic
10  standards.
11       Certainly people who are in this
12  category are called graphics application
13  programmers. And people actually wrote
14  graphics programs were going to end up, in
15  many cases, writing against the standard.
16  So they would certainly be interested in
17  knowing about it and having it. And
18  manufacturers, equipment manufacturers were
19  certainly interested in knowing where the
20  standards were heading because they would
21  want to make their equipment to have the
22  possibility of being compatible with the
23  standard. Because if they weren't, then it
24  would be harder to sell their equipment.
25     Q    (By Mr. Boyce) was SIGGRAPH

Page 227

1    JAMES D. FOLEY
2  sponsored by an industry in 1977?
3     A    SIGGRAPH -- SIGGRAPH was an
4  organization within ACM that were -- had a
5  conference -- had a trade show and the
6  trade show charged money to the
7  manufacturers to come to the trade show.
8  SIGGRAPH received its revenues partly by
9  membership dues, partly by selling
10  conference proceedings and other things.
11  And partly by any reserves that were left
12  over from the conference, after meeting
13  expenses. And some of the conferencing
14  income came from companies. Some of the
15  conference income came from registration
16  fees that individuals, like me, paid. Back
17  then it was probably two or $300 to go to
18  SIGGRAPH. Now it's almost $1,000.
19     Q    In general, what is this
20  document described, Exhibit 8 --
21       MR. MARINA: Objection to form.
22     Q    (By Mr. Boyce) Excuse me,
23  Exhibit 9.
24     A    The major part of this document
25  is it's describing the proposed standard

Page 228

1    JAMES D. FOLEY
2  core system which was this proposed
3  standard set of rules, set of functions,
4  set of commands that would be used by
5  graphics application programmers to write
6  graphics application.
7     Q    And was this document also of
8  interest to manufacturers of graphics
9  hardware?
10       MR. MARINA: Objection. Calls
11    for speculation. Lacks foundation.
12     A    It would be. It would have been
13  very foolish for manufacturers not to be
14  interested because they would need to take
15  the standard into account and the develop
16  strategies and the marketing strategies in
17  the ways they wrote their own software.
18     Q    (By Mr. Boyce) After this document
19  was published, was it used by the graphic
20  standards planning committee to promulgate
21  it's --
22       MR. MARINA: Objection. Assumes
23    facts not in evidence. Calls for a
24    legal conclusion.
25     A    It was used as the basis for

Page 229

1    JAMES D. FOLEY
2  proposing a standard and talking standards
3  up big time. A bunch of us went around the
4  country giving talks about the core. And
5  it was also the basis for discontinuing
6  extension effort that I discussed earlier.
7     Q    Did the core standard specify
8  methods for displaying text?
9       MR. MARINA: Object --
10     A    Yes --
11       MR. MARINA: Objection. He
12  testified it was not a standard.
13     A    Say it again, please.
14       MR. MARINA: Well, I can't
15  really --
16     A    What was the question, please.
17     Q    (By Mr. Boyce) Is it your testimony
18  that the core was a standard or not a
19  standard
20     A    It was a -- proposed as a
21  standard. It was a proposed standard. It
22  was the only proposed standard. It's not
23  like there were other proposed standards.
24  It proposes the standard for interactive 3D
25  line drawing graphics.

58  (Pages 226 to 229)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 597**

Page 230

```
 1          JAMES D. FOLEY
 2     Q    And just so it's clear, did the
 3  proposed standard for the core specify
 4  methods for displaying text?
 5     A    Yes.
 6     Q    Did it also specify methods for
 7  displaying drawings?
 8          MR. MARINA:  Object to form.
 9     A    Displaying lines, poly lines.
10  Poly lines are connected sequences of
11  lines.  And from liens and poly lines you
12  can make all kinds of interesting drawings.
13     Q    (By Mr. Boyce) And did this
14  proposed standard also specify methods for
15  displaying the drawings and text in color
16     A    There was a very limited color
17  specification capability associated with
18  the static attribute of colors.  Since this
19  was a vector unit, graphics -- some of the
20  vector devices could draw simple color.  It
21  could draw colors.  So it was a pen
22  attribute.  I think it was called for
23  color, where it could be connected colors
24  of pens.
25     Q    And is the answer you just gave
```

Page 231

```
 1          JAMES D. FOLEY
 2  limited to the 1977 version of the proposed
 3  core standing?
 4          MR. MARINA:  Object to form.
 5  Leading.
 6     A    The -- that mechanism -- well,
 7  firstly, that mechanism wasn't nearly
 8  satisfactory for raster displays in the
 9  raster extensions that developed later.  In
10  essence, superseded that very simple
11  mechanism that was in 1977.  Superseded
12  for -- in the context of the raster
13  tensions.
14     Q    (By Mr. Boyce) After publication of
15  Exhibit 9, '77 core standard.
16     A    Right.
17     Q    Did the graphic standards
18  planning committee continue development of
19  the core, the proposed core --
20     A    Yes.  GSC continued to develop
21  this further with an emphasis on raster
22  extensions to deal with the up-and-coming
23  technology of raster graphics.
24     Q    And did you also participate in
25  that effort?
```

Page 232

```
 1          JAMES D. FOLEY
 2     A    Yes, I did participate in that
 3  ` effort.
 4     Q    Did the graphic's standard
 5  planning committee -- did they -- did they
 6  form any subcommittee to address how to
 7  standardize the specification of color
 8  attributes?
 9     A    There was a subgroup how to
10  color raster extensions, that I was very
11  much involved with.
12     Q    What was the name of that group?
13     A    I think it was Raster and Color
14  Extensions or something similar.
15     Q    Were you a member of the raster
16  and color extension group?
17     A    Yeah, that's the group that was
18  a subgroup of a bigger group called
19  extensions.
20     Q    Now, did you make any
21  recommendations, at any point in time, for
22  the raster and color group, regarding the
23  support of color specification methods in
24  the proposed course?
25     A    Yes, I did.
```

Page 233

```
 1          JAMES D. FOLEY
 2     Q    What recommendations did you
 3  make?
 4     A    I made some specific
 5  recommendations about how to do you color,
 6  either with specifying color, either
 7  directly or indirectly.  This is embodied
 8  in a document I wrote on some work that I
 9  did, preparatory to that research project
10  at the University of GW.
11     Q    Okay.  How did you communicate
12  these recommendations to the raster and
13  color group?
14     A    In several ways.  I certainly
15  went to meetings of that group.  I can
16  remember some -- also some phone calling,
17  some phone discussions with people.  And of
18  course there were written documents that I
19  did.  One was a paper that was published in
20  the -- ended up being published in the
21  SIGGRAPH conference proceedings.  That's
22  the draft that I shared with the committee,
23  who was also the specification of our, our
24  meeting at GW, at George Washington
25  University.  Our raster extensions to our
```

59 (Pages 230 to 233)

**Exhibit 17**
**Page 598**

Page 234

JAMES D. FOLEY

1  implementation of the core system.
2      We had actually started
3  implementing the core system in '77, maybe
4  a little before it was actually
5  formally announced.  And then undertook
6  a -- to define and implement some raster
7  extensions.  Those raster extensions served
8  as -- and the driver -- the input that I
9  made to the SIGGRAPH committee, which I was
10  also on.
11      Q    You said you made some
12  recommendations to the raster and color
13  group?
14      A    Right.
15      Q    Concerning color specification.
16  I want to be very clear as to exactly what
17  you recommended in that group?
18      A    Okay.  So I recommended that
19  devices, that color raster devices be able
20  to be used either with a -- using direct
21  color specification, in which one would
22  specify a red, green and blue, tripple, or
23  some other color model.  Or use the notion
24  of indirect specification of color, in

Page 235

JAMES D. FOLEY

1  which I specify in a color index, a common
2  term, or color number that would be
3  associated with a, a piece of text or
4  whatever but that then there's a color map
5  or color look-up table that relates that
6  color name to the actual color and that one
7  could also then change the relationship
8  between a color name or color number and
9  the actual color that corresponds to that
10  number.  That's, of course, the idea of the
11  color look-up table.  But also that, again,
12  that the application programmer could
13  specify color directly, as well.  So that
14  you could go either way, depending on what
15  kind of application program you were
16  writing.  Whatever best suited your needs
17  as an application programmer.
18      Q    This idea of direct color
19  specification.  Now, is that a term, direct
20  color specification, is that a term that
21  you actually used in 1979, in your
22  discussions with members of the raster and
23  color group?
24      A    Right.  It's in the materials,

Page 236

JAMES D. FOLEY

1  in the written material and certainly one
2  of the -- it has a name given to that, that
3  approach or that method.
4      Q    Did other members of the raster
5  and color group also use that term in 1979?
6
7      A    We had lots of discussions and
8  we had to be using the same terms, yes.
9      Q    And in those discussions what
10  was understood by the term:  Direct color
11  specification?
12          MR. MARINA:  Object to the form.
13      Calls for speculation.
14      A    What was understood, based on
15  many discussions I had with that group, is
16  that the application program specifying a
17  color, most normally using R, G, B because
18  that was the most common color model and
19  that that R, G, B value is then --
20  specifies the color that will be drawn for
21  the drawing -- if we're drawing a line.  If
22  I say, set color to such and such, red,
23  green, blue and I now draw a line, the line
24  will be in that color, period, end of

Page 237

JAMES D. FOLEY

1  discussion.
2      Q    (By Mr. Boyce)  Okay.  I think you
3  said you also recommended, for the raster and
4  color group, that the proposed core standard
5  should be able to support indirect color
6  specifications?
7      A    That's right.
8      Q    And, again, I want to ask you,
9  did you use the term indirect color
10  specifications in conversations with
11  members of the raster and color group in
12  1979?
13      A    Sure.  It's a common term.
14      Q    Okay.  And once, again, what is
15  indirect color specification refer to?
16      A    Indirect color specification is
17  the idea of, if I'm going to draw a line, I
18  first say -- with a different command, set
19  color index to -- let's say, 57.  And then
20  I draw the line.  The line will appear in
21  whatever color is associated with the
22  number 57.  That association is in the
23  color map.  The association can be changed
24  at any time.  And a as soon as I change

Page 238

JAMES D. FOLEY

1
2 that association, the way the line that was
3 drawn with color index 57 appears, will now
4 change. The same is true for anything else
5 that was drawn for color index 57.
6    Q   Why is use of an index value,
7 why is that an indirect way of specifying a
8 color?
9    A   It's indirect because I'm not,
10 when I specify -- when I say 57, I might
11 not have any idea of what the color will be
12 and I have to go somewhere else by an
13 indirect route, if you will. I have to go
14 somewhere else to find out what the actual
15 color is going to be and that somewhere
16 else is this color map video look-up table.
17    Q   And the example you just gave to
18 number 57, what does that represent?
19    A   It represents an entry in the
20 color map or an entry in the color -- in
21 the video look-up fields. Sometimes we'll
22 call it a row in the color map. It
23 represents where I need to go, where the
24 hardware needs to go to figure out what
25 color actually used for a pixel in the

Page 239

JAMES D. FOLEY

1
2 image memory, in the cover memory, in the
3 visual memory that has that number 57
4 inside it.
5    Q   Does the number 57, that's an
6 index number, right?
7    A   Yes, it's an index number.
8    Q   Okay. Does that number actually
9 represent a color?
10    A   No. No.
11    Q   Well, then, how do you get the
12 color?
13    A   I get the color from the look-up
14 table. I go to entry 57 look-up table and
15 that's where the color is.
16    Q   So the index number 57
17 represents what?
18    A   It represents an entry or an
19 index into the look-up table. It
20 represents a location in the index table
21 and that's all it represents.
22    Q   Okay. And then in -- in using
23 in this hypothetical or in the
24 recommendation made to the raster and color
25 group, what is used to represent a color?

Page 240

JAMES D. FOLEY

1
2    A   Oh. So, to set up the index
3 table to have in it a particular color
4 specification -- a particular color, I'd
5 use a procedure, what is it, set color
6 index and I'd give an R, G, B as opposed to
7 the direct method, where we just say color
8 of R, G, B, now I'm set color index R, G, B
9 and that would cause the index table to
10 have a -- it would be set color index with
11 an index number, like 57, and then an R, G,
12 B. And that would be the instruction to
13 the -- to the graphics, to the -- that
14 would be the instruction to the core
15 system, to go ahead and set up entry 57 in
16 the look-up table with whatever R, G, B of
17 value that's there.
18    MR. BOYCE: Next exhibit.
19    (Exhibit 10 marked for
20 identification, as of this date)
21    MR. BOYCE: For the record, we
22    just marked as Exhibit 10, a
23    document Bates range GW-LT 253580
24    through 253592.
25    Q   (By Mr. Boyce) Dr. Foley, do you

Page 241

JAMES D. FOLEY

1
2 recognized this document marked Exhibit 10?
3    A   Yes. This is the cover of the
4 SIGGRAPH conference proceedings from
5 '79 and then the paper that some of these
6 students wrote, talking about the proposed
7 core system and that I had in turn proposed
8 to the GSPC group, that we talked about,
9 the raster and color extension group.
10    Q   (By Mr. Boyce) Does this paper
11 reflect the recommendations you made to the
12 raster and color group?
13    MR. MARINA: I'm just going to
14    object to this whole document because
15    it's clearly not a complete document.
16    I don't know what this document is.
17    It goes from Page i to Page 15.
18    A   The paper is a description of
19 the recommendations that we made to the
20 graphic standards committee subgroup.
21    Q   (By Mr. Boyce) When you say we --
22    A   We, meaning, me and my team at
23 GW. It was really me who was making the
24 recommendations, so it's better to say me,
25 I guess. The recommendations that I was

61 (Pages 238 to 241)

**Exhibit 17**
**Page 600**

Page 242

JAMES D. FOLEY

1    making based on the work that we did. We,
2    being, me and my graduate students.
3        Q    Now, do you know if members of
4    the raster and color group read this paper
5    before it was released in the form --
6        MR. MARINA: Objection -- excuse
7        me, sir. Objection. Calls for
8        speculation.
9    Q    (By Mr. Boyce) Let me back up. Do
10   you know if this document, marked Exhibit 10,
11   was ever published?
12       MR. MARINA: Objection. Calls
13       for speculation.
14   A    Sorry, I missed the question.
15   Do I know --
16   Q    (By Mr. Boyce) Do you know if this
17   document was ever published?
18       MR. MARINA: Objection. Calls
19       for speculation and a legal
20       conclusion.
21   A    Yes, this document was -- this
22   document was published.
23   Q    (By Mr. Boyce) How do you know
24   that?

Page 243

JAMES D. FOLEY

1        A    Well, I know it. I mean, it was
2    published in the SIGGRAPH conference
3    proceedings for one. And I know that it
4    was referred to and used by the -- by the
5    extensions group because they acknowledged
6    it in the -- in the report.
7        Q    Do you know if members of the
8    raster and color group read this paper
9    before it was published?
10       MR. BOYCE: Objection. Calls
11       for speculation.
12   A    I know they were provided with
13   it and I know certainly a lot of them read
14   it because we had a lot of discussions
15   about it and it would have been pretty hard
16   to have discussions without them having
17   read it.
18   Q    (By Mr. Boyce) And do you know if
19   this paper was presented at any conference?
20   A    It was presented at the SIGGRAPH
21   conference in '79. In 1979.
22   Q    Do you remember where that was
23   held?
24       THE VIDEOGRAPHER: Mr. Boyce, I

Page 244

JAMES D. FOLEY

1    think you dropped your microphone.
2    Q    (By Mr. Boyce) Do you know --
3    A    You were asking me --
4    Q    I'm going to strike the last
5    question.
6        So you know that -- strike that.
7        Do you know if this paper was
8    presented at a break-out session of the
9    SIGGRAPH conference?
10       MR. MARINA: Objection. Calls
11       for speculation.
12   A    Opening session of the
13   conference which was the only session going
14   on at the time.
15   Q    (By Mr. Boyce) How do you know
16   that?
17   A    I know that from having looked
18   at the table of contents of the conference
19   proceeding, which has the term schedule of
20   when various presentations were given and
21   this paper is listed in the Wednesday
22   morning session.
23       MR. MARINA: Is that here? Is
24       this supposed to be in this document?

Page 245

JAMES D. FOLEY

1        THE WITNESS: It's not in here.
2    Q    (By Mr. Boyce) Okay. Do you know
3    if the raster and color group considered your
4    recommendations?
5    A    They certainly did consider my
6    recommendations. We talked about them a
7    lot.
8    Q    And I'm -- your recommendations
9    regarding color specification?
10   A    In particular.
11   Q    What did the raster and color
12   group ultimately decide regarding color
13   specification in the proposed course?
14   A    They decided to go with a subset
15   of what I had been recommending.
16   Q    Which was what, if you remember?
17   A    They went with the use of index
18   in the specification of color. So
19   indirect. They went indirect only. Saying
20   that, well, the direct couldn't be built on
21   top, if that were desired.
22   Q    And how is that different from
23   what you recommended?
24   A    In some ways it's -- it's not

62 (Pages 242 to 245)

**Exhibit 17**
**Page 601**

Page 246

```
 1          JAMES D. FOLEY
 2  because as they said, you could still have
 3  them both.  One as capability built on top
 4  of some basic set of primitives, including
 5  what I was recommending.  The other being
 6  built into the basics of the primitives.
 7      Q    Okay.  Did any member of the
 8  raster and color group suggest to you, that
 9  your recommendation -- and I think that was
10  to allow color specification both directly
11  and indirectly.
12      A    That's right.
13      Q    Did anyone in that group suggest
14  that that recommendation was not
15  technically feasible?
16          MR. MARINA:  Objection.  Calls
17      for speculation.
18      A    No one suggested to me that that
19  was not technically feasible.
20      Q    (By Mr. Boyce) What do you
21  understand by what I just said, technically
22  feasible?
23      A    Would it be a way in which it
24  could be do.  Is there a way in which it
25  could be done.  Is there a way in which the
```

Page 247

```
 1          JAMES D. FOLEY
 2  extensions could be implemented.
 3      Q    Did anyone in the raster
 4  extension group doubt there was a way it
 5  could be done?
 6      A    No.
 7      Q    Did anyone in the raster and
 8  color group explain to you why the group
 9  decided to only provide color specification
10  by index values?
11      A    It was this idea that if someone
12  wants to do -- if someone wants to have the
13  capability for direct specification, that
14  that could be built on top of and the basic
15  core, which would then -- which would now
16  have the indirect specification, very
17  strong philosophy in the core, to keep it
18  lean and mean with anything that could be
19  built on top, go ahead and build it on top.
20  We don't have to make it be part of the
21  basic standard.
22          So their rational was very
23  compatible with the philosophy of the
24  design of the core.
25      Q    I think earlier you said that
```

Page 248

```
 1          JAMES D. FOLEY
 2  you believe that prior to 1980 systems that
 3  used direct specification were less
 4  prevalent than those --
 5      A    Sure, that's right.
 6      Q    Okay.  And is that what you
 7  understood prior to 1980?
 8      A    Yeah.  At that time index tables
 9  were kind of the thing and that's certainly
10  one of the reasons that -- that we decided
11  to go with the index table as the basic
12  thing because it supported what was out
13  there.
14      Q    And given that state -- status
15  or basic thing you said, why did you
16  recommend that the core system should allow
17  programs to specify colors both directly
18  and indirectly?
19      A    Well, firstly, for some
20  applications it just makes sense to go
21  direct.  You know, if I want to do an
22  American flag in red, white and blue.  I
23  know I want red, I know I want white, I
24  know I want blue, it's I just want to
25  specify that.
```

Page 249

```
 1          JAMES D. FOLEY
 2          It was also clear, even before
 3  then, that memory not only was going to get
 4  cheaper and cheaper, it was getting cheaper
 5  and cheaper.  It's just a matter of when
 6  that would happen.  But the -- was coming
 7  down pretty dramatically.  I guess being --
 8  trying to be a poor looking guy, I was
 9  trying to project ahead a little bit more
10  and not just worry about the here and now.
11      Q    Okay.  And with your view that
12  the cost of memory was coming down, what
13  did that leave you to think?
14      A    Well, that led me to recognize
15  that doing direct specification would
16  become more and more regular -- more and
17  more frequent because more and more
18  equipment would have lots of bit per pixel
19  and that's certainly the case today.  I can
20  get, for a couple hundred dollars, as
21  opposed to the $80,000 that I paid for my
22  Ramtek, I could get, for a few hundred
23  dollars, plugged into a PC, something
24  that's much more powerful and has a lot
25  more memory.  It has 24 or 36 bits per
```

63  (Pages 246 to 249)

**Exhibit 17**
**Page 602**

Page 250

JAMES D. FOLEY

1 pixel, as opposed to the 12 bits per pixel
2 that I have on my $80,000 Ramtek. I was
3 right.
4 Q    Regarding which systems were
5 more prevalent, right?
6 A    Back then look -- up table
7 systems were more prevalent.
8 THE VIDEOGRAPHER: The time is
9 3:58 p.m. and we're off the record.
10 (Recess taken)
11 THE VIDEOGRAPHER: This is the
12 beginning of tape number 7, in the
13 deposition of James Foley. Time is
14 4:06 p.m. and we're back on the
15 record.
16 MR. BOYCE: I have another
17 exhibit. You know what, let me take
18 that back. This one has already been
19 marked.
20 Q    (By Mr. Boyce) If I could show you
21 a document that was previously marked Exhibit
22 1. And I know we looked at this before but I
23 don't remember the question. Did you
24 recognize this document?

Page 251

JAMES D. FOLEY

1 A    Yes, indeed. Because we looked
2 at it earlier today and because it's one
3 that I'm very familiar.
4 Q    (By Mr. Boyce) Okay. And what is
5 it?
6 A    I'm sorry?
7 Q    What is the document?
8 A    The document is an extract from
9 a larger document, which was called:
10 Status Report of the Graphic Standards
11 Planning Committee but the particular
12 excerpt is the extensions to the core
13 systems set of recommendations that were
14 presented in '79 at the SIGGRAPH
15 conference.
16 Q    And is this -- is this document
17 present ultimate recommendations of the
18 raster and color group, regarding
19 specification of color?
20 A    Yes, these were the final
21 recommendations.
22 Q    If I could refer to you
23 Page III-1.
24 A    Okay, I'm on III-1. It's the

Page 252

JAMES D. FOLEY

1 table of contents.
2 Q    Okay. There's a III-i and then
3 there's a III-1.
4 A    Oh, I'm sorry. Dash I, right.
5 Now we're on III-i.
6 Q    Under acknowledgments it says:
7 A special and major debt of gratitude is
8 owed to James D. Foley. And it goes on.
9 Do you have an understanding,
10 independent of this paper, as to why the
11 writers expressed gratitude to you and some
12 of your colleagues?
13 A    Sure. As I mentioned, I was
14 involved in the committee that was doing
15 this and was really my proposals that were
16 driving the discussion. There weren't
17 other people or other groups coming with
18 other proposals. I was the driver. I was
19 presenting ideas. I was getting feedback.
20 And so the final set of
21 recommendations that are here, truly were
22 derived from the proposals that I was
23 making by way of the various documents that
24 are referenced here, as well as by way of

Page 253

JAMES D. FOLEY

1 the meeting -- discussions at meetings and
2 phone conversations that I mentioned, that
3 I've been involved in doing this.
4 Q    Take a look back to Page 3-6?
5 A    Mm-hmm.
6 Q    In reference to the R, G, B
7 color model. And I believe earlier today,
8 when Mr. Marina was asking you questions
9 about the color model, he asked you if the
10 value 001 would represent the color blue in
11 the R, G, B color model. Do you recall
12 that?
13 A    Yes, I do recall him asking me
14 that.
15 Q    And I believe you said that,
16 yes?
17 A    Yup. Yeah.
18 Q    Okay. Now, if a graphic system
19 is using a color map, can the value 001
20 also be used as an index into a color map?
21 A    Can that --
22 MR. MARINA: Object to the form.
23 Vague.
24 A    Can 001 be used as an index into

64 (Pages 250 to 253)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 603**

Page 254

JAMES D. FOLEY

1 a color map? Those are -- the color map
2 would have to be huge to even think about
3 it. But no, you wouldn't do that. 001 is
4 what would come out of the color map in
5 response to --
6 Q (By Mr. Boyce) Outside of the
7 context of an R, G, B color model, simply
8 just the value, 001.
9 A Mm-hmm.
10 Q Can that be used as an index
11 into a color map?
12 A Into a color map or into a
13 specific color map on a specific display.
14 Are we talking conceptually or with a
15 Ramtek 9400?
16 Q Conceptually.
17 MR. MARINA: I'm going to
18 object, then, as an incomplete
19 hypothetical and calls for
20 speculation. Lacks foundation.
21 A I could take the tripple 001, it
22 becomes a binary number 001. I could use
23 it as a look-up table index. Absolutely.
24 I could do that.

Page 255

JAMES D. FOLEY

1 Q Okay. And if that binary value,
2 001 is used as an index into a color map,
3 does -- do you need to know more to know
4 what color ends up being displayed?
5 A I would need to know what is in
6 entry 001 in the color map, to know what's
7 going to end up on the screen.
8 Q (By Mr. Boyce) It's not necessarily
9 blue, is it?
10 A No. It's going to be whatever
11 is in the look-up table.
12 Q If I could direct you to
13 Page III-27.
14 A Okay, I'm on III-27.
15 Q See section 4.5?
16 A Issue: How is Color
17 Specification Supported.
18 Q Have you ever read this section
19 before?
20 A Oh, yeah. I probably helped
21 write it.
22 Q Okay. And there's a first
23 subheading it says: Alternatives. Could
24 you read that.

Page 256

JAMES D. FOLEY

1 A First alternative: Color is
2 specified directly through a color
3 attribute.
4 Q Could you read all four
5 alternatives.
6 A Sure. In the second
7 alternative: Color is specified
8 indirectly, semicolon. The primitive
9 attribute is an index value, period.
10 Third alternative: Both direct
11 specification and indirect specification
12 are supported and available to the
13 programmer at all times, period.
14 Alternative 4: Both direct and
15 indirect specification are supported but
16 the application programmer must select one
17 method at the beginning, beginning is in
18 quotes. And then open paren, either view
19 surface initialization or, begin quote,
20 core system, end quote, initialization,
21 period, end -- end parentheses.
22 Q Okay. Do any of those
23 alternatives describe the recommendations
24 you named to the raster and color group?

Page 257

JAMES D. FOLEY

1 A This third alternative is what I
2 was advocating.
3 Q Underneath the alternatives
4 there's some arguments?
5 A Right.
6 Q Pros and cons of the different
7 alternatives, correct?
8 A Yes.
9 Q Could you review those
10 arguments?
11 A As in look over them?
12 Q Look over them, yeah.
13 (Witness perusing)
14 A Okay.
15 Q Are those arguments consistent
16 with the understanding of your own
17 independent understanding of why the raster
18 and color group decided on an alternative
19 different from the one you recommended?
20 MR. MARINA: Objection. Calls
21 for speculation. Lacks foundation.
22 Q (By Mr. Boyce) okay. Underneath
23 the argument it says: A resolution, correct?
24 A Yes. Alternative 2: Color is

65 (Pages 254 to 257)

Page 258

JAMES D. FOLEY

1  specified indirectly; the primitive
2  attribute is an index value.
3      Q   I believe you testified earlier
4  that you were involved in -- well, let me
5  back up.  You were a member of the raster
6  and color group?
7      A   Yes.
8      Q   Was there some argument among
9  members of the raster and color group, as
10  to which alterative to adopt as the
11  proposed standard?
12     A   There were a lot of discussions.
13  I was involved in those discussions and the
14  discussions ended up in a vote.  I lost.
15     Q   And my question was: Did the
16  arguments described in this page, are those
17  consistent with the your recollection?
18     A   They certainly are.
19     Q   Okay.  And do any of the
20  arguments listed on this page, suggest that
21  the alternative that you recommended, was
22  not technically feasible?
23     A   There's nothing here that
24  suggests technically and feasibility.

Page 259

JAMES D. FOLEY

1      Q   Does the proposed core standard,
2  as reflected -- as described in this
3  document and in this section, does it
4  preclude color specification according to
5  alternative number 3?
6      A   No.  In fact, one of the pros --
7  pro 2, for the alternative that was
8  selected, is to build the direct
9  specification mechanism on top of the core
10  system.  Thereby keeping the core system
11  lean and mean but still the programmers who
12  want direct specification it could still be
13  provided.
14     Q   Now, did you ever work on
15  developing an implementation of this
16  proposed graphic standard, the core
17  standard?
18     A   Yes.  Yes, I did.
19     Q   And where did you perform that
20  work?
21     A   That was the work I did at
22  George Washington University.
23     Q   And was there a name for this
24  implementation you developed at George

Page 260

JAMES D. FOLEY

1  Washington.
2      A   We called it the GW Core or GW
3  Implementation of the Core.
4      Q   And was there a design specified
5  at any point for the GW Core System?
6      A   Sure.  We did, in fact, did a
7  design document that described the
8  internal -- some of the internal workings
9  of the -- of our implementation of the
10  core.
11     Q   And did that design support
12  color specification in some manner?
13     A   Yes, it did.
14     Q   And how were colors -- how was
15  color specification supported in the GW
16  Core System?
17     A   Our -- we supported both direct
18  and indirect color specification.
19     Q   And was that color specification
20  methodology consistent with alternative
21  number 3, as you proposed it to the raster
22  and color group?
23     A   It was consistent in the sense
24  of being able to build one on top of the

Page 261

JAMES D. FOLEY

1  other, absolutely.
2      Q   So in your view, was the design
3  for the GW core system consistent with the
4  1979 core standard as articulated in the
5  1979 report?
6      MR. MARINA:  Objection.
7  Leading.
8      A   I'm sorry?
9      MR. MARINA:  Objection.
10  Leading.
11     A   Yes, it was consistent.
12     Q   (By Mr. Boyce) Now, what was your
13  personal role in developing GW core system
14     A   My role, I was a professor at
15  GW.  I had research funding.  I had
16  graduate students.  I kind of played the
17  roll of chief architect and project manager
18  and the graduate students were implementing
19  various portions of the core writing
20  documentation, making it happen, talking
21  with me about issues, problems, challenges
22  design decisions.
23     Q   I think you said something about
24  funding.  Did you actually obtain funding

66  (Pages 258 to 261)

**Exhibit 17**
**Page 605**

Page 262

```
 1            JAMES D. FOLEY
 2   for development of the GW core system?
 3       A    Yes, I had funding to support my
 4   activities with these graphic standards
 5   from NASA, National Aeronautics and Space
 6   Administration, from the department of
 7   energy, and there was that waterways
 8   experiment station project, also, in which
 9   we were looking at.  So I had funding from
10   three sources.
11       Q    And I think you said your
12   students helped you in this development?
13       A    Yes, indeed.  My students were
14   very much involved in helping with this.
15       Q    Were these graduate-level
16   students?
17       A    They were graduate students.
18   They were in their first year, second year.
19       Q    Did you also hire any full-time
20   employees to work on the development of the
21   GW core system?
22       A    I did.  At some point in time I
23   hired Pat Leonard, who had been a student
24   of mine.  When she -- I think it was when
25   she finished her master's degree or when
```

Page 263

```
 1            JAMES D. FOLEY
 2   she came close to finishing her master's, I
 3   hired her full time as a research scientist
 4   or some similar title, to work with me on
 5   the core system and it was getting to be --
 6   everyone was interested in it.  Folks
 7   wanted to get it or wanted to speed up the
 8   process.  So that's why I hired Pat.
 9       Q    Do you know if your work on the
10   GW core system was ever made public?
11       A    Yes.  The -- both the documents
12   describing it were made public and, of
13   course, we distributed the software, the
14   core software itself to -- 30, 40, 50
15   places, companies, government labs, other
16   universities.  I remember one mini computer
17   company licensed it for use of their
18   hardware.
19          (Exhibit 11 marked for
20   identification, as of this date)
21          MR. MARINA:  This appears to be
22   a document starting on Page 260 which
23   appears object to incomplete.
24          MR. BOYCE:  This is Exhibit 11,
25   correct?  And for the record, the
```

Page 264

```
 1            JAMES D. FOLEY
 2   document marked Exhibit 11 is stamped
 3   Bates range GW-LT 438447 through
 4   438465.
 5       Q    (By Mr. Boyce) Dr. Foley, do you
 6   recognize this document marked Exhibit 11?
 7       A    Yes, I do remember it -- or
 8   recognize it.
 9       Q    And what is this document?
10       A    It's a survey that Gary Chappell
11   did of various implementations of the
12   graphics standard.  Tabulating what
13   companies, what government labs had an
14   implementation of the core and defining
15   what capabilities those extensions had and
16   what devices -- for what devices they
17   had --
18       Q    Do you know when this survey was
19   performed?
20       A    I believe this was performed in
21   the '79 time frame.
22       Q    Who was Gary Chappell?
23       A    Gary was one of the members of
24   this ongoing GSPC, graphics standard
25   planning committee, that -- which I was on
```

Page 265

```
 1            JAMES D. FOLEY
 2   another subgroup.  I'm not sure if Gary was
 3   part of my group or a different group but
 4   he was involved in it.  He worked at TRW.
 5       Q    And did you ever speak with
 6   Mr. Chappell regarding the survey in
 7   Exhibit 11?
 8       A    I certainly did.  Regarding --
 9   certainly the GW, George Washington
10   University entry in here.
11       Q    And on what page are you
12   referring to?
13       A    Let's see.  It's on Page 264.
14       Q    Okay.  And do you recognize some
15   of the information reflected on Page 264?
16       A    Yes, I do.
17       Q    Okay.  And what is reflected
18   here?
19       A    Well, my name.  When we expected
20   to be delivering the GW core.  What
21   hardware.  What computer our implementation
22   ran on.  What language operating system.
23   What devices it supported and what features
24   of the core, such as the raster graphics
25   extensions.  What features we supported on
```

67 (Pages 262 to 265)

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 606

Page 266

JAMES D. FOLEY

1     JAMES D. FOLEY
2  what devices.
3     Q    Now, do you remember speaking
4  with Mr. Chappell while he was conducting
5  this survey?
6     A    I remember meeting or seeing
7  Gary many times. He was at SIGGRAPH
8  meetings. He was at some of these GSPC
9  meetings. Yes. So, yes, I do.
10    Q    And where it says: External
11  availability, next to it it says: Second
12  quarter 1980. Do you see that?
13    A    Yes, I do.
14    Q    Do you have an understanding as
15  to what that, that might mean?
16    A    That would have been our
17  projection at the time that this was done,
18  of when we would expect to do general
19  release of the software to others who were
20  interested in it.
21    Q    Okay. And do you recall telling
22  Mr. Chappell that the software would be
23  available in the second quarter of 1980?
24    A    I can't say that I specifically
25  recall saying Gary, we're going to have

Page 267

JAMES D. FOLEY

1     JAMES D. FOLEY
2  this ready to ship in the second quarter of
3  1980. But the fact that it's here
4  certainly implies strongly that I said that
5  to him because he certainly wouldn't
6  fabricate this. And if he had fabricated
7  it, I would have been all over him as soon
8  as it was published. That didn't happen.
9     Q    Do you recall, independent from
10  this paper, when the software for the GW
11  core system was made available external --
12  externally?
13    A    I don't recall directly my -- I
14  mean, I can't put a specific date on it but
15  my -- I think it was being -- from what I
16  could remember, I was being cautious with
17  this date that I gave because, you know,
18  because there's this thing in software,
19  everything being late. I don't like to be
20  late I'd rather be early. So if anything
21  it was before this.
22    Q    Do you know in -- whether or not
23  in fact the GW core system software was
24  ultimately made available, external to GW?
25    A    Yes, it was, to many parties.

Page 268

JAMES D. FOLEY

1     JAMES D. FOLEY
2     Q    How do you know that?
3     A    I know because I -- and would
4  receive requests and I'd say to one of the
5  people, ship a tape off to so and so and we
6  charge money for it.
7        I think we charged three or $400
8  to a university and more to companies. And
9  I also know that it's -- even now it's in
10  the -- NASA's for DOE. It's in one of the
11  software repository somewhere. Amazing.
12  30 years later it's still there.
13        THE VIDEOGRAPHER:  The time is
14  4:30 p.m. and we're off the record.
15        (Recess taken)
16        THE VIDEOGRAPHER:  The time is
17  4:31 p.m. and we're back on the
18  record.
19        MR. BOYCE:  Another exhibit.
20        (Exhibit 12 marked for
21  identification, as of this date)
22        MR. BOYCE:  For the record, we
23  just marked as Exhibit 12, document
24  bearing Bates numbers are DELL366644
25  through 366799.

Page 269

JAMES D. FOLEY

1     JAMES D. FOLEY
2     Q    (By Mr. Boyce) Dr. Foley, do you
3  recognize this document?
4     A    Yes. This is the final report
5  that we submitted to NASA Langley, one of
6  the sponsors of our research.
7     Q    Did you participate in writing
8  this document?
9     A    Yes, I did.
10    Q    And do you know if this document
11  was made available to the public?
12    A    Yes. NASA documents were
13  publicly available and different parts of
14  this had been distributed, by me, in
15  different ways to various groups as part of
16  the core system distribution and there was
17  a paper here that went to SIGGRAPH.
18    Q    And do you know if this document
19  was placed in the GW library?
20    A    Yes, sir, it was. In fact, this
21  was -- it looks like its copy from the GW
22  library.
23    Q    Now, did you give a copy of this
24  document to anyone at NASA?
25    A    I'm sure I did. In fact, I was

TSG Reporting - Worldwide      877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 607**

JAMES D. FOLEY

1
2  required to. This was for them and I
3  certainly sent one or more copies of this
4  to the contracting officer at NASA Langley,
5  as part of the formal terms of the
6  contract.
7      Q    And did you also provide a copy
8  of the software that you mentioned for the
9  GW core system, provide a copy to anyone at
10 NASA?
11     A    Yes.
12     Q    And do you recall if it was at
13 the same time that you sent them the
14 report?
15     A    It would have been at the same
16 time, possibly earlier but certainly no
17 later than.
18     Q    Referring back to a previous
19 exhibit, 11, Page 264. Does this page
20 accurately reflect the hardware, any of the
21 hardware that was used in the development
22 of the GW core system?
23     A    Yes, it does. This is the kind
24 of equipment we had and what we were
25 running on.

JAMES D. FOLEY

1
2      Q    There's a reference under host
3  processors VAX 11/780. What was that used
4  for?
5      A    This was the -- this was the
6  computer on which the graphics application
7  program and the core system software itself
8  executed. This was a high powered
9  minicomputer from Digital Equipment
10 Corporation.
11     Q    And there's another heading
12 graphics device support. On the left-hand
13 column it says: Device and there's a list
14 of names. What are those devices?
15     A    Well, the Tektronix 401X is
16 referring to the Tektronix direct use
17 storage group, which is a monochrome, two
18 color. A line drawing display. The Vectra
19 General 3400 was a very, very powerful line
20 drawing, Vectra graphics high-end system
21 that could do 3D rotation, spinning things
22 around in space. Thousand and thousands of
23 lines, Ramtek 9400 is the color raster
24 display we discussed with, 1000x1200
25 resolution display and the 4,000 entry

JAMES D. FOLEY

1
2  look-up table. The Printronix is a
3  printer. It was a dot matrix printer that
4  could be used for hard copy output. It was
5  used both as a line printer for printing
6  text, as well as that could be used in a
7  graphics mode for printing dot matrix style
8  printouts of images.
9      Q    I believe earlier you testified
10 the Ramtek 9400 had a color map, correct?
11     A    That's correct.
12     Q    Was it a read-write color map?
13     A    Yes, it was a read-write color
14 map.
15     Q    How do you know that?
16     A    I know that because we performed
17 the system to do loading of the look-up
18 table. We had commands that executed it
19 successfully, to load the look-up table and
20 I could see on the screen where I ran test
21 programs, the colors changed on the display
22 as a consequence of executing, you know,
23 the graphics application program statements
24 to changeable look-up table.
25     Q    Do you recall ever getting to

JAMES D. FOLEY

1
2  the point in your implementation of the GW
3  core system, where you had a working
4  system?
5      A    Yes, we certainly had a working
6  system. Early on, certainly prior to
7  writing the SIGGRAPH paper that was
8  published in '99. Also, that was -- that
9  would have been the fall of '97.
10     Q    Did you have a name for the
11 working version of the system?
12     A    Sorry. Let me say fall of '98,
13 excuse me. I'm in the wrong decade. It
14 would have been the fall of '78 because the
15 paper was submitted in the fall of '78 for
16 submission to SIGGRAPH '79.
17     Q    The GW core system you had a
18 working version in 197 --
19     A    It would have been running in
20 the fall of '78 and we kept doing drivers
21 and adding features.
22     Q    Do you remember when the driver
23 was completed for the Ramtek 9400?
24     A    It all -- I don't exactly
25 remember when the 9400 was finished. I

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 608**

Page 274

JAMES D. FOLEY

1    JAMES D. FOLEY
2    know the fellow that was on assignment to
3    us was from the Department of Energy.  But
4    I can't tell you exactly when it was
5    finished.
6        Q    Do you know that it was, indeed,
7    finished?
8        A    Oh, yeah, I know it was, indeed,
9    finished because my students from one of my
10   graphics class used the GW core with the
11   Ramtek to do some of their projects, some
12   of which were very nice.
13       Q    Okay.  Now, if I say the working
14   version of the GW core system, using --
15   actually having a Ramtek 9400 driver, did
16   you have a name for that version of the
17   system?
18       A    That didn't have a separate
19   name, we just -- this was the GW core and
20   as we distributed it, it had all of this --
21   all these drivers with it.
22       Q    Okay.  I'd like to ask you a
23   series of questions about how -- that
24   system, at that state of development, that
25   we just agreed upon.  If I refer to that as

Page 275

JAMES D. FOLEY

1    JAMES D. FOLEY
2    the GW core system you understand what I'm
3    referring to?
4        A    Yes.
5            MR. MARINA:  Well, I'm going to
6        object to form because I don't
7        understand at this point.  We're going
8        to have to do all these questions
9        again.
10       Q    (By Mr. Boyce) What is the
11   understanding that you believe we just
12   established about the GW core system I'm
13   going to ask you about, the particular
14   version?
15       A    The GW core I take to be the --
16   the running -- the defined program as
17   defined by these documents that we've been
18   talking about, as it evolved over time and
19   its capabilities.
20       Q    And I just want to make clear
21   that I'm referring to the point in time
22   when the development -- when the system was
23   actually working?
24       A    Fine.  Okay.
25       Q    And the driver for the Ramtek

Page 276

JAMES D. FOLEY

1    JAMES D. FOLEY
2    9400 was complete.
3        A    Fine.
4        Q    Okay.  During operation, did
5    this system allow graphics applications to
6    specify color?
7        A    Yes.
8        Q    And how were color specified in
9    that system, the GW core system with color
10   in it?
11       A    In one of two ways:  Either
12   directly or indirectly via the look-up
13   table.
14       Q    And was the GW core system
15   responsive to commands issued by graphics
16   application programs that specified color
17   directly, using color data values?
18       A    Yes.
19       Q    And what command did the
20   application program invoke to specify color
21   directly?
22       A    Let's see.  That would be set
23   current color with a tripple value
24   specification for the indexes -- not for
25   indexes but for the values in core space.

Page 277

JAMES D. FOLEY

1    JAMES D. FOLEY
2        Q    Okay.  And how were those -- how
3    was that tripple expressed?
4        A    That would be an R, G, B color
5    tripple.
6        Q    Those R, G, B data values?
7        A    Right.  Red, green, blue data
8    values.
9        Q    Excuse me.  How were those data
10   values expressed?
11           MR. MARINA:  Object to the form.
12       A    I'm not sure what you mean by
13   "expressed."  Representatives?
14       Q    Yeah, representatives.
15       A    They were representatives of
16   floating point numbers in the range of zero
17   to one, red, green and blue.
18       Q    And were those floating point
19   numbers used to directly to specify the
20   color?
21           MR. MARINA:  Objection.  Calls
22       for a legal conclusion.  He's asking
23       you about the claims of the patent
24       which you don't know that.
25       Q    (By Mr. Boyce) I'm asking you --

Exhibit 17
Page 609

Page 278

JAMES D. FOLEY

1    we've established that in 1979, correct me if
2    I'm wrong, you had an understanding of the
3    direct color specification?
4        A    That's right.
5        Q    You testified, I believe, in
6    your discussions with members of the raster
7    and color group, you had a mutual
8    understanding of direct color
9    specification?
10       A    That's what we were doing.  No
11   question.  This was doing direct color
12   specification.  The R, G, B we were doing
13   direct color specification.
14       Q    Okay.  But you were using
15   floating point numbers, correct?
16       A    That's true.
17       Q    And, yet, you still referred to
18   that system and that mode or methodology
19   for the color specification asked?
20       A    Absolutely.  What else could it
21   be?
22       Q    You didn't regard that as
23   possibly indirect color specification?
24       A    Indirect color specification is

Page 279

JAMES D. FOLEY

1    completely different.  That's where you do
2    the index and the look-up table and all
3    that stuff.
4        Q    Did the GW core system allow
5    programs -- graphics application programs
6    to specify foreground color, using the
7    command you mentioned, the set current
8    color command?
9            MR. MARINA:  Objection.  Lacks
10       foundation.  Calls for a legal
11       conclusion.
12       Q    (By Mr. Boyce) Strike that
13   question.
14           Have you ever heard the term:
15       Foreground color?
16       A    Sure.
17       Q    Did you hear that term prior to
18   1980?
19       A    Yes.
20       Q    And what was your understanding
21   of that term, prior to 1980?
22       A    The color in which things that
23   you draw are drawn.  So if I draw a line
24   it's going to be drawn in the foreground

Page 280

JAMES D. FOLEY

1    color.
2        Q    And prior to 1980 did you ever
3    hear the term:  Background color?
4        A    Yes.
5        Q    And what was your understanding
6    of the term background color prior to 1980?
7            MR. MARINA:  Objection.  Calls
8        for a legal conclusion.
9        A    The background on the screen.
10   The background of the images.
11       Q    So with that understand of
12   foreground color, did the GW core system
13   allow graphics application programs, to
14   specify foreground color, using the set
15   current color command?
16       A    Yes, it sure did.
17       Q    Okay.  And did the system allow
18   programs to specify foreground color using
19   that same command for both text and drawing
20   command?
21       A    Yes, it did.
22       Q    Okay.  And assuming a foreground
23   color is specified in the GW core system,
24   using the set current color command, what

Page 281

JAMES D. FOLEY

1    happens when a subsequent text command is
2    issued?
3        A    One --
4            MR. MARINA:  Objection to form.
5        Vague.
6        A    Having used set current color
7    with some color value.  Now if I do text,
8    if I draw text that text will appear in the
9    color that I have just set with set current
10   color.
11       Q    (By Mr. Boyce) And would there be
12   any need for the subsequent text command to
13   specify the foreground color again?
14       A    No.  The -- the color is -- once
15   I set it it stays that way until explicitly
16   change it with another color to a set
17   color, set current color.  That's why they
18   call it current.  It's current.  It's going
19   on right now.  That's what's in use right
20   now.
21       Q    When you say why do you call it
22   current, what were you referring to?
23       A    Set current color.
24       Q    The set current color command?

71 (Pages 278 to 281)

**Exhibit 17**
**Page 610**

Page 282

JAMES D. FOLEY

1         JAMES D. FOLEY
2     A    Yes.
3     Q    Now, was the GW core system also
4  responsive to commands issued by graphics
5  application program to specify colors
6  indirectly?
7     A    Yes, it was.
8     Q    Okay.  And you testified earlier
9  that you -- indirect color specification
10  was the term you used prior to 1980,
11  correct?
12    A    That's correct.
13    Q    Okay.  And what was your
14  understanding about, as to that term in
15  that time frame?
16    A    My understanding of the term was
17  that the idea of indirect color
18  specification was that we specified what's
19  commonly called an index into a color map,
20  it's the index that's stored with the
21  output primitive that's drawn.  So the text
22  will have that index value and then when
23  the -- when the image is actually
24  displayed, when the video memory image is
25  actually displayed, at that time we have to

Page 283

JAMES D. FOLEY

1         JAMES D. FOLEY
2  go to a look-up table, take the index value
3  that's been stored in the video memory,
4  look up in the video look-up table in the
5  color map, the corresponding color and
6  that's the color that will be displayed.
7  It's very different than direct color
8  specification.
9     Q    Was there a particular command
10  that the graphics applications program
11  could invoke to specify color indirectly in
12  the GW core system?
13    A    Let's see, that would be set
14  current color index and then an imager,
15  which would be the index value.
16    Q    And what would the GW core
17  system do with that index value?
18    A    It would have it as the current
19  index.  So now if I draw a line or a text,
20  that's the index value that would be placed
21  into the video memory at all the locations
22  corresponding to the -- to the output
23  primitive.
24    Q    Okay.  And would that -- could a
25  foreground color be specified using the set

Page 284

JAMES D. FOLEY

1         JAMES D. FOLEY
2  current color index command?
3     A    Indirectly by way of whatever
4  was in the -- whatever was in that
5  corresponding index table entry.
6     Q    And after the foreground color,
7  a foreground color or index -- strike that.
8         After a foreground color index
9  is specified, using the set current color
10  index command, would a subsequent text
11  command have to specify the foreground
12  color index again?
13    A    No, it would not because it's a
14  global settings, a global setting that once
15  it's there it's there.  So, no.
16    Q    Okay.  And the word "current" in
17  set color index, does that reflect this
18  idea?
19    A    Yeah, current reflects the idea
20  of a motor or global attribute setting.
21  Once we set it, it stays in effect until
22  you do something explicitly to establish a
23  new value.
24    Q    Now, was the GW core system
25  responsive to commands issued by graphics

Page 285

JAMES D. FOLEY

1         JAMES D. FOLEY
2  application programs to specify a
3  background color indirectly?
4         MR. MARINA:  Objection.  Calls
5  for a legal conclusion.
6     A    Yes, it does.
7     Q    (By Mr. Boyce) And what command the
8  application programs need to invoke in the GW
9  core system, to specify a background color
10  indirectly?
11    A    Set background color index.
12  And, again, an index value.
13    Q    And was that index value used to
14  look up a color?
15    A    It was used in the same way to
16  go into the look-up table to look up the
17  color.
18    Q    Now, after execution of the set
19  background color index command, did the
20  background color change immediately?
21    A    No, it did not.
22    Q    So another -- was there another
23  command that was needed?
24    A    That was the NEWFRAME drawing
25  command that would cause the screen to be

72  (Pages 282 to 285)

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 611

Page 286

JAMES D. FOLEY

1   set to that, whatever color correspondence
2   to the index value. The index value is
3   what would be loaded into the video memory.
4       Q   This NEWFRAME, that was another
5   subsequent graphics drawing command?
6       A   That's right.
7       Q   Okay. Now, after set background
8   color index command is executed, to define
9   a new background color, and after a
10  NEWFRAME command is executed, what
11  happens -- what would happen at GW core
12  system?
13          MR. MARINA: Object to the form.
14  Compound. Vague.
15      A   Restate your question, please.
16      Q   (By Mr. Boyce) Sure. After you
17  execute -- after the GW core system executes
18  set background color index and then it
19  executes NEWFRAME, what happens next?
20          MR. MARINA: Wait. Object to
21  the form. Compound. Vague.
22      A   The NEWFRAME action is performed
23  and so all the pixels in the video memory
24  will be set to the index value that was

Page 287

JAMES D. FOLEY

1   specified with the set background index
2   value. So if that number was 57, now we're
3   going to have 57 in all of the individual
4   memory.
5       Q   (By Mr. Boyce) Okay. So,
6   hypothetically, let's say you use set
7   background color to define background color.
8       A   Okay.
9       Q   And then a NEWFRAME command is
10  executed.
11      A   Right.
12      Q   And then a subsequent text
13  command is executed. And what happens?
14          MR. MARINA: Object to the form.
15  Vague.
16      A   The text will be drawn using the
17  current -- either color or color index. So
18  it will be drawn and of course the rest of
19  the screen is this other background color
20  and so it will have the text in the
21  foreground color and the background -- the
22  rest of the screen in the background color.
23      Q   (By Mr. Boyce) So let's say there's
24  already foreground color established.

Page 288

JAMES D. FOLEY

1       A   Mm-hmm.
2       Q   And you're -- and then
3   there's -- you call set background color
4   index and you execute NEWFRAME and new text
5   command is issued, what happens after the
6   at that point?
7           MR. MARINA: Same objection.
8   Vague.
9       A   The text is drawn in that
10  previously established foreground color.
11      Q   And is -- is that -- is the text
12  drawn in that previous preestablished
13  foreground color over the new background --
14
15      A   It's gone over whatever
16  background color was put there by the
17  NEWFRAME. So it's drawn over the
18  previously created background color. Yes,
19  it is. Sir, ask the question again,
20  please.
21      Q   Sure. Okay. Let's assume
22  there's a foreground color that's
23  specified?
24      A   Okay.

Page 289

JAMES D. FOLEY

1       Q   And a set background color index
2   command is executed and then a NEWFRAME
3   command is executed. Now a text command is
4   executed.
5       A   Right.
6       Q   What happens at that point in
7   the GW core system?
8           MR. MARINA: Object to the form.
9   Vague.
10      A   In the GW core the text will be
11  drawn in that previously established
12  foreground color over the background color
13  that was created -- that was put there by
14  the NEWFRAME action.
15          (Exhibit 13 marked for
16  identification, as of this date)
17          MR. BOYCE: For the record,
18      document marked Exhibit 13 bears Bates
19      label GW-LT 430277 through 430477.
20      Q   (By Mr. Boyce) Dr. Foley, I think
21  you said previously the GW core system was
22  implemented using a Ramtek 9400 system?
23      A   That was one of the systems;
24  that's right.

TSG Reporting - Worldwide    877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

Exhibit 17
Page 612

Page 290

JAMES D. FOLEY

1
2     Q    And you remember -- do you
3  recall purchasing a Ramtek 9400?
4     A    Yes, I do.
5     Q    And was that prior to 1980?
6     A    Yes, it was.
7     Q    And did you purchase that in the
8  United States?
9     A    Yes, sure.
10    Q    Do you remember if you had any
11 manuals prior to 1980 for the Ramtek?
12    A    Lots of manuals.
13    Q    For the Ramtek in --
14    A    Yes.
15    Q    And did you use those manuals
16 while you were implementing the GW core
17 system?
18    A    Yes.
19    Q    Okay.  Do you recognize this
20 document marked Exhibit 13?
21    A    Programming manual -- yes, this
22 is one of -- one of a number of documents
23 we had.
24    Q    Does the document refresh your
25 recollection as to the operation of the

Page 291

JAMES D. FOLEY

1
2  Ramtek 9400 that you owned prior to 1980?
3     A    It depends.  It reminds me of
4  various details.
5        MR. MARINA:  If only this were a
6  manual for the 9400, right?
7        THE WITNESS:  I'm sorry?
8        MR. MARINA:  Nothing.
9     A    This is a -- it's a -- actually,
10 it says 91, 92, 9300 series.  9400 was a
11 continuation with that series that was
12 compatible with the 9300.  It had a faster
13 processor on it.  It was Z80 versus Z8080
14 or Z80 versus the 8000 or something like
15 that.
16       (Exhibit 14 marked for
17 identification, as of this date)
18    Q    (By Mr. Boyce) Dr. Foley, do you
19 recognize that document marked Exhibit 14?
20    A    Yes, I do.
21    Q    Now, what is that?
22    A    High-level functional specs and
23 a PR advertising on the top page for a
24 high-level spec sheet for the Ramtek 9400
25 series.  So it's like five pages spec sheet

Page 292

JAMES D. FOLEY

1
2  plus this one page.  It probably was an add
3  in the magazine.
4     Q    Does at that spec sheet
5  accurately described the Ramtek 9400 that
6  you purchased prior to 1980?
7        MR. MARINA:  Objection.  Lacks
8  foundation.  Calls for speculation.
9     A    To the best of my knowledge --
10 yes, to the best of my knowledge.
11       (Exhibit 15 marked for
12 identification, as of this date)
13    Q    (By Mr. Boyce) Dr. Foley -- I'm
14 sorry.  Dr. Foley, do you recognize this
15 document marked Exhibit 15?
16    A    Yes, I do.
17    Q    Okay.  And what is that
18 document?
19    A    It's a copy of the -- from the
20 SIGGRAPH conference.  A copy from the 1979
21 SIGGRAPH conference proceedings of the
22 paper that I and two of my students wrote
23 in the conference proceedings and presented
24 at the conference.
25    Q    To the best of your

Page 293

JAMES D. FOLEY

1
2  understanding, was that document published?
3        MR. MARINA:  It calls for
4  speculation.  Calls for a legal
5  conclusion.
6     A    Yes, I know it was published.  I
7  have a copy.  I know that as a SIGGRAPH
8  member it was mailed to members and it was
9  distributed to people registered at the
10 conference.  And it's in the ACM digital
11 library.  Published there, as well.
12    Q    (By Mr. Boyce) And was that paper
13 presented at a conference?
14    A    Yes, I presented -- this paper
15 was presented at SIGGRAPH '79 in Chicago.
16    Q    And do you remember what
17 session -- do you remember anything about
18 the session that it was presented at?
19    A    I, frankly, don't remember from
20 then but I've looked at the conference
21 proceeding that's scheduled, that's in the
22 conference proceeding, yesterday and found
23 that this was actually presented during the
24 first or opening session of the conference
25       There weren't any other sessions

74  (Pages 290 to 293)

**Exhibit 17**
**Page 613**

Page 294

JAMES D. FOLEY

1  scheduled against that. So it was the only
2  schedule -- only -- the only thing going on
3  at the time in the conference.
4      Q   I've shown you a number of
5  documents today and I believe some of them
6  were, at least in part, your own writings;
7  is that correct?
8      A   That's right.
9      Q   At any point in time today did I
10 ask you to interpret any of the words that
11 you wrote?
12     A   No, you asked me what they are.
13 No, you did not ask me to interpret any of
14 my words.
15     MR. BOYCE: That's it.
16 EXAMINATION
17 BY MR. MARINA:
18     Q   We've been going three hours
19 with Mr. Boyce's questioning you today.
20     A   I don't know.
21     Q   How much money did you make in
22 that time?
23     A   Whatever the arithmetic.
24     Q   So in three hours you just made

Page 295

JAMES D. FOLEY

1  $1,500 testifying for Mr. Boyce, right?
2      A   That sounds right.
3      Q   Okay. How long did you rehearse
4  your testimony for yesterday?
5      A   I didn't rehearse my testimony.
6      Q   Sir, I asked you this morning to
7  recount for me a phone conversation you had
8  in September. You could not tell me one
9  thing that was said in that call but
10 miraculously you could remember minutia
11 dating back to 1980. Please explain that
12 to me.
13     A   The minutia, first, I was
14 intimately involved with, as well on
15 various times since backing engaged in
16 this, as well as a couple of previous
17 consulting engagements. I've had occasion
18 to look back over all this material.
19     Q   So you can't tell me what
20 happened on a conversation in September of
21 2007 but you can testify about events that
22 took place in 1979, without any hesitation.
23 Correct?
24     A   That's right.

Page 296

JAMES D. FOLEY

1      Q   Okay. I think Mr. Boyce asked
2  you if Exhibit 14 accurately described
3  Ramtek 9400 and you said yes, right?
4      A   That's right.
5      Q   I was watching you, sir. You
6  didn't read the document.
7      A   I had looked at this document
8  sometime before.
9      Q   So you looked at the document in
10 preparation for today's testimony, right?
11     A   I looked at it sometime ago.
12     Q   You didn't write Exhibit 14,
13 correct?
14     A   I'm sorry?
15     Q   You did not write Exhibit 14?
16     A   No.
17     Q   You didn't write one word that's
18 contained in Exhibit 14?
19     A   No, I didn't write any of these
20 words.
21     Q   Okay. And Exhibit 13 is a
22 manual for the Ramtek 9000 series, right?
23     A   That's right.
24     Q   Specifically 9100, 9200 and

Page 297

JAMES D. FOLEY

1  9300?
2      A   That's right.
3      Q   The system, the Ramtek system
4  you used in your GW core system was the
5  9400, right?
6      A   That's right. The 9400, as I
7  mention, was a --
8      Q   That's all I need, sir. Just a
9  yes or no.
10     A   I'm sorry?
11     Q   Just a yes or no question. You
12 used 9400?
13     A   We used the 9400 which was an
14 upward compatible version of the 9000
15 series.
16     Q   You intimately familiar with all
17 the differences between the differences
18 between the 9300 and the 9400?
19     A   No, I'm not intimate familiar
20 with all the differences but given that
21 upward compatible.
22     MR. MARINA: Let's change the
23 tape. No break.
24     THE VIDEOGRAPHER: Time is

75 (Pages 294 to 297)

Page 298

JAMES D. FOLEY

1         JAMES D. FOLEY
2    5:09 p.m. and we're off the record.
3        (Recess taken)
4        THE VIDEOGRAPHER: This is the
5    beginning of tape number 8, in the
6    deposition of James Foley. The time
7    is 5:09 p.m. and we're back on the
8    record.
9       Q   (By Mr. Marina) Sir, let me get
10   this straight. You recommended to the raster
11   and color group that the core system include
12   direct color specification and index color
13   specification, right?
14      A   That's right.
15      Q   And you worked on this system
16   for a number of years, right?
17      A   Worked on the system -- the
18   core -- the GW core; that's right.
19      Q   For a number of years. And it
20   was important to you, right?
21      A   I'm sorry?
22      Q   It was important to you?
23      A   What's "it"?
24      Q   The core system. It was an
25   important part of your life?

Page 299

JAMES D. FOLEY

1         JAMES D. FOLEY
2       A   I was involved in the core
3    system.
4       Q   And it was important to the
5    other people on the raster and color group,
6    right?
7       A   Everyone was interested in this,
8    otherwise they wouldn't have been spending
9    their time doing it.
10      Q   And they were smart people,
11   right, just like you?
12      A   Everyone was quite capable.
13      Q   Okay. Yet, they rejected your
14   proposal for direct color and index color,
15   correct?
16      A   They said, let's make one part
17   of the core and let's let another be an
18   extension to the core because that was
19   possible.
20      Q   And one of the reasons was --
21   one of the reasons for rejecting your
22   proposal is that if you included direct
23   color and index color in the same system,
24   the results would be unpredictable,
25   correct?

Page 300

JAMES D. FOLEY

1         JAMES D. FOLEY
2       A   If the application programmer
3    wasn't careful, there could be some -- it
4    would be hard to know what would happen,
5    which is different than the results being
6    unpredictable.
7       Q   Where I come from, sir, not
8    knowing what's going to happen and
9    predictable is the same thing.
10       MR. BOYCE: Objection.
11      A   Actually, you could predict by
12   paying attention to it.
13      Q   (By Mr. Marina) Let's look at what
14   the document actually says, all right. If
15   you turn to exhibit -- I think it's 1. Do
16   you have Exhibit 1 in front of you -- I'm
17   sorry, Exhibit -- what it's going to be,
18   Exhibit 1, Page III-29.
19      A   III-20?
20      Q   I'm sorry, three -- here we go.
21   III-27.
22      A   Okay. How is color
23   specification supported.
24      Q   So your proposal was proposal 3,
25   direct specification and indirect

Page 301

JAMES D. FOLEY

1         JAMES D. FOLEY
2    specification?
3       A   That's right.
4       Q   One of the cons of that approach
5    was direct specification may be impossible,
6    right?
7       A   That's what it says.
8       Q   Why is that impossible? Why
9    could it be impossible?
10      A   Depending on what's in the color
11   look-up table you might not be able to find
12   any -- any matches, even any possible
13   match.
14      Q   Right.
15      A   If you haven't paid attention to
16   the fact that you're going to be doing both
17   direct and indirect and just go
18   willie-nilly at things.
19      Q   Or may result in a color which
20   is not at all close to the desired one,
21   right?
22      A   Right. So you would have some
23   color that's some distance away.
24      Q   Right. So you put -- you want
25   one color and you get another color that's

TSG Reporting - Worldwide      877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 615**

Page 302

```
 1          JAMES D. FOLEY
 2   completely different, correct?
 3          MR. BOYCE:  Objection.
 4   Incomplete hypothetical.
 5      A   Sir?
 6          MR. BOYCE:  I don't need to
 7   repeat.  It's okay.
 8      Q   (By Mr. Marina) All right.  So you
 9   specify one color and you get a color that's
10   completely different, right?
11      A   That's -- that would be
12   possible, again, if the application
13   programmer is not paying attention.
14      Q   So you don't think that would
15   be -- that would render the approach
16   unpredictable?
17      A   Again, if the graphics
18   application programmer is not paying
19   attention, you would get some funny
20   results.
21      Q   So you could get unpredictable
22   results, correct?
23      A   Results that -- if one paid
24   attention could be predicted but if one
25   didn't pay attention it would seem to be
```

Page 303

```
 1          JAMES D. FOLEY
 2   unpredictable.
 3      Q   With respect to the GW core
 4   system that you developed, what documents
 5   exist that describe that implementation?
 6      A   What documents -- so when you
 7   say describe the implementation --
 8      Q   Describe the design.
 9      A   So the design is described by
10   this thing that we have that's called the
11   design document that talks about the device
12   dependent.
13      Q   That's the NASA report?
14      A   That's one part of the NASA
15   report.
16      Q   Okay.  Other than that, are
17   there any documents that describe the
18   design of that system?
19      A   The functional capabilities are
20   described in some of these, in the
21   descriptions of the extensions.
22      Q   Okay.  And you had a hand in
23   writing all those documents?
24      A   I was involved with my students
25   in writing all those things.
```

Page 304

```
 1          JAMES D. FOLEY
 2      Q   Are there any documents that you
 3   didn't have a hand in writing, that would
 4   describe the implementation of the GW core
 5   system?
 6      A   The -- well, first, what do you
 7   mean by have a hand in?
 8      Q   You either wrote a portion of,
 9   you advised a person in writing a portion
10   of, you were involved with?
11      A   The folks who were working on
12   the project were working with me or worked
13   for me.
14      Q   Right.  And the people who
15   worked on the GW core project were you and
16   who else?
17      A   Were --
18      Q   Were you and who else?
19      A   Pat Leonard, Jim Templeman, Gary
20   Dasiar, Jim Hanlin, Albert Yin, one or two
21   other students.  George Rogers?
22      Q   So were they all students of
23   yours?
24      A   At one time or another they were
25   all students of mine.
```

Page 305

```
 1          JAMES D. FOLEY
 2      Q   And were they either students of
 3   yours at GW or employees of GW?
 4      A   All the people I named were --
 5   yeah, Pat Leonard -- if you're a graduate
 6   student on a stipend you're getting some
 7   pay in being a student, so I guess it can
 8   count both ways.
 9      Q   Are there any documents that you
10   did not write or participate in writing
11   that describe the design of the GW core
12   system?
13      A   Define design?
14      Q   What's your understanding of the
15   word design?
16      A   The design of a car talks about
17   the shape of the car.  The design of a
18   graphics package, what are the procedure
19   calls.  So are there any procedure call
20   definitions for the GW core that somehow
21   were not done by me or by people who are
22   associated with me.  Not that I know of.
23      Q   What I'm getting at is, I'm
24   trying to find if there's a document I can
25   get my hands on, that describes the GW core
```

TSG Reporting - Worldwide    877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 616**

Page 306

JAMES D. FOLEY

1    JAMES D. FOLEY
2    implementation that you were not involved
3    in preparing?
4        A    Not to my knowledge.
5        Q    Let's look at -- I'm interested
6    in Exhibit 11.
7        A    Which one would that be?
8        Q    That's the purported survey of
9    some sort.
10       A    Yes, that's right here.
11       Q    So what's Exhibit 11, again?
12       A    It's a survey that Gary Chappell
13   did of various implementations of the core
14   system.
15       Q    Did you write Exhibit 11?
16       A    I'm sorry?
17       Q    Did you write Exhibit 11?
18       A    No.
19       Q    Did you write any portion of
20   Exhibit 11?
21       A    The -- there's this one page
22   that has the GW core info on it, it was not
23   I who -- here it is.  I didn't sit at a
24   typewriter and type this out.
25       Q    Who did?

Page 307

JAMES D. FOLEY

1    JAMES D. FOLEY
2        A    It's probably done by -- by --
3    probably done by my secretary to whom I
4    gave a handwritten version of this.
5        Q    When was Exhibit 11 prepared?
6        A    I'm sorry?
7        Q    When was Exhibit 11 prepared?
8        A    I think -- you told -- when you
9    were introducing this you said when it had
10   been published.  I don't remember what you
11   said.
12       MR. BOYCE:  I don't know.
13       A    It was in one of the SIGGRAPH
14   proceedings -- I'm sorry --
15       Q    Exhibit 11 was published?
16       A    I'm sorry?
17       Q    Exhibit 11 was published?
18       A    Yeah.
19       Q    Where?
20       A    I don't remember.
21       Q    Do you have any evidence of
22   that?
23       A    I could get it, if you need it.
24       Q    Okay.  Well, it's too late for
25   that.  We're here today.

Page 308

JAMES D. FOLEY

1    JAMES D. FOLEY
2        Exhibit 11 doesn't point out any
3    details about the core system, right?  How
4    the core system works, right?
5        A    No.  No, it doesn't.
6        Q    And with respect to any
7    particular survey response, the survey
8    response doesn't really tell you the
9    details about the system, right?  It just
10   tells you what hardware is used, right?
11       A    But it, by referring to things
12   like core levels, the core documents with
13   which people were quite familiar in turn
14   talks about these different levels.  What
15   are retain segments, what's input, what's
16   output, what's raster --
17       Q    Do these documents tell you how
18   color is specified?
19       A    No, these documents don't tell
20   you how color is specified.
21       Q    Okay.  Now, let's look at the
22   page that has to do with GW core?
23       A    Sure.  Page 264.
24       Q    Right.  Is this -- am I correct
25   that this survey was completed in 1979?

Page 309

JAMES D. FOLEY

1    JAMES D. FOLEY
2        A    That would be my guess.
3        Q    And then it says external
4    availability, second quarter of 1980,
5    right?  That's a future projection,
6    correct?
7        A    That's right.
8        Q    External availability of what?
9    What is that referring to?
10       A    Referring to the software that
11   was the core system, core system --
12       Q    I'm sorry, go ahead?
13       A    I'm sorry?
14       Q    Is that the device independent
15   portion or device dependent portion?
16       A    Referring to both, the device
17   independent and the device dependent.
18       Q    Can you tell when, in fact, the
19   soft became available?
20       A    I can speculate as to when the
21   software became available.
22       Q    I know you can speculate but
23   we're here, this is a very serious lawsuit
24   and we're trying to get to the truth.  And
25   can you tell me when, in fact, the software

TSG Reporting - Worldwide    877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 617**

Page 310

JAMES D. FOLEY

1    JAMES D. FOLEY
2  was made externally available?
3      A    It says it would be available in
4  the second quarter of 1980.  It was
5  presumably available then or thereabouts.
6      Q    But you can't tell me that,
7  you're speculating, right?
8      A    I cannot give you an exact date
9  on which the first version of the order was
10  shipped.
11      Q    You also said documents
12  describing the GW core system were made
13  publicly available?
14      A    Again.  Sorry.  Louder, please.
15      Q    You said that documents
16  describing the GW core system were made
17  publicly available?
18      A    Right.
19      Q    What documents are you talking
20  about?
21      A    The paper from SIGGRAPH, the
22  functional specification, that's the thing
23  that we call the GW extension, the core
24  system, the subroutine color index and so
25  forth.  The design document.

Page 311

1    JAMES D. FOLEY
2      Q    Okay.  When was the design
3  document made publicly available?
4      A    That would have -- the latest
5  that was made probably publicly available
6  is part of the NASA report and it was sent
7  with the distributions of the -- of the
8  core that we made because some people that
9  were getting the core wanted to write
10  device drivers for the devices.  And one of
11  the things that the design document did,
12  most important purpose for having that was
13  so people could write new device drivers.
14      Q    But we don't know the date of
15  that, right?
16      A    This printout has 5/27/80.
17      Q    So that's the date something was
18  printed out.  You don't know the date
19  something was mailed out, right?  You have
20  no record of that?
21      A    No.  It could have been
22  printed -- an earlier version of this could
23  have been mailed out.
24      Q    And it could have been mailed
25  out later, correct?

Page 312

1    JAMES D. FOLEY
2      A    That's also true.
3      Q    We're speculating, is my point,
4  right?  It would be speculation to say when
5  documents describe the GW core system were
6  made publicly available, correct?
7      A    No, that's not correct.
8      Q    Okay.  It would be speculation
9  to say when the NASA report was made
10  publicly available, correct?
11      A    It would be speculating to say
12  when the entire NASA report was made
13  publicly available.  The part of this,
14  which is Appendix A, was certainly
15  available to that whole raster committee.
16  That was probably 20 people or so they're
17  listed in the -- in the 1979 report.
18      Q    Okay.  My question is, because
19  Mr. Wedig is relying on the NASA report in
20  its entirety.  It would be speculation to
21  say when the NASA report in its entirety
22  was made publicly available, correct?
23      MR. BOYCE:  Objection.  Calls
24  for speculation.
25      MR. MARINA:  That's right.

Page 313

1    JAMES D. FOLEY
2      MR. BOYCE:  That was the
3  distinction.
4      MR. MARINA:  There's no
5  distinction.
6      Q    (By Mr. Marina) It would be
7  speculation for you to sit here and say, when
8  the NASA report, as it's sitting in front of
9  you was made publicly available, correct
10      MR. BOYCE:  Objection.  Calls
11  for speculation.  Lacks foundation.
12      A    We know that this was mailed to
13  NASA.  We know that NASA makes research
14  documents publicly available.
15      Q    You don't know when it was
16  mailed to NASA, correct?
17      A    I have no factual record of
18  exactly when it was mailed to NASA.
19      Q    And you don't know when NASA
20  made it publicly available, correct?
21      A    I have no way of knowing.
22      Q    For all you know it could have
23  sat in an in box in NASA, right, for some
24  period of time?
25      A    I have no way of knowing.

TSG Reporting - Worldwide    877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 618**

Page 314

JAMES D. FOLEY

1
2    Q    Did you collect and provide
3  documents to lawyers for Gateway?
4    A    I'm sorry?
5    Q    Did you provide any documents to
6  the lawyers for Gateway?
7    A    No.
8    Q    Mr. Boyce was asking you about
9  the set background color index command,
10  right?
11    A    Mm-hmm.
12    Q    Just so we're clear, that
13  command sets the color of the entire
14  background screen, right?
15    A    At the time that the NEWFRAME
16  was called.
17    Q    Right.  And the core system did
18  not have the ability to specify a
19  background on a primitive-by-primitive
20  basis, correct?
21    A    It -- again, it was able to do
22  the drawing, rectangles behind things.
23    Q    So you had to -- if you want you
24  had to draw two primitives?
25    A    That's right.

Page 315

JAMES D. FOLEY

1
2    Q    I think Mr. Boyce also asked
3  you, if -- about, you know, if you could --
4  if 001 could be an index into a color
5  memory, something like that?
6    A    Mm-hmm.  I recall that, sure.
7    Q    If in the system 001 represents
8  blue, okay?
9    A    I'm sorry?
10    Q    Assume in the system that he's
11  talking about 001 represents the color
12  blue.
13    A    Okay.
14    Q    Okay.  Would it make sense to
15  use the value 001 into a color memory, when
16  in fact 001 is the color?
17    MR. BOYCE:  Objection.
18    Incomplete hypothetical.  Lacks
19    foundation.
20    A    I can imagine reasons for doing
21  that.
22    Q    (By Mr. Marina) You can or cannot?
23    A    I can.
24    Q    Of course you can.  You agree
25  with me, sir, that -- let me get this

Page 316

JAMES D. FOLEY

1
2  straight.  If I have a system where I have
3  · eight colors, right?
4    A    Okay.
5    Q    And where I specify one bit for
6  red, one bit for green, one bit for blue?
7    A    Mm-hmm.
8    Q    So that, for example, 100 is
9  red?
10    A    The first one.  Okay.
11    Q    001 is green?
12    A    Mm-hmm.
13    Q    And 001 is blue.  Would it make
14  sense to have an index -- would it make
15  sense to have a color memory that has those
16  eight values in it, right?  Index color
17  memory using precisely the same bit values
18  that I use for the R, G, B values, right?
19    A    For instance, the 001 you were
20  just saying --
21    Q    So that I would specify an
22  index, I would store that index in a color
23  memory, in a video memory, right?
24    A    Mm-hmm.
25    Q    Where the color -- what's being

Page 317

JAMES D. FOLEY

1
2  stored in the video memory is the color,
3  right?
4    A    Mm-hmm.
5    Q    But then I would, nonetheless,
6  take the additional step of going to the
7  color memory to look up the very same color
8  that I've already stored in the video
9  memory.  Does that make any sense to you?
10    MR. BOYCE:  Objection.
11    Incomplete hypothetical.  Lacks
12    foundation.  Improper opinion
13    testimony.
14    Q    (By Mr. Marina) That doesn't make
15  any sense, right?
16    A    If I wanted to have the ability
17  to change the color, then I want to be
18  using the look-up table.
19    Q    But what if I cannot change the
20  color?
21    A    If you cannot change the color?
22    Q    Yeah, in the look-up table.
23  Then it wouldn't make any sense?
24    A    Is it a static?  There is a
25  look-up table?

TSG Reporting - Worldwide    877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 619**

Page 318

JAMES D. FOLEY

1
2    Q    It's static?
3    A    It's a static ROM look-up table.
4
5    Q    Yeah. Then it wouldn't make any
6    sense, right?
7         MR. BOYCE: Same objection.
8    A    It could make sense.
9    Q    (By Mr. Marina) it could make
10   sense. So it's your testimony, that
11   somebody's that's been in this field for 40
12   or so years, that I would specify an index as
13   an index, an R, G, B value and then look up
14   that very same R, G, B value that I'm
15   specifying in a color memory; is that your
16   testimony
17        MR. BOYCE: Same objection.
18   A    There are things I may want to
19   do -- may need to do with the output of
20   that look-up table to draw a display.
21   Q    (By Mr. Marina) Like what?
22   A    YIQ, for instance.
23   Q    But if I already have the R, G,
24   B value, why do I have to go to color --
25   A    If you're going to drive a TV

Page 319

JAMES D. FOLEY

1
2    set.
3    Q    So what would -- in that
4    situation what would be in look-up table,
5    YIQ values?
6    A    Yeah.
7    Q    Okay. Maybe that's the
8    confusion. You wouldn't -- it wouldn't
9    make sense to have R, G, B values in such a
10   table because you already have R, B, G
11   values stored in the memory?
12        MR. BOYCE: Objection.
13   Q    (By Mr. Marina) That's what I'm
14   getting at.
15   A    So here comes -- coming out of
16   the video memory I have something I know is
17   R, G, B.
18   Q    Right.
19   A    And the look-up table --
20   Q    Is R, G, B.
21   A    Basically, one to one?
22   Q    Right.
23   A    So if I go to entry 101, what's
24   going to be in there is 101.
25   Q    That makes no sense, right?

Page 320

JAMES D. FOLEY

1
2    A    And it's a hard -- it's read
3    only look-up table?
4    Q    Correct.
5    A    I'm not getting any functional
6    capability under the circumstances that you
7    suggested?
8    Q    Correct. So that wouldn't make
9    any sense, right? Under what we -- under
10   the parameters --
11        MR. BOYCE: Objection.
12   Interposing objection. We have an
13   incomplete hypothetical.
14   A    So that's error. We probably
15   also want to think of what's in the video
16   memory as something other than already
17   predefined R, G, Bs, then it makes sense.
18   Q    But if they are predefined --
19   A    It's a given. They're
20   Predefined R, G, Bs and that's all they
21   want to be.
22   Q    Then it wouldn't make any sense?
23        MR. BOYCE: Again, same
24   objection.
25   A    The moment -- see what -- why

Page 321

JAMES D. FOLEY

1
2    would we want to do that.
3    Q    Whatever happened to core, did
4    it become a standard?
5    A    There was a -- some of the ideas
6    from core became standards.
7    Q    Core itself didn't become
8    standard, right?
9    A    PHIGS which was built on top of
10   core became standard. That's P-H-I-G-S,
11   all caps. And a German system called GKS.
12   It became a standard. Core influenced both
13   of those.
14   Q    Okay. Now, let's answer my
15   question. Did core become a standard?
16   A    Portions of core became standard
17   through other later standards developments.
18   Q    So the answer is no, core did
19   not become a standard, right?
20   A    The entire core, as defined in
21   '77, did not, in its entirety become
22   standard. Again, parts of it become
23   standard.
24   Q    Did the raster extensions become
25   standard?

81 (Pages 318 to 321)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 620**

Page 322

JAMES D. FOLEY

1
2    A    I don't know.
3    Q    And the core '77 that you're
4  talking about, that was defective graphic
5  systems?
6    A    That's right.
7    Q    What happened to core, did the
8  working group just expand?  I mean, what
9  happened?
10    A    After -- there were follow-on
11  activities with ANSI, American National
12  Standards Institute, A-N-S-I, all caps.  To
13  do follow-on activities with ANSI.  We
14  talked about the PHIGS, P-H-I-G-S, all
15  caps.
16    Q    Were you involved with PHIGS?
17    A    I'm sorry?
18    Q    Were you involved with PHIGS?
19    A    No.  I went on to other things.
20    Q    Why is that?
21    A    The intellectual part of doing
22  the standards development was do something
23  you contribute, then want to do something
24  new.
25    Q    Were you unhappy that core was

Page 323

JAMES D. FOLEY

1
2  never standardized?
3    A    I was happy that a lot of ideas
4  from core found their way into standards.
5    Q    You don't know if the raster
6  extensions were standardized ed in any way?
7    A    I didn't follow everything that
8  happened after.
9    THE VIDEOGRAPHER:  Time is
10  5:36 p.m. and we're off the record.
11    (Recess taken)
12    THE VIDEOGRAPHER:  The time is
13  5:42 p.m. and we're back on the
14  record.
15    Q    (By Mr. Marina) I think you said
16  there was a working version of the GW core
17  system in 1978; is that right?
18    A    Yeah, there certainly a working
19  version in, say, the second half of
20  '78 because that's when we did the paper
21  with images from the core system.
22    Q    Is there a document that
23  describes all of the, you know, functions
24  that were available in that system as of
25  that date?

Page 324

JAMES D. FOLEY

1
2    A    Sorry?
3    Q    Is there a document that
4  describes all the functions that are
5  available of that system as of that date?
6    A    Not that I have.
7    Q    And were changes made to the
8  system subsequent to 1978?
9    A    The -- okay, I understand what
10  you're asking.  The design -- I mean, here
11  the design was done and we then were
12  progressively implementing adding more
13  device drivers.
14    Q    Was the software made public at
15  that point?
16    A    At which point?
17    Q    In 1978?
18    A    Certainly being used by us.
19  Exactly who had it when, as we discussed
20  earlier, the exact date of distribution I
21  can't speak to.
22    Q    And Appendix C to the NASA
23  report, when was that prepared?
24    A    I'm sorry, what about it?
25    Q    When was it prepared?

Page 325

JAMES D. FOLEY

1
2    A    It was prepared over a period of
3  time.  Certainly no later than the date on
4  this.
5    Q    Which is what?
6    A    5/27/80, I believe.  May 27th.
7    Q    And Appendix C describes the
8  device dependent portion of the GW core --
9    A    It described the high-level
10  architecture of the device dependent
11  portion.  It described in detail the device
12  independent to the device driver interface.
13    Q    So to make the core system work,
14  you needed device dependent portion, right?
15  To make an actual system?
16    A    Oh, sure.  Yes, you needed both
17  the device independent -- you needed it
18  all, which was device independent and
19  device drivers for your devices and some of
20  the devices that we were -- particularly,
21  the Tektronix was a very, very common
22  device.  Tens of thousands of electronics
23  displays to work with.
24    Q    When did GW -- the GW core
25  system work with Ramtek 9400?

82 (Pages 322 to 325)

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 621**

Page 326

JAMES D. FOLEY

1
2    A    Not too long after we got the
3  9400.
4    Q    When was that, do you recall?
5    A    My recollection is we got it
6  sometime in -- toward the end of '79.
7    Q    So it would have been right
8  around -- actually, right around the time,
9  early 1980s. Early 1980s, something like
10 that?
11   A    Late '79 going into -- Robert
12 Yin was a full time, real sharp guy who did
13 the driver for us.
14   Q    So you needed to create the
15 driver, right, once you got the machine
16 in-house?
17   A    Well, not necessarily.  Once we
18 got the machine in-house because we had the
19 documentation, so we knew what it was going
20 to look like.
21   Q    Okay.  Certainly you were
22 working on the driver for some period of
23 time after you purchased the machine?
24   A    Had to certainly check out the
25 driver, make sure it works after the

Page 327

JAMES D. FOLEY

1
2  machine arrives.
3    Q    Is there any documentation about
4  that process, that exists right now?
5    A    No, not to my knowledge.
6    Q    And then, finally, your -- I
7  just want to get the record straight.  You
8  wrote a textbook, correct?
9    A    Yes, indeed.
10   Q    And that textbook was published
11 no earlier than July 1981, correct?
12   A    It was -- the hard copy from
13 Addison Wesley was no earlier that July
14 '81.  Drafts of chapters of that were
15 widely circulated and used in teaching at
16 all the universities.
17   Q    Do yo have copies of those
18 drafts anywhere?
19   A    No.
20   Q    Do you know which chapter they
21 were?
22   A    All chapters were circulated.
23   Q    Do you how the chapters may have
24 changed from the time they were circulated
25 as drafts to the final publishing?

Page 328

JAMES D. FOLEY

1
2    A    No, I don't have copies of
3  those.  I don't have copies of those
4  divisions or whatever.
5         MR. MARINA:  Okay.  That's it.
6  No further questions.
7         MR. BOYCE:  None here.
8         THE VIDEOGRAPHER:  All right.
9  This will be the end of tape number 8,
10 in the deposition of James Foley.
11 Time is 5:47 p.m. and we're off the
12 record.
13        (Deposition concluded at 5:47
14 p.m.)
15
16
17
18
19
20
21
22
23
24
25

Page 329

JAMES D. FOLEY

1
2         E R R A T A  S H E E T
3         Pursuant to Rule 30 (7) (e) of
4  the Federal Rules of Civil Procedure
5  and/or Georgia Code Annotated
6  81A-130(B)(6)(e), any changes in form or
7  substance which you desire to make to your
8  deposition testimony shall be entered upon
9  the deposition with a statement of the
10 reasons given for making them.
11        To assist you in making any
12 such corrections, please use the form
13 below.  If supplemental or additional
14 pages are necessary, please furnish same
15 and attach them to this errata sheet.
16        - - -
17
18        I, the undersigned, JAMES D.
19 FOLEY,do hereby certify that I have read
20 the foregoing deposition and that to the
21 best of my knowledge, said deposition is
22 true and accurate (with the exception of
23 the following changes noted below)
24 Page_____/Line_____/Should
25 Read:_____

83  (Pages 326 to 329)

TSG Reporting - Worldwide        877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 622**

Page 330

```
 1          JAMES D. FOLEY
 2   _____
 3   Reason:_____
 4
 5   Page_____/Line_____/Should
 6     Read:_____
 7                           _____
 8   Reason:_____
 9
10   Page_____/Line_____/Should
11     Read:_____
12                           _____
13   Reason:_____
14
15   Page_____/Line_____/Should
16     Read:_____
17                           _____
18   Reason:_____
19
20   Page_____/Line_____/Should
21     Read:_____
22                           _____
23   Reason:_____
24
25   Page_____/Line_____/Should
```

Page 332

```
 1          JAMES D. FOLEY
 2   Reason:_____
 3
 4   Page_____/Line_____/Should
 5     Read:_____
 6                           _____
 7   Reason:_____
 8
 9   Page_____/Line_____/Should
10     Read:_____
11                           _____
12   Reason:_____
13   Page_____/Line_____/Should
14     Read:_____
15   Page_____/Line_____/Should
16     Read:_____
17                           _____
18   Reason:_____
19
20   Page_____/Line_____/Should
21     Read:_____
22                           _____
23   Reason:_____
24
25   Page_____/Line_____/Should
```

Page 331

```
 1          JAMES D. FOLEY
 2     Read:_____
 3                           _____
 4   Reason:_____
 5
 6   Page_____/Line_____/Should
 7     Read:_____
 8   Page_____/Line_____/Should
 9     Read:_____
10                           _____
11   Reason:_____
12
13   Page_____/Line_____/Should
14     Read:_____
15
16   Reason:_____
17
18   Page_____/Line_____/Should
19     Read:_____
20                           _____
21   Reason:_____
22
23   Page_____/Line_____/Should
24     Read:_____
25
```

Page 333

```
 1          JAMES D. FOLEY
 2     Read:_____
 3                           _____
 4   Reason:_____
 5
 6   Page_____/Line_____/Should
 7     Reads:_____
 8
 9   Reason:_____
10
11   Page_____/Line_____/Should
12     Read:_____
13                           _____
14   Reason:_____
15
16   Page_____/Line_____/Should
17     Read:_____
18
19   Reason:_____
20
21   Page_____/Line_____/Should
22     Read:_____
23                           _____
24
25   Reason:_____
```

84 (Pages 330 to 333)

**Exhibit 17**
**Page 623**

Page 334

1      JAMES D. FOLEY
2
3  Page_____/Line_____/Should
4
5  _____
6      JAMES D. FOLEY,
7
   Sworn to and subscribed before me,
8
   _____, Notary
9  Public.
10 This_____day of_____, 20_____.
   My Commission Expires:
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 336

1          JAMES D. FOLEY
2  reporting services for this deposition.  I
3  will not be taking this deposition under
4  any contract that is prohibited by O.C.G.A.
5  15-14-7 (a) or (b).
6          I have no written contract to
7  provide reporting services with any party
8  to the case, any counsel in the case or any
9  reporter or reporting agency from whom a
10 referral might have been made to cover this
11 deposition.  I will charge my usual and
12 customary rates to all parties in the case.
13 This, the 8th day of November 2007.
14
15
16
17       _____
18       Charisse Kitt, CCR-B-2528.
         My commission Expires.
19       May 2, 2010.
20
21
22
23
24
25

Page 335

1      JAMES D. FOLEY
2      C E R T I F I C A T E
3  G E O R G I A
4  HENRY COUNTY:
5
6
7          I hereby certify, that the
8  foregoing deposition was reported, as
9  stated in the caption and the questions and
10 answers thereto were reduced to the written
11 page under my direction; that the foregoing
12 pages 1 through 336 represent a true and
13 correct transcript of the evidence given.
14 I further certify that I am not in any way
15 financially interested in the result of
16 said case.
17         Pursuant to Rules and
18 Regulations of the Board of Court Reporting
19 of the Judicial Council of Georgia, I make
20 the following; disclosure:
21         I am a Georgia Certified Court
22 Reporter.  I am here as an independent
23 contractor for TSG Reporting
24         I was contacted by the offices
25 of TSG Reporting, to provide court

TSG Reporting - Worldwide    877-702-9580

0c71dcd8-21eb-4b04-a875-b3b815243112

**Exhibit 17**
**Page 624**