# COLOR TABLE ANIMATION

Richard G. Shoup

Xerox Palo Alto Research Center
Palo Alto, CA

ABSTRACT

Even a small amount of animation can greatly enhance graphic communication -- particularly when it is desired to show change, movement, or a complex idea or relationship. In raster scan display systems, however, the cost of providing animation has usually been prohibitively high due to the large bandwidths involved in changing a picture rapidly. This paper decribes a simple method for providing a limited but very useful real-time interactive animation capability on many existing frame buffer systems. Color table animation relies on changing only the colors of objects and areas present within a single, static picture via the frame buffer's color table RAM. Several variations of this technique are discussed and examples are given of such a capability in use for illustration, educational animation, and television graphics.

Key words and phrases: computer animation, color table, raster scan, frame buffer, computer graphics.

CR Categories: 8.2, 3.41, 3.11.

INTRODUCTION

The value of dynamics in visual communication is great. It is said that a picture is worth a thousand words (more than *ten* thousand, according to the old Chinese proverb), and a picture which moves is often worth at least a thousand static pictures. Despite recent technological advances and reductions in the cost of digital hardware, animation is still prohibitively expensive or impossible in most raster scan display systems. For systems where significant animation is required, off-line or non-real-time generation of the images is often necessary. While these approaches can be completely general, they lack the powerful capability of interactively editing and manipulating the animation as it is being created.

Direct updating of a frame buffer image generally requires a large amount of bandwidth. A typical frame buffer picture is represented by over 2 Mbits of pixel data (480 x 640 x 8 bits/pixel, for example) which must be updated at a rate of at least 10 frames per second for reasonably smooth animation. Thus at least 20 Mbits/sec must be transferred more or less continuously in order to provide animation by this direct update approach. Very few frame buffer systems can support such a data rate from CPU to frame buffer, no less from disk or other secondary storage.

There are several ways in which dynamics and animation have been achieved in raster scan display systems:

1. The picture can be computed on-the-fly from a higher-level data structure. Using real-time hardware and perhaps also double-buffering of the image, new frames are continuously scan-converted from the object data structure. This general approach has been used extensively, for example, in visual flight simulators where the data structure consists of polygons in 3-space[1]. While a certain degree of real-time interaction is hereby provided, this type of system requires large computing power obtained via special-purpose hardware and is consequently very expensive by comparison to a static display of the same data base.

2. Various methods can be employed to reduce the real-time picture update bandwidth to the range which can be supplied from secondary storage[2]. Such methods include run-length or other encoding of pixel data, reduced resolution, updating only changed elements, structured overlays, etc. Thus a representation which is close to the final picture data can be computed, stored on disk and later played back in real-time. This approach usually requires a high-performance disk memory and a small amount of special-purpose hardware. More important, non-real-time picture generation severely limits the interaction possible during creation of the animation and therefore requires much greater predictive skills on the part of the user (just as in conventional cel animation). A separate outline or "pencil test" capability[3] may also be provided which permits previewing in real time.

3. A frame-at-a-time recording device such as a video disk or film camera can be used to record the already-computed or assembled frames at a rate less than real-time and later play them back at full speed[4,5]. This recording device is often expensive compared to the computing and display hardware itself. Again the interactive possibilities are very limited.

4. Another real-time approach has been implemented in a personal computer[6] where the images are composed of overlaid bit-maps, albeit in black/white (1 bit/pixel) and at fairly low resolution (256 x 256) and update rate (3-10 frames/sec). In this case, the hand-drawn bit-map

© 1979 ACM O-89791-004—4/79/0800—008 $00.75
See Copyright Pg.

8

GW-LT 442520

Exhibit 18
Page 625

images resident in main memory are assembled (overlaid in a manner analogous to an animator's cels) via fast CPU microcode. This system does permit the user to interact with the ongoing animation -- an extremely valuable capability when creating an animation or when the system is used directly in a teaching situation, for example.

The display CRT in this system is refreshed directly out of main memory instead of from a separate frame buffer memory. Thus the picture data can be addressed and manipulated directly by the CPU. However, this approach requires that the memory capacity and the bandwidth necessary to drive the display be available from main memory in addition to that normally needed for computation. This is reasonable in the present system, since the image being displayed requires only 4K 16-bit words and a peak bandwidth of ~10 Mbit/sec. However, a full 2-Mbit frame buffer would require an additional 128K 16-bit words of main memory and a peak bandwidth of 96 Mbit/sec. The tradeoff here is between a display which is limited by the bandwidth and size of a memory built to CPU requirements, and a main memory with significantly greater bandwidth and size (and cost) than is appropriate to the CPU alone. In general, the requirements of general-purpose computing and those of image processing and display are quite disparate.

5. In a somewhat different vein, Computer Image Corporation has used highly-interactive *analog* computer animation systems for over 10 years in the production of television graphics and animation[7]. The disadvantages of the analog scan conversion approach are strongly offset by the ability to perform motion, scale change and deformations interactively in real time.

Fortunately, even motion which is graphically very simple can produce a vastly more effective visual communication than a still image. In short, *a little animation goes a long way*. If we are willing to forego full Disney-style animation and strongly limit the content and dynamics of our images, then much simpler, highly interactive solutions can be found. Also fortunately, flat-color 2-D cartoon-like animation is quite an adequate and familiar medium for many graphical communications such as illustrations, diagrams, charts, presentation aids, etc. and in education, television graphics and advertising.

COLOR TABLE ANIMATION

Color table animation simply relies on changing only the *colors* of objects and areas present within a *single, static* picture by using the frame buffer's color table RAM. This idea has been independently implemented on various frame buffer systems with attractive results[8,9]. Although the animation effects which are possible are somewhat limited, a little ingenuity on the part of the artist results in a suprisingly rich variety of visual expression. A good user interface and a considerable period of first-hand experimentation are necessary, in fact, to fully appreciate the possibilities.

Color table RAMs have been available on various frame buffer systems for some time[10,11,12]. Color tables are frequently used to provide gamma correction or other compensation or to create a pseudo-color display of monochrome data. Figure 1 shows a typical frame buffer system with a color table. Numbers stored in the frame buffer memory at each pixel can be thought of as representing virtual color *names* in a manner analogous to a virtual address space. For example, if the frame buffer stores 8 bits/pixel, then 256 independent virtual colors may appear within the picture. The color table consists of 256 words, each containing the values of the red, green, and blue components corresponding to one pixel value (color name). During scanning, each pixel value is read from memory and is used to address the color table RAM. The resulting primary component values are then passed to the D/A converters.



Figure 1. Frame buffer with color table.

Usually, the color table RAM can be updated quickly (a few μsec per word) under program control from the CPU. Thus most or all of the virtual color space can be changed in a short time such as during the display's vertical blanking interval (~1.3 msec in the case of conventional 525-line television). If 10 μsec are required to change a word in the table, for example, then all 256 color definitions can be changed in two vertical interval times, e. g. at full frame rate. Usually, a slower rate is desired and the effective speed of the animation can be controlled by simply updating the color table less frequently.

SIMPLE CASES

The simplest case of color table animation is *color cycling*. In this case, every color definition in the color table is simply shifted by one pixel value (one address) in a cyclic fashion. Color cycling produces an effect similar to the animated signs often seen in store showroom displays utilizing a light, a spinning polarizer disk and colored cellophanes. This effect can be used to create smooth fluid flow (Figure 2a) or discrete stepping motion of many objects simultaneously (Figure 2b).

GW-LT 442521

Exhibit 18
Page 626



Figure 2a. Cycling animation - hot water faucet.



Figure 2b. Cycling animation - ink jet printer.



Figure 3a. Alternate-color animation - bouncing ball.



Figure 3b. Alternate-color animation with several independent motions - autumn.

10

GW-LT 442522

Exhibit 18
Page 627

A more interesting variation is *alternate-color animation*. Several positions of an object are present in the picture, each in a different color number (pixel value). Initially all color definitions are set equal to the background color so that all the positions of the object are effectively invisible. The animated effect is then created by changing color definitions one at a time from background to foreground color so as to reveal the hidden objects in sequence. See Figures 3a and 3b. Notice that successive images can be different in shape and size so that much more than just a simple translating motion is possible. Furthermore, several objects or areas can be in apparent motion simultaneously. This technique can also be used to sequentially reveal parts of an illustration or diagram (like the block diagram in Figure 1, for example) as the speaker refers to them.

By providing an entire set of background and foreground colors, objects can be made to move over a multi-colored background so long as each object position has only one color of background "behind" it. This means that it is difficult to move an object over a textured or highly detailed background. The most serious restriction in this type of animation, however, is that successive positions of the object(s) must be disjoint and cannot overlap or intersect one another. The number of steps in the animation is, of course, limited in all these cases by the available number of possible pixel values. All examples shown here were created in a 4-bit/pixel frame buffer and utilize ten steps or less.

Ideally, transitions between steps in the animation should be done smoothly by using an interpolated path in color space[13,14] rather than a sudden change. See Figure 4. This is essential in television graphics for a pleasing visual effect at all but the fastest speeds.



Figure 4. Linear interpolation between successive steps.

FURTHER VARIATIONS AND EXTENSIONS

Variations of color table animation are limited only by the programmer's ingenuity. For example, overlapping can be allowed by using additional pixel values to handle the areas of intersection of successive positions. Also, if a larger color space is available, several totally independent motions or speeds can be depicted by utilizing disjoint sets of colors.

If double buffering is available, a second image could be read in from disk memory while animation is underway using the first. Thus a longer animated sequence might be made up of a number of images, each of which provides a few frames of the animation via color table techniques.

THE GENERAL CASE

The animation methods described above do not readily permit very general movement, deformation, overlap of successive steps, etc. To obtain completely arbitrary motion, we can combine several frames of an animated movement into one image and allocate a different color number to every unique area in the *composite* picture. See Figure 5. Then, each frame in the animation can be displayed by simply setting the appropriate color definitions so as to make visible the areas which appear in that particular frame.



Figure 5. General case (i=2, n=2, A=4) with overlapping areas - bending arm.

Suppose there are i colors in an object we wish to animate (including at least one background color) and n frames in the animated movement. Since each pixel can be required to assume any of the i colors in each of the n frames, the number of distinct areas (and thus the total number of pixel values used) in the composite picture is at most $A = i^n$. If a 256-color space is being used, for example, then possible values for i, n and A are:

| colors $i$ | frames $n$ | areas max $A$ |
|---|---|---|
| 2 | 8 | 256 |
| 3 | 5 | 243 |
| 4 | 4 | 256 |
| 6 | 3 | 216 |
| 16 | 2 | 256 |

11

GW-LT 442523

Exhibit 18
Page 628

Thus an object drawn with two colors plus background could move or deform arbitrarily in a five-frame animation cycle. In practice, however, the number of areas actually necessary is often much less than this limit since not all areas intersect all others during motion. Thus, more frames and/or more colors than indicated here may be possible depending on the content of the animation. While only a small number of colors and frames can usually be handled in this way, there are no restrictions on the kind of motion possible.

APPLICATION AND EXAMPLES

The system utilized to create these illustrations and examples was built in 1973 and developed subsequently at the Xerox Palo Alto Research Center by this author and is known informally as "SuperPaint"[15]. It provides an image of 480 x 640 pixels in a standard 525-line raster at 8 bits/pixel with a 256-word 10-bit/component color table. The color table can be updated by the program during both vertical and horizontal blanking intervals. The system can also be configured as two 4-bit/pixel frame buffers, each with its own 16-word color table and separate D/As and RGB video outputs. Standard composite video is also available via an NTSC encoder. Hardcopy output is provided via a laser-driven xerographic color printer.

The usual mode of operation maintains the menu or control panel picture in one frame buffer and the new image being created in the other. The SuperPaint software provides several different types of color table animation with interpolation, color space editing and variable speed and cueing control. Painting or pointing into the picture (with an arrow-shaped brush, for example) can take place while the animation is running in real time.

In the SuperPaint program, ten colors are used for cycling and animation and six are static or background colors. It is worth noting that only ten animating colors (or ten steps in the animation) have proved to be quite sufficient for most simple cartoon-like animated graphics of this type.

Figures 6a through 6d show various examples of color table animation created for the NASA Pioneer Venus mission in December 1978 and seen widely on television news broadcasts. Figures 7a and 7b show diagram examples created recently for the PBS television series "Over Easy".

CONCLUSIONS

Color table animation is a useful and inexpensive technique for creating real-time dynamics and animation in a frame buffer display system. Our application here is not continuous, story-telling animation, but rather short self-contained graphic communications such as diagrams, illustrations for talks, charts, title sequences, transitional material, effects, etc. Although the animation available by this means is somewhat limited, it is more than adequate to convey a rich variety of graphical ideas and concepts.

ACKNOWLEDGEMENTS

I would like to thank Bob Flegal for his early versions of this idea and Damon Rarey for his enthusiastic use of the system as a real graphic arts tool.

REFERENCES

1. Weinberg, R. Computer Graphics in Support of Space Shuttle Simulation. *Proc. ACM Siggraph '78, Computer Graphics 12*, 3 (Aug. 1978), 82-86

2. Hackathorn, R. J. Anima II: A 3-D Color Animation System. *Proc. ACM Siggraph '77, Computer Graphics 11*, 2 (Summer 1977), 54-64.

3. Levoy, M. A Color Animation System Based on the Multiplane Technique. *Proc. ACM Siggraph '77, Computer Graphics 11*, 2 (Summer 1977), 65-71.

4. Goldstein, R. A System for Computer Animation of 3-D Objects. *Proc. 10th Annual UAIDE Meeting* (1971).

5. Catmull, E. The Problems of Computer-Assisted Animation. *Proc. ACM Siggraph '78, Computer Graphics 12*, 3 (Aug. 1978), 348-353.

6. Baecker, R. M. A Conversational Extensible System for the Animation of Shaded Images. *Proc. ACM Siggraph '76, Computer Graphics 10*, 2 (Summer 1976), 32-39.

7. Honey, F. J. Artist-Oriented Computer Animation. *J. Soc. of Motion Picture and Television Engineers*, (March, 1971).

8. Faust, M. Stanford University Artificial Intelligence Laboratory, private communication.

9. Lippman, A. MIT Architecture Machine Group, private communication.

10. Knowlton, K. Color display on the DDP-224 computer, private communication.

11. Kajiya, J. T., Sutherland, I. E., and Cheadle, E. C. A Random Access Video Frame Buffer. *Proc. IEEE Conf. on Computer Graphics, Pattern Recognition and Data Structure*, (May 1975) 1-6.

12. 9000 Series Display Systems, Ramtek Corporation, 585 North Mary Ave., Sunnyvale, CA 94086.

13. Smith, A. R. Color Gamut Transform Pairs. *Proc. ACM Siggraph '78, Computer Graphics 12*, 3 (Aug. 1978), 12-19.

14. Joblove, G. H. and Greenberg, D. Color Spaces for Computer Graphics. *Proc. ACM Siggraph '78, Computer Graphics 12*, 3 (Aug. 1978), 20-25.

15. Shoup, R. G. Some Experiments in Television Graphics and Animation Using a Digital Image Memory. Presented at the 13th Television Conf. of the SMPTE and published in <u>Digital Video Vol. II</u>, SMPTE, Scarsdale, 1979, 88-98.



Figure 6a. Solar wind around Venus. Particles appear to move at several different speeds as they near the planet.



Figure 6b. Spacecraft insertion into orbit around Venus.



Figure 6c. Pioneer probes separating from the bus spacecraft.



Figure 6d. Venus landscape with souvenir hunter and slowly drifting clouds.



Figure 7a. Diverticulitis. Animation shows bleeding and infection spreading.



Figure 7b. Weight distribution with flat and high-heeled shoes. Shoes alone, then add bones, then arrows in sequence.

13

GW-LT 442525

Exhibit 18
Page 630