International Telegraph and Telephone
Consultative Committee
(CCITT)
-------
VIIth Plenary Assembly
-------
Geneva, 1980

Document AP VII-No. 88-E
Published in September 1980

Original: English

This document is the same as:
COM VIII-No. 195-E

VIIth PLENARY ASSEMBLY - DOCUMENT    No.  88

STUDY GROUP VIII    - CONTRIBUTION No. 195
=================================================

SOURCE: STUDY GROUP VIII (Final Meeting, Montreal, June 1980)

TITLE : FINAL REPORT TO THE VIIth PLENARY ASSEMBLY (Part III) * - NEW AND
        REVISED RECOMMENDATIONS

-----------------

CONTENTS

|  |  | Page |
|---|---|---|
| **Section 1 - Proposed new Recommendations** | | |
| 1.1 | Draft Recommendation S.18 (ex S.a) – Conversion between International Telegraph Alphabet No. 2 and International Alphabet No. 5 | 3 |
| 1.2 | Draft Recommendation S.19 (ex S.y) – Calling and answering in the telex network with automatic terminal equipment | 9 |
| 1.3 | Draft Recommendation S.20 (ex S.b) – Automatic clearing procedure for a telex terminal | 10 |
| 1.4 | Draft Recommendation S.21 (ex S.x) – Use of display screens in telex machines | 12 |
| 1.5 | Draft Recommendation S.22 (ex S.e) – Use of "Conversation impossible" response to J/BELL signals from a telex terminal | 14 |
| 1.6 | Draft Recommendation S.60 (ex S.c) – Terminal equipment for use in the Teletex service | 15 |

_____

*   For Part I (Introduction) and Part II (Replies to the Questions) of
    this report, see AP VII-No. 87/COM VIII-No. 194. For Part IV (Questions
    proposed for study), see AP VII-No. 89/COM VIII-No. 196. For the Report of
    the Final Meeting, see COM VIII-No. 193.

(3977)

MSLT_1234880

Exhibit 23
Page 729

10  Draft Recommendation S.100

## INTERNATIONAL INFORMATION EXCHANGE FOR INTERACTIVE VIDEOTEX

### (Geneva, 1980)

CONTENTS

|  | | Page |
|---|---|---|
| Preamble | | |
| 1 | Purpose and scope of this Recommendation | 158 |
| 2 | General Videotex coding structure | 160 |
| 3 | Common features | 161 |
| 4 | Representation of alphanumeric characters in a Videotex system | 165 |
| 5 | Alphamosaic option | 168 |
| 6 | Alphageometric option | 180 |
| 7 | Dynamically redefinable character sets (DRCS) option | 193 |
| 8 | Alphaphotographic option | 194 |
| 9 | Service enhancements | 194 |
| 10 | Line and end-to-end protocols | 197 |
| 11 | Interworking with other services | 199 |
| Annexes | | |
| A | The extension scheme of ISO 2022 (Rev.79) | 201 |
| B | Repertoire of graphic characters | 202 |

The CCITT,

Considering

(a)   that there is increasing interest in public network-based new interactive information retrieval services using domestic television receivers suitably supplemented, or other apparatus, as terminal equipment;

(b)   that the CCIR is studying standards for broadcast Teletext services for general reception and has expressed a view that it is desirable that terminal equipment compatibility should exist between broadcast Teletext systems for general reception and public network-based data bank systems;

(3977)



ARCHIVES U.I.T. GENÈVE

(c)   that such services should be provided over public networks in accordance with CCITT Recommendations and may be required to operate as an international service;

(d)   that such services may interwork with terminals provided for text communication services (Teletex for example;

(e)   that some Administrations and recognized private operating agencies (RPOAs) intend to have an early introduction of, or have already introduced, public interactive Videotex services,

<u>unanimously recommends</u> that the following technical provisions be applied for international information exchange for interactive Videotex service.

# 1    Purpose and scope of the Recommendation

## 1.1    <u>Purpose</u>

1.1.1   The purpose of this Recommendation is:

a)   to facilitate an orderly introduction of early Videotex services (including the continuation of existing services, with a clear identification of potential enhancements that need to be considered in future developments);

b)   to identify parameters needed to design Videotex terminals; and

c)   to provide technical recommendations desirable for potential interworking of other services with Videotex services.

## 1.2    <u>Scope</u>

1.2.1   This Recommendation describes the characteristics of coded information that is exchanged between countries participating in the international interactive Videotex service (as described in Recommendation F.300) and defines the display features corresponding to its various elements.

1.2.2   Videotex systems are text communication systems having in addition the capability of a given level of pictorial representation and a repertoire of display attributes. The text and the pictures obtained are intended to be displayed using the current television (TV) raster standards of the different countries.

1.2.3   Different options are offered as a choice for the Administrations and RPOAs to implement their national services. Substantial degrees of compatibility exist between these options, but some transcoding may be necessary to facilitate interworking.

1.2.4   For the international service, four different options for representing pictorial information have been recognized:

a)   mosaic character sets;

b)   geometric system;

(3977)

MSLT_1234882

Exhibit 23
Page 731

c)   dynamically redefinable character sets;

d)   photographic representation.

These options are not mutually exclusive and it is possible that systems may develop using two or more options.

2.5   For international interworking, two categories of TV systems have to be considered:

a)   systems having a vertical resolution of 525 lines per TV frame at 30 TV frames per second;

b)   systems having a vertical resolution of 625 lines per TV frame at 25 TV frames per second.

2.6   Interworking problems at the pictorial level between countries having different recognized pictorial systems and/or television standards require further study.

2.7   This Recommendation is structured as follows:

| Sections 1, 2 and 3 | deal with the features common to all the options; |
| Section 4 | deals with the coding of characters of the Videotex alphanumeric repertoire defined in Annex B; |
| Section 5 | deals with the alphamosaic option; |
| Section 6 | deals with the alphageometric option; |
| Section 7 | deals with the Dynamically Redefinable Character Sets (DRCS) option; |
| Section 8 | deals with the alphaphotographic option; |
| Section 9 | deals with future enhancements and identifies features requiring further study such as: audio, downloaded software, motion, etc.; |
| Section 10 | deals with line and end-to-end protocols; |
| Section 11 | deals with interworking with other services. |

Some of these parts have not been completed, and therefore contain guidelines towards future extensions rather than a complete technical specification.

(3977)

MSLT_1234883

Exhibit 23
Page 732

## 2    General Videotex coding structure

### 2.1    General

2.1.1    The basis of the coding structure for the Videotex service is CCITT Recommendation V.3 and the international standards ISO 2022 (Rev.79), ISO 6937 (subject to ISO approval) for the seven-bit environment. Specifically, the shift-in code SI (0/15) invokes the GO set for alphanumeric text mode of operation, and the shift-out code SO (0/14) invokes the GI set, for all the models. (See Annex A.) The use of the 8-bit coding scheme is for further study.

2.1.2    In addition to the provisions made by ISO 2022, the transmission of alphabetic characters having diacritical signs is effected by transmitting the code representing the diacritical mark together with the code of the basic alphabetic character.

2.1.3    The different options are designated (and invoked) by specific escape sequences.

### 2.2    Designation and invocation in the context of the alphamosaic option

2.2.1    Two different modes for the alphamosaic option have been identified. They differ in their display control sets. These control sets are designated as the C1 set by control sequences of the form ESC 2/2 (F) where F is assigned by ISO. (A registration of these sets must be requested by CCITT.) Individual controls are represented by ESC Fe sequences.

2.2.2    The mosaic graphics set is designated (in the parallel mode) as the G1 set by an escape sequence of the form ESC 2/9 (F) or ESC 2/13 (F) to be allocated by ISO.

### 2.3    Designation and invocation in the context of the alphageometric option

2.3.1    The alphageometric coding scheme is to be designated and invoked by the escape sequence ESC 2/5 (5/x) in accordance with § 5.3.8 of ISO 2022 standard. This designates and invokes a complete code with interpretation as follows.

2.3.2    All the meanings and interpretation of Recommendation V.3 and ISO 2022 remain the same, including C0, G0 and G2 with the exception of SI and SO. The codes of the G1 set and their meanings and interpretations are as described in Section 6.

2.3.3    The designation and invocation of the complete code by the sequence ESC 2/5 (5/x) is to be determined only by ESC 2/9 (F) or ESC 2/13 (F), designating a normal G1 et.

(3977)

MSLT_1234884

Exhibit 23
Page 733

– 161 –
AP VII–No. 88–E

Designation and invocation in the context of DRCS

.1    A DRCS is a set of characters whose shapes are sent from the service
d down–loaded via the line. It may be used to represent alphabetic
characters, special symbols, or picture element symbols for constructing fine
graphics. Once loaded, the DRCS are regarded as members of a library that can
designated by appropriate ESC sequences as G0, G1, G2, G3 sets. One scheme
described in Section 7 in the context of a general architecture.

.5    Designation and invocation in the context of the alphaphotographic
option (for further study)

Common features

.1    General

.1.1    The features pertaining to individual systems will be described in the
corresponding paragraphs. The common features comprise common display features
and common control functions.

.2    Common display features

.2.1    The defined display area is that rectangular position of the display
in which all text and pictorial images may be presented (see Figure 1/S.100).

.2.2    The border area is that part of the visible display of a terminal
that is outside the defined display area (see Figure 1/S.100).



CCITT–44080

Figure 1/S.100 – Common display features

(3977)

MSLT_1234885

Exhibit 23
Page 734

AP VII-No. 88-E

3.3    Common format effector and code extension control functions

3.3.1    General

3.3.1.1  The format effector control functions described for the Videotex system permit the active drawing position to be moved on the visible display area. These are taken from the C0 set (see Figure 2/S.100) together with the Space character 2/0. In order to permit interworking between Videotex and other text communications services, these control functions have functional compatibility to the extent possible with the basic C0 control set utilized by these other services.

3.3.2    Format effector controls

3.3.2.1  Some of the format effector control functions may be used from terminal to computer with different meanings.

3.3.2.2  Active position backward (APB) causes the active position to be moved one character position backwards on the same row. APB on the first character position on the row moves the active position to the last character position of the preceding row. APB on the first character position on the first row moves the active position to the last character position of the last row.

(3977)

MSLT_1234886

Exhibit 23
Page 735

| b₇ | | | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| b₆ | | | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| b₅ | | | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| b₄ b₃ b₂ b₁ | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 0 0 0 0 | 0 | NUL | ① | | | | | | |
| 0 0 0 1 | 1 | ① | ① | | | | | | |
| 0 0 1 0 | 2 | ① | ① | | | | | | |
| 0 0 1 1 | 3 | ① | ① | | | | | | |
| 0 1 0 0 | 4 | ① | ① | | | | | | |
| 0 1 0 1 | 5 | ENQ | ① | | | | | | |
| 0 1 1 0 | 6 | ① | ① | | | | | | |
| 0 1 1 1 | 7 | ① | ① | | | | | | |
| 1 0 0 0 | 8 | APB | CAN | | | | | | |
| 1 0 0 1 | 9 | APF | SS2 | | | | | | |
| 1 0 1 0 | 10 | APD | ① | | | | | | |
| 1 0 1 1 | 11 | APU | ESC | | | | | | |
| 1 1 0 0 | 12 | CS | ① | | | | | | |
| 1 1 0 1 | 13 | APR | SS3 | | | | | | |
| 1 1 1 0 | 14 | SO | ① | | | | | | |
| 1 1 1 1 | 15 | SI | ① | | | | | | |

CCITT-48808

Figure 2/S.100 – The primary set of control functions for
International Interactive Videotex

Notes : 1. Reserved for future study.

2. Reserved for transmission control characters. Their use in
Videotex is for further study.

3. The definitions of these control functions are given in the
relevant options.

4. As in all the code tables in this Recommendation, the shaded
positions do not belong to the character set described.

(3977)

MSLT_1234887

Exhibit 23
Page 736

**3.3.2.3 Active position forward (APF)** causes the active position to be moved to the next character position forward on the same row. At the last position of the row, this control moves the active position to the first character position on the following row. APF on the last character position of the last row moves the active position to the first character position of the first row.

**3.3.2.4 Active position down (APD)** causes the active position to be moved to the equivalent character position on the following row. APD on the last row moves the active position of the equivalent character position of the first row of the display frame or causes a roll-up to be made.

**3.3.2.5 Active position up (APU)** causes the active position to be moved to the equivalent character position on the preceding row. APU on the first row moves the active position to the equivalent character position on the last row of the same display frame.

**3.3.2.6 Clear screen (CS)** causes the screen to be cleared and causes the active position to be moved to the first character position on the first row.

**3.3.2.7 Active position return (APR)** causes the active position to be moved to the first character position of the same row.

**3.3.2.8 Space (SP)** – a control function that causes the active position to be moved one character width forward on the same row. It is also regarded as a graphic character with a transparent foreground. In those systems that define an explicit background, the space copies the background colour into the active position and moves the active position one character width forward. If used in conjunction with the inversion attribute it copies the foreground colour into the active position and moves the active position one character width forward.

**3.3.2.9 Cancel (CAN)** is a control function that fills all the character positions of the row, after the active position, with Space and returns the active position to its original value.

**3.3.2.10 Active position home (APH)** causes the active position to be moved to the first position of the first row.

**3.3.3    Code extension control functions**

**3.3.3.1** Code extension control functions are used to expand the capability of the 7-bit code beyond 128 different characters or functions. Code extension functions alter the meaning of a number of characters following them.

**3.3.3.2 Escape (ESC)** is a control character that is used to provide additional control functions other than transmission control functions and that alters the meaning of a limited number of contiguously following bit combinations in the manner specified in Recommendation V.3.

**3.3.3.3 Control sequence introducer (CSI)** is a code extension control function that is used to provide coded representations for additional control functions, in particular for control functions with parameters such as presentation control functions.

(3977)

MSLT_1234888

Exhibit 23
Page 737

– 165 –
AP VII–No. 88–E

Shift out (SO) is a control character that is used in conjunction with the Shift in character to extend the graphic character set of the code that alters the meaning of the bit combinations of columns 2-7 of the code until the occurrence of the Shift in character, except that the meaning of the bit combinations corresponding to the Space character and the character (positions 2/0 and 7/15) are unaffected.

Shift in (SI) is a control character, used in conjunction with the Shift out character, that reinstates the former meanings of the bit combinations of columns 2-7 of the code table. It ensures that the Space and characters 2/0 and 7/15 are re-established in the geometric mode of operation.

Single shift (SS2) alters the meaning of the single bit combination following it. That bit combination must be one of those from columns 2 to 7 except 2/0 and 7/15. The meaning of the bit combination concerned is derived from an appropriately designated G2 graphic set.

Single shift (SS3) alters the meaning of the single-bit combination following it. That bit combination must be one of those from columns 2 to 7 except 2/0 and 7/15. The meaning of the bit combination concerned is derived from an appropriately designated G3 graphic set.

Miscellaneous

Null (NUL) may occur in non transparent modes in the received bit stream at the terminal. It shall be regarded as a time filler and discarded.

Enquiry (ENQ) is a control character used as a request for a response from a remote station, which response may include station identification and/or station status.

Coding of control functions

A proposed coding of the control functions described is shown in Figure 2/S.100 as a C0 set.

Representation of alphanumeric characters in a Videotex system

General

The repertoire for the Latin alphabet is shown in Annex B. The repertoire is derived from ISO 6937. Terminals capable of displaying a subset of the Videotex repertoire shall be permitted.

Character repertoires for non-latin based languages can be accommodated in a similar manner to the latin alphabet (for further study).

In addition to the provisions made by ISO 2022, the transmission of alphabetic character having diacritical signs is effected by transmitting the code representing the diacritical mark together with the code of the basic alphabetic character.

MSLT_1234889

Exhibit 23
Page 738

4.2     Coding

4.2.1    This section describes the coding of characters the shape of which stored in the terminal. Some languages require that consecutive letters or diacritical marks will be joined and that no space appear between the characters. When an intersymbol space is required it will be part of the character description.

4.2.2    The code tables are shown in Figures 3 and 4/S.100. The code combinations representing characters not included in the Videotex repertoire shall not be transmitted.

4.2.3    All the permitted combinations may be expected in the international exchange of information between two national services. It is the responsibility of Administrations and/or RPOAs to decide whether this exchange is a direct terminal to data-base operation or has to be performed through a gateway. See Recommendation F.300.

4.2.4    The graphic characters from columns 2, 3, 5 6 and 7 of the supplementary set are invoked one at the time by SS2.

4.2.5    A character with a diacritical mark is transmitted by the sequence SS2, a character from column 4 from the supplementary set, and the appropriate character from the primary set. The diacritical marks are non-spacing.

4.2.6    The ISO registration of graphics character sets will indicate any special features such as their use in conjunction with other graphic character sets or non spacing characters etc.

4.2.7    For languages based on other than the Latin alphabet further study is required.

(3977)

MSLT_1234890

Exhibit 23
Page 739

Figure 3/S.100 – The primary set of
graphic characters for
International Interactive
Videotex

Position 5/15 can be displayed as "low
line". –, or as square #, to represent
the terminator function required for
the existing Videotex services.



Figure 4/S.100 – The supplementary set of
graphic characters for
International Interactive
Videotex

MSLT_1234891

Exhibit 23
Page 740

- 168 -

AP VII-No. 88-E

## 5     Alphamosaic option

### 5.1     General

5.1.1     In the alphamosaic option, the display frame is composed of defined character positions, which may be occupied by any of the characters of the repertoire. The repertoire is composed of the alphanumeric repertoire and a mosaic repertoire. The mosaic repertoire is formed by dividing the character space into a matrix of 2 × 3 elements. There are 63 different combinations of these elements.

5.1.2     Two modes have been identified, which are known as serial and parallel modes respectively. The two modes are distinguished by their display control sets.

5.1.3     The two modes have common features and specific features described in Sections 5.2 to 5.4 below.

### 5.2     Common control functions

#### 5.2.1     General functions

Active position home (APH) causes the active position to be moved to the first position of the first row. Its coded representation is 1/14 in Figure 2/S.100.

#### 5.2.2     Device control functions

The following device control functions have been defined.

##### 5.2.2.1     Definitions

marker.     Cursor on (CON) causes the active position to be visualized as a

Cursor off (COF) causes the active position to be displayed in the same way as other character positions.

Device stop (DSP) causes a designated terminal device to stop.

Device start (DST) causes a designated terminal device to start.

Device wait (DW) causes a designated terminal device to pause.

##### 5.2.2.2     Coding

CON is coded 1/1, COF is coded 1/4 in the C0 set. DSP, DST and DW functions are coded as 3-character sequences of the Form ESC 3/x, (P) where x = 7, 6 and 5 respectively and P is a parameter that designates a particular device.

(3977)

MSLT_1234892

**Exhibit 23**
**Page 741**

### Serial mode

#### 3.1  General

3.1.1  The serial mode is based on the assumption that changes in character attributes normally occur in interword spacings. This results in control characters' being serially stored in the page memory and normally results in their display on the screen as a rectangle in the prevailing background colour. A set of 27 controls is incorporated in a C1 set (Figure 5/S.100). The C1 set is designated by a sequence ESC, 2/2, (F1), the final character will be allocated by ISO.

3.1.2  A display control of C1 is represented by a sequence ESC, (Fe), where (Fe) is a code specifying the particular control. The allocation of the code is given in Figure 5/S.100. Display controls of the serial set causes the active position to be moved one character position forward.

In that case, the position thus vacated is to be generally displayed as a space. The display control Hold graphics ESC 5/14 may modify this situation.

#### 3.2  Display control functions

3.2.1  The (Fe) codes are listed as follows:

3.2.2

| Alpha red      |   | Controls functions that cause |
|----------------|---|-------------------------------|
| Alpha green    |   | the currently designated      |
| Alpha yellow   | } | and invoked alphanumeric      |
| Alpha blue     |   | set to be displayed in the    |
| Alpha magenta  |   | indicated colour until the    |
| Alpha cyan     |   | occurrence of an explicit colour |
| Alpha white    |   | control or the end of a row.  |

(3977)

MSLT_1234893

Exhibit 23
Page 742

- 170 -

AP VII-No. 88-E

| b7 | | | | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| b6 | | | | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| b5 | | | | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| b4 | b3 | b2 | b1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 0 | 0 | 0 | 0 | 0 | | | | ① | ① | | |
| 0 | 0 | 0 | 1 | 1 | | | | Alpha Red | Graphics Red | | |
| 0 | 0 | 1 | 0 | 2 | | | | Alpha Green | Graphics Green | | |
| 0 | 0 | 1 | 1 | 3 | | | | Alpha Yellow | Graphics Yellow | | |
| 0 | 1 | 0 | 0 | 4 | | | | Alpha Blue | Graphics Blue | | |
| 0 | 1 | 0 | 1 | 5 | | | | Alpha Magenta | Graphics Magenta | | |
| 0 | 1 | 1 | 0 | 6 | | | | Alpha Cyan | Graphics Cyan | | |
| 0 | 1 | 1 | 1 | 7 | | | | Alpha White | Graphics White | | |
| 1 | 0 | 0 | 0 | 8 | | | | Flashing | Conceal Display | | |
| 1 | 0 | 0 | 1 | 9 | | | | Steady | Contiguous Graphics | | |
| 1 | 0 | 1 | 0 | 10 | | | | End Box ① | Separated Graphics | | |
| 1 | 0 | 1 | 1 | 11 | | | | Start Box ① | ① | | |
| 1 | 1 | 0 | 0 | 12 | | | | Normal Height | Black Background | | |
| 1 | 1 | 0 | 1 | 13 | | | | Double Height | New Background | | |
| 1 | 1 | 1 | 0 | 14 | | | | ① | Hold Graphics | | |
| 1 | 1 | 1 | 1 | 15 | | | | ① | Release Graphics | | |

Figure 5/S.100 - The supplementary set of control functions. Serial method.

CCITT-44120

① Reserved for further study.

This coding represents the final bit combination of $\underline{ESC}$ $F_e$ sequences in a 7-bit code.

(3977)

MSLT_1234894

Exhibit 23
Page 743

- 171 -
AP VII-No. 88-E



Figure 6/S.100 — The mosaic set for the serial mode with "blast-through" characters in columns 4 and 5

Separated graphics representation

CCITT 44130

(3977)

MSLT_1234895

Exhibit 23
Page 744

AP VII-No. 88–E

5.3.2.3  <u>Flashing</u> – a control function that causes the characters following it in the same row to be displayed alternately as they would normally be displayed, and as spaces, in the prevailing background colour, under the control of a timing device in the receiver.

5.3.2.4  <u>Steady</u> – a control function that causes the action of <u>Flashing</u> to be stopped.

5.3.2.5  <u>Start box</u> – reserved for starting the action of defining a picture area in a page of text (for further study).

5.3.2.6  <u>End box</u> – reserved for terminating the action of boxing (for further study).

5.3.2.7  <u>Normal height</u> – a control function that causes the graphic characters following it to occupy one character position each.

5.3.2.8  <u>Double height</u> – causes the characters following it to occupy each its active positive and the corresponding position on the following row.

5.3.2.9  Graphics red        Control functions that cause the mosaic
         Graphics green      graphic set to be displayed in the indicated
         Graphics yellow     colour until the occurrence of an explicit
         Graphics blue       colour control or the end of the row. Unallocated
         Graphics magenta    characters of the currently designated and invoked
         Graphics cyan       alphanumeric set to be displayed. This is defined
         Graphics white      as <u>blast-through</u> operation.

5.3.2.10  <u>Conceal display</u> – causes all characters following it although stored in the receiver to be displayed as spaces until the user chooses to reveal them.

5.3.2.11  <u>Contiguous graphics</u> – a control function that causes the mosaic set to be displayed as represented in Figure 6/S.100 with all cells being contiguous.

5.3.2.12  <u>Separated graphics</u> – a control function that causes the mosaics set to be displayed as represented in Figure 6/S.100 with all cells being separated by the prevailing background colour.

5.3.2.13  <u>Black background</u> – causes the background colour to be black.

5.3.2.14  <u>New background</u> – a control function that causes the current colour as defined by previous colour control functions to become the new background colour. The foreground colour is unchanged.

5.3.2.15  <u>Hold graphics</u> – causes the character positions occupied by display controls to be displayed by repetition of the last displayable mosaic character.

5.3.2.16  <u>Release graphics</u> – a control function that causes the action of <u>Hold graphics</u> to be stopped.

(3977)

MSLT_1234896

Exhibit 23
Page 745

– 173 –
AP VII–No. 88–E

3.3    **Mosaic graphics**

3.3.1  The **Serial mosaic** graphic set is given in Figure 6/S.100 and the default conditions of the method in Table 1/S.100.

TABLE 1/S.100

Serial method – Display modes and control characters

| DISPLAY MODE | | SET AT | SET AFTER NOTE 1 | COMPLEMENTARY DISPLAY MODE | | SET AT | SET AFTER NOTE 1 |
|---|---|---|---|---|---|---|---|
| ALPHANUMERICS | | Row Start | 4/1 4/2 4/3 4/4 4/5 4/6 4/7 | BLOCK GRAPHICS | | – | 5/1 5/2 5/3 5/4 5/5 5/6 5/7 |
| CONTIGUOUS | | Row Start 5/9 | 5/5 | SEPARATED | | 5/10 | 5/1C |
| FOREGROUND DISPLAY COLOUR | includes RED | Row Start | 4/1 4/3 4/5 4/7 5/1 5/3 5/5 5/7 | FOREGROUND DISPLAY COLOUR | excludes RED | – | 4/2 4/4 4/6 5/2 5/4 5/6 |
| | includes GREEN | Row Start | 4/2 4/3 4/6 4/7 5/2 5/3 5/6 5/7 | | excludes GREEN | – | 4/1 4/4 4/5 5/1 5/4 5/5 |
| | includes BLUE | Row Start | 4/4 4/5 4/6 4/7 5/4 5/5 5/6 5/7 | | excludes BLUE | – | 4/1 4/2 4/3 5/1 5/2 5/3 |
| BLACK BACKGROUND | | Row Start 5/12 | – | NEW BACKGROUND COLOUR | | 5/13 | – |
| REVEAL | | Row Start User Control | 4/1 4/2 4/3 4/4 4/5 4/6 4/7 5/1 5/2 5/3 5/4 5/5 5/6 5/7 | CONCEAL | | 5/8 | – |
| STEADY | | Row Start 4/9 | – | FLASH | | – | 4/8 |
| UNBOXED | | Row Start 4/10 | 4/10 | BOXED | | 4/11 | 4/11 |
| NORMAL HEIGHT | | Row Start 4/12 | – | DOUBLE HEIGHT | | – | 4/13 |
| RELEASE | | Row Start | 5/15 | HOLD | | 5/14 | – |

Note   : All attribute control characters are preceded by ESC

5.4      **Parallel mode**

5.4.1    **General**

5.4.1.1 The **parallel** mode is based on an explicit description of the display frame. This means that the active position is moved only by action of the format effectors or at the reception of spacing display characters. All other functions, including display functions, are non-spacing, not depending on whether the terminal needs a space or not on the screen to process them. It is the responsibility of the information provider to limit the display of the pages to fit the capability assumed to receive, without any modification, pages designed for lower grade terminals.

(3977)

MSLT_1234897

Exhibit 23
Page 746

- 174 -
AP VII-No. 88-E

5.4.1.2  In addition to functions described in Section 3.3, the following functions are defined.

Active position addressing (APA) - is followed by two characters. If these both range from 3/0 to 3/9, they represent in decimal form respectively the tens and units of the row address of the first character to be displayed. This first character will be displayed on the first character position of the addressed row. If they both range from 4/0 to 7/14, they represent respectively the row address and the column address, in binary form with 6 useful bits, of the first characters to be displayed.

Repeat (RPT) - this code indicates that the preceding graphics character is to be repeated. The number of repetitions is indicated in binary form by the six least significant bits of the subsequent character chosen from columns 4 to 7. The character itself is not included in the count. This function does not apply to control characters.

5.4.1.3  A supplementary set of 32 controls, of which 31 have been allocated, are coded as a C1 set (see Figure 7/S.100). The attributes defined by such controls become a property of the active position and move with it under the action of format effectors or spacing display characters.

5.4.1.4  The mosaic repertoire is coded as a G1 set, of which several representations may be defined (see Figure 8/S.100).

(3977)

MSLT_1234898

Exhibit 23
Page 747

- 175 -
AP VII-No. 88-E

| b7 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
| b6 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| b5 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |

| b4 b3 b2 b1 | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| 0 0 0 0 | 0 | | | | | Black Foreground | Black Background | | |
| 0 0 0 1 | 1 | | | | | Red F.... | Red B.... | | |
| 0 0 1 0 | 2 | | | | | Green F.... | Green B.... | | |
| 0 0 1 1 | 3 | | | | | Yellow F.... | Yellow B.... | | |
| 0 1 0 0 | 4 | | | | | Blue F.... | Blue B.... | | |
| 0 1 0 1 | 5 | | | | | Magenta F.... | Magenta B.... | | |
| 0 1 1 0 | 6 | | | | | Cyan F.... | Cyan B.... | | |
| 0 1 1 1 | 7 | | | | | White F.... | White B.... | | |
| 1 0 0 0 | 8 | | | | | Flash | Conceal Display | | |
| 1 0 0 1 | 9 | | | | | Steady | Stop Lining | | |
| 1 0 1 0 | 10 | | | | | End Box | Start Lining | | |
| 1 0 1 1 | 11 | | | | | Start Box ① | ② | | |
| 1 1 0 0 | 12 | | | | | Normal Size | Normal Polarity | | |
| 1 1 0 1 | 13 | | | | | Double Height | Inverted Polarity | | |
| 1 1 1 0 | 14 | | | | | Double Width | Transparent Background | | |
| 1 1 1 1 | 15 | | | | | Double Size | Reveal Display | | |

CCITT-44160

Figure 7/S.100 - Supplementary set of control-
functions, "parallel" mode

① For further study    ② Reserved for CSI

This coding represents the final bit combination
of ESC Fe sequences in a 7-bit code.

(3977)

MSLT_1234899

Exhibit 23
Page 748

- 176 -
AP VII-No. 88-E



"lined" mosaic character

CCITT-44150

Figure 8/S.100 - The mosaic character set, "parallel" mode.

(3977)

MSLT_1234900

Exhibit 23
Page 749

5.4.2   <u>Display control functions</u>

5.4.2.1 The display control functions are of two kinds depending on the range of their action:

- <u>Defined display area attributes</u> apply to individual character locations. Their action is limited to zones separated by APA functions;

- <u>Full screen attributes</u> apply to the full screen area and are taken as default values for defined display area attributes.

The defined display area attributes are coded as functions from the supplementary set of control functions (Figure 7/S.100) with two character escape sequences.

The full screen attribute is coded as a function from the supplementary set of control functions with four character escape sequences (see point 5.4.2.3).

5.4.2.2 Attributes for use in the defined display area are as follows.

5.4.2.2.1 <u>Black foreground</u>
<u>Red foreground</u>
<u>Green foreground</u>          Causes the following
<u>Yellow foreground</u>         characters to be written
<u>Blue foreground</u>           in the colour indicated.
<u>Magenta foreground</u>
<u>Cyan foreground</u>
<u>White foreground</u>

5.4.2.2.2 <u>Flashing</u> – causes the characters following it to be displayed alternatively as they would otherwise be displayed, and as spaces, under the control of a timing device in the receiver.

5.4.2.2.3 <u>Steady</u> – causes the action of <u>Flashing</u> to be stopped.

5.4.2.2.4 <u>Start box</u> – causes the characters following it to be inset or added to a television picture, when the receiver is in the user's control (for further study).

5.4.2.2.5 <u>End box</u> – causes the action of <u>Start box</u> to be stopped (for further study).

5.4.2.2.6 <u>Normal size</u> – causes the characters following it to occupy one character position each.

5.4.2.2.7 <u>Double height</u> – causes the characters following it to occupy each its active position and the corresponding position on the previous row. (The origin of a character is the bottom left corner of the character position.)

5.4.2.2.8 <u>Double width</u> – causes the characters following it to occupy two consecutive character positions on the same row, and the active position to be moved two positions forward with every character.

(3977)

MSLT_1234901

Exhibit 23
Page 750

5.4.2.2.9  <u>Double size</u> – causes the characters following it to occupy the active position, the next on the row and the two corresponding character positions on the previous row. The active position is moved two character positions forward with every character.

5.4.2.2.10   <u>Black background</u>
            <u>Red background</u>
            <u>Green background</u>
            <u>Yellow background</u>          Causes the following characters
            <u>Blue background</u>             to be displayed in their foreground
            <u>Magenta background</u>          colour on a background of the colour
            <u>Cyan background</u>             indicated.
            <u>White background</u>

5.4.2.2.11  <u>Transparent background</u> causes the characters following it to be displayed with a transparent background. This means the area not occupied by the foreground colour takes the underlying background colour. This may be one of the eight colours or the video picture as defined by the off screen attributes.

5.4.2.2.12  <u>Conceal display</u> causes the characters following it, in the same unit although stored in the receiver, to be displayed as spaces, until the user chooses to reveal them.

5.4.2.2.13  <u>Start lining</u> causes the characters following in the same unit to be lined. The shape of lining may be different depending on the character set used. In the case of the mosaic set, the lining causes the six cells to be separated with a background boundary.

5.4.2.2.14  <u>Stop lining</u> causes the action of <u>Start lining</u> to be stopped.

5.4.2.2.15  <u>Reveal display</u> causes the action of <u>Conceal display</u> to be stopped.

5.4.2.2.16  <u>Normal polarity</u> causes the action of <u>Inverted polarity</u> to be stopped.

5.4.2.2.17  <u>Inverted polarity</u> causes the characters following it, in the same unit, to be displayed as if the background and the foreground colour have been exchanged. In the flashing attribute, the polarity of the flashing clock is also inverted.

5.4.2.3  <u>Full-screen attributes</u>

5.4.2.3.1  Full-screen attributes apply for the total display period and include the border area. In addition, provisions are made for full-row attributes, applying for the entire row including the border area related to that row.

Full-screen attributes display controls are represented by four character <u>Escape</u> sequences of the form ESC 2/3 2/0 $F_e$ where $F_e$ is taken from Figure 7/S.100.

Full-row attributes display controls are represented by four-character <u>Escape</u> sequences of the form ESC 2/3 2/1 $F_e$.

(3977)

MSLT_1234902

Exhibit 23
Page 751

Note – The escape sequences have been assigned provisionally, subject to the approval of the corresponding changes to ISO 2022.

5.4.2.3.2  Full-screen attributes are used as default conditions for defined display area attributes.

5.4.2.3.3  The following full-screen attributes need precise definition:

- Transparent background: the full-screen area is occupied by a picture, which may not be part of the Videotex service (e.g. a television picture). Now concealed characters appear on this picture. If they are also displayed with defined display area transparent background, the foreground only appears over the picture. Concealed characters are displayed as transparent spaces.

- Conceal: the defined display area is in the full-screen background colour until the user chooses to reveal it or until this attribute is stopped by full-screen reveal.

- Full-screen reveal: this has the same action as the action of the user on the reveal key.

5.4.2.3.4  For row-defined full-screen attributes, the following may also apply:

- lined;

- double width;

- double height.

5.4.3     Coding of the mosaic repertoire

5.4.3.1  The mosaic repertoire is designated as a G1 set invoked by the SO function. Two alternative fonts (contiguous and separated) are proposed. The separated font is obtained by applying the lining attribute applied to the mosaic set. The mosaic set code table is given in Figure 8/S.100 together with examples of the fonts.

5.4.4     Default conditions

5.4.4.1  Default full-screen attributes – at the beginning of a display frame (initiated by function CS) the default conditions for full-screen attributes are set at white foreground, black background, single size, unboxed, revealed, steady, non-lined.

5.4.4.2  Default defined display area attributes – after functions directly addressing a character location on the screen (APH or APA function) the defined display area attributes are reset to the value of the current full-screen attributes.

5.4.4.3  Default full-row attributes – the default condition of full-row attributes is the current value of full-screen attributes.

(3977)

MSLT_1234903

Exhibit 23
Page 752

## 6    Alphageometric option

### 6.1    General

#### 6.1.1    Description

6.1.1.1  In the alphageometric option, the display is composed of alphanumeric texts and pictorial drawings that are defined in terms of geometric primitives transmitted to the terminal as drawing commands.

6.1.1.2  One coding scheme for the alphageometric option for Videotex is described in this Section.

#### 6.1.2    Designation and invocation of geometric codes

6.1.2.1  The designation and invocation of the alphageometric code is specified in Section 2.3.

#### 6.1.3    Geometric primitives

6.1.3.1  The coding scheme for the G1 set for the geometric model is based on geometric primitives. Each drawing primitive is specified in terms of Cartesian coordinates to describe the positions, end-points, or vertices of each drawing operation.

6.1.3.2  Geometric drawings are defined in terms of the drawing primitives: Point, Line, Arc, Rectangle, and Polygon.

#### 6.1.4    Drawing position

6.1.4.1  Drawings are positionally independent, therefore drawing primitives may overlay each other redefining the drawing at the position.

#### 6.1.5    Drawing space

6.1.5.1  Space for geometric drawing operations consists of a rectangular area entirely visible on the display screen. Any area of the display screen outside of the valid drawing area is termed a border area and it is not possible to specify a coordinate position in a border area.

#### 6.1.6    Picture element

6.1.6.1  The Cartesian coordinate grid is made up of square picture elements (pixels).

#### 6.1.7    Picture resolution

6.1.7.1  Any number of picture elements may be implemented. Hence, picture resolution is at the discretion of terminal manufacturers.

(3977)

MSLT_1234904

Exhibit 23
Page 753

### 1.8    Coordinate system

1.8.1  The coordinate specifications are defined based on a Cartesian 0 to 1 numbering scheme.

1.8.2  The numbering system is referenced to the visible valid drawing area and consists of coordinates ranging from 0 to 1 in both the X and Y axes, with coordinate values being specified as fractions of this range.

1.8.3  The coordinates are encoded in two's complement notation and specified as signed numbers to a minimum accuracy of 9 bits, including the sign bit. Increased accuracy is obtained by additional increments of 3 bits. Unused least significant bits are truncated when the coordinates are defined to a greater accuracy than can be handled by the terminal.

1.8.4  Display screens with non-square visible areas map into the square drawing area number system so that the origin (0, 0) remains in the lower left hand corner. On a television-like display with a 4:3 aspect ratio, this corresponds to a range of 0 to 0.99... in the X axis and 0 to approximately 0.75 in the Y axis. Drawing commands addressing te entire square 0 to 1 grid are permissible but only the circumscribed 4:3 area is visible.

### 2    Drawing command

### 2.1    General

2.1.1  Drawing commands consist of Operational codes (opcodes) and their associated data parameters.

2.1.2  Opcodes describe the types of drawing operation.

2.1.3  Following the Opcode byte are one or more blocks of additional bytes of data to describe one or more (X, Y) coordinate positions. Each block of data for the (X, Y) coordinates may contain 3 bytes (9 bits accuracy), 4 bytes (12 bits accuracy), etc., depending on the degree of resolution desired.

2.1.4  Figure 9/S.100 is the code table for the opcodes and data bytes or Status Sub-Commands.

(3977)

MSLT_1234905

Exhibit 23
Page 754

- 182 -
AP VII-No. 88-E



Figure 9/S.100 - G1 operation code and data field assignments

(3977)

MSLT_1234906

Exhibit 23
Page 755

**6.2.2    Opcode byte**

6.2.2.1 The structure of the Opcode byte is as shown in Figure 10/S.100.



Figure 10/S.100 – 8-bit Opcode Byte

**6.2.3    Opcode definitions**

6.2.3.1 <u>Point</u> sets the drawing beam to any position in the display space and optionally draws a point.

6.2.3.2 <u>Line</u> draws a line based on the two given end points.

6.2.3.3 <u>Arc</u> draws a circular arc based on three points, which are the start point, a point on the arc and the end point of the arc. A circle results when the start and end points are coincidental and the point on the arc defines the opposite end of the diameter. The arc may be either in outline or the area enclosed by the arc and the chord may be filled.

6.2.3.4 <u>Rectangle</u> draws a rectangle based on specified width and height. The rectangle may be in outline or a filled-in area.

6.2.3.5 <u>Polygon</u> draws a closed polygon of arbitrary shape specified by the vertices. The polygon may be in outline or a filled-in area. The maximum number of vertices is limited to 256.

6.2.3.6 <u>Spare</u>-an opcode available for future definition.

6.2.3.7 <u>Reserved</u>-an opcode reserved for a specific future application.

6.2.3.8 <u>Control</u> provides control over the modes or attributes of the drawing commands.

**6.2.4    Opcode facilities**

6.2.4.1 Each opcode has four variants; these are defined by the facility bits (b2 and b1) as shown in Figure 11/S.100. Facility field interpretations are as below.

(3977)

MSLT_1234907

Exhibit 23
Page 756

| OPCODE | b8 - PARITY | b7 - FLAG | b6 - | b5 - DESCRIPTOR FIELD b4 - b3 - | FACILITY FIELD 0 | b2 - 1 | 0 | b1 - 1 |
|--------|------|------|------|------|------|------|------|------|
| SPARE | P | 0 1 | 0 0 0 | - | - | - | - | |
| POINT | P | 0 1 | 0 0 1 | INVS | VIS | ABS | REL | |
| LINE | P | 0 1 | 0 1 0 | JOIN | SET | ABS | REL | |
| ARC | P | 0 1 | 0 1 1 | JOIN | SET | OUTLINE | FILL | |
| RECTANGLE | P | 0 1 | 1 0 0 | JOIN | SET | OUTLINE | FILL | |
| POLYGON | P | 0 1 | 1 0 1 | JOIN | SET | OUTLINE | FILL | |
| RESERVED | P | 0 1 | 1 1 0 | - | - | - | - | |
| CONTROL | P | 0 1 | 1 1 1 | | | | | |

Figure 11/S.100 - Opcode facilities

INVIS = Invisible
VIS   = Visible

ABS = Absolute
REL = Relative

**6.2.4.2** b2 is binary 1

a) Point    a visible point is drawn on the display screen.

b) Line, Arc, Rectangle, Polygon    the initial drawing position is specified within the data bytes as absolute (X, Y) coordinates, i.e., the initial point is Set.

**6.2.4.3** b2 is binary 0

a) Point    an invisible point is located on the display screen.

b) Line, Arc, Rectangle, Polygon    the initial drawing position is the same point as the final drawing position of the previous opcode, i.e., the current drawing is joined to the previous drawing.

(3977)

MSLT_1234908

Exhibit 23
Page 757

2.4.4  b1 is binary 1

    a)   Point       the (X, Y) coordinates are relative displacements to
                            the preceding coordinate specifications.

    b)   Line        the (X, Y) coordinates for the final drawing position
                            of a line segment are relative deplacements from
                            initial drawing position of that line segment.

    c)   Arc,
          Rectangle,  the areas established are filled or crosshatched.
          Polygon

2.4.5  b1 is binary 0

    a)   Point       the (X, Y) coordinates of the point are absolute
                            values.

    b)   Line        the (X, Y) coordinates of the final drawing position
                            of the line segment are absolute values.

    c)   Arc,
          Rectangle,  the drawings are outlined.
          Polygon

6.3  Opcode numeric data

6.3.1  The numerical data bytes associated with an opcode immediately follow
the opcode byte and are recognized when the flag bit (b7) is binary 1. Any
number of blocks of data bytes defining pairs of coordinates or drawing
displacements may follow the drawing opcode until one of the following
conditions occurs:

    a)   when another opcode is encountered;

    b)   when the Shift-In code (SI) is encountered;

    c)   when the Shift-out code (SO) is encountered;

    d)   when the Single-Shift codes (SS2 or SS3) are encountered;

    e)   when an Escape (ESC) code is encountered.

6.3.2  The minimum number of data bytes that forms a block that defines a
pair of x, y coordinates is three. The structure of the data block is shown in
Figure 12/S.100.

(3977)

MSLT_1234909

Exhibit 23
Page 758



Figure 12/S.100 - Structure of a Block of 3 data bytes

### 6.4    Repeated opcode operation

6.4.1    For each of the Point, Line and Rectangle opcodes, repeated drawing operations will automatically be effected if the numerical data field following the opcode byte contains more than one complete set of coordinate specifications. A complete set of coordinate specifications is defined as all the coordinates needed to define a Point, Line or Rectangle drawing as a single drawing. That is, the repeated drawing feature allows concatenated drawings to be effected without having to repeat the opcode itself.

### 6.5    Geometric control opcode

### 6.5.1    General

6.5.1.1    The Control opcodes control the drawing states of the terminal and the interpretation of the drawing opcode attributes. The sequence of Control opcodes and their Status sub-commands always precedes the opcodes for the geometric drawing primitives of Point, Line, Arc, Rectangle, Polygon. The controls also apply to text in Shift-in (SI) mode. The four Control opcodes, distinguished by the opcode facilities bits, (b2 and b1), are given in Figure 13/S.100.

(3977)

MSLT_1234910

Exhibit 23
Page 759



Figure 13/S.100 – Control.Codes

6.5.1.2  **Control (value)** defines the colour or grey scale accessed by subsequent drawing opcodes.

6.5.1.3  **Control (status)** provides extension to a field of sub-commands.

6.5.1.4  **Control (reserved)** this control opcode is reserved for future control commands.

6.5.1.5  **Control (private)** this control opcode is reserved for use by terminal manufacturers to implement proprietary non-standard functions.

6.5.2  **Attributes**

6.5.2.1  A number of drawing attributes may be applied to the drawing commands. Attributes are defined by appropriate coded sequences as described below. Once an attribute is defined, it remains valid until the attribute is redefined.

6.5.2.2  In the implementation of attributes, the level of sophistication and complexity are left to the discretion of the implementer.

6.5.2.3  For the different drawing attributes and their feature levels see Recommendation F.300.

6.5.3  **Control (value)**

6.5.3.1  This opcode specifies the colour attribute or grey scale value of the drawings (or text) that follow. Whether the **Control (value)** opcode and its associated data bytes contain colour or grey scale information, is pre-determined by the **Tonal** status sub-command (see § 6.5.4). The number of data bytes is variable and the sequence is terminated on the appearance of another opcode. Less significant bits for colour and grey scale information are truncated where they are not used. The bit assignments of the data bytes are shown in Figure 14/S.100 (only the six-bit data portion of the eight-bit byte is shown).

(3977)

MSLT_1234911

Exhibit 23
Page 760



Figure 14/S.100 - Bit assignments for grey scale or colour attributes

### 6.5.4    Control (status) and status sub-commands

6.5.4.1  The Control (status) opcode accesses a field of Status Sub-commands (columns 4, 5, 6 and 7) which define in detail all the modes of drawing operation or attributes. The sequence is always Control (status) followed by a Status sub-command, which in turn may or may not be further followed by parameter data bytes. Figure 15/S.100 gives the codings of the Status sub-commands. Detailed definitions of the Status sub-commands are given below.

(3977)

MSLT_1234912

Exhibit 23
Page 761

AP VII-No. 88-E



Figure 15/S.100 – Control (status) and Status Sub commands assignment

CCITT-44210

(3977)

MSLT_1234913

Exhibit 23
Page 762

6.5.4.2   (4/0) <u>Clear-to-black</u> clears the entire display to black.

6.5.4.3   (4/1) <u>Clear-to-transparent</u> clears the entire display of the screen to transparent. By transparent is meant that conventional television pictures can be mixed with Videotex images or text.

6.5.4.4   (4/2) <u>Clear-to-black and initialize</u> clears the entire display to black and resets the terminal to the default mode.

6.5.4.5   (4/3) <u>Clear-to-current colour</u> clears the entire display to the colour currently specified by the <u>Control (value)</u> opcode sequence.

6.5.4.6   (4/4) <u>Domain (3 Bytes)</u> – the block of numerical data that follows an opcode contains 3 Bytes. This is also the default condition.

6.5.4.7   (4/5) <u>Domain (4 Bytes)</u> – the block of numerical data that follows an opcode contains 4 Bytes.

6.5.4.8   (4/6) <u>Domain (5 Bytes)</u> – the block of numerical data that follows an opcode contains 5 Bytes.

6.5.4.9   (4/7) <u>Domain (6 Bytes)</u> – the block of numerical data that follows an opcode contains 6 Bytes.

6.5.4.10   (4/8) <u>Drawing (blink off)</u> – terminate the drawing (blink-on) status sub-command.

6.5.4.11   (4/9) <u>Reserved</u>

6.5.4.12   (4/10) <u>Drawing (Blink-on) (or flashing)</u> – causes the drawing (or text) that follows to flash in a repetitive manner for the purpose of drawing attention. In general, an object of any colour or grey scale may be blinked, but in some implementations, blinking may be restricted.

6.5.4.13   (4/11) <u>Reserved</u>

6.5.4.14   (4/12) <u>Tonal (colour)</u> designates that the <u>Control (value)</u> sequence carries colour information (see § 6.5.3).

6.5.4.15   (4/13) <u>Tonal (grey scale)</u> designates that the <u>Control (value)</u> sequence carries grey scale information (see § 6.5.3).

6.5.4.16   (4/14) <u>Reserved</u>

6.5.4.17   (4/15) <u>Reserved</u>

6.5.4.18   (5/0) <u>Line (solid)#</u> – the drawing lines will be solid. This is also the default condition.

6.5.4.19   (5/1) <u>Line (dotted)#</u> – the drawing lines will be dotted in texture.

(3977)

MSLT_1234914

**Exhibit 23**
**Page 763**

6.5.4.20  (5/2)  Line (dashed)# – the drawing lines will be dashed in texture.

6.5.4.21  (5/3)  Line (dot-dashed)# – the drawing lines will be dot-dashed in texture.

The line texture pattern is referenced to the absolute coordinate grid of the display screen so that the texture pattern aligns between drawing commands.

6.5.4.22  (5/4)  Fill fills the enclosed area drawn in the colour specified by the current Control (value) sequence.

6.5.5.23  (5/5)  Reserved

6.5.4.24  (5/6)  Fill (border highlight black) fills enclosed area drawn as 6.5.4.22 above and the circumscribing border is highlighted in black.

6.5.4.25  (5/7)  Reserved

6.5.4.26  (5/8)  Reserved

6.5.4.27  (5/9)  Reserved

6.5.4.28  (5/10)  Reserved

6.5.4.29  (5/11)  Reserved

6.5.4.30  (5/12)  Wait (timed) causes a delay of a specific time in processing and display. The length of wait is specified in tenths of a second, either by one associated parameter byte (6 bits for up to 6.3 seconds) or two parameter bytes (12 bits for up to 6.8 minutes).

6.5.4.31  (5/13)  Wait (Indefinite) causes an indefinite wait. This may be achieved by the terminal responding with a Pause flow control character (DC3 in CO set) towards the computer. The wait is then terminated when the terminal sends a Resume data flow character (DC1 in CO set).

6.5.4.32  (5/14)  Reserved

6.5.4.33  (5/15)  Reserved

6.5.4.34  (6/1)  Text Format – this sub-command has an associated data byte, which defines the text formats as follows:

Bit b6 = 0:    Free format, i.e., character strings are wrapped around on the right margin.

Bit b6 = 1:    Annotation format, i.e., character strings are in fixed positions on the screen.

Bit b5 = 0:    In Free format, character strings are broken on a character boundary.

(3977)

MSLT_1234915

Exhibit 23
Page 764

Bit b5 = 1:    In Free format, character strings are broken on a word boundary.

b4, b3:        Defines character rotation as shown in Figure 16/S.100. Rotated strings of characters proceed in the direction of rotation. However, all other format controls on characters such as APB, APF, APD, APU and APR have their (unrotated) orientation meanings.

b2, b1 =   0,0: Vertical spacing = 1.0

       =   0,1: Vertical spacing = 1.5

       =   1,0: Vertical spacing = 2.0

       =   1,1: Vertical spacing = 2.5



CCITT-44220

Figure 16/S.100  -  Character rotation

## 6.6    Default conditions

6.6.1    The default conditions of the attributes for the alphageometric coding scheme are summarized below:

|  |  |  |  | Reference |
|---|---|---|---|---|
| 1) | Control (value) | : | White | 6.5.3 |
| 2) | Tonal control | : | Tonal (colour) | 6.5.4.14 |
| 3) | Domain | : | 3 Bytes (9 bits) | 6.5.4.6 |
| 4) | Drawing | : | Blink off | 6.5.4.10 |

(3977)

MSLT_1234916

Exhibit 23
Page 765

| 5) | Line control | : | Solid line | | 6.5.4.18 |
| 6) | Fill | : | Solid fill (no highlight) | | 6.5.4.22 |
| 7) | Text format | : | a) Free format | | 6.5.4.34 |
| | | | b) Break on character boundary | } with bits 1 to 6 set to "0" | |
| | | | c) No rotation | | |
| | | | d) Vertical spacing = 1.0 | | |

## 7. Alpha-dynamically redefinable charcter sets (DRCS) option

### 7.1   General

7.1.1   A DRCS is a set of characters whose shapes are sent from the data-base and down-loaded via the line. It may be used to represent alphabetic characters, special symbols, or picture element symbols for constructing fine graphics. Once loaded, the DRCS are regarded as members of a library that can be designated by appropriate ESC sequences as G0, G1, G2, G3 sets. Several schemes for the DRCS option are possible. One scheme is described in this section in the context of a general architecture. When used in its alphanumeric mode DRCS may be employed as a part of the alphabetic representations of any other Videotex option and in that case the attributes associated with that option are to be used.

### 7.2   General architecture for down-loading DRCS

7.2.1   Initiation – the own-loading process is initiated by a designation and invocation sequence. This sequence is followed by one or more of the following functions.

7.2.2   Identification of character set (ICS) – this function must immediately follow the initiating sequence. It identifies the Escape sequence used for the designation of the character set.

7.2.3   Select coding method (SCM) – this function defines the type of coding used to describe the DRCS character.

7.2.4   Select dot composition (SDC) – this function defines the number of bits horizontally and vertically in a character matrix, the number of bits per pixel, the number of grey scale levels and the number of colours accessible within a character position.

7.2.5   Pattern transfer (PT) – is the active part of the down-loading process. It defines the code location of the first character and provides instructions and data to draw characters. It may also incorporate an error checking procedure.

7.2.6   Down-loading termination procedure (DLT) – the down-loading process is terminated by a specific procedure, which may include acknowledgement.

(3977)

MSLT_1234917

**Exhibit 23**
**Page 766**

7.3      A possible coding scheme for the DRCS option

7.3.1    Initiating sequence – the initiating sequence is ESC Fs followed by x bytes indicating the length of the loading data block, where x is for further study.

7.3.2    Termination procedure – the down-loading process is terminated by means of counting the length of the loading data block. See point 7.3.1.

7.3.3    Designation and invocation of loaded DRCS

7.3.3.1  Once loaded into the terminal, the DRCS is placed into a library. This library is used in the context of ISO 2022 in the 7-bit environment as implemented in earlier sections. Before invoking the designated DRCS, it is required to designate a C1 set to be associated with it. For the scheme described herein any of the C1 sets (to be registered) that are defined in Sections 2.2 and 2.3 may be used.

7.3.3.2  The designation sequence will be of the form ESC I1, 2/0, (I3...In)F, I1 will be 2/8, 2/9,...........or 2/5, I3....In are optional and if present together with F will identify the set. Means for associating the designating sequence with the process of defining the character shapes will be for further study.

8        Alphaphotographic option

8.1      The alphaphotographic option is used to render an image by the transmission and display of individual picture elements.

8.2.     This option may include both continuous-tone images such as pictures of faces, etc. as well as pattern-oriented techniques for the display of pictures, including graphics, Latin and non-Latin characters for text, etc. The system features and attributes include colour and monochrome.

8.3      The detailed system proposals are for further study.

9        Service enhancements

9.1      Introduction

9.1.1    Many Administrations * are offering or considering the introduction of a Videotex service, and it is recognized that this Recommendation may influence some of their decisions. While the other sections of this Recommendation contain details of those aspects of an international Videotex service that could be agreed upon, this section identifies certain potential enhancements (features or attributes) that some Administrations believe need to be considered in future developments.

9.1.2    It is recognized that some of these potential enhancements may only exist on national Videotex services, while others may have international application. However, an enhancement that begins on a national service only could become international in the future. Therefore, it is considered desirable to have international coordination of future enhancements.

---------
*   And/for RPOAs.

(3977)

MSLT_1234918

Exhibit 23
Page 767

9.2     General

9.2.1     The growth of international Videotex services during the years following the publications of this Recommendation will be greatly affected by the specific specifications contained in the other parts of this Recommendation. However, some Administrations* believe that experiments with and/or implementation of certain enhancements will allow the development of an international service that provides a range of capabilities that will maximize the desirability and utilization of Videotex service.

9.2.2     Some of the potential enhancements to Videotex service, national or international, are presented in the following paragraphs. This is for the purpose of identifying to interested Administrations* those enhancements that warrant serious consideration in the view of the CCITT, but which presently lack the level of detail sufficient to permit the full agreement by all Administrations*.

9.2.3     The enhancements have been grouped into three categories in order to assist the reader in understanding the application of each individual enhancement (which may be referred to by some Administrations* as attributes or features or some other descriptive phrase) and to prompt an orderly investigation of them:

    a)     display-related enhancements;

    b)     transmission-oriented enhancements;

    c)     system level enhancements.

9.3     Display related enhancements

9.3.1     Most of the currently planned and/or offered services utilize images created with only eight colours, which are formed by the various combinations (on or off) of three primary colours – red, green and blue. Limiting Videotex to eight colours is an unnecessary restriction, since the electronic emission devices controlling the red, green and blue colours can be caused to have more than just the two states of on or off. For example, with just eight different states or levels, a potential of 512 colours exist. Additionally, for those services that use a matrix-oriented screen (e.g. a mosaic graphic mode) different colours could be identified for foreground symbols to those for background areas.

9.3.2     The ability to simulate motion (i.e. animation) is a potential enhancement that can be achieved by several means. These include:

    a)     alternating between slightly different display frames stored in the terminal;

    b)     dynamically altering the colour of portions of the display image, making them appear or disappear by redefining the colour table (an image disappears when its colour is set to the same colour as the surrounding area);

    c)     execution of a resident program to redefine the image at a controlled rate.

(3977)

MSLT_1234919

Exhibit 23
Page 768

9.3.3    The flashing of symbols or areas of the display has typically been limited to changing the foreground symbol (in the case of a matrix-oriented screen) to the background colour, momentarily, or some other single-state change. An enhanced flashing capability could allow for different rates of change and for various conditions associated with each change (e.g. colour X to colour Y, rather than foreground colour to background colour or foreground colour to black).

9.3.4    Different pictorial (text and graphic) symbols may be developed that extend the repertoire of a Videotex service. This may be a fixed extension defined in the terminal memory, or can be a modification to the existing memory by downloading from the data base. The range of extended symbols includes different fonts of existing symbols, smoothed mosaic graphics, or other unique symbols.

9.4    Transmission oriented enhancements

9.4.1    The exchange of information directly between terminals, without communicating with a Videotex service, is considered by some Administrations as an enhanced capability, which could be of value to the users of Videotex terminals. Such a capability would require the existence of control functions that might not otherwise be available in some terminals that utilize certain existing or planned national Videotex services, but this should not cause any incompatibilities with such services.

9.4.2    The optimization of the coded character stream for maximum data rate is a valuable enhancement. This might be accomplished by utilizing an 8-bit per word coding format rather than the 7-bit per word format currently planned by most Administrations, coupled with a related decision on the line or link level protocol selected. The selection of an 8-bit per word format could permit a more efficient transmission of data.

In addition, such techniques as run-length-encoding might be specified in the Recommendation to reduce the transmission of unnecessary or redundant data. The choice of higher speed modems/circuits is also considered by some Administrations as a way to optimize the transfer of data within or between Videotex services.

9.4.3    For some applications of a Videotex service, sophisticated error detection and correction schemes may be required and should be considered with other transmission-oriented enhancements on future Videotex services.

9.5    System level enhancements

9.5.1    An enhancement seriously considered by some Administrations is the provision of a Videotex service that provides visual information, augmented by audio information. This capability could permit access by a terminal to visual-only information in a data base, and to visual/audio information in the same or other data base. The audio information might be associated with the visual information, or treated separately, or even alternately depending upon the implementation. The audio information might be analogue or digitally encoded or handled as a composite signal.

(3977)

MSLT_1234920

Exhibit 23
Page 769

AP VII–No. 88-E

9.5.2    The provisioning of peripheral input/output devices associated with the Videotex terminal is an important enhancement for future services. These could include magnetic storage devices for recording visual/audio information as received by the terminal, or recorded locally by the terminal for subsequent transmission to a data base or other terminal. Various hard copy printing devices could also be provided, with their design based upon the specific visual capabilities of the terminal, e.g. degree of resolution and colour of the image on the display screen.

**10        Line and end to end protocols**

10.1    The purpose of this section is to describe the protocols needed for international Videotex transactions. This section contains an introduction only. Detailed consideration is left for further study.

10.2    The transfer of information from a data base of one service to a user of another service may be split up into two parts:

    a)    the information transfer from one service to another;

    b)    the information transfer from the service to the user.

10.3    <u>Line protocols</u>

10.3.1    <u>Line protocols between services</u>

10.3.1.1    The international line between national data base computers must be able to transmit transparent coding schemes identified in this Recommendation and accept the protocols of Section 10.4.

10.3.2    <u>Line protocols between service and user</u>

10.3.2.1    The following protocol functions should be studied:

    PF1:    (could be coded as STX) Start of coded data starts a sequence of data to be understood as textual information;

    PF2:    (could be coded as SOH) Start of prefix causes the following bytes to be understood as a prefix containing framing information including codes for error check and/or correction;

    PF3:    (could be coded as ETX) End of coded data ends a sequence of data to be understood as textual information;

    PF4:    (could be coded as ETB) End of frame. Ends a frame of data and requests for reverse transmission and give an answer;

    PF5:    (could be coded as ACK) Answer given in case of error free reception or when error correction is possible;

    PF6:    (could be coded as NAK) Answer given in case of errors when no error correction is possible.

10.3.2.2    It is noted that TC1 to TC10 (SOH to ETB of Recommendation V.3) are intended to control the transmission of information over transmission networks. The use of these functions may therefore not be used as part of the information stream from one service to another.

(3977)

MSLT_1234921

**Exhibit 23**
**Page 770**

10.3.2.3 The use of protocol functions is for further study.

10.4    Protocols for communication between services on application level

10.4.1   General

10.4.1.1  International exchange of information between national Videotex services may be sent in blocks, here called messages. For efficient use of networks and communication equipment it is important to design the messages to minimize the capacity needed for applications that are frequently used in Videotex services.

10.4.2   Types of message elements

10.4.2.1  A complete message is divided into message elements. Each element contains element identifier, data field and indication of element length (explicit or implicit).

10.4.2.2  Transmit a standardized function – codes for functions may be different from the character sequences, sent by the user.

10.4.2.3  Transmit a service message – a service message is a frame that is transmitted to the subscriber, without erasing the screen, moving the active position of the cursor, or changing the contents of the previous display.

10.4.2.4  Transmit a service message code – the proper service message is generated by the receiving system and transmitted to the subscriber.

10.4.2.5  Transmit a frame – billing and other additions information is to be transmitted together with the frame.

10.4.2.6  Transmit data block – by data is meant all types of data that are not listed under separate items, e.g. software. It is necessary to transmit block-length when transmitting transparent data.

10.4.2.7  Transmit field description – a field description is a list of positions on the screen, where an application program expects additional information to be filled in, either by the user or by the application program itself. It includes also format and type of information, which allows simple syntax control in the host computer.

Three formats are recognized; strings, which means any combination of graphical characters including space, integers (0-9), and free format.

A field may be of input and/or output type. An input field is a field where the information is user-originated. An output field is a field in wich the applications puts information.

10.4.2.8  Transmit a user message to an application – a user message is the data that is filled in by the user according to a field description. It is sent to the external computer either initiated by a send-function if it is available, or when all input fields are filled. The use of a delimiter causes the rest of the field to be filled with spaces. If a delimiter is used in the first position of a combined input and output field, the contents remain unchanged.

(3977)

MSLT_1234922

**Exhibit 23**
**Page 771**

10.4.2.9 <u>Transmit an application message</u> - an application message is a block of data to be filled into the output fields, defined by a field description. It may be sent either in the same message as the field description or after.

10.4.2.10 <u>Request information on terminal capability</u> (for further study).

10.4.2.11 <u>Transmit information on terminal capability</u> (for further study).

10.4.2.12 <u>Error condition element</u> - the detection of contradicting information in a system will result in an error condition message to the other system, e.g. data with a different format than the corresponding field description. The entire message causing the error will be ignored, and it is the responsibility of its transmitting system to handle the error properly.

10.5    <u>User to data base protocol</u>

10.5.1    In order to use Videotex service, a user must be able to generate a set of functions, which enables him to access and use different applications. A set of user functions is listed in Recommendation F.300.

10.5.2    The minimum set of characters to code these functions contains the digits 0-9 and two other symbols. For some applications however the generation of alphanumeric as well as pictorial and attribute information and other control characters may be needed.

10.5.3    Although it is desirable that all Videotex services employ the same keying sequences and visual identifiers for these functions, there are historical reasons why there will be different manners of coding the same user functions.

10.5.4    Accessing national service of another country using an international connection between services is possible if the user obeys the function coding rules of the service of the other country. It is however possible that the local databank may be able to translate the local keying sequence into the appropriate command in a national service level (point 10.4.2.4). This subject is left for further study.

11    <b>Interworking with other services</b>

11.1    <u>Telex-Videotex</u>

11.1.1    Telex is a message transfer service and therefore interworking between Telex and Videotex should be limited to the exchange of alphanumeric text between terminal equipments.

11.1.2    Only the graphic characters of the Videotex graphic character repertoire corresponding to International Telegraph Alphabet No. 2 should be used to compose messages.

11.1.3    The message format will be limited by the Videotex page format.

11.1.4    Telex can only display alphanumeric information without the capability of displaying the other attributes of Videotex.

(3977)

MSLT_1234923

Exhibit 23
Page 772

AP VII-No. 88-E

## 11.2    Teletex-Videotex

### 11.2.1    Graphic character repertoire

11.2.1.1  The Teletex and Videotex graphic repertoires are largely identical. The following fallback representations of Videotex characters (Table 2/S.100) may be transcoded at a Videotex-Teletex interworking facility.

TABLE 2/S.100

| ID | VIDEOTEX CHARACTER | FALLBACK REPRESENTATION | |
|---|---|---|---|
| SM30 | ← | < | SA03 |
| SM31 | → | > | SA05 |
| SM32 | ↑ | ¦ | SP03 |
| SM33 | ↓ | ¦ | SP02 |
| SP19 | ↙ | : | |
| SP20 | ? | ! | SP05 |
| SP21 | ·· | '' | SP05 |
| SP22 | ?? | '' | SP04 |
| SM12 | | '' | SP04 |
| MG01 to MG63 | Block graphics | — | SP10 |
| | | / | SP12 |

11.2.1.2  For Teletex terminals having the ability to present the Videotex character repertoire in its entirety the need for this transcoding disappears. Therefore on initial call establishment a determination of the terminal display/printing capabilities must be made by handshaking.

### 11.2.2    Control functions

11.2.2.1  Transcoding of the Videotex attribute control functions is for further study.

### 11.2.3    Format

11.2.3.1  Interworking between Videotex and Teletex will be limited to the Videotex display frame format.

## 11.3    Videotex-facsimile

(For further study)

## 11.4    Videotex-Teletex

(For further study)

Annexes: 2

(3977)

MSLT_1234924

Exhibit 23
Page 773

ANNEX A

(to Recommendation S.100)

**The extension scheme of ISO 2022 (Rev.79)**



(3977)

CCITT-35951

MSLT_1234925

**Exhibit 23**
**Page 774**

### ANNEX B

(to Recommendation S.100)

Repertoire of graphic characters

#### 1.    General

1.1    This Annex defines the basic graphic repertoire of the International Videotex Service. This repertoire consists of the total range of non-pictorial symbols, which may be communicated between Videotex services and terminals, by means of coded character sets for Latin alphabet based languages.

1.2    The repertoire of graphic characters defined in this part of the Recommendation consists of:

   a)    Latin alphabetic characters, listed in § 2, which comprise:

   - the 52 small and capital letters of the basic Latin alphabet;

   - combinations of basic Latin letters and diacritical marks;

   - special alphabetic characters, which are neither basic Latin letters nor combinations of basic Latin letters and diacritical marks.

   b)    Non-alphabetic characters, listed in § 3, which comprise decimal digits, currency signs, punctuation marks, arithmetic signs and miscellaneous symbols that have individual special meanings.

1.3    A diacritical mark has no meaning as an individual character but is used only in combination with a basic Latin letter to form an accened letter or an umlaut.

1.4    The repertoire of graphic characters defined in this part of the Recommendation contains a limited set of accented letters and umlauts.

#### 2.    Latin alphabetic characters

2.1    The repertoire of Latin alphabetic characters is identical to that specified in Section 3.2.2 of Recommendation S.61 (for the Teletex basic repertoire of graphic characters).

#### 3    Non-alphabetic characters

3.1    Decimal digits (0 to 9), currency signs, arithmetic signs, subscripts and superscripts and fractions are as specified in points 3.2.3.1, 3.2.3.2, 3.2.3.4, 3.2.3.5 and 3.2.3.6 of Recommendation S.61.

3.2    Punctuation marks are as specified in point 3.2.3.3 of Recommendation S.61, with the exclusion of SP09 (low line) and the addition of SP19 to SP22, which are as follows shown in Table 1-A/S.100 below.

3.3    Miscellaneous symbols are as shown in Table 2-A/S.100 below.

(3977)

MSLT_1234926

Exhibit 23
Page 775

– 203 –
AP VII-No. 88-E

4    The lists in Tables 1 and 2-A/S.100 are composed as described below.

The first column contains the identifier of each character, assigned in accordance with the identification system explained in Figure Recommendation S.61 (Annex C).

The second column presents the graphical representation of the character.

The third column specifies the name or the description of the character.

### TABLE 1-A/S.100

### Punctuation marks

| ID | GRAPHIC | NAME or DESCRIPTION |
|----|---------|---------------------|
| SP19 | ' | single quotation mark left |
| SP20 | ' | single quotation mark right |
| SP21 | " | double quotation mark left |
| SP22 | " | double quotation mark right |

Note : In Videotex (and Teletex), quotation mark, apostrophe and comma are independent characters that cannot have the meaning of diacritical marks.

(3977)

MSLT_1234927

Exhibit 23
Page 776

AP VII-No. 88-E

TABLE 2-A/S.100

Miscellaneous symbols

| ID | GRAPHIC | NAME or DESCRIPTION |
|------|---------|---------------------|
| SM01 | # | number sign |
| SM02 | % | percent sign |
| SM03 | & | ampersand |
| SM04 | * | asterisk |
| SM05 | @ | commercial at |
| SM12 | — | horizontal bar |
| SM13 | \| | vertical line |
| SM17 | µ | micro sign |
| SM18 | Ω | Ohm sign |
| SM19 | ° | degree sign |
| SM20 | º | ordinal indicator, masculine |
| SM21 | ª | ordinal indicator, feminine |
| SM24 | § | section sign |
| SM25 | ¶ | paragraph sign, pilcrow |
| SM26 | · | middle dot |
| SM30 | ← | leftward arrow |
| SM31 | → | rightward arrow |
| SM32 | ↑ | upward arrow |
| SM33 | ↓ | downward arrow |

(3977)

MSLT_1234928

Exhibit 23
Page 777

11  Draft Recommendation A.21

## COLLABORATION WITH OTHER INTERNATIONAL ORGANIZATIONS ON CCITT-DEFINED TELEINFORMATIC SERVICES *

### (Geneva, 1980)

         The CCITT,

considering

         (a)   that, according to Article 1 of the agreement between the United Nations and the International Telecommunications Union, the United Nations recognizes the International Telecommunication Union as the specialized agency responsible for taking such action as may be appropriate under its basic instrument for the accomplishment of the purposes set forth therein;

         (b)   that Article 4 of the International Telecommunication Convention states that the purposes of the Union are:

         –     "to maintain and extend international cooperation for the improvement and rational use of telecommunication of all kinds;

         –     to promote the development of technical facilities and their most efficient operation with a view to improving the efficiency of telecommunication services, increasing their usefulness and making them, as far as possible, generally available to the public;

         –     to harmonize the actions of nations in the attainment of those ends";

         (c)   that Article 40 of the Convention states that "in furtherance of complete international cooperation on matters affecting telecommunication, the Union shall cooperate with international organizations having related interests and activities";

*    Secretarial Note: An earlier version of this draft Recommendation may be found in Study Group XIV's report (AP VII–No. 79/COM XIV–No. 137 — starting on page 21 of the English version). Study Group XIV held its Final Meeting in May 1980, prior to the Final Meetings of Study Group VIII (2-6 June, Montreal) and Study Group I (13-20 June, Montreal). The version above contains a number of changes that were approved by Study Group VIII, who had received Study Group XIV's text and did not consider that there were any substantive changes that would be contrary to Study Group XIV's intentions. In the subsequent meeting of Study Group I, it was suggested that the term "CCITT-standardized non-speech services" be replaced by "CCITT-defined teleinformatic services" (with consequential changes). Further details may be found in the reports of Study Group VIII's meeting (COM VIII–No. 193, section 14 and Annex 4) and Study Group I's meeting (COM I–No. 235, section 12).

(3977)

MSLT_1234929

Exhibit 23
Page 778