1  Bryan W. Farney *(pro hac vice)*
   Jeffrey B. Plies *(pro hac vice)*
2  DECHERT LLP
   300 West 6th Street, Suite 1850
3  Austin, Texas 78701
   Telephone:  (512) 394-3000
4  Facsimile:  (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN McMAHON VITEK
6  750 "B" Street, Suite 2100
   San Diego, CA  92101
7  Telephone:  (619) 685-3003
   Facsimile:  (619) 685-3100
8
   Attorneys for Defendants and Counterclaimants,
9  GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 LLC, AND COWABUNGA ENTERPRISES, INC.

11

12                    **UNITED STATES DISTRICT COURT**

13                    **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiff and Counter-Defendant, | Case No. 02-CV-2060-B (CAB) Case No. 03-CV-0699-B (CAB) |
| v. | Case No. 03-CV-1108-B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **PROOF OF SERVICE**<br><br>**RE: GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)** |
| Defendants and Counter-Claimants, | |
| and | Date: January 7, 2008 |
| MICROSOFT CORPORATION | Time: 10:30 a.m.<br>Courtroom: 13, 5th Floor |
| Intervenor and Counter-Claimant. | Judge: Hon. Marilyn L. Huff |
| AND CONSOLIDATED CASES | |

PROOF OF SERVICE                                    Case No. 07-CV-2000- H (CAB)

I am a resident of the State of California, over the age of eighteen years, not a party to the within action, and am employed in Mountain View, County of Santa Clara, California. I served a copy of the following document(s):

1. **GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING);**

2. **GATEWAY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING);**

3. **DECLARATION OF ANDREW THOMASES IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING);**

4. **[PROPOSED] ORDER RE: GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING);**

5. **NOTICE OF LODGMENT OF DOCUMENT SUBMITTED UNDER SEAL RE: GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING);**

6. **NOTICE OF LODGMENT OF EXHIBIT SUBMITTED FOR FILING UNDER SEAL RE: GATEWYA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING);**

7. **GATEWAY'S MOTION FOR LEAVE TO FILE UNDER SEAL ONE EXHIBIT SUBMITTED IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING);**

8. **[PROPOSED] ORDER FOR LEAVE TO FILE UNDER SEAL ONE EXHIBIT SUBMITTED IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)**

**BY FEDERAL EXPRESS:** Copies of said documents were delivered to the parties listed below by Federal Express on November 30, 2007.

Counsel for Lucent:

David H. Hahn
Sue Frost
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:   (619) 235-2100

PROOF OF SERVICE    1    Case No. 07-CV-2000- H (CAB)

1  Counsel for Microsoft

2  Christopher S. Marchese
   Fish & Richardson P.C.
3  12390 El Camino Real
   San Diego, CA 92130
4  Telephone:    (858) 678-5070
   Counsel for Dell
5

6  James S. Blackburn
   Arnold & Porter
   777 South Figueroa Street
7  Los Angeles, California 90017-5844
   Telephone:    (213) 243-4199
8

9  **ELECTRONIC MAIL:**     Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.
10

   Counsel for Lucent
11
       rappleby@kirkland.com
12     jhohenthaner@kirkland.com
       akellman@kirkland.com
13     dhahn@hahnadema.com
       sfrost@hahnadema.com
14
   Counsel for Microsoft
15
       marchese@fr.com
16     denning@fr.com
       barnes@fr.com
17     brooks@fr.com
       srodriguez@fr.com
18
   Counsel for Dell
19
       jfreed@mwe.com
20     Ali.Sharifahmadian@aporter.com
       james_blackburn@aporter.com
21

22      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.
23
        Executed in Mountain View, California.
24

25                                                        /s/Carol Skogstrom
                                                          Carol Skogstrom
26

27  13025885

28

PROOF OF SERVICE          2          Case No. 07-CV-2000- H (CAB)