1 | Bryan W. Farney *(pro hac vice)*
Jeffrey B. Plies *(pro hac vice)*
2 | DECHERT LLP
300 West 6th Street, Suite 1850
3 | Austin, Texas 78701
Telephone:  (512) 394-3000
4 | Facsimile:  (512) 394-3001

5 | David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMAHON VITEK
6 | 750 "B" Street, Suite 2100
San Diego, CA  92101
7 | Telephone:  (619) 685-3003
Facsimile:  (619) 685-3100
8 |
Attorneys for Defendants and Counterclaimants,
9 | GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 | LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiff and Counter-Defendant, | Case No. 02-CV-2060-B (CAB) Case No. 03-CV-0699-B (CAB) |
| v. | Case No. 03-CV-1108-B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **GATEWAY'S MOTION FOR LEAVE TO FILE UNDER SEAL ONE EXHIBIT SUBMITTED IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)** |
| Defendants and Counter-Claimants, | |
| and | Date:  January 7, 2008 Time:  10:30 a.m. |
| MICROSOFT CORPORATION | Courtroom: 13, 5th Floor Judge:  Hon. Marilyn L. Huff |
| Intervenor and Counter-Claimant. | |
| AND CONSOLIDATED CASES | |

GATEWAY'S MOTION FOR LEAVE TO FILE UNDER SEAL
ONE EXHIBIT SUBMITTED IN SUPPORT OF ITS MOTION
FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF
U.S. PATENT NO. 4,439,759 (FLEMING)

Case No. 07-CV-2000- H (CAB)

1  Pursuant to Civil Local Rule 79-2, Defendants and Counterclaimants, Gateway, Inc.; Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") files this motion for leave to file under seal the following documents, which contain information that has been designated confidential under the Protective Order entered into by and among the parties, and filed with the Court in support of Gateway's Motion for Partial Summary Judgment of Invalidity of U.S. Patent No. 4,439,759 (Fleming):

1.  Exhibit 9, excerpts of a document entitled "Draft Home Information System Presentation Level Protocol Specification," dated April 14, 1981 (LUC 003903-003917).

Dated: November 30, 2007          DECHERT LLP

By:  /s/Jeffrey B. Plies
     Jeffrey B. Plies

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al*.

13026212