Bryan W. Farney *(pro hac vice)*
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMAHON VITEK
750 "B" Street, Suite 2100
San Diego, CA 92101
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>  Plaintiff and Counter-Defendant,<br><br>  v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>  Defendants and Counter-Claimants,<br><br>  and<br><br>MICROSOFT CORPORATION<br><br>  Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**NOTICE OF JOINDER BY GATEWAY TO MOTIONS FOR SUMMARY JUDGMENT FILED BY DELL, INC.**<br><br>Date: January 7, 2008<br>Time: 10:30 a.m.<br>Courtroom: 13, 5th Floor<br>Judge: Hon. Marilyn L. Huff |

GATEWAY'S NOTICE OF JOINDER TO MOTIONS FOR SUMMARY JUDGMENT FILED BY DELL, INC.     1     Case No. 07-CV-2000- H (CAB)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Gateway, Inc.; Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") file this notice of joinder, and states that Gateway joins in the following motions, which were filed by Dell, Inc., on November 30, 2007 in the referenced civil action:

1. Dell Inc.'s Notice of Motion and Motion for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,958,226 to Haskell, et. al., including the Memorandum of Points and Authorities, the Declaration of James S. Blackburn and all attached exhibits.

2. Dell Inc.'s Notice of Motion and Motion for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,383,272 to Netravali, et. al., including the Memorandum of Points and Authorities, the Declaration of James S. Blackburn and all attached exhibits.

3. Dell Inc.'s Notice of Motion and Motion for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,763,356 to Day, et. al., including the Memorandum of Points and Authorities, the Declaration of James S. Blackburn and all attached exhibits.

4. Dell Inc.'s Notice of Motion and Motion for Summary Judgment of Invalidity of Claims 1-3 of U.S. Patent No. 4,439,759 to Fleming, et. al., including the Memorandum of Points and Authorities, the Declaration of James S. Blackburn and all attached exhibits.

Dated:  November 30, 2007    DECHERT LLP


By:   /s/Jeffrey B. Plies
       Jeffrey B. Plies

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al*.

## CERTIFICATE OF SERVICE

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. I served a copy of the following document:

**1.     NOTICE OF JOINDER BY GATEWAY TO MOTIONS FOR SUMMARY JUDGMENT FILED BY DELL, INC.**

**BY FACSIMILE:**     Copies of said documents were served on the parties listed below by facsimile on November 30, 2007:

Counsel for Lucent:

David H. Hahn
Sue Frost
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Facsimile:     (619) 235-2101

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Facsimile:     (858) 678-5099

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Facsimile:     (703) 720-7399

**ELECTRONIC MAIL:**     Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

    rappleby@kirkland.com
    jhohenthaner@kirkland.com
    akellman@kirkland.com
    dhahn@hahnadema.com
    sfrost@hahnadema.com

Counsel for Microsoft

marchese@fr.com
denning@fr.com
barnes@fr.com
brooks@fr.com
srodriguez@fr.com

Counsel for Dell

jfreed@mwe.com
Ali.Sharifahmadian@aporter.com
james_blackburn@aporter.com

I declare that I am a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Austin, Texas

                                            /s/   Jeffrey B. Plies
                                            Jeffrey B. Plies