1

**EXHIBITS TABLE OF CONTENTS**

2

| Exhibit | Document | Page No. |
|---|---|---|
| 1 | U.S. Patent No. 4,763,356 to Day, et al., marked with Bates range LUC 1004455-81 | 12 |
| 2 | Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent No. 4,763,356, dated May 15, 2007 [Docket No. 1795] | 39 |
| 3 | "Touch Screens: Big Deal or No Deal?," Michael Tyler, DATAMATION, dated January 1984, marked with Bates range GW-LT422215-22 | 47 |
| 4 | Excerpts of the deposition Michael E. Farmer, taken February 23, 2006 | 55 |
| 5 | Excerpts of The Home Accountant and Financial Planner for the Macintosh, dated 1984, marked with Bates range MSLT_1060811-813 | 67 |
| 6 | Excerpts of the deposition of Dale Buscaino, taken November 7, 2007 | 73 |
| 7 | Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356 [Docket No. 1552], dated April 17, 2007 | 79 |
| 8 | U.S. Patent No. 4,439,759 to Fleming et al., marked with Bates range LUC1114390-409 | 88 |
| 9 | "Final Report – NASA Grant NSG 1508, Extension of the Core Graphics System for Raster Graphics Display," James D. Foley, marked with Bates range DELL366644-799 | 108 |
| 10 | Supplemental Rebuttal Expert Report of Jake Richter, dated October 12, 2007 | 264 |
| 11 | Excerpts of the deposition of Jake Richter, taken November 14, 2007 | 286 |
| 12 | Order Construing Claims for United States Patent Number 4,439,759, dated November 15, 2005 | 311 |
| 13 | Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent Number 4,439,759, dated September 14, 2007 | 321 |
| 14 | Affidavit of Jean A. Pec, with Exhibits A-B, dated September 14, 2007 | 409 |
| 15 | Status Report of the Graphics Standards Planning Committee, Computer Graphics, Vol. 11, No. 3, Fall 1977, marked with Bates range GW-LT253851-997 | 574 |
| 16 | Excerpts of the deposition of James D. Foley, taken November 7, 2007 | 721 |
| 17 | Home Information Systems - Provisional Standard, Bell Laboratories, dated April 14, 1981, marked with Bates range LUC 003905-4026. **FILED UNDER SEAL** | 732 |

- 7 -

18    Expert Report of Edward J. Delp III Regarding Obviousness,
      dated September 14, 2007 ...................................................................854

19    Supplemental Rebuttal Expert Report of Professor Bernd Girod Regarding
      Validity of Lucent's 4,383,272 and 4,958,226 Patents,
      dated October 12, 2007 ....................................................................1011

20    Excerpts of the deposition of Bernd Girod, taken on November 20, 2007 ......1045

21    Excerpts of "Digital Pictures: Representation and Compression," Arun N.
      Netravali and Barry G. Haskell, 1988, marked with Bates range
      MSLT_0004995-99, 5408, and 5481 ..................................................1084

22    Excerpts of the deposition of Barry Haskell, taken December 15, 2005.
      **FILED UNDER SEAL** ................................................................1103

23    Translation of the Master's Thesis of Thomas Micke, entitled
      "Comparison of a Predictive and an Interpolative Motion Compensating
      Coding Method for Television Signals, April 1986, marked with Bates
      range GW-LT255053-131 ..................................................................1094

24    U.S. Patent No. 4,958,226 to Haskell, et al., marked with Bates range
      LUC1112272-77 ..............................................................................1182

25    Order Construing Claims for United States Patent Number 4,958,226,
      dated July 14, 2005 ..........................................................................1188

26    Copyright Information for Digital Pictures, marked with Bates range
      DELL318997-99 ..............................................................................1194

27    Affidavit of Michael A. Davis, Jr., dated March 12, 1999, with
      Exhibits A-F, marked with Bates range DELL320793-800 ............................1197

28    "A Hybrid Interpolative and Predictive Code for the Embedded
      Transmission of Broadcast Quality Television Picture," N.K. Lodge,
      marked with Bates range DELL318140-47 .................................................1205

29    A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for
      the HDTV Coding," Masayuki Tanimoto, July 1987, marked with Bates
      range DELL318251-54 ......................................................................1213

30    CITT SG XV Working Party Document #81: Comments on Conditional
      Motion Compensated Frame Interpolation," March 1986, marked with
      Bates range MSLT0625891-94 ............................................................1217

31    U.S. Patent No. 4,849,810 to Ericsson, marked with Bates range
      DELL319258-315 ............................................................................1221

32    U.S. Patent No. 4,816,914 to Ericsson, marked with Bates range
      DELL320565-607 ............................................................................1280

33    U.S. Patent No. 4,794,455 to Ericsson, marked with Bates range
      DELL319147-73 ..............................................................................1323

34    U.S. Patent No. 4,703,350 to Hinman, marked with Bates range
      DELL320519-37 ..............................................................................1350

- 8 -

35      U.S. Patent No. 4,727,422 to Hinman, marked with Bates range
        MSLT_0001034-51 ................................................................................ 1369

36      U.S. Patent No. 4,661,849 to Hinman, marked with Bates range
        DELL318173-90 .................................................................................... 1387

37      U.S. Patent No. 4,754492 to Malvar, marked with Bates range
        DELL319037-59 .................................................................................... 1405

38      Declaration of Thomas Wehberg ......................................................... 1428

39      "The Efficiency of Motion-Compensating Prediction for Hybrid Coding of
        Video Sequences," Bernd Girod, August 1987, marked with Bates range
        MSLT_0233488-502 ............................................................................. 1430

40      "Television Band Compression by Contour Interpolation," Professor D.
        Gabor, et al., May 1961, marked with Bates range MLST0001228-40 .......... 1445

41      "Picture Coding: A Review," Arun N. Netravali and John O. Limb, March
        1980, marked with Bates range MSLT_0001623-63 ....................................... 1459

42      Order Denying-in-Part Dell's Motion for Summary Judgment on U.S.
        Patent No. 4,383,272 [Docket No. 1948], dated July 27, 2007 ..................... 1500

43      Superceding Order Construing Claims for United States Patent Number
        4,383,272, dated August 16, 2005 ................................................................. 1507

44      Order Denying Gateway's Motions for Summary Judgment that U.S.
        Patent No. 4,383,272 is Invalid Under 35 U.S.C. §102(g) and Granting
        Summary Adjudication on Certain Predicate Issues Pertaining to This
        Defense [Docket No. 1948], dated July 12, 2007 .......................................... 1513

45      United States Patent 4,383,272 to Netravali, et al., marked with Bates
        range LUC0001363-73 ..................................................................................... 1519

46      Response to the Examiner dated October 22, 1982, marked with Bates
        range LUC0001428-31 ..................................................................................... 1530

47      Doctorate thesis of Jaswant Raj Jain, entitled "Interframe Adaptive Data
        Compression Techniques for Images," September 1979, marked with
        Bates range MSLT_0001425-622 ................................................................... 1534

48      Excerpts of the deposition of Delphine Lewis, taken June 30, 2005 ............... 1732

49      Physical exhibit of video excerpts from the videotaped deposition of
        Michael Farmer, taken on February 23, 2006.
        This exhibit a compact disk ("CD").

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

**THIS PAGE INTENTIONALLY LEFT BLANK**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

Exhibit 14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LUCENT TECHNOLOGIES INC.

       Plaintiff and Counter-Defendant,

   v.

GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.

       Defendants and Counter-Claimants,

   and

MICROSOFT CORPORATION

       Intervenor and Counter-Claimant.

AND CONSOLIDATED CASES

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 02-CV-2060 B (CAB)
consolidated with
Case No. 03-CV-699 B (CAB)
Case No. 03-CV-1108 B (CAB)

## AFFIDAVIT OF JEAN A. PEC

**Exhibit 14  Page 409**

I, Jean A. Pec, have personal knowledge of the statements and facts set forth herein and do hereby swear under penalty of perjury under the laws of the State of California and the United States of America that the following is true and correct:

1.    I am the Head of Collections Management Services ("CMS") at the George Washington University ("GWU") Melvin Gelman Library, and have held that position since February 1993.  The GWU Melvin Gelman Library (the "Library") is located at 2130 H Street N.W., Washington, D.C. 20052.  My responsibilities include maintaining the Library's catalogue database of items that the Library has possession of; as well as supervising the library employees who receive, prepare, catalogue, shelve, preserve, and maintain those items.

2.    I have personal knowledge of the procedures used by the Library for receiving and cataloguing new items into the collections of the Library.  Because of my position, I am also knowledgeable and qualified to testify about the procedures used by the Library to receive and catalogue new items into the Library's collections in 1980.

3.    For items like reports published by academic departments within GWU—such as the GWU School of Engineering and Applied Science—at least one copy of the report may be delivered to the Special Collections department of the Library.  Upon receipt, the Special Collections department routes the report to CMS for cataloguing, just like any other new item obtained by the Library.

4.    Since at least 1980 and continuing to today, when CMS receives a new item, a CMS employee catalogues the new item by electronically submitting the new item's pertinent information to the Online Computer Library Center ("OCLC") using Machine Readable Cataloguing ("MARC") tags.

5.    OCLC is an international database of millions of bibliographic records.  The vast majority of university and college libraries in the United States and throughout the world use OCLC to maintain and share cataloguing information.

6.    MARC was developed in the late 1970s by the Library of Congress, and is an international standard by which cataloguing information is encoded for computer use.

1      7.    The CMS employee uses MARC tags to electronically submit and catalogue

2  information about the new item, such as title, author(s), publisher, physical description, subject

3  matter description, and an internal call number for locating the report in the Library.

4      8.    When the MARC information is entered and electronically submitted to the OCLC

5  database, a computer-generated "Entered" date is automatically encoded with the new item's

6  entry, reflecting that day's date.  Additionally, the CMS employee physically affixes a label with

7  the call number on the new item and then sends the new item back for shelving.

8      9.    In its ordinary and daily operations, the Library depends on and uses the records

9  entered into and maintained by the OCLC database to determine cataloguing information for its

10  holdings, including but not limited to, the date on which an item in the Library's holding was

11  catalogued and made available to the public.

12      10.    Attached as Exhibit A to this affidavit is a true and correct copy of Foley, James D.,

13  FINAL REPORT – NASA GRANT NSG 1508, EXTENSION OF THE CORE GRAPHICS

14  SYSTEM FOR RASTER GRAPHICS DISPLAY, The George Washington University, 1980 (the

15  "Final Report"), which is located in the Special Collections department of the Library.

16      11.    Attached as Exhibit B to this affidavit is a true and correct copy of a printout of the

17  records maintained in the OCLC database with respect to the Final Report (the "Final Report

18  Catalogue Card").

19      12.    Based on my knowledge of the Library's procedures and the OCLC database, the

20  records maintained in the OCLC database with respect to the Final Report (as reflected in the

21  Final Report Catalogue Card) were entered into the OCLC database by a CMS employee trained

22  to create the database entry on the date reflected in the "Entered" field of the Final Report

23  Catalogue Card (i.e., September 30, 1980).  Specifically, the number "19800930" in the Entered

24  field signifies September 30, 1980.

25      13.    In the daily and ordinary course of the Library's operations, I and other Library

26  employees would accept and rely on the date appearing in the "Entered" field of Exhibit B as the

27  date on which the Final Report was catalogued by a CMS employee and entered into the OCLC

28  database.

14.  The numbers appearing in a column on the left-hand side of Exhibit B are MARC tags, and each number has a specific meaning well known to me, members of my staff, the librarians at the Library, and people familiar with the OCLC database.

15.  The information next to MARC tag 090 in Exhibit B indicates the Final Report's call number.

16.  The information next to MARC tag 100 in Exhibit B indicates the Final Report's primary author.

17.  The information next to MARC tag 245 in Exhibit B indicates the Final Report's title.

18.  The information next to MARC tag 650 in Exhibit B indicates the Final Report's subject matter.

19.  As of September 30, 1980, any member of the public who visited the Library or who had access to the OCLC database (including from computers located in the vast majority of university and college libraries in the United States and around the world) would have been able to search for and locate the Final Report.  As of September 30, 1980, any member of the public could have searched for and located the Final report by searching for, among other categories, the author of the report, the tile of the report, key words appearing in the title of the report, and/or the subject matter of the report.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Washington D.C. on this _14_ th day of September, 2007.

*Jean A. Pec*

Jean A. Pec

Sworn to and subscribed before me this _14_ th day of September, 2007.

*Linda L. Paddison*

LINDA L. PADDISON
Notary Public, District of Columbia
My Commission Expires June 14, 2010

Affidavit of Jean A. Pec

3

Case Nos. 02-CV-2060 B (CAB)
03-CV-0699-B (CAB, and 03-CV-41108-B CAB)

**Exhibit 14  Page 412**



SPEC
T
385
.F62

FINAL REPORT – NASA GRANT NSG 1508

EXTENSION OF THE CORE GRAPHICS SYST[EM]

FOR RASTER GRAPHICS DISPLAY

James D. Foley, Principal Investigat[or]

THE
GEORGE
WASHINGTON
UNIVERSITY

STUDENTS FACULTY STUDY R
ESEARCH DEVELOPMENT FUT
URE CAREER CREATIVITY CO
MMUNITY LEADERSHIP TECH
NOLOGY FRONTIE[R] [D]ESIGN
ENGINEERING APP[L] [SCI]ENC
GEORGE WASHIN[GTON U]NIV

SCHOOL OF ENGINEERING
AND APPLIED SCIENCE

THIS DOCUMENT HAS BEEN APPROVED FOR PUBLIC RELEASE AND SALE; ITS DISTRIBUTION IS UNLIMITED

DELL366644

**Exhibit 14  Page 413**

FINAL REPORT – NASA GRANT NSG 1508

EXTENSION OF THE CORE GRAPHICS SYSTEM

FOR RASTER GRAPHICS DISPLAY

James D. Foley, Principal Investigator

Research Team

Dara Dastyar
James Templeman
Patricia Wenner

The George Washington University
Washington, D.C. 20052

This report covers the period March 15, 1978 to March 31, 1980

DELL366645

Exhibit 14  Page 414

SPEC
T
385
.F63

DELL366646

Exhibit 14  Page 415

In the approximately 2 years since this project was initiated, we have:

1. Defined a set of rasters extensions to the Core System, which is the proposed standard graphics subroutine package developed by ACM/Siggraph. The package is now in the processed of being standarized by ANSI X3H3. The definition of the extensions is found in Appendix A.

2. Disseminated the proposed extensions via a paper presented at SIGGRAPH '79, the annual graphics conference (Appendix B).

3. Worked closely with the Graphics Standards Planning Committee of ACM/SIGGRAPH to explain our extensions and to develop the final recommended extensions of the committee reported in Computer Graphics, 13(3), August 1979. The final proposal is a subset of our recommendations.

4. Redesigned from the top down, our implementation of the Core System, so it can now fully accomodate the proposed extensions. The design document is included as Appendix C.

We are continuing to implement the Core System with the raster extensions. This work is now sponsored by the Department of Energy: we plan to again request NASA support, to be effective in late 1980. The implementation base is now a VAX 11-780, with three output devices: a Ramtex 9400 color raster display, Tektronox 401x storage terminals, and a Printronix dot-matrix printer.

672340

DELL366647

Exhibit 14  Page 416

Appendix A

Proposed Raster Extensions
to the Core System

DELL366648

Exhibit 14  Page 417

Reference Manual

Raster Extensions to the

Core Graphics System

James D. Foley
James N. Templeman
Dara Dastyar

January 1979*

The George Washington University
School of Engineering and Applied Science
epartment of Electrical Engineering and Computer Science
Washington, D. C.   20052

rk was partially sponsored by the National Aeronautics and
dministration, grant NSG 1508, and by the Waterways Experiment
, Contract DACA39-78-M-0073.

cedes draft of August 1978.

DELL366649

Exhibit 14  Page 418

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

2 Output Primitives
    2.2 Functional Capabilities
        2.2.6 Polygon-Drawing Primitives
            2.2.6.1 POLYGON
                POLYGON_ABS_2 (X_ARRAY,Y_ARRAY,N)
                POLYGON_ABS_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
                POLYGON_REL_2 (X_ARRAY,Y_ARRAY,N)
                POLYGON_REL_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
            2.2.6.2 POLYGON_MESH
                POLYGON_MESH_ABS_2 (X_ARRAY,Y_ARRAY,N)
                POLYGON_MESH_ABS_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
                POLYGON_MESH_REL_2 (X_ARRAY,Y_ARRAY,N)
                POLYGON_MESH_REL_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
            2.2.6.3 POLYGON_EDGE_LIST (VERTEX_INDEX_ARRAY,N)
4 Attributes
    4.2 Functional Capabilities
        4.2.1 Attribute Values For Static Attributes
            4.2.1.1 Setting Current Attribute Values for Static
                    Primitive Attributes
                4.2.1.1.1 SET_CURRENT_POLYGON_TYPE (TYPE)
                4.2.1.1.2 SET_CURRENT_COLOR
                    SET_CURRENT_COLOR (R,G,B)
                    SET_CURRENT_INTENSITY (INTENSITY)
                    SET_CURRENT_COLOR_INDEX (INDEX)
                    SET_CURRENT_INTENSITY_INDEX (INDEX)
                4.2.1.1.3 SET_VERTEX_COLORS
                    SET_VERTEX_COLORS (R_ARRAY,G_ARRAY,B_ARRAY,N)
                    SET_VERTEX_INTENSITIES (INTENSITY_ARRAY,N)
                    SET_VERTEX_COLORS_BY_INDEX (INDEX_ARRAY,N)
                    SET_VERTEX_INTENSITIES_BY_INDEX (INDEX_ARRAY,N)
                4.2.1.1.4 SET_PIXEL_ARRAY (COLUMNS,ROWS,ARRAY)
                4.2.1.1.5 SET_PIXEL_FILE (COLUMNS,ROWS,FILE_NAME)
                4.2.1.1.6 SET_PIXEL_ARRAY_EXTENT (X_LENGTH,Y_LENGTH)
                4.2.1.1.7 SET_VERTEX_MAP (VERTEX_INDEX_ARRAY,X_MAP_ARRAY,
                        Y_MAP_ARRAY)
                4.2.1.1.8 SET_CURRENT_POLYGON_MESH_SHAPE (SHAPE)
            4.2.1.2 Interrogating Current Attribute Values for Static
                    Primitive Attributes
                4.2.1.2.1 INQUIRE_CURRENT_POLYGON_TYPE (TYPE)
                4.2.1.2.2 INQUIRE_CURRENT_COLOR
                    INQUIRE_CURRENT_COLOR (R,G,B)
                    INQUIRE_CURRENT_INTENSITY (INTENSITY)
                    INQUIRE_CURRENT_COLOR_INDEX (INDEX)
                    INQUIRE_CURRENT_INTENSITY_INDEX (INDEX)
                4.2.1.2.3 INQUIRE_VERTEX_COLORS
                    INQUIRE_VERTEX_COLORS (R_ARRAY,G_ARRAY,B_ARRAY,N)
                    INQUIRE_VERTEX_INTENSITIES (INTENSITY_ARRAY,N)
                    INQUIRE_VERTEX_COLORS_BY_INDEX (INDEX_ARRAY,N)
                    INQUIRE_VERTEX_INTENSITIES_BY_INDEX (INDEX_ARRAY,N)
                4.2.1.2.4 INQUIRE_PIXEL_ARRAY (ACTIVE_FLAG,COLUMNS,ROWS,ARRAY)
                4.2.1.2.5 INQUIRE_PIXEL_FILE (ACTIVE_FLAG,COLUMNS,ROWS,
                        FILE_NAME)
                4.2.1.2.6 INQUIRE_PIXEL_ARRAY_EXTENT (X_LENGTH,Y_LENGTH)
                4.2.1.2.7 INQUIRE_VERTEX_MAP (VERTEX_INDEX_ARRAY,X_MAP_ARRAY,

DELL366650

Exhibit 14  Page 419

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

Y_MAP_ARRAY)
4.2.1.2.8 INQUIRE_CURRENT_POLYGON_MESH_SHAPE (SHAPE)
4.2.1.3 Redefining Current Attribute Values for Static
Primitive Attributes
REDEFINE_COLOR (INDEX,R,G,B)
REDEFINE_INTENSITY (INDEX,INTENSITY)
5 Viewing Transformations
5.2 Functional Capabilities
5.2.1 3D Viewing Transformations
5.2.1.1 UDC_SPACE_2 (XMIN,XMAX,YMIN,YMAX)
5.2.3 Image Transformations
5.2.3.3 UDC_SPACE_3 (XMIN,XMAX,YMIN,YMAX,ZMIN,ZMAX)
7 Control
7.1 Overview
7.1.1 When to Display Primitives
7.1.2 When a Newframe Action is Invoked
7.2 Functional Capabilities
7.2.2 Device Selection
7.2.2.2 Selecting the View Surface
7.2.2.2.1 SELECT_VIEW_SURFACE (SURFACE_NAME,COLOR_VS,
DYNAMIC_VS)
7.2.4 Inquiry
7.2.4.5 INQUIRE_OUTPUT_STATUS_PARAMETERS (OUTPUT_STATUS_ARRAY)
7.2.4.10 INQUIRE_OUTPUT_CAPABILITIES (SURFACE_NAME,OUTPUT_ARRAY)
7.2.7 Batching of Updates
7.2.7.2 Ending a Batch of Updates
7.2.7.2.1 END_BATCH_OF_UPDATES (ACTION)
7.2.9 Background Color or Intensity
7.2.9.1 Setting the Background
SET_BACKGROUND_COLOR (R,G,B)
SET_BACKGROUND_INTENSITY (INTENSITY)
SET_BACKGROUND_COLOR_INDEX (INDEX)
SET_BACKGROUND_INTENSITY_INDEX (INDEX)
7.2.9.2 Inquiring what the Background is
INQUIRE_BACKGROUND_COLOR (R,G,B)
INQUIRE_BACKGROUND_INTENSITY (INTENSITY)
INQUIRE_BACKGROUND_COLOR_INDEX (INDEX)
INQUIRE_BACKGROUND_INTENSITY_INDEX (INDEX)
7.2.10 Inquiring Colors and Intensities
7.2.10.1 Inquiring the Number of Colors or Intensities
INQUIRE_NUBER_OF_COLORS (N)
INQUIRE_NUMBER_OF_INTENSITIES (N)
7.2.10.2 Inquiring the Value of Color or Intensity
INQUIRE_COLOR_VALUE (INDEX,R,G,B)
INQUIRE_INTENSITY_VALUE (INDEX,INTENSITY)
7.2.10.3 Inquiring the Index of Color or Intensity
INQUIRE_COLOR_INDEX (R,G,B,INDEX)
INQUIRE_INTENSITY_INDEX (INTENSITY,INDEX)
7.2.11 Inquiring Global Colors and Intensities
7.2.11.1 Inquiring the Number of Global Colors or Intensities
INQUIRE_NUMBER_OF_GLOBAL_COLORS (NUMBER)
INQUIRE_NUMBER_OF_GLOBAL_INTENSITIES (NUMBER)
7.2.11.2 Inquiring the Value of a Global Color or Intensity
INQUIRE_GLOBAL_COLOR (INDEX,R,G,B)

DELL366651

**Exhibit 14  Page 420**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

INQUIRE_GLOBAL_INTENSITY (INDEX,INTENSITY)
7.2.11.3 Inquiring the Index of a Global Color or Intensity
INQUIRE_GLOBAL_COLOR_INDEX (R,G,B,INDEX)
INQUIRE_GLOBAL_INTENSITY_INDEX (INTENSITY,INDEX)
7.2.12 Display Mode
7.2.12.1 SET_DISPLAY_MODE (MODE)
7.2.12.2 INQUIRE_DISPLAY_MODE (MODE)
7.2.13 Pixel Array Formatting
7.2.13.1 SET_PIXEL_ARRAY_FORMAT (BITS_PER_PIXEL,
BITS_PER_PACKING_UNIT,PIXELS_PER_UNIT)
7.2.13.2 INQUIRE_PIXEL_ARRAY_FORMAT (SET_FLAG,BITS_PER_PIXEL,
BITS_PER_PACKING_UNIT,PIXELS_PER_UNIT)

10 View Surface Operations
10.1 Overview
10.2 Functional Capabilities
10.2.1 Reading a View Surface Pixel
READ_VS_PIXEL_COLOR (X,Y,R,G,B)
READ_VS_PIXEL_INTENSITY (X,Y,INTENSITY)
READ_VS_PIXEL_COLOR_BY_INDEX (X,Y,INDEX)
READ_VS_PIXEL_INTENSITY_BY_INDEX (X,Y,INDEX)
10.2.2 Writting a View Surface Pixel
WRITE_VS_PIXEL_COLOR (X,Y,R,G,B)
WRITE_VS_PIXEL_INTENSITY (X,Y,INTENSITY)
WRITE_VS_PIXEL_COLOR_BY_INDEX (X,Y,INDEX)
WRITE_VS_PIXEL_INTENSITY_BY_INDEX (X,Y,INDEX)
10.2.3 Reading a Group of View Surface Pixels
READ_VS_PIXELS_COLOR_BY_INDEX (XMIN,XMAX,YMIN,YMAX)
READ_VS_PIXELS_INTENSITY_BY_INDEX (XMIN,XMAX,YMIN,YMAX)
10.2.4 Writting a Group of View Surface Pixels
WRITE_VS_PIXELS_COLOR_BY_INDEX (XMIN,XMAX,YMIN,YMAX)
WRITE_VS_PIXELS_INTENSITY_BY_INDEX (XMIN,XMAX,YMIN,YMAX)
10.2.5 SET_VS_OVERLAY_MODE (MODE)
10.2.6 INQUIRE_VS_OVERLAY_MODE (MODE)

DELL366652

Exhibit 14  Page 421

# REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

This reference manual is meant to be used in connection with the paper "Raster Extensions to the Core System", by J.D. Foley, J.N. Templeman and D.B. Dastyar. The manual's section numbering scheme follows that of the 1977 GSPC report. If a section number in this manual duplicates a number in GSPC report, the new section is meant to replace the original section. In all other cases, the sections are meant to be additions to the GSPC report.

DELL366653

Exhibit 14  Page 422

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

2 OUTPUT PRIMITIVES

2.2 FUNCTIONAL CAPABILITIES

2.2.6 POLYGON PRIMITIVES

2.2.6.1 POLYGON

POLYGON_ABS_2 (X_ARRAY,Y_ARRRAY,N)
POLYGON_ABS_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
POLYGON_REL_2 (X_ARRAY,Y_ARRAY,N)
POLYGON_REL_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)

This function is used to define a polygon with a vertex list
in world coordinates. The polygon is the region enclosed by
the connected sequence of lines that starts at the first
vertex in the array, joins all the other vertices in order,
then joints the N-th vertex to the first vertex to close the
defined area.  The CP is set to the coordinates of the first
vertex at the completion of the primitive.

The color pattern of the interior of the polygon will depend
on the current polygon type and the corresponding set of
primitive attributes (see SET_CURRENT_POLYGON_TYPE).

General Errors:
1.  There is no selected view surface.
2.  No segment is open.
3.  N <= 2.
4.  Some vertices are not coplanar (beyond an as yet undefined
    epsilon).

Errors for Painted Polygons (Section 4.2.1.1):
5.  A vertex index given in the  SET_VERTEX_MAP call is > N.
6.  The triangle defined in pixel array coordinate space is not
    similar to the one defined in world coordinates
    (the length of all 3 sides of both triangles must
    be proportional for them to be similar triangles).

Errors for Shaded Polygons (Section 4.2.1.1):
7. The number of vertices specified in the current
   vertex color list (see SET_VERTEX_COLORS)
   is less than N.

DELL366654

Exhibit 14  Page 423

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

2.2.6.2 POLYGON_MESH

POLYGON_MESH_ABS_2 (X_ARRAY,Y_ARRAY,N)
POLYGON_MESH_ABS_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
POLYGON_MESH_REL_2 (X_ARRAY,Y_ARRAY,N)
POLYGON_MESH_REL_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)

This function is used to begin the definition of a new
polygon mesh. It specifies the entire vertex list for the
mesh of polygons defined in world coordinates. This list will
be referenced by the POLYGON_EDGE_LIST function. The CP is
not updated by this function.

The current polygon mesh shape in effect (see SET_CURRENT
_POLYGON_MESH_SHAPE) when the POLYGON_MESH function is
invoked determines the type of the mesh.

A mesh is made up of a series of polygon elements defined
using the POLYGON_EDGE_LIST command.

A particular mesh is completed (closed) when another
POLYGON_MESH function is invoked or a segment is closed.

        Default -- N equals zero (there is no vertex list).

Errors:
1.  There is no view surface selected.
2.  No segment is open.
3.  N <= 2.

2

DELL366655

Exhibit 14  Page 424

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

## 2.2.6.4 POLYGON_EDGE_LIST (VERTEX_INDEX_ARRAY,N)

This function is used to define a single polygon in a polygon mesh, by specifying which vertices from the vertex list (see POLYGON_MESH) are to be used. The polygon is the region enclosed by the connected sequence of lines that start with the first vertex specified by the VERTEX_INDEX_ARRAY, joins all the other vertices in order, then joins the N-th vertex to the first vertex to close the defined area. The CP is set to the first vertex at the completion of the primitive.

The color pattern of the interior of the polygon will depend on the current polygon type and the corresponding set of primitive attributes (see POLYGON_TYPE).

General Errors:
1.  There is no selected view surface.
2.  No segment is open.
3.  N <= 2.
4.  Some vertices are not coplanar (beyond an as yet undefined epsilon).
5.  A VERTEX_INDEX is out of range of the mesh vertex list.

Errors for Painted Polygons (Section 4.2.1.1):
6.  A vertex index given in the SET_VERTEX_MAP call is > N.
7.  The triangle defined in pixel array coordinate space is not similar to the one defined in world coordinates (the length of all 3 sides of both triangles must be proportional for them to be similar triangles).

Errors for Shaded Polygons (Section 4.2.1.1):
8.  The number of vertices specified in the current vertex color list (see SET_VERTEX_COLORS) is less than N.

3

DELL366656

**Exhibit 14  Page 425**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

4 ATTRIBUTES

4.2 FUNCTIONAL CAPABILITIES

4.2.1.1 SETTING CURRENT ATTRIBUTE VALUES FOR STATIC
        PRIMITIVE ATTRIBUTES

4.2.1.1.1 SET_CURRENT_POLYGON_TYPE (TYPE)

This function sets the current attribute value of the polygon
type to either plain, painted or shaded. A plain polygon is
filled with a single color specified by the current color (or
current intensity) attribute. A painted polygon is filled
with an image made up of differently colored pixels. The
current pixel array, set by other primitive attribute
functions, defines the pixel values. A shaded polygon is
filled by linearly interpolating between the colors specified
at each vertex (Gouraud shading). The color (or intensity)
value at each vertex is set by other primitive attribute
functions.

        Default -- currrent polygon type is plain.

Errors:
1.  No segment is open.
2.  Invalid attribute value.


4.2.1.1.2 SET_CURRENT_COLOR

SET_CURRENT_COLOR (R,G,B)
SET_CURRENT_INTENSITY (INTENSITY)

This is one way to set the current color (intensity) index
attribute. The R,G,B's (INTENSITY) are in the range of 0 to 1
and are rounded to the nearest displayable color (intensity)
on the currently selected view surface. The index value
associated with the color (intensity) becomes the current
color (intensity) index attribute. All subsequently generated
output primitives to which the color (intensity) index
attribute value applies will be displayed with the color
(intensity) associated with the index. This association can
be changed if the color (intensity) is dynamic, as specified
when the view surface is initialized.

Errors:
1.  No view surface is selected.
2.  No segment is open.
3.  Invalid attribute value.
4.  Type of the selected view surface is grey level
    rather than color, or vice versa.

4

DELL366657

Exhibit 14  Page 426

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

SET_CURRENT_COLOR_INDEX (I)
SET_CURRENT_INTENSITY_INDEX (I)

The current color (intensity) index is set to I.  That is the
Ith color (intensity) in the active color set of the
currently selected view surface. All subsequently generated
output primitives to which the color (intensity) index
attribute value applies will be displayed with the color
(intensity) associated with the index. This association can
be changed if the color (intensity) is dynamic, as specified
when the view surface is initialized.

Errors:
1.   No view surface is selected.
2.   No segment is open.
3.   Invalid color (intensity) index (I is
     less than 1 or greater than number of
     displayable colors or intensities).
4.   Type of the selected view surface is
     grey level rather than color, or vice versa.


4.2.1.1.3 SET_VERTEX_COLORS

SET_VERTEX_COLORS (R_ARRAY, G_ARRAY, B_ARRAY, N)
SET_VERTEX_INTENSITIES (INTENSITY_ARRAY, N)

This function defines the color (intensity) index attribute
of the vertices of a shaded polygon.  These vertices
correspond to the vertex list given either in a POLYGON or a
POLYGON_EDGE_LIST function.  These R,G,B's (intensities) are
rounded by the Core System to the nearest color (intensity)
displayable on the selected view surface. R,G,B's
(intensities) are in the range of 0 to 1. The index values
associated with the colors (intensities) specified are
retained by the Core System.  When a shaded polygon is
created, the colors (intensities) which correspond at that
time to the indices are used as the basis for linear
interpolation.

     Defaults -- N = 3.
   The default color (intensity) index is used to fill the array.

Errors:
1.   No view surface is selected.
2.   No segment is open.
3.   N <= 2 .
4.   Invalid attribute value.
5.   Type of selected view surface is grey level rather than
     color, or vice versa.


SET_VERTEX_COLORS_BY_INDEX (INDEX_ARRAY, N)
SET_VERTEX_INTENSITIES_BY_INDEX (INDEX_ARRAY, N)

5

DELL366658

Exhibit 14  Page 427

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

This function defines the color (intensity) index attribute of different vertices of a shaded polygon. These vertices correspond to the vertex list given either in a POLYGON or a POLYGON_EDGE_LIST function.

    Defaults -- N = 3.
    The default color (intensity) index is used to fill the array.

Errors:
1.  No view surface is selected.
2.  No segment is open.
3.  N <= 2 .
4.  Invalid index.
5.  Type of selected view surface is grey level rather than color, or vice versa.


4.2.1.1.4 SET_PIXEL_ARRAY (COLUMNS,ROWS,ARRAY)

This function is used to define a pixel array and to give its dimensions. The pixel array contains either intensity or color indices, depending on the type of view surface selected (see SELECT_VIEW_SURFACE). The method used here of passing an array is usually feasible only for small image arrays.

ARRAY is a one dimensional array.  It stores pixel indices in row major order (row-by-row), starting with a lower-left pixel of the pixel array.  The way that indices are packed into elements of ARRAY is defined by SET_PIXEL_ARRAY_FORMAT.

The alternate method for designating a pixel array is with the SET_PIXEL_FILE function.  The most recently used of these two functions defines the pixel array to be used when a painted polygon is specified.

This function also sets the defaults for the pixel array extent and the vertex map.

    Defaults -- A 2 by 2 array containing the index of the default intensity or color index attribute.

Errors:
1.  No view surface is selected.
2.  No segment is open.
3.  COLUMNS <= 0.
4.  ROWS <= 0.
5.  (COLUMNS x ROWS) is too large for the implementation.

DELL366659

**Exhibit 14  Page 428**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

4.2.1.1.5 SET_PIXEL_FILE (COLUMNS,ROWS,FILE_NAME)

This function is used to specify the name of a file that
holds the pixel array and to give its dimensions. The
contents of the file are not copied into the Core System.
The file will be read each time pixel array is required.

The pixel array will be filled from left to right, bottom to
top from the file FILE_NAME until the pixel array is
complete.

The alternate method for designating a pixel array is with
the SET_PIXEL_ARRAY function. The most recently used of these
two functions defines the pixel array to be used when a
painted polygon is specified.

This function also sets the defaults for the pixel array
extent and the vertex map, as described by the SET_PIXEL-
ARRAY_EXTENT and SET_VERTEX_MAP functions.

     Default -- There is no default file, only a
default array (see SET_PIXEL_ARRAY).

Errors:
1.  No view surface is selected.
2.  No segment is open.
3.  Columns <= 0.
4.  Rows <= 0.
5.  Invalid file name.

4.2.1.1.6 SET_PIXEL_ARRAY_EXTENT (X_LENGTH,Y_LENGTH)

This function specifies the size, in pixel array coordinate
space, of the current pixel array used for defining painted
polygons.  Pixel Array Coordinate (PAC) space is defined as
follows:  The origin (0,0) is located at the lower left
corner of the lower left pixel in the pixel array (the first
pixel passed in the array).  The point (X_LENGTH,Y_LENGTH) in
PAC space corresponds to the upper right corner of the upper
right pixel in the pixel array (the last pixel specified in
the linear array of pixels that was passed).  See Figure 1.

Pixel array coordinate space is defined as being an infinite
plane.  The rectangular pattern of the pixel array is
repeated, so as to tile as much of the plane as is visible.
This allows the single concept of the painted polygon to be
used for texturing as well as for cutting out parts of
digital images.

7

DELL366660

Exhibit 14  Page 429

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM



$$\frac{X\_LENGTH}{COLUMNS} = \text{horizontal pixel size}$$

$$\frac{Y\_LENGTH}{ROWS} = \text{vertical pixel size}$$

X_LENGTH = 2 as the default

FIGURE 1

The ratio of X_LENGTH to Y_LENGTH is not required to be the same as the ratio of COLUMNS to ROWS. This allows the user to adjust the aspect ratio of the pixels that make up the digital image. One could use this capability to avoid the distortion of a digital image that was originally generated with non-square pixels.

Default -- To facilitate working with a digital image made up of square pixels and to aid in "cutting out" along pixel boundaries the following defaults are used:

X_LENGTH = COLUMNS
Y_LENGTH = ROWS

That is, each pixel is assumed to cover a unit square in PAC space with the interpixel boundaries having integer coordinates.

The COLUMNS and ROWS values are set either by passing a pixel array (or file) or by the default pixel array.

Errors:
1. No view surface is selected.
2. No segment is open.

8

DELL366661

Exhibit 14  Page 430

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

3.  X_LENGTH <= 0.0
4.  Y_LENGTH <= 0.0


4.2.1.1.7 SET_VERTEX_MAP (VERTEX_INDEX_ARRAY,X_MAP_ARRAY,Y_MAP_ARRAY)

This function specifies the mapping between the pixel array's
pixel extent and a polygon specified in world coordinates
(using the polygon or polygon mesh functions).  This is
accomplished by defining three vertices in world coordinates
and three corresponding points on the pixel array, in the
coordinate system defined by the extent.  Once the mapping is
given, then it is possible to determine the transformation
which makes the desired part of the pixel array fit (and be
displayed) within the polygon. The vertices in world
coordinates are specified using an index into either: the
X,Y,Z arrays of a following polygon, or the vertex index
array of a POLYGON_EDGE_LIST (in this latter case two levels
of indexing are used to specify a vertex).  The three points
on the image's pixel array extent are given by X and Y
coordinates in pixel array coordinate space.

DELL366662

Exhibit 14  Page 431

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

Default -- To facilitate working with rectangular painted polygons the following defaults are given:

                VERTEX_INDEX_ARRAY -- 1, 2, 3
                X_MAP_ARRAY        -- 0.0, X_LENGTH, X_LENGTH
                Y_MAP_ARRAY        -- 0.0, 0.0, Y_LENGTH

See Figure 2.

These defaults always exist, because X_LENGTH and Y_LENGTH always have either a default or a user assigned value (see SET_PIXEL_ARRAY_EXTENT).

Errors:
1.  No view surface is selected.
2.  No segment is open.
3.  A colinear set of points was specified.
4.  A VERTEX_INDEX is <= 0.0

FIGURE 2



DELL366663

Exhibit 14  Page 432

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

4.2.1.1.8 SET_CURRENT_POLYGON_MESH_SHAPE (SHAPE)

This function is used to specify the current shape of a
polygon mesh being dealt with so that it can be handled
efficiently.

There are three shapes of mesh, each corresponding to a class
of polyhedra. The first mesh shape is the nonclosed polyhedra
or open mesh.  The second shape is the closed concave
polyhedral mesh. The third shape is the closed convex
polyhedra.

DELL366664

Exhibit 14  Page 433

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

The current polygon mesh shape (in effect when the
POLYGON_MESH command is invoked) determines the shape
attribute of that mesh.

Default -- The default shape is a nonclosed polyhedra,
an open mesh.

Errors:
1. No view surface is selected.
2. No segment is open.
3. Invalid attribute value.

4.2.1.2 INTERROGATING CURRENT ATTRIBUTE VALUES FOR
        STATIC PRIMITIVE ATTRIBUTES

4.2.1.2.1 INQUIRE_CURRENT_POLYGON_TYPE (TYPE)

This function returns the current polygon type attribute.

Errors:
    None.

4.2.1.2.2 INQUIRE_CURRENT_COLOR

INQUIRE_CURRENT_COLOR (R,G,B)
INQUIRE_CURRENT_INTENSITY (INTENSITY)

Returns the color (intensity) associated with the current
color (intensity) index attribute in R,G,B (INTENSITY).
R,G,B's (INTENSITY) are in the range of 0 to 1.

Errors:
1. No view surface is selected.
2. Type of the selected view surface
   is grey level rather than color, or vice versa.

INQUIRE_CURRENT_COLOR_INDEX (I)
INQUIRE_CURRENT_INTENSITY_INDEX (I)

Returns the current color (intensity) index attribute.

Errors:
1. No view surface is selected.
2. Type of the selected view surface
   is grey level rather than color, or vice versa.

DELL366665

Exhibit 14  Page 434

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

### 4.2.1.2.3 INQUIRE_VERTEX_COLORS

INQUIRE_VERTEX_COLORS (R_ARRAY, G_ARRAY, B_ARRAY, N)
INQUIRE_VERTEX_INTENSITIES (INTENSITY_ARRAY, N)

This function returns the colors (intensities) corresponding
to color (intensity) index attributes of the vertices of the
current shaded polygon set by the SET_VERTEX function.
R,G,E's (intensities) are in the range of 0 to 1.

Errors:
1. No view surface is selected.
2. Type of selected view surface is grey level rather than
   color, or vice versa.


INQUIRE_VERTEX_COLORS_BY_INDEX (INDEX_ARRAY, N)
INQUIRE_VERTEX_INTENSITIES_BY_INDEX (INDEX_ARRAY, N)

This function returns the color (intensity) index attributes
of the vertices of the current shaded polygon set by the
SET_VERTEX_COLORS command.

Errors:
1. No view surface is selected.
2. Type of selected view surface is grey level rather than
   color, or vice versa.


### 4.2.1.2.4 INQUIRE_PIXEL_ARRAY (ACTIVE_FLAG,COLUMNS,ROWS,ARRAY)

This function returns the logical variable ACTIVE_FLAG. If it
is set to true then the current pixel array and its
dimensions are returned.  If it is false then the pixel array
will be stored in a file (see INQUIRE_PIXEL_FILE).

The pixel array is placed into ARRAY using the current pixel
array format (which may be different from when the pixel
array was specified), in row-major order,starting with the
lower-left pixel, scanning each row left-to-right.

Errors:
    None.


### 4.2.1.2.5 INQUIRE_PIXEL_FILE (ACTIVE_FLAG,COLUMNS,ROWS, FILE_NAME)

This function returns the logical variable ACTIVE_FLAG. If it
is set to true then the current file name and its dimensions
are returned.  If it is false then the pixel array will be
stored in an array (see INQUIRE_PIXEL_ARRAY).

13

DELL366666

**Exhibit 14  Page 435**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

The pixel array is placed into ARRAY using the current pixel
array format (which may be different from when the pixel
array was specified), in row-major order, starting with the
lower-left pixel, scanning each row left-to-right.

Errors:
    None.


4.2.1.2.6 INQUIRE_PIXEL_ARRAY_EXTENT (X_LENGTH,Y_LENGTH)

This function returns the current pixel array extent
information.

Errors:
    None.


4.2.1.2.7 INQUIRE_VERTEX_MAP(VERTEX_INDEX_ARRAY,X_MAP_ARRAY,Y_MAP_ARRAY

This function returns the current vertex map information.

Errors:
    None.


4.2.1.2.8 INQUIRE_CURRENT_POLYGON_MESH_SHAPE (SHAPE)

This function returns the current polygon mesh shape
attribute.

Errors:
    None.


4.2.1.3    REDEFINING ATTRIBUTE VALUES FOR STATIC
           PRIMITIVE ATTRIBUTES

REDEFINE_COLOR (I,R,G,B)
REDEFINE_INTENSITY (I,INTENSITY)

This function changes the color (intensity) value whose index
is I to R,G,B (INTENSITY).  The R,G,B (INTENSITY) is rounded
by the Core System to the nearest color (intensity)
displayable on the currently selected view surface.

Errors:
1.  No view surface is selected.
2.  Invalid color (intensity) index ( I is
    less than 1 or greater than the number
    of displayable colors or intensities).
3.  Invalid color (intensity) attribute value.
4.  Type of the selected view surface
    is grey level rather than color, or vice versa.

14

DELL366667

Exhibit 14  Page 436

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

5 VIEWING TRANSFORMATIONS

5.2 FUNCTIONAL CAPABILITIES

5.2.1 3D VIEWING TRANSFORMATIONS

5.2.1.11 UDC_SPACE_2 (XMIN,XMAX,YMIN,YMAX)

This function sets up a 2D user device coordinate space. This coordinate system is used to address absolute locations on the view surface within the boundary of NDC space (see NDC_SPACE_2 and NDC_SPACE_3 in the original Core specifications). UDC space is used when: defining a viewport, setting a segment image transform, and passing locator coordinates.

UDC space could be set up to coincide with the address space that is used for direct view surface operations (see section 10 in the Core System manual).  The information required to arrange this can be obtained using inquiry functions.

UDC space may be invoked after NDC space has been defined (either explicitly or by default).  UDC space can be set by either UDC_SPACE_2 or UDC_SPACE_3 an arbitrary number of times during the same session.

In 2D UDC space the lower left corner of the NDC boundary becomes (XMIN,YMIN). The upper right corner tha was originally (WIDTH,HEIGHT) in NDC space, now becomes (XMAX,YMAX) in UDC space. If UDC_SPACE_2 is invoked rather than UDC_SPACE_3 (see section 5.2.3.3) then ZMIN=0.0 and ZMAX=DEPTH (as set by NDC_SPACE_3 or default).

     Defaults -- UDC space takes on the coordinate range of NDC space.

Errors:
1.  A segment is open.
2.  XMIN>=XMAX or YMIN>=YMAX .

DELL366668

**Exhibit 14  Page 437**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

5.2.3 IMAGE TRANSFORMATIONS

5.2.3.3 UDC_SPACE_3 (XMIN,XMAX,YMIN,YMAX,ZMIN,ZMAX)

This function sets up a 3D user device coordinate space.  It
serves the same function as UDC_SPACE_2 and in addition it
defines a coordinate range in the Z direction

    Defaults -- UDC space takes on the
coordinate range of NDC space.

Errors:
1.  A segment is open.
2.  XMIN>=XMAX or YMIN>=YMAX .
3.  ZMIN>=ZMAX .
4.  (ZMAX-ZMIN)=0.0 but the DEPTH
    of NDC space is not zero.
5.  The DEPTH of NDC space is zero but
    (ZMAX-ZMIN) does not equal zero.

DELL366669

Exhibit 14  Page 438

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

# 7 CONTROL

## 7.1.1 WHEN TO DISPLAY PRIMITIVES

The determination of how and when a primitive should be displayed depends on three factors, which are:

    1. Whether a batch of updates is in effect.
    2. Whether the currently oppen segment is visible.
    3. The display mode.

The logic is explained as:

```
IF IN BATCH OF UPDATES
    THEN DO NOT DRAW
    ELSE (* not in batch of updates *)
        IF IN FAST MODE THEN DRAW THE OUTLINE
                        ELSE DRAW THE PRIMITIVE BY APPLYING
                             THE HIDDEN SURFACE REMOVAL ALGORITHM.
```

NOTE:    All the changes to the picture that are
         specified prior to end batch function call
         are guaranteed to have taken place, before
         control returns from this function.  Thus
         primitives may sometimes be displayed prior to the
         end batch of updates.

## 7.1.2 WHEN A NEWFRAME ACTION IS INVOKED

There are several conditions which may require a NEWFRAME to insure that the currently displayed picture is up to date. The list follows:

1.  Calling the END_BATCH function.
2.  Making any change to the picture when the
    user is in hidden line/surface removal mode,
    and is not in batch of updates mode.
3.  Deleting, or making a segment invisible,
    while in fast display mode and not in a
    batch of updates. This only applies to a
    non-immediate update device.

## 7.2 FUNCTIONAL CAPABILITIES

## 7.2.2 DEVICE SELECTION

## 7.2.2.2 SELECTING THE VIEW SURFACE

DELL366670

Exhibit 14  Page 439

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

7.2.2.2.1 SELECT_VIEW_SURFACE (SURFACE_NAME,COLOR_VS,DYNAMIC_VS)

This function selects the logical view surface SURFACE_NAME
for all subsequent output, until the view surface is
deselected with a DESELECT_VIEW_SURFACE function call.  The
COLOR_VS parameter specifies whether the view surface is used
to display color or grey level.  The DYNAMIC_VS parameter is
returned and specifies whether the association between the
color (intensity) index attribute and a color (intensity) can
be changed (using REDEFINE_COLOR or REDEFINE_INTENSITY).

Errors:
1.  The specified surface has not yet been initialized.
2.  The specified view surface is already selected.
3.  The specified surface was not selected (because
    of resource limitations, for example).
4.  A segment is not open.
5.  View surface is not capable of displaying color
    (if COLOR_VS specifies color).
6.  Invalid parameter values.

7.2.4 INQUIRY

7.2.4.5 INQUIRE_OUTPUT_STATUS_PARAMETERS (OUTPUT_STATUS_ARRAY)

In the original Core System the function returned a list of
output status parameters. In addition to these parameters the
following should be returned:

        Current user device coordinate space.

Errors:  None.

7.2.4.10 INQUIRE_OUTPUT_CAPABILITIES (SURFACE_NAME,OUTPUT_ARRAY)

In the original Core System this function returned a list of
output capabilities of the device driver for the view surface
SURFACE_NAME.  This included the resolution of the view
surface (addressable elements per centimeter for each
dimension), and the dimension of the view surface in
centimeters (both the complete surface and the surface onto
which NDC space is mapped).

Instead of giving the dimensions of NDC space, the
coordinates of its lower left corner and upper right corner
will be passed (using a coordinate system with the origin at
the lower left corner of the pixel at the lower left corner,
both dimensions measured in centimeters).  This allows
both dimensions measured in centimeters).  This allows
viewports to be alligned with pixel boundaries.

Errors:  None.

18

**Exhibit 14  Page 440**                    **DELL366671**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

7.2.7 BATCHING OF UPDATES

7.2.7.2 ENDING A BATCH OF UPDATES

7.2.7.2.1 BATCHING OF UPDATES

END_BATCH_OF_UPDATE (ACTION)

This function denotes the end of a batch of changes to the picture. All changes to the picture that are specified prior to this function call are guaranteed to have taken place before control returns from this function.  This function can be invoked at any time after a BEGIN_BATCH function call.

Errors:
1.  There is no BEGIN_BATCH.

19

**Exhibit 14  Page 441**                    **DELL366672**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

## 7.2.9 BACKGROUND COLOR OR INTENSITY

### 7.2.9.1 SETTING THE BACKGROUND

SET_BACKGROUND_COLOR (R,G,B)
SET_BACKGROUND_INTENSITY (INTENSITY)

The background color (intensity) index attribute is set to
the index of the specified color (intensity). This action
does not take effect until a NEWFRAME occurs.

Errors:
1.  Attribute value out of range.

SET_BACKGROUND_COLOR_INDEX (INDEX)
SET_BACKGROUND_INTENSITY_INDEX (INDEX)

The background color (intensity) index attribute is set to
INDEX.  This action does not take effect until a NEWFRAME
occurs.

Errors:
1.  Attribute index out of range.

### 7.2.9.2 INQUIRING WHAT THE BACKGROUND IS

INQUIRE_BACKGROUND_COLOR (R,G,B)
INQUIRE_BACKGROUND_INTENSITY (INTENSITY)

Returns the value of the background color (intensity)
associated with the index of the background color (intensity)
index attribute.

Errors:
    None.

INQUIRE_BACKGROUND_COLOR_INDEX (INDEX)
INQUIRE_BACKGROUND_INTENSITY_INDEX (INDEX)

Returns the background color (intensity) index attribute.

Errors:
    None.

20

**Exhibit 14  Page 442**

**DELL366673**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

## 7.2.10 INQUIRING COLORS AND INTENSITIES

### 7.2.10.1 INQUIRING THE NUMBER OF COLORS OR INTENSITIES

INQUIRE_NUMBER_OF_COLORS (N)
INQUIRE_NUMBER_OF_INTENSITIES (N)

Reports the number of colors (intensities) which can be displayed simultaneously on the currently selected view surface.

Errors:
1. No view surface is selected.
2. Type of the selected view surface is gray level rather than color, or vice versa.

### 7.2.10.2 INQUIRING THE VALUE OF COLOR OR INTENSITY

INQUIRE_COLOR_VALUE (I,R,G,B)
INQUIRE_INTENSITY_VALUE (I, INTENSITY)

Reports the value of either color I (in R,G,B), or intensity I of the currently selected view surface. R,G,B's (INTENSITY) are in the range of 0 to 1.

Errors:
1. No view surface is selected.
2. I is out of range (Less than 1 or greater than N).
3. Type of the selected view surface is gray level rather than color, or vice versa.

INQUIRE_COLOR_INDEX (R,G,B,I)
INQUIRE_INTENSITY_INDEX (INTENSITY,I)

Reports the index of the color (R,G,B) or intensity (INTENSITY). R, G, B's (INTENSITY) are rounded to the nearest displayable color (intensity) on the selected view surface.

Errors:
1. No view surface is selected.
2. I is out of range (Less than 1 or greater than N).
3. Type of the selected view surface is color rather than grey level, or vice versa.

21

**Exhibit 14  Page 443**

**DELL366674**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

7.2.11 INQUIRING GLOBAL COLORS AND INTENSITIES

7.2.11.1 INQUIRING THE NUMBER OF GLOBAL COLORS AND INTENSITIES

INQUIRE_NUMBER_OF_GLOBAL_COLORS (M)

This function returns the total number of colors which can be
displayed on the currently selected view surface. It is not
necessary that all the colors be simultaneously displayable.
M will be greater than or equal to N, the number of colors.

Errors:
1. No view surface is selected.
2. Type of the selected view surface
   is gray level rather than color.

INQUIRE_NUMBER_OF_GLOBAL_INTENSITIES (M)

This function returns the total number of intensities wich
can be displayed on the currently selected view surface. It
is not necessary that all of the intensities be
simultaneously displayable. M will be greater than or equal
to N, the number of intensities.

Errors:
1. No view surface is selected.
2. Type of selected view surface
   is color rather than gray level.

7.2.11.2 INQUIRING THE VALUE OF GLOBAL COLOR AND INTENSITY

INQUIRE_GLOBAL_COLOR (I,R,G,B)

Returns the value of color I (in R,G,B) from the set of all
global colors for the currently selected view surface. R,G,B
are in the range of 0 to 1.

Errors:
1. No view surface is selected.
2. I is out of range (Less than 1 or
   greater than M).
3. Type of the selected view surface
   is gray level rather than color.

INQUIRE_GLOBAL_INTENSITY (I, INTENSITY)

Returns the value of intensity I from the set of all global
intensities, for the currently selected view surface.
INTENSITY is in the range of 0 to 1.

22

**Exhibit 14  Page 444**                    **DELL366675**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

Errors:
1. No view surface is selected.
2. I is out of range (Less than 1 or greater than M).
3. Type of the selected view surface is color rather than gray level.

7.2.12 DISPLAY MODE

7.2.12.1 SET_DISPLAY_MODE (MODE)

This function sets the display mode to one of: (1) Fast mode: Draw only the contour of the polygons or surrounding boundary of the painted polygon. No hidden surface or lines are removed. (2) Hidden line mode: Hidden lines are removed. Processing is done only when END_BATCH occurs. (3) Hidden surface mode: Hidden surfaces are removed. Processing is done only when END_BATCH occurs.

Errors:
1. System is not initialized.
2. No view surface is selected.
3. Invalid mode value.

7.2.12.2 INQUIRE_DISPLAY_MODE (MODE)

This function returns the display mode. (see SET_DISPLAY_MODE (MODE)).

Errors:
   None.

7.2.13 PIXEL ARRAY FORMATTING

7.2.13.1 SET_PIXEL_ARRAY_FORMAT (BITS_PER_PIXEL,BITS_PER_PACKING_UNIT, PIXELS_PER_UNIT)

This function is used to specify the storage format in which a pixel array (or file) will be passed. The BITS_PER_PIXEL value tells how many bits are designated to represent each pixel. The BITS_PER_PACKING_UNIT gives the basic word length that the information will be placed in (it will usually be 8 or 16 bits). The PIXELS_PER_UNIT value tells how many pixel descriptions will be placed in each packing unit. The packing is assumed to be right justified.

   Defaults -- The following formatting defaults are used:

   BITS_PER_PIXEL = LOG(N) (Base 2), where N = number of
                    colors (intensities) which can be

23

**Exhibit 14  Page 445**

**DELL366676**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

                    displayed on the currently
                    selected view surface.

BITS_PER_PACKING_UNIT = The word length of the computer on
                        which the program is executing.

PIXELS_PER_UNIT = 1

Errors:
1. Invalid attribute value.

DELL366677

Exhibit 14  Page 446

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

7.2.13.2 INQUIRE_PIXEL_ARRAY_FORMAT (SET_FLAG,BITS_PER_PIXEL,
                BITS_PER_PACKING_UNIT,PIXELS_PER_UNIT)

This function returns the logical variable SET_FLAG that
tells if the pixel array format has been set. If it is set to
true then the current pixel array format information is
returned.

Errors:
    None.

25

**DELL366678**

**Exhibit 14  Page 447**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

10  OPERATIONS ON VIEW SURFACE

10.1 OVERVIEW

The operations on the view surface deal directly with the
absolute address space of the currenntly selected device.
Pixel locations are specified in an integer coordinate system
called Device Coordinate (DC) space.  Since the coordinate
system is discrete, therefore only the centers of the pixels
may be addressed.

The origin of the DCevice Coordinate space is located in the
lower left corner of the entire display surface.  The maximum
addressable X,Y coordinates are located in the upper right
corner. The actual values of X and Y are device dependent.

All the output generated by writing pixels onto the view
surface is nonretained.

10.2 FUNCTIONAL CAPABILITIES

10.2.1 READING A VIEW SURFACE PIXEL

READ_VS_PIXEL_COLOR (X,Y,R,G,B)
READ_VS_PIXEL_INTENSITY (X,Y,INTENSITY)

Reports the intensity or color in Red, Green, and Blue
components, of the Pixel addressed by X,Y (in device
coordinates) on the currently selected view surface.

Errors:
1.  No view surface is selected.
2.  X or Y out of range.
3.  Type of the selected view surface is gray level rather than
    color, or vice versa.


READ_VS_PIXEL_COLOR_BY_INDEX (X,Y,INDEX)
READ_VS_PIXEL_INTENSITY_BY_INDEX (X,Y,INDEX)

Reports the intensity or color index of the pixel addressed
by X,Y (in device coordinate) on the currently selected view
surface.

Errors:
1.  No view surface is selected.
2.  X or Y out of range.
3.  Type of the selected view surface is gray level rather than
    color, or vice versa.

DELL366679

Exhibit 14  Page 448

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

## 10.2.2 WRITING A VIEW SURFACE PIXEL

WRITE_VS_PIXEL_COLOR (X,Y,R,G,B)
WRITE_VS_PIXEL_INTENSITY (X, Y, INTENSITY)

The intensity or color of the pixel on the currently selected
view surface addressed by X,Y (in device coordinates)
overwrites the INTENSITY or R,G,B. The INTENSITY or R,G,B is
rounded by the core system to the nearest intensity or color
displayable on the currently selected view surface. INTENSITY
and R,G,B are each between 0 and 1.

Errors:
1.  No view surface is selected.
2.  No segment is open.
3.  X,Y out of range.
4.  Intensity or color attribute out of range.
5.  Type of the selected view surface is gray level rather than
    color, or vice versa.

WRITE_VS_PIXEL_COLOR_BY_INDEX (X,Y, INDEX)
WRITE_VS_PIXEL_INTENSITY_BY_INDEX (X, Y, INDEX)

The intensity or color of the pixel on the view surface
addressed by X,Y (in device coordinate) overwrites the
intensity or color referenced by index INDEX.

Errors:
1.  No view surface is selected.
2.  No segment is open.
3.  X or Y out of range.
4.  INDEX out of range.
5.  Type of selected view surface is gray level rather than
    color, or vice versa.

## 10.2.3 READING A GROUP OF VIEW SURFACE PIXELS

READ_VS_PIXELS_COLOR_BY_INDEX (XMIN,XMAX,YMIN,YMAX)
READ_VS_PIXELS_INTENSITY_BY_INDEX (XMIN,XMAX,YMIN,YMAX)

Reads the intensity or color of the specified region of the
selected view surface, into the current pixel array, using
the pixel array packing format specified by SET_PIXEL_ARRAY
_FORMAT. If the array is a file then the specified portion
of the view surface is written into the file. The size of the
current pixel array (xmax-xmin and ymax-ymin) must be the
same size (xmax-xmin and ymax-ymin) of the part of the view
surface being interrogated. This array is available by
calling either INQUIRE_PIXEL_ARRAY or INQUIRE_PIXEL_FILE.
Intensities or colors are specified by their indices.

DELL366680

**Exhibit 14  Page 449**

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

Errors:
1. No view surface is selected.
2. Xmin >= Xmax.
3. Ymin >= Ymax.
4. Xmin,Xmax,Ymin or Ymax out of range.
5. The current pixel array is too large or too small.
6. Type of the selected view surface is gray level rather than color, or vice versa.

10.2.4 WRITING A GROUP OF VIEW SURFACE PIXELS

WRITE_VS_PIXELS_COLOR_BY_INDEX (XMIN,XMAX,YMIN,YMAX)
WRITE_VS_PIXELS_INTENSITY_BY_INDEX (XMIN,XMAX,YMIN,YMAX)

Writes the intensity or color of pixels from the current pixel array into the specified region of the selected view surface,using the pixel array packing format.  If the array is a file, then the file is overwritten into the specified portion of the view surface.  The size of the current pixel array (xmax-xmin and ymax-ymin) must be the same as the size (xmax-xmin and ymax-ymin) of the specified portion of the view surface. The current pixel array can be set by calling either SET_PIXEL_ARRAY or SET_PIXEL_FILE functions. Intensities or colors are specified by their indices.

Errors:
1. No view surface is selected.
2. Xmin >= Xmax.
3. Ymin >= Ymax.
4. Xmin,Xmax,Ymin or Ymax out of range.
5. The current pixel array is too large or too small.
6. Type of the selected view surface is gray level rather than color, or vice versa.

10.2.5 SET_VS_OVERLAY_MODE (MODE)

This function specifies how a new pixel will affect an old pixel on the view surface.  A new pixel is one which is sent by either a WRITE_VS_PIXEL or in a WRITE_VS_PIXELS function. An old pixel is one which already exists on the view surface.

The particular way the new pixel combines with the old is controlled by the MODE.  A partial list of modes is: REPLACE, AND, OR, EXCLUSIVE OR, ADD, SUBTRACT, ....

        Default -- The default mode is REPLACE.

Errors:
1. No view surface is selected.
2. Invalid mode value.

28

DELL366681

Exhibit 14  Page 450

REFERENCE MANUAL: RASTER EXTENSIONS TO THE CORE SYSTEM

10.2.6 INQUIRE_VS_OVERLAY_MODE (MODE)

This function returns the current vaue of the overlay mode, which either has the initial default value or has been set by SET_VS_OVERLAY_MODE.

Errors:
    None.

Exhibit 14  Page 451                    DELL366682

Appendix B

Some Raster Extensions to the Core System

Reprinted from Computer Graphics 13(2)
August 1979, pp. 15-24

Exhibit 14  Page 452                          DELL366683

Some Raster Graphics Extensions
To The Core System

James D. Foley
James N. Templeman
Dara Dastyar

January 1979*

The George Washington University
School of Engineering and Applied Science
Department of Electrical Engineering and Computer Science
Washington, D. C.   20052

This work was partially sponsored by the National Aeronautics
and Space Administration, grant NSC 1506, and by the
Waterways Experiment Station, Contract DACA39-78-M-0073.

* Supercedes draft of August 1978.

DELL366684

Exhibit 14  Page 453

## ABSTRACT

The Core System is a proposed standard subroutine package for line-drawing graphics. We present some Core System extensions for use with raster graphics equipment. The extensions, which are upward-compatible with the present Core System, provide filled polygons, display of arrays of pixels, use of a color look-up table, and hidden-surface or hidden-edge removal. The extensions are being intergrated into an existing Core System implementation.

DELL366685

Exhibit 14  Page 454

## Introduction

Two trends in computer graphics have motivated the work reported here. The first trend is the development of portable, device-independent graphics subroutine packages for use with various line-drawing graphics devices, both passive and interactive. This trend has most recently focussed on the Core System, a proposed standard graphics subroutine package [GSPC77]. The Core System is making a substantial impact on the current development of national and international standards.

The second trend is the rapid emergence of raster graphics hardware from its traditional domains of image display and process control into the world of interactive graphics. This has occurred because of rapid change in the economics of large scale integrated circuits and because of user demand for the color and shaded areas so easy to provide with raster graphics and so difficult to provide with line-drawing graphics. In many applications, raster graphics is a very natural complement to line-drawing graphics, while in other applications, raster graphics will sooner or later replace line-drawing graphics. Still other applications, never considered practical with line-drawing graphics for reasons of either economics or display aesthetics, suddenly become feasible with raster graphics.

Considerable effort has been devoted to developing standard software for line-drawing graphics, while in the meantime raster graphics has been growing at a rapid pace. This is not unexpected, because standards must of necessity lag the technology. It was in recognition of this necessary lag and of the rapid developments and changes in raster graphics that the original charter for development of a standard explicitly excluded raster graphics [GUID74]. Now, however, there is both a modicum of stability in raster graphics concepts and a sizable base of installed raster displays. Hence now is the time to start working toward standard software for raster graphics.

1

DELL366686

Exhibit 14  Page 455

2.    A Prototypical Raster Display System

The Core System extensions aim to make effective use of the prototypical raster display shown in Figure 1. The image creation system processes 2D entities such as lines, text, points, and areas. Its output is placed in the refresh buffer as the pixel values needed to cause the entities to be displayed. The refresh buffer has a 2D organization, with each row corresponding to a scan-line of the raster display. The size of the refresh buffer and number of bits per pixel varies from one system to another.

The image display system reads the refresh buffer in synchronism with a TV raster scan, using the pixel values to control the color or intensity of points on the display screen. An optional look-up table in the image display system can dynamically assign intensities or colors to pixel values. There is a fixed 1-1 correspondence between pixels in the refresh buffer and points on the display screen (some contemporary raster systems do not impose this restriction).

The interaction system allows devices such as keyboards and tablets to be used, with appropriate feedback being displayed on the screen. Text is typically echoed on the screen, while tablets and joysticks control the position of a cursor on the screen.

2

DELL366687

Exhibit 14  Page 456

3. Related Work

Several line-oriented graphics packages with some raster graphics capabilities have been implemented. In all cases, the packages' basic intent is to create computer-synthesized images, taking advantage of raster systems' ability to display solid areas.

In a 2D package developed by Sproull and Newman [SPRO75], a polygonal area is specified by calling the procedure FILLBEGIN, followed by a sequence of LINE or LINETO procedure invocations to define the polygon, followed finally by FILLEND to mark the end of the polygon. Polygons and other output primitives are contained in segments, whose numeric name is used to determine the priority (hence visibility) of overlapping primitives. Within a segment, temporal sequence determines visibility of overlapped primitives: the most recently created primitive obscures others.

Fulton and Duquet added 2D area-oriented output primitives (circles, triangles, rectangles) to BASIC for use with a plasma panel display [FULT75]. Each primitive can be erased by respecifying the parameters used to generate it. This allows the appropriate cells of the plasma panel to be turned off. If several primitives overlap, temporal sequence determines which cells are turned off by an erasure.

The 2D Interactive Graphics Programming Language (GPL), first developed by O'Brien and Bown [OBRI75], is now provided with raster extensions by a raster system manufacturer [IGPL77]. The system currently allows filled rectangles to be drawn, and is being extended to include convex and concave polygons. The system provides a segment-like facility to group output primitives. Temporal sequence of creation determines visibility of overlapping primitives.

GPAC, a 2D system developed by Reeves [REEV77], uses the FILLBEGIN...FILLEND construct to define polygonal areas. Segments have a depth attribute which is used to determine visibility when output primitives from different segments overlap. Within a segment, temporal order of creation determines visibility.

The MOVIE.BYU system developed by Christiansen [CHRS76] is a 3D package which allows objects defined by polygons to be displayed on a vector or raster display. The package by itself is output-oriented: interacive construction is not supported.

Many manufacturers of raster displays provide support software for their equipment, often in the form of microprocessor ROMs. The software is 2D, with temporal priority.

DELL366688

Exhibit 14  Page 457

4. Design Objectives

The most fundamental design objective of this work has been to extend the Core System for raster graphics in a fashion compatible with the design objectives of the Core System itself, so that the extended system might possess a conceptual integrity in its own right. These objectives, summarized in [VAND78] and detailed in [GSPC77], demand that simplicity, minimality of function (but without substantial loss of capability), and consistency be sought.

A second design objective has been for the raster extensions to be upward-compatible with the Core System. This objective derives in part from our use of the Core System as a starting point, but in more substantial measure from the belief that vector and raster graphics will exist side-by-side in many enviroments. Another major design objective has been to do hidden surface removal on the basis of either temporal priority (for 2D) or depth (for 3D). Interactive raster display systems and many applications of raster graphics use temporal priority, while other applications (such as computer aided design) require 3D-based hidden surface removal.

Raster graphics also implies the need for color and intensity specifications, filled areas, and the display of digitized images created by cameras, X-rays, radars, etc. The look-up table found in many raster image display systems is also intergrated into the extensions, but as an option, because not all systems have such a table.

The extensions do not include the lighting models which would allow surface shading to be calculated by the extended Core System. Lighting models and surface texturing models are considered as higher-level capabilities, just as modelling was considered a higher-level capability with respect to the Core System [GSPC77]. Furthermore, these are still active research areas in their own right.

4

DELL366689

Exhibit 14  Page 458

5. The Core Graphics System
    To place the raster extensions in context, we briefly review the Core System capabilities as defined in GSPC77. Some details of the Core System are being refined or modified: GSPC79 will reflect these changes.

5.1 Graphics Output Primitives
    Objects in 2D and 3D World (application) Coordinates are described to the Core System as combinations of moves, lines, line sequences (called polylines), markers (a generalization of points), and text. A current position is used as the starting point for lines and text strings. The output primitives' positions can be specified either in absolute coordinates, or relative to the current position.

5.2 Output Primitive Attributes
    The current value of these attributes determine the detailed appearance of output primitives when they are created. Once an output primitive is created, its attribute values can be changed only by first deleting the primitive (using segments, described below), and then respecifying the primitive to the Core System after establishing new attribute values. Primitive attributes are: linestyle (dot, dash, solid, etc.), linewidth, intensity, color, character font, character size, character spacing, character orientation, and character quality.

5.3 Grouping, Naming, and Modification
    Each output primitive is placed into one and only one segment. Two different types of segments can be created: with one, the segment is displayed once and no record is kept of the segment or its contents; with the other, the segment is retained until explicitly deleted. Such retained segments, which are named, are the units of picture modification for interaction. Segments can be deleted, renamed, and have their attributes modified. In addition to the grouping provided by segments, an output primitive within a named segment may be placed in a named group. Segments cannot contain references to other segments; thus picture hierarchies and copies of segments cannot be created. The segment and group names are used for pick (light pen) identification. When a segment is created, the current position is set to the origin, and all output primitive attributes are reset to their defaults.

5.4 Segment Attributes
    Segments have dynamic attributes, which can be changed either while a segment is being constructed or at a later time. These attributes are visibility (whether the segment is actually displayed), detectability (whether the segment can be "seen" by a light pen or other pick device), highlight (calling the operator's attention to the segment by blinking or intensifying it), and an image transformation (applied after the viewing transformation has been performed to those

5

DELL366690

Exhibit 14  Page 459

output primitives surviving the clipping process).

## 5.5  Viewing Transformations

Viewing of 2D objects is specified with the traditional window and viewport except that the window may be inclined with respect to the principal axes.  The object can be clipped against the window.  In 3D, a viewer is imagined to be at an arbitrary point in three-space, looking toward some other point. The field of view is determined by specifying a rectangle in a projection plane, with the rectangle then mapped into the viewport.  If the viewport is infinitely far away, an orthographic projection results; otherwise, a perspective projection results.  The 3D object can be clipped against a 3D solid volume: a truncated pyramid for perspective projections, and a solid rectangle for parallel projections.  The image of a viewed object, be it 2D or 3D, can be translated, scaled, and rotated after 3D viewing.

## 5.6  Interaction

Five classes of devices for operator input are supported.  Picks provide the segment and group names of output primitives.  Locators provide a position, while valuators provide a scalar value.  Text devices provide character strings, and Button devices provide a selection from several alternatives.  The common physical prototypes for Picks are light pens; for Locators, joysticks and tablets; for Valuators, dials; for Text, alphanumeric keyboards; and for Buttons, programmed function keyboards. Each device class has a system-defined feedback, which can be turned on or off.  Picks, Text, and Buttons, when enabled, can place event reports on an input queue, which can be interrogated by the application program. Locators and valuators, when enabled, can be sampled by the application program, and can also have their input information placed on the input queue in conjunction with the occurrence of an event.

6

DELL366691

Exhibit 14  Page 460

6.  The Raster Graphics Extensions
    In this section our raster extensions to the Core System are described. The extensions fall into several areas, each of which is treated in a separate subsection. In some subsections several design alternatives are discussed, with a more detailed discussion of the selected alternative. A reference manual defining the details of each subroutine in the extensions is available [FOLE78]. A list of the subroutine names is given as an appendix to this paper.

6.1  Hidden Surface Removal
    The Core System currently has no capabilities for defining surfaces, so hidden surface and hidden edge removal have never been considered. However, this capability is central to effectively using raster graphics. The key question here is how the application programmer tells the graphics package which surfaces obscure other surfaces. There are several possible solutions.

    For strictly 2D systems, temporal priority can be used: the most recently displayed output primitives obscure overlapped, less recently displayed output primitives. This is particularly easy to implement. Alternatively, segments or output primitives can explicitly be assigned priorities. For equal priorities, temporal sequence is used.

    If the priorities are associated with segments, they could be treated as dynamic segment attributes, and hence may be changed. Whatever the case, this approach is sometimes called 2 1/2D, because the priorities are akin to the depths of segments along a Z-axis, and each segment lies in a plane normal to the Z-axis. The segment with priority 1 (the highest priority) is in the Z=0 plane. The collection of segments is viewed from infinity on the negative Z-axis.

    For 3D systems, there is only one viable alternative: the X,Y,Z World Coordinates of the objects and the specification are used by a hidden surface algorithm to create the proper image. We call this 3D priority.

    There is, however, a potnetial problem with multiple segments. In the Core System, many segments can simultaneously be displayed on the view surface, and each segment can have a different viewing specification. Hence the above "basic" answer is true only for individual segments.

    The synthetic camera analogy of the Core System is useful in motivating the difficulty in dealing with multiple segments. Each segment and its viewing specification defines a "photograph" which is displayed within a viewport on the view surface. When several viewports overlap or are identical (frequently the case), the photographs overlap on the view surface. For line-drawings, this is no problem,

7

DELL366692

Exhibit 14  Page 461

since each photograph is just a collection of lines, and one photograph does not obscure another. For raster graphics, a photograph can include filled areas, which can obscure lines and other filled areas. Hidden surface removal must consider all segments defining the object. One way to permit this is to define a second level of structuring in the Core System - a collection of segments. Hidden surface removal in 3D would be done on each such collection of segments. This approach is unacceptable, because it would introduce a second level of structuring to the Core System. Furthermore, the priority of the photographs produced by each such collection of segments will still be unresolved.

We have developed a way to include temporal priority, explicit (2 1/2D) priority, and 3D priority in the extensions. We use some of the concepts from level 4 of the Core System, in which the viewing transformation specifies not a projection from 3D World Coordinates onto a rectangular 2D normalized device coordinate viewport on the view surface, but rather specifies a transformation from 3D World Coordinates onto a 3D solid rectangular viewport in 3D Normalized Device Coordinates. The display on the view surface is then a parallel projection of the entire contents of 3D NDC space (the unit cube) onto the front plane of the unit cube with hidden surface removal performed on all of NDC space. Figure 3 shows two diffferent view volumes being transformed into NDC space, and the subsequent projections of the 3D viewports onto the view surface. Because the hidden surface algorithm operates on all of 3D NDC space and produces a single "photograph" on the view surface, there is no need to be concerned about the priority of several overlapping segments. If several segments are used to define an object, the same viewing transformations will be used for all segments. Thus all parts of the object will be positioned properly in 3D NDC space, producing a correct result. If two output primitives have identical coordinates in 3D NDC space, then temporal priority is still used to determine visibility. The most recently created output primitive will take priority over others.

The transformation of a 3D view volume (be it the truncated pyramid of a perspective view or the solid rectangle of a parallel view) into a 3D unit cube is straightforward and is commonly used preparatory to use of a hidden surface algorithm. This concept is being extended here to multiple 3D viewports within a unit cube. In some cases, such as displaying an airport runway and surrounding buildings, a single viewport would be used, with size equal to the unit cube. In other cases, such as simultaneously displaying front, top, side, and isometric projections of the same object, several non-overlapping (as seen from the view surface) viewports would be used (Figure 4). In still other cases, such as displaying an object with a superimposed cut-out showing enlarged detail of a particular area,

8

DELL366693

Exhibit 14  Page 462

overlapping (as seen from the view surface) viewports would be used (Figure 5). If clipping is enabled while the output primitives are defined to the Core System, then in 3D NDC space all output primitives will be contained within 3D viewports. Hidden surface algorithms can use this knowledge to advantage, to avoid unnecessary comparisons between output primitives.

how does this approach accomodate temporal priority and explicit priority as special cases? Consider first temporal priority, which is in fact the default for the extensions. Viewports default to 2D in the Core System, which means they are on the front face of 3D NDC space. Hence output primitives after being transformed into NDC space have no depth, so the hidden surface algorithms have no basis for deciding which output primitives are visible. It is in just this case that temporal priority is used, as defined earlier. The temporal priority is applied to the projections of the output primitives onto the projection plane, and hence is useable either with 2D or 3D World Coordinate output primitives that fall on the front of NDC space.

Consider next the case of explicit priority, wherein each segment has an explicit priority for visibility. Segment priorities in the range of 0-1 are used. A segment with priority P and a 2D viewport on the view surface defined by corner points of (Xmin,Ymin) and (Xmax,Ymax) will be defined to have a 3D viewport defined by corner points (Xmin,Ymin,P) and (Xmax,Ymax,P). That is, the 3D viewport is in the Z=P plane. Hence the effect of the explicit priority for a 2D segment is achieved by putting the image of the segment on the appropriate constant Z plane in 3D NDC space, as in Figure 6. Once all the segments are defined, hidden surface removal is performed: the segments (and hence the planes) can be defined in arbitrary order.

The depth priorities can be dynamic, simply by applying an image transformation to the segment: a translation along the Z-axis of NDC space is used to reposition a segment's image onto the appropriate plane of constant Z.

Thus the facilities for either a static or dynamic explicit priority capability are available. A novice programmer might have trouble using the facilities in the context of 3D viewports and NDC space, but a very simple set of additional subroutines can be trivially built on top of the extended Core System to make the facilities more accessible, in a more tractable form.

It so happens, then, that the Core System already contains the key concept needed to provide hidden surface removal in a general and flexible way - 3D viewports and 3D NDC space. Furthermore, the concept can be used to provide two other hidden surface concepts commonly used in raster

9

DELL366694

Exhibit 14  Page 463

graphics: temporal priority and explicit priority.

6.2   Polygons
     The basis for filled areas and hidden surface removal is
the specification of bounded surfaces, which then can obscure
either other bounded surfaces or the other primitives:
lines, markers, and text.  The extensions deal only with
planar bounded surfaces defined by polygons. Bounded surfaces
defined by conic sections, etc. are not treated, nor are
non-planar surfaces.

     Polygons can be specified in several ways. Several
simple raster packages use a sequence such as:

          BEGIN_FILL
               MOVE
               LINE
               LINE
               LINE
                 .
                 .
                 .
               LINE
          END_FILL

     The bracketed MOVE and LINE calls define a sequence of
lines, which is automatically closed by the END_FILL, forming
a polygon.  Several packages use this approach, which however
has the disadvantage of using the same output primitives for
two purposes:  drawing lines, and defining polygons.  This
can hinder program debugging, because the meaning of an
isolated call to LINE depends on whether a BEGIN_FILL is
currently active.  Furthermore, many subroutine calls are
needed to define a polygon.

     This first objection can be removed by introducing an
EDGE output primitive, to be used in place of LINE within the
BEGIN_FILL...END_FILL pairs:

          BEGIN_FILL
               EDGE
               EDGE
                 .
                 .
                 .
          END_FILL

     The need for multiple subroutine calls per polygon
remains.  Therefore the extensions have been defined to
create a polygon with any one of the four procedures:

10

DELL366695

Exhibit 14  Page 464

```
POLYGON_ABS_2[X_ARRAY,Y_ARRAY,N]
POLYGON_REL_2[X_ARRAY,Y_ARRAY,N]
POLYGON_ABS_3[X_ARRAY,Y_ARRAY,Z_ARRAY,N]
POLYGON_REL_3[X_ARRAY,Y_ARRAY,Z_ARRAY,N]
```

The polygon is automatically closed by adding an edge from the last vertex to the first.

Many objects displayed graphically consist of numerous interconnected polygonal faces. If each face were specified by a separate polygon primitive, coordinates of shared vertices would be passed to the Core System several times, and connecivity/shared edge information would have to be deduced from the equality of vertex coordinates. Therefore a second way of defining polygons is provided: the polygon mesh. Polygons in a polygon mesh are defined in a 2-step process:

- A collection of vertices, numbered from 1 to N, is specified.
- Each polygon is defined by giving a list of vertex numbers. The vertices are connected in the order given, with the last vertex being automatically connected to the first for closure.

The vertex list is specified with:

```
SET_POLYGON_MESH_ABS_2 [X_ARRAY,Y_ARRAY,N]
SET_POLYGON_MESH_REL_2 [X_ARRAY,Y_ARRAY,N]
SET_POLYGON_MESH_ABS_3 [X_ARRAY,Y_ARRAY,Z_ARRAY,N]
SET_POLYGON_MESH_REL_3 [X_ARRAY,Y_ARRAY,Z_ARRAY,N]
```

A polygon in the mesh is specified with:

```
POLYGON_EDGE_LIST [VERTEX_INDEX_LIST,N]
```

A polygon mesh exists entirely within a segment, and is terminated either by another SET_POLYGON_MESH or by closing the segment.

The POLYGON_MESH_SHAPE attribute is a primitive attribute which applies to polygon meshes. It takes on three values to indicate:

- the polygon mesh does not bound a 3D volume, and hence is not a polyhedron (this is the default).
- the polygon mesh is a non-convex (concave) polyhedron.
- the polygon mesh is a convex polyhedron.

Some hidden-surface algorithms can use such information to decrease processing time.

DELL366696

Exhibit 14  Page 465

There are other primitive attributes of polygons which determine the color(s) used to fill polygons. These attributes are discussed in a later section.

6.3  Color and Intensity

In raster graphics, precise control of color and intensity are central to many applications. The Core System has a color attribute and an intensity attribute, but their details are unspecified. Furthermore, intensity is part of the color specification, so the color and intensity attributes are non-orthogonal. Given a color attribute, intensity is actually redundant. We have, however, retained both color and intensity, but require that for a given view surface only one of two intensities be used. Intensity has been retained only as a convenience for grey-level applications.

The displayable ranges of colors and intensities can vary greatly from one raster display to another and are critical to many applications, thereby suggesting that only one view surface be selected at a time. This removes from the Core System the impossible task of trying to second-guess the programmer in mapping a color attribute value to two dissimilar raster displays.

Color can be specified in several ways, as discussed in JOBL78 and SMTH78. The most fundamental choice is between red, green, blue (RGB) and hue, saturation, intensity (HSI) or some variation thereof. We have chosen to use RGB primarily because it is used by most of today's raster displays. Inclusion of several color specifications was exceedingly tempting, but minimality dictated that a single choice be made.

The discussion here centers on the color attribute and functions for its control. A parallel set of capabilities for the intensity attribute also exists, and is described in the Reference Manual [FOLE78b]. Conceptually, the extensions define an ordered set of colors specified by $(R, G, B)$ triples: $\{(R_i, G_i, B_i)\}$. This set is called the active color set, and represents the set of colors which can simultaneously be displayed on a view surface. The size of the set varies among view surfaces, and can be determined with the inquiry function INQUIRE_NUMBER_OF_COLORS[N]. Another inquiry function, INQUIRE_COLOR_VALUE[I,R,G,B], can be used to find the values of the R, G, and B components in the Ith triple.

The color attribute for output primitives is specified in one of two ways: by value, or by index. The function SET_CURRENT_COLOR [R,G,B] specifies the current value of the color attribute. If the exact [R,G,B] triple specified is not included in the active color set, then a best fit to an available triple is performed. Alternatively, the function SET_CURRENT_COLOR_INDEX[I] specifies that the Ith triple from

12

DELL366697

Exhibit 14  Page 466

the (ordered) active color set is to be used as the color attribute.

6.4 Dynamic Color and Intensity Changes.

A separate set of extensions is provided for access to the look-up table found in many image display systems. These extensions are structured to be strictly upward-compatible with the basic color or intensity attribute, and hence need not be used by applications having no need for use of dynamic color changes with a look-up table. The previously described active color set becomes a subset of the global color set. The size of the active color set is just the number of entries in the look-up table. The size of the global color set is the size of the universe of colors which can be specified in the look-up table, and is usually two raised to the number of bits per entry in the table.

INQUIRE_NUMBER_OF_GLOBAL_COLORS[M] can be used to find the size of the global color set. The [R,G,B] triple for global color J is found with INQUIRE_GLOBAL_COLOR[J,R,G,B]. REDEFINE_COLOR_INDEX [J,R,G,B] changes the Jth active color to [R,G,B]. If [R,G,B] is not in the set of global colors, a best-fit to a global color is performed.

A change in the color associated with an index affects already-created output primitives, as well as those that will be created in the future. Conceptually, it is the index, rather than the color associated with the index, which is the static attribute of output primitives. It is possible to dynamically change the binding of the index to a particular color.

This conceptual model for working with the color attribute is usable with a wide range of systems, from the inexpensive two to eight color systems (one to three bits per pixel) without look-up table, through the typical eight bit per pixel system with a 256 entry look-up table of twelve bits per pixel, up to the 24 to 36 bit per pixel systems.

The extended Core System need not always explicitly store either the active or global color set, but need only be able to generate triples in the set. For instance, the device driver for a 24 bit per pixel system could use the 24 bit color index as the color specification, by simply dividing the 24 bits into three groups of eight bits each. On the other hand, the device driver for an eight color system can trivially store an eight-entry table.

6.5 Pixel Arrays and Polygon Filling

Pixel Arrays are two-dimensional arrays of intensity or color values. They occur in several environments. In traditional image processing, the pixel arrays represent real objects, and come from devices such as cameras, X-rays and ultrasound scanners. In some cases these devices produce

13

DELL366698

Exhibit 14  Page 467

direct digital information, and in other cases film must be scanned and digitized.

Pixel arrays representing synthetic or modelled objects are regularly created by computer programs, sometimes using quite sophisticated modelling, lighting, and surface texturing techniques. Artists often use interactive painting programs to create aesthetically pleasing scenes defined by pixel arrays. Part of the objective of extending the Core System for raster graphics is to allow such pixel arrays to be displayed easily, along with lines and polygons. Pixel arrays could easily be treated as a rather special type of output primitive, being placed directly onto the front plane of 3D NDC space. Then, however, other constructs in 3D NDC space might be obscured. Furthermore, using NDC space directly is unattractive, because then the mixing of pixel arrays and other output primitives is complicated by using two different coordinate systems. Yet applications such as interactive image analysis and interpretation, and interactive graphics arts applications demand such mixing.

An attractive alternative, used in our extensions, is to place the pixel arrays into World Coordinates using the pixel array as a way to fill a polygon. An entire pixel array can be displayed by using it to fill a rectangular polygon. One might wish to display not the entire rectangular pixel array, but rather some portion thereof: this would occur if a photo were cropped around an irregular contour. Indicating the portion of the pixel array to be ignored might be done using a special pixel value meaning "ignore me". In the extensions, however, a polygon is used to circumscribe that part of the pixel array to be displayed.

If a polygon is to be filled with a pixel array, a mapping is needed as shown in Figure 7. A polygonal part of the pixel array is mapped into a similar polygonal part of the 3D world. Notice that the mapping might mean that elements of the pixel array do not coincide with the raster display grid as is illustrated in Figures 8 and 9. Appropriate averaging or convolutions must be used to find the correct values to display. We are currently investigating efficient ways to perform this operation. Of course, special cases, for example when the pixel array coincides with the raster display grid, can be detected and processed efficiently.

The mapping from a pixel array to a 3D World Coordinate polygon is specified in several steps. The pixel array, for convenience, is thought of as having an arbitrary size, defined by SET_PIXEL_ARRAY_EXTENT[X_LENGTH,Y_LENGTH]. The two parameters are the width and height of the pixel array, in arbitrary units (some applications may conveniently think of these as World Coordinate units). Figure 7 shows the pixel array and its length and height. The (0,0) origin is

14

DELL366699

Exhibit 14  Page 468

always at the lower left of the pixel array, in the lower
left corner of the pixel. Similarly the point
(X_LENGTH,Y_LENGTH) is in the upper right corner of the upper
right pixel. Using this pixel array coordinate system, three
points in the pixel array (not necessarily centers of pixels)
are defined and associated with three World Coordinate points
on the plane of the polygon. The three points in the pixel
array and three World Coordinate points define a mapping
which transforms the pixel array coordinate space onto the
plane of the three polygon points. Whatever part of the pixel
array falls within the polygon is visible, as in Figure 7.
(Naturally the three points cannot be colinear). This mapping
is defined with the function SET_VERTEX_MAP.

Texturing of polygons can be achieved using pixel
arrays, because the pixel array is replicated as often as
necessary to fill the polygon. Figure 10 illustrates this
replication.

The POLYGON_TYPE attribute specifies how polygons are to
be filled. There are three possibilities. The first is that
polygons are filled with a constant color given by the
current color attribute. The second possibility is that the
polygon is to be filled by linear interpolation between
colors specified for each vertex of the polygon (using
SET_VERTEX_COLORS). Interpolation is linear on the individual
RGB components of the colors (one might choose to extend this
attribute to also specify other types of interppolation). A
special case of this interpolation is Gouraud shading
[GOUR71]. The final type of polygon filling is the pixel
array filling.

Other polygon attributes might also be described,
although no others have been provided in these extensions.
For example, an attribute might be used to cause polygons to
be outlined in black (or some other background color). This
is attactive for charts and graphs.

6.6  Operations on the View Surface
For our prototypical raster graphics system the view
surface and refresh buffer are one and the same. The refresh
buffer is made directly available to the application
programmer, to read or write individual pixels or arrays of
pixels. Pixels can be addressed using a 2D integer
coordinate system corresponding to the addressing system for
the refresh buffer. ( Raster systems doing on the fly scan
conversion have no refresh buffer, so these capabilities
would not work for them. ) This is perhaps the most
substantial and only area in which the extensions depart
significantly from the Core System philosophy: for vector
systems, the Core System explicitly allows only very limited
manipulation of the view surface image, by way of segment
manipulations.

15

**DELL366700**

**Exhibit 14  Page 469**

This has been done for numerous reasons.  Some interaction techniques must directly modify and restore portions of the refresh buffer.  Tremendous amounts of computer time might go into calculating pixel values for a single picture.  That time would be lost if the view surface pixel array could not be saved.  ( A similar cost seldom exists with line-drawing display files. )  Powerful visual effects can be achieved by some view surface (pixel array) manipulations, or by combining on a screen the outputs of numerous different programs which create images in different ways.

On the other hand, no geometrical transformations on the view surface have been defind. If the view surface pixel array can be read and written, then a multitude of geometrical (rotate, scale, translate, etc.) and image-oriented (average, filter, etc.) operations can be implemented in the application program itself, or as utility programs.                                                          \

## 6.7  Control

In standard line-drawing graphics packages, output primitives can always be displayed as soon as they are defined.  If hidden surfaces (or edges) are to be removed, however, then all output primitives must usually be defined before any output primitives can be displayed. Some control function is needed to indicate when all output primitives have been defined, so that a hidden surface algorithm can be initiated.  Without such a function, the Core System would be forced to display each visible output primitive as it is defined, possibly also removing from the display output primitives (or portions thereof) obscured by the new output primitive.  The Core System's batching capability is used for this.  Hidden surface removal is initiated when the end of a batch of updates occurs.

Three display modes have been defined to control how and when output primitives are displayed.  In "fast" mode, output primitives can be displayed immediately.  Polygon bounderies are displayed, but their interiors are not filled, and no hidden surface removal is necessary.  In fast mode, batching has no effect beyound what it normally does: guarantee that the view surface is up to date.  In "hidden edge" mode, the end of batch triggers a hidden edge removal algorithm. Again, polygon interiors are not filled - only boundaries are displayed.  ( Raster extensions being developed for GCS will optionally display hidden edges as dashed lines. )  In "hidden surface" mode, the end of batch triggers a hidden surface removal algorithm.  If the selected view surface is a vector device, then hidden surface mode is treated as hidden edge mode.

16

DELL366701

Exhibit 14  Page 470

## 7. Summary

In general, the Core System proved to be a receptive host for these raster graphics extensions. The 3D NDC space provides a convenient way to integrate the various approaches to surface priorities, the batching is useful to trigger hidden edge or hidden surface removal, and the attribute structure was easily extended to accomodate polygons, polygon meshes, color, and pixel arrays. Furthermore, the Core System design's emphasis on consistency and minimality challenged us to examine numerous alternative designs before reaching a final design.

The extensions are in the process of being integrated into our Core System implementation (in FORTRAN, currently on an HP-3000, soon to be on a VAX 11/780). Figures 10 through 15 were created using the Core System, and illustrate some of the capabilities described in the paper. The extensions are also being used as the basis for adding raster capabilities to GCS [FOLE78], and are being considered for use by the GSPC extensions subcommittee.

DELL366702

Exhibit 14  Page 471

8. Acknowledgements

We are grateful to those members of SIGGRAPH's Graphics Standards Planning Committee who have critiqued these raster extensions, especially Lansing Hatfield, Chris Herot, Lee Metrick, and Jim Michener. Dr. Steve Park of NASA-Langley provided helpful comments.

The George Washington University implementation of the Core System which we used as the base for implementing the extensions was developed by Mike Callahan, Dara Dastyar, Patty Denbrook, and Jim Templeman. Mr. Pat Senyo did the text processing work for this paper and the reference manual.

18

DELL366703

Exhibit 14  Page 472

## 9. References

CHRS76    Christiansen, H., Brown, B., and McLary, L.
"A General Purpose Computer Graphics Display System
for Finite Element Models", Light, Shock and Vibration
Bulletin, Part 5 (August 1976), 61-66.

FOLE78a   Foley, J., Templeman, J. and Dastyar, D. Study of Raster
Extensions to GCS, final report to Waterways Experiment
Station, Contract DACA39-78-M-0073, August 1978.

FOLE78b   Foley, J., Templeman, J. and Dastyar, D. Reference Manual -
Raster Extensions to the Core System, George Washington
University, EE & CS Dept., Washington, D.C. 20052,
December 1978.

FULT75    Fulton, D.L. and Duquet, R.T. "List Processing Primitives for
BASIC", Computers and Graphics 1 (2/3), September 1975,
pp. 203-210.

GOUR71    Gouraud, H. "Computer Display of Curved Surfaces", IEEE
Transactions on Computers C-20, 6 (June 1971), 623-628.

GSPC77    Status Report of the Graphics Standards Planning Committee
of ACM/SIGGRAPH. Published as Computer Graphics 11 (3),
Fall 1977.

GSPC79    Second Status Report of the Graphics Standards Planning
Committee of ACM/SIGGRAPH.  To be published in
Computer Graphics.

GUID74    "Guidelines for Initiation of a Program for Graphics Standard
and a Graphic Standards Planning Committee", Computer
Graphics 8, 2 (Summer 1974), 19-20.

IGPL77    IGPL - Interactive Graphics Programming Language User's
Reference Manual. NORPAK Ltd., Pakenham, Ontario, Sept. 1977.

JOBL78    Joblove, J.H. and Greenberg, D. "Color Spaces for Computer
Graphics", SIGGRAPH '78 Proceedings, published as
Computer Graphics 12, 3 (August 1978), 20-25.

MICH78    Michner, J., and van Dam, A. "A Functional Overview of the
Core System with Glossary", Computing Surveys 10,4
(December 1978), 381-388.

OBRI75    O'Brien, C.D. and Bown, H.H. "IMAGE: A Language for the
Interactive Manipulation of a Graphics Environment",
SIGGRAPH '75 Proceedings, published as Computer
Graphics 9 (1), Spring 1975, pp. 53-60.

REEV77    Reeves, W. GPAC User's Manual, University of Toronto,
Department of Computer Science, January 1977.

Exhibit 14  Page 473                    DELL366704


SMTH78    Smith, A.R., "Color Gamut Transform Pairs", SIGGRAPH '78
          Proceedings, published as Computer Graphics 12, 3
          (August 1978), 12-19.

SPRO75    Sproull, R., and Newman, W. "The Design of Grey-Scale Graphics
          Software", Conference on Computer Graphics, Pattern Recogniti
          and Data Structures, IEEE, 1975, 18-20.

VAND78    van Dam, A. and Newman, W. "Recent Efforts Toward Graphics
          Standardization", Computing Surveys 10, 4
          (December 1978), 365-380.

DELL366705

Exhibit 14  Page 474

APPENDIX:  Contents of Raster Extensions Reference Manual

Note:  the section numbering parallels that of GSPC77.

2 Output Primitives
    2.2 Functional Capabilities
        2.2.6 Polygon-Drawing Primitives
            2.2.6.1 POLYGON
                POLYGON_ABS_2 (X_ARRAY,Y_ARRAY,N)
                POLYGON_ABS_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
                POLYGON_REL_2 (X_ARRAY,Y_ARRAY,N)
                POLYGON_REL_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
            2.2.6.2 POLYGON_MESH
                POLYGON_MESH_ABS_2 (X_ARRAY,Y_ARRAY,N)
                POLYGON_MESH_ABS_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
                POLYGON_MESH_REL_2 (X_ARRAY,Y_ARRAY,N)
                POLYGON_MESH_REL_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
            2.2.6.3 POLYGON_EDGE_LIST (VERTEX_INDEX_ARRAY,N)
4 Attributes
    4.2 Functional Capabilities
        4.2.1 Attribute Values For Static Attributes
            4.2.1.1 Setting Current Attribute Values for Static
                    Primitive Attributes
                4.2.1.1.1 SET_CURRENT_POLYGON_TYPE (TYPE)
                4.2.1.1.2 SET_CURRENT_COLOR
                    SET_CURRENT_COLOR (R,G,B)
                    SET_CURRENT_INTENSITY (INTENSITY)
                    SET_CURRENT_COLOR_INDEX (INDEX)
                    SET_CURRENT_INTENSITY_INDEX (INDEX)
                4.2.1.1.3 SET_VERTEX_COLORS
                    SET_VERTEX_COLORS (R_ARRAY,G_ARRAY,B_ARRAY,N)
                    SET_VERTEX_INTENSITIES (INTENSITY_ARRAY,N)
                    SET_VERTEX_COLORS_BY_INDEX (INDEX_ARRAY,N)
                    SET_VERTEX_INTENSITIES_BY_INDEX (INDEX_ARRAY,N)
                4.2.1.1.4 SET_PIXEL_ARRAY (COLUMNS,ROWS,ARRAY)
                4.2.1.1.5 SET_PIXEL_FILE (COLUMNS,ROWS,FILE_NAME)
                4.2.1.1.6 SET_PIXEL_ARRAY_EXTENT (X_LENGTH,Y_LENGTH)
                4.2.1.1.7 SET_VERTEX_MAP
                    SET_VERTEX_MAP_ABS_2 (X_MAP,Y_MAP,X_ARRAY,Y_ARRAY)
                    SET_VERTEX_MAP_ABS_3 (X_MAP,Y_MAP,X_ARRAY,Y_ARRAY,Z_ARRAY)
                    SET_VERTEX_MAP_REL_2 (X_MAP,Y_MAP,X_ARRAY,Y_ARRAY)
                    SET_VERTEX_MAP_REL_3 (X_MAP,Y_MAP,X_ARRAY,Y_ARRAY,Z_ARRAY)
                4.2.1.1.8 SET_CURRENT_POLYGON_MESH_SHAPE (SHAPE)
            4.2.1.2 Interrogating Current Attribute Values for Static
                    Primitive Attributes
                4.2.1.2.1 INQUIRE_CURRENT_POLYGON_TYPE (TYPE)
                4.2.1.2.2 INQUIRE_CURRENT_COLOR
                    INQUIRE_CURRENT_COLOR (R,G,B)
                    INQUIRE_CURRENT_INTENSITY (INTENSITY)
                    INQUIRE_CURRENT_COLOR_INDEX (INDEX)
                    INQUIRE_CURRENT_INTENSITY_INDEX (INDEX)
                4.2.1.2.3 INQUIRE_VERTEX_COLORS
                    INQUIRE_VERTEX_COLORS (R_ARRAY,G_ARRAY,B_ARRAY,N)
                    INQUIRE_VERTEX_INTENSITIES (INTENSITY_ARRAY,N)

21
**DELL366706**

**Exhibit 14  Page 475**

```
                    INQUIRE_VERTEX_COLORS_BY_INDEX (INDEX_ARRAY,N)
                    INQUIRE_VERTEX_INTENSITIES_BY_INDEX (INDEX_ARRAY,N)
            4.2.1.2.4 INQUIRE_PIXEL_ARRAY (ACTIVE_FLAG,COLUMNS,ROWS,ARRA
            4.2.1.2.5 INQUIRE_PIXEL_FILE (ACTIVE_FLAG,COLUMNS,ROWS,
                                            FILE_NAME)
            4.2.1.2.6 INQUIRE_PIXEL_ARRAY_EXTENT (X_LENGTH,Y_LENGTH)
            4.2.1.2.7 INQUIRE_VERTEX_MAP
                    INQUIRE_VERTEX_MAP_ABS_2 (X_MAP,Y_MAP,X_ARRAY,Y_ARRAY)
                    INQUIRE_VERTEX_MAP_ABS_3 (X_MAP,Y_MAP,X_ARRAY,Y_ARRAY,Z_ARR.
            4.2.1.2.8 INQUIRE_CURRENT_POLYGON_MESH_SHAPE (SHAPE)
        4.2.1.3 Redefining Current Attribute Values for Static
                    Primitive Attributes
                REDEFINE_COLOR_INDEX (INDEX,R,G,B)
                REDEFINE_INTENSITY_INDEX (INDEX,INTENSITY)
5 Viewing Transformations
    5.2 Functional Capabilities
        5.2.1 3D Viewing Transformations
            5.2.1.11 UDC_SPACE_2 (XMIN,XMAX,YMIN,YMAX)
        5.2.3 Image Transformations
            5.2.3.3 UDC_SPACE_3 (XMIN,XMAX,YMIN,YMAX,ZMIN,ZMAX)
7 Control
    7.1 Overview
        7.1.1 When to Display Primitives
        7.1.2 When a Newframe Action is Invoked
    7.2 Functional Capabilities
        7.2.2 Device Selection
            7.2.2.2 Selecting the View Surface
                7.2.2.2.1 SELECT_VIEW_SURFACE (SURFACE_NAME,COLOR)
        7.2.4 Inquiry
            7.2.4.5 INQUIRE_OUTPUT_STATUS_PARAMETERS (OUTPUT_STATUS_ARRAY)
            7.2.4.10 INQUIRE_OUTPUT_CAPABILITIES (SURFACE_NAME,OUTPUT_ARRA
        7.2.7 Batching of Updates
            7.2.7.2 Ending a Batch of Updates
                7.2.7.2.1 END_BATCH_OF_UPDATES (ACTION)
        7.2.9 Background Color or Intensity
            7.2.9.1 Setting the Background
                SET_BACKGROUND_COLOR (R,G,B)
                SET_BACKGROUND_INTENSITY (INTENSITY)
                SET_BACKGROUND_COLOR_INDEX (INDEX)
                SET_BACKGROUND_INTENSITY_INDEX (INDEX)
            7.2.9.2 Inquiring what the Background is
                INQUIRE_BACKGROUND_COLOR (R,G,B)
                INQUIRE_BACKGROUND_INTENSITY (INTENSITY)
                INQUIRE_BACKGROUND_COLOR_INDEX (INDEX)
                INQUIRE_BACKGROUND_INTENSITY_INDEX (INDEX)
        7.2.10 Inquiring Colors and Intensities
            7.2.10.1 Inquiring the Number of Colors or Intensities
                INQUIRE_NUBER_OF_COLORS (N)
                INQUIRE_NUMBER_OF_INTENSITIES (N)
            7.2.10.2 Inquiring the Value of Color or Intensity
                INQUIRE_COLOR_VALUE (INDEX,R,G,B)
                INQUIRE_INTENSITY_VALUE (INDEX,INTENSITY)
            7.2.10.3 Inquiring the Index of Color or Intensity
                INQUIRE_COLOR_INDEX (R,G,B,INDEX)
```

**Exhibit 14  Page 476**                    **DELL366707**

```
                INQUIRE_INTENSITY_INDEX (INTENSITY,INDEX)
        7.2.11 Inquiring Global Colors and Intensities
            7.2.11.1 Inquiring the Number of Global Colors or Intensities
                INQUIRE_NUMBER_OF_GLOBAL_COLORS (NUMBER)
                INQUIRE_NUMBER_OF_GLOBAL_INTENSITIES (NUMBER)
            7.2.11.2 Inquiring the Value of a Global Color or Intensity
                INQUIRE_GLOBAL_COLOR (INDEX,R,G,B)
                INQUIRE_GLOBAL_INTENSITY (INDEX,INTENSITY)
            7.2.11.3 Inquiring the Index of a Global Color or Intensity
                INQUIRE_GLOBAL_COLOR_INDEX (R,G,B,INDEX)
                INQUIRE_GLOBAL_INTENSITY_INDEX (INTENSITY,INDEX)
        7.2.12 Display Mode
            7.2.12.1 SET_DISPLAY_MODE (MODE)
            7.2.12.2 INQUIRE_DISPLAY_MODE (MODE)
        7.2.13 Pixel Array Formatting
            7.2.13.1 SET_PIXEL_ARRAY_FORMAT (BITS_PER_PIXEL,
                            BITS_PER_PACKING_UNIT,PIXELS_PER_UNIT)
            7.2.13.2 INQUIRE_PIXEL_ARRAY_FORMAT (SET_FLAG,BITS_PER_PIXEL,
                            BITS_PER_PACKING_UNIT,PIXELS_PER_UNIT)
10 View Surface Operations
    10.1 Overview
    10.2 Functional Capabilities
        10.2.1 Reading a View Surface Pixel
            READ_VS_PIXEL_COLOR (X,Y,R,G,B)
            READ_VS_PIXEL_INTENSITY (X,Y,INTENSITY)
            READ_VS_PIXEL_COLOR_BY_INDEX (X,Y,INDEX)
            READ_VS_PIXEL_INTENSITY_BY_INDEX (X,Y,INDEX)
        10.2.2 Writting a View Surface Pixel
            WRITE_VS_PIXEL_COLOR (X,Y,R,G,B)
            WRITE_VS_PIXEL_INTENSITY (X,Y,INTENSITY)
            WRITE_VS_PIXEL_COLOR_BY_INDEX (X,Y,INDEX)
            WRITE_VS_PIXEL_INTENSITY_BY_INDEX (X,Y,INDEX)
        10.2.3 Reading a Group of View Surface Pixels
            READ_VS_PIXELS_COLOR_BY_INDEX (XMIN,XMAX,YMIN,YMAX)
            READ_VS_PIXELS_INTENSITY_BY_INDEX (XMIN,XMAX,YMIN,YMAX)
        10.2.4 Writting a Group of View Surface Pixels
            WRITE_VS_PIXELS_COLOR_BY_INDEX (XMIN,XMAX,YMIN,YMAX)
            WRITE_VS_PIXELS_INTENSITY_BY_INDEX (XMIN,XMAX,YMIN,YMAX)
        10.2.5 SET_VS_OVERLAY_MODE (MODE)
        10.2.6 INQUIRE_VS_OVERLAY_MODE (MODE)
```

DELL366708

Exhibit 14  Page 477



FIGURE 1

PROTOTYPE RASTER GRAPHICS DISPLAY SYSTEM

DELL366709

Exhibit 14  Page 478

FIGURE 2

LOOK UP TABLE

DELL366710

Exhibit 14  Page 479



FIGURE 3

CREATION OF A DISPLAY FROM SEVERAL VIEW VOLUMES

THE VIEW SURFACE DISPLAYS A PARALLEL PROJECTION

OF THE CONTENTS OF 3D NDC SPACE

DELL366711

Exhibit 14  Page 480



3D VIEWPORT
WITH TOP VIEW
OF OBJECT

3D VIEWPORT
WITH FRONT
VIEW OF OBJECT

3D VIEWPORT
WITH ISOMETRIC
VIEW OF OBJECT

3D VIEWPORT
WITH SIDE VIEW
OF OBJECT

3D NORMALIZED
DEVICE COORDINATE
SPACE

DIRECTION OF
PROJECTION ONTO
VIEW SURFACE

FIGURE 4

ARRANGEMENT OF FOUR 3D VIEWPORTS SO THAT
THE RESULTING DISPLAY WILL HAVE FOUR SEPARATE
VIEWS ON VIEW SURFACE

DELL366712

Exhibit 14  Page 481



VIEWPORT WITH
PRIMARY VIEW
OF OBJECT

3D VIEWPORT
WITH BLOWN-
UP CUTOUT OF
OBJECT

3D NORMALIZED
DEVICE COORDINATE
SPACE



DIRECTION OF
PROJECTION ONTO
VIEW SURFACE

FIGURE 5

ARRANGEMENT OF TWO 3D VIEWPORTS SO THAT
RESULTING DISPLAY WILL HAVE THE FORWARD
3D VIEWPORT SUPERIMPOSED IN FRONT OF
THE REARWARD 3D VIEWPORT

DELL366713

Exhibit 14  Page 482



FIGURE 6

USE OF VIEWPORTS ON PARALLEL PLANES IN 3D NDC SPACE

TO IMPLEMENT EXPLICIT (2½D) DEPTH PRIORITY

DELL366714

Exhibit 14  Page 483



PIXEL ARRAY

(X_LENGTH, Y_LENGTH)

PORTION OF PIXEL ARRAY TO BE MAPPED ONTO POLYGON SURFACE

(0, 0)

TRANSFORMATION INTO WORLD COORDINATES



POLYGON IN 3D WORLD COORDINATES

FIGURE 7

TRANSFORMATION OF PIXEL ARRAY INTO WORLD COORDINATES.  ONLY PORTION OF ARRAY WITHIN POLYGON IS DISPLAYED.

DELL366715

Exhibit 14  Page 484



ROTATED PIXEL ARRAY GRID

RASTER DISPLAY GRID

FIGURE 8

A HIGH-RESOLUTION PIXEL ARRAY HAS BEEN ROTATED AND SUPERIMPOSED

ON A LOW-RESOLUTION DISPLAY GRID.

DELL366716

Exhibit 14  Page 485



PERSPECTIVE
PROJECTION OF A
PIXEL ARRAY GRID
ONTO RASTER DISPLAY
GRID

ER DISPLAY GRID

FIGURE 9

A PIXEL ARRAY GRID HAS UNDERGONE A PERSPECTIVE
PROJECTION ONTO THE RASTER DISPLAY GRID.

DELL366717

Exhibit 14  Page 486



PIXEL ARRAY CONTAINING
TEXTURE PATTERN

CORRESPONDENCE BETWEEN
POINTS OF PIXEL ARRAY AND
POINTS ON POLYGON

POLYGON IN
3D WORLD
COORDINATES

FIGURE 10

REPLICATION OF PIXEL ARRAY TO FILL POLYGON

DELL366718

Exhibit 14  Page 487



FIGURE 13

CHURCH DRAWN WITH FILLED POLYGONS ON
LOW-RESOLUTION RASTER DISPLAY



FIGURE 14

PIXEL ARRAY AND SUPERIMPOSED GRAPHICS

DELL366719

Exhibit 14  Page 488



FIGURE 15

BAR CHART

DELL366720

Exhibit 14  Page 489

Appendix C

Design Document for the GWU Core System

DELL366721

Exhibit 14  Page 490

DESIGN DOCUMENT FOR THE
GEORGE WASHINGTON UNIVERSITY
IMPLEMENTATION OF THE
1979 GSPC CORE SYSTEM

Patricia Wenner
Terry Bleser
Dara Dastyar
Michael Feldman
James Foley
Thomas Herbert
Aragam Nagesh
George Rogers
John Sibert
Albert Yen

GWU-EE/CS-80-06

27 May 1980

DELL366722

Exhibit 14  Page 491

Design Document for GW Core 79                    5/2

# 1. Introduction

The purpose of this document is to define the internal structure of the GWU implementation of the 1979 GSPC Core System. The document will provide the GWU Core implementors with all data structure definitions, module definitions and inter-module communication paths. After the Core is implemented, the document will serve as a guide to those who wish to understand our structure in order to modify or extend the Core for new operating environments or to interface new graphic devices. It is our intention that the document be the definitive arbiter of the design. Because the Core is already partially implemented, there may be times when the design and the implementation differ. In such cases we intend to bring the two into concurrence, normally by changing the implementation to correspond to the document.

## 1.1 The GWU Core Graphics System

We are implementing the Core Graphics System as defined in the 1979 report of the ACM/SIGGRAPH Graphics Standards Planning Committee. The GSPC79 report separately presents a vector graphics standard (an evolution of the earlier 1977 standard) and raster graphics extensions to the Core. We are merging the two into a single integrated package capable of supporting both vector and raster graphics devices.

This integration will cause a few small design modifications to resolve conflicts between the two separate standards proposals, primarily in the way the color and intensity attributes are treated. We are attempting to make these modifications in keeping with the "Spirit of the Core", as defined in the introductory design philosophy of the Core report. Naturally, all such design changes will be carefully documented and communicated to ANSI X3H3.

This will be the first complete implementation of the proposed Core System. The GSPC report was developed through months of intensive discussions, writing, and revisions, and is quite specific. However, not every detail is defined. We will produce a reference manual for our Core which uses the GSPC report as its start, and which pins down the unspecified details. Also, we expect our implementation design and implementation efforts to find "loopholes" or "bugs" in the GSPC report (We believe this because several have already been found). We will carefully document these problems, state our way of resolving them, and forward our results to ANSI X3H3.

## 1.2 Design Assumptions and Constraints

There are a number of givens in any design effort. Ours are:

1. Large address space — we assume that the Core will run on a computer with a virtual memory system, so that address space will not be a problem. We will feel free to statically allocate space as needed, and will not use files for intermediate results (such as pseudo-display) when arrays or other data structures will suffice.

-2-

DELL366723

Exhibit 14  Page 492

2.  FORTRAN - our implementation language will be FORTRAN. We seek a reasonable degree of portability, and want our implementation to be useful in the academic, research, government, and industrial communities. Thus, with full knowledge of FORTRAN's many deficiencies, we use it. To slightly lessen the impact of using FORTRAN, we will use a subset of FORTRAN77 compatible with Digital Equipment Corporation's VAX/VMS FORTRAN.

3.  VAX VMS/UNIX - these two operating systems are our prime targets. Our initial implementation is with VMS. The resulting Core will be sent to Brown Univ. where Andy van Dam's graphics group will convert it to UNIX. We will maintain as much operating system independence as possible, carefully flagging any dependencies.

4.  Current structure - the current Core System implementation was begun in late 1977 as a student project at GWU. Its overall structure was carefully thought out, and has proven sound in practice. This design document reflects the current structure. The decision to use FORTRAN was also strongly influenced by the fact that the current implementation is in FORTRAN.

1.3  Document comments and corrections

This document is the product of many individuals' efforts. The coordination of the efforts has been led by Pat Wenner, to whom comments and corrections should be directed:

Ms. Patricia Wenner
Research Associate
Department of EE/CS   SEAS
The George Washington University
Washington, D.C. 20052

202-676-7447

-3-

DELL366724

Exhibit 14  Page 493

Design Document for GW Core 79                    5/27

## 2. Core Structure

The major functions of the Core are implemented by functional group. Descriptions of these groups, their functions, data structures and implementation strategy, are provided later in the document in several levels of detail. Overall descriptions are provided in the next section. COMMON blocks which are global in nature are described in Section 4. Descriptions of the various modules comprising the functional groups are provided, in detail, in Section 5.

NOTICE: the GSPC79 input routines are being developed separately and are not currently reflected in this document.

## 2.1 Structure Diagrams

The following diagrams show the high level structure of the Core.

Figure 1

Application
Program

CORE

device 1                    device nn

The application programmer is removed from the details of each output device's instruction language by the CORE.

-4-

DELL366725

Exhibit 14  Page 494

Design Document for GW Core 79                    5/27.

● Figure 2


                        Application
                        Program


                  device independent CORE


_____DI/DD Interface_____


              device                    device
              driver 1                  driver nn


              device 1                  device nn


        Each output device available has its own device driver.  This
device driver translates output function calls into display device-
dependent code, using software provided by the device manufacturer,
if possible.

        All communication between the device independent CORE and the
device drivers is across a well-defined DI/DD (device independent/
device dependent) interface, described in Section 3.  The use of a
strict interface keeps device dependent code isolated and simplifies
the addition of devices.  It insures non-interference between the
Core and device drivers.

        The interface essentially defines a virtual output device which
is capable of performing a set of required functions plus a set of
functions which it will optionally perform.  The device independent
CORE determines which actual output device is mapped to the virtual
device (selected), and sends the appropriate lower level function
calls to the selected device, across the interface.

        When a device is selected, it reports its capabilities to the device
independent part of the Core, through the interface.  The device

                              -5-

DELL366726

Exhibit 14  Page 495

Design Document for GW Core 79                     5/27

independent part decides if simulation is necessary to provide a function on the selected device. If so, it does the necessary simulation and sends the resulting function calls to the device.

-6-

DELL366727

Exhibit 14  Page 496

Design Document for GW Core 79                     5/2

Figure 3                          OUTPUT

Attributes   Segmenter   Viewing      Output      Surface   Control
                         Parameters   Primitives  Control


                              Text


         Error
         Handler


                   Viewing
                   Processor

                 Transmission
                 Control


         Simulation                          PDF


                 Device
                 Dispatch


_____DI/DD Interface_____


     DD01            DD02                    DDnn



     The device independent CORE is comprised of the following
functional groups:
     1. attributes — setting and inquiring static and dynamic
        segment and primitive attributes
     2. segmenter — opening, closing of temporary and retained
        segments
     3. viewing parameters — specifying window, view direction, etc.
     4. output primitives — line, marker, polygon, text and move
     5. surface control — initialization and selection of view
        surfaces
     6. control — new frame, batch of updates
     7. error handler — reporting of errors to user
     8. text — formation of text transformation matrix and decomposition
        of stroke precision text into lines
     9. viewing processor — calculation and application of viewing

                              -7-

DELL366728

Exhibit 14  Page 497

transformation matrix to primitives
10. transmission control — sends primitives to pseudo-display file,
    if required, and to device drivers. Calls for simulation,
    if required.
11. simulation — forms primitives necessary to simulate functions
    not provided in the selected device driver
12. PDF — pseudo-display file, segment table and their
    associated descriptions
13. device — attaches selected device identification for function
    call across the DI/DD interface and dispatches function

The virtual display device, which is defined by the interface,
accepts output primitives in floating point NDC space, as output
from the viewing process. Communication across the interface is done
with one call with about 65 opcodes, with opcodes for primitives, attributes
segments, etc. A complete description of the DI/DD interface is found
in Section 3 of this document.

## 2.2 Module Segmentation

The overall module segmentation is along functional lines, as
shown in Figure 3. Design decisions which were made concerning
each of these functional sections are described below.

The following routine naming scheme is in effect:

User-level routines: 'meaningful' six (?) letter mnemonics
Internal routines (not device driver): names start with G
Device driver routines: names start with Dnn, where nn is the surface
    number (name) assigned to the device

### 2.2.1 Attributes

Attribute values are stored in COMMON. Attributes are set for
segments and primitives. Settings of static primitive and segment
attributes apply to all primitives or segments created after the
attribute was set. Dynamic attributes may be changed at any time and
affect pre-existing and future segments.
Inquiry functions are provided to the user. Primitive attributes are
also stored with the segment in the pseudo-display file, if maintained.
The attribute settings are packed in an array with an opcode defining
the attribute and the setting of the attribute value and sent to
transmission control. See Section 2.5 for details. The attributes
are set to Core-defined defaults at the initialization of the Core
system.

Simulation of certain attributes is provided: see Section 2.2.11.

Attributes which support raster extensions to the
Core are integrated with the others. The setting of the index, color,
or intensity attribute for line also applies to marker.

-8-

DELL366729

Exhibit 14  Page 498

## 2.2.2 Segments

Operations on retained and temporary segments are provided as specified in Core. Operations on segments are passed across the DI/DD interface to devices which keep their own refresh list. When a segment is created, a description is placed in the segment table showing the segment attributes, and its location and length in the pseudo-display file. At the same time, all primitive attributes are sent to the pseudo display file, if maintained, and to the selected device.

## 2.2.3 Viewing parameters

Viewing is provided at the 2D and 3D level. Functions are provided to set all viewing parameters, whose values are stored in COMMON blocks. These parameters define a specific projection of a 3D object or the orientation and extent of a 2D object. Functions are also provided to control clipping (window and depth) and choice of world coordinate system type (right or left). Support for a modelling transformation is provided.

Inquiry functions for all parameter settings are provided. Default va for the parameters are set only at Core initialization. The default values define a valid viewing specification which can be used by the application programmer. Specification of image transformation parameters in 2D and 3D is provided in the attributes section. When a segment is created, the current viewing parameters are checked for consistency to insure that a valid viewing operation is specified.

## 2.2.4 Primitives

All user-level line primitives call the internal routine GLINE; all user-level marker primitives call the internal routine GMARK. All line or marker primitives are stored and passed internally as polylines and polymarkers, including the lines generated while producing stroke precision text. The minimum 10 markers specified in GSPC79 are provided. Primitive parameters are specified in world coordinates and converted to normalized device coordinates as they are processed by the viewing processor. Primitives are packed in an array with an opcode defining the primitive type and the parameters of the primitive, and sent to the viewing processor. No inquiry functions are provided for primitives. Text as an output primitive is treated differently as is discussed in Section 2.2.8. Specification of primitive attributes to go to raster devices is permitted by index, color, or intensity. A further description is provided in section 2.4.

## 2.2.5 Surface control

When a device is initialized, it reports its capabilities to the device independent Core in response to Opcode INQDVC: Inquire_Device_Capabilities. The information is returned in an array, described in Section 3. This information is stored in dimensioned variables in COMMON. Dimensioned variables are used as five view surfaces may

-9-

DELL366730

Exhibit 14  Page 499

be initialized at one time in our implementation.  There are separate
COMMON blocks for input and output capabilities.  Rather than assign
the view surface to fixed place in the dimensioned variables, a small
correlation table is maintained which points to the proper description
of the surface.

We do not allow for multiple view surfaces to
be selected at the same time.  However, we have been careful when
making data structure decisions and logic decisions to make it possible
to add this capability.

Inquiry by the user for a device's characteristics is permitted
only after the view surface has been initialized.

## 2.2.6 Control

Core initialization, termination and picture change control are
provided in this section.  The highest output level of the Core
supported is dynamic-c.  The dimension supported is 3D.  The user
may specify at Core initialization at which level of each of these the
application program will operate.

Picture change controls set in this section include immediate
visibility, batching of updates and new frame.  The application of
these controls to traffic across the DI/DD interface is actually done
in transmission control.

## 2.2.7 Error handler

All error reporting to the application programmer is done by
one set of routines.  If an error is discovered in any routine, the
parameters to the routine, the routine name and an error number are
passed to the error handler.  The error handler writes an error report
to a FORTRAN unit which may be assigned by the application programmer
to the output screen or a separate device.  The error report contains
an error description, error number, severity code and a parameter
listing.  Upon completion of the error handler, control is returned to
the calling routine.  The code for the error handler is operating
system dependent.  The error descriptions are maintained on a VMS
direct access disk file accessed by relative record number.  A complete
numberic list of error messages and their descriptions is provided in
Section 8.

Internal routines are not permitted to abnormally terminate.  In all
cases, we have endeavored to trap error conditions and report them.
Generally, internal routines do not call user-level routines, if they do,
they must check all errors which the user-level routine will check
before making the call.

## 2.2.8 Text

Stroke, character, and string precision text are provided.  Text
is handled separately as a primitive because it has many unique

-10-

DELL366731

Exhibit 14  Page 500

attributes.   Text primitive attributes are set by user-level calls
to attribute section code.   Stroke precision text (software text) is
actually a simulation in which the desired character is formed by
drawing many strokes.   The text routines develop polyline commands and
send them to the viewing process.   The text routines also develop a
text transformation matrix, with the user-specified attributes, and
send it to the viewing processor.   The viewing processor composes this
text transformation matrix with its viewing transformation matrix only when
text is being processed.   All device drivers in our implementation are
required to provide 'hardware' character generation, perhaps by
simulation in the driver, for text at the string or character precision
level.   The drivers may provide multiple sizes of hardware characters.

The manner in which ASCII or keyboard characters are bound to
output characters is installation dependent and may be modified by Core
programmers.   This provides the capability for a foreign alphabet or
other special characters not usually provided.   Four fonts are provided
in our implementation.   Mono-spaced and proportionally spaced fonts
are provided.

2.2.9 Viewing

Each time a segment is opened, a check is done to see if the
viewing parameters have changed.   If so, a new viewing transformation
matrix is formed, with a call to GVTRAN.   If the viewing specification is
inconsistent, GVTRAN sets the flag 'wrngvs' and passes an error number back
to the segment creation routine.   The composing of the modelling transformati
with the viewing transformation matrix takes place, as necessary.
World coordinates are converted to normalized device coordinates and
clipping against the view volume is done in the viewing process.
Separate code is executed for 2D and 3D viewing.

2.2.10 Transmission control

Decisions about the pseudo-display file, simulation and picture
change control are made in this section.   Transmission control, on
receiving primitives from the viewing pipeline, determines if they
should be stored in the pseudo-display file, and does so, if appropriate.
In addition, depending on picture change control settings, it sends the
opcodes with their parameters in arrays, to the device dispatch.
The opcodes and their parameters are stored in the manner mandated by
the DI/DD interface.   The parameter arrays are built by the various
primitive and attribute routines.

The decision as to whether simulation is required is done by
transmission control as follows:


            IF command IN ( set of commands which may need to
                            be simulated)

-11-

DELL366732

Exhibit 14  Page 501

Design Document for QW Core 79                     5/2:

THEN IF command MUST BE SIMULATED ON selected device

THEN CALL APPROPRIATE SIMULATION ROUTINE

Input to transmission control can come from either the main viewing pipeline, or from the pseudo-display file in response to a NEW_FRAME command, or in response to a dynamic attribute change causing a segment to be redrawn. The attributes of the segments coming from the pseudo display file may be different from those primitives coming from the main viewing pipeline. The attributes of the segments in the pseudo-display file are stored with each segment. It is the responsibility of transmission control to maintain the attribute settings for the primitives currently being sent across the interface. These local attribute settings will be used for decisions about simulation. When the pseudo-display file has been completely sent, it is the reponsibility of NEW_FRAME to call GLOBAT, a routine which resets the global attributes for use in GSEND.

2.2.11 Simulation

When a device is initialized, it reports its capabilities to the device independent CORE. If a device cannot perform a function, transmission control causes a simulation to be done. The simulation produces a series of primitives which are as similar as possible to the desired primitive.

The following primitive attribute is always simulated:
  1. stroke precision text.
The following primitive attributes may be simulated:
      1. character precision text
      2. line style
      3. line width
      4. pen
      5. polygon fill
          a. plain
          b. shaded
          c. patterned
      6. polygon edge type same/different from interior
      7. intensity (for color devices by using equal mixes of R,G,B).
The following primitive attributes are never simulated:
      1. marker symbol
      2. string precision text
      3. color.
The following segment attributes may be simulated:
      1. highlighting
      2. image transformation.

Marker simulation is not necessary as all ten CORE required marker

-12-

DELL366733

Exhibit 14  Page 502

symbols are provided at the device driver level. Each device is
required to provide character generation. The generation may be
done by the device in hardware or software, but is considered by
the device independent part of the Core to be 'hardware' characters.

Simulations may be done at the device driver level, rather than at the
device independent level. This is appropriate when the function is done
more efficiently in the driver using knowledge and/or capabilities of the
hardware. In this case, the device driver reports that it does
provide the function and transmission control does not consider
simulation. The device independent level equates a simulation in the
driver with a hardware implementation.

## 2.2.12 Pseudo-display file

This section maintains the segment table and the pointers to the
pseudo file, as well as the pseudo-display file itself. The pseudo
display file will not be maintained for devices which have their own
refresh. Consequently, all devices which have their own refresh will
have to have or simulate the pick function. NDC values in the pseudo
display file are real to allow for long plots. The pseudo-display file
is defined as integer*4 but real values can also be stored in it. The pdf
which is maintained as a sequential array, is compressed when the end
of the array is reached, if possible. We do not at this time have the
pseudo-display file available as a disk file, but this would greatly
increase the capacity. Since the pseudo-display file is not maintained
for all devices, a metafile is not immediatly available, but could be
available for some devices. The segment table is maintained for devices
with or without their own refresh. See Section 5.2 for more detail.

## 2.2.13 Device dispatch

This section determines which device is selected and attaches the
device identification to the function call and sends it across the
DI/DD interface. This code could be changed quite easily to handle
the situation where multiple view surfaces are selected at the same
time.

Support is provided for the single device user, to cut link time
and space requirements. This is described in more detail in Section 5.13.

-13-

DELL366734

Exhibit 14  Page 503

Design Document for GW Core 79                              5/27

2.3 Control and data flow

Flow of an output primitive to PDF and device

Line primitive on Tektronix shown as an example

primitive call
from user

CORE level
primitive              LINA3, LINA2, LINR3, LINR2
routine

device independent
primitive              GLINE
routine

convert world
to NDC by
applying               GCVNDC
transformations

direct to PDF
and/or device          GSEND

device
independent
              DEVICE
                                       load in PDF        GPDF

device
dependent
device
driver        DDO1

-14-

DELL366735

Exhibit 14  Page 504

Design Document for GW Core 79                    5/27.

● (the following reflects the current Tektronix driver and will be changed)

                    device
                    dependent          LINE1
                    primitive

                    manufacturers
                    software
                    package

                           DRWABS

                           VECMOD   set to line drawing mode

                           TOUTPT   place in buffer

                           XYCNVT   set device coordinates for end points

                           TOUTPT   place in buffer

                    device dependent
                    buffer control          SPLOUT

                    device dependent
                    output to terminal      WRITL
                    with VMS calls

-15-

DELL366736

Exhibit 14  Page 505

## 2.4 Raster support

All raster extensions described in Section III, GSPC79, have been included in this design. No separate routines are provided to implement these functions, unless it is necessary. That is, primitive attributes such as fill_index, fill_color, or fill_intensity are treated as any other Core provided primitive attribute and are set with the same functions and stored in the same common blocks. Separate routines are provided as necessary to handle scan conversion, index table settings, pixel array manipulation, polygon fill, etc.

No hidden surface removal is planned, at this time, for our implementation.

The size of color or intensity index tables will implicitly be defined by the device's capability. If the user does not designate values for slots in the index table, they will be undefined. There are Core-level functions available to load the index tables with a smooth and meaningful set or color or intensity values.

A large problem is caused by permitting the user to specify color and intensity in multiple ways. The user may specify intensity directly with values between 0 and 1. Intensity may also be specified by index value, into an indexed lookup table. The user may specify color directly, with three parameters between 0 and 1. These parameters may specify red, green and blue, or hue, lightness and saturation. Color may also be specified by index value. If color is being specified directly, the user specifies the color model in effect. If the model the user specifies is different from the device selected, the color parameters are converted immediately upon their specification as a primitive attribute. For direct color specification going into the pseudo-display file, the color model (RGB or HLS) will be indicated.

There is an additional problem in working with index tables as there are two ways in which changes to the index table are handled. The effect of a respecification of an index table entry depends on the characteristics of the device. The two classes of device are 'sequential' and 'retroactive'.

A decision had to be made as to what forms of raster support would be provided and what forms of simulation would be provided. Obviously, an application programmer specifying color directly when a device with direct color capability is selected, would have no problem. But, how are situations where the application programmer specifies direct color for a selected device with index table color, to be handled? The following table lists the various combinations of requests, hardware and simulation possible.

-16-

DELL366737

Exhibit 14  Page 506

Design Document for GW Core 79                    5/2

● view surface
  initialized                device capabilities

|  | fixed table | | dynamic table | | direct | |
|---|---|---|---|---|---|---|
|  | intensity | color | intensity | color | intensity | color |
| direct color | error | algorithm | error | * initial load, algorithm | error | one:one |
| index color  fixed | error | one:one | error | initial load | error | algorithm |
| dynamic | error | table required | error | one:one | error | table required |
| direct intensity | doesn't exist | algorithm | algorithm | algorithm | one:one | algorithm |
| index intensity  fixed | one:one | algorithm | initial load | initial load | algorithm | algorithm |
| dynamic | table | table | one:one | algorithm | table | table |

 ` Color simulation is never done on an intensity device.  Direct to
index simulations of color or intensity may be done, depending on
the nature of the software required to do it.  If an easy algorithm
exists to do the conversion, it will be done.  If it requires maintaining
a software index table in the device independent CORE, the simulation
will not be provided.  Some functions require an initial load of the
device's index lookup table to meaningful values.  This will be
provided.  Of course, the one-to-one mappings of view surface
definition and device capabilities will be provided.  The user specifies
the definition of the view surface as it will be used with the
function Initialize_View_surface (surface_name,type, mode), where
type is color or intensity, and mode is direct or index table
lookup.  The designation of fixed or dynamic with each table lookup
specifies whether the device has fixed or dynamic table lookup.
For a fixed table, if the type is color, the first entries of the
lookup table are initialized to    Black

-17-

DELL366738

Exhibit 14  Page 507

                              Red
                              Green
                              Blue
                              Cyan
                              Yellow
                              Magenta
                              White.
For a fixed table, if the type is intensity, the first entries of the
lookup table are initialized to     Black
                                    White.
Therefore, support can be provided for situations in the table which
are indicated as initial load, algorithm, one:one.  Support will not
be provided for situations indicated as error, table required, doesn't
exist.

    The initial implementation of raster functions provided will be
direct color to a dynamic color lookup table device, and dynamic index
color to a dynamic color lookup table device (the two marked with an
asterisk in the table).


2.5 Major data structures

    The following is a list of the data structures in the GWU Core
system.  The storage structures which implement these data structures
are described in Section 5, along with the functions which use them.

In the following a collection is defined to be an unordered set and
a sequence is defined to be an ordered set.   V (variable) and F (fixed)
refer to the size of the sets.


Pseudo-display file — V
     sequence of segments (temporal sequence)
          segment — V
               sequence of output primitive attributes and output
               primitives

Segment table — V
     collection of segment descriptors
          segment descriptor is a fixed collection of
               segment attributes
               pointer to segment in pseudo-display file

View surface characteristics — V
     collection of fixed collections of device characteristics set or
     returned when device is initialized

View surface correlation table — V
     collection of ordered pairs
          view surface name

                              —18—

DELL366739

**Exhibit 14  Page 508**

Design Document for GW Core 79                                    5/2

          pointer to view surface characteristics

Information packet
      for communication between subroutines and across the DI/DD
      interface
            sequence of
                  opcode
                  sequence of integer parameters — F for each opcode
                  sequence of real parameters — F for each opcode

Deletion information — V
      collection of ordered pair descriptors of segments which have
      been deleted
            pointer to segment in pseudo-display file
            length of segment in pseudo-display file

Collection of all the viewing parameters — F

Collection of all the primitive attributes — F


Further definition of some data structures:

      1. Information packet —  parameter values for the various opcodes
         will be passed between the routines and across the DI/DD in
         well-defined, same-structure bundles.  These bundles will also
         be stored in the pseudo-display file, as necessary, in the
         same format.  The array is defined as I*4 and is
         equivalenced to a real array to allow for storage and manipulation
         of real values.  The layout of the array is as follows:

                  PARRAY    1 length               I*4 equ RARRAY   REAL
                            2 opcode
                            3 integer length
                            4 real length
                            5 integer parameters
                              .
                              .
                              .
                            n real parameters
                              .
                              .
                              .

         PARRAY must be in COMMON and may not be passed as an argument
         in order to equivalence a real array (RARRAY) to it.  It is
         found in COMMON block PAR.  The array at this time is dimensioned
         128 I*4 words but this is expected to grow as more of the raster
         extensions are coded.


                                    —19—

DELL366740

Exhibit 14  Page 509

Case 3:07-cv-02000-H-CAB     Document 76-4     Filed 11/30/2007     Page 108 of 171

Calls to GSEND (the new transmission control routine) will
simply be    CALL GSEND.

Calls across the DI/DD interface will be
    CALL DISPATCH(PARRAY(2),PARRAY(3),PARRAY(PARRAY(3)+5),ERR)

The integer and real length arguments will, in all cases,
be the actual number of elements in the array, rather than
the number of vertices, indices, lines, etc.

## 2.6 Design for division of labor, segmentation, extensibility,

All subroutines have been kept small to facilitate modification
of code.  This also keeps unwanted side effects to a minimum.  Maximum
values of various parameters are stored in variables and these
variables are used for loop counters, rather than hard-coded numbers.

Access to major data structures, such as the segment table, is
limited as much as possible, so that modification of the data structure
does not greatly impact the code.

## 2.6.1 Plans for further implementation of the Core

The following enhancements will be considered for implementation
at a later date:

1. ability to disable all error checking except for exhausting
   resources

## 2.7 Guide to rest of document

The remainder of this document contains a description of the DI/DD
interface followed by detailed charts to show calling heirarchy,
specifications for each subroutine and COMMON block and variable definitions
The modules have been divided into functional groups as shown in Section 2.2
These are followed by a CORE glossary, a guide to user subroutine names
based on the GSPC79 document, and a list of error messages.

DELL366741

Exhibit 14  Page 510

Design Document for GW Core 79                    5/2

● 3. DI/DD Interface

●

●

-21-

DELL366742

Exhibit 14  Page 511

21- 1

DI/DD Interface Proposal

Driver Call

A driver call has the form:

CALL DDxx(OP,IARRAY,RARRAY,ERROR)

where OP is and integer value, IARRAY is an array of integer parameters, and RARRAY is an array of real parameters. ERROR is an integer which is set to a non-zero value to indicate a driver error. 'xx' is a 2-character mnemonic identifying the output device, such as 'TK' for Tektronix 4014.

The first two parameters in IARRAY are present in all calls. They are: the number of entries in IARRAY (less two), and the number of entries in RARRAY. If the driver function returns output, the values will be stored in the same arrays, overwriting the input values; otherwise, the contents of the arrays are unpredictable on return.

Interfacing DI and DD

The DD code for each device will have two external entry points. One entry will have the device-specific name 'DDxx'. The other will have a generic name (the same for all devices), e.g. 'DD' (actual name to be determined). The device-independent graphics package will reference only the generic name. Thus, a user could form an executable program from the combination

"applications program"+"device-independent Core system"
+"DDxx"

When multiple devices are required, the executable program would include a "device-dispatcher" which would call the DD determined by the currently selected view-surface, i.e.

"applications program"+"device-independent Core system"
+"device-dispatcher"+"DD01"+...+"DDnn"

This scheme requires the ability to control resolution of external references when multiple definitions exist.

In order that "dispatcher" may determine what drivers are loaded, the code for each driver contains a common block as follows:

COMMON /xxNAME/ xxNAME
DATA xxNAME/'xx'

where 'xx' is the device mnemonic. This method requires that the variable xxNAME be initialized in a predictable way whenever the driver DDxx is not loaded and is thus operating system dependent.

4/28/80

DELL366743

Exhibit 14  Page 512

21-2

## Color Specification

On the device level, there are three ways of specifying color:

A.    For devices with a small number of displayable colors, color is set by the function SET_INDEX.  The index values 1 to 8 have the (fixed) association with the colors Black (or complement of background), Red, Green, Blue, Cyan, Yellow, Magenta and White (or background) for color devices, or with the colors Black (or complement) and White (or background) for grey-level devices.

B.    For devices with a color look-up table, color is set by the functions SET_INDEX, DEFINE_COLOR_INDICES and DEFINE_INTENSITY_INDICES.  In addition, the look-up table is initialized as in (A).

C.    For devices with a large number of displayable colors and no look-up table, references when multiple definitions exist.

Some devices (e.g. Dicomed) may incorporate both (A) and (C).  The color specification mode is returned as part of the INQUIRE_CAPABILITIES function.

4/28/80

DELL366744

Exhibit 14  Page 513

21-3

## Functions

Function 1:          INITIALIZE_DD

Integer Parameters:
     DI_TYPE          1-"Core", 2-"Grafpac".

Initialize DD code. if DI_TYPE is "Grafpac", then define
Grafpac NDC space:  The square $0 \leq x,y \leq 1$ is guaranteed to
be visible and is right-justified on the physical view sur-
face of CRT devices.  If DI_TYPE is "Core", NDC space is
defined by the function SET_NDC_SPACE.  INITIALIZE_DD must
be the first DD function invoked.  No actual device I/O is
performed by this function.

Function 2:          INITIALIZE_VIEW_SURFACE

Integer Parameters:
     TYPE             1-"color", 2-"intensity".
     MODE             1-"direct", 2-"index-table".

Initialize the output device.  For devices with lookup
tables, if TYPE is "color" initialize the first eight
entries with the colors Black (or complement of background),
Red, Green, Blue, Cyan, Yellow, Magenta and White (or back-
ground).  If TYPE is "intensity", initialize the first two
entries with the colors Black (or complement) and White (or
background).  MODE is used only with devices with both
"direct-color" and "(fixed) index-table" color specifica-
tion.

Function 3:          TERMINATE_VIEW_SURFACE

Perform any actions necessary to end output on this device.

Function 4:          SET_NDC_SPACE

Real Parameters:
     WIDTH,HEIGHT,DEPTH

Define NDC space as in GSPC 79, subsection 5.2.2.8.  The
initial values of WIDTH and HEIGHT are 1; the initial value
of DEPTH is 0.

DELL366745

Exhibit 14  Page 514

21-4

Function 5:            INQUIRE_DEVICE_CAPABILITIES

Integer Parameters (Output):

| | | |
|---|---|---|
| RESOLUTION | 6 values. | Number of addressable units in x and y per cm., width and height of current NDC space in addressable units, Width and height of NDC space in addressable character positions. |

LINESTYLE_COUNT
LINESTYLE_SUPPORT       0-"hardware", 1-"software".
LINEWIDTH_COUNT
LINEWIDTH_SUPPORT       0-"hardware", 1-"software".
FONT_COUNT
PEN_COUNT
PEN_SUPPORT             0-"hardware", 1-"software".
CHARSIZE_COUNT
MARKER_COUNT    Count of Core-type markers.
MARKER_SUPPORT   0-"hardware", 1-"software".
LEVEL           1-"basic", 2-"buffered", 3-"dynamic-a", 4-"dynamic-b", 5-"dynamic-c".
HIGHLIGHTING_SUPPORT    0-"hardware", 1-"software".
BATCHING        1-"defer-all", 2-"defer-retained", 3-"defer-deletion", 4-"defer-nothing".
VIEW_SURFACE_TYPE    1-"intensity only", 2-"color or intensity".
PIXEL_TYPE      0-"no pixel functions", 1-"write pixel functions available", 2-"read/write pixel functions available".
COLOR_TYPE      1-"fixed table", 2-"dynamic table", 3-"direct color", 4-"fixed table and direct color".
HIDDEN_SURFACE    0-"none", 1-"temporal", 2-"explicit", 3-"full".
POLYGON_FILL    3 values. For each of the 3 types "plain", "shaded", and "patterned", the maximum number of edges, or 0 if this fill-type is not available.
EDGE_TYPE       1-"interior-only", 2-"solid". Always "solid" for devices without polygon filling.
PIXEL_ARRAY_SIZE    2 values. Maximum number of rows, maximum number of columns.
COLOR_MODEL     1-"hls", 2-"rgb".
BACKGROUND_COLOR    1-"black", 2-"white".
BACKGROUND_TYPE     1-"fixed", 2-"variable".
COLOR_INDEX    Number of color index entries.
GLOBAL_COLORS  Number of possible colors.
COLOR_TYPE      1-"sequential", 2-"retroactive".
INTENSITY_INDEX    Number of intensity index entries.
GLOBAL_INTENSITIES    Number of possible intensities.
INTENSITY_TYPE    1-"sequential", 2-"retroactive".

Real Parameters (Output):
        SIZES           4 values. Width and height of the

4/28/80

DELL366746

Exhibit 14  Page 515

21-5

|  |  | usable display surface (in cm.), width and height of current NDC space. |
|---|---|---|
| LINEWIDTH |  | 2 values.  Minimum, maximum (in NDC). |
| CHARSIZE |  | 2 values.  Minimum, maximum (in NDC). |

Function 6:         SET_IMMEDIATE_VISIBILITY

Integer Parameters:
    IMMEDIACY        0-off, 1-on.

For interactive devices only, if immediate visibility is
"on", the picture is made current after each output primi-
tive function.  The picture is also made current if immedi-
ate visibility is switched from "off" to "on".  The initial
value of IMMEDIACY is "off".

Function 7:         MAKE_PICTURE_CURRENT

Flush output buffers, if any.  Not applicable to devices
which must buffer all output ("defer-all").

Function 8:         BEGIN_BATCH_OF_UPDATES

For interactive devices only.  For non-buffered devices, has
the same effect as turning immediate visibility "off".

Function 9:         END_BATCH_OF_UPDATES

For interactive devices only.  For non-buffered devices, has
the same effect as turning immediate visibility "on".

Function 10:         NEW_FRAME

Erase screen, advance paper, etc. for non-buffered devices.
Perform a new-frame action for buffered devices.

Function 11:         CREATE_RETAINED_SEGMENT

Integer Parameters:
    INTERNAL_NAME  Internal (driver) segment name.
    SEGMENT_NAME   External (user) segment name.
    IMAGE_TRANSFORMATION_TYPE
                   0-"no image transformation",
                   1-"2D translation",
                   2-"2D scale, rotation, translation",
                   3-"3D scale, rotation, translation".
    VISIBILITY     0-"invisible", 1-"visible".

4/28/80

DELL366747

Exhibit 14  Page 516

21-6

```
HIGHLIGHTING    0-"non-highlighted", 1-"highlighted".
PRIMITIVE_STATIC_ATTRIBUTES    Primitive static attri-
                    butes of integer type.
Real Parameters:
    SX,SY,SZ        Image scale.
    TX,TY,TZ        Image translation (NDC coordinates).
    AX,AY,AZ        Image rotation.
                              Primitive static attri-
                    butes of real type.
Integer Parameters (Output):
    INTERNAL_NAME
```

Create a new, empty retained segment with the specified
dynamic attributes.  INTERNAL_NAME is assigned by DD and
saved by DI in association with SEGMENT_NAME.  It may be any
value meaningful to DD.  INTERNAL_NAME may be changed by DD
after the functions CLOSE_SEGMENT and RENAME_SEGMENT.

Ignored by devices without buffering.  SX,SY,SZ,... are
ignored by devices without image transformations.


Function 12:        CREATE_TEMPORARY_SEGMENT




Open a temporary segment.  A tempoary segment may be created
while a retained segment is open (to accommodate input echo-
ing).  Ignored by devices without buffering.


Function 13:        CLOSE_RETAINED_SEGMENT

Integer Parameters:
    INTERNAL_NAME
    SEGMENT_NAME

Integer Parameters (Output):
    INTERNAL_NAME
```

Close the currently open (retained) segment.  Ignored by
devices without buffering.

4/28/80

DELL366748

Exhibit 14  Page 517

Function 14:          CLOSE_TEMPORARY_SEGMENT

Close the currently open (temporary) segment.  Ignored by devices without buffering.


Function 15:          DELETE_SEGMENT

Integer Parameters:
    INTERNAL_NAME
    SEGMENT_NAME

Delete a retained segment.  Ignored by devices without buffering.


Function 16:          RENAME_SEGMENT

Integer Parameters:
    INTERNAL_NAME
    SEGMENT_NAME
    NEW_NAME

Integer Parameters (Output):
    INTERNAL_NAME

Rename a retained segment.  Ignored by devices without buffering.


Function 17:          SET_COLOR

Integer Parameters:
    PRIMITIVE          1-"line", 2-"text", 3-"fill"

Real Parameters:
    C1,C2,C3           Color parameters, interpreted in
                  device's color model.

For devices with direct color specification, set the color of the specified output primitives.  DD selects the closest match in each of the 3 (independent) components.  The initial value of COLOR is complement of background.


Function 18:          SET_BACKGROUND_COLOR

Real Parameters:
    C1,C2,C3           Color parameters, interpreted in
                  device's color model.

For devices with direct color specification, set the background color.  Ignored by devices without a variable background.

DELL366749

Exhibit 14  Page 518

21-8

Function 19:         SET_INTENSITY

Integer Parameters:
    PRIMITIVE        1-"line", 2-"text", 3-"fill"

Real Parameters:
    I                Intensity.

For "intensity" devices without lookup tables, set the
intensity of the specified output primitives. The initial
value of INTENSITY is 0.5.


Function 20:         SET_BACKGROUND_INTENSITY

Real Parameters:
    I                Intensity.

For "intensity" devices without lookup tables, set the back-
ground intensity. Ignored by devices without a variable
background.


Function 21:         SET_INDEX

Integer Parameters:
    PRIMITIVE        1-"line", 2-"text", 3-"fill"
    INDEX            Index value.

For devices with color lookup tables, set the color table
index for subsequent output primitives. The initial value
of INDEX is 1.


Function 22:         SET_BACKGROUND_INDEX

Integer Parameters:
    INDEX            Index value.

For devices with color lookup tables, set the background
index. Ignored by devices without a variable background.


Function 23:         DEFINE_COLOR_INDICES

Integer Parameters:
    I1,I2

Real Parameters:
    C1_ARRAY         I2-I1+1 values.
    C2_ARRAY         I2-I1+1 values.
    C3_ARRAY         I2-I1+1 values.

Set color index table entries I1 through I2. Ignored by
devices without lookup tables.

DELL366750

Exhibit 14  Page 519

Function 24:          DEFINE_INTENSITY_INDICES

Integer Parameters:
    I1,I2

Real Parameters:
    I_ARRAY      I2-I1+1 values.

Set intensity index table entries I1 through I2.  Ignored by
devices without lookup tables.


Function 25:          INQUIRE_COLOR_INDICES

Integer Parameters:
    I1,I2

Real Parameters (Output):
    C1_ARRAY     I2-I1+1 values.
    C2_ARRAY     I2-I1+1 values.
    C3_ARRAY     I2-I1+1 values.

Return the values stored in index table entries I1 through
I2.


Function 26:          INQUIRE_INTENSITY_INDICES

Integer Parameters:
    I1,I2

Real Parameters (Output):
    I_ARRAY      I2-I1+1 values.

Return the values stored in index table entries I1 through
I2.


Function 27:          SET_LINESTYLE

Integer Parameters:
    LINESTYLE       Linestyle specification.

Set line style.  Linestyle 1 is a solid line, linestyle 2 is
short dash.  Linestyles 3 through 9 are device-dependent.
LINESTYLE affects LINE and POLYGON edges.  The initial value
of LINESTYLE is 1.

DELL366751

Exhibit 14  Page 520

21-10

Function 28:         INQUIRE_LINESTYLES

Integer Parameters (Output):
     N                 Number of linestyles.
     LARRAY            List of min(N,10) values.

The codes returned in LARRAY describe the available lines-
tyles as in GSPC 79, subsection 4.2.3.1.


Function 29:         SET_LINEWIDTH

Real Parameters:
     LINEWIDTH         NDC coordinates.  A value of zero speci-
                       fies the thinnest possible line.

Set LINEWIDTH.  LINEWIDTH affects LINE and POLYGON edges.
The initial value of LINEWIDTH is 0.


Function 30:         SET_PEN

Integer Parameters:
     PEN

If PEN is nonzero, sets the LINEWIDTH, LINESTYLE, INTENSITY
and/or COLOR attributes in a device-dependent manner.
Results may be unpredictable for an index-table device when
index specifications have been changed.  The PEN value of
zero restores the original values of LINEWIDTH, etc.  PEN
affects LINE, MARKER, TEXT and POLYGON edges.  The initial
value of PEN is 0.


Function 31:         INQUIRE_DENSITY

Integer Parameters:
     TYPE              Type of object.  1-"line", 2-
                       "character", 3-" polygon interior".

Real Parameters:
     DENSITY           Desired visual impact, $0 \leq$ DENSITY $\leq 1$.

Real Parameters (Output):
     LINEWIDTH         NDC coordinates.
     INTENSITY         $0 \leq$ INTENSITY $\leq 1$.

Returns the linewidth and/or intensity values necessary to
obtain the desired density.  DI is responsible for setting
LINEWIDTH and INTENSITY explicitly.

DELL366752

Exhibit 14  Page 521

21-11

Function 32:          SET_FONT

Integer Parameters:
     FONT

Set the font for TEXT output.  Font 1 is normal characters,
font 2 is italic (slanted) characters on devices with
hardware italics; otherwise, fonts are unspecified.  The
initial value of FONT is 1.


Function 33:          SET_CHARSIZE

Real Parameters:
     WIDTH,HEIGHT    NDC coordinates.

DD chooses the largest character size that does not exceed
the desired WIDTH.  If there is more than one choice, DD
uses the largest size that does not exceed the desired
HEIGHT.  The initial value of CHARSIZE is unspecified.


Function 34:          SET_CHARSPACE

Real Parameters:
     SPACING         A fraction of WIDTH or HEIGHT, depending
                     on CHARPATH.

If device has variable spacing, DD chooses the largest spac-
ing that does not exceed SPACING; otherwise, no effect.  The
initial value of CHARSPACE is 0.

Note: character size and spacing are independent.


Function 35:          SET_STRING_ROTATION

Real Parameters:
     ANGLE           Angle of the text principal right direc-
                     tion, measured in radians counterclock-
                     wise from horizontal.

If the device has string rotation, DD chooses the closest
available angle; otherwise, ignored.  The initial value of
ANGLE is 0.


Function 36:          SET_CHARPATH

Integer Parameters:
     CHARPATH        1-right, 2-left, 3-up, 4-down.

The effect of CHARPATH is device-dependent.  The initial
value of CHARPATH is "right".

Note: charpath and string-rotation are independent.


4/28/80

DELL366753

Exhibit 14  Page 522

21-12

Function 37:           SET_CHARJUST

Integer Parameters:
    HORIZONTAL       0-off ,1-left, 2-right, 3-center.
    VERTICAL         0-off, 1-top, 2-bottom, 3-center.

Specifies string positioning as in GSPC 79 subsection 2.2.3.
The initial value of CHARJUST is ("off","off").


Function 38:           INQUIRE_CHAR_EXTENT

Real Parameters (Output):
    DX,DY            Size of a character in NDC coordinates.

DD calculates the extent of a single character using the
current values of CHARSIZE, CHARSPACE, STRING-ROTATION and
CHARPATH.  DI may calculate the extent of character- or
string-precision text by multiplying the character extent by
the number of characters.  DI may determine the positioning
of a text string by using CHARJUST and the device's charac-
ter resolution.


Function 39:           SET_MARKER_SYMBOL

Integer Parameters:
    MARKER           Marker number.

Marker values 1-5 specify the symbols dot or point, plus,
asterisk, O and X; marker values 6-10 specify device-
dependent symbols.  The size of these markers is device
dependent.  Marker values 32 to 127 specify ASCII characters
whose size is dependent on CHARSIZE.  Marker 1 is a point on
devices with a point mode.


Function 40:           SET_POLYGON_EDGE_STYLE

Integer Parameters:
    EDGE_STYLE       1-"solid-line", 2-"interior".

Ignored unless device can draw polygons with an independent
edge color.  The initial value of EDGE_STYLE is "solid-
line".


Function 41:           SET_POLYGON_INTERIOR_STYLE

Integer Parameters:
    INTERIOR_STYLE     1-plain, 2-shaded, 3-patterned.

Ignored unless the device has filled polygons.  The initial
value of INTERIOR_STYLE is "plain".


4/28/80

DELL366754

Exhibit 14  Page 523

21-13

Function 42:          SET_PIXEL_ARRAY_COLORS

Integer Parameters:
     COLUMNS,ROWS

Real Parameters:
     X,Y               Pixel array origin (NDC coordinates).
     C1_ARRAY          COLUMNS*ROWS values.
     C2_ARRAY          COLUMNS*ROWS values.
     C3_ARRAY          COLUMNS*ROWS values.

For devices with direct color specification, store an array
for patterned polygon filling. Ignored by devices without
patterned polygon filling.  The initial value of X, Y,
C1_ARRAY,... is unspecified.


Function 43:          SET_PIXEL_ARRAY_INTENSITIES

Integer Parameters:
     COLUMNS,ROWS

Real Parameters:
     X,Y               Pixel array origin (NDC coordinates).
     I_ARRAY           COLUMNS*ROWS values.

For "intensity" devices without lookup tables, store an
array for patterned polygon filling.  Ignored by devices
without patterned polygon filling.  The initial value of
I_ARRAY is unspecified.


Function 44:          SET_PIXEL_ARRAY_INDICES

Integer Parameters:
     COLUMNS,ROWS
     INDEX_ARRAY       COLUMNS*ROWS values.

Real Parameters:
     X,Y               Pixel array origin (NDC coordinates).

For devices with index tables, store INDEX_ARRAY for pat-
terned polygon filling. Ignored by devices without patterned
polygon filling.  The initial value of PIXEL_ARRAY is
unspecified.


Function 45:          SET_SEGMENT_HIGHLIGHTING

Integer Parameters:
     INTERNAL_NAME
     SEGMENT_NAME
     HIGHLIGHTING      0-"non-highlighted", 1-"highlighted".

Set highlighting for the specified segment.  Ignored by dev-
ices without highlighting.

4/28/80

DELL366755

Exhibit 14  Page 524

```
Function 46:           SET_SEGMENT_IMAGE_TRANSFORMATION

Integer Parameters:
     INTERNAL_NAME
     SEGMENT_NAME

Real Parameters:
     SX,SY,SZ        Scale.
     TX,TY,TZ        Translation (NDC coordinates).
     AX,AY,AZ        Rotation.
```

Set the image transformation for the specified segment.
Ignored by devices without image transformation.


```
Function 47:           SET_VISIBILITIES

Integer Parameters:
     INTERNAL_NAME_ARRAY    List of internal names.
     SEGMENT_NAME_ARRAY     List of external names.
     VISIBILITY_ARRAY       Each entry is: 0-"visible",
                            1-"invisible".
```

Set visibility for the specified segments.  Ignored by dev-
ices without buffering.


```
Function 48:           POLYLINE_3

Real Parameters:
     X1,Y1,Z1,...,XN,YN,ZN    NDC coordinates.
```

Define a connected sequence of lines from (X1,Y1,Z1) to
(XN,YN,ZN), a total of (n-1) segments.  Z coordinates are
not used unless required by IMAGE_TRANSFORMATION_TYPE.


```
Function 49:           POLYLINE_2

Real Parameters:
     X1,Y1,...,XN,YN    NDC coordinates.
```

Same as POLYLINE_3, except Z coordinates are not passed.


```
Function 50:           POLYMARKER_3

Integer Parameters:
     MARKER          Marker number.

Real Parameters:
     X1,Y1,Z1,...,XN,YN,ZN    NDC coordinates.
```

Define a series of markers.

DELL366756

Exhibit 14  Page 525

21-15

Function 51:          POLYMARKER_2

Integer Parameters:
    MARKER          Marker number.

Real Parameters:
    X1,Y1,...,XN,YN    NDC coordinates.

Same as POLYMARKER_3, except Z coordinates are not passed.


Function 52:          POLYGON_3

Real Parameters:
    X1,Y1,Z1,...,XN,YN,ZN    NDC coordinates.

Define a polygon with the specified vertices.   Only the edge
is drawn unless the device has the specified
POLYGON_FILL_STYLE.


Function 53:          POLYGON_2

Real Parameters:
    X1,Y1,...,XN,YN    NDC coordinates.

Same as POLYGON_3, except Z coordinates are not passed.


Function 54:          TEXT_3

Integer Parameters:
    N               Number of characters.
    STRING          Character string. Characters are packed
                    in a way which is natural to the host
                    machine.

Real Parameters:
    X,Y,Z           Location of string (NDC coordinates).

Define a character string.   Text is drawn in "string-
precision" only.


Function 55:          WRITE_RASTER_COLORS

Integer Parameters:
    ROW
    START_COLUMN

Real Parameters:
    C1_ARRAY
    C2_ARRAY
    C3_ARRAY

For raster devices without lookup tables, define the colors
of pixels beginning in the specified row and column, and

4/28/80

DELL366757

**Exhibit 14  Page 526**

21-16

continuing for N columns.  The origin of NDC space is iden-
tified with the 0th row, 0th column.


Function 56:          WRITE_RASTER_INTENSITIES

Integer Parameters:
     ROW
     START_COLUMN

Real Parameters:
     I_ARRAY

For "intensity" raster devices without lookup tables, define
the intensities of the specified pixels.


Function 57:          WRITE_RASTER_INDICES

Integer Parameters:
     ROW
     START_COLUMN
     INDEX_ARRAY

For raster devices with lookup tables, define the indices of
the specified pixels.


Function 58:          READ_RASTER_COLORS

Integer Parameters:
     ROW
     START_COLUMN
     N

Real Parameters (Output):
     C1_ARRAY
     C2_ARRAY
     C3_ARRAY

For raster devices without lookup tables, return the colors
of the specified pixels.


Function 59:          READ_RASTER_INTENSITIES

Integer Parameters:
     ROW
     START_COLUMN
     N

Real Parameters (Output):
     I_ARRAY

For "intensity" raster devices without lookup tables, return
the colors of the specified pixels.

4/28/80

DELL366758

Exhibit 14  Page 527

Function 60:            READ_RASTER_INDICES

Integer Parameters:
    ROW
    START_COLUMN

Integer Parameters (Output):
    INDEX_ARRAY

For raster devices with lookup tables, return the indices of
the specified pixels.


Function 61:            ESCAPE

Integer Parameters:
    FUNCTION         Function name.

Ignored unless the is specified escape is supported.


Function 62:            INQUIRE_ESCAPE

Integer Parameters:
    FUNCTION         Function name.

Integer Parameters (Output):
    SUPPORT          0-"not supported", 1-"supported".

The following escape functions are defined:


Escape 1:               ALPHA_MODE

For terminals with an alpha and a vector mode, to allow use
of the device independent of the graphics system.  Restore
alpha mode and return the alpha cursor to its position when
alpha mode was last in effect.


Escape 2:               SET_OUTPUT_UNIT

Integer Parameters:
    UNIT             Fortran unit number.

For DDs which are not associated with a fixed output device,
set the logical output unit.  This function must be called
between INITIALIZE_DD and INITIALIZE_VIEW_SURFACE.


4/28/80

DELL366759

Exhibit 14  Page 528

Design Document for GW Core 79                          5/27/8

4. Global COMMON blocks

        In this section COMMON blocks whose use is global to more than
one function are described.  COMMON blocks which are local to a function
are described with the functional description in Section 5.


(COMMON blocks have not been divided among the functions yet)

```
C *** COMMON AREA VSP CONTAINS DEVICE SPECIFIC
C *** INFORMATION RETURNED FROM DEVICE DRIVER
C *** AT DEVICE INITIALIZATION OR SET BY THE USER
c *** AND FLAGS TO SHOW DEVICES INITIALIZED
C *** AND SELECTED

C *** ALL THESE VARIABLES ARE DIMENSIONED BY 5
C *** TO PERMIT INFORMATION FOR 5 DEVICES
C
C *** COMMON AREA VSP CAN BE FOUND IN THE FOLLOWING FILES:
C
C
C *** INITVS: CORRELATION TABLE WHICH LINKS VIEW SURFACE NAME TO
C ***         ITS DESCRIPTION IN THE FOLLOWING ARRAYS
C *** VSINIT: INITIALIZED IF TRUE
C *** VSSELC: SELECTED IF TRUE
C *** SELSLT: SHOWS WHICH ARRAY ELEMENT HAS INFORMATION ON CURRENTLY
C ***         SELECTED DEVICE
C *** VSTYPE: VIEW SURFACE TYPE
C ***           O NON-BUFFERED
C ***           1 BUFFERED
C *** VSXCM: ADDRESSABLE UNITS IN X PER CM.
C *** VSYCM: ADDRESSABLE UNITS IN Y PER CM.
C *** VSXNDC: WIDTH OF NDC SPACE IN ADDRESSABLE UNITS
C *** VSYNDC: HEIGHT OF NDC SPACE IN ADDRESSABLE UNITS
C *** VSXCHR: WIDTH OF NDC SPACE IN ADDRESSABLE CHARACTER POSITIONS
C *** VSYCHR: HEIGHT OF NDC SPACE IN ADDRESSABLE CHARACTER POSITIONS
C *** VSLNSC: LINESTYLE COUNT
C *** VSLNSS: LINESTYLE SUPPORT
C ***           O HARDWARE
C ***           1 SOFTWARE
C *** VSLNWC: LINEWIDTH COUNT
C *** VLLNWS: LINEWIDTH SUPPORT
C ***           O HARDWARE
C ***           1 SOFTWARE
C *** VSFNTC: FONT COUNT
C *** VSPENC: PEN COUNT
C *** VSPENS: PEN SUPPORT
C ***           O HARDWARE
C ***           1 SOFTWARE
C *** VSCSC: CHARSIZE COUNT
C *** VSMRKC: MARKER COUNT
C *** VSMRKS: MARKER SUPPORT
C ***           O HARDWARE
```

—22—

DELL366760

Exhibit 14  Page 529

```
C ***           1 SOFTWARE
C *** VSOLVL: OUTPUT LEVEL
C ***           1 BASIC
C ***           2 BUFFERED
C ***           3 DYNAMIC-A
C ***           4 DYNAMIC-B
C ***           5 DYNAMIC-C
C *** VSHILS: HIGHLIGHTING SUPPORT
C ***           0 HARDWARE
C ***           1 DRAW AGAIN
C *** VSBATC: BATCHING
C ***           1 DEFER ALL
C ***           2 DEFER RETAINED
C ***           3 DEFER DELETION
C ***           4 DEFER NOTHING
C *** VSOTYP: VIEW SURFACE TYPE
C ***           1 INTENSITY ONLY
C ***           2 COLOR OR INTENSITY
C *** VSPIX: PIXEL TYPE
C ***           1 READ/WRITE FUNCTIONS AVAILABLE
C ***           2 FUNCTIONS NOT AVAILABLE
C ***           3 WRITE FUNCTIONS AVAILABLE
C *** VSCTAB: COLOR TABLE
C ***           1 FIXED
C ***           2 DYNAMIC
C ***           3 DIRECT COLOR
C ***           4 FIXED AND DIRECT
C *** VSHIDS: HIDDEN SURFACE
C ***           0 NONE
C ***           1 TEMPORAL
C ***           2 EXPLICIT
C ***           3 FULL
C *** VSPFIL: POLYGON FILL
C ***           3 VALUES SHOWING MAXIMUM EDGES FOR
C ***                 A. PLAIN
C ***                 B. SHADED
C ***                 C. PATTERNED
C *** VSEDGE: EDGE TYPE
C ***           1 INTERIOR ONLY
C ***           2 SOLID
C *** VSPIXX: PIXEL ARRAY MAXSIZE X
C *** VSPIXY: PIXEL ARRAY MAXSIZE Y
C *** VSCMOD: COLOR MODEL
C ***           1 HLS
C ***           2 RGB
C *** VSBGDC: BACKGROUND COLOR
C ***           1 BLACK
C ***           2 WHITE
C *** VSBGDT: BACKGROUND TYPE
C ***           1 FIXED
C ***           2 VARIABLE
C *** VSCINX: COLOR INDEX TABLE SIZE
C *** VSCNUM: GLOBAL COLORS
```

-23-

DELL366761

Exhibit 14  Page 530

```
C *** VSCTYP: COLOR ACTION
C ***          1 SEQUENTIAL
C ***          2 RETROACTIVE
C *** VSIINX: INTENSITY INDEX TABLE SIZE
C *** VSINUM: GLOBAL INTENSITIES
C *** VSITYP: INTENSITY ACTION
C ***          1 SEQUENTIAL
C ***          2 RETROACTIVE
C *** VSSCMX: WIDTH USABLE DISPLAY IN CM.
C *** VSSCMY: HEIGHT USABLE DISPLAY IN CM.
C *** VSSNDX: WIDTH CURRENT NDC SPACE
C *** VSSNDY: HEIGHT CURRENT NDC SPACE
C *** VSLWMN: MINIMUM LINEWIDTH IN NDC
C *** VSLWMX: MAXIMUM LINEWIDTH IN NDC
C *** VSCSMN: MINIMUM CHARSIZE IN NDC
C *** VSCSMX: MAXIMUM CHARSIZE IN NDC
C *** VSPMAX: MAXIMUM NUMBER OF VIEW SURFACES
C *** SRFUSE: SURFACE USE
C ***          1 COLOR
C ***          2 INTENSITY
C *** MODE: TYPE TABLE SPECIFICATION OF COLOR/INTENSITY
C ***          1 DIRECT
C ***          2 INDEX
C *** COLMOD: COLOR MODEL
C ***          1 HLS
C ***          2 RGB
C       THE SUBSCRIPT (5) REFERS TO THE MAXIMUM
C       NUMBER OF DEVICES.
C
        COMMON/VSP/INITVS, VSINIT, VSSELC, SELSLT, VSTYPE,
     1       VSXCM, VSYCM, VSXNDC, VSYNDC,
     2       VSXCHR, VSYCHR, VSLNSC, VSLNSS, VSLNWC, VSLNWS,
     3       VSFNTC, VSPENC, VSPENS, VSCSC, VSMRKC, VSMRKS,
     4       VSOLVL, VSHILS, VSBATC, VSOTYP, VSPIX, VSCTAB, VSHIDS,
     5       VSPFIL, VSEDGE, VSPIXX, VSPIXY, VSCMOD, VSBGDC,
     6       VSBGDT, VSCINX, VSCNUM, VSCTYP, VSIINX, VSINUM,
     7       VSITYP, VSSCMX, VSSCMY, VSSNDX, VSSNDY, VSLWMN,
     8       VSLWMX, VSCSMN, VSCSMX, VSPMAX, SRFUSE, MODE, COLMOD
        INTEGER*4 INITVS(5,2), SELSLT, VSTYPE(5), VSXNDC(5),
     1       VSYNDC(5), VSXCHR(5), VSYCHR(5), VSLNSC(5), VSLNSS(5),
     2       VSLNWC(5), VSLNWS(5), VSFNTC(5), VSPENC(5), VSPENS(5),
     3       VSCSC(5), VSMRKC(5), VSMRKS(5), VSOLVL(5), VSHILS(5),
     4       VSBATC(5), VSOTYP(5), VSPIX(5), VSCTAB(5), VSHIDS(5),
     5       VSPFIL(5), VSEDGE(5), VSPIXX(5), VSPIXY(5), VSCMOD(5),
     6       VSBGDC(5), VSBGDT(5), VSCINX(5), VSCNUM(5), VSCTYP(5),
     7       VSIINX(5), VSINUM(5), VSITYP(5), VSPMAX, SRFUSE(5),
     8       MODE(5), COLMOD(5)
        REAL VSXCM(5), VSYCM(5), VSSCMX(5), VSSCMY(5), VSSNDX(5),
     1       VSSNDY(5), VSLWMN(5), VSLWMX(5), VSCSMN(5), VSCSMX(5)
        LOGICAL VSINIT(5), VSSELC(5)
C
```

-24-

DELL366762

Exhibit 14  Page 531

```
C *** COMMON AREA ATR CONTAINS THE PRIMITIVE STATE
C *** VARIABLES, WHICH INCLUDES THE PRIMITIVE ATTRIBUTES
C *** TOGETHER WITH THEIR ASSOCIATED DEFAULTS AND PERMISSABLE
C *** RANGES:
C
C *** ATR CAN BE FOUND IN THE FOLLOWING FILES:
C *** ALLDVC, CORERROR, CORT, PDFILE, PRIM3C, V3TRAN
C
C *** LWIDT: LINE WIDTH SELECTED
C *** LWMAX: LINE WIDTH MAXIMUM
C *** LSTYL: LINE STYLE SELECTED
C *** LSMAX: LINE STYLE MAXIMUM
C *** PEN: PEN SELECT
C *** PENMAX: PEN MAXIMUM
C *** FONT: FONT SELECT
C ***           1
C ***           2
C ***           3
C ***           4
C *** FONMAX: FONT MAXIMUM
C *** CHSIZ: CHARACTER SIZE
C *** CHSPC: CHARACTER SPACING
C *** CHPREC: CHARACTER PRECISION
C ***            1 STRING
C ***            2 CHARACTER
C ***            3 STROKE
C *** CHPLN: CHARACTER PLANE
C *** PIKID: PICK-ID CURRENT
C *** PIKMAX: PICK-ID MAXIMUM
C *** CHPATH: CHARACTER PATH
C *** CHJUST: CHARACTER JUSTIFICATION
C *** MRKR: MARKER SELECT
C ***           1 PERIOD
C ***           2 +
C ***           3 *
C ***           4 O
C ***           5 X
C *** MRKMAX: MARKER MAXIMUM
C *** CHARUP: CHARACTER UP DIRECTION
C *** CURPOS: CURRENT CURSOR POSITION
C *** BGDNDX: BACKGROUND INDEX
C *** BGDCOL: BACKGROUND COLOR
C *** BGDINT: BACKGROUND INTENSITY
C *** LINNDX: LINE, MARKER INDEX
C *** LINCOL: LINE, MARKER COLOR
C *** LININT: LINE, MARKER INTENSITY
C *** FILNDX: POLYGON FILL INDEX
C *** FILCOL: POLYGON FILL COLOR
C *** FILINT: POLYGON FILL INTENSITY
C *** TEXNDX: TEXT INDEX
C *** TEXCOL: TEXT COLOR
C *** TEXINT: TEXT INTENSITY
C *** NDXMAX: CORE SYSTEM MAXIMUM INDEX
```

DELL366763

Exhibit 14  Page 532

```
C *** PINTR: POLYGON INTERIOR STYLE
C ***          1 PLAIN
C ***          2 SHADED
C ***          3 PATTERNED
C *** PEDGE: POLYGON EDGE STYLE
C ***          1 INTERIOR
C ***          2 SOLID
      COMMON/ATR/LWIDT,LWMAX,LSTYL,LSMAX,PEN,PENMAX,FONT,FONMAX,
     1       CHSIZ,CHSPC,CHPREC,CHPLN,PIKID,PIKMAX,CHPATH,CHJUST,
     2       MRKR,MRKMAX,CHARUP,CURPOS,BGDNDX,BGDCOL,BGDINT,
     3       LINNDX,LINCOL,LININT,FILNDX,FILCOL,FILINT,TEXNDX,
     4       TEXCOL,TEXINT,NDXMAX,PINTR,PEDGE
      INTEGER*2 LSTYL,LSMAX,PEN,PENMAX,FONT,FONMAX,CHPREC,PIKID,
     1       PIKMAX,CHPATH,CHJUST(2),MRKR,MRKMAX,BGDNDX,LINNDX,
     2       FILNDX,TEXNDX,NDXMAX,PINTR,PEDGE
      REAL LWIDT,LWMAX,CHSIZ(2),CHSPC,CHPLN(3),CHARUP(3),CURPOS(4),
     1       BGDCOL(3),BGDINT,LINCOL(3),LININT,FILCOL(3),FILINT,
     2       TEXCOL(3),TEXINT
C
```

DELL366764

Exhibit 14  Page 533

Design Document for GW Core 79                                    5/27/8

```
C *** COMMON AREA SEG CONTAINS THE SEGMENT STATE VARIABLES AND ATTRIBUTES
C *** AND CAN BE FOUND IN THE FOLLOWING FILES:
C *** ALLDVC,CORERROR,CORT,PDFILE,PRIM3C,V3TRAN
C
C ***   VISIB: VISIBLE IF TRUE
C ***   DETECT:  DETECTABLE IF TRUE
C ***   HILITE: HIGHLIGHTED IF TRUE
C ***   IXFORM:  IMAGE TRANSFORMATION MATRIX
C ***   SEGTYP:  SEGMENT TRANSFORMATION TYPE
C ***              1 NO IMAGE TRANSFORMATION
C ***              2 2D TRANSLATION
C ***              3 2D SCALE, ROTATION, TRANSLATION
C ***              4 3D SCALE, ROTATION, TRANSLATION
C ***   OPSEG:  POINTER TO THE OPEN SEGMENT IN SEGMENT TABLE
C ***   OPSEGX: OPEN SEGMENT EXISTS IF TRUE
C ***   OPTSGX: OPEN TEMPORARY SEGMENT EXISTS IF TRUE
C ***   ANGLES: IMAGE ROTATION ANGLES
C
      COMMON /SEG/ VISIB,DETECT,HILITE,IXFORM,SEGTYP,OPSEG,
     1     OPSEGX,OPTSGX,ANGLES
      LOGICAL VISIB, DETECT, HILITE, OPSEGX, OPTSGX
      REAL IXFORM(4,4),ANGLES(3)
      INTEGER*2 SEGTYP, OPSEG
C
```

-27-

DELL366765

**Exhibit 14  Page 534**

Design Document for GW Core 79                    5/27/8

```
C *** COMMON AREA DEL CONTAINS THE DELETED SEGMENT SPECIFICATIONS
C
C *** AND CAN BE FOUND IN THE FOLLOWING FILES:
C *** PDFILE
C
C ***  ADDRES: ADDRESS OF THE DELETED SEGMENT IN PDF
C ***  LNGT  : LENGTH OF THE DELETED SEGMENT
C ***  HOWMNY: HOW MANY SEGMENTS HAS BEEN DELETED
C ***  DELMAX: MAXIMUM NUMBER OF SEGMENTS THAT CAN BE IN DELETED STATUS
C
      COMMON /DEL/ ADDRES,LNGT,HOWMNY,DELMAX
      INTEGER*2 HOWMNY,DELMAX
      INTEGER*4 ADDRES(1000),LNGT(1000)
C
```

DELL366766

Exhibit 14  Page 535

```
C *** COMMON AREA VEW CONTAINS THE VIEWING STATE VARIABLES
C *** AND CAN BE FOUND IN THE FOLLOWING FILES:
C *** CORT,PDFILE,PRIM3C,USEMAP,V3TRAN
C
C *** NDCSPC: NDC-SPACE
C *** VEWPRT: VIEWPORT
C *** WIND: WINDOW
C *** VEWREF: VIEW REFERENCE POINT (X,Y,Z)
C *** VEWPLN: VIEW PLANE NORMAL (X,Y,Z)
C *** VEWUP: VIEW-UP VECTOR (X,Y,Z)
C *** PJTYP: PROJECTION TYPE
C ***          1 PARALLEL
C ***          2 PERSPECTIVE
C *** PJDIR: PROJECTION DIRECTION (X,Y,Z)
C *** PJPNT: PROJECTION POINT (X,Y,Z)
C *** VEWDIS: VIEW DISTANCE
C *** FDIS: FRONT DISTANCE
C *** BDIS: BACK DISTANCE
C *** MXFORM: MODELLING TRANSFORMATION MATRIX
C *** NDCUSE: NDC-SPACE-USED IF TRUE
C *** FDSET: FRONT DISTANCE SET IF TRUE
C *** BDSET: BACK DISTANCE SET IF TRUE
C *** WCLIP: WINDOW CLIPPING ON IF TRUE
C *** FCLIP: FRONT PLANE CLIPPING ON IF TRUE
C *** BCLIP: BACK PLANE CLIPPING ON IF TRUE
C *** CRDSYS: COORDINATE SYSTEM
C ***          1 RIGHT-HANDED
C ***          2 LEFT-HANDED
C *** CRDSET : COORDINATE SYSTEM SET IF TRUE
C *** VPRTFG: VIEWPORT FLAG TRUE WHEN A 3D VIEWPORT IS SPECIFIED
C *** VEWTYP: VIEWING TYPE
C ***          FOR 2D VEWTYP=FALSE
C ***          FOR 3D VEWTYP=TRUE
C *** WRNGVS: CURRENT VIEWING SPECIFICATION IS INCONSISTENT IF TRUE
C *** VEWSET: FLAG THAT TRANSFORMATION HAS BEEN SET
C *** PRMUSE: A PRIMITIVE HAS BEEN CALLED IF TRUE
C *** VEWUSE: A VIEWING PARAMETER HAS BEEN CALLED IF TRUE
C *** WORLD3: WORLD MATRIX IS 3D IF TRUE
C *** VIWUP: UNNORMALIZED VIEW UP DIRECTION
C *** VIWPN: UNNORMALIZED VIEW PLANE NORMAL DIRECTION
C *** PRJDIR: UNNORMALIZED PROJECTION DIRECTION
C
      COMMON /VEW/ NDCSPC, VEWPRT, WIND, VEWREF,
     1 VEWPLN, VEWUP, PJTYP, PJDIR, PJPNT, VEWDIS, FDIS,
     2 BDIS,MXFORM,NDCUSE,FDSET,BDSET,WCLIP,FCLIP,BCLIP,CRDSYS,
     3 CRDSET,VPRTFG,VEWTYP,WRNGVS,VEWSET,PRMUSE,VEWUSE,WORLD3,
     4 VIWUP,VIWPN,PRJDIR
      REAL NDCSPC(3), VEWPRT(3,2), WIND(2,2), VEWREF(4),
     1 VEWPLN(4), VEWUP(4), PJDIR(4), PJPNT(4), VEWDIS, FDIS,
     2 BDIS,MXFORM(4,4),VIWUP(3),VIWPN(3),PRJDIR(3)
      INTEGER*2 PJTYP, CRDSYS
      LOGICAL NDCUSE,FDSET,BDSET,WCLIP,FCLIP,BCLIP,CRDSET,VPRTFG,
     1    VEWTYP,WRNGVS,VEWSET,PRMUSE,VEWUSE,WORLD3
```

-29-

DELL366767

Exhibit 14  Page 536

```
C *** COMMON AREA CON CONTAINS THE CONTROL-RELATED
C *** STATE VARIABLES
C
C *** AND CAN BE FOUND IN THE FOLLOWING FILES:
C *** ALLDVC,CORERROR,CORT,PDFILE,PRIM3C,V3TRAN
C
C *** SINIT: SYSTEM INITIALIZED IF TRUE
C *** BOUPDT: BATCH OF UPDATES OPEN IF TRUE
C *** OUTLEV: OUTPUT LEVEL SUPPORTED
C ***          1 BASIC
C ***          2 BUFFERED
C ***          3 DYNAMIC-A
C ***          4 DYNAMIC-B
C ***          5 DYNAMIC-C
C *** DIMENS: CORE DIMENSION SUPPORTED
C ***          1 2D
C ***          2 3D
C *** HIDSRF: HIDDEN SURFACE ACTION REQUIRED BY PROGRAM
C ***          1 NONE
C ***          2 TEMPORAL
C ***          3 EXPLICIT
C ***          4 FULL
C *** DISPMD: DISPLAY MODE
C ***          1 FAST
C ***          2 FILL
C ***          3 HIDDEN-LINE
C ***          4 HIDDEN-SURFACE
C *** NWFRMR(5): BOOLEAN NEWFRAME REQUEST FOR EACH
C ***              VIEW SURFACE
C *** IMMED: IMMEDIATE VISIBILITY ON IF TRUE
       COMMON /CON/ SINIT,BOUPDT,OUTLEV,DIMENS,HIDSRF,DISPMD,
      1      NWFRMR,IMMED
       LOGICAL SINIT, BOUPDT, NWFRMR(5),IMMED
       INTEGER*2 OUTLEV,DIMENS,HIDSRF,DISPMD
C
```

DELL366768

Exhibit 14  Page 537

Design Document for GW Core 79                              5/27/

```
C *** COMMON AREA OPC CONTAINS THE OPCODES THAT WILL BE USED
C *** FOR COMMUNICATION BETWEEN ROUTINES AND ACROSS THE
C *** DI/DD INTERFACE
C
C *** PMARK3: POLYMARKER 3
C *** PMARK2: POLYMARKER 2
C *** PLIN3: POLYLINE 3
C *** PLIN2: POLYLINE 2
C *** POLY3: POLYGON 3
C *** POLY2: POLYGON 2
C *** TEXT: TEXT 3
C *** MOVE: MOVE
C *** IMTRAN: SET SEGMENT IMAGE TRANSFORMATION
C *** HGHLTG: SET SEGMENT HIGHLIGHTING
C *** VSIBLE: SET VISIBILITIES
C *** DTECT: SET SEGMENT DETECTABILITY
C *** NWFRM: NEW FRAME
C *** DELETS: DELETE SEGMENT
C *** DELETA: DELETE ALL SEGMENTS
C *** IMMEDV: SET IMMEDIATE VISIBILITY
C *** PICCUR: MAKE PICTURE CURRENT
C *** BGNBAT: BEGIN BATCH OF UPDATES
C *** ENDBAT: END BATCH OF UPDATES
C *** CRSEG: CREATE RETAINED SEGMENT
C *** CTSEG: CREATE TEMPORARY SEGMENT
C *** CLOSRS: CLOSE RETAINED SEGMENT
C *** CLOSTS: CLOSE TEMPORARY SEGMENT
C *** RENAMS: RENAME SEGMENT
C *** INITDD: INITIALIZE DEVICE DRIVER
C *** INTIZE: INITIALIZE VIEW SURFACE
C *** TRM: TERMINATE VIEW SURFACE
C *** SNDC: SET NDC SPACE
C *** INQDVC: INQUIRE DEVICE CAPABILITIES
C *** COLR: SET COLOR
C *** BGCOLR: SET BACKGROUND COLOR
C *** TENSTY: SET INTENSITY
C *** BGINTY: SET BACKGROUND INTENSITY
C *** SNDX: SET INDEX
C *** BGINDX: SET BACKGROUND INDEX
C *** COLNDX: DEFINE COLOR INDICES
C *** INTNDX: DEFINE INTENSITY INDICES
C *** IQCNDX: INQUIRE COLOR INDICES
C *** IQINDX: INQUIRE INTENSITY INDICES
C *** LNSTYL: SET LINESTYLE
C *** ILNSTL: INQUIRE LINESTYLES
C *** LNWITH: SET LINEWIDTH
C *** PENS: SET PEN
C *** IDENSE: INQUIRE DENSITY
C *** CHFONT: SET FONT
C *** CHARSZ: SET CHARSIZE
C *** CHARSP: SET CHARSPACE
C *** STRROT: SET STRING ROTATION
C *** CHARPH: SET CHARPATH
```

DELL366769

Exhibit 14  Page 538

```
C *** CHARJT: SET CHARJUST
C *** CHAREX: INQUIRE CHAR EXTENT
C *** MRKSYM: SET MARKER SYMBOL
C *** POLEDG: SET POLYGON EDGE STYLE
C *** POLINT: SET POLYGON INTERIOR STYLE
C *** PIXCOL: SET PIXEL ARRAY COLORS
C *** PIXINT: SET PIXEL ARRAY INTENSITIES
C *** PIXNDX: SET PIXEL ARRAY INDICES
C *** WRSCOL: WRITE RASTER COLORS
C *** WRSINT: WRITE RASTER INTENSITIES
C *** WRSNDX: WRITE RASTER INDICES
C *** RRSCOL: READ RASTER COLORS
C *** RRSINT: READ RASTER INTENSITIES
C *** RRSNDX: READ RASTER INDICES
C *** ESCAP: ESCAPE
C *** IESCAP: INQUIRE ESCAPE
C *** AMODE: ALPHA MODE
C *** OUTUNT: SET OUTPUT UNIT
C
C *** COMMON AREA OPC CAN BE FOUND IN THE FOLLOWING FILES:
C *** ALLDVC, CORERROR, CORT, PDFILE, PRIM3C, USEMAP, V3TRAN
C
      COMMON/OPC/PMARK3, PMARK2, PLIN3, PLIN2, POLY3, POLY2, TEXT,
    1     IMTRAN, HGHLTG, VSIBLE, NWFRM, DELETS, IMMEDV, PICCUR,
    2     BGNBAT, ENDBAT, CRSEG, CTSEG, CLOSRS, CLOSTS, RENAMS,
    3     INITDD, INTIZE, TRM, SNDC, INQDVC, COLR, BGCOLR, TENSTY,
    4     BGINTY, SNDX, BGINDX, COLNDX, INTNDX, IQCNDX, IQINDX,
    5     LNSTYL, ILNSTL, LNWITH, PENS, IDENSE, CHFONT, CHARSZ, CHARSP,
    6     STRROT, CHARPH, CHARJT, CHAREX, MRKSYM, POLEDG, POLINT,
    7     PIXCOL, PIXINT, PIXNDX, WRSCOL, WRSINT, WRSNDX, RRSCOL,
    8     RRSINT, RRSNDX, ESCAP, IESCAP, AMODE, OUTUNT
      INTEGER*2 PMARK3, PMARK2, PLIN3, PLIN2, POLY3, POLY2, TEXT,
    1     IMTRAN, HGHLTG, VSIBLE, NWFRM, DELETS, IMMEDV, PICCUR,
    2     BGNBAT, ENDBAT, CRSEG, CTSEG, CLOSRS, CLOSTS, RENAMS,
    3     INITDD, INTIZE, TRM, SNDC, INQDVC, COLR, BGCOLR, TENSTY,
    4     BGINTY, SNDX, BGINDX, COLNDX, INTNDX, IQCNDX, IQINDX,
    5     LNSTYL, ILNSTL, LNWITH, PENS, IDENSE, CHFONT, CHARSZ, CHARSP,
    6     STRROT, CHARPH, CHARJT, CHAREX, MRKSYM, POLEDG, POLINT,
    7     PIXCOL, PIXINT, PIXNDX, WRSCOL, WRSINT, WRSNDX, RRSCOL,
    8     RRSINT, RRSNDX, ESCAP, IESCAP, AMODE, OUTUNT
C
C
```

DELL366770

Exhibit 14  Page 539

Design Document for GW Core 79                    5/27/

```
C *** THE SET OF COMMON BLOCKS BELOW ARE USED BY THE
C *** ERROR ROUTINES
C *** THEY HOLD THE PARAMETER LIST INDEX AND THE
C ***  STORAGE ARRAYS
C
C ***  TYPAR: TYPE OF PARAMETERS
C ***  DEPAR: DEPTH OF PARAMETER ARRAY
C ***  INTARY: INTEGER STORAGE ARRAY
C ***  REALAR:  REAL VARIABLE STORAGE ARRAY
C ***  LOGARY:  LOGICAL VARIABLE STORAGE ARRAY
C ***  CHARAR:  CHARACTER STORAGE ARRAY
C
      COMMON /PER/ TYPAR,DEPAR,LSTERR,LSTSEV
      INTEGER*2 TYPAR(6),DEPAR(6),LSTERR,LSTSEV
      COMMON /IAY/ INTARY
      INTEGER*4  INTARY(6,3)
      COMMON /RAY/ REALAR
      REAL  REALAR(6,3)
      COMMON /LAY/ LOGARY
      LOGICAL  LOGARY(6,3)
      COMMON /CAY/ CHARAR
      INTEGER*2 CHARAR(128)
C
C
```

-33-

DELL366771

Exhibit 14  Page 540

```
C *** COMMON AREA PLY CONTAINS THE VARIABLES RELATED
C ***   TO POLYGONS
C
C *** PLY IS REFERENCED IN THE FOLLOWING FILES:
C *** PRIM3C
C
C *** VERCNT: COUNT OF TOTAL SET OF VERTICES
C *** XVERT: X COMPONENT IN WORLD
C *** YVERT: Y COMPONENT IN WORLD
C *** ZVERT: Z COMPONENT IN WORLD
C *** VRTNDX: INDEX AT EACH VERTEX
C *** VRTCOL: COLOR AT EACH VERTEX
C *** VRTINT: INTENSITY AT EACH VERTEX
C *** VERMAX: INDICATES MAXIMUM SIZE OF VERTEX ARRAYS
C
        COMMON/PLY/VERCNT, XVERT, YVERT, ZVERT, VRTNDX, VRTCOL,
      1       VRTINT, VERMAX
        INTEGER*2 VERCNT, VRTNDX(50), VERMAX
        REAL XVERT(50), YVERT(50), ZVERT, VRTCOL(50,3), VRTINT(50)
C
C *** COMMON AREA PLT CONTAINS THE PATTERNED POLYGON
C *** INFORMATION
C
C *** PLT IS REFERENCED IN THE FOLLOWING FILES:
C *** DUMMIES, PRIM3C
C
C *** PTYP : POLYGON TYPE (PLANE=1, PAINTED=2)
C *** BITSPP : BITS PER PIXEL
C *** BITSPU : BITS PER PACKING UNIT
C *** PIXSPU : PIXELS PER PACKING UNIT
C *** PCOLMN : NUMBER OF COLUMNS IN PIXEL ARRAY
C *** PROW : NUMBER OF ROWS IN PIXEL ARRAY
C *** POLARY : PAINTED POLYGON'S PIXEL ARRAY
C *** PFLNAM : FILE NAME( NUMBER )
C *** PXLEN : LENGTH OF IMAGE EXTENT IN THE X DIRECTION
C *** PYLEN : LENGTH OF IMAGE EXTENT IN THE Y DIRECTION
C *** PVRTID : VERTEX INDEX ARRAY
C *** PXMAPR : THE X MAP ARRAY
C *** PYMAPR : THE Y MAP ARRAY
C ***
        COMMON /PLT/ PTYPE, BITSPP, BITSPU, PIXSPU, PCOLMN,
      1 PROW, POLARY, PFLNAM, PXLEN, PYLEN, PVRTID,
      2 PXMAPR, PYMAPR
        INTEGER*2 PTYPE, BITSPP, BITSPU, PIXSPU, PCOLMN,
      1 PROW, POLARY(256), PFLNAM, PVRTID(99)
        REAL PXLEN, PYLEN, PXMAPR(100), PYMAPR(100)
C
C
```

-34-

DELL366772

Exhibit 14  Page 541

Design Document for GW Core 79                    5/27/

```
C *** COMMON AREA TRX CONTAINS VIEWING TRANSFORMATION
C ***     PARAMETERS.
C
C *** TRX IS REFERENCED IN THE FOLLOWING FILES:
C *** CORT,PRIM3C,V3TRAN
C
C
C *** BONDRY: CLIPPING BOUNDS
C *** RXFORM: INVERSE OF VIEWING TRANSFORMATION, IF EXISTS
C *** SING: INVERSE DOES NOT EXIST IF TRUE
C *** TXFORM: COMPOSITE MODELING,VIEWING & CLIPPING TRANSFORMATION
C
      COMMON/TRX/BONDRY,RXFORM,SING,TXFORM
      REAL BONDRY(3,2),RXFORM(4,4),TXFORM(4,4)
      LOGICAL SING
C
C
```

DELL366773

Exhibit 14  Page 542

```
C *** COMMON TXT CONTAINS TEXT PRIMITIVES.
C
C *** TXT IS REFERENCED IN THE FOLLOWING FILES:
C *** CORT,FONTS
C
C *** TXPTR: POINTER TO FONT DESCRIPTION TABLE
C *** TXCPX: CURRENT POSITION
C *** TXCPY: CURRENT POSITION
C *** TXCPZ: CURRENT POSITION
C *** TXCTM: TEXT TRANSFORMATION MATRIX
C *** TXSIZX: WIDTH OF CHARACTERS
C *** TXSIZY: HEIGHT OF CHARACTERS
C *** TXFONT: NUMBER OF FONT INITIALIZED
C *** TXFTAB: FONT TABLE-CONTAINS LINES AND MOVES WHICH DEFINE THE
C ***         CHARACTERS
C *** TXFDT: FONT DEFINITION TABLE-CONTAINS ASCII CODE AND WIDTH AND
C ***        POINTER TO CHARACTER IN FONT TABLE
C *** TXFRAS: FOREIGN TO ASCII CONVERTER TABLE
C *** TXFRMX: SIZE OF FOREIGN SET
C *** TXWID: WIDTH OF VARIABLE SIZE CHARACTERS
C
      COMMON /TXT/ TXPTR,TXCPX,TXCPY,TXCPZ,TXCTM,TXSIZX,TXSIZY,
     1     TXFONT,TXFTAB,TXFDT,TXFRAS,TXFRMX,TXWID
      INTEGER*2 TXPTR,TXFONT,TXFTAB(2200),TXFDT(2,128),TXFRAS(128),
     1     TXFRMX,TXWID
      REAL TXCPX,TXCPY,TXCPZ,TXCTM(4,4),TXSIZX,TXSIZY
C
C
C
C
```

DELL366774

Exhibit 14  Page 543

Design Document for GW Core 79                    5/27/

```
C *** COMMON AREA STB CONTAINS THE SEGMENT TABLE, PSEUDO DISPLAY
C *** FILE AND CURRENT SEGMENT ATTRIBUTES
C
C *** COMMON AREA STB IS REFERENCED IN THE FOLLOWING FILES.
C *** PDFILE, USEMAP
C
C *** FILE: PSEUDO DISPLAY FILE
C *** TABLE: SEGMENT TABLE
C *** FLPNTR: POINTER TO NEXT AVAILABLE SPACE IN PDF
C *** FLEND: MAXIMUM SIZE OF PDF
C *** STEND: POINTER TO NEXT AVAILABLE SPACE IN SEGMENT TABLE
C *** SGTMAX: SEGMENT TABLE MAXIMUM SIZE
C *** MATRIX: HOLDS CURRENT IMAGE TRANSFORMATION MATRIX
C *** XFMMAT: USER DESIGNATED IMAGE TRANSFORMATION MATRIX FOR EACH SEGMENT
C *** ROTATE: USER DESIGNATED IMAGE ROTATIONS FOR EACH SEGMENT, TO SUPPORT
               INQUIRY
C
      COMMON /STB/ FILE, TABLE, FLPNTR, FLEND, STEND,
     1      SGTMAX, MATRIX, XFMMAT, ROTATE
      INTEGER*2 STEND, SGTMAX
      INTEGER*4 FILE(30000), TABLE(5, 1000), FLPNTR, FLEND
      REAL MATRIX(4, 4), XFMMAT(4, 3, 1000), ROTATE(3, 1000)
C
C
```

**DELL366775**

**Exhibit 14  Page 544**

Design Document for GW Core 79                    5/27/

```
C *** COMMON AREA LNK CONTAINS THE EDGE TABLE FOR THE SCAN CONVERSION
C *** OF POLYGONS.  EDGE TABLE HAS SPACE FOR 128 EDGES.
C
C *** COMMON AREA LNK IS REFERENCED IN THE FOLLOWING FILES:
C *** USEMAP
C
C *** X1LINS: X BEGIN POINT OF EDGE
C *** Y1LINS: Y BEGIN POINT OF EDGE
C *** X2LINS: X END POINT OF EDGE
C *** Y2LINS: Y END POINT OF EDGE
C *** DELXLN: DELTA X FOR CORRESPONDING EDGE
C *** CURXLN: CURRENT X FOR CORRESPONDING EDGE
C *** LNPNTR: LINE POINTER INTO ACTIVE EDGE TABLE
C *** TRVSPT: POINTER FOR TRAVERSING ACTIVE EDGE TABLE
C *** CURINT: CURRENT INTENSITY FOR CORRESPONDING EDGE
C *** INTSLP: DELTA INTENSITY FOR CORRESPONDING EDGE
C
      COMMON/LNK/X1LINS,Y1LINS,X2LINS,Y2LINS,
     1 DELXLN,CURXLN,LNPNTR,TRVSPT,CURINT,INTSLP
      INTEGER*2 X1LINS(128),Y1LINS(128),X2LINS(128),Y2LINS(128),
     1 DELXLN(128),CURXLN(128),LNPNTR,TRVSPT
      REAL INTSLP(128),CURINT(128)
C
C
C****************************************************************
C
C
C *** COMMON AREA ACT KEEPS TRACK OF THE ACTIVE EDGES IN THE EDGE
C *** TABLE AND PROVIDES STORAGE FOR SORTING EDGES
C
C *** COMMON AREA ACT IS REFERENCED IN THE FOLLOWING FILES:
C *** USEMAP
C
C *** ACTLIL: POINTER TO ACTIVE EDGE IN EDGE TABLE
C *** LSTACT: POINTER TO LAST ACTIVE EDGE
C *** XRASOR: X MINIMUM OF EDGE IN ACTIVE EDGE TABLE
C *** ENDPTR: POINTER TO END OF ACTIVE EDGES
C
      COMMON/ACT/ACTLIL,LSTACT,XRASOR,ENDPTR
      INTEGER*2 ACTLIL(128),LSTACT,ENDPTR
      REAL XRASOR(64,2)
C
C
C
```

DELL366776

Exhibit 14  Page 545

Design Document for GW Core 79                    5/27/

```
C *** COMMON AREA STD STORES USER SPECIFIED PARAMETERS FOR STANDARD
C *** ASSIGNMENT OF INTENSITY OR COLOR TO LOOKUP TABLES, MAINTAINED
C *** FOR INQUIRIES
C
C *** STD IS REFERENCED IN THE FOLLOWING FILES:
C ***
C
C
C
C *** VSRF: VIEW SURFACE NAME
C *** CLEN1, CLEN2, CLEN3: NUMBER OF VALUES OF A COLOR PARAMETER
C *** CLOW1, CLOW2, CLOW3: LOWEST VALUE FOR COLOR PARAMETER
C *** CHIGH1, CHIGH2, CHIGH3: HIGHEST VALUE FOR COLOR PARAMETER
C *** INTLOW: LOWEST VALUE FOR INTENSITY
C *** INTHI: HIGHEST VALUE FOR INTENSITY
C *** LENINT: NUMBER OF INTENSITY VALUES
C
C
      COMMON /STD/ VSRF, CLEN1, CLEN2, CLEN3, CLOW1, CLOW2, CLOW3,
     1      CHIGH1, CHIGH2, CHIGH3, INTLOW, INTHI, LENINT
      INTEGER*2 VSRF(5,2), CLEN1(5), CLEN2(5), CLEN3(5), LENINT(5)
      REAL CLOW1(5), CLOW2(5), CLOW3(5), CHIGH1(5), CHIGH2(5),
     1      CHIGH3(5), INTLOW(5), INTHI(5)
```

DELL366777

Exhibit 14  Page 546

Design Document for GW Core 79                        5/27/(

```
C *** COMMON BLOCK PAR CONTAINS THE INFORMATION PACKET ARRAY FOR COMMUNICATION
C *** BETWEEN ALL ROUTINES AND TO THE DI/DD INTERFACE

      COMMON /PAR/ PARRAY
      INTEGER*4 PARRAY(128)
C
```

DELL366778

Exhibit 14  Page 547

Design Document for GW Core 79                          5/27/i

```
C *** COMMON BLOCK SAT HOLDS THE CURRENTLY DEFINED ATTRIBUTES FOR
C *** SEGMENT CURRENTLY COMING THRU THE ROUTINE GSEND
C
C *** THE FIRST WORD OF EACH ARRAY IS THE CURRENT ATTRIBUTE AND THE
C *** SECOND WORD OF EACH ARRAY IS THE GLOBAL ATTRIBUTE TO BE USED
C *** WHEN THE INPUT TO GSEND IS NO LONGER COMING FROM THE PDF
C
C
      COMMON /SAT/ SSEG, SLSTYL, SLWIDT, SPEN, SPINTR, SPEDGE
      INTEGER*4 SSEG(2), SLSTYL(2), SPEN(2), SPINTR(2),
     1      SPEDGE(2)
      REAL SLWIDT(2)
```

4.2 Data block formats

    All parameter values for function calls across the interface to the
device driver are packed into 'parray', as defined in Section 2.5,
by the functional routine making the call.  The layout of the parameters
in the arrays is straightforward and varies by function.  Parameter
values are returned from the device starting in PARRAY(3).  The DI
side of the Core always knows the length and type of parameters which
will be returned, so length parameters are not included.

    Refer to the definition of the DI/DD Interface in Section 3 for a
complete description of the order in which the parameters are loaded
into 'parray'.

DELL366779

Exhibit 14  Page 548

5. Module specs by functional area
     Intro
     Data structures - including LOCAL COMMON blocks
     Module hierarchy (not included now)
     Module specs (complete but very long, so not included)


5.1 Attributes

     System values for all retained segment attributes are maintained
in COMMON block SEG.  The values set for each retained segment are
maintained in the segment table in COMMON block STB.  Primitive
attribute values are maintained in COMMON block ATR.  Changing a
primitive attribute has no effect on previously created primitives.
Changing a dynamic segment attribute will effect an open or closed
retained segment.

     Segment and primitive attributes are set to the system defaults by
routine GINDAT which is executed in response to the user's call to
Initialize_Core (INIT).  This is the only time at which the attributes
are set to the system default.  When a segment is closed, and a new one
is open, the attribute values remain as they were.

     A problem exists when a device is deselected and a new device is
selected.  Some attribute values which were legal for the previously
selected device may not be legal for the newly selected device.
If the attribute selected for the previously selected device is not
valid for the new device, the routine GSEND automatically uses the
default attribute.

     When the user makes an attribute call, the CORE checks to see
that the value specified is within the legal range.  If so, the value
is stored in the appropriate variable in COMMON.  If not, the error
is passed on to the error handler for reporting to the user.

     Other errors which are checked for are:
     1) specifying a segment attribute for segment which doesn't
        exist
     2) specifying image transformation parameters which are not
        compatible with the segment's image transformation type.

     The composite image transformation matrix for each segment is
computed from the image transformation parameters and stored in
variable 'xfmmat' in COMMON block STB.  The angles (rotation parameters)
are stored in 'rotate' for inquiry functions.  The scaling and
translation parameters can be extracted from the transformation matrix.

     Inquiry functions are provided for all system, segment and
primitive attribute settings.  Routines are provided to set or
inquire all the primitive attributes with one user-call.

     Dynamic attribute settings are passed to GSEND as they occur for
possible communication to the device and PDF.  Static attribute

-42-                          **DELL366780**

**Exhibit 14  Page 549**

Design Document for GW Core 79                          5/27/

settings are sent to GSEND only when a segment is open.  When a segment
is first opened, all primitive attribute settings are passed to GSEND.


## 5.2 Segmenter

     Information about segments is maintained for unbuffered and buffered
devices in COMMON block STB.  The segment table 'table' is laid out as
follows:

         Word 1    Bit (numbering from right)

                     1  detectability
                     2  highlighting
                     3  visibility
                     4-6 image transformation type
                     7  not used
                     8-32 device name
              2  segment name
              3  internal segment name
              4  starting address in PDF
              5  length in PDF

Information on a maximum of 1000 segments is maintained.  The array
'table' is dimensioned (5,1000) and can be enlarged.  The image
transformation parameters are stored in 'xfmmat' and 'rotate' with the
same dimension.  The variable 'sgtmax' is used to point to the maximum
size of these variables.  To increase the size of the segment table,
these arrays would need to be redimensioned and the variable 'sgtmax' changed.

     All segment names passed to segment routines are checked for
validity and uniqueness.  Any integer segment name is valid except
zero.  If these errors are discovered
by the segment routines, the errors are passed to the error handler
for reporting to the user.  Segments may only be open when a view
surface is selected.

     When a segment is opened with a call to CRRSEG or CRTSEG, the following
actions take place:
     1) 'opsegx' is set to TRUE for retained segments or 'optsgx' is
        set to TRUE for temporary segments
     2) all the current primitive attributes are passed to GSEND
        for sending to the PDF/device
     3) a call is made to VTRANS to calculate a new viewing operation
        matrix, if the flag 'vewset' in COMMON block VEW indicates
        that a viewing parameter has been changed
     4) for retained segments, the current settings of the dynamic
        segment attributes are stored in the segment table and the
        image transformation matrix for the segment is set to the
        current system image transformation matrix, if the segment
        transformation type is transformable.
        The current system image transformation matrix may be the

                                -43-                    **DELL366781**

**Exhibit 14  Page 550**

identity matrix.

When a segment or segments is/are deleted, the following actions take place:
1) information about the segment is removed from the segment table
2) the segment table is compressed
3) the information about the deleted segment is stored in COMMON block DEL for use later in compressing the pseudo-display file. See Section 5.12 for detail.


## 5.3 Viewing Parameters

Viewing parameters may be specified only when no segment is open. The variables 'opsegx' and 'optsgx' in COMMON block SEG are checked to see if a retained or temporary segment is open.

Viewing parameters specified by the user are checked against the allowed range of values. If valid, certain parameters are normalized and all are stored in variables in COMMON block VEW. The following parameters are normalized: view plane normal, view up vector and projection direction for parallel1 projection. The unnormalized values are also saved in COMMON block SAV for use by inquiry functions. When a viewing parameter is changed, the flag 'vewset' in COMMON block VEW is set to FALSE to indicate that a new viewing operation matrix needs to be calculated.

Errors which are detected are passed to the error handler for reporting to the user.

Calls to the routines which specify NDC space (SNDCS2 and SNDCS3) may only be made once. They also must be made before a viewport has been set or inquired, an input device has been initialized or a segment has been created. Default NDC space is used by the CORE viewing process if these events take place before a call to SNDCS2 or SNDCS3. A flag 'ndcuse' is set in COMMON block VEW to indicate that NDC space has been set.

A world coordinate matrix which specifies a modelling transformation to be composed with the viewing operation matrix may be specified by the user and is stored in variable 'mxform' in COMMON block VEW. The composition with the viewing transformation takes place in the viewing processor.

Default values for all viewing operation parameters and viewing control parameters are set at CORE initialization. These values specify a valid viewing operation which the user may use.


There are two viewing pipelines - 2D and 3D. The 2D pipeline is chosen by default (i.e., no viewing parameters are set by the user) or when all of the following conditions are satisfied:
1) no modelling transformation specified

DELL366782

Exhibit 14  Page 551

Design Document for GW Core 79                    5/27/

```
2) view plane normal is (0.0 0.0 1.0) or (0.0 0.0 -1.0)
3) view up vector is (0.0 1.0 0.0)
4) depth clipping is not specified
5) parallel projection is specified
6) 2D NDC space has been specified.
```

The 3D pipeline is chosen when any one or more of the above conditions are not satisfied.  It is to be noted that the GSPC79 specified 2D rotated window case is considered under the 3D pipeline.  The rationale behind the 2D pipeline is to avoid the unnecessary computations that would otherwise be involved by treating a simple 2D plotting application as a general 3D world object.  The term pipeline includes the viewing process itself, and is not simply a path.

5.4 Output primitives

Primitives are only permitted when a segment, temporary or retained, is open.  The variable 'opsegx' indicates whether a retained segment is open; the variable 'optsgx' indicates whether a temporary segment is open.  These variables are in COMMON block SEG.

All user primitive calls with relative coordinates calculate the absolute coordinates using the current position stored in variable 'curpos' in COMMON block ATR.

The beginning point of line or polyline primitive calls is the current position.  The line calls (LINA2,LINA3,LINR2 and LINR3) make a call to the CORE internal routine GLINE.  This routine updates the current position to the user-supplied endpoint.  The marker calls (MARKA2,MARKA3,MARKR2,MARKR3) make a call to the CORE internal routine GMARK.  This routine updates the current position to the user-supplied point.  Both GLINE and GMARK place their coordinates in the communication array PARRAY and pass them on to CORE routine GCVNDC, for clipping and conversion to NDC and passing to the viewing processor.

The move calls (MOVA2,MOVA3,MOVR2 and MOVR3) simply update the current position.  These calls are not sent to transmission control as the current position is maintained in world coordinates and is not useful to the devices.  All primitives which use the current position as a parameter store the position in the parameter array 'parray'.

Polyline and polygon coordinates are passed by the user level calls to GCVNDC, for clipping and conversion to normalized device coordinates.

All errors which are detected are passed to the error handler for reporting to the user.

5.5 Surface control

Up to five view surfaces may be initialized by the user.  Only

-45-

**DELL366783**

**Exhibit 14  Page 552**

one view surface may be selected at a time.  Variables are maintained
in COMMON block VSP to indicate which surfaces are initialized and
selected.

When a view surface is initialized, a call to the device driver
returns all descriptive information about the output capabilities of
the surface and this information is stored in COMMON block VSP.

When a view surface is terminated, all segments whose images
appear on the view surface are deleted, and are removed from the pseudo
display file.  The segment table 'table' is searched for segments on
the view surface and the routine      is called to delete each
segment.  When a view surface is deselected, the segments remain
in the pseudo-display file.

Calls to view surface routines are checked for valid surface names
and proper order of call.  If errors are detected, they are passed to the
error handler for reporting to the user.


5.6 Control

User requests for immediate visibility are sent directly to the
device by the routine GSEND, as their action is device dependent.
The setting of the batching of updates is considered by GSEND when
deciding whether to pass information to the devices.

There are basically two levels of new_frame action: one requested
by the user and one requested by other Core routines to supply
other actions.  These other actions are make_picture_current, etc.
and are enumerated below.  The user level routine is called NEWFRM
and the internal routine is called GNFRAM.

The pseudo-code for the two routines follows:

NEWFRM

    Set request for currently selected surface

    CALL GNFRAM

    RETURN


GNFRAM

Is device immediate updatable (buffered)?
YES - send new_frame opcode to GSEND
      RETURN

Is batch of updates open?
YES - store new_frame request for the currently selected surface.
      RETURN

DELL366784

Exhibit 14  Page 553

Design Document for GW Core 79                    5/27/

NO - REPEAT for each initialized surface

    1. select view surface if it has a new_frame request
    2. for all visible segments, considering z-buffer hidden
       surface in the order,
           CALL GDRWSG
    3. deselect the view surface

    END REPEAT

CALL GLOBAT to reset global attributes

RETURN


GDRWSG (segment)

    Read segment out of PDF and give to GSEND thru PDF entry point



    New_frame routines are used in the following actions:

1. Delete all segments

    CALL GSEND
    CALL GNFRAM

2. Delete a retained segment

    CALL GSEND
    If segment visible
        CALL GNFRAM

3. Make picture current

    is batch of updates open?
    YES - RETURN

    NO - CALL GSEND
         RETURN

4. End batch of updates

    CALL GSEND
    CALL GNFRAM

5. Image transformationn

-47-

DELL366785

Exhibit 14  Page 554

```
    CALL GSEND
    CALL GNFRAM
```

6.  User level NEWFRM

```
    CALL GNFRAM
```


5.7 Error handling

        All errors are sent to the error handler with the following
procedure:

The following must be done to report an error detected in processing
a call to a CORE system routine.

    1)  Fill required common areas with parameters of call
    2)  Call routine GRPTER which will generate error report

This is accomplished as follows:

1)  Call routine for each paramter to be passed.  There are four such
routines (one for each of the four data types integer, real, logical,
and character).  The parameters for each of the calls contain the
position of the parameter in the parameter list (PARNUM) and the value
of the parameter (VALUE).  The call to pass a character parameter contains
an additional parameter, LENGTH, which is the number of characters
being passed.
    1)  INTEGER - CALL GPRINT (PARNUM, VALUE)
    2)  REAL    - CALL GPREAL (PARNUM, VALUE)
    3)  LOGICAL - CALL GPRLOG (PARNUM, VALUE)
    4)  CHARACTER - CALL GPRCHR (PARNUM, VALUE, LENGTH)
--Arrays-- In the event of a parameter which is an array the first
three elements of the array are to be passed.  This is accomplished
by repeated calls to the appropriate routine with PARNUM remaining
the same and VALUE being changed before each call.

2)  CALL GRPTER (NAME, ERROR_NUMBER)
This causes the error report to be generated.  NAME is an INTEGER*2
array of length three which contains the name of the CORE routine
which detected the error packed two characters per array element.
This is assigned using a DATA statement within each individual CORE
routine.  ERROR_NUMBER ranges from 1-999 as specified in GSPC '79.
The description of each function contains a list of errors which are
to be detected by each routine and their corresponding error numbers.
The call to GRPTER will result in an error report being written which
includes the error description, error number, severity code, and a
parameter listing.

DELL366786

Exhibit 14  Page 555

Design Document for GW Core 79                     5/27/:

EXAMPLE:   The user program contained the following statement

CALL POLYLINE_ABS_2 (XARRAY, YARRAY, N)

where N was equal to zero and XARRAY, YARRAY are real arrays.   The
routine POLYLINE_ABS_2 must detect error condition N=0, error number
002.  The following statements are sufficient to produce a report.

```
    DATA NAME/'PL','IN','A2'/        (where PLINA2 is GWU version of
    . . . .                           POLYLINE_ABS_2)
    . . . .
    . . . .
    CALL GPREAL (1, XARRAY(1) )
    CALL GPREAL (1, XARRAY(2) )
    CALL GPREAL (1, XARRAY(3) )
    CALL GPREAL (2, YARRAY(1) )
    CALL GPREAL (2, YARRAY(2) )
    CALL GPREAL (2, YARRAY(3) )
    CALL GPRINT (3, N )
    CALL GRPTER (NAME,2)
```

Five local COMMON blocks are maintained for communication among
the various error routines, PER, IAY, RAY, LAY and CAY.

The error message file is maintained as a VMS direct access disk
file with access thru FORTRAN unit    .  VMS call '                    '
is used to read the error messages.

5.8 Text

Stroke precision text is developed as a series of polylines and
is passed thru the normal viewing process.  The various parameters for
character and string precision text are transformed by the text
transformation into the defined character plane.  The current position
is clipped and the position is converted to normalized device
characteristics.  If the entire string does not fit within the window,
the entire string is clipped, for string precision text.  Each character
is individually clipped for character precision text.  The current position
is not adjusted by the calling of any text primitives.

All character parameters, such as charjust, charsize, etc. are sent
to the device driver across the DI/DD interface and the device driver
does the best that it can with the text string.

5.9 Viewing processor

The first job of the viewing processor is to calculate
a valid 2D or 3D viewing transformation matrix to be used for transforming
the world coordinate object definitions of the user into the Core defined

-49-                      **DELL366787**

**Exhibit 14  Page 556**

u-v coordinates.  The matrix is stored as 'txform' in COMMON block TRX.
Furthermore, boundaries for clipping, if required, are determined
depending on the type of viewing (parallel or perspective) and are saved
in the COMMON block TRX.  In addition, an inverse transformation matrix,
if it exists, is calculated and stored in TRX to provide a mapping
of u-v coordinates back into world coordinates.

The transformation matrix used to map the world objects into u-v
space may be composed of the following:
     1) a modelling transformation
     2) a text transformation
     3) a viewing transformation
     4) a clipping transformation
     5) a perspective transformation.

The components of the individual and hence the composite transformation
matrix are set using the available values of the various viewing
parameters that are in effect when a segment is opened.  Recalculation
of this transformation matrix and its possible inverse is done when
a segment is created only if one or more of the parameters has changed
since the last segment was closed.

Errors, if any are detected, are passed to the error handler for
reporting to the user.  Also, a flag 'wrngvs' is set to indicate that
the current viewing specification is inconsistent and that the viewing
transformation matrix in TRX should not be used in the viewing conversion.

The second major function of the viewing processor is the actual
conversion of the world coordinates.  The world coordinates are passed
to the viewing processor by GCVNDC.  The world object defined by the
primitives is converted into a displayable image which is the specified
view of the object.  The input may be a world point, a world line,
a world text, a set of world lines (polyline) or a set of world vertices
(polygon).  The processor applies the transformation matrix to the world
object first.  If any clipping options are in effect, then the converted
object is processed by a clipper which determines those parts of the
object within the user's view window or view volume.

Clipping is needed by the viewing processor, image transformation
routines, and text routines.  The routine CLPGEN is called for all
clipping.  This routine checks the opcode and calls GCLIP for line and
mark primitives and GPYCLP for polyline and polygon primitives.
GPYCLP is a general 3D clipping routine which clips against a view
volume.  The planes which define the view volume are passed as parameters,
therefore the routine can clip in world, NDC, or device coordinates.
This routine marks each vertex or polyline endpoint that it returns
as a true point or a fake point, generated during the clipping process.

The output from the clipper is finally converted to normalized
device coordinates by the application of the viewport transformation.
This device independent definition of the view of the object is passed
to the transmission control for display on selected devices and/or
retention in the pseudo-display file.

-50-

DELL366788

Exhibit 14  Page 557

Design Document for GW Core 79                    5/27/£

5.10 Transmission control

The routine which does transmission control is GSEND.  When a create
retained segment opcode is received by GSEND from the viewing pipeline,
it determines whether the selected device is buffered by looking at
'vsotyp' in COMMON block VSP.  If the device is buffered, nothing is
stored in the PDF.
If no segment is open, attribute settings sent to GSEND are ignored.

GSEND receives opcodes and their associated arrays from either the
main viewing pipeline or out of the pseudo-display file.
GSEND has a COMMON block named SAT where it stores the
attributes for the segment currently coming thru GSEND.  If data is
coming from the pseudo-display file, it is the responsibility of the
routine passing the data from the PDF to GSEND to restore the global
attributes in SAT, by calling GLOBAT.

GSEND has two entry points, one for opcodes and their parameters coming
from the viewing processor and one for opcodes and parameters
coming from the PDF.

GSEND determines if the opcode which it has received might need
to be simulated by comparing it to a list of opcodes.  If simulation
is a possibility for the opcode, GSEND checks the view surface capability
in COMMON block VSP for the selected view surface.  If simulation is
necessary, GSEND calls the appropriate simulation routine.
Image transformation is considered to be a simulation.

GSEND considers the segment visibility, the immediacy control, the
existence of a pseudo-display file, and batch of update status when
deciding whether to pass 'parray' to the dispatch routine.

A considerable amount of time was needed to sort thru all the conditions
and actions that GSEND must handle.  The pseudo-code for the routine is
included below:

Is this a primitive attribute?
YES
    Is the attribute greater than what the selected device provides?
    YES
        Is the attribute greater than possible simulation?
        YES - change attribute setting in 'parray' to default

Does this need stored in PDF?
YES if all true:
    1. Selected device has no display file.
    2. Retained segment open.
    3. Not dynamic attribute.

        - Store in PDF

Is segment invisible on a device for which we are keeping PDF?

-51-                    **DELL366789**

**Exhibit 14  Page 558**

```
YES - RETURN

Is batch of update open?
YES
     If device defer retained
          need to defer
               a. deletions
               b. output primitives
          don't defer
               a. temporary segment primitives
               b. primitive attributes
     If device defer deletions
          need to defer
               a. deletions
               b. dynamic attribute changes which cause new_frame
     If device defer nothing
          continue

     (If the device defines itself as defer all, Core will treat it
      as defer retained.  We will not do any action which requires
      us to save temporary segments.)

PDF Entry Point

Is opcode primitive attribute?
YES - store in SAT (common block which stores attributes for GSEND)

Is simulation possibly needed?
     1. Pen attribute greater than 0 for a line primitive.
     2. Primitive for which attribute might need simulated..
     3. Image transformation.
     4. Highlighting?
YES
     Is simulation needed on the selected device?
     YES - Call simulation routine
          RETURN

CALL GDSPCH

RETURN
```

        Immediate visibility is handled by the devices as it is device
dependent.  Therefore, calls to immediate visibility will enter at
the PDF entry point.

        Output caused by the input side of the Core - echos and simulations-
will be required to set its own attributes and to call routine GLOBAT
to reset the global values in common SAT when finished.  This output
will enter at the PDF entry point.

5.11 Simulation

**DELL366790**

**Exhibit 14  Page 559**

This is a collection of routines, one for each primitive or
attribute which is simulated.  Simulations involving polygons are
actually done during the scan conversion process.

Simulation of stroke precision text is always done and is
handled at a level higher than GSEND.  The routines which generate the
polylines necessary to draw stroke precision text pass the polylines
into the viewing processor.

Routines are also provided above GSEND to provide the spacing necessary
for character precision text.

The simulation routines send the changed or newly generated primitives
to GDSPCH.  Primitives resulting from simulations are not stored in the
pseudo-display file.

Devices may provide more than one line style or line width.  The
Core will simulate line styles or widths in addition to these, if
necessary, to provide the following line styles:
    1 solid
    2 dashed

Polygon fill and polygon edge type are done in the scan conversion
routine and scan lines of the resulting pixel values are set to the
raster device.  The user specifies the intensity or color at each vertex
with the functions Set_Vertex_Indices(SVINDC), Set_Vertex_Colors(SVCOLS),
or Set_Vertex_Intensities(SVINTS).  These values are used to provide
shaded polygons by interpolating between the vertices and along the scan
lines.

Only plain polygons can be simulated on vector devices.

Image transformation is a simulation as some devices may provide
the capability in hardware.  Image transformation is performed by the
routine GIMAGE.  This routine calls GPYCLP after applying the image
transformation matrix.  Image transformations are not applied to the
information in the pseudo-display file as the transformations are not
additive.

Simulation of highlighting is handled by the device drivers.
At initialization, the driver reports whether it does highlighting
directly or whether the Core should redraw the segment.  If the segment
is redrawn, the device driver changes the color, intensity, linestyle, etc.
to produce meaningful highlighting.

5.12 Pseudo-display

Information about primitives or attributes is stored in the
sequential array 'file' in exactly the same form in which it is received
by GSEND in 'parray'.  A complete segment is read out of 'file' by
using the pointers in the segment table 'table' in COMMON STB.  Each
primitive or segment is separated from all others by the length
stored in the first word in 'parray'.

-53-

DELL366791

Exhibit 14  Page 560

The subroutine GSQUEZ is used to compress the pseudo-display file
by removing information about deleted segments.  It obtains information
about the location of deleted segments from COMMON block DEL.  This routine
is only called when the PDF has no more available space.
The PDF, 'file', is dimensioned as 30K 4-byte words.  The variable 'flend'
reflects the size, so both would need to be changed to enlarge the PDF.

## 5.13 Dispatch

The dispatch routine will receive the 'parray' from GSEND and will
simply attach a device identifier to it for sending across the DI/DD
interface.  If the user is working in a one output device environment,
a method is provided to link in only the device driver needed, to cut
link time and execution module size.

Each device driver will have two entry points — one unique to the
device driver and one the same for all the device drivers.  The common
entry point will be GDSPCH, the same as the dispatch subroutine.  In a
single device environment, the dispatch subroutine would not be linked and
a call to GDSPCH will call the only linked device driver directly.
A user call to initialize_device with an argument of zero will initialize
whatever device is linked.  A machine dependent method of handling
unresolved external references caused by this method is provided.

The dispatch subroutine GDSPCH is a long list of computed GOTO's
which takes the currently selected view surface and attaches the
name to a call across the interface.  If device 16 were selected, for
example, GDSPCH would  CALL DD16 (parameters).

## 5.14 Device driver 1
## 5.15 Device driver 2


## 6. CORE glossary
## 7. Alphabetic listing of data and program modules = index
## 8. Numeric listing of error messages with new ones indicated

The defined errors for the raster extensions have been numbered but
have not been added to this list yet.  Also, errors that GW has added
will be indicated.  An indication of several errors which we are not
supporting will also be included.

0012 A 2D INQUIRY FUNCTION HAS BEEN USED WHEN A 3D INQUIRY FUNCTION WAS
     NEEDED TO AVOID INFORMATION LOSS.

0025 N IS LESS THAN OR EQUAL TO ZERO.

0035 ARRAY_SUZE IS LESS THAN OR EQUAL TO ZERO.

0046 THE SET OF CURRENTLY SELECTED VIEW SURFACES IS EMPTY.

0056 THE CURRENT VIEWING SPECIFICATION IS INCONSISTENT.

DELL366792

Exhibit 14  Page 561

Design Document for GW Core 79                    5/27/

0066 A SEGMENT IS OPEN.

2016 THERE IS NO OPEN SEGMENT.

2085 THE STRING CONTAINS ONE OR MORE UNDEFINED CHARACTERS.

2096 THE VECTORS ESTABLISHED BY THE CURRENT CHARPLANE AND CHARYUP ATTRIBUTE
     VALUES ARE PARALLEL.

3016 THERE ALREADY IS AN OPEN SEGMENT.

3025 A RETAINED SEGMENT NAMED  SEGMENT_NAME  ALREADY EXISTS.

3036 THE CURRENT VALUE OF IMAGE_TRANSFORMATION IS INVALID FOR THE CURRENT
     IMAGE_TRANSFORMATION_TYPE.

3046 THERE IS NO OPEN RETAINED SEGMENT.

3055 THERE IS NO RETAINED SEGMENT NAMED SEGMENT_NAME.

3065 THERE IS AN EXISTING SEGMENT NAMED NEW_NAME.

3076 THERE IS NO OPEN TEMPORARY SEGMENT.

4015 ONE OR MORE OF THE ATRIBUTE VALUES IS INVALID.

4025 DX_PLANE, DY_PLANE, AND DZ_PLANE  ARE ALL ZERO;  NO CHARACTER PLANE
     NORMAL DIRECTION CAN BE ESTABLISHED.

4035 DX_CHARUP, DY_CHARUP, AND DZ_CHARUP ARE ALL ZERO;  NO CHARACTER UP
     DIRECTION CAN BE ESTABLISHED.

4045 THE SPECIFIED IMAGE TRANSFORMATION TYPE IS INVALID.

4052 THE CURRENT IMAGE_TRANSFORMATION ATTRIBUTE VALUE IS OF A MORE COMPLEX
     TYPE THAN THE INQUIRY FUNCTION USED.

4065 THE SEGMENT'S IMAGE_TRANSFORMATION ATTRIBUTE VALUE IS NOT COMPATIBLE
     WITH THE REQUESTED FUNCTION.

4072 THE SEGMENT'S IMAGE_TRANSFORMATION_TYPE ATTRIBUTE VALUE IS OF A MORE
     COMPLEX TYPE THAN THE INQUIRY FUNCTION USED.

5015 XMIN IS NOT LESS THAN XMAX,  OR YMIN IS NOT LESS THAN YMAX.

5025 DX_UP AND DY_UP ARE BOTH ZERO;  NO VIEW UP DIRECTION CAN BE ESTABLISHED.

5036 SET_NDC_SPACE_2 OR SET_NDC_SPACE_3 HAS ALREADY BEEN INVOKED SINCE THE
     CORE SYSTEM WAS LAST INITIALIZED.

5046 THE INVOCATION OF SET_NDC_SPACE_2 OR SET_NDC_SPACE_3 IS TOO LATE-----
     THE DEFAULT NDC SPACE HAS BEEN ESTABLISHED.

DELL366793

Exhibit 14  Page 562

5055 A PARAMETER IS NOT IN THE RANGE OF ZERO TO ONE.

5065 NEITHER  WIDTH  NOR  HEIGHT  HAS A VALUE OF 1.

5075 WIDTH OR HEIGHT IS EQUAL TO ZERO.

5085 ONE OR MORE OF THE VIEWPORT CORNERS IS OUTSIDE THE NORMALIZED DEVICE
     COORDINATE SPACE.

5092 A 2D MAPPING FINCTION WAS USED WHEN A 3D MAPPING FUNCTION WAS NEEDED
     TO AVOID INFORMATION LOSS.

5105 THE SPECIFIED NDC POSITION IS OUTSIDE THE CURRENT VIEWPORT.

5116 THE WORLD COORDINATE TRANSFORMATION IS NOT INVERTIBLE.

5125 THE SPECIFIED WORLD COORDINATE POSITION IS OUTSIDE THE CURRENT WINDOW
     AND WINDOW CLIPPING IS ENABLED.

5135 DX_NORM, DY_NORM, AND DZ_NORM ARE ALL ZERO;  NO VIEW PLANE NORMAL
     DIRECTION CAN BE ESTABLISHED.

5145 FRONT_DISTANCE IS GREATER THAN BACK_DISTANCE, SO THAT THE BACK CLIPPING
     PLANE IS IN FRONT OF THE FRONT CLIPPING PLANE.

5155 PROJECTION_TYPE IS "PARALLEL" AND DX_PROJ, DY_PROJ, AND DZ_PROJ ARE ALL
     ZERO;  THE DIRECTION OF PROJECTION CANNOT BE DETERMINED.

5165 UMIN IS NOT LESS THAN UMAX, OR VMIN IS NOT LESS THAN VMAX.

5175 DX_UP, DY_UP, AND DZ_UP ARE ALL ZERO;  NO VIEW UP DIRECTION CAN BE
     ESTABLISHED.

5185 XMIN IS NOT LESS THAN XMAX, OR YMIN IS NOT LESS THAN YMAX, OR ZMIN IS
     NOT LESS THAN OR EQUAL TO ZMAX.

5195 THE PROJECTION OF SPECIFIEC WORLD COORDINATE POSITION ON THE VIEW PLANE
     IS OUTSIDE THE CURRENT WINDOW AND CLIPPING IS ENABLED.

5205 THE SPECIFIEC WORLD COORDINATE POSITION IS IN FRONT OF THE FRONT
     CLIPPING PLANE AND FRONT PLANE CLIPPING IS ENABLED.

5215 THE SPECIFIEW WORLD COORDINATE POSITION IS IN BACK OF THE BACK CLIPPING
     PLANE AND BACK PLANE CLIPPING IS ENABLED.

5225 THE TYPE OF PROFECTION IS "PERSPECTIVE", AND THE SPECIFIED WORLD
     COORDINATE POSITION IS BEHIND THE CENTER OF PROJECTION.

5236 SET_COORDINATE_SYSTEM_TYPE HAS ALREADY BEEN CALLED ONCE SINCE THE CORE
     SYSTEM WAS LAST INITIALIZED.

5246 A VIEWING FUNCTION HAS BEEN INVOKED OR A SEGMENT HAS BEEN CREATED.

-56-

**DELL366794**

**Exhibit 14  Page 563**

Design Document for GW Core 79                    5/27/

5256 VIEW PLANE NORMAL AND VIEW UP DIRECTION ARE PARALLEL.

5266 FOR A PERSPECTIVE PROJECTION, THE FRONT PLANE IS NOT BETWEEN THE
     CENTER OF PROJECTION AND THE BACK PLANE.

5276 THE DIRECTION OF A PARALLEL PROJECTION IS APARALLEL TO THE VIEW PLANE

5286 THE CENTER OF A PERSPECTIVE PROJECTION IS ON THE VIEW PLANE OR
     IS ON THE WRONG SIDE OF THE VIEW PLANE

5296 THE FRONT AND BACK CLIPPING PLANES ARE CONINCIDENT, AND ZMIN AND
     ZMAX OF THE 3D VIEWPORT ARE DIFFERENT.

6016 THE SPECIFIED DEVICE IS ALREADY INITIALIZED.

6025 DEVICE_CLASS OR DEVICE_NUM IS INVALID.

6035 DEVICE_CLASS IS INVALID.

6045 ONE OR MORE OF THE ARRAY ENTRIES IS AN INVALID DEVICE NUMBER.

6056 THE SPECIFIED DEVICE IS NOT INITIALIZED.

6066 THE SPECIFIED DEVICE IS ALREADY ENABLED.

6076 ONE OR MORE OF THE DEVICES IN THE GROUP IS NT INITIALIZED.

6086 THE SPECIFIED DEVICE IS NOT ENABLED.

6096 THE SPECIFIED LOCATOR DEVICE IS NOT ENABLED.

6106 THE SPECIFIED VALUATOR DEVICE IS NOT ENABLED.

6115 TIME IS LESS THAN ZERO.

6125 EVENT_CLASS AND EVANT_NUM DO NOT SPECIFY AN INITIALIZED EVENT DEVICE.

6135 EVENT_CLASS IS AN INVALID EVENT DEVICE CLASS.

6146 THE SPECIFIED ASSOCIATION ALREADY EXISTS.

6155 EVENT_CLASS OR SAMPLED_CLASS IS AN INVALID CLASS OR A CLASS OF THE
     WRONG TYPE.

6165 ONE OR BOTH OF THE SPECIFIED DEVICES IS NOT INITIALIZED.

6176 THE SPECIFIED ASSOCIATION DOES NOT EXIST.

6186 THE CURRENT EVENT REPORT IS NOT FROM A PICK DEVICE.

6196 THE CURRENT EVENT REPORT IS NOT FROM A KEYBOARD DEVICE.

DELL366795

Exhibit 14  Page 564

6206 THE CURRENT EVENT REPORT IS NOT FROM A STROKE DEVICE.

6212 A 2D INPUT FUNCTION WAS USED WHEN A 3D INPUT FUNCTION WAS NEEDED TO
     AVOID INFORMATION LOSS.

6226 WHEN THE EVENT OCCURED, THE SPECIFIED LOCATOR DEVICE WAS NOT ENABLED OR
     WAS NOT ASSOCIATED WITH THE EVENT DEVICE THAT CAUSED THE CURRENT EVENT
     REPORT.

6236 WHEN THE EVENT OCCURRED, THE SPECIFIED VALUATOR DEVICE WAS NOT ENABLED
     OR WAS NOT ASSOCIATED WITH THE EVENT DEVICE THAT CAUSED THE CURRENT
     EVENT REPORT.

6246 NO BUTTON DEVICES ARE INITIALIZED.

6256 THE SPECIFIED PICK DEVICE IS NOT INITIALIZED.

6266 THE SPECIFIED KEYBOARD DEVICE IS NOT INITIALIZED.

6276 THE SPECIFIED STROKE DEVICE IS NOT INITIALIZED.

6286 THE SPECIFIED LOCATOR DEVICE IS NOT INITIALIZED.

6296 THE SPECIFIED VALUATOR DEVICE IS NOT INITIALIZED.

6305 THE SPECIFIED ECHO TYPE IS INVALID FOR THE SPECIFIED DEVICE CLASS.

6316 THE SPECIFIED DEVICE DOES NOT HAVE AN ECHO_TYPE THAT REQUIRES AN
     ECHO SEGMENT.

6325 THE IMAGE_TRANSFORMATION_TYPE OF THE SPECIFIED SEGMENT IS IMCOMPATIBLE
     WITH THE CURRENT ECHO_TYPE.

6335 ECHO_X AND ECHO_Y SPECIFY A POSITION OUTSIDE THE NORMALIZED DEVICE
     COORDINATE SPACE.

6345 APERTURE IS LESS THAN OR EQUAL TO ZERO.

6355 BUFFER_SIZE IS LESS THAN OR EQUAL TO ZERO OR GREATER THAN THE
     IMPLEMENTATION-DEFINED MAXIMUM.

6365 CURSOR_START IS NOT GREATER THAN ZERO AND LESS THAN OR EQUAL TO
     BUFFER_SIZE.

6375 INITIAL_STRING CONTAINS ONE OR MORE UNDEFINED CAHRACTERS.

6386 THE SPECIFIED BUTTON DEVICE IS NOT INITIALIZED.

6395 DISTANCE OR TIME IS LESS THAN OR EQUAL TO ZERO.

6405 LOC_X AND LOC_Y (AND LOC_Z) SPECIFY A POSITION OUTSIDE NORMALIZED DEVICE
     CORDINATE SPACE.

DELL366796

Exhibit 14  Page 565

6415 XMIN IS NOT LESS THAN XMAX, OR YMIN IS NOT LESS THAN YMAX, OR ZMIN IS NOT LESS THAN ZMAX.

6425 ONE OR MORE OF THE LOCPORT CORNERS IS UTSIDE THE NORMALIZED DEVICE COORDINATE SPACE.

6435 LOW_VALUE IS GREATER THAN HIGH_VALUE.

6445 INITIAL_VALUE DOES NOT LIE IN THE RANGE DEFINED BY LOW_VALUE AND HIGH_VALUE.

6455 ASSOCIATED_SIZE IS LESS THAN OR EQUAL TO ZERO.

6465 DUPLICATION_SIZE IS LESS THAN OR EQUAL TO ZERO.

7016 THE CORE SYSTEM IS ALREADY INITIALIZED.

7024 THE SPECIFIED OUTPUT LEVEL CANNOT BE SUPPORTED.

7034 THE SPECIFIED INPUT LEVEL CANNOT BE SUPPORTED.

7044 THE SPECIFIED DIMENSION CANNOT BE SUPPORTED.

7056 THE VIEW SURFACE IS ALREADY INITIALIZED.

7067 NO OUTPUT DEVICE IS ASSOCIATED WITH THE SPECIFIED VIEW SURFACE.

7078 NO OTHERVIEW SURFACE CAN BE INITIALIZED AT THIS TIME.

7086 THE SPECIFIED VIEW SURFACE IS NOT INITIALIZED.

7096 THE SPECIFIED VIEW SURFACE IS ALREADY SELECTED.

7108 THE SPECIFIED VIEW SURFACE CANNOT BE SELECTED (BECAUSE OF RESOURCE LIMITATIONS, FOR EXAMPLE).

7116 THE SPECIFIED VIEW SURFACE IS NOT SELECTED.

7125 THE SPECIFIED IMMEDIATE VISIBILITY STATE IS INVALID.

7136 THERE HAS BEEN NO END_BATCH_OF_UPDATES SINCE THE LAST BEGIN_BATCH_OF_UPDATES.

7146 THERE HAS BEEN NO CORRESPONDING BEGIN_BATCH_OF_UPDATES.

7155 AN ELEMENT OF SEGMENT_NAME_ARRAY IS NOT THE NAME OF AN EXISTING RETAINED SEGMENT.

7165 AN ELEMENT OF VISIBILITY_ARRAY IS NOT A VALID VALUE OF THE VISIBILITY SEGMENT ATTRIBUTE.

7176 THE CORE SYSTEM HAS NOT BEEN INITIALIZED.

DELL366797

Exhibit 14  Page 566

Design Document for GW Core 79                          5/27/{

7183 THIS FUNCTION IS AT A HIGHER LEVEL THAN THAT SUPPORTED BY AT LEAST ONE
     OF THE VIEW SURFACES AFFECTED BY THE FUNCTION.

7196 LOG_ERROR WAS INVOKED OUTSIDE OF AN ERROR HANDLER.

8015 THE SPECIFIED FUNCTION IS NOT SUPPORTED.

8025 PARAMETER_COUNT IS INCORRECT FOR THE SPECIFIED FUNCTION.

8035 ONE OR MORE OF THE PARAMETERS FOR THE SPECIFIED FUNCTION IS INVALID.

9999 AN INVALID ERROR NUMBER HAS BEEN PASSED TO RPTERR .. CONTACT
     CORE SYSTEMS PROGRAMMER

DELL366798

Exhibit 14  Page 567

THE GEORGE WASHINGTON UNIVERSITY
BENEATH THIS PLAQUE
IS BURIED
A VAULT FOR THE FUTURE
IN THE YEAR 2056

THE STORY OF ENGINEERING IN THIS YEAR OF THE PLACING OF THE VAULT AND
ENGINEERING HOPES FOR THE TOMORROWS AS WRITTEN IN THE RECORDS OF THE
FOLLOWING GOVERNMENTAL AND PROFESSIONAL ENGINEERING ORGANIZATIONS AND
THOSE OF THIS GEORGE WASHINGTON UNIVERSITY.

BOARD OF COMMISSIONERS DISTRICT OF COLUMBIA
UNITED STATES ATOMIC ENERGY COMMISSION
DEPARTMENT OF THE ARMY UNITED STATES OF AMERICA
DEPARTMENT OF THE NAVY UNITED STATES OF AMERICA
DEPARTMENT OF THE AIR FORCE UNITED STATES OF AMERICA
NATIONAL ADVISORY COMMITTEE FOR AERONAUTICS
NATIONAL BUREAU OF STANDARDS, U.S. DEPARTMENT OF COMMERCE
AMERICAN SOCIETY OF CIVIL ENGINEERS
AMERICAN INSTITUTE OF ELECTRICAL ENGINEERS
THE AMERICAN SOCIETY OF MECHANICAL ENGINEERS
THE SOCIETY OF AMERICAN MILITARY ENGINEERS
AMERICAN INSTITUTE OF MINING & METALLURGICAL ENGINEERS
DISTRICT OF COLUMBIA SOCIETY OF PROFESSIONAL ENGINEERS INC.
THE INSTITUTE OF RADIO ENGINEERS INC.
THE CHEMICAL ENGINEERS CLUB OF WASHINGTON
WASHINGTON SOCIETY OF ENGINEERS
FAULKNER KINGSBURY & STENHOUSE – ARCHITECTS
CHARLES H. TOMPKINS COMPANY – BUILDERS
SOCIETY OF WOMEN ENGINEERS
NATIONAL ACADEMY OF SCIENCES NATIONAL RESEARCH COUNCIL

THE PURPOSE OF THIS VAULT IS INSPIRED BY AND IS DEDICATED TO
CHARLES HOOK TOMPKINS, DOCTOR OF ENGINEERING
BECAUSE OF HIS ENGINEERING CONTRIBUTIONS TO THIS UNIVERSITY, TO HIS
COMMUNITY, TO HIS NATION AND TO OTHER NATIONS.

BY THE GEORGE WASHINGTON UNIVERSITY.

ROBERT V. FLEMING
CHAIRMAN OF THE BOARD OF TRUSTEES

CLOYD H. MARVIN
PRESIDENT

JUNE THE TWENTIETH
1956

To cope with the expanding technology, our society must
be assured of a continuing supply of rigorously trained
and educated engineers. The School of Engineering and
Applied Science is completely committed to this ob-
jective.

DELL366799

Exhibit 14  Page 568

OCLC 6769699 Held by DGW - no other holdings

| Rec stat c | Entered 19800930 | | Replaced 20040322 | | | |
|---|---|---|---|---|---|---|
| Type a | ELvl I | Srce d | Audn | Ctrl | Lang eng | |
| BLvl m | Form | Conf 0 | Biog | MRec | Ctry dcu | |
| | Cont | GPub o | LitF 0 | Indx 0 | | |
| Desc i | Ills a | Fest 0 | DtSt s | Dates 1980 , | | |

| | | |
|---|---|---|
| 040 | | DGW ‡c DGW |
| 090 | | T385 ‡b .F63 |
| 090 | | ‡b |
| 049 | | DGWW |
| 100 | 1 | Foley, James D. |
| 245 | 1 0 | Extension of the core graphics system for raster graphics display : ‡b final report, NASA grant NSG 1508 / ‡c James D. Foley, principal investigator ; research team, Dara Dastyar, James Templeman, Patricia Wenner. |
| 260 | | Washington : ‡b George Washington University, [School of Engineering and Applied Science, ‡c 1980] |
| 300 | | 141 leaves in various foliations : ‡b ill. ; ‡c 30 cm. |
| 500 | | "Report covers the period March 15, 1978 to March 31, 1980." |
| 650 | 0 | Computer graphics. |
| 700 | 1 | Dastyar, Dara. |
| 700 | 1 | Templeman, James. |
| 700 | 1 | Wenner, Patricia. |
| 710 | 2 | George Washington University. ‡b School of Engineering and Applied Science. |
| 710 | 1 | United States. ‡b National Aeronautics and Space Administration. |

Delete Holdings- Export- Label- Produce- Submit- Replace- Report Error- Update Holdings- Validate-
Workflow-In Process

**DELL366800**

**Exhibit 14  Page 569**

AFFIDAVIT OF JEAN A. PEC
1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
   Los Angeles, California  90017-5844
3  Telephone:  (213) 243-4000
   Facsimile:  (213) 243-4199
4
5  Joseph A. Micallef (admitted *pro hac vice*)
   ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
6  Washington, D.C.  20004-1206
   Telephone:  (202) 942-5000
7  Facsimile:  (202) 942-5999
8  Joel M. Freed (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
9  600 13th Street, N.W.
   Washington, D.C.  20005-3096
10 Telephone:  (202) 756-8000
   Facsimile:  (202) 756-8087
11
12 Attorneys for *Dell Inc.*

13
14 **UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
15
16
17 LUCENT TECHNOLOGIES INC. and          ) Case No. 02-CV-2060 B (CAB)
   MULTIMEDIA PATENT TRUST,              ) consolidated with Case No. 03-CV-0699 B
18                                        ) (CAB) and Case No. 03-CV-1108 B (CAB)
        Plaintiffs and Counterclaim-defendants, )
19                                        )
        v.                                )
20                                        ) **CERTIFICATE OF SERVICE**
   GATEWAY, INC. AND GATEWAY            )
21 COUNTRY STORES LLC, GATEWAY          )
   COMPANIES, INC., GATEWAY              )
22 MANUFACTURING LLC and                 )
   COWABUNGA ENTERPRISES, INC.,          )
23                                        )
        Defendants and Counter-claimants, )
24                                        )
   and                                   )
25                                        )
   MICROSOFT CORPORATION,                )
26                                        )
        Intervener and Counter-claimant, )
27
28

1   MICROSOFT CORPORATION,                     )
                                               )
2          Plaintiff and Counter-defendant,    )
                                               )
3   v.                                         )
                                               )
4   LUCENT TECHNOLOGIES INC. and               )
    MULTIMEDIA PATENT TRUST,                    )
5                                              )
           Defendants and Counter-claimants,   )
6                                              )
    _____        )
7   LUCENT TECHNOLOGIES INC. and               )
    MULTIMEDIA PATENT TRUST,                    )
8                                              )
           Plaintiffs and Counterclaim-defendants, )
9                                              )
10  v.                                         )
                                               )
    DELL INC.,                                 )
11                                             )
           Defendant and Counter-claimant.     )
12                                             )

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action.  My business address is 555 12th Street, N.W., Washington, DC 20004.

I HEREBY CERTIFY that on this 14th day of September 2007, in case nos. 02-CV-2060, consolidated with 03-CV-0699 and 03-CV-1108, I caused a copy of the following document to be served on all counsel of record:

1.    Affidavit of Jean A. Pec.

A true and complete copy of the above named document was served on counsel listed below by the indicated methods:

### VIA ELECTRONIC MAIL

Alison Adema
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California  92101-3595
Telephone:  (619) 235-2100
Facsimile:  (619) 235-2101
aadema@hahnadema.com

Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND &  ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY  10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
jmafale@kirkland.com

Christopher S. Marchese
John E. Gartman
Jennifer Bettencourt
Susie Rodriguez
Donna Rousseau
John Thornburgh
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099
marchese@fr.com
gartman@fr.com

- 1 -

Exhibit 14  Page 572

1

bettencourt@fr.com
srodriguez@fr.com
thornburgh@fr.com

2

Bryan Farney
3          Jeffrey B. Plies
Lawrence Fluker
4          DECHERT LLP
106 East 6th Street, Suite 800
5          Austin, TX 78701
Telephone: (512) 394-3000
6          Facsimile: (512) 394-3001
bryan.farney@dechert.com
7          jeff.plies@dechert.com
lawrence.fluker@dechert.com

8

David J. Zubkoff
9      SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
10         San Diego, California 92101
Telephone: 619-685-3003
11         Facsimile: 619-702-6827
zubkoff@scmv.com

12

        I declare that I am an employee of the office of a member of the bar of this Court at whose

13

direction the service was made.  I declare under penalty of perjury that the above is true and correct.

14

Executed on September 14th, 2007, at Washington, DC.

15

16                                       By: _____

17                                            Thomas Wischer

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**Exhibit 14  Page 573**