1

**EXHIBITS TABLE OF CONTENTS**

2

| Exhibit | Document | Page No. |
|---|---|---|
| 1 | U.S. Patent No. 4,763,356 to Day, et al., marked with Bates range LUC 1004455-81 | 12 |
| 2 | Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent No. 4,763,356, dated May 15, 2007 [Docket No. 1795] | 39 |
| 3 | "Touch Screens: Big Deal or No Deal?," Michael Tyler, DATAMATION, dated January 1984, marked with Bates range GW-LT422215-22 | 47 |
| 4 | Excerpts of the deposition Michael E. Farmer, taken February 23, 2006 | 55 |
| 5 | Excerpts of The Home Accountant and Financial Planner for the Macintosh, dated 1984, marked with Bates range MSLT_1060811-813 | 67 |
| 6 | Excerpts of the deposition of Dale Buscaino, taken November 7, 2007 | 73 |
| 7 | Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356 [Docket No. 1552], dated April 17, 2007 | 79 |
| 8 | U.S. Patent No. 4,439,759 to Fleming et al., marked with Bates range LUC1114390-409 | 88 |
| 9 | "Final Report – NASA Grant NSG 1508, Extension of the Core Graphics System for Raster Graphics Display," James D. Foley, marked with Bates range DELL366644-799 | 108 |
| 10 | Supplemental Rebuttal Expert Report of Jake Richter, dated October 12, 2007 | 264 |
| 11 | Excerpts of the deposition of Jake Richter, taken November 14, 2007 | 286 |
| 12 | Order Construing Claims for United States Patent Number 4,439,759, dated November 15, 2005 | 311 |
| 13 | Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent Number 4,439,759, dated September 14, 2007 | 321 |
| 14 | Affidavit of Jean A. Pec, with Exhibits A-B, dated September 14, 2007 | 409 |
| 15 | Status Report of the Graphics Standards Planning Committee, Computer Graphics, Vol. 11, No. 3, Fall 1977, marked with Bates range GW-LT253851-997 | 574 |
| 16 | Excerpts of the deposition of James D. Foley, taken November 7, 2007 | 721 |
| 17 | Home Information Systems - Provisional Standard, Bell Laboratories, dated April 14, 1981, marked with Bates range LUC 003905-4026. **FILED UNDER SEAL** | 732 |

18      Expert Report of Edward J. Delp III Regarding Obviousness, dated September 14, 2007 ....................................................................................854

19      Supplemental Rebuttal Expert Report of Professor Bernd Girod Regarding Validity of Lucent's 4,383,272 and 4,958,226 Patents, dated October 12, 2007 ..................................................................................1011

20      Excerpts of the deposition of Bernd Girod, taken on November 20, 2007 ......1045

21      Excerpts of "Digital Pictures: Representation and Compression," Arun N. Netravali and Barry G. Haskell, 1988, marked with Bates range MSLT_0004995-99, 5408, and 5481 ...................................................................1084

22      Excerpts of the deposition of Barry Haskell, taken December 15, 2005. **FILED UNDER SEAL** ...................................................................................1103

23      Translation of the Master's Thesis of Thomas Micke, entitled "Comparison of a Predictive and an Interpolative Motion Compensating Coding Method for Television Signals, April 1986, marked with Bates range GW-LT255053-131 ...............................................................................1094

24      U.S. Patent No. 4,958,226 to Haskell, et al., marked with Bates range LUC1112272-77 ........................................................................................1182

25      Order Construing Claims for United States Patent Number 4,958,226, dated July 14, 2005 ..................................................................................1188

26      Copyright Information for Digital Pictures, marked with Bates range DELL318997-99 ........................................................................................1194

27      Affidavit of Michael A. Davis, Jr., dated March 12, 1999, with Exhibits A-F, marked with Bates range DELL320793-800 ...........................1197

28      "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Picture," N.K. Lodge, marked with Bates range DELL318140-47 ..............................................1205

29      A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Masayuki Tanimoto, July 1987, marked with Bates range DELL318251-54 ...................................................................1213

30      CITT SG XV Working Party Document #81: Comments on Conditional Motion Compensated Frame Interpolation," March 1986, marked with Bates range MSLT0625891-94..........................................................1217

31      U.S. Patent No. 4,849,810 to Ericsson, marked with Bates range DELL319258-315 ......................................................................................1221

32      U.S. Patent No. 4,816,914 to Ericsson, marked with Bates range DELL320565-607 ......................................................................................1280

33      U.S. Patent No. 4,794,455 to Ericsson, marked with Bates range DELL319147-73 ........................................................................................1323

34      U.S. Patent No. 4,703,350 to Hinman, marked with Bates range DELL320519-37 ........................................................................................1350

- 8 -

35      U.S. Patent No. 4,727,422 to Hinman, marked with Bates range
        MSLT_0001034-51 ................................................................. 1369

36      U.S. Patent No. 4,661,849 to Hinman, marked with Bates range
        DELL318173-90 ...................................................................... 1387

37      U.S. Patent No. 4,754492 to Malvar, marked with Bates range
        DELL319037-59 ...................................................................... 1405

38      Declaration of Thomas Wehberg ............................................... 1428

39      "The Efficiency of Motion-Compensating Prediction for Hybrid Coding of
        Video Sequences," Bernd Girod, August 1987, marked with Bates range
        MSLT_0233488-502 .............................................................. 1430

40      "Television Band Compression by Contour Interpolation," Professor D.
        Gabor, et al., May 1961, marked with Bates range MLST0001228-40 .......... 1445

41      "Picture Coding: A Review," Arun N. Netravali and John O. Limb, March
        1980, marked with Bates range MSLT_0001623-63 ....................... 1459

42      Order Denying-in-Part Dell's Motion for Summary Judgment on U.S.
        Patent No. 4,383,272 [Docket No. 1948], dated July 27, 2007 ...... 1500

43      Superceding Order Construing Claims for United States Patent Number
        4,383,272, dated August 16, 2005 ................................................ 1507

44      Order Denying Gateway's Motions for Summary Judgment that U.S.
        Patent No. 4,383,272 is Invalid Under 35 U.S.C. §102(g) and Granting
        Summary Adjudication on Certain Predicate Issues Pertaining to This
        Defense [Docket No. 1948], dated July 12, 2007 .......................... 1513

45      United States Patent 4,383,272 to Netravali, et al., marked with Bates
        range LUC0001363-73 ............................................................ 1519

46      Response to the Examiner dated October 22, 1982, marked with Bates
        range LUC0001428-31 ............................................................ 1530

47      Doctorate thesis of Jaswant Raj Jain, entitled "Interframe Adaptive Data
        Compression Techniques for Images," September 1979, marked with
        Bates range MSLT_0001425-622 ............................................. 1534

48      Excerpts of the deposition of Delphine Lewis, taken June 30, 2005 ............... 1732

49      Physical exhibit of video excerpts from the videotaped deposition of
        Michael Farmer, taken on February 23, 2006.
        This exhibit a compact disk ("CD").

- 9 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THIS PAGE INTENTIONALLY LEFT BLANK**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

Exhibit 15

PART I

The State-of-the-Art Graphic Software Packages

Exhibit 15  Page 574
GW-LT 253851

STATE-OF-THE-ART OF GRAPHIC SOFTWARE PACKAGES

### INTRODUCTION

This report summarizes the activities of the GSPC State-of-the-Art subcommittee. The subcommittee was charged with reviewing and reporting on existing graphics software for line drawing graphics systems. The approach used to develop the survey criteria, format, and data is first described. The second section is a detailed discussion of the comparison criteria as used by reviewers. The next section presents tabulated survey results. Finally, a summary comparing and contrasting the package features is given.

#### A.   Purpose of the Survey

The State-of-the-Art survey effort seeks to provide a framework for comparison of graphics software packages for line drawing graphics systems. This framework was used to compare several existing systems and thereby to report the current State-of-the-Art. This comparison effort has attempted to collect data useful in the preparation of a proposed standard. The surveyors sought a broad point of view so that the framework would not become outdated, and that the survey framework would be extendable to include more detail and more breadth, and could be applied to more systems.

This survey is not intended to rank graphics packages. Rather, this survey is intended to determine the similarities and differences among existing graphics packages.

#### B.   Survey Scope

The survey is limited to specific technical aspects of software for line drawing displays. The software packages reviewed reach slightly beyond the scope of the charge to the GSPC. The survey framework included the topics to be considered for standardization: 2D/3D drawings, text/fonts, line transforms, control, image/object description, input handling, erasures, and passive/interactive considerations. Several additional application-oriented aspects of typical graphics systems were also included, such as common graphing functions, curved lines and surfaces. This increased scope was chosen to indicate if the original charge to the GSPC was a fair and appropriate partitioning of the standards issue.

Specifically excluded in this survey are features that depend extensively on unusual or uncommon hardware features. Thus matrix processors, raster display background/area commands, and similar otherwise interesting features were excluded.

#### C.   Selection of Systems

To be considered for review, the graphics software/hardware systems had to conform to several criteria. The systems had to be installed at several locations. The system must be oriented for use with a FORTRAN application program. These criteria limited consideration to subroutine packages or a general-purpose language extended for graphics. No distinction is made if part of the implementation exists in firmware or hardware. Finally, packages to be reviewed were selected according to the extent that the package claimed to cover the scope of the charge to the GSPC. A representative variety of packages ranging from limited graphing to fully interactive was sought.

I-1

Exhibit 15  Page 575                    GW-LT 253852

D.   Systems Reviewed

The following eight systems were selected for review.

1.   ADAGE Software

The ADAGE graphics system is supported by the IMAGE FORTRAN extension and the GRAFX utility system. This system is fully interactive, supports a variety of ADAGE graphics terminals, and has been installed at many sites.

2.   CalComp Software

The widely used and much simulated CalComp software is a package exhibiting a large degree of host and output device independence.

3.   DISSPLA

The DISSPLA system is a complete set of graphing routines that provide extensive user-control for presentation of graphical images. It also enjoys a large degree of output device independence and has been implemented on a number of large-scale host machines.

4.   GCS

The Graphics Compatibility System (GCS) includes most of the features of the review criteria. The system includes graphs, segment control, 3D as well as 2D plotting, fairly complete input and control facilities, and has been implemented on many host machines at numerous sites with a variety of output devices.

5.   GINO-F

The GINO-F system is a set of routines that have, through evolution, become fairly host and device independent. The package is widely used in Europe, especially Great Britain, and the United States. It has been proposed in the past as an international standard. It has found application in many computer aided design systems.

6.   GPGS

The General Purpose Graphic System (GPGS) is a structured and well-documented package that exists in both FORTRAN and host-dependent versions. It has become the graphics standard in Norway and has, for several years, been the model for many proposed developments and comparisons. It also has been implemented and distributed widely.

7.   IG

The Integrated Graphics (IG) system has been developed recently at the University of Michigan. Though host-dependent, it enjoys a large degree of device independence. It contains many recent concepts in graphics systems and provides extensive capabilities, although it uses non-ANSI FORTRAN features to achieve convenient user interface.

8.   Tektronix Software

The Tektronix Terminal Control System (TCS) and the Advanced Graphing II Software (AGII) are probably the most extensively used interactive graphics packages--more than 2000 installations. This software is oriented as a graphing and plotting system that is largely host independent and supports the various graphics I/O devices manufactured by Tektronix.

E.   Comparison Method

The first step in the comparison process was to select this set of representative graphics packages and then to obtain their documentation. Simultaneously, the comparison criteria were being developed in an iterative fashion. An outline was initially prepared at the top level, reviewed and expanded until the complete outline that is now the framework of this comparison was developed. The outline was sent to the reviewers of the packages together with detailed instructions and the specific format for the review.

I-2

Exhibit 15  Page 576                                    GW-LT 253853

Each package was examined by at least two reviewers. The resulting combined review was sent to the package developer for comments. A condensed version of these reviews is presented here. The detailed reviews and the developer's comments will be published as a separate document.

## COMPARISON CRITERIA

An overview and discussion of the comparison criteria used to review the graphics packages is presented below. Each major heading in this section provides a description of corresponding entries in the package comparison tables given in the next section.

### A.   Abstract

The abstract provides a brief overview of capabilities of the graphics system, including hardware.

1.   History of the Package

Describes the organizational affiliation of the package developers. If the package is known to be an extension of another, the source is also cited.

2.   Description of Key Features

Briefly mentions major considerations such as two-dimensional (2D) and three-dimensional (3D) support, interactive or passive emphasis, device independence, host independence, and data structures supported.

3.   Notable Features

Specifies any significant system aspects of interest to potential users.

### B.   Input Functions

The overview of input discusses major aspects, such as polling, interrupt linkage, and queueing.

1.   Graphical

a.   Picking

1)   Menu or Text
Issues described include the information returned by the pick.

2)   Graphical Item
Discussion of the issues include identification of the levels (picture, subpicture, primitive) that may be distinguished; whether the level of reporting may be selected; and the information returned by the pick (display item number, picture name, etc.).

b.   Locator

Describes graphical dimensions supported, device and world coordinates, and sampling techniques.

c.   Valuator

Lists valuator dimensionality, device and world coordinates, and sampling techniques.

d.   Input Devices

Describes physical devices such as tablet, light pen, potentiometer, shaft encoder, alpha/numeric/function keyboard, joystick, trackball, mouse, clock time source, etc. Indicates if input device independence is feasible.

I-3

Exhibit 15  Page 577                    GW-LT 253854

2.  Text

Discusses whether the graphics package can intercept textual input, whether this text is automatically echoed to the graphics output device, and in what way text input interacts with subsequent image display.

3.  Button

Describes support of function keyboards, light buttons, and other switches.

C.  Output

1.  Coordinate Systems

    a.  World

    The available user coordinate systems are described. The discussion indicates any limits on range, dimensions allowed, and whether support exists for systems other than rectilinear.

    b.  Device

    Device coordinate issues including range, dimension, origin, and treatment of out-of-range coordinates are described.

    c.  Orientation

    The use of right- or left-handed coordinate systems is discussed.

2.  Picture Specifications

    a.  Transformations

        1)  Object Transforms
        An object is a graphical entity as originally specified. An object may be a primitive or collection of primitives with associated transformations. The terminology used by the package is introduced, and rotation, scaling, translation, and other transformations are reported.

        2)  Viewing Transforms
        These transforms do not deal with the fabrication or manipulation of objects, but rather with the image to be created from one or more objects. The philosophy of the package relative to this and related distinctions is discussed.

            a)  Projection
            Projection transforms may include normal, exaggerated, orthographic, and other types. "Camera" or eye point viewing is reported.

            b)  Windowing
            This discussion addresses world and device coordinates and the process of extracting the graphical data within a specified window. The sequence of image transformations is described in explaining the function that windowing provides relative to viewporting (i.e., does the image get clipped before viewporting, after, or both). The shape of the window is described.

            c)  Viewporting
            Describes the manner in which images are mapped into areas on the plotting surface. Issues include the effect of viewports overlapping the screen boundary or each other.

            d)  Shielding
            An "opaque" viewport or window may allow a convenient method of titling or labeling.

            e)  Transform Manipulation
            The sequence of transformations from object description to final image is summarized. The combination of transformations, such as multiple rotations, is reported. The ability to save transforms, by

I-4

Exhibit 15  Page 578    GW-LT 253855

a name or on a stack, retrieve them, and concatenate them is
considered.

b.   Picture Segments

A "picture segment" is a named collection of graphical items that represents a
graphical object or image.

1)   Segment Operations
The creation and manipulation of segments including opening, closing,
naming, deleting, and extending is described. The limitations on items
that may reside within segments are discussed. A description is given of
the naming used for input correlation with segments or segment parts.

2)   Segment Attributes

Describes the attributes of a segment. Typical attributes may include
line texture, width, intensity, blink rates, highlighting, pick
sensitivity, transformability, and color. Segment attribute behavior
(dynamic versus static, defaults, dimension effects, etc.) is mentioned.
The ability to use hardware capabilities if a "near" match can be made is
discussed.

c.   Primitives

Primitives are the elements used to create objects or images that result in
real beam or pen movements. If a distinction is made between world and device
space use of primitives, that is described. Naming of and attributes of
primitives are also mentioned.

1)   Position and Point Generation
Describes absolute and/or relative movement of current position and point
plotting.

2)   Straight Lines
A brief description of 2D versus 3D lines, naming, absolute versus
relative attributes is given.

3)   Curved Lines and Circles
Curve types and options for specifying curves, e.g., planar and
non-planar, conic sections, and general are reported. The ability to
support a hardware arc/circle generator is discussed. For software
curves, the specification of error tolerance, in both world and device
coordinates, is described. Support for matching curves at endpoints is
discussed.

4)   Surfaces
The ability to define and display surfaces is described.

5)   Marker
Markers are simple symbols, such as a point or cross, used to annotate
data plots or indicate cursor positions.

6)   Text
Display of textual information takes many forms. This section seeks to
describe in complete detail the package's text capability.

a)   Font Selection and Attributes
Text fonts, their selection, size, and other attributes are
described.

b)   Transformations
Transformation capabilities and the potential associated
difficulties are described.

7)   Numeric Output
Describes the support for displaying numerical values in integer,
floating point, or scientific notation.

I-5

Exhibit 15  Page 579                                    GW-LT 253856

3.    Picture Compilation/Display File Generation

This section deals with the generation of the image displayed on the output device.
Among the issues discussed are:  the manner in which data is sent to the terminal,
directly or buffered; specifying a virtual display space without declaring the
output device; linking together both device-dependent (possibly unchanging)
segments and device-independent (possibly requiring recompilation with each change
of an element) dynamic segments; repeating instances of a segment with the same or
differing names; determining which element is being processed when an interrupt
occurs, and linking an input device to dynamic attributes with or without
recompilation.

    a.    Data Structure

        Reports the type and content of the data structure, both device-independent
        and device-dependent structures, and any hardware features, e.g.,
        subroutining, incorporated in the data structure.

    b.    Picture Storage and Retrieval

        Describes the ability to save generated images on mass storage or some other
        medium for later regeneration and the ability to create libraries of pictures
        or picture segments.

D.    Control

The level and type of user control of the graphics device is presented.

1.    Package Setup/Initialization

    Describes how the graphics system is initialized.  For refresh systems, the picture
    buffer memory allocation schemes and garbage collection are described.

2.    Device Characteristics

    Indicates the access and control of the graphical device characteristics.  Among
    the issues discussed are:  the manner in which a device is selected and
    initialized; possible selection of a device before any images are generated; access
    to hardware characteristics, e.g., refresh rate, erasure; substituting hardware
    features for software when possible; handling multiple input or output devices; and
    the ability to generate simultaneous output for multiple devices.

3.    Error Reporting

    Describes the type and extent of error reporting.  Among the issues discussed are:
    user's ability to supply an error handling routine; error types, such as warning
    and fatal, and their consequences; clarity and verbosity of the error report and
    traceback information; and user control of optionally printing messages.

4.    Termination

    Describes the manner in which graphical devices are released and other termination
    control.

E.    Implementation Environment

Discusses the language in which the package is written and available interfaces to other
languages.  The feasibility of using the package, or at least its basic structure, in a
variety of languages is reviewed.  The impact of operating systems such as overlays,
capturing interrupts, and dynamic replacement of user device drivers, is considered.

F.    Application Extensions

Describes any application-dependent or general-purpose enhancements to the basic system
that have not been described in previous sections.

1.    Graphing Operations

    Discusses graphing operations provided by the software.

I-6

Exhibit 15  Page 580                    GW-LT 253857

a.  Primarily Continuous Graphs

The different types of continuous graphs supported are described. The manual, automatic, and combined scaling of data; types of scales (linear, time-log, semi-log, polar); and more complex graph types (multiple curve, multiple ordinates, non-orthogonal axes) are discussed.

b.  Primarily Discrete Graphs

Among the types described are:  time series charts, bar charts, histograms, nomograms, pie charts, and dual ordinate charts.

c.  3D Graphs

Three-dimensional graphing capabilities are discussed, including transformed characters, simultaneous 3D and 2D projections to enhance visualization of data, etc.

d.  Special Features

Presents any special graphing features not previously mentioned.  Included in this section may be shading under a curve, titling and labeling of graphs, and treatment of points outside of the range of the scale.  The "human factors" of the graphing functions and calling sequences may also be described.

2.  Curve Fitting and Data Smoothing

The use of the spline, polynomial, or other curve fitting techniques for data plotting or graphical object representation, e.g., curves and surfaces, is presented.  Available filtering, e.g., filtering data with a tablet, is also described.

3.  Positioned Text

The generation and support of special text features are described.  Among the items presented are:  text windows that provide editing, e.g., scrolling, blinking, string substitution; the ability to generate and correlate text with a menu; and user-defined fonts.

G.  Sizing Information

This section provides data intended to reveal the approximate "size" of the software. The information includes:  the number of source statements in the package with some indication of the degree of commenting, the number of distinct subroutine calls, and the maximum load module size of the package with all options in effect on a particular host. The information provided in this section is intended to give an idea of the relative size of the package only.  It is recognized that the sizing information may be open to different interpretations.

H.  Graphics Hardware Supported

Lists the graphics devices supported by the package.

I.  Computers on Which the Package Operates

Lists the host machines on which the package has been installed.

J.  Number of Installations

Reports the number of sites where the package has been installed.

K.  Cost

The rental, purchase cost, or other information for the package is presented.

L.  Distribution Factors

Describes the type of support available for the software package.  A description of the availability of training and documentation and the point of contact for a package is included.

I-7

**Exhibit 15  Page 581**          GW-LT 253858

M.   Reviewers' Comments

The reviewers' general or technical comments or opinions not specifically applicable in
the previous categories appear here.

N.   Developer's Comments

The software developer's comments are given.


PACKAGE COMPARISON

The results of the initial survey are summarized in a series of tables prepared
from the individual package reviews.  The table entries represent only explicitly
defined package capabilities.

A comparison of the input functions supported by the graphics packages is presented
in Table I-1.  The lack of uniformity among the packages for the input functions is
apparent from Table I-1.  There is limited support for creating and using menus, and
about half of the packages allow for picking of graphical items.  Menus could be
supported by user-coded routines in most of the packages using either items or locators.
Most packages do provide a two-dimensional locator function; however, the coordinate
data returned may be in device or world coordinates, depending upon the system.

Only two of the packages provide for explicit support of valuator functions and
both are one dimensional.  Three of the packages allow the user to select a graphical
input device, and three other packages require the input device to be specified when the
system is generated.

Textual input is supported in several packages by providing routines that allow for
the input of strings of ASCII characters.  Textual input may also be performed with
standard FORTRAN input statements in the user program.  Various methods of support for
light buttons and function keyboards are provided.

Most of the packages reviewed support object and viewing transformations and allow
some form of transform manipulation, as shown in Table I-2.  The method for performing
transformations varies widely among the graphics packages.  Five of the packages support
three-dimensional object, rotation, scaling, and translation transformations, and three
packages support shear or user supplied transformations.

Most packages provide windowing and viewporting, although the methods vary.  Only
one package supports shielding directly, although some form of shielding may be
simulated with other packages.  About half of the packages allow some form of
transformation manipulation; save, restore, and concatenate functions are provided in
four packages.

The coordinate systems utilized by the various packages and the use of picture
segments is shown in Table I-3.  Approximately half of the packages surveyed allow the
user to model data using the host's range of floating point numbers.  Some packages
utilize floating point numbers in the range -1 to +1, while others utilize inches.
There is minimal support for homogeneous coordinates.

The device coordinate systems vary widely, and in three packages the user need not
be concerned with device units.  Six packages utilize right-handed coordinate systems;
one uses a left-handed system, and another allows both.

Several packages do not support picture segments; but of those that do, the open,
close, and invoke functions seem to be common.  Of the packages that provide picture
segments, half allow attributes to be specified for primitives only.

Comparison of the primitive operations supported by the software are shown in
Tables I-4a and I-4b.  The line type primitive attribute is the only attribute shared by
several systems.  Two of the packages support only two-dimensional operations, the
remainder also support three-dimensional primitives.  Three of the packages support only
absolute positioning and drawing, and the remaining packages also support relative
movements.  Three of the packages provide for connected lines (polylines).  Some support
curved lines and surfaces, although usually not as primitives.

Most packages provide some form of marker that may be used for plotting points.
Four packages also allow only two-dimensional text output with one font.  Most packages
support transformable text, although the methods vary considerably.  The orientation for

I-8

Exhibit 15  Page 582                    GW-LT 253859

| | GRAPHICAL | | | | | | |
| | PICKING | | LOCATOR | VALUATOR | INPUT DEVICES | TEXT | BUTTON |
| | MENU | ITEM | | | | | |
|---|---|---|---|---|---|---|---|
| ADAGE | Returns menu index | One level, address returned | 2D, device units | 1D, device units | Light pen, tablet, joystick/mouse,ball, control dials | FORTRAN extensions | X |
| CALCOMP | | | | | | | |
| DISSPLA | | | | | | | |
| GCS | Returns menu index | | 2D, device or world units | | Cursor, joystick, light pen, tablet, mouse, trackball | String of ASCII characters | |
| GINO-F | | One level segment no. returned | 2D, device units | | Installation dep. | String of ASCII characters | X |
| GPGS | | n levels, segment no. returned | 2D or 3D, device units | 1D, device units | Clock, light pen, 1, and 3D scalar devices | String of characters in AI format | X |
| IG | | n levels, item no. returned | 2D, world units | | Installation dep. | | Inst. dep. |
| TEKTRONIX | | | 2D, device or world units | | Thumbwheels or joystick | String of ASCII characters | |

TABLE I-1
INPUT FUNCTIONS

I-9

Exhibit 15  Page 583

GW-LT 253860

| | OBJECT TRANSFORMS | | | | VIEWING TRANSFORMS | | | | TRANSFORM |
| | ROTATION | SCALING | TRANSLATION | OTHER | 3D PROJECTION | WINDOWING | VIEWPORTING | SHIELDING | MANIPULATION |
|---|---|---|---|---|---|---|---|---|---|
| ADAGE | 2D 3D | 2D 3D | 2D 3D | | | 2D 3D | Limited | | Save, restore concatenate, nesting |
| CALCOMP | | 2D | | | | 2D (optional) | | | |
| DISSPLA | 2D | 2D | 2D | User supplied | Axon. | 2D 3D | X | X | |
| GCS | 2D 3D | 2D 3D | 2D 3D | | Perspective Ortho. | 2D 3D | X | | Save and restore |
| GINO-F | 2D 3D | 2D 3D | 2D 3D | 2D & 3D shear | Perspective Axon. | 2D 3D (limited) | Limited | | Save, restore, concatenate, copy |
| GPGS | 2D 3D | 2D 3D | 2D 3D | 2D & 3D shear and Ortho. user supl Axon. | Perspective and Ortho. | 2D 3D | X | | Save, restore, concatenate |
| IG | 2D 3D | 2D 3D | 2D 3D | | Perspective Ortho. | 2D | X | | Concatenate |
| TEKTRONIX | 2D | 2D | | | | 2D | X | | |

TABLE I-2
TRANSFORMATIONS

1-10

Exhibit 15  Page 584          GW-LT 253861

| | COORDINATE SYSTEMS | | | PICTURE SEGMENTS | |
|---|---|---|---|---|---|
| | WORLD | DEVICE | ORIENTATION | OPERATIONS | ATTRIBUTES |
| ADAGE | Fractional numbers from -1 to +1 | 14-bit fractional numbers | Right | Open, invoke, transform, modify, close | Specified for primitives only |
| CALCOMP | Inches or centimeters extrema given by plotter size | Inches or centimeters extrema given by plotter size | Right | | |
| DISSPLA | Based on 8 1/2" x 11" page size, which may be reset | User does not deal with device units | Right | | Specified for primitives only |
| GCS | Range of floating point numbers | Raster units, inches, centimeters, percent, or character units | Right or left | Open, invoke, transform, delete, close | Specified for primitives only |
| GINO-F | Range of floating point numbers | Millimeters | Right | Open, close, invoke, extend, delete, copy, rename | Detectability, visibility, blinking, intensity, color |
| GPGS | Range of floating point numbers or integers | Unit square | Right | Open, invoke, copy, close | Visibility, intensity, blinking, color, depth cueing, detectability |
| IG | Floating point numbers from -1 to +1 may be reset | Unit square | Left | Open, extend, invoke, close | Intensity, hue, text size and font |
| TEKTRONIX | Range of floating point numbers | 1024 x 1024 raster units | Right | | |

TABLE I-5

COORDINATE SYSTEMS AND PICTURE SEGMENTS

Exhibit 15  Page 585                                    GW-LT 253862

| | ATTRIBUTES | PRIMITIVES | | | |
| | | POSITION AND POINT GENERATION | STRAIGHT LINES | CURVED LINES | SURFACES |
| --- | --- | --- | --- | --- | --- |
| ADAGE | Solid, dashed lines and text orientation | 2D and 3D, absolute | 2D and 3D, absolute | 2D, circles and arcs | |
| CALCOMP | | 2D, absolute | 2D, absolute and polyline | 2D, curves and arcs, (Functional Software) | Contour and surface packages (Application Software) |
| DISSPLA | Solid, four dashed, twelve arrowhead, and user-defined lines | 2D and 3D, absolute and multipoint plots | 2D and 3D absolute and polyline | 2D and 3D, Several curve routines | Three methods for displaying surfaces |
| GCS | Color, intensity, blink dashed lines, line terminators, text attributes | 2D and 3D, absolute and relative | 2D and 3D, absolute and relative | 2D, circle, arc, and conic | |
| GINO-F | Solid, six dashed lines, of specified color, width and type | 2D and 3D, absolute and relative | 2D and 3D, absolute and relative | 2D and 3D, absolute and relative arcs | |
| GPGS | Six line types | 2D and 3D, absolute and relative | 2D and 3D, absolute and relative | 2D and 3D absolute and relative arcs | |
| IG | | 2D positioning only, absolute and relative | 2D and 3D, absolute and relative and polyline | | |
| TEKTRONIX | | 2D, absolute and relative | 2D, absolute and relative | | |

TABLE  I-4a
PRIMITIVES

I-12

Exhibit 15  Page 586          GW-LT 253863

| | MARKER | TEXT | NUMERIC OUTPUT | OTHER |
|---|---|---|---|---|
| ADAGE | | 2D transformable and 3D, one font, horizontal and vertical | FORTRAN extensions | Raster output mode |
| CALCOMP | 15 centered markers | 2D transformable, one font | F, I formats | |
| DISSPLA | 15 centered markers and user defined | 2D and 3D transformable, thirteen alphabets and fonts | E, F, I formats | |
| GCS | Several markers and user defined | 2D and 3D hardware and software transformable, two fonts | E, F, I formats | |
| GINO-F | 8 markers | 2D hardware and software transformable, two fonts | E, F, I formats | |
| GPGS | 256 transformable markers | 2D and 3D hardware and software transformable, two fonts | E, F, I formats | |
| IG | Several markers | 2D hardware or software transformable, one font | E, F, I formats | |
| TEKTRONIX | 7 markers (AGII) | 2D hardware, one font, four sizes | E, F, I formats (AGII) | |

PRIMITIVES

TABLE I-4b
PRIMITIVES (cont.)

I-13

Exhibit 15  Page 587

GW-LT 253864

| | CONTROL | | | |
| --- | --- | --- | --- | --- |
| | INITIALIZATION | DEVICE CHARACTERISTICS | ERROR REPORTING | TERMINATION ROUTINE |
| ADAGE | None required | Set at system generation | Reports only display buffer overflow | |
| CALCOMP | Single call to reserve buffer | Select a pen | Must be provided by user | X |
| DISSPLA | Call to initialize device Call to initialize common area | Select a "virtual" device | Complete error checking and reporting | X |
| GCS | Selects device and sets default | Set terminal mode, erase, flush buffer, manipulate status area, query status area | Complete error reporting to user | X |
| GINO-F | Select device | Sets device, plotter size, heading, speed, pen, erase, and query device | Error reporting to user | X |
| GPGS | Initialize device, initialize buffer | Select device, clear device, release device | Complete error checking and reporting, four severity levels | X |
| IG | Creates picture buffer, device selected by JCL | Select device | Error reporting to user | |
| TEKTRONIX | Select terminal type and communication speed | Set terminal mode, erase, hardcopy, buffer type, flush buffer | None | X |

TABLE I-5
CONTROL

I-14

Exhibit 15  Page 588

GW-LT 253865

| | IMPLEMENTATION ENVIRONMENT | APPLICATION EXTENSIONS | | |
| | | GRAPHING OPERATIONS | CURVE FITTING | POSITIONED TEXT |
|---|---|---|---|---|
| ADAGE | FORTRAN compiler with graphical extensions | | | Allows special menu generation text |
| CALCOMP | Coded in FORTRAN for larger machines, some assembler | Continuous, discrete, and 3D graphs supported by higher level | Spline and polynomial | |
| DISSPLA | Coded in FORTRAN | Continuous, discrete, and 3D graphs provided | Spline, polynomial, linear interpolation | Allows many text display options |
| GCS | Coded in FORTRAN | Continuous and discrete graphs supported, 3D line plots | Spline, polynomial linear interpolation | Allows text windows |
| GINO-F | Coded in FORTRAN | Continuous and discrete graphs supported | | |
| GPGS | ANSI FORTRAN, 360 assembler, PDP11 macro | | | |
| IG | Assembly language | | | |
| TEKTRONIX | Coded in FORTRAN | Continuous and discrete graphs supported by AGII | | Allows text windows |

TABLE 1-6
IMPLEMENTATION ENVIRONMENT AND APPLICATION EXTENSIONS

1-15

Exhibit 15  Page 589                    GW-LT 253866

| | NUMBER OF ROUTINES | GRAPHICS HARDWARE SUPPORTED | HOST COMPUTERS | NUMBER OF INSTALLATIONS | APPROXIMATE COST |
|---|---|---|---|---|---|
| ADAGE | IMAGE - 80 extensions GRAFX - 145 ops. | AGT/10, AGT/30, AGT/50, AGT/300 series | Adage DPR2 or DPR4 processors | 50+ | Supplied with hardware |
| CALCOMP | Basic - 10 Functional - 43 Applications - 9 packages | All CalComp plotters and COM units | All major mainframes and several mini-computers | Several thousand | Basic software $500-$1,500 |
| DISSPLA | 206 routines | Calcomp, CII, Xynetics, EAI, Tektronix, HP, Zeta, Broomall, & Gerber plotters; Tektronix, Computek, HI, VG, Adage, IBM CRTs; Calcomp, III, and GC microfilm | Burroughs B6700, CDC 6000, 7000; IBM 360/370; DEC 10,20 UNIVAC 1100; XDS SIGMA9, Honeywell 6000 | 100 | $22,000 |
| GCS | 97 routines | CalComp, Gould, and TSP plotters; Computek and Tektronix storage tubes; IMLAC PDS1D and PDS4; line printer terminals | Burroughs 5700/6700/7700; CDC 6000; DEC 10; Honeywell 6000; IBM 360/370; UNIVAC 1100 | 118 | Free |
| GINO-F | 231 routines | Benson, Cocadi, CalComp, ICL, Gerber, Kongsberg, Versatec, Zeta, CII, Laserscan plotters; Tektronix 4000 series; IMLAC, VG, DEC refresh; CADC raster device | Burroughs B6700, CDC 6600, DG Nova, DEC 10,11, GEC, Honeywell 6000, IBM 370, ICL, Phillips L400, Prime 300, UNIVAC 1100, Varian 620i, Xerox Sigma | 120 | $15,000 |
| GPGS | 116 routines | Tektronix 4000 series CalComp plotters | 360/570 series PDP 11 UNIVAC 1108, PDP15, Harris mini | 40+ | $800 |
| IG | 35 routines | CalComp, HP, inkjet plotters; Tektronix, Computek, PEP storage tubes; Adage, DEC, IBM refresh devices; FR80, Plato IV, and line printers | IBM 360/370 AMDAHL 470 | 8 | Free |
| TEKTRONIX | TCS - 84 AGII - 86 | Tektronix 4000 series | All major mainframes and several mini-computers | 2000+ | TCS - $775 AGII- $775 |

TABLE I-7
MISCELLANEOUS INFORMATION

I-16

Exhibit 15  Page 590          GW-LT 253867

text strings varies widely among the software packages. Most packages provide some mechanism for output of numeric information in FORTRAN E, F, and I formats.

The control functions provided by the software packages are shown in Table I-5. Most packages require some form of initialization to select a device, set parameters, and reserve a buffer area. The device characteristics accessible from the graphics packages vary widely. Most packages provide some form of error reporting, but the techniques and extent vary. Most of the packages reviewed require a termination call.

An overview of the implementation environment and application extensions is presented in Table I-6. Most packages are coded in FORTRAN. Four packages support two-dimensional continuous and discrete graphing, but only two packages directly support three-dimensional graphing. Three packages support curve fitting with spline and polynomial options most prevalent. Support for positioned text is provided by half of the packages in different modes.

General information indicating the sizing information, graphics hardware supported, host machines on which the package is implemented, the number of installations, and package cost is presented in Table I-7. The information presented in this table is for general information and is subject to different interpretations.

### SUMMARY

This report has presented the results of the survey of eight computer graphics packages. The software ranged from passive plotting packages to packages supporting higher performance graphics devices. Although the graphics packages were developed independently, they all provide some form of graphical device independence, particularly on lower performance graphics devices. In general, support for powerful graphics processors appears to be lacking. Several of the packages are available on a variety of host computers, indicating that with careful design and implementation, both host and device independence is achievable.

Based on the tables presented, commonality among several packages exists. Those items that are common to at least half of the packages are:

1.  Support for picking graphical items.

2.  Some form of graphical locator input.

3.  Input of character strings.

4.  General support of three-dimensional object and viewing transforms.

5.  Some method of saving, restoring, and concatenating transformations.

6.  The user's data (world) system is given in the range of the host's floating point number system.

7.  Device coordinate systems are square.

8.  Coordinate systems are right-handed.

9.  Open, invoke, and close picture segment operations are provided.

10.  Absolute and relative drawing operations are supported.

11.  There is some support for curve generation, although not usually at the primitive level.

12.  Markers are supported.

13.  Textual output is usually transformable.

14.  Numeric output in E, F, and I formats is supported.

15.  Initialization and termination control is provided.

16.  Some control over device characteristics and the ability to select a device exist.

17.  Support for continuous and discrete graphing operations.

I-17

Exhibit 15  Page 591    GW-LT 253868

The packages differ in some manner in almost every area that was examined. Rather than indicating the specific features that differ among the packages, only general differences have been noted:

1. A general disarray in graphical input.

2. Device coordinate systems differ considerably.

3. Different levels of usage of picture segments.

4. Nonuniform support of positioning and drawing, e.g., 2D and 3D, relative and absolute, and polyline.

5. Several different approaches for textual output.

6. Differences in quality and handling of error reporting.

## BIBLIOGRAPHY OF PACKAGES REVIEWED

### Adage

"FORTRAN IV Language and Programming System," Revision A, Adage Inc., Boston, MA, February 1972.

"GRAFX - AMOS/2 Graphics Image Processor," Revision C, Adage Inc., Boston, MA, August 1975.

"RGS - Adage/300 Refresh Graphics System," Revision C, Adage Inc., Boston, MA, March 1974.

### CalComp

"CalComp Software Reference Manual," California Computer Products Inc., Anaheim, CA, October 1976.

"Programming CalComp Electromechanical Plotters," California Computer Products Inc., Anaheim, CA, January 1976.

User's guides to all CalComp Functional and Application Packages.

### DISSPLA

"DISSPLA Advanced Manual," Integrated Software Systems Corp., San Diego, CA, 1970.

"DISSPLA Beginners/Intermediate Manual," Integrated Software Systems Corp., San Diego, CA, 1970.

"DISSPLA Pocket Manual," Integrated Software Systems Corp., San Diego, CA, 1975.

"DISSPOP - DISSPLA Post Processor Option," Integrated Software Systems Corp., San Diego, CA, 1976.

### GCS

"Graphics Compatibility System Programmer's Reference Manual," U.S. Army Corps of Engineers, Waterways Experiment Station, Vicksburg, MS.

"Primer on Computer Graphics Programming," U.S. Army Corps of Engineers, Waterways Experiment Station, Vicksburg, MS.

"GCS - The Graphics Compatibility System," Computing Center, Purdue University, Lafayette, IN, June 1976.

### GINO-F

"GINO-F Technical Information Booklet," Issue 4, Computer Aided Design Centre, Cambridge, England, 1977.

I-18

**Exhibit 15  Page 592**    GW-LT 253869

"GINO-F User Manual," Issue 2, Computer Aided Design Centre, Cambridge, England, December 1976.

GPGS

Groot, D., Hermans, E., Caruthers, L., and J. Patberg, "General Purpose Graphic System Reference Manual," University of Nijmegen, Nijmegen, The Netherlands, November 1975.

Caruthers, L.C., and A. van Dam, "General Purpose Graphic System User's Tutorial," First Edition, University of Nijmegen, Nijmegen, The Netherlands, October 1975.

"GPGS-F Users Guide," RUNIT Computer Center, University of Trondheim, Trondheim, Norway, September 1975.

IG

Goodrich, A.C., "Integrated Graphics Implementation Guide," Computing Center, University of Michigan, Ann Arbor, MI, March 1977.

Goodrich, A.C., "Integrated Graphics System User's Guide," Computing Center Memo 229, University of Michigan, Ann Arbor, MI, January 1976.

Goodrich, A.C., "Recent Changes and Additions to the Integrated Graphics System," Computing Center, University of Michigan, Ann Arbor, MI, February 1977.

Tektronix

"Advanced Graphing II User's Manual," Tektronix, Inc., Beaverton, OR, 1973.

"Terminal Control System User's Manual," Tektronix, Inc., Beaverton, OR, 1976.

I-19

Exhibit 15  Page 593                                    GW-LT 253870

PART II

General Methodology and the Proposed Standard

Chapter 1:  Methodology

Chapter 2:  Functional Specification for a
            Core Graphics System

Chapter 3:  Issues Leading to the Functional
            Specification for a Core Graphics
            System

Exhibit 15  Page 594

GW-LT 253871

# TABLE OF CONTENTS

Chapter 1: Methodology................................................................1

1 Introduction......................................................................1
    1.1 The Need for a Methodology...................................................1
    1.2 Objectives...................................................................1
    1.3 Portability..................................................................1

2 Philosophy........................................................................2
    2.1 The Structure of Graphics Application Programs...............................2
    2.2 The Programmer's Model of the Graphics System...............................3
    2.3 Levels of Standard...........................................................4
    2.4 Modelling Systems............................................................4
    2.5 Other High-Level Modules.....................................................5

II-i

Exhibit 15  Page 595                                    GW-LT 253872

Chapter 2: Functional Specification for a Core Graphics System.........................7

1 Introduction.........................................................................7
  1.1 Logical Device Independence in the Core System................................7
  1.2 Summary of Functional Capabilities of the Core System.........................7
    1.2.1 Organization.............................................................7
    1.2.2 Output Primitives........................................................8
    1.2.3 Picture Segmentation and Naming.........................................8
    1.2.4 Attributes..............................................................8
    1.2.5 Viewing Transformations.................................................9
    1.2.6 Input Primitives........................................................9
    1.2.7 Control.................................................................9
    1.2.8 Special Interfaces between the Core System and the Application Program..9
    1.2.9 Philosophy of Interfacing the Core System with its Environment.........10
  1.3 Levels of the Core System...................................................10
    1.3.1 Level 1: Basic.........................................................10
    1.3.2 Level 2: Buffered......................................................10
    1.3.3 Level 3: Interactive...................................................10
    1.3.4 Level 4: Complete......................................................11
    1.3.5 Summary of Functional Capabilities of Core System Levels...............11
    1.3.6 Classification of Levels...............................................11
      1.3.6.1 Classification Rules...............................................12
      1.3.6.2 Implementation Questions...........................................13
  1.4 Design Criteria for the Core System.........................................13
    1.4.1 Design Criteria for a Rich Core System.................................14
    1.4.2 Implementability Test for the Core System..............................14
    1.4.3 Pragmatics of Inclusion versus Exclusion of Features for the Core System14
    1.4.4 Methodological Criteria for Designing a Standard........................14
    1.4.5 General Rules for Designing Features of a Package.......................15
  1.5 Glossary....................................................................17

2 Output Primitives.................................................................17
  2.1 Overview....................................................................18
  2.2 Functional Capabilities.....................................................18
    2.2.1 MOVE...................................................................18
      MOVE_ABS_2 (X,Y)...........................................................18
      MOVE_ABS_3 (X,Y,Z).........................................................18
      MOVE_REL_2 (DX,DY).........................................................18
      MOVE_REL_3 (DX,DY,DZ)......................................................18
    2.2.2 Line-Drawing Primitives................................................19
      2.2.2.1 LINE...............................................................19
        LINE_ABS_2 (X,Y).........................................................19
        LINE_ABS_3 (X,Y,Z).......................................................19
        LINE_REL_2 (DX,DY).......................................................19
        LINE_REL_3 (DX,DY,DZ)....................................................19
      2.2.2.2 POLYLINE...........................................................19
        POLYLINE_ABS_2 (X_ARRAY,Y_ARRAY,N).......................................19
        POLYLINE_ABS_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)...............................19
        POLYLINE_REL_2 (DX_ARRAY,DY_ARRAY,N).....................................19
        POLYLINE_REL_3 (DX_ARRAY,DY_ARRAY,DZ_ARRAY,N)............................19
    2.2.3 Text Primitives........................................................20
      2.2.3.1 TEXT (CHARACTER_STRING)............................................20
      2.2.3.2 Low-Quality Text...................................................20
      2.2.3.3 Medium-Quality Text................................................21
      2.2.3.4 High-Quality Text..................................................21
      2.2.3.5 Text for Special Output Devices....................................21
      2.2.3.6 Text Examples.......................................................24
    2.2.4 MARKERS................................................................24
      MARKER_ABS_2 (X,Y,N).......................................................24
      MARKER_ABS_3 (X,Y,Z,N).....................................................24
      MARKER_REL_2 (DX,DY,N).....................................................24
      MARKER_REL_3 (DX,DY,DZ,N)..................................................25
    2.2.5 Primitive Attributes...................................................25
  2.3 Synopsis of Major Issues....................................................26

3 Picture Segmentation and Naming..................................................26
  3.1 Overview....................................................................26

Exhibit 15  Page 596                    GW-LT 253873

3.2 Functional Capabilities..................................................27
    3.2.1 CREATE_SEGMENT (SEGMENT_NAME)......................................27
    3.2.2 CLOSE_SEGMENT ().................................................28
    3.2.3 DELETE_SEGMENT (SEGMENT_NAME)......................................28
    3.2.4 DELETE_ALL_SEGMENTS ()..........................................28
    3.2.5 RENAME_SEGMENT (SEGMENT_NAME, NEW_NAME)..........................28
    3.2.6 Segment Attributes..............................................28
    3.2.7 Naming of Primitives for Pick Input.............................29
3.3 Synopsis of Major Issues..............................................30

4 Attributes...............................................................30
4.1 Overview..............................................................30
4.2 Functional Capabilities...............................................31
    4.2.1 Attribute Values for Static Attributes..........................32
        4.2.1.1 Setting Current Attribute Values for Static Primitive Attributes.32
        SET_CURRENT_COLOR (COLOR)........................................32
        SET_CURRENT_INTENSITY (INTENSITY)................................32
        SET_CURRENT_LINEWIDTH (LINEWIDTH)................................32
        SET_CURRENT_LINESTYLE (LINESTYLE)................................32
        SET_CURRENT_FONT (FONT)..........................................32
        SET_CURRENT_CHARSIZE (CHARWIDTH,CHARHEIGHT)......................32
        SET_CURRENT_CHARSPACE (DX,DY,DZ).................................32
        SET_CURRENT_CHARPLANE (DX,DY,DZ).................................32
        SET_CURRENT_CHARQUALITY (CHARQUALITY)............................32
        SET_CURRENT_PICK_ID (ID).........................................32
        4.2.1.2 Interrogating Current Attribute Values for Static Primitive Attributes...32
        INQUIRE_CURRENT_COLOR (COLOR)....................................32
        INQUIRE_CURRENT_INTENSITY (INTENSITY)............................32
        INQUIRE_CURRENT_LINEWIDTH (LINEWIDTH)............................32
        INQUIRE_CURRENT_LINESTYLE (LINESTYLE)............................32
        INQUIRE_CURRENT_FONT (FONT)......................................32
        INQUIRE_CURRENT_CHARSIZE (CHARWIDTH,CHARHEIGHT)..................32
        INQUIRE_CURRENT_CHARSPACE (DX,DY,DZ).............................32
        INQUIRE_CURRENT_CHARPLANE (DX,DY,DZ).............................32
        INQUIRE_CURRENT_CHARQUALITY (CHARQUALITY)........................32
        INQUIRE_CURRENT_PICK_ID (ID).....................................32
        4.2.1.3 SET_CURRENT_SEGMENT_TYPE (SEGMENT_TYPE)....................32
        4.2.1.4 INQUIRE_CURRENT_SEGMENT_TYPE (SEGMENT_TYPE)................33
        4.2.1.5 INQUIRE_NAMED_SEGMENT_TYPE (SEGMENT_NAME,SEGMENT_TYPE).....33
    4.2.2 Attribute Values for Dynamic Segment Attributes.................33
        4.2.2.1 Setting Dynamic Segment Attribute Values..................33
        SET_VISIBILITY (SEGMENT_NAME, VISIBILITY)........................33
        SET_HIGHLIGHTING (SEGMENT_NAME, HIGHLIGHTING)....................33
        SET_DETECTABILITY (SEGMENT_NAME, DETECTABILITY)..................33
        SET_IMAGE_TRANSLATE_2 (SEGMENT_NAME, DX,DY)......................33
        SET_IMAGE_TRANSLATE_3 (SEGMENT_NAME, DX,DY,DZ)...................33
        SET_IMAGE_ROTATE_2 (SEGMENT_NAME, A).............................33
        SET_IMAGE_ROTATE_3 (SEGMENT_NAME, AX,AY,AZ)......................33
        SET_IMAGE_SCALE_2 (SEGMENT_NAME, SX,SY)..........................33
        SET_IMAGE_SCALE_3 (SEGMENT_NAME, SX,SY,SZ).......................33
        4.2.2.2 Interrogating Dynamic Segment Attribute Values...........33
        INQUIRE_VISIBILITY (SEGMENT_NAME, VISIBILITY)....................33
        INQUIRE_HIGHLIGHTING (SEGMENT_NAME, HIGHLIGHTING)................33
        INQUIRE_DETECTABILITY (SEGMENT_NAME, DETECTABILITY)..............33
        INQUIRE_IMAGE_TRANSLATE_2 (SEGMENT_NAME, DX,DY)..................34
        INQUIRE_IMAGE_TRANSLATE_3 (SEGMENT_NAME, DX,DY,DZ)...............34
        INQUIRE_IMAGE_ROTATE_2 (SEGMENT_NAME, A).........................34
        INQUIRE_IMAGE_ROTATE_3 (SEGMENT_NAME, AX,AY,AZ)..................34
        INQUIRE_IMAGE_SCALE_2 (SEGMENT_NAME, SX,SY)......................34
        INQUIRE_IMAGE_SCALE_3 (SEGMENT_NAME, SX,SY,SZ)...................34
    4.2.3 Default Attribute Values........................................34
4.3 Synopsis of Major Issues..............................................34

5 Viewing Transformations..................................................35
5.1 Overview..............................................................35
    5.1.1 2D Versus 3D....................................................36
    5.1.2 View Plane......................................................37
    5.1.3 Projection......................................................37
    5.1.4 Windows, View Volumes, and Clipping.............................37
    5.1.5 Normalized Device Coordinate Space, View Surfaces, and Viewports.42
    5.1.6 Image Transformations...........................................42

II-iii

Exhibit 15  Page 597                                      GW-LT 253874

    5.1.7 Sample Scenario for Defining the Viewing Transformation..........42
5.2 Functional Capabilities...........................................43
  5.2.1 3D Viewing Transformations....................................43
    5.2.1.1 VIEW_REFERENCE_POINT (X,Y,Z)..............................43
    5.2.1.2 VIEW_PLANE_NORMAL (DX,DY,DZ)..............................43
    5.2.1.3 VIEW_PLANE_DISTANCE (VIEW_DISTANCE).......................43
    5.2.1.4 PARALLEL (DX,DY,DZ).......................................44
    5.2.1.5 PERSPECTIVE (DX,DY,DZ)....................................44
    5.2.1.6 VIEW_UP_3 (DX_UP,DY_UP,DZ_UP).............................44
    5.2.1.7 WINDOW (UMIN,UMAX,VMIN,VMAX)..............................45
    5.2.1.8 VIEW_DEPTH (FRONT_DISTANCE,BACK_DISTANCE).................45
    5.2.1.9 NDC_SPACE_2 (WIDTH,HEIGHT)................................45
    5.2.1.10 VIEWPORT_2 (XMIN,XMAX,YMIN,YMAX).........................46
  5.2.2 2D Viewing Transformations...................................46
    5.2.2.1 VIEW_UP_2 (DX_UP,DY_UP)...................................46
    5.2.2.2 WINDOW (XMIN,XMAX,YMIN,YMAX)..............................47
  5.2.3 Image Transformations........................................49
    5.2.3.1 NDC_SPACE_3 (WIDTH,HEIGHT,DEPTH)..........................50
    5.2.3.2 VIEWPORT_3 (XMIN,XMAX,YMIN,YMAX,ZMIN,ZMAX)................50
  5.2.4 Default Values...............................................51
  5.2.5 Viewing Transformation Validity..............................51
5.3 Major Issues Considered...........................................51

6 Input Primitives......................................................51
6.1 Overview..........................................................52
6.2 Functional Capabilities...........................................52
  6.2.1 Logical input facilities.....................................52
    6.2.1.1 PICK......................................................53
    6.2.1.2 KEYBOARD..................................................53
    6.2.1.3 BUTTON....................................................53
    6.2.1.4 LOCATOR...................................................53
    6.2.1.5 VALUATOR..................................................54
  6.2.2 Minimum Set of Input Devices.................................54
  6.2.3 Input Device Identification..................................54
  6.2.4 Enabling Input Devices.......................................54
    6.2.4.1 ENABLE_DEVICE (DEVICE_CLASS,DEVICE_NUM)...................54
    6.2.4.2 ENABLE_CLASS (DEVICE_CLASS)...............................54
    6.2.4.3 DISABLE_DEVICE (DEVICE_CLASS,DEVICE_NUM)..................55
    6.2.4.4 DISABLE_CLASS (DEVICE_CLASS)..............................55
    6.2.4.5 DISABLE_ALL ()............................................55
  6.2.5 Reading Sampled Devices......................................55
    6.2.5.1 READ_LOCATOR (LOCATOR_NUM,X,Y)............................55
    6.2.5.2 READ_VALUATOR (VALUATOR_NUM,VALUE)........................55
  6.2.6 Event Handling...............................................56
    6.2.6.1 AWAIT_EVENT (TIME,EVENT_CLASS,EVENT_NUM)..................56
    6.2.6.2 FLUSH_DEVICE_EVENTS (EVENT_CLASS,EVENT_NUM)...............56
    6.2.6.3 FLUSH_CLASS_EVENTS (EVENT_CLASS)..........................56
    6.2.6.4 FLUSH_ALL_EVENTS ().......................................56
  6.2.7 Associating Devices.........................................56
    6.2.7.1 ASSOCIATE (EVENT_CLASS,EVENT_NUM,SAMPLED_CLASS,SAMPLED_NUM).57
    6.2.7.2 DISASSOCIATE (EVENT_CLASS,EVENT_NUM,SAMPLED_CLASS,SAMPLED_NUM).57
    6.2.7.3 DISASSOC_DEVICE (DEVICE_CLASS, DEVICE_NUM)................57
    6.2.7.4 DISASSOC_CLASS (DEVICE_CLASS).............................57
    6.2.7.5 DISASSOC_ALL ()...........................................57
  6.2.8 Accessing Event Report Data..................................57
    6.2.8.1 GET_PICK_DATA (SEGMENT_NAME,PICK_ID)......................57
    6.2.8.2 GET_KEYBOARD_DATA (INPUT_STRING,NUM_INPUT)................58
    6.2.8.3 GET_LOCATOR_DATA (LOCATOR_NUM,X,Y)........................58
    6.2.8.4 GET_VALUATOR_DATA (VALUATOR_NUM,VALUE)....................58
  6.2.9 Setting Input Device Characteristics.........................58
    6.2.9.1 SET_ECHO (DEVICE_CLASS,DEVICE_NUM,ON_OFF).................58
    6.2.9.2 SET_ECHO_CLASS (DEVICE_CLASS,ON_OFF)......................59
    6.2.9.3 SET_ECHO_POSITION (DEVICE_CLASS,DEVICE_NUM,ECHO_X,ECHO_Y).59
    6.2.9.4 SET_ECHO_SURFACE (DEVICE_CLASS, DEVICE_NUM, SURFACE_NAME).59
    6.2.9.5 SET_LOCATOR (LOCATOR_NUM,LOC_X,LOC_Y).....................59
    6.2.9.6 SET_VALUATOR (VALUATOR_NUM,INITIAL_VALUE,LOW_VALUE,HIGH_VALUE).59
    6.2.9.7 SET_KEYBOARD (KEYBOARD_NUM, BUFFER_SIZE)..................60
    6.2.9.8 SET_BUTTON (BUTTON_NUM,PROMPT_SWITCH).....................60
    6.2.9.9 SET_BUTTON_ALL (PROMPT_SWITCH)............................60
6.3 Synopsis of Major Issues.........................................60

II-iv

**Exhibit 15  Page 598**                    GW-LT 253875

7 CONTROL............................................................................60
  7.1 Overview.......................................................................60
  7.2 Functional Capabilities.......................................................61
    7.2.1 Initialization and Termination............................................61
      7.2.1.1 INITIALIZE_CORE (LEVEL)................................................61
      7.2.1.2 TERMINATE_CORE ()......................................................61
    7.2.2 Device Selection...........................................................61
      7.2.2.1 INITIALIZE_VIEW_SURFACE (SURFACE_NAME).................................62
      7.2.2.2 SELECT_VIEW_SURFACE (SURFACE_NAME).....................................62
      7.2.2.3 DESELECT_VIEW_SURFACE (SURFACE_NAME)...................................62
      7.2.2.4 TERMINATE_VIEW_SURFACE (SURFACE_NAME)..................................62
    7.2.3 Setting of Defaults........................................................63
      7.2.3.1 SET_DEFAULT_ATTRIBUTES (ATTRIBUTE_ARRAY)..............................63
    7.2.4 Inquiry....................................................................63
      7.2.4.1 INQUIRE_CURRENT_POSITION...............................................63
        INQUIRE_CURRENT_POSITION_2 (X, Y)..........................................63
        INQUIRE_CURRENT_POSITION_3 (X, Y, Z).......................................63
      7.2.4.2 INQUIRE_VIEWING_PARAMETERS (VIEWING_PARAMETER_ARRAY)...................63
      7.2.4.3 INQUIRE_VIEWING_TRANSFORMATION (TRANSFORMATION)........................64
      7.2.4.4 INQUIRE_DEFAULT_ATTRIBUTES (ATTRIBUTE_ARRAY)...........................64
      7.2.4.5 INQUIRE_OUTPUT_STATUS_PARAMETERS (OUTPUT_STATUS_ARRAY).................64
      7.2.4.6 INQUIRE_INPUT_STATUS_PARAMETERS (INPUT_STATUS_ARRAY)...................64
      7.2.4.7 INQUIRE_SEGMENT_SURFACES
        (SEGMENT_NAME,NUMBER_OF_SURFACES,VIEW_SURFACE_ARRAY).......................65
      7.2.4.8 INQUIRE_NUMBER_OF_SEGMENTS (NUMBER_OF_SEGMENTS).......................65
      7.2.4.9 INQUIRE_SEGMENT_NAMES (SEGMENT_NAME_LIST).............................65
      7.2.4.10 INQUIRE_OUTPUT_CAPABILITIES (SURFACE_NAME,OUTPUT_ARRAY)...............65
      7.2.4.11 INQUIRE_INPUT_CAPABILITIES (INPUT_ARRAY).............................65
    7.2.5 Error-Handling............................................................66
      7.2.5.1 REPORT_MOST_RECENT_ERROR (ERROR_REPORT)..............................66
    7.2.6 New-frame Action..........................................................66
      7.2.6.1 NEW_FRAME ()...........................................................67
    7.2.7 Batching of Updates........................................................67
      7.2.7.1 BEGIN_BATCH_OF_UPDATES ()..............................................67
      7.2.7.2 END_BATCH_OF_UPDATES ()...............................................67
    7.2.8 Viewing Control...........................................................68
      7.2.8.1 CLIP_WINDOW (ON_OFF)...................................................68
      7.2.8.2 CLIP_PLANES (ON_OFF)...................................................68
      7.2.8.3 COORDINATE_SYSTEM_TYPE (TYPE).........................................68
  7.3 Synopsis of Major Issues......................................................68

8 Special Interfaces Between the Core System and the Application Program............69
  8.1 Overview.......................................................................69
  8.2 Functional Capabilities.......................................................69
    8.2.1 Hooks......................................................................69
      8.2.1.1 MODELLING_TRANSFORMATION (TRANSFORMATION).............................69
      8.2.1.2 INQUIRE_MODELLING_TRANSFORMATION (TRANSFORMATION).....................70
      8.2.1.3 INQUIRE_COMPOSITE_TRANSFORMATION (TRANSFORMATION).....................70
    8.2.2 Standard Ways to be Non-Standard...........................................70
      8.2.2.1 ESCAPE (FUNCTION_NAME,PARAMETER_COUNT,PARAMETER_LIST).................71
      8.2.2.2 INQUIRE_ESCAPE (FUNCTION_NAME,SUPPORT_INDICATOR)......................71
  8.3 Synopsis of Major Issues......................................................71

9 Philosophy of Interfacing the Core System with Its Environment....................71
  9.1 Overview.......................................................................71
  9.2 Impact Areas...................................................................72
    9.2.1 Operating Systems..........................................................72
      9.2.1.1 Core System Invocation.................................................72
      9.2.1.2 Unescorted Text........................................................72
    9.2.2 Programming Languages......................................................72
      9.2.2.1 Programming Language Usage Guidelines..................................72
  9.3 Synopsis of Major Issues......................................................73

References..........................................................................74

Index to the Core System Functional Specification..................................75

**Exhibit 15  Page 599**                    GW-LT 253876

Chapter 3: Issues Leading to the Functional Specification of a Core Graphics System.....78

1 Introduction....................................................................78
    1.1 ***ISSUE: SHOULD LEVELS OF STANDARD OF THE CORE SYSTEM BE DEFINED?.............78

2 Output Primitives...............................................................79
    2.1 Current Position............................................................79
        2.1.1 ***ISSUE:  WHY HAVE A CP?..............................................79
        2.1.2 ***ISSUE:  SHOULD THE PROGRAMMER BE ABLE TO OBTAIN THE CURRENT VALUE OF THE
              CP?..................................................................79
        2.1.3 ***ISSUE: HOW IS THE VALUE OF CP AFFECTED BY CREATE/CLOSE?.............79
    2.2 Line-drawing Primitives....................................................79
        2.2.1 ISSUE:  SHOULD "ADVANCED" LINE-DRAWING PRIMITIVES BE SUPPORTED BY THE CORE
              SYSTEM?..............................................................79
        2.2.2 ISSUE: IS POLYLINE A PRIMITIVE?......................................79
    2.3 Text Primitives............................................................80
        2.3.1 ISSUE:  WHAT SHOULD THE SET OF OUTPUT TEXT PRIMITIVES SUPPORTED BY THE CORE
              SYSTEM INCLUDE?......................................................80
        2.3.2 ISSUE:  HOW IS APPLICATION PROGRAM/OPERATOR COMMUNICATION HANDLED?.....80
        2.3.3 ISSUE:  WHAT IS THE VALUE OF CP AFTER A TEXT PRIMITIVE?...............81
        2.3.4 ISSUE:  WHAT IS THE ORIENTATION OF A LOW-QUALITY TEXT STRING?.........81
        2.3.5 ISSUE:  WHAT IS THE ORIENTATION OF A CHARACTER WITHIN A MEDIUM-QUALITY TEXT
              STRING?..............................................................81
        2.3.6 ISSUE:  HOW ARE THE TEXT PRIMITIVE CHARACTER BOX SPECIFICATIONS INTERPRETED
              FOR LOW- AND MEDIUM-QUALITY TEXT?....................................81
        2.3.7 ISSUE:  SHOULD TEXT PRIMITIVES HAVE A "FONT" PRIMITIVE ATTRIBUTE?.....81
        2.3.8 ISSUE:  WHAT ARE THE EFFECTS OF THE VIEWING TRANSFORMATION ON LOW-QUALITY
              TEXT?................................................................81
        2.3.9 ISSUE:  WHAT ARE THE EFFECTS OF THE VIEWING TRANSFORMATION ON THE
              MEDIUM-QUALITY TEXT PRIMITIVE?.......................................81
        2.3.10 ISSUE:  WHAT IS THE EFFECT OF THE PERSPECTIVE VIEWING TRANSFORMATION ON
              LOW-QUALITY TEXT?....................................................81
        2.3.11 ISSUE:  WHAT IS THE EFFECT OF THE PERSPECTIVE VIEWING TRANSFORMATION ON
              MEDIUM-QUALITY TEXT?.................................................82
        2.3.12 ISSUE:  WHAT ARE THE EFFECTS OF CLIPPING OF LOW-QUALITY TEXT?........82
        2.3.13 ISSUE:  SHOULD TEXT BE IMPLEMENTED AS SEVERAL PRIMITIVES OR AS ONE
              PRIMITIVE HAVING A "QUALITY" ATTRIBUTE?..............................82
    2.4 Markers....................................................................82
        2.4.1 ISSUE:  WHAT IS THE EFFECT OF MARKER (X,Y,Z,K)  WHERE K IS AN INTEGER
              REFERENCING A MARKER-SYMBOL NOT SUPPORTED BY THE STANDARD OE THE INSTALLATION?...82
        2.4.2 ISSUE:  SHOULD THE MARKER PRIMITIVE ITSELF ROTATE AND SCALE?.........82
        2.4.3 ISSUE:  WHAT IS THE EFFECT OF CLIPPING ON THE APPEARANCE OF THE MARKER
              PRIMITIVE?..........................................................82
    2.5 Miscellaneous Issues.......................................................82
        2.5.1 ISSUE:  ARE TEXT FORMATTING CONTROL CHARACTERS SUPPORTED?............82
        2.5.2 ISSUE:  SHALL THERE BE BOTH INTENSITY AND LINEWIDTH ATTRIBUTES?......82
        2.5.3 ISSUE: HOW ARE SPECIALIZED OUTPUT DEVICES ACCOMMODATED?..............82

3 Segments.......................................................................83
    3.1 The Open Segment...........................................................83
        3.1.1 ***ISSUE: WHAT HAPPENS IF A SEGMENT CREATION IS ATTEMPTED WHILE THERE IS AN
              OPEN SEGMENT?........................................................83
        3.1.2 ***ISSUE: WHEN DO OUTPUT PRIMITIVES ADDED TO THE OPEN SEGMENT BECOME
              VISIBLE?.............................................................83
        3.1.3 ***ISSUE: WHAT DYNAMIC SEGMENT ATTRIBUTES OF WHAT SEGMENTS MAY BE MODIFIED
              WHILE A SEGMENT IS OPEN?.............................................85
        3.1.4 ***ISSUE: WHAT SEGMENTS MAY BE DELETED WHILE THERE IS AN OPEN SEGMENT?..85
        3.1.5 ***ISSUE: WHAT INTERACTIONS MAY OCCUR WHILE THERE IS AN OPEN SEGMENT?..85
        3.1.6 ISSUE: WHAT SEGMENTS MAY BE RENAMED WHILE THERE IS AN OPEN SEGMENT?...85
        3.1.7 ISSUE: MAY OUTPUT PRIMITIVES OCCUR OUTSIDE OF EXPLICITLY OPENED (CREATED)
              SEGMENTS?............................................................85
    3.2 ***ISSUE: IS IT POSSIBLE TO COPY A SEGMENT?................................86
    3.3 Structure in Addition to a Single Level of Segmentation....................86
        3.3.1 ***ISSUE: SHALL NAMING FOR PICK INPUT BE ON A FINER SCALE THAN SEGMENT BY
              SEGMENT?.............................................................87
        3.3.2 ***ISSUE: CAN A SEGMENT REFER TO ANOTHER SEGMENT?....................87
        3.3.3 ISSUE: CAN A SYMBOL BE REDEFINED?....................................88

Exhibit 15  Page 600                    GW-LT 253877

3.3.4 ISSUE: MAY A SYMBOL CONTAIN ATTRIBUTES IN ADDITION TO OUTPUT PRIMITIVES?.....88
3.3.5 ISSUE: WHEN ARE THE PRIMITIVE ATTRIBUTES OF A SYMBOL'S CONTENTS DETERMINED?..88
3.3.6 ISSUE: SHOULD TEXT BE ALLOWED IN SYMBOLS?.................................88
3.3.7 ISSUE: WHAT TRANSFORMATIONS MAY BE SPECIFIED WHEN A SYMBOL IS REFERRED TO?..88
3.3.8 ISSUE: CAN A SYMBOL BE DEFINED WHILE A SEGMENT IS OPEN AND VICE VERSA?.....88
3.4 ***ISSUE: DO NON-RETAINED SEGMENTS EXIST?...................................88
3.5 ISSUE: DO NON-RETAINED SEGMENTS HAVE NAMES?................................89
3.6 ISSUE: DO SEGMENT OPERATIONS AFFECT THE CP?................................89
3.7 ISSUE: WHAT EFFECT DO THE SEGMENT FUNCTIONS HAVE ON THE PRIMITIVE ATTRIBUTE
     SETTINGS?................................................................89
3.8 Appending Primitives to Closed Segments...................................90
    3.8.1 ***ISSUE: CAN A CLOSED SEGMENT BE EXTENDED?..........................90
    3.8.2 ISSUE: WHAT IS EXTENDING A SEGMENT INTENDED TO ACCOMPLISH?...........90
    3.8.3 ISSUE: WHAT RESTRICTION ON THE CURRENT VIEWING TRANSFORMATION EXISTS WHEN A
          SEGMENT IS EXTENDED?................................................91
    3.8.4 ISSUE: WHAT HAPPENS IF EXTEND IS APPLIED TO A NON-EXISTENT SEGMENT?..91
    3.8.5 ISSUE: CAN A SEGMENT BE EMPTIED AND NEW PRIMITIVES ADDED?............91
3.9 ISSUE: IS IT POSSIBLE TO DECLARE IN ADVANCE WHAT OPERATIONS WILL BE PERFORMED
     ON A SEGMENT?............................................................91
3.10 ISSUE: HOW SHALL "DOUBLE BUFFERING" BE ACCOMPLISHED?......................91
3.11 ISSUE: WHAT IS THE EFFECT OF CREATING AN EXISTING SEGMENT?................92
3.12 ISSUE: IS IT AN ERROR TO ATTEMPT TO DELETE A NON-EXISTENT SEGMENT?........92
3.13 ISSUE: HOW DOES TERMINATING A VIEW SURFACE AFFECT THE RETAINED SEGMENTS WHOSE
      IMAGES APPEAR ON IT?....................................................92

4 Attributes..................................................................93
4.1 Segment Versus Primitive Attributes.......................................93
    4.1.1 ***ISSUE: SHALL THE SETS OF SEGMENT AND PRIMITIVE ATTRIBUTES BE DISJOINT?...93
    4.1.2 ***ISSUE: HOW DOES ONE DETERMINE WHETHER AN ATTRIBUTE IS A SEGMENT OR A
          PRIMITIVE ATTRIBUTE?................................................93
    4.1.3 ***ISSUE: SHOULD COLOR BE BOTH A PRIMITIVE AND A SEGMENT ATTRIBUTE?..93
    4.1.4 ISSUE: SHALL HIGHLIGHTING BE REGARDED AS A DIFFERENT ATTRIBUTE THAN
          LINESTYLE, INTENSITY, ETC?..........................................93
    4.1.5 ***ISSUE: IS BLINK A PRIMITIVE ATTRIBUTE?............................93
    4.1.6 ***ISSUE: SHALL BOTH HIGHLIGHTING AND BLINKING BE PROVIDED AS SEGMENT
          ATTRIBUTES?.........................................................94
    4.1.7 ISSUE: SHALL HIGHLIGHTING BE AN N-VALUED ATTRIBUTE?..................94
    4.1.8 ISSUE: SHOULD IMAGE TRANSFORMATIONS BE REGARDED AS SEGMENT ATTRIBUTES?...94
4.2 Attribute Values..........................................................94
    4.2.1 ISSUE: SHOULD AGGREGATE ATTRIBUTES BE DEFINED WITH MULTIPLE COMPONENT
          VALUES?.............................................................94
    4.2.2 ISSUE: SHALL SYSTEM-DEFINED DEFAULTS BE PROVIDED FOR ATTRIBUTE VALUES?...94
    4.2.3 ISSUE: HOW ARE THE SYSTEM-DEFINED DEFAULTS DEFINED?..................94
4.3 Initialization of Attribute Values for Primitives and Segments............94
    4.3.1 ISSUE: WHEN ARE PRIMITIVE ATTRIBUTE VALUES INITIALIZED (I.E., IMPLICITLY
          SET) AND WHEN CAN THEY BE EXPLICITLY SET?...........................94
    4.3.2 ISSUE: SHOULD THERE BE AN INQUIRY FUNCTION FOR OBTAINING THE CURRENT
          SETTING OF PRIMITIVE ATTRIBUTE VARIABLES?...........................95
    4.3.3 ISSUE: IF THERE IS AN INQUIRY CAPABILITY FOR PRIMITIVE ATTRIBUTES, WHEN CAN
          IT BE UTILIZED?.....................................................95
    4.3.4 ISSUE: HOW ARE SEGMENT ATTRIBUTE VALUES ASSIGNED TO NEWLY CREATED SEGMENTS?...95
    4.3.5 ISSUE: WHEN CAN APPLICATION PROGRAM-DEFINED DEFAULTS BE ESTABLISHED?.95
    4.3.6 ISSUE: WHAT IS THE EFFECT ON ATTRIBUTES WHEN SEGMENTS ARE EXTENDED OR
          EMPTIED?............................................................95
4.4 ISSUE: WHAT SHOULD THE CORE SYSTEM DO ABOUT ATTRIBUTES THAT ARE NOT DIRECTLY
     SUPPORTED BY THE HARDWARE?...............................................96
4.5 Depth-Cueing..............................................................96
    4.5.1 ISSUE: SHOULD THERE BE A DEPTH-CUEING ATTRIBUTE?.....................96
    4.5.2 ISSUE: IS DEPTH-CUEING A SEGMENT OR PRIMITIVE ATTRIBUTE?............96
4.6 ISSUE: SHALL THERE BE BOTH INTENSITY AND LINEWIDTH ATTRIBUTES?............96

5 Viewing Transformations.....................................................96
5.1 ***ISSUE: HOW MUCH OF THE PICTURE PROCESSING PIPELINE SHOULD BE INCLUDED IN THE
     CORE SYSTEM?.............................................................96
5.2 ***ISSUE: DO "2D PRIMITIVES" HAVE MEANING IN 3-SPACE?......................98
5.3 ISSUE: MAY A SEGMENT CONTAIN BOTH 2D AND 3D PRIMITIVES?....................99
5.4 Image transformations.....................................................99
    5.4.1 ***ISSUE: SHALL IMAGE TRANSFORMATIONS BE INCLUDED IN THE CORE?.......99
    5.4.2 ISSUE:  HOW SHOULD IMAGE TRANSFORMATIONS BE DEFINED?................101
5.5 Amount of Flexibility in Specifying Viewing Transformations...............101
    5.5.1 ISSUE: WITH WHAT GENERALITY CAN THE VIEW PLANE BE SPECIFIED?.........101

Exhibit 15  Page 601                                      GW-LT 253878

5.5.2 ISSUE: HOW GENERAL ARE THE TYPES OF PROJECTIONS AVAILABLE?..................101
5.5.3 ISSUE: WITH WHAT GENERALITY CAN THE WINDOW ON THE PROJECTION PLANE BE
      SPECIFIED?...............................................................102
5.5.4 ISSUE: SHALL NON-UPRIGHT VIEWPORTS BE ALLOWED?...........................102
5.5.5 ISSUE: SHALL NON-UNIFORM SCALING BE ALLOWED IN VIEWING TRANSFORMATIONS?..102
5.6 ISSUE: SHALL THE WORLD COORDINATE SYSTEM BE LEFT- OR RIGHT-HANDED?..........102
5.7 ISSUE: SHALL THE NORMALIZED DEVICE COORDINATE SYSTEM BE LEFT- OR RIGHT-HANDED?..102
5.8 ISSUE: CAN VIEWING TRANSFORMATIONS BE CHANGED WHILE A SEGMENT IS OPEN?......103
5.9 ISSUE: SHALL OVERLAPPING VIEWPORTS BE ALLOWED?.............................103
5.10 Treatment of the Physical Display Area....................................103
5.10.1 ISSUE: WHAT IS THE COORDINATE SYSTEM FOR A DISPLAY SURFACE?.............103
5.10.2 ISSUE: HOW ARE NON-SQUARE DISPLAY SURFACES TREATED?....................103

6 Input Primitives.............................................................103
6.1 Issues Relating to Sampling and Events for Logical Input Devices...........103
6.1.1 ***ISSUE: CAN ONE LOGICAL DEVICE BE BOTH SAMPLED AND CAUSE EVENTS?.......103
6.1.2 ISSUE: SHALL SAMPLING OF PICK BE SUPPORTED?.............................104
6.1.3 ISSUE: SHALL SAMPLING OF BUTTON BE SUPPORTED?...........................104
6.1.4 ISSUE: SHOULD VALUATORS OR LOCATORS CAUSE EVENTS ON A CHANGE OF STATE?...104
6.2 Issues Relating to the Event Queue.........................................105
6.2.1 ***ISSUE: WHAT IS THE NATURE OF THE EVENT QUEUE?.........................105
6.2.2 ISSUE: WHAT IS THE EFFECT OF DISABLE ON THE EVENT QUEUE?.................105
6.2.3 ISSUE: WHAT IS THE EFFECT OF ENABLE ON EVENT QUEUE?......................105
6.3 ISSUE: MUST ALL LOGICAL INTERACTION DEVICES BE AVAILABLE IN AN IMPLEMENTATION
    OF THE STANDARD?..........................................................106
6.4 ISSUE: SHOULD THERE BE A LOGICAL DEVICE CALLED SWITCH?.....................106
6.5 ***ISSUE: SCREEN AREA FOR CORE USE........................................106
6.6 ISSUE: READING VALUE OF AN UNENABLED DEVICE...............................106
6.7 Issues Related to Echo of Interaction by the Core System...................106
6.7.1 ISSUE: SHOULD THE CORE SYSTEM PROVIDE ECHO FEEDBACK IN RESPONSE TO OPERATOR
      ACTIONS?...............................................................107
6.7.2 ISSUE: WHAT ECHO FEEDBACK SHOULD BE PROVIDED FOR PICK?...................107
6.8 ISSUE: WHAT COORDINATE SYSTEM SHOULD BE USED FOR LOCATOR DATA?.............107
6.9 ISSUE: WHAT RANGE SHOULD A VALUATOR HAVE?..................................108
6.10 ISSUE: SHOULD PICK RETURN A LOCATION?.....................................108
6.11 ***ISSUE: SHOULD IT BE POSSIBLE TO ASSOCIATE AN EVENT GENERATING DEVICE WITH A
     SAMPLE DEVICE?...........................................................108
6.12 ISSUE: SHOULD THE CORE SYSTEM DEFINE LOCATORS WITH MORE THAN 2 DIMENSIONS?..108
6.13 ISSUE: SHOULD A LOCATOR CAUSE AN EVENT IF IT IS MADE TO EXCEED THE RANGE OF A
     USER-DEFINED "LOCPORT"?..................................................109
6.14 ISSUE: SHOULD A VALUATOR CAUSE AN EVENT IF IT IS MADE TO EXCEED SOME SPECIFIED
     MAXIMUM RANGE?...........................................................109
6.15 ISSUE: SHOULD HIGHER-LEVEL INPUT FACILITIES BE PROVIDED?..................109
6.16 Text Issues..............................................................109
6.16.1 ISSUE: HOW MANY LINES OF TEXT WILL BE SUPPORTED BY THE CORE SYSTEM?.....109
6.16.2 ISSUE: HOW IS AN EVENT SIGNALLED BY THE KEYBOARD DEVICE?................109
6.16.3 ISSUE: WILL THE CORE SYSTEM SUPPORT PRIMITIVE ERROR CORRECTION FACILITIES
       FOR KEYBOARD?.........................................................109

7 Control.....................................................................109
7.1 Multiple Consoles.........................................................109
7.1.1 ***ISSUE: SHOULD THE CORE SYSTEM SUPPORT OUTPUT TO MULTIPLE DISPLAY
      SURFACES?..............................................................109
7.1.2 ***ISSUE: SHOULD THE CORE SYSTEM SUPPORT MULTIPLE INTERACTIVE DISPLAY
      CONSOLES?..............................................................110
7.2 ISSUE: WHEN ARE THE DEFAULT VALUES OF THE CORE SYSTEM ESTABLISHED?.........110
7.3 Inquiry..................................................................110
7.3.1 ***ISSUE: WHAT TYPES OF INFORMATION ARE AVAILABLE WITH THE INQUIRY
      FUNCTION?..............................................................110
7.4 Error-Handling............................................................111
7.4.1 ***ISSUE: HOW ARE ERRORS REPORTED?.....................................111
7.4.2 ***ISSUE: WHAT SHOULD THE CORE SYSTEM DO WHEN A FEATURE IS USED THAT CANNOT
      BE DIRECTLY SUPPORTED?.................................................111
7.4.3 ISSUE: SHOULD THE CORE SYSTEM PROVIDE ANY VISUAL FEEDBACK WITH ERROR
      DETECTION?.............................................................111
7.5 Batching of Updates.......................................................111
7.5.1 ***ISSUE: CAN CHANGES TO THE VISIBLE IMAGE BE GROUPED INTO BATCHES?......111
7.5.2 ***ISSUE: WHAT CHANGES TO THE VISIBLE IMAGE, IF ANY, OCCUR BETWEEN A "BEGIN
      BATCH OF UPDATES" AND AN "END BATCH OF UPDATES"?.......................112
7.5.3 ISSUE: WHAT IS THE EFFECT OF AN "END BATCH OF UPDATES" ON NON-RETAINED
      SEGMENTS?..............................................................112

Exhibit 15  Page 602                                      GW-LT 253879

7.6 ISSUE: WHAT IS THE DEFAULT STATE OF THE CLIPPING CONTROL?......................112
7.7 Timing Control..............................................................112
    7.7.1 ISSUE: SHOULD A "TIME OF DAY" CLOCK BE INCLUDED IN THE CORE SYSTEM AS AN
    INTERACTION DEVICE?........................................................112
    7.7.2 ISSUE: SHOULD A "FRAME" CLOCK BE INCLUDED IN THE CORE SYSTEM AS AN
    INTERACTION DEVICE?........................................................113
7.8 ***ISSUE: SHOULD A MECHANISM FOR SAVING AND RESTORING PICTURES BE PROVIDED BY
    THE CORE SYSTEM?...........................................................113
7.9 ISSUE: SHOULD SPACE MANAGEMENT COMMANDS BE INCLUDED IN THE CORE SYSTEM?........113

8 Special Interfaces Between the Core System and the Application Program...............114
    8.1 Hooks...................................................................114
        8.1.1 ***ISSUE:  SHOULD HOOKS BE PROVIDED?.............................114
        8.1.2 ISSUE: CAN HOOKS BE DEVICE-DEPENDENT?............................114
        8.1.3 ISSUE: HOW MUCH OVERHEAD SHOULD BE ALLOWED WHEN IMPLEMENTING A HOOK?.......114
        8.1.4 ***ISSUE: SHOULD A FACILITY TO CONCATENATE A MODELLING TRANSFORMATION WITH
        THE CORE SYSTEM VIEWING TRANSFORMATION TO FORM A COMPOSITE TRANSFORMATION BE
        INCLUDED IN THE CORE SYSTEM?...........................................115
        8.1.5 ISSUE: IS A HOOK REQUIRED TO ACCESS THE CORE PICTURE PROCESSING PIPELINE?...115
    8.2 Standard Ways to be Non-Standard.......................................115
        8.2.1 ISSUE: SHOULD AN ESCAPE MECHANISM OR MECHANISMS BE PROVIDED TO ALLOW ACCESS
        TO SPECIAL HARDWARE OR UNSUPPORTED FEATURES THROUGH THE CORE SYSTEM?...........115
        8.2.2 ISSUE:  SHOULD ONE ESCAPE MECHANISM OR SEVERAL ESCAPE MECHANISMS BE
        PROVIDED?..............................................................116
        8.2.3 ISSUE:  SHOULD THERE BE A "GRAPHICS ESCAPE" CHARACTER?............116
        8.2.4 ISSUE:  HOW SHOULD REQUESTS TO THE ESCAPE MECHANISM FOR UNSUPPORTED
        FUNCTIONS BE HANDLED?..................................................116

9 Philosophy of Interfacing the Core System with its Environment......................116
    9.1 Operating System Impact Areas..........................................116
        9.1.1 ISSUE:  HOW SHOULD THE CORE SYSTEM SUPPORT USE OF ADVANCED OPERATING SYSTEM
        FACILITIES?............................................................116
        9.1.2 ISSUE:  WHEN SHOULD LOGICAL DEVICES BE BOUND TO PHYSICAL DEVICES?.........116
        9.1.3 ISSUE:  SHOULD THE CORE SYSTEM SUPPORT THE DISPLAY OF "UNESCORTED" TEXT?...116
    9.2 Programming Language Impact Areas.......................................116
        9.2.1 ISSUE:  SHOULD THERE BE SEPARATE CORE SYSTEM STANDARDS FOR EACH PROGRAMMING
        LANGUAGE?..............................................................116
        9.2.2 ISSUE:  SHOULD USE OF PROGRAMMING LANGUAGE FEATURES BE RESTRICTED WHEN
        USING THE CORE SYSTEM?.................................................116
        9.2.3 ISSUE:  SHOULD THE CORE SYSTEM SPECIFY HOW THE TEXT PRIMITIVE ROUTINES
        DETERMINE THE LENGTH OF A CHARACTER STRING?............................117

Exhibit 15  Page 603

GW-LT 253880

# CHAPTER 1: METHODOLOGY

## 1 INTRODUCTION

### 1.1 THE NEED FOR A METHODOLOGY

In order for successful design activity to take place, two essential ingredients must exist. The first of these is a body of knowledge on which to base the design. The second is a set of strategies or codes of practice, based on this body of knowledge, that the designer can follow in order to produce his design; we call this a design methodology. In attempting to design a graphics standard, we can fall back on a fairly extensive body of knowledge, represented by the graphics literature. We lack the corresponding methodology for graphics standards design -- indeed, prior to 1976 the notion of such a methodology hardly existed. Over the last year and a half, however, a great deal of progress has been made towards developing a useful design methodology for graphics standards. This chapter discusses a methodology for graphics standards, and shows how it leads to the specification of a standard graphics package, called the Core System.

### 1.2 OBJECTIVES

The overall objectives of this part of the document are twofold: to propose a methodology for graphics standards design, and to show how it may be used to design a standard graphics package. We believe it is essential to provide both the methodological principles and a design based on these principles. Without the principles, no reader can be expected to rectify the mistakes we may have made in our design; without the design, it is very difficult to see how the principles are used. The two together provide the reader with an opportunity to see our methodology in action.

### 1.3 PORTABILITY

We believe that the strongest single justification for the development of a standard is the promotion of program portability, i.e., the ability to transport graphics applications from one installation to another with minimal program changes.[1] We do not expect absolute program portability (the ability to transport application programs between any two sites without program modification) to be attainable in the near future. What we do consider attainable, however, is the development of a standard that permits programs to be transported between sites with a small amount of routine alteration to the source program. This, after all, is the basis on which FORTRAN programs are shared; it may not be ideal, but it is certainly much better than no sharing at all.

Designing a good portable graphics package is a very difficult task, for several reasons. One set of problems is caused by the extremely diverse nature of graphics hardware, and by the wide range of functions that the hardware may or may not perform: image storage, dynamic scaling and rotation, operator feedback and so forth. Not only does each display or graphics input device tend to provide a different set of hardware functions, but it frequently requires the use of special, device-specific techniques in programming these functions. These problems would be greatly eased if all displays were designed with software portability in mind; there is evidence of a trend in this direction, as manufacturers become more aware of portability requirements, but for the present we must try to cope with the existing diversity.

---

[1] Programmer portability, that is, the ability for an application programmer to move from one installation to another with minimal retraining, is another potential benefit of a standard.

II-1

Exhibit 15  Page 604                                        GW-LT 253881

In any discussion of portability, the terms device-independent and machine-independent are frequently used; we too use them in the following discussion. By a device-independent graphics software system (package) we mean a system that can be used in conjunction with two or more different graphics terminals (such as two different displays with different graphics input devices) without the need to modify the application programs that use the system. By machine-independence we mean the ability of a software system to run on a variety of different computers, because it may be accessed from commonly available machine-independent programming languages.


## 2 PHILOSOPHY


### 2.1 THE STRUCTURE OF GRAPHICS APPLICATION PROGRAMS

An immediate question is raised by the foregoing remarks on portability: "What represents a reasonable level of portability?" We believe this question can be answered only by considering application program structure. Transportation of programs can involve three different levels of source program modification:

1. No source program modifications at all.

2. Modifications of a purely routine variety, such as substitution throughout of LINE(...) for DRAWTO(...). Modifications of this kind can be performed by someone with little or no understanding of the implementation, and can often be reduced to an almost effortless task by the availability of a good on-line text editor.

3. Modifications to the structure of the program, e.g., adapting it to use a single display file segment in place of multiple segments. This type of modification demands considerable understanding of the program's implementation, and even then is likely to be a lengthy process, fraught with errors.

It is possible to design a standard that allows some programs to be transported without any source program changes. For some application programmers, this kind of 'absolute portability' may be of utmost importance. A set of rules can be drawn up that specifies how an application may be written so as to guarantee that it will run on all systems supporting a given standard graphics package.

It is reasonable to expect that most programs will fail to achieve absolute portability as defined in this strict way. For one thing, even if programs are written in a "standard" programming language, such languages vary in minor ways, and graphics applications will require the same kinds of detailed changes as all other programs. It will obviously be worthwhile for the programmer to make every effort to keep these changes to the level of the second category above. This can be achieved, we believe, if sufficient care is taken in the design of the standard.

One of the problems inherent in interactive computer graphics is that the intended behavior of application programs often depends on the characteristics of particular displays and input devices. This dependency tends to encourage, and sometimes dictate, that the programmer write his programs in a strongly device-dependent way. This is particularly likely to happen if the programs require a very high degree of interaction and therefore make heavy use of dynamic graphics effects and graphical feedback; the programs must typically be tailored to the hardware on which they run, an approach in direct conflict with the notion of transportability. It is programs such as these that tend to require modification to their structure in order to achieve portability. Programs with less ambitious user interfaces are relatively easy to transport, and it is feasible to design a standard that at least preserves the basic dialogue between user and machine, while possibly introducing certain differences in the way that commands and responses are expressed.

The whole subject of graphics application program structure appears to be a rich and worthwhile area for further research; a study of this topic can almost certainly teach us a great deal more than just how to make programs easier to transport. An analysis of program structures might very well expose similarities between different applications,

II-2

Exhibit 15  Page 605       GW-LT 253882

and might lead to a better understanding of the graphics hardware and software functions needed in writing applications. The work of the Seillac Workshop in 1976 was a start towards developing this understanding.

## 2.2 THE PROGRAMMER'S MODEL OF THE GRAPHICS SYSTEM

It is very helpful, in designing any kind of computer system, to try to provide the system user with a simple, coherent model of the system. Without this model, the user will find it very difficult to make proper use of the system. We consider this an important concept for the designer of a standard graphics package. The programmer must be given a simple set of functions, built upon an equally simple set of abstract ideas. In particular, any special ideas introduced to aid portability must be kept as few and as simple as possible.

As regards the basic concepts of the graphics package, we believe there is now almost universal agreement with the following ideas:

1.  The separation of input and output functions.

2.  The minimization of the differences between producing output on a plotter and on an interactive display.

3.  The concept of two coordinate systems, the world coordinate system in which the picture for display is constructed, and the device coordinate system in which data to be displayed is represented.

4.  The concept of a display file, containing device coordinate information, used by all but the least interactive graphics systems.

5.  The notion of display file segments, each of which can be independently modified as a unit.

6.  The provision of functions to transform world-coordinate data into device coordinates, by invoking a viewing transformation.



Figure 1

We show in Figure 1 the general structure of a graphics package for interactive displays built around these concepts. The application program creates a definition of the objects to be displayed; this definition may be stored in an application-specific data structure,

Exhibit 15  Page 606                                              GW-LT 253883

or it may be computed and passed directly to the graphics package. In either case, the definition is represented in world coordinates at the moment when it is passed to the graphics package. It then passes through a viewing transformation that uses either hardware or software mechanisms to create a representation in device coordinates. Typically, the viewing transformation will include a clipping operation that defines what portion of the world coordinate space is to be viewed. The device coordinate definition is stored in a display file, for two purposes so that a refresh display may be maintained from the device coordinate definition, and so that individual segments of the picture may be changed without regenerating the remainder. Input from a console operator will cause the application program to compute new data values and/or change the picture on the screen by re-invocation of output functions.


## 2.3 LEVELS OF STANDARD

We believe that the programmer's model described above, and shown in figure 1, can be applied to all interactive graphics systems. Under certain conditions, however, it may prove unsatisfactory, either because it lacks capabilities, or because it includes components that affect system performance. To give examples, the programmer might wish for a more efficient means of handling repeated sub-pictures, or the user of a digital plotter might question the need to devote memory and processing resources to a display file. Altogether, there is sufficient variation in the needs of application programmers, and in the functional characteristics of devices, that the design of a single standard meeting the requirements of all appears impossible.

This problem is central to the design of a graphics standard. We believe that there is a general solution, in the form of a carefully designed modular graphics system. We also think that in practice, users of a standard will establish levels of capability. At the highest level of capability, the graphics system would support every function, but at lower levels some functions would be omitted; for example, a plotting package might omit both display file and input functions. The following sections discuss various aspects of modularity, starting with what is perhaps the most important one: the separation of modelling functions from the graphics package.


## 2.4 MODELLING SYSTEMS

Perhaps the most important question to resolve at the outset of designing a graphics standard is the question of what to include in that standard, and what to leave out. However we resolve this question, some users will complain that too much was included, making the package bulky and inefficient, while others will find that the package lacks facilities essential to their application. Apart from the six items listed above in the discussion of the programmer's model, there seem to be no universally accepted graphics package components.

A particularly difficult question arises over the issue of transformations. Should the programmer be given facilities to combine object-construction and viewing transformations together, so as to be able to model and view complex objects in two- or three-dimensional space? These facilities are essential to certain applications, but they are expensive in resources, and create a more complex system. Those involved only in relatively simple graphics may leave them out.

The following proposed solution is quoted from the Seillac report [GUED76]:

> Transformations may be used for two purposes, viewing and modelling. Viewing transformations, such as windowing or perspective, are generally different from the modelling transformations used to construct the various parts of a picture, even though they both employ the same basic matrix operations.

> The solution appears to lie in dividing the required facilities into two parts, the graphics system and the modelling system. The modelling system allows objects to be defined in their own local coordinates; it provides functions for composing and combining transformations, and for applying these transformations to local coordinates. The result of these transformations is typically to produce a definition of the viewed information in a world coordinate system, suitable for application of the viewing transformation. Using the graphics system, we set up the appropriate viewing transformation, and then generate the picture using the definition in world coordinates; this will typically be done by calling line-drawing functions with world-coordinate arguments.

Exhibit 15  Page 607

GW-LT 253884

This approach avoids many of the problems inherent in the use of a single set of general-purpose transformation routines. In the modelling phase, each transformation takes one point in local coordinates, and produces a point in world coordinates.

The modelling system will tend to contain a basic set of functions that include the following:

- functions for composing transformations
- a transformation stack
- a means of "pushing" and "popping" transformations on and off the stack
- functions to apply the current transformation to a point in the local coordinate system

There will, however, tend to be a need for many different types of modelling systems, to suit the many different applications that involve modelling. Despite this diversity, we can expect all modelling systems to contain the functions listed above in one form or another; furthermore, it is feasible to suggest a basic modelling system as a starting point for the development of more application-dependent systems.

The graphics system will include primitive functions for drawing lines and text; attribute functions; viewing transformations; input functions; and other functions for such things as segmentation and initialization. These functions will be accessible to the application programmer. In addition, certain functions will be designed specifically to be called by the modelling system, in order to improve efficiency. The resulting interface between the two systems will require careful design.

Whereas we anticipate the need for a variety of different modelling systems to suit different applications, it may be possible to design a single, universal example of the graphics system.[2] It is quite likely, however, that the requirements of different applications and different hardware capabilities will make this impossible. There will be need for considerable study of applications, hardware configurations and graphics system support before we can determine the magnitude of this problem.

The Seillac report then went on to discuss questions of efficiency. The concept of a "hook" was introduced, that is, a special function within the graphics system, that would permit the modelling system to bypass certain aspects of the graphics output process. In particular a "hook" could be provided to permit modelling and viewing transformations to be combined and performed in one step. An important aspect of such "hooks" is that they be designed with great care so as to ensure that the application program's interface to the modelling system is unaffected by their use.

## 2.5 OTHER HIGH-LEVEL MODULES

The aim of the separation proposed above was to put everything concerned strictly with picture generation into the graphics system, and to relegate to the modelling system those functions relating to the construction and manipulation of the objects being displayed. The three principal advantages of this approach are: (a) the modelling system is not needed by a programmer concerned only with generating pictures; (b) it is much easier to design a graphics standard if modelling functions are removed, since there is somewhat less agreement about standard modelling functions; and (c) the general framework of the separation permits us to address questions of efficiency, through the use of "hooks".

If we apply this reasoning, so helpful in the modelling context, to other aspects of interactive graphics, we find several other candidates for separate modules (packages):

1.  A symbol system, providing functions for defining application-specific sub-pictures and for inserting instances of these sub-pictures in the world coordinate picture definition. Without such a system, certain applications cannot be implemented effectively on distributed graphics systems -- all sub-pictures must be transmitted, often at low bandwidth, from one part of the

---

[2]This sentence from the Seillac report was read as a challenge by members of the GSPC Core System Subgroup.

II-5

**Exhibit 15  Page 608**                                             GW-LT 253885

system to another. Sub-pictures can also be used to increase picture capacity in systems with display subroutine hardware.

2. An _input system_, providing high-level functions for use in constructing the operator-machine dialogue that controls the program. We feel that this area of computer graphics is still sufficiently unstable and ill understood that a single set of such high-level functions, encased in a single standard package, will not serve a large proportion of applications well; instead we suggest the provision within the standard of a set of lower-level routines, upon which application-specific, higher-level graphic input functions can be built.

3. A _high-quality text system_, capable of generating text of high enough quality to satisfy the users of document-preparation systems; such a facility would not be required by the average user.

4. A _curve display system_ to draw curves efficiently, in ways appropriate to the application. Curve-drawing techniques remain highly application-specific, and it is therefore inappropriate to include such facilities in a standard.

5. Higher-level _plotting packages_ and _map-making packages_.

Modules to perform these functions have been used in conjunction with graphics packages in the past. In the context of a standard, their design is made difficult principally by the need for an efficient interface to the Core System, permitting their use in highly interactive applications. We see the need for graphics system designers to conduct further research into the design and interfacing of useful modules of this kind.

II-6

Exhibit 15  Page 609                    GW-LT 253886

CHAPTER 2: FUNCTIONAL SPECIFICATION FOR A CORE GRAPHICS SYSTEM

1 INTRODUCTION

According to criteria discussed below in Section 1.4, the Core System is intended to be a rich, essentially stand-alone subroutine package for most (simple) application programs on modern line drawing plotters and displays. It should be usable from such high-level application programming languages as FORTRAN or PL/I, and the user interface is device-, machine-, and operating system-independent. Its functional characteristics (i.e., its semantics) are defined below in Sections 2 through 9, with a suggested but not mandated syntax. Each of those sections contains an overview, a description of functional capabilities, and a list of major issues discussed during the design phase. A fuller presentation of these issues is found in Chapter 3 on Core System issues.

Section 1 starts with the notion of device-independence in the Core System. An overview of the Core System's functional capabilities by category is provided in Section 1.2, followed in Section 1.3 by a delineation of the four upward compatible levels of the Core System. The specific methodological and pragmatic criteria used to design the Core System's facilities are stated in Section 1.4. A glossary ends Section 1.

1.1 LOGICAL DEVICE INDEPENDENCE IN THE CORE SYSTEM

As a fundamental strategy for achieving portability, the Core System provides features which shield the application programmer from specific hardware characteristics. This shielding is at the functional level and need not imply expensive software overhead. The programmer describes his graphical world to the Core System in device-independent world coordinates. He also specifies, in normalized device coordinates, where on the available logical view surfaces the view of his object is to be placed.

Similarly, he can specify which logical input devices he wishes the operator to use at what time during the execution of the application program, without concern for the hardware-dependent protocol of actual devices. The mapping from logical input devices and output devices (view surfaces) to the physical devices for a specific configuration is handled by the Core System implementation for that configuration, and need not concern the application programmer. Also, while the physical input devices of a display system are associated with the physical output devices of the system, this need not be true for logical input devices and view surfaces.

1.2 SUMMARY OF FUNCTIONAL CAPABILITIES OF THE CORE SYSTEM

1.2.1 ORGANIZATION

The synopses below correspond to the remaining major Sections of this chapter that define the functional capabilities of the Core System. Thus Section 1.2.2 corresponds to major Section 2 of the same title, etc.

1.2.2 OUTPUT PRIMITIVES

The graphical world which the programmer describes to the Core System consists of one or more objects. Each graphical object is described in world coordinates by invocations of two- or three-dimensional output primitive functions. These functions describe moves, lines, line sequences, markers (to designate points on plots), and text strings. An invocation of an output primitive function results in an output primitive. The appearance of output primitives is affected by the values of the primitive attributes of linestyle,

II-7

Exhibit 15  Page 610                    GW-LT 253887

linewidth, intensity, color, character font, character size, character spacing, character
quality, and character plane. Each output primitive may also have an associated name,
called a PICK_ID, for selection purposes.

## 1.2.3 PICTURE SEGMENTATION AND NAMING

All the output primitives for a graphical object are placed by the Core System in an
application program specified segment. Each segment defines an image, which is a view of
the object, and which is part of the picture displayed on the view surface. An
application program describes an object by creating (opening) a segment, invoking output
primitive functions and then closing the segment. The application program can specify
whether primitives become visible as the output primitive functions are invoked, or at
some later time. By grouping an object's primitives in a named segment, the programmer
can selectively modify pieces of the picture by deleting and then recreating segments
(effectively replacing them) so that their images change.

In the same way that output primitives are affected by primitive attributes, the images
defined by segments are affected by dynamic segment attributes. The visibility and
highlighting[1] attributes are used to control the appearance of the image defined by the
segment. The detectability attribute makes the image selectable by a PICK input device,
such as a lightpen. Unlike primitive attributes, however, the value of these dynamic
segment attributes may be changed by the program after the segment has been created.

Two types of segments can be created. Non-retained segments are used primarily for
plotters, on which their images are displayed once, but no record is kept of the segments
or their contents. Retained segments are used primarily for buffered displays, on which
their images are displayed and records of the segments are kept until they are explicitly
deleted.

In addition to being identified by the name of the segment into which they have been
placed, output primitives may be identified by a PICK_ID name, specified as a primitive
attribute. Thus within the single level of segmentation, an additional level of naming is
provided. This feature is useful, for example, to allow all the character strings for a
particular light button menu to be defined in a single segment. Identification (segment
name, PICK_ID) of which light button was selected by the operator is returned to the
application program. Note that one or more primitives may be assigned the same PICK_ID to
make them selectable as a unit.

## 1.2.4 ATTRIBUTES

When a retained segment is created, its dynamic segment attribute values are set to
default initial values. These values may later be interrogated and changed, even after
the segment has been closed. When a segment is created, a current set of primitive
attribute values are also set to default values. These primitive attribute values can be
interrogated or changed only while a segment is open. Primitive attributes are specified
modally; that is, all output primitives created between changes to a current attribute
value will have their appearance affected in the same way (with respect to that
attribute).

## 1.2.5 VIEWING TRANSFORMATIONS

The separation of graphics operations into modelling and viewing functions provides a
useful paradigm, that of a synthetic camera taking a view (snapshot) of an object. For 2D
objects, the synthetic camera's viewing transformation is specified by a window in world
coordinates and a viewport on the selected view surface. The window may be inclined with
respect to the principal axes. It is used to clip the object and to determine the window
to viewport mapping. This mapping takes the portion of the 2D object bounded by the
window into the portion of the normalized device coordinate space bounded by the
viewport.

---

[1]For a given implementation, highlighting for purposes of making an image stand out
should be accomplished by blinking it, or, if blinking is not supported by the device, by
making it brighter or giving it a reserved color, etc.

II-8

Exhibit 15  Page 611                                    GW-LT 253888