1

**EXHIBITS TABLE OF CONTENTS**

2

| <u>Exhibit</u> | <u>Document</u> | <u>Page No.</u> |
|---|---|---|

3

1  U.S. Patent No. 4,763,356 to Day, et al., marked with Bates range
   LUC 1004455-81 ................................................................................. 12

4

2  Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the
   Invalidity of U.S. Patent No. 4,763,356, dated May 15, 2007
5  [Docket No. 1795] ............................................................................... 39

6

3  "Touch Screens: Big Deal or No Deal?," Michael Tyler, DATAMATION,
7  dated January 1984, marked with Bates range GW-LT422215-22 .................... 47

8  4  Excerpts of the deposition Michael E. Farmer, taken February 23, 2006 ............ 55

9  5  Excerpts of The Home Accountant and Financial Planner for the
   Macintosh, dated 1984, marked with Bates range MSLT_1060811-813 ............ 67

10

11  6  Excerpts of the deposition of Dale Buscaino, taken November 7, 2007 .............. 73

12  7  Claim Construction Order Clarifying and Superceding the Order of March
    1, 2004, Construing Claims for U.S. Patent No. 4,763,356
    [Docket No. 1552], dated April 17, 2007 ............................................... 79

13

14  8  U.S. Patent No. 4,439,759 to Fleming et al., marked with Bates range
    LUC1114390-409 ............................................................................ 88

15  9  "Final Report – NASA Grant NSG 1508, Extension of the Core Graphics
    System for Raster Graphics Display," James D. Foley, marked with Bates
16   range DELL366644-799 .................................................................... 108

17  10  Supplemental Rebuttal Expert Report of Jake Richter, dated
     October 12, 2007 .......................................................................... 264

18

19  11  Excerpts of the deposition of Jake Richter, taken November 14, 2007 ............. 286

20  12  Order Construing Claims for United States Patent Number 4,439,759,
     dated November 15, 2005 ................................................................ 311

21  13  Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of
     U.S. Patent Number 4,439,759, dated September 14, 2007 .......................... 321

22

23  14  Affidavit of Jean A. Pec, with Exhibits A-B, dated September 14, 2007 .......... 409

24  15  Status Report of the Graphics Standards Planning Committee, Computer
     Graphics, Vol. 11, No. 3, Fall 1977, marked with Bates range
     GW-LT253851-997 ........................................................................ 574

25

26  16  Excerpts of the deposition of James D. Foley, taken November 7, 2007 .......... 721

27  17  Home Information Systems - Provisional Standard, Bell Laboratories,
     dated April 14, 1981, marked with Bates range LUC 003905-4026.
     **FILED UNDER SEAL** ................................................................... 732

28

- 7 -

18    Expert Report of Edward J. Delp III Regarding Obviousness,
      dated September 14, 2007 ...................................................................................854

19    Supplemental Rebuttal Expert Report of Professor Bernd Girod Regarding
      Validity of Lucent's 4,383,272 and 4,958,226 Patents,
      dated October 12, 2007 ......................................................................................1011

20    Excerpts of the deposition of Bernd Girod, taken on November 20, 2007 ......1045

21    Excerpts of "Digital Pictures: Representation and Compression," Arun N.
      Netravali and Barry G. Haskell, 1988, marked with Bates range
      MSLT_0004995-99, 5408, and 5481 ................................................................1084

22    Excerpts of the deposition of Barry Haskell, taken December 15, 2005.
      **FILED UNDER SEAL**.........................................................................................1103

23    Translation of the Master's Thesis of Thomas Micke, entitled
      "Comparison of a Predictive and an Interpolative Motion Compensating
      Coding Method for Television Signals, April 1986, marked with Bates
      range GW-LT255053-131 ..................................................................................1094

24    U.S. Patent No. 4,958,226 to Haskell, et al., marked with Bates range
      LUC1112272-77 ................................................................................................1182

25    Order Construing Claims for United States Patent Number 4,958,226,
      dated July 14, 2005 ...........................................................................................1188

26    Copyright Information for Digital Pictures, marked with Bates range
      DELL318997-99 ................................................................................................1194

27    Affidavit of Michael A. Davis, Jr., dated March 12, 1999, with
      Exhibits A-F, marked with Bates range DELL320793-800 .............................1197

28    "A Hybrid Interpolative and Predictive Code for the Embedded
      Transmission of Broadcast Quality Television Picture," N.K. Lodge,
      marked with Bates range DELL318140-47  .....................................................1205

29    A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for
      the HDTV Coding," Masayuki Tanimoto, July 1987, marked with Bates
      range DELL318251-54 ......................................................................................1213

30    CITT SG XV Working Party Document #81: Comments on Conditional
      Motion Compensated Frame Interpolation," March 1986, marked with
      Bates range MSLT0625891-94.........................................................................1217

31    U.S. Patent No. 4,849,810 to Ericsson, marked with Bates range
      DELL319258-315 ..............................................................................................1221

32    U.S. Patent No. 4,816,914 to Ericsson, marked with Bates range
      DELL320565-607 ..............................................................................................1280

33    U.S. Patent No. 4,794,455 to Ericsson, marked with Bates range
      DELL319147-73 ................................................................................................1323

34    U.S. Patent No. 4,703,350 to Hinman, marked with Bates range
      DELL320519-37 ................................................................................................1350

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

| 35 | U.S. Patent No. 4,727,422 to Hinman, marked with Bates range MSLT_0001034-51 .................................................................................1369 |
| 36 | U.S. Patent No. 4,661,849 to Hinman, marked with Bates range DELL318173-90 .....................................................................................1387 |
| 37 | U.S. Patent No. 4,754492 to Malvar, marked with Bates range DELL319037-59 .....................................................................................1405 |
| 38 | Declaration of Thomas Wehberg ...................................................................1428 |
| 39 | "The Efficiency of Motion-Compensating Prediction for Hybrid Coding of Video Sequences," Bernd Girod, August 1987, marked with Bates range MSLT_0233488-502 .....................................................................................1430 |
| 40 | "Television Band Compression by Contour Interpolation," Professor D. Gabor, et al., May 1961, marked with Bates range MLST0001228-40 ...........1445 |
| 41 | "Picture Coding: A Review," Arun N. Netravali and John O. Limb, March 1980, marked with Bates range MSLT_0001623-63 .......................................1459 |
| 42 | Order Denying-in-Part Dell's Motion for Summary Judgment on U.S. Patent No. 4,383,272 [Docket No. 1948], dated July 27, 2007 ......................1500 |
| 43 | Superceding Order Construing Claims for United States Patent Number 4,383,272, dated August 16, 2005 ...................................................................1507 |
| 44 | Order Denying Gateway's Motions for Summary Judgment that U.S. Patent No. 4,383,272 is Invalid Under 35 U.S.C. §102(g) and Granting Summary Adjudication on Certain Predicate Issues Pertaining to This Defense [Docket No. 1948], dated July 12, 2007 ............................................1513 |
| 45 | United States Patent 4,383,272 to Netravali, et al., marked with Bates range LUC0001363-73 .................................................................................1519 |
| 46 | Response to the Examiner dated October 22, 1982, marked with Bates range LUC0001428-31 .................................................................................1530 |
| 47 | Doctorate thesis of Jaswant Raj Jain, entitled "Interframe Adaptive Data Compression Techniques for Images," September 1979, marked with Bates range MSLT_0001425-622 .....................................................................1534 |
| 48 | Excerpts of the deposition of Delphine Lewis, taken June 30, 2005 ...............1732 |
| 49 | Physical exhibit of video excerpts from the videotaped deposition of Michael Farmer, taken on February 23, 2006. This exhibit a compact disk ("CD"). |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

1

2

3

4

5

6

7

8

9

10

11

12

13

14                    **THIS PAGE INTENTIONALLY LEFT BLANK**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

The viewing transformation in 3D corresponds to the specification of the synthetic camera's position, its type of projection (e.g., perspective or parallel), and where on the specified view surface the view of the object (the image) is to appear. Since the viewing transformation allows arbitrary positioning of the camera, the Core System need not support transformations (translation, rotation and scale) of objects. Thus, to get a different view, the camera is moved into a new position with respect to the object.

In 3D, the window is specified in an arbitrary view plane (projection plane). If a perspective projection is specified, the object is clipped to a pyramid and projected onto the view plane in such a way that objects close to the camera appear larger than objects further away. If a parallel projection is specified, the object is clipped to a parallelepiped and is projected onto the view plane in such a way that objects of the same size appear to be the same size no matter how far they are positioned with respect to the camera. The viewing transformation is sufficiently general that the camera need not be centered above the window. For perspective projections, this means that the center line of the pyramid need not be perpendicular to the view plane. For parallel projections, this means that the center line of the parallelepiped need not be perpendicular to the view plane. Orthographic, cavalier, and cabinet projections are special cases of parallel projections. In all cases, the portion of the view plane bounded by the window is mapped into the portion of normalized device coordinate space bounded by the viewport.

Subsequent to the viewing transformation, the resulting image can be translated, scaled, and rotated using image transformations. In terms of the synthetic camera paradigm, this facility corresponds to positioning, rotating, and enlarging or reducing the snapshot to place it on the view surface.


1.2.6 INPUT PRIMITIVES


Five classes of logical input devices for operator input are supported. They are modelled on currently available input devices. PICKs, such as lightpens, identify an output primitive by its segment name and PICK_ID. LOCATORs, such as cursors driven by joysticks or tablets, provide a position on the view surface expressed in normalized device coordinates. VALUATORs, such as analog control dials, provide a scalar value. KEYBOARD input devices provide character strings, and BUTTON devices provide a selection from several alternatives. All devices must be enabled to be used. Each class has a system-defined feedback (echo), which can be turned on or off by the application programmer.

PICKs, KEYBOARDs, and BUTTONs cause events; when enabled, they can place event reports on an event queue, which can be interrogated by the application program. Event causing devices cannot be sampled. Conversely, LOCATORs and VALUATORs do not cause events. When enabled, they can be sampled by the application program. Additionally, event causing devices and sampled devices may be associated by the application program so that when an event occurs, the values of the associated sampled devices are put into the event report for that event.


1.2.7 CONTROL


The general operating environment of the Core System can be controlled by turning clipping on or off, selecting one or more view surfaces for output, setting the standard initial values for segment attributes and primitive attributes, and establishing an error-handling mechanism. Inquiry of the Core System status and variables and of device capabilities is provided. A NEW FRAME function may be used to clear a view surface. Finally, a capability to group changes to the picture into batches is provided. This feature is useful, for example, to minimize erasures on a storage tube display.


1.2.8 SPECIAL INTERFACES BETWEEN THE CORE SYSTEM AND THE APPLICATION PROGRAM


Two special techniques have been defined to provide a mechanism for increasing the utility of the Core System. Hooks provide a standard, rigorously constrained access to internal Core System functions to allow efficient connection of external higher-level modules (such as a modelling system) to the Core System. The second mechanism (a "standard way of being non-standard") provides a uniform escape mechanism for allowing efficient access to installation and hardware specific features. Although the use of this

Exhibit 15  Page 612                                    GW-LT 253889

mechanism reduces the portability of the application program, it does so in an easily identifiable manner.

## 1.2.9 PHILOSOPHY OF INTERFACING THE CORE SYSTEM WITH ITS ENVIRONMENT

The Core System has been designed to be machine-, device-, and operating system-independent. However, the computer system environment impacts the implementation and use of the Core System in two areas: operating system and programming language. In particular, it is essential that all Core System features be designed in such a way that their implementation does not require particular non-standard operating system capabilities. For example, there is no Core System capability which would require an operating system to dynamically load programs, although it would be very useful. Space management and other language-dependent functions will be handled using rules which are expected to be established for specific programming languages.

## 1.3 LEVELS OF THE CORE SYSTEM

The Core System has to be usable by a wide range of applications, from static plotting to dynamic motion and real-time interaction. In addition, many display devices lack features such as lightpens for PICKING and transformation hardware, which would require considerable implementation effort to simulate with software. Given these two factors, it was felt that the methodologically desirable goal of a monolithic graphics Core System was unfortunately not achievable. Alternatively, "pick and choose" strategies, in which system implementors provide only those features which their hardware supports easily or which their current application programmers demand, result in an unlimited number of nonstandard dialects and the defeat of the most important goal -- program portability. As a compromise, the four upwards compatible levels of the Core System outlined below were defined. They were chosen to address the most common classes of equipment and applications, so as to provide about the right amount of functionality and concomitant implementation expense.

### 1.3.1 LEVEL 1: BASIC

This simplest level is intended for "output only" applications using plotters, microfilm units, or display terminals. No interactive capabilities are provided. Functions provided at this level are the full Core System set of two and three dimensional output primitives and their attributes, viewing transformations, and control of display devices. Picture segments must be used, but are not retained. It is therefore meaningless to delete or rename segments or to change their attributes.

### 1.3.2 LEVEL 2: BUFFERED

This second level is again intended for output only applications. The Buffered Level allows selected segments to be retained from one output plot to another, so that retained segments can be used as fixed backgrounds on otherwise changing plots. The segment attribute of detectability is not provided, while visibility and highlighting are. All operations on segments are supported.

### 1.3.3 LEVEL 3: INTERACTIVE

This is the first level of the Core System which can utilize the interactive capabilities of storage tube or refresh displays. This level supports all functional capabilities for segment modification and for interaction.

### 1.3.4 LEVEL 4: COMPLETE

The highest level of the Core System provides the complete set of functional capabilities, including image transformations. This capability can be used to improve the effectiveness of many graphics satellite systems for viewing or manipulating views of

**Exhibit 15  Page 613**                    GW-LT 253890

objects (images), and to access the dynamic transformation features of refresh displays, especially high performance ones.

While the first three levels of the Core System are clearly upwards compatible, a basic problem arises with Level 4. Image transformations are, of course, best supported by hardware: their simulation in software, while still less expensive in resource cost than the repeated application of the full viewing transformation (let alone the combination of modelling and viewing transformation), is expensive. Therefore, a full Level 4 implementation of the Core System is not mandated. An implementation can take advantage of those image transformations supported by their hardware, without providing software simulation of the remaining transformations. Accordingly, three upwards compatible sub-levels of Level 4 have been defined:

```
Level 4A: 2D Translation
Level 4B: 2D Translation, Rotation, and Scale
Level 4C: 3D Translation, Rotation, and Scale
```

## 1.3.5 SUMMARY OF FUNCTIONAL CAPABILITIES OF CORE SYSTEM LEVELS

| Functional Capabilities | Basic Level 1 | Buffered Level 2 | Interactive Level 3 | Complete Level 4 |
|---|---|---|---|---|
| Output Primitives and Primitive Attributes | yes | yes | yes | yes |
| Viewing | yes | yes | yes | yes |
| Control | yes | yes | yes | yes |
| Non-Retained Segments | yes | yes | yes | yes |
| Retained Segments | no | yes | yes | yes |
| Dynamic Segment Attributes: | | | | |
| Highlighting Visibility | no | yes | yes | yes |
| Detectability | no | no | yes | yes |
| Input Primitives | no | no | yes | yes |
| Image Transformations | no | no | no | yes |

## 1.3.6 CLASSIFICATION OF LEVELS

## 1.3.6.1 CLASSIFICATION RULES

In order for an implementation to be classified as supporting a given level of the Core System, it must:

1. implement all the features at that given level (using any appropriate mixture of hardware support and software simulation) so the program behaves functionally according to the specifications both of the Core System at that level and of the application program.

**Exhibit 15  Page 614**                    GW-LT 253891

2. must not implement higher level features. Furthermore, features not implemented in a given level will result in error messages, or link-edit/load time errors for missing entry points. The intent is to prevent the proliferation of dialects (partial levels) and to produce predictable results.

The requirement to provide specified functional behavior is not construed to impose particular requirements of response time, a specific hardware character font, a specific implementation of the PICK function and other ergonomic (human factors) considerations over which the implementor might have no control.

Furthermore, in the area of output primitive attributes it is sufficient to "do the best one can" to support a given feature, such as color on a black and white display. Doing the best one can does require that some alternative action should take place, such as using differing intensity levels to indicate color, and a warning be issued through the Core System error-handling mechanism. In other words, simply ignoring the functional capability is not doing the best one can. For input primitives, a minimum number of devices in each class is mandated (see Section 6.2.2).

### 1.3.6.2 IMPLEMENTATION QUESTIONS

The typical upwards compatibility rules for supporting a given level stated above are clear in the context of a configuration consisting of a single graphics device. When a Core System implementation supports multiple graphics devices of differing capability, the question of deciding what level the system as a whole supports is less clear. A typical implementation for such a multi-device configuration is shown below.



Figure 1-1

II-12

**Exhibit 15  Page 615**                    GW-LT 253892

Separating the device-independent part from the device-dependent device drivers allows as much code sharing as possible, and at the same time allows the device-dependent parts to be as isolated and small as possible.

Assuming the device-independent part supports all Level 3 functions, that a buffered device driver for the plotter is capable of supporting all Level 2 functions, and that there are Level 3 device drivers for the refresh and storage tube CRTs, the system can be said to "support Level 3 programs for both CRTs and Level 2 programs for the plotter". In other words, the system supports multiple, differing levels, one for each combination of the common device-independent part with a particular device driver. The level supported by each combination is that of the lower level part. Note that Level 3 programs using the plotter will run as Level 2 programs: all Level 3 functions will not have any effect except for causing an error. An important implication of this strategy is that interactive Level 3 programs will produce useful pictures even on a plotter supported with a Level 2 driver.

In summary, using the levels strategy, upward compatibility is guaranteed, downward compatibility typically means useful results (such as reasonable output) and no catastrophic errors. Installations with passive devices will probably wish to implement both Levels 1 and 2. Installations with interactive devices will generally implement Core Systems which are at least Levels 1 through 3 or a Level 4 which takes advantage of hardware features.

## 1.4 DESIGN CRITERIA FOR THE CORE SYSTEM

As explained in Chapter 1, a fundamental philosophy used to establish the scope of the Core System was based on the synthetic camera paradigm. Other guidelines were necessary and useful for determining various features of the Core System. These include the methodological and pragmatic guidelines used for including or excluding functions, for determining their scope of applicability and interaction with other functions, and for deciding their number, power, and meaning. A number of these guidelines are listed below. Some were discovered only after much design had been done, many are not specific to graphics package design, and most have to be viewed in terms of their interaction with other, equally valid but conflicting guidelines. Complicated tradeoffs exist, and consistent application of guidelines is not guaranteed. Finally, the unavoidable element of experience and personal taste in the selection of features and their semantics must be recognized.

## 1.4.1 DESIGN CRITERIA FOR A RICH CORE SYSTEM

Given the decision to adopt both high-level modules (see Chapter 1) and levels within the Core System, a position had to be adopted concerning the scope of the Core System.

It was decided to make the Core System much closer to a self-sufficient package than to a kernel. A kernel is a package which would typically not be used stand-alone but would serve as the basis for the writing of high-level packages more suited to application programmers.

The Core System is based on the compromise "most" criterion of "what is good for most programmers on most existing interactive displays for most applications most of the time", and therefore is a package with a large number of user-level capabilities: a rich package. Thus an inclusion criterion was to consider generally useful features which do not "cost" too much and do not introduce difficult issues as candidates for inclusion. The designers had to be on guard against making the Core System bloated rather than rich, both in terms of numbers of features (comprehensibility) and the difficulty and expense of implementing a huge system. The implementation strategy of higher-level modules and levels within the Core System is designed to address these problems.

The Core System is primarily oriented towards medium performance interactive vector graphics displays. It does not have the specialized graphing utilities of a plotting package which could easily be built using the Core System. Neither will it necessarily allow the programmer to take full advantage of the facilities of a really sophisticated display system (with hardware for affine transformations, clipping, and 3D perspective) or an intelligent satellite with some degree of local processing power, except via the escape mechanism of Section 8.2.2.

II-13

Exhibit 15  Page 616                    GW-LT 253893

While the "most" criterion implies self-sufficiency for many applications, the Core System might be sufficiently primitive in an area to make a higher-level module desirable for other applications, as described in Chapter 1 on Methodology. The functional completeness of features in the various categories was therefore carefully examined to insure they would allow such modules to use and/or interface with the Core System. In addition, several other criteria were used to include, exclude, or delimit features, as explained next.

## 1.4.2 IMPLEMENTABILITY TEST FOR THE CORE SYSTEM

The implementability test states that the Core System should contain only those logical capabilities which:

- can be reasonably easily supported by most existing graphics hardware and
- cannot be easily built "on top of" (using) other Core System capabilities.

The intent of the "easily supported" clause includes, in particular, the rule that a feature should be excluded from the Core System if, in any reasonable implementation, it would require the Core System to interpret the contents of its internal representation of a segment for most or all devices. In other words, once a segment has been created only the control information contained in the descriptor of the segment ought to be needed for interrogation and/or change.

## 1.4.3 PRAGMATICS OF INCLUSION VERSUS EXCLUSION OF FEATURES FOR THE CORE SYSTEM

A recurring tradeoff was whether a feature could be built easily on top of the Core System or was useful enough to be included according to the "most" criterion. The tendency was to put widely used facilities in the Core System, especially if they also could be useful as primitives for higher-level, application-oriented packages. Specialized features useful to a small but important user community can be accommodated via the "standard way of being nonstandard" escape mechanism (e.g., arc generators).

## 1.4.4 METHODOLOGICAL CRITERIA FOR DESIGNING A STANDARD

### a)  Effect on Application Program Structure

In accordance with the Seillac guidelines [GUED76], the designers concentrated on those issues which affect the structure of an application program (such as number of levels of picture hierarchy). At the same time, however, a secondary goal was to provide guidance in other areas where technical problems need be solved and decisions made, such as the very difficult area of text handling. Within the guidelines on what facilities to provide and what to leave out as specified in the original GSPC charge, an attempt was made to provide a uniform amount of detail on specific features in the functional specifications of the Core System, and to elaborate on those issues which are especially important and/or controversial. Chapter 3 contains a list of the most important issues discussed. Those issues relevant to program structure are marked ***.

### b)  Accepted Practice

Features which, however potentially desirable, are not yet generally accepted practice were eventually eliminated in the course of discussions. A standard will not be accepted if it is too far ahead of the state-of-the-art, i.e., if its concepts and facilities have not yet been field tested and proven.

### c)  Avoidance of Partial Inclusion of Features

It was found that features and facilities should be included or excluded in their entirety lest they lead to complex rules of applicability. Partial inclusion could produce an unsatisfactory compromise for the user and/or an unclean implementation which might get in the way of a future, clean implementation of the full facility. For example, a partial, restricted symbol facility was considered for the Core System because of its potential utility for high performance and intelligent satellite displays (see Chapter 1). When found that it introduced a number of difficult interactions with other features and would inhibit the development of a fuller symbol system module, it was rejected.

II-14

**Exhibit 15  Page 617**

GW-LT 253894

1.4.5 GENERAL RULES FOR DESIGNING FEATURES OF A PACKAGE

a)  Well-Structuredness and Cleanliness

It is frequently possible to identify several sets of features which implement the same semantic capabilities. A natural selection criterion was to prefer sets of features which are well-structured and whose effects should be obvious. Thus, every beginning should have an explicit ending. Side-effects and implicit, hidden actions are undesirable; the state of a program should change due to simple, explicit and mnemonic (self-documenting) procedure calls which typically accomplish only a single action. Perlis' "Law of Least Astonishment" should prevail. Special cases and exceptions to rules should be avoided. Furthermore, features individually and collectively must be explainable without great difficulty.

b)  Orthogonality and Lack of Interaction

The methodological principle called orthogonality used to separate the differing and non-interacting activities of modelling and picture production was applied in a number of other areas. It was used to segregate input from output primitives, segment attributes from primitive attributes, sampled input devices from event causing input devices, etc. Orthogonality allows functions to be specified independently provided they do not interfere. For example, specifying the highlighting segment attribute value does not affect any other segment attribute, nor the specification of any of the attribute values of primitives in the segment. The application program may perform input in the middle of defining an output segment. On the other hand, segment definition and viewing transformations are not orthogonal concepts since they are inherently interdependent. A segment is the description of a view of an object and the view is produced by the synthetic camera whose setting was specified by the viewing transformation. Consequently, it is incorrect to change the viewing transformation in the middle of a segment definition.

Orthogonality helped answer many questions about potential interactions of features, such as, "Should the Current Position be initialized to the bottom left of the window?" Since windows are part of viewing transformations while the Current Position is a primitive description concept, the question was easily answered in the negative.

c)  Completeness and Consistency

An option which applies to one member of a class of features should apply to all, in order to avoid special cases and hard to remember rules. For example, the mechanism of setting/resetting of values for one type of primitive attribute should apply to all. Similarly, if the value of one primitive attribute can be obtained via inquiry by the application programmer, all should be.

1.5 GLOSSARY

This report has as far as possible used commonly accepted computer graphics terminology. The purpose of this section is to give informal definitions of terms that might nevertheless be ambiguous.

Operator or Console Operator -- user of an (interactive) application program which is implemented with the Core System. The operator interacts with the application program through a display console, i.e., a physical display screen and a collection of input devices.

Programmer -- user of the Core System. The person who writes application programs in a host language such as FORTRAN, with calls to the Core System.

Device Driver -- the device-dependent part of the Core System that generates device-dependent output and handles device-dependent interaction.

Modelling System -- higher-level system for object construction to be implemented on top of the Core System. The resulting object is described in world coordinates.

World Coordinates -- device-independent 3D Cartesian coordinates in which 2D or 3D objects are described to the Core System.

II-15

**Exhibit 15  Page 618**                                    GW-LT 253895

<u>Normalized Device Coordinates</u> -- device-independent 2D or 3D Cartesian coordinates in the range 0 to 1 used in defining views of objects. In particular, they are used for specifying viewports, image transformations, and input obtained from a LOCATOR device.

<u>Normalized Device Coordinate Space</u> (<u>NDC-space</u>) -- a finite region within the normalized device coordinate system. It defines the maximum region usable by an application program.

<u>Device Coordinates</u> or <u>Screen Coordinates</u> -- device-dependent coordinates which are typically either in integer raster units or fractions between 0 and 1. Device drivers must map normalized device coordinates to screen coordinates.

<u>Viewing Transformation</u> -- a transformation that maps positions in world coordinates to positions in normalized device coordinates. In addition it specifies the portion of the world coordinate space that is to be visible.

<u>Current Position</u> (CP) -- Core System value that defines the current drawing location in world coordinates. It is set to the origin of the world coordinate system at program initialization time. The value of CP is (re)set to the origin of the coordinate system when a new segment is created and is subsequently affected by calls made to the routines that create output primitives.

<u>Object</u> -- conceptual unit in the application program. Views of objects specified by a viewing transformation are displayed by the Core System. Objects are described in world coordinates in terms of output primitive function invocations and primitive attribute settings.

<u>Image</u> -- a view of an object. It is a part of a picture on a view surface. A viewing transformation acts on a description of an object to produce primitives in a segment. The segment's primitives and its attributes jointly define an image. Positional information for an image is represented in normalized device coordinates in its segment.

<u>View Surface</u> -- a 2D logical output surface. Images defined on a view surface are mapped to the corresponding physical output surface (e.g., plotter surface, display screen, or library file) in a device-dependent way.

<u>Output Primitive</u> or <u>Primitive</u> -- a picture element (e.g., line, text) which the Core System can create. A set of <u>primitive attributes</u> exists for each primitive.

<u>Primitive Attribute</u> -- a general characteristic of a primitive (e.g., color, intensity, linestyle).

<u>Segment</u> -- conceptually, an ordered collection of output primitives defining an image which is part of the picture on a view surface.

<u>Retained Segment</u> -- a named segment that has associated segment attributes which may be modified, thereby modifying the image. For more general changes than those provided by segment attributes, a retained segment must be deleted and recreated.

<u>Non-retained Segment</u> -- a nameless segment which cannot be modified. The primitives in a non-retained segment are stored only briefly, or not at all, depending on the physical device being used. The image defined by a non-retained segment remains visible as long as information is only added to the displayed picture. A non-retained segment's image disappears as soon as a new-frame action occurs.

<u>Segment Attribute</u> -- a general characteristic of a segment. Examples are visibility, detectability (identifiability), and highlighting. The image defined by the segment may be manipulated on the view surface by means of the segment attribute IMAGE_TRANSFORMATION (translation, rotation, and scale).

<u>Image Transformation</u> -- a segment attribute which causes the image defined by a segment to appear translated, rotated and/or scaled on the view surface.

<u>New-frame Action</u> -- the effect which a call to NEW_FRAME has on the displayed picture, namely the elimination of all non-retained information and the re-drawing, if necessary, of all retained information. Also, this action is a <u>side-effect</u> of other functions, e.g., making a retained segment invisible. On a hard-copy device, the recording medium is advanced to a fresh drawing area.

II-16

**Exhibit 15  Page 619**                    GW-LT 253896

<u>Hook</u> -- a Core System function providing standard access to an internal Core System feature. It is intended to improve the efficiency of the connection between other modules (e.g., a modelling system) and the Core System. Currently the Core System provides only one hook which permits specification of a modelling transformation.

<u>Modelling Transformation</u> -- a transformation which transforms modelling system coordinates into world coordinates. This transformation is maintained outside the Core System but may be provided to the Core System via a hook.

<u>Composite Transformation</u> -- the result of composing the modelling transformation with the viewing transformation. It will transform modelling system coordinates directly into normalized device coordinates.

<u>Escape</u> -- a facility within the Core System which is the <u>only</u> access to implementation-dependent support for non-Core System functions.

## 2 OUTPUT PRIMITIVES

### 2.1 OVERVIEW

Output primitive functions are used by the application programmer to describe objects in the world coordinate system. Invocations of these functions result in <u>primitives</u> (in normalized device coordinates) which are gathered into <u>segments</u> as drawing commands which produce line and character output.

The Core System supports four output primitives: LINE, POLYLINE, TEXT and MARKER. All output primitive functions have both 2D and 3D versions.

All primitive operations use world coordinates and affect the <u>current position</u> (CP), a Core System-maintained value that defines the current drawing location in the world coordinate system. The CP is used to determine the starting point for LINE, POLYLINE, and TEXT primitives and is initialized to the origin of the world coordinate system each time a new segment is created. A MOVE function is provided to change the current value of the CP without creating an output primitive.

Coordinate positions in both 2D and 3D can be specified as either absolute or relative (with respect to the CP). Note, however, that relative coordinates can <u>only</u> be used as a notational convenience for specifying world coordinates. This means that relative moves or lines do not necessarily result in relative positioning commands for hardware. In particular, the programmer cannot specify pieces of pictures with relative coordinates so as to be able to dynamically control positioning of such picture parts with an initial absolute MOVE. An image transformation must be used to achieve this effect. This is because, at segment construction time, a call to a primitive routine with relative coordinates specified may be implemented as an absolute move based on the current position.

For 2D applications, the application programmer would use only 2D calls. For 3D applications, 2D calls are treated as shorthand for 3D calls, where the Z-coordinate is assumed to be the Z-coordinate of the current CP.

The Core System provides no point primitive. Instead, MARKER is supplied as a generalization of the point concept. Conceptually, the part of the world space object described by a MARKER invocation has only one geometric characteristic: its position. In other words, the exact appearance of the marker is manifested only on the view surface, and not in world coordinate space. Where hardware character generators are available, especially ones with installation-specific special hardware characters, it is intended that MARKER be used to exploit these capabilities. A typical use for MARKERs is marking the data points on graphs.

Several attributes of output primitives are provided by the Core System. CHARSIZE, CHARSPACE, CHARQUALITY, CHARPLANE, and FONT apply only to text primitives and LINESTYLE and LINEWIDTH only to line-drawing primitives. Only COLOR, INTENSITY, and PICK_ID apply to all output primitives. These are static, unchanging attributes; they jointly determine the appearance of the primitives created. The semantics for primitive attribute manipulation and assignment are given in Section 4.

II-17

Exhibit 15  Page 620                                   GW-LT 253897

The Core System accommodates several kinds of text:

Low-quality text is used primarily for supplying information to the operator and therefore would usually be used where simplicity and efficiency are more important than the quality of the text. A central notion of low-quality text is that it will take advantage of the hardware character generator, if it exists, on a complete string basis. Consequently, it is not necessary to adhere strictly to either character size or character spacing attribute specifications.

Medium-quality text is used typically for labelling axes and other applications for which it is important that the string occupy the specified extent of the string. A central notion of medium-quality text is that it will take advantage of the hardware character generator, if it exists, on a character by character basis. Consequently, programmer specifications for character spacing are more strictly followed than for low-quality text, but the character size is still selected from among the hardware character sizes available on the display, if any exist.

High-quality text requires the Core System to treat the character string just as it would treat the constituent lines of each individual character. That is, it is intended that high-quality text act as if it were implemented by a "software character generation" mechanism built upon the Core System.

Conceptually, there is an "inclusion" relationship among the types of text. That is, although three different sets of constraints are defined for text, text at each level automatically meets the requirements of the less tightly constrained levels.

The Core System does not directly support graphic arts text, text-editing, or character manipulation applications.

## 2.2 FUNCTIONAL CAPABILITIES

The purpose of the output primitive functions is to permit the application programmer to describe objects in the world coordinate system. The actual appearance of the objects on the display device is determined by:

• the current primitive and segment attribute value settings (Section 4);
• the current setting of the viewing transformation (Section 5);
• whether clipping is on or off (Section 7.2.8).

The explanations of the functions that follow apply to the 3D absolute version of the functional invocation. The explanations for the 2D versions and the 3D relative version are similar.

### 2.2.1 MOVE

MOVE_ABS_2 (X,Y)
MOVE_ABS_3 (X,Y,Z)
MOVE_REL_2 (DX,DY)
MOVE_REL_3 (DX,DY,DZ)

The CP is set to the value (X,Y,Z) where (X,Y,Z) is a position in the world coordinate system.

Errors:
1. No segment is open.

II-18

Exhibit 15  Page 621

GW-LT 253898

## 2.2.2 LINE-DRAWING PRIMITIVES

### 2.2.2.1 LINE

```
LINE_ABS_2 (X,Y)
LINE_ABS_3 (X,Y,Z)
LINE_REL_2 (DX,DY)
LINE_REL_3 (DX,DY,DZ)
```

This function is used to describe a line of an object in world coordinates. This line runs from CP to the position specified. The primitive attributes of COLOR, INTENSITY, LINEWIDTH, LINESTYLE, and PICK_ID are meaningful for lines. The CP is updated to (X,Y,Z).

Errors:
1. No segment is open.

### 2.2.2.2 POLYLINE

```
POLYLINE_ABS_2 (X_ARRAY,Y_ARRAY,N)
POLYLINE_ABS_3 (X_ARRAY,Y_ARRAY,Z_ARRAY,N)
POLYLINE_REL_2 (DX_ARRAY,DY_ARRAY,N)
POLYLINE_REL_3 (DX_ARRAY,DY_ARRAY,DZ_ARRAY,N)
```

This function is used to describe a connected sequence of lines (hence, POLYLINE) in an object in world coordinates. This sequence starts at CP, runs next to (X_ARRAY(1),Y_ARRAY(1),Z_ARRAY(1)) and ends with (X_ARRAY(N),Y_ARRAY(N),Z_ARRAY(N)). All lines are subject to the set of attribute values currently in force. The CP is updated to (X_ARRAY(N),Y_ARRAY(N),Z_ARRAY(N)).

Errors:
1. No segment is open.
2. N is ≤ 0.

## 2.2.3 TEXT PRIMITIVES

Neither the set of displayable characters nor the code (e.g., 7-bit ASCII or EBCDIC) employed to represent characters is mandated by the Core System. Characters not displayable by a given device will be replaced by a suitable displayable character. For example, lower case letters may be mapped to upper case letters and special characters may be mapped to an installation-defined default character -- definitely not null or space. The action of control characters like LINE FEED, BACKSPACE, TAB, and CARRIAGE RETURN will not be simulated by the Core System.

The two primitive attributes, CHARSIZE and CHARSPACE, may be used in determining the size and extent of the character string. The CHARSIZE and CHARSPACE attributes are not sufficient to fully define character strings in 3D, since the plane in which the characters lie is not well-defined, i.e., the character boxes can be rotated about the string extent. The CHARPLANE attribute in conjunction with CHARSPACE determines the world coordinate system plane in which the text lies and which direction is "up" for the characters.

Conceptually, each character in the string advances the CP to the correct position for the next character in the string. Each character generated by an invocation of a text primitive function will have an associated character box with its lower left corner at the updated CP. The height and width of the character box are the current component values of the primitive attribute CHARSIZE, and are used to determine the size of the characters drawn. These two components specify a character aspect ratio. The character box represents the exact dimensions of the average upper case letter (e.g., "A") desired by the application programmer. Lower case letters like "g" and "p" may have portions that cross the character box boundaries; narrow letters like "i" may not completely fill the character box. The degree to which these specifications must be adhered by an implementation of the Core System depends upon the current setting of the CHARQUALITY primitive attribute. Examples are shown in Section 2.2.3.6.

II-19

Exhibit 15  Page 622                                GW-LT 253899

The character attribute CHARSPACE is a three-component attribute (DX,DY,DZ) which specifies the relative placement of the lower left corners of two consecutive character boxes. Both character spacing and character string rotation may be specified using CHARSPACE. Note that characters may overlap for some combinations of CHARSIZE and CHARSPACE values.

Each character string of N characters generated by an invocation of a text primitive function will have an associated string extent -- a vector with its start at the CP and end at CP + N*(DX,DY,DZ). Both character size and character spacing attributes are specified in world coordinates.

The value of the CP following text primitives will permit concatenation of subsequent character strings. That is, the starting position of the first character of the subsequent string is the same as the starting position of the last character of the previous string were that string one character longer.

## 2.2.3.1 TEXT (CHARACTER_STRING)

The character string is drawn in the world coordinate system. The appearance of the string is determined by the current values of the character attributes as described in detail below.

Errors:
1. No segment is open.
2. String contains an illegal character.
3. The vectors established by the CHARSPACE and CHARPLANE attribute specifications are parallel.

## 2.2.3.2 LOW-QUALITY TEXT

For low-quality text, the CHARSIZE attribute is used to obtain a "best-fit" for the hardware character generator, but the CHARSPACE and CHARPLANE attributes may be ignored. Hence, the orientation of a low-quality text string is deliberately undefined, and the plane in which the string lies is expected to be the view surface. Also, actual character spacing is not a function of the specified CHARSPACE, but rather depends upon the particular hardware character size selected by the system to meet the requirements of the CHARSIZE primitive attribute. Thus, low-quality text will generally be drawn with no overlapping characters.

During an invocation of the TEXT function for low-quality text, the CP is updated to a device-dependent location. Note that the spacing attribute CHARSPACE may be completely ignored. Thus, in general, the CP following a low-quality text primitive function invocation cannot be calculated by the application program. The Core System provides an inquiry function to return the current value of CP to the application program, should it be required.

Low-quality text is affected by a non-identity viewing transformation as follows. First the string origin is properly located by applying the viewing transformation. Then the character box is scaled; that is, the viewing transformation is applied to the character box height and width taken as 3D lines. These transformed lines define a scaled character box. Next, an appropriate hardware character size is selected as a "best-fit" to the scaled character box. The "best-fit" algorithm is explained in Section 2.2.5 in the definition of the CHARSIZE primitive attribute. Finally, the string is drawn at an implementation-dependent orientation.

Low-quality text is visible if the starting CP is within the view volume. It is implementation-dependent whether clipping of low-quality text which starts within the view volume is performed; therefore, unpredictable results (e.g., wraparound) may occur.

## 2.2.3.3 MEDIUM-QUALITY TEXT

For medium-quality text, the CHARSIZE attribute is used to obtain a "best-fit" for the hardware character generator and the CHARSPACE attribute is used to define the position of each character along the string extent. However, the orientation of individual characters need not agree with the orientation of the string extent, and the CHARPLANE attribute may be ignored. Thus the plane in which a medium-quality text string lies is device-dependent. Medium-quality text characters will reside within their own character

Exhibit 15  Page 623         GW-LT 253900

boxes. Thus, the Core System implementation may have to individually position a character and invoke the hardware character generator for each character.

Following a TEXT invocation for medium-quality text, the CP is updated to CP + N*(DX,DY,DZ). Note that, depending on the relationship among the components of the character sizing and spacing attributes and depending on the current viewing transformation, the characters in the string may overlap.

An individual medium-quality text character is visible if the image of its individual character box is completely within the viewport. If the image of the character box is completely outside the viewport and clipping is enabled, then the character will not be drawn. The result is implementation-dependent if only part of the character box is within the viewport.

In summary, with medium-quality text the programmer has complete control over character spacing; character size is on a "best-fit" basis; individual characters may be oriented horizontally, but the string itself can be oriented at a program-controlled angle; and the CP is moved, as before, to the lower-left corner of the next character box along the string extent.

Medium-quality text is affected by a non-identity viewing transformation as follows. First the string origin is properly located by applying the full viewing transformation. Then the string extent, as an imaginary line, is fully transformed. The lower left corners of each character making up the medium-quality text string will be positioned along the transformed string extent. It is implementation-dependent whether the characters are equally spaced along the transformed string extent or are spaced in accordance with the effect induced by the perspective transformation component (if any) of the viewing transformation. Next, a character size is selected for each character using the "best fit" algorithm on a character box. It is implementation-dependent whether this will occur for each character in the string or whether the results for a single character (e.g., first, middle, or last) will be used for all characters. Finally, the characters are drawn along the string extent. Typically, the characters will be drawn in the view surface plane.

## 2.2.3.4 HIGH-QUALITY TEXT

For high-quality text, all attribute specifications are strictly applied. Thus, high-quality text must be displayed just as if each character were made up of short lines (strokes). The strokes comprising the characters are subject to the viewing transformation including the full 3D translation, rotation, scaling, and perspective components.

Since the requirements imposed by the CHARSIZE and CHARSPACE primitive attributes must be strictly adhered to, normal upper case characters are drawn to the exact height and width specified by CHARSIZE and the characters are spaced apart in 3D precisely according to the value of the CHARSPACE attribute. The CHARPLANE attribute defines a vector relative to the CP which is called the "charplane" vector. The plane in which the characters lie is defined by this vector and the string extent vector. Each rectangular character box lies in this plane with its base along the string extent and its top on the same side of the string extent as the charplane vector.

## 2.2.3.5 TEXT FOR SPECIAL OUTPUT DEVICES

Graphics hardware with highly sophisticated control capabilities (e.g., microfilm plotters) can be accommodated in the Core System by using the ESCAPE mechanism (see Section 8.2.2) to access special features of the hardware (e.g., variable spacing and text centering). The ESCAPE mechanism can be utilized to extend the character attributes, and the TEXT function can still be invoked to draw the character strings. In this way, the capabilities of these advanced systems may be fully exploited from within the framework of the Core System.

## 2.2.3.6 TEXT EXAMPLES

The following examples are intended to give some insight into the use of text-related primitive attributes. They illustrate how a textual image might be displayed for several combinations of attribute values. In the examples the hardware character size is assumed to be 6 by 10 units, with 8 units between starting points. The image of the initial

Exhibit 15  Page 624                                    GW-LT 253901

position of CP is marked by the dot on the lower left corner of the character X. The position of the image of the updated CP is marked by a large dot at the end of the string.

Figure 2-1 illustrates horizontal text for all three settings of the CHARQUALITY attribute. Note that a desired CHARSIZE of 8 x 14 results in a an actual hardware size of 6 x 10 for low- and medium-quality text.

Some of the possible results for rotated text are illustrated in Figure 2-2. Only for high-quality text is there but one possible interpretation of the specification. The angle of rotation of the string extent for medium- and high-quality text is arctan (12/8). Note that for low-quality text, rotation angles of 0°, arctan (12/8), and 90° are all possible interpretations.

Figure 2-3 illustrates the overlap of characters that can occur with medium-quality text when the selection of hardware character size results in characters which are larger than the desired size as specified by CHARSIZE.

CHARSIZE (8,14)
CHARSPACE (12,0,0)
TEXT("XYZ")



CHARQUALITY('LOW')



CHARQUALITY('MEDIUM')



CHARQUALITY('HIGH')

Figure 2-1

II-22

Exhibit 15  Page 625

GW-LT 253902



CHARQUALITY('LOW')

or

or

CHARSIZE (8,14)
CHARSPACE (8,12,0)
TEXT("XYZ")

or

CHARQUALITY('MEDIUM')

CHARQUALITY('MEDIUM')

CHARQUALITY('HIGH')

Figure 2-2

II-23

Exhibit 15  Page 626                    GW-LT 253903



CHARSIZE (2,6)
CHARSPACE (3,6,0)
TEXT ("XYZ")

CHARQUALITY ('LOW')

or

CHARQUALITY ('MEDIUM')

or

CHARQUALITY ('HIGH')

Figure 2-3

## 2.2.4 MARKERS

MARKER_ABS_2 (X,Y,N)
MARKER_ABS_3 (X,Y,Z,N)
MARKER_REL_2 (DX,DY,N)
MARKER_REL_3 (DX,DY,DZ,N)

The CP is updated to (X,Y,Z) and then the system-defined marker N, centered at the transformed position of the CP, is created. A limited number of standard markers (numbered 1 through N1) will be included in the specification of the Core System. The specific set of markers to be included has not yet been determined. Another set of numbers (from N1+1 to N2) are set aside for expansion of the set of standard markers. All marker-numbers greater than N2 and less than the maximum positive integer for the host computer system will be legal and set aside for installation-defined markers. Calls for unsupported markers will result in a warning message and a default marker defined by each installation will be displayed.

The effect of clipping on the marker is installation-dependent if the image of the CP is within the viewport, but part of the marker is not.

MARKERs are just a means by which 2D and 3D points uniquely manifest themselves on the output display surface. Consequently, "point plotting" is done by plotting, for example, dot or bullet shaped markers rather than by using a POINT primitive.

MARKERs differ from individual characters in two ways. First, they are not restricted to the symbols contained in the set of recognizable text string characters. Second, they always appear at a standard orientation and size; that is, unrotated at an implementation-dependent hardware character size.

Errors:
1. No segment is open.
2. N < 1 .
3. N1 < N ≤ N2.

II-24

Exhibit 15  Page 627                                    GW-LT 253904

4.  N > N2 and specified marker is not supported.

## 2.2.5 PRIMITIVE ATTRIBUTES

The static primitive attributes contained in the Core System are briefly described below. See Section 4 for a full description of how these attribute values are assigned and manipulated.

COLOR indicates the color of the image of a visible primitive. COLOR values apply to all output primitives.

INTENSITY indicates the relative brightness of the image of a visible primitive. INTENSITY values apply to all output primitives.

LINESTYLE indicates the style of the image of a visible line (e.g., "solid", "dashed", "dot-dashed"). LINESTYLE values only apply to LINE and POLYLINE primitives.

LINEWIDTH indicates the relative width of the image of a visible line. LINEWIDTH values only apply to LINE and POLYLINE primitives.

FONT indicates the style of a visible character (e. g., Roman, Gothic, italic). Thus, FONT may be used to specify text slant. FONT values only apply to TEXT primitives.

CHARSIZE indicates the desired size, in world coordinate units, of a character. CHARSIZE values are aggregates with components for both width and height, and thus also indicate the desired aspect ratios for characters. For low- and medium-quality text, after applying the viewing transformation to map the desired size of a character to normalized device coordinate units, the system will select the largest hardware character size that does not exceed the desired size. (If all available sizes exceed the desired size, then something visible must appear, but it is implementation-dependent exactly what technique is used -- be it to display a special marker, to choose the smallest hardware character size, etc.) For high-quality text, the average upper-case character drawn will exactly fill the character box. CHARSIZE attribute values only apply to TEXT primitives.

CHARSPACE indicates the desired spacing, in world coordinate units, between adjacent characters in a text string. CHARSPACE values are aggregates with components for the X-axis, Y-axis, and Z-axis displacements between the starting points of two characters. CHARSPACE values only apply to TEXT primitives.

CHARQUALITY indicates the quality of text strings. The Core System supports low-, medium-, and high-quality text. CHARQUALITY attribute values only apply to TEXT primitives.

CHARPLANE defines a vector relative to the CP in the world coordinate system. This vector and the string extent vector establish the world coordinate system plane in which three-dimensional text characters are created and the placement of the character boxes in this plane.

PICK_ID indicates the name of a primitive which is returned for use by the application program whenever the primitive is selected by the operator using the PICK input device.

## 2.3 SYNOPSIS OF MAJOR ISSUES

Current Position: Should there be a CP? Can the programmer inquire what its value is? What happens to the CP when segments are created or closed?

Line-drawing Primitives: What primitives should the Core System support?

Text Primitives: What text primitives should be supported? How are the selected primitives affected by the viewing transformation? How does the application programmer prompt the operator?

Markers: Are markers clipped? How are they affected by the viewing transformation?

Miscellaneous: How are specialized output devices accommodated?

II-25

**Exhibit 15  Page 628**                    GW-LT 253905

# 3 PICTURE SEGMENTATION AND NAMING

## 3.1 OVERVIEW

The purpose of segmentation and naming is to permit application programs to modify the picture displayed on a view surface and to facilitate application program/operator interaction. In support of these aims, the Core System provides one level of segmentation (for picture modification) and an additional level of naming within segments for use with the PICK interaction device.

A segment defines an image which is a part of the whole picture displayed on a view surface. (See Section 7.2.2 for a description of view surfaces.) The image defined by a segment corresponds, with certain exceptions, to a snapshot (view) of an object in the synthetic camera analogy: first the application program specifies what view of the object is to be photographed (see Section 5); next the application program creates a segment which will record the snapshot -- creating the segment also opens the camera's shutter (the newly created segment is called the open segment); next the application program describes the object in terms of lines, polylines, text and markers (via the output primitive and primitive attribute functions) -- as each elementary part of the object is described, the Core System produces the current view of that part and records the resulting primitive (subject to clipping) in the segment; finally, after the object has been fully described, the application program closes the open segment (and the synthetic camera's shutter closes).

One feature of segmentation not easily explained in terms of the synthetic camera analogy is immediate visibility: the application program can specify that the partially completed image is visible at each intermediate stage in the description of the object.

There are two fundamentally different types of segments: those which remain in existence until they are explicitly deleted, and those which are, in essence, discarded as soon as the camera shutter closes, although their images linger after them. The former type of segment, called a retained segment, provides the kind of picture modification capability required in a typical interactive application. The latter type of segment, called a non-retained segment, provides for picture definition without the possibility of subsequent access or modification, and is useful for plotting applications. The motivation for a non-retained segment capability is efficiency, primarily in storage utilization.

The retained segment capability provides for naming and renaming segments, for deleting segments, and for modifying dynamic segment attributes. Dynamic segment attribute values affect the appearance of the view whose description is stored in the segment. A segment's dynamic attribute values can be changed any time after the segment has been created. (Conceptually, these attributes are characteristics of a segment's image, not of the object of which the image is a view.) The dynamic segment attributes which are provided make the segment's image invisible or visible, and highlighted (to draw the operator's attention to it) or non-highlighted. They also alter its position, orientation, and size (via an image transformation).

One other dynamic segment attribute controls whether the PICK input device can be used to select primitives in a segment; this attribute has the values detectable and non-detectable. When a segment is detectable and the PICK device selects a primitive in the segment, the information available to the application program contains both the name of the segment and the "name" of the primitive (i.e., the primitive's PICK_ID attribute value).

The non-retained segment capability has the same power for object description as the retained segment capability. However, the images defined by object descriptions are transient in nature because there is no stored reusable representation of the view of an object. Thus the non-retained segment capability is like a processing pipeline which accepts descriptions of objects from the application program and delivers images to view surfaces (without any intermediate "reservoirs"). On the other hand the retained segment capability is like a two-stage pipeline, one stage of which accepts descriptions of objects and delivers views of objects to segments, while the second accepts descriptions of views of objects from segments and delivers images to view surfaces.

The transient nature of non-retained segments is modelled on the behavior of a "canonical" storage tube display console. The images defined by one or more non-retained segments which appear on a given view surface remain there until they are explicitly removed with the NEW_FRAME function or the image of a visible retained segment appearing

Exhibit 15  Page 629

GW-LT 253906

on that view surface is changed (via deletion or modification of its visibility, highlighting or image transformation attribute values). On a storage tube display console, this action would be implemented by erasing the screen and redrawing the currently visible information stored in retained segments. This general action is called a new-frame action (see Section 7.2.6).

For portability, implementations supporting a refresh display console must keep "non-retained" information in the refresh buffer until some function is invoked which would force an erasure on a storage tube display console. When that occurs, this information must be eliminated from the refresh buffer.

A segment's type specifies whether the segment is non-retained or retained, and, if retained, what type of image transformations may be applied to the segment. The type of a segment is a static attribute which is established when the segment is created; it is determined by the (modally-set) current attribute value of SEGMENT_TYPE.

Only the non-retained segment capability is available in a Level 1 implementation. Thus it is an error to invoke the segment deletion or renaming functions described later in this section. Level 2 and higher implementations contain the capability for both retained and non-retained segments.

The Core System includes no capability for copying a segment into other segments, and no segment can refer to or call another segment, as in picture/sub-picture hierarchies. Thus the Core System provides only one level of segmentation for defining or modifying a picture. More complex structuring capabilities may be part of a modelling system which interfaces with the Core System, but are not part of the Core System itself.

## 3.2 FUNCTIONAL CAPABILITIES

### 3.2.1 CREATE_SEGMENT (SEGMENT_NAME)

The CREATE_SEGMENT function creates a new, empty segment. The type of the new segment is determined from the current attribute value for SEGMENT_TYPE (see Section 3.2.6). If the type is non-retained, the SEGMENT_NAME parameter is ignored. If the type is retained, the SEGMENT_NAME parameter determines the name of the segment. Also, the dynamic attribute values of the retained segment are determined from the current attribute values for the dynamic segment attributes. The current selection of view surfaces is recorded in a list associated with the segment. Throughout the segment's lifetime, the image which it defines appears on each view surface in this list (independent of later view surface select or deselect invocations). (Note that a retained segment's name and dynamic attribute values can be changed by the application program at any time before the segment is deleted; its type and selected view surface list cannot be.)

The CP is set to the origin of the world coordinate system, and the current primitive attribute values are set to their system- or program-specified default values. Also the new segment becomes the open segment.

If the segment is non-retained, subsequent output primitive function invocations will result in new information appearing on the currently selected view surfaces as the calls are made. If the segment is retained, subsequent output primitive function invocations will result in the creation of primitives that are added to the list of primitives in the segment; furthermore, if the segment's VISIBILITY attribute value is "visible", the addition of primitives has the same visible effect as for non-retained segments.

While a segment is open, the viewing transformation may not be altered. (In the synthetic camera analogy, this would correspond to moving the camera while the shutter is open.) Also, view surfaces may not be selected or deselected.

Errors:
1. There already is an open segment.
2. A retained segment named SEGMENT_NAME already exists.
3. The type of retained segment to be created is inconsistent with the current attribute value for the IMAGE_TRANSFORMATION attribute (e.g., a 2D-translation segment being subjected by default to a 3D rotation).
4. No view surface is currently selected.
5. The current viewing specification is inconsistent (see Section 5.2.5).

II-27

**Exhibit 15  Page 630**                    GW-LT 253907

### 3.2.2 CLOSE_SEGMENT ()²

The currently open segment becomes closed, i.e., ceases to be open. It does not matter whether the segment is retained or non-retained. There is no open segment after CLOSE_SEGMENT returns. Thus output primitive functions may not be called until another segment is created. Closing the open segment has no effect on its VISIBILITY or other dynamic segment attributes.

Errors:
1. There is no open segment.

### 3.2.3 DELETE_SEGMENT (SEGMENT_NAME)

The retained segment named by the parameter SEGMENT_NAME is deleted. If the segment is visible, its image is removed from each view surface on which it appears, and a new-frame action occurs on these view surfaces (see Section 7.2.6). (These visible effects may be delayed if a batch of updates is in progress. See Section 7.2.7). After a segment is deleted, it is as if the segment had never been created.

If the open segment is deleted, it is automatically closed, so that there is no open segment after DELETE_SEGMENT returns. If it is not the open segment which is being deleted, the open segment remains open (if there is one).

Note that it is impossible to explicitly remove the image of an individual non-retained segment from a view surface: NEW_FRAME removes all images defined by non-retained segments on a view surface.

Errors:
1. No retained segment named SEGMENT_NAME exists.

### 3.2.4 DELETE_ALL_SEGMENTS ()

All retained and non-retained segments are deleted. If there is an open segment, it is closed and deleted. A new-frame action occurs on all initialized view surfaces. (The visual effect might be delayed if a batch of updates is in progress. See Section 7.2.7)

Errors:
1. No view surfaces have been initialized.

### 3.2.5 RENAME_SEGMENT (SEGMENT_NAME, NEW_NAME)

The existing retained segment named by the parameter SEGMENT_NAME is henceforth known by the name specified by the NEW_NAME parameter. After RENAME_SEGMENT returns, there is no segment with the name SEGMENT_NAME. This function has no visible effect.

This function is provided to make it easier for an application program to use the human factors technique of "double buffering": preparing a replacement image invisibly while the image to be replaced remains visible, then deleting the old one and making visible the new one. The final step in this technique is to rename the new segment to have the old name, so that the same process can be repeated.

Errors:
1. There is an existing retained segment named NEW_NAME.
2. There is no retained segment named SEGMENT_NAME.

### 3.2.6 SEGMENT ATTRIBUTES

There are four dynamic and one static segment attributes in the Core System (see Section 4). The static attribute SEGMENT_TYPE determines the types of segments as they are created. The dynamic segment attributes are available only for retained segments, and

---

²An empty pair of parentheses indicate that a function takes no parameters.

II-28

**Exhibit 15  Page 631**          GW-LT 253908

also only in some levels of the Core System. VISIBILITY and HIGHLIGHTING are available in Levels 2, 3, and 4 of the Core System. DETECTABILITY is available in Levels 3 and 4 because it is related to interaction. The IMAGE_TRANSFORMATION segment attribute is available only in Level 4.

The Static Segment Attribute

SEGMENT_TYPE determines the type of segment created by a call to CREATE_SEGMENT both with respect to retained/non-retained, and with respect to what image transformations are applicable to the segment. The five values of this attribute are:

- Non-retained
- Retained with no image transformation
- Retained with 2D translation
- Retained with arbitrary 2D transformation
- Retained with arbitrary 3D transformation

Based on the segment type, an implementation can choose an efficient storage format for the newly created segment, e.g., keeping or discarding the Z coordinate. Also, a choice can be made between formats suitable for hardware support (e.g., "dragging") and for software simulation (e.g., 3D "tumbling"). "Non-retained" is the only SEGMENT_TYPE value available in Level 1 of the Core System, all other values will be treated as non-retained. Both of the values "non-retained" and "retained with no image transformation" are available in Levels 2 and 3. Within Level 4, different sub-levels are defined in terms of which image transformations they implement. The system-provided initial default for the current attribute value of the SEGMENT_TYPE attribute is "non-retained".

The Dynamic Segment Attributes

VISIBILITY indicates whether or not a segment is to have a visible image. It has two values ("visible" and "invisible") and affects the appearance of all output primitives in the segment. If a retained segment is open and it is "visible", the image of the segment changes (grows) dynamically as output primitives are added to the segment. Note that changing a retained segment's VISIBILITY attribute value from "visible" to "invisible" causes an implicit new-frame action on the view surface(s) on which the segment's image appears. The system-provided initial default for the current attribute value for VISIBILITY is "visible".

HIGHLIGHTING indicates whether or not a segment image is to be distinguished from other segment images. If it is possible, HIGHLIGHTING shall be implemented with a hardware blinking feature: otherwise the Core System uses other techniques, such as intensity variation. HIGHLIGHTING has two values ("highlighted" and "non-highlighted") and affects the appearance of all output primitives in the segment. Note that any change of a "visible" retained segment's HIGHLIGHTING attribute value causes an implicit new-frame action on the view surfaces on which the segment's image appears. The system-provided initial default for the current value of the HIGHLIGHTING attribute is "non-highlighted".

DETECTABILITY indicates whether or not a segment can be detected by a PICK input device. It has two values ("detectable" and "non-detectable") and affects all output primitives in the segment. The system-provided initial default for the current value for DETECTABILITY is "non-detectable".

IMAGE_TRANSFORMATION indicates how the image of a segment is translated, scaled, and rotated. (See Sections 4.2.3 and 5.2.3.) Note that any change of a "visible" retained segment's IMAGE_TRANSFORMATION attribute value causes an implicit new-frame action on the view surfaces on which the segment's image appears. The system-provided initial default for the current attribute value for the IMAGE_TRANSFORMATION attribute is the identity transformation.

3.2.7 NAMING OF PRIMITIVES FOR PICK INPUT

Levels 3 and 4 of the Core System provide two levels of naming of primitives for input from the PICK input device (see Section 6.2.1.1). In other words, each primitive in retained segments whose images appear on a view surface has a two component name which is reported when that primitive is PICKed. The first component is the name of the segment containing the primitive. The second component is the value which was the current value of the PICK_ID primitive attribute when the primitive was created.

II-29

Exhibit 15  Page 632                    GW-LT 253909

The PICK_ID attribute is particularly useful for menus or for picking data points within a data plot.

## 3.3 SYNOPSIS OF MAJOR ISSUES

What structural hierarchies or multi-level segmentation for primitives are provided, either for picture modification, for identification from the PICK input device, or for symbol definition (macros or sub-pictures)?

What differences are there in Core System functions when a segment is open and when no segment is open?

Can the open segment be visible, so that primitives appear as they are created?

What are the implications in terms of Core System capabilities of not requiring interpretation of the display file after it has been constructed?

Shall there be non-retained segments?

What effect do segment operations have upon the CP and the attribute settings?

Can a closed segment be reopened, and have additional primitives added to it?

## 4 ATTRIBUTES

## 4.1 OVERVIEW

The purpose of attributes in the Core System is to specify general characteristics for segments and output primitives; these characteristics are represented by the attribute values of the attributes. For example, the LINESTYLE attribute is a characteristic of the LINE primitive and has values such as "solid" and "dashed". Similarly the VISIBILITY attribute is a characteristic of a segment and has values "visible" and "invisible". There are two orthogonal partitionings of the set of attributes into disjoint subsets, as explained below. The first partitioning is based on whether an attribute applies to a segment or to an output primitive. To prevent conflicts and avoid complexity, a single attribute cannot apply to both. The second partitioning is based on whether an attribute specifies a static or a dynamic (changeable) characteristic.

Segment attributes specify characteristics of segments. Every segment is created with an attribute value for each of the segment attributes. Primitive attributes specify general characteristics of output primitives. Some primitive attributes are meaningful for more than one type of output primitive, but most are not meaningful for all types of output primitives. Every individual output primitive is created with an attribute value for each primitive attribute that is meaningful for that primitive.

Static attributes specify immutable characteristics of individual segments or primitives and are fixed throughout the lifetimes of those entities. Dynamic attributes specify characteristics of entities that can be altered during the lifetimes of those entities. The Core System includes static primitive attributes and a single static segment attribute. It also includes dynamic segment attributes, but does not include any dynamic primitive attributes because alteration of primitives within a segment is not supported (the segment is the unit of modification). An application program can only change a given attribute value of a particular primitive by recreating the segment that contains the primitive and generating a similar primitive using a different attribute value.

A third classification of attributes can be made, but does not result in a clear-cut partitioning. Some attributes define characteristics of objects in their object space, such as the orientation of text. Other attributes define characteristics related to the views of objects (images), such as the style and width of line primitives. (Thus foreshortening of "dashed" segments within a line will not occur in a perspective view of the line.) Other attributes, such as COLOR, can be interpreted either as characteristics of the conceptual object, or of its view; identical behavior results from either interpretation. Only those attributes having different behaviors depending upon their classification must be formally identified. CHARSIZE, CHARSPACE, and CHARPLANE are all

II-30

Exhibit 15  Page 633

GW-LT 253910

defined in terms of conceptual text objects; LINESTYLE, and LINEWIDTH are only related to the views of objects.

The Core System will provide a standard set of <u>default attribute values</u> for both static and dynamic attributes. Prior to the first segment creation, the system defaults may be replaced by program-specified defaults (see Section 7.2.3). The Core System also maintains a set of <u>current attribute values</u> for the static attributes. These values are initialized to the corresponding default values, but can be explicitly altered by the program. When a primitive or segment is created, it is automatically assigned current attribute values for all of its static attributes. Typically several primitives or several segments will be created between changes to one or more of the current values, with their static attribute values specified modally. The Core System also permits inquiry about the current attribute values.

The creation of a segment results in three attribute operations. First, the static segment attributes are assigned as previously explained. Second, the current attribute values for the static primitive attributes are reset to their established default values. Third, the established default values for the dynamic segment attributes are automatically assigned to the new segment. During the construction of a segment, as well as throughout its lifetime, the values of its dynamic attributes can be explicitly altered by the program. In addition, the program can inquire about the dynamic values possessed by a specific segment at any moment.

If some or all of the values for an attribute are not supported by a particular device, their effect may be simulated (using other values for that attribute, other attributes, or even other primitives -- e.g., several MOVEs and "solid" LINEs for a "dashed" LINE) or they may be ignored (with an appropriate signal to the standard error-handling mechanism). Specific handling of these situations is implementation-dependent, but must be consistent with guidelines defined by the Core System (see Section 7.2.5).

Specific value sets for all of the attributes have not yet been determined. Values of attributes will have either a discrete or a continuous range; in addition, they will be either scalar or aggregate in nature. For example, values of the COLOR attribute may be discrete scalars representing pre-defined colors such as "red", "yellow", and "blue-green", or may be aggregates containing continuous component values for "hue", "chroma", and "saturation".

The complete set of attributes provided by the Core System is given here, listed within their two-way partitioning:

<u>Static Primitive Attributes</u>: COLOR, INTENSITY, LINEWIDTH, LINESTYLE, FONT, CHARSIZE, CHARSPACE, CHARPLANE, CHARQUALITY, PICK_ID.

<u>Static Segment Attribute</u>: SEGMENT_TYPE.

<u>Dynamic Segment Attributes</u>: VISIBILITY, DETECTABILITY, HIGHLIGHTING, IMAGE_TRANSFORMATION.

They are individually defined in the sections on primitives (see Section 2.2.5) and segments (see Section 3.2.6). The remainder of this section describes the functional capabilities for manipulating attribute values.

## 4.2 FUNCTIONAL CAPABILITIES

The functional capabilities defined for the primitive attributes will be provided by all implementation levels of the Core System. That is, the functions will always be available for invocation, even though some of the attributes may require simulation and will not produce the usual behavior. Functional capabilities for the VISIBILITY and HIGHLIGHTING segment attributes will always be provided by implementation Levels 2 through 4. DETECTABILITY will always be supported at Levels 3 and 4, while IMAGE_TRANSFORMATION is only supported by Level 4. The functional capabilities for the static SEGMENT_TYPE attribute are provided at all levels. However, the set of SEGMENT_TYPE attribute values is restricted at various levels: only non-retained segments may be created in Level 1 and all other types will be treated as non-retained. Levels 2 and 3 will support all types of segments except those involving image transformations, and Level 4 will support the complete domain of segment types, as defined in Section 3.2.6.

**Exhibit 15  Page 634**                    GW-LT 253911

### 4.2.1 ATTRIBUTE VALUES FOR STATIC ATTRIBUTES

As new primitives and segments are created, they will be assigned the current attribute values for all of their static attributes. The current values are initialized to the established default values and can be explicitly set and interrogated by the application program. In addition, the current primitive attribute values are reset to their defaults each time a new segment is created.

### 4.2.1.1 SETTING CURRENT ATTRIBUTE VALUES FOR STATIC PRIMITIVE ATTRIBUTES

Each function listed below sets the current system-maintained attribute value corresponding to the primitive attribute specified by the function name. These functions can only be invoked when a segment is open. (Note: The rules for altering these current values are consistent with the rules for altering the CP).

```
SET_CURRENT_COLOR (COLOR)
SET_CURRENT_INTENSITY (INTENSITY)
SET_CURRENT_LINEWIDTH (LINEWIDTH)
SET_CURRENT_LINESTYLE (LINESTYLE)
SET_CURRENT_FONT (FONT)
SET_CURRENT_CHARSIZE (CHARWIDTH,CHARHEIGHT)
SET_CURRENT_CHARSPACE (DX,DY,DZ)
SET_CURRENT_CHARPLANE (DX,DY,DZ)
SET_CURRENT_CHARQUALITY (CHARQUALITY)
SET_CURRENT_PICK_ID (ID)
```

Errors:
1.  Invocation when no open segment.
2.  Invalid attribute value.

### 4.2.1.2 INTERROGATING CURRENT ATTRIBUTE VALUES FOR STATIC PRIMITIVE ATTRIBUTES

Each function listed below returns the current attribute value corresponding to the primitive attribute specified by the function name. The functions can be invoked at any time. The values are reset to their defaults when a segment is opened and not when it is closed; thus, the values when no segment is open reflect their last settings in the previous segment construction sequence (again consistent with the rules for the CP). Prior to the first segment creation, these values will be the same as the established default values.

```
INQUIRE_CURRENT_COLOR (COLOR)
INQUIRE_CURRENT_INTENSITY (INTENSITY)
INQUIRE_CURRENT_LINEWIDTH (LINEWIDTH)
INQUIRE_CURRENT_LINESTYLE (LINESTYLE)
INQUIRE_CURRENT_FONT (FONT)
INQUIRE_CURRENT_CHARSIZE (CHARWIDTH,CHARHEIGHT)
INQUIRE_CURRENT_CHARSPACE (DX,DY,DZ)
INQUIRE_CURRENT_CHARPLANE (DX,DY,DZ)
INQUIRE_CURRENT_CHARQUALITY (CHARQUALITY)
INQUIRE_CURRENT_PICK_ID (ID)
```

Errors: None.

### 4.2.1.3 SET_CURRENT_SEGMENT_TYPE (SEGMENT_TYPE)

This function sets the current system-maintained attribute value corresponding to the static segment attribute. It can be invoked at any time.

Errors:
1.  Invalid segment type.

**Exhibit 15  Page 635**          GW-LT 253912

#### 4.2.1.4 INQUIRE_CURRENT_SEGMENT_TYPE (SEGMENT_TYPE)

This function returns the current attribute value corresponding to the static segment attribute. It can be invoked at any time.

Errors: None.

#### 4.2.1.5 INQUIRE_NAMED_SEGMENT_TYPE (SEGMENT_NAME,SEGMENT_TYPE)

The type of a segment is established when a segment is created, and is determined by the current attribute value for the SEGMENT_TYPE attribute. This function returns the attribute value that has been established for the specified segment. It can be invoked at any time.

Errors:
1. Invalid (i.e., non-existing) segment.

#### 4.2.2 ATTRIBUTE VALUES FOR DYNAMIC SEGMENT ATTRIBUTES

Functional capabilities are provided to alter and inquire about the dynamic segment attribute values assigned to a particular segment. These capabilities may be explicitly invoked for any existing segment, including an open one. Alteration of a segment's dynamic attribute value does not require that the programmer recreate the segment.

#### 4.2.2.1 SETTING DYNAMIC SEGMENT ATTRIBUTE VALUES

Each function listed below specifies an attribute value for the corresponding dynamic attribute of the specified segment. They can be invoked at any time. Any invocations which can affect the segment's corresponding visible image will result in a new-frame action. The SET_IMAGE_... functions are used to modify separate translation, scaling, and rotation components of the IMAGE_TRANSFORMATION attribute. These functions replace old values for an indicated component with new values; the new values are not composed with the old ones. A call to alter one IMAGE_TRANSFORMATION component will not change the values of the other components. The meaning of components in terms of their corresponding parameters is defined in Section 5.2.3.

```
SET_VISIBILITY (SEGMENT_NAME, VISIBILITY)
SET_HIGHLIGHTING (SEGMENT_NAME, HIGHLIGHTING)
SET_DETECTABILITY (SEGMENT_NAME, DETECTABILITY)
SRT_IMAGE_TRANSLATE_2 (SEGMENT_NAME, DX,DY)
SET_IMAGE_TRANSLATE_3 (SEGMENT_NAME, DX,DY,DZ)
SET_IMAGE_ROTATE_2 (SEGMENT_NAME, A)
SET_IMAGE_ROTATE_3 (SEGMENT_NAME, AX,AY,AZ)
SET_IMAGE_SCALE_2 (SEGMENT_NAME, SX,SY)
SET_IMAGE_SCALE_3 (SEGMENT_NAME, SX,SY,SZ)
```

Errors:
1. Invalid (i.e., non-existing) segment.
2. Invalid attribute value.
3. Invalid image transformation for the segment.

#### 4.2.2.2 INTERROGATING DYNAMIC SEGMENT ATTRIBUTE VALUES

Each function listed below returns the attribute (or attribute component) value currently specified for the corresponding dynamic attribute of the segment. They can be invoked at any time.

```
INQUIRE_VISIBILITY (SEGMENT_NAME, VISIBILITY)
INQUIRE_HIGHLIGHTING (SEGMENT_NAME, HIGHLIGHTING)
INQUIRE_DETECTABILITY (SEGMENT_NAME, DETECTABILITY)
```

Exhibit 15  Page 636                                    GW-LT 253913

```
INQUIRE_IMAGE_TRANSLATE_2 (SEGMENT_NAME, DX,DY)
INQUIRE_IMAGE_TRANSLATE_3 (SEGMENT_NAME, DX,DY,DZ)
INQUIRE_IMAGE_ROTATE_2 (SEGMENT_NAME, A)
INQUIRE_IMAGE_ROTATE_3 (SEGMENT_NAME, AX,AY,AZ)
INQUIRE_IMAGE_SCALE_2 (SEGMENT_NAME, SX,SY)
INQUIRE_IMAGE_SCALE_3 (SEGMENT_NAME, SX,SY,SZ)
```

Errors:
1.  Invalid (i.e., non-existing) segment.


## 4.2.3 DEFAULT ATTRIBUTE VALUES

The Core System will provide a standard set of default attributes values.  Specific values may be implementation-dependent, but will fall within the following Core System guidelines:

```
     COLOR -- "normal" for the given device
     INTENSITY -- "midrange" for the device
     LINEWIDTH -- "midrange" for the device
     LINESTYLE -- "solid"
     FONT -- "normal" for the device
     CHARSIZE -- "normal" based upon available hardware characters (typically this will
          be the smallest hardware size)
     CHARSPACE -- "normal" on X-axis, 0 on Y-axis, 0 on Z-axis
     CHARPLANE -- 0 on X-axis, 1 on Y-axis, 0 on Z-axis
     CHARQUALITY -- "low"
     PICK_ID -- 0
     SEGMENT_TYPE -- "non-retained"
     VISIBILITY -- "visible"
     DETECTABILITY -- "undetectable"
     HIGHLIGHTING -- "non-highlighted"
     IMAGE_TRANSFORMATION -- "identity"
```

The system defaults can be explicitly replaced with program-specified defaults prior to the first segment creation (see Section 7.2.3). Once established, the (system- or program-specified) default values cannot be altered during subsequent segment construction and manipulation.

The established default values for dynamic segment attributes are implicitly specified for the new segment each time a segment is created. The system-defined default values for static attributes are used to initialize the current attribute values. The current attribute values are reinitialized to program-specified default values if and when the system-defined defaults are replaced. The current attribute values for the static primitive attributes are reset to their established defaults at every segment creation. The current attribute value for the static segment attribute is never implicitly reset once its default has been established.


## 4.3 SYNOPSIS OF MAJOR ISSUES

Segment vs. Primitive Attributes:  Shall the sets be disjoint? Which attributes belong in which set?

Attribute Values:  What are their values? Can they be aggregates? Are there defaults?

Attribute Initialization and Assignment:  How are they initialized? How can they be altered or interrogated?

Attribute Simulation:  What is done when particular attributes are not supported by an installation's hardware?

**Exhibit 15  Page 637**                    GW-LT 253914

# 5 VIEWING TRANSFORMATIONS

## 5.1 OVERVIEW

Specifying the viewing transformation may be thought of as specifying the arbitrary orientation of a synthetic camera. The resulting view of the object (snapshot) can appear on one or more view surfaces. The viewing transformation has two purposes: one is to specify how much of world coordinate space is to be visible; the other is to specify a mathematical transformation that converts world coordinates into normalized device coordinates. A viewing transformation is specified by a view volume that defines the portion of world coordinate space[3] which is to be projected onto a view plane (projection plane), and a rectangular viewport in normalized device coordinate space to which the projected coordinates are to be mapped. The viewing transformation is sufficiently general to allow either perspective or parallel projections. This latter class includes, as special cases, orthographic, isometric, cavalier, and cabinet projections.

The general process of creating an image on a view surface can be conceptualized as a 4-step process, as shown in Figure 5-1. This figure represents the viewing transformation portion of the graphics system shown in Figure 1 of the Methodology chapter. The process generalizes the familiar example of 2D window clipping, followed by 2D window to viewport mapping. First, world coordinate objects to be viewed are clipped to the view volume which is either a pyramid for perspective projection or a parallelepiped for parallel projection. The boundaries of the view volume are determined by the window defined in a view plane, and the center of projection (for perspective projection) or the direction of projection (for parallel projection). As will be shown, view volumes are not restricted to having their center lines perpendicular to the view plane (see the example in Section 5.1.7). Next, the clipped portions of the objects are projected onto the window in the view plane. In the third step, the contents of the window are mapped to the viewport on a logical view surface addressed in normalized device coordinates. Finally, the image's representation is mapped from the viewport into physical device coordinates for display.



FIGURE 5-1
PICTURE GENERATION PROCESS

The most recently set values of the viewing parameters or their defaults determine the viewing transformation. There is never more than one viewing transformation in effect at any one time. The order in which the parameters have been set has no effect on the viewing transformation.

Snapshots correspond to views of objects which are stored in segments (see Section 3.1). This correspondence implies that, just as one can only position the camera between and

---

[3]2D world coordinate space is a special case of 3D world coordinate space. (See Section 5.1.1.)

II-35

**Exhibit 15  Page 638**                    GW-LT 253915

not during the taking of snapshots, one can only change the viewing transformation between and not during the construction of segments.

The world coordinate system in which objects are defined may be either left-handed or right-handed. A control function (Section 7.2.8.3) establishes which coordinate system is to be used. The default is left-handed.

### 5.1.1 2D VERSUS 3D

All objects are considered to be three-dimensional, and are specified in a Cartesian coordinate system. There is consequently no dichotomy between planar "2D" objects with a fixed Z coordinate and 3D objects; such a dichotomy exists in many graphics systems. 2D and 3D output primitives can be freely intermixed while an object is being described to the Core System since a missing Z value implies the use of the Z component of CP. Furthermore, following the basic approach of GCS [MIDD74, PUK76], the viewing specification process has been structured so that the 2D viewing specification is a proper subset of the 3D viewing specification.

The application programmer who deals solely with a 2D world uses the traditional concepts of <u>viewport</u> and <u>window</u>, with the slight generalization that the window can be inclined with respect to the principal axes. This rotation is specified using the <u>view up vector</u>, a directed line segment in world coordinates, which would appear upright on the view surface if it were within the window. Figure 5-2 shows the effect of the view up vector on the orientation of several 2D windows.



WORLD COORDINATES

PHYSICAL DEVICE COORDINATES

↑ VIEW UP DIRECTION    [ VIEWPORT ]    [ WINDOW ]

FIGURE 5-2
EFFECT OF VIEW UP DIRECTION

II-36

Exhibit 15  Page 639    GW-LT 253916

## 5.1.2 VIEW PLANE

The view plane is used both to help specify the window for clipping and to serve as the projection plane. It is established by giving a view reference point, a view plane normal, and a view plane distance. The view reference point is typically a convenient (known) point on or near the object being viewed. The view plane normal is a directed line segment from the view reference point, and is specified relative to that point. The view plane is perpendicular to the view plane normal at a distance from the view reference point specified by the view plane distance, which is a signed quantity with positive values corresponding to the direction of the specified normal.

The default view reference point is the origin. The default view plane normal is (0,0,1). With these defaults view planes correspond to the Z = constant planes (where the constant is the view plane distance). The default view plane distance is zero, in which case the view reference point is in the view plane.

Having specified a view plane, the specification of a window in the view plane and the type of projection are used to determine both the view volume to which an object is to be clipped, and how the clipped portion is to be projected onto the window, as described next.

## 5.1.3 PROJECTION

A world coordinate object is projected onto the view plane with either a perspective or a parallel projection. The projection of an object onto the view plane is found by passing lines (projectors) through each point on the object and finding their intersections with the view plane. For a perspective projection, the lines all emanate from a common point, called the center of projection. For a parallel projection, the lines are all parallel to a specified line segment. (In this case the center of projection is sometimes said to be at infinity.)

If a perspective projection is specified, the center of projection is given relative to the view reference point. In the synthetic camera analogy, the center of projection is the point at which the camera is located. The camera is oriented such that its line of sight is parallel to and in the same direction as the view plane normal. It is an error for the camera to be positioned so that the view plane is behind the camera.

If a parallel projection is specified, it is determined by a line segment, one end of which is the view reference point, the other end of which is specified relative to that point. This line defines the direction of projection. If the projection direction is perpendicular to the view plane, the projection is orthographic (or axonometric, which includes isometric). Cabinet and cavalier projections can be obtained if the projection lines intersect the plane at specific designated oblique angles. [CARL77]

## 5.1.4 WINDOWS, VIEW VOLUMES, AND CLIPPING

The window is the bounded portion of the view plane which contains projected information to be seen on the view surface. To specify the window, a view plane coordinate system must be defined. This coordinate system will be called the UV system to distinguish it from both world coordinates and normalized device coordinates which are both XYZ systems. The origin of the UV system is at the point where a line collinear with the view plane normal through the view reference point pierces the view plane. (In the default case of Figure 5-3 where the view plane distance equals zero, this point is the same as the view reference point.)

The V-axis direction is determined from the view up vector, which is a directed line segment specified in world coordinates relative to the view reference point. The view up vector is projected onto the view plane, with a projection parallel to the view plane normal; this projection determines the positive V-axis. In the synthetic camera analogy, the camera would be rotated about its line of sight so that the projection of the view up vector appears vertically in the camera's viewfinder.

The positive U-axis of the UV system is 90 degrees clockwise from the positive V-axis as viewed in the direction of the view plane normal. (More precisely, the positive U and V directions and the view plane normal form a left-handed coordinate system.) The window is specified in terms of maximum and minimum U and V values. See Figure 5-3.

**Exhibit 15  Page 640**                    GW-LT 253917



FIGURE 5-3

UV SYSTEM IN THE VIEW PLANE

All of the viewing transformation parameters are specified relative to the reference point. If only this point is moved, the UV system and the view plane normal are simply translated in the world coordinate system.

Having specified a window in the view plane and a type of projection, a view volume is determined. For perspective, the view volume is a semi-infinite pyramid whose sides are determined by projectors through the window corners, as is shown in Figure 5-4A. A case where the center line of the pyramid is not perpendicular to the view plane (i.e., the pyramid is skewed), and the view reference point is even outside the window is illustrated in Figure 5-4B. For parallel projection, the view volume is an infinite parallelepiped whose sides, as with perspective, are determined by projectors through the window corners, as is shown in Figure 5-5. Also, as for perspective, the parallelepiped may be skewed -- Figure 5-6 shows such a volume.



FIGURE 5-4A

SEMI-INFINITE PYRAMID

II-38

Exhibit 15  Page 641                                    GW-LT 253918



FIGURE 5-4B
SEMI-INFINITE PYRAMID



FIGURE 5-5
INFINITE PARALLELEPIPED FOR
PERPENDICULAR PARALLEL PROJECTION

FIGURE 5-6
INFINITE PARALLELEPIPED FOR
OBLIQUE PARALLEL PROJECTION

II-39

Exhibit 15  Page 642                    GW-LT 253919

<u>Window clipping</u> is defined as clipping against the boundaries of the view volume defined by the window. If window clipping is enabled, only that part of the object which lies within the view volume and therefore is projected onto the window will be displayed on the view surface. If window clipping is disabled (the default), then the window serves only to help specify the mapping from world coordinates to normalized device coordinates.

A finite subvolume of a (semi-)infinite view volume can be obtained by specifying a <u>front clipping plane</u> and a <u>back clipping plane</u>, both parallel to the view plane, and both specified, like the view plane, by a distance along the view plane normal from the view reference point. Figures 5-7 and 5-8 show two such view volumes. When <u>depth clipping</u> is enabled (Section 7.2.8.2), world coordinate objects (and portions thereof) not between the front and back clipping planes are discarded. Depth clipping against the front and back clipping planes is controlled separately from window clipping.

Given the generality of the Core System's viewing transformation (e.g., skewed view volumes), a straightforward analogy of using the synthetic camera seems to break down. Rather than drawing an analogy between the view volume and the camera's field of view, for example, it has been found more constructive to give the camera an arbitrarily large field of view and aim it toward the view plane, with its line of sight perpendicular to that plane. Window clipping then corresponds to cropping the useful portion of the negative. No good analogy exists for depth clipping.



FIGURE 5-7
TRUNCATED VIEW VOLUME
FRONT, BACK, AND VIEW DISTANCES

II-40

Exhibit 15  Page 643                                    GW-LT 253920



FIGURE 5-8
TRUNCATED VIEW VOLUME



————— PHYSICAL SCREEN BOUNDARIES
- - - - - NORMALIZED DEVICE
         COORDINATE SPACE

FIGURE 5-9
POSSIBLE MAPPINGS OF NORMALIZED
DEVICE COORDINATE SPACE TO
PHYSICAL SCREEN COORDINATES

II-41

Exhibit 15  Page 644                                    GW-LT 253921

### 5.1.5 NORMALIZED DEVICE COORDINATE SPACE, VIEW SURFACES, AND VIEWPORTS

In order to describe the mapping from the view plane to the view surface, we must first describe view surfaces and how they are mapped to physical display surfaces. The view surface is thought of as a rectangle corresponding to normalized device coordinate space. The default range for normalized device coordinate space is 0 to 1 along each axis, although this may be further constrained along one axis, but not both, to promote efficient use of non-square display surfaces without sacrificing transportabilty.

Figure 5-9 shows the mapping which might occur for the default normalized device coordinate space of 1 by 1 to several different view surfaces. (Coincident view surface and display surface boundaries are shown as solid and dashed lines drawn slightly apart for ease of differentiation). The only scaling of the rectangle performed in the mapping from normalized device coordinates to the view surface is uniform, so no distortion occurs. The mapping will usually (but not necessarily) make the rectangle as large as possible, thus minimizing the unusable area of the display surface. The areas of the view surface which are outside the range of normalized device coordinates might be used by the operating system for operator communication, by the Core System to display error messages from the Core System error-handling mechanism (see Section 7), or by the Core System for simulations of input devices (see Section 6).

The exact way in which the mapping to device coordinates occurs is installation-dependent. Some installations might allow the operator to specify that a particular mapping is to be used. This would allow control over placement and size of pictures on a plotter, which is frequently an important concern. Within this context, creation of a long strip chart on a drum plotter would be achieved by specifying a normalized device coordinate space which is much wider than it is high.

The mapping from the view plane to the view surface is determined by the size of the window on the view plane and the position and size of the viewport on the view surface. Viewports are rectangles on the view surface within which a view of a world coordinate object is shown, and are specified in normalized device coordinate space. If window clipping is enabled, only those portions of objects which lie within the window/view volume are mapped to normalized device coordinates and will lie within the viewport. If window clipping is disabled, each object will be mapped to normalized device coordinates, with device-dependent results for those portions of views of objects which fall outside the range of normalized device coordinate space. For some display processors this mapping may cause wraparound for output primitives that exceed the physical display screen.

### 5.1.6 IMAGE TRANSFORMATIONS

An image (view of an object) can be arbitrarily translated, scaled, and rotated after the corresponding retained segment has been constructed, causing the image to change in position, size, or orientation on a view surface. This is a separate, second transformation unrelated to the viewing transformation, and is called an image transformation. This capability is included only in the highest level of the Core System, and is described in Section 5.2.3.

### 5.1.7 SAMPLE SCENARIO FOR DEFINING THE VIEWING TRANSFORMATION

Before describing the details of the 3D viewing specification, it would be instructive to describe a simple situation in which a fairly common viewing specification might be defined.

Assume an application programmer desires to produce a view of a house. He wishes to focus his attention at the center of the front door of the house (this is the view reference point). He must also specify the plane onto which he wishes to project the view of the house (the view plane). Assume he wants the front wall of the house to be the view plane. He then specifies the view plane normal as a vector normal to the house wall starting at the view reference point (the center of the front door). Since the front door is in the plane of the front wall, the view distance is zero. If the house is to remain upright in the picture, the programmer might specify the view up vector as the vector from the center of the door to the midpoint of the top of the door. Next it is necessary to specify the window in the viewplane. If the entire house is desired in the view, the window must be large enough in each direction to encompass the house. Since the center of

Exhibit 15  Page 645                                         GW-LT 253922

the door will probably not be the center of the house, the window will not be symmetric about the view reference point. The final step is to specify the type of projection. If a perspective projection is desired, the programmer must specify the center of projection, which is the location of the synthetic camera. If a parallel projection is desired, the direction of projection must be specified.

Suppose the programmer-specified window was not quite large enough to include the entire view of the house. The application program can easily allow the operator to move the window in the view plane until the desired view is obtained.

The Core System viewing framework is based on two concepts that are not provided by the conventional viewing approach. In the first place, the viewing specification is based on a known entity -- part of the object -- rather than on an eye point in the world system. Secondly, the center line of the view volume which is defined by the center of the window need not be normal to the view plane. These features can be extremely convenient, as shown in the example above in which the desired view does not easily fit the conventional viewing framework.

## 5.2 FUNCTIONAL CAPABILITIES

### 5.2.1 3D VIEWING TRANSFORMATIONS

#### 5.2.1.1 VIEW_REFERENCE_POINT (X,Y,Z)

The three parameters give the view reference point, in world coordinates. The initial default point is (0, 0, 0).

Errors:
1. A segment is open.

#### 5.2.1.2 VIEW_PLANE_NORMAL (DX,DY,DZ)

The parameters determine a world coordinate point by giving its position relative to the view reference point. The view plane normal is the directed line segment from the view reference point to the given point. The default view plane normal specification is (0,0,1).

Errors:
1. A segment is open.
2. DX, DY, and DZ are all zero: no direction can be established.

#### 5.2.1.3 VIEW_PLANE_DISTANCE (VIEW_DISTANCE)

The view (or projection) plane is specified. It is perpendicular to the view plane normal, and is VIEW_DISTANCE from the view reference point. Distances are measured in world coordinate units from the view reference point, with positive values corresponding to the direction of the view plane normal, and negative values corresponding to the opposite direction. The initial default view plane is located at the view reference point, corresponding to a VIEW_DISTANCE of 0.

Errors:
1. A segment is open.

#### 5.2.1.4 PARALLEL (DX,DY,DZ)

A parallel projection is selected. The parameters specify a world coordinate point by giving its position relative to the view reference point. The projection lines for the projection are parallel to the line running through the view reference point and this point.

Parallel projection is the limiting case of a perspective projection in which the camera slides away from the window along the line through the center of the window in the

II-43

Exhibit 15  Page 646                    GW-LT 253923

direction of the parallel projection lines. The camera maintains its orientation in that it points along a line parallel to and in the direction of the view plane normal. The initial default projection is parallel with parameters (0,0,1).

Errors:
1. A segment is open.
2. DX, DY, and DZ are all zero: the projection direction cannot be determined.


5.2.1.5 PERSPECTIVE (DX,DY,DZ)


A perspective projection is selected. The center of projection is the world coordinate point specified by the parameters relative to the view reference point. In the synthetic camera analogy, the camera is at the center of projection, aimed parallel to and in the direction of the view plane normal. The initial default projection is parallel.

Errors:
1. A segment is open.


5.2.1.6 VIEW_UP_3 (DX_UP,DY_UP,DZ_UP)


The three parameters determine a world coordinate point by giving its position relative to the view reference point. The view up directed line segment runs from the view reference point to this point. This directed line segment, when projected onto the view plane (parallel to the view plane normal), specifies the positive V-axis of the UV coordinate system in the view plane, as shown by Figure 5-3. The U-axis is in the view plane also, such that the U-axis, the V-axis and the view plane normal form a left-handed coordinate system. The V-axis will be vertical when the view plane is mapped to the view surface. In the synthetic camera analogy, the camera is oriented such that the projection of the view up vector appears vertically in the viewfinder.

The default view up vector is (0,1,0), which causes the Y-axis to be "up". Note that this default will not work if the view plane normal is parallel to the Y-axis.

Errors:
1. A segment is open.
2. DX_UP, DY_UP, and DZ_UP are all zero: no view up direction can be established.


5.2.1.7 WINDOW (UMIN,UMAX,VMIN,VMAX)

The window, defined by the four parameters in the UV coordinate system, is in the view plane. The left and right sides of the window are specified by UMIN and UMAX and are parallel to the V-axis, and the top and bottom of the window are specified by VMIN and VMAX and are parallel to the U-axis.

If a perspective projection has been selected, the center of projection and window define a semi-infinite viewing pyramid, the contents of which are projected onto the window in the view plane. If a parallel projection has been selected, the projection direction and the window define an infinite parallelepiped, the contents of which are projected onto the window in the view plane.

If window clipping is disabled, the entire view plane is mapped to the view surface in such a way that the window is transformed to the viewport. The image appearing on the view surface is well-defined only for that portion of the view plane which, when mapped to the view surface, falls within the range of normalized device coordinate space. Objects whose views on the view surface cross or exceed the bounds of normalized device coordinate space will be displayed in a hardware- or installation-dependent manner. The initial default value for the window is (0,1,0,1), and window clipping is initially disabled.

Errors:
1. A segment is open.
2. UMIN is not less than UMAX, or VMIN is not less than VMAX.

Exhibit 15  Page 647                                    GW-LT 253924

5.2.1.8 VIEW_DEPTH (FRONT_DISTANCE,BACK_DISTANCE)

This function specifies planes for depth clipping, but does not affect whether depth clipping is performed. The initial default condition is that depth clipping is off.

A front (sometimes called hither) clipping plane is defined, parallel to the view plane. It is a distance FRONT_DISTANCE from the view reference point. The front plane must not be "behind" the center of projection for a perspective projection. The initial default condition is that the front clipping plane is the same as the view plane.

Similarly, a back (sometimes called yon) clipping plane is defined, also parallel to the view plane. It is a distance BACK_DISTANCE from the view reference point. It must be no closer to the center of projection than is the front clipping plane. (This means FRONT_DISTANCE must be less than or equal to BACK_DISTANCE.) The initial default condition is that the back clipping plane is the same as the view plane.

As with VIEW_DISTANCE, FRONT_DISTANCE and BACK_DISTANCE are signed values and are measured in world coordinate units along the view plane normal, with zero at the view reference point, and positive values corresponding to the direction of the view plane normal.

Errors:
1. A segment is open.
2. FRONT_DISTANCE is greater than BACK_DISTANCE, so that the back clipping plane is in front of the front clipping plane.


5.2.1.9 NDC_SPACE_2 (WIDTH,HEIGHT)

This function defines the size of the 2D normalized device coordinate space which can be addressed on the view surface of all display devices used by the application program, and within which viewports will be specified. Both parameters must be in the range from 0 to 1, and at least one parameter must have a value of 1. Horizontally, normalized device coordinates range from 0 to WIDTH; vertically, from 0 to HEIGHT. The rectangle so defined is mapped to the viewable area of any display device used by the application program, so that the entire rectangle is visible.

The initial default normalized device coordinate specification is WIDTH = 1 and HEIGHT = 1. NDC_SPACE_2 or NDC_SPACE_3 (Section 5.2.3.1) may be used at most once per initialization of the Core System, and the normalized device coordinate range it establishes applies to all view surfaces which might be used by the application program. Because the normalized device coordinate space must be known for:

• specification of a viewport,
• opening of a segment,
• enabling of a LOCATOR input device, and
• setting a segment's IMAGE_TRANSFORMATION attribute,

NDC_SPACE_2 must be invoked prior to any use of these functions. Otherwise, the default values will be used. If NDC_SPACE_2 is invoked, rather than NDC_SPACE_3 (see Section 5.2.3.1), then DEPTH is set to 0.

Errors:
1. NDC_SPACE_2 or NDC_SPACE_3 has already been invoked since the Core System was last initialized.
2. The invocation of NDC_SPACE_2 is too late - the default values for normalized device coordinates have already been assumed, and hence cannot be changed.
3. A parameter value is greater than 1, or is less than or equal to 0.
4. Neither parameter has a value of 1.


5.2.1.10 VIEWPORT_2 (XMIN,XMAX,YMIN,YMAX)

The parameters give the extent, in 2D normalized device coordinate space, of the current viewport. The viewport's sides are vertical, and its top and bottom are horizontal. The viewport cannot exceed the bounds of normalized device coordinate space. This viewport will be used for displaying all output primitives until a new viewport is specified. The initial default viewport specification is the entire normalized device coordinate space,

II-45

Exhibit 15  Page 648                                    GW-LT 253925

as specified by NDC_SPACE_2 or NDC_SPACE_3, or by the default if neither of these functions has been invoked. If VIEWPORT_2 is invoked, rather than VIEWPORT_3 (see Section 5.2.3.2), then ZMIN and ZMAX are set to 0.

Errors:
1.  Viewport extent is outside of normalized device coordinate space.
2.  A segment is open.
3.  XMIN is not less than XMAX, or YMIN is not less than YMAX.


## 5.2.2 2D VIEWING TRANSFORMATIONS

One additional function, included in the Core System to simplify viewing of planar objects which lie in the XY plane, is described in this section. The capability it provides is useful to implementors of 2D applications. In reality, of course, the viewing does occur in a 3D environment. The defaults have simply been arranged to specify an orthogonal (parallel) projection onto the view plane, which is defaulted to the XY plane. If the world coordinate system is left-handed the U- and X-axes are coincident, as are the V- and Y-axes. Thus, a non-rotated window can be specified in the XY plane. The one additional function, VIEW_UP_2, allows a 2D view up direction to be specified, so that rotated windows can be specified. As is usual, the two parameters to VIEW_UP_2 are augmented by the Core System with an implied zero value to specify a 3D world coordinate position.

Also in this section there is another definition of WINDOW, functionally equivalent to that given in Section 5.2.1.7, but phrased so that understanding of neither 3D coordinates nor the UV system is needed.

A view of an object in the XY plane can be completely specified by using only VIEW_UP_2, WINDOW, VIEWPORT_2, and NDC_SPACE_2, so long as the world coordinate system default of left-handed remains unaltered.


## 5.2.2.1 VIEW_UP_2 (DX_UP,DY_UP)

This function specifies the world coordinate "up" direction, so that the world coordinate Y-axis need not be "up" on the view surface. The synthetic camera is rotated about its line of sight so that the vector from the origin to (DX_UP,DY_UP) would appear to be vertical in the camera's viewfinder. The default for (DX_UP,DY_UP) is (0,1). Thus the world coordinate Y-axis direction is the default view up direction.

VIEW_UP_2 can be used interchangeably with VIEW_UP_3 (DX_UP, DY_UP, 0).

Errors:
1.  A segment is open.
2.  DX_UP and DY_UP are both zero: no view up direction can be established.


## 5.2.2.2 WINDOW (XMIN,XMAX,YMIN,YMAX)

The parameters to WINDOW specify a rectangle in world coordinates. The rectangle's left and right sides are vertical; its top and bottom are horizontal. This rectangle is rotated about the origin so that the sides running from the bottom to the top of the rectangle run in the direction of the view up vector. The rotated rectangle defines the window. Figure 5-2 shows such situations. In the default case, the view up vector is the positive Y direction, so that no rotation need be performed.

The window and the viewport define the transformation which will be used to map from world coordinates to normalized device coordinates. When enabled, clipping is performed at the window boundary. That is, points on or inside the window boundary are visible; points outside the boundary are not. If window clipping is disabled, then the entire XY plane is mapped to the view surface in such a way that the window is mapped to the viewport. The image appearing on the view surface is well-defined only for that portion of the XY plane which, when mapped to the view surface, falls within the range of normalized device coordinate space. Any object whose image is partially or completely outside these bounds will be displayed in an installation- or hardware-dependent way. The default window specification is (0,1,0,1), and window clipping is initially disabled.

Exhibit 15  Page 649                                      GW-LT 253926

Errors:
1. A segment is open.
2. XMIN is not less than XMAX, or YMIN is not less than YMAX.


5.2.3 IMAGE TRANSFORMATIONS


Image transformations are part of only the highest level of the Core System. They are applied to the view of an object in normalized device coordinate space, i.e., after the viewing transformation has been applied to the object. Image transformations were first formalized in GPGS [CARU75, CARU77, GROO77].

Transforming an image, view of an object, loosely corresponds to transforming the photograph of an object, by repositioning the photo on the page of a photo album. Although real photos cannot be scaled, images can be, and can also be translated and rotated. Image transformations can be used for real-time rotation of objects, for dragging, and for other purposes discussed in issue 5.4.1 of Chapter 3. The effect of several image transformations on a 2D image of an arrow (previously clipped as part of the viewing transformation) is shown in Figure 5-10.



| WORLD COORDINATES | NORMALIZED DEVICE COORDINATES, IDENTITY IMAGE TRANSFORMATION | NORMALIZED DEVICE COORDINATES, SCALE IMAGE TRANSFORMATION | NORMALIZED DEVICE COORDINATES, ROTATION IMAGE TRANSFORMATION |

FIGURE 5-10

EFFECT OF IMAGE TRANSFORMATIONS


While the photograph analogy is useful for explaining 2D image transformations, 3D transformations, needed for effects like "tumbling", are not so readily explained. To extend the concept to 3D, normalized device coordinate space in which images are defined must be thought of as 3D. A 3D view is the contents of the view volume, mapped to fit into a 3D rectangular parallelepiped, called the 3D viewport (rather than the conventional 2D viewport). Even though normalized device coordinates are 3D, a view surface is always 2D; the images in the 3D normalized device coordinate space are orthographically projected onto the z=0 plane (which corresponds to the view surface). Image transformations allow an image to be transformed (rotated, scaled, translated) in normalized device coordinate space before this final projection occurs.

The mapping of the view volume into the 3D viewport preserves the effect of the current perspective or parallel projection. The back of the view volume, defined by the back clipping plane, is in and fills the back face of the 3D viewport, and the front of the view volume, defined by the front clipping plane, is in and fills the front face of the 3D viewport. This relationship is illustrated in Figure 5-11. If clipping is disabled, then any portion of the object which is outside the view volume will be transformed into normalized device coordinate space, outside of the 3D viewport (as with 2D viewports). If any of the image exceeds the range of normalized device coordinate space, installation-dependent results will be obtained.


II-47

**Exhibit 15  Page 650**                    GW-LT 253927

 

FIGURE 5-11
TRANSFORMATION OF VIEW
VOLUME INTO 3D VIEWPORT

  

VIEW VOLUME IN
WORLD COORDINATES

3D VIEWPORT IN
NORMALIZED DEVICE
COORDINATES,
IDENTITY IMAGE
TRANSFORMATION

3D VIEWPORT IN
NORMALIZED DEVICE
COORDINATES,
ARBITRARY IMAGE
TRANSFORMATION

FIGURE 5-12
EFFECT OF IMAGE TRANSFORMATIONS

Figure 5-12 shows (a) an object and the view volume partially surrounding the object, (b) the 3D viewport and the view of the object as it exists after the view volume and its contents have been mapped into the 3D viewport with the identity image transformation, and (c) the 3D viewport and the view of the object after some image transformation has been applied.

In the Core System, the unit to which an image transformation can be applied is a retained segment. Image transformations are specified via the dynamic segment attribute IMAGE_TRANSFORMATION. This attribute has components specified in normalized device coordinates and controls rotation, scaling, and translation applied to the image. The individual components of the transformation are applied in this same order, that is, rotate, scale, and then translate. The translation component of IMAGE_TRANSFORMATION is a 3-tuple of X-, Y-, and Z-axis translations. The scale component is a 3-tuple of X-, Y- and Z-axis scale factors. In 3D, the rotation component is a 3-tuple of angles, giving

II-48

Exhibit 15  Page 651                    GW-LT 253928