1

**EXHIBITS TABLE OF CONTENTS**

2

| Exhibit | Document | Page No. |
|---|---|---|
| 1 | U.S. Patent No. 4,763,356 to Day, et al., marked with Bates range LUC 1004455-81 | 12 |
| 2 | Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent No. 4,763,356, dated May 15, 2007 [Docket No. 1795] | 39 |
| 3 | "Touch Screens: Big Deal or No Deal?," Michael Tyler, DATAMATION, dated January 1984, marked with Bates range GW-LT422215-22 | 47 |
| 4 | Excerpts of the deposition Michael E. Farmer, taken February 23, 2006 | 55 |
| 5 | Excerpts of The Home Accountant and Financial Planner for the Macintosh, dated 1984, marked with Bates range MSLT_1060811-813 | 67 |
| 6 | Excerpts of the deposition of Dale Buscaino, taken November 7, 2007 | 73 |
| 7 | Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356 [Docket No. 1552], dated April 17, 2007 | 79 |
| 8 | U.S. Patent No. 4,439,759 to Fleming et al., marked with Bates range LUC1114390-409 | 88 |
| 9 | "Final Report – NASA Grant NSG 1508, Extension of the Core Graphics System for Raster Graphics Display," James D. Foley, marked with Bates range DELL366644-799 | 108 |
| 10 | Supplemental Rebuttal Expert Report of Jake Richter, dated October 12, 2007 | 264 |
| 11 | Excerpts of the deposition of Jake Richter, taken November 14, 2007 | 286 |
| 12 | Order Construing Claims for United States Patent Number 4,439,759, dated November 15, 2005 | 311 |
| 13 | Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent Number 4,439,759, dated September 14, 2007 | 321 |
| 14 | Affidavit of Jean A. Pec, with Exhibits A-B, dated September 14, 2007 | 409 |
| 15 | Status Report of the Graphics Standards Planning Committee, Computer Graphics, Vol. 11, No. 3, Fall 1977, marked with Bates range GW-LT253851-997 | 574 |
| 16 | Excerpts of the deposition of James D. Foley, taken November 7, 2007 | 721 |
| 17 | Home Information Systems - Provisional Standard, Bell Laboratories, dated April 14, 1981, marked with Bates range LUC 003905-4026. **FILED UNDER SEAL** | 732 |

- 7 -

18    Expert Report of Edward J. Delp III Regarding Obviousness,
      dated September 14, 2007 ...................................................................854

19    Supplemental Rebuttal Expert Report of Professor Bernd Girod Regarding
      Validity of Lucent's 4,383,272 and 4,958,226 Patents,
      dated October 12, 2007 ....................................................................1011

20    Excerpts of the deposition of Bernd Girod, taken on November 20, 2007 ......1045

21    Excerpts of "Digital Pictures: Representation and Compression," Arun N.
      Netravali and Barry G. Haskell, 1988, marked with Bates range
      MSLT_0004995-99, 5408, and 5481 .................................................1084

22    Excerpts of the deposition of Barry Haskell, taken December 15, 2005.
      **FILED UNDER SEAL** .................................................................1103

23    Translation of the Master's Thesis of Thomas Micke, entitled
      "Comparison of a Predictive and an Interpolative Motion Compensating
      Coding Method for Television Signals, April 1986, marked with Bates
      range GW-LT255053-131 ................................................................1094

24    U.S. Patent No. 4,958,226 to Haskell, et al., marked with Bates range
      LUC1112272-77 ...........................................................................1182

25    Order Construing Claims for United States Patent Number 4,958,226,
      dated July 14, 2005 .......................................................................1188

26    Copyright Information for Digital Pictures, marked with Bates range
      DELL318997-99 ...........................................................................1194

27    Affidavit of Michael A. Davis, Jr., dated March 12, 1999, with
      Exhibits A-F, marked with Bates range DELL320793-800 .....................1197

28    "A Hybrid Interpolative and Predictive Code for the Embedded
      Transmission of Broadcast Quality Television Picture," N.K. Lodge,
      marked with Bates range DELL318140-47 ........................................1205

29    A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for
      the HDTV Coding," Masayuki Tanimoto, July 1987, marked with Bates
      range DELL318251-54 ...................................................................1213

30    CITT SG XV Working Party Document #81: Comments on Conditional
      Motion Compensated Frame Interpolation," March 1986, marked with
      Bates range MSLT0625891-94 .......................................................1217

31    U.S. Patent No. 4,849,810 to Ericsson, marked with Bates range
      DELL319258-315 .........................................................................1221

32    U.S. Patent No. 4,816,914 to Ericsson, marked with Bates range
      DELL320565-607 .........................................................................1280

33    U.S. Patent No. 4,794,455 to Ericsson, marked with Bates range
      DELL319147-73 ...........................................................................1323

34    U.S. Patent No. 4,703,350 to Hinman, marked with Bates range
      DELL320519-37 ...........................................................................1350

- 8 -

35    U.S. Patent No. 4,727,422 to Hinman, marked with Bates range
      MSLT_0001034-51 ........................................................................................ 1369

36    U.S. Patent No. 4,661,849 to Hinman, marked with Bates range
      DELL318173-90 ........................................................................................... 1387

37    U.S. Patent No. 4,754492 to Malvar, marked with Bates range
      DELL319037-59 ........................................................................................... 1405

38    Declaration of Thomas Wehberg ................................................................. 1428

39    "The Efficiency of Motion-Compensating Prediction for Hybrid Coding of
      Video Sequences," Bernd Girod, August 1987, marked with Bates range
      MSLT_0233488-502 .................................................................................... 1430

40    "Television Band Compression by Contour Interpolation," Professor D.
      Gabor, et al., May 1961, marked with Bates range MLST0001228-40 ........... 1445

41    "Picture Coding: A Review," Arun N. Netravali and John O. Limb, March
      1980, marked with Bates range MSLT_0001623-63 ..................................... 1459

42    Order Denying-in-Part Dell's Motion for Summary Judgment on U.S.
      Patent No. 4,383,272 [Docket No. 1948], dated July 27, 2007 ..................... 1500

43    Superceding Order Construing Claims for United States Patent Number
      4,383,272, dated August 16, 2005 ................................................................ 1507

44    Order Denying Gateway's Motions for Summary Judgment that U.S.
      Patent No. 4,383,272 is Invalid Under 35 U.S.C. §102(g) and Granting
      Summary Adjudication on Certain Predicate Issues Pertaining to This
      Defense [Docket No. 1948], dated July 12, 2007 ........................................... 1513

45    United States Patent 4,383,272 to Netravali, et al., marked with Bates
      range LUC0001363-73 ................................................................................. 1519

46    Response to the Examiner dated October 22, 1982, marked with Bates
      range LUC0001428-31 ................................................................................. 1530

47    Doctorate thesis of Jaswant Raj Jain, entitled "Interframe Adaptive Data
      Compression Techniques for Images," September 1979, marked with
      Bates range MSLT_0001425-622 ................................................................. 1534

48    Excerpts of the deposition of Delphine Lewis, taken June 30, 2005 ............... 1732

49    Physical exhibit of video excerpts from the videotaped deposition of
      Michael Farmer, taken on February 23, 2006.
      This exhibit a compact disk ("CD").

- 9 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

1

2

3

4

5

6

7

8

9

10

11

12

13

14          **THIS PAGE INTENTIONALLY LEFT BLANK**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

rotations about the X-, Y-, and Z-axes. In 2D, the rotation component specifies the angle of rotation about the origin. The rotations are always applied in X,Y,Z order. When 2D image transformations are specified (Section 4.2.2.1), the unspecified component of the corresponding 3-tuple is set to 0 for translate and 1 for scaling.

This transformation of a segment's output primitives takes place in normalized device coordinates as part of the mapping which determines the segment's image on the view surface. All image transformations are with respect to the origin of the normalized device coordinates. If an image transformation causes an output primitive to exceed the bounds of normalized device coordinate space, the results are installation dependent. If a primitive exceeds the bounds of the viewport without exceeding the bounds of normalized device coordinate space, it remains visible.

As the world coordinate system can be thought of as being two-dimensional if only two-dimensional functional capabilities are used, so can the normalized device coordinate system be thought of as being two-dimensional if only 2D viewports and 2D image transformations are used (i.e., most of the time). When three-dimensional image transformations are used (in Level 4C of the Core System), the normalized device coordinate system is three-dimensional. This coordinate system is always left-handed with X increasing to the right on the view surface, Y increasing upwards and Z increasing away from the viewer.

The segment attribute SEGMENT_TYPE (see Section 3.2.6) specifies what image transformations can be applied to the created segment, and may limit the transformations to a 2D subset. If only 2D transformations of all images have been specified, then, since the default depth of normalized device coordinate space is 0, normalized device coordinate space can be thought of as 2D. All images are then in the same plane.

The extensions provided by the following two functions serve to allow 3D images transformations.

5.2.3.1 NDC_SPACE_3 (WIDTH,HEIGHT,DEPTH)

This function defines the size of the 3D normalized device coordinate space, the contents of which will be mapped to the view surface, and within which viewports will be specified. All three parameters must be in the range from 0 to 1, and at least one of WIDTH or HEIGHT must have a value of 1. Horizontally, the space ranges from 0 to WIDTH; vertically, from 0 to HEIGHT; in depth, from 0 to DEPTH. The rectangle of size WIDTH by HEIGHT is mapped to the viewable area of any view surface used by the application program, so that the entire rectangle is visible. Only uniform scaling of the rectangle is allowed as part of the mapping, which will usually (but not necessarily) maximize the size of the rectangle, thereby minimizing the unusable area of the display.

The initial default normalized device coordinate space specification is WIDTH = 1, HEIGHT = 1, DEPTH = 0 (Use of NDC_SPACE_2 changes WIDTH and HEIGHT and sets DEPTH to zero.) NDC_SPACE_3 may be used at most once per initialization of the Core System, and the normalized device coordinate specification it establishes applies to all view surfaces which might be selected for use during the execution of an application program. As with NDC_SPACE_2, if either is used, the use must come prior to all of the following:

• specification of a viewport,
• opening of a segment,
• enabling of a locator input device, or
• setting a segment's IMAGE_TRANSFORMATION attributes.

Errors:
1. NDC_SPACE_2 or NDC_SPACE_3 has already been invoked since the Core System was last initialized.
2. The invocation of NDC_SPACE_3 is too late -- the default values for normalized device coordinates have already been used, and hence cannot be changed.
3. A parameter is not in the range of 0 to 1.
4. Neither HEIGHT nor WIDTH has a value of 1.
5. HEIGHT or WIDTH is equal to zero.

Exhibit 15  Page 652                                    GW-LT 253929

5.2.3.2 VIEWPORT_3 (XMIN,XMAX,YMIN,YMAX,ZMIN,ZMAX)

The parameters give the minimum and maximum bounds of the viewport in 3D normalized device coordinate space. The parameters correspond to the left, right, bottom, top, front, and back surfaces of a parallelepiped, all of whose sides are either vertical or horizontal. The 3D viewport will be used for displaying all picture primitives until a new 3D viewport or 2D viewport is specified. The initial default 3D viewport specification is the same as the 3D normalized device coordinate space.

The view volume is defined by either the semi-infinite pyramid for a perspective projection or by an infinite parallelepiped for a parallel projection, as limited by the front and back clipping planes. The contents of the view volume are mapped into the viewport such that the front clipping plane coincides with the plane defined by ZMIN, and the back clipping plane coincides with the plane defined by ZMAX. The sides of the view volume then correspond to the sides of the 3D viewport.

If either window or depth clipping is turned off, it is possible that some output primitives, when transformed into normalized device coordinate space, will exceed the range specified in NDC_SPACE_3. The results of such an occurrence are hardware dependent, and will vary from installation to installation.

Errors:
1. View volume corner(s) are outside of normalized device coordinate space.
2. A segment is open.
3. XMIN is not less than XMAX, or YMIN is not less than YMAX, or ZMIN is not less than ZMAX.

5.2.4 DEFAULT VALUES

The following table lists the defaults taken by all the viewing parameters whenever the Core System is initialized. Some default values depend upon the current value of other viewing parameters: the default front distance equals the current view distance, for instance. Once the front distance is specified explicitly, it will not again implicitly be set equal to the view distance, until the Core System is again initialized. The same is true for the relationship between back distance and view distance, and between viewport and normalized device coordinate space.

| Viewing Parameter | Default Value |
|---|---|
| Normalized Device Coordinate Space | (1, 1, 0) |
| Viewport | Normalized device coordinate space |
| Window | (0, 1, 0, 1) |
| View Reference Point | (0, 0, 0) |
| View Plane Normal | (0, 0, 1), relative to the View Reference Point |
| View Up Vector | (0, 1, 0), relative to the View Reference Point |
| Type of Projection | Parallel (0, 0, 1), (perpendicular to the XY plane) |
| View Distance | 0 |
| Front Distance | View Distance |
| Back Distance | View Distance |
| IMAGE_TRANSFORMATION | |
| Rotation | 0, 0, 0 (no rotation) |
| Scale | 1, 1, 1 (no scaling) |
| Translation | 0, 0, 0 (no translation) |

II-50

Exhibit 15  Page 653                                        GW-LT 253930

These defaults produce a parallel projection along the Z-axis onto the XY plane. Also, by default, all clipping is disabled and the world coordinate system is left-handed.

The defaults are arranged so that the programmer who wishes to deal with a 2D world need use only NDC_SPACE_2, VIEWPORT_2, VIEW_UP_2, and WINDOW. The 2D world coordinate points given by these functions always have a Z coordinate of 0 added implicitly. Similarly, the programmer who does not wish to deal with 3D image transformations need not understand 3D normalized device coordinates or 3D viewports, since the defaults create a 2D normalized device coordinate space.

### 5.2.5 VIEWING TRANSFORMATION VALIDITY

When a segment is created, the current viewing parameters are checked for consistency to ensure that a valid viewing transformation has been specified. If the viewing specifications are inconsistent, an error is indicated and a valid viewing transformation is defined, but all viewing parameters will remain as specified by the application program. The purpose of this approach is to allow the application program to continue execution, without causing an lasting side effects on the viewing parameters. The situations which cause a viewing specification error are:

- View plane normal and view up direction are parallel.
- For a perspective projection, the front plane is not between the center of projection and the back plane.
- The direction of a parallel projection is parallel to the view plane, i.e. is perpendicular to the view plane normal.
- The center of a perspective projection is on the view plane or is on the wrong side of the view plane (i.e., the view plane goes through or is behind the synthetic camera).

### 5.3 MAJOR ISSUES CONSIDERED

Should the viewing transformation (including clipping) be part of the Core System?

Should arbitrary 3D viewing transformations be allowed, or should the synthetic camera be constrained, for example, to being upright and on the Z-axis, or arbitrarily located but with line of sight coincident with the center line of the view volume? How should arbitrary 3D viewing transformations be specified?

Should 2D and 3D be treated completely separately, or should 2D be considered a special case of 3D?

Should image transformations be included in the Core System, and if so, how?

### 6 INPUT PRIMITIVES

### 6.1 OVERVIEW

The basic goal of the Core System input primitives is to provide a framework for application program/operator interaction which is independent of the particular physical input devices that are available on a given configuration. The logical input facilities are similar to the basic features described by Wallace and Foley [WALL76, FOLE74]. GPGS [CARU75, CARU77, GROO77] is an example of a currently available graphics system that provides device independent input facilities similar to those defined for the Core System.

A set of logical input devices are defined and are controlled by the application program. The logical input devices are divided into disjoint classes such that each device may be either sampled or cause an event to occur, but not both. The Core System maps the logical devices to whatever available physical devices most conveniently implement the desired function. The logical input devices are relatively low level and are defined to allow a natural and efficient mapping to commonly available physical input devices.

Input primitives in the Core System provide the following general facilities:

II-51

Exhibit 15  Page 654                                    GW-LT 253931

- enabling and disabling of logical input devices;
- queuing/dequeuing of events caused by event generating devices;
- sampling of current settings of sampled devices;
- association of sampled devices with event generating devices, such that the current values of all associated sampled devices are read and saved in the event report whenever an event is caused by an event generating device.

Note that although physical input devices are normally connected to a particular physical output device, this information is not normally directly available to the application program using the Core System. The conceptual framework of the Core System treats input and output devices as orthogonal concepts. In particular, the selection of output surfaces has no effect on issues related to input, such as where echoing or device simulation is performed.

## 6.2 FUNCTIONAL CAPABILITIES

### 6.2.1 LOGICAL INPUT FACILITIES

The logical input devices supported by the Core System are divided into two disjoint sets -- those that only cause events and those that may only be sampled. Event devices are used by the operator to signal an event to the application program. An event report is created for each event caused by an event device and contains data related to the state of the event device when the event occurred. Event reports are placed on a first-in/first-out event queue by the Core System and removed by the application program. Event devices may not be sampled by the application program. The event devices are:

    PICK - identify a segment and a primitive within a segment
    KEYBOARD - provide alphanumeric information
    BUTTON - provide logical "buttons" (i.e., the ability to choose among alternatives).

Sampled devices have values which may be sampled by the application program. Sampled devices do not cause events. The sampled devices are:

    LOCATOR - provide position information in normalized device coordinates
    VALUATOR - provide scalar values.

The Core System automatically echoes operator interaction in a simple manner, unless the application program deactivates the echo.

If no natural physical device is available for use as a particular logical device, the Core System provides the necessary functional capability via software. This technique is called input device simulation.

Note that events and the setting of sampled device values are defined as logical actions. The physical action taken by an operator in order to cause a particular logical event or define a particular value may be different on different systems. Furthermore, if one physical device is being used to simulate two or more logical devices, it is possible that the same physical action may generate different logical events. For example, when using a storage tube terminal, it is likely that both the KEYBOARD and the BUTTON devices will be mapped to the physical keyboard. There will have to be conventions established by the storage tube device driver to allow it to determine whether a given operator keystroke is intended to act as the logical BUTTON or the logical KEYBOARD. These conventions are likely to be installation dependent.

### 6.2.1.1 PICK

A PICK device is an event device that returns an identification of the segment and output primitive "picked" by the operator. The typical PICK device is a lightpen. A common simulation technique is to use a data tablet or joystick plus a hardware or software coordinate comparator. A pick by the operator using the PICK device causes a logical event to occur. An event report is created and added to the event queue. The PICK event report contains an identifier for the segment that contains the picked primitive and the PICK_ID associated with that primitive. One possible echo for a PICK operation may be to blink the picked segment.

Exhibit 15  Page 655                                                    GW-LT 253932

## 6.2.1.2 KEYBOARD

A KEYBOARD is an event device that allows the operator to enter individual characters or entire text strings. The typical KEYBOARD is the normal alphanumeric keyboard. Simulation is possible using light buttons and a lightpen or data tablet. The KEYBOARD device allows the operator to enter an entire text string as a single entity. The text string is limited to a maximum length defined by the application program. The logical keyboard event occurs when a string terminator (system-defined carriage return) is typed or when the maximum length is reached. The KEYBOARD event report contains the string typed by the operator and the number of characters in the string. The normal KEYBOARD echo is to display the individual characters at a program-defined position as they are typed. The Core System supports simple editing features allowing the operator to delete the previous character and the entire string. The specific characters used to invoke these features and the echo will remain installation-dependent and should normally coincide with the conventions of the operating system being used.

## 6.2.1.3 BUTTON

A BUTTON is an event device that allows the operator to specify application program functions. The typical BUTTON is the physical button on a program function keyboard (pfk), but the BUTTON device can be simulated by light buttons or by a keyboard device. The BUTTON event report identifies which logical BUTTON device caused the event. The echo for a BUTTON device is very dependent on the available physical devices. For example, a normal implementation of BUTTON using a pfk might utilize the lamps physically within the pfk device to echo a BUTTON push. (Note that the physical lamps can also be controlled by the application program directly. See Section 6.2.9.8.)

## 6.2.1.4 LOCATOR

A LOCATOR is a sampled device that provides coordinate information in the normalized device coordinate space representing a location on the view surface. Typical LOCATORs are data tablets and joysticks. The most common LOCATOR simulation uses a lightpen tracking cross. When sampled, the LOCATOR returns the coordinates of its current location in normalized device coordinates. The values returned to the application program are always constrained to lie within the portion of the normalized device coordinate space defined by the NDC_SPACE_2 and NDC_SPACE_3 function calls (see Sections 5.2.1.9 and 5.2.3.1). The LOCATOR echo consists of a small cursor (typically a cross) displayed on the display surface at the current LOCATOR position. (Note: Many physical devices that are normally used as LOCATORs have switches. These switches are accessed by the Core System as logical BUTTONs. The application program can then associate the LOCATOR with its BUTTON in order to provide the normal effect of having that physical device generate events.)

## 6.2.1.5 VALUATOR

A VALUATOR is a sampled device that allows the operator to enter numeric values within a range specified by the application program. The typical VALUATOR is the control dial, but multi-position switches and toggle switches can be utilized as low-precision VALUATORs. VALUATORs can be simulated using lightpens or data tablets (gas pedals, light handles, etc.) or a keyboard (by typing the desired number). VALUATOR values are constrained to lie within a program-specified value range. The Core System maps the values received from the physical device in a linear fashion onto this range. In addition, there is a program-defined initial value which is used when appropriate. For example, when a VALUATOR is being simulated, the program-specified value is used as the initial value for the simulation. Also, continuous-turn control dials could utilize this value as a base for determining incremental values. On such dials, the number of turns which corresponds to the specified range is installation-dependent, as is whether exceeding the maximum number of turns will result in wraparound or clamping. The echo of a VALUATOR is a numeric value displayed on the view surface at a program-defined position and is constantly changed to reflect the current value of the VALUATOR.

Exhibit 15  Page 656                                    GW-LT 253933

6.2.2 MINIMUM SET OF INPUT DEVICES


In order to insure some reasonable level of portability of interactive programs, it is
desirable to guarantee to the application programmer that a well-defined minimum set of
logical input devices will be available on every Level 3 or 4 implementation of the Core
System. The minimum set of logical input devices must be supported either by physical
devices or by simulation. The required logical input devices are:

    1 PICK device
    1 LOCATOR device
    1 KEYBOARD device
    4 VALUATOR devices
    8 BUTTON devices

In addition it is required that these 4 VALUATOR devices support a minimum of six bits of
precision.


6.2.3 INPUT DEVICE IDENTIFICATION


There are a number of devices of each of the types described above. In order to
reference and identify each logical device uniquely, each device has a two part
identifier. The type of the device, PICK, LOCATOR, etc., is called its device class and
its number within that class is called its device number. The use of a device class is
convenient for specifying operations that are performed on all devices in a given class.
(See ENABLE_CLASS, DISABLE_CLASS, FLUSH_CLASS, etc.)

In the functional descriptions below the prefix "DEVICE_" is used before "CLASS" or "NUM"
for parameter names that refer to either a sampled device or an event device. If the
names refer to only one type of device, the prefix "SAMPLED_" or "EVENT_" is used.


6.2.4 ENABLING INPUT DEVICES



6.2.4.1 ENABLE_DEVICE (DEVICE_CLASS,DEVICE_NUM)


An interaction device must be enabled before it can cause an event or be sampled. This
function causes the specified device to become enabled. If the device generates events,
all subsequent events will be added to the event queue. If the device is a sampled
device, it becomes eligible for sampling.

Errors:
1. Specified device already enabled.
2. DEVICE_CLASS or DEVICE_NUM invalid.


6.2.4.2 ENABLE_CLASS (DEVICE_CLASS)


All disabled devices in the specified class are enabled.

Errors:
1. DEVICE_CLASS invalid.


6.2.4.3 DISABLE_DEVICE (DEVICE_CLASS,DEVICE_NUM)


The specified device is disabled. A sampled device may not be sampled and further use of
an event device will not result in events being generated until the device is enabled
again. This function has no effect on event reports for this device that are already on
the event queue.

Errors:
1. Specified device is not enabled.


II-54

Exhibit 15  Page 657                                    GW-LT 253934

2.  DEVICE_CLASS or DEVICE_NUM invalid.

### 6.2.4.4 DISABLE_CLASS (DEVICE_CLASS)

All enabled devices in the specified class are disabled. This function has no effect on event reports that are already in the event queue.

Errors:
1.  DEVICE_CLASS invalid.

### 6.2.4.5 DISABLE_ALL ()

Disable all enabled devices. This function has no effect on event reports that are already in the event queue.

Errors: None.

### 6.2.5 READING SAMPLED DEVICES

Whenever enabled, the sampled devices, LOCATORs and VALUATORs, can be interrogated by the application program to determine their current state.

### 6.2.5.1 READ_LOCATOR (LOCATOR_NUM,X,Y)

Returns the current X, Y values in normalized device coordinates of the specified LOCATOR device.

Errors:
1.  LOCATOR_NUM is invalid.
2.  The specified LOCATOR device is not enabled.

### 6.2.5.2 READ_VALUATOR (VALUATOR_NUM,VALUE)

Return the current VALUE of the specified VALUATOR device.

Errors:
1.  VALUATOR_NUM is invalid.
2.  The specified VALUATOR device is not enabled.

### 6.2.6 EVENT HANDLING

An event is caused by a logical "action" taken by the operator indicating explicit input for the application program. An event caused by an operator action will result in the creation of an event report by the Core System. The event report is saved by the Core System on an event queue. There is no pre-defined limit to the number of event reports from each device that can be placed on the event queue at any given time. However, physical memory requirements for the event reports on the queue will certainly impose installation dependent limitations. Note that event reports for one event device may contain varying amounts of information due to changes in associations or enabling of associated devices (see Sections 6.2.7 and 6.2.8).

Although many graphics hardware systems allow events to be generated asynchronously, the Core System interface to the application program is purely synchronous. The application program must poll the Core System to determine whether an event has occurred. This is the only approach that ensures operating system independence and is required by all commonly used programming languages. Event information is available to the application program only from the current event report, which is the event report that has been most recently removed from the event queue by the AWAIT_EVENT function.

Exhibit 15  Page 658                          GW-LT 253935

6.2.6.1 AWAIT_EVENT (TIME,EVENT_CLASS,EVENT_NUM)

This function is a request by the application program to wait for the specified TIME or until there is at least one element on the event queue, then remove the top element of the queue. The dequeued report becomes the <u>current event report</u>. The only input argument is TIME which indicates the number of seconds the system should wait. The time parameter may be zero, indicating that the queue should be simply tested, the top element dequeued (if one exists), and an immediate return to the application program made. The EVENT_CLASS and EVENT_NUM parameters are set by the Core System to identify the device that generated the event. A "null" device code is possible, indicating that no events occurred during the specified time. (Note that some operating systems may not provide a reliable time-out facility. If this is the case, the Core System will have to treat all non-negative TIME values as a TIME of zero, as well as generating an error message.)

Errors:
1.  The TIME value is less than zero.


6.2.6.2 FLUSH_DEVICE_EVENTS (EVENT_CLASS,EVENT_NUM)

This function removes all events from the event queue that were generated by the specified device.

Errors:
1.  EVENT_CLASS and EVENT_NUM do not specify a valid event device.


6.2.6.3 FLUSH_CLASS_EVENTS (EVENT_CLASS)

This function removes all events from the event queue that were generated by any device in EVENT_CLASS.

Errors:
1.  EVENT_CLASS is not a legal event device class.


6.2.6.4 FLUSH_ALL_EVENTS ()

This function deletes all events in the event queue.

Errors: None.


6.2.7 ASSOCIATING DEVICES

The Core System provides a mechanism by which the application program can associate any event generating device with any number of sampling devices.


6.2.7.1 ASSOCIATE (EVENT_CLASS,EVENT_NUM,SAMPLED_CLASS,SAMPLED_NUM)

This function logically associates the specified event device with the specified sampled device. If the specified sampled device is enabled when an event occurs for the specified event device, the Core System samples the value of the sampled device and saves it as part of the event report for that event. Note that associations are many to many, so an invocation of this function for a particular pair of devices does not alter any previous associations for these devices.

Errors:
1.  The specified association already exists.
2.  EVENT_CLASS or SAMPLED_CLASS reference invalid classes or a class of the wrong type.
3.  EVENT_NUM or SAMPLED_NUM are invalid device numbers for their respective classes.


II-56

**Exhibit 15  Page 659**                    GW-LT 253936

6.2.7.2 DISASSOCIATE (EVENT_CLASS,EVENT_NUM,SAMPLED_CLASS,SAMPLED_NUM)

Delete the specified association.

Errors:
1.   The specified association does not exist.
2.   EVENT_CLASS or SAMPLED_CLASS reference invalid classes or a class of the wrong type.
3.   EVENT_NUM or SAMPLED_NUM are invalid device numbers for their respective classes.


6.2.7.3 DISASSOC_DEVICE (DEVICE_CLASS, DEVICE_NUM)

Delete all existing associations (if any) for the specified device.  The device may be either an event device or a sampled device.

Errors:
1.   DEVICE_CLASS or DEVICE_NUM are illegal.


6.2.7.4 DISASSOC_CLASS (DEVICE_CLASS)

Delete all existing associations involving any device in DEVICE_CLASS.

Errors:
1.   DEVICE_CLASS is invalid.


6.2.7.5 DISASSOC_ALL ()

Delete all existing associations.

Errors: None.


6.2.8 ACCESSING EVENT REPORT DATA


As a first step in processing events, the application program invokes the AWAIT_EVENT function which dequeues an event report and returns the identification of the device causing the event. This identification is used to determine which functions in this section are appropriate to obtain the data in the event report.

At a minimum, event reports contain the data described in 6.2.1 for the three classes of event devices. Additionally, device associations can cause information from sampled devices to be included in the event report. Because of the considerable variability of amount and types of data in event reports, there are separate functions for each class of device. These functions access data in the current event report. The data remains in the current event report until another event report is dequeued.

(Note that there is no GET_BUTTON_DATA function since there is no data directly related to a BUTTON event. On the other hand, it is still possible for a BUTTON event to have associated sampled data.)

6.2.8.1 GET_PICK_DATA (SEGMENT_NAME,PICK_ID)

A PICK event identifies the primitive chosen by the name of the segment containing it and the primitive's PICK_ID attribute value. This information is returned in the two parameters of this function.

Errors:
1.   The current event report is not from a PICK device.


II-57

Exhibit 15  Page 660

GW-LT 253937

6.2.8.2 GET_KEYBOARD_DATA (INPUT_STRING,NUM_INPUT) ·

The parameter INPUT_STRING represents both space for storing the string entered and an
integer representing the number of characters that fit in that space. (In FORTRAN, this
is likely to be two separate parameters.) If INPUT_STRING is not large enough to hold all
the characters from the KEYBOARD buffer (See 6.2.9.7), the Core System only returns what
fits. The parameter NUM_INPUT, however, is always set to the number of characters entered
into the KEYBOARD buffer by the operator. By specifying a buffer size of one, the
application program can receive separate events for each character entered by the
operator. (If an operating system or hardware prevents the Core System from using a
buffer in this fashion, a convention will have to be established at that installation to
allow the operator/application program interface to achieve a similar effect. At worst,
this may require the operator to enter a carriage return after each individual character
is typed when the program is in this mode.)

Errors:
1.  The current event report is not from a KEYBOARD event.
2.  Input string was not large enough to hold the string centered by the operator.


6.2.8.3 GET_LOCATOR_DATA (LOCATOR_NUM,X,Y)

If there is sampled data for the specfied LOCATOR in the current event report, the data
is returned in the X and Y parameters (in normalized device coordinates).

Errors:
1.  Invalid LOCATOR_NUM.
2.  When the event occurred, the specified LOCATOR device was not enabled or was not
    associated with the event device that caused the current event report.


6.2.8.4 GET_VALUATOR_DATA (VALUATOR_NUM,VALUE)

If there is a sampled value for the specified VALUATOR in the current event report, the
value is returned in the VALUE parameter.

Errors:
1.  Invalid VALUATOR_NUM.
2.  When the event occurred, the specified VALUATOR device was not enabled or was not not
    associated with the event device that caused the current event report.


6.2.9 SETTING INPUT DEVICE CHARACTERISTICS

The logical input devices have various characteristics that can be altered by the
application program. These characteristics are properties that are independent of the
enable/disable status of the device. If the device is enabled, the effect of the
function below is immediate; otherwise the effect occurs the next time the device is
enabled. These functions may be invoked at any time.


6.2.9.1 SET_ECHO (DEVICE_CLASS,DEVICE_NUM,ON_OFF)

ON_OFF contains a value indicating whether the echo for this device is to be turned on or
off. All devices are initialized with echo on.

Errors:
1.  DEVICE_CLASS or DEVICE_NUM is invalid.


6.2.9.2 SET_ECHO_CLASS (DEVICE_CLASS,ON_OFF)

SET_ECHO_CLASS allows the application program to turn the Core System echo facility on or
off for an entire class of devices. This function has the same effect as turning the echo
on or off individually for all members of a class.


II-58

Exhibit 15  Page 661                                    GW-LT 253938

Errors:
1. DEVICE_CLASS is invalid.


6.2.9.3 SET_ECHO_POSITION (DEVICE_CLASS,DEVICE_NUM,ECHO_X,ECHO_Y)


ECHO_X and ECHO_Y are values in normalized device coordinates indicating a position on the view surface at which the echo is to appear. For some physical devices, it is unnecessary to specify a position for the echo. For example, the echo for a pfk used as a set of BUTTONs is normally implemented using the lamps in the hardware, and a PICK device normally echos by blinking the picked segment. In such cases, the ECHO_X and ECHO_Y values are ignored. The Core System uses a default position on the view surface for echoing if it is necessary.

Errors:
1. DEVICE_CLASS or DEVICE_NUM is invalid.
2. ECHO_X or ECHO_Y specify positions outside normalized device coordinate space.


6.2.9.4 SET_ECHO_SURFACE (DEVICE_CLASS, DEVICE_NUM, SURFACE_NAME)


The echo for the specified device will be performed on the specified view surface. The default view surface for each input device is determined by the implementation.

Errors:
1. DEVICE_CLASS and DEVICE_NUM specify a non-existent device.
2. The specified view surface is not initialized.


6.2.9.5 SET_LOCATOR (LOCATOR_NUM,LOC_X,LOC_Y)


The LOCATOR cursor is set to the position specified by LOC_X and LOC_Y in normalized device coordinates. If the LOCATOR is not enabled, the specified coordinate position is utilized the next time it is enabled. Note that this is especially useful when a lightpen with a tracking cross is used as a LOCATOR. Other physical devices, such as a data tablet, behave in such a way that the initial position is immediately replaced by the actual position of the stylus. The default LOCATOR position is (0,0).

Errors:
1. LOCATOR_NUM does not specify a valid LOCATOR device.
2. LOC_X, LOC_Y specify a position outside normalized device coordinate space.


6.2.9.6 SET_VALUATOR (VALUATOR_NUM,INITIAL_VALUE,LOW_VALUE,HIGH_VALUE)


Each VALUATOR has an application defined initial value and range associated with it. The initial value is set to INITIAL_VALUE at the time the device is enabled. As with the LOCATOR position, the initial value setting will be immediately replaced when used with certain physical devices such as fixed range control dials. The range is specified to be between LOW_VALUE and HIGH_VALUE. The values from the physical device will be scaled linearly to the specified range. The default range is (0, 1) and the default initial value is 0.

Errors:
1. VALUATOR_NUM is not a valid VALUATOR device.
2. LOW_VALUE is greater than HIGH_VALUE.
3. INITIAL_VALUE does not lie in the range defined by LOW_VALUE and HIGH_VALUE.


6.2.9.7 SET_KEYBOARD (KEYBOARD_NUM,BUFFER_SIZE)


The current input buffer size (in number of characters) is set to BUFFER_SIZE. If BUFFER_SIZE specified is larger than the implementation-defined maximum, an error message is issued and the maximum is used.


II-59

Exhibit 15  Page 662                    GW-LT 253939

Errors:
1.  KEYBOARD_NUM is not a valid KEYBOARD device.
2.  BUFFER_SIZE is less than zero or greater than an implementation defined maximum.


6.2.9.8 SET_BUTTON (BUTTON_NUM, PROMPT_SWITCH)


The physical devices that are most commonly used to implement the logical BUTTON device normally have a built-in prompting capability. For example, the lamps which are found on most pfks are often used as prompts to identify which BUTTONs are currently enabled. This function allows the application program to invoke this prompting capability. If the value of PROMPT_SWITCH is 0, prompting for the specified BUTTON is turned off. Any other value of PROMPT_SWITCH indicates that prompting for that BUTTON is turned on. Furthermore, a non-zero value may be used by the device driver to control the prompting. For example, for function key boxes with back-lit lamps, the value of PROMPT_SWITCH could be used to choose which prompt string should be projected onto the button.

Errors:
1.  BUTTON_NUM is not a valid BUTTON device.


6.2.9.9 SET_BUTTON_ALL (PROMPT_SWITCH)


This function provides a convenient means for turning the prompt on and off for all BUTTONS.

Errors: None.


6.3 SYNOPSIS OF MAJOR ISSUES


How many events from the same device should be allowed on the event queue?

Should all devices be partitioned into disjoint sets of event generating and sampled devices?

Should it be possible to associate event devices and sampled devices?


7 CONTROL


7.1 OVERVIEW


The Core System has several functions which may be used to control and interrogate the picture generation process and the status of the Core System. These functions include such diverse capabilities as error handling, inquiry, and the management of multiple consoles. The control functions included in the Core System are as follows:

   1.  Initialization and Termination
   2.  Device Selection
   3.  Setting of Defaults
   4.  Inquiry
   5.  Error Handling
   6.  New-frame Action
   7.  Batching of Updates
   8.  Viewing Control

Exhibit 15  Page 663                              GW-LT 253940

## 7.2 FUNCTIONAL CAPABILITIES

### 7.2.1 INITIALIZATION AND TERMINATION

#### 7.2.1.1 INITIALIZE_CORE (LEVEL)

This function must be the first Core System function called during application program initialization. It guarantees that the Core System is in a standard state with the default settings of all the Core System parameters established. The particular operations performed by this function will vary from one operating system to another. Whatever initialization is needed in that operating environment will be performed.

The parameter LEVEL specifies the maximum level of the Core System which will be invoked by the application program. This function will generate an error if the device-independent portion of this implementation of the Core System will not support the specified level, or if there are no device drivers available which will support the specified level.

The Core System does not check that the application program is "honest" in specifying the level. If, for example, an application program initializes a Level 4 implementation of the Core System to Level 2, it is not an error if higher level functions are later invoked. It is installation-dependent what will happen if another Core System function is invoked before INITIALIZE_CORE; it may or may not be an error.

Errors:
1. The Core System has already been initialized (since it was last terminated).
2. The specified level cannot be supported.

#### 7.2.1.2 TERMINATE_CORE ()

This function terminates all view surfaces and releases all other resources being used by the Core System. This function should be used to terminate the Core System in a "graceful" fashion, and may be invoked at any time after the Core System is initialized.

Errors: None.

### 7.2.2 DEVICE SELECTION

Most interactive application programs are designed to respond to the inputs of a single operator at a single view surface. However, some application programs control more than one view surface and/or respond to inputs from one or more operators. As an example, an operator might direct the same output to a microfilm recorder and a refresh display, and abort the film-making process if the frames appearing on the refresh display were not the ones desired. As a second example, a pilot training program might have a student at one console and an instructor monitoring the student's actions at a second console.

Multiple view surfaces are supported by the Core System within a restricted conceptual framework. For each segment there is only one image which may be displayed on multiple view surfaces. No extra level of naming is introduced to allow differentiation between the separate versions of the image by the logical view surfaces on which they appear.

Multiple view surfaces are supported by the SELECT_VIEW_SURFACE function. The image of a segment appears on every view surface that is selected at the time at which the segment is created. A view surface cannot be selected or deselected (with SELECT_VIEW_SURFACE or DESELECT_VIEW_SURFACE) while there is an open segment. All selected surfaces display the segment's image as defined by the viewing transformation in effect when the segment was created. Also, when the segment's dynamic attributes are changed the image displayed on all its view surfaces changes appropriately.

II-61

**Exhibit 15  Page 664**          GW-LT 253941

All selected view surfaces are treated equally, except that the INQUIRE_CURRENT_POSITION function reports the current position for the most recently selected surface.

View surface selection affects only the graphics output functions. In particular, CREATE_SEGMENT, NEW_FRAME, and the output primitive functions are the only functions affected by view surface selection. All other functions such as DELETE_SEGMENT pertain to all initialized view surfaces, whether selected or not.

Multiple interactive consoles are also supported by the Core System. Multiple input devices of each class are supported, and those input devices may be located all at the same console or at several different consoles. The application program can specify on which view surface the echo for each input device is to appear (see Section 6.2.9.4).

The physical display surfaces used by the application program are identified and associated with program-assigned logical view surface names at program invocation time. Physical input devices are also associated with logical input devices at program invocation time. (See Section 9 for a further discussion of this topic.)

7.2.2.1 INITIALIZE_VIEW_SURFACE (SURFACE_NAME)

This function performs whatever operating system functions are required to obtain access to the logical view surface SURFACE_NAME and to initialize that surface. The surface is cleared in preparation for graphic output. A view surface must be initialized with an INITIALIZE_VIEW_SURFACE function call before it can be selected for graphic output with a SELECT_VIEW_SURFACE function call. The INITIALIZE_VIEW_SURFACE function does not perform an implicit SELECT_VIEW_SURFACE function for the specified surface.

Errors:
1. The surface has already been initialized (since it was last terminated).
2. No physical surface is associated with the specified logical surface.

7.2.2.2 SELECT_VIEW_SURFACE (SURFACE_NAME)

This function selects the logical view surface SURFACE_NAME for all subsequent graphic output until the surface is deselected with a DESELECT_VIEW_SURFACE function call.

Errors:
1. The specified surface has not been initialized.
2. The specified surface is already selected.
3. The specified surface was not selected (because of resource limitations, for example).
4. A segment is open.

7.2.2.3 DESELECT_VIEW_SURFACE (SURFACE_NAME)

This function deselects the logical view surface SURFACE_NAME for all subsequent graphic output until it is reselected with a SELECT_VIEW_SURFACE function call.

Errors:
1. The specified surface is not selected.
2. A segment is open.

7.2.2.4 TERMINATE_VIEW_SURFACE (SURFACE_NAME)

This function terminates access to the logical view surface SURFACE_NAME. Segments whose images appear on only this surface are deleted. Segments whose images appear on multiple surfaces are marked to indicate that their images no longer appear on this surface. The view surface may or may not be cleared, depending on the particular implementation and operating system constraints. If the specified surface is selected, it must be deselected with the DESELECT_VIEW_SURFACE function before it can be terminated with the TERMINATE_VIEW_SURFACE function.

Exhibit 15  Page 665                                    GW-LT 253942

Errors:
1.  The specified surface has not been initialized.
2.  The specified surface has not been deselected.


7.2.3 SETTING OF DEFAULTS

Many different defaults are associated with the Core System. Examples include the
default values of segment and primitive attributes, the default viewing parameters, and
the default error-handling procedure. All of the defaults have values defined by the
Core System (see Section 4.2.3). The only default values which can be changed are the
default values for the primitive and segment attributes, which can be changed at run-time
during initialization before the first segment is opened.


7.2.3.1 SET_DEFAULT_ATTRIBUTES (ATTRIBUTE_ARRAY)

This function sets the default primitive and segment attribute values to those values
contained in the array ATTRIBUTE_ARRAY. The complete list of attributes is found in
Section 4.1. The default attribute values can only be changed at initialization before
the first segment is opened.

Errors:
1.  This function has already been called once (since the Core System was initialized).
2.  A segment has been opened.
3.  A value specified for a default attribute is improper.


7.2.4 INQUIRY

Inquiry functions allow an application program to determine the status of the picture
generation process, the status of the Core System, and the physical capabilities of the
particular display system being used. The requested information is copied into the
supplied output parameters. Inquiry functions provide both a debugging capability and
the capability for an application program to tailor its interactions to the devices being
used. As an example, an application program can invoke an inquiry function to determine
whether the logical VALUATOR devices are associated with physical control dials or are
simulated by requests to the operator to type the desired values. The program can then
optimize the human factors of the interactions accordingly, and still preserve
portability.

The inquiry functions for current primitive and segment attribute values are defined in
Section 4.2. Inquiry functions for the modelling transformation hook and the escape
mechanism are defined in Section 8.2.


7.2.4.1 INQUIRE_CURRENT_POSITION

INQUIRE_CURRENT_POSITION_2 (X, Y)
INQUIRE_CURRENT_POSITION_3 (X, Y, Z)

The current drawing position is copied into the variables X, Y, and Z, as specified. If
more than one view surface is selected, the current position for the most recently
selected surface is reported. This may be different than the current position on some
other selected view surface if no absolute position has been specified since the last
low-quality text function (see Section 2.2.3.2).

Errors: None.


7.2.4.2 INQUIRE_VIEWING_PARAMETERS (VIEWING_PARAMETER_ARRAY)

The values of the current viewing parameters are copied into the array
VIEWING_PARAMETER_ARRAY. The viewing parameters are as follows:


II-63

Exhibit 15  Page 666                                    GW-LT 253943

```
            viewport
            window
            view plane normal
            view reference point
            view up direction
            view distance
            front distance
            back distance
            type of projection (parallel or perspective)
            direction of projection (for parallel projection) or center of projection (for
                perspective projection)
```

Errors: None.


7.2.4.3 INQUIRE_VIEWING_TRANSFORMATION (TRANSFORMATION)


The current viewing transformation matrix is copied into TRANSFORMATION. This matrix
defines the current mapping from world coordinates to normalized device coordinates.

Errors: None.


7.2.4.4 INQUIRE_DEFAULT_ATTRIBUTES (ATTRIBUTE_ARRAY)


The default values of the primitive attributes and segment attributes are copied into the
array ATTRIBUTE_ARRAY. (See Section 4.1 for the list of attributes.)

Errors: None.


7.2.4.5 INQUIRE_OUTPUT_STATUS_PARAMETERS (OUTPUT_STATUS_ARRAY)


The values of the following output status parameters are copied into the array
OUTPUT_STATUS_ARRAY:

```
            current window clipping mode (see Section 7.2.8)
            current depth clipping mode (see Section 7.2.8)
            current coordinate system type (left-handed or right-handed)
            current normalized device coordinate space
            view surfaces currently selected, if any
            segment name of open segment, if any.
```

Errors: None.


7.2.4.6 INQUIRE_INPUT_STATUS_PARAMETERS (INPUT_STATUS_ARRAY)

The values of the following input status parameters are copied into the array
INPUT_STATUS_ARRAY:

```
            input devices currently enabled
            current input device associations
            current echo positions (including view surfaces)
            initial LOCATOR positions
            initial VALUATOR values
            ranges for VALUATOR values
            sizes of KEYBOARD input buffers
            current BUTTON prompt switch values
```

Errors: None.


                              II-64


**Exhibit 15  Page 667**                                   GW-LT 253944

7.2.4.7 INQUIRE_SEGMENT_SURFACES (SEGMENT_NAME,NUMBER_OF_SURFACES,VIEW_SURFACE_ARRAY)

The number of logical view surfaces which were selected when the segment SEGMENT_NAME was created is copied into NUMBER_OF_SURFACES and the logical names of those view surfaces are copied into the array VIEW_SURFACE_ARRAY.

Errors:
1. The specified segment does not exist.
2. The VIEW_SURFACE_ARRAY is not large enough.


7.2.4.8 INQUIRE_NUMBER_OF_SEGMENTS (NUMBER_OF_SEGMENTS)

The number of existing segments is copied into NUMBER_OF_SEGMENTS.

Errors: None.


7.2.4.9 INQUIRE_SEGMENT_NAMES (SEGMENT_NAME_LIST)

A list of the names of all the existing segments is copied into SEGMENT_NAME_LIST. For some programming languages this function may be implemented as two functions INQUIRE_FIRST_SEGMENT_NAME and INQUIRE_NEXT_SEGMENT_NAME.

Errors:
1. The SEGMENT_NAME_LIST is not large enough.


7.2.4.10 INQUIRE_OUTPUT_CAPABILITIES (SURFACE_NAME,OUTPUT_ARRAY)

The following output capabilities of the device driver for the view surface SURFACE_NAME are copied into the array OUTPUT_ARRAY:

        color capability
        intensity capability
        line width capability
        line style capability
        character capability (size, font, etc.)
        highlighting capability
        image transformation capability
        dimensions of view surface in centimeters (both complete surface and surface onto
            which NDC-space is mapped)
        resolution of view surface (e.g., number of addressable elements per centimeter
            for each dimension)
        number of marker symbols defined
        highest level of Core System supported

Included in the capability information is some encoding of how each capability is provided, e.g., hardware, software simulation, or not provided.

Errors:
1. The specified surface is not initialized.


7.2.4.11 INQUIRE_INPUT_CAPABILITIES (INPUT_ARRAY)

The input capabilities of this implementation of the Core System are copied into the array INPUT_ARRAY as follows:

        pick capability
        number of logical input devices of each class
        implementation of logical input devices
        natural associations of logical event devices with logical sampled devices, if
            any
        natural associations of input devices and view surfaces, if any
        timing capability for AWAIT_EVENT

Exhibit 15  Page 668

GW-LT 253945

Errors: None.

## 7.2.5 ERROR-HANDLING

Several different types of errors may be generated by an application program as it uses the Core System. Examples include programming errors such as an attempt to delete a segment which does not exist and environment errors such as running out of buffer space. Whenever an error is detected, the Core System creates an error report and passes control to the application program function ERROR_HANDLER. This function takes a single aggregate parameter ERROR_REPORT which contains the name of the function whose call was in error, the error number, the severity code of the error, and auxiliary information as appropriate. The most recent error report is also maintained by the Core System for interrogation with the REPORT_MOST_RECENT_ERROR function.

A default ERROR_HANDLER function is provided as part of the Core System. This function simply logs each error on an error log device such as a console printer, an unused portion of a display surface, or a file, and returns control to the Core System. An attempt is made to continue program execution whenever possible; otherwise, execution is terminated "gracefully".

For more sophisticated error-handling, an application program can override the default ERROR_HANDLER function by providing its own function with the same name prior to program execution time. The only restriction on this application-provided function is that it not reinvoke the Core System. Application-specific visual feedback of errors can be implemented by having the error-handling function set a flag, which is later examined by the application program.

The philosophy of error reporting and error recovery supported by the Core System is that all errors detected will be reported to the application program. In particular, the use of a primitive attribute such as color which is not available with the currently selected devices will be reported with a "warning" error. A best effort will be made to simulate the attribute, and execution will continue. Hence, even if a particular installation cannot support (directly or with reasonable simulation) a portion of the Core System, an application program which uses the capability can still run at that installation with possibly reduced performance characteristics.

### 7.2.5.1 REPORT_MOST_RECENT_ERROR (ERROR_REPORT)

This function copies the error report for the most recently detected error into ERROR_REPORT, and flushes the report from the Core System. If no error has been detected since the Core System was initialized or since REPORT_MOST_RECENT_ERROR was last invoked, the function will return a null error report.

The simplest way for an application program to use the error-handling capabilities of the Core System is through repeated invocation of the REPORT_MOST_RECENT_ERROR function. Whenever it is appropriate for the program to check whether an error has occurred, this function can be invoked. The error report can then be compared with the null report to determine if an error has occurred.

Errors: None.

## 7.2.6 NEW-FRAME ACTION

A new-frame action is the elimination from view of all non-retained segments and the redrawing, if necessary, of all the visible retained segments. On a hard-copy device, the recording medium is advanced to a fresh drawing area. A new-frame action occurs whenever any one of the following operations is performed:

- A visible retained segment is deleted.
- A visible retained segment is made invisible.
- The HIGHLIGHTING attribute of a visible retained segment is changed.
- The IMAGE_TRANSFORMATION attribute of a visible retained segment is changed.
- A call to NEW_FRAME is made.

II-66

Exhibit 15  Page 669                                    GW-LT 253946

For the first four operations, a new-frame action is performed on every view surface, whether selected or not, where the affected segment appears. The function NEW_FRAME causes a new-frame action to be performed on all currently selected view surfaces.

If a view surface is used for the echo or simulation of interaction devices, it is the responsibility of the device driver to maintain the images of all non-retained segments between new-frame actions. Either the device driver allows the surface to become cluttered with interaction echoes and simulations or it actually retains the non-retained segments until a new-frame action occurs.

7.2.6.1 NEW_FRAME ()

This function deletes from view all non-retained segments and redraws all the visible retained segments. On a hard-copy device, this function advances the recording medium to a fresh drawing area before the retained segments are redrawn. If a segment is open when NEW_FRAME is called, it remains open. NEW_FRAME only applies to all the currently selected view surfaces.

Errors: None.

7.2.7 BATCHING OF UPDATES

The Core System provides the capability to group changes to the picture into batches. Within a batch of updates, visual changes to the picture may or may not take place, but the state of the picture's corresponding segments, and of other aspects of the Core System (e.g., attribute value settings), will be kept current. However, at the end of a batch of updates, all the specified changes are guaranteed to have taken place.

There are two primary motivations for providing a capability for batching updates. First, for storage tube devices, it enables an application program to minimize the number of screen erasures. If several segments are to be deleted at one time, the screen can be erased once for all the segments rather than one per segment. Second, for satellite systems over networks, the "end batch of updates" function guarantees that the operating system output message buffer has been sent to the satellite. This is typically used just before waiting for input.

7.2.7.1 BEGIN_BATCH_OF_UPDATES ()

This function denotes the beginning of a batch of changes to the picture. The changes to the picture that are specified subsequent to this call but prior to the next END_BATCH_OF_UPDATES function call may or may not be visible before the next END_BATCH_OF_UPDATES call. This contrasts with changes to the picture specified outside of a batch of updates which appear immediately, subject to timing and transmission delays. The BEGIN_BATCH_OF_UPDATES function can be invoked at any time when changes to the picture are not already being grouped into a batch.

Errors:
1. There has been no END_BATCH_OF_UPDATES since the last BEGIN_BATCH_OF_UPDATES.

7.2.7.2 END_BATCH_OF_UPDATES ()

This function denotes the end of a batch of changes to the picture. All the changes to the picture that are specified prior to this function call are guaranteed to have taken place before control returns from this function. This rule applies to a new-frame action as well. This function can be invoked at any time after a BEGIN_BATCH_OF_UPDATES function call.

Errors:
1. There has been no corresponding BEGIN_BATCH_OF_UPDATES.

Exhibit 15  Page 670                    GW-LT 253947

7.2.8 VIEWING CONTROL

In many applications, the entire picture is known to fit on the view surface without clipping. In other applications, all of the clipping may occur in the modelling system. In either case, considerable processing in the Core System can be avoided if the application program notifies the Core System that the objects described to the Core System need not be clipped.

Two independent clipping controls, CLIP_WINDOW and CLIP_PLANES, are provided in the Core System. In addition, the function COORDINATE_SYSTEM_TYPE allows an application program to select either a right-handed or left-handed coordinate system for object description.

7.2.8.1 CLIP_WINDOW (ON_OFF)

This function is used to enable or disable clipping against the window in the view plane (see Section 5). When window clipping is turned off, objects described to the Core System are not checked for possible window clipping. If a line or a portion of a line appears outside the normalized device coordinate space, the appearance of that line is undefined. Wraparound may occur. When window clipping is turned on, objects described to the Core System are clipped, when necessary. The default state is that window clipping is not in effect.

Errors:
1. A segment is open.

7.2.8.2 CLIP_PLANES (ON_OFF)

This function is used to enable or disable clipping against the front and back clipping planes. When clipping against the front and back clipping planes is turned off, objects described to the Core System are not checked for possible clipping against these planes. When clipping against the front and back clipping planes is turned on, objects described to the Core System are clipped to the front and back planes, when necessary. The default state is that clipping against the front and back clipping planes is not in effect.

Errors:
1. A segment is open.

7.2.8.3 COORDINATE_SYSTEM_TYPE (TYPE)

The parameter TYPE selects whether the world coordinate system is right-handed or left-handed. (In either case, the normalized device coordinate system is left-handed.) When the default viewing transformation is in effect the world coordinate system is left-handed, and is identical to the normalized device coordinate system. If the world coordinate system is right-handed, but all other viewing defaults are in effect, its X-axis runs in opposite direction to the normalized device coordinate system's X-axis, and the view volume differs from the default one. The coordinate system type can only be changed at initialization prior to the use of any of the viewing functions described in Section 5.

Errors:
1. This function has already been called once (since the Core System was initialized).
2. A viewing function has been invoked, or a segment has been created.
3. The value for TYPE is improper.

7.3 SYNOPSIS OF MAJOR ISSUES

Should the Core System support output to multiple display surfaces? Should a mechanism for saving and restoring pictures (picture libraries) be provided by the Core System?

What inquiry capabilities should be included in the Core System?

What is the error-handling philosophy of the Core System?

Exhibit 15  Page 671                    GW-LT 253948

Can changes to the picture be grouped into batches? What changes to the picture, if any, occur between a "begin batch of updates" and an "end batch of updates"?

What timing control, if any, should be included in the Core System?

Should space management capabilities be included in the Core system?

# 8 SPECIAL INTERFACES BETWEEN THE CORE SYSTEM AND THE APPLICATION PROGRAM

## 8.1 OVERVIEW

While the intent of the Core System is to provide a standard graphics system, it is also recognized that some functional capabilities not directly supported by the Core System will be necessary for the efficient implementation of some applications. Rather than leave the means of interfacing these capabilities to the Core System unspecified, the Core System will provide a standard framework for such interfacing. In this way, a degree of portability of non-standard applications will be preserved.

Two special interfaces are provided in the Core System. The first consists of special functions added to the Core System to more efficiently connect other modules to the Core System. This kind of interface is called a hook, and is installation- and display device-independent. The second interface provides a means by which non-standard functions can be accessed in a standard way and is intended to allow interface of the Core System to display devices with special purpose hardware. The functions accessed with this escape mechanism will be installation- and display device-dependent.

## 8.2 FUNCTIONAL CAPABILITIES

### 8.2.1 HOOKS

Some application or modelling system functions may require access to information or procedures present within the Core System, but not available through the standard Core System interface. A hook is a function designed to provide that access in a standard manner while preserving the integrity of the Core System. All hooks must be supported by all implementations of the Core System, subject to restrictions imposed by their levels.

A set of guidelines has been defined to identify candidate hooks. These guidelines insure that the integrity and intent of the Core System will not be violated. The guidelines are as follows:

- A hook should allow some important non-Core System function or functions to be carried out with significantly improved efficiency.

- A hook must be implementation- and device-independent. This means that if a hook is to be supported, then it must be made available on all implementations of the Core System.

- A hook should only cost those who use it. This requires that, however the hook be implemented, the overhead paid by those who do not use it must be slight. Also, the cost to implement a hook must be small.

- A hook should satisfy requirements of a specific clientele without violating the programming methodology and design philosophy of the Core System. The intent of this rule is to prevent the use of the hook as a means to circumvent restrictions intentionally imposed on the Core System by its designers.

- Once the need for a hook has been identified, careful consideration should be given to directly including the capability which uses the hook as part of the Core System. Justification for not doing so should be provided. This rule is to force generally

II-69

Exhibit 15  Page 672

GW-LT 253949

useful features to be subject to both the Core System restrictions and Core System support.

8.2.1.1 MODELLING_TRANSFORMATION (TRANSFORMATION)

While modelling transformations were not included in the Core System on methodological grounds, it was found useful to introduce a hook to allow the efficient interfacing of a basic modelling system to the Core System.

The TRANSFORMATION parameter specifies a relationship between modelling coordinates and world coordinates. Before the first invocation of MODELLING_TRANSFORMATION modelling and world coordinates are identical. After an invocation of this function all positional information passed to output primitive functions will be considered to be in modelling coordinates instead of world coordinates. The CP is also represented in modelling coordinates. Viewing parameters, however, are always considered to be in world coordinates.

The modelling transformation specified by the parameter is composed with the viewing transformation to obtain the composite viewing transformation. The modelling transformation is stored within the Core System so that it can be recomposed with the viewing transformation should the viewing transformation be changed.

Errors: None.


8.2.1.2 INQUIRE_MODELLING_TRANSFORMATION (TRANSFORMATION)

The current modelling transformation is copied into TRANSFORMATION.

Errors: None.


8.2.1.3 INQUIRE_COMPOSITE_TRANSFORMATION (TRANSFORMATION)

The current composite transformation is copied into TRANSFORMATION.

Errors: None.

8.2.2 STANDARD WAYS TO BE NON-STANDARD

An escape mechanism exists to provide access to a display device's special features. It should be emphasized that the portability of programs using these non-standard features may be significantly reduced unless the program also includes a simulator for the functions being used which will operate on those display devices without the special function. An example of such a special function is a curve generator.

It is important that the escape mechanism not be used for the insertion of arbitrary DPU code directly into a segment. Errors by the application programmer could cause the state of the Core System to become undefined and might even result in damage to the equipment. The escape mechanism is invoked by function call, with the DPU code being generated within the ESCAPE function, not within the application program. The ESCAPE function is provided at all Core System installations, even if no non-standard functions are supported. This insures proper error processing when transporting programs which use the escape mechanism.

To increase the portability of programs using this interface, invocations of ESCAPE should be restricted to as few places as possible within a program. Within these few places, the specific invocation of the feature should be isolated and fully commented including a detailed specification of the function being used.


II-70

Exhibit 15  Page 673

GW-LT 253950

## 8.2.2.1 ESCAPE (FUNCTION_NAME,PARAMETER_COUNT,PARAMETER_LIST)

This function allows an application program to invoke device specific functions. ESCAPE is a generic function. Different functions will require different arguments, and some programming languages may require a different function name for each different parameter list.

The parameters of the ESCAPE procedure are as follows:

FUNCTION_NAME -- Contains the name of the function which is to be performed. Examples might be "CIRCLE" or "AREA_FILL".

PARAMETER_COUNT -- Indicates the number of parameters contained in PARAMETER_LIST.

PARAMETER_LIST -- A list of parameters containing values of arguments for the function FUNCTION_NAME. Since the arguments for a specific function should be the same for all display devices for which the function is implemented, some means will be provided to standardize these arguments.

Errors:
1.  Incorrect arguments for the specified function.
2.  Incorrect argument count for the specified function.
3.  Specified function not supported.

## 8.2.2.2 INQUIRE_ESCAPE (FUNCTION_NAME,SUPPORT_INDICATOR)

SUPPORT_INDICATOR returns an indication of whether the specified escape function is supported. This will allow an application program to invoke a simulator for an unsupported function.

Errors: None.

## 8.3 SYNOPSIS OF MAJOR ISSUES

Should hooks be provided? Can hooks be device-dependent?

Should an escape mechanism be provided? Should there be a "Graphics Escape" character? How should the use of an unsupported non-standard function be reported?

## 9 PHILOSOPHY OF INTERFACING THE CORE SYSTEM WITH ITS ENVIRONMENT

## 9.1 OVERVIEW

Both the operating system and the programming language impact the implementation and use of the Core System. This section will identify some of the operating system and programming language anomalies that directly affect utilization of the Core System.

II-71

Exhibit 15  Page 674                    GW-LT 253951

## 9.2 IMPACT AREAS

### 9.2.1 OPERATING SYSTEMS

An attempt has been made to fit the Core System specification within generally available operating system capabilities without precluding the use of more advanced capabilities.

#### 9.2.1.1 CORE SYSTEM INVOCATION

The logical devices specified by the application program are associated with physical devices at application program invocation time. The mechanism by which this assignment takes place may be operating system dependent. In particular, no attempt has been made to specify the details of how the device driver routines are made available for execution. The routines may be dynamically loaded upon demand, the entire set of requested drivers may be loaded together, or a subset is conditionally loaded as directed by a job control stream.

#### 9.2.1.2 UNESCORTED TEXT

A common occurrence on many timesharing systems is the generation of messages from the computer operator to all logged-on terminals. A typical example might be a message such as "SYSTEM GOING DOWN IN 15 MINUTES". These messages may cause the state of the display device to change without the knowledge of the Core System. For example, receipt of a carriage return may cause some terminals to exit graphics mode. If such a message is received, the Core System no longer guarantees the "correctness" of the picture. If the Core System is capable of intercepting such messages, the messages should be displayed in an appropriate portion of the view surface.

### 9.2.2 PROGRAMMING LANGUAGES

The Core System differs from most software standards in that it can be invoked from more than one programming language. This implies that the Core System should avoid requiring language-specific features. This cannot be completely accomplished. Any implementation of the Core System will still be somewhat dependent on the programming language being used.

It is expected that, at some future time, rules will be established for using the Core System from specific programming language environments. This will standardize the manner in which language-dependent functions (such as space management and character string and array length specifications) will be handled, thus increasing intra-language, inter-implementation transportability.

#### 9.2.2.1 PROGRAMMING LANGUAGE USAGE GUIDELINES

To facilitate the use of the Core System from a particular programming language, the following guidelines are recommended:

- The specification of the Core System should not require the application program to violate the design philosophy and rules of the programming language being utilized.

- Use of features and facilities of a programming language should not be restricted. However, intermixing of program language I/O features with Core System I/O to the same device may produce confusing results. The interface between the Core System and the language I/O should be designed very carefully to minimize such conflicts.

II-72

**Exhibit 15  Page 675**

GW-LT 253952

## 9.3 SYNOPSIS OF MAJOR ISSUES

When should logical devices be bound to physical devices?

Should the Core System support the display of "unescorted" text?

Should there be a separate Core System for each programming language?

Should use of programming language features be restricted when using the Core System?

II-73

Exhibit 15  Page 676                    GW-LT 253953

## REFERENCES

[CARL77] Carlbom, I. and J. Paciorek, Geometric Projections and Viewing Transformations, Computer Science Program, Brown University, Technical Report No. CS-30, (June, 1977) (to be submitted for publication).

[CARU75] Caruthers, L.C. and A. van Dam, GPGS User's Tutorial, Informatica Group, Faculty of Science, University of Nijmegen, The Netherlands, (October, 1975).

[CARU77] Caruthers, L.C., J. van der Bos, and A. van Dam, "A Device-Independent General Purpose Graphic System for Stand-Alone and Satellite Graphics", Proceedings of SIGGRAPH '77, published in Computer Graphics, Volume 11, Number 3, (1977).

[FOLE74] Foley, J.D. and V.L. Wallace, "The Art of Natural Graphic Man - Machine Conversation", Proceedings of the IEEE, Volume 62, Number 4, (April, 1974).

[GINO75] GINO-F, The General Purpose Graphics Package Reference Manual, CAD Centre, Cambridge, England, (July, 1975).

[GPGS75] GPGS-F User's Guide, RUNIT Computer Centre, University of Trondheim, Norway, (September, 1975).

[GROO77] Groot, D., E. Hermans, L.C. Caruthers, and J. Schwartz, GPGS Reference Manual, Rekencentrum, T.H. Delft and Informatica Group, Faculty of Science, University of Nijmegen, The Netherlands, (May, 1977).

[GUED76] Guedj, R.A. et al., Report on the IFIP W.G. 5.2 Workshop on "Methodology in Computer Graphics", (July, 1976) (draft report, to be published).

[MIDD74] Middleton, N.C. et al., Graphics Compatibility System (GCS) Programmer's Reference Manual, United States Military Academy, West Point, N.Y., NTIS #AD779211, (April, 1974).

[PUK76] Puk, R.F., The 3D Graphics Compatibility System, U.S. Army Corps of Engineers, Waterways Experiment Station, Vicksburg, Ms., (October, 1976).

[WALL76] Wallace, V.L., "The Semantics of Graphic Input Devices", Proceedings ACM Symposium on Graphics Languages, (April, 1976), Miami, Florida. Published as SIGPLAN Notices, Volume II, Number 6, June 1976, and SIGGRAPH Computer Graphics, Volume 10, Number 1, Spring 1976.

[WOOD71] Woodsford, P.A., "The design and Implementation of the GINO 3D Graphics Software Package", Software - Practice and Experience, Volume 1, Number 4, (October-December, 1971).

II-74

Exhibit 15  Page 677                GW-LT 253954

INDEX TO THE CORE SYSTEM FUNCTIONAL SPECIFICATION

This index applies only to Chapter 2. References are given as section numbers; the underscored reference for each entry is the principal reference.

absolute coordinates...........................................1.2.4, 2.2.5, 3.2.6, 4, 7.2.3.1, 7.2.4.4
attributes....................................................................2.1
back clipping plane............................5.1.4, 5.2.1.8, 5.2.3, 5.2.3.2, 5.2.5, 7.2.8.2
BACK_DISTANCE.................................................................5.2.1.8, 5.2.4
batch of updates..............................................................7.2.7
BUTTON.......................................................6.2.1.3, 6.2.2, 6.2.9.8, 6.2.9.9

center of projection..........................................5.1.3, 5.2.1.5, 5.2.1.8
character box.................................................................2.2.3
characters...................................................2.1, 2.2.3, 2.2.5
CHARQUALITY..................................2.2.3, 2.2.3.6, 2.2.5, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3
CHARSIZE....................................2.2.3, 2.2.3.6, 2.2.5, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3
CHARSPACE...................................2.2.3, 2.2.3.6, 2.2.5, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3
CHARPLANE.............2.2.3, 2.2.3.4, 2.2.3.6, 2.2.5, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3
clipping...........................1.2.5, 2.2, 2.2.3.2, 2.2.3.3, 2.2.4,
                                 5.1.4, 5.2.1.7, 5.2.1.8, 5.2.2.2, 7.2.8
COLOR..........................................2.2.5, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3
control.....................................................................1.2.7, 7
coordinates............................................1.5, 2.1, Section 5
current attribute values.....................................................4.1, 4.2
current event report.........................................6.2.6, 6.2.6.1, 6.2.8
current position.............................................................1.5, 2.1

default attribute values..............................................4.1, 4.2.3, 7.2.3

default viewing parameters...................................................5.2.4
default setting..............................................7.2.1, 7.2.3
delete segment...............................................3.2.3, 3.2.4
depth clipping.................................5.1.4, 5.2.1.8, 7.2.8.2
DETECTABILITY.......................1.3.5, 3.2.6, 4.1, 4.2.2, 4.2.3
design criteria..............................................................1.4
device association...................................6.2.7, 6.2.8.3, 6.2.8.4
device independence..........................................................1.1
disable....................................................................6.2.4
dynamic attributes...........................3.1, 3.2.6, 4.1, 4.2.2

echo............................................6.2.1, 6.2.9.1, 6.2.9.2, 6.2.9.3, 6.2.9.4
enable...........................................6.2.4, 6.2.8, 6.2.8.3, 6.2.8.4
error handling...............................................................7.2.5
error report.................................................................7.2.5
ESCAPE mechanism.............................1.5, 2.2.3.5, 8.2.2
event........................................................6.2.1, 6.2.6
event device.....................................6.2.1, 6.2.6, 6.2.7
event queue......................................6.2.1, 6.2.6.1
event report.....................................6.2.1, 6.2.6, 6.2.8

FONT...........................................2.2.5, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3
front clipping plane..........................5.1.4, 5.2.1.8, 5.2.3, 5.2.3.2, 5.2.5, 7.2.8.2
FRONT_DISTANCE...............................................5.2.1.8, 5.2.4

HIGHLIGHTING.......................1.3.5, 3.2.6, 4.1, 4.2.2, 4.2.3
high-quality text............................................2.1, 2.2.3.4
hook.........................................................1.5, 8.2.1

image..........................................................1.5, 3, 5
IMAGE_TRANSFORMATION.........................3.2.6, 4.1, 4.2.2, 4.2.3, 5.2.3, 5.2.4
image transformations..................1.3.4, 1.3.5, 1.5, 5.1.6, 5.2.3
implementation...............................................1.3.6.2, 1.4.2

Exhibit 15  Page 678                          GW-LT 253955

```
                                                       .7.2.1.1, 7.2.2.1
initialize................
input device classes..............6.2.3, 6.2.4.2, 6.2.4.4, 6.2.6.3, 6.2.7.4, 6.2.9.2
input device simulation...............................................6.2.1, 6.2.2
input primitive....................................................1.2.6, 1.3.5, 6
inquiry...............1.2.7, 4.2.1.2, 4.2.1.5, 4.2.2.2, 7.2.4, 8.2.1.2, 8.2.1.3
INTENSITY.........................................2.2.5, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3
interaction.......................................................1.2.6, 6

KEYBOARD..............................6.2.1.2, 6.2.2, 6.2.8.2, 6.2.9.7
levels of the Core............................................1.3, 4.2, 7.2.1.1
Level 1.......................................1.3.1, 1.3.5, 3.1, 3.2.6, 4.2
Level 2.......................................1.3.2, 1.3.5, 3.1, 3.2.6, 4.2
Level 3.......................................1.3.3, 1.3.5, 3.2.6, 3.2.7, 4.2
Level 4.......................................1.3.4, 1.3.5, 3.2.6, 3.2.7, 4.2
LINE.......................................................2.2.2.1
LINESTYLE.........................................2.2.5, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3
LINEWIDTH.........................................2.2.5, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3
LOCATOR...............5.2.1.9, 6.2.1.4, 6.2.2, 6.2.5.1, 6.2.8.3, 6.2.9.5
logical input device...........................1.1, 1.2.6, 6.1, 6.2.3
low-quality text.......................................2.1, 2.2.3.2

MARKER...................................................2.2.4
medium-quality text....................................2.1, 2.2.3.3
modelling system.....................................1.5, 8.2.1
MOVE.......................................................2.2.1

new-frame.............1.5, 3.1, 3.2.3, 3.2.4, 4.2.2.1, 7.2.6, 7.2.7.2
non-retained segment...........1.2.3, 1.3.5, 1.5, 3.1, 3.2.1, 3.2.6, 4.2, 4.2.3
normalized device coordinate space.........1.5, 5.1, 5.1.5, 5.2.1.9, 5.2.1.10, 5.2.3,
                                           5.2.4, 6.2.1.4, 6.2.5.1, 6.2.8.3

object.......................................................1.5, 5.1
open segment.......................................1.5, 3.1, 3.2.1, 3.2.2
orthogonality of function...................................1.4.5
output primitive..........................................1.2.2, 1.5, 2

parallel projection..........5.1.3, 5.2.1.4, 5.2.1.7, 5.2.3, 5.2.2.3, 5.2.4, 5.2.5
perspective projection.......5.1.3, 5.2.1.5, 5.2.1.7, 5.2.1.8, 5.2.3, 5.2.5
physical input device..................................6.1, 6.2.1
PICK.......................................6.2.1.1, 6.2.2, 6.2.8.1
PICK_ID............2.2.5, 3.2.7, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3, 6.2.1.1, 6.2.8.1
POLYLINE.......................................................2.2.2.2
primitive attribute........................1.5, 2.1, 2.2.5, 4.1, 4.2.1.1, 4.2.1.2, 4.2.3

relative coordinates......................................2.1
rename segment...........................................3.2.5
retained segment.......................1.2.3, 1.3.5, 1.5, 3.1, 3.2
rich core.......................................................1.4.1

sampled device.......................................6.2.1, 6.2.5, 6.2.7
segment...............1.2.3, 1.5, 3, 4.1, 4.2.1.3, 4.2.1.4, 4.2.2,
                     4.2.3, 5.2.3, 7.2.4.7, 7.2.4.8, 7.2.4.9
segment attribute............1.5, 3.1, 3.2.6, 4.1, 4.2.1.3, 4.2.1.4, 4.2.2, 4.2.3
SEGMENT_TYPE.....................3.1, 3.2.6, 4.1, 4.2.1.3, 4.2.1.4, 4.2.2, 4.2.3
simulation.......................................3.2.6, 4.1, 6.2.1
static attribute.......................................4.1, 4.2.1
string extent.......................................................2.2.3
synthetic camera......1.2.5, 3.1, 5.1, 5.2.1.4, 5.2.1.5, 5.2.1.6, 5.2.2.1, 5.2.5

terminate.......................................7.2.1.2, 7.2.2.4
text.......................................2.1, 2.2.3, 2.2.3.1

UV coordinate system.......................5.1.4, 5.2.1.6, 5.2.1.7

VALUATOR..................6.2.1.5, 6.2.2, 6.2.5.2, 6.2.8.4, 6.2.9.6
viewing transformation...........1.2.5, 1.5, 2.2, 2.2.3.2, 2.2.3.3, 2.2.3.4, 5
viewport.......5.1.5, 5.2.1.9, 5.2.1.10, 5.2.2.2, 5.2.3, 5.2.3.1, 5.2.3.2, 5.2.4
view plane.......5.1.2, 5.2.1.2, 5.2.1.3, 5.2.1.6, 5.2.1.7, 5.2.1.8, 5.2.4, 5.2.5
view plane distance.......................5.1, 5.2.1.3, 5.2.1.8, 5.2.4
view plane normal...........5.1.2, 5.2.1.2, 5.2.1.3, 5.2.1.6, 5.2.1.8, 5.2.4, 5.2.5
view reference point.......................5.1.2, 5.2.1, 5.2.4
```

**Exhibit 15  Page 679**

GW-LT 253956

view surface.............................1.1, 1.5, 3.2.1, 3.2.3, 6.2.9.4, 7.2.1.2, 7.2.2
view surface selection......................................7.2.2, 7.2.2.2, 7.2.2.3
view up direction.............5.1.1, 5.1.4, 5.2.1.6, 5.2.2.1, 5.2.2.2, 5.2.4, 5.2.5
view volume.....................................................5.1.4, 5.2.3, 5.2.3.2
VISIBILITY..........................................1.3.5, 3.2.6, 4.1, 4.2.2, 4.2.3

window..........................................5.1.1, 5.1.4, 5.2.1.7, 5.2.2.2, 5.2.4
window clipping.................................5.1.4, 5.2.1.7, 5.2.2, 7.2.8.1
world coordinates...........................................1.5, 2.1, 5.1

II-77

Exhibit 15  Page 680                GW-LT 253957

# CHAPTER 3: ISSUES LEADING TO THE FUNCTIONAL SPECIFICATION OF A CORE GRAPHICS SYSTEM

This chapter contains brief descriptions of the major issues discussed during the design of the Core System. Each section in Chapter 2 on functional capabilities of the Core System has a corresponding section in this chapter. Issues marked with *** are those which can have an impact on program structure.

It should be realized that our original goal of recording all major issues and design trade-offs had to be largely abandoned after February of 1977 in favor of spending all available time resolving outstanding technical issues and preparing a thorough functional specification of the Core System. Unfortunately, this chapter is therefore incomplete as a technical record, and sufficiently unpolished so that it should be viewed primarily as a collection of informal notes. There may even be inconsistencies in terminology. Furthermore, because of space limitations, some of the descriptive information we did record has been deleted from this version of the document. The most important issues include a description of the problem, a list of feasible alternatives, arguments for and against these alternatives and a resolution. Less important issues have only a resolution. Only titles have been included for issues which were considered, but are no longer relevant to the present definition of the Core System.

# 1 INTRODUCTION

## 1.1 ***ISSUE: SHOULD LEVELS OF STANDARD OF THE CORE SYSTEM BE DEFINED?

Description: The definition of levels of standard of the Core System would make it possible for an installation to implement only a subset of the Core System but still be considered to be providing an implementation of the standard.

Alternatives:
1) Define levels of standard of the Core System.
2) Do not define levels of standard of the Core System.

Arguments:
a) Pro 1: Levels of standard of the Core System allow less powerful graphics devices to have a standard more in line with their capabilities and the perceived needs of their users.
b) Con 1, Pro 2: Levels of standard decrease portability.

Resolution: Alternative 1: Provide four upward compatible levels of standard to avoid dialects. Provide guidelines, methodologies, codes of practice, common program schemata, etc.

Exhibit 15  Page 681                                    GW-LT 253958

## 2 OUTPUT PRIMITIVES

### 2.1 CURRENT POSITION

#### 2.1.1 ***ISSUE: WHY HAVE A CP?

Description: What is the CP used for? Is this syntactic convenience for the programmer worth anything? Should there be more than one CP (e.g., one for lines, one for text, and one for markers)?

Alternatives:
1) Do not have a CP.
2) Have one CP.
3) Have more than one CP.

Arguments:
a) Pro 1: Not needed in a Core System. Can be added by higher-level routines.
b) Pro 3: It leaves the field open for the possibility of parallel devices in the future; it stops the programmer from device-dependent operations such as mixing text and line drawing without resetting CP; and it allows optimization of plotting.
c) Con 3: Confusing for programmer; would require multiple MOVE functions.
d) Pro 2,3: Consistent with current practice.
e) Pro 3: Could be convenient for multiple view surfaces.

Resolution: Alternative 2: One CP is provided.

#### 2.1.2 ***ISSUE: SHOULD THE PROGRAMMER BE ABLE TO OBTAIN THE CURRENT VALUE OF THE CP?

Resolution: Make the CP available to the programmer. An inquiry function will be supported and will return (X,Y,Z) in world coordinates.

#### 2.1.3 ***ISSUE: HOW IS THE VALUE OF CP AFFECTED BY CREATE/CLOSE?

Resolution: CP is initialized to (0,0,0) and reset to this value at each new CREATE .

### 2.2 LINE-DRAWING PRIMITIVES

#### 2.2.1 ISSUE: SHOULD "ADVANCED" LINE-DRAWING PRIMITIVES BE SUPPORTED BY THE CORE SYSTEM?

Resolution: No. In this case, minimality is more important than richness.

#### 2.2.2 ISSUE: IS POLYLINE A PRIMITIVE?

Resolution: POLYLINE will be a primitive in the Core System.

II-79

**Exhibit 15  Page 682**                    GW-LT 253959

## 2.3 TEXT PRIMITIVES

### 2.3.1 ISSUE: WHAT SHOULD THE SET OF OUTPUT TEXT PRIMITIVES SUPPORTED BY THE CORE SYSTEM INCLUDE?

Description: We identified four primary points on the output text primitive spectrum:

1. Low-quality used mainly for operator communication and not usually for picture construction.

2. Medium-quality used as part of picture but intended to exploit hardware generators when available.

3. High-quality which meets programmer specifications to the letter in the areas of spacing, scaling, orientation, perspective, etc.

4. Graphic arts-quality which not only meets high-quality criteria but also permits wide selection in font, variable spacing, shading or boldface -- all parameters associated with the printing or typesetting world.

Alternatives:
1) Support low- and medium-quality text.
2) Support medium-quality text only.
3) Support low-, medium-, and high-quality text only.
4) Support more than low-, medium-, and high-quality text.

Arguments:
a) Con 4: Graphic arts-quality is well beyond our limited resources. There is not enough consensus in this area as well as too much detail of little or no interest to many graphics users. Could be the subject of a higher-level standard in the future or of a text subsystem built on top of the Core System.
b) Con 3: High-quality text can be obtained by a device-independent software character generation package built entirely upon the Core System standard output primitives.
c) Pro 1,2: Text is often an integral part of the picture (labels on graphs, slides, etc.) Since we wish to be "rich", we must support medium-quality text.
d) Pro 1,3: Medium-quality text is too expensive for programmer communication, so we should also have low-quality text.
e) Pro 3: Since so many people want "high-quality text" now, we may as well include it in the standard now.

Resolution: Alternative 3: Support for low-, medium-, and high-quality text, but not for graphic arts-quality text.

### 2.3.2 ISSUE: HOW IS APPLICATION PROGRAM/OPERATOR COMMUNICATION HANDLED?

Description: Application program/Operator communication (e.g., prompting) needs to be handled on the same device that graphics output is being handled. Low-, medium-, and high-quality text are not particularly convenient for this purpose since they are created first in the world coordinate system and only later viewed on the physical display device.

Alternatives:
1) The Core System should provide an additional text primitive for operator communication. This primitive would probably use normalized device coordinates space.
2) Provide no additional text primitive since low-quality text can be used for operator communication.

Arguments:
a) Pro 1: Communication with the operator is an integral part of any interactive graphics program. It should be convenient for the application programmer to manage this communication.
b) Pro 2: Operator communication is not part of graphics although it may use graphical devices. Graphics is concerned with pictures and views of objects.

II-80

Exhibit 15  Page 683                    GW-LT 253960

c) Pro 2: If no other support for communications exists, the programmer may use low-quality text with non-retained segments defined within a window whose X- and Y-extents correspond to NDC space.

Resolution: Alternative 2. Low-quality text is satisfactory for operator communication.


2.3.3 ISSUE: WHAT IS THE VALUE OF CP AFTER A TEXT PRIMITIVE?

Resolution:   CP will be updated to allow for consistent text string concatenation. (Note that the user can determine the location of the CP after a call to TEXT by using the "inquire CP" function.)


2.3.4 ISSUE: WHAT IS THE ORIENTATION OF A LOW-QUALITY TEXT STRING?

Resolution:   The orientation of a string is deliberately undefined, but usually low-quality text will be drawn horizontally on the view surface.


2.3.5 ISSUE: WHAT IS THE ORIENTATION OF A CHARACTER WITHIN A MEDIUM-QUALITY TEXT STRING?

Resolution:   The orientation of a character is deliberately undefined, but usually individual medium-quality text characters will be drawn horizontally.


2.3.6 ISSUE: HOW ARE THE TEXT PRIMITIVE CHARACTER BOX SPECIFICATIONS INTERPRETED FOR LOW- AND MEDIUM-QUALITY TEXT?

Resolution:   The components of CHARSIZE are scaled in the same proportion as the effect of scaling on the string extent. A hardware character size is then selected on a "best-fit" basis. If all available hardware character sizes exceed the desired one, something visible will always still appear.


2.3.7 ISSUE: SHOULD TEXT PRIMITIVES HAVE A "FONT" PRIMITIVE ATTRIBUTE?

Resolution:   All text may be displayed in different type fonts if different fonts are supported by the hardware character generator. Furthermore, high-quality text may also have different software-generated fonts.


2.3.8 ISSUE: WHAT ARE THE EFFECTS OF THE VIEWING TRANSFORMATION ON LOW-QUALITY TEXT?

Resolution:   Low-quality text will first have the string origin properly located by applying the viewing transformation. The character box height and width will then be scaled. Next, an appropriate character size will be computed based on the scaled character box. Finally, the entire string will be drawn at an implementation-dependent orientation starting at the transformed origin at the computed character size.


2.3.9 ISSUE: WHAT ARE THE EFFECTS OF THE VIEWING TRANSFORMATION ON THE MEDIUM-QUALITY TEXT PRIMITIVE?

Resolution:   Medium-quality text will be drawn along the transformed string extent, with each character box at its transformed origin. The character boxes are scaled appropriately. It is deliberately undefined what the orientation of the individual character will be (i.e., horizontal or parallel to string extent).


2.3.10 ISSUE: WHAT IS THE EFFECT OF THE PERSPECTIVE VIEWING TRANSFORMATION ON LOW-QUALITY TEXT?

Resolution: Perspective need not have any additional effect on low-quality text.


II-81

Exhibit 15  Page 684                    GW-LT 253961

2.3.11 ISSUE: WHAT IS THE EFFECT OF THE PERSPECTIVE VIEWING TRANSFORMATION ON MEDIUM-QUALITY TEXT?

Resolution: The ending position of a string of medium-quality text is transformed by the projection before character placement is done. However, it is deliberately undefined what the spacing and size of the individual characters in the string will be.

2.3.12 ISSUE: WHAT ARE THE EFFECTS OF CLIPPING OF LOW-QUALITY TEXT?

Resolution: If the CP is outside the window, text will be displayed. If the CP is inside the window, but part of the string is outside the window, the result is undefined.

2.3.13 ISSUE: SHOULD TEXT BE IMPLEMENTED AS SEVERAL PRIMITIVES OR AS ONE PRIMITIVE HAVING A "QUALITY" ATTRIBUTE?

Resolution: TEXT has a CHARQUALITY attribute.

2.4 MARKERS

2.4.1 ISSUE: WHAT IS THE EFFECT OF MARKER (X,Y,Z,K) WHERE K IS AN INTEGER REFERENCING A MARKER-SYMBOL NOT SUPPORTED BY THE STANDARD OR THE INSTALLATION?

Resolution: A warning error is issued and the marker-symbol is mapped to an implementation-dependent marker-symbol.

2.4.2 ISSUE: SHOULD THE MARKER PRIMITIVE ITSELF ROTATE AND SCALE?

Resolution: MARKER primitives always manifest themselves at a standard scale and orientation.

2.4.3 ISSUE: WHAT IS THE EFFECT OF CLIPPING ON THE APPEARANCE OF THE MARKER PRIMITIVE?

Resolution: When the CP is within the viewing area, the MARKER primitive is displayed unclipped in its standard form even if wraparound could occur.

2.5 MISCELLANEOUS ISSUES

2.5.1 ISSUE: ARE TEXT FORMATTING CONTROL CHARACTERS SUPPORTED?

Resolution: Control characters (like line feed, carriage return, etc.) in text primitives will not be supported. They will be treated like any other non-displayable character. See Section 8 in Chapter 2 for an "escape" mechanism which permits these control characters to be passed directly to the hardware.

2.5.2 ISSUE: SHALL THERE BE BOTH INTENSITY AND LINEWIDTH ATTRIBUTES?

Resolution: Separate attributes are provided.

2.5.3 ISSUE: HOW ARE SPECIALIZED OUTPUT DEVICES ACCOMMODATED?

Description: Some output devices are quite sophisticated and have control available for special hardware features like variable spacing and centering of text on microfilm plotters. How can the full power of these devices be accommodated within the framework of the Core System?

II-82

Exhibit 15  Page 685                    GW-LT 253962

Alternatives:
1) Include primitive attributes for each of these special features in the Core System: make their application optional for most implementations.
2) Design the Core System so that such special features -- as they are identified -- may be integrated into the Core System in an easy and consistent manner.

Arguments:
a) Pro 1: Some people need these features so why not include them (i.e., "rich" Core System).
b) Con 1: Not enough people need them now; it is confusing to have lots of features that most people cannot use (i.e., "lean" Core System).
c) Pro 2: Providing a single "escape" function which gives the application programmer access to any special functions needed and supported at his installation meets the desires expressed in both argument a and argument b.

Resolution: Alternative 2: Special features of hardware will be accessed via a single special Core System function which in turn allows access to installation-dependent software at the device driver level. Standard Core System output primitives may then be processed in very special, sophisticated ways to achieve the desired effect.


## 3 SEGMENTS

### 3.1 THE OPEN SEGMENT

There are many issues related to the operation of the Core System while a segment is open. Many of the issues can be viewed in two ways:

1. A segment's being open is a temporary, peculiar, transitory state of the Core System. While in this state certain Core System operations are restricted. In particular, the open segment is in a sort of limbo: for example, it may not be deleted.

2. The open segment is just like any other segment, except that the object of which a view is being computed is still being described to the Core System by the application. This means only that one can not change the viewing transformation. All operations not related to computing a view of an object are perfectly legal. For example, the open segment can be made visible (see issue 3.1.2), it can be renamed, made to blink, lightpenned, deleted, etc.

Viewpoint 2 has been chosen.

The issues in this section deal with various aspects of the open segment.


### 3.1.1 ***ISSUE: WHAT HAPPENS IF A SEGMENT CREATION IS ATTEMPTED WHILE THERE IS AN OPEN SEGMENT?

Resolution: An error occurs if a segment is created while there is an open segment.


### 3.1.2 ***ISSUE: WHEN DO OUTPUT PRIMITIVES ADDED TO THE OPEN SEGMENT BECOME VISIBLE?

Description: When the application program is describing an object to the Core System, does each output primitive become visible when it is created ("immediate visibility") or only when the description of the object is complete, i.e., when the open segment is closed? This issue has strong relationships to other issues dealing with the behavior of the Core System while there is an open segment. It is also related to issue 3.8.1: re-opening a closed segment for the purpose of appending to it, and issue 3.4: non-retained segments.

Alternatives:
1) No support of immediate visibility: the close operation causes the open segment to become visible (unless the segment's VISIBILITY segment attribute prevents it.)
2) The VISIBILITY segment attribute controls whether the current contents of the open segment is visible (just like any other segment). When a primitive is added to the

II-83

**Exhibit 15  Page 686**

GW-LT 253963

open segment, the primitive becomes visible immediately, if the segment is visible. The close operation has no effect on whether the open segment is visible or not.

3) A quality "immediate visibility" exists which the open segment may or may not have. (This quality is applied to the segment either "only when the segment is created" or "any time before the segment is closed".) If the open segment lacks immediate visibility then the open segment remains invisible until it is closed. At that point the VISIBILITY segment attribute becomes effective. On the other hand, if the open segment has immediate visibility, primitives becomes visible as they are added to the open segment. There are various subalternatives:

    3.1) The VISIBILITY segment attribute is ignored until the open segment is closed. At that point, if the segment attribute indicates invisibility, then either: 3.1.1: the segment becomes invisible, 3.1.2: the segment attribute is altered, or 3.1.3: an error occurs.

    3.2) The VISIBILITY segment attribute is not ignored when the segment is open. Various subcases are possible, but will not be mentioned here.

4) If the VISIBILITY segment attribute of the open segment indicates "visible", then there are no guarantees whether output primitives become visible as follows -- 4.1: immediately, 4.2: in blocks (whose size is implementation controlled), or 4.3: when the segment is closed.

Arguments:

a) Pro 1,4, Con 2,3: Implementation complexity. Although there are several common ways of implementing immediate visibility, the requirement for optionally having it in effect makes the output primitive creation functions more complex.

b) Pro 1,4, Con 2,3: There might be some devices on which immediate visibility is unimplementable (although this seems unlikely).

c) Pro 2,3,4: Permitting the Core System implementation to "write" to the display device as commands are generated by the application program significantly reduces the amount of buffer space the system will require when large segments are being processed. This is especially relevant if the Core System is embedded within a plotting package. Buffer space reduction is the major argument for immediate visibility.

d) Pro 2,3: The graphics system may operate more quickly if "compute time" (to generate the contents of a segment) can be overlapped with "transmission time" (to draw the segment on a bandwidth-limited device). This is a minor argument because a great majority of cases where response time is a problem are caused by either low transmission rates or time-sharing delays in a multi-programmed host computer. Neither of these causes are affected by the proposed mechanism. Indeed, extra information controlling the terminal may have to be added to the output stream, exacerbating a transmission-rate problem.

e) Pro 2, Con 3: Using the VISIBILITY segment attribute of the open segment (to control immediate visibility) is conceptually simpler than the approach of alternative 3, which gets mired down in sub-alternatives when the problem of the relationship between the segment attribute and the "immediate visibility quality" is considered.

f) Pro 3, Con 2: The concept of "turning a segment on and off" is really different from the concept of "seeing a primitive as soon as it is added to the open segment". Therefore there should be separate software mechanisms for implementing these concepts. (However, perhaps the above comparison is specious--see argument g.) The two mechanisms should be the visibility segment attribute and a special status variable (indicating whether immediate visibility is in effect).

g) Relative to f: The second concept mentioned in f is a red herring. "Seeing a primitive as soon...." gives the impression of visible information appearing in a smooth sequence. In fact information is likely to appear all at once--as far as the user can tell: e.g., within a few refresh cycles--or jerkily--in a heavily loaded time-sharing system or if there is logical record blocking in effect).

h) Relative to 2,3: The arguments e and f above are based on two different views of the open segment: is it primarily a segment like any other segment, or is it in a state of limbo? The former has been selected.

i) Con 1, Pro 2,3,4: If a large segment is being created, which involves a long delay due to computation or I/O, then it is reassuring to the operator to see partial results rather than waiting to the end of the segment.

j) Pro 2,3, Con 1,4: When debugging a graphics program which is generating a segment incorrectly, it is very useful to view intermediate stages in the segment's creation. This is made possible by immediate visibility.

The primary argument in this issue is c--buffer size reduction--and in that area, alternatives 2, 3, and 4 are equivalent.

Resolution: There shall be support of immediate visibility via approach 2.

II-84

Exhibit 15  Page 687

GW-LT 253964

3.1.3 ***ISSUE: WHAT DYNAMIC SEGMENT ATTRIBUTES OF WHAT SEGMENTS MAY BE MODIFIED WHILE A SEGMENT IS OPEN?

Resolution:   All segments, including the open one, may have their dynamic attributes modified.


3.1.4 ***ISSUE: WHAT SEGMENTS MAY BE DELETED WHILE THERE IS AN OPEN SEGMENT?


Description: This issue is related to issue 3.1.2 on immediate visibility, and issue 3.4 on non-retained segments.

Alternatives:
1)  No segments may be deleted while there is an open segment.
2)  All segments except the open segment may be deleted.
3)  Any segment may be deleted.

Arguments:
a)  Con 1: This is overly restrictive. Even if a segment is actively being created, one should be able to remove other segments.
b)  Pro 2, Con 3: Application programs will be better structured if the open segment is required to be closed before other operations are applied to it.
c)  Pro 3, Con 2: The open segment is a segment like any other segment. The fewer special cases, the better.
d)  Con 3, Pro 2: If the Core System would not support immediate visibility, it would be senseless to permit the open segment -- which has never been displayed -- to be deleted.

Resolution: Alternative 3: Any segment may be deleted. The most important argument is c.


3.1.5 ***ISSUE: WHAT INTERACTIONS MAY OCCUR WHILE THERE IS AN OPEN SEGMENT?


Description: If operator interactions are permitted while there is an open segment, the Core System must guarantee that everything the application program has put in the segment is visible to the operator (assuming that any of the segment is visible). (Compare this to alternative 4 of issue 3.1.2.)

Alternatives:
1)  No interactions are permitted while a segment is open.
2)  Interactions not involving the open segment are permitted (i.e., no picking of the open segment).
3)  Any interactions.

Arguments:
a)  Pro 1, Con 2,3: If interactions are prohibited while a segment is open, much complexity in design and implementation is avoided.
b)  Pro 3, Con 2: If primitives in the open segment are immediately visible, they should not be different from primitives in other segments. Therefore, picking them should be permitted.
c)  Pro 3,2, Con 1: Prohibiting all interactions is too restrictive. Also, having an open segment is a perfectly normal state of the Core System and most operations should be permitted.
d)  Pro 3: Allow user drawn primitives to be gathered into one segment.

Resolution: Alternative 3: Any interactions.


3.1.6 ISSUE: WHAT SEGMENTS MAY BE RENAMED WHILE THERE IS AN OPEN SEGMENT?

Resolution:  Any segment may be renamed.


3.1.7 ISSUE: MAY OUTPUT PRIMITIVES OCCUR OUTSIDE OF EXPLICITLY OPENED (CREATED) SEGMENTS?


Description: What happens if an output primitive function is called when there is no explicitly opened segment, i.e., before the first segment is created or during the time after a close and before the next create? The phrase "explicitly opened" is used

II-85

**Exhibit 15  Page 688**                    GW-LT 253965

to refer to segments opened by a call to the create operation, as opposed to any segment which might be opened "by default" or "during system initialization". Segments would also be explicitly opened by the extend operation, if such an operation were included in the Core System (which is not the case; see issue 3.8.1).

This issue is related to issue 3.1.2: immediate visibility, and issue 3.4: non-retained segments.

Alternatives:
1) Output primitives do not have to be placed in a segment.
2) A default segment (number 0) is implicitly opened when an output primitive is created while no segment is explicitly open.
3) A segment (number 0) is implicitly opened during system initialization.
4) Only explicitly opened segments may receive primitives; a primitive generated when no segment is explicitly open causes an error. (In other words, there are no "implicitly open" or "default" segments.)

Arguments:
a) Pro 4, Con 1,2,3: The Core System is not primarily intended for driving plotters. Even so, the segment creation overhead using non-retained segments for a plotting package built on top of Core System segments will be negligible.
b) Pro 4: This alternative seems well-structured.
c) Con 3: This approach takes care of output primitives created before the first explicit creation of a segment, but does not address the issue of what happens to primitives created after an explicitly created segment is closed. (Such primitives could obey alternatives 2 or 4.)
d) Con 1,2,3: What attributes (both segment- and primitive-) are associated with the output which is created outside of explicitly opened segments? If a segment is created and then closed, are the same attributes in effect after the close as before the creation? (Presumably.) These questions point up the complexities associated with alternatives 1, 2, and 3: it seems there is a tradeoff between Core System implementation complexity and lack of comprehensibility if any of alternatives 1, 2, or 3 is chosen.
e) Con 2,3: Can segment 0 be deleted? If so, does it immediately get recreated, so that subsequent primitives outside of an explicitly created segment can go into it? This seems not to be a clean design.

Resolution: Alternative 4: primitives may only be created while there is an (explicitly) open segment.


3.2 ***ISSUE: IS IT POSSIBLE TO COPY A SEGMENT?


Description: A copy operation would copy one segment into another (i.e., into the open segment) so as to gather several fragmentary segments into one, or to add to the information already in a segment. This is sometimes called an "include" capability.

Alternatives:
1) No copy facility is provided.
2) A copy facility is provided.

Arguments:
a) Pro 1, Con 2: A copy operation would require the Core System to interpret the contents of the segment being copied out of. This is contrary to the Implementability Test (see Section 1.4.2 of Chapter 2). (An interpretation capability might force the system to maintain a pseudo display file, where otherwise one is not needed. Note that there is a difference between generating a display file and scanning (parsing) the resulting display file so as to copy it, or to output it to secondary storage, etc.)

Resolution: Alternative 1: There is no copy operation.


3.3 STRUCTURE IN ADDITION TO A SINGLE LEVEL OF SEGMENTATION


The issues in this section discuss whether there is any structure in the Core System other than primitives and a single level of segments.


II-86

Exhibit 15  Page 689                                    GW-LT 253966

### 3.3.1 ***ISSUE: SHALL NAMING FOR PICK INPUT BE ON A FINER SCALE THAN SEGMENT BY SEGMENT?

Description:  The user-assigned naming under discussion is only for "picking" input; it
is not intended for modification purposes.  The unit of modification is the segment.

Alternatives:
1)  No naming within a segment.
2)  Individual output primitives may have names within a segment.
3)  A group of primitives may have a name. The grouping is specified by the application.
4)  Arbitrarily nested groups of primitives may have names.

Arguments:
a)  Con 1, Pro 2,3,4: Although it is possible to use different segments for each group of
primitives to be named  (as required by alternative 1), this causes a lot of storage
overhead.  Storage required by approach 3 for a single name is (tentatively) an entry
in  a  correlation table:  a name, beginning buffer address, ending buffer address
(about three words).  The storage required by a segment (in approach 1) is much more
than three words).
b)  Pro 1:  Not permitting names within a segment is the simplest alternative to
implement.
c)  Con 4:  Arbitrary levels of naming is more difficult to implement. Also it is rare
that more than one level is desirable within a segment in a graphics application.
d)  Pro 3, Con 2: One natural way to implement approach 2 is via an optional name
parameter in the function which creates a primitive.  This requires a host language
having optional parameters (ruling out ANSI FORTRAN). The most natural way to
implement approach 3 is via "begin group" and "end group" functions.
e)  Pro 2: A primitive attribute can be used to implement primitive naming for PICK
interaction. This approach permits the application program to implement the
equivalent of nested or non-nested groups, as it desires.
f)  Comment on 4: A modelling system could use nested naming as a convenient mechanism
for capturing picture structure. This capability can be built on top of the Core
System, however.

Resolution:  Alternative 2: Individual primitives may have any name which will be
specified as a primitive attribute.

### 3.3.2 ***ISSUE: CAN A SEGMENT REFER TO ANOTHER SEGMENT?

Description:  Can the definition of a segment include references to the contents of other
segments?

Alternatives:
1)  A segment may not refer to other segments. There are only simple non-compound
primitives in the Core System.
2)  A segment may not refer to other segments; however,  a new output primitive called a
"user defined symbol" (or simply symbol) exists in the Core System. The application
program can define and redefine the contents of a user-defined symbol, which does not
have all segment properties (see a below), and cannot be nested.
3)  A segment may refer (in a macro sense) to another segment but the referred to segment
cannot, in turn, refer to other segments (i.e., only one level is permitted).
4)  Like 3, but in an instance sense.
5)  Segments may refer to other segments (as macros or instances); no nesting restriction
is imposed.

Arguments:
a)  Pro 3,4,5: These alternatives  permit a Modelling System  (on top of the Core System)
to do its job easier.
b)  Pro 2,3,4,5, Con 1: Some capability in this area is required to permit remote display
devices (having transmission bandwidth problems and local storage) to operate
efficiently. This capability or a hook supporting it must reside in the Core System
because it is difficult to build on top of a system lacking it.
c)  Con 5: Arbitrary levels of nesting are considerably  more costly to implement; also,
they introduce a modelling aspect in the Core System which is methodologically less
clean.
d)  Pro 2, Con 3,4,5: The user-defined symbol is simpler than the more general approach
of nesting segments:

II-87

Exhibit 15  Page 690                                          GW-LT 253967

d.1) if segments are nested and hardware subroutining is not available, the called segment must be available in a pseudo display form for copying into the calling segment.

d.2) a user-defined symbol definition could be defined to exclude attribute settings (both primitive and segment attributes) which are present in the nested segment approaches (although the primitives in the symbol are subject to attributes like any other primitives).

d.3) A reference to a user-defined symbol in a segment is a single primitive in that segment—there is no need for nested naming (relative to "pick" input).

e) Comment on 2,3,4,5: Although user-defined symbols do not provide as much flexibility as nested segments, user-defined symbols do solve the problem which the Core Subgroup believes is the main motivation for nested segments: the need for "display subroutines" in a remote "intelligent" display.

f) Pro 5: Multilevel segments are a vehicle for multilevel naming for "picking" input, and reflect a modelling object hierarchy.

g) Con 5: Most applications do not need more than two levels.

h) Pro 1, Con 2,3,4,5: Symbol facilities can be built on top of the Core System. A hook or an escape function permits efficient implementations.

i) Con 2,3: It is methodologically unsound to introduce a partial symbol system or segment inclusion facility.

Resolution: Alternative 1: Segments may not refer to other segments. Only simple primitives exist in the Core System.


3.3.3 ISSUE: CAN A SYMBOL BE REDEFINED?


3.3.4 ISSUE: MAY A SYMBOL CONTAIN ATTRIBUTES IN ADDITION TO OUTPUT PRIMITIVES?


3.3.5 ISSUE: WHEN ARE THE PRIMITIVE ATTRIBUTES OF A SYMBOL'S CONTENTS DETERMINED?


3.3.6 ISSUE: SHOULD TEXT BE ALLOWED IN SYMBOLS?


3.3.7 ISSUE: WHAT TRANSFORMATIONS MAY BE SPECIFIED WHEN A SYMBOL IS REFERRED TO?


3.3.8 ISSUE: CAN A SYMBOL BE DEFINED WHILE A SEGMENT IS OPEN AND VICE VERSA?


3.4 ***ISSUE: DO NON-RETAINED SEGMENTS EXIST?


Description: A segment defines an image which appears on the selected view surfaces. For a retained segment, the image is the current combination of the segment's attribute values and its list of output primitives (representing a view of an object). For non-retained segments, no view of an object is stored; the image simply appears (immediately) on the view surfaces while the segment is open.

Alternatives:
1) No non-retained segment capability exists in the Core System.
2) Both retained and non-retained segments exist.
3) A separate device driver in which all segments are temporary could exist to support devices for which this is appropriate.

Arguments:
a) Pro 2,3, Con 1: The Core System does not have to record the contents of a non-retained segment for either a storage-tube display or a plotter. This saves space.

b) Con 2, Pro 1: If the application program wants to insure that a non-retained segment has been deleted, the program cannot simply delete it, because that might cause an error. The program could create a fake segment, close it, and then delete it. This circumlocution should not be imposed on the application program. Perhaps there should be a "flush non-retained segments" function.

c) Comment on 2: Depending on implementation, it may or may not be possible to perform "picking" input on a non-retained segment. Therefore, for portability, non-retained segments should be defined to be non-detectable.


II-88

Exhibit 15  Page 691                                    GW-LT 253968