# EXHIBITS TABLE OF CONTENTS

| Exhibit | Document | Page No. |
|---|---|---|
| 1 | U.S. Patent No. 4,763,356 to Day, et al., marked with Bates range LUC 1004455-81 | 12 |
| 2 | Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent No. 4,763,356, dated May 15, 2007 [Docket No. 1795] | 39 |
| 3 | "Touch Screens: Big Deal or No Deal?," Michael Tyler, DATAMATION, dated January 1984, marked with Bates range GW-LT422215-22 | 47 |
| 4 | Excerpts of the deposition Michael E. Farmer, taken February 23, 2006 | 55 |
| 5 | Excerpts of The Home Accountant and Financial Planner for the Macintosh, dated 1984, marked with Bates range MSLT_1060811-813 | 67 |
| 6 | Excerpts of the deposition of Dale Buscaino, taken November 7, 2007 | 73 |
| 7 | Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356 [Docket No. 1552], dated April 17, 2007 | 79 |
| 8 | U.S. Patent No. 4,439,759 to Fleming et al., marked with Bates range LUC1114390-409 | 88 |
| 9 | "Final Report – NASA Grant NSG 1508, Extension of the Core Graphics System for Raster Graphics Display," James D. Foley, marked with Bates range DELL366644-799 | 108 |
| 10 | Supplemental Rebuttal Expert Report of Jake Richter, dated October 12, 2007 | 264 |
| 11 | Excerpts of the deposition of Jake Richter, taken November 14, 2007 | 286 |
| 12 | Order Construing Claims for United States Patent Number 4,439,759, dated November 15, 2005 | 311 |
| 13 | Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent Number 4,439,759, dated September 14, 2007 | 321 |
| 14 | Affidavit of Jean A. Pec, with Exhibits A-B, dated September 14, 2007 | 409 |
| 15 | Status Report of the Graphics Standards Planning Committee, Computer Graphics, Vol. 11, No. 3, Fall 1977, marked with Bates range GW-LT253851-997 | 574 |
| 16 | Excerpts of the deposition of James D. Foley, taken November 7, 2007 | 721 |
| 17 | Home Information Systems - Provisional Standard, Bell Laboratories, dated April 14, 1981, marked with Bates range LUC 003905-4026. **FILED UNDER SEAL** | 732 |

- 7 -

18    Expert Report of Edward J. Delp III Regarding Obviousness,
       dated September 14, 2007 ...................................................................854

19    Supplemental Rebuttal Expert Report of Professor Bernd Girod Regarding
       Validity of Lucent's 4,383,272 and 4,958,226 Patents,
       dated October 12, 2007 .................................................................1011

20    Excerpts of the deposition of Bernd Girod, taken on November 20, 2007 ......1045

21    Excerpts of "Digital Pictures: Representation and Compression," Arun N.
       Netravali and Barry G. Haskell, 1988, marked with Bates range
       MSLT_0004995-99, 5408, and 5481 ...............................................1084

22    Excerpts of the deposition of Barry Haskell, taken December 15, 2005.
       **FILED UNDER SEAL**...............................................................1103

23    Translation of the Master's Thesis of Thomas Micke, entitled
       "Comparison of a Predictive and an Interpolative Motion Compensating
       Coding Method for Television Signals, April 1986, marked with Bates
       range GW-LT255053-131 ................................................................1094

24    U.S. Patent No. 4,958,226 to Haskell, et al., marked with Bates range
       LUC1112272-77 ............................................................................1182

25    Order Construing Claims for United States Patent Number 4,958,226,
       dated July 14, 2005 .......................................................................1188

26    Copyright Information for Digital Pictures, marked with Bates range
       DELL318997-99 ............................................................................1194

27    Affidavit of Michael A. Davis, Jr., dated March 12, 1999, with
       Exhibits A-F, marked with Bates range DELL320793-800 .......................1197

28    "A Hybrid Interpolative and Predictive Code for the Embedded
       Transmission of Broadcast Quality Television Picture," N.K. Lodge,
       marked with Bates range DELL318140-47 ........................................1205

29    A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for
       the HDTV Coding," Masayuki Tanimoto, July 1987, marked with Bates
       range DELL318251-54 ...................................................................1213

30    CITT SG XV Working Party Document #81: Comments on Conditional
       Motion Compensated Frame Interpolation," March 1986, marked with
       Bates range MSLT0625891-94.........................................................1217

31    U.S. Patent No. 4,849,810 to Ericsson, marked with Bates range
       DELL319258-315 ..........................................................................1221

32    U.S. Patent No. 4,816,914 to Ericsson, marked with Bates range
       DELL320565-607 ..........................................................................1280

33    U.S. Patent No. 4,794,455 to Ericsson, marked with Bates range
       DELL319147-73 ............................................................................1323

34    U.S. Patent No. 4,703,350 to Hinman, marked with Bates range
       DELL320519-37 ............................................................................1350

- 8 -

35      U.S. Patent No. 4,727,422 to Hinman, marked with Bates range
        MSLT_0001034-51 ................................................................................. 1369

36      U.S. Patent No. 4,661,849 to Hinman, marked with Bates range
        DELL318173-90 ..................................................................................... 1387

37      U.S. Patent No. 4,754492 to Malvar, marked with Bates range
        DELL319037-59 ..................................................................................... 1405

38      Declaration of Thomas Wehberg ......................................................... 1428

39      "The Efficiency of Motion-Compensating Prediction for Hybrid Coding of
        Video Sequences," Bernd Girod, August 1987, marked with Bates range
        MSLT_0233488-502 .............................................................................. 1430

40      "Television Band Compression by Contour Interpolation," Professor D.
        Gabor, et al., May 1961, marked with Bates range MLST0001228-40 ........... 1445

41      "Picture Coding: A Review," Arun N. Netravali and John O. Limb, March
        1980, marked with Bates range MSLT_0001623-63 ....................................... 1459

42      Order Denying-in-Part Dell's Motion for Summary Judgment on U.S.
        Patent No. 4,383,272 [Docket No. 1948], dated July 27, 2007 ...................... 1500

43      Superceding Order Construing Claims for United States Patent Number
        4,383,272, dated August 16, 2005 .................................................................. 1507

44      Order Denying Gateway's Motions for Summary Judgment that U.S.
        Patent No. 4,383,272 is Invalid Under 35 U.S.C. §102(g) and Granting
        Summary Adjudication on Certain Predicate Issues Pertaining to This
        Defense [Docket No. 1948], dated July 12, 2007 ............................................ 1513

45      United States Patent 4,383,272 to Netravali, et al., marked with Bates
        range LUC0001363-73 ................................................................................... 1519

46      Response to the Examiner dated October 22, 1982, marked with Bates
        range LUC0001428-31 ................................................................................... 1530

47      Doctorate thesis of Jaswant Raj Jain, entitled "Interframe Adaptive Data
        Compression Techniques for Images," September 1979, marked with
        Bates range MSLT_0001425-622 .................................................................. 1534

48      Excerpts of the deposition of Delphine Lewis, taken June 30, 2005 .............. 1732

49      Physical exhibit of video excerpts from the videotaped deposition of
        Michael Farmer, taken on February 23, 2006.
        This exhibit a compact disk ("CD").

- 9 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

**THIS PAGE INTENTIONALLY LEFT BLANK**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

d) Con 3: Many plotter applications can make efficient use of both retained and non-retained segments.

Resolution: Alternative 2: Two kinds of segments may be created. (The "flush non-retained segments" operation of argument b is the NEW_FRAME function).


3.5 ISSUE: DO NON-RETAINED SEGMENTS HAVE NAMES?


Resolution: Non-retained segments have no names.


3.6 ISSUE: DO SEGMENT OPERATIONS AFFECT THE CP?


Description: The CP may or may not be affected by any of the segment functions. (For a discussion of this issue with respect to the proposed segment "extend" function, see Section 3.8.2.)

Alternatives:
1) None of the segment functions affect the CP.
2) Creating a segment sets the CP to the origin of the world coordinate system. The other segment functions do not affect the CP.
3) Creating a segment sets the CP to the center of the window, and no other segment operation affects it.

Arguments:
a) Pro 1, Con 2,3: The CP is global in nature. It should be set by output primitives only.
b) Con 2,3, Pro 1: Setting the CP during segment creation is a side effect.
c) Pro 2,3, Con 1: It is apparently much easier to explain (and to understand) having the segment creation operation set the CP than not doing so. If CP is not set by segment creation, the first primitive in a segment may depend on the last primitive in the most recently closed segment. It is particularly hard to communicate that the Core System specifies that each primitive in the later segment is fully defined and made permanent when it is created, and that the subsequent deletion of the earlier segment will not affect the primitives in the later segment.
d) Pro 3: Starting a segment with the CP in the center of the window enhances the likelihood that a neophyte user will get some visible image even if most of the segment is ill-specified.
e) Con 3: The center of the window is not a well defined concept for infinite 3D pyramids/cylinders. Also, the concepts of segment and window should be kept as independent as possible.

Resolution: Alternative 2: Creating a segment sets the CP to the origin of the world coordinate system.


3.7 ISSUE: WHAT EFFECT DO THE SEGMENT FUNCTIONS HAVE ON THE PRIMITIVE ATTRIBUTE SETTINGS?


Description: The primitive attribute settings may or may not be affected by each of the segment functions. (For a discussion of the proposed segment "extend" function see issue 3.8.2).

Alternatives:
1) The segment functions do not affect the primitive attribute settings.
2) Creating a segment initializes the primitive attributes to some standard values. Other segment functions have no effect.

Arguments:
a) Pro 1, Con 2: The primitive attribute settings are global in nature. They should only be set explicitly, not as a side effect of creating a segment.
b) Pro 1, Con 2: If the application program wants a lot of segments with the same primitive attribute value (e.g., green) it is most convenient (although not well-structured to some observers) to set the color attribute to green and then create all the segments.
c) Pro 2, Con 1: The implementation of alternative 2 can be done much more efficiently.


II-89

Exhibit 15  Page 692    GW-LT 253969

d) comment: This issue should be resolved the same way the CP issue (3.6) is resolved. Apparently, however, people do not have the same trouble understanding this situation as they do understanding CP.

Resolution: Alternative 2: Creating a segment resets the primitive attribute settings.

## 3.8 APPENDING PRIMITIVES TO CLOSED SEGMENTS

The issues gathered in this section deal with the function of opening an existing segment for the purpose of appending primitives to it. Although it has been decided to omit any such operation from the Core System, the many issues which were discussed before that decision was reached are included here for two reasons. One reason is to motivate the decision for this omission; the second is to record arguments regarding how such a feature should operate.

The issues in this section are related to issues: 3.1.2, 3.6, and 3.7.

### 3.8.1 ***ISSUE: CAN A CLOSED SEGMENT BE EXTENDED?

Description: Can a closed segment be re-opened so that primitives can be added to it, i.e., "extended"? This issue is intimately related to issue 3.1.2: immediate visibility.

Alternatives:
1) A closed segment can never be re-opened.
2) A closed segment can be re-opened via the extend function.

Arguments:
a) Pro 2: An extend function adds considerable flexibility.
b) Con 2, Pro 1: The main requirement for the extend function in a graphics system is to present an _incomplete_ image to the operator. The image is incomplete because its contents are derived over a substantial period of time during which the operator views the image. The prime examples of this situation are:
   b.1) The operator is defining the image, for example by point-to-point-...-to-point drawing.
   b.2) The image is computed from input from some (non-interactive) input device, for example medical sensors.
   b.3) The image is derived from some compute-bound calculation.
   The Core Subgroup proposed and examined other possible uses of an extend function. Except for contrived examples, none were found that did not fit this "incomplete image" scheme. It was therefore decided that immediate visibility provided the needed capability and an extend function was not needed.
c) Con 2, Pro 1: Extend is a difficult and complex operation to design with a potential for introducing a lot of overhead (see for example issue 3.8.2).
d) Comment: One alternative to extend which can be used by the application programmer is to create multiple segments instead of extending a single segment. Of course, this forces the application program to keep track of which groups of segments are logical units. Note, however, that in the Computer Aided Design paradigm, this "multiple segment" approach is more natural than using an extend to accumulate the working drawing, because the multiple segment approach permits incremental deletions.
e) Pro 2: Alternately closing and extending a segment permits the application to define its own "immediate visibility", assuming visibility is delayed until close. This approach can be more efficient than an "immediate visibility" which displays every primitive as it is created.

Resolution: Alternative 1: Closed segments cannot be reopened.

### 3.8.2 ISSUE: WHAT IS EXTENDING A SEGMENT INTENDED TO ACCOMPLISH?

Description: The basic concept behind the extend function has implications for how extend relates to other Core System functions. Both alternatives in this issue are based on the "snapshot" concept which is fundamental to the design of the Core System.

II-90

Exhibit 15  Page 693                                    GW-LT 253970

Alternatives:
1) The process of describing an object to the Core System may be unavoidably interrupted. The extend function permits it to be resumed, so that the "snapshot of the object" may be completed.
2) It is desired to add the "snapshot" of a second object to an existing segment. (This is analogous to making a double exposure.)

Arguments:
a) Pro 1: In issue 3.1.1: create while there is an open segment, it was decided not to have a pushdown stack of open segments. Alternative 1 makes it easier for the application programmer to implement situations where a pushdown stack would be useful.
b) Pro 1, Con 2: Interrupting and later continuing to build a segment conforms more closely to the spirit of the "snapshot" concept than the double exposure analogy of alternative 2 does.
c) Con 1, Pro 2: The model of "resuming" building a segment (alternative 1) entails the assumption that the resulting segment is the same as the segment which would have been built if the "unavoidable interruption" had never occurred (that is, if the intervening close and creation of other segments had never occurred). This relates directly to the pushdown stack concept mentioned in argument a.
This assumption implies that the "state" of the Core System after a segment is extended is the same as the "state" before that segment was closed. Here the "state" of the Core System refers to values which affect the creation of output primitives: the value of CP and the settings of the primitive attributes. This means that the close operation must save these values in case the segment is extended later. This is very wasteful. On the other hand, if alternative 2 is chosen, the extend function could act exactly like the create function with respect to CP and the primitive attributes (see issues 3.6 and 3.7).

Resolution: None required, since there is no extend function.


3.8.3 ISSUE: WHAT RESTRICTION ON THE CURRENT VIEWING TRANSFORMATION EXISTS WHEN A SEGMENT IS EXTENDED?


3.8.4 ISSUE: WHAT HAPPENS IF EXTEND IS APPLIED TO A NON-EXISTENT SEGMENT?


3.8.5 ISSUE: CAN A SEGMENT BE EMPTIED AND NEW PRIMITIVES ADDED?


3.9 ISSUE: IS IT POSSIBLE TO DECLARE IN ADVANCE WHAT OPERATIONS WILL BE PERFORMED ON A SEGMENT?

Resolution: The kinds of image transformations which will be applied to a retained segment will be declared.


3.10 ISSUE: HOW SHALL "DOUBLE BUFFERING" BE ACCOMPLISHED?


Description: It is frequently necessary for graphics applications to replace a visible segment with a new set of visible information. Usually the old information disappears before the new information becomes visible. "Double buffering" is a programming approach for minimizing the time when neither the old nor the new information is visible. It generally means that (most of) the functions creating the new information are performed before the old information is made invisible.

This issue is related to issue 3.11: creating a segment with the same name as an existing segment.

Alternatives:
1) Automatic double buffering is provided by the Core System. When an existing segment is "created", the new open segment automatically remains invisible; the close operation automatically deletes the old segment after copying its segment attributes to the new segment.)
2) The application program alternately uses odd and even numbers for segment names.


II-91

**Exhibit 15  Page 694**                    GW-LT 253971

3)  A rename capability exists in the Core System. The application program can choose to reserve one segment name for the open segment, while primitives are being added to it. When the application program is ready, it deletes the existing, visible segment, renames the open segment to the name of the deleted segment, makes it visible, and closes it.

Arguments:
a)  Pro 1,3, Con 2: Alternative 1 is most convenient for the programmer; alternative 3 is slightly less so. Alternative 2 is quite inconvenient.
b)  Con 1, Pro 2,3: Approach 1 does not permit the detection of program flaws which cause repeated creation of existing segments (see issue 3.11). Alternatives 2 and 3 permit error checking for this.
c)  Con 1, Pro 2,3: Providing the features of alternative 1 in the Core System increases its complexity. Approach 2 requires no additions to the Core. Approach 3, a rename capability, is a fairly simple addition to the Core System.
d)  Pro 3: A rename capability is desirable in its own right.

Resolution:  Alternative 3:  A rename capability will be provided as an aid to implementation of double buffering.


3.11 ISSUE: WHAT IS THE EFFECT OF CREATING AN EXISTING SEGMENT?

Resolution:  An error occurs.


3.12 ISSUE: IS IT AN ERROR TO ATTEMPT TO DELETE A NON-EXISTENT SEGMENT?

Resolution:  Yes, an error occurs.


3.13 ISSUE: HOW DOES TERMINATING A VIEW SURFACE AFFECT THE RETAINED SEGMENTS WHOSE IMAGES APPEAR ON IT?

Description: The image defined by a retained segment may appear on more than one view surface.

Alternatives:
1)  Any segment whose image appears on a view surface is deleted when the view surface is terminated. Thus its image disappears from all view surfaces.
2)  Any segment whose image appears on only one view surface is deleted when that view surface is terminated. Retained segments whose images appear on several view surfaces are marked as no longer appearing on a given view surface when that surface is terminated.
3)  No segment is deleted when a surface is terminated.
4)  It is an error to attempt to terminate a view surface while any segment exists whose image appears on the surface.

Arguments:
a)  Con 2,3: In these alternatives, the list of view surfaces on which a segment's image appears must be modified when a view surface is terminated. This means the Core System has an internal functional capability which is not provided to the user.
b)  Con 3: Different systems may implement this approach differently, reducing portability. (Some might re-display the segment when the view surface is re-initialized.)
c)  Pro 4: This approach is well-structured, in that it requires segment deletions to match segment creations.
d)  Pro 3, Con 1,2: In approaches 1 and 2, the application program will get an error if it tries to explicitly delete the implicitly deleted segment.
e)  Con 1: Terminating one view surface should not affect the pictures appearing on other view surfaces.
f)  Pro 2, Con 3: There should never be in existence a segment whose image does not appear on at least one view surface.

Resolution: Alternative 2: A segment whose image appears on only one view surface is deleted when the view surface is terminated.

Exhibit 15  Page 695                                              GW-LT 253972

# 4 ATTRIBUTES

## 4.1 SEGMENT VERSUS PRIMITIVE ATTRIBUTES

### 4.1.1 ***ISSUE: SHALL THE SETS OF SEGMENT AND PRIMITIVE ATTRIBUTES BE DISJOINT?

Description: Can an attribute be both a segment attribute and a primitive attribute?

Alternatives:
1) Must be disjoint.
2) May be potentially overlapped.

Arguments:
a) Pro 2: More flexibility for the application programmer.
b) Pro 1: Greatly simplifies the semantic rules for attributes.
c) Pro 1: Simplifies the implementation.
d) Con 2: If distinction between segment attributes and primitive attributes is made according to interactive characteristics versus passive characteristics, then the overlap can lead to ambiguity. For example, line-style for highlighting versus line-style as primitive attribute. See next issue.

Resolution: Alternative 1: The sets are disjoint.

### 4.1.2 ***ISSUE: HOW DOES ONE DETERMINE WHETHER AN ATTRIBUTE IS A SEGMENT OR A PRIMITIVE ATTRIBUTE?

Alternatives:
1) The distinction is made according to whether the attribute reflects an interaction characteristic, e.g. highlighting, or a passive characteristic, e.g. line-style. That is, will the attribute be reflected in a "snapshot"? With this distinction, interactive characteristics would be segment attributes, and passive characteristics would be primitive attributes.
2) The distinction is made so that characteristics that most of the time have direct hardware support for "dynamic change" will be segment attributes. Characteristics that do not have direct hardware support for such changes are primitive attributes.

Arguments:
a) Pro 1,2: Both are desired.
b) Pro 2: Greater efficiency.

Resolution: Alternatives 1 and 2: The attributes in the Core System have been chosen so that both alternatives result in the same partitioning of sets.

### 4.1.3 ***ISSUE: SHOULD COLOR BE BOTH A PRIMITIVE AND A SEGMENT ATTRIBUTE?

Resolution: COLOR is a primitive attribute.

### 4.1.4 ISSUE: SHALL HIGHLIGHTING BE REGARDED AS A DIFFERENT ATTRIBUTE THAN LINESTYLE, INTENSITY, ETC?

Resolution: A general segment attribute, HIGHLIGHTING, will be provided.

### 4.1.5 ***ISSUE: IS BLINK A PRIMITIVE ATTRIBUTE?

Resolution: There will be no BLINK primitive attribute.

**Exhibit 15  Page 696**          GW-LT 253973

4.1.6 ***ISSUE: SHALL BOTH HIGHLIGHTING AND BLINKING BE PROVIDED AS SEGMENT ATTRIBUTES?

Resolution:  Only HIGHLIGHTING will be provided.  Observe that this issue and issue 4.1.4
    together imply that there is no BLINK attribute.

4.1.7 ISSUE: SHALL HIGHLIGHTING BE AN N-VALUED ATTRIBUTE?

Resolution:   HIGHLIGHTING has only the values  "highlighted" and "non-highlighted", and
    where possible, it shall be implemented via blinking.

4.1.8 ISSUE: SHOULD IMAGE TRANSFORMATIONS BE REGARDED AS SEGMENT ATTRIBUTES?

Resolution: Image transformations are segment attributes.

4.2 ATTRIBUTE VALUES

4.2.1 ISSUE: SHOULD AGGREGATE ATTRIBUTES BE DEFINED WITH MULTIPLE COMPONENT VALUES?

Resolution:   Aggregate values for attributes with  multiple components will be provided
    where appropriate.

4.2.2 ISSUE: SHALL SYSTEM-DEFINED DEFAULTS BE PROVIDED FOR ATTRIBUTE VALUES?

Resolution:  System-defined defaults will be provided.

4.2.3 ISSUE: HOW ARE THE SYSTEM-DEFINED DEFAULTS DEFINED?

Resolution:   The Core  System defines  specific values,  some  of which may be
    implementation-dependent, but within Core System guidelines.

4.3 INITIALIZATION OF ATTRIBUTE VALUES FOR PRIMITIVES AND SEGMENTS

4.3.1 ISSUE: WHEN  ARE PRIMITIVE ATTRIBUTE VALUES  INITIALIZED (I.E., IMPLICITLY SET) AND
WHEN CAN THEY BE EXPLICITLY SET?

Description: This is a  multi-faceted issue that involves  the use of primitive attribute
    values,  system  defaults, and  application  program-defined defaults; it cannot be
    neatly partitioned  into separate issues. It  assumes the existence of system-defined
    defaults.

Alternatives:
1)  Primitive attribute values  are initialized to the system  defaults each time a new
    segment  is created.  These values can  only be explicitly  altered when a segment is
    currently open.
2)  Primitive  attribute  values  are  initialized  to  system  defaults at "program
    initialization  time".  They  can  be  explicitly  altered  at any  time. They are not
    changed when a segment is created.
3)  Identical to alternative 2 with the added rule that, when the open segment is closed,
    the values  are reset (i.e.  reinitialized) to the values  they had when that segment
    was created.
4)  Similar to 1: Primitive attribute values are initialized to some defaults each time a
    new segment is created.  They can only be explicitly  set when a segment is currently
    open. The defaults used are the  system defaults, unless they have been overridden by
    application program-specified default values.

Arguments:
a)  Pro 1: Alternative 1 is the most well-structured.

II-94

**Exhibit 15  Page 697**                                    GW-LT 253974

b) Con 1: Alternative 1 is inconvenient, and might well result in less readable code, in that it is harder to tell when two segments are to have the same, non-default values.
c) Pro 2,3,4: These alternatives provide a means for application program-specified default-like behavior, that is, establishing values to be used during subsequent output primitive creations.
d) Pro 3,4, Con 2: Approaches 3 and 4 are more reliable (less error prone) than 2, assuming it is desired to give a means for default-like behavior.
e) Con 2: This approach requires a less efficient Core System implementation.
f) Pro 4, Con 3: Approach 4 seems to be cleaner than approach 3.

Resolution: Alternative 4: Primitive attribute variables will be initialized to the default values (either system-defined or application program-defined) each time a segment is created.


4.3.2 ISSUE: SHOULD THERE BE AN INQUIRY FUNCTION FOR OBTAINING THE CURRENT SETTING OF PRIMITIVE ATTRIBUTE VARIABLES?

Resolution: Primitive attribute variable inquiry procedures are provided.


4.3.3 ISSUE: IF THERE IS AN INQUIRY CAPABILITY FOR PRIMITIVE ATTRIBUTES, WHEN CAN IT BE UTILIZED?

Resolution: Inquiry is permitted at any time.


4.3.4 ISSUE: HOW ARE SEGMENT ATTRIBUTE VALUES ASSIGNED TO NEWLY CREATED SEGMENTS?

Alternatives:
1) System-defined default values of segment attributes are assigned to newly created segments.
2) System-defined default values, as modified by application program-defined default values, are assigned to newly created segments.
3) Newly created segments are assigned segment attribute values using the current values of segment attribute variables, which are set to the system defaults at "program initialization time" but can be reset by the program.

Arguments:
a) Pro 1, 2: Approach 1 is simplest to implement. Approach 2 is simpler than 3 because it does not bear the conceptual overhead of system "variables" which can be set and read.
b) Pro 3: Segment attribute variables can be used to provide application program-defined defaults (i.e., model values).
c) Pro 2,3, Con 1: Approaches 2 and 3 are more consistent with the approach taken for primitive attributes (issue 4.3.1) than is alternative 1. In particular, alternative 3 is the most consistent.
d) Pro 2, Con 3: The capabilities of approach 2 are sufficient, even if application program-defined defaults may only be specified at the beginning of the application.

Resolution: Alternatives 2 and 3: Dynamic attribute values for segments are initialized to some defaults (either supplied by the system or by the application program). However, static attribute values which are fixed over the lifetime of a segment are similar to primitive attributes and are initialized using current attribute values.


4.3.5 ISSUE: WHEN CAN APPLICATION PROGRAM-DEFINED DEFAULTS BE ESTABLISHED?

Resolution: Program-specified defaults may be defined at any time prior to the creation of the first segment.


4.3.6 ISSUE: WHAT IS THE EFFECT ON ATTRIBUTES WHEN SEGMENTS ARE EXTENDED OR EMPTIED?

Exhibit 15  Page 698                                    GW-LT 253975

4.4  ISSUE:  WHAT  SHOULD  THE  CORE  SYSTEM  DO  ABOUT ATTRIBUTES  THAT ARE NOT DIRECTLY
SUPPORTED BY THE HARDWARE?

Description: The characteristics of some attributes can be simulated when they are not
    directly supported by hardware. For example, dashed lines can be achieved through a
    sequence of MOVE and LINE operations.

Alternatives:
1)  A  particular Core  System implementation should  provide only those attributes which
    are directly supported by hardware; other should be ignored except for a warning.
2)  Provide all attributes that are directly supported; "simulate" the others for which
    the real effect can be given (except perhaps subject to decreased performance).
    Ignore the rest with a warning.
3)  Provide all attributes that are directly supported; "simulate" the others for which
    the real effect can be given (except perhaps subject to performance). Support still
    others via alternative appearances and techniques.

Resolution: Alternative    3:    Allow    the    flexibility    of    permitting    all    the
    possibilities -- i.e., direct implementation, simulation accomplishing the intended
    effect, and choices of alternate effects. The Core Subgroup intends to supply
    guidelines (i.e., "codes of practice") regarding simulation strategies and alternate
    effect choices.

4.5 DEPTH-CUEING

4.5.1 ISSUE: SHOULD THERE BE A DEPTH-CUEING ATTRIBUTE?

Resolution:  No depth-cueing will be supported.

4.5.2 ISSUE: IS DEPTH-CUEING A SEGMENT OR PRIMITIVE ATTRIBUTE?

4.6 ISSUE: SHALL THERE BE BOTH INTENSITY AND LINEWIDTH ATTRIBUTES?

Resolution: Flexibility  will  be  provided  by  separating the  INTENSITY and LINEWIDTH
    characteristics into two attributes.

## 5 VIEWING TRANSFORMATIONS

5.1 ***ISSUE: HOW MUCH OF THE  PICTURE PROCESSING PIPELINE SHOULD BE INCLUDED IN THE CORE
SYSTEM?

Description: The picture-generation process involves the following sequential steps,
    which are performed in pipeline fashion:

1.  Objects are constructed using modelling transformations, resulting in a world
    coordinate description of the modelled universe to be viewed.

2.  The model and camera are transformed with respect to one another so that the
    desired view is obtained.

3.  The "snapshot" is taken, resulting in a 2D image in normalized device coordinate
    space. Two substeps are involved:

    3a. Clip to viewing pyramid or parallelepiped (3D) or window (2D).

    3b. In 3D, project the clipped object; next map 2D coordinates in the window to
    normalized device coordinate space. If clipping is disabled, some
    coordinates resulting from this step may exceed the range of normalized
    device coordinates, in which case the results are undefined.

Exhibit 15  Page 699                    GW-LT 253976

4. The normalized device coordinates are transformed into the coordinate system of the display device in use, for actual display of the image(s).

Figure 5-1, Pipeline A shows this particular ordering. This is the order in which we have traditionally imagined the transformations to be performed. Pipeline B of Figure 5-1 shows another possible ordering for performing the same fundamental operations. Note that clipping can be done in three places: in object space, in the entire model's world space, and in device coordinate space. In any case the end results must be the same, although certain of the following alternatives are meaningful only in the context of one specific order.



Pipeline A



Pipeline B

Figure 5-1

Alternatives:
1) Subsume the entire pipeline in the Core System, starting with local object coordinates.
2) The user interface to the Core System is between steps 1 and 2 above, after the model space transformations, but before the final view of the object is determined.
3) The user interface to the Core System is between steps 2 and 3 above, after the model has been oriented properly for viewing.
4) The user interface to the Core System is between steps 3a and 3b above, after clipping but while the object is still represented in world coordinates.
5) The user interface to the Core System is at the normalized device coordinate level in Pipeline A of Figure 5-1.
6) The user interface to the Core system is at the screen coordinate level in Pipeline B of Figure 5-1, just prior to clipping.

II-97

**Exhibit 15  Page 700**                    GW-LT 253977

Arguments:
a) Pro 1: This brings all transformations explicitly within the Core System, which can combine the various pipelined transformations into one operation (for efficiency). A <u>comprehensive</u> graphics package like GPGS, GCS, or GINO-F, can be designed.
b) Pro 2: This is the basic "synthetic camera" idea, as espoused in Chapter 1 on Methodology.
c) Pro 2,3: Following the "synthetic camera" approach need not cause any loss of efficiency in the picture processing pipeline. The modelling and viewing transformations can (and should) be consolidated into one. This might be done by providing a "hook", so the modelling system can pass the modelling transformation to the Core System, to be compounded with the viewing transformation. The Core System can then do clipping in local object coordinates, with the composite transformation applied afterwards. Doing this requires taking matrix inverses in order to define the mapping of the window in the local coordinate space, and may involve clipping against non-upright windows. Alternatively, the Core System can first apply the composite transformation, resulting in screen coordinates, which are then clipped. In this case many lines may be needlessly transformed, only to be clipped from view. These alternative sequences are exactly the same as those available if alternative 1 is chosen. Thus, so long as the "hook" is provided, no efficiency is lost. Furthermore, either <u>extents</u> or <u>boxing</u> can be used in both cases to reduce the processing requirements, should doing so be important.
d) Pro 3: The rotations are completely removed from the Core System. They can all be performed in the modelling subsystem, where they can be combined, for efficiency, as a single matrix multiplication.
e) Con 1, 3, 4, 5, 6: The synthetic camera idea, and the conceptual division of operations into modelling and viewing, are not adhered to by these alternatives.
f) Pro 4: Many applications of interactive graphics do not fit into the paradigm represented by the modelling/viewing dichotomy. In particular, clipping is very often not required, and hence is not fundamental enough to be part of the Core System.
g) Pro 5: This is truly the "lowest common denominator" level. If the Core System is to be kept as simple and application-independent as possible, then this is the right choice.
h) Con 5: No application is this primitive: all have some relevant world coordinate system. Besides, the transformation to screen coordinates can be easily combined in the same operation as viewing transformations, so nothing is gained.
i) Pro 6: The application program can do all transformations with a single matrix transformation. This provides efficiency.
j) Con 6: The application program must know about screen coordinates. These operations are better performed by the Core System, and too device-dependent for the programmer; portability would be lost.

Resolution: Alternative 2: The Core System includes arbitrary positioning of the camera and clipping.


5.2 ***ISSUE: DO "2D PRIMITIVES" HAVE MEANING IN 3-SPACE?


Description: This issue is very critical to the Core System design because the decision influences the resolution of many other issues. The real issue is whether 2D output primitives should be considered as shorthand notation for a 3D primitive drawn in a Z=k plane or whether they are truly 2D entities which have no meaning in 3-space. This issue is particularly complicated by text primitives and the perspective viewing transformation. This issue is also related to the issue of the existence of separate 2D and 3D segments (see Section 5.3).

Alternatives:
1) The invocation of a 2D routine is a legitimate request to create an object in 2D world space -- a world separate from 3D world space.
2) The invocation of a 2D routine is shorthand for a request to create an object in 3D world space in the plane normal to the Z-axis and intersecting it at the current drawing position's Z coordinate.

Arguments:
a) Con 1: Requires that the graphics system keep track of two separate worlds with their corresponding CP's, viewing transformations, and objects, a somewhat burdensome job for the implementor.
b) Con 2: This is not usually what the user has in mind when he invokes a 2D primitive. He really wishes to deal in two dimensions.
c) Pro 2: Easier to implement.


II-98

Exhibit 15  Page 701                                    GW-LT 253978

d) Con 2:  Choice of a particular Z plane is not obvious and no choice is completely
    satisfactory (e.g., Z=0 plane, or last Z value?).
e) Con 2: "Shorthand" is error prone; no other legitimate reason for alternative 2.

Resolution: Alternative 2: 2D is a shorthand for 3D.


5.3 ISSUE: MAY A SEGMENT CONTAIN BOTH 2D AND 3D PRIMITIVES?



5.4 IMAGE TRANSFORMATIONS



5.4.1 ***ISSUE: SHALL IMAGE TRANSFORMATIONS BE INCLUDED IN THE CORE?


Description: An image transformation is designed typically to make use of DPU hardware to
    transform already transformed (and clipped) views of objects on a view surface. It is
    performed after the modelling and viewing transformation. As the name implies, image
    transformations are performed on an image which is a view of an object (snapshot in
    the synthetic camera analogy). Figure 5-10 in Section 5.2.3 of Chapter 2 shows the
    effect of an image transformation on a simple view of an arrow. It is important to
    note that the result of a transformation in world coordinates is not necessarily the
    same as that of an identical image transformation on a view of an object. The former
    is applied before the viewing transformation, and the latter is applied after the
    viewing transformation. Since these transformations do not in general commute, order
    is important. Figure 5-2 shows the picture processing pipeline extended to include
    image transformations.

    Performing 3D image transformations requires that normalized device coordinates be
    thought of as 3D, rather than as the more conventional 2D. That is, a view of an
    object (in normalized device coordinates) contains the results of applying a viewing
    transformation to world coordinates before the results in 3D NDC-space are projected
    (by discarding the transformed Z or using Z for intensity modulation) into 2D
    cordinates and then mapped into device coordinates for actual display on the view
    surface.

    This is a major issue in the design of a high-level implementation of the Core
    System, as will be seen from the argumentation below.

Exhibit 15  Page 702      GW-LT 253979



Figure 5-2

**Alternatives:**
1) Provide image transformations of segments.
2) Do not provide image transformations of segments.

**Arguments:**
a) Pro 1, Con 2: This provides convenient access to the powerful dynamic transformation hardware of most currently available high performance systems. These can provide image transformations but not general viewing transformations, because these involve clipping.
b) Pro 1, Con 2: Some currently available systems have hardware for viewing and modelling transformations. This can instead be used for image transformations, by first doing software world coordinate transformations. This then also allows access to powerful hardware.
c) Pro 1, Con 2: Very nearly all refresh displays have at least a hardware translate capability (via relative coordinates). Providing at a minimum an image translation capability allows this hardware to be used for dragging, which is a useful interaction technique.
d) Pro 1, Con 2: Image transformations are useful in cases where a very large data base must be traversed to create a world coordinate object description, and much of the object is outside the 2D window or 3D view volume. The viewing transformation is used to clip out a portion of the object. Then image transformations can be used to create successively rotated (or scaled, or translated) views of the clipped portion. This is done much more rapidly than by retraversing the entire data base. Thus image transformations are useful even for storage displays and plotters without transformation hardware.
e) Pro 1, Con 2: When implemented in either hardware or software on a satellite graphics terminal, image transformations reduce bandwidth requirements, and improve response time when successive views of the same object are desired. This is achieved by maintaining a digital representation of the object's view in the satellite, so the new view can be calculated locally without retransmission over the data link.
f) Pro 2, Con 1: Arguments a, b, d, and e are all based on special hardware capabilities or system configurations which are outside our general sphere of interest. (This

**Exhibit 15  Page 703**                    GW-LT 253980

argument is weakened by the breadth of the applications and capabilities which are addressed.)
g) Pro 2, Con 1: It is a complicated facility to implement, and has somewhat limited usefulness.

Resolution: Alternative 1: Provide image transformations of views of objects.

5.4.2 ISSUE:  HOW SHOULD IMAGE TRANSFORMATIONS BE DEFINED?

Resolution:  Treat the transformation as a segment attribute.

5.5 AMOUNT OF FLEXIBILITY IN SPECIFYING VIEWING TRANSFORMATIONS

These issues are best understood within the context of the geometry of mathematical "projections", as briefly outlined in the introduction to the Core System Specification section on viewing transformations. The basic important constructs are the view (projection) plane, the center of projection, and the window in the view plane. Specifying the viewport, while not related to specifying a projection, is also important.

A fundamental guiding principle in resolving these issues is the desire to maintain the conceptual separation between viewing and modelling. This implies that viewing should be sufficiently general that modelling constructs are not needed for viewing.

5.5.1 ISSUE: WITH WHAT GENERALITY CAN THE VIEW PLANE BE SPECIFIED?

Alternatives:
1) Require the view plane to be parallel to the Z=0 plane (the restricted approach used by a number of graphics packages).
2) Allow the view plane to be arbitrary.

Arguments:
a) Pro 1, Con 2: This makes conceptualization of the viewing process relatively simple. Also, the view volume is easy to specify -- the size and position of the front and back planes, for instance. Rotations are not needed in the Core System's implementation of viewing transformation, decreasing space and time requirements.
b) Pro 2, Con 1: If the desired view really requires some other view plane (as is the case if the synthetic camera is to be oriented in any direction other than parallel to the Z-axis) the user of the Core System must become involved in transformations to rotate and translate his real-world object so that the desired view is obtained. See also Issue 5.1.

Resolution: Alternative 2: Allow an arbitrary view plane.

5.5.2 ISSUE: HOW GENERAL ARE THE TYPES OF PROJECTIONS AVAILABLE?

Alternatives:
1) Perspective projections, with the center of projection along the Z-axis. Parallel projections along the Z-axis. The projection plane is presumed parallel to the Z=0 plane. (This restricted approach is used by a number of graphics packages.)
2) Arbitrary perspective projections. Parallel projections normal to the view plane. (This is the approach used by GCS.)
3) Arbitrary perspective projections. Parallel projections either normal or oblique to the view plane. Oblique parallel projections give rise to view volumes which are skewed parallelepipeds.

Arguments:
a) Pro 1: Since the view plane is parallel to the Z=0 plane, this is easy to implement. See also Issue 5.1.
b) Con 1: Only a very limited set of projections is available. Modelling transformations must be used to obtain others.
c) Con 2: Arbitrary perspective projections are possible, but only orthographic (axonometric) parallel projections are included. Oblique parallel projections, such

II-101

**Exhibit 15  Page 704**                                    GW-LT 253981

as cavalier and cabinet, are excluded. Thus, parallel projections are more restrictive than perspective projections.
d) Pro 3: This is a general approach, and allows all of the common projections of objects in 3D onto a 2D affine subspace (the view plane). Thus modelling transformations need not be used for viewing.
e) Pro 3: Only in alternative 3 is it possible to consider parallel projection as the limiting case when the synthetic camera goes to infinity in a direction other than normal to the view plane.

Resolution: Alternative 3: Allow arbitrary perspective and parallel projections.

5.5.3 ISSUE: WITH WHAT GENERALITY CAN THE WINDOW ON THE PROJECTION PLANE BE SPECIFIED?

Alternatives:
1) Require the window to be centered on the synthetic camera's line-of-sight (the normal from the center of projection to the view plane), with the orientation of the window always fixed with respect to the world coordinate system. Typically the positive Y-axis would be defined as the view up direction (the restricted approach used by a number of graphics packages).
2) Require the window to be centered on the synthetic camera's line-of-sight, but with an arbitrary orientation with respect to world coordinates. This differs from the first alternative in that the camera can be arbitrarily rotated about its line of sight.
3) Allow the window to be anywhere, and at any orientation, in the view plane. The window is completely independent of the synthetic camera's position. This can give rise to view volumes which are skewed.

Arguments:
a) Pro 2,3, Con 1: There is no reason that, when we photograph an object, the orientation for our synthetic camera should be fixed. We are free to rotate a real camera about its line of sight. This too should be the case with our synthetic camera.
b) Pro 1: Ease of implementation.
c) Pro 3, Con 1,2: In the context of projecting onto a view plane, it is desirable to be able to clip out any rectangular part of that plane, completely independently of the position of the camera. Anything less than alternative 3 is unduly constraining.
d) Pro 1,2 Con 3: The effect of an arbitrary window, i.e., skewed view volume, can be achieved by a shear in world coordinates and could therefore be implemented on top of the Core System.
e) Pro 3, Con 1,2: Without this alternative, modelling transformations would need to be used to produce certain views of an object.

Resolution: Alternative 3: The window can be located anywhere on the view plane.

5.5.4 ISSUE: SHALL NON-UPRIGHT VIEWPORTS BE ALLOWED?

Resolution: Do not allow non-upright viewports.

5.5.5 ISSUE: SHALL NON-UNIFORM SCALING BE ALLOWED IN VIEWING TRANSFORMATIONS?

Resolution: Allow non-uniform scaling.

5.6 ISSUE: SHALL THE WORLD COORDINATE SYSTEM BE LEFT- OR RIGHT-HANDED?

Resolution: Allow either a right-handed or left-handed world coordinate system, with the default being left-handed.

5.7 ISSUE: SHALL THE NORMALIZED DEVICE COORDINATE SYSTEM BE LEFT- OR RIGHT-HANDED?

Resolution: The normalized device coordinate system is left-handed.

II-102

Exhibit 15  Page 705                                GW-LT 253982

5.8 ISSUE: CAN VIEWING TRANSFORMATIONS BE CHANGED WHILE A SEGMENT IS OPEN?

Alternatives:
1)  Allow a viewing transformation to be specified only when there is no open segment.
2)  Allow a viewing transformation to be specified any time.

Arguments:
a)  Pro 1: This is structured and conceptually clean.
b)  Con 2: It does not make sense to specify a new viewing transformation midway through
    the description of the object being viewed (taking a snapshot of it).

Resolution: Alternative 1: Viewing  transformations are  specified  only  when there is no
    open segment.

5.9 ISSUE: SHALL OVERLAPPING VIEWPORTS BE ALLOWED?

Resolution:  Allow overlapping viewports.

5.10 TREATMENT OF THE PHYSICAL DISPLAY AREA

5.10.1 ISSUE: WHAT IS THE COORDINATE SYSTEM FOR A DISPLAY SURFACE?

Resolution:  Normalized coordinates in range 0 to 1.

5.10.2 ISSUE: HOW ARE NON-SQUARE DISPLAY SURFACES TREATED?

Resolution:  Allow application program to specify aspect ratio.

6 INPUT PRIMITIVES

6.1 ISSUES RELATING TO SAMPLING AND EVENTS FOR LOGICAL INPUT DEVICES

Many of the issues  below pertain to the general  question of whether a logical device is
event causing, can be sampled, or both.  The first issue essentially resolves the others,
but many of the other arguments and descriptions contributed to that resolution.

6.1.1 ***ISSUE: CAN ONE LOGICAL DEVICE BE BOTH SAMPLED AND CAUSE EVENTS?

Description: The general concept of  a device that has a  value that can be sampled and a
    device that  can  cause  an  event  to  occur  are  quite distinct.  There would be a
    considerable elegance in  being able to define logical input devices that do not mix
    up these two disparate modes of  use.  On the other hand, some physical devices, such
    as  the  stylus  for  a tablet  do indeed  combine both types  of actions in a single
    device.

Alternatives:
1)  Define all logical devices to be both sampled and event causing.
2)  Define all logical devices to be either sampled or event causing but not both.
3)  Define some devices to be both, some to be only one or the other.

Arguments:
a)  Pro 1,2: More consistent,  easier to remember.
b)  Pro 3: Could define  only LOCATOR to  be both, which is  the one device for which the
    typical physical devices often provide both.
c)  Con 3:  Some physical devices used as LOCATORs do not provide the event capability.
d)  Con 1:  Requires some  unnatural and  inefficient  definitions in order to provide
    complete symmetry for all logical devices. (See remaining issues in this section.)

Exhibit 15  Page 706                    GW-LT 253983

e) Pro 2: A clean definition with different functions being handled by different logical devices.
f) Pro 2: The concept of association of devices can allow the application program to utilize the physical devices with both event and sampling capability. The operator sees no difference in the use of the physical device, but the functions are maintained logically distinct in the application program. This is accomplished by having the tip switch of the stylus treated as a separate event causing device (a BUTTON) and then associating this BUTTON with the LOCATOR that also utilizes the tablet stylus. This scheme also makes the application program more portable since it does not now require a physical device with both sampling and event capability.

Resolution: Alternative 2. Devices may either be sampled or cause events, not both.

6.1.2 ISSUE: SHALL SAMPLING OF PICK BE SUPPORTED?

Resolution: PICK can not be sampled.

6.1.3 ISSUE: SHALL SAMPLING OF BUTTON BE SUPPORTED?

Description: The BUTTON device will normally be implemented as a set of buttons on a program function keyboard (pfk). Some devices of this sort allow the program to read the current state of the buttons, allowing the program to look for combinations of buttons being pressed, or to wait for a pressed button to be released. Should this capability be supported by the Core System?

Alternatives:
1) Sampling of BUTTON will be supported.
2) Sampling of BUTTON will NOT be supported.

Arguments:
a) Pro 1: It would be more consistent to have all devices be sampled.
b) Con 1: Sampling would be very hard to implement with pfk devices that only cause interrupts when pressed and cannot be sampled.
c) Con 1: For pfk devices that do allow hardware sampling, how will an event be determined? Should it be a change of state? If that were the case, every button press would generate two events, which would not be very convenient.

Note: The discussion on this issue resulted in the acceptance of the following assumptions:

    -BUTTON devices do not have a state, but cause events on being "pressed".
    -We will consider the inclusion of a SWITCH device which does have associated states and which would cause events on a change of state. (See next issue and issue 6.4.)

Resolution: Alternative 2: Sampling of BUTTON will not be supported.

6.1.4 ISSUE: SHOULD VALUATORS OR LOCATORS CAUSE EVENTS ON A CHANGE OF STATE?

Description: Should VALUATORs or LOCATORs generate events whenever their values change by more than a specified amount?

Alternatives:
1) Do not provide this feature.
2) Let device driver define a fixed tolerance for each interaction device and generate events when change exceeds this tolerance.
3) Let application program specify tolerance.
4) Allow both device driver tolerance and application program tolerance. Event occurs when the change is greater than both.

Arguments:
a) Pro 1: Clean, simple. Mirrors actual hardware devices. Users are used to the simple approach. The artificial events can be bootstrapped (in most cases).
b) Pro 2,3,4: Can be more effective than "add-on" feature in a time sharing environment in which the application program response time is very poor, but the device driver can get better response. Note this would be the case if a device driver is implemented as an interrupt service routine and usage of the input device causes interrupts. Hence, it would not be an improvement for many devices.

II-104

Exhibit 15  Page 707

GW-LT 253984

c)  Con 2,3,4: Lots of overhead. Is it really useful and generally necessary?
d)  Con 2,3: If we do it, might as well do it right. Alternative 4 is not much more difficult than 2 or 3, but definitely more useful.
e)  Con 3,4: Do not really need this much.
f)  Con 2,3,4: Multiple events could cause a lot of events to be queued.
g)  Con 1: If tolerance events can be done by hardware, approach 1 rules out the use in hardware. (Does such hardware exist?)
h)  Pro 2,3,4: A multi-position rotary switch (or even toggle switches) can be used as VALUATORS and cause event on state change. (Is this really a convenient means for using these discrete switches, or is it violating the intended use of a VALUATOR?)

Resolution: Alternative 1 with comment: The feature will not be provided as a standard part of the Core System. However, a particular device driver is completely free to define a logical BUTTON which is activated whenever the value of a particular VALUATOR is changed.


6.2 ISSUES RELATING TO THE EVENT QUEUE


In addition to the basic question of whether there should be a queue of events and what that queue should look like, this section is concerned with the functions that access the queue and their interactions with each other and with the logical devices. (Even if there is no queue, but just a single event saved, the functions that access that event must still be affected by the same considerations.)


6.2.1 ***ISSUE: WHAT IS THE NATURE OF THE EVENT QUEUE?


Description: How many events should be maintained in the event queue?

Alternatives:
1)  One event is all that will be maintained at one time.
2)  Up to one per enabled device.
3)  Up to N per enabled device.
4)  Limit only by total queue size.
5)  Allow ENABLE to specify the number of elements for that device.

Arguments:
a)  Pro 1: Simple and straightforward. All that most applications need in most environments.
b)  Pro 1,2,3: Completely device and implementation-independent.
c)  Con 4,5: Can result in programs that behave differently depending on implementation.
d)  Pro 4: Queue limit is based on current interaction activity, rather than a predetermined limit for all devices.
e)  Pro 3,4,5: Allows operator to lightpen two or more points then wait for the program to react rather than to require him to wait twice. (Type ahead.)
f)  Con 3,4,5: Difficult to define a reasonable framework that will prevent multiple events for each lightpen hit.

Resolution: Alternative 4: Place no limit on event queue except memory size.


6.2.2 ISSUE: WHAT IS THE EFFECT OF DISABLE ON THE EVENT QUEUE?


Resolution: DISABLE has no effect on queue -- use FLUSH for that.


6.2.3 ISSUE: WHAT IS THE EFFECT OF ENABLE ON EVENT QUEUE?


Resolution: ENABLE has no effect on the queue.


II-105

Exhibit 15  Page 708                                    GW-LT 253985

6.3 ISSUE: MUST ALL LOGICAL INTERACTION  DEVICES BE AVAILABLE IN AN IMPLEMENTATION OF THE STANDARD?

Description: What logical interaction devices must be available for an implementation to be considered an implementation of the standard?

Alternatives:
1) An implementation of  the  standard must  include at  least one logical interaction device of each class.
2) Two classes  of standards are  defined: a passive  standard class and an interactive standard class.  An implementation of the interactive standard must include a minimal set of logical interaction devices of each class.
3) Any number  of  logical   interaction  device  classes   may  be  available  in  an implementation of the standard.

Arguments:
a)  Con 3: Lack of portability.
b)  Con 2: Decreased portability may result from a double standard.
c)  Pro 1,2: Enhanced portability of interactive programs.
d)  Pro 2: A passive standard is a reasonable alternative for a class of display surfaces including plotters.

Resolution: Alternative 2: A minimal set of input devices is defined.


6.4 ISSUE: SHOULD THERE BE A LOGICAL DEVICE CALLED SWITCH?

Resolution:  SWITCH is not provided.


6.5 ***ISSUE: SCREEN AREA FOR CORE USE

Description: The  Core System  must communicate with  the operator (especially when input devices  must  be  simulated  or  for  error  messages)  outside  the  control  of  the application program.

Alternatives:
1) Allow the Core System  to map the normalized device  coordinate space to an area that is slightly smaller than the entire  physical screen. The leftover area could then be used by the Core System.
2) Not allow the above.  Requires overlapping of images. If placement of the feedback is defined as part of the standard,  the application program can avoid placing images in those areas.

Arguments:
a)  Con 1: Reduces size of screen usable by application program.
b)  Pro 1: Cleanest visual presentation. Easiest for application program.

Resolution: Alternative 1.  The  Core  System may  utilize part  of the physical display surface. However,  the need  to do this  has been minimized  by defining most of the normal  feedback  features  to appear  within the application  portion of the display surface and giving the program control of where this feedback should appear.


6.6 ISSUE: READING VALUE OF AN UNENABLED DEVICE

Resolution:  Only enabled devices can be sampled.


6.7 ISSUES RELATED TO ECHO OF INTERACTION BY THE CORE SYSTEM

Exhibit 15  Page 709                                   GW-LT 253986

6.7.1 ISSUE: SHOULD THE CORE SYSTEM PROVIDE ECHO FEEDBACK IN RESPONSE TO OPERATOR
ACTIONS?

Description: Good man-machine interaction principles require that operator interactions
   cause immediate visual feedback to the operator. Should the Core System be
   responsible for this feedback, or should it be handled by the application program?

Alternatives:
1) The Core System should provide visual feedback for all operator interactions, unless
   turned off by the application program.
2) The application program should provide all feedback.

Arguments:
a) Pro 2, Con 1: The application programmer has a much better knowledge of the most
   appropriate feedback for each type of interaction in the program.
b) Pro 1, Con 2: Most feedback can be satisfactorily handled in a standard fashion. The
   Core System might as well do it and save the application program the effort.
c) Pro 1, Con 2: In some time sharing environments, the interaction handling portion of
   the Core System may get much better response time than the application program
   itself. In these environments the feedback will be considerably more immediate.
d) Pro 1, Con 2: If the Core System does it, it will get done. Otherwise some
   programmers would leave it out.
e) Con 1, Pro 2: If the Core System does the feedback, some events might get generated
   by the operator, acknowledged by the Core System, but discarded by the application
   program. In this situation the operator may think that something has been done when
   it hasn't, or the application program must inform the operator whenever it discards
   events.
f) Con 1: Implementation burden.

Resolution: Alternative 1: The Core System shall provide interaction feedback, but the
   application program can override this feedback.


6.7.2 ISSUE: WHAT ECHO FEEDBACK SHOULD BE PROVIDED FOR PICK?

Resolution: Echo will be on a segment basis. Note that the programmer is free to turn
   off the Core System echo and do his own in order to get some other effect.


6.8 ISSUE: WHAT COORDINATE SYSTEM SHOULD BE USED FOR LOCATOR DATA?

Description: What coordinate system should be used for data returned to the application
   program from a LOCATOR device?

Alternatives:
1) Data returned is in world coordinates.
2) Data returned is in normalized device coordinates.

Arguments:
a) Pro 1: Most convenient for the programmer.
b) Con 1: Since more than one viewing transformation can be used to generate an image,
   there is not a unique inverse mapping from normalized device coordinates to world
   coordinates. The Core System would have to use the transformations that are in
   effect at the time of interaction, but these are not necessarily the same as those
   used to generate the portion of the picture with which the operator is trying to
   interact. In addition, if the application uses a three-dimensional world coordinate
   system, there is no unique mapping from the 2-D LOCATOR data to the 3-D world. These
   problems exist regardless of the resolution of this issue, but it is more obvious to
   the programmer if coordinate values are returned as normalized device coordinates.
c) Pro 2: The Core System provides the programmer with the ability to retrieve the
   current composite transformation. A standard matrix inversion and multiplication
   will allow the application programmer to convert the normalized device coordinates
   back to world coordinates, if he supplies a Z-value to go along with the LOCATOR
   supplied X and Y and if the current transformation is the "correct" one to use.

Resolution: Alternative 2: Data returned by LOCATOR will be in normalized device
   coordinates.


II-107

Exhibit 15  Page 710                                    GW-LT 253987

6.9 ISSUE: WHAT RANGE SHOULD A VALUATOR HAVE?

Resolution: The application program may specify the range of a VALUATOR.

6.10 ISSUE: SHOULD PICK RETURN A LOCATION?

Resolution: No location is returned for a PICK event.

6.11 ***ISSUE: SHOULD IT BE POSSIBLE TO ASSOCIATE AN EVENT GENERATING DEVICE WITH A SAMPLE DEVICE?

Description: It would often be convenient to have a specific event generating device
associated with a LOCATOR or VALUATOR. Its purpose would be to allow the operator to
cause an event manually when the value of the LOCATOR had reached the desired value.
This facility would be the most convenient means for utilizing lightpen and stylus
tip switches. If this feature is provided it might also be useful to allow the
programmer to associate the LOCATOR with one of the BUTTON interaction devices.

Note: There are 2 different viewpoints that can be used to perceive this coupling if
the standard devices are allowed to be associated with each other in this fashion. We
can think of a BUTTON as having an associated LOCATOR, such that the BUTTON event
causes the LOCATOR value to be returned as part of the BUTTON event. Or, we can think
of the LOCATOR as having a BUTTON associated with it, such that the BUTTON determines
when a LOCATOR event shall occur. The first of these views has been adopted for the
Core System.

Alternatives:
1)  Do not couple event generating devices with sample devices.
2)  Associate a fixed (installation defined) event generating device with each LOCATOR
    and/or VALUATOR.
3)  Allow a general facility for associating any event devices with any sample devices.

Arguments:
a)  Pro 1: Simplest for Core System implementation.
b)  Pro 2,3: Will make application program simpler in most cases.
c)  Pro 2,3: In heavily loaded time sharing systems, the values associated with VALUATORS
    may be more accurate if they are set by the Core System during real (low-level)
    interrupt handling, rather than by the application program.
d)  Con 2, Pro 3: Re-assignment gives more flexibility to the application programmer.
e)  Pro 2, Con 3: Provides standardization of interaction sequences in multiple program
    environments.
f)  Con 2,3: Can be done easily with application program using the BUTTON buttons
    directly.
g)  Pro 2,3: Most convenient means for utilizing hardware tip switches.

Resolution: Alternative 3: Provide general purpose association facility.

6.12 ISSUE: SHOULD THE CORE SYSTEM DEFINE LOCATORS WITH MORE THAN 2 DIMENSIONS?

Description: There are some physical devices that produce 3-dimensional coordinate
    information. Would it not be appropriate to define a 3D LOCATOR? It is also possible
    to define logical devices with even more degrees of freedom.

Alternatives:
1)  Provide only 2D LOCATORS.
2)  Provide 2D and 3D LOCATORS.
3)  Provide LOCATORS with an arbitrary number of dimensions.

Arguments:
a)  Pro 1: 2D LOCATORS are all that most programmers need most of the time.
b)  Pro 2: Since 3D joysticks and wands exist, why not just add a little more to the Core
    System to support them?

II-108

Exhibit 15  Page 711

GW-LT 253988

c) Con 2,3: Echo feedback for a 3D LOCATOR is likely to be difficult and not satisfactory for the operator. For dimensions above 3 this is even more of a problem.

d) Con 2,3: Use of multi-dimensioned LOCATORs is special purpose. And it is possible to utilize the physical devices at a given installation by defining a multi-dimensioned LOCATOR on top of the Core System. For example, each of the values from such a device could be mapped to a separate VALUATOR, which an application program could then combine into one set of coordinates.

Resolution: Alternative 1: Only 2D LOCATORs are defined for the Core System.


6.13 ISSUE: SHOULD A LOCATOR CAUSE AN EVENT IF IT IS MADE TO EXCEED THE RANGE OF A USER-DEFINED "LOCPORT"?

Resolution: Do not provide this feature.


6.14 ISSUE: SHOULD A VALUATOR CAUSE AN EVENT IF IT IS MADE TO EXCEED SOME SPECIFIED MAXIMUM RANGE?

Resolution: Do not provide this feature.


6.15 ISSUE: SHOULD HIGHER-LEVEL INPUT FACILITIES BE PROVIDED?

Resolution: No. The Core System provides a functionally complete set of input primitives upon which higher-level facilities can be built.


6.16 TEXT ISSUES

6.16.1 ISSUE: HOW MANY LINES OF TEXT WILL BE SUPPORTED BY THE CORE SYSTEM?

Resolution: The Core System will provide only one line of text information.


6.16.2 ISSUE: HOW IS AN EVENT SIGNALLED BY THE KEYBOARD DEVICE?

Resolution: An event is signalled by having the operator type a termination character or by filling the KEYBOARD buffer. A full buffer event occurs as soon as the operator types the last character that fits in the buffer. Only one termination character is allowed and it is the system-defined "carriage return".


6.16.3 ISSUE: WILL THE CORE SYSTEM SUPPORT PRIMITIVE ERROR CORRECTION FACILITIES FOR KEYBOARD?

Resolution: Yes, but the exact characters to invoke these functions will be defined by the implementation.


7 CONTROL


7.1 MULTIPLE CONSOLES


7.1.1 ***ISSUE: SHOULD THE CORE SYSTEM SUPPORT OUTPUT TO MULTIPLE DISPLAY SURFACES?

Description: Some display consoles have more than one display surface. As examples, a console might have both a refresh display and a storage tube display, or a CRT and a

II-109

Exhibit 15  Page 712

GW-LT 253989

plotter. Should an application program be able to direct pictures to more than one
display surface using a single interface to the Core System?

Alternatives:
1) Limit output to a single display surface.
2) Support output to multiple display surfaces, with the restriction that at any given
   time output is directed to a single display surface.
3) Support output to multiple display surfaces, with simultaneous output to any number
   of surfaces at any time.

Arguments:
a) Pro 2,3: Display consoles with multiple display surfaces are not that uncommon, and
   they can be supported by the Core System with only a very small increase in
   complexity.
b) Con 1: Unnecessarily restrictive.
c) Con 3: There may be considerable space management complexity associated with having
   multiple device drivers active simultaneously.
d) Pro 1: Least complex. No need for a SELECT_SURFACE function, or the space management
   associated with simultaneously resident multiple device drivers.
e) Con 3: The current position after low-quality text may be different for the
   different display surfaces selected.
f) Con 3: Promotes wasteful programming practices: Pseudo display files will be used to
   provide the capability to redirect a picture to a hard copy device or a file at any
   time. Instead, it is usually completely satisfactory to have the the application
   program regenerate the picture from its application data base when the demand arises.
g) Pro 2, Con 3: Alternative 3 can be built on top of the Core System with alternative
   2.
h) Pro 3: Do it once right in the Core System, where it can be more efficient,
   particularly for very large data bases or pictures which take a long time to
   recompute.
i) Pro 3: The additional overhead is small if the capability is not used.

Resolution: Alternative 3: Output to multiple display surfaces will be supported with
simultaneous output to any number of surfaces at any time.


7.1.2 ***ISSUE: SHOULD THE CORE SYSTEM SUPPORT MULTIPLE INTERACTIVE DISPLAY CONSOLES?


Resolution: Multiple interactive consoles will be supported, with the interaction
devices treated as a single set and the events combined in a single queue.


7.2 ISSUE: WHEN ARE THE DEFAULT VALUES OF THE CORE SYSTEM ESTABLISHED?


Resolution: All default values are defined by the Core System. The default values of the
primitive attributes and segment attributes may be changed at run-time during
initialization.


7.3 INQUIRY


7.3.1 ***ISSUE: WHAT TYPES OF INFORMATION ARE AVAILABLE WITH THE INQUIRY FUNCTION?

Resolution: Inquiry functions are provided for information about the state of the Core
System, the capabilities of the device driver, and the properties of existing
segments. However, an inquiry function for the contents of a segment is not provided.


II-110

Exhibit 15  Page 713                                    GW-LT 253990

## 7.4 ERROR-HANDLING

### 7.4.1 ***ISSUE: HOW ARE ERRORS REPORTED?

Resolution: Control is passed to a common error-handling procedure whenever an error is detected. Also, information about the most recent error is available.

### 7.4.2 ***ISSUE: WHAT SHOULD THE CORE SYSTEM DO WHEN A FEATURE IS USED THAT CANNOT BE DIRECTLY SUPPORTED?

Resolution: Simulate the unsupported feature as well as can be done, issue a warning, and continue execution.

### 7.4.3 ISSUE: SHOULD THE CORE SYSTEM PROVIDE ANY VISUAL FEEDBACK WITH ERROR DETECTION?

Description: Visual feedback of error detection is one means of notifying the operator that an error has been detected. Such visual feedback typically consists of the display of a text string identifying the particular error detected.

Alternatives:
1) Require visual feedback with error detection.
2) Do not require visual feedback with error detection.

Arguments:
a) Pro 1: The operator is alerted to possible display inconsistencies which result from an error.
b) Con 1: The display is cluttered with information not related to the application.
c) Con 1, Pro 2: The application program's error-handling procedure is better able to determine which errors should be reported to the operator and what notification technique should be used.

Resolution: Alternative 2: The Core System does not require visual feedback with error detection.

## 7.5 BATCHING OF UPDATES

### 7.5.1 ***ISSUE: CAN CHANGES TO THE VISIBLE IMAGE BE GROUPED INTO BATCHES?

Description: The application program can know in advance that a flurry of changes to the visible image is about to occur. This information can be communicated to the Core System with the pair of functions "begin batch of updates" and "end batch of updates".

Alternatives:
1) No capability for batching changes is provided by the Core System.
2) "Begin batch of updates" and "end batch of updates" functions are provided; their use is optional.
3) An "end batch of updates" function is provided; its use is mandatory to insure that the displayed image is accurate.

Arguments:
a) Pro 2,3, Con 1: If a storage tube display is in use and no batching of changes is employed, then, during a sequence of n segment deletions, the image must be redrawn n times (each time with less information showing.)
b) Pro 2,3, Con 1: If alternative 4 of issue 3.1.2 were chosen then an "end batch of updates" function could guarantee that the primitives in the open segment are visible.

II-111

Exhibit 15  Page 714                    GW-LT 253991

c) Con 3: Many types of picture changes do not logically consist of one or more batches. In these cases, a mandatory "end batch of updates" would result in needless additional overhead.

Resolution: Alternative 2: "Begin batch of updates" and "end batch of updates" functions are provided; their use is optional.

7.5.2 ***ISSUE: WHAT CHANGES TO THE VISIBLE IMAGE, IF ANY, OCCUR BETWEEN A "BEGIN BATCH OF UPDATES" AND AN "END BATCH OF UPDATES"?

Description: Should a batch of changes to the visible image be required to happen as close to simultaneously as possible?

Alternatives:
1) No changes to the visible image occur between a "begin batch of updates" and an "end batch of updates".
2) No erasures occur between a "begin batch of updates" and an "end batch of updates"; however, all additions to the visible image appear immediately.
3) The appearance of the image during a batch of updates depends on the class of the display device. For instance, no erasures occur on a storage tube display device during a batch of updates, but all changes appear immediately on refresh displays.
4) The appearance of the image during a batch of updates is undefined.

Arguments:
a) Pro 1: A logical group of changes, both additions and deletions, can be specified to occur at once, even on a refresh scope.
b) Con 1: This implies double buffering within the Core System.
c) Con 1: This function can be built on top of the Core System. The application program can do the double buffering, changing the visibility of the affected segments at the end of a batch of changes.
d) Pro 2, 3, 4: This is in keeping with the goal of minimizing erasures on a storage tube device.
e) Pro 2: This enables deleted segments to be crossed out and interaction to continue without repainting on a storage tube device.
f) Pro 3: This enables the performance to be optimized for each class of display device, and yet be well-defined.
g) Con 3, 4: Decreased portability.
h) Pro 4: Temporal portability is not guaranteed (as in other parts of the Core System), but the appearance of the visible image is guaranteed at particular points in time, namely, immediately after an "end batch of updates", independent of the device.

Resolution: Alternative 4: The appearance of the image during a batch of updates is undefined.

7.5.3 ISSUE: WHAT IS THE EFFECT OF AN "END BATCH OF UPDATES" ON NON-RETAINED SEGMENTS?

Resolution: An "end batch of updates" only controls the timing of changes to the picture. A new-frame action occurs only if it would have resulted from one of the functions within the batch of updates.

7.6 ISSUE: WHAT IS THE DEFAULT STATE OF THE CLIPPING CONTROL?

Resolution: The default state of the clipping control is that none of the lines are checked for possible clipping within the Core System.

7.7 TIMING CONTROL

7.7.1 ISSUE: SHOULD A "TIME OF DAY" CLOCK BE INCLUDED IN THE CORE SYSTEM AS AN INTERACTION DEVICE?

Description: The Core System's interaction functions (e.g., AWAIT_EVENT) provide the capability for an application program to wait until a specific amount of time elapses

II-112

Exhibit 15  Page 715                                    GW-LT 253992

or until an interaction event occurs, whichever occurs first. A "time of day" clock would provide the additional capability for an application program to determine the specific time of day and/or request clock events at program-specified time intervals.

Alternatives:
1) Provide the capability to determine the specific time of day.
2) Provide "time of day" clock events.
3) Provide both "time of day" clock events and the capability to read the state of the "time of day" clock.
4) Provide no "time of day" clock capabilities.

Arguments:
a) Con 1,2,3, Pro 4: A "time of day" clock is a function of the operating system rather than the Core System; the specific functions provided vary from one installation to another.
b) Pro 2,3: "Time of day" clock events are necessary for smooth animation. If clock events are included in the Core System, both clock events and interaction events can be combined in a single queue, allowing the animation to take place in parallel with other interactions.
c) Pro 2, 3: "Time of day" clock events are useful for catching forgotten input action.
d) Con 1,2,3, Pro 4: The interaction capability to wait until a time interval elapses or an interaction event occurs is sufficient for most of the applications most of the time.

Resolution: Alternative 4: No "time of day" clock capability will be provided in the Core System. The capability may be included in the interface of the Core System to a particular operating system.


7.7.2 ISSUE: SHOULD A "FRAME" CLOCK BE INCLUDED IN THE CORE SYSTEM AS AN INTERACTION DEVICE?


Resolution:   No "frame" clock capability will be provided in the Core System.


7.8 ***ISSUE: SHOULD A MECHANISM FOR SAVING AND RESTORING PICTURES BE PROVIDED BY THE CORE SYSTEM?


Description: Should it be possible to save a picture which is presently being displayed in such a way that the same picture can be redisplayed at a later time? What functions, if any, should be provided for manipulating saved pictures ("libraries")?

Alternatives:
1) Provide a mechanism for saving and restoring pictures.
2) Do not provide a mechanism for saving and restoring pictures.

Arguments:
a) Con 1, Pro 2: In general, it is not meaningful to restore a picture without restoring the data structure associated with it, and that data structure can be used to regenerate the picture.
b) Pro 1: For applications where the final product is a picture, this mechanism would allow picture portability.
c) Con 1, Pro 2: Restoring a picture is a complex operation requiring display file interpretation.
d) Con 1: "Pseudo" display files can be generated as the output of a special "pseudo-device" driver, rather than being incorporated in the Core System.

Resolution: Alternative 2: No mechanism for saving and restoring pictures will be directly supported by the Core System.


7.9 ISSUE: SHOULD SPACE MANAGEMENT COMMANDS BE INCLUDED IN THE CORE SYSTEM?


Description: Commands such as INITIALIZE_BUFFER, SELECT_BUFFER, and RELEASE_BUFFER would enable the programmer to aid and/or control the space management functions of the Core System.


II-113

Exhibit 15  Page 716

GW-LT 253993

Alternatives:
1)  Include space management commands in the Core System.
2)  Do not include space management commands in the Core System.

Arguments:
a)  Pro 1: With this capability, the programmer may  be able to help the Core System make
    more efficient use of storage.
b)  Pro 1: The amount of storage available to the Core System can be matched to the needs
    of the particular application.
c)  Pro 1: This allows some error detection if segment creation has gone wild.
d)  Con 2: The application program may want  to be notified before the space allocated is
    expanded automatically.
e)  Con 1, Pro 2: Any  such  space  management  commands  would be  dependent  on both the
    programming language and the operating system being used.

Resolution: Alternative 2: No space management commands will be included in the Core
    System.   However, such functions may be included in  the specification of the Core
    System for a particular language.


## 8 SPECIAL INTERFACES BETWEEN THE CORE SYSTEM AND THE APPLICATION PROGRAM


### 8.1 HOOKS


#### 8.1.1 ***ISSUE:  SHOULD HOOKS BE PROVIDED?

Description: Should  a  mechanism  for  increasing  the  efficiency  of  the  Core
    System/Modelling System or Core System/Application Program interface be provided?

Alternatives:
1)  No hooks will be provided.
2)  Hooks will be allowed but not mandated.
3)  Hooks will be provided and required.

Arguments:
a)  Pro 1:  Keeps the Core System simpler.
b)  Con 1:  Limits the breadth of applications which can be supported by the Core System.
c)  Con 2:  Reduces the portability of application programs.
d)  Pro 2, 3:  A little overhead potentially provides a great increase in usability.
e)  Pro 3:  Maintains program portability.

Resolution: Alternative 3:  The increased capability provided to the application programs
    or modelling system developers justifies a small increase in overhead.


#### 8.1.2 ISSUE: CAN HOOKS BE DEVICE-DEPENDENT?

Resolution:  Hooks  cannot  be  device-dependent  since  the  requirement  to  provide
    simulators is onerous.  However, a separate mechanism for providing access to special
    hardware or functions not supported in the Core System should be considered.


#### 8.1.3 ISSUE: HOW MUCH OVERHEAD SHOULD BE ALLOWED WHEN IMPLEMENTING A HOOK?

Resolution:   Overhead should be small unless the hook is used.

Exhibit 15  Page 717                                    GW-LT 253994

8.1.4 ***ISSUE: SHOULD A FACILITY TO CONCATENATE A MODELLING TRANSFORMATION WITH THE CORE SYSTEM VIEWING TRANSFORMATION TO FORM A COMPOSITE TRANSFORMATION BE INCLUDED IN THE CORE SYSTEM?

Description: Should a facility which allows the transforming mechanism of the Core System to apply modelling transformations in the same operation as the viewing transformation be included in the Core System?

Alternatives:
1)  The modelling transformation hook should not be included.
2)  The modelling transformation hook should be included.

Arguments:
a)  Pro 1, Con 2: This violates the separation of viewing transformation from modelling transformations.
b)  Con 1, Pro 2: Eliminates one matrix multiplication per set of coordinates, a sizeable savings.
c)  Con 1, Pro 2: Since the formulation of the modelling transformation matrix occurs outside of the Core System, a modelling system is not being provided in the Core System (see argument a).
d)  Con 1, Pro 2: Overhead consists only of storage for three matrices and a matrix concatenation whenever the viewing or modelling transformation changes.

Resolution: Alternative 2: A modelling transformation hook is included in the Core System.


8.1.5 ISSUE: IS A HOOK REQUIRED TO ACCESS THE CORE PICTURE PROCESSING PIPELINE?


Resolution: There should be some mechanism to provide access to the picture processing pipeline. The exact function has not yet been defined.


8.2 STANDARD WAYS TO BE NON-STANDARD


8.2.1 ISSUE: SHOULD AN ESCAPE MECHANISM OR MECHANISMS BE PROVIDED TO ALLOW ACCESS TO SPECIAL HARDWARE OR UNSUPPORTED FEATURES THROUGH THE CORE SYSTEM?

Description: Frequently special hardware is available or non-supported functions to assist graphics applications are required. Is it desirable to accommodate an interface or interfaces to such facilities.

Alternatives:
1)  An escape mechanism or mechanisms should be provided.
2)  An escape mechanism or mechanisms should be defined but not mandated.
3)  An escape mechanism or mechanisms should not be provided.

Arguments:
a)  Pro 3, Con 1,2: Programs which use such a facility cannot be transported to another installation and guarantee correct output.
b)  Pro 1,2: If special hardware is available and needed, it will be used. By controlling this use through the Core System, some integrity of design and proper integration with Core System functions can be accomplished by the implementor. Moreover, the implementor can insure the correct state of the Core System.
c)  Con 2, Pro 1: By mandating the inclusion of an escape mechanism, transported programs can still execute with possible omission of device-dependent functions.

Resolution: Alternative 1: An escape mechanism is provided. Increased transportability can be obtained by isolation of functions. Note that it is mandated that the escape mechanism be provided, but the functions being implemented by the escape mechanism need not be supported.


II-115

Exhibit 15  Page 718                                    GW-LT 253995

8.2.2 ISSUE:   SHOULD ONE ESCAPE MECHANISM OR SEVERAL ESCAPE MECHANISMS BE PROVIDED?

Resolution:   One escape mechanism provides greater transportability.

8.2.3 ISSUE:   SHOULD THERE BE A "GRAPHICS ESCAPE" CHARACTER?

Resolution:   This capability can better be handled by the ESCAPE function.

8.2.4 ISSUE:   HOW SHOULD REQUESTS TO THE ESCAPE MECHANISM FOR UNSUPPORTED FUNCTIONS BE HANDLED?

Resolution:   An inquiry function indicates whether a specific non-standard function is supported.


## 9 PHILOSOPHY OF INTERFACING THE CORE SYSTEM WITH ITS ENVIRONMENT

### 9.1 OPERATING SYSTEM IMPACT AREAS

9.1.1 ISSUE:   HOW SHOULD THE CORE SYSTEM SUPPORT USE OF ADVANCED OPERATING SYSTEM FACILITIES?

Resolution:   As designed, the Core System does not require advanced operating system facilities but the implementor should be allowed to use the facilities.

9.1.2 ISSUE:   WHEN SHOULD LOGICAL DEVICES BE BOUND TO PHYSICAL DEVICES?

Resolution:   The binding is made when a request is made to the operating system for program execution.

9.1.3 ISSUE:   SHOULD THE CORE SYSTEM SUPPORT THE DISPLAY OF "UNESCORTED" TEXT?

Resolution:   The Core System will not support the display of "unescorted" text, nor will the appearance of the display after any such text has been received by the DPU be defined.

### 9.2 PROGRAMMING LANGUAGE IMPACT AREAS

9.2.1 ISSUE:   SHOULD THERE BE SEPARATE CORE SYSTEM STANDARDS FOR EACH PROGRAMMING LANGUAGE?

Resolution:   One Core System should be developed which describes the semantics of the functions to be supported. Separate specifications are necessary to standardize syntax for popular programming languages.

9.2.2 ISSUE:   SHOULD USE OF PROGRAMMING LANGUAGE FEATURES BE RESTRICTED WHEN USING THE CORE SYSTEM?

Resolution:   All programming language facilities should be allowed, including I/O to the display. However, the use of such facilities is not a standard part of the Core System and, therefore, the results are not guaranteed.

II-116

Exhibit 15  Page 719                                    GW-LT 253996

9.2.3 ISSUE:    SHOULD THE CORE  SYSTEM SPECIFY HOW  THE TEXT PRIMITIVE ROUTINES DETERMINE
THE LENGTH OF A CHARACTER STRING?

Resolution:    The Core System should not  require violation of the design philosophy of a
    programming language.  However,  if a facility is  not provided in the language, then
    the Core System should specify a mechanism when defining the language interface.

Exhibit 15  Page 720                    GW-LT 253997