1                    **EXHIBITS TABLE OF CONTENTS**

2    | **Exhibit** | **Document** | **Page No.** |
| --- | --- | --- |
| 3    1 | U.S. Patent No. 4,763,356 to Day, et al., marked with Bates range LUC 1004455-81 .................................................................................. 12 | |
| 5    2 | Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent No. 4,763,356, dated May 15, 2007 [Docket No. 1795].............................................................................. 39 | |
| 7    3 | "Touch Screens: Big Deal or No Deal?," Michael Tyler, DATAMATION, dated January 1984, marked with Bates range GW-LT422215-22..................... 47 | |
| 8    4 | Excerpts of the deposition Michael E. Farmer, taken February 23, 2006............ 55 | |
| 9    5 | Excerpts of The Home Accountant and Financial Planner for the Macintosh, dated 1984, marked with Bates range MSLT_1060811-813 ............ 67 | |
| 11   6 | Excerpts of the deposition of Dale Buscaino, taken November 7, 2007.............. 73 | |
| 12   7 | Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356 [Docket No. 1552], dated April 17, 2007 .......................................................... 79 | |
| 14   8 | U.S. Patent No. 4,439,759 to Fleming et al., marked with Bates range LUC1114390-409 .................................................................................. 88 | |
| 15   9 | "Final Report – NASA Grant NSG 1508, Extension of the Core Graphics System for Raster Graphics Display," James D. Foley, marked with Bates range DELL366644-799 ...................................................................... 108 | |
| 17   10 | Supplemental Rebuttal Expert Report of Jake Richter, dated October 12, 2007.......................................................................................... 264 | |
| 18   11 | Excerpts of the deposition of Jake Richter, taken November 14, 2007 .............286 | |
| 19   12 | Order Construing Claims for United States Patent Number 4,439,759, dated November 15, 2005 ..................................................................... 311 | |
| 21   13 | Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent Number 4,439,759, dated September 14, 2007.............................. 321 | |
| 14 | Affidavit of Jean A. Pec, with Exhibits A-B, dated September 14, 2007.......... 409 | |
| 23   15 | Status Report of the Graphics Standards Planning Committee, Computer Graphics, Vol. 11, No. 3, Fall 1977, marked with Bates range GW-LT253851-997 .................................................................................. 574 | |
| 25   16 | Excerpts of the deposition of James D. Foley, taken November 7, 2007 .......... 721 | |
| 27   17 | Home Information Systems - Provisional Standard, Bell Laboratories, dated April 14, 1981, marked with Bates range LUC 003905-4026. **FILED UNDER SEAL** .................................................................................. 732 | |

- 7 -

18    Expert Report of Edward J. Delp III Regarding Obviousness,
dated September 14, 2007 ...................................................................................854

19    Supplemental Rebuttal Expert Report of Professor Bernd Girod Regarding
Validity of Lucent's 4,383,272 and 4,958,226 Patents,
dated October 12, 2007 ....................................................................................1011

20    Excerpts of the deposition of Bernd Girod, taken on November 20, 2007 ......1045

21    Excerpts of "Digital Pictures: Representation and Compression," Arun N.
Netravali and Barry G. Haskell, 1988, marked with Bates range
MSLT_0004995-99, 5408, and 5481 .............................................................1084

22    Excerpts of the deposition of Barry Haskell, taken December 15, 2005.
**FILED UNDER SEAL** ................................................................................1103

23    Translation of the Master's Thesis of Thomas Micke, entitled
"Comparison of a Predictive and an Interpolative Motion Compensating
Coding Method for Television Signals, April 1986, marked with Bates
range GW-LT255053-131 ................................................................................1094

24    U.S. Patent No. 4,958,226 to Haskell, et al., marked with Bates range
LUC1112272-77 .............................................................................................1182

25    Order Construing Claims for United States Patent Number 4,958,226,
dated July 14, 2005 .........................................................................................1188

26    Copyright Information for Digital Pictures, marked with Bates range
DELL318997-99 ..............................................................................................1194

27    Affidavit of Michael A. Davis, Jr., dated March 12, 1999, with
Exhibits A-F, marked with Bates range DELL320793-800 ...........................1197

28    "A Hybrid Interpolative and Predictive Code for the Embedded
Transmission of Broadcast Quality Television Picture," N.K. Lodge,
marked with Bates range DELL318140-47  ...................................................1205

29    A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for
the HDTV Coding," Masayuki Tanimoto, July 1987, marked with Bates
range DELL318251-54 ....................................................................................1213

30    CITT SG XV Working Party Document #81: Comments on Conditional
Motion Compensated Frame Interpolation," March 1986, marked with
Bates range MSLT0625891-94.......................................................................1217

31    U.S. Patent No. 4,849,810 to Ericsson, marked with Bates range
DELL319258-315 ............................................................................................1221

32    U.S. Patent No. 4,816,914 to Ericsson, marked with Bates range
DELL320565-607 ............................................................................................1280

33    U.S. Patent No. 4,794,455 to Ericsson, marked with Bates range
DELL319147-73 ..............................................................................................1323

34    U.S. Patent No. 4,703,350 to Hinman, marked with Bates range
DELL320519-37 ..............................................................................................1350

- 8 -

35      U.S. Patent No. 4,727,422 to Hinman, marked with Bates range
        MSLT_0001034-51 ................................................................................... 1369

36      U.S. Patent No. 4,661,849 to Hinman, marked with Bates range
        DELL318173-90 ...................................................................................... 1387

37      U.S. Patent No. 4,754492 to Malvar, marked with Bates range
        DELL319037-59 ...................................................................................... 1405

38      Declaration of Thomas Wehberg ................................................................ 1428

39      "The Efficiency of Motion-Compensating Prediction for Hybrid Coding of
        Video Sequences," Bernd Girod, August 1987, marked with Bates range
        MSLT_0233488-502 ................................................................................ 1430

40      "Television Band Compression by Contour Interpolation," Professor D.
        Gabor, et al., May 1961, marked with Bates range MLST0001228-40 ........... 1445

41      "Picture Coding: A Review," Arun N. Netravali and John O. Limb, March
        1980, marked with Bates range MSLT_0001623-63 ...................................... 1459

42      Order Denying-in-Part Dell's Motion for Summary Judgment on U.S.
        Patent No. 4,383,272 [Docket No. 1948], dated July 27, 2007 ...................... 1500

43      Superceding Order Construing Claims for United States Patent Number
        4,383,272, dated August 16, 2005 ................................................................ 1507

44      Order Denying Gateway's Motions for Summary Judgment that U.S.
        Patent No. 4,383,272 is Invalid Under 35 U.S.C. §102(g) and Granting
        Summary Adjudication on Certain Predicate Issues Pertaining to This
        Defense [Docket No. 1948], dated July 12, 2007 ............................................ 1513

45      United States Patent 4,383,272 to Netravali, et al., marked with Bates
        range LUC0001363-73 ................................................................................ 1519

46      Response to the Examiner dated October 22, 1982, marked with Bates
        range LUC0001428-31 ................................................................................ 1530

47      Doctorate thesis of Jaswant Raj Jain, entitled "Interframe Adaptive Data
        Compression Techniques for Images," September 1979, marked with
        Bates range MSLT_0001425-622 ................................................................ 1534

48      Excerpts of the deposition of Delphine Lewis, taken June 30, 2005 .............. 1732

49      Physical exhibit of video excerpts from the videotaped deposition of
        Michael Farmer, taken on February 23, 2006.
        This exhibit a compact disk ("CD").

- 9 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14

**THIS PAGE INTENTIONALLY LEFT BLANK**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

Exhibit 16

Page 1

1

2            UNITED STATES DISTRICT COURT

3         SOUTHERN DISTRICT OF CALIFORNIA

4    _____
     LUCENT TECHNOLOGIES, INC.,   )
5                  Plaintiff,     )
           v.                     )  Case No.:
6    GATEWAY, INC.,               )  07CV2000 B
     GATEWAY COUNTRY STORES LLC   )   (CAB)
7    GATEWAY COMPANIES, INC.,     )
     MANUFACTURING LLC and        )
8    COWABUNGA ENTERPRISES, INC.,)
                  Defendants. )  03-CV-0699-B
9                                 )     (CAB)
             and                  )  03-CV-1108-B
10                                )     (CAB)
     MICROSOFT CORPORATION,       )
11                 Intervener. )
     _____)
12   MICROSOFT CORPORATION,       )
                  Plaintiff,      )
13         v.                     )
     LUCENT TECHNOLOGIES, INC.,   )
14                 Defendant.     )
     _____)
15   LUCENT TECHNOLOGIES, INC.,   )
                  Plaintiff,      )
16         v.                     )
     DELL COMPUTER CORPORATION    )
17                 Defendant.     )
     _____)

18

19

20            Videotaped deposition of

21    DR. JAMES D. FOLEY, taken at 181 Peachtree

22    Street, Atlanta, Georgia, on Wednesday,

23    November 7, 2007, at 9:32 A.M., before

24    Charisse Kitt, CCR and Registered

25    Professional Reporter and Notary Public.

JAMES D. FOLEY

1

2   A     -- and I'll say I want all red

3   for the red stripes and all white for the

4   white stripes and so forth.  So I'll get

5   a -- if I say, you know, going back to the

6   R, G, B color model, if I have "R" of one,

7   I'm going to get -- that's what I'm going

8   to get, assuming that -- depending on the

9   color display mechanism and if we have a

10  look-up table, depending on how the look-up

11  table is loaded, whether I'm using --

12  whether I have an index table and how I

13  have it loaded or whether I'm doing a color

14  directly as R, G, B but I have the

15  potential for getting -- and if I know what

16  I'm doing, I will get the right colors.

17  Q     Are there other ways to specify

18  color besides R, G, B values and index

19  values?

20  A     I could, there are other color

21  models.

22  Q     Such as?

23  A     In the saturation, we use

24  saturation value, cyan, magenta, yellow,

25  CIE, Luv, L-U-V, they all define the

**Exhibit 16  Page 722**

                        JAMES D. FOLEY

1

2    three-dimensional color spaces,

3    three-dimensional spaces --

4    three-dimensional spaces and points within

5    that space correspond to colors.

6         Q    Okay, I'm showing you what's

7    been marked as Exhibit 3, which is a

8    document Bates stamped GW-LT444838 to

9    GWLT44993take.  Take a look at Exhibit 3

10   and tell me what it is?

11        A    It's a report that I, in working

12   with my students, sent to NASA, N-A-S-A,

13   National Air and -- National Aeronautics

14   and Space Administration.  They had been

15   supporting some of our work with raster

16   graphics extensions and the Core and this

17   was a status report, the final report, in

18   fact, that documented what we had done with

19   their money.

20        Q    (By Mr. Marina) And when was

21   Exhibit 3 written?

22        A    I'm sorry?

23        Q    When was it written, in the

24   format that it's in?

25        A    I'm sorry, again, please?

1              JAMES D. FOLEY

2      Q      When was Exhibit 3, in the form

3   it is in, in Exhibit 3, written?

4      A      Let's see, the -- is there a

5   date on here?  Probably.  Well, it says it

6   covers the period March 15, '78, to

7   March 31, 1980, so it was presumably put

8   together some time toward the end of -- of

9   the end of the contract.  So early 1980

10  would be my guess.  Different pieces of

11  this were written at different times, for

12  instance, the series Appendix B, which is a

13  draft of a paper we submitted to the

14  SIGGRAPH Conference, it was published in

15  the SIGGRAPH Conference proceedings in the

16  summer of '79, so this draft would have

17  been written the previous fall, even.

18     Q      Okay.  I'm more interested in

19  the document as a whole, okay.  You can't

20  tell me --

21     A      Well, the document as a whole is

22  a continuum of other documents.  This

23  design document has a 5/27, something -- it

24  looks like 1980.  This design document's

25  last appendix is dated May 27, 1980, at

1                    JAMES D. FOLEY

2    are fed into the CRT guns are imagers,

3    right?

4         A    Going into the DAC, going into

5    the digital-to-analog converter, we have

6    imagers.

7         Q    So the floating point numbers

8    that are specified at the beginning of this

9    process, are not what's fed into the CRT

10   guns, correct?

11        A    Say it, again?

12             MR. BOYCE:  Objection.

13        Q    (By Mr. Marina) The floating point

14   numbers that are specified at the beginning

15   of the process, are not the numbers that are

16   fed into the CRT guns; is that correct?

17             MR. BOYCE:  Objection.  Vague

18        and ambiguous.

19        A    The numbers that are fed in are

20   the closest possible approximation based on

21   hardware limitations to the -- to what the

22   application programmer specified as being

23   desired.

24        Q    (By Mr. Marina) But they're also

25   not floating points, either, right?

1                    JAMES D. FOLEY

2        A      They're not floating point.

3    They're -- as I said earlier, you can

4    actually consider them as binary fractions

5    as well, it doesn't matter a whole lot.

6        Q      So you know in -- that there's a

7    difference between a floating point and

8    integers, correct?

9        A      They are different ways to

10   represent the same thing.

11       Q      Right.  And in order to make the

12   system work, the Core extensions to work

13   with the hardware, you have to have a

14   multiply and round process, right?

15            MR. BOYCE:  Objection.

16       Incomplete hypothetical.

17            MR. BATHON:  Misstates prior

18       testimony.

19       A      I'm sorry?

20            MR. BOYCE:  That's --

21       A      Okay, that would be the most

22   common way of going from the floating point

23   specification to the representation that

24   gets loaded into the look-up table, right.

25       Q      (By Mr. Marina) And that's the way

1                    JAMES D. FOLEY

2    you did it in the George Washington Core

3    System?

4        A      I would suspect so.

5        Q      Were there other -- besides the

6    George Washington system, were there other

7    systems that supplemented the Core System,

8    along with the raster extensions?

9        A      There were a number of other

10   Core Systems and as I recall, some of them

11   had raster capabilities, to some extent or

12   another.

13       Q      Do you recall which ones?

14       A      Which -- no, not directly.

15       Q      Did you work on them?

16       A      I -- what do you mean by "work

17   on them"?

18       Q      Did you design them?

19       A      I certainly knew the people at

20   the time who were in this world and

21   undoubtedly had discussions with people, it

22   may well be the Precison Visual folks had

23   some raster extensions.  I knew all the

24   people there and I knew the people at Mega

25   Tech and other -- others.

Exhibit 16  Page 727

JAMES D. FOLEY

1

2      Q     Okay.  And how were those -- how

3   was that tripple expressed?

4      A     That would be an R, G, B color

5   tripple.

6      Q     Those R, G, B data values?

7      A     Right.  Red, green, blue data

8   values.

9      Q     Excuse me.  How were those data

10   values expressed?

11          MR. MARINA:  Object to the form.

12      A     I'm not sure what you mean by

13   "expressed."  Representatives?

14      Q     Yeah, representatives.

15      A     They were representatives of

16   floating point numbers in the range of zero

17   to one, red, green and blue.

18      Q     And were those floating point

19   numbers used to directly to specify the

20   color?

21          MR. MARINA:  Objection.  Calls

22       for a legal conclusion.  He's asking

23       you about the claims of the patent

24       which you don't know that.

25      Q     (By Mr. Boyce) I'm asking you --

                    JAMES D. FOLEY

1    we've established that in 1979, correct me if

2    I'm wrong, you had an understanding of the

3    direct color specification?

4          A     That's right.

5          Q     You testified, I believe, in

6    your discussions with members of the raster

7    and color group, you had a mutual

8    understanding of direct color

9    specification?

10         A     That's what we were doing.  No

11   question.  This was doing direct color

12   specification.  The R, G, B we were doing

13   direct color specification.

14         Q     Okay.  But you were using

15   floating point numbers, correct?

16         A     That's true.

17         Q     And, yet, you still referred to

18   that system and that mode or methodology

19   for the color specification asked?

20         A     Absolutely.  What else could it

21   be?

22         Q     You didn't regard that as

23   possibly indirect color specification?

24         A     Indirect color specification is

1                   JAMES D. FOLEY

2     completely different.  That's where you do

3     the index and the look-up table and all

4     that stuff.

5          Q    Did the GW core system allow

6     programs -- graphics application programs

7     to specify foreground color, using the

8     command you mentioned, the set current

9     color command?

10              MR. MARINA:  Objection.  Lacks

11         foundation.  Calls for a legal

12         conclusion.

13         Q    (By Mr. Boyce) Strike that

14    question.

15              Have you ever heard the term:

16         Foreground color?

17         A    Sure.

18         Q    Did you hear that term prior to

19    1980?

20         A    Yes.

21         Q    And what was your understanding

22    of that term, prior to 1980?

23         A    The color in which things that

24    you draw are drawn.  So if I draw a line

25    it's going to be drawn in the foreground

Page 280

JAMES D. FOLEY

1

2    color.

3        Q      And prior to 1980 did you ever

4    hear the term:  Background color?

5        A      Yes.

6        Q      And what was your understanding

7    of the term background color prior to 1980?

8            MR. MARINA:  Objection.  Calls

9        for a legal conclusion.

10       A      The background on the screen.

11   The background of the images.

12       Q      So with that understand of

13   foreground color, did the GW core system

14   allow graphics application programs, to

15   specify foreground color, using the set

16   current color command?

17       A      Yes, it sure did.

18       Q      Okay.  And did the system allow

19   programs to specify foreground color using

20   that same command for both text and drawing

21   command?

22       A      Yes, it did.

23       Q      Okay.  And assuming a foreground

24   color is specified in the GW core system,

25   using the set current color command, what

# Exhibit 17
## Filed Under Seal

Exhibit 18

1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 02-CV-2060 B (CAB) consolidated with Case No. 03-CV-0699 B (CAB); and Case No. 03-CV-1108 B (CAB) |
|         Plaintiffs and Counterclaim-defendants, | |
|     v. | **EXPERT REPORT OF EDWARD J. DELP III REGARDING OBVIOUSNESS** |
| GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | |
|         Defendants and Counter-claimants, | |
|         and | |
| MICROSOFT CORPORATION, | |
|         Intervenor and Counter-claimant. | |
| MICROSOFT CORPORATION, | |
|         Plaintiff and Counter-defendant, | |
|     v. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | |

1

Case No. 02-CV-2060 B (CAB)

**Exhibit 18  Page 854**

Defendants and Counter-claimants,

LUCENT TECHNOLOGIES INC. and
MULTIMEDIA PATENT TRUST,

Plaintiffs and Counterclaim-defendants,

v.

DELL INC.,

Defendants and Counter-claimants.

**Exhibit 18  Page 855**

**I.      ASSIGNMENT**

1.      I, Edward J. Delp III, am the Silicon Valley Professor of Electrical and Computer Engineering and Professor of Biomedical Engineering, School of Electrical Computer Engineering and School of Biomedical Engineering at Purdue University and an expert in the field of video compression technology.  I have been retained as an expert by Defendants Microsoft Corporation ("Microsoft"), Gateway, Inc. ("Gateway"), and Dell Inc. ("Dell") to consult on various technical issues concerning the above-referenced action.  This report sets forth my opinions concerning technical issues that are relevant to the validity and enforceability of U.S. Patent No. 4,383,272 (the "'272 patent") and U.S. Patent No. 4,958,226 (the "'226 patent") (collectively "the Asserted Patents"), which have been asserted by Plaintiff Multimedia Patent Trust ("MPT" or "Plaintiff").

2.      I previously issued reports on March 31, 2006, May 30, 2006, and July 21, 2006 regarding the invalidity of the '272 and '226 patents.  My previous reports addressed the issues of anticipation and obviousness, and I expressly adopt the statements and conclusions set forth in those reports in this report.  It is my understanding, however, that the law regarding obviousness changed after that report.  Consequently, this report sets forth additional opinions regarding the obviousness of the '272 and '226 patents.


**II.      QUALIFICATIONS**

3.      My qualifications are detailed in my previous reports.


**III.      COMPENSATION**

4.      I am being compensated for my work on this litigation at my standard rate of $400.00 per hour.  No part of my compensation is contingent upon the outcome of this litigation or any issue that may be determined in the course of this litigation.

## IV.    INFORMATION CONSIDERED

5.        I have considered the following information in forming my opinions expressed in this expert report:

- The '272 and '226 Patents.
- The prosecution history of the '226 and '272 Patents.
- Markman presentations and briefs for the '272 and '226 Patents.
- MPT's validity contentions regarding the '272 and '226 Patents.
- Defendants' invalidity contentions for the '272 and '226 Patents.
- Various portions of the deposition transcripts of the following individuals: Dr. Haskell, Mr. Schaphorst, Mr. Ericsson, Dr. Hill, Ms. Jenkins, Ms. Lewis, Ms. Coates, Mr. Kaske, and Dr. Jain.
- The Court's claim construction orders.
- All documents cited in my previous reports and the previous reports of MPT's expert, Prof. Bernd Girod.
- The Supreme Court's opinion in KSR v. Teleflex.
- All other documents cited in this report and in the accompanying claim charts.

6.        I reserve the right to supplement my report in light of any additional fact discovery, opinions by Plaintiffs' experts, and/or trial testimony.  I also reserve the right to provide rebuttal opinions and testimony in response to Plaintiffs' experts, and rebuttal testimony in response to any of Plaintiffs' fact witnesses.  Further, I reserve the right to use animations, demonstratives, enlargements of actual exhibits, and other information in order to illustrate my opinions.

## V.    PRIOR TESTIMONY

7.        In the preceding four years, I provided expert testimony at a sentencing hearing in the case *United States of America v. Seifert, Brian*, IP02-CR-0012-01-M/F, regarding computer

1    imaging technology and gave a deposition in *Polycom, INC. And Polycom Israel, LTD., vs.*

2    *Codian LTD. and Codian I.*, Civil Action No. 2:05-CV-520.

3

4    **VI.    OPINIONS AND CONCLUSIONS**

5        **A.    Summary**

6        8.    Based upon the information I have considered, it is my opinion that claim 13 of

7    the '272 patent is obvious in view of certain prior art.  It also is my opinion that claim 12 of the

8    '226 patent is obvious in view of certain prior art.

9        **B.    Relevant Legal Principles**

10        9.    I will not offer opinions of law as I am not an attorney.  However, I have been

11    informed of several principles concerning patent validity, which I used in arriving at my

12    conclusions.

13            •    I incorporate here by reference the legal principles set forth at ¶ 11of my

14                March 31, 2006 Delp Expert Report, on issues of validity related to the

15                '272 and '226 patents.

16            •    I am informed that legal principles regarding invalidity of a claim due to

17                obviousness were clarified by the U.S. Supreme Court after I wrote my

18                earlier reports.  I am informed that the principles described in ¶11 of my

19                March 31, 2006 and July 21, 2006 expert reports (relating to a

20                "motivation," "suggestion," or "teaching" in the prior art to combine

21                references to produce the claimed alleged invention) remain an appropriate

22                approach in a validity analysis.  I understand, however, that the U.S.

23                Supreme Court clarified that additional principles may also be applied in

24                such an analysis.  I set forth some such additional principles below.

25            •    I am informed that the combination of familiar elements according to

26                known methods is likely to be obvious when it does no more than yield

27                predictable results.  In other words, when a claim simply arranges prior art

28                elements with each performing the same function it had been known to

5                                    Case No. 02-CV-2060 B (CAB)

**Exhibit 18  Page 858**

1     perform and yields no more than one would expect from such an

2     arrangement, such a combination is obvious.  Moreover, when a patent

3     claims a structure already known in the prior art that is altered by the mere

4     substitution of one element for another known in the field, the combination

5     is likely to be obvious unless the combination yields an unpredictable

6     result.  I am informed that a corollary principle is that when the prior art

7     teaches away from combining certain known elements, a claim directed to

8     a discovery of a successful means of combining them is more likely to be

9     non-obvious.

10    &bull;   I am informed that when a work is available in one field of endeavor,

11     design incentives and other market forces can prompt variations of it, either

12     in the same field or a different one.  If one of ordinary skill in the art can

13     implement a predictable variation, such a variation is likely unpatentable.

14     For the same reason, if a technique has been used to improve one device,

15     and one of ordinary skill in the art would recognize that it would improve

16     similar devices in the same way, using the technique is obvious unless its

17     actual application is beyond his or her skill.  One question to consider is

18     whether the improvement is more than the predictable use of prior art

19     elements according to their established functions.

20    &bull;   I am informed that it may be often be necessary, in a validity analysis, to

21     look to interrelated teachings of multiple patents; the effects of demands

22     known to the design community or present in the marketplace; and the

23     background knowledge possessed by one of ordinary skill in the art, all in

24     order to determine whether there was an apparent reason to combine the

25     known elements in the fashion claimed by the patent at issue.

26    &bull;   I am informed that a validity analysis need not seek out precise teachings

27     directed to the specific subject matter of the challenged claim; it is

28     appropriate to take account of the inferences and creative steps that one of

1    ordinary skill in the art would employ.  I understand that a person of

2    ordinary skill is also a person of ordinary creativity.

3    •    I understand that a claim composed of several elements is not proved

4    obvious merely by demonstrating that each element was, independently,

5    known in the prior art.  I understand that it can be important to identify a

6    reason that would have prompted a person of ordinary skill in the relevant

7    field to combine the elements in the way the claimed new invention does.

8    Therefore, I am informed that, in determining whether a claimed

9    combination is obvious, the correct question is whether the combination

10   was obvious to one of ordinary skill in the art.  I am told that one of the

11   ways in which subject matter can be proved obvious is by noting that there

12   existed at the time of invention a known problem for which there was an

13   obvious solution encompassed by the patent's claims.  I understand that

14   any need or problem known in the field of endeavor at the time of alleged

15   invention and addressed by the patent can provide a reason for combining

16   the elements in the manner claimed.

17   •    I am informed that one should not assume that a person of ordinary skill in

18   the art attempting to solve a problem will be led only to those elements of

19   prior art designed to solve the same problem.  Instead, I understand that

20   since familiar items may have obvious uses beyond their primary purposes,

21   in many cases one of ordinary skill in the art will be able to fit the

22   teachings of multiple prior art references together like pieces of a puzzle.

23   •    I am informed that, when there is a design need or market pressure to solve

24   a problem and there are a finite number of identified, predictable solutions,

25   one of ordinary skill in the art has good reason to pursue the known options

26   within his or her technical grasp.  If this leads to the anticipated success, it

27   is likely the product not of innovation but of ordinary skill and common

28

1        sense, I understand that, in such an instance, the fact that the combination

2        was obvious to try may show that the combination is obvious.

3    •    I am informed that, when determining whether a claimed combination is

4        obvious, the correct analysis is not whether one of ordinary skill in the art,

5        writing on a blank slate, would have chosen the particular combination of

6        elements described in the claim. Instead, I understand the correct analysis

7        considers whether one of ordinary skill, facing the wide range of needs

8        created by developments in the field of endeavor, would have seen a

9        benefit to selecting the combination claimed.

10        10.    I expect to continue to develop my opinions discussed in this report. I also

11    reserve the right to supplement my opinions based on information obtained from additional

12    discovery or from Plaintiffs' experts, as indicated above.

13        C.    **Level of Ordinary Skill in the Art**

14            1.    **The Level of Skill Relevant to the '272 Patent**

15        11.    In my opinion, with regard to the '272 patent, one of ordinary skill in the art

16    would have been a person with a bachelor of science degree in electrical or computer engineering,

17    or a related field, and the equivalent of two years of experience in working with video

18    compression systems and methods. A person with a master of science degree in electrical or

19    computer engineering, or a related field, who pursued a course of study relating to video

20    compression technology also would be a person of ordinary skill in the art.

21        12.    As of 1981, the use of interpolation to recreate missing pictures was well

22    known. *See* March 31, 2006 Expert Report at pp. 14-45.

23        13.    Motion estimation using, for example, the recursive technique was also known

24    as of 1981. *See* Picture Coding: A Review ("Picture Coding") (*e.g.*, MSLT_0001623-

25    MSLT_0001663) at 383; and U.S. Patent No. 4,218,703.

26        14.    Further, it also was known that interpolation could be done adaptively, for

27    example, by selecting the locations from which to interpolate as a function of motion. *See* Picture

28    Coding at 382-383; *A Simple Interframe Coder for Video Telephony by J. O. Limb and R. F. W.*

*Pease* ("Limb & Pease") (*e.g.*, MSLT_0001254-MSLT_0001265) at 1879-80; *see also* March 31, 2006 Expert Report at pp. 14-15.

### 2.    The Level of Skill Relevant to the '226 Patent

15.    In my opinion, with regard to the '226 patent, one of ordinary skill in the art would have been a person with a bachelor of science degree in electrical or computer engineering, or a related field, and the equivalent of two years of experience in working with video compression systems and methods.  A person with a master of science degree in electrical or computer engineering, or a related field, who pursued a course of study relating to video compression technology also would be a person of ordinary skill in the art.

16.    The background section of the '226 patent makes clear that the use of prediction, motion estimation, motion vectors, and DCT coding of the difference signal were well known in the art prior to the '226 patent.  *See* '226 patent, Col. 1, lines 21-58.

17.    The background section of the '226 patent also makes clear that the use of "Motion Compensated Interpolation," which uses the "Motion Vectors" from the predicted blocks to average the immediately previous and following blocks of pels, was well known in the art prior to the '226 patent.  *See* '226 patent, Col. 2, lines 18-29.

18.    As I noted in my previous report at ¶¶ 227-230, the prior art expressly suggested combining video coding techniques.

19.    Paragraphs 231-236 of my previous report explain that the prior art expressly identified the problem of visual artifacts in motion compensated interpolated frames and thus provided a motivation to combine any known solution of interpolation deviation codes.

20.    The numerous prior art references described in my earlier report demonstrate that the use of difference codes or error codes, such as temporal interpolation error, was well known to one of ordinary skill in the art.  *See, e.g.,* March 31, 2006 Expert Report at ¶¶ 217-225. The prior art transmitted interpolation deviation codes for motion compensated temporally interpolated frames.  March 31, 2006 Expert Report at ¶ 237.

21.    Moreover, the similarity of prediction error to interpolation error would have suggested the use of interpolation error for interpolated frames.  *Id.* at ¶¶ 238-240.

1    22.    In addition the advent of CD-ROM applications provided yet another motivation

2    to combine video coding techniques in the prior art to arrive at claim 12.  *Id.* at 241.

3

4    **D.    Invalidity of the '272 Patent**

5    23.    Based on the information I have considered, it is my opinion that claim 13 of the

6    '272 patent is invalid as obvious in view of certain prior art.  In my previous report I set forth my

7    anticipation analysis regarding claim 13 of the '272 patent.  I continue to believe that claim 13 of

8    the '272 patent is invalid as anticipated, and I incorporate my anticipation analysis from that

9    report here.  In this report I will address issues regarding the obviousness of claim 13 of the '272

10   patent.  I have addressed MPT's prior non-obviousness assertions below.

11   24.    Since my last report, I have been provided a document from the United States

12   Patent & Trademark Office indicating that the Office has decided to reexamine the patentability

13   of claim 13 of the '272 patent based on certain of the references discussed in this and my earlier

14   report.  *See* '272 Reexam (MSLT_1234186 - MSLT_1234201).  I believe that the Patent Office's

15   decision confirms my earlier opinion that claim 13 is invalid over those references, and also

16   confirms the opinions set forth in this report.

17   **1.    Picture Coding and Gabor & Hill**

18   25.    In my opinion claim 13 of the '272 patent is invalid as obvious in view of

19   *Picture Coding: A Review* ("Picture Coding"), by Arun N. Netravali and John O. Limb, which

20   was published in The Institute of Electrical and Electronics Engineers, Volume 68, Number 3, in

21   March 1980, and the article *Television Band Compression by Contour Interpolation*, by Prof D.

22   Gabor and P. C. J. Hill ("Gabor & Hill") (*e.g.*, MSLT_0001228-MSLT_0001240).

23   **a.    Several Reasons Existed in the Art to Combine Picture Coding
         and Gabor & Hill**

24

25   26.    Several reasons existed in the prior art to combine the teachings of Picture

26   Coding and Gabor & Hill.  Picture Coding describes itself as "a review of techniques used for

27   digital encoding of picture material."  Picture Coding, Abstract.  The Gabor & Hill reference,

28   along with the other references cited in Picture Coding, is therefore described by the authors as

     disclosing a known technique for digital encoding picture material.  Picture Coding also groups

1   the known techniques into several distinct categories, describes several examples of combinations

2   of the various categories, and explicitly notes that there are many different combinations of

3   techniques in those categories known in the art, *e.g.*, Picture Coding at 379, suggesting to those in

4   the art that combinations of the various cited techniques may be desirable.

5           27.     Picture Coding also describes several market and design needs that would

6   motivate people in the coding arts to combine the various known techniques, such as the need for

7   more efficient video coding to "free valuable spectrum space" and the expanding use of video

8   coding in (at the time) emerging technologies such as facsimile, satellite communications, and

9   military applications.  Picture Coding at 366.

10          28.     Picture Coding itself therefore demonstrates that there were design and market

11  needs in the prior art to develop better coding systems, and the combination of known techniques,

12  which was a typical and accepted practice, was a common way to develop such systems.

13                      **b.      The Combination of Picture Coding and Gabor & Hill Satisfies**
                                **Every Limitation of Claim 13 of the '272 Patent Even Under**
14                              **MPT's View of the Claim and the Evidence**

15          29.     As set forth in my previous report, it is my opinion that every element required

16  by claim 13 of the '272 patent is included, either explicitly or inherently, in Picture Coding.  *See*

17  March 31, 2006 Expert Report at ¶¶ 76-86.  I also believe that the Patent Office's decision to

18  reexamine claim 13 of the '272 patent in view of Picture Coding confirms that opinion.  '272

19  Reexam at 7.

20          30.     It also remains my opinion that every element required by claim 13 of the '272

21  patent is included, either explicitly or inherently, in Gabor & Hill.  *See id.* at ¶¶ 27-35.  I further

22  believe that the Patent Office's decision to reexamine claim 13 of the '272 patent in view of

23  Gabor & Hill confirms that opinion.  '272 Reexam at 8.

24          31.     In Prof. Girod's rebuttal to my invalidity report, he maintains that Gabor & Hill

25  is limited to analog implementations and as such is distinguishable from the '272 patent.  The

26  decision of the Patent Office to reexamine claim 13 undercuts Prof. Girod's argument, since the

27  examiner in the Patent Office would not have believed that Gabor & Hill created a significant

28  validity issue as to claim 13 if Prof. Girod were correct.

32.    I also note that although claim 13 requires "pels," this requirement does not limit the claim to digital implementations or to a digital representation of the claimed pels. According to the Court's claim construction, "pels" means "picture elements," also referred to as pixels." Exhibit I, August 16, 2005 '272 Superceding Markman Order at 3. That construction does not require digital implementations. I further note that the '272 patent does not even use the word "digital," and nothing raised during the prosecution of the underlying patent application imposed any such requirement.

33.    Indeed the phrase "picture element" would be understood by those of ordinary skill in the art at the relevant time to mean an area of a picture on a television or computer screen, as is demonstrated by various sources published around the time of the purported invention. For example the 1977 IEEE Standard Dictionary of Electrical and Electronics Terms defines "picture element" as "[t]he smallest area of a television picture capable of being delineated by an electric signal passed through the system or part thereof," and the 1976 McGraw-Hill Dictionary of Scientific and Technical Terms defines "picture element" as "any segment of a scanning line, the dimension of which along the line is exactly equal to the nominal line width; the area which is being explored at any instant in the scanning process."

34.    Moreover, Gabor & Hill itself uses the phrase "picture element" at page 313. Accordingly, the term "picture element" has long been used by those of skill in the relevant art to mean nothing more than an area of a picture. *See, e.g.*, E. R. Kretzmer's 1952 paper that describes an analog television picture as "an array of approximately 210,000 dots, 500 vertically, 420 horizontally, corresponding, respectively, to the 500 scanning lines and 420 resolvable *picture elements* per line of the standard television raster." Kretzmer, E. R., "Statistics of Television Signals," The Bell Systems Technical Journal, pp. 276-88 (July 1952) at 276-77 (emphasis added) (DELL 317256-68). *See also* the 1956 paper by William F. Schreiber, a leader in the field of video compression, that describes analog television and states that there "are about 200,000 *picture elements* in a standard television frame." Schreiber, W. F., "The Measurement of Third Order Probability Distributions of Television Signals," Institute of Radio Engineers Transactions on Information Theory, Vol. 1-T2, 3, p. 289-300 (September 1956) at 289 (emphasis

1    added) (DELL 315454-65).  There is no dispute that standard television in the 1950's was not

2    digital.

3         35.        I do not believe that Gabor & Hill is limited to analog implementations.  *See*

4    *e.g.*, the discussion of data rates on pages 303-04 of Gabor & Hill ("[o]ur object in discussing this

5    ideal picture transmission system in some detail is rather to point out that the estimates of

6    potential compression based on contrasting the 50 bits/sec of visual intake with the 3-5 X $10^7$

7    bits/sec of television channels . . ."; "[i]f these probabilities were equal, i.e. $p_i = 1/N$, they would

8    require $\log_2 N$ bits/sign for their transmission . . .").  Bits/sec is clearly a reference to digital data

9    and digital encoding.

10        36.        I also note that the United States Patent and Trademark Office has agreed to

11   reexamine claim 13 of the '272 patent.  *See*, '272 Reexam.  In its determination to institute that

12   reexamination, the examiner agreed that Gabor & Hill discloses a digital technique.  *Id.* at 7-8.

13        37.        Even if Prof. Girod's position that Gabor & Hill only described analog

14   implementations is correct, claim 13 would still be invalid as obvious.  It was well known in the

15   prior art to the '272 patent that analog techniques could be employed in a digital world.  Picture

16   Coding, for example, expressly states that it is desirable to implement video encoding digitally.

17   *See* Picture Coding, Abstract ("A bright future for new systems is forecasted based on emerging

18   new concepts, technology of integrated circuits and the need to digitize in a variety of contexts.");

19   *id.* at 403 ("Looking to the future we could expect television scenes with perhaps twice the

20   vertical resolution of the current standard. . . .  An upgrading of the picture could be easily

21   handled within a digital framework."  Moreover, Picture Coding describes numerous digital

22   coding techniques, including numerous articles authored by Netravali himself.  *See, e.g.*, Picture

23   Coding at 406 *citing* A. N. Netravali & J. A. Stuller, "Motion Compensated Transform Coding,"

24   Bell Systems Technical Journal, 1703-18, September 1979 (LUC1037198-LUC1037213); and A.

25   N. Netravali, "Interpolative Picture Coding Using a Subjective Criterion," IEEE Transactions on

26   Communications, vol. COM-25, 503-08, May 1977 (LUC0010310-LUC0010315).  *See also*

27   March 31, 2006 Expert Report at ¶¶ 40-42.

28

1    38.    Additionally by 1981, video coding was almost universally performed in the

2    digital domain.

3    39.    Moreover, the prior art that was before the examiner included two prior patents

4    by Netravali, each of which disclosed both motion estimation and interpolation in the digital

5    domain.  It was commonplace to replace older mechanical devices with devices utilizing modern

6    electronics.  Therefore, it would have been obvious to a person of ordinary skill in the art to

7    implement the system disclosed in Gabor & Hill using the digital techniques disclosed by Picture

8    Coding.

9    40.    Prof. Girod also states that he believes that Gabor & Hill does not interpolate

10   from locations at which the same object is expected to be because it only discloses interpolation

11   in the horizontal direction.  Again, the Patent Office's decision to reexamine claim 13 undercuts

12   Prof. Girod's conclusion.

13   41.    I also disagree with Prof. Girod.  There is nothing in claim 13, the '272

14   specification, or the Court's claim construction that requires pels to be searched in the vertical

15   direction.  In fact, Gabor & Hill simply recognized that "changes from one picture to the next

16   come about mostly by the horizontal motion of objects."  *See* Gabor & Hill at 303.  Thus, Gabor

17   & Hill teach searching the pels of a picture along the horizontal scan lines, which also

18   corresponds to the manner in which television images were transmitted and displayed.  Although

19   Gabor & Hill teach searching pels in a horizontal direction, the interpolation taught by Gabor &

20   Hill also accounts for motion in the vertical direction.  Further, a person of ordinary skill in the art

21   would be able to expand upon the principles in Gabor & Hill to search for motion in the vertical

22   direction.  Prof. Girod has identified nothing in Gabor & Hill that would strictly limit its

23   teachings to horizontal interpolation.

24                    **2.    Gabor & Hill and the Gabor Article**

25   42.    The combination of Gabor & Hill and the article *Television Compression by*

26   *Contour Interpolation* by Dennis Gabor ("Gabor & Hill"), which was published in Supplemento

27   Al Volume XIII, Serie X, Del Nuovo Cimento, 1959, also renders claim 13 of the '272 patent

28   obvious.

**a.    Several Reasons Existed in the Art to Combine Gabor & Hill and the Gabor Article**

43.    Several reasons also existed in the prior art to combine the teachings of Gabor & Hill and the Gabor Article.  As noted above in the discussion of Picture Coding, there were design and market needs in the prior art to develop better coding systems and the combination of known techniques, which was a typical and accepted practice, was a common way to develop such systems.

44.    Moreover, the fact that both of these references have a common author would have suggested their combination to those skilled in the art, since it would be natural for a particular scientist to publish modifications and enhancements to his earlier work.  Indeed, the fact that Dr. Gabor was a renowned, Nobel Prize-winning scientist working in this field would be a further reason to gather and combine all his works on the subject in order to get the full benefit of the thinking of a man who had been honored in such a way.

45.    Further, Gabor & Hill credits Gabor with the initial description of contour interpolation, stating "[i]t was with this application in view that one of the authors (D. G.)[21] proposed transmitting only one field out of two, and constructing the missing interlaced field by a method called 'contour interpolation', which is superior both to repetition and 'linear interpolation'."  *See* Gabor & Hill at 305.  This is yet another reason to combine the Gabor Article with Gabor & Hill.

**b.    The Combination of Gabor & Hill and the Gabor Article Satisfies Every Limitation of Claim 13 of the '272 Patent Even Under MPT's View of The Claim and The Evidence**

46.    As set forth in my previous report, it is my opinion that the Gabor Article independently discloses, explicitly or inherently, every element required by claim 13 of the '272 patent.  *See* March 31, 2006 Expert Report at ¶¶ 43-49.  Prof. Girod has admitted that all of the relevant teachings of Gabor & Hill are also found within the Gabor Article.  May 12, 2006 Girod Report at 19.  I agree, and my discussion above with regard to Gabor & Hill applies equally to the Gabor Article.  It is my opinion that Gabor & Hill and the Gabor Article, taken individually or together, satisfy every limitation of claim 13, rendering that claim invalid as obvious.

### 3.    Gabor & Hill and the Hill Thesis

47.    The combination of Gabor & Hill and the thesis *Television Bandwidth Compression by Interpolation* by Peter C. J. Hill ("Hill Thesis") (*e.g.*, MSLT_0959127-MSLT_0959392), which was made available through the Imperial College of London as early as 1960, also renders claim 13 of the '272 patent obvious.

#### a.    Several Reasons Existed in the Art to Combine Gabor & Hill and The Hill Thesis

48.    Several reasons also existed in the prior art to combine the teachings of Gabor & Hill and the Hill Thesis.  As noted above in the discussion of Picture Coding, there were design and market needs in the prior art to develop better coding systems, and the combination of known techniques, which was a typical and accepted practice, was a common way to develop such systems.

49.    Also as noted above, the fact that both of these references have a common author would have suggested their combination to those of skill in the art, since it would be natural for a particular scientist to publish modifications and enhancements to his earlier work.

50.    The Hill Thesis was prepared by P. C. J. Hill and supervised by Dr. Gabor, the authors of Gabor & Hill.  Further, the Hill Thesis and Gabor & Hill relate to identical subject matter.  Additionally, the Hill Thesis and Gabor & Hill both reference Television Compression by Contour Interpolation, by Dr. Gabor.  *See* Hill Thesis at 17.  Therefore, one of skill in the art had several reasons to combine the teachings of the Hill Thesis with Gabor & Hill and/or Gabor.

#### b.    The Combination of Gabor & Hill and The Hill Thesis Satisfies Every Limitation of Claim 13 of the '272 Patent Even Under MPT's View of The Claim and The Evidence

51.    As set forth in my previous report, it is my opinion that the Hill Thesis independently discloses, explicitly or inherently, every element required by claim 13 of the '272 patent.  *See* March 31, 2006 Expert Report at ¶¶ 50-59.  Prof. Girod has taken the position that the Hill Thesis does not anticipate claim 13 of the '272 patent for the same reasons that Prof. Girod argues that claim 13 is not anticipated by Gabor & Hill.  I disagree, and my discussion above with regard to Gabor & Hill applies equally to the Hill Thesis.  It is my opinion that the combination of

Gabor & Hill and the Hill Thesis satisfies every limitation of claim 13, rendering that claim invalid as obvious.

### 4.     Limb & Pease and Picture Coding

52.     The combination of the article *A Simple Interframe Coder for Video Telephony* by J. O. Limb and R. F. W. Pease ("Limb & Pease") with Picture Coding also renders claim 13 of the '272 patent invalid as obvious.

#### a.     Several Reasons Existed in the Art to Combine Limb & Pease and Picture Coding

53.     As noted above in the discussion of Picture Coding, there were design and market needs in the prior art to develop better coding systems and the combination of known techniques, which was a typical and accepted practice, was a common way to develop such systems.

54.     John O. Limb is an author of both Limb & Pease and also of Picture Coding. As noted above, the fact that both of these references have a common author would have suggested to the those of skill in the art that they should be combined, since it would be natural for a particular scientist to publish modifications and enhancements to his earlier work.

55.     Further, both articles describe image and video signal coding methods for use in video telephone systems. Additionally, both Limb & Pease and Picture Coding reference the article *Television Coding Using Two-Dimensional Spatial Prediction* by D. J. Connor, R. F. W. Pease, and W. G. Scholes, Bell Syst. Tech. J., vol. 50, pp. 1049-1061, Mar. 1971 (*e.g.*, MSLT_0232570-MSLT_0232582). Therefore, based on the commonality between these references and the knowledge of one of ordinary skill in the art, it is my opinion there were numerous reasons for one of skill in the art to combine Limb & Pease with Picture Coding.

#### b.     The Combination of Limb & Pease and Picture Coding Satisfies Every Limitation of Claim 13 of the '272 Patent Even Under MPT's View of The Claim and The Evidence

56.     Picture Coding discloses developing an estimate of the displacement of objects in the picture with respect to related and/or corresponding locations. For example, Picture Coding indicates that predictive frame-to-frame coding can be implemented such that the

1   movement objects can be accounted for if an estimate of their translation is available. *See* Picture

2   Coding at 382. Picture Coding identifies this type of coding approach as motion compensated

3   prediction. *Id*. at 382-383. Further, Picture Coding suggests that "[o]ne set of techniques

4   developed by Limb and Murphy [100], and Rocca [101] obtain an estimate of translation in a

5   block of pels, whereas techniques developed by Netravali et al. [102], [103], [104], recursively

6   adjust the translational estimate at every pel or at every small block of pels." *Id*. at 383. Thus,

7   Picture Coding discloses several methods for determining an estimate of the displacement of

8   objects in a picture, including the recursive technique disclosed in the '272 patent. As the

9   quotation from Picture Coding makes clear, the recursive technique was well-known in the prior

10   art. Indeed, the '272 patent cites to Netravali's own earlier patent, U.S. Patent No. 4,218,703, for

11   "[f]urther details concerning the recursive displacement estimation technique described herein."

12   '272 patent, col. 4:60-63. In my opinion, the displacement estimation techniques disclosed in

13   Picture Coding could be used in combination with the interpolation techniques taught by Limb &

14   Pease. Therefore, claim 13 of the '272 patent is also rendered obvious by the combination of

15   Limb & Pease and Picture Coding.

16           **5.**    **Summary**

17        57.      Accordingly, based on all of the above, I conclude that claim 13 of the '272

18   patent is invalid for obviousness.

19          **E.**    **Invalidity of the '226 Patent**

20        58.      Based on the information I have considered, it is my opinion that claim 12 of the

21   '226 patent is invalid as anticipated and obvious in view of certain prior art. In my previous

22   report I set forth my anticipation analysis regarding claim 12 of the '226 patent. I continue to

23   believe that claim 12 of the '226 patent is invalid as anticipated, and I incorporate my anticipation

24   analysis from that report here. In this report I will address issues regarding the obviousness of

25   claim 12 of the '226 patent raised by MPT.

26        59.      In my opinion certain references in the prior art to the '226 patent can be

27   considered "baseline" references. Such baseline references teach the coding concepts of motion

28   compensated forward prediction, prediction error, and motion compensated temporal

**Exhibit 18  Page 871**

interpolation.  Other prior art references teach the use of temporal interpolation deviation codes, *e.g.*, interpolation error.  Those in the art would have been motivated to combine the references from these two sets because interpolation error was a known solution to the problem of visual artifacts in temporally interpolated frames.

60.      In this report I will address issues regarding the obviousness of claim 12 of the '226 patent.

### 1.    Bidirectional Prediction is an Obvious Variation of Unidirectional Prediction

61.      The concept of using motion compensated prediction and DCT error coding was well known by one skilled in the art prior to the filing of the '226 patent for increasing the coding efficiency in video coding.  *See, e.g.* H.261 Document #78 (MSLT_0625858-MSLT_0625869).[1] This method is done in "one temporal direction" in that one "predicts" a future frame from a past frame and then codes the difference.  *Id.*  Prediction involves motion estimation, the computation of motion vectors, and the DCT coding of the prediction error.  *Id.*.  This method is known as forward prediction.  Indeed, in the Background of the Haskell patent, the inventors admit that motion compensated prediction and the DCT coding of prediction error are well-known in the prior art.  '226 Patent, Cols. 1-2.

62.      A person of ordinary skill in the art would know that these techniques could be used in either temporal direction.  A person of ordinary skill in the art could do "backward" prediction where one predicts a past frame from a future frame.  "Backward prediction" would require the exact same techniques and structures used for forward prediction.  One skilled in art could combine both directions and do bi-directional prediction, *i.e.* both forward and backward prediction, and average the results.  This is identical to motion compensated interpolation as described as the invention in the '226 patent.

---

[1] *See* Hinman '350 patent (MSLT_0044219-MSLT_0044237), col. 7, lines 2-6; Ericsson '810 patent (MSLT_0042584-MSLT_0042598), col. 7, lines 40-47 and col. 10, lines 14-16 ; Steffan Ericsson, "Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding," IEEE Transactions on Communications, Vol. COM-33, No. 12, December 1985, 1291, 1293 (MSLT_0040200-MSLT_0040212); Arun N. Netravali & Barry G. Haskell, *Digital Pictures: Representation and Compression* 400 (1988) (MSLT_0039291-MSLT_0039893); U.S. Patent

63.    Moreover, the Background of the Invention section of the '226 Patent describes how averaging the motion-compensated pixels from forward and backward frames was suggested by the prior art. '226 Patent, col. 2, ll. 18-29. And bidirectional prediction was also known at the time, *see*, *e.g.*, Ericsson '914 patent (MSLT_0639600-MSLT_0639642), col. 8, line 60 - col. 9, line 5 and col. 11, lines 6-27, as was the advantage to be gained from employing bidirectional prediction error such as interpolation error. H.261 Document #81, H.261 Document #103R, Ericsson '914 patent, col. 11, lines 46-48. [2]

64.    Claim 12 is therefore simply a combination of these well-known, prior art techniques, used in the same manner in which they were used by the prior art to achieve predictable results.

### 2.    The Functions and Structures Used in Claim 12 Were Well Known in the Art

65.    It is useful to think of most video codecs as being a collection of several different coding functions or techniques. At the time the '226 patent was filed, persons of ordinary skill in the art frequently discussed and presented codec ideas in terms of what collection of coding techniques were employed. Such techniques included such things as: transform coding, motion compensated prediction, variable length coding, quantizing, etc.

66.    In general, codec ideas were often not presented or described in conjunction with details on how to implement the proposed techniques. Instead, codecs were frequently described with high-level block diagrams and flow charts that set forth the functional blocks and coding techniques employed by the codec. At the time the '226 patent was filed, it was relatively uncommon to provide actual circuit diagrams (as opposed to block diagrams) or source code

---

No. 4,833,535 (MSLT_0044413-MSLT_0044442) to Ozeki, et al., at col. 8, lines 7-9; col. 13, line 60 - col. 14, line 2.

[2] *See also* N K Lodge, "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures," Second Int'l Conference on Image Processing and Its Applications, Vol. 265, 24-26 June 1986, 242, 243-245 (DELL 318140-318147); Yoshiyuki Yashima & Katsutoshi Sawada, "A Highly Efficient Coding Method for HDTV Signals," Proceedings of the IEEE, Vol. 1, June 8, 1987, 0125, 0126(MSLT_0239770-MSLT_0239776); U.S. Patent No. 4,858,005 to Lodge at col. 4, line 41 - col. 5, line 2; col. 9, line 61 - col. 10, line 5; and col. 11, line 65 - col. 12, line 2 (MSLT_0041957-MSLT_0041971); Masayuki Tanimoto, "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Transactions of the IEICE, Vol. E.70, No. 7,

**Exhibit 18  Page 873**

1  when presenting codec ideas to other researchers in the video coding community.  There were

2  several reasons for this.

3    67.    First, by the time the '226 patent was filed, codecs were frequently implemented

4  in software.  Since the mathematics and programming techniques needed to program the various

5  coding techniques and functions were well known, researchers did not typically include source

6  code or programming details for how to implement their codec ideas.  Second, in the case of

7  codecs implemented in hardware, the circuitry needed to perform most coding techniques was

8  well known and readily available.  Thus, most researchers would not provide circuit diagrams

9  when describing their proposed codecs or research.

10    68.    The '226 patent itself is a good example of this.  In particular, Figures 1 and 2

11  would have been understood by those of ordinary skill in the art to be essentially functional block

12  diagrams.  The functions and coding techniques exemplified by each block in the figures, and

13  described in the written description, would be implemented in software or by hardware circuitry

14  in accordance with well known programming techniques or available circuitry.  For this reason,

15  the inventors of the '226 patent did not provide a source code listings or detailed circuit diagrams.

16  In other words, Haskell intended that people of ordinary skill in the art would understand his

17  disclosure based largely on a functional block diagram.

18    69.    Additionally, at the time of the filing of the '226 patent, researchers in the field

19  of video coding often described only the encoder portion of their proposed codecs.  The reason

20  for this was that the encoder was frequently a superset of the decoder and it was understood that

21  the decoder would include mirror image components that would inverse the functions performed

22  by the encoder.  Thus, by describing the encoder, the architecture of the decoder would also be

23  inherently understood.  For instance, if the encoder performed motion estimation and generated

24  interframe motion vectors, then the decoder would have been understood to include a circuit or

25  software code that would perform motion compensation.  Similarly, if the encoder used a

26  subtractor to generate prediction or interpolation error, it would have been understood that the

27  decoder would include an adder circuit or software code.  Additionally, if an encoder was

28

July 1987, 611, 611-12 (MSLT_0004955-MSLT_0004957); Ericsson '810 patent, col. 7, lines

1  described as using a discrete cosine transform on blocks of pels or blocks of error signal, it would

2  have been understood that the decoder would have included software code or circuitry to perform

3  the inverse DCT operation on the pel data.  Further, if the encoder was described as using a

4  "coder" circuit or software code, then one of ordinary skill would have appreciated that the

5  decoder must possess a "decoder" circuit or software code for performing the inverse operation.

6  The '226 patent itself recognizes the mirror-image nature of encoders and decoders.  See '226

7  patent at 4:63-5:10.

8      70.      Below, I set forth the various coding techniques included within claim 12 under

9  the court's claim construction and provide my opinion as to the existence of these techniques, and

10  the structures that implement then, in the prior art.

11                        **3.      Motion-Compensated Prediction**

12      71.      Claim 12 includes the limitation "means for developing block approximations

13  from said codes that describe deviations from said codes that describe deviations from

14  approximated blocks."  The court has identified corresponding structure that includes Shift

15  Circuit 26.  Notably, the claimed function of this limitation and the identification of Shift Circuit

16  26 are indicative of a coding technique known in the art as motion compensated prediction.  This

17  technique uses motion vectors computed by an encoder to shift blocks of pels from a preceding

18  frame in order to generate an estimate of a succeeding frame.

19      72.      Motion compensated prediction was well-known in the art long before the filing

20  of the '226 patent.  As I have opined previously, this technique is described by the Hinman '422

21  patent (MSLT_0041642-MSLT_0041659) and Furukawa '756 patent (LUC1053535-

22  LUC1053550).  It is also described by the book Digital Pictures in figures 6.6.7 and 6.6.10, as

23  well as in by the other PictureTel patents.   I note that the '226 patent itself acknowledges that

24  motion compensated prediction was in the prior art when it describes "conventional motion

25  compensated predictive coding" in the patent's Background of the Invention section.  '226 Patent

26  at 1:21-45.

27

28

---

33-40; col. 12, lines 8-13; and col. 13, lines 11-13.

73.     The corresponding structure identified by the Court for this limitation includes Shift Circuit 26 and col. 4 lines 3-10, wherein the Shift Circuit uses a motion vector to translationally shift a block of pels from the present frame in order to generate a prediction of the next frame.   At the time of the filing of the '226 patent, it was well known how to implement motion compensated prediction using either computer code or hardware circuitry.  I note that several prior art patents refer to the use of "shift" circuit or means to translate pels from one frame to another using a motion vector.  *See* U.S. Patent No. 4,307,420 (MSLT_0043619-MSLT_0043655) at Figs. 11, 14, 8:35-60, 9:10-33.  *See also* U.S. Patent Nos. 4,837,632 (GW-LT 262189-GW-LT 262235) at FIG. 28, 30:9-38; 4,862,267 at FIGS. 2-3, 9:42-10:66 (MSLT_0241739-MSLT_0241761); 5,161,001 (GW-LT 262287-GW-LT 262295) at FIG. 5, 6:50-63; 5,027,206 (GW-LT 262279-GW-LT 262286) at FIG. 2, 4:44-62, 6:66-7:10.  However, because it was so well known that shift circuits and their equivalents could be used to translate blocks of pels from one frame to another using a motion vector, express reference to them was often omitted.  Instead, their presence was implied when the codec described the use of "motion compensation" or "motion estimation."  *See, e.g.*, U.S. Patent No. 4,821,119  (MSLT_0041879-MSLT_0041892) at FIG. 3, 5:3-31   (describing use of "Interframe Predictor With Motion Compensation" to generate a motion vector to indicate the "shift" in position of a block of pels between frames).

### 4.     Prediction Error

74.     Once a predicted frame is generated at the decoder utilizing the technique of motion compensated prediction, an error signal is often added to the prediction in order to make the final frame match the original frame more closely.  At the encoder, this error signal is generated by taking the motion compensated prediction of the next frame and subtracting it from the original frame in a subtractor in order to generate a difference or error signal.  At the decoder, this prediction error signal is necessarily added to the predicted frame using an adder circuit in order to make the final prediction for the succeeding frame.  The use of prediction error was well known in the prior art and is described in both the Hinman '422 patent (and the other PictureTel

**Exhibit 18  Page 876**

1  patents) and Furukawa '756 patents.  This is also acknowledged by the '226 patent itself at 1:46-

2  56.

3    75.    As part of the corresponding structure, the court identified Adder 27, which is

4  the structure responsible for applying the prediction error to the motion compensated frame.  The

5  use of an adder structure or software routine was well known to those of ordinary skill in the art

6  for the purpose of adding prediction error to a frame at a video decoder.  For instance, such an

7  adder is shown in figure 6.6.10 of Digital Pictures, wherein the error signal is generated by the

8  subtractor in the encoder of figure 6.6.7.  Other prior art shows encoders with a subtractor for

9  generating a prediction error signal.  One of ordinary skill in the art would have readily

10  appreciated that a corresponding decoder would include an adder circuit for applying this error

11  signal to the block approximations.  See, e.g., U.S. Patent No. 4,821,119 at Fig 3 (showing

12  subtractor 307 for generating prediction error).

### 5.    DCT of Prediction Error

14    76.    In order to achieve even greater compression efficiency, it was common in the

15  prior art to combine motion compensated prediction and prediction error with transform coding, a

16  technique known as "hybrid coding."  With hybrid coding, the error signal for a block of pels was

17  frequently transformed into a matrix of coefficients using a discrete cosine transform (DCT).

18  Again, the '226 patent acknowledges that this technique was "typical" in the prior art.  *See* '226

19  patent at 1:56-58 ("Coding of this difference is typically performed by means of the 'Discrete

20  Cosine Transform' (DCT).").

21    77.    In its claim construction, the court identified corresponding structure DCT$^{-1}$ 24,

22  which is the structure responsible for undoing the DCT process and changing the DCT

23  coefficients at the decoder back into intensity differences that can be added to the predicted

24  frame.  The use of a circuit or software for performing inverse DCT operations was well known at

25  the time.  Indeed, the routines for doing such transforms were known since the 1970's.  Like the

26  '226 patent itself, several prior art references depict the use of such a transform such as block 24.

27  *See* Digital Pictures at p. 538 ("DCT") and Figure 6.6.10 ("T-1").  *See also* U.S. Patent No.

28  4,821,119 at FIG. 3, 311, 5:57-60 ("A two-dimensional transformer 311, such as a discrete cosine

1  transformer well known in the art, transforms each 4x4 block into a 4x4 block of transform

2  coefficients."); '422 at FIG. 2 (Lossy Compressor 46), 5:59-65, 6:32-56.

3        **6.**      **Decoding of Prediction Error**

4        78.      After the pels of an error signal have been transformed at the encoder, the digital

5  data representing the signal must sometimes go through some additional formatting or processing

6  before they are output onto the transmission channel.  This additional "coding" may simply be to

7  format the signal into the proper syntax or may include the use of additional compression

8  techniques.  For instance two additional compression techniques that was widely used in the prior

9  art are known as variable length coding and run length coding.

10        79.      For the '226 patent, the court has identified a corresponding structure that

11  includes Decoder 22.  The '226 patent, however is silent as to what the exact purpose of this

12  decoder is.  Nevertheless, decoder circuits for performing inverse run length coding and variable

13  length coding were well known in the art and in my opinion plainly teach this structure. *See, e.g.*,

14  Digital Pictures at 6.6.10 ("VL Decode"); U.S. Patent No. 4,821,119 at FIG. 3, 7:45-47 (decoder

15  uses "entropy decoder" to reverse entropy coder 315).

16        **7.**      **Motion Compensated Interpolation**

17        80.      The second limitation of claim 12 reads "means responsive to said block

18  approximations and to said codes that describe deviations from interpolated blocks to develop

19  said interpolated blocks."  In my opinion, this limitation includes the coding technique frequently

20  referred to in the art as motion-compensated interpolation.  Like motion-compensated prediction,

21  motion compensated interpolation uses motion vectors to translate pels from one frame to

22  another.  There are two principal differences.  First, interpolation also translates pels from a future

23  frame into the current frame, not just from the previous frame into the current frame.  Thus, two

24  Shift Circuits or their equivalents are required, one for the preceding frame and one for the

25  succeeding frame.  Second, interpolation requires the use of an averager in order to make sure

26  that the pels of the interpolated frame have the same intensities as the pels in the preceding and

27  succeeding frames.  Indeed, the term "interpolation" itself implies an averaging process.

28

81.     The concept of motion-compensated interpolation was well known in the prior art and has been described by me previously with respect to the Hinman '422 and, Furukawa '756 patents, H.261 documents, and Micke thesis.  Once again, the '226 patent itself acknowledges that motion-compensated interpolation was a technique that was already known in the art.  '226 patent at 2:18-29.

82.     As corresponding structure, the court identified Shift Circuits 31 and 39 as well as Averager 32.  As discussed above it was well known that shift circuits could be used to translate pels from one frame to another.  Further, one of ordinary skill in the art would have readily appreciated that it would take two such circuits for a codec employing motion compensated interpolation – one for the preceding frame and one for the succeeding frame.  In addition, one of ordinary skill in the art would have appreciated that a decoder implementing frame interpolation would need to have used an averager such as Averager 32 in order to normalize the pel intensity values for the interpolated frame.  Otherwise, the interpolated frames would be much brighter than the surrounding frames.  Indeed temporal frame averagers are expressly described in prior art references such as: U.S. Pat. No. 3,736,373 (MSLT_0233823-MSLT_0233834) at FIG. 2, 258, 12:56-61.

83.     Because of the knowledge and understanding on the part of those of ordinary skill in the art, most prior art references do not specifically depict the use of two shift circuits and an averager.  Because these structures are implied, the prior art often simply uses a box in a block diagram entitled "Interpolator."  *See, e.g.*, Hinman '422 ("Frame Interpolator 88"); Furukawa '756 ("Interpolator 41"); Koga '011 ("Interpolator 106") (MSLT_0241074-MSLT_0241080); H.261 Doc. No. 81 ("Motion Interpolative Prediction") (MSLT_0625891-MSLT_0625894); H.261 Doc. No. 22 ("Motion compensated interpolative prediction") (MSLT_0625465-MSLT_0625469); H.261 Doc. No. 43 ("Motion-compensated interpolative predictor") (MSLT_0625571-MSLT_0625585).

### 8.     Interpolation Error

84.     In my opinion, the second limitation of claim 12 also includes the concept of what is commonly referred to as "interpolation error."  Further, it is my opinion that the addition

1   of interpolation error appears to be the feature that the inventors of the '226 patent believed to be

2   novel.  *See* '226 patent at 2:25-54.

3        85.        As in the case of unidirectional forward prediction, errors can arise when pels

4   are bidirectionally interpolated. Such errors occur when the interpolated pels fail to accurately

5   reproduce the color and intensity of the corresponding pels in the original image.  These errors in

6   the interpolated pels can objectively result in a lower signal-to-noise ratio and subjectively

7   manifest themselves as visible artifacts.  As explained earlier, it was known in the art to compute

8   and transmit a prediction error signal that could be added to the predicted frame at the decoder so

9   as to improve the quality of the image.  For this same reason, it was also known in the art that

10  errors resulting from interframe interpolation could also be minimized by transmitting an

11  interpolation error signal.  Pertinent references are discussed elsewhere in my report and include:

12  U.S. Patent Nos. 3,736,373, 4,202,011, 4,979,020, 4,858,005; H.261 Doc. Nos. 22, 43, and 81,

13  and the Micke thesis.

14       86.        The court's corresponding structure included an Adder 35 for adding the

15  interpolation error signal to the estimate for the interpolated frame.  As in the case of prediction

16  error, those of ordinary skill in the art would have known that a decoder utilizing the coding

17  technique of interpolation error would have necessarily possessed an adder circuit or equivalent

18  for combining the interpolation error with the estimated interpolated frame.  Such circuits are

19  expressly shown in U.S. Patent No. 3,736,373 at FIG. 2, 258, 13:3-12.  Adder circuits are also

20  clearly implied by descriptions of encoders that use a subtractor at the encoder to generate the

21  interpolation error signal.  *See, e.g.*, Koga '011 at FIG. 3, 107.

22              **9.        DCT of Interpolation Error**

23       87.        The court's corresponding structure includes the $DCT^{-1}$ 34, which is used to

24  perform an inverse DCT operation on the interpolation error so that it can then be added to the

25  estimated interpolated frame.  Interpolation error benefits from the additional compression

26  afforded by DCT in the same manner as prediction error.  Further, prediction error and

27  interpolation error are treated the same way both mathematically and conceptually.  Thus, to the

28  extent that one of ordinary skill were designing a codec that employs the technique of

1    interpolation error, he would have also been motivated to DCT this interpolation error for the

2    same reasons it was known to be desirable to DCT the prediction error. As set forth above,

3    numerous prior art references teach that prediction error should undergo DCT.  Thus, one of

4    ordinary skill in the art designing a codec utilizing interpolation error would have been motivated

5    to include an inverse DCT circuit or software routine equivalent to DCT$^{-1}$ 34.

6                    **10.    Decoding of Interpolation Error**

7           88.       The court's corresponding structure included Decoder 25, which decodes the

8    incoming interpolation error signal.  As stated above, the '226 patent is vague regarding the

9    purpose of this decoder.  It was known before the filing of the '226 patent that an encoder may in

10   its final coding stages employ run length coding or variable length coding as well as perform

11   formatting operations on the data before transmission.  Any of these could be considered

12   "coding" operations that would require a Decoder 25 at the receiver.  As in the case of DCT, if a

13   codec design was going to employ run length coding or variable length coding for the prediction

14   error, then the codec designer would also be motivated to provide this same coding for the

15   interpolation error.  Once again, the interpolation error would benefit in the same manner as the

16   prediction error and would be handled in the same way. Because the prior art clearly discloses the

17   use of such coding of prediction error, one of ordinary skill would have been motivated to include

18   a similar decoder for the interpolation error.  I note that several references expressly teach the use

19   of a coding unit at the encoder for interpolation error and thus necessarily teach the use of a

20   corresponding decoder for the interpolation error (*i.e.*, a Decoder 25) at the receiver. *See, e.g.*,

21   H.261 Doc. No. 81 ("Coding Unit"); H.261 Doc. No. 22 ("Entropy coding").

22                    **11.    Summary**

23          89.       As set forth above, all the various coding techniques covered by claim 12 were

24   well known in the prior art prior to the filing of the patent application for the '226 patent.  Those

25   of ordinary skill in the art also were well aware of how to implement each of these coding

26   techniques.  Further, the particular corresponding structures identified by the court for

27   implementing each of these coding techniques also were well-known (*i.e.*, adders, decoders,

28   DCT-1, shift circuits, averagers)  Notably, all of these structures are old and familiar elements in

1  the art and were combinable to perform the coding techniques of claim 12 in a manner that

2  required no change in their respective functions.  The operation of these structures to perform the

3  claimed functions would have yielded no more than predictable results.

4        90.     Moreover, as explained in my report it was simply the happenstance of new

5  design incentives and market forces that blossomed in the late 1980's that created the

6  circumstances under which the alleged invention materialized.  In particular, the advent of CD-

7  ROM applications created an incentive to generate video coders that operated at 1-1.5 Mbps.

8  Offering a significantly higher data rate than the approximately 64 kbps available to video

9  teleconferencing applications, there existed enough data to efficiently utilize interpolation error to

10  generate high quality video at this new target data rate.  Since interpolation error and the

11  structures needed to implement it were already conceptually well known in the art, it required no

12  inventiveness to simply add it to motion compensated interpolation coders that were also well

13  known, and were known to be improved by the use of interpolation error.  Indeed, as set forth in

14  more detail elsewhere in my report, numerous investigators independently developed coders

15  covered by claim 12 at nearly the same time as Haskell and Puri.  This suggests that there was

16  already a known solution to the problem of achieving high quality video at 1-1.5 Mbps, and this

17  known solution (*i.e.*, interpolation error combined with motion compensated predictive and

18  interpolative coding) was immediately employed by many investigators as soon as the market

19  targeted the problem of achieving high quality video with a CD ROM.

20       **A.**     **It Was Known In The Art To Combine Motion Compensated Forward Prediction, Prediction Error, and Motion Compensated Temporal**
21       **Interpolation**

22        91.     As I stated in my previous report, it was known in the prior art of the '226

23  patent to combine the coding techniques of motion compensated prediction, prediction error,

24  motion compensated temporal interpolation and interpolation error.  March 31, 2006 Expert

25  Report at ¶¶ 45-90.  The prior art includes several references that disclose the use of such

26  techniques in various combinations, as well as structures for carrying out those techniques.  Such

27  references include U.S. Patent No. 4,575,756 to Furukawa  ("'756 patent") and U.S. Patent No.

28  4,727,422 to Hinman ("'422 patent"), submissions to the CCITT Specialist Group submissions

**Exhibit 18  Page 882**

(H.261), Lodge, etc. These references include the same structures as the '226 patent, or at least structures that are only slightly – insubstantially – different. A full analysis of the relevant prior art is presented in my previous report.

### 1.    The H.261 Submissions

92.    The H.261 submissions were presented at a series of meetings starting around 1995 and disclose techniques for coding video. The H.261 submissions demonstrate that all of the coding techniques and structures disclosed in the '226 patent and claimed in claim 12 were known to persons of ordinary skill in the art long before the '226 patent was filed. Further, claim 12 of the '226 patent simply rearranges the elements and techniques disclosed by the H.261 submissions with each technique performing the same function it had been known to perform and with the system of techniques yielding unsurprising results.

93.    Numerous H.261 documents disclose the techniques claimed by claim 12. For example, H.261 Document #22 is entitled, "Investigation of Basic Coding Algorithm for the Standard 384 kbit/s Codec" and was submitted in April of 1985. As discussed in my previous report, Document #22 discloses each and every technique in claim 12. *See* March 31, 2006 Expert Report at 59- 62. H.261 Document #43 is entitled, Candidates for Subrate Coding Algorithm, and was submitted in September of 1985. As discussed in my previous report, Document #43 discloses each and every technique and structure in claim 12. *See* March 31, 2006 Expert Report at 63- 68. H.261 Document #60 (MSLT_0625730-MSLT_0625735) is entitled, "Generic Structure of 384 x nkibts/s Codec," and was submitted in January of 1985. Document #60 describes the block based techniques used in several other documents. *See* March 31, 2006 Expert Report at 68-69. Document #78 (MSLT_0625858-MSLT_0625869) is entitled "A Proposal for Generic Structure of n x 384 kbits/s Codec." Document #81 is entitled "Comments on Conditional Motion Compensated Frame Interpolation. Both were presented at the same meeting in March of 1986. Document #81 discloses each and every element of claim 12 and, together with Document #78 also render claim 12 obvious. *See* March 31, 2006 Expert Report at 46-58. Document #103R (MSLT_0626009-MSLT_0626045) is entitled "Report of the Fifth Meeting in Tokyo (March 25-28, 1986)." Document #103R summarizes the March 1986

meeting where Document #78 and #81 were presented, provides important details regarding the algorithms and techniques presented with those documents, and links them together. *See* March 31, 2006 Expert report at 69-71.

###### a.    Several Reasons Existed in the Art to Combine The H.261 Submissions

94.     Several reasons existed in the prior art to combine the H.261 documents.  To begin, they were all submissions to the body developing the H.261 standard.  The submissions I referenced cover only 100 submissions and were introduced within roughly the first year of the collaboration.  Moreover, as discussed in my previous report, some of the documents internally reference each other and create explicit and inherent combinations. *See* March 31, 2006 Expert Report at ¶¶ 45-71 and ¶ 154.  Several of the documents were presented at the same meeting. *Id.* at ¶ 150.  These combinations satisfy the more stringent requirement of showing a teaching, suggestion, or motivation to combine and thus would have been obvious to a person of ordinary skill in the art to combine.

95.     The H.261 documents as a collection would have been obvious to combine. Another  reason to combine comes from the purpose of the H.261 group – to create better video compression.  Thus any combination of known compression techniques that leads to better video compressions would have been obvious to try.   The nature of the standards development process itself creates a motivation to combine the H.261 documents because each document was not intended by the submitter or understood by the standards body to be a stand alone reference. Rather, the collection of documents were intended to describe the entirety of the system. *See, e.g.,* Ex. A to Prof. Girod's May 12, 2006 Expert Report at 140, S . Okubo, "Reference Model Methodology - A Tool for the Collaborative Creation of Video Coding Standards" ("Development of a new video coding standard can generally be separated into three phases; "divergence," "convergence," and "verification/optimization.").

96.     Starting with Document #22, which lists all of the elemental video compression techniques used in claim 12, and following through the rest of the H.261 documents, various combinations of those techniques are proposed, tested, and demonstrated to the H.261 members.

1   There were design and market needs in the prior art to develop better coding systems and the

2   combination of known techniques, which was a typical and accepted practice, was a common way

3   to develop such systems.  The H.261 documents demonstrate this pattern of combining known

4   techniques.

5        97.     Also, several of these references have a common set of authors.  NTT, KDD,

6   NEC, and Fujitsu were the source of many of these documents.  Thus a person of ordinary skill in

7   the art, examining these references would look to combine them since it would be natural for a

8   particular scientist or company to publish modifications and enhancements to his earlier work.

9             **b.**     **The Combination of The H.261 Submissions Satisfies Every**

                                   **Limitation of Claim 12 of the '226 Patent Even Under MPT's**

10                                     **View of The Claim and The Evidence**

11

12       98.     The H.261 documents depict the video compression techniques that a person of

13  ordinary skill in the art would be aware of as early as 1985.  The H.261 documents were targeted

14  to an audience with a basic understanding of video compression coming from various continents,

15  companies, and educational backgrounds.  Thus, a person of ordinary skill in the art would have a

16  basic understanding of block-based processing, motion estimation, motion compensation, DCT

17  coding of error, shift circuits, prediction, and interpolation.  *See, e.g.,* Document #22.

18       99.     Document #22 was presented as a starting point of "elemental technologies" that

19  would provide the building blocks for the H.261 encoder and decoder.  *See, e.g.* Document #22.

20  These elemental technologies included: DCTs, Inter-frame prediction, motion compensated

21  prediction, motion compensated interpolative prediction, entropy coding, and DCT coding of

22  error.  *See* Document #22.  Subsequent documents and submissions built on these elemental

23  technologies in different configurations to arrive at different codecs.  *See, e.g.,* Document #43,

24  Document #78, and Document #81.  For example, Document #43, teaches

25  "interpolative/extrapolative prediction coding with motion-compensated interframe prediction"

26  and "discrete cosine transform coding with motion-compensated interframe prediction."

27  Document #81 teaches "conditional motion-compensated interpolation" with the transmission of

28  interpolation error.  *See* Document #103R at 11.

100.    Thus, the H.261 documents demonstrate that people of ordinary skill were capable of using these elemental technologies in different configurations.  And the contributors to H.261 used these elemental technologies like pieces of a puzzle that they fit together.  Claim 12 of the '226 patent presents a simple variation of these known elemental technologies that was obvious to try for a person of ordinary skill using ordinary creativity and was, in fact, tried by contributors to H.261.

101.    I understand that Prof. Girod asserts that I have employed impermissible hindsight in identifying particular parts of the H.261 submissions that satisfy claim 12.  It is my understanding, however, that an obviousness analysis does not need to seek out precise teachings directed to the specific subject matter of the challenged claim in order to demonstrate obviousness.  Instead, one can take account of inferences and creative steps that a person of ordinary skill in the art might employ.  Moreover, the techniques disclosed in the H.261 submissions were predicable variations of each other and had been used to improve various coding systems in the past.

102.    I also understand Prof. Girod does not believe that these submissions are prior art publications.  I have addressed the evidence of publication in my earlier report.  March 31, 2006 Expert Report at ¶ 104.

103.    I also understand that Prof. Girod believes that the H.261 submissions are missing several aspects of the claim, such as operation in a block-wise manner, use of a discrete cosine transform, coding the output of the coder (and decoding the signal at the decoder), and the use of an adder.  He is incorrect.  Document #103R specifically states that the March 1986 meeting agreed on a fixed size block of eight by eight pels.  Document #103R at 7.  Other H.261 submissions demonstrate that block-wise coding was envisioned.  *See, e.g.*, Document #78.

104.    Similarly, Document #103R states that it was agreed at the same March 1986 meeting to, at least provisionally, adopt the use of the DCT.  Again, other H.261 Documents confirm that agreement.  *See, e.g.*, Documents #78 and 83.

**Exhibit 18  Page 886**

1    105.    As far as the decoder 22, Document #103R also discusses the use of adaptive

2    quantization and adaptive variable length coding schemes, which would necessarily require a

3    coder at the transmitter and a related decoder at the receiver.

4    106.    Finally, since Document #81 discloses the creation of both prediction error and

5    interpolative error through the usual subtraction of predictions from video information, *see* Figure

6    1, it would have been obvious to anyone in this art that those errors would be added to the

7    predictions created by the decoder.  Use of an adder, therefore, would have been required and

8    thus obvious.

9    107.    Additional information concerning how the H.261 submissions satisfy every

10    element of claim 12 is provided in the claim charts attached to this and my previous reports.

11    **2.    Micke Thesis**

12    108.    As set forth in my previous report at ¶¶155-181, it is my opinion that every

13    element required by claim 12 of the '226 patent is included, either explicitly or inherently, in the

14    thesis *Comparison of a Predictive and an Interpolative Motion Compensating Coding Method for*

15    *Television Video Signals* by Thomas Micke ("the Micke Thesis").  *See, e.g.*, GW-LT 255132-326;

16    GW-LT 255053-131.  Further, my previous report discussed combining the Micke Thesis with

17    the article *Advances in Picture Coding* by Dr. H. G. Musmann (MSLT_0004911-

18    MSLT_0004936).  March 31, 2006 Expert Report at ¶181.  *Advances in Picture Coding* discloses

19    that use of Discrete Cosine Transform ("DCT") for coding natural pictures.

20    109.    As discussed above, it was well known in the art to use a DCT to code error,

21    either prediction error or interpolation error, prior to the critical date.  The use of a DCT to code

22    error in the '226 patent is a case of a structure simply performing the same function it has been

23    known to perform.  Likewise, the use of a decoder and adder in the '226 patent was well known

24    in the art prior to the critical date.

25    110.    Prof. Girod asserts in his rebuttal report that the Micke Thesis is not prior art

26    because the library at the Institute for Theoretical Communications Engineering and Information

27    Processing at the University of Hanover ("TNT") , where a copy of the Micke Thesis was stored,

28    was closed to the public and thus the Micke Thesis was not "publicly available" prior to the

**Exhibit 18  Page 887**

1   critical date.  I disagree.  As discussed in my March 31, 2006 Expert Report, Dr. Musmann, who

2   is the head of TNT, stated that the library was open to the public.  See March 31, 2006 Expert

3   Report at ¶155.  Likewise, Mr. Thomas Wehberg, who was responsible for the administration of

4   TNT, including the library, stated that the TNT library was open to the public during the relevant

5   time frame.  *See* November 13, 2006 Declaration of Thomas Wehberg (Exhibit K) and August 22,

6   2007 Declaration of Thomas Wehberg (MSLT_1234202 - MSLT_1234204).

### 3.  The PictureTel References

8       111.    In the mid- to late-1980's, PictureTel Corporation was actively working to

9   develop methods and equipment to perform video encoding and decoding.  During the course of

10  that development, inventors at PictureTel were awarded a number of patents.  *See, e.g.*, U. S.

11  Patent No. 4,816,914 ("the Ericsson '914 patent"); U. S. Patent No. 4,794,455 ("the Ericsson '455

12  patent"); U.S. Patent No. 4,849,810 to Ericsson ("the Ericsson '810 patent"); U.S. Patent No.

13  4,703,350 to Hinman ("the Hinman '350 patent"), U.S. Patent No. 4,727422 to Hinman ("the

14  Hinman '422 patent"); U.S. Patent No. 4,661,849 to Hinman ("the Hinman '849 patent")

15  (MSLT_0241629-MSLT_0241646); and U.S. Patent No. 4,754,492 to Malvar ("the Malvar

16  patent") (MSLT_1234205 - MSLT_1234227).  I will refer to these references collectively as "the

17  PictureTel references."  It is my opinion that claim 12 of the '226 patent is invalid as obvious in

18  view of the body of work disclosed in these references.

### a.  Several Reasons Existed in the Art to Combine The PictureTel Patents and Digital Video

20

21      112.    Several reasons existed in the prior art to combine the teachings of the

22  PictureTel references.  They all relate to the same subject matter and share many of the same

23  figures and much of the same written description  They also include over-lapping inventors and a

24  common assignee.  Moreover, the patents include cross-references to one another and incorporate

25  each other by reference.[3]

26

27  ───────────────────

[3] For example, the Ericsson '914 patent incorporates by reference both the Hinman patent and the
Malvar patent.  *See* Ericsson '914 patent, col. 1, line 65 - col. 2, line 4; col. 6, lines 31-40.
Similarly, the Hinman '350 patent incorporates by reference the Malvar patent.  *See* Hinman
'350 patent, col. 10, lines 59-66.

**Exhibit 18  Page 888**

113.    For at least these reasons, one of skill in the art would have known that the teachings from any one of the PictureTel patents or the Hinman Thesis could apply to and would be related to the other PictureTel patents, and would have therefore had good reason to combine them.

### b. The Combination of The PictureTel References Satisfies Every Limitation of Claim 12 of the '226 Patent Even Under MPT's View of The Claim and The Evidence

114.    As shown in the attached claim chart (in which I have used the Ericsson '914 patent as a primary example), the PictureTel references disclose a system that includes motion compensated prediction with prediction error, motion compensated interpolation and the coding of error codes using the DCT.  Exhibit H, Ericsson '914 Patent; March 31, 2006 Expert Report at pp. 81-85.  Accordingly, as set out in more detail in the attached chart, the PictureTel references render claim 12 of the '226 patent invalid for obviousness.

115.    I also note that it was well-known in the prior art that when *inter*frame interpolation was employed, the interpolation might be inaccurate, therefore causing the interpolation error to be large.  In such situations it was known that side information (*i.e.*, "codes that describe deviations from interpolated blocks") would necessarily have to be transmitted to the receiver.  Indeed, Mr. Haskell's own textbook explicitly makes this point in a section entitled "Motion Adaptive Interpolation":

> In this as well as other interpolation schemes, since at times the interpolation may be in accurate, techniques have been devised where the quality of interpolation is checked at the transmitter, and if the interpolation error is larger than a threshold, side information is transmitted to the receiver.  It appears that due to unavoidable inaccuracies of the displacement estimator (e.g. complex translational and rotational motion) and the segmentation process, such side information would be necessary to reduce artifacts that may otherwise be introduced due to faulty interpolation.

Digital Pictures at 473.

116.    It was well-known and a common practice in the prior art, where interpolation of video signals was employed, to check the quality of the interpolation at the transmitter, and if the interpolation error was above a threshold, code and transmit the interpolation error to the

1   transmitter.  *See, e.g.*, U.S. Patent No. 4,858,005 to Lodge at col. 4, lines 58-63); Picture Coding

2   at 400-01; John O. Limb, et al., "Combining Intraframe and Frame-to-Frame Coding for

3   Television," The Bell System Technical Journal, Vol. 53, No. 6, July-August 1974 at 1137

4   (DELL 315875-893); N K Lodge, "A Hybrid Interpolative and Predictive Code for the Embedded

5   Transmission of Broadcast Quality Television Pictures," Second Int'l Conference on Image

6   Processing and Its Applications, Vol. 265, 24-26 June 19896, 242, 243; Masayuki Tanimoto, "A

7   Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding,"

8   Transacations of the IEICE, Vol. E.70, No. 7, July 1987, 611, 611-12.[4]

9       117.    I understand Prof. Girod asserts that at least certain PictureTel patents do not

10  disclose the use of a DCT to encode error, do not perform in a blockwise manner, do not disclose

11  interframe interpolation, and disclose a coder that is different from the one in the '226 patent.

12      118.    First, there is no question that the system described in the PictureTel patents

13  operates in a blockwise manner.  See, for example, the Ericsson '914 patent Abstract, which

14  specifically discusses blocks in an image frame.   The PictureTel patents have many such

15  references to coding in a blockwise manner, which was, in any event, a technique well-known at

16  the time.

17      119.    As for the use of the DCT to encode error, again the Ericsson '914 patent

18  expressly states that the lossy compression circuitry 46 used to encode the error "can employ a

19  discrete cosine transform."  Col. 11, lines 46-48.

20      120.    The Ericsson '914 patent, for example, also performs interframe interpolation.  See

21  Fig. 6; col. 8, line 60 - col. 9, line 5; col. 11, lines 6-27.

22

---

[4] Indeed, systems that employ both "codes that describe deviations from approximated blocks" (*e.g.*, prediction error) and "codes that describe deviations from interpolated blocks" (*e.g.*, interpolation error) were well-known in the prior art.  *See* N K Lodge, "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures," Second Int'l Conference on Image Processing and Its Applications, Vol. 265, 24-26 June 1986, 242, 243-245; Yoshiyuki Yashima & Katsutoshi Sawada, "A Highly Efficient Coding Method for HDTV Signals," Proceedings of the IEEE, Vol. 1, June 8, 1987, 0125, 0126; U.S. Patent No. 4,858,005 to Lodge at col. 4, line 41 - col. 5, line 2; col. 9, line 61 - col. 10, line 5; and col. 11, line 65 - col. 12, line 2; Masayuki Tanimoto, "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Transactions of the IEICE, Vol. E.70, No. 7, July 1987, 611, 611-12; Ericsson '810 patent, col. 7, lines 33-40; col. 12, lines 8-13; and col. 13, lines 11-13.

**Exhibit 18  Page 890**

121.    As to decoder 22 of the '226 patent, I note that the '226 patent doesn't describe the decoder at all and merely says that related coder at the transmitter is a "bits coder." '226 Patent at col. 4, ll 16-18. So whatever extra characteristics is reading into that structure were not disclosed in the '226 patent and therefore are not limitations of claim 12. Instead, any type of "bits decoder" would satisfy that component of the corresponding structure, and the PictureTel patents clearly include such decoders. *See, e.g.*, Ericsson '914 patent, Fig. 3.

122.    I understand that Prof. Girod has also suggested that the PictureTel patents do not disclose interframe interpolation error. But they do disclose interframe interpolation and the use of interpolation error and, in any event, as noted above, the use of interpolation error was just an obvious variation, well-known to those of ordinary skill in the art.

### 4.    Near Simultaneous Invention

123.    I have been informed that certain printed publications that do not legally qualify as prior art under the patent statutes may nevertheless be relevant to the obviousness inquiry. In particular, it is my understanding that references that demonstrate that others in the art independently arrived at the same claimed apparatus near the same point in time may be suggestive that such a combination was obvious at the time to those of ordinary skill in the art. After reviewing many printed publications, and to the extent that the anticipatory references that I have already discussed are found not to be prior art and/or not to anticipate, it is my opinion that there are several publications which demonstrate near simultaneous development of the apparatus claimed by claim 12 of the '226 patent.

124.    My March 31, 2006 Expert Report disclosed several references that demonstrate near simultaneous invention, including MPEG submissions by Bellcore and Matsushita, and U.S. Patent No. 5,113,255 ("Nagata") (MSLT_0233099-MSLT_0233110). March 31, 2006 Expert Report at ¶¶ 243.

125.    In response to these references, Prof. Girod asserts that Haskell first disclosed the invention of claim 12 to the CCITT SGXV group via Document #490 in March 1989, followed by another disclosure by Dr. Puri in September of 1989 at a conference in Hanover. May 12, 2006 Girod Report at pg. 76. Prof. Girod also asserts that I did not cite "any evidence

**Exhibit 18  Page 891**

that Nagata, Bellcore, and Matsushita were indeed independently developed and did not benefit from Haskell's prior invention." *Id.* Prof. Girod is asking me to prove a negative – that Nagata, Bellcore and Matsushita did not copy their technology from Haskell. But Document #490 fails to disclose numerous claim elements, including a circuit, IDCTs, shift circuits, an adder, or an averager. If those elements are necessary to anticipate or render obvious claim 12, then certainly they are required to enable a person of ordinary skill in the art to practice claim 12. Thus, Dr. Haskell's presentation of Document #490 is incomplete at best. Further, Prof. Girod cites no evidence that Nagata, Bellcore, or Matsushita "copied" their technology from Dr. Haskell without attribution or attended either the CCITT SGXV conference or the Hanover conference.

126.     Further, the Nagata patent cites three Japanese patent applications under its Foreign Application Priority Data section that date back to the first half of 1989. The Nagata patent lists those three references as 1-118004 (*e.g.*, MSLT_1234159 - MSLT_1234175), 1-163059 (*e.g.*, MSLT_1234116 - MSLT_1234131), and 1-169320 (*e.g.*, MSLT_1234132 - MSLT_1234158). An examination of those three Japanese patent applications shows that Nagata conceived and disclosed of every element of claim 12 as early as May 11, 1989. My analysis regarding the three Japanese patent applications are disclosed in Exhibits D, E, and F. While I need not rely on these references for my obviousness analysis, I note that these references nevertheless confirm my opinion that claim 12 would have been obvious to those of ordinary skill. My opinion regarding the content of these publications is accurately reflected in my claim charts.

127.     Several other references also demonstrate that other inventors and companies invented what is claimed by claim 12. These references including Sony's MPEG submissions (*e.g.*, GW-LT 272773-272840), Philip's MPEG submission (*e.g.* GW-LT 027230-027272), U.S. Patent No. 4,985,768 ("Sugiyama"), and an article entitled "Interframe vs. intraframe compression of image sequences," by Paul Roos' and Max A. Viergever, (GW-LT 265179-83). Claim charts for these three references are attached to my report as Exhibits A, B, C and G.

128.     Further, the Sugiyama Patent claims priority to Japanese application 1-11587 (*e.g.* MSLT_1234183-MSLT_1234184, MSLT_1235588-MSLT_1235602), which was filed on

January 20, 1989 – well before Drs. Haskell or Puri's purported presentation of conditional

motion compensated interpolation.  The claim chart for 1-11587 is attached as Exhibits J and

shows how the elements of claim 12 are met by 1-11587.  It also is my opinion that every element

required by claim 12 of the '226 patent is included, either explicitly or inherently, in the Sugiyama

patent.  Additional analysis of this reference is included in my claim charts, which are attached

hereto as Exhibit C.

129.    Claim 12 is directed to "[a] circuit responsive to coded video signals where the

video signals comprise successive frames and each frame includes a plurality of blocks and where

the coded video signals comprise codes that describe deviations from approximated blocks and

codes that describe deviations from interpolated blocks…."  Figures 1, 2, 4, 6, and 7 all present

circuits.

130.    The Sugiyama patent presents a system responsive to coded video signals,

wherein the video signals comprise successive frames and each frame includes a plurality of

blocks.  The Sugiyama patent indicates that:

**In an inter-frame predictive encoding system, reference frames are set. The
reference frames are separated at equal intervals**. The reference frames are
selected from successively inputted frames of a video signal. **Each of the
reference frames is encoded**. A prediction signal for a dependent frame between
the reference frames is generated on the basis of a signal of the reference frames
which precedes and follows the dependent frame respectively.  A signal of the
dependent frame is generated on the basis of the prediction signal corresponding
thereto. An error of the predicting of the signal of the dependent frame is encoded.

See Sugiyama patent Abstract (emphasis added). Therefore, the Sugiyama patent discloses a

system that is responsive to coded video signals, wherein the video signals comprise successive

frames.

131.    Additionally, the Sugiyama patent discloses the use of block-based coding.  The

Sugiyama patent indicates that a "motion vector detector 140 detects motion vectors from the

current independent frame signal and the preceding independent frame in a known way such as a

block matching method."  '768 at 12:48-51.  The block-based coding method of Sugiyama

utilizes blocks of 8x8 or 16x16 pixels in determining motion vectors.  '768 at 12:61-66.

Therefore, the Sugiyama patent also discloses that each frame includes a plurality of blocks.

132.    The Sugiyama patent further discloses that the coded video signals comprise codes that describe deviations from approximated blocks and codes that describe deviations from interpolated blocks.  The Court construed the term deviations to mean "differences" and the term approximated blocks to mean "predicted blocks".  The Sugiyama patent teaches that the coded video signals include both prediction error signals and interpolation error signals.  For example, the Sugiyama patent teaches that a coder "subtract a prediction digital signal from the digitized video signal to generate a prediction error (difference) signal."  '768 at 2:38-41.  Further, the Sugiyama patent describes an implementation in which dependent frames are interpolated "by prediction using the preceding and subsequent" reference frames.  '768 4:15-30.  The Sugiyama patent also explains that "[a]n adder 25 adds the prediction error and a one-frame preceding prediction signal, generating a digitized video signal" at the decoder.  '768 at 3:42-44.  Therefore, the coded video signal includes errors – deviations – derived from both predictive coding and interpolative coding.  Further, Sugiyama explains that the prediction signals are determined on a block basis using motion vectors.  The Sugiyama patent states that the prediction signal is created from motion vectors controlling position shifters 134 and 135. '768 at 12:21-42.  The Sugiyama patent further states that "the motion vector detector 140 includes RAMs 153 and 154" where "[e]ach of the signals stored in the RAMs 153 and 154 is divided into … blocks of 8x8 or 16x16 pixels." '768 at 12:55-65.  Sugiyama also teaches encoding the prediction error signals by subjecting the prediction error signals to an orthogonal transform device 103, quantizing the result using quantizer 104, and encoding the quantized result using a variable length code, such as Huffman codes, in encoder 105.  '768 at 11:30-40.  Therefore, the Sugiyama patent teaches that the coded video signals include codes that describe deviations from approximated blocks – prediction error – and codes that describe deviations from interpolated blocks – interpolation error.

133.    Claim 12 requires "means for developing block approximations from said codes that describe deviations from approximated blocks…."  I am informed that the Court has determined that this element of Claim 12 is in means-plus-function format, where the function is "developing block approximations from said codes that describe deviations from approximated

**Exhibit 18  Page 894**

1    blocks." The Court construed "block approximations" as "the combinations of predicted blocks

2    with differences between the actual blocks and the predicted blocks." The corresponding

3    structure identified by the Court for this claim element is Decoder 22, DCT-1 24, Adder 27, and

4    Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function,

5    citing '226 patent Fig. 2; Col. 4, lines 3-10, 26-32; and Col. 4, line 63 - Col. 5, line 7.

6         134.    The Sugiyama patent discloses developing block approximations from codes

7    that describe deviations from approximated blocks. Figures 1 and 2 generally describe

8    developing block approximations from codes that describe deviations from approximated blocks.

9    Further, the Sugiyama patent discloses that a decoder receives coded variable-length digital data

10   containing a prediction error signal. '768 at 3:28-42. The coded variable-length digital data is

11   decoded into fixed-length data, de-quantized, and inverse transformed into a prediction error

12   signal. *Id.* Sugiyama further discloses that an adder 25 in the decoder "adds the prediction error

13   and a one-frame preceding prediction signal, generating a digitized video signal." '768 at 3:42-

14   44. Sugiyama also discloses an adder 41 for adding the prediction error (dependent frame signal)

15   to a prediction signal. '768 at 8:7-9, 35-37. Either or both of the adders 25 and 41 alone or in

16   combination correspond to the Adder 27 of the '226 patent. Therefore, the Sugiyama patent

17   discloses that codes that describe deviations from approximated blocks are decoded and used to

18   form a digital video signal corresponding to the claimed block approximations.

19        135.    As discussed above, Sugiyama discloses performing the function of developing

20   block approximations from said codes that describe deviations from approximated blocks.

21   Additionally, Sugiyama discloses the corresponding structures for performing this function.

22   Sugiyama discloses a decoder 22 for converting variable-length data into fixed length data

23   corresponding to the Decoder 22 of the '226 patent. '768 at 3:33-34, 7:65-67. Sugiyama

24   discloses an inverse orthogonal transform device 24 for performing an inverse transform

25   corresponding to the inverse discrete cosine transform (DCT-1) 24 of the '226 patent. '768 at

26   3:37-40, 8:2-5. Sugiyama also discloses an adder 41 for adding the prediction error (dependent

27   frame signal) to a prediction signal corresponding to the Adder 27 of the '226 patent. '768 at 8:7-

28   9, 35-37. Sugiyama further discloses shift circuit 135 for producing the prediction signal

42                      Case No. 02-CV-2060 B (CAB)

**Exhibit 18  Page 895**

1    corresponding to Shift Circuit 26 of the '226 patent.  '768 at 12:3-9.  Therefore, Sugiyama

2    discloses all of the corresponding structure identified by the Court for this claim element.

3          136.    Claim 12 also requires "means responsive to said block approximations and to

4    said codes that describe deviations from interpolated blocks to develop said interpolated blocks."

5    I am informed that the Court has determined that this element of Claim 12 is in means-plus-

6    function format, where the function is "to develop said interpolated blocks responsive to said

7    block approximations and to said codes that describe deviations from interpolated blocks."  The

8    corresponding structure identified by the Court for this claim element is Decoder 25, DCT-1 34,

9    Adder 35, Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these

10   elements related to the claimed function, citing '226 patent Fig. 2; Col. 4, lines 63-65; and Col. 5,

11   lines 7-23.  The structure and inputs that correspond to these elements is at '226 patent col. 4,

12   lines 38-50.

13         137.    The Sugiyama patent discloses developing interpolated blocks responsive to

14   block approximations and to codes that describe deviations from interpolated blocks.  Figures 4,

15   6, and 7 generally describe developing interpolated blocks responsive to block approximations

16   and to codes that describe deviations from interpolated blocks.  For example, the Sugiyama patent

17   discloses that a decoder receives coded variable-length digital data containing a prediction error

18   signal.  '768 at 3:28-42.  The coded variable-length digital data is decoded into fixed-length data,

19   de-quantized, and inverse transformed into a prediction error signal.  *Id.*  Sugiyama further

20   discloses that an adder 41 in the decoder adds a prediction error signal (deviations from

21   interpolated blocks) to a prediction signal (block approximations discussed above) to form a

22   digitized video signal of a dependent frame.  '768 at 8:35-37.  Therefore, the Sugiyama patent

23   discloses that the block approximations discussed above and codes that describe deviations from

24   interpolated blocks are decoded and used to form a digital video signal of a dependent frame

25   corresponding to the claimed interpolated blocks.

26         138.    As discussed above, Sugiyama discloses performing the function of developing

27   interpolated blocks responsive to block approximations and to codes that describe deviations from

28   interpolated blocks.  Additionally, Sugiyama discloses the corresponding structures for

43                    Case No. 02-CV-2060 B (CAB)

**Exhibit 18  Page 896**

1  performing this function.  Sugiyama discloses a decoder 22 for converting variable-length data

2  into fixed length data corresponding to the Decoder 25 of the '226 patent.  '768 at 3:33-34, 7:65-

3  67.  Sugiyama discloses an inverse orthogonal transform device 24 for performing an inverse

4  transform corresponding to the inverse discrete cosine transform (DCT-1) 34 of the '226 patent.

5  '768 at 3:37-40, 8:2-5.  Sugiyama also discloses an adder 41 for adding the prediction error

6  (dependent frame signal) to a prediction signal corresponding to the Adder 35 of the '226 patent.

7  '768 at 8:7-9, 35-37.  Sugiyama further discloses shift circuits 134 and 135 for shifting the current

8  and preceding reference frames corresponding to Shift Circuits 31 and 39 of the '226 patent.  '768

9  at 12:3-9.  Sugiyama further discloses multipliers 137 and 138 for weighting the outputs of shift

10  circuits 134 and 135 and adder 139 for summing the weighted outputs of shift circuits 134 and

11  135.  '768 at 12:33-40.  The multipliers 137 and 138 are used to weight each of the outputs of the

12  shift circuit based upon their contribution to the current frame, for example, each of the current

13  and preceding frames may have equal weights of one half (1/2).  *Id.*  Therefore, the multipliers

14  137 and 138 along with adder 139 correspond to Averager 32 of the '226 patent.  Therefore,

15  Sugiyama discloses all of the corresponding structure identified by the Court for this claim

16  element.

17      139.    Therefore, it is my opinion that each and every element of claim 12 is included

18  in the Sugiyama patent.  While I need not rely on these references for my obviousness analysis, I

19  note that these references nevertheless confirm my opinion that claim 12 would have been

20  obvious to those of ordinary skill.  My opinion regarding the content of these publications is

21  accurately reflected in my claim charts.

22      140.    Finally, the sheer number of individuals and companies that developed what is

23  allegedly recited by claim 12 supports my opinion that claim 12 is obvious in view of the prior

24  art.

25          **5.    Summary**

26      141.    Accordingly, based on all of the above, I conclude that claim 12 of the '226

27  patent is invalid for obviousness.

28

I declare under penalty of perjury under the laws of the United States of America that this report on behalf of Defendants is true and correct. Executed this 14th day of September 2007 in West Lafayette, Indiana.

By: _Edward J. Delp III_

Edward J. Delp, III, Ph.D.

**Exhibit 18  Page 898**

**PROOF OF SERVICE**

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130.  I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On September 14, 2007, I caused a copy of the following document(s):

**EXPERT REPORT OF EDWARD J. DELP III REGARDING OBVIOUSNESS**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Jane Hahn | Attorneys for Plaintiffs |
| Alison P. Adema | LUCENT TECHNOLOGIES INC. and |
| Hahn & Adema | MULTIMEDIA PATENT TRUST |
| 501 West Broadway, Suite 1730 | |
| San Diego, CA  92101 | Email: janehahn@hahnadema.com |
| Telephone:  (619) 235-2100 | aadema@hahnadema.com |
| Facsimile:  (619) 235-2101 | |
| *VIA OVERNIGHT & ELECTRONIC MAIL* | |

| | |
|---|---|
| David J. Zubkoff | Attorneys for Defendants |
| Seltzer, Caplan, McMahon & Vitek | GATEWAY, INC. and GATEWAY |
| 2100 Symphony Towers | COUNTRY STORES LLC |
| 750 B Street, Suite 2100 | |
| San Diego, CA  92101 | Email: zubkoff@scmv.com |
| Telephone:  (619) 685-3003 | |
| Facsimile:  (619) 702-6827 | |
| *VIA OVERNIGHT & ELECTRONIC MAIL* | |

| | |
|---|---|
| James S. Blackburn | Attorneys for Defendant |
| Arnold & Porter LLP - (L.A.) | DELL INC. |
| 777 S. Figueroa Street, 44th Floor | |
| Los Angeles, CA  90017 | Email: james_blackburn@aporter.com |
| Telephone:  (213) 243-4000 | |
| Facsimile:  (213) 243-4199 | |
| *VIA OVERNIGHT & ELECTRONIC MAIL* | |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct.  Executed on September 14, 2007, at San Diego, California.

*/s/ Alma Truax-Padilla*
Alma Truax-Padilla

2                        Case No. 02-CV-2060 B (CAB)

**Exhibit 18  Page 899**

**COURTESY COPIES BY ELECTRONIC MAIL TO**:

Trial Counsel For Lucent and Multimedia Patent Trust:
Jon T. Hohenthaner/Alan Kellman/James Bailey
Kirkland & Ellis LLP
Citicorp Center
153 East 53rd Street
New York, NY 10022-4675
E-mail:      jhohenthaner@kirkland.com; akellman@kirkland.com; jbailey@kirkland.com

Trial Counsel for Gateway:
Bryan Farney / Jeffrey B. Plies / Lawrence Fluker
DECHERT LLP
106 East 6th Street, Ste. 800
Austin, TX 78701
Email:       bryan.farney@dechert.com; jeff.plies@dechert.com; lawrence.fluker@decher.com

Trial Counsel for Dell:
Joseph A. Micallef
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
E-mail:      joseph_micallef@aporter.com

Trial Counsel for Dell:
Joel Freed, Esq.
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Email:        jfreed@mwe.com

Courtesy Emails include:

| | | |
|---|---|---|
| ☐ | **All documents filed/served** | All Pleadings filed or served were included in the email along with any exhibits |
| XX | **Main Pleading documents (without exhibits)** | All Main Pleading documents were included in the email, except for exhibits.   Exhibits were over 50 pages long.   As per our service agreement, a hard copy will follow via overnight mail |

Sony MPEG Proposal

# EXHIBIT A

## TO THE EXPERT REPORT OF
# EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 901**

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LT272773-272840] SONY OCT. 2, 1989 |
|---|---|
| **Claim 12.** | |
| A circuit [any path that can carry electrical current] responsive to coded video signals where the video signals comprise successive frames [one frame following another; consecutive frames] and each frame includes a plurality of blocks [sets of pixels (picture elements also called pels) that constitute a portion of a frame] and where | See, e.g., The proposed algorithm has the two source input format for moving pictures. One is for 525/60, the other is for 625/50. The differences are the number of lines and the frame rate. [GW-LT 272744] (1) Group of frames Group of frames (GOF) have been introduced. A GOF consists of an intra_frame and five inter_frames (variable) |

| A0 | C1 | C2 | B3 | C4 | C5 | A6 | C7 |

- A0 and A6 are intra_frames.

- B3 is a 1st level inter_frame based on A0(previous) an A6(next) or both A0 and A6.

- C1 and C2 are 2nd level inter_frames based on A0(previous) or B3(next) or both A0 and B3.

- C4 and C5 are 2nd level inter_frames based on B3(previous) or A6(next) or both B3 and A6.

- The 1st GOF consists of [A0 – C6]. The 2nd GOF consists of [A7 – C11]. …

**Exhibit 18  Page 902**

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LT272773-272840] SONY OCT. 2, 1989 |
|---|---|
| | Figure 3.1

Basically, the proposed algorithm has flexibility in both the relation of prediction and the number of frames in GOF. [GW-LT 272778]



FIGURE 3.2a Encoder Block Diagram [GW-LT 272780]

In table 3.1 the number of MBs per frame and the number of group blocks (GOBs) per frame are shown. |

Exhibit 18  Page 903

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LT272773-272840] SONY OCT. 2, 1989 | | | | |
|---|---|---|---|---|---|
| | table of per | Format | Number of GOB in a frame 525/625 | Number of MB in a GOB | total number of MB in a frame 525/625 | 3.1 the number Macre Blocks frame |
| | | SIF | 10/12 | 33 | 330/396 | |

[GW-LT 272785]



Figure 3.2a Encoder Block Diagram [GW-LT 272815]

| the coded [*change from one form of representation to another*] video signals comprise codes that describe deviations | See., e.g., (1) Group of frames |
|---|---|

Exhibit 18  Page 904

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LT272773-272840] SONY OCT. 2, 1989 |
|---|---|
| from approximated blocks [*predicted blocks*] and codes that describe deviations [*differences*] from interpolated blocks, comprising: | Group of frames (GOF) have been introduced. A GOF consists of an intra_frame and five inter_frames (variable) <br><br> A0  C1  C2  B3  C4  C5  A6  C7 <br><br> • A0 and A6 are intra_frames. <br> • B3 is a 1st level inter_frame based on A0(previous) an A6(next) or both A0 and A6. <br> • C1 and C2 are 2nd level inter_frames based on A0(previous) or B3(next) or both A0 and B3. <br> • C4 and C5 are 2nd level inter_frames based on B3(previous) or A6(next) or both B3 and A6. <br> • The 1st GOF consists of [A0 – C6]. The 2nd GOF consists of [A7 – C11]. ⋯ <br><br> figure 3.1 <br><br> Basically, the proposed algorithm has flexibility in both the relation of prediction and the number of frames in a GOF. [GW-LT 272778] |

**Exhibit 18  Page 905**

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1<br>[GW-LT272773-272840]<br>SONY<br>OCT. 2, 1989 |
|---|---|
| | FIGURE3.2a Encoder Block Diagram [GW-LT 272780] |

Exhibit 18  Page 906

Sony MPEG Proposal

| DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LT272773-272840] SONY OCT. 2, 1989 |
| --- |



Figure 3.2a Encoder Block Diagram [GW-LT 272815]

| CLAIM LANGUAGE |
| --- |
|  |

**Exhibit 18  Page 907**

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LJ272773-272840] SONY OCT. 2, 1989 |
|---|---|
| means for developing block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure: Decoder 22, DCT[1] 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | As shown by the quotes below, this reference discloses structures (including a decoder, inverse DCT, Adder, and Shift Circuit) for performing the function of developing block approximations from said codes that describe deviations from approximated blocks.<br><br>See, e.g.,<br><br>(1) Group of frames<br><br>Group of frames (GOF) have been introduced. A GOF consists of an intra_frame and five inter_frames (variable)<br><br>A0   C1   C2   B3   C4   C5   A6   C7<br><br>• A0 and A6 are intra_frames.<br><br>• B3 is a 1st level inter_frame based on A0(previous) an A6(next) or both A0 and A6.<br><br>• C1 and C2 are 2nd level inter_frames based on A0(previous) or B3(next) or both A0 and B3.<br><br>• C4 and C5 are 2nd level inter_frames based on B3(previous) or A6(next) or both B3 and A6.<br><br>• The 1st GOF consists of [A0 – C6]. The 2nd GOF consists of [A7 – C11]. .... |

Exhibit 18  Page 908

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LT272773-272840] SONY OCT. 2, 1989 |
|---|---|
| | Figure 3.1 |
| | Basically, the proposed algorithm has flexibility in both the relation of prediction at the number of frames in a GOF. [GW-LT 272778] |
| | (4)    Interframe prediction |
| | The interframe predicted macro blocks are selected adaptively from the following three images. |
| | (a) The previous frame motion compensated (previous mode). |
| | (b) The next frame motion compensated (next mode). |
| | (c) The interpolated frame using the previous and the next frame motion compensated (interpolate mode). [GW-LT 272778] |
| | (6) Adaptive quantization (see section 3.5) |
| | (7) Differentialy coded DC components in intra macro blocks (see section 3.6.3) [GW-LT 272778] |

Exhibit 18  Page 909

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LT272773-272840] SONY OCT. 2, 1989 |
|---|---|
| |  FIGURE 3.3a Decoder Block Diagram [GW-LT 272782] 3.4. Discrete Cosine Transform The block differences are transformed with the Discrete Cosine Transform as in RM8 (see section 4.4) [GW-LT 272785] 3.5 The Quantization The result after transformation is quantized with a uniform quantizer. The uniform quanitzer is defined by a stepsize g and a threshold T. [GW-LT 272786] 3.6.2. Coding Of The Scanned Coefficients With A Two Dimensional VLC [GW-LT 272786] |

**Exhibit 18  Page 910**

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LT272773-272840] SONY OCT. 2, 1989 |
|---|---|
| | 

FIGURE 3.3a  Decoder Block Diagram

[GW-LT 272817]

As shown by the quotes below, this reference discloses structures (including a decoder, inverse DCT, Adder, Shift Circuits, and Averager) for performing the function of developing said interpolated blocks responsive to said block approximations and to said codes that describe deviations from interpolated blocks.

See, e.g., |
| means responsive to said block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks. | |

Exhibit 18  Page 911

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LT272773-272840] SONY OCT. 2, 1989 |
|---|---|
| Function: The function is to develop said interpolated blocks responsive to said block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure:  Decoder 25, DCT[1] 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | (1) Group of frames<br><br>Group of frames (GOF) have been introduced. A GOF consists of an intra_frame and five inter_frames (variable)<br><br>[boxes: A0  C1  C2  B3  C4  C5  A6  C7]<br><br>• A0 and A6 are intra_frames.<br><br>• B3 is a 1st level inter_frame based on A0(previous) an A6(next) or both A0 and A6.<br><br>• C1 and C2 are 2nd level inter_frames based on A0(previous) or B3(next) or both A0 and B3.<br><br>• C4 and C5 are 2nd level inter_frames based on B3(previous) or A6(next) or both B3 and A6.<br><br>• The 1st GOF consists of [A0 – C6]. The 2nd GOF consists of [A7 – C11]. . . .<br><br>Figure 3.1 [GW-LT 272778]<br><br>(5)   2 level interframe processing<br><br>A 1st level inter frame is based on the motion compensated images of 2 intra_frames. B3 is the 1st level inter-frame based on AO(previous) or A6(next) or both AO and A6. A 2nd level inter-frame is based on the motion compensated |

Exhibit 18  Page 912

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1 [GW-LT272773-272840] SONY OCT. 2, 1989 |
|---|---|
| | images of an intra_frame and a 1st level inter_frame. C1 and C2 are 2nd level interframes based on AO(previous) or B3(next) or both AO and B3. C4 and C5 are 2nd level interframes based on B3(previous) or A6(next) or both B3 and A6. [GW-LT 272778]

(6) Adaptive quantization (see section 3.5)

(7) Differentialy coded DC components in intra macro blocks (see section 3.6.3) [GW-LT 272778]



**FIGURE 3.3a  Decoder Block Diagram**

[GW-LT272782]

3.4. Discrete Cosine Transform |

Exhibit 18  Page 913

Sony MPEG Proposal

| CLAIM LANGUAGE | DESCRIPTION OF THE PROPOSED CODING ALGORITHM, PROPOSAL PACKAGE 1<br>[GW-LT272773-272840]<br>SONY<br>OCT. 2, 1989 |
|---|---|
| | The block differences are transformed with the Discrete Cosine Transform as in RM8 (see section 4.4) [GW-LT 272785]<br><br>3.5 The Quantization<br><br>The result after transformation is quantized with a uniform quantizer. The uniform quantizer is defined by a stepsize g and a threshold T. [GW-LT 272786]<br><br>3.6.2. Coding Of The Scanned Coefficients With A Two Dimensional VLC [GW-LT 272786]<br><br><br><br>FIGURE 3.3a  Decoder Block Diagram<br><br>[GW-LT 272817] |

Exhibit 18  Page 914

10772279.doc

U.S. Patent No. 4,985,768

# EXHIBIT B

## TO THE EXPERT REPORT OF
## EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 915**

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768 KENJI SUGIYAMA JAN. 18, 1990 |
|---|---|
| **Claim 12.** | |
| A circuit [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise successive frames [*one frame following another; consecutive frames*] and each frame includes a plurality of blocks [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where | See., e.g., <br><br> Figures 1, 2, 6 and 7. <br><br> In an inter-frame predictive encoding system, reference frames are set. The reference frames are separated at equal intervals. The reference frames are selected from successively inputted frames of a video signal. Each of the reference frames is encoded. A prediction signal for a dependent frame between the reference frames is generated on the basis of a signal of the reference frames which precedes and follows the dependent frame respectively. A signal of the dependent frame is generated on the basis of the prediction signal corresponding thereto. An error of the predicting of the signal of the dependent frame is encoded. [Abstract] <br><br> According to a first aspect of this invention, an inter-frame predictive encoding system comprises means for setting reference frames at equal intervals, the reference frames being selected from successively, inputted frames of a video signal; means for encoding each of the reference frames; means for generating a prediction signal for a dependent frame between the reference frames on the basis of a signal of the reference frames which precedes and follows the dependent frame respectively; means for predicting a signal of the dependent frame on the basis of the prediction signal corresponding thereto; and means for encoding an error of said predicting of the signal of the dependent frame. <br><br> According to the second aspect of this invention, an inter-frame predictive system comprises means for a separating successively-inputted frames of a video signal into reference frames and dependent frames, the reference frames being spaced at predetermined intervals, the dependent frames residing between the reference frames; means for encoding display information of the reference frames, means for predicting |

**Exhibit 18  Page 916**

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768<br>KENJI SUGIYAMA<br>JAN. 18, 1990 |
|---|---|
| | display information of each dependent frame on the basis of display information of reference frames which precede and follow said dependent frame respectively; means for generating an error between the predicted display information and corresponding actual display information of said dependent frames, and means for encoding said error. [Pg. 1 lines 27-55]<br><br>According to a third aspect of this invention, an inter-frame predictive encoding system comprises means for performing motion-compensated inter-frame prediction using motion vectors between successively inputted frames of a video signal; the improvement comprising; means for setting specified frames separated at equal intervals, the specified frames being selected from successively inputted frames of a video signal; means for detecting motion vectors between the specified frames; means for detecting motion vectors between adjacent non-specified frames between the specified frames as differences with respect to said motion vectors between the specified frames. [Pg. 1 lines 56-68]<br><br>The independent frames are also referred to as the reference frames. On a time axis, the independent frames are separated at predetermined equal intervals corresponding to two or more frames. A predetermined number of dependent frames are present between two adjacent independent frames. Display information in an independent frame is encoded independent of other frames. Display information in a dependent frame is encoded by prediction using the preceding and subsequent independent frames. [Pg. 4 lines 20-29]<br><br>While the reference frames (the independent frames) are independently coded in the previously –mentioned embodiments, other designs may be adopted. For example, the reference frames may be. coded by use of the correlation between the reference frames to further increase the efficiency of encoding. [Pg. 15 lines 58-63] |
| the coded [*change from one form of representation to another*] video signals comprise codes that describe deviations | See, e.g., |

**Exhibit 18  Page 917**

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768<br>KENJI SUGIYAMA<br>JAN. 18, 1990 |
|---|---|
| from approximated blocks [*predicted blocks*] and codes that describe deviations [*differences*] from interpolated blocks, comprising: | Figures 1, 2, 6 and 7.<br><br>In an inter-frame predictive encoding system, reference frames are set. The reference frames are separated at equal intervals. The reference frames are selected from successively inputted frames of a video signal . Each of the reference frames is encoded. A prediction signal for a dependent frame between the reference frames is generated on the basis of a signal of the reference frames which precedes and follows the dependent frame respectively. A signal of the dependent frame is generated on the basis of the prediction signal corresponding thereto. An error of the predicting of the signal of the dependent frame is encoded. [Abstract]<br><br>According to a first aspect of this invention, an inter-frame predictive encoding system comprises means for setting reference frames at equal intervals, the reference frames being selected from successively, inputted frames of a video signal; means for encoding each of the reference frames; means for generating a prediction signal for a dependent frame between the reference frames on the basis of a signal of the reference frames which precedes and follows the dependent frame respectively; means for predicting a signal of the dependent frame on the basis of the prediction signal corresponding thereto; and means for encoding an error of said predicting of the signal of the dependent frame.<br><br>According to the second aspect of this invention, an inter-frame predictive system comprises means for a separating successively-inputted frames of a video signal into reference frames and dependent frames, the reference frames being spaced at predetermined intervals, the dependent frames residing between the reference frames; means for encoding display information of the reference frames, means for predicting display information of each dependent frame on the basis of display information of reference frames which precede and follow said dependent frame respectively; means for generating an error between the predicted display information and corresponding actual display information of said dependent frames, and means for encoding said error. |

**Exhibit 18  Page 918**

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768<br>KENJI SUGIYAMA<br>JAN. 18, 1990 |
|---|---|
|  | [Pg. 1 lines 27-55]<br><br>According to a third aspect of this invention, an inter-frame predictive encoding system comprises means for performing motion-compensated inter-frame prediction using motion vectors between successively inputted frames of a video signal; the improvement comprising; means for setting specified frames separated at equal intervals, the specified frames being selected from successively inputted frames of a video signal; means for detecting motion vectors between the specified frames; means for detecting motion vectors between adjacent non-specified frames between the specified frames as differences with respect to sad motion vectors between the specified frames. [Pg. 1 lines 56-68]<br><br>FIG. 1 shows a conventional inter-frame predictive encoding system. With reference to FIG. 1, a digitized video signal is fed to a subtracter 2 via an input terminal 1. The subtracter 2 subtracts a prediction digital signal from the digitized video signal to generate a prediction error (difference) signal. The prediction signal will be explained later.<br><br>The prediction error signal outputted from the substracter2 is subjected to an orthogonal transform by an orthogonal transform device 3 . The orthogonal transform increases the efficiency of encoding. The output signal from the orthogonal transform device 3 is quantized by a quantizer 4. The output data from the quantizer4 is encoded by an encoder 5 into variable-length codes such as Huffman codes. The codes outputted from the encoder S are transmitted via an output terminal 6. [Pg. 2 lines 35-51]<br><br>The subcontractor 2 subcontracts a prediction signal from the video signal to generate a prediction error (difference) signal. [Pg. 5 lines 12-15]<br><br>In the encoding system of FIG. 4, the prediction signal is generated by adding the data of the two adjacent independent frames with variable weighting parameters. Specifically, the weight coefficients $a$ and $(1 - a)$ used in the generation of the prediction |

**Exhibit 18  Page 919**

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768<br>KENJI SUGIYAMA<br>JAN. 18, 1990 |
|---|---|
| | signal are determined in accordance with the time relation between the dependent frame inputted into the subcontracter 2 and the independent frames related to the prediction signal inputted into the subcontracter 2. Therefore, the prediction can well follow the variation of display information between successive frames, and an S/N (a signal to noise ratio) of the prediction signal can be high. [Pg. 7 lines 29-41]

FIG. 6 shows an inter-frame predictive decoding system according to the first embodiment of this invent1on. With reference to FIG. 6, variable-length digital data is fed to a decoder 22 via an input terminal 21. The 65decoder 22 converts the variable -length data into original fixed-length data The output data from the decoder22 is subjected to an inverse quantization by an inverse quantizer 23 so that it is converted into a representative(setting of a representative). The representative outputted from the inverse quantizer 23 is subjected to an Inverse orthogonal transform by an inverse transform5 device 24. [Pg. 7 lines 62-68 Page 8 lines 1-5]

The output video signal from the multi-frame memory 131 is fed to a subcontracter 102. The subcontracter 102 subtracts a prediction signal from the video signal to generate a prediction error (difference) signal. [Pg. 11 lines 3-7]

The video signal of the independent-frame or the prediction error signal of the dependent-frame outputted from the subcontracter 102 is subjected to an orthogonal transform by the orthogonal transform device 103. The orthogonal transform increases the efficiency of encoding. The output signal from the orthogonal transform device 103 is quantized by a quantizer 104. The output data from the quantizer 104 is encoded by an encoder 105 into variable-length codes such as Huffman codes. The codes outputted from the encoder 105 are transmitted via an output terminal 106. [Pg. 11 lines 30-40]

While the reference frames (the independent frames) are independently coded in the previously –mentioned embodiments, other designs may be adopted. For example, the reference frames may be. coded by use of the correlation between the reference frames |

Exhibit 18  Page 920

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768<br>KENJI SUGIYAMA<br>JAN. 18, 1990 |
|---|---|
| | to further increase the efficiency of encoding. [Pg. 15 lines 58-63] |
| means for developing block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks. | As shown by the quotes below, this reference discloses structures (including a decoder, inverse DCT, Adder, and Shift Circuit) for performing the function of developing block approximations from said codes that describe deviations from approximated blocks. |
| | See, e.g., |
| Function: The function is developing block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks. | Figure 1, 2 and 6 elements 21, 22, 23, 24, 47, 42, 41, 48, 43, 26. |
| | In an inter-frame predictive encoding system, reference frames are set. The reference frames are separated at equal intervals. The reference frames are selected from successively inputted frames of a video signal . Each of the reference frames is encoded. A prediction signal for a dependent frame between the reference frames is generated on the basis of a signal of the reference frames which precedes and follows the dependent frame respectively. A signal of the dependent frame is generated on the basis of the prediction signal corresponding thereto. An error of the predicting of the signal of the dependent frame is encoded. [Abstract] |
| Corresponding structure: Decoder 22, DCT[1] 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | The output data from the quantizer 4 is subjected to an inverse quantization by an inverse quantizer 7 so that it is converted into a representative (setting of a representative). The representative outputted from the in -verse quantizer 7 is subjected to an inverse orthogonal transform by an inverse transform device S. The output signal from the inverse transform device 8 corresponds to a prediction error (difference) which is generated through a decoding process in a decoding system explained later. An adder 9 adds the prediction error and a one-frame preceding prediction signal , generating a digitized video signal which corresponds to a digitized video signal generated by a decoding process in the decoding system. [Pg. 2 lines 52-65] |
| | A frame memory 10 delays the output signal from the adder 9 by a time corresponding |

Exhibit 18  Page 921

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768 KENJI SUGIYAMA JAN. 18, 1990 |
|---|---|
| | to a period of one frame. The output signal from the frame memory 10 is passed through a spatial low pass filter (a special LPF) 11, being converted into the prediction signal. [Pg. 2 lines 65-68 Pg. 3 lines 1-2] |
| | FIG. 2 shows a conventional decoding system designed for the combination with the encoding system of FIG. 1. With reference to FIG. 2, variable-length digital data is fed to a decoder 22 via an input terminal 21. The decoder 22 coverts the variable-length data into original fixed-length data. The output data from the decoder 22 is subjected to an inverse quantization by an inverse quantizer 23 so that it is converted into a representative (setting of a representative). The representative outputted from the inverse quantizer 23 is subjected to an inverse orthogonal transform by an inverse transform device 24. The output signal from the inverse transform device 24 corresponds to a prediction error (difference). An adder 25 adds the prediction error and a one-frame preceding prediction signal, generating a digitized video signal. [Pg. 3 lines 28-43] |
| | The subcontractor 2 subcontracts a prediction signal from the video signal to generate a prediction error (difference) signal. [Pg. 5 lines 12-15] |
| | The independent-frame video signal or the dependent-frame prediction error signal outputted from the subcontracter 2 is subjected to an orthogonal transform by the orthogonal transform device 3. The orthogonal transform increases the efficiency of encoding. The output signal from the orthogonal transform device 3 is quantized by a quantizer 4. The output data from the quantizer 4 is encoded by an encoder 5 into variable-length codes such as Huffman codes. The codes outputted from the encoder are transmitted via an output terminal 6. [Pg. 5 lines 38-48] |
| | FIG. 6 shows an inter-frame predictive decoding system according to the first embodiment of this invention. With reference to FIG. 6, variable-length digital data is fed to a decoder 22 via an input terminal 21. The 65decoder 22 converts the variable -length data into original fixed-length data The output data from the decoder22 is |

**Exhibit 18  Page 922**

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768 KENJI SUGIYAMA JAN. 18, 1990 |
|---|---|
| | subjected to an inverse quantization by an inverse quantizer 23 so that it is converted into a representative(setting of a representative). The representative outputted from the inverse quantizer 23 is subjected to an Inverse orthogonal transform by an inverse transform5 device 24. [Pg. 7 lines 62-68 Pg. 8 lines 1-5] |
| | For dependent frames, the output signal from the inverse transfer, device 24 corresponds to a prediction error signal. [Pg. 8 lines 7-9] |
| | When the output signal from the inverse transform device 24 represents a dependent frame, the movable contact 47c of the switch 47 contacts with the second fixed contact 47b of the switch 47 so that the dependent frame signal is fed to the adder 41. |
| | The adder 41 adds the dependent-frame signal and a prediction signal, reproducing a digitized video signal of a dependent frame. [Pg. 8 lines 30-37] |
| | The output video signal from the multi-frame memory 131 is fed to a subcontracter 102. The subcontracter 102 subtracts a prediction signal from the video signal to generate a prediction error (difference) signal. [Pg. 11 lines 3-7] |
| | The video signal of the independent-frame or the prediction error signal of the dependent-frame outputted from the subcontracter 102 is subjected to an orthogonal transform by the orthogonal transform device 103. The orthogonal transform increases the efficiency of encoding. The output signal from the orthogonal transform device 103 is quantized by a quantizer 104. The output data from the quantizer 104 is encoded by an encoder 105 into variable-length codes such as Huffman codes. The codes outputted from the encoder 105 are transmitted via an output terminal 106. [Pg. 8 lines 30-40] |
| | The position shifter 134 two dimensionally shifts the current independent-frame signal by a magnitude which is determined by a shift calculator 136. Similarly, the position shifter 135 shifts the preceding independent-frame signal by a magnitude which is determined by the shift calculator 136. [Pg. 12 lines 3-9] |

Exhibit 18  Page 923

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768<br>KENJI SUGIYAMA<br>JAN. 18, 1990 |
|---|---|
| | The current independent-frame video signal is transmitted via the switch 142 to a motion vector detector 140. The preceding independent-frame video signal is fed from the frame memory 132 to a motion vector detector 140. The motion vector detector 140 detects motion vectors from the current independent-frame signal and the preceding independent-frame signal in a known way such as a block matching method. The motion vector detector 140 outputs a signal representative of the detected motion vectors to the vector difference detector 141.[Pg. 12 lines 44-54]

While the reference frames (the independent frames) are independently coded in the previously−mentioned embodiments, other designs may be adopted. For example, the reference frames may be. coded by use of the correlation between the reference frames to further increase the efficiency of encoding. [Pg. 15 lines 58-63] |
| means responsive to said block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.

Function: The function is to develop said interpolated blocks responsive to said block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] and to said codes that describe deviations from interpolated blocks.

Corresponding structure: Decoder 25, DCT[1] 34, Adder 35, and Shift Circuits 31 | As shown by the quotes below, this reference discloses structures (including a decoder, inverse DCT, Adder, Shift Circuits, and Averager) for performing the function of developing said interpolated blocks responsive to said block approximations and to said codes that describe deviations from interpolated blocks.

See. e.g.,

Figure 1, 2 and 6 elements 21, 22, 23, 24, 47, 42. 43, 44, 45, 46, 41, 48, 26.

In an inter-frame predictive encoding system, reference frames are set. The reference frames are separated at equal intervals. The reference frames are selected from successively inputted frames of a video signal . Each of the reference frames is encoded. A prediction signal for a dependent frame between the reference frames is generated on the basis of a signal of the reference frames which precedes and follows the dependent frame respectively. A signal of the dependent frame is generated on the basis of the prediction signal corresponding thereto. An error of the predicting of the signal of |

Exhibit 18  Page 924

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768<br>KENJI SUGIYAMA<br>JAN. 18, 1990 |
|---|---|
| and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63–65; Col. 5, lines 7–23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38–50]). | the dependent frame is encoded. [Abstract]<br><br>The output data from the quantizer 4 is subjected to an inverse quantization by an inverse quantizer 7 so that it is converted into a representative (setting of a representative). The representative outputted from the in –verse quantizer 7 is subjected to an inverse orthogonal transform by an inverse transform device S. The output signal from the inverse transform device 8 corresponds to a prediction error (difference) which is generated through a decoding process in a decoding system explained later. An adder 9 adds the prediction error and a one-frame preceding prediction signal , generating a digitized video signal which corresponds to a digitized video signal generated by a decoding process in the decoding system. [Pg. 2 lines 52–65]<br><br>A frame memory 10 delays the output signal from the adder 9 by a time corresponding to a period of one frame. The output signal from the frame memory 10 is passed through a spatial low pass filter (a special LPF) 11, being converted into the prediction signal. [Pg 2. lines 65-68 Pg. 3 lines 1-2]<br><br>FIG. 2 shows a conventional decoding system designed for the combination with the encoding system of FIG. 1. With reference to FIG. 2, variable-length digital data is fed to a decoder 22 via an input terminal 21. The decoder 22 coverts the variable-length data into original fixed-length data. The output data from the decoder 22 is subjected to an inverse quantization by an inverse quantizer 23 so that it is converted into a representative (setting of a representative). The representative outputted from the inverse quantizer 23 is subjected to an inverse orthogonal transform by an inverse transform device 24. The output signal from the inverse transform device 24 corresponds to a prediction error (difference). An adder 25 adds the prediction error and a one-frame preceding prediction signal, generating a digitized video signal. [Pg. 3 lines 28-43]<br><br>The independent frames are also referred to as the reference frames. On a time axis, the independent frames are separated at predetermined equal intervals corresponding to two or more frames . A predetermined number of dependent frames are present between two |

Exhibit 18  Page 925

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768<br>KENJI SUGIYAMA<br>JAN. 18, 1990 |
|---|---|
| | adjacent independent frames. Display information in an independent frame is encoded independent of other frames. Display information in a dependent frame is encoded by prediction using the preceding and subsequent independent frames. [Pg. 4 lines 20-29] |
| | The subcontracter 2 subcontracts a prediction signal from the video signal to generate a prediction error (difference) signal. [Pg. 5 lines 12-15] |
| | The independent-frame video signal or the dependent-frame prediction error signal outputted from the subtracter 2 is subjected to an orthogonal transform by the orthogonal transform device 3. The orthogonal transform increases the efficiency of encoding. The output signal from the orthogonal transform device 3 is quantized by a quantizer 4. The output data from the quantizer 4 is encoded by an encoder 5 into variable-length codes such as Huffman codes. The codes outputted from the encoder are transmitted via an output terminal 6. [Pg. 5 lines 37-47] |
| | In the encoding system of FIG. 4, the prediction signal is generated by adding the data of the two adjacent independent frames with variable weighting parameters. Specifically, the weight coefficients $a$ and $(1 - a)$ used in the generation of the prediction signal are determined in accordance with the time relation between the dependent frame inputted into the subcontracter 2 and the independent frames related to the prediction signal inputted into the subcontractor 2. Therefore, the prediction can well follow the variation of display information between successive frames, and an S/N (a signal to noise ratio) of the prediction signal can be high. [Pg. 7 lines 29-41] |
| | FIG. 6 shows an inter-frame predictive decoding system according to the first embodiment of this invention. With reference to FIG. 6, variable-length digital data is fed to a decoder 22 via an input terminal 21. The 65decoder 22 converts the variable - length data into original fixed-length data The output data from the decoder22 is subjected to an inverse quantization by an inverse quantizer 23 so that it is converted into a representative(setting of a representative). The representative outputted from the inverse quantizer 23 is subjected to an Inverse orthogonal transform by an inverse |

**Exhibit 18  Page 926**

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768<br>KENJI SUGIYAMA<br>JAN. 18, 1990 |
|---|---|
| | transform5 device 24. [Pg. 7 lines 62-68 Pg. 8 lines 1-5] |
| | For dependent frames, the output signal from the inverse transfor, device 24 corresponds to a prediction error signal. [Pg. 8 lines 7-9] |
| | When the output signal from the inverse transform device 24 represents a dependent frame, the movable contact 47c of the switch 47 contacts with the second fixed contact 47b of the switch 47 so that the dependent frame signal is fed to the adder 41. The adder 41 adds the dependent-frame signal and a prediction signal, reproducing a digitized video signal of a dependent frame. |
| | The output video signal from the multi-frame memory 131 is fed to a subcontracter 102. The subcontracter 102 subtracts a prediction signal from the video signal to generate a prediction error (difference) signal. [Pg. 8 lines 30-37] |
| | The video signal of the independent-frame or the prediction error signal of the dependent-frame outputted from the subcontracter 102 is subjected to an orthogonal transform by the orthogonal transform device 103. The orthogonal transform increases the efficiency of encoding. The output signal from the orthogonal transform device 103 is quantized by a quantizer 104. The output data from the quantizer 104 is encoded by an encoder 105 into variable-length codes such as Huffman codes. The codes outputted from the encoder 105 are transmitted via an output terminal 106. [Pg. 11 lines 3-7] |
| | The position shifter 134 two dimensionally shifts the current independent-frame signal by a magnitude which is determined by a shift calculator 136. Similarly, the position shifter 135 shifts the preceding independent-frame signal by a magnitude which is determined by the shift calculator 136. [Pg. 11 lines 30-40] |
| | An output signal from a vector difference detector 141 which represents a motion vector is inputted into the shift calculator 136. The shift calculator 136 multiplies the motion vector by (N-i), generating a magnitude of shift fed to the position shifter 134. In addition, the shift calculator 136 multiplies the motion vector by (-i), generating a |

Exhibit 18  Page 927

U.S. Patent No. 4,985,768

| CLAIM LANGUAGE | US 4,985,768<br>KENJI SUGIYAMA<br>JAN. 18, 1990 |
|---|---|
| | magnitude of shift fed to the position shifter 135. The character I denotes the order number of a predicted frame which is determined in view of the time relation between frames. Specifically, the number i is 0 for each independent frame and varies as i = 1, 2, 3, ..., (N −1) for dependent frames. [Pg. 12 lines 3-9] |
| | Output signals from the position shifters 134 and 135 are fed to multipliers 137 and 138 respectively. The multiplier 137 multiplies the output signal from the position shifter 137 by a weight coefficient $a$ and feeds the resultant to an adder 139. The multiplier 138 multiplies the output signal from the position shifter 135 by a weight coefficient ( 1-a) and feeds the resultant to the adder 139. The adder 139 adds the resultants of the multiplications, generating a prediction signal fed to the subcontracter 102. [Pg. 12 lines 21-42] |
| | The current independent-frame video signal is transmitted via the switch 142 to a motion vector detector 140. The preceding independent-frame video signal is fed from the frame memory 132 to a motion vector detector 140. The motion vector detector 140 detects motion vectors from the current independent-frame signal and the preceding independent-frame signal in a known way such as a block matching method. The motion vector detector 140 outputs a signal representative of the detected motion vectors to the vector difference detector 141. [Pg. 12 lines 44-54] |
| | While the reference frames (the independent frames) are independently coded in the previously−mentioned embodiments, other designs may be adopted. For example, the reference frames may be. coded by use of the correlation between the reference frames to further increase the efficiency of encoding. [Pg. 15 lines 58-63] |

1077280.doc

**Exhibit 18  Page 928**

Philips MPEG Submission

# EXHIBIT C

## TO THE EXPERT REPORT OF
# EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 929**

Philips MPEG Submission

| CLAIM LANGUAGE | The Full Motion System – A Philips contribution to ISO/JTC1/SC2/WG8/MPEG/Video [GW-LT272730-272772] Philips – J. Van der Meer 1989 |
|---|---|
| **Claim 12.** | |
| A circuit [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise successive frames [*one frame following another; consecutive frames*] and each frame includes a plurality of blocks [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where | See., e.g.,<br><br>In order to meet as good as possible the existing standards, including film, it is decided to code both 50 Hz and 60 Hz video sequences with 25 images per second. [GW-LT 272732]<br><br>The coding of luminance and chrominance is based on blocks of 8*8 samples. [GW-LT 272736]<br><br>Within the decoder 4 functions are, distinguished; the data input controller, the image decoder, they image interpolator and the video generator. In the next sections these functions are described in detail. [GW-LT 272748]<br><br>The image decoder gets its input data from the input buffer. First status information (block mode, NORM, NORM-U, CLASS, vectors and synchronization words) and dc-coefficients are separated from the VLC data. By means of the VLC table, the quantized coefficients are recovered. Status information is used for control of the decoding. Quantized coefficients are transferred via the de-quantizer to the IDCT. After the IDCT blocks with 8*8 samples are available again and the coded Y frame, the two coded U frame and the two coded V frames are reconstructed. [GW-LT 272749] |

**Exhibit 18  Page 930**

Philips MPEG Submission

| CLAIM LANGUAGE | The Full Motion System – A Philips contribution to ISO/JTC1/SC2/WG8/MPEG/Video [GW-LT272730-272772] Philips – J. Van der Meer 1989 |
|---|---|
| the coded [*change from one form of representation to another*] video signals comprise codes that describe deviations from approximated blocks [*predicted blocks*] and codes that describe deviations [*differences*] from interpolated blocks, comprising: | See., e.g.,<br><br>The coding of luminance and chrominance is based on blocks of 8*8 samples. [GW-LT 272736]<br><br>Block B' in frame n-1 is found by shifting the block with the original position of block B with an inter-frame vector (p,q). At the encoder an inter-frame vector is searched, to optimize the coding efficiency. The inter-frame vector is based on the interpolation vector (x,y); the interpolation vector is indicating the block displacement between frame n and frame n-1. The inter-frame vector however indicated displacement between frame n+1 and frame n-1. [GW-LT 272739]<br><br>In case of inter coding the difference between block B from frame n or frame n+1 with a block within frame n-1 is coded by means of a DCT, after filtering the block from frame n-1. [GW-LT 272741] |
| means for developing block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations | As shown by the quotes below, this reference discloses structures (including a decoder, inverse DCT, Adder, and Shift Circuit) for performing the function of developing block approximations from said codes that describe deviations from approximated blocks.<br><br>See., e.g.,<br><br>Block B' in frame n-1 is found by shifting the block with the original position of block B with an inter-frame vector (p,q). At the encoder an inter-frame vector is searched, to optimize the coding efficiency. The inter-frame vector is based on the interpolation vector (x,y); the interpolation vector is indicating the block displacement between frame n and frame n-1. The inter-frame vector however indicated displacement between frame n+1 and frame n-1. [GW-LT272739] |

Exhibit 18  Page 931

Philips MPEG Submission

| CLAIM LANGUAGE | The Full Motion System – A Philips contribution to ISO/JTC1/SC2/WG8/MPEG/Video [GW-LT272730-272772] Philips – J. Van der Meer 1989 |
|---|---|
| from approximated blocks.<br><br>Corresponding structure:  Decoder 22, DCT[1] 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | In case of inter coding the difference between block B from frame n or frame n+1 with a block within frame n-1 is coded by means of a DCT, after filtering the block from frame n-I. [GW-LT 272741]<br><br>After selecting the most appropriate mode, the 8*8 blocks with Y, U or V information are coded by means of the DCT.  The coefficients resulting from the DCT are coded with 12 bits in two's complement. [GW-LT272742]<br><br>After the DCT the coefficients resulting from the DCT are quantized.  For inter coded blocks the dc-coefficients are quantized by rounding to 5 bits; for other blocks the dc-coefficient is rounded to 9 bits.  The quantization of ac-coefficients is different for luminance and chrominance blocks and is depending on the mode of the coded block and on the range of the ac-coefficients within the block. [GW-LT 272742]<br><br>The quantized ac-coefficients however are stored after coding with a VLC table.  A two-dimensional VLC table is used for coding runlengths of zero's and the first non-zero ac-coefficient. [GW-LT 272744]<br><br>The block diagram of the luminance encoder is given in figure 15.  Assume the pair of frames to be coded is F2 and F3.  After motion estimation based on the original input frames, the interpolation vectors (x,y) for frame F2 and the inter-frame vectors (p,q) for inter coding of frame F3 are available.  For each 8*8 block the temporal interpolation error is calculated. [GW-LT 272744]<br><br>For inter coding the previous frame F1 is reconstructed in the same way as the decoder will reconstruct F1.  In the encoder therefore after the DCT and the quantizer, also an |

**Exhibit 18  Page 932**

Philips MPEG Submission

| CLAIM LANGUAGE | The Full Motion System – A Philips contribution to ISO/JTC1/SC2/WG8/MPEG/Video [GW-LT272730-272772] Philips – J. Van der Meer 1989 |
|---|---|
| | IDCT and a de-quantizer are required. The quantizer and de-quantizer are controlled from the buffer regulation. The quantized data is provided to the buffer after VLC coding. [GW-LT 272745] |
| | Within the decoder 4 functions are, distinguished; the data input controller, the image decoder, they image interpolator and the video generator. In the next sections these functions are described in detail. [GW-LT 272748] |
| | The image decoder gets its input data from the input buffer. First status information (block mode, NORM , NORM-U, CLASS, vectors and synchronization words) and de-coefficients are separated from the VLC data. By means of the VLC table, the quantized coefficients are recovered. Status information is used for control of the decoding. Quantized coefficients are transferred via the de-quantizer to the IDCT. After the IDCT blocks with 8*8 samples are available again and the coded Y frame, the two coded U frame and the two coded V frames are reconstructed. [GW-LT 272749] |
| means responsive to said block approximations *[the combinations of predicted blocks with differences between the actual blocks and the predicted blocks]* and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks. | As shown by the quotes below, this reference discloses structures (including a decoder, inverse DCT, Adder, Shift Circuits, and Averager) for performing the function of developing said interpolated blocks responsive to said block approximations and to said codes that describe deviations from interpolated blocks. |
| | See, e.g., |
| Function: The function is to develop said interpolated blocks responsive to said block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] | Before encoding a sequence the full motion algorithm considers whether it is possible to skip a luminance frame at the encoder and to reconstruct this skipped frame at the decoder by means of temporal interpolation and an interpolation vector (x,y). The temporal interpolation reconstructs a block B from the skipped fame by averaging two blocks, one from the previous frame and one from the next frame. The block from the previous frame is from the spatial position of block B shifted with vector (x,y) and the |

Exhibit 18  Page 933

Philips MPEG Submission

| CLAIM LANGUAGE | The Full Motion System – A Philips contribution to ISO/JTC1/SC2/WG8/MPEG/Video [GW-LT272730-272772]<br><br>Philips – J. Van der Meer<br>1989 |
|---|---|
| and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure: Decoder 25, DCT[1] 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | block from the next frame is from the spatial position of block B shifted with the opposite vector (x,y). [GW-LT 272738]<br><br>Block B' in frame n-1 is found by shifting the block with the original position of block B with an inter-frame vector (p,q). At the encoder an inter-frame vector is searched, to optimize the coding efficiency. The inter-frame vector is based on the interpolation vector (x,y); the interpolation vector is indicating the block displacement between frame n and frame n-1. The inter-frame vector however indicated displacement between frame n+1 and frame n-1. [GW-LT 272739]<br><br>In case of inter coding the difference between block B from frame n or frame n+1 with a block within frame n-1 is coded by means of a DCT, after filtering the block from frame n-I. [GW-LT 272741]<br><br>After selecting the most appropriate mode, the 8*8 blocks with Y, U or V information are coded by means of the DCT. The coefficients resulting from the DCT are coded with 12 bits in two's complement. [GW-LT 272742]<br><br>After the DCT the coefficients resulting from the DCT are quantized. For inter coded blocks the dc-coefficients are quantized by rounding to 5 bits; for other blocks the dc-coefficient is rounded to 9 bits. The quantization of ac-coefficients is different for luminance and chrominance blocks and is depending on the mode of the coded block and on the range of the ac-coefficients within the block. [GW-LT 272742]<br><br>The quantized ac-coefficients however are stored after coding with a VLC table. A two-dimensional VLC table is used for coding runlengths of zero's and the first non-zero ac-coefficient. [GW-LT 272744] |

**Exhibit 18  Page 934**

Philips MPEG Submission

| CLAIM LANGUAGE | The Full Motion System – A Philips contribution to ISO/JTC1/SC2/WG8/MPEG/Video [GW-LT272730-272772] Philips – J. Van der Meer 1989 |
|---|---|
| | The block diagram of the luminance encoder is given in figure 15. Assume the pair of frames to be coded is F2 and F3. After motion estimation based on the original input frames, the interpolation vectors (x,y) for frame F2 and the inter-frame vectors (p,q) for inter coding of frame F3 are available. For each 8*8 block the temporal interpolation error is calculated. [GW-LT 272744] |
| | For inter coding the previous frame F1 is reconstructed in the same way as the decoder will reconstruct F1. In the encoder therefore after the DCT and the quantizer, also an IDCT and a de-quantizer are required. The quantizer and de-quantizer are controlled from the buffer regulation. The quantized data is provided to the buffer after VLC coding. [GW-LT 272745] |
| | Within the decoder 4 functions are, distinguished; the data input controller, the image decoder, they image interpolator and the video generator. In the next sections these functions are described in detail. [GW-LT 272748] |
| | The image decoder gets its input data from the input buffer. First status information (block mode, NORM, NORM-U, CLASS, vectors and synchronization words) and dc-coefficients are separated from the VLC data. By means of the VLC table, the quantized coefficients are recovered. Status information is used for control of the decoding. Quantized coefficients are transferred via the de-quantizer to the IDCT. After the IDCT blocks with 8*8 samples are available again and the coded Y frame, the two coded U frame and the two coded V frames are reconstructed. [GW-LT 272749] |
| | The image interpolator reconstructs blocks of the luminance frame which are skipped |

Exhibit 18  Page 935

Philips MPEG Submission

| CLAIM LANGUAGE | The Full Motion System – A Philips contribution to ISO/JTC1/SC2/WG8/MPEG/Video [GW-LT 272730-272772] Philips – J. Van der Meer 1989 |
|---|---|
| | during encoding. [GW-LT 272749] |

1077281.doc

**Exhibit 18  Page 936**

Nagata, JP 1-163059

# EXHIBIT D

## TO THE EXPERT REPORT OF
# EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 937**

Nagata, JP 1-163059

| CLAIM LANGUAGE | Image signal frame interpolation encoding method and apparatus for the same<br>JP-A-3-29477 [Translation]<br>Nobuyasu TAKEGUCHI<br>Filed: June 26, 1989 (Feb. 7, 1991) |
|---|---|
| **Claim 12.** | |
| A circuit [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise successive frames [*one frame following another; consecutive frames*] and each frame includes a plurality of blocks [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where | See, e.g.,<br><br>"An image signal interframe interpolation decoding apparatus characterized by comprising<br><br>   a decoding circuit that inputs the transmitted output of the interframe interpolation encoding apparatus according to claim (2) and decodes the data of encoded frames,<br><br>   a frame memory that stores the decoded frames,<br><br>   an interpolation circuit that interpolates by the motion vectors in the case in which the motion vectors are transmitted and that causes holding of the output of the frame memory in the case in which the flag is transmitted, and<br><br>   a switching circuit that switches between the output of the frame memory and the output of the interpolation circuit and outputs an image signal." [2-3]<br><br><br>"A method that has been proposed to solve these problems is, for example as shown in FIG. 5, the method of determining a motion vector between frames that sandwich a frame to be interpolated, in units of pixels or units of blocks of an aggregate of pixels, performing compensation to obtain a correct motion vectors using these motion vectors as references, and performing frame interpolation (for example Japanese laid-open patent application publications JP-A-60-28392 and JP-A-62-213493)." [3]<br><br><br>"FIG. 2 is a block diagram of a frame interpolation decoding apparatus showing an embodiment of the present invention.  In FIG. 2, 21 is an input terminal, 22 is a separation circuit, 23 is a decoding circuit, 24 is a frame memory, 25 is a switching circuit, 26 is an interpolation circuit, and 27 is an output terminal." [6] |
| the coded [*change from one form of* | See, e.g., |

**Exhibit 18  Page 938**

Nagata, JP 1-163059

| CLAIM LANGUAGE | Image signal frame interpolation encoding method and apparatus for the same<br>JP-A-3-29477 [Translation]<br>Nobuyasu TAKEGUCHI<br>Filed: June 26, 1989 (Feb. 7, 1991) |
|---|---|
| *representation to another*] video signals comprise codes that describe deviations from approximated blocks [*predicted blocks*] and codes that describe deviations [*differences*] from interpolated blocks, comprising: | "An image signal interframe interpolation decoding apparatus characterized by comprising<br><br>    a decoding circuit that inputs the transmitted output of the interframe interpolation encoding apparatus according to claim (2) and decodes the data of encoded frames,<br><br>    a frame memory that stores the decoded frames,<br><br>    an interpolation circuit that interpolates by the motion vectors in the case in which the motion vectors are transmitted and that causes holding of the output of the frame memory in the case in which the flag is transmitted, and<br><br>    a switching circuit that switches between the output of the frame memory and the output of the interpolation circuit and outputs an image signal." [2-3]<br><br>"A method that has been proposed to solve these problems is, for example as shown in FIG. 5, the method of determining a motion vector between frames that sandwich a frame to be interpolated, in units of pixels or units of blocks of an aggregate of pixels, performing compensation to obtain a correct motion vectors using these motion vectors as references, and performing frame interpolation (for example Japanese laid-open patent application publications JP-A-60-28392 and JP-A-62-213493)." [3]<br><br>"The multiplexing circuit 15 multiplexes and transmits from the output terminal 20 the encoded data, the motion vectors, and the flag." [6]<br><br>"FIG. 2 is a block diagram of a frame interpolation decoding apparatus showing an embodiment of the present invention. In FIG. 2, 21 is an input terminal, 22 is a separation circuit, 23 is a decoding circuit, 24 is a frame memory, 25 is a switching circuit, 26 is an interpolation circuit, and 27 is an output terminal." [6] |

**Exhibit 18  Page 939**

Nagata, JP 1-163059

| CLAIM LANGUAGE | Image signal frame interpolation encoding method and apparatus for the same<br>JP-A-3-29477 [Translation]<br>Nobuyasu TAKEGUCHI<br>Filed: June 26, 1989 (Feb. 7, 1991) |
|---|---|
| | "The encoded data, motion vectors, and flag output from the output terminal 20 of FIG. 1 are supplied to the input terminal 21. These data are sent to the separation circuit 22 and are separated, the encoded data being supplied to the decoding circuit 23, and the motion vectors and flag being sent to the interpolation circuit 26." [6] |
| means for developing block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure: Decoder 22, DCT[1] 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | See, e.g.,<br>"An image signal interframe interpolation decoding apparatus characterized by comprising<br>    a decoding circuit that inputs the transmitted output of the interframe interpolation encoding apparatus according to claim (2) and decodes the data of encoded frames,<br>    a frame memory that stores the decoded frames,<br>    an interpolation circuit that interpolates by the motion vectors in the case in which the motion vectors are transmitted and that causes holding of the output of the frame memory in the case in which the flag is transmitted, and<br>    a switching circuit that switches between the output of the frame memory and the output of the interpolation circuit and outputs an image signal." [2-3]<br><br>"A method that has been proposed to solve these problems is, for example as shown in FIG. 5, the method of determining a motion vector between frames that sandwich a frame to be interpolated, in units of pixels or units of blocks of an aggregate of pixels, performing compensation to obtain a correct motion vectors using these motion vectors as references, and performing frame interpolation (for example Japanese laid-open patent application publications JP-A-60-28392 and JP-A-62-213493)." [3] |

**Exhibit 18  Page 940**

Nagata, JP 1-163059

| CLAIM LANGUAGE | Image signal frame interpolation encoding method and apparatus for the same JP-A-3-29477 [Translation] Nobuyasu TAKEGUCHI Filed: June 26, 1989 (Feb. 7, 1991) |
|---|---|
| | "At the decoding circuit 23, the encoded frames, that is, the frame A, frame B, frame C, and so on in FIG. 3, are decoded and sent to the frame memory 24." [6] |
| means responsive to said block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br>Function: The function is to develop said interpolated blocks responsive to said block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure:  Decoder 25, DCT[1] 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond | See, e.g.,<br>"An image signal interframe interpolation decoding apparatus characterized by comprising<br><br>    a decoding circuit that inputs the transmitted output of the interframe interpolation encoding apparatus according to claim (2) and decodes the data of encoded frames,<br><br>    a frame memory that stores the decoded frames,<br><br>    an interpolation circuit that interpolates by the motion vectors in the case in which the motion vectors are transmitted and that causes holding of the output of the frame memory in the case in which the flag is transmitted, and<br><br>    a switching circuit that switches between the output of the frame memory and the output of the interpolation circuit and outputs an image signal." [2-3]<br><br>"A method that has been proposed to solve these problems is, for example as shown in FIG. 5, the method of determining a motion vector between frames that sandwich a frame to be interpolated, in units of pixels or units of blocks of an aggregate of pixels, performing compensation to obtain a correct motion vectors using these motion vectors as references, and performing frame interpolation (for example Japanese laid-open patent application publications JP-A-60-28392 and JP-A-62-213493)." [3] |

Exhibit 18  Page 941

Nagata, JP 1-163059

| CLAIM LANGUAGE | Image signal frame interpolation encoding method and apparatus for the same<br>JP-A-3-29477 [Translation]<br>Nobuyasu TAKEGUCHI<br>Filed: June 26, 1989 (Feb. 7, 1991) |
|---|---|
| to these elements is at Col. 4, lines 38-50]). | "At this point, with the decoded frame A and the frame C stored in the frame memory 24, the motion vector between the frame A and the frame B are held in the interpolation circuit 26. The interpolation circuit 26 uses the motion vectors to reproduce the interpolated frame a′ from the frame A and the frame B." [6-7] |

1077234B.doc

Exhibit 18  Page 942

Nagata JP 1-169320

# EXHIBIT E

## TO THE EXPERT REPORT OF
## EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 943**

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| **Claim 12.** | |
| A circuit [any path that can carry electrical current] responsive to coded video signals where the video signals comprise successive frames [one frame following another; consecutive frames] and each frame includes a plurality of blocks [sets of pixels (picture elements also called pels) that constitute a portion of a frame] and where | See., e.g.,<br><br>"A moving image signal decoding apparatus characterized by comprising:<br>a receiving circuit that reproduces received frame codes, received motion vectors, and received compensated images from an input signal;<br>a frame decoding circuit that decodes the received frame codes and obtains reproduced frames;<br>a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames; and<br>a distortion compensation circuit that replaces a part of the reproduced interpolated frame with the reproduced compensated image,<br>wherein switching is done between the reproduced frames and the output of the distortion compensation circuit to obtain an output signal." [2]<br><br>"A moving image signal decoding apparatus characterized by comprising:<br>a receiving circuit that reproduces received frame codes, received motion vectors, and received interpolation distortion signals from an input signal;<br>a frame decoding circuit that decodes the received frame codes and obtains reproduced frames;<br>a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames; and<br>a distortion compensation circuit that adds the reproduced interpolation distortion signal to part of the reproduced interpolated frame,<br>wherein switching is done between the reproduced frames and the output of the distortion compensation circuit to obtain an output signal." [3] |

**Exhibit 18  Page 944**

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
| --- | --- |
| | "The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is a moving image signal decoding apparatus input, 208 is a receiving circuit, 203 is a frame decoding circuit, 209 is a motion vector detection circuit, 204 is a frame interpolation circuit, 206 is a switching circuit, and 207 is a moving image signal decoding apparatus output." [4]<br><br>"In order to solve the above-noted problems, a moving image signal encoding apparatus according to the present invention has a frame decimation circuit that extracts frames to be encoded from an input moving image signal at a prescribed interval, a frame encoding circuit that encodes the frames to be encoded and obtains frame codes, a motion vector detection circuit that determines a motion vector between the frames to be encoded, a frame interpolation circuit that uses the motion vector to synthesize an interpolated frame positioned between the interpolated frames, a distortion evaluation circuit that evaluates a distortion of the encoded frame, a compensated image selection circuit that selects and takes as a compensated image a part of a frame of the input moving image signal, and an output circuit that outputs the frame codes, the motion vectors, and the compensated images; and a moving image signal decoding apparatus according to the present invention has a receiving circuit that reproduces received frame codes, received motion vectors, and received compensated images from an input signal, a frame decoding circuit that decodes the received frame codes and obtains reproduced frames, a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames, and a distortion compensation circuit that replaces a part of a reproduced interpolated frame with a reproduced compensated image." [6] |

Exhibit 18  Page 945

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| | "The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is an input of the moving image signal decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 204 is a frame interpolation circuit, 205 is a distortion compensation circuit, 206 is a switching circuit, and 207 is an output of the moving image signal decoding apparatus." [7]<br><br>"The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is an input of the moving image signal decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 2031 is an adding circuit, 2032 is a frame memory, 204 is a frame interpolation circuit, 208 is an adding circuit, 209 is a switching circuit, and 207 is an output of the moving image signal decoding apparatus." [9] |
| the coded [change from one form of representation to another] video signals comprise codes that describe deviations from approximated blocks [predicted blocks] and codes that describe deviations [differences] from interpolated blocks, comprising: | See., e.g.,<br><br>"A moving image signal decoding apparatus characterized by comprising:<br>    a receiving circuit that reproduces received frame codes, received motion vectors, and received compensated images from an input signal;<br>    a frame decoding circuit that decodes the received frame codes and obtains reproduced frames;<br>    a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames; and<br>    a distortion compensation circuit that replaces a part of the reproduced interpolated frame with the reproduced compensated image,<br>    wherein switching is done between the reproduced frames and the output of the distortion compensation circuit to obtain an output signal." [2] |

Exhibit 18  Page 946

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| | "A moving image signal decoding apparatus characterized by comprising:<br>   a receiving circuit that reproduces received frame codes, received motion vectors, and received interpolation distortion signals from an input signal;<br>   a frame decoding circuit that decodes the received frame codes and obtains reproduced frames;<br>   a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames; and<br>   a distortion compensation circuit that adds the reproduced interpolation distortion signal to part of the reproduced interpolated frame,<br><br>   wherein switching is done between the reproduced frames and the output of the distortion compensation circuit to obtain an output signal." [3]<br><br><br>"The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is a moving image signal decoding apparatus input, 208 is a receiving circuit, 203 is a frame decoding circuit, 209 is a motion vector detection circuit, 204 is a frame interpolation circuit, 206 is a switching circuit, and 207 is a moving image signal decoding apparatus output." [4]<br><br><br>"The moving image signal decoding apparatus decodes the signal that is encoded by the moving image signal encoding apparatus and reproduces the moving image signal. The receiving circuit 208 reproduces the signal input to the moving image signal decoding apparatus input 201 and obtains the received frame codes. The received frame codes correspond to the frame codes in the moving image signal encoding apparatus. The frame decoding circuit 203 decodes the received codes and obtains reproduced frames." |

Exhibit 18  Page 947

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| | [5] |
| | "In order to solve the above-noted problems, a moving image signal encoding apparatus according to the present invention has a frame decimation circuit that extracts frames to be encoded from an input moving image signal at a prescribed interval, a frame encoding circuit that encodes the frames to be encoded and obtains frame codes, a motion vector detection circuit that determines a motion vector between the frames to be encoded, a frame interpolation circuit that uses the motion vector to synthesize an interpolated frame positioned between the interpolated frames, a distortion evaluation circuit that evaluates a distortion of the encoded frame, a compensated image selection circuit that selects and takes as a compensated image a part of a frame of the input moving image signal, and an output circuit that outputs the frame codes, the motion vectors, and the compensated images; and a moving image signal decoding apparatus according to the present invention has a receiving circuit that reproduces received frame codes, received motion vectors, and received compensated images from an input signal, a frame decoding circuit that decodes the received frame codes and obtains reproduced frames, a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames, and a distortion compensation circuit that replaces a part of a reproduced interpolated frame with a reproduced compensated image." [6] |
| | "The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is an input of the moving image signal decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 204 is a frame interpolation circuit, 205 is a distortion compensation circuit, 206 is a switching circuit, and 207 is an output of the moving image signal decoding apparatus." [7] |

Exhibit 18  Page 948

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
| --- | --- |
| | "The moving image signal decoding apparatus 2 decodes the moving image signal encoded by the moving image signal encoding apparatus 1 and reproduces the moving image signal. The signal obtained from a transmission path or recording medium or the like is input to the moving image signal decoding apparatus input 201. The receiving circuit 202 outputs the received frame codes at 2021, the received motion vectors at 2022, and the received compensated images at 2023. These correspond, respectively, to the frame codes, the motion vectors, and the compensated images in the moving image signal encoding apparatus 1. The frame decoding circuit 203 decodes the received frame codes and outputs the reproduced frames." [8]<br><br>"The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal. 201 is an input of the moving image signal decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 2031 is an adding circuit, 2032 is a frame memory, 204 is a frame interpolation circuit, 208 is an adding circuit, 209 is a frame memory, 206 is a switching circuit, and 207 is an output of the moving image signal decoding apparatus." [9]<br><br>"The moving image signal decoding apparatus 2 decodes and reproduces a moving image signal that is encoded by the moving image encoding apparatus 1. The signal obtained from a transmission path or recording medium or the like is input to the moving image signal decoding apparatus input 201. The receiving circuit 202 outputs the received frame codes at 2021, the received motion vectors at 2022, the received compensated images at 2023 and the received interpolation distortion signal coordinates at 2024. These correspond, respectively, to the frame codes, the motion vectors, the |

Exhibit 18  Page 949

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus JP-A-3-34691 [Translation] Atsushi NAGATA Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| | interpolation distortion signals, and the interpolation distortion signal coordinates in the moving image signal encoding apparatus 1. The frame decoding circuit 203 decodes the received frame codes and outputs the reproduced frames." [11] |
| means for developing block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing block approximations the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure: Decoder 22, DCT⁻¹ 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (See Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | See., e.g.,<br><br>"A moving image signal decoding apparatus characterized by comprising:<br>  a receiving circuit that reproduces received frame codes, received motion vectors, and received compensated images from an input signal;<br>  a frame decoding circuit that decodes the received frame codes and obtains reproduced frames;<br>  a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames; and<br>  a distortion compensation circuit that replaces a part of the reproduced interpolated frame with the reproduced compensated image,<br>  wherein switching is done between the reproduced frames and the output of the distortion compensation circuit to obtain an output signal." [2]<br><br>"A moving image signal decoding apparatus characterized by comprising:<br>  a receiving circuit that reproduces received frame codes, received motion vectors, and received interpolation distortion signals from an input signal;<br>  a frame decoding circuit that decodes the received frame codes and obtains reproduced frames;<br>  a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames; and |

**Exhibit 18  Page 950**

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus JP-A-3-34691 [Translation] Atsushi NAGATA Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| | a distortion compensation circuit that adds the reproduced interpolation distortion signal to part of the reproduced interpolated frame, |
| | wherein switching is done between the reproduced frames and the output of the distortion compensation circuit to obtain an output signal." [3] |
| | "The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is a moving image signal decoding apparatus input, 208 is a receiving circuit, 203 is a frame decoding circuit, 209 is a motion vector detection circuit, 204 is a frame interpolation circuit, 206 is a switching circuit, and 207 is a moving image signal decoding apparatus output." [4] |
| | "The moving image signal decoding apparatus decodes the signal that is encoded by the moving image signal encoding apparatus and reproduces the moving image signal. The receiving circuit 208 reproduces the signal input to the moving image signal decoding apparatus input 201 and obtains the received frame codes. The received frame codes correspond to the frame codes in the moving image signal encoding apparatus. The frame decoding circuit 203 decodes the received codes and obtains reproduced frames." [5] |
| | "In order to solve the above-noted problems, a moving image signal encoding apparatus according to the present invention has a frame decimation circuit that extracts frames to be encoded from an input moving image signal at a prescribed interval, a frame encoding circuit that encodes the frames to be encoded and obtains frame codes, a motion vector detection circuit that determines a motion vector between the frames to be |

Exhibit 18  Page 951

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| | encoded, a frame interpolation circuit that uses the motion vector to synthesize an interpolated frame positioned between the interpolated frames, a distortion evaluation circuit that evaluates a distortion of the encoded frame, a compensated image selection circuit that selects and takes as a compensated image a part of a frame of the input moving image signal, and an output circuit that outputs the frame codes, the motion vectors, and the compensated images; and a moving image signal decoding apparatus according to the present invention has a receiving circuit that reproduces received frame codes, received motion vectors, and received compensated images from an input signal, a frame decoding circuit that decodes the received frame codes and obtains reproduced frames, a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames, and a distortion compensation circuit that replaces a part of a reproduced interpolated frame with a reproduced compensated image." [6]

"The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is an input of the moving image signal decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 204 is a frame interpolation circuit, 205 is a distortion compensation circuit, 206 is a switching circuit, and 207 is an output of the moving image signal decoding apparatus." [7]

"The moving image signal decoding apparatus 2 decodes the moving image signal encoded by the moving image signal encoding apparatus 1 and reproduces the moving image signal. The signal obtained from a transmission path or recording medium or the like is input to the moving image signal decoding apparatus input 201. The receiving circuit 202 outputs the received frame codes at 2021, the received motion vectors at 2022, and the received compensated images at 2023. These correspond, respectively, to the frame codes, the motion vectors, and the compensated images in the moving image |

Exhibit 18  Page 952

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| | signal encoding apparatus 1. The frame decoding circuit 203 decodes the received frame codes and outputs the reproduced frames." [8]<br><br>"The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is an input of the moving image signal decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 231 is an adding circuit, 2032 is a frame memory, 204 is a frame interpolation circuit, 208 is an adding circuit, 209 is a frame memory, 206 is a switching circuit, and 207 is an output of the moving image signal decoding apparatus." [9]<br><br>"The moving image signal decoding apparatus 2 decodes and reproduces a moving image signal that is encoded by the moving image encoding apparatus 1. The signal obtained from a transmission path or recording medium or the like is input to the moving image signal decoding apparatus input 201. The receiving circuit 202 outputs the received frame codes at 2021, the received motion vectors at 2022, the received compensated images at 2023 and the received interpolation distortion signal coordinates at 2024. These correspond, respectively, to the frame codes, the motion vectors, the interpolation distortion signals, and the interpolation distortion signal coordinates in the moving image signal encoding apparatus 1. The frame decoding circuit 203 decodes the received frame codes and outputs the reproduced frames." [11] |
| means responsive to said block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] | See., e.g.,<br><br>"A moving image signal decoding apparatus characterized by comprising:<br>a receiving circuit that reproduces received frame codes, received motion |

Exhibit 18  Page 953

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br>Function: The function is to develop said interpolated blocks responsive to said block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure: Decoder 25, DCT[1] 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (See Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | vectors, and received compensated images from an input signal;<br>    a frame decoding circuit that decodes the received frame codes and obtains reproduced frames;<br>    a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames; and<br>    a distortion compensation circuit that replaces a part of the reproduced interpolated frame with the reproduced compensated image,<br>    wherein switching is done between the reproduced frames and the output of the distortion compensation circuit to obtain an output signal." [2]<br><br>"A moving image signal decoding apparatus characterized by comprising:<br>    a receiving circuit that reproduces received frame codes, received motion vectors, and received interpolation distortion signals from an input signal;<br>    a frame decoding circuit that decodes the received frame codes and obtains reproduced frames;<br>    a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames; and<br>    a distortion compensation circuit that adds the reproduced interpolation distortion signal to part of the reproduced interpolated frame,<br>    wherein switching is done between the reproduced frames and the output of the distortion compensation circuit to obtain an output signal." [3]<br><br>"The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is a moving image signal decoding apparatus input, 208 is a receiving circuit, 203 is a frame decoding circuit, 209 is a motion vector detection circuit, 204 is a frame interpolation circuit, 206 is a switching circuit, and 207 is a |

Exhibit 18  Page 954

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| | moving image signal decoding apparatus output." [4] |
| | "The motion vector detection circuit 209 determines the motion vectors between reproduced frames. The frame interpolation circuit 204 synthesizes frames positioned between reproduced frames, using the motion vectors." |
| | "In order to solve the above-noted problems, a moving image signal encoding apparatus according to the present invention has a frame decimation circuit that extracts frames to be encoded from an input moving image signal at a prescribed interval, a frame encoding circuit that encodes the frames to be encoded and obtains frame codes, a motion vector detection circuit that determines a motion vector between the frames to be encoded, a frame interpolation circuit that uses the motion vector to synthesize an interpolated frame positioned between the interpolated frames, a distortion evaluation circuit that evaluates a distortion of the encoded frame, a compensated image selection circuit that selects and takes as a compensated image a part of a frame of the input moving image signal, and an output circuit that outputs the frame codes, the motion vectors, and the compensated images; and a moving image signal decoding apparatus according to the present invention has a receiving circuit that reproduces received frame codes, received motion vectors, and received compensated images from an input signal, a frame decoding circuit that decodes the received frame codes and obtains reproduced frames, a frame interpolation circuit that uses the received motion vectors to synthesize reproduced interpolated frames positioned between the reproduced frames, and a distortion compensation circuit that replaces a part of a reproduced interpolated frame with a reproduced compensated image." [6] |

Exhibit 18  Page 955

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus |
| --- | --- |
| | **JP-A-3-3469l [Translation]** |
| | **Atsushi NAGATA** |
| | **Filed: June 29, 1989 (Feb. 14, 1991)** |
| | "The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is an input of the moving image signal decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 204 is a frame interpolation circuit, 205 is a distortion compensation circuit, 206 is a switching circuit, and 207 is an output of the moving image signal decoding apparatus." [7] |
| | "The frame interpolation circuit 204 synthesizes interpolated frames that are positioned between the reproduced frames. This condition is shown in FIG. 2(c). A' and C' are reproduced frames, and Bi' and Di' are interpolated frames that are synthesized by the frame interpolation circuit 204. When the reproduced frames A' and C' are output from the frame decoding circuit, and the motion vector $V_{AC}$ between the encoded frames A and C is output from the receiving circuit, the frame interpolation circuit synthesizes and outputs the interpolated frame Bi'. The distortion compensation circuit replaces a part of the interpolated frame with a received compensated image. The position of the frame Bi' that is replaced by the received compensated image is the position that is the same as the compensated image that is extracted from the frame B of the input moving image signal by the compensated image selection circuit in the moving image signal encoding apparatus." [8] |
| | "At the moving image signal decoding apparatus, after synthesizing the interpolated frames, the received compensated images are used to replace parts of the interpolated frames, so as to replace parts of the interpolated frames having large distortion with compensated images, thereby enabling reduction of the distortion of the interpolated frames." [9] |

**Exhibit 18  Page 956**

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| | "The reference numeral 2 is a moving image signal decoding apparatus that reproduces a moving image signal, 201 is an input of the moving image signal decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 2031 is an adding circuit, 2032 is a frame memory, 204 is a frame interpolation circuit, 208 is an adding circuit, 209 is a frame memory, 206 is a switching circuit, and 207 is an output of the moving image signal decoding apparatus." [9] |
| | "The frame interpolation circuit 204 synthesizes interpolated frames that are positioned between the reproduced frames." [11] |
| | "This condition is shown in FIG. 2(c). … A' and C' are reproduced frames, and Bi' and Di' are reproduced interpolated frames that are synthesized by the frame interpolation circuit 204. When the reproduced frames A' and C' are output from the frame decoding circuit, and the motion vector $V_{AC}$ between the encoded frames A and C is output from the receiving circuit, the frame interpolation circuit synthesizes and outputs the reproduced interpolated frame Bi'. After that, the reproduced interpolated frame Bi' is input to the distortion compensation circuit 208. The frame memory 209 stores the received interpolation distortion signal at a position indicated by the received interpolation distortion signal coordinates. The distortion compensation circuit 208 adds the value of the frame memory 209 to the reproduced interpolated frame." [11] |
| | "The difference in the second embodiment with respect to the first embodiment is the transmitting of the distortion value for a region having a large distortion in an interpolated frame synthesized by the moving image signal encoding apparatus. By doing this, it is possible to reduce the amount of information compared with outputting the input moving image signal. Also, in the second embodiment, motion-compensated |

Exhibit 18  Page 957

Nagata JP 1-169320

| CLAIM LANGUAGE | Moving image signal frame encoding apparatus and decoding apparatus<br>JP-A-3-34691 [Translation]<br>Atsushi NAGATA<br>Filed: June 29, 1989 (Feb. 14, 1991) |
|---|---|
| | interframe encoding system is used in the frame encoding circuit.  By doing this, because a reproduced frame is obtained by a local decoder, the interpolated frames synthesized respectively by the encoding apparatus and the decoding apparatus are equal, and it is possible to accurately evaluate the distortion of a reproduced interpolated frame at the encoding apparatus, thereby providing the superior effect of enabling determination of a more appropriate selected region." [11-12] |

10772349.doc

Exhibit 18  Page 958

Nagata JP 1-118024

# EXHIBIT F

## TO THE EXPERT REPORT OF
## EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 959**

Nagata JP 1-118024

| CLAIM LANGUAGE | Moving image signal transmission apparatus JP-A-2-296479 [Translation] Atsushi NAGATA, Kenichi TAKAHASHI Filed: May 11, 1989 (Dec. 7, 1990) |
|---|---|
| **Claim 12.** | |
| A circuit [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise successive frames [*one frame following another; consecutive frames*] and each frame includes a plurality of blocks [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where | See, e.g.,<br><br>"A moving image signal transmission apparatus characterized by comprising:<br><br>a moving image encoding apparatus that encodes and outputs a moving image signal, having:<br><br>a frame decimation circuit that extracts frames to be encoded from an input moving image signal at a prescribed interval,<br><br>a frame encoding circuit that obtains frame codes by encoding the frames to be encoded,<br><br>a motion vector detection circuit that determines a motion vector between frames from the input moving image signal, and<br><br>an output circuit that outputs the frame codes and the motion vectors; and<br><br>a moving image decoding apparatus that reproduces a moving image signal, having:<br><br>a receiving circuit that receives the frame codes and the motion vectors,<br><br>a frame decoding circuit that obtains reproduced frames by decoding the frame codes, and<br><br>a frame interpolation circuit that interpolates frames between the reproduced frames, the frame interpolation circuit performing interpolation by motion vectors determined by the motion vector detection circuit." [2-3]<br><br>"The frame encoding circuit 103 performs encoding of the frames to be encoded and outputting of the frame codes. The frame codes are adjusted to a form for the transmission path by the output circuit 105, and are output to the transmission path from the output 106 of the moving image encoding apparatus. The frame codes of the signal input to the input 201 of the moving image decoding apparatus are extracted by the receiving circuit 202. The frame decoding circuit 203 decodes the frame codes and outputs the reproduced frames. The motion vector detection circuit 206 determines the motion vectors between reproduced frames. The frame interpolation circuit 204 uses |

**Exhibit 18  Page 960**

Nagata JP 1-118024

| CLAIM LANGUAGE | Moving image signal transmission apparatus JP-A-2-296479 [Translation] Atsushi NAGATA, Kenichi TAKAHASHI Filed: May 11, 1989 (Dec. 7, 1990) |
|---|---|
| | the motion vectors determined by the motion vector detection circuit 206 to interpolate frames between the reproduced frames. In this case, the frames that are interpolated are called interpolated frames. The reproduced frames and the interpolated frames are output from the output 205 of the moving image decoding apparatus. This signal is the reproduced moving image signal." [3]<br><br>"Reference numeral 2 is a moving image signal decoding apparatus for reproducing a moving image signal, 201 is an input to the moving image decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 204 is a frame interpolation circuit, and 205 is an output from the moving image decoding apparatus." [5] |
| the coded [change from one form of representation to another] video signals comprise codes that describe deviations from approximated blocks [predicted blocks] and codes that describe deviations [differences] from interpolated blocks, comprising: | See, e.g.,<br>"A moving image signal transmission apparatus characterized by comprising:<br>   a moving image encoding apparatus that encodes and outputs a moving image signal, having:<br>      a frame decimation circuit that extracts frames to be encoded from an input moving image signal at a prescribed interval,<br>      a frame encoding circuit that obtains frame codes by encoding the frames to be encoded,<br>      a motion vector detection circuit that determines a motion vector between frames from the input moving image signal, and<br>      an output circuit that outputs the frame codes and the motion vectors; and<br>   a moving image decoding apparatus that reproduces a moving image signal, having:<br>      a receiving circuit that receives the frame codes and the motion vectors,<br>      a frame decoding circuit that obtains reproduced frames by decoding the frame codes, and<br>      a frame interpolation circuit that interpolates frames between the reproduced frames, the frame interpolation circuit performing interpolation by motion |

Exhibit 18  Page 961

Nagata JP 1-118024

| CLAIM LANGUAGE | Moving image signal transmission apparatus JP-A-2-296479 [Translation]<br>Atsushi NAGATA, Kenichi TAKAHASHI<br>Filed: May 11, 1989 (Dec. 7, 1990) |
|---|---|
| | vectors determined by the motion vector detection circuit." [2-3] |
| | "The frame encoding circuit 103 performs encoding of the frames to be encoded and outputting of the frame codes. The frame codes are adjusted to a form for the transmission path by the output circuit 105, and are output to the transmission path from the output 106 of the moving image encoding apparatus. The frame codes of the signal input to the input 201 of the moving image decoding apparatus are extracted by the receiving circuit 202. The frame decoding circuit 203 decodes the frame codes and outputs the reproduced frames. The motion vector detection circuit 206 determines the motion vectors between reproduced frames. The frame interpolation circuit 204 uses the motion vectors determined by the motion vector detection circuit 206 to interpolate frames between the reproduced frames. In this case, the frames that are interpolated are called interpolated frames. The reproduced frames and the interpolated frames are output from the output 205 of the moving image decoding apparatus. This signal is the reproduced moving image signal." [3]<br><br>"Reference numeral 2 is a moving image signal decoding apparatus for reproducing a moving image signal, 201 is an input to the moving image decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 204 is a frame interpolation circuit, and 205 is an output from the moving image decoding apparatus." [5] |
| means for developing block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] *from said codes that describe deviations* | See, e.g.,<br>"A moving image signal transmission apparatus characterized by comprising:<br>a moving image encoding apparatus that encodes and outputs a moving image signal, having:<br>a frame decimation circuit that extracts frames to be encoded from an |

Exhibit 18  Page 962

Nagata JP 1-118024

| CLAIM LANGUAGE | Moving image signal transmission apparatus JP-A-2-296479 [Translation] Atsushi NAGATA, Kenichi TAKAHASHI Filed: May 11, 1989 (Dec. 7, 1990) |
|---|---|
| from approximated blocks; and<br><br>Function: The function is developing block approximations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure: Decoder 22, DCT[1] 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (See Fig. 2; Col. 4, lines 3–10, 26–32, Col. 4, line 63 to Col. 5, line 7). | input moving image signal at a prescribed interval,<br>     a frame encoding circuit that obtains frame codes by encoding the frames to be encoded,<br>     a motion vector detection circuit that determines a motion vector between frames from the input moving image signal, and<br>     an output circuit that outputs the frame codes and the motion vectors; and<br>     a moving image decoding apparatus that reproduces a moving image signal, having:<br>     a receiving circuit that receives the frame codes and the motion vectors,<br>     a frame decoding circuit that obtains reproduced frames by decoding the frame codes, and<br>     a frame interpolation circuit that interpolates frames between the reproduced frames, the frame interpolation circuit performing interpolation by motion vectors determined by the motion vector detection circuit." [2-3]<br><br>"The frame encoding circuit 103 performs encoding of the frames to be encoded and outputting of the frame codes. The frame codes are adjusted to a form for the transmission path by the output circuit 105, and are output to the transmission path from the output 106 of the moving image encoding apparatus. The frame codes of the signal input to the input 201 of the moving image decoding apparatus are extracted by the receiving circuit 202. The frame decoding circuit 203 decodes the frame codes and outputs the reproduced frames. The motion vector detection circuit 206 determines the motion vectors between reproduced frames. The frame interpolation circuit 204 uses the motion vectors determined by the motion vector detection circuit 206 to interpolate frames between the reproduced frames. In this case, the frames that are interpolated are called interpolated frames. The reproduced frames and the interpolated frames are output from the output 205 of the moving image decoding apparatus. This signal is the reproduced moving image signal." [3] |

Exhibit 18  Page 963

Nagata JP 1-118024

| CLAIM LANGUAGE | Moving image signal transmission apparatus JP-A-2-296479 [Translation]<br>Atsushi NAGATA, Kenichi TAKAHASHI<br>Filed: May 11, 1989 (Dec. 7, 1990) |
|---|---|
| | "Reference numeral 2 is a moving image signal decoding apparatus for reproducing a moving image signal, 201 is an input to the moving image decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 204 is a frame interpolation circuit, and 205 is an output from the moving image decoding apparatus." [5]<br><br>"The frame codes and movement vectors of the signal input to the input 201 of the moving image decoding apparatus are extracted by the receiving circuit 202. The frame decoding circuit 203 decodes the frame codes and outputs the reproduced frame." [5] |
| means responsive to said block approximations *[the combinations of predicted blocks with differences between the actual blocks and the predicted blocks]* and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br>Function: The function is to develop said interpolated blocks responsive to said block approximations *[the combinations of predicted blocks with differences between the actual blocks and the predicted blocks]* and to said codes that describe deviations from interpolated blocks. | See, e.g.,<br>"A moving image signal transmission apparatus characterized by comprising:<br>    a moving image encoding apparatus that encodes and outputs a moving image signal, having:<br>        a frame decimation circuit that extracts frames to be encoded from an input moving image signal at a prescribed interval,<br>        a frame encoding circuit that obtains frame codes by encoding the frames to be encoded,<br>        a motion vector detection circuit that determines a motion vector between frames from the input moving image signal, and<br>        an output circuit that outputs the frame codes and the motion vectors; and<br>    a moving image decoding apparatus that reproduces a moving image signal, having:<br>        a receiving circuit that receives the frame codes and the motion vectors,<br>        a frame decoding circuit that obtains reproduced frames by decoding the frame codes, and |

Exhibit 18  Page 964

Nagata JP 1-118024

| CLAIM LANGUAGE | Moving image signal transmission apparatus JP-A-2-296479 [Translation]<br>Atsushi NAGATA, Kenichi TAKAHASHI<br>Filed: May 11, 1989 (Dec. 7, 1990) |
|---|---|
| Corresponding structure:  Decoder 25, DCT[1] 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63–65; Col. 5, lines 7–23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38–50]). | a frame interpolation circuit that interpolates frames between the reproduced frames, the frame interpolation circuit performing interpolation by motion vectors determined by the motion vector detection circuit." [2-3]<br><br>"The frame encoding circuit 103 performs encoding of the frames to be encoded and outputting of the frame codes. The frame codes are adjusted to a form for the transmission path by the output circuit 105, and are output to the transmission path from the output 106 of the moving image encoding apparatus.  The frame codes of the signal input to the input 201 of the moving image decoding apparatus are extracted by the receiving circuit 202.  The frame decoding circuit 203 decodes the frame codes and outputs the reproduced frames.  The motion vector detection circuit 206 determines the motion vectors between reproduced frames.  The frame interpolation circuit 204 uses the motion vectors determined by the motion vector detection circuit 206 to interpolate frames between the reproduced frames.  In this case, the frames that are interpolated are called interpolated frames.  The reproduced frames and the interpolated frames are output from the output 205 of the moving image decoding apparatus.  This signal is the reproduced moving image signal." [3]<br><br><br>"Reference numeral 2 is a moving image signal decoding apparatus for reproducing a moving image signal, 201 is an input to the moving image decoding apparatus, 202 is a receiving circuit, 203 is a frame decoding circuit, 204 is a frame interpolation circuit, and 205 is an output from the moving image decoding apparatus." [5]<br><br><br>"The frame interpolation circuit 204 uses the input motion vectors to interpolate frames between reproduced frames.  These frames that are interpolated are called interpolated frames." [5] |

Exhibit 18  Page 965

Nagata JP 1-118024

| CLAIM LANGUAGE | Moving image signal transmission apparatus JP-A-2-296479 [Translation]<br>Atsushi NAGATA, Kenichi TAKAHASHI<br>Filed: May 11, 1989 (Dec. 7, 1990) |
|---|---|
| | "Frames a and b are reproduced frames, and frames a' and b' are interpolated frames interpolated by the frame interpolation circuit 204. The operation of interpolating the frame a' between the frames a and b is described using FIG. 5. To determine the pixel $P_2$ of the frame a', the motion vector $V_3$ passing through $P_3$, which is obtained from the receiving circuit 201, is used. By using the pixel $P_3$ in the frame b or the pixel $P_1$ in the frame a as the value of $P_2$, the interpolation in the frame a' is performed. Also, if the pixel $P_2$ is determined from both the pixels $P_1$ and $P_3$ by a linear calculation, it is possible to perform a further improved interpolation." [6] |

10772350.doc

**Exhibit 18  Page 966**

Roos and Viergever

# EXHIBIT G

## TO THE EXPERT REPORT OF
## EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 967**

Roos and Viergever

| CLAIM LANGUAGE | INTERFRAME VS. INTRAFRAME COMPRESSION OF IMAGE SEQUENCES<br>PAUL ROOS & MAX A VIERGEVER<br>1989 |
|---|---|
| **Claim 12.** | |
| A circuit [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise successive frames [*one frame following another; consecutive frames*] and each frame includes a plurality of blocks [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where | See, e.g.,<br><br>"Figure 1 In motion compensated extrapolation for each pixel or block of pixels 11 displacement vector is obtained which, when applied to the frame at time t-l, estimates a pixel or block of pixels in the frame at time t." [GW-LT 265181]<br><br><br><br>[GW-LT 265181]<br><br>"The block displacement vectors need to be stored additionally, since the image I(x, t) itself is not available In the reconstruction. This amount of overload is controlled by the |

**Exhibit 18  Page 968**

Roos and Viergever

| CLAIM LANGUAGE | INTERFRAME VS. INTRAFRAME COMPRESSION OF IMAGE SEQUENCES<br>PAUL ROOS & MAX A VIERGEVER<br>1989 |
|---|---|
| | number of blocks In which the image is subdivided. A large number of blocks will increase the accuracy of the estimate at the cost of more overload. The size of the (overlapping or non overlapping) blocks influences the globality. For large block sizes a global estimate is obtained. The blocks can not be made arbitrary small when using the DSC criterion: little or no information is obtained from just a few sign changes." [GW-LT 265181] |
| the coded [*change from one form of representation to another*] video signals [*predicted blocks*] and codes that describe deviations [*differences*] from interpolated blocks, comprising: | See, e.g.,<br><br>Reversible image data compression is divided in two consecutive steps: decorrelation and coding. The image decorrelation aims to reduce the redundancy within the image or within the images. The thus obtained energy compaction is exploited by a variable length coder, e.g. Huffman or Lempel Ziv coding [1,2].<br><br>In a previous study on reversible intraframe decorrelation methods, Hierarchical Interpolation (HINT) stood out as the most efficient method of decorrelation [3]. It is the goal of this paper to investigate whether interframe decorrelation of image sequences allows for a more efficient representation than intraframe decorrelation. To this end we consider two classes of decorrelation methods, viz. extrapolation and interpolation. In addition, we examine whether preprocessing of the image sequences by motion compensating techniques is advantageous. Here again, two classes of methods are discussed, viz. recursive motion compensation and block motion compensation. Reviews on motion compensated image coding have been presented by Musmann[4] and Jain[5]. |

Exhibit 18  Page 969

Roos and Viergever

| CLAIM LANGUAGE | INTERFRAME VS. INTRAFRAME COMPRESSION OF IMAGE SEQUENCES PAUL ROOS & MAX A VIERGEVER 1989 |
| --- | --- |
| | [GW-LT 265179]<br><br>In recursive motion estimation the assumption is made that for each pixel there is a $D = (dx, dy)^T$ such that<br><br>$$I(\underline{x}, t) = I(\underline{x} - \underline{D}, t-1) \qquad t = 0, 1, 2, \ldots \qquad (5)$$<br><br>see also Fig.1. For each pixel, an estimate of $\underline{D}$, denoted by $\hat{\underline{D}}$, is obtained by minimizing the Displaced Frame Difference (DFD) in some sense. The DFD is defined by<br><br>$$DFD(\underline{x}, \hat{\underline{D}}) = I(\underline{x}, t) - I(\underline{x} - \hat{\underline{D}}, t-1). \qquad (6)$$<br><br>Netravali and Robbins [4] have proposed a gradient method, which aims at minimizing the squared value of the displaced frame difference iteratively:<br><br>$$\hat{\underline{D}}_{i+1} = \hat{\underline{D}}_i - \frac{1}{2} \epsilon \nabla_{\hat{\underline{D}}_i} \left[ DFD(\underline{x}, \hat{\underline{D}}_i) \right]^2. \qquad (7)$$<br><br>where $\epsilon$ is some constant. The choice of $\epsilon$ influences both the rate of convergence and the stability [?]. Since we are interested in the efficiency of the method rather than in computational speed we have used a small $\epsilon$.<br><br>Eq.(7) can be simplified to<br><br>$$\hat{\underline{D}}_{i+1} = \hat{\underline{D}}_i - \epsilon DFD(\underline{x}, \hat{\underline{D}}_i) \cdot \nabla_{\underline{x}} \left[ I(\underline{x} - \hat{\underline{D}}_i, t-1) \right]. \qquad (8)$$<br><br>[GW-LT 265180]<br><br>"In order to make this motion registration scheme reversible, the prediction error has to be coded together with the displacement vector D." [GW-LT 265180] |

Exhibit 18  Page 970

Roos and Viergever

| CLAIM LANGUAGE | INTERFRAME VS. INTRAFRAME COMPRESSION OF IMAGE SEQUENCES PAUL ROOS & MAX A VIERGEVER 1989 |
|---|---|
| | By bilinear interpolation of the block displacement vectors a complete vector field is obtained i.e. for each pixel a displacement vector is calculated such that $I(\underline{x}-\hat{D},t-1)$ is an estimate of $I(\underline{x},t)$. Analogously to recursive motion field extrapolation, a difference image as defined in eq.(12) is calculated.<br><br>[GW-LT 265181]<br><br>As in extrapolated block matching, a complete displacement vector field is obtained by bilinear interpolation such that every pixel in $I(\underline{x},t)$ is estimated from $I(\underline{x}-\hat{D},t-1)$ and $I(\underline{x}+\hat{D},t+1)$. The difference image to be coded is given by eq.(18). Note that the estimate of $I(\underline{x},t)$ is based only on the images $I(\underline{x},t-1)$ and $I(\underline{x},t+1)$. Consequently the block displacement vectors do not have to be stored additionally (in contradistinction to extrapolation). In the reconstruction the original displacement vector field is recalculated and $I(\underline{x},t)$ is obtained by<br><br>$$I(\underline{x},t)=E(\underline{x},\hat{D},t)+$$<br><br>$$NINT\left[\frac{1}{2}\left|I(\underline{x}-\hat{D},t-1)+I(\underline{x}+\hat{D},t+1)\right|\right]. \qquad (22)$$<br><br>[GW-LT 265181] |
| means for developing block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] | See, e.g., |

Exhibit 18  Page 971

Roos and Viergever

| CLAIM LANGUAGE | INTERFRAME VS. INTRAFRAME COMPRESSION OF IMAGE SEQUENCES PAUL ROOS & MAX A VIERGEVER 1989 |
|---|---|
| from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure: Decoder 22, DCT[1] 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (See Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | Reversible image data compression is divided in two consecutive steps: decorrelation and coding. The image decorrelation aims to reduce the redundancy within the image or within the images. The thus obtained energy compaction is exploited by a variable length coder, e.g. Huffman or Lempel Ziv coding[12].<br><br>In a previous study on reversible intraframe decorrelation methods, Hierarchical Interpolation (HINT) stood out as the most efficient method of decorrelation[1]. It is the goal of this paper to investigate whether interframe decorrelation of image sequences allows for a more efficient representation than intraframe decorrelation. To this end we consider two classes of decorrelation methods, viz. extrapolation and interpolation. In addition, we examine whether preprocessing of the image sequences by motion compensating techniques is advantageous. Here again, two classes of methods are discussed, viz. recursive motion compensation and block motion compensation. Reviews on motion compensated image coding have been presented by Mussman[4] and Jain[5].<br><br>[GW-LT 265179] |

Exhibit 18  Page 972

Roos and Viergever

| CLAIM LANGUAGE | INTERFRAME VS. INTRAFRAME COMPRESSION OF IMAGE SEQUENCES PAUL ROOS & MAX A VIERGEVER 1989 |
|---|---|
| | In recursive motion estimation the assumption is made that for each pixel there is a $\underline{D}=(dx,dy)^T$ such that |
| | $$I(\underline{x},t) = I(\underline{x}-\underline{D},t-1) \quad t=0,1,2,\ldots \quad (5)$$ |
| | see also Fig.1. For each pixel, an estimate of $\underline{D}$, denoted by $\hat{\underline{D}}$, is obtained by minimizing the Displaced Frame Difference ($DFD$) in some sense. The DFD is defined by |
| | $$DFD(\underline{x},\hat{\underline{D}}) = I(\underline{x},t) - I(\underline{x}-\hat{\underline{D}},t-1). \quad (6)$$ |
| | Netravali and Robbins[4] have proposed a gradient method, which aims at minimizing the squared value of the displaced frame difference iteratively: |
| | $$\hat{\underline{D}}_{i+1} = \hat{\underline{D}}_i - \frac{1}{2}\,\epsilon\,\nabla_{\hat{\underline{D}}_i}\left|DFD(\underline{x},\hat{\underline{D}}_i)\right|^2. \quad (7)$$ |
| | where $\epsilon$ is some constant. The choice of $\epsilon$ influences both the rate of convergence and the stability[7]. Since we are interested in the efficiency of the method rather than in computational speed we have used a small $\epsilon$. |
| | Eq.(7) can be simplified to |
| | $$\hat{\underline{D}}_{i+1} = \hat{\underline{D}}_i - \epsilon\,DFD(\underline{x},\hat{\underline{D}}_i)\cdot\nabla_{\underline{x}}\left[I(\underline{x}-\hat{\underline{D}}_i,t-1)\right]. \quad (8)$$ |
| | [GW-LT 265180] |
| | "In order to make this motion registration scheme reversible, the prediction error has to be coded together with the displacement vector D." [GW-LT 265180] |
| | "Figure 1 In motion compensated extrapolation for each pixel or block of pixels 11 displacement vector is obtained which, when applied to the frame at time t-1, estimates a pixel or block of pixels in the frame at time t." [GW-LT 265181] |

Exhibit 18  Page 973

Roos and Viergever

| CLAIM LANGUAGE | INTERFRAME VS. INTRAFRAME COMPRESSION OF IMAGE SEQUENCES PAUL ROOS & MAX A VIERGEVER 1989 |
|---|---|
| means responsive to said block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br>Function: The function is to develop said interpolated blocks responsive to said block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure:  Decoder 25, DCT[1] 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | See, e.g.,<br><br>Reversible image data compression is divided in two consecutive steps: decorrelation and coding.  The image decorrelation aims to reduce the redundancy within the image or within the images.  The thus obtained energy compaction is exploited by a variable length coder, e.g. Huffman or Lempel Ziv coding[1].<br><br>In a previous study on reversible intraframe decorrelation methods, Hierarchical Interpolation (HINT) stood out as the most efficient method of decorrelation[2].  It is the goal of this paper to investigate whether interframe decorrelation of image sequences allows for a more efficient representation than intraframe decorrelation.  To this end we consider two classes of decorrelation methods, viz. extrapolation and interpolation.  In addition, we examine whether preprocessing of the image sequences by motion compensating techniques is advantageous.  Here again, two classes of methods are discussed, viz. recursive motion compensation and block motion compensation.  Reviews on motion compensated image coding have been presented by Mussman[3] and Jain[4].<br><br>[GW-LT 265179] |

Exhibit 18  Page 974

Roos and Viergever

| CLAIM LANGUAGE | INTERFRAME VS. INTRAFRAME COMPRESSION OF IMAGE SEQUENCES PAUL ROOS & MAX A VIERGEVER 1989 |
|---|---|
| | In motion compensated field interpolation, the estimate of the displacement vector $\hat{\underline{D}}$ is completely based on already coded pixels; no causal window needs to be introduced to avoid an additional vector field storage. The difference image to be coded is

$$E(\underline{x}, \hat{\underline{D}}, t) = I(\underline{x}, t) -$$

$$NINT\left[\frac{1}{2}\left|I(\underline{x} + \hat{\underline{D}}, t+1) + I(\underline{x} - \hat{\underline{D}}, t-1)\right|\right] \quad (18)$$

[GW-LT 265180]

Figure 2 In motion compensated interpolation a displacement vector is obtained which, when applied to the frames at time t+I and t-I, estimates the frame at time t. |

Exhibit 18  Page 975

Roos and Viergever

| CLAIM LANGUAGE | INTERFRAME VS. INTRAFRAME COMPRESSION OF IMAGE SEQUENCES PAUL ROOS & MAX A VIERGEVER 1989 |
|---|---|
| | As in extrapolated block matching, a complete displacement vector field is obtained by bilinear interpolation such that every pixel in $I(\underline{x},t)$ is estimated from $I(\underline{x}-\underline{D},t-1)$ and $I(\underline{x}+\underline{D},t+1)$. The difference image to be coded is given by eq.(18). Note that the estimate of $I(\underline{x},t)$ is based only on the images $I(\underline{x},t-1)$ and $I(\underline{x},t+1)$. Consequently the block displacement vectors do not have to be stored additionally (in contradistinction to extrapolation). In the reconstruction the original displacement vector field is recalculated and $I(\underline{x},t)$ is obtained by $$I(\underline{x},t) = E(\underline{x},\underline{D},t) +$$ $$NINT\left[\frac{1}{2}\left|I(\underline{x}-\underline{D},t-1) + I(\underline{x}+\underline{D},t+1)\right|\right]. \qquad (22)$$ [GW-LT 265181] |

10773603.doc

U.S. Patent No. 4,816,914

# EXHIBIT H

## TO THE EXPERT REPORT OF
## EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 977**

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| **Claim 12.** | |
| A circuit [any path that can carry electrical current] responsive to coded video signals where the video signals comprise successive frames [one frame following another; consecutive frames] and each frame includes a plurality of blocks [sets of pixels (picture elements also called pels) that constitute a portion of a frame] and where the coded [change from one form of representation to another] video signals comprise codes that describe deviations from approximated blocks [predicted blocks] and codes that describe deviations [differences] from interpolated blocks, comprising: | **The Ericsson '914 patent discloses a device that is responsive to coded video signals where the video signals comprise successive frames, each frame including a plurality of blocks, and the coded video signals comprise codes that describe deviations from predicted blocks and codes that describe deviations from interpolated blocks.** See, e.g., "The invention relates generally to data communication and signal processing methods and apparatus, and in particular to a method and apparatus for reliably and efficiently encoding and decoding sequences of image data, for example, that transmitted through a 56 kilobit per second telephone communications channel." [Col. 1, lines 7-12]. "Various methods have been employed for encoding the motion compensation data associated with each of the blocks. Hinman, in his co-pending application U.S. Ser. No. 740,898, filed June 3, 1985, the contents of which are incorporated herein, in their entirety, by reference, describes a lossy coding method for encoding the motion-compensation displacement information." [Col. 1, line 65 - col. 2, line 4]. "In one particular aspect, the invention relates to a method for encoding motion |

---

[1] To the extent that it is argued that the Ericsson '914 patent does not disclose each limitation of claim 12 of the '226 patent, one of skill in the art would have been motivated to combine the teachings of the Ericsson '914 patent with one or more other patents assigned to PictureTel. Such a combination would also disclose each limitation of claim 12. These patents all relate to the same subject matter and share many of the same figures and much of the same written description. They also include over-lapping inventors and a common assignee. Moreover, the patents cross-reference and incorporate each other by reference. See, e.g., U.S. Patent No. 4,794,455; U.S. Patent No. 4,849,810; U.S. Patent No. 4,703,350; U.S. Patent No. 4,727,422; 4,661,849; and U.S. Patent No. 4,754,492.

**Exhibit 18  Page 978**

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | estimation transform data representing the motion of each of a plurality of blocks, the blocks collectively representing an image frame in a time sequence of image frames. The transform data for each block is arranged in a two-dimensional array and each block has associated therewith a motion transform data signal representing the motion estimate for that block." [Col. 3, lines 21-29]. |
| | "Referring to FIG. 1, a communications system 6 has a transmitter 8 which, in accordance with a preferred embodiment of the invention, has a camera 10 for providing a video signal to an analog-to-digital converter and frame buffer 12. The frame buffer portion of the analog-to-digital converter and frame buffer 12 is capable of storing a full frame of the video, sampled to, for example, eight bits across a 256X240 pixel raster. |
| | The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 channel encodes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21." [Col. 5, lines 24-39]. |
| | "Typically, and in the illustrated embodiment, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the previous image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination defines the motion vector to be associated with the block in the previous image." [Col. 5, line 62 - col. 6, line 5]. |
| | "For example, for a color television video signal, a typical luminance image can have a |

Exhibit 18  Page 979

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | block size of 8X8 pixels while a typical chrominance image can have a block size of 4X4 pixels." [Col. 9, line 67 - col. 10, line 2]. |
| | "The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, a reconstruction circuitry 48, and a selectively operable adaptive filter 49. The input to the lossy compression circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders which can employ a uniform quantization step size. The output of the block transform can be advantageously further reduced in bandwidth and encoded according to the processes described above in connection with the lossy compressor 28." [Col. 7, lines 37-53]. |
| | "The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines 61) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44." [Col. 7, line 62 - col. 8, line 4]. |
| | "At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and filter data signal over lines 73, and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitry 76, motion compensator 99, and reconstruction circuitry 78 respectively. The reconstruction circuitries 76 and 78 each provide for a unique multiple table lookup method for |

**Exhibit 18  Page 980**

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | decoding the variable length codes as described in more detail hereinafter. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the successive received frames over lines 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing.

The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines 86 are successively stored in a frame buffer 98 and are delivered to a motion compensator 99 which also receives signals from the motion field interpolator 96. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 61a in the transmitter, and is delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines 84." [Col. 8, line 40 - col. 9, line 10; Fig. 3].

"In the illustrated embodiment of the invention, the receiver also employs the output of motion field interpolator to create one or more frames between those which are actually transmitted. In accordance with this aspect of the invention, the temporal frame interpolator 88, in the illustrated embodiment, receives the values of the motion field interpolation circuitry to determine the image values for a frame positioned in time, in the particular illustrated embodiment, one-half the distance between the transmitted and received frames. In the illustrated embodiment, this function is performed by halving the output displacement vectors from the motion field interpolator 96. Thus, if a picture |

Exhibit 18  Page 981

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | **Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1]** |
|---|---|
| | element, from one transmitted frame to the next, were displaced two pixel positions in the X direction and 4 pixel positions in the Y direction, the temporal frame interpolator would provide an intermediate frame wherein that picture element was displaced one position in the X direction and two positions in the Y direction. In this manner, a frame half way between two received frames can be added to the picture image sequence to provide a better visual rendition." [Col. 11, lines 6-27]. |
| | "The Lossy Compressor (28, 46) |
| | In accordance with a preferred embodiment of the invention, the lossy compression circuitries 28 and 46 employ a block transform encoding method for coding the motion estimation output signal and the error signal over lines 50, respectively." [Col. 11, lines 35-41]. |
| | "In the illustrated embodiment of the invention, the lossy compression circuitries 28 and 46 can employ a discrete cosine transform. Circuitry 28, then, for example, operates on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively subjected to a threshold and uniform quantization process. In this circumstance, the reconstruction circuitry 34 then employs the inverse discrete cosine transform as is well known in the art." [Col. 11, lines 46-54]. |
| | *See also, e.g.,* Ericsson '810 patent at col. 2, lines 53-58 and Fig. 3; col. 5, line 59 - col. 6, line 2; col. 5, lines 30-34; col. 12, line 67 - col. 13, line 2 and Fig. 12; col. 13, lines 27-31; col. 18, lines 18-21; and col. 18, lines 22-28. |
| | *See also, e.g.,* Hinman '350 patent at Abstract; col. 2, lines 52-65; col. 3, lines 4-24; col. 3, lines 46-64; col. 4, lines 16-32; col. 5, lines 19-25; col. 5, lines 40-59; col. 6, line 3 - col. 7, line 16 and Fig. 2; col. 7, lines 37-61 and Fig. 3; col. 8, lines 54-64; col. 9, line 65 |

**Exhibit 18  Page 982**

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | - col. 10, line 18; and col. 10, lines 41-49. |
| means for developing block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure: Decoder 22, DCT[-1] 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | **The Ericsson '914 patent discloses a device for developing blocks of image information from predicted blocks and codes that describe deviations from predicted blocks, such as prediction error information.**<br><br>*See, e.g.,* "Referring to FIG. 1, a communications system 6 has a transmitter 8 which, in accordance with a preferred embodiment of the invention, has a camera 10 for providing a video signal to an analog-to-digital converter and frame buffer 12. The frame buffer portion of the analog-to-digital converter and frame buffer 12 is capable of storing a full frame of the video, sampled to, for example, eight bits across a 256X240 pixel raster.<br><br>The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 channel encodes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21." [Col. 5, lines 24-39].<br><br>"Typically, and in the illustrated embodiment, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the previous image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination defines the motion vector to be associated with the block in the previous image." [Col. 5, line 62 - col. 6, line 5].<br><br>"The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, a reconstruction circuitry 48, and a selectively operable adaptive filter 49. The input to the lossy compression |

**Exhibit 18  Page 983**

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders which can employ a uniform quantization step size. The output of the block transform can be advantageously further reduced in bandwidth and encoded according to the processes described above in connection with the lossy compressor 28." [Col. 7, lines 37-53]. |
| | "The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines 61) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44." [Col. 7, line 62 - col. 8, line 4]. |
| | "At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and filter data signal over lines 73, and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitry 76, motion compensator 99, and reconstruction circuitry 78 respectively. The reconstruction circuitries 76 and 78 each provide for a unique multiple table lookup method for decoding the variable length codes as described in more detail hereinafter. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the successive received frames over lines 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing. |
| | The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a |

Exhibit 18  Page 984

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines 86 are successively stored in a frame buffer 98 and are delivered to a motion compensator 99 which also receives signals from the motion field interpolator 96. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 61a in the transmitter, and is delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines 84." [Col. 8, line 40 - col. 9, line 10; Fig. 3]. |
| | "The Lossy Compressor (28, 46) |
| | In accordance with a preferred embodiment of the invention, the lossy compression circuitries 28 and 46 employ a block transform encoding method for coding the motion estimation output signal and the error signal over lines 50, respectively." [Col. 11, lines 35-41]. |
| | "In the illustrated embodiment of the invention, the lossy compression circuitries 28 and 46 can employ a discrete cosine transform. Circuitry 28, then, for example, operates on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively subjected to a threshold and uniform quantization process. In this circumstance, the reconstruction circuitry 34 then employs the inverse discrete cosine transform as is well known in the art." [Col. 11, lines 46-54]. |
| | *See also, e.g.*, Ericsson '810 patent at col. 18, lines 13-22 and Fig. 3; col. 8, lines 6-52; col. 10, lines 20-22; col. 7, lines 52-55; col. 6, lines 31-32; col. 7, lines 40-47; col. 8, |

**Exhibit 18  Page 985**

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
| --- | --- |
| means responsive to said block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br>Function: The function is to develop said interpolated blocks responsive to said block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure: Decoder 25, DCT[1] 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | lines 35-40; and col. 9, lines 36-49.<br><br>*See also, e.g.,* Hinman '350 patent at col. 6, line 3 - col. 7, line 16 and Fig. 2; and col. 7, lines 37-61 and Fig. 3.<br><br>**The Ericsson '914 patent discloses a device for developing interpolated blocks responsive to predicted blocks that have been combined with codes describing deviations from predicted blocks, such as prediction error information, and to codes that describe deviations from interpolated blocks.**<br><br>*See, e.g.,* "Referring to FIG. 1, a communications system 6 has a transmitter 8 which, in accordance with a preferred embodiment of the invention, has a camera 10 for providing a video signal to an analog-to-digital converter and frame buffer 12. The frame buffer portion of the analog-to-digital converter and frame buffer 12 is capable of storing a full frame of the video, sampled to, for example, eight bits across a 256x240 pixel raster.<br><br>The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 channel encodes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21." [Col. 5, lines 24-39].<br><br>"Typically, and in the illustrated embodiment, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the previous image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination defines the motion vector to be associated with the block in the previous image." [Col. 5, line 62 - col. 6, line 5]. |

Exhibit 18  Page 986

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | "The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, a reconstruction circuitry 48, and a selectively operable adaptive filter 49. The input to the lossy compression circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders which can employ a uniform quantization step size. The output of the block transform can be advantageously further reduced in bandwidth and encoded according to the processes described above in connection with the lossy compressor 28." [Col. 7, lines 37-53]. |
| | "The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines 61) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44." [Col. 7, line 62 - col. 8, line 4]. |
| | "At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and filter data signal over lines 73, and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitry 76, motion compensator 99, and reconstruction circuitry 78 respectively. The reconstruction circuitries 76 and 78 each provide for a unique multiple table lookup method for decoding the variable length codes as described in more detail hereinafter. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the |

Exhibit 18  Page 987

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | **Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")**[1] |
|---|---|
| | successive received frames over lines 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing. |
| | The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines 86 are successively stored in a frame buffer 98 and are delivered to a motion compensator 99 which also receives signals from the motion field interpolator 96. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 61a in the transmitter, and is delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines 84." [Col. 8, line 40 - col. 9, line 10; Fig. 3]. |
| | "The Lossy Compressor (28, 46) |
| | In accordance with a preferred embodiment of the invention, the lossy compression circuitries 28 and 46 employ a block transform encoding method for coding the motion estimation output signal and the error signal over lines 50, respectively." [Col. 11, lines 35-41]. |
| | "In the illustrated embodiment of the invention, the lossy compression circuitries 28 and 46 can employ a discrete cosine transform. Circuitry 28, then, for example, operates on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively subjected to a threshold and uniform quantization process. In this circumstance, the reconstruction circuitry 34 then employs the inverse discrete cosine transform as is well known in the art." [Col. 11, lines 46-54]. |

**Exhibit 18  Page 988**

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | "In the illustrated embodiment of the invention, the receiver also employs the output of motion field interpolator to create one or more frames between those which are actually transmitted. In accordance with this aspect of the invention, the temporal frame interpolator 88, in the illustrated embodiment, receives the values of the motion field interpolation circuitry to determine the image values for a frame positioned in time, in the particular illustrated embodiment, one-half the distance between the transmitted and received frames. In the illustrated embodiment, this function is performed by halving the output displacement vectors from the motion field interpolator 96. Thus, if a picture element, from one transmitted frame to the next, were displaced two pixel positions in the X direction and 4 pixel positions in the Y direction, the temporal frame interpolator would provide an intermediate frame wherein that picture element was displaced one position in the X direction and two positions in the Y direction. In this manner, a frame half way between two received frames can be added to the picture image sequence to provide a better visual rendition."  [Col. 11, lines 6-27].

*See also, e.g.,* Ericsson '810 patent at col. 18, lines 22-28 and Fig. 3; col. 13, lines 27-31; col. 8, lines 6-12; col. 8, lines 12-17; col. 10, lines 20-22; col. 7, lines 52-55; col. 6, lines 31-32; col. 7, lines 40-47; col. 8, lines 35-40; col. 9, lines 36-49; col. 15, lines 23-41 and Fig. 12; col. 5, lines 5-6; and col. 18, lines 45-49.

*See also, e.g.,* Hinman '350 patent at col. 2, lines 52-65; col. 4, lines 16-32; col. 7, lines 37-61 and Fig. 3; col. 8, lines 54-64; and col. 9, line 65 - col. 10, line 18.

It was well-known and a common practice in the prior art, where interpolation of video signals was employed, to check the quality of the interpolation at the transmitter, and if the interpolation error was above a threshold, code and transmit the interpolation error to the transmitter.  The following references, in combination with the Ericsson '914 patent, show the obviousness of this element. *See, e.g.,* U.S. Patent No. 4,858,005 to |

**Exhibit 18  Page 989**

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | **Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1]** |
| --- | --- |
| | Lodge at col. 4, lines 58-63; Arun N. Netravali & John O. Limb, "Picture Coding: A Review," Proceedings of the IEEE, Vol. 68, No. 3, March 1980 at 366, 400-01; John O. Limb, et al., "Combining Intraframe and Frame-to-Frame Coding for Television," The Bell System Technical Journal, Vol. 53, No. 6, July-August 1974 at 1137; N K Lodge, "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures," Second Int'l Conference on Image Processing and Its Applications, Vol. 265, 24-26 June 19896, 242, 243; Masayuki Tanimoto, "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Transactions of the IEICE, Vol. E.70, No. 7, July 1987, 611, 611-12. |

10773740.DOC

**Exhibit 18  Page 990**

Markman Superceding Order Construing Claims for US Patent 272 – Aug. 8, 2005

# EXHIBIT I

## TO THE EXPERT REPORT OF
## EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 991**

FILED

05 AUG 16 AM 8:58

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., | Case Nos.:  02CV2060-B(WMc); 03CV0699-B(WMc); 03CV1108-B(WMc) |
| Plaintiff, | |
| vs. | **SUPERCEDING ORDER CONSTRUING CLAIMS FOR UNITED STATES PATENT NUMBER 4,383,272** |
| GATEWAY, INC AND GATEWAY COUNTRY STORES LLC; MICROSOFT CORP.; and DELL, INC., | |
| Defendants. | |

On December 6, 2004, the Court issued an order construing Claims 13 and 22 of U.S. Patent Number 4,383,272 ("the '272 Patent") in the above titled cases for patent infringement.[1] On March 7, 2005, the parties in the cases notified the Court of slight discrepancies between the Court's ruling during the claim construction hearing and the

---

[1] Lucent originally filed two separate patent infringement actions, one against Defendant Gateway (02CV2060), and a second against Defendant Dell (03CV1108). Microsoft intervened in the action filed by Lucent against Gateway. Microsoft also filed a declaratory judgment action against Lucent (03CV0699) and Lucent filed counterclaims for patent infringement against Microsoft in that action. On July 7, 2003, the Court entered an order consolidating these three cases. There are a total of 15 different patents involved in these three cases collectively.

1

02CV2060; 03CV0699; 03CV1108

329

Exhibit 18  Page 992

order issued on December 6. After reviewing the parties' filing and the claim construction order the Court **HEREBY ISSUES** this SUPERCEDING claim construction order and **ISSUES** the relevant jury instructions as written in exhibit A, attached hereto. Further, the Court **HEREBY DEFINES** all pertinent technical terms as written in exhibit B, attached hereto.

**IT IS SO ORDERED**

Dated: 8-15-05

UNITED STATES SENIOR DISTRICT JUDGE

cc:    All Parties
       The Honorable William McCurine, Jr., United States Magistrate Judge

2

02CV2060; 03CV0699; 03CV1108

Exhibit 18  Page 993

**EXHIBIT A**

**UNITED STATES PATENT NUMBER 4,383,272**

| **VERBATIM CLAIM LANGUAGE** | **COURT'S CLAIM CONSTRUCTION** |
|---|---|
| **CLAIM 13** | **CLAIM 13** |
| A method of estimating the intensities of elements (pels) in a picture in accordance with information defining intensities of pels in preceding and succeeding versions of the picture including the step of | A method of **estimating [determining roughly the size, extent, or nature of]** the intensities of elements (pels) **[picture elements, also referred to as pixels]** in a **picture [an image that occupies a frame]** in accordance with information defining **intensities [values describing the different color components of a composite signal or combinations thereof]** of pels in preceding and succeeding versions of the picture including the step of |
| determining by interpolation intensities of pels in said picture in accordance with intensities of pels in related locations in said preceding and succeeding versions, | determining by interpolation intensities of pels in said picture in accordance with intensities of pels in **related locations [locations at which the same object is expected to be]** in said preceding and succeeding versions, *Construing the whole clause*: **[determining by intensity of pels in the picture by averaging the intensities of pels in related locations (locations at which the same object is expected to be) in the preceding and succeeding versions],** |
| characterized in that said determining step includes selecting said related locations as a function of the displacement of objects in said picture. | characterized in that said determining step includes selecting said related locations as a function of **the displacement of objects in said picture [the change of position of objects between said versions of the picture].** |

3

02CV2060; 03CV0699; 03CV1108

**Exhibit 18  Page 994**

| Claim 22 | Claim 22 |
|---|---|
| A method of reducing the bandwith needed to transmit a video signal representing a sequence of pictures by encoding the intensity values of pels in ones of said pictures in said sequence and reconstructing missing pictures using information from encoded pictures, including: | A method of reducing the **bandwith [the amount of data that can be passed along a communications channel in a given period of time]** needed to transmit a video signal representing a sequence of **pictures [each picture is an image that occupies a frame]** by encoding the **intensity values [values describing the different color components of a composite signal or combinations thereof] of pels [picture elements, also referred to as pixels]** in ones of said pictures in said sequence and reconstructing **missing pictures [non-transmitted pictures]** using information from **encoded pictures [pictures that have been changed to another form of representation]**, including: <br> *Construing the whole clause:* <br> **[A method of reducing the bandwidth needed to transmit a video signal that represents a sequence of pictures (each picture is an image that occupies a frame) by: (1) encoding the intensity values of pels in ones of the pictures in the sequence; and (2) reconstructing missing pictures (non-transmitted pictures) using information from encoded pictures], including:** |
| computing the intensity of pels in a missing picture by interpolating the intensity of pels in corresponding locations in the encoded ones of said pictures which precede and follow said missing picture, and | computing the intensity of pels in a missing picture by interpolating the intensity of pels in **corresponding locations [locations at which the same object is expected to be]** in the encoded ones of said pictures which precede and follow said missing picture, and |

4

Exhibit 18  Page 995

| | |
|---|---|
| selecting said corresponding locations as a function of the displacement of objects in said picture between said preceding and following pictures. | selecting said corresponding locations as a function of the displacement of objects in said picture between said preceding and following pictures.<br>*Construing the whole clause:*<br>**[determining the intensity of pels in the missing picture by averaging the intensities of pels in corresponding locations in the encoded preceding and following pictures].** |

5

**Exhibit 18  Page 996**

**EXHIBIT B**

**GLOSSARY FOR UNITED STATES PATENT NUMBER 4,383,272**

| TERM | DEFINITION |
| --- | --- |
| Bandwidth | The amount of data that can be passed along a communications channel in a given period of time |
| Corresponding locations | Locations at which the same object is expected to be |
| Displacement | Change of position |
| Encoded pictures | Pictures that have been changed to another form of representation |
| Estimating | Determining roughly the size, extent, or nature of |
| Intensities | Values describing the different color components of a composite signal or combinations thereof |
| Intensity values | Values describing the different color components of a composite signal or combinations thereof |
| Missing pictures | Non-transmitted pictures |
| Pels | Picture elements, also referred to as pixels |
| Picture | An image that occupies a frame |
| Related locations | Locations at which the same object is expected to be |

6

02CV2060; 03CV0699; 03CV1108

**Exhibit 18  Page 997**



U.S. District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

FAX-IN-TIME    NOTICE:
This fax is an official communication of the
U.S. District Court for the Southern District
of California. Please be aware that these are
the only copies of these documents that you
will receive unless specifically requested.



RECEIVED
AUG 17 2005

---

To: Christopher Marchese

From: Clerk U.S. District Court

Date 08/17/05

Page 1 of 7

---

Fax queued: 08/17/05 at 08:41:53                    CASE: 022060-CV #00329

CONFIDENTAL
Any questions about missing pages or unreadable copy, please call (619)
557-7667. The information contained in this facsimile message is attorney
privileged and confidential. It is intended only for the use of the
individual or entity named above. If the reader of this message is not the
intended recipient, or the employee or agent responsible to deliver it to
the intended recipient, you are hereby notified that any dissemination,
distribution or copying is strictly prohibited. If you have received this
communication in error, please call us immediately. Thank you.

IMAGES OF CASE FILINGS NOW AVAILABLE ON THE INTERNET!

Web PACER provides users with browser access to dockets and scanned images
of filed documents without leaving the comfort of their office/home.
Document copies can now be obtained more quickly and without making a trip
to the Clerk's Office.  Users with a PACER account can visit
http://pacer.casd.uscourts.gov/index.php via user i.d. and password for
immediate Web PACER access to the Southern District of CA's docket and case
filings.  Links to other courts' Web PACER sites can be found at
http://pacer.psc.uscourts.gov/cgi-bin/links.pl.  An access fee of $.07 per
page viewed will be assessed.  Those interested in establishing a PACER
account can contact the PACER Service Center at (800) 676-6856 or register
on line at www.pacer.psc.uscourts.gov.

Mail & fax related issues, such as incomplete or illegible pages, should be
directed to
(619)557-7667.

**Exhibit 18  Page 998**

Sugiyama JP 1-11587

# EXHIBIT J

## TO THE EXPERT REPORT OF
## EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 999**

Sugiyama JP 1-11587

| CLAIM LANGUAGE | INTERFRAME PREDICTIVE ENCODING SYSTEM [TRANSLATION]<br>KENJI SUGIYAMA<br>JAN. 20,1989 |
|---|---|
| **Claim 12.** | |
| A circuit responsive to coded video signals where the video signals comprise successive frames and each frame includes a plurality of blocks and where | See, e.g.,<br><br>Figures 3 and 5.<br><br>"An interframe predictive encoding system characterized by comprising: first encoding means for setting independent frames separated by a predetermined interval within successive frames of a continuously input image signal, and encoding the independent frames independently within the frames; prediction signal forming means for forming a prediction signal of a dependent frame between the independent frames based on preceding and following independent frames; and second encoding means for predicting the signal of a dependent frame on the basis of the prediction signal responsive to dependent frame, and encoding the prediction error." [pg 1]<br><br><br>"In order to achieve the above-noted object, the present invention provides an interframe predictive encoding system having: first encoding means for setting independent frames separated by a predetermined interval within successive frames of a continuously input image signal, and encoding the independent frames independently within the frames; prediction signal forming means for forming a prediction signal of a dependent frame between the independent frames based on preceding and following independent frames; and second encoding means for predicting the signal of a dependent frame on the basis of the prediction signal responsive to dependent frame, and encoding the prediction error." [pg 4-5] |

Exhibit 18  Page 1000

Sugiyama JP 1-11587

| CLAIM LANGUAGE | INTERFRAME PREDICTIVE ENCODING SYSTEM [TRANSLATION]<br>KENJI SUGIYAMA<br>JAN. 20,1989 |
|---|---|
| the coded video signals comprise codes that describe deviations from approximated blocks and codes that describe deviations from interpolated blocks, comprising: | See, e.g.,<br><br>Figures 1, 2, 3, 4, and 5.<br><br>"An interframe predictive encoding system characterized by comprising: first encoding means for setting independent frames separated by a predetermined interval within successive frames of a continuously input image signal, and encoding the independent frames independently within the frames; prediction signal forming means for forming a prediction signal of a dependent frame between the independent frames based on preceding and following independent frames; and<br><br>second encoding means for predicting the signal of a dependent frame on the basis of the prediction signal responsive to dependent frame, and encoding the prediction error." [pg 1]<br><br>"Since a moving image signal is generally quite similar between frames, this system predicts a signal of the frame which is to be encoded from the signal of already-encoded previous frames and encodes only the prediction error (residual error)." [pg 2]<br><br>"In FIG. 4, the prediction signal subtractor 2 subtracts the moving image signals inputted continuously from an input video signal terminal 1 the prediction signal (prediction value) and encodes the prediction error (residual difference). The method of forming the prediction signal will be described later." [pg 2]<br><br>"For this reason, the encoder of FIG. 4 replaces the quantized signal with a representative value using an inverse quantizer 7 in the same manner as in the decoder of FIG. 5 (representative value setting), and then an inverse orthogonal transform device 8 performs an inverse transform on the orthogonal transform. Because the signal in this manner corresponds to a decoded prediction error (residual difference), the adder 9 adds to the signal the prediction signal immediately one frame |

Exhibit 18  Page 1001

Sugiyama JP 1-11587

| CLAIM LANGUAGE | INTERFRAME PREDICTIVE PREDICTIVE ENCODING SYSTEM [TRANSLATION]<br>KENJI SUGIYAMA<br>JAN. 20,1989 |
|---|---|
| | before, and the signal becomes the decoded image signal." [pg 3] |
| means for developing block approximations from said codes that describe deviations from approximated blocks; and | See, e.g.,<br><br>Figures 3 and 5.<br><br>"Although the prediction error (residual difference) may be quantized as is at this time, an orthogonal transform device 3 generally orthogonally transforms the error in order to obtain the higher encoding efficiency, and then a quantizer 4 quantizes it. The distribution of the quantized signal is concentrated in the vicinity of zero (0), a variable-length encoder 5 converts the quantized signal into variable-length codes such as Huffman codes, and a data output terminal 6 outputs the code as variable-length digital data to be recorded or transmitted.<br>On the other hand, at the decoder side, as shown in FIG. 5, a variable-length decoder 22 converts a variable-length digital data input from a data input terminal 21 into the original fixed-length data, an inverse quantizer 23 replaces the data into a representative value (representative value setting), and then an inverse orthogonal transform device 24 performs an inverse transform on the orthogonal transform." [pg 2]<br><br>"Because the signal obtained in this manner is a prediction difference (residual difference), an adder 25 adds the same as the prediction signal at an encoder to make output as a reproduced image signal from a reproduced image signal output terminal 26." [pg 2-3]<br><br>"For this reason, the encoder of FIG. 4 replaces the quantized signal with a representative value using an inverse quantizer 7 in the same manner as in the decoder |

Exhibit 18  Page 1002

Sugiyama JP 1-11587

| CLAIM LANGUAGE | INTERFRAME PREDICTIVE ENCODING SYSTEM [TRANSLATION]<br>KENJI SUGIYAMA<br>JAN. 20,1989 |
|---|---|
| | of FIG. 5 (representative value setting), and then an inverse orthogonal transform device 8 performs an inverse transform on the orthogonal transform. Because the signal in this manner corresponds to a decoded prediction error (residual difference), the adder 9 adds to the signal the prediction signal immediately one frame before, and the signal becomes the decoded image signal." [pg 3]<br><br>"In a recursive-type interframe predictive encoding shown in FIG. 4, because of the accumulation of calculation errors by the propagation of code errors occurring in a transmission path and the mismatching between transmitting side and receiver side of the inverse orthogonal transform device 8, the interframe prediction is reset at an appropriate interval (30 to 100 frames), and the frame is taken, with the prediction signal fixed, as substantially intraframe encoding."  [pg 3]<br><br>"The prediction from a previous frame is a prediction in one direction on the time axis, this also being insufficient from the standpoint of prediction efficiency, and this prediction is particularly inappropriate in a case in which there is a large change in the image, such as at scene changes."  [pg 4]<br><br>"In order to achieve the above-noted object, the present invention provides an interframe predictive encoding system having: first encoding means for setting independent frames separated by a predetermined interval within successive frames of a continuously input image signal, and encoding the independent frames independently within the frames; prediction signal forming means for forming a prediction signal of a dependent frame between the independent frames based on preceding and following independent frames;and second encoding means for predicting the signal of a dependent frame on the basis of the prediction signal responsive to dependent frame, and encoding |

Exhibit 18  Page 1003

Sugiyama JP 1-11587

| CLAIM LANGUAGE | INTERFRAME PREDICTIVE ENCODING SYSTEM [TRANSLATION]<br>KENJI SUGIYAMA<br>JAN. 20,1989 |
|---|---|
| | the prediction error." [pg 4-5]<br><br>"Also, for the purpose of forming a prediction signal (prediction value) based on the two frames, before and after, there are two frame memories, 32 and 33, two coefficient multipliers ($\times\alpha$, $\times(1-\alpha)$) 34 and 35 which weigh signals, and an associated adder 36 (wherein $0<\alpha<1$)." [pg 5-6]<br><br>"In FIG. 3, there is a prediction signal adder 41 that adds a prediction signal to a signal obtained from the inverse orthogonal transform device 24. Also, in order to form the prediction signal based on the two frames, before and after, there are two frame memories 42 and 43, two coefficient multipliers ($\times\alpha$, $\times(1-\alpha)$) 44 and 45 which weigh signals, and an associated adder 46." [pg 6]<br><br>"The operation of the orthogonal transform device 3, the quantizer 4, and the variable-length encoder 5 is basically the same as in a conventional example." [pg 6] |
| means responsive to said block approximations and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks. | See, e.g.,<br><br>Figures 3 and 5.<br><br>"Although the prediction error (residual difference) may be quantized as is at this time, an orthogonal transform device 3 generally orthogonally transforms the error in order to obtain the higher encoding efficiency, and then a quantize 4 quantizes it. The distribution of the quantized signal is concentrated in the vicinity of zero (0), a variable-length encoder 5 converts the quantized signal into variable-length codes such as |

Exhibit 18  Page 1004

Sugiyama JP 1-11587

| CLAIM LANGUAGE | INTERFRAME PREDICTIVE ENCODING SYSTEM [TRANSLATION] KENJI SUGIYAMA JAN. 20,1989 |
|---|---|
| | Huffman codes, and a data output terminal 6 outputs the code as a variable-length digital data to be recorded or transmitted. On the other hand, at the decoder side, as shown in FIG. 5, a variable-length decoder 22 converts a variable-length digital data input from a data input terminal 21 into the original fixed-length data, an inverse quantizer 23 replaces the data into a representative value (representative value setting), and then an inverse orthogonal transform device 24 performs an inverse transform on the orthogonal transform." [pg 2] |
| | "Because the signal obtained in this manner is a prediction difference (residual difference), an adder 25 adds the same as the prediction signal at an encoder to make output as a reproduced image signal from a reproduced image signal output terminal 26." [pg 2-3] |
| | "For this reason, the encoder of FIG. 4 replaces the quantized signal with a representative value using an inverse quantizer 7 in the same manner as in the decoder of FIG. 5 (representative value setting), and then an inverse orthogonal transform device 8 performs an inverse transform on the orthogonal transform. Because the signal in this manner corresponds to a decoded prediction error (residual difference), the adder 9 adds to the signal the prediction signal immediately one frame before, and the signal becomes the decoded image signal." [pg 3] |
| | "In a recursive-type interframe predictive encoding shown in FIG. 4, because of the accumulation of calculation errors by the propagation of code errors occurring in a transmission path and the mismatching between transmitting side and receiver side of the inverse orthogonal transform device 8, the interframe prediction is reset at an appropriate interval (30 to 100 frames), and the frame is taken, with the prediction |

Exhibit 18  Page 1005

Sugiyama JP 1-11587

| CLAIM LANGUAGE | INTERFRAME PREDICTIVE ENCODING SYSTEM [TRANSLATION]<br>KENJI SUGIYAMA<br>JAN. 20,1989 |
|---|---|
| | signal fixed, as substantially intraframe encoding." [pg 3]<br><br>"In order to achieve the above-noted object, the present invention provides an interframe predictive encoding system having: first encoding means for setting independent frames separated by a predetermined interval within successive frames of a continuously input image signal, and encoding the independent frames independently within the frames; prediction signal forming means for forming a prediction signal of a dependent frame between the independent frames based on preceding and following independent frames; and second encoding means for predicting the signal of a dependent frame on the basis of the prediction signal responsive to dependent frame, and encoding the prediction error." [pg 4-5]<br><br><br>"Also, for the purpose of forming a prediction signal (prediction value) based on the two frames, before and after, there are two frame memories, 32 and 33, two coefficient multipliers (xα, x(1-α)) 34 and 35 which weigh signals, and an associated adder 36 (wherein 0<α<1)." [pg 5-6]<br><br><br>"In FIG. 3, there is a prediction signal adder 41 that adds a prediction signal to a signal obtained from the inverse orthogonal transform device 24. Also, in order to form the prediction signal based on the two frames, before and after, there are two frame memories 42 and 43, two coefficient multipliers (xα, x(1-α)) 44 and 45 which weigh signals, and an associated adder 46." [pg 6]<br><br><br>"The operation of the orthogonal transform device 3, the quantizer 4, and the variable- |

Exhibit 18  Page 1006

Sugiyama JP 1-11587

| CLAIM LANGUAGE | INTERFRAME PREDICTIVE ENCODING SYSTEM [TRANSLATION]<br>KENJI SUGIYAMA<br>JAN. 20,1989 |
|---|---|
|  | length encoder 5 is basically the same as in a conventional example."  [pg 6]<br><br>"The prediction signal is obtained by multiplying the two reproduced frame signals by the weighting coefficients α and (1-α) by the coefficient multipliers 34 and 35 and adding them by the adder 36."  [pg 8]<br><br>"In contrast, for the case of the reproduction prediction error (residual difference) signal by a dependent frame, the selection switches 44 and 45 are connected to the b side, the prediction signal (prediction value) that is the same as at the encoding side is added by the prediction signal adder 41, and output is made from the reproduced output image signal terminal 26.  Also, the method of forming the prediction siganl by the coefficient multiplier 44 and 45 and the adder 46 is the same as at the encoding side."  [pg 9]<br><br>"Also, in the system of the present invention, because prediction is done for a frame between independent frames by means of the previous and next (old/new) frames, it is possible to perform prediction that is suited to the change in the image, and the encoding efficiency improves.<br>Also, because a prediction signal is formed by the addition of a plurality of frames, the S/N of the prediction signal increases, and the prediction accuracy improves."  [pg 10] |

Claim Chart JPXXXXXX.doc

Exhibit 18  Page 1007

Declaration of Thomas Wehberg

# EXHIBIT K

## TO THE EXPERT REPORT OF
## EDWARD J. DELP III

Friday, September 14, 2007

**Exhibit 18  Page 1008**

I, Thomas Wehberg, declare as follows:

1.      I am submitting this declaration based upon my own personal knowledge of the facts stated here and I would testify to them under oath if I were called upon to do so.

2.      I am presently employed as Head of Administration at the Laboratorium for Informationstechnologie (Information Technology Laboratory) at the University Hanover.

3.      From _Aug. 1984_ till _Dec. 2000_ I was employed at the Institut für Theoretische Nachrichtentechnik und Informationsverarbeitung at the Universität Hannover ("TNT"), which translates to the Institute for Theoretical Communications Engineering and Information Processing at the University of Hanover, Germany. I was responsible for the administration of the institute, including the institute's library.

4.      TNT has had a reference library on the TNT premises since, at least, 1977.

5.      The TNT library is a small library, measuring approximately 30 m$^2$ in area.

6.      From 1986 to the present, the TNT library has been open and accessible to members of TNT and open and accessible to visitors from outside of TNT without restriction.

7.      From 1986 to the present, visitors, including corporate representatives and professors from other Universities, have visited the TNT library and examined and copied thesis maintained in the TNT library.

8.      From 1986 to the present, TNT and the TNT library have been well known throughout the image and video coding industry.

9.      In the 1980s, there were only four German institutions that had research activities on video and image coding, namely: TNT, Rheinisch-Westfälische Technische Hochschule, Aachen, Fraunhofer Institut fur Nachrichtentechnik Heinrich Herz-Institut, Berlin, and Forschungs– und Technologiezentrum, Darmstadt.

10.      From 1986 to the present, professors and students at TNT have been published in technical journals, including the Institute of Electrical and Electronic Engineers Communications Magazine.

11.      Thomas Micke was a student at TNT.

12.      Thomas Micke wrote a thesis entitled "Vergleich Eines Prädiktiven and Eines Interpolativen Bewegungskompensierenden Codierverfahrens für Fern-

**Exhibit 18  Page 1009**

1/2

sehbildsignale," which translates to "Comparison of a Predictive and an Interpolative Motion Compensating Coding Method For Television Video Signals" (the "Micke Thesis").

13.    Thomas Micke completed the Micke Thesis in April 1986.

14.    Thomas Micke prepared the Micke Thesis, and performed the research discussed therein, under Bernd Girod's immediate supervision and Prof. Musmann's ultimate supervision.

15.    Thomas Micke was awarded a "Diplom" (equivalent to a Master's degree) from the TNT upon completion of the program's requirements, including submission of the Micke Thesis.

16.    The Micke Thesis was indexed by name and title, and shelved in the TNT library in 1986.

17.    After the Micke Thesis was shelved, anyone visiting the TNT library could remove the Micke Thesis from the shelf and copy or read it.

18.    The Micke Thesis was the 123rd thesis shelved in the TNT library.

19.    The Micke Thesis has been available in the TNT library from approximately April 1986 to present.


I declare under the penalty of perjury under the laws of Germany and the United States of America that the foregoing is true and correct.

Executed on November _13_, 2006, in Hanover, Germany.


Thomas Wehberg

Exhibit 18  Page 1010                                    2/2