1

## EXHIBITS TABLE OF CONTENTS

2

| **Exhibit** | **Document** | **Page No.** |
|---|---|---|
| 1 | U.S. Patent No. 4,763,356 to Day, et al., marked with Bates range LUC 1004455-81 | 12 |
| 2 | Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent No. 4,763,356, dated May 15, 2007 [Docket No. 1795] | 39 |
| 3 | "Touch Screens: Big Deal or No Deal?," Michael Tyler, DATAMATION, dated January 1984, marked with Bates range GW-LT422215-22 | 47 |
| 4 | Excerpts of the deposition Michael E. Farmer, taken February 23, 2006 | 55 |
| 5 | Excerpts of The Home Accountant and Financial Planner for the Macintosh, dated 1984, marked with Bates range MSLT_1060811-813 | 67 |
| 6 | Excerpts of the deposition of Dale Buscaino, taken November 7, 2007 | 73 |
| 7 | Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356 [Docket No. 1552], dated April 17, 2007 | 79 |
| 8 | U.S. Patent No. 4,439,759 to Fleming et al., marked with Bates range LUC1114390-409 | 88 |
| 9 | "Final Report – NASA Grant NSG 1508, Extension of the Core Graphics System for Raster Graphics Display," James D. Foley, marked with Bates range DELL366644-799 | 108 |
| 10 | Supplemental Rebuttal Expert Report of Jake Richter, dated October 12, 2007 | 264 |
| 11 | Excerpts of the deposition of Jake Richter, taken November 14, 2007 | 286 |
| 12 | Order Construing Claims for United States Patent Number 4,439,759, dated November 15, 2005 | 311 |
| 13 | Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent Number 4,439,759, dated September 14, 2007 | 321 |
| 14 | Affidavit of Jean A. Pec, with Exhibits A-B, dated September 14, 2007 | 409 |
| 15 | Status Report of the Graphics Standards Planning Committee, Computer Graphics, Vol. 11, No. 3, Fall 1977, marked with Bates range GW-LT253851-997 | 574 |
| 16 | Excerpts of the deposition of James D. Foley, taken November 7, 2007 | 721 |
| 17 | Home Information Systems - Provisional Standard, Bell Laboratories, dated April 14, 1981, marked with Bates range LUC 003905-4026. **FILED UNDER SEAL** | 732 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 7 -

18    Expert Report of Edward J. Delp III Regarding Obviousness,
      dated September 14, 2007 ...................................................................854

19    Supplemental Rebuttal Expert Report of Professor Bernd Girod Regarding
      Validity of Lucent's 4,383,272 and 4,958,226 Patents,
      dated October 12, 2007 ....................................................................1011

20    Excerpts of the deposition of Bernd Girod, taken on November 20, 2007 ......1045

21    Excerpts of "Digital Pictures: Representation and Compression," Arun N.
      Netravali and Barry G. Haskell, 1988, marked with Bates range
      MSLT_0004995-99, 5408, and 5481 ...............................................1084

22    Excerpts of the deposition of Barry Haskell, taken December 15, 2005.
      **FILED UNDER SEAL**.....................................................................1103

23    Translation of the Master's Thesis of Thomas Micke, entitled
      "Comparison of a Predictive and an Interpolative Motion Compensating
      Coding Method for Television Signals, April 1986, marked with Bates
      range GW-LT255053-131 ................................................................1094

24    U.S. Patent No. 4,958,226 to Haskell, et al., marked with Bates range
      LUC1112272-77 .............................................................................1182

25    Order Construing Claims for United States Patent Number 4,958,226,
      dated July 14, 2005 ........................................................................1188

26    Copyright Information for Digital Pictures, marked with Bates range
      DELL318997-99 .............................................................................1194

27    Affidavit of Michael A. Davis, Jr., dated March 12, 1999, with
      Exhibits A-F, marked with Bates range DELL320793-800 ...........................1197

28    "A Hybrid Interpolative and Predictive Code for the Embedded
      Transmission of Broadcast Quality Television Picture," N.K. Lodge,
      marked with Bates range DELL318140-47 ........................................1205

29    A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for
      the HDTV Coding," Masayuki Tanimoto, July 1987, marked with Bates
      range DELL318251-54 ...................................................................1213

30    CITT SG XV Working Party Document #81: Comments on Conditional
      Motion Compensated Frame Interpolation," March 1986, marked with
      Bates range MSLT0625891-94........................................................1217

31    U.S. Patent No. 4,849,810 to Ericsson, marked with Bates range
      DELL319258-315 ...........................................................................1221

32    U.S. Patent No. 4,816,914 to Ericsson, marked with Bates range
      DELL320565-607 ...........................................................................1280

33    U.S. Patent No. 4,794,455 to Ericsson, marked with Bates range
      DELL319147-73 .............................................................................1323

34    U.S. Patent No. 4,703,350 to Hinman, marked with Bates range
      DELL320519-37 .............................................................................1350

35    U.S. Patent No. 4,727,422 to Hinman, marked with Bates range MSLT_0001034-51 ................................................................................... 1369

36    U.S. Patent No. 4,661,849 to Hinman, marked with Bates range DELL318173-90 ................................................................................. 1387

37    U.S. Patent No. 4,754492 to Malvar, marked with Bates range DELL319037-59 ................................................................................. 1405

38    Declaration of Thomas Wehberg ................................................................. 1428

39    "The Efficiency of Motion-Compensating Prediction for Hybrid Coding of Video Sequences," Bernd Girod, August 1987, marked with Bates range MSLT_0233488-502 ............................................................................ 1430

40    "Television Band Compression by Contour Interpolation," Professor D. Gabor, et al., May 1961, marked with Bates range MLST0001228-40 .......... 1445

41    "Picture Coding: A Review," Arun N. Netravali and John O. Limb, March 1980, marked with Bates range MSLT_0001623-63 ..................................... 1459

42    Order Denying-in-Part Dell's Motion for Summary Judgment on U.S. Patent No. 4,383,272 [Docket No. 1948], dated July 27, 2007 ...................... 1500

43    Superceding Order Construing Claims for United States Patent Number 4,383,272, dated August 16, 2005 .................................................................. 1507

44    Order Denying Gateway's Motions for Summary Judgment that U.S. Patent No. 4,383,272 is Invalid Under 35 U.S.C. §102(g) and Granting Summary Adjudication on Certain Predicate Issues Pertaining to This Defense [Docket No. 1948], dated July 12, 2007 ........................................... 1513

45    United States Patent 4,383,272 to Netravali, et al., marked with Bates range LUC0001363-73 .................................................................................. 1519

46    Response to the Examiner dated October 22, 1982, marked with Bates range LUC0001428-31 .................................................................................. 1530

47    Doctorate thesis of Jaswant Raj Jain, entitled "Interframe Adaptive Data Compression Techniques for Images," September 1979, marked with Bates range MSLT_0001425-622 ................................................................ 1534

48    Excerpts of the deposition of Delphine Lewis, taken June 30, 2005 ............... 1732

49    Physical exhibit of video excerpts from the videotaped deposition of Michael Farmer, taken on February 23, 2006.
This exhibit a compact disk ("CD").

- 9 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

- 11 -

Exhibit 34

# United States Patent [19]

## Hinman

[11] Patent Number: 4,703,350

[45] Date of Patent: Oct. 27, 1987

[54] **METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES**

[75] Inventor: **Brian L. Hinman,** Lynn, Mass.

[73] Assignee: **PictureTel Corporation,** Peabody, Mass.

[21] Appl. No.: **740,898**

[22] Filed: **Jun. 3, 1985**

[51] Int. Cl.⁴ ........................ H04N 7/12; H04N 7/18; G06K 9/36

[52] U.S. Cl. .................................. 358/133; 358/105; 358/138; 382/56

[58] Field of Search ............... 358/105, 133, 135, 136, 358/138, 260; 375/31, 122; 382/56

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,632,865 | 1/1972 | Haskell | 178/6 |
| 4,237,484 | 12/1980 | Brown et al. | 358/142 |
| 4,245,248 | 1/1981 | Netravali et al. | 358/136 |
| 4,278,996 | 7/1981 | Netravali et al. | 358/136 |
| 4,281,344 | 7/1981 | Mounts et al. | 358/136 |
| 4,302,775 | 11/1981 | Widergreen et al. | 358/136 |
| 4,369,463 | 1/1983 | Anastassiou et al. | 358/135 |
| 4,371,895 | 2/1983 | Koga | 358/136 |
| 4,383,272 | 5/1983 | Netravali et al. | 358/105 X |
| 4,394,774 | 7/1983 | Widergreen et al. | 382/56 |
| 4,437,119 | 3/1984 | Matsumoto et al. | 358/136 |
| 4,447,886 | 5/1984 | Meeker | 364/725 |
| 4,448,175 | 12/1984 | Netravali | 358/136 |
| 4,485,400 | 11/1984 | Lemelson et al. | 358/85 |

**OTHER PUBLICATIONS**

Jain et al., "Displacement Measurement and Its Application in Interframe Image Coding," *IEEE Transactions on Communications*, vol. COM-29, No. 12, Dec., 1981, pp. 1799-1808.
Koga et al., "Motion-Compensated Interframe Coding

for Video Conferencing," CH1679-0/81/0000-0312, 1981 IEEE, G5.3.1-G5.3.5.
Koga et al., "Motion-Compensated Adaptive Intra-Interframe Predictive Coding Algorithm," CH2118-8/85/0000-0363, 1985 IEEE, 10.7.1-10.7.4, pp. 363-366.
Ericsson, "Motion-Compensation Hybrid Coding at 50 Kb/s," CH2118-8/85/0000-0367, 1985 IEEE, 10.8.1-10.8.8, pp. 367-370.

*Primary Examiner*—E. A. Goldberg
*Assistant Examiner*—Patrick W. Foster
*Attorney, Agent, or Firm*—Lahive & Cockfield

[57] **ABSTRACT**

An apparatus and method for communicating image sequences through a bandwidth limited channel have circuitry for estimating, for successive images of the sequence, a motion vector field. The motion vector field measures the motion displacement between successive images of the sequence for block regions of the image. A lossy coding circuitry represents the sequentially generated motion vector field for an image as a coded motion signal. An error reconstruction circuitry generates an error signal in response to the vector field coded motion signal and a channel encoder transmits the motion vector field coded signals and the error coded signals over the channel to a receiver. At the receiver, the transmitted error and motion coded signals are received and decoded, and a received image is derived therefrom. The lossy coding circuitry can be any of a number of different circuitries, and in particular, block transform coding can be employed. The transformed coding methods and apparatus are selected to avoid artifacts in the motion vector field and coding process such as blocking effects.

**28 Claims, 11 Drawing Figures**



**Exhibit 34  Page 1350**

DELL 320519



FIG. 1

Exhibit 34  Page 1351

DELL 320520



FIG. 2

Exhibit 34  Page 1352

DELL 320521



*FIG. 3*

Exhibit 34  Page 1353

DELL 320522



FIG. 4

Exhibit 34  Page 1354

DELL 320523



*FIG. 5*

Exhibit 34  Page 1355

DELL 320524



FIG. 6

Exhibit 34  Page 1356

DELL 320525



FIG. 7

FIG. 8

Exhibit 34  Page 1357

DELL 320526



FIG. 9

Exhibit 34  Page 1358

DELL 320527



FIG. 11

FIG. 10

Exhibit 34  Page 1359

DELL 320528

4,703,350

1

## METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES

### BACKGROUND OF THE INVENTION

The invention relates generally to data communication and signal processing methods and apparatus, and in particular to a method and apparatus for reliably and efficiently communicating sequences of image data over a communications channel, for example, a 56 kilobit per second telephone communications channel.

The transmission of sequences of images, and in particular sequences of naturally occurring images such as those represented by a television signal, has been the subject of a significant amount of investigation. Typically, investigators have relied upon the highly redundant nature of successive images in the sequence and have often modeled the image data as a three-dimensional Markov process with a correlation coefficient close to unity. The three-dimensional Markov model provides a motivation for utilizing differential pulse-code-modulation (DPCM) and transform coding techniques to take account of the interframe redundancy.

By analyzing the nature of typical moving video, it is easy to become convinced that the principal change occurring between successive frames is the inhomogeneous motion of the objects within the frame. It has also been recognized that an accurate apparatus and method of estimating and compensating for this spatially dependent motion enables the construction of an interframe data compression method and apparatus which can have substantially better performance than can be achieved by sending a signal representative merely of the difference between successive frames.

As a result, various motion compensating coding methods and apparatus have been developed. These systems typically are either receiver-based motion compensation systems or transmitter-based motion compensation systems. In the receiver-based motion compensation system, the receiver makes a prediction as to the motion and compensates the previous frame for the expected motion. The transmitter, operating in the same manner, then sends only an error signal describing what must be done at the receiver in order to correct the receiver predicted frame. The error signal is typically coded in order to reduce its bandwidth.

For a transmitter-based motion compensation system, the motion estimation process occurs only at the transmitter. Displacement vectors are generally determined over various regions of the image and this data is then transmitted to the receiver along with an error information data signal. At the receiver the compensation process is performed on the previously coded image first using the motion information provided by the transmitter. The error signal data provided by the transmitter is then added to the thus compensated receiver image in order to maintain picture quality.

Unfortunately, however, both of these systems are flawed in the manner in which they are implemented. One disadvantage of receiver-based motion compensation systems is that they are, by their very nature, predictive coding systems. Because the prediction is based upon picture elements which have already been transmitted and hence received, the receiver-based motion compensation coder does not have the ability to deterministically optimize the estimate which they make of the "displacement," i.e., the motion. Thus, a receiver-based motion compensation system using a traditional

2

raster scanning procedure, which receives a sequence wherein an object is moving rapidly toward an upper left-hand portion of the image, cannot always properly compensate therefor. Thus, when the previous frame and the local picture elements in the present frame are found to have no displacement, and the prediction method will assume no displacement for the next picture element in the raster. However, since the next picture element has in fact been displaced many picture elements toward the upper left-hand portion of the image, a very large prediction error results. A transmitter-based motion compensation system, with knowledge of the entire image, would have avoided the error by deterministically selecting the displacement estimate which minimizes the actual error.

Another major disadvantage of receiver-based motion compensation systems is that they typically employ a differential pulse-code-modulation (DPCM) representation of the error signal. A traditional DPCM system employs a coding limit of one bit per picture element, since data is transmitted for each picture element. This limitation is avoided in motion compensation systems by first segmenting the image into its moving and non-moving parts. Then, entropy coded address information is transmitted to inform the receiver of the specific regions over which an error signal will be sent. In non-moving regions, no error information need be sent. Unfortunately, however, the amount of addressing information for such a DPCM system can often exceed an allowable, reasonable limit.

The major disadvantage of transmitter-based motion compensation systems which provide good image reproduction is that they require substantial overhead data to describe the motion vector field which is typically sent in PCM form. This problem is exacerbated when it is desired to have a high resolution representation of the vector field.

It is therefore an object of the present invention to transmit sequences of images over a communications channel using relatively low bandwidth, and providing high reliability and fidelity. Other objects of the invention are a motion compensation method and apparatus which reliably provide an accurate estimate of the displacement of the pixels of a scanned image in a sequence, and an improved motion estimation method and apparatus which enable real-time, reliable, and accurate determination of regional displacement in an image transmission device.

### SUMMARY OF THE INVENTION

The invention relates to an image sequence transmission apparatus and method for communicating a sequence of images over a channel. The apparatus for transmitting the sequence of images features circuitry for estimating, for successive images of the sequence, a measure of the motion displacement between the images. A lossy coding and compression circuitry represents the sequentially generated measures for an image as a coded motion signal representation. Further circuitry generates, using the coded motion signal representation, an error reconstruction signal; and transmitting apparatus takes the coded motion signal representation and the error reconstruction signal, and combines them for transmission over a channel.

Typically, the apparatus is employed in connection with video transmission and the channel can be, for example, a fifty-six kilobit per second telephone trans-

Exhibit 34  Page 1360

DELL 320529

4,703,350

3

mission link. The lossy coding and compression cir-
cuitry can employ, for example, transform coding or a
temporal DPCM.

In a preferred aspect of the invention, the generating
circuitry features a motion reconstruction element, for
generating motion reconstruction signals in response to
the coded motion signal representation, and a motion
compensation loop which modifies an input frame in
accordance with the motion reconstruction signals for
generating the error reconstruction signal. The loop
features an input frame buffer having a frame output for
successively storing images representative of the input
image sequence, a motion compensator responsive to
the motion reconstruction signals and a frame buffer
output for constructing an estimated receiver image
signal, a lossy compression circuitry responsive to a
difference between the estimated receiver image signal
and a corresponding input image for generating the
error reconstruction signal, a reconstruction circuitry
for constructing an error reconstruction image from the
error reconstruction signal, and an adder responsive to
the reconstruction circuitry and the estimated receiver
image signal for generating an estimated previous re-
ceiver image for storage in the frame buffer.

The estimating circuitry according to one aspect of
the invention has a motion estimation element which is
responsive to an estimated previous receiver image and
a present current image input for generating the mea-
sure of motion displacement. In a preferred embodi-
ment, the estimating circuitry has a frame buffer for
successively storing input images, and a motion estima-
tor responsive to a stored previous image output of the
frame buffer and a present image input for generating
the measures of motion displacement. The motion esti-
mator preferably uses an iterative, spatial-domain ap-
proach having an adaptive, steepest-descent error mini-
mization circuitry.

The transmitted signals are received by a receiver
featuring circuitry for constructing an error image rep-
resentation from the received error reconstruction sig-
nal and circuitry for constructing a motion field mea-
sure from a received coded motion circuitry representa-
tion. The receiver then responds to the receiver error
image representation and the receiver motion field mea-
sure for generating a reconstructed image sequence.

In another aspect of the invention, an image sequence
communications method relates to transmitting and
receiving a sequence of images over a channel using a
minimum channel bandwidth requirement. The method
features the steps of estimating, for successive images of
the sequence, a measure of the motion displacement
between the successive images; representing the sequen-
tially generated measures for an image as a lossy coded
motion signal representation; generating, using the
coded motion signal representation, an error recon-
struction signal; and transmitting over the channel the
coded motion signal representation and the error recon-
struction signal. In a particular embodiment, the
method further features the steps of generating motion
reconstruction signals in response to the coded motion
signal representation; and modifying, using a feedback
loop, an input frame in response to the motion recon-
struction signals for generating the error reconstruction
signal.

The method further features successively storing
images representative of the input image signal; con-
structing an estimated receiver image signal from the
motion reconstruction signal and an immediately pre-

4

ceding image of the input; generating the error recon-
struction signal from the difference between the esti-
mated receiver image signal and a corresponding input
image; constructing an error reconstruction image from
the error reconstruction signal; and storing an estimated
previous receiver image responsive to the error recon-
struction signal and the estimated receiver image signal.
In a particular aspect of the inventive method, the esti-
mating step has the steps of successively storing input
images and generating the measure of motion displace-
ment from a stored previous input image and the pres-
ent input image. Alternatively, the method features
generating the measure of motion displacement from an
estimated previous receiver image and a present image
input.

The method further features a receiver for receiving
the transmitted images over the channel. The receiver
method features the steps of constructing an error
image representation from a received error reconstruc-
tion signal, constructing a motion field measure from a
received coded motion signal representation, and gener-
ating a reconstructed image sequence from the receiver
error representation and receiver motion field measure.
In a particular aspect of the method, at the receiver, the
receiver generating step has the steps of interpolating
the motion field measure; generating a first image se-
quence from the interpolated motion field measure and
the error image representation; and temporally interpo-
lating and inserting at least one motion interpolated
image between successive images of the first image
sequence for generating a second image sequence in
response to the motion field interpolation signals.

BRIEF DESCRIPTION OF THE DRAWINGS

Other objects, features, and advantages of the inven-
tion will appear from the following description of par-
ticular preferred embodiments taken together with the
drawings in which:

FIG. 1 is an electrical block diagram of a typical
image communications system in accordance with the
claimed invention;

FIG. 2 is an electrical block diagram of the transmit-
ter of a motion-compensated image encoding apparatus
in accordance with the invention;

FIG. 3 is an electrical block diagram of the receiver
of a motion-compensated image coding system for re-
ceiving the channel signals from the transmitter of FIG.
2;

FIG. 4 is an electrical block diagram of an alternate
transmitter utilizing a closed loop motion-compensated
image coding system in accordance with the invention;

FIG. 5 is an electrical block diagram of the transmit-
ter of a motion-compensated image coding system
which utilizes temporal DPCM coding of the motion
data in accordance with the invention;

FIG. 6 is an electrical block diagram of the receiver
of a motion-compensated coding system utilizing tem-
poral DPCM coding of the motion data in accordance
with the invention;

FIG. 7 is an electrical block diagram of a motion-
compensation apparatus for a field of undersampled
motion vectors in accordance with the preferred em-
bodiment of the invention;

FIG. 8 is a diagrammatic representation of the spatial
interpolation process according to the invention;

FIG. 9 is an electrical block diagram of an iterative
spatial-domain motion estimation apparatus utilizing
adaptive, steepest descent error minimization;

Exhibit 34  Page 1361

DELL 320530

4,703,350

5

FIG. 10 is an electrical block diagram of an iterative spatial-domain motion estimation apparatus utilizing adaptive, steepest descent error minimization with an improved data processing structure; and

FIG. 11 is a diagrammatic presentation of the relative locations of adjacent blocks used in predicting an initial displacement motion vector value.

## DESCRIPTION OF PARTICULAR PREFERRED EMBODIMENTS

Referring to FIG. 1, a communications system 6 has a transmitter 8 which, in accordance with a preferred embodiment of the invention, has a camera 10 for providing a video signal to an analog-to-digital converter and frame buffer 12. The frame buffer portion of the analog-to-digital converter and frame buffer 12 is capable of storing a full frame of the video, sampled to, for example, eight bits across a 256×240 pixel raster.

The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 codes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21.

The illustrated motion estimation and coding circuitry 16 of FIG. 1, in accordance with a preferred embodiment of the invention, and referring to FIG. 2, compares a present original input frame image, available over lines 22, with the previous original input image, available in this illustrated embodiment from a frame buffer 24. A motion estimator circuitry 26 generates a measure of the motion displacement between the frames input thereto, and can be any of a number of motion estimation devices as are well known in the art. In a preferred embodiment to be described hereinafter, the motion estimation device uses an adaptive steepest descent error minimization method to generate the motion displacement measures.

The output of the motion estimator 26 is a field of "motion vectors" which, as noted above, provide a measure of the motion displacement between input frames. This vector field provides a description of how to map a previous input frame or input image from buffer 24 into the best approximation of the present input frame or image over lines 22. By "best" is meant an error metric such as, for example, a mean-squared-error measure. Typically, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the previous image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination provides the motion vector to be associated with the block in the previous image.

Since scenes are generally composed of several large objects moving uniformly over time, there is a high degree of correlation in the motion vector field. To avoid transmitting redundant information, and to reduce the data bit requirements, the preferred embodiment of the invention modifies the motion vector field, thereby losing some information, to facilitate the compression of the motion representing data. In the illustrated embodiment, this operation is represented by a

6

"lossy compressor" 28 which reduces the amount of data, and hence the bandwidth, required to represent the motion vector field. Noting the similarity between motion vector field and natural images, predictive, transform, or interpolative coding of the two independent components of the vector field can be employed by the lossy compressor 28.

Thus the lossy compressor circuitry 28 is employed for coding the motion vector field available over lines 32, and provides, over lines 30, a coded motion signal representative of the motion vectors. This output of the lossy compressor, as noted above, will not, upon decoding, exactly reproduce the signals over lines 32 (which provide the measure of motion displacement) and, therefore, have some error signal associated with them. Nevertheless, the reduction in the data requirements of a lossy compressor, when compared to, for example, a PCM exact coding method, are so substantial, that the use of a lossy compressor is a significant advance in the art. One preferred lossy compression circuitry employs a discrete cosine transform and the circuitry incorporates a processing method described in co-pending application, U.S. Ser. No. 740,806, entitled Method and System for Adapting a Digitized Signal Processing System for Block Processing With Minimal Blocking Artifacts and filed on even date herewith. The inventor is Henrique Malvar. That application, assigned to the assignee of the present application, is incorporated herein, in its entirety, by reference.

The output of the lossy compressor circuitry over lines 30, as noted above, is passed to the encoder 18. In addition, those signals are employed by the error circuitry 14 for determining what the receiver would have seen, absent any errors in the channel, and thereby providing the mechanism for determining the error reconstruction signal, that is, the signal representing the difference between what the receiver would have predicted based upon the coded motion signal representation over lines 30, and the true image input.

The output of the lossy compressor over lines 30 is used by a reconstructor circuitry 34 for producing, at its output, a signal representative of the measure of motion displacement, the motion vectors, on lines 32. The difference between the signals over lines 36, the output of the reconstruction circuitry, and the signals over lines 32, represents the coding error introduced by the lossy compression apparatus 28. The output of the reconstruction apparatus 34, over lines 36, is directed to a motion field interpolation circuitry 38 which operates in the spatial domain to associate with each picture element a motion displacement vector. Thus, while the input signals over lines 36 represent motion displacements for groups or regions of elements, for example, the picture elements of a 4×4 block, the motion field interpolator, as described in more detail below, resolves that data so that there is associated with each picture element, a motion displacement vector. The resulting output of the motion field interpolator, over lines 40, is designated the motion reconstruction signal.

The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, and a reconstruction circuitry 48. The input to the lossy compression circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction

Exhibit 34  Page 1362

DELL 320531

4,703,350

7                                    8

signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders such as a transform or DPCM encoder, and is preferably the encoder described in Malvar's co-pending application Ser. No. 740806, referred to above. The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines 56) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44.

The estimated receiver image is also applied to a differencing apparatus 60 which takes the difference between what the receiver is expected to predict, the signal over lines 56, and the actual image available from A-D converter and frame buffer 12. The output of the differencing apparatus 60 is the error signal input to the lossy compressor 46 over lines 50. If desired, a "leak" constant, "a", can be used to multiply the output of the motion compensator over lines 56 by a factor less than 1 or equal to 1. This factor, a, is indicated at 62 and provides for gradually eliminating the effect of errors in the channel.

As noted above, the input to the frame buffer 44 is the estimated previous receiver image. This receiver image, which takes into account all data received by the receiver, corresponds to the reconstructed receiver image for a frame. The image output from the frame buffer over lines 64 is the image which the motion compensation circuitry 42 modifies in accordance with the output of the motion field interpolator 38 over lines 40.

At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitries 76 and 78 respectively. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the successive received frames over line 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing.

The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines 86 are successively stored in a frame buffer 98 and are delivered to a motion compensator 99 which also receives signals from the motion field interpolator 96. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 56 in the transmitter, and is delivered to

the adder 100 for combination with the output of the error reconstruction circuitry over lines 84. As before, the output of the motion compensator circuitry can be modified by a "leak" parameter, a, whereby the effects of errors in the channel can be slowly eliminated. (The "leak" parameters, a, for both the transmitter and receiver must be identical in value.)

Referring to FIG. 4, in an alternative embodiment of the invention, the motion estimation circuitry 26 can receive an input image corresponding to the previous frame, not from the frame buffer 24 which provides an open loop circuitry, but from the frame buffer 44 to provide closed loop operation. In certain aspects of operation, such closed loop operation is effective for reducing overall error. This, however, is not always true. The alternate input to the motion estimation circuitry 26 is, in the FIG. 4 embodiment, the predicted reconstructed, previous frame output at the receiver.

Referring now to FIG. 5, the transmitter can employ a temporal differential pulse code modulation of the output of the motion estimator circuitry 26. In this illustrated embodiment, the lossy compressor input is no longer received directly from the motion estimator circuitry 26 as in the FIG. 2 embodiment, but instead is a differential signal corresponding to the difference between the estimated reconstructed signal for the previous frame, available over lines 110, and the present motion displacement vector signal over lines 32. These two signals are differenced at an adder 112 and that difference is passed to the lossy compressor circuitry 28, operating as described in connection with FIG. 2. The output of the reconstruction circuitry 34 is modified, in this illustrated embodiment, by the previous output of the reconstruction circuitry as is available from a buffer circuitry 114. These two signals are added at 116. The output from adder circuitry 116 is a coded motion signal representation corresponding to that available in the illustrated FIG. 2 embodiment over lines 36. The loop can compensate for channel error using the multiplication circuitry 118 having a "leak" parameter, a, which can range between 0 and 1.

Referring to FIG. 6, the receiver structure for the transmitter of FIG. 5 employs a differential loop 120 having a frame buffer 122 for storage of the reconstructed motion displacement vector signals from reconstruction apparatus 78. The receiver, thus, adds, using an adder 124, to the output of the reconstruction circuitry 78, the previous motion displacement vector which is stored in buffer 122. The result, over lines 126, is directed to the motion field interpolator 38. As before, a "leak" parameter, a, can be employed to remove, over time, channel errors in the reconstruction signal.

The Motion Field Interpolator (38, 96)

Referring to FIG. 7, the motion field interpolator 38 receives from the reconstruction circuitry 34, a motion displacement vector over lines 36 for each block region of the image. For example, for a color television video signal, a typical luminance image can have a block size of $8 \times 8$ pixels while a typical chrominance image can have a block size of $4 \times 4$ pixels. The motion field interpolator, employing a selected interpolation method, then associates with each pixel of the frame, an interpolated motion vector displacement value.

In accordance with the preferred aspect of the invention, a raised cosine interpolation function is employed for associating with each pixel a displacement value. The interpolation function is stored at 130. The input

Exhibit 34  Page 1363

DELL 320532

4,703,350

9

vector field is stored in a buffer 132 and has a low resolution corresponding to the block size.

Thus, in accordance with this aspect of the invention, each displacement vector from reconstruction circuitry 34 is associated with the center of a multi-pixel region. Thus, for a 4×4 block region, referring to FIG. 8, the interpolation vectors are associated with a center position, that is, positions 400, 402, 404 which are not, for a 4×4 block, associated with any one picture element. The interpolation process, performed by a vector interpolator 124 operates in both the X and Y directions. Thus, the displacement vector associated with the 4×4 pixel block region centered at 400 and the corresponding displacement vector associated with the region centered at 402, for example, can be interpolated with respect to the X direction, while the displacement vectors at regions centered at 400 and at 404 can be employed with respect to a Y interpolation. In general, the interpolation process employs a plurality of displacement vectors surrounding a point of interest for deriving the value of the displacement vector at the point. Thus, an X and Y interpolated displacement vector value is assigned by the vector interpolator 124 in accordance with the interpolation function being used for each pixel of the image. In other embodiments of the invention, interpolation functions other than the raised cosine can be employed. For example, a linear interpolation function, or a trapezoidal shaped interpolation function can be employed, the latter for reducing the computational load.

The output of the transmitter motion field interpolator 38, or the receiver motion field interpolator 96 (which operates in a manner identical to that of interpolator 38,) is directed to the full motion compensation circuitry 42 in the transmitter and to the full motion compensation circuitry 80 and frame interpolation circuitry 88 in the receiver. The full motion compensation circuits 42 and 80, using incoming frame image data from frame buffers 44 and 98 respectively and the motion field interpolator output data, produce, in the transmitter, the estimated receiver image over lines 56, and in the receiver, the received estimated image over lines 82. The motion compensation circuitry maps each output pixel location to a location in the previous frame as indicated by the displacement vector value associated with that output pixel location. The displacement vectors are specified by the motion field interpolation circuitry associated therewith. In particular, referring to FIG. 7, this is the output of vector interpolator 134.

There results, however, for some coordinate locations of the new image field, a mapping from pixel coordinates in the previous frame which do not fall upon a grid location. That is, the interpolated motion displacement vector may call for a movement of, for example 1¼ picture elements. In these instances, the motion compensation apparatus employs a spatial (or pixel) interpolation, for example a linear spatial interpolation of the 2×2 block of pixels surrounding the non-integer location, for determining a pixel value from the previous frame. Other interpolation functions could, of course, be employed, for example, the value selected for the non-integer coordinate of the previous frame can be the value of the pixel closest thereto. Alternately, a raised cosine interpolation function can be employed.

In the illustrated embodiment of the invention, the receiver also employs the output of motion field interpolator to create one or more frames between those which are actually transmitted. In accordance with this

10

aspect of the invention, the temporal frame interpolator 88, in the illustrated embodiment, receives the values of the motion field interpolation circuitry to determine the image values for a frame positioned in time, in the particular illustrated embodiment, one-half the distance between the transmitted and received frames. In the illustrated embodiment, this function is performed by halving the output displacement vectors from the motion field interpolator 96. Thus, if a picture element, from one transmitted frame to the next, were displaced two pixel positions in the X direction and 4 pixel positions in the Y direction, the temporal frame interpolator would provide an intermediate frame wherein that picture element was displaced one position in the X direction and two positions in the Y direction. In this manner, a frame half way between two received frames can be added to the picture image sequence to provide a better visual rendition.

The motion field interpolator 38 and motion compensator 42 can be implemented in hardware, in software, or in a combination of hardware and software. Attached hereto as Appendix B is a software implementation of a color video signal processing apparatus wherein the luminance (8×8 block regions) and chrominance (4×4 block regions) signals are processed.

### The Lossy Compressor

In accordance with a preferred embodiment of the invention, the lossy compression circuitry 28 can be any of a plurality of a circuitries. For example, the lossy compression circuitry can use transform coding, can employ differential pulse code modulation, or any other lossy coding method.

The output of the motion estimation circuitry 26 has the appearance, in essence, of a highly correlated image wherein each picture element represents not a portion of a visual image but, rather, a displacement value. According to the preferred embodiment of the invention, a block transform encoding method is employed for coding the motion estimation output signal.

In the illustrated embodiment of the invention, the lossy compression circuitry can be a discrete cosine transform operating on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively quantized in accordance with a Max Quantizer as is well known in the art. In this circumstance, the reconstruction circuitry 34 then becomes the inverse discrete cosine transform as is well known in the art.

In other embodiments of the invention, the lossy compression circuitry 28 can be embedded in a differential pulse code modulation circuitry for example, that described in connection with FIG. 4. In this instance, the temporal differential pulse code system employs a pulse code modulation coder of limited bit structure, and it is this lossy coder which provides the errors which are compensated for by the system as described hereinabove.

In yet another aspect of the invention, and as described the above-noted co-pending application U.S. Ser. No. 740806, filed in the name of Henrique Malvar, on even date herewith, and assigned to the assignee of this invention, preprocessing techniques can be employed for improving even more upon the transform method described hereinabove, to substantially eliminate the block coding artifacts. In still another embodiment of the invention, the lossy compressor can be implemented using a short-space fourier transform, such

Exhibit 34  Page 1364

DELL 320533

4,703,350

**11**

as that described in U.S. application Ser. No. 713,478, filed on Mar. 19, 1985, for a Method and Apparatus for MultiDimensional Signal Processing Using a Short-Space Fourier Transform, and assigned to the assignee of the present invention. The disclosure and specification of the above identified United States patent applications are incorporated herein by reference.

The Motion Estimator

Referring now to FIG. 9, in accordance with the illustrated embodiment, the motion estimation circuitry 26 employs an iterative spatial domain approach which quickly converges through an error minimization process for determining the displacement vectors of an input signal. In the preferred embodiment, an adaptive, steepest descent approach method is employed. The method has good convergence behavior.

The theoretical background for various aspects of the invention described and claimed herein are described in the Master's degree thesis of the inventor. The thesis was submitted to the Massachusetts Institute of Technology in partial fulfillment of the requirements of the degree of Master of Science. The thesis provides theoretical basis for, inter alia the illustrated motion estimator 26, and it is sufficient to concentrate here on Equation 1, found in the Hinman thesis which describes the iterations for determining a displacement vector v for a pixel having a location p in an image f. The new image is represented by g. That equation is reproduced herein as Equation 1 where the "i" represents an earlier value of the displacement vector and "i+1" represents a next value of the displacement vector.

$$\underline{v}^{i+1} = \underline{v}^i - 2\epsilon \sum_{\underline{p}} [g(\underline{p}) - f(\underline{p} - \underline{v}^i)]\nabla_v f(\underline{p} - \underline{v}^i) \qquad \text{(Equation 1)}$$

Equation 1 can be implemented in accordance with FIG. 9 where the input g and f frames are stored in buffers 200 and 202 respectively. The gradient value of the f frame is determined by a gradient computer 204 and spatial interpolators 206, 208 provide the values of f required by the summation in Equation 1. A summing element 210 and a multiplication element 212 yield the error gradient value which is accumulated in an accumulator 214. The output of the accumulator 214 is multiplied by a step size adaptor 215 at a multiplier 216; and the result is used to update the vector displacement value in an accumulator 218. The accumulator receives the initial vector prediction value from a prediction hardware 220.

The updated vectors are employed by interpolators 206 and 208 in interpolating the values of "f" and the vector output field is stored in a buffer 222. The entire apparatus operates under the control of a system controller 224 which monitors the value of the error gradient accumulator output and in response thereto adaptively changes the step size.

Referring now to FIG. 10, an improved method for implementing the adaptive steepest descent error minimization iterative spatial-domain motion estimator 26, defined by equation 1, provides for use of a single interpolator 240 operating upon the f frame and a gradient computation circuitry then operating upon the interpolated value output of interpolator 240. There results from this circuitry the elimination of one of the FIG. 9 interpolators thus providing a savings of hardware and-/or software.

In employing this method, the three important parameters are the initial step size, e, the stopping or cutoff threshold, T, and the predictor set, a_k. The initial step size plays an important role in determining the rate at

**12**

which the method converges upon the motion vector displacement. When e is chosen to have a very small value, the method requires an excessive number of iterations before reaching a sufficiently small neighborhood of the minimum. As the value of e increases, the rate of convergence also increases but there comes a value when e is so large that the search procedure will oscillate about the minimum without converging. The value of e must be determined by empirical tests. For a block size of 4×4, a value of $3\times10^{-5}$ has been found to provide the best convergence behavior.

The cut-off threshold is compared to the magnitude of the error gradient times the initial step size, e, for each iteration. This threshold must be chosen with two constraints in mind. First, it should be sufficiently small so that a displacement close to the actual displacement is reached. The second and opposing constraint is that as the threshold decreases, the number of required iterations increases dramatically. Thus, as with the step size, the appropriate cut-off threshold must be found empirically. (When the step size varies, as described below, the threshold, T, as defined above continues to be compared against the multiplicative product of the initial step size, e, and the error gradient.)

In determining the cutoff threshold empirically, two indicators are of interest. They are the average number of iterations per block and the motion compensated frame difference energy. In order to find the best value of T, the estimation and compensation process is run several times. Starting with a small cut-off threshold, a minimal value of the motion compensated frame difference energy is determined. As the threshold is increased, the average number of iterations steadily drops while the motion compensated frame difference energy remains essentially constant. Eventually, however, a value of the threshold is reached at which the estimated displacements become inaccurate and the motion compensated frame difference energy begins to rise. In seeking the point of inflection in the motion compensated frame difference energy as a function of T, a value of $7\times10^{-3}$ was found to be most appropriate. This threshold corresponds to a minimum vector update of $7\times10^{-3}$ pixels.

The selection of the predictor coefficents affects both the average number of iterations and the motion compensation frame difference energy.

The selection of the initial value of the displacement vector for each block is, in the illustrated embodiment, chosen as a linear combination of displacement vectors adjacent thereto. Thus, referring to FIG. 11, the steepest descent method provides access to the displacement vectors above and to the left of a present displacement vector V_o. Thus, in accordance with the illustrated embodiment, the present displacement vector is defined by equation 2 as:

$$\underline{V}_o = \sum_{j=1}^{4} a_j \underline{V}_j \qquad \text{(Equation 2)}$$

The a_j are the predictor coefficients while the V_j are the previously determined displacement vectors. The preferred vector predictors, a_j, are: $a_1=0.3$, $a_2=0$; $a_3=0.4$ and $a_4=0.3$. For these values of the vector predictors, in combination with the step value and threshold values noted above, for one set of data, the average number of iterations was 6.71, and the motion compensation frame difference energy was 14.1 dB's lower than the non-motion compensated frame difference energy.

**Exhibit 34  Page 1365**

DELL 320534

4,703,350

In accordance with a preferred embodiment of the invention, the selected value of e, the initial step size, can be adapted to change as a function of the error gradient. Thus, according to this illustrated embodiment of the invention, and under the control of the system controller **224**, the step size value is adapted to change, depending upon the present gradient error value, or the present and one or more previous error gradient values, so that the step size for the vector displacement does not become unreasonably small. A description of two methods for selecting step size is provided in the Hinman thesis beginning at page 33 of that thesis.

According to the preferred embodiment of the invention, the second method, defined by Equations 3.18, 3.19 and 3.20 of the Hinman thesis modified to reduce the processing load of the system. In this embodiment, the equations 3.18, 3.19, 3.20 are modified so that:

$$(\text{new step size}) = (\text{old step size}) \cdot \alpha \qquad (\text{Equation 3})$$

$$\alpha = \begin{cases} 1.4 \text{ if } R > 0 \\ 0.3 \text{ if } R < 0 \end{cases} \qquad (\text{Equation 4})$$

where

$$R = [\text{Gradient } E(V_x{}^j)] \cdot [\text{Sign}[\text{Gradient } E(V_x{}^{j-1})]] + [\text{Gradient } E(V_y{}^j)] \cdot [\text{Sign } [\text{Gradient } E(V_y{}^{j-1})]]$$

and "Gradient E" represents the gradient of the present x or y error function, and "Sign [·]" equals ±1 depending upon the sign of the argument. Equation 4, thus defined, provides a third method for an adaptive steepest descent approach. As noted above, however, the cutoff threshold value, T, is measured against the initial step size. Thus, the illustrated T can be defined as the product of a constant times the error gradient.

Further, in accordance with the preferred embodiment of the invention, the system controller **224** also prevents the displacement increment step size from being greater than a selected threshold, for example, greater than one pixel, and further prevents the maximum value of the displacement vector from being greater than a second selected threshold, for example greater than 7½ pixels. In this manner, more control of the steepest descent process is available and singularities which prevent convergence can be avoided.

The illustrated motion estimator can be implemented in hardware, in software, or in a combination thereof. In one particular embodiment, a software implementation of an adaptive steepest descent method and apparatus is provided.

Additions, subtractions, deletions, and other modifications of the preferred particular embodiments of the invention will be apparent to those skilled in the art and are within the scope of the following claims.

What is claimed is:

1. An image sequence transmission apparatus for transmitting a sequence of images over a channel comprising

means for estimating, for successive images of the sequence, a measure of the motion displacement between said successive images,

lossy coding means for representing said sequentially generated measures for an image as a coded motion signal representation,

means for generating, using said coded motion signal representation, an error reconstruction signal, and means for transmitting over said channel said coded motion signal representation and said error reconstruction signal.

2. The image sequence transmission apparatus of claim 1 wherein said generating means comprises

a motion reconstruction means for generating motion reconstruction signals in response to said coded motion signal representation, and

a motion compensation loop means for modifying an input frame in response to said motion reconstruction signals for generating said error reconstruction signal.

3. The image sequence transmission apparatus of claim 2 wherein said loop means comprises

an image frame buffer, having a frame output for successively storing images representative of said input image sequence,

a motion compensator means responsive to said motion reconstruction signals and a frame buffer output for constructing an estimated receiver image signal,

lossy compression means responsive to a difference between said estimated receiver image signal and a corresponding input image for generating said error reconstruction signal,

reconstruction means for constructing an error reconstruction image from said error reconstruction signal, and

adder means responsive to said reconstruction means and said estimated receiver image signal for generating an estimated previous receiver image for storage in said frame buffer.

4. The image sequence transmission apparatus of claim 1 wherein said estimating means comprises

a frame buffer for successively storing input images, and

a motion estimation means responsive to a stored previous image output of said frame buffer and a present image input for generating said measure of motion displacement.

5. The image sequence transmission apparatus of claim 1 wherein said estimating means comprises

a motion estimation means responsive to an estimated previous receiver image and a present image input for generating said measure of motion displacement.

6. The image sequence transmission apparatus of claim 1 wherein said lossy coding means comprises

a temporal differential pulse-code-modulation means for encoding said generated measures.

7. The image sequence transmission apparatus of claim 1 wherein said estimating means comprises

an iterative, spatial-domain motion estimator having an adaptive, steepest descent error minimization means.

8. The image sequence transmission apparatus of claim 1 wherein said lossy coding means comprises a transform coding means for encoding said generated measures.

9. The image sequence transmission apparatus of claim 2

wherein said lossy coding means is a block transform coding means, and

wherein said motion reconstruction means comprises a motion field interpolation means for receiving motion vector signals associated with block regions of

Exhibit 34  Page 1366

DELL 320535

4,703,350

**15**

an image and for assigning to each pixel of a block region, an interpolated motion vector signal value for forming said motion reconstruction signals.

**10.** An image sequence communications apparatus, for communicating a sequence of images over a channel, comprising

a transmitter including

means for estimating, for successive images of the sequence, a measure of the motion displacement between said successive images,

lossy coding means for representing said sequentially generated measures for an image as a coded motion signal representation,

means for generating, using said coded motion signal representation, an error reconstruction signal, and

means for transmitting over said channel said coded motion signal representation and said error reconstruction signal, and

a receiver including

means for constructing an error image representation from a received error reconstruction signal,

means for constructing a motion field measure from a received coded motion signal representation, and

means responsive to said receiver error image representation and said receiver motion field measure for generating a receiver reconstructed image sequence.

**11.** The image sequence communications apparatus of claim **10** wherein said receiver generating means comprises

a motion field interpolator,

a receiver motion compensation loop means responsive to said motion field interpolator and said error constructing means for generating a first image sequence, and

a temporal frame interpolator responsive to said motion field interpolator for inserting at least one motion interpolated image between successive images of said first image sequence for generating a second image sequence.

**12.** The image sequence communications apparatus of claim **10** wherein said motion field construction means comprises

means for employing a temporal differential pulse-code-modulated decoding means for reconstructing said motion field measures for the images.

**13.** The image sequence communications apparatus of claim **10** wherein said motion field construction means comprises

inverse transform means for reconstructing said motion field measures for the images.

**14.** An image sequence transmission apparatus for transmitting a sequence of images over a channel comprising

an image frame buffer having a frame output for successively storing images representative of said input image sequence,

a motion estimation means responsive to a stored previous image output of said frame buffer and a present image input for generating, for successive images of the sequence, a measure of the motion displacement between said successive images,

a block transform coding means for representing said sequentially generated measures for an image as a coded motion signal representation,

**16**

a motion reconstruction means for generating motion reconstruction signals in response to said coded motion signal representation, said reconstruction means including

a motion field interpolation means for receiving motion vector signals associated with block regions of an image and for assigning to each pixel of a block region, an interpolated motion vector signal value for forming said motion reconstruction signals,

a motion compensator means responsive to said motion reconstruction signals and a frame buffer output for constructing an estimated receiver image signal,

a block transform coding means responsive to a difference between said estimated receiver image signal and a corresponding input image for generating said error reconstruction signal,

reconstruction means for constructing an error reconstruction image from said error reconstruction signal,

adder means responsive to said reconstruction means and said estimated receiver image signal for generating an estimated previous receiver image for storage in said frame buffer, and

means for transmitting over said channel said coded motion signal representation and said error reconstruction signal.

**15.** An image sequence transmission method for transmitting a sequence of images over a channel comprising the steps of

estimating, for successive images of the sequence, a measure of the motion displacement between said images,

representing said sequentially generated measures for an image as a lossy coded motion signal representation,

generating, using said coded motion signal representation, an error reconstruction signal, and

transmitting over the channel the coded motion signal representation and the error reconstruction signal.

**16.** The image transmission method of claim **15** wherein said generating step comprises the steps of

generating motion reconstruction signals in response to the coded motion signal representation, and

modifying, using a feedback loop, an input frame in response to the motion reconstruction signals for generating the error reconstruction signal.

**17.** The image sequence transmission method of claim **16** further comprising the steps of

successively storing images representative of the input image sequence,

constructing an estimated receiver image signal from the motion reconstruction signal and an immediately previous image of the input,

generating the error reconstruction signal from the difference between the estimated receiver image signal and a corresponding input image,

constructing an error reconstruction image from the error reconstruction signal, and

storing an estimated previous receiver image in response to the error reconstruction signal and the estimated receiver image signal.

**18.** The image sequence transmission method of claim **15** wherein the estimating step comprises the steps of

successively storing input images, and

**Exhibit 34   Page 1367**

DELL 320536

4,703,350

17 | 18

generating the measure of motion displacement from a stored previous input image and a present image input.

19. The image sequence transmission method of claim 15 wherein the estimating step comprises the step of generating the measure of motion displacement from an estimated previous receiver image and a present image input.

20. The image sequence transmission method of claim 15 wherein said measure representing step comprises the step of
encoding the generated measures using a temporal differential pulse-code-modulation method.

21. The image sequence transmission method of claim 15 wherein the estimating step comprises the step of
employing an iterative, spatial-domain motion estimation method having an adaptive, steepest descent error minimization criteria.

22. The image sequence transmission method of claim 15 wherein said measure representing step comprises the step of
transform coding said generated measures for an image for forming said coded motion signal representation.

23. The image sequence transmission method of claim 15 wherein
said representing step comprises the step of block transform coding, and
said motion reconstruction signal generating step further comprises the steps of
receiving motion vector signals associated with block regions of an image, and
assigning to each pixel of a block region, an interpolated motion vector signal value for forming said motion reconstruction signals.

24. An image sequence communications method for communicating a sequence of images over a channel comprising the steps of
estimating, for successive images of the sequence, a measure of the motion displacement between said images,
representing said sequentially generated measures for an image as a lossy coded motion signal representation,
generating, using said coded motion signal representation, an error reconstruction signal,
transmitting over said channel said coded motion signal representation and said error reconstruction signal,
constructing, at a receiver, an error image representation from a receiver error reconstruction signal,
constructing, at the receiver, a motion field measure from a receiver, coded motion signal representation, and
generating, at the receiver, a reconstructed image sequence from the receiver error representation and receiver motion field measure.

25. The image sequence communications method of claim 24 wherein said receiver generating step comprises the steps of
interpolating the motion field measure,
generating a first image sequence from the interpolated motion field measure and the error image representation, and
temporally interpolating and inserting at least one motion interpolated image between successive images of the first image sequence for generating a second image sequence in response to the motion field interpolation signals.

26. The image sequence communications method of claim 25 wherein the motion field construction step comprises the step of
employing a temporal differential pulse-code-modulated decoding process for reconstruction the motion field measures for the images.

27. The image sequence communications method of claim 25 wherein said motion field construction step comprises the step of
employing an inverse transform method for reconstructing said motion field measures for the images.

28. An image sequence transmission method for transmitting a sequence of images over a channel comprising the steps of
successively storing input images of the sequence,
generating, for successive images of the sequence, a measure of the motion displacement between said images, from a stored previous input image and a present input image,
block transform coding said sequentially geanerated measures for an image to obtain a lossy coded motion signal representation,
generating motion reconstruction signals in response to the coded motion signal representation, said reconstruction generating step including
receiving motion vector signals associated with block regions of an image, and
assigning to each pixel of a block region, an interpolated motion vector signal value for forming said motion reconstruction signals,
constructing an estimated receiver image signal from the motion reconstruction signal and an immediately previous image of the input,
generating the error reconstruction signal from the difference between the estimated receiver image signal and a corresponding input image,
constructing an error reconstruction image from the error reconstruction signal,
storing an estimated previous receiver image in response to the error reconstruction signal and the estimated receiver image signal, and
modifying, using a feedback loop, an input frame in response to the motion reconstruction signals for generating the error reconstruction signal.

* * * * *

60

65

Exhibit 34  Page 1368

DELL 320537

Exhibit 35

# United States Patent [19]

**Hinman**

[11] Patent Number: **4,727,422**

[45] Date of Patent: **Feb. 23, 1988**

[54] **METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCE HAVING IMPROVED MOTION COMPENSATION**

[75] Inventor: **Brian L. Hinman, Lynn, Mass.**

[73] Assignee: **PictureTel Corporation, Peabody, Mass.**

[21] Appl. No.: **740,897**

[22] Filed: **Jun. 3, 1985**

[51] Int. Cl.⁴ ........................ H04N 7/12; H04N 7/18

[52] U.S. Cl. ................................... 358/133; 358/105; 358/135; 358/138

[58] Field of Search ............... 358/105, 133, 135, 136, 358/138

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,632,865 | 1/1972 | Haskell | 178/6 |
| 4,237,484 | 12/1980 | Brown et al. | 358/142 |
| 4,281,344 | 7/1981 | Mounts et al. | 358/136 |
| 4,302,775 | 11/1981 | Widrgreen et al. | 358/136 |
| 4,338,272 | 7/1982 | Netravali et al. | 358/136 |
| 4,383,272 | 5/1983 | Widergreen et al. | 358/136 |
| 4,394,774 | 7/1983 | Widergreen et al. | 382/56 |
| 4,447,886 | 5/1984 | Meeker | 364/725 |
| 4,575,756 | 3/1986 | Furukawa | 358/136 |

**OTHER PUBLICATIONS**

Jain et al, "Displacement Measurement and its Application in Interframe Image Coding," *IEEE Transactions on Communications*, vol. COM–29, No. 12, Dec. 1981, pp. 1799–1808.

Koga et al, "Motion–Compensated Interfame Coding for Video Conferencing," CH1679–0/81/000–0312, 1981 IEEE, G5.3.1–G5.3.5.

Koga et al, "Motion–Compensated Adaptive Intra–In-

terframe Predictive Coding Algorithm," CH2118–8/85/0000–0363, 1985 IEEE, 10.7.1–10.7.4, p. 363–366.

Ericsson, "Motion–Compensation Hybrid Coding at 50 Kb/s, " CH2118–8/85/0000–0367, 1985 IEEE, 10.8.1–10.8.8, pp. 367–370.

Primary Examiner—E. A. Goldberg

Assistant Examiner—Patrick W. Foster

Attorney, Agent, or Firm—Lahive & Cockfield

[57] **ABSTRACT**

An image sequence transmission method and apparatus transmit a sequence of images over a communications channel to a receiver. The transmitter has circuitry for estimating, for successive images of the sequence, a measure of the motion displacement vector field for block regions of an image. The transmitter further has coding circuitry for representing each sequentially generated measure as a coded motion vector field, circuitry for generating an error reconstruction signal using the coded motion vector field, and coding circuitry for transmitting the coded motion vector field and the error reconstruction signal over the channel. The error signal generation circuitry has, in particular a motion reconstruction circuit for generating motion reconstruction displacement signals for each block of an image in response to the coded motion vector field, and a motion vector field interpolator for generating from the motion vector field decoded signals, displacement signals for each picture element of the image. A motion compensation circuit responds to the displacement vectors for each image for modifying a receiver estimated image thereby constructing the image which the receiver is expected to generate.

**16 Claims, 11 Drawing Figures**



**Exhibit 35  Page 1369**                                                    MSLT_0001034



FIG. 1

Exhibit 35  Page 1370



FIG. 2

Exhibit 35  Page 1371



FIG. 3

Exhibit 35  Page 1372

MSLT_0001037



*FIG. 4*

Exhibit 35  Page 1373    MSLT_0001038



FIG. 5

Exhibit 35  Page 1374

MSLT_0001039



*FIG. 6*

Exhibit 35  Page 1375

MSLT_0001040



FIG. 7

FIG. 8

Exhibit 35  Page 1376                    MSLT_0001041



*FIG. 9*

**Exhibit 35  Page 1377**    MSLT_0001042



FIG. 11

FIG. 10

Exhibit 35  Page 1378

MSLT_0001043

1

2

# METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCE HAVING IMPROVED MOTION COMPENSATION

## BACKGROUND OF THE INVENTION

The invention relates generally to a method and apparatus for transmitting sequences of images through a communications channel, and in particular, to a method and apparatus for providing improved motion compensation to the image sequence transmission process.

The transmission of sequences of images, and in particular sequences of naturally occurring images such as those represented by a television signal, has been the subject of a significant amount of investigation. Typically, investigators have relied upon the highly redundant nature of successive images in the sequence and have often modeled the image data as a three-dimensional Markov process with a correlation coefficient close to unity. The Markov model provides a motivation for utilizing differential pulse-code-modulation (DPCM) and transform coding techniques to take account of the interframe redundancy.

By analyzing the nature of typical moving video, it is easy to become convinced that the principal change occurring between successive frames is the inhomogeneous motion of the objects within the frame. It has also been recognized that an accurate apparatus and method of estimating and compensating for this spatially dependent motion enables the construction of an interframe data compression method and apparatus which can have substantially better performance than can be achieved by sending a signal representative merely of the difference between successive frames.

As a result, various motion compensating coding methods and apparatus have been developed. These systems typically are either receiver-based motion compensation systems or transmitter-based motion compensation systems. In the receiver-based motion compensation system, the receiver makes a prediction as to the motion and compensates the previous frame for the expected motion. The transmitter, operating in the same manner, then sends only an error signal describing what must be done at the receiver in order to correct the receiver predicted frame. The error signal is typically coded in order to reduce its bandwidth.

For a transmitter-based motion compensation system, the motion estimation process occurs only at the transmitter. Displacement vectors are generally determined over various regions of the image and this data is then transmitted to the receiver along with an error information data signal. At the receiver the compensation process is performed on the previously coded image first using the motion information provided by the transmitter. The error signal data provided by the transmitter is then added to the thus compensated receiver image in order to maintain picture quality.

Unfortunately, however, both of these systems are flawed in the manner in which they are implemented. One disadvantage of receiver-based motion compensation systems is that they are, by their very nature, predictive coding systems. Because the prediction is based upon picture elements which have already been transmitted and hence received, the receiver-based motion compensation coder does not have the ability to deterministically optimize the estimate which they make of the "displacement," i.e., the motion. Thus, a receiver-based motion compensation system using a traditional raster scanning procedure, which receives a sequence wherein a object is moving rapidly toward an upper left-hand portion of the image, cannot always properly compensate therefor. Thus, when the previous frame and the local picture elements in the present frame are found to have no displacement, and the prediction method will assume no displacement for the next picture element in the raster. However, since the next picture element has in fact been displaced many picture elements toward the upper left-hand portion of the image, a very large prediction error results. A transmitter-based motion compensation system, with knowledge of the entire image, would have avoided the error by deterministically selecting the displacement estimate which minimizes the actual error.

Another major disadvantage of receiver-based motion compensation systems is that they typically employ a differential pulse-code-modulation (DPCM) representation of the error signal. A traditional DPCM system employs a coding limit of one bit per picture element, since data is transmitted for each picture element. This limitation is avoided in motion compensation systems by first segmenting the image into its moving and non-moving parts. Then, entropy coded address information is transmitted to inform the receiver of the specific regions over which an error signal will be sent. In non-moving regions, no error information need be sent. Unfortunately, however, the amount of addressing information for such a DPCM system can often exceed an allowable, reasonable limit.

The major disadvantage of transmitter-based motion compensation systems which provide good image reproduction is that they require substantial overhead data to describe the motion vector field which is typically sent in PCM form. This problem is exacerbated when it is desired to have a high resolution representation of the vector field.

Many motion estimation methods associate with each pixel of the image a motion displacement vector which describes the movement of that pixel from one image to another. And some motion estimation methods provide, in the spatial-domain, information regarding the movement of a block or region of pixels from one frame to the next. When these methods are employed in connection with transmitter-based motion estimation systems, it is necessary to create at the transmitter a replica of the image which will be produced at the receiver.

The process of creating the estimated receiver image at the transmitter makes use of the motion estimation signal output either directly, or after coding. During this process, however, both the large amount of data provided when each pixel of the image has associated with it a motion vector, and the relatively coarse motion estimation definition provided for blocks or regions of an image, (with concomitant lower data requirements) have proved unsatisfactory. On the one hand, providing motion estimation data for each pixel is computationally inefficient and results in significant noise artifacts. The provision of the coarser motion estimation process has resulted in inaccuracies and imprecision in the resulting received images.

Accordingly, it is an object of the present invention to provide a motion compensation method and apparatus having high resolution without incurring the disadvantages of noise induced artifacts and large computational load. Other objects of the invention are an improved motion compensation method and apparatus

Exhibit 35  Page 1379

MSLT_0001044

4,727,422

3

which provide high image quality, ease of computation, and ease of implementation.

## SUMMARY OF THE INVENTION

The invention relates to an image sequence transmission system for transmitting a sequence of images over a communications channel. This system has estimating circuitry for estimating, for successive images of the sequence, a measure of the motion displacement of block regions of an image and further has coding circuitry for representing the generated measures of an image as a coded motion signal representation. This system further has circuitry for generating, using the coded motion signal representation, an error reconstruction signal; and for transmitting the error reconstruction signal and the coded motion signal representation over the channel.

An improved error signal generating circuitry features a motion reconstruction circuitry for generating motion reconstruction displacement signals for each block of the image in response to the coded motion signal representation; a motion field interpolator for generating, in response to the displacement signals, a displacement vector for each picture element of the image; and a motion compensator responsive to the motion field interpolator for modifying a receiver estimated previous image for constructing an estimated receiver image.

In various aspects of the invention, the interpolator can use, depending upon the computational load and "smoothness" requirements of the system, either a raised cosine interpolation function, a linear interpolation function, or a trapezoidal interpolation function.

In another aspect, the receiver further has a receiver having construction circuitry for constructing an error image representation from a received error reconstruction signal, circuitry for constructing a motion field measure for the image from a received coded motion signal representation, and circuitry responsive to the received error image representation and the receiver motion field measure for generating a reconstructed image sequence. The receiver further features a receiver motion field interpolator for generating, in response to the received coded motion signal representation, a displacement vector for each picture element of an image to be constructed, and a receiver motion compensation loop responsive to the motion field interpolator and the error constructing circuitry for generating an image sequence.

The image sequence transmission method features an improved error signal generating method having the steps of generating motion block reconstruction signals in response to the coded motion signal representation; interpolating, in response to the blocked reconstruction displacement signals, a displacement vector for each picture element of the image; and constructing an estimated receiver image from the interpolated motion reconstruction signal and a receiver estimated previous image.

In various aspects, the improved method provides for different interpolation functions such as a raised cosine interpolation function, a linear interpolation function, and a trapezoidal interpolation function. The method can further provide, at a receiver, an improved sequence generating method having the steps of interpolating a received coded motion signal representation of the block displacements for generating a displacement vector for each picture element of the image to be re-

4

constructed; and generating an image sequence from the interpolated motion field and a received error signal representation.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects, features, and advantages of the invention will appear from the following description of particular preferred embodiments taken together with the drawings in which:

FIG. 1 is an electrical block diagram of a typical image communications system in accordance with the claimed invention;

FIG. 2 is an electrical block diagram of the transmitter of a motion-compensated image encoding apparatus in accordance with the invention;

FIG. 3 is an electrical block diagram of the receiver of a motion-compensated image coding system for receiving the channel signals from the transmitter of FIG. 2;

FIG. 4 is an electrical block diagram of an alternate transmitter utilizing a closed loop motion-compensated image coding system in accordance with the invention;

FIG. 5 is an electrical block diagram of the transmitter of a motion-compensated image coding system which utilizes temporal DPCM coding of the motion data in accordance with the invention;

FIG. 6 is an electrical block diagram of the receiver of a motion-compensated coding system utilizing temporal DPCM coding of the motion data in accordance with the invention;

FIG. 7 is an electrical block diagram of a motion-compensation apparatus for a field of undersampled motion vectors in accordance with the preferred embodiment of the invention;

FIG. 8 is a diagrammatic representation of the spatial interpolation process according to the invention;

FIG. 9 is an electrical block diagram of an iterative spatial-domain motion estimation apparatus utilizing adaptive, steepest descent error minimization;

FIG. 10 is an electrical block diagram of an iterative spatial-domain motion estimation apparatus utilizing adaptive, steepest descent error minimization with an improved data processing structure; and

FIG. 11 is a diagrammatic presentation of the relative locations of adjacent blocks used in predicting an initial displacement motion vector value.

## DESCRIPTION OF PARTICULAR PREFERRED EMBODIMENTS

Referring to FIG. 1, a communications system 6 has a transmitter 8 which, in accordance with a preferred embodiment of the invention, has a camera 10 for providing a video signal to an analog-to-digital converter and frame buffer 12. The frame buffer portion of the analog-to-digital converter and frame buffer 12 is capable of storing a full frame of the video, sampled to, for example, eight bits across a 256×240 pixel raster.

The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 codes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21.

The illustrated motion estimation and coding circuitry 16 of FIG. 1, in accordance with a preferred embodiment of the invention, and referring to FIG. 2, compares a present original input frame image, avail-

**Exhibit 35  Page 1380**

MSLT_0001045

5

able over lines 22, with the previous original input image, available in this illustrated embodiment from a frame buffer 24. A motion estimator circuitry 26 generates a measure of the motion displacement between the frames input thereto, and can be any of a number of motion estimation devices as are well known in the art. In a preferred embodiment to be described hereinafter, the motion estimation device uses an adaptive steepest descent error minimization method to generate the motion displacement measures.

The output of the motion estimator 26 is a field of "motion vectors" which, as noted above, provide a measure of the motion displacement between input frames. This vector field provides a description of how to map a previous input frame or input image from buffer 24 into the best approximation of the present input frame or image over lines 22. By "best" is meant an error metric such as, for example, a mean-squared-error error measure. Typically, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the previous image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination provides the motion vector to be associated with the block in the previous image.

Since scenes are generally composed of several large objects moving uniformly over time, there is a high degree of correlation in the motion vector field. To avoid transmitting redundant information, and to reduce the data bit requirements, the preferred embodiment of the invention modifies the motion vector field, thereby losing some information, to facilitate the compression of the motion representing data. In the illustrated embodiment, this operation is represented by a "lossy compressor" 28 which reduces the amount of data, and hence the bandwidth, required to represent the motion vector field. Noting the similarity between motion vector field and natural images, predictive, transform, or interpolative coding of the two independent components of the vector field can be employed by the lossy compressor 28.

Thus the lossy compressor circuitry 28 is employed for coding the motion vector field available over lines 32, and provides, over lines 30, a coded motion signal representative of the motion vectors. This output of the lossy compressor, as noted above, will not, upon decoding, exactly reproduce the signals over lines 32 (which provide the measure of motion displacement) and, therefore, have some error signal associated with them. Nevertheless, the reduction in the data requirements of a lossy compressor, when compared to, for example, a PCM exact coding method, are so substantial, that the use of a lossy compressor is a significant advance in the art. One preferred lossy compression circuitry employs a discrete cosine transform and the circuitry incorporates a processing method described in co-pending application, U.S. Ser. No. 740,806, entitled Method and System for Adapting a Digitized Signal Processing System for Block Processing With Minimal Blocking Artifacts and filed on even date herewith. The inventor is Henrique Malvar. That application, assigned to the assignee of the present application, is incorporated herein, in its entirety, by reference.

6

The output of the lossy compressor circuitry over lines 30, as noted above, is passed to the encoder 18. In addition, those signals are employed by the error circuitry 14 for determining what the receiver would have seen, absent any errors in the channel, and thereby providing the mechanism for determining the error reconstruction signal, that is, the signal representing the difference between what the receiver would have predicted based upon the coded motion signal representation over lines 30, and the true image input.

The output of the lossy compressor over lines 30 is used by a reconstructor circuitry 34 for producing, at its output, a signal representative of the measure of motion displacement, the motion vectors, on lines 32. The difference between the signals over lines 36, the output of the reconstruction circuitry, and the signals over lines 32, represents the coding error introduced by the lossy compression apparatus 28. The output of the reconstruction apparatus 34, over lines 36, is directed to a motion field interpolation circuitry 38 which operates in the spatial domain to associate with each picture element a motion displacement vector. Thus, while the input signals over lines 36 represent motion displacements for groups or regions of elements, for example, the picture elements of a 4×4 block, the motion field interpolator, as described in more detail below, resolves that data so that there is associated with each picture element, a motion displacement vector. The resulting output of the motion field interpolator, over lines 40, is designated the motion reconstruction signal.

The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, and a reconstruction circuitry 48. The input to the lossy compression circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders such as a transform or DPCM encoder, and is preferably the encoder described in Malvar's co-pending application Ser. No. 740,806, referred to above. The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines 56) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44.

The estimated receiver image is also applied to a differencing apparatus 60 which takes the difference between what the receiver is expected to predict, the signal over lines 56, and the actual image available from A-D converter and frame buffer 12. The output of the differencing apparatus 60 is the error signal input to the lossy compressor 46 over lines 50. If desired, a "leak" constant, "a", can be used to multiply the output of the motion compensator over lines 56 by a factor less than or equal to 1. This factor, a, is indicated at 62 and provides for gradually eliminating the effect of errors in the channel.

Exhibit 35  Page 1381

MSLT_0001046

7

As noted above, the input to the frame buffer 44 is the estimated previous receiver image. This receiver image, which takes into account all data received by the receiver, corresponds to the reconstructed receiver image for a frame. The image output from the frame buffer over lines 64 is the image which the motion compensation circuitry 42 modifies in accordance with the output of the motion field interpolator 38 over lines 40.

At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitries 76 and 78 respectively. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver image over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the successive received frames over line 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing.

The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines 86 are successively stored in a frame buffer 98 and are delivered to a motion compensator 99 which also receives signals from the motion field interpolator 96. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 56 in the transmitter, and is delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines 84. As before, the output of the motion compensator circuitry can be modified by a "leak" parameter, a, whereby the effects of errors in the channel can be slowly eliminated. (The "leak" parameters, a, for both the transmitter and receiver must be identical in value.)

Referring to FIG. 4, in an alternative embodiment of the invention, the motion estimation circuitry 26 can receive an input image corresponding to the previous frame, not from the frame buffer 24 which provides an open loop circuitry, but from the frame buffer 44 to provide closed loop operation. In certain aspects of operation, such closed loop operation is effective for reducing overall error. This, however, is not always true. The alternate input to the motion estimation circuitry 26 is, in the FIG. 4 embodiment, the predicted reconstructed, previous frame output at the receiver.

Referring now to FIG. 5, the transmitter can employ a temporal differential pulse code modulation of the output of the motion estimator circuitry 26. In this illustrated embodiment, the lossy compressor input is no longer received directly from the motion estimator circuitry 26 as in the FIG. 2 embodiment, but instead is a differential signal corresponding to the difference between the estimated reconstructed signal for the previous frame, available over lines 110, and the present motion displacement vector signal over lines 32. These

8

two signals are differenced at an adder 112 and that difference is passed to the lossy compressor circuitry 28, operating as described in connection with FIG. 2. The output of the reconstruction circuitry 34 is modified, in this illustrated embodiment, by the previous output of the reconstruction circuitry as is available from a buffer circuitry 114. These two signals are added at 116. The output from adder circuitry 116 is a coded motion signal representation corresponding to that available in the illustrated FIG. 2 embodiment over lines 36. The loop can compensate for channel error using the multiplication circuitry 118 having a "leak" parameter, a, which can range between 0 and 1.

Referring to FIG. 6, the receiver structure for the transmitter of FIG. 5 employs a differential loop 120 having a frame buffer 122 for storage of the reconstructed motion displacement vector signals from reconstruction apparatus 78. The receiver, thus, adds, using an adder 124, to the output of the reconstruction circuitry 78, the previous motion displacement vector which is stored in buffer 122. The result, over lines 126, is directed to the motion field interpolator 38. As before, a "leak" parameter, a, can be employed to remove, over time, channel errors in the reconstruction signal.

## The Motion Field Interpolator (38, 96)

Referring to FIG. 7, the motion field interpolator 38 receives from the reconstruction circuitry 34, a motion displacement vector over lines 36 for each block region of the image. For example, for a color television video signal, a typical luminance image can have a block size of 8×8 pixels while a typical chrominance image can have a block size of 4×4 pixels. The motion field interpolator, employing a selected interpolation method, then associates with each pixel of the frame, an interpolated motion vector displacement value.

In accordance with the preferred aspect of the invention, a raised cosine interpolation function is employed for associating with each pixel a displacement value. The interpolation function is stored at 130. The input vector field is stored in a buffer 132 and has a low resolution corresponding to the block size.

Thus, in accordance with this aspect of the invention, each displacement vector from reconstruction circuitry 34 is associated with the center of a multi-pixel region. Thus, for a 4×4 block region, referring to FIG. 8, the interpolation vectors are associated with a center position, that is, positions 400, 402, 404 which are not, for a 4×4 block, associated with any one picture element. The interpolation process, performed by a vector interpolator 124 operates in both the X and Y directions. Thus, the displacement vector associated with the 4×4 pixel block region centered at 400 and the corresponding displacement vector associated with the region centered at 402, for example, can be interpolated with respect to the X direction, while the displacement vectors at regions centered at 400 and at 404 can be employed with respect to a Y interpolation. In general, the interpolation process employs a plurality of displacement vectors surrounding a point of interest for deriving the value of the displacement vector at the point. Thus, an X and Y interpolated displacement vector value is assigned by the vector interpolator 124 in accordance with the interpolation function being used for each pixel of the image. In other embodiments of the invention, interpolation functions other than the raised cosine can be employed. For example, a linear interpolation function, or a trapezoidal shaped interpolation function can

Exhibit 35  Page 1382

MSLT_0001047

9

be employed, the latter for reducing the computational load.

The output of the transmitter motion field interpolator 38, or the receiver motion field interpolator 96 (which operates in a manner identical to that of interpolator 38,) is directed to the full motion compensation circuitry 42 in the transmitter and to the full motion compensation circuitry 80 and frame interpolation circuitry 88 in the receiver. The full motion compensation circuits 42 and 80, using incoming frame image data from frame buffers 44 and 98 respectively and the motion field interpolator output data, produce, in the transmitter, the estimated receiver image over lines 56, and in the receiver, the received estimated image over lines 82. The motion compensation circuitry maps each output pixel location to a location in the previous frame as indicated by the displacement vector value associated with that output pixel location. The displacement vectors are specified by the motion field interpolation circuitry associated therewith. In particular, referring to FIG. 7, this is the output of vector interpolator 134.

There results, however, for some coordinate locations of the new image field, a mapping from pixel coordinates in the previous frame which do not fall upon a grid location. That is, the interpolated motion displacement vector may call for a movement of, for example, 1¼ picture elements. In these instances, the motion compensation apparatus employs a spatial (or pixel) interpolation, for example a linear spatial interpolation of the 2×2 block of pixels surrounding the non-integer location, for determining a pixel value from the previous frame. Other interpolation functions could, of course, be employed, for example, the value selected for the non-integer coordinate of the previous frame can be the value of the pixel closest thereto. Alternately, a raised cosine interpolation function can be employed.

In the illustrated embodiment of the invention, the receiver also employs the output of motion field interpolator to create one or more frames between those which are actually transmitted. In accordance with this aspect of the invention, the temporal frame interpolator 88, in the illustrated embodiment, receives the values of the motion field interpolation circuitry to determine the image values for a frame positioned in time, in the particular illustrated embodiment, one-half the distance between the transmitted and received frames. In the illustrated embodiment, this function is performed by halving the output displacement vectors from the motion field interpolator 96. Thus, if a picture element, from one transmitted frame to the next, were displaced two pixel positions in the X direction and 4 pixel positions in the Y direction, the temporal frame interpolator would provide an intermediate frame wherein that picture element was displaced one position in the X direction and two positions in the Y direction. In this manner, a frame half way between two received frames can be added to the picture image sequence to provide a better visual rendition.

The motion field interpolator 38 and motion compensator 42 can be implemented in hardware, in software, or in a combination of hardware and software.

The Lossy Compressor

In accordance with a preferred embodiment of the invention, the lossy compression circuitry 28 can be any of a plurality of a circuitries. For example, the lossy compression circuitry can use transform coding, can employ differential pulse code modulation, or any other

10

lossy coding method. The output of the motion estimation circuitry 26 has the appearance, in essence, of a highly correlated image wherein each picture element represents not a portion of a visual image but, rather, a displacement value. According to the preferred embodiment of the invention, a block transform encoding method is employed for coding the motion estimation output signal.

In the illustrated embodiment of the invention, the lossy compression circuitry can be a discrete cosine transform operating on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively quantized in accordance with a Max Quantizer as is well known in the art. In this circumstance, the reconstruction circuitry 34 then becomes the inverse discrete cosine transform as is well known in the art.

In other embodiments of the invention, the lossy compression circuitry 28 can be embedded in a differential pulse code modulation circuitry for example, that described in connection with FIG. 4. In this instance, the temporal differential pulse code system employs a pulse code modulation coder of limited bit structure, and it is this lossy coder which provides the errors which are compensated for by the system as described hereinabove.

In yet another aspect of the invention, and as described the above-noted co-pending application U.S. Ser. No. 740,806, filed in the name of Henrique Malvar, on even date herewith, and assigned to the assignee of this invention, preprocessing techniques can be employed for improving even more upon the transform method described hereinabove, to substantially eliminate the block coding artifacts. In still another embodiment of the invention, the lossy compressor can be implemented using a short-space fourier transform, such as that described in U.S. Application Ser. No. 713,478, filed on Mar. 19, 1985, for a Method and Apparatus for Multi-Dimensional Signal Processing Using a Short-Space Fourier Transform, and assigned to the assignee of the present invention. The disclosure and specification of the above identified United States patent applications are incorporated herein by reference.

The Motion Estimator

Referring now to FIG. 9, in accordance with the illustrated embodiment, the motion estimation circuitry 26 employs an iterative spatial domain approach which quickly converges through an error minimization process for determining the displacement vectors of an input signal. In the preferred embodiment, an adaptive, steepest descent approach method is employed. The method has good convergence behavior.

The theoretical background for various aspects of the invention described and claimed herein are described in a Master's degree thesis of the inventor, the thesis was submitted to the Massachusetts Institute of Technology in partial fulfillment of the requirements of the degree of Master of Science. The thesis provides theoretical basis for, inter alia the illustrated motion estimator 26, and it is sufficient to concentrate here on Equation 3.12, in the thesis, which describes the iterations for determining a displacement vector v for a pixel having a location p in an image f. The new image is represented by g. That equation is reproduced herein as Equation 1 where the "i" represents an earlier value of the displacement vector and "i+1" represents a next value of the displacement vector.

Exhibit 35  Page 1383

MSLT_0001048

4,727,422

11

$$\underline{V}^{i+1} = \underline{V}^i - 2e \sum_{\ell} [g(\underline{p}) - f(\underline{p} - \underline{v}^i)]\nabla_{(\cdot)}f(\underline{p} - \underline{v}^i) \qquad \text{(Equation 1)}$$

Equation 1 can be implemented in accordance with FIG. 9 where the input g and f frames are stored in buffers 200 and 202 respectively. The gradient value of the f frame is determined by a gradient computer 204 and spatial interpolators 206, 208 provide the values of f required by the summation in Equation 1. A summing element 210 and a multiplication element 212 yield the error gradient value which is accumulated in an accumulator 214. The output of the accumulator 214 is multiplied by a step size adaptor 215 at a multiplier 216; and the result is used to update the vector displacement value in an accumulator 218. The accumulator receives the initial vector prediction value from a prediction hardware 220.

The updated vectors are employed by interpolators 206 and 208 in determining the values of "f" and the vector output field is stored in a buffer 222. The entire apparatus operates under the control of a system controller 224 which monitors the value of the error gradient accumulator output and in response thereto adaptively changes the step size.

Referring now to FIG. 10, an improved method for implementing the adaptive steepest descent error minimization iterative spatial-domain motion estimator 26, defined by equation 1, provides for use of a single interpolator 240 operating upon the f frame and a gradient computation circuitry then operating upon the interpolated value output of interpolator 240. There results from this circuitry the elimination of one of the FIG. 9 interpolators thus providing a savings of hardware and-/or software.

In employing this method, the three important parameters are the initial step size, e, the stopping or cutoff threshold, T, and the predictor set, a$_k$. The initial step size plays an important role in determining the rate at which the method converges upon the motion vector displacement. When e is chosen to have a very small value, the method requires an excessive number of iterations before reaching a sufficiently small neighborhood of the minimum. As the value of e increases, the rate of convergence also increases but there comes a value when e is so large that the search procedure will oscillate about the minimum without converging. The value of e must be determined by empirical tests. For a block size of 4×4, a value of $3 \times 10^{-5}$ has been found to provide the best convergence behavior.

The cut-off threshold is compared to the magnitude of the error gradient times the initial step size, e, for each iteration. This threshold must be chosen with two constraints in mind. First, it should be sufficiently small so that a displacement close to the actual displacement is reached. The second and opposing constraint is that as the threshold decreases, the number of required iterations increases dramatically. Thus, as with the step size, the appropriate cut-off threshold must be found empirically. (When the step size varies, as described below, the threshold, T, as defined above continues to be compared against the multiplicative product of the initial step size, e, and the error gradient.)

In determining the cutoff threshold empirically, two indicators are of interest. They are the average number of iterations per block and the motion compensated frame difference energy. In order to find the best value

12

of T, the estimation and compensation process is run several times. Starting with a small cut-off threshold, a minimal value of the motion compensated frame difference energy is determined. As the threshold is increased, the average number of iterations steadily drops while the motion compensated frame difference energy remains essentially constant. Eventually, however, a value of the threshold is reached at which the estimated displacements become inaccurate and the motion compensated frame difference energy begins to rise. In seeking the point of inflection in the motion compensated frame difference energy as a function of T, a value of $7 \times 10^{-3}$ was found to be most appropriate. This threshold corresponds to a minimum vector update of $7 \times 10^{-3}$ pixels.

The selection of the predictor coefficients affects both the average number of iterations and the motion compensation frame difference energy.

The selection of the initial value of the displacement vector for each block is, in the illustrated embodiment, chosen as a linear combination of displacement vectors adjacent thereto. Thus, referring to FIG. 11, the steepest descent method provides access to the displacement vectors above and to the left of a present displacement vector $\underline{V}_o$. Thus, in accordance with the illustrated embodiment, the present displacement vector is defined by equation 2 as:

$$\underline{V}_o = \sum_{j=1}^{4} a_j \underline{V}_j \qquad \text{(Equation 2)}$$

The a$_j$ are the predictor coefficients while the $\underline{V}_j$ are the previously determined displacement vectors.

The preferred vector predictors, a$_j$, are: a$_1$=0.3, a$_2$=0; a$_3$=0.4 and a$_4$=0.3. For these values of the vector predictors, in combination with the step value and threshold values noted above, the average number of iterations was 6.71, and the motion compensation frame difference energy was 14.1 dB's lower than the non-motion compensated frame difference energy.

In accordance with a preferred embodiment of the invention, the selected value of e, the initial step size, can be adapted to change as a function of the error gradient. Thus, according to this illustrated embodiment of the invention, and under the control of the system controller 224, the step size value is adapted to change, depending upon the present gradient error value, or the present and one or more previous error gradient values, so that the step size for the vector displacement does not become unreasonably small. A description of two methods for selecting step size is provided in the thesis noted supra.

According to the preferred embodiment of the invention, the second method, defined by Equations 3.18, 3.19 and 3.20 of the thesis noted supra, is modified to reduce the processing load of the system. In this embodiment, the equations 3.18, 3.19, 3.20 are modified so that:

$$\text{(new step size)} = \text{(old step size)} \cdot \alpha \qquad \text{(Equation 3)}$$

$$\alpha = \begin{cases} 1.4 \text{ if } R > 0 \\ 0.3 \text{ if } R < 0 \end{cases} \qquad \text{(Equation 4)}$$

where

Exhibit 35  Page 1384

MSLT_0001049

4,727,422

13

-continued

$$R = [\text{Gradient } E(V_x^i)] \cdot [\text{Sign } [\text{Gradient } E(V_x^{i-1})]] + [\text{Gradient } E(V_y^i)] \cdot [\text{Sign } [\text{Gradient } E(V_y^{i-1})]]$$

and "Gradient E" represents the gradient of the present x or y error function, and "Sign[·]" equals ±1 depending upon the sign of the argument. Equation 4, thus defined, provides a third method for an adaptive steepest descent approach. As noted above, however, the cutoff threshold value, T, is measured against the initial step size. Thus, the illustrated T can be defined as the product of a constant times the error gradient.

Further, in accordance with the preferred embodiment of the invention, the system controller 224 also prevents the displacement increment step size from being greater than a selected threshold, for example, greater than one pixel, and further prevents the maximum value of the displacement vector from being greater than a second selected threshold, for example greater than 7½ pixels. In this manner, more control of the steepest descent process is available and singularities which prevent convergence can be avoided.

The illustrated motion estimator can be implemented in hardware, in software, or in a combination thereof.

Additions, subtractions, deletions, and other modifications of the preferred particular embodiments of the invention will be apparent to those skilled in the art and are within the scope of the following claims.

What is claimed is:

1. An image sequence transmission apparatus for transmitting a sequence of images over a communications channel, said apparatus comprising

means for estimating, for successive images of the sequence, a measure of the motion displacement of block regions of an image,

coding means for representing said generated measures of an image as a coded motion signal representation,

means for generating, using said coded motion signal representation and an estimated previous receiver image, an error reconstruction signal, and

means for transmitting said coded motion signal representation and said error reconstruction signal over said channel,

wherein said error reconstruction signal generating means includes an improved error signal generating means comprising

A. a motion reconstruction means for generating motion reconstruction displacement signals for each said block in response to said coded motion signal representation,

B. a motion field interpolation means for generating a displacement vector in response to said displacement signals for each picture element of said image, and

C. a motion compensation means responsive to said motion field interpolation means for modifying said receiver estimated previous image for constructing an estimated receiver image.

2. The improved error signal generating means of claim 1 wherein said motion field interpolation means comprises

means for interpolating between said block displacement signals using a raised cosine interpolation function.

3. The improved error signal generating means of claim 1 wherein said motion field interpolation means comprises

14

means for linearly interpolating between said block displacement signals of said reconstruction means.

4. The improved error signal generating means of claim 1 wherein said motion field interpolation means comprises

means for interpolating between said block displacement signals using a trapezoidal interpolation function.

5. An image sequence communications apparatus for communicating a sequence of images over a communications channel, said apparatus comprising

a transmitter having

means for estimating, for successive images of the sequence, a measure of the motion displacement of block regions of an image,

coding means for representing said generated measures of an image as a coded motion signal representation,

means for generating, using said coded motion signal representation and an estimated previous receiver image, an error reconstruction signal, and

means for transmitting said coded motion signal representation and said error reconstruction signal over said channel, and

a receiver having

means for constructing an error image representation from a received error reconstruction signal,

means for constructing a motion field measure from a received coded motion signal representation, and

means responsive to said received error image representation and said receiver motion field measure for generating a reconstructed image sequence,

wherein said error reconstruction signal generating means includes an improved error signal generating means comprising

A. a motion reconstruction means for generating motion reconstruction displacement signals for each block in response to said coded motion signal representation,

B. a transmitter motion field interpolation means for generating, in response to said displacement signals, a displacement vector for each picture element of a said image, and

C. a motion compensation means responsive to said motion field interpolation means for modifying said receiver estimated previous image for constructing an estimated receiver image, and

wherein said reconstructed image sequence generating means includes an improved receiver generating means comprising

D. a receiver motion field interpolation means for generating, in response to said received coded motion signal representation, a displacement vector for each picture element of an image to be constructed, and

E. a received motion compensation loop means responsive to said motion field interpolator and said error reconstructing means for generating an image sequence.

6. The apparatus of claim 5 wherein each of said transmitter and receiver motion field interpolation means includes

means for interpolating between said block displacement signals using a raised cosine interpolation function.

7. The apparatus of claim 5 wherein each of said transmitter and receiver motion field interpolation means includes

Exhibit 35  Page 1385

MSLT_0001050

4,727,422

15

means for linearly interpolating between said block displacement signals of said reconstruction means.

8. The apparatus of claim 5 wherein each of said transmitter and receiver motion field interpolation means includes

means for interpolating between said block displacement signals using a trapezoidal interpolation function.

9. An image sequence transmission method for transmitting a sequence of images over a communications channel having the steps of

estimating, for successive images of the sequence, a measure of the motion displacement of block regions of an image,

representing said generated measures of an image as a coded motion signal representation,

generating, using said coded motion signal representation and an estimated previous receiver image, an error reconstruction signal for said image, and

transmitting over the channel the coded motion signal representation and the error reconstruction signal,

wherein said error reconstruction signal generating step includes an improved error signal generating method comprising the steps of

A. generating motion block reconstruction displacement signals in response to the coded motion signal representation,

B. interpolating, in response to said block reconstruction displacement signals, a displacement vector for each picture element of said image, and

C. constructing an estimated receiver image from the interpolated motion reconstruction signal and said receiver estimated previous image.

10. The improved error signal generating method of claim 9 wherein said motion field interpolation step comprises the step of

interpolating between said block displacement signals using a raised cosine interpolating function.

11. The improved error signal generating method of claim 9 wherein said motion field interpolation step comprises the step of

linearly interpolating between said block displacement signals of said reconstruction means.

12. The improved error signal generating method of claim 9 wherein said motion field interpolation step comprises the step of

interpolating between said block displacement signals using a trapezoidal interpolation function.

13. An image sequence communications method for communicating a sequence of images over a communications channel including the steps of

16

estimating, for successive images, a measure of the motion displacement of block regions of an image, representing said generated measures of an image as a coded motion signal representation,

generating, using said coded signal representation and a receiver estimated previous image, an error reconstruction signal,

transmitting said coded motion signal representation and said error reconstruction signal over said channel,

constructing, at a receiver, an error image representation from a receiver error reconstruction signal,

constructing, at the receiver, a motion field measure from a received coded motion signal representation, and

generating a reconstructed image sequence from the receiver error representation and receiver motion field measure,

wherein said error reconstruction signal generating step includes an improved error signal generating method comprising the steps of

A. generating motion block reconstruction displacement signals in response to the coded motion signal representation,

B. interpolating, in response to said block reconstruction displacement signals, a displacement vector for each picture element of said image, and

C. constructing an estimated receiver image from the interpolated motion reconstruction signal and said receiver estimated previous image, and

wherein said reconstructed image sequence generating step includes an improved receiver generating method comprising the steps of

D. interpolating said received coded motion signal representation of said block displacements for generating a·displacement vector for each picture element of an image to be constructed, and

E. generating an image sequence from the interpolated motion field and the error representation.

14. The method of claim 13 wherein each said interpolating step comprises the step of

interpolating between said block displacement signals using a raised cosine interpolation function.

15. The method of claim 13 wherein each said interpolating step comprises the step of

linearly interpolating between said block displacement signals of said constructing process.

16. The method of claim 13 wherein each said interpolating step comprises the step of

interpolating between said block displacement signals using a trapezoidal interpolation function.

* * * * *

Exhibit 35  Page 1386                                    MSLT_0001051

Exhibit 36

# United States Patent [19]

## Hinman

[11]  **Patent Number:**     **4,661,849**

[45]  **Date of Patent:**     **Apr. 28, 1987**

[54] **METHOD AND APPARATUS FOR PROVIDING MOTION ESTIMATION SIGNALS FOR COMMUNICATING IMAGE SEQUENCES**

[75] Inventor:  **Brian L. Hinman**, Lynn, Mass.

[73] Assignee:  **PicTel Corporation**, Peabody, Mass.

[21] Appl. No.:  **740,900**

[22] Filed:  **Jun. 3, 1985**

[51] Int. Cl.⁴ .................................................. H04N 7/13
[52] U.S. Cl. ...................................... 358/136; 358/105; 358/138
[58] Field of Search ............... 358/105, 133, 135, 136, 358/138; 375/27

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,632,865 | 1/1972 | Haskell ........................... | 178/6 |
| 4,218,703 | 8/1980 | Netravali et al. ............... | 358/105 X |
| 4,237,484 | 12/1980 | Brown et al. .................... | 358/142 |
| 4,245,248 | 1/1981 | Netravali et al. ............... | 358/136 |
| 4,255,763 | 3/1981 | Maxemchuk et al. ........... | 358/138 X |
| 4,281,344 | 7/1981 | Mounts et al. .................. | 358/136 |
| 4,302,775 | 11/1981 | Widergren et al. .............. | 358/136 |
| 4,394,774 | 7/1983 | Widergreen et al. ............ | 382/56 |
| 4,447,886 | 5/1984 | Meeker ............................ | 364/725 |
| 4,485,400 | 11/1984 | Lemelson et al. ............... | 358/85 |
| 4,581,638 | 4/1986 | Chiariglione et al. ........... | 358/135 |
| 4,591,909 | 5/1986 | Kuroda et al. .................. | 358/136 |

### OTHER PUBLICATIONS

Jain et al., "Displacement Measurement and Its Application in Interframe Image Coding", *IEEE Transactions on Communications*, vol. COM-29, No. 12, Dec. 1981, pp. 1799–1808.
Koga et al., "Motion-Compensated Interframe Coding for Video Conferencing", CH1679-0/81/0000-0312, 1981 IEEE, G5.3.1–G5.3.5.
Koga et al., "Motion-Compensated Adaptive Intra-In-

terframe Predictive Coding Algorithm", CH2118-8/85/0000-0363, 1985 IEEE, 10.7.1–10.7.4, pp. 363–366.
Ericsson, "Motion-Compensation Hybrid Coding at 50 Kb/s", CH2118-8/85/0000-0367, 1985 IEEE, 10.8.1–10.8.8, pp. 367–370.

*Primary Examiner*—Joseph W. Hartary
*Assistant Examiner*—Patrick W. Foster
*Attorney, Agent, or Firm*—Lahive & Cockfield

[57]     **ABSTRACT**

An image sequence transmission method and apparatus transmit a sequence of successive images over a bandwidth limited channel. The transmitter has a motion estimator for estimating the motion displacement between successive image frames of the sequence. The motion estimator divides each image into nonoverlapping blocks, each block including a plurality of picture elements. The apparatus then successively selects, in accordance with a steepest descent estimation technique, an initial value of a motion vector displacement for each successive block. Thereafter, an iterative process determines using the steepest descent approach, successive values of the motion displacement vector for a block and the iteration process is terminated when an iteration error measure, which is associated with the steepest descent method, is less than a predetermined threshold value. In particular embodiments of the invention, an adaptive approach is used wherein the step size parameter is incremented in accordance with a gradient error used in the steepest descent technique. In addition, methods and apparatus for determining an initial motion vector field value based upon of the motion displacements in adjacent blocks advantageously determine the initial displacement vector for a block.

**22 Claims, 11 Drawing Figures**



Exhibit 36  Page 1387

DELL 318173

**U.S. Patent**    Apr. 28, 1987    Sheet 1 of 9    **4,661,849**



FIG. 1

Exhibit 36  Page 1388

DELL 318174



*FIG. 2*

Exhibit 36  Page 1389

DELL 318175



*FIG. 3*

Exhibit 36  Page 1390

DELL 318176



*FIG. 4*

Exhibit 36  Page 1391

DELL 318177



*FIG. 5*

Exhibit 36  Page 1392

DELL 318178



FIG. 6

Exhibit 36  Page 1393

DELL 318179



FIG. 7

FIG. 8

Exhibit 36  Page 1394

DELL 318180



*FIG. 9*

Exhibit 36  Page 1395

DELL 318181



FIG. 11

FIG. 10

Exhibit 36  Page 1396

DELL 318182

4,661,849

1

## METHOD AND APPARATUS FOR PROVIDING MOTION ESTIMATION SIGNALS FOR COMMUNICATING IMAGE SEQUENCES

### BACKGROUND OF THE INVENTION

The invention relates generally to methods and apparatus for transmitting sequences of image representing data, and in particular, to a method and apparatus for estimating the motion difference between successive frames of an image sequence for transmission over a bandwidth limited channel.

Many motion estimation methods and apparatus are available to describe, in one manner or another, the differences between successive frames of an image sequence in order to help reduce the bandwidth requirements associated with transmitting the sequence of images through a bandwidth limited channel. The literature suggests that motion estimation methods can be divided between spatial-domain motion estimation and frequency-domain motion estimation. The present invention is directed to spatial-domain motion estimation.

The literature further suggests that spatial-domain motion estimatation can be categorized as (a) region matching, (b) adaptive linear prediction, (c) frame and pixel differencing, and (d) recursive minimization. The methods belonging to the region matching catagory use some type of correlation measure to search for a region within an image which most closely matches a particular region in a previous image. This work, however, required large amounts of computation, and the computation increases as a finer resolution becomes desirable. One more efficient region matching method relies upon a logarithmic search procedure wherein displacements are found by successively reducing the area of the search. For each step, the error is computed at five locations, one in the center and four along the respective X and Y axis passing through the center. The procedure continues until a displacement accurate to within one pixel is found. This method assumes that the error function monotonically increases away from the actual displacement; and, as will be noted below, such is not always the case. Hence the logarithmic search method can become trapped in local minima rather than reaching the global minimum.

The adaptive linear prediction method is an extension of the two dimensional differential pulse code modulation methods developed during the 1950's. A number of these methods form a prediction based upon spatially neighboring pixels as well as those from previous temporally earlier frames. The prediction model can be adapted using overhead data or can adapt itself according to spatially varying image statistics. In any instance, three-dimensional adaptive prediction can be regarded as an example of motion estimation; and this can be confirmed by recognizing that the predictor is likely to place its largest weighting on the most highly correlated pixels which are available. For pure translation, the most highly correlated pixels are those lying on the motion path in previous frames.

Adaptive linear prediction methods have several short-comings. First, they require significant computation to derive the predictor when the order of prediction increases. And, to take advantage of a displacement of several pixels, the order must be quite high. A second disadvantage is that the predictor coefficients do not necessarily suggest a single displacement vector. Accordingly, the overhead data required for such a trans-

2

mitter-based motion estimation method can become quite substantial.

The frame and pixel differences method utilizes the relationship between the spatial and temporal first difference signals and derives a measure of displacement magnitude by accumulating the absolute temporal difference signal over a region and dividing it by the accumulated absolute pixel difference signal. The accumulated pixel difference signal serves as a normalizing factor to account for the size and detail of the moving image. While the method is very attractive in terms of real-time implementation, it is not a very accurate motion estimation method, particularly when displacements of several pixels are encountered.

The concept of recursive spatial-domain motion estimation, introduced by Netravali and Robbins, and described in U.S. Pat. 4,218,703, issued Aug. 19, 1980, converges upon explicit displacement estimates through the recursive updates of a steepest descent search. Thus, for each pixel in an image, an error function is defined as the squared difference between the desired pixel value and that of a displaced pixel in the previous frame. Thus, for a typical raster scan, an initial displacement is assigned based upon the value of one or more of the displacements which have already been computed for the neighboring pixels. If the error function at the present pixel is below a predetermined threshold, the method proceeds to the next pixel without modifying the displacement assigned in accordance with the neighboring pixels. Otherwise, the gradient of the error function is determined with respect to the displacement vector, and in an attempt to minimize the error function, the displacement vector is perturbed in a direction opposite to the gradient and in an amount proportional to its magnitude. The method thus uses this new value as the displacement value for the pixel and then proceeds to the next picture element.

Since its conception, several papers have discussed improvements in this "pel-recursive" method. Two improvements are of particular interest. In the first, the error function is defined over several neighboring pixels. This modification provides greater noise immunity, thereby improving the stability and accuracy of the method. However, the amount of computation required for the recursion on each pixel increases. The second improvement is a departure from the steepest descent minimization, which converges slowly once a point near the minimum is reached. Hence, using an error function over several pixels, Netravali and Robbins suggest the use of a least-mean-square minimization method which is conceptually similar to the steepest descent, except for the inclusion of a steering matrix which multiplies the gradient value. Thus, near the minimum, the steering matrix effectively lengthens the step size over that given by the steepest descent alone. This method, however, does require a matrix inversion and therefore suffers from possible singularity conditions near the minimum.

The pel-recursive method suffers from two deficiencies. First, the method has been used almost exclusively as a statistical predictor embedded in a differential pulse-code-modulation system. Thus, even when the error is defined over several pixels, these pixels are restricted to those which have already been "transmitted". This limits the performance of the pel-recursive method in the same manner as the self-adaptive linear prediction method. Second, the pel-recursive

**Exhibit 36  Page 1397**

DELL 318183

4,661,849

| 3 | 4 |

method uses a steepest descent approach with but a single iteration on each pixel.

Accordingly, an object of the invention is a more efficient and reliable motion estimation apparatus and method, and a more exact definition of the motion vector displacement for an image in a sequence of images. Other objects of the invention are a motion estimation method and apparatus having high precision and minimal computational burden. Further objects of the invention are a motion estimation method and apparatus for determining motion vector displacement over block regions of an image, having sub-pixel resolution, good noise immunity, and which provides for a minimization process which generally reaches a global minimum for the block regions.

## SUMMARY OF THE INVENTION

The invention relates to an image sequence transmission method and apparatus for transmitting a sequence of images over a bandwidth limited channel. The method employs a motion estimation process for estimating, for successive image frames, a measure of motion displacement between successive images in the sequence. The method features the steps of dividing each of the images into non-overlapping blocks, each block having a plurality of picture elements; selecting an initial value of motion vector displacement for each successive block; iteratively determining, using a steepest descent approach, successive values of the motion vector displacement for successive blocks of an image; and terminating the iteration process for a block when an iteration error measure associated with the steepest descent approach is less than a predetermined threshold value.

In particular aspects of the method, the selecting step features generating the initial value of the motion vector displacement for a block from a weighted average of previously determined motion vector displacements for blocks adjacent to the block being processed. In another aspect, the determining step features modifying, for each iteration, a previous motion vector displacement in accordance with a multiplicative product of an incremental step value and an error gradient; and wherein the terminating step features terminating the iteration process when the multiplicative product of the initial step value and the error gradient is less than the predetermined threshold value. In a preferred embodiment of the invention, the determining step features adaptively modifying the initial incremental step value in accordance with the error gradient value. In other aspects of the method, the motion vector displacement increment is limited to be less than a selected maximum displacement value and the first multiplicative product is limited to be less than a selected maximum update threshold step size.

In accordance with the apparatus of the invention, the motion estimation circuitry features elements for dividing each image into non-overlapping blocks, each block having a plurality of picture elements; elements for selecting an initial value of a motion vector displacement for each successive block to be considered; further elements for iteratively determining, using a steepest descent approach, successive values of the motion vector displacement for successive blocks of an image; and elements for terminating the iteration for a block when an iterative error measure associated with the steepest descent approach is less than a predetermined threshold value.

In specific and preferred aspects of the motion estimation apparatus, there are featured means for generating the initial vector displacement value of the motion vector displacement for a block from a weighted average of previously determined motion vector displacement values for blocks adjacent thereto. The apparatus further provides circuitry for modifying, for each iteration, a previous motion vector displacement in accordance with a multiplicative product of an incremental step value and an error gradient. The iteration terminates when the multiplicative value of the initial step value and the error gradient is less than the predetermined threshold value. The apparatus further provides for adaptively modifying the incremental step value in accordance with the error gradient value and for limiting both the vector displacement and the first multiplicative product (and hence the incremental displacement adjustment or offset) to be less than respective maximum displacement and update threshold values.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects, features, and advantages of the invention will appear from the following description of particular preferred embodiments taken together with the drawings in which:

FIG. 1 is an electrical block diagram of a typical image communications system in accordance with the claimed invention;

FIG. 2 is an electrical block diagram of the transmitter of a motion-compensated image encoding apparatus in accordance with the invention;

FIG. 3 is an electrical block diagram of the receiver of a motion-compensated image coding system for receiving the channel signals from the transmitter of FIG. 2;

FIG. 4 is an electrical block diagram of an alternate transmitter utilizing a closed loop motion-compensated image coding system in accordance with the invention;

FIG. 5 is an electrical block diagram of the transmitter of a motion-compensated image coding system which utilizes temporal DPCM coding of the motion data in accordance with the invention;

FIG. 6 is an electrical block diagram of the receiver of a motion-compensated coding system utilizing temporal DPCM coding of the motion data in accordance with the invention;

FIG. 7 is an electrical block diagram of a motion-compensation apparatus for a field of undersampled motion vectors in accordance with the preferred embodiment of the invention;

FIG. 8 is a diagrammatic representation of the spatial interpolation process according to the invention;

FIG. 9 is an electrical block diagram of an iterative spatial-domain motion estimation apparatus utilizing adaptive, steepest descent error minimization;

FIG. 10 is an electrical block diagram of an iterative spatial-domain motion estimation apparatus utilizing adaptive, steepest descent error minimization with an improved data processing structure; and

FIG. 11 is a diagrammatic presentation of the relative locations of adjacent blocks used in predicting an initial displacement motion vector value.

## DESCRIPTION OF PARTICULAR PREFERRED EMBODIMENTS

Referring to FIG. 1, a communications system 6 has a transmitter 8 which, in accordance with a preferred embodiment of the invention, has a camera 10 for pro-

**Exhibit 36　Page 1398**

DELL 318184

4,661,849

5

viding a video signal to an analog-to-digital converter and frame buffer 12. The frame buffer portion of the analog-to-digital converter and frame buffer 12 is capable of storing a full frame of the video, sampled to, for example, eight bits across a 256×240 pixel raster.

The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 codes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21.

The illustrated motion estimation and coding circuitry 16 of FIG. 1, in accordance with a preferred embodiment of the invention, and referring to FIG. 2, compares a present original input frame image, available over lines 22, with the previous original input image, available in this illustrated embodiment from a frame buffer 24. A motion estimator circuitry 26 generates a measure of the motion displacement between the frames input thereto, and can be any of a number of motion estimation devices as are well known in the art. In a preferred embodiment to be described hereinafter, the motion estimation device uses an adaptive steepest descent error minimization method to generate the motion displacement measures.

The output of the motion estimator 26 is a field of "motion vectors" which, as noted above, provide a measure of the motion displacement between input frames. This vector field provides a description of how to map a previous input frame or input image from buffer 24 into the best approximation of the present input frame or image over lines 22. By "best" is meant an error metric such as, for example, a mean-squared-error error measure. Typically, the motion estimator 26 uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the previous image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination provides the motion vector to be associated with the block in the previous image.

Since scenes are generally composed of several large objects moving uniformly over time, there is a high degree of correlation in the motion vector field. To avoid transmitting redundant information, and to reduce the data bit requirements, the preferred embodiment of the invention modifies the motion vector field, thereby losing some information, to facilitate the compression of the motion representing data. In the illustrated embodiment, this operation is represented by a "lossy compressor" 28 which reduces the amount of data, and hence the bandwidth, required to represent the motion vector field. Noting the similarity between motion vector field and natural images, predictive, transform, or interpolative coding of the two independent components of the vector field can be employed by the lossy compressor 28.

Thus the lossy compressor circuitry 28 is employed for coding the motion vector field available over lines 32, and provides, over lines 30, a coded motion signal representative of the motion vectors. This output of the lossy compressor, as noted above, will not, upon decoding, exactly reproduce the signals over lines 32 (which

6

provide the measure of motion displacement) and, therefore, have some error signal associated with them. Nevertheless, the reduction in the data requirements of a lossy compressor, when compared to, for example, a PCM exact coding method, are so substantial, that the use of a lossy compressor is a significant advance in the art. One preferred lossy compression circuitry employs a discrete cosine transform and the circuitry incorporates a processing method described in co-pending application, U.S. Ser. No.740806, entitled Method and System for Adapting a Digitized Signal Processing System for Block Processing With Minimal Blocking Artifacts and filed on even date herewith. The inventor is Henrique Malvar. That application, assigned to the assignee of the present application, is incorporated herein, in its entirety, by reference.

The output of the lossy compressor circuitry over lines 30, as noted above, is passed to the encoder 18. In addition, those signals are employed by the error circuitry 14 for determining what the receiver would have seen, absent any errors in the channel, and thereby providing the mechanism for determining the error reconstruction signal, that is, the signal representing the difference between what the receiver would have predicted based upon the coded motion signal representation over lines 30, and the true image input.

The output of the lossy compressor over lines 30 is used by a reconstructor circuitry 34 for producing, at its output, a signal representative of the measure of motion displacement, the motion vectors, on lines 32. The difference between the signals over lines 36, the output of the reconstruction circuitry, and the signals over lines 32, represents the coding error introduced by the lossy compression apparatus 28. The output of the reconstruction apparatus 34, over lines 36, is directed to a motion field interpolation circuitry 38 which operates in the spatial domain to associate with each picture element a motion displacement vector. Thus, while the input signals over lines 36 represent motion displacements for groups or regions of elements, for example, the picture elements of a 4×4 block, the motion field interpolator, as described in more detail below, resolves that data so that there is associated with each picture element, a motion displacement vector. The resulting output of the motion field interpolator, over lines 40, is designated the motion reconstruction signal.

The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, and a reconstruction circuitry 48. The input to the lossy compression circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders such as a transform or DPCM encoder, and is preferably the encoder described in Malvar's co-pending application Ser. No. 740806,referred to above. The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines

Exhibit 36  Page 1399

DELL 318185

4,661,849

7

56) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44.

The estimated receiver image is also applied to a differencing apparatus 60 which takes the difference between what the receiver is expected to predict, the signal over lines 56, and the actual image available from A-D converter and frame buffer 12. The output of the differencing apparatus 60 is the error signal input to the lossy compressor 46 over lines 50. If desired, a "leak" constant, "a", can be used to multiply the output of the motion compensator over lines 56 by a factor less than or equal to 1. This factor, a, is indicated at 62 and provides for gradually eliminating the effect of errors in the channel.

As noted above, the input to the frame buffer 44 is the estimated previous receiver image. This receiver image, which takes into account all data received by the receiver, corresponds to the reconstructed receiver image for a frame. The image output from the frame buffer over lines 64 is the image which the motion compensation circuitry 42 modifies in accordance with the output of the motion field interpolator 38 over lines 40.

At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitries 76 and 78 respectively. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the successive received frames over line 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing.

The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines 86 are successively stored in a frame buffer 98 and are delivered to a motion compensator 99 which also receives signals from the motion field interpolator 96. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 56 in the transmitter, and is delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines 84. As before, the output of the motion compensator circuitry can be modified by a "leak" parameter, a, whereby the effects of errors in the channel can be slowly eliminated. (The "leak" parameters, a, for both the transmitter and receiver must be identical in value.)

Referring to FIG. 4, in an alternative embodiment of the invention, the motion estimation circuitry 26 can receive an input image corresponding to the previous frame, not from the frame buffer 24 which provides an open loop circuitry, but from the frame buffer 44 to provide closed loop operation. In certain aspects of

8

operation, such closed loop operation is effective for reducing overall error. This, however, is not always true. The alternate input to the motion estimation circuitry 26 is, in the FIG. 4 embodiment, the predicted reconstructed, previous frame output at the receiver.

Referring now to FIG. 5, the transmitter can employ a temporal differential pulse code modulation of the output of the motion estimator circuitry 26. In this illustrated embodiment, the lossy compressor input is no longer received directly from the motion estimator circuitry 26 as in the FIG. 2 embodiment, but instead a differential signal corresponding to the difference between the estimated reconstructed signal for the previous frame, available over lines 110, and the present motion displacement vector signal over lines 32. These two signals are differenced at an adder 112 and that difference is passed to the lossy compressor circuitry 28, operating as described in connection with FIG. 2. The output of the reconstruction circuitry 34 is modified, in this illustrated embodiment, by the previous output of the reconstruction circuitry as is available from a buffer circuitry 114. These two signals are added at 116. The output from adder circuitry 116 is a coded motion signal representation corresponding to that available in the illustrated FIG. 2 embodiment over lines 36. The loop can compensate for channel error using the multiplication circuitry 118 having a "leak" parameter, a, which can range between 0 and 1.

Referring to FIG. 6, the receiver structure for the transmitter of FIG. 5 employs a differential loop 120 having a frame buffer 122 for storage of the reconstructed motion displacement vector signals from reconstruction apparatus 78. The receiver, thus, adds, using an adder 124, to the output of the reconstruction circuitry 78, the previous motion displacement vector which is stored in buffer 122. The result, over lines 126, is directed to the motion field interpolator 38. As before, a "leak" parameter, a, can be employed to remove, over time, channel errors in the reconstruction signal. The Motion Field Interpolator (38, 96)

Referring to FIG. 7, the motion field interpolator 38 receives from the reconstruction circuitry 34, a motion displacement vector over lines 36 for each block region of the image. For example, for a color television video signal, a typical luminance image can have a block size of 8×8 pixels while a typical chrominance image can have a block size of 4×4 pixels. The motion field interpolator, employing a selected interpolation method, then associates with each pixel of the frame, an interpolated motion vector displacement value.

In accordance with the preferred aspect of the invention, a raised cosine interpolation function is employed for associating with each pixel a displacement value. The interpolation function is stored at 130. The input vector field is stored in a buffer 132 and has a low resolution corresponding to the block size.

Thus, in accordance with this aspect of the invention, each displacement vector from reconstruction circuitry 34 is associated with the center of a multi-pixel region. Thus, for a 4×4 block region, referring to FIG. 8, the interpolation vectors are associated with a center position, that is, positions 400, 402, 404 which are not, for a 4×4 block, associated with any one picture element. The interpolation process, performed by a vector interpolator 124 operates in both the X and Y directions. Thus, the displacement vector associated with the 4×4 pixel block region centered at 400 and the corresponding displacement vector associated with the region cen-

Exhibit 36  Page 1400

DELL 318186

4,661,849

9                                                                          10

tered at 402, for example, can be interpolated with respect to the X direction, while the displacement vectors at regions centered at 400 and at 404 can be employed with respect to a Y interpolation. In general, the interpolation process employs a plurality of displacement vectors surrounding a point of interest for deriving the value of the displacement vector at the point. Thus, an X and Y interpolated displacement vector value is assigned by the vector interpolator 124 in accordance with the interpolation function being used for each pixel of the image. In other embodiments of the invention, interpolation functions other than the raised cosine can be employed. For example, a linear interpolation function, or a trapezoidal shaped interpolation function can be employed, the latter for reducing the computational load.

The output of the transmitter motion field interpolator 38, or the receiver motion field interpolator 96 (which operates in a manner identical to that of interpolator 38,) is directed to the full motion compensation circuitry 42 in the transmitter and to the full motion compensation circuitry 80 and frame interpolation circuitry 88 in the receiver. The full motion compensation circuits 42 and 80, using incoming frame image data from frame buffers 44 and 98 respectively and the motion field interpolator output data, produce, in the transmitter, the estimated receiver image over lines 56, and in the receiver, the received estimated image over lines 82. The motion compensation circuitry maps each output pixel location to a location in the previous frame as indicated by the displacement vector value associated with that output pixel location. The displacement vectors are specified by the motion field interpolation circuitry associated therewith. In particular, referring to FIG. 7, this is the output of vector interpolator 134.

There results, however, for some coordinate locations of the new image field, a mapping from pixel coordinates in the previous frame which do not fall upon a grid location. That is, the interpolated motion displacement vector may call for a movement of, for example 1¼ picture elements. In these instances, the motion compensation apparatus employs a spatial (or pixel) interpolation, for example a linear spatial interpolation of the 2×2 block of pixels surrounding the non-integer location, for determining a pixel value from the previous frame. Other interpolation functions could, of course, be employed, for example, the value selected for the non-integer coordinate of the previous frame can be the value of the pixel closest thereto. Alternately, a raised cosine interpolation function can be employed.

In the illustrated embodiment of the invention, the receiver also employs the output of motion field interpolator to create one or more frames between those which are actually transmitted. In accordance with this aspect of the invention, the temporal frame interpolator 88, in the illustrated embodiment, receives the values of the motion field interpolation circuitry to determine the image values for a frame positioned in time, in the particular illustrated embodiment, one-half the distance between the transmitted and received frames. In the illustrated embodiment, this function is performed by halving the output displacement vectors from the motion field interpolator 96. Thus, if a picture element, from one transmitted frame to the next, were displaced two pixel positions in the X direction and 4 pixel positions in the Y direction, the temporal frame interpolator would provide an intermediate frame wherein that picture element was displaced one position in the X direc-

tion and two positions in the Y direction. In this manner, a frame half way between two received frames can be added to the picture image sequence to provide a better visual rendition.

The motion field interpolator 38 and motion compensator 42 can be implemented in hardware, in software, or in a combination of hardware and software.

The Lossy Compressor

In accordance with a preferred embodiment of the invention, the lossy compression circuitry 28 can be any of a plurality of circuitries. For example, the lossy compression circuitry can use transform coding, can employ differential pulse code modulation, or any other lossy coding method. The output of the motion estimation circuitry 26 has the appearance, in essence, of a highly correlated image wherein each picture element represents not a portion of a visual image but, rather, a displacement value. According to the preferred embodiment of the invention, a block transform encoding method is employed for coding the motion estimation output signal.

In the illustrated embodiment of the invention, the lossy compression circuitry can be a discrete cosine transform operating on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively quantized in accordance with a Max Quantizer as is well known in the art. In this circumstance, the reconstruction circuitry 34 then becomes the inverse discrete cosine transform as is well known in the art.

In other embodiments of the invention, the lossy compression circuitry 28 can be embedded in a differential pulse code modulation circuitry for example, that described in connection with FIG. 4. In this instance, the temporal differential pulse code system employs a pulse code modulation coder of limited bit structure, and it is this lossy coder which provides the errors which are compensated for by the system as described hereinabove.

In yet another aspect of the invention, and as described the above-noted co-pending application U.S. Ser. No. 740806, filed in the name of Henrique Malvar, on even date herewith, and assigned to the assignee of this invention, preprocessing techniques can be employed for improving even more upon the transform method described hereinabove, to substantially eliminate the block coding artifacts. In still another embodiment of the invention, the lossy compressor can be implemented using a short-space fourier transform, such as that described in U.S. application Ser. No. 713,478, filed on Mar. 19, 1985, for a Method and Apparatus for Multi-Dimensional Signal Processing Using a Short-Space Fourier Transform, and assigned to the assignee of the present invention. The disclosure and specification of the above identified United States patent applications are incorporated herein by reference.

The Motion Estimator

Referring now to FIG. 9, in accordance with the illustrated embodiment, the motion estimation circuitry 26 employs an iterative spatial domain approach which quickly converges through an error minimization process for determining the displacement vectors of an input signal. In the preferred embodiment, an adaptive, steepest descent approach method is employed. The method has good convergence behavior.

The theoretical background for various aspects of the invention described and claimed herein are described in the Master's degree thesis of the inventor entitled "The-

Exhibit 36  Page 1401

DELL 318187

4,661,849

| 11 | 12 |

ory and Applications of Image Motion Estimation,'', was submitted to the Massachusetts Institute of Technology in partial fulfillment of the requirements of the degree of Master of Science. The thesis provides theoretical basis for, inter alia the illustrated motion estimator 26, and it is sufficient to concentrate here on Equation 3.12, of that thesis, which describes the iterations for determining a displacement vector v for a pixel having a location p in an image f. The new image is represented by g. That equation is reproduced herein as Equation 1 where the "i" represents an earlier value of the displacement vector and "i+1" represents a next value of the displ represents a next value of the displacement vector.

$$\underline{v}^{i+1} = \underline{v}^i - 2e \sum_{\underline{p}} [g(\underline{p}) - f(\underline{p} - \underline{v}^i)] \nabla_{(\cdot)} f(\underline{p} - \underline{v}^i)$$

(Equation 1)

Equation 1 can be implemented in accordance with FIG. 9 where the input g and f frames are stored in buffers 200 and 202 respectively. The gradient value of the f frame is determined by a gradient computer 204 and spatial interpolators 206, 208 provide the values of f required by the summation in Equation 1. A summing element 210 and a multiplication element 212 yield the error gradient value which is accumulated in an accumulator 214. The output of the accumulator 214 is multiplied by a step size adaptor 215 at a multiplier 216; and the result is used to update the vector displacement value in an accumulator 218. The accumulator receives the initial vector prediction value from a prediction hardware 220.

The updated vectors are employed by interpolators 206 and 208 in determining the values of "f" and the vector output field is stored in a buffer 222. The entire apparatus operates under the control of a system controller 224 which monitors the value of the error gradient accumulator output and in response thereto adaptively changes the step size.

Referring now to FIG. 10, an improved method for implementing the adaptive steepest descent error minimization iterative spatial-domain motion estimator 26, defined by equation 1, provides for use of a single interpolator 240 operating upon the f frame and a gradient computation circuitry then operating upon the interpolated value output of interpolator 240. There results from this circuitry the elimination of one of the FIG. 9 interpolators thus providing a savings of hardware and-/or software.

In employing this method, the three important parameters are the initial step size, e, the stopping or cutoff threshold, T, and the predictor set, $a_k$. The initial step size plays an important role in determining the rate at which the method converges upon the motion vector displacement. When e is chosen to have a very small value, the method requires a sufficiently small neighborhood of the minimum. As the value of e increases, the rate of convergence also increases but there comes a value when e is so large that the search procedure will oscillate about the minimum without converging. The value of e must be determined by empirical tests. For a block size of $4 \times 4$, a value of $3 \times 10^{-5}$ has been found to provide the best convergence behavior.

The cut-off threshold is compared to the magnitude of the error gradient times the initial step size, e, for each iteration. This threshold must be chosen with two

constraints in mind. First, it should be sufficiently small so that a displacement close to the actual displacement is reached. The second and opposing constraint is that as the threshold decreases, the number of required iterations increases dramatically. Thus, as with the step size, the appropriate cut-off threshold must be found empirically. (When the step size varies, as described below, the threshold, T, as defined above continues to be compared against the multiplicative product of the initial step size, e, and the error gradient.)

In determining the cutoff threshold empirically, two indicators are of interest. They are the average number of iterations per block and the motion compensated frame difference energy. In order to find the best value of T, the estimation and compensation process is run several times. Starting with a small cut-off threshold, a minimal value of the motion compensated frame difference energy is determined. As the threshold is increased, the average number of iterations steadily drops while the motion compensated frame difference energy remains essentially constant. Eventually, however, a value of the threshold is reached at which the estimated displacements become inaccurate and the motion compensated frame difference energy begins to rise. In seeking the point of inflection in the motion compensated frame difference energy as a function of T, a value of $7 \times 10^{-3}$ was found to be most appropriate. This threshold corresponds to a minimum vector update of $7 \times 10^{-3}$ pixels.

The selection of the predictor coefficents affects both the average number of iterations and the motion compensation frame difference energy.

The selection of the initial value of the displacement vector for each block is, in the illustrated embodiment, chosen as a linear combination of displacement vectors adjacent thereto. Thus, referring to FIG. 11, the steepest descent method provides access to the displacement vectors above and to the left of a present displacement vector $V_o$. Thus, in accordance with the illustrated embodiment, the present displacement vector is defined by equation 2 as:

$$\underline{V}_o = \sum_{j=1}^{4} a_j \underline{V}_j$$

(Equation 2)

The $a_j$ are the predictor coefficients while the $V_j$ are the previously determined displacement vectors.

The preferred vector predictors, $a_j$, are: $a_1 = 0.3$, $a_2 = 0$; $a_3 = 0.4$ and $a_4 = 0.3$. For these values of the vector predictors, in combination with the step value and threshold values noted above, for one set of data, the average number of iterations was 6.71, and the motion compensation frame difference energy was 14.1 dB's lower than the non-motion compensated frame difference energy.

In accordance with a preferred embodiment of the invention, the selected value of e, the initial step size, can be adapted to change as a function of the error gradient. Thus, according to this illustrated embodiment of the invention, and under the control of the system controller 224, the step size value is adapted to change, depending upon the present gradient error value, or the present and one or more previous error gradient values, so that the step size for the vector displacement does not become unreasonably small. A description of two methods for selecting step size is pro-

Exhibit 36  Page 1402

DELL 318188

4,661,849

13

vided in the thesis referred to above beginning at page 33.

According to the preferred embodiment of the invention, the second method, defined by Equations 3.18, 3.19 and 3.20 of the thesis mentioned above is modified to reduce the processing load of the system. In this embodiment, the equations 3.18, 3.19, 3.20 are modified so that:

$$(\text{new step size}) = (\text{old step size}) \cdot \alpha \qquad (\text{Equation 3})$$

$$\alpha = \begin{cases} 1.4 \text{ if } R > O \\ 0.3 \text{ if } R < O \end{cases} \qquad (\text{Equation 4})$$

where

$$R = [\text{Gradient } E(V_x{}^j)] \cdot [\text{Sign}[\text{Gradient } E(V_x{}^{j-1})]] + [\text{Gradient } E(V_y{}^j)] \cdot [\text{Sign}[\text{Gradient } E(V_y{}^{j-1})]]$$

and "Gradient E" represents the gradient of the present x or y error function, and "Sign[·]" equals ±1 depending upon the sign of the argument. Equation 4, thus defined, provides a third method for an adaptive steepest descent approach. As noted above, however, the cutoff threshold value, T, is measured against the initial step size. Thus, the illustrated T can be defined as the product of a constant times the error gradient.

Further, in accordance with the preferred embodiment of the invention, the system controller 224 also prevents the displacement increment step size from being greater than a selected threshold, for example, greater than one pixel, and further prevents the maximum value of the displacement vector from being greater than a second selected threshold, for example greater than 7½ pixels. In this manner, more control of the steepest descent process is available and singularities which prevent convergence can be avoided.

The illustrated motion estimator can be implemented in hardware, in software, or in a combination thereof.

Additions, subtractions, deletions, and other modifications of the preferred particular embodiments of the invention will be apparent to those skilled in the art and are within the scope of the following claims.

What is claimed is:

1. In an image sequence transmission method for transmitting a sequence of images over a bandwidth limited channel, a motion estimation method for estimating for successive image frames, a measure of motion displacement between successive images comprising the steps of

dividing each said image into non-overlapping blocks, each block having a plurality of picture elements,

selecting an initial value of a motion vector displacement for each successive block,

iteratively determining, using a steepest descent method, succession values of said motion vector displacement for successive blocks of an image, and

terminating said iteration step for a block when an iteration error measure, associated with said steepest descent method, is less than a predetermined threshold value.

2. The motion estimation method of claim 1 wherein said selecting step comprises the step of

generating said initial value of the motion vector displacement for a block from a weighted average

14

of previously determined motion vector displacements for adjacent blocks.

3. The motion estimation method of claim 2 wherein said selecting step further comprises

selecting, for said adjacent blocks, a previous block on the same block scan line and a previous, a corresponding, and a future block on a previous block scan line.

4. The motion estimation method of claim 3 wherein said weighting factors are respectively 0.3, 0, 0.4 , and 0.3 for said previous block on said same block scan line and said previous, corresponding, and future blocks of the previous block scan line.

5. The motion estimation method of claim 1 wherein said iteratively determining step comprises the steps of

modifying, for each iteration, a previous motion vector displacement in accordance with a multiplicative product of an incremental step value and an error gradient, and

said terminating step terminates said iteration process when said multiplicative product is less than said predetermined threshold value.

6. The motion estimation method of claim 1 wherein said iteratively determining step comprises the step of

modifying, for each iteration, a previous motion vector displacement in accordance with a multiplicative product of an incremental step value and an error gradient, and

adaptively modifying an initial incremental step value in accordance with said error gradient value.

7. The motion estimation method of claim 6 wherein said modifying step comprises

multiplying a step value for a previous iteration by a constant having a value dependent upon the error gradients for at least the last two iterations of said determining step.

8. The motion estimation method of claim 7 wherein said terminating step terminates said iteration process when said error gradient is less than said predetermined threshold.

9. The motion estimation method of claim 6 further comprising the step of

limiting the maximum motion vector displacement to be less than a selected maximum displacement threshold value.

10. The motion estimation method of claim 6 further comprising the step of

limiting the maximum value of the multiplicative product to be less than a selected maximum update threshold step size.

11. In an image sequence transmission method for transmitting a sequence of images over a bandwidth limited channel, a motion estimation method for estimating for successive image frames, a measure of motion displacement between successive images comprising the steps of

dividing each said image into non-overlapping blocks, each block having a plurality of picture elements,

generating an initial value of the motion vector displacement for a block from a weighted average of previously determined motion vector displacements for adjacent blocks,

iteratively determining, using a steepest descent method, succession values of said motion vector displacement for successive blocks of an image,

Exhibit 36  Page 1403

DELL 318189

4,661,849

15

modifying, for each iteration, a previous motion vector displacement in accordance with a multiplicative product of an incremental step value and an error gradient,

adaptively modifying an initial step value in accordance with said error gradient value, and

terminating said iteration step for a block when a multiplicative product of said initial step value and said error gradient is less than a predetermined threshold value.

12. In an image sequence transmission system for transmitting a sequence of images over a bandwidth limited channel, a motion estimation apparatus for estimating, for successive image frames, a measure of motion displacement between successive images comprising

means for dividing each said image into non-overlapping blocks, each block having a plurality of picture elements,

means for selecting an initial value of a motion vector displacement for each successive block,

means for iteratively determining, using a steepest descent approach, successive values of said motion vector displacement for successive blocks for an image, and

means for terminating said iteration for a block when an iteration error measure associated with said steepest descent, is less than a predetermined threshold value.

13. The motion estimation apparatus of claim 12 wherein said selecting means comprises

means for generating said initial value of the motion vector displacement for a block from a weighted average of previously determined motion vector displacements for adjacent blocks.

14. The motion estimation apparatus of claim 13 wherein said selecting means further comprises

means for selecting, for said adjacent blocks, a previous block on the same block scan line and a previous, a corresponding, and a future block on a previous block scan line.

15. The motion estimation apparatus of claim 14 wherein said weighting factors are respectively 0.3, 0, 0.4, and 0.3 for said previous block on said same block scan line, and said previous, corresponding, and future blocks of the previous block scan line.

16. The motion estimation apparatus of claim 12 wherein said iteratively determining means comprises

means for modifying, for each iteration, a previous motion vector displacement in accordance with a multiplicative product of an incremental step value and an error gradient, and

said terminating means terminates said iteration means when said multiplicative product is less than said predetermined threshold value.

16

17. The motion estimation apparatus of claim 12 further wherein said determining means comprises

means for modifying, for each iteration, a previous motion vector displacement in accordance with a multiplicative product of an incremental step value and an error gradient, and

means for adaptively modifying an initial incremental step value in accordance with said error gradient value.

18. The motion estimation apparatus of claim 17 wherein said modifying means further comprises

means for multiplying a step value for a previous iteration by a constant having a value dependent upon the error gradients of at least the last two iterations.

19. The motion estimation apparatus of claim 18 wherein

said terminating means terminates said iteration means when said error gradient is less than said predetermined threshold.

20. The motion estimation apparatus of claim 17 further comprising

means for limiting the maximum motion vector displacement to be less than a selected maximum displacement threshold value.

21. The motion estimation apparatus of claim 17 further comprising

means for limiting the maximum value of the multiplicative product to be less than a selected update threshold step size.

22. In an image sequence transmission system for transmitting a sequence of images over a bandwidth limited channel, a motion estimation apparatus for estimating, for successive image frames, a measure of motion displacement between successive images comprising

means for dividing each said image into non-overlapping blocks, each block having a plurality of picture elements,

means for generating an initial value of the motion vector displacement for a block from a weighted average of previously determined motion vector displacements for adjacent blocks,

means for iteratively determining, using a steepest descent approach, successive values of said motion vector displacement for successive blocks for an image,

means for modifying, for each iteration, a previous motion vector displacement in accordance with a multiplicative product of an incremental step value and an error gradient,

means for adaptively modifying an initial step value in accordance with said error gradient value, and

means for terminating said iteration for a block when a multiplicative product of the initial step value and said error gradient is less than a predetermined threshold value.

* * * * *

Exhibit 36  Page 1404

DELL 318190