1

**EXHIBITS TABLE OF CONTENTS**

2

| <u>Exhibit</u> | <u>Document</u> | <u>Page No.</u> |
|---|---|---|
| 1 | U.S. Patent No. 4,763,356 to Day, et al., marked with Bates range LUC 1004455-81 ................................................................ 12 |
| 2 | Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent No. 4,763,356, dated May 15, 2007 [Docket No. 1795]................................................................ 39 |
| 3 | "Touch Screens: Big Deal or No Deal?," Michael Tyler, DATAMATION, dated January 1984, marked with Bates range GW-LT422215-22.................... 47 |
| 4 | Excerpts of the deposition Michael E. Farmer, taken February 23, 2006............ 55 |
| 5 | Excerpts of The Home Accountant and Financial Planner for the Macintosh, dated 1984, marked with Bates range MSLT_1060811-813 ............ 67 |
| 6 | Excerpts of the deposition of Dale Buscaino, taken November 7, 2007.............. 73 |
| 7 | Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356 [Docket No. 1552], dated April 17, 2007 ............................................. 79 |
| 8 | U.S. Patent No. 4,439,759 to Fleming et al., marked with Bates range LUC1114390-409 ................................................................ 88 |
| 9 | "Final Report – NASA Grant NSG 1508, Extension of the Core Graphics System for Raster Graphics Display," James D. Foley, marked with Bates range DELL366644-799 ................................................................ 108 |
| 10 | Supplemental Rebuttal Expert Report of Jake Richter, dated October 12, 2007.................................................................. 264 |
| 11 | Excerpts of the deposition of Jake Richter, taken November 14, 2007 ............ 286 |
| 12 | Order Construing Claims for United States Patent Number 4,439,759, dated November 15, 2005 ...................................................... 311 |
| 13 | Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent Number 4,439,759, dated September 14, 2007............................ 321 |
| 14 | Affidavit of Jean A. Pec, with Exhibits A-B, dated September 14, 2007.......... 409 |
| 15 | Status Report of the Graphics Standards Planning Committee, Computer Graphics, Vol. 11, No. 3, Fall 1977, marked with Bates range GW-LT253851-997 .............................................................. 574 |
| 16 | Excerpts of the deposition of James D. Foley, taken November 7, 2007 .......... 721 |
| 17 | Home Information Systems - Provisional Standard, Bell Laboratories, dated April 14, 1981, marked with Bates range LUC 003905-4026. **FILED UNDER SEAL** ........................................................... 732 |

- 7 -

18    Expert Report of Edward J. Delp III Regarding Obviousness,
      dated September 14, 2007 ...................................................................854

19    Supplemental Rebuttal Expert Report of Professor Bernd Girod Regarding
      Validity of Lucent's 4,383,272 and 4,958,226 Patents,
      dated October 12, 2007 ....................................................................1011

20    Excerpts of the deposition of Bernd Girod, taken on November 20, 2007......1045

21    Excerpts of "Digital Pictures: Representation and Compression," Arun N.
      Netravali and Barry G. Haskell, 1988, marked with Bates range
      MSLT_0004995-99, 5408, and 5481 ..............................................1084

22    Excerpts of the deposition of Barry Haskell, taken December 15, 2005.
      **FILED UNDER SEAL**.......................................................................1103

23    Translation of the Master's Thesis of Thomas Micke, entitled
      "Comparison of a Predictive and an Interpolative Motion Compensating
      Coding Method for Television Signals, April 1986, marked with Bates
      range GW-LT255053-131 ...............................................................1094

24    U.S. Patent No. 4,958,226 to Haskell, et al., marked with Bates range
      LUC1112272-77 ...........................................................................1182

25    Order Construing Claims for United States Patent Number 4,958,226,
      dated July 14, 2005 .......................................................................1188

26    Copyright Information for Digital Pictures, marked with Bates range
      DELL318997-99 ...........................................................................1194

27    Affidavit of Michael A. Davis, Jr., dated March 12, 1999, with
      Exhibits A-F, marked with Bates range DELL320793-800 ...........................1197

28    "A Hybrid Interpolative and Predictive Code for the Embedded
      Transmission of Broadcast Quality Television Picture," N.K. Lodge,
      marked with Bates range DELL318140-47  .......................................1205

29    A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for
      the HDTV Coding," Masayuki Tanimoto, July 1987, marked with Bates
      range DELL318251-54 ...................................................................1213

30    CITT SG XV Working Party Document #81: Comments on Conditional
      Motion Compensated Frame Interpolation," March 1986, marked with
      Bates range MSLT0625891-94.........................................................1217

31    U.S. Patent No. 4,849,810 to Ericsson, marked with Bates range
      DELL319258-315 ...........................................................................1221

32    U.S. Patent No. 4,816,914 to Ericsson, marked with Bates range
      DELL320565-607 ...........................................................................1280

33    U.S. Patent No. 4,794,455 to Ericsson, marked with Bates range
      DELL319147-73 ...........................................................................1323

34    U.S. Patent No. 4,703,350 to Hinman, marked with Bates range
      DELL320519-37 ...........................................................................1350

- 8 -

35      U.S. Patent No. 4,727,422 to Hinman, marked with Bates range
        MSLT_0001034-51 ...................................................................................... 1369

36      U.S. Patent No. 4,661,849 to Hinman, marked with Bates range
        DELL318173-90 .......................................................................................... 1387

37      U.S. Patent No. 4,754492 to Malvar, marked with Bates range
        DELL319037-59 .......................................................................................... 1405

38      Declaration of Thomas Wehberg ............................................................... 1428

39      "The Efficiency of Motion-Compensating Prediction for Hybrid Coding of
        Video Sequences," Bernd Girod, August 1987, marked with Bates range
        MSLT_0233488-502 ................................................................................... 1430

40      "Television Band Compression by Contour Interpolation," Professor D.
        Gabor, et al., May 1961, marked with Bates range MLST0001228-40 .......... 1445

41      "Picture Coding: A Review," Arun N. Netravali and John O. Limb, March
        1980, marked with Bates range MSLT_0001623-63 ...................................... 1459

42      Order Denying-in-Part Dell's Motion for Summary Judgment on U.S.
        Patent No. 4,383,272 [Docket No. 1948], dated July 27, 2007 ...................... 1500

43      Superceding Order Construing Claims for United States Patent Number
        4,383,272, dated August 16, 2005 ................................................................ 1507

44      Order Denying Gateway's Motions for Summary Judgment that U.S.
        Patent No. 4,383,272 is Invalid Under 35 U.S.C. §102(g) and Granting
        Summary Adjudication on Certain Predicate Issues Pertaining to This
        Defense [Docket No. 1948], dated July 12, 2007 .......................................... 1513

45      United States Patent 4,383,272 to Netravali, et al., marked with Bates
        range LUC0001363-73 ................................................................................ 1519

46      Response to the Examiner dated October 22, 1982, marked with Bates
        range LUC0001428-31 ................................................................................ 1530

47      Doctorate thesis of Jaswant Raj Jain, entitled "Interframe Adaptive Data
        Compression Techniques for Images," September 1979, marked with
        Bates range MSLT_0001425-622 ................................................................. 1534

48      Excerpts of the deposition of Delphine Lewis, taken June 30, 2005 ............... 1732

49      Physical exhibit of video excerpts from the videotaped deposition of
        Michael Farmer, taken on February 23, 2006.
        This exhibit a compact disk ("CD").

- 9 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

1
2
3
4
5
6
7
8
9
10
11
12
13
14                            **THIS PAGE INTENTIONALLY LEFT BLANK**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 37

# United States Patent [19]

## Malvar

[11] Patent Number: 4,754,492

[45] Date of Patent: Jun. 28, 1988

[54] **METHOD AND SYSTEM FOR ADAPTING A DIGITIZED SIGNAL PROCESSING SYSTEM FOR BLOCK PROCESSING WITH MINIMAL BLOCKING ARTIFACTS**

[75] Inventor: Henrique S. Malvar, Cambridge, Mass.

[73] Assignee: PictureTel Corporation, Peabody, Mass.

[21] Appl. No.: 740,806

[22] Filed: Jun. 3, 1985

[51] Int. Cl.⁴ .............................................. G06K 9/36
[52] U.S. Cl. .................................... 382/41; 358/133; 358/260; 382/54; 382/56
[58] Field of Search ..................... 382/41, 47, 54, 56; 358/22, 133, 135, 183, 260; 364/725, 726, 826, 827

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,027,251 | 5/1977 | Perreault | 364/827 |
| 4,224,678 | 9/1980 | Lynch et al. | 358/133 |
| 4,245,248 | 1/1981 | Netravali et al. | 358/136 |
| 4,261,018 | 4/1981 | Knowlton | 358/133 |
| 4,261,043 | 4/1981 | Robinson et al. | 358/133 |
| 4,281,344 | 7/1981 | Mounts et al. | 358/136 |
| 4,288,858 | 9/1981 | Merola et al. | 364/826 |
| 4,302,775 | 11/1981 | Widergren et al. | 358/136 |
| 4,394,774 | 7/1983 | Widergren et al. | 382/56 |
| 4,447,886 | 5/1984 | Meeker | 364/725 |
| 4,580,158 | 4/1986 | Macheboeuf | 358/183 |
| 4,602,286 | 7/1986 | Kellar et al. | 358/22 |
| 4,616,262 | 10/1986 | Toriumi et al. | 358/22 |

### OTHER PUBLICATIONS

Clarke, *"Transform Coding of Images"*, pp. 72–77, 1985.
Jain et al., "Displacement Measurement and Its Application in Interframe Image Coding," IEEE Transactions on Communications, vol. COM–29, No. 12, Dec. 1981, pp. 1799–1808.
Koga et al., "Motion–Compensated Interframe Coding for Video Conferencing", CH1679–0/81/000–0312, 1981 IEEE, G5.3.1–G5.3.5.
Ericsson, "Motion–Compensation Hybrid Coding at 50 Kb/s," CH2118–8/85/0000–0367, 1985 IEEE, 10.8.1–10.8.8, pp. 367–370.
Reeve III et al., "Reduction of Blocking Effect in Image Coding," CH1841–6/83/0000–1212, ICASSP 83, Boston, pp. 1212–1215 (1983).
GTE Advertisement, "The Uses of Silence," *Technology Review*, Aug./Sep., 1984, pp. 64–65.
Hinman et al., "Short–Space Fourier Transform Image Processing", Massachusetts Institute of Technology, Research Laboratory of Electronics, Cambridge, Massachusetts, (Published prior to June, 1984, exact date unknown).

*Primary Examiner*—Leo H. Boudreau
*Assistant Examiner*—Joseph Mancuso
*Attorney, Agent, or Firm*—Lahive & Cockfield

[57] **ABSTRACT**

A method and apparatus for processing n-dimensional digitized signals containing at least two adjacent blocks of digitized sample values. The digitized signal is transformed in accordance with a spatial transform operator. The spatial transform operator is characterized by similar size blocks to the blocks in the input signal, but is operative over blocks of the signal which extend beyond the nominal blocks in the signal by a predetermined number of sample values in at least one dimension. The resultant signal may be similarly transformed by another spatial transform operator to obtain an output transform signal. The latter signal is substantially free from blocking artifacts.

**102 Claims, 6 Drawing Sheets**



Exhibit 37  Page 1405

DELL 319037

U.S. Patent    Jun. 28, 1988    Sheet 1 of 6    4,754,492



# FIG. 1



# FIG. 2



# FIG. 3

Exhibit 37  Page 1406

DELL 319038



FIG. 4

Exhibit 37  Page 1407

DELL 319039

Case 3:07-cv-02000-H-CAB    Document 79    Filed 11/30/2007    Page 10 of 63



# FIG. 4A



# FIG. 5

Exhibit 37  Page 1408

DELL 319040



## FIG. 6



## FIG. 7

## FIG. 8

Exhibit 37  Page 1409

DELL 319041



**FIG. 9**



**FIG. 10**

Exhibit 37  Page 1410

DELL 319042



*FIG. 11*

Exhibit 37  Page 1411

DELL 319043

4,754,492

**1**

## METHOD AND SYSTEM FOR ADAPTING A DIGITIZED SIGNAL PROCESSING SYSTEM FOR BLOCK PROCESSING WITH MINIMAL BLOCKING ARTIFACTS

### REFERENCE TO RELATED APPLICATION

The subject matter of this application is related to that of U.S. patent application Ser. No. 713,478, entitled Method and Apparatus for Multi-Dimensional Signal Processing Using a Short Space Fourier Transform, filed Mar. 19, 1985.

### BACKGROUND OF THE DISCLOSURE

The invention relates generally to a multi-dimensional signal processing method and apparatus, and in particular to a method and apparatus useful for processing multi-dimensional signals, such as two-dimensional pictorial images.

The invention is particularly pertinent to the field of image data processing and compression. Image data compression is a process which allows images to be transmitted in coded form over a communications channel using fewer bits of data than required to transmit an uncoded image. By reducing the quantity of data that is transmitted, the received picture is generally degraded in quality from the original. The goal of a particular image data compression method and apparatus is to minimize the amount of degradation that occurs for a given data rate.

One well known compression technique is transform coding. This method involves taking a transformation of the image data to provide a sequence of coefficients which can be coded using, for example, a non-equal number of bits for each resulting coefficient. In particular, the number of bits employed is based upon the logarithm of the variance for a particular coefficient. At the receiver, the coded coefficient data is employed for reconstructing the coefficient values and performing the inverse of the original transform to obtain an image representative of the original data.

One form of transform coding, block image coding, is often used to accommodate localized variations in image characteristics. With block image coding, a digitized function (here referred to as an "image") is decomposed into small rectangular regions (or "blocks") which are transform coded and transmitted through a communications channel (generally a digital channel). At the receiver, the blocks are decoded and re-assembled in order to reconstruct the image. In a typical situation, an image composed of an array of $256 \times 256$ picture elements (pixels) can be viewed as an array of $16 \times 16$ blocks, where each block contains $16 \times 16$ pixels.

There are several reasons for breaking up the image into blocks before coding, among them, considerations of the amount of data to be processed by the coder at each time, and the possibility of adapting the coder to the particular characteristics of each block. When the coder is designed on the basis of an efficient algorithm, block image coding is one of the best techniques to achieve significant data compression factors for a given picture quality.

One of the most efficient ways to code each block is to apply the Discrete Cosine Transform (DCT) to the block, followed by some adaptive quantization scheme. The DCT is a linear transformation that generates a new block of pixels, with each new pixel being a linear combination of all the incoming pixels of the original

**2**

block. What distinguishes one linear transform from the others is the set of coefficients used in the linear combinations that define each transformed pixel. The particular set used in the DCT has the property of approximating closely what would be an statistically-optimal set, and at the same time leading to a fast computation algorithm. The "almost-optimality" of the DCT implies that the degree of data compression obtained is very close to the theoretical maximum that can be achieved for any given reconstruction-error level.

The major disadvantage of block image coding is that the image is degraded by the coding process and the boundaries of the reconstructed blocks can be clearly visible in the resulting received image. In particular, this occurs because in accordance with prior art block transform coding techniques, the quantization noise is generally correlated within blocks but is independent between blocks, yielding mismatches at block boundaries. Because of these blocking artifacts, coded images appear to be composed of "tiles".

Generally, when the amount of data compression in a block coded image is enough to produce significant errors inside the blocks, the blocking artifacts cause the block boundaries to become highly visible. This blocking effect is very annoying because the eye is quite sensitive to mismatches across the block boundaries. With the increasing interest on image coders for very low data rates for video teleconferencing applications, it is important to minimize the blocking effects.

Several techniques have been described in the prior art for reducing blocking effects. One approach is to overlap the blocks slightly, by one pixel for example, and reconstruct the overlapping regions at the receiver by using the average of the reconstructed pixels from each of the overlapping blocks. This method leads to an overhead in the amount of data to be transmitted, since the blocks have to be larger.

Another technique, which does not require any additional data to be transmitted, is to use a spatially-variant low-pass filter that blurs the image in the block boundary regions. Although the latter technique is very effective in reducing the blocking effects, image details which happen to be on block boundaries are also blurred, with a perceptible loss in sharpness.

Another approach is to use the Short-Space Fourier Transform, generally referred to as the SSFT, as described in U.S. patent application Ser. No. 713,478. The SSFT is an extension of the Short-Time Fourier Transform (STFT) for two-dimensional signals. Like the STFT, the SSFT breaks up the signal into blocks, but the recovery process is such that no discontinuities are introduced in the reconstructed signal. Thus, the SSFT is intrinsically free from discontinuity blocking effects. However, another artifact, in the form of ringing in the neighborhood of edges, may be introduced. Computationally, the SSFT is less efficient than the DCT or other "fact" transforms.

It is an object of the present invention to provide an improved apparatus and method for transforming an n-dimensional function.

Another object is to provide an improved method and apparatus for processing an n-dimensional digitized signal with minimal blocking artifacts.

### SUMMARY OF THE INVENTION

Briefly, the invention is a system and method for processing an n-dimensional digitized signal containing

**Exhibit 37  Page 1412**

DELL 319044

4,754,492

3

at least two $M_1 \times M_2 \times \ldots \times M_n$ blocks of digitized sample values, where $M_1$, $M_2$, . . . , $M_n$ are integers respectively associated with one of the n dimensions.

In one form of the invention, the digitized signal is first transformed in accordance with a first spatial transform operator to obtain a first transformed signal. The first transformed signal differs from the digitized signal at corresponding sample values contiguous to and including the boundaries of adjacent blocks, and those signals are substantially the same otherwise. The first transformed signal is then transformed in accordance with a second spatial transform operator to obtain an output transformed signal. The output transformed signal substantially corresponds to said digitized signal, with the second spatial transform operator being substantially the inverse of the first spatial transform. Prior to the second transformation, the first transformed signal may be block processed in accordance with a block process characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks, thereby providing a block processed signal.

In another form of the invention, the digitized signal is first transformed in accordance with a first spatial transform opertor to obtain a first transformed signal, where the first spatial transform operator is charcterized by $M_1 \times M_2 \times \ldots \times M_n$ basis functions, and where the first spatial transform opertor is operative over an n-dimensional peripheral annulus of $(M_1 + 2K_1) \times (M_2 + 2K_2) \times \ldots \times (M_n + 2K_n)$ blocks of the sample values of the digitized signal, where $K_1$, $K_2$, . . . , $K_n$ are non-negative integers, and at least one of $K_1$, $K_2$, . . . , $K_n$ is non-zero. The first transformed signal is then transformed in accordance with a second spatial transform operator to obtain an output transformed signal. The output transformed signal substantially corresponds to the digitized signal, and with the second spatial transform operator being substantially the inverse of the first spatial transform.

Prior to the second transformation, the first transformed signal may be transformed in accordance with a block processing operator characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks, thereby providing a block processed signal.

In keeping with another form of the invention, a digitized signal is transformed in accordance with a composite spatial operator to obtain a first transformed signal. The composite spatial operator, in effect, comprises a first spatial transform operator and a block processing operator.

The first spatial transform operator is characterized by $M_1 \times M_2 \times \ldots \times M_n$ basis functions. That operator is operative over an n-dimensional peripheral annulus of $(M_1 + 2K_1) \times (M_2 + 2K_2) \times \ldots \times (M_n + 2K_n)$ blocks of sample values of the digitized signals, where $K_1$, $K_2$ . . . , $K_n$ are non-negative integers, where at least one of those K values is non-zero. The block processing operator is characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks, and by $M_1 \times M_2 \times \ldots \times M_n$ basis functions. The block processing operator is operative over $M_1 \times M_2 \times \ldots \times M_n$ blocks of the sample values generated by the first spatial transform operator.

In various forms of the invention, the first transformed signal is transformed in accordance with the second composite spatial operator to obtain an output transformed signal. The second transform operator is a block processing operator similarly characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks. In some forms of the invention, the output transformed signal substantially corresponds to the digitized signal, for example, in an image

4

transmission system. In this case, the first and second composite spatial operators are the inverse of each other. Generally speaking, the first and second composite spatial operators are non-orthogonal.

The first and second composite spatial operators may comprise, as one portion thereof, discrete cosine transform operators and inverse discrete cosine transform operators, respectively.

In one form of the invention, the first composite spatial operator has the form of the product of a window function and a modified discrete cosine transform operator. The modified discrete cosine transform operator is characterized by $M_1 \times M_2 \times \ldots \times M_n$ basis functions operative over a $(M_1 + 2K_1) \times (M_2 + 2K_2) \times \ldots \times (M_n + 2K_n)$ blocks of sample values in the digital signal. The window function is an n-dimensional sequence which is symmetrical in each of the n-dimensions. For each sample value in a block, the sum of the window function for that sample value in that block and the window functions for that sample value in all blocks adjacent to that block is a predetermined value, for example, unity. Further, the rate of change of the window function in each dimension may be relatively smooth near the block boundaries.

In various forms of the invention, the first spatial transform operator effectively modifies sample, values of the digitized signal by replacing selected sample values in the blocks with modified sample values. The modified values correspond to combinations of pairs of associated sample values symmetrically disposed about the boundaries between adjacent blocks of the digitized signal. The combinations may be weighted linear combinations of such sample values. In the preferred form, the distribution of weighting coefficients of those combinations for a block is symmetrical across the block. Further, for each modified sample value in a block, the sum of the weighting coefficient for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

With the present invention, one can attenuate the blocking effect to unperceivable levels, with little computational overhead (typically, on the order of 10%).

BRIEF DESCRIPTION OF THE DRAWING

The foregoing and other objects of this invention, the various features thereof, as well as the invention itself, may be more fully understood from the following description, when read together with the accompanying drawings in which:

FIG. 1 shows, in block diagram form, an exemplary embodiment of the invention;

FIG. 2 shows, in block diagram form, the block processor of the embodiment of FIG. 1;

FIG. 3 illustrates an exemplary input signal for the system of FIGS. 1 and 2;

FIG. 4 illustrates a comparison of the energy distribution in the transform domain of the Direct Cosine Transform and the one dimensional $v_{ij} - z_{ij}$ Transform of the present invention;

FIG. 4A illustrates two exemplary inverse transform window functions;

FIG. 5 shows diagramatically an exemplary configuration for the preprocessor and block encoder of the system of FIGS. 1 and 2;

FIG. 6 shows diagramatically an exemplary configuration for the block decoder and postprocessor of the system of FIGS. 1 and 2;

Exhibit 37  Page 1413

DELL 319045

4,754,492

5

FIG. 7 illustrates, in detailed form, an alternate form for a portion of one of the butterfly diagrams of FIG. 5;

FIG. 8 illustrates, in detailed form, an alternate form for a portion of one of the butterfly diagrams of FIG. 6.

FIG. 9 shows a flow chart illustrating the operation of the invention for a two-dimensional input signal;

FIG. 10 shows diagrammatically another exemplary processing sequence to the block decoder and post-processor of the system of FIGS. 1 and 2; and

FIG. 11 shows diagrammatically another exemplary processing sequence for the preprocessor, and block encoder of the system of FIGS. 1 and 2;

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 shows a system 10 exemplifying the present invention. System 10 includes a preprocessor 12 coupled to a block processor 14 which in turn is coupled to a post processor 16. In operation, an input signal I is applied to preprocessor 12 to generate a first signal T. Block processor 14 processes the signal T to provide a block processed signal BP. Postprocessor 16 processes that signal BP to an output image signal I'. In various forms of the invention, any type of block processing may be used in processor 14. In embodiments adapted for image transmission, where the input signal I is representative of an image, the signal I' substantially matches the input signal I, with minimal blocking artifacts. In other embodiments, for example, where the block processor performs a block filtering function, the signal I' is representative of the filtered signal I, again with minimal blocking artifacts.

FIG. 2 illustrates one particular form of processor 14 in which the input signal T is initially transformed by preprocessor 12 and a block encoder 30 to provide a block encoded signal BE. Encoder and transmitter 32 encodes the signal BE in a form suitable for transmission and then transmits that encoded signal E over a communications medium (shown in FIG. 2 by arrow 34) to a receiver and decoder 36. The reciever and decoder 36 receives and decodes the signal E to provide a decoded signal D for application to a block decoder 38. Decoder 38 and postprocessor 16 transforms signal D to the block processed signal BP.

By way of example, elements 30 and 38 may be conventional-type discrete cosine transform (DCT) and inverse discrete cosine transform (IDCT) processors, where block encoder 30 includes a direct transform element 30A coupled to a coefficient quantizer element 30B, and where block decoder 38 includes a coefficient reconstructor element 38A and inverse transform element 38B. Blocks 32 and 36 may comprise a conventional-type configuration of data encoders, modulators, demodulators and decoders. The block processor 14 performs an efficient compression, transmission, and then reconstruction of the signal T over the communications medium so that the block processed signal BP should match (or be a filtered version of) the transform signal T. However, in practice, as described above, the block processor 14 may potentially introduce blocking artifacts which are undesirable. In the present invention, preprocessor 12 and postprocessor 16 are used in conjunction with block processor 14 to effectively provide signal I' which is substantially free of the blocking artifacts which might otherwise be introduced by block processor 14.

By way of example, for the system of FIGS. 1 and 2, the input signal I may be a one or two dimensional

6

signal. In the event the block processor 14 is based on the use of the discrete cosine transform (DCT) in element 30A followed by the use of the inverse discrete cosine transform (IDCT) in element 38B, as in the presently described exemplary configuration, and that configuration was used in accordance with the prior art there would be significant blocking artifacts in signal BP. Such blocking effects would be principally due to the fact that the basis functions for the DCT do not approach zero at the block boundaries. Therefore, when the reconstruction is carried out, small errors in the transform coefficients would lead to discontinuities in the reconstructed signal. This blocking effect is illustrated in FIG. 3 for a one dimensional slice across three blocks of an exemplary image. However, in accordance with the present invention, blocking artifacts are eliminated through the use of preprocessor 12 and postprocessor 16 in conjunction with block processor 14.

In one form of the system of FIG. 1, the preprocessor 12/element 30A combination and the element 38B/postprocessor 16 combination perform transforms on their respective input signals which are similar in part to the DCT/IDCT processes. Those combinations each perform as composite spatial operators, each including, in effect, performing as a spatial transform operator and a block processing operator. More particularly, the composite operators are employed which utilize basis functions similar to conventional DCT/IDCT basis functions but which are characterized by slight extensions into the neighboring blocks in the input signal. After extension, the resulting basis functions are multiplied by a window that ensures smoothness across block boundaries.

The basis functions for the direct transform for the preprocessor 12/element 30A combination are determined through the following steps:

1. Extend the basis functions of the DCT to K additional input signal sample values in each direction for each dimension, by letting the indices in the DCT definition run through the additional 2K values.

2. Multiply the new set of extended functions by an associated window function.

The basis functions for the inverse transform for the element 38B/postprocessor 16 combination are is similarly determined. The use of the DCT/IDCT as a foundation for these transform operators is merely exemplary and, alternatively, another set of basis functions could be used instead of those from the DCT/IDCT. However, since the DCT/IDCT is fast-computable and is almost optimal in a statistical sense, it is used in the presently described embodiment. This exemplary DCT/IDCT embodiment will now be described for one dimensional input signal I.

The DCT basis functions for an $1 \times M$ block are

$$q_{ij} = c(j)\cos\left[\frac{(2i-1)(j-1)}{2M}\pi\right]. \tag{1}$$

$$i,j = 1, \ldots, M$$
where

$$c(j) = \begin{cases} \sqrt{\dfrac{1}{M}}, & j = 1 \\ \sqrt{\dfrac{2}{M}}, & j = 2, \ldots, M. \end{cases} \tag{2}$$

Exhibit 37  Page 1414

DELL 319046

7                          4,754,492                          8

The indices i,j represent the i-th sample of the j-th basis function.

The basis functions for the transform performed by preprocessor 12 and element 30A is defined by

$$v_{ij} = h(j)q_{ij} \tag{3}$$

$$= h(j)c(i)\cos\left[\frac{(2i-1)(j-1)}{2M}\pi\right],$$

$$i = 1, \ldots, M$$
$$j = (-K+1), \ldots, M+K$$

$$c(i) = \begin{cases} \sqrt{\dfrac{1}{M}}, & i = 1 \\[2ex] \sqrt{\dfrac{2}{M}}, & i = 2, \ldots, M, \end{cases} \tag{4}$$

where $v_{ij}$ are the coefficients of the new vectors of the preprocessor transform and $h(j)$ is the direct transform window function.

The basis functions for the transform performed by element 30A and post processor 16 are defined by

$$z_{ij} = w(i)q_{ij} \tag{5}$$

$$= w(i)c(j)\cos\left[\frac{(2i-1)(j-1)}{2M}\pi\right]$$

$$i = (-K+1), \ldots, 1, 2, \ldots, M, M+1, \ldots, M+K$$
$$j = 1, 2, \ldots, M$$
where

$$c(j) = \begin{cases} \sqrt{\dfrac{1}{M}}, & j = 1 \\[2ex] \sqrt{\dfrac{2}{M}}, & j = 2, \ldots, M, \end{cases} \tag{6}$$

where $z_{ij}$ are the coefficients of the row vectors of the element 38B/postprocessor 16 transform and $w(i)$ is the window function for the inverse transform. The $z_{ij}$ basis functions are the entries for the matrix that performs the inverse transform, i.e., the reconstruction of the original signal as a linear combination of a set of basis functions.

Each of the $v_{ij}$ functions of the direct transform has length $M+2K$, but there still are only M functions for a block of size M. Similarly, each of the $z_{ij}$ functions of the inverse transform has length $M+2K$, but there are still only M functions for a block of size M.

In the present embodiment, for a selected window function $w(i)$, the coefficient of $h(j)$ are uniquely determined since the direct and inverse transforms correspond to two matrices that are the inverse of each other. The coefficinets of the window functions $h(j)$ and $w(i)$ are related by

$$h(j) = \frac{w(j)}{1 - 2w(j)} \tag{7}$$

The window functions are determined in the following manner. The window function $w(i)$ has three basic properties in order to optimally reduce blocking effects:

1. $w(i)$ is symmetric, so that the new basis functions $z_{ij}$ are even functions for odd j and odd functions of even j. As a result of this symmetry, the basis functions are approximations to the eigenvectors of the au-

tocovariance matrix of the input signal, like the DCT functions in equation (1).

2. The shifted window functions corresponding to neighboring blocks should in the signal I add up to a predetermined value (e.g., exactly one) for all samples.

3. $w(i)$ is a reasonably smooth function, so that low-frequency basis functions vary slowly, which keeps their correlation coefficient with the high-frequency functions small.

The first two of the above window function properties require that there be only K degrees of freedom in choosing the window coefficients $w(i)$. Given $w(-K+1), w(-K+2), \ldots, w(-1), w(0)$, the following relations are required:

$$w(i) = 1 - w(1-i), \; i = 1, 2, \ldots, K \tag{8}$$

$$w(i) = 1, \; i = K+1, K+2, \ldots, M-K \tag{9}$$

$$w(i) = w(M+1-i), \; i = M-K+1, M-K+2, \ldots, M+K \tag{10}$$

Two exemplary inverse transform window functions satisfying the above properties are

$$\text{Linear: } w(i) = \frac{K+i}{2K+1}, \; i = 1, 2, \ldots, K \tag{11}$$

$$\text{Raised cosine: } w(i) = \frac{1}{2}\left[1 - \cos\left(\frac{i+K}{2K+1}\pi\right)\right]. \tag{12}$$

$$i = 1, 2, \ldots, K$$

Those two exemplary window functions are illustrated in FIG. 4A. The direct transform window function may be determined from equation (7) above.

The direct and inverse transforms defined by the basis functions $z_{ij}$ and $v_{ij}$ are not orthogonal, in the sense that the basis functions do not form an orthogonal set of functions. However, by keeping the amount of overlap K relatively small, and by using a smooth window, the "degree of non-orthogonality" of the $v_{ij}$ and $z_{ij}$ basis functions is maintained small, in the sense that the angle between different functions is kept close to ninety degrees.

Moreover, the transform defined by $v_{ij}$ and $z_{ij}$ leads to an energy distribution among its coefficients that closely approximates that of the DCT which has almost-optimal energy compaction, i.e., the energy of the DCT coefficients is strongly concentrated in the first coefficients. In FIG. 4, the energy distribution of the $v_{ij} - z_{ij}$ transform is compared to that of the DCT, for a first-order Gauss-Markov process with a correlation coefficient of 0.9, and a block size M of 16. The differences are so small that the same coding procedure that is used for the DCT coefficients can be used for the $v_{ij} - z_{ij}$ transform, with an increase in the root-mean-square reconstruction error in the order of only a few tenths of a dB.

The $v_{ij} - z_{ij}$ transform can be efficiently implemented due to its close resemblance to the DCT. Since DCT direct and inverse transform operators are readily available (in hardware or software form), the $v_{ij} - z_{ij}$ transform can make full use of those operators, with the addition of a few butterflies that implement the window.

Exhibit 37  Page 1415

DELL 319047

4,754,492

9

FIGS. 5 and 6 show butterfly diagrams across one block boundary of the signal I defined in the above-described one dimensional example. FIG. 5 shows the composite spatial operator processing performed by preprocessor 12 and block encoder 30 and FIG. 6 shows the composite spatial operator processing performed by block decoder 38 and postprocessor 16. While the butterfly diagrams of FIGS. 5 and 6 show one implementation of the illustrative embodiment, FIGS. 7 and 8 illustrate an alternative implementation of one exemplary butterfly which may be used in place of the butterflies of FIGS. 5 and 6. In FIGS. 7 and 8, the weighted arrows on both sides of the block boundary are the same (i.e., h(1) in FIG. 7 and h(1) in FIG. 8), since the coefficients of the window functions are symmetrical across the block boundaries. In that way, the associated pairs of sample values which are symmetrically disposed about the boundary are combined.

With butterflies of the type shown in FIGS. 7 and 8, the additional computational burden necessary to implement the new transform (compared to conventional DCT/IDCT transforms) is merely 2K multiplications and 4K additions per block. Comparing these numbers with the amount of computation required by the DCT operators, which is given by $(3M/2)(\log M-1)+2$ additions and M log $M-3M/2+4$ multiplications per block, the $v_{ij}-z_{ij}$ transform leads to a small overhead in the total complexity of the system. For example, for $M=16$ and $K=2$, we need only 10.8% extra additions and 9.1% extra multiplications in order to implement the $v_{ij}-z_{ij}$ transform.

In the presently described exemplary one dimensional embodiment of the invention, with $K=2$ as illustrated in FIGS. 5 and 6, the input signal I may be expressed in terms of an overlapping succession of $1\times(M+2K)$ matrices of the coefficients of the function I. The preprocessor 12 in that case is a butterfly network modifying the first two and last two coefficients of each of the I matrices, as shown in FIG. 5. The direct transform element 30A is a matrix multiplying apparatus which generates the $1\times M$ matrix of coefficients for the signal T' (for application to the coefficient quantizer 30B) by multiplying the $1\times M$ T-matrix by the $M\times M$ DCT-matrix (effectively multiplying a $1\times(M+2K)$ I-matrix by the $(M+2K)\times M$ $v_{ij}$-matrix). The signal T' may be conventionally processed by quantizer 30B and encoder/transmitter 32 to generate the signal E which is transmitted (via medium 34) to receiver/decoder 36. The receiver/encoder 36 conventionally decodes the received signal E and reconstructs the transform coefficients (signal D'). Signal D' is then applied to element 38B. Element 38B is a matrix multiplying apparatus which multiplies $1\times M$ D'-matrix by the $M\times M$ IDCT-matrix to generate the $1\times M$ BP matrix. The butterfly network of postprocessor 16 modifies the first two and last two coefficients of the BP-matrix, as shown in FIG. 6, to generate the $1\times M$ I'-matrix. In effect, the BP signal is treated as if it was a $1\times(M+2K)$ signal which is operated on by the butterfly networks to combine two pixel overlapping regions of adjacent blocks in order to obtain the $1\times M$ signal.

In this exemplary two dimensional example, the coefficients of the V-matrix are the $v_{ij}$ coefficients described above and the coefficients of the Z matrix are the $z_{ij}$ coefficients described above.

The present invention may also be implemented to remove blocking effects in two-dimensional functions, such as images, where blocking effects have posed sig-

10

nificant problems in prior art signal processing applications. With such two-dimensional input signals, two-dimensional transforms are used. Such transforms may be readily implemented using the above-described one-dimensional embodiment, for example, by simply processing the rows and columns of each block with the one-dimensional transform in the manner illustrated in the flow chart of FIG. 9. That is, each row and each column of the input signal may be independently pre-processed and postprocessed as in the one-dimensional example. The resultant coefficiently correspond to the block effect-free output signal.

As an example of the implementation of the two-dimensional transform in software, Appendix A includes a listing of a program entitled "Codenew" which performs block coding of a two-dimensional image by using the present invention. The program is written in the PASCAL language, and utilizes the following hardware and supporting software: IBM Personal Computer with 2 disk drives, 512 kilobytes of RAM memory, and a DATACUBE IVG-128 image capture/display board, DOS operating system and TURBO PASCAL compiler. The program can be easily modified to support a different hardware configuration or translated into another high-level language, like FORTRAN or C.

The sections of the program labeled "Pre-filtering" and "Post-filtering" implement the data intermixing butterflies, similar to those shown in FIGS. 5 and 6. With this intermixing, the sample values of associated pairs of the input signal (symmetrically disposed about a block boundary) are linearly combined to obtain the modified sample values. The weighting coefficients for the various combinations for each block are symmetrical across that block. Moreover, the sum of the weighting coefficients for each sample in a block and the weighting coefficients for that sample value in adjacent blocks equals unity.

In summary, the present invention is an improved method and system for block coding of images (or other signals), minimizing blocking effects. The method and system incorporate the following properties:

1. Transforms are performed over input signal blocks which are extended in at least one dimension by K samples, or pixels, in each direction so that there is an overlap of 2K samples between neighboring blocks for each extended dimension. Nevertheless, for a block of size $M\times M$, there are exactly $M\times M$ coefficients, so that minimal data overhead is incurred.

2. All of the basis functions for the transforms of the disclosed embodiments decay smoothly to zero at their boundaries, leading to a strong reduction in the blocking effects.

3. The transform of the invention is near-orthogonal.

4. The invention can be implemented very efficiently, by making use of existing DCT hardware of software, with a few additional butterfly stages. Alternatively, other block processing may be utilized.

5. The invention provides almost the same level of energy compaction as the DCT, so that coding performance is virtually unchanged.

Although the above embodiments are directed principally to a blocking coding, for example in FIGS. 5 and 6, it is clear that the "butterflies" that precede the direct DCT's in FIG. 5 and those following the inverse DCT's in FIG. 6 can be considered as pre- and post-operators by themselves. Therefore, in a more general framework, the DCT and IDCT blocks in FIGS. 5 and 6 may be replaced by any other block-processing operators,

Exhibit 37  Page 1416

DELL 319048

4,754,492

**11**

such as block filtering, and the butterflies corresponding to the w(i) and h(j) windows can be viewed as pre- and post-filters that intermix (or combine) the data across block boundaries in a way that blocking effects are effectively reduced. Such systems are applicable to any signal processing environment where the amount of data to be processed is large enough to justify block processing, as it is the case for images, speech, geophysics, radar, sonar and others.

FIGS. 10 and 11 illustrate a more generalized embodiment of the invention in which K is greater than 2, with K data intermixing (or combining) butterflies being shown at the block boundaries for three blocks. In addition, the data across block boundaries may be intermixed to be performed by a more general linear opera-

**12**

tor than the butterflies depicted in FIGS. 10 and 11, since those butterflies impose a somewhat restrictive way of processing the 2K data points that lie across a block boundary. Accordingly, in keeping with the invention, a general 2K×2K matrix could be used, although there might be an increase in computational overhead.

The invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The present embodiments are therefore to be considered in all respects as illustrative and not restrictive, the scope of the invention being indicated by the appended claims rather than by the foregoing description, and all changes which come within the meaning and range of equivalency of the claims are therefore intended to be embraced therein.

## APPENDIX A

```
Program Codenew;

{ New transform coding of image }
{ The input image is copied to a 128k-byte buffer starting @
$50000 }
{ The reconstructed image is written to a 256k-byte buffer @
$20000 }
{ Each byte in the input buffer is a pixel. Each word in the
output }
{ buffer is a pixel, with values ranging from -32640 to 32640
(255x128)}
{ Each reconstructed block is added to the buffer.  When the
row counter}
{ is at the third block row, the first row can be
reconstructed, and so on.}

const Segment=20532; { =$5000-128,allowing for 4 extra lines}
      Cardsegment=$9000; Recsegment=$2000; ib=$300;
type vecdct=array[0..15] of real;
{$I READIMG.PAS } { Existing subroutine for Loading images}
{$I FDCT16.PAS } { Existing subroutine for Direct DCT}
{$I FIDCT16.PAS } { Existing subroutine for Inverse DCT}
{$I COPYIMG.PAS } { Existing subroutine for Copying images}
{$I Quantize.pas } { Existing subroutine for Quantization }
var x:vecdct;
      pel:array[-4..19,-4..19] of real;
      stdev:array[0..15,0..15] of real;
      bit:array[0..15,0..15] of integer;
      name:string[14];
      datafile:text;
      w,h:array[0..3] of real;
ib1,ib2,i,k,km1,ipel,seg,seg1,cardseg,cardseg1,recseg,j,j2,l,r
,rr,c,

lines,ind,indc,indi,indr,indir,indcr,ithr,recseg1,indc1:intege
r;
      sum,h1,h2,w1,w2,dum,dc:real;
      firstpass:boolean;
begin
writeln('*** This is CODENEW.PAS - modified DCT coding
***');
```

Exhibit 37  Page 1417

DELL 319049

4,754,492

13                                              14

```
repeat Readimage(lines); until lines=256;
ClrScr;
writeln('First 3/4 of output buffer is being cleared');
for i:=$2000 to $4fff do
 for k:=0 to 15 do mem[i:k]:=0;
for i:=$6fff-127 to $6fff do
 for k:=0 to 15 do mem[i:k]:=0;
Gotoxy(1,1);writeln('Input image buffer will be written
');
Copyimage(0,256,Segment);
writeln;write('Enter image d.c. value : ');readln(dc);
dc:=16*dc;
writeln;write('Enter variance data file name :
');readln(name);
assign(datafile,name);reset(datafile);
for i:=0 to 15 do
 for j:=0 to 15 do readln(datafile,stdev[i,j]);
writeln;write('Enter bit pattern data file name :
');readln(name);
assign(datafile,name);reset(datafile);
for i:=0 to 15 do
 for j:=0 to 15 do readln(datafile,bit[i,j]);
for i:=0 to 15 do
 for j:=0 to 15 do stdev[i,j]:=sqrt(stdev[i,j]);
Clrsor;

repeat
write('Enter amount of overlap, K : ');
readln(k);
until k in [1..4];
ib1:=-k; ib2:=15+k; km1:=k-1;
{for i:=0 to 3 do begin w[i]:=1; h[i]:=1 end;}

for i:=0 to km1 do
 begin
 w[i]:=0.5*(1-cos(pi*(i+1+k)/(2*k+1)));
 h[i]:=w[i]/(2*w[i]-1)
 end;

for r:=0 to 17 do     { loop for all (16+2k)x(16+2k) blocks }
 end;

                         { Post-filter rows }
for i:=ib1 to ib2 do
 begin
 for j:=0 to km1 do
  begin
  w1:=w[j]; w2:=1-w1;
  j2:=15-j;
  dum:=pel[i,j];
  pel[i,j]:=w1*dum;
  pel[i,-1-j]:=w2*dum;
  dum:=pel[i,j2];
  pel[i,j2]:=w1*dum;
  pel[i,16+j]:=w2*dum
  end
 end;
```

**Exhibit 37  Page 1418**

DELL 319050

4,754,492

15                                              16

```
                    { Return block to output buffer }
  for i:=ib1 to ib2 do
   begin
   recseg1:=recseg+64*i;
   for j:=ib1 to ib2 do
    begin
    indr:=indcr+2*j;
    ipel:=round(100*pel[i,j]);
    memw[recseg1:indr]:=ipel+memw[recseg1:indr];
    end
   end

  end { column loop}
 end; { if row < 15 }

if r > 1 then
 begin
 rr:=r-2;
 recseg:=Recsegment+1024*rr;
 cardseg:=Cardsegment+512*(rr mod 8);
 port[ib]:=4 + rr div 8;
 for c:=0 to 23 do
  begin
  indc:=16*c;
  indcr:=32*c+128;
  Gotoxy(1,7);
  writeln('Reconstructing block ',rr,', ',c,'        ');

  for i:=ib1 to ib2 do
   begin
   cardseg1:=cardseg+32*i;
   recseg1:=recseg+64*i;
   for j:=ib1 to ib2 do
 begin
 if r < 16 then
  begin
  seg:=Segment+512*r;
  recseg:=Recsegment+1024*r;
  for c:=0 to 23 do
   begin
   indc:=16*c; indc1:=indc+64;
   indcr:=32*c+128;
   Gotoxy(1,5);
   writeln('Working on block ',r,', ',c,'        ');

                               { Remove block from memory }
   for i:=ib1 to ib2 do
    begin
    seg1:=seg+32*i;
    for j:=ib1 to ib2 do pel[i,j]:=mem[Seg1:indc1+j];
    end;

                               { Pre-filter rows }
   for i:=ib1 to ib2 do
    begin
    for j:=0 to km1 do
```

Exhibit 37  Page 1419

DELL 319051

4,754,492

17 18

```
 begin
 h1:=h[j]; h2:=1-h1;
 j2:=15-j;
 pel[i,j]:=h1*pel[i,j]+h2*pel[i,-1-j];
 pel[i,j2]:=h1*pel[i,j2]+h2*pel[i,16+j]
 end
end;

                        { Pre-filter columns }
for i:=0 to 15 do
 begin
 for j:=0 to km1 do
  begin
  h1:=h[j]; h2:=1-h1;
  j2:=15-j;
  pel[j,i]:=h1*pel[j,i]+h2*pel[-1-j,i];
  pel[j2,i]:=h1*pel[j2,i]+h2*pel[16+j,i]
  end
 end;

                        { Compute DCT on rows }
firstpass:=true;
for i:=ib1 to ib2 do
 begin
 for j:=0 to 15 do x[j]:=pel[i,j];
 FDCT16(x,firstpass);
 for j:=0 to 15 do pel[i,j]:=x[j];
 end;
                        { Compute DCT on columns }
for i:=0 to 15 do
 begin
 for j:=0 to 15 do x[j]:=pel[j,i];
 FDCT16(x,firstpass);
  for j:=0 to 15 do pel[j,i]:=x[j];
 end;

                        { Quantize }
pel[0,0]:=pel[0,0]-dc;
for i:=0 to 15 do
 for j:=0 to 15 do
  begin
  dum:=pel[i,j];
  quantize(dum,stdev[i,j],bit[i,j]);
  pel[i,j]:=dum
  end;
pel[0,0]:=pel[0,0]+dc;

                        { Compute IDCT on columns }
firstpass:=true;
for i:=0 to 15 do
 begin
 for j:=0 to 15 do x[j]:=pel[j,i];
 FIDCT16(x,firstpass);
 for j:=0 to 15 do pel[j,i]:=x[j];
 end;
```

Exhibit 37  Page 1420

DELL 319052

19                    4,754,492                    20

```
                   { Compute IDCT on rows }
for i:=ib1 to ib2 do
 begin
 for j:=0 to 15 do x[j]:=pel[i,j];
 FIDCT16(x,firstpass);
 for j:=0 to 15 do pel[i,j]:=x[j];
 end;


                   { Post-filter columns }
for i:=0 to 15 do
 begin
 for j:=0 to km1 do
  begin
  w1:=w[j]; w2:=1-w1;
  j2:=15-j;
  dum:=pel[j,i];
  pel[j,i]:=w1*dum;
  pel[-1-j,i]:=w2*dum;
  dum:=pel[j2,i];
  pel[j2,i]:=w1*dum;
  pel[16+j,i]:=w2*dum
  end
      begin
      ipel:=memw[recseg1:indcr+2*j];
      ipel:=round(ipel/100);
      if ipel < 0 then ipel:=0;
      if ipel > 255  then ipel:=255;
      mem[oardseg1:indc+j]:=ipel
      end
     end
   end
  end; { if row > 2 }

                      { Clear rest of output buffer }
 if r=9 then
  begin
  Gotoxy(1,9);writeln('Clearing last quarter of output
buffer');
   for i:=$5000 to $5fff do
    for k:=0 to 15 do mem[i:k]:=0
   end


end {row loop}


end.
```

60

I claim:

1. A method for processing an n-dimensional digitized signal containing at least two adjacent $M_1 \times M_2 \times \ldots \times M_n$ blocks of digitized sample values, where $M_1$, $M_2$, ..., $M_n$ are integers respectively associated with one of said n dimensions, comprising the steps of:

transform coding said digitized signal in accordance with a first composite spatial operator to obtain a first transform coded signal, said first composite spatial operator comprising:

a first spatial transform coding operator characterized by $M_1 \times M_2 \times \ldots \times M_n$ basis functions, where said first spatial transform operator is operative

Exhibit 37  Page 1421

DELL 319053

4,754,492

over an n-dimensional peripheral annulus of $(M_1+2K_1)\times(M_2+2K_2)\times \ldots \times(m_n+2K_n)$ blocks of said sample values of said digitized signal, where $K_1, K_2, \ldots, K_n$ are non-negative integers, and at least one of $K_1, K_2, \ldots, K_n$ is non-zero, and a first block processing operator characterized by $M_1\times M_2\times \ldots \times M_n$ blocks, said first block processing operator being characterized by $M_1\times M_2\times \ldots \times M_n$ basis functions, where said first block processing operator is operative over $M_1\times M_2\times \ldots \times M_n$ blocks of said signal values generated by said first spatial transform operator, said first transformed signal being a block processed signal.

2. A method according to claim 1 comprising the further step of:

transforming said first transform coded signal in accordance with a second composite spatial operator to obtain an output transformed signal, said second composite spatial operator including a second block processing operator characterized by $M_1\times M_2\times \ldots \times M_n$ blocks.

3. A method according to claim 2 wherein said output transformed signal substantially corresponds to said digitized signal, and

said second composite spatial operator being substantially the inverse of said first composite spatial operator.

4. A method according to claim 3 wherein said first block processing operator comprises a discrete cosine transform (DCT) operator and said second composite spatial operator comprises an inverse DCT operator.

5. A method according to claim 3 wherein said first and second composite spatial operators are non-orthogonal.

6. A method according to claim 2 comprising after said first composite spatial operator transform coding step and before said second composite spatial operator transforming step, the further sub-steps of:

encoding said block processed signal to obtain an encoded signal adapted for transmission over a communications medium,

transmitting said encoded signal over said medium,

receiving said encoded signal and decoding said received encoded signal to re-obtain said block processed signal.

7. A method according to claim 2 wherein said first block processing operator comprises a discrete cosine transform (DCT) operator and said second composite spatial operator comprises an inverse DCT operator.

8. A method according to claim 1 wherein said first block processing operator comprises a discrete cosine transform (DCT) operator.

9. A method according to claim 1 wherein said first composite spatial operator has the form of the product of a window function and a modified discrete cosine transform (DCT) operator,

wherein said modified DCT operator being characterized by $M_1\times M_2\times \ldots \times M_n$ basis functions operative over $(M_1+2K_1)\times(M_2+2K_2)\times \ldots \times(M_n+2K_n)$ blocks of sample values of said digitized signal, and

wherein said window function is an n-dimensional sequence and wherein said window function is symmetrical in each of said n-dimensions, and wherein for each sample value in a block, the sum of the window function for that sample value in that block and the window functions for that sam-

ple value in all blocks adjacent to that block is a predetermined value.

10. A method according to claim 1 wherein $n=1$.

11. A method according to claim 1 wherein $n=2$.

12. A method according to claim 1 wherein said transform coding in accordance with said first spatial transform coding operator comprises the step of modifying said sample values by replacing selective ones of said sample values in said blocks with modified sample values, said modified sample values being equal to the combination of pairs of associated sample values symmetrically disposed about the boundaries between adjacent blocks of said digitized signal.

13. A method according to claim 12 wherein said modifying step includes the sub-step of generating weighted linear combinations of said pairs of sample values.

14. A method according to claim 13 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

15. A method according to claims 12 or 13 wherein the distribution of weighting coefficients of said combinations for each of said pairs in a block is symmetrical across that block.

16. A method according to claim 15 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

17. In a method for processing an n-dimensional digitized signal containing at least two adjacent $M_1\times M_2\times \ldots \times M_n$ blocks of digitized sample values, where $M_1, M_2, \ldots, M_n$ are integers respectively associated with one of said n dimensions, including the step of transform coding said digitized signal in accordance with a first block processing operator to obtain a first transform coded signal, said block processing operator being characterized by $M_1\times M_2\times \ldots \times M_n$ basis functions, the improvement being the further step of:

controlling said transform coding step whereby said block processing operator is operative over $(M_1+2K_1)\times(M_2+2K_2)\times \ldots \times(M_n+2K_n)$ blocks of said sample values of said digitized signal, where $K_1, K_2, \ldots, K_n$ are non-negative integers, and at least one of $K_1, K_2, \ldots, K_n$ is non-zero, said first transform coded signal being a block processed signal.

18. A method according to claim 17 comprising the further step of:

transforming said block processed signal in accordance with a composite spatial operator to obtain an output transformed signal, said composite spatial operator comprising a second block processing operator characterized by $M_1\times M_2\times \ldots \times M_n$ blocks.

19. A method according to claim 18 wherein said first block processing operator comprises a discrete cosine transform (DCT) operator and said second composite spatial operator comprises an inverse DCT operator.

20. A method according to claim 18 wherein said output transformed signal substantially corresponds to said digitized signal, and

said composite spatial operator being substantially the inverse of the operator of said controlled transforming step.

Exhibit 37  Page 1422

DELL 319054

4,754,492

23

**21.** A method according to claim **20** wherein said first block processing operator comprises a discrete cosine transform (DCT) operator and said composite spatial operator comprises an inverse DCT operator.

**22.** A method according to claim **18** comprising between said first controlled transform coding step and said composite spatial operator transforming step, the further sub-steps of:

encoding said block processed signal to obtain an encoded signal adapted for transmission over a communications medium, transmitting said encoded signal over said medium,

receiving said encoded signal and decoding said received encoded signal to re-obtain said block processed signal.

**23.** A method according to claim **17** wherein said first block processing operator comprises a discrete cosine transform (DCT) operator.

**24.** A method according to claim **17** wherein said controlled transform coding corresponds to a controlled spatial operator having the form of the product of a window function and a modified discrete cosine transform (DCT) operator,

wherein said modified DCT operator being characterized by $M_1 \times M_2 \times \ldots \times M_n$ basis functions operative over $(M_1+2K_1) \times (M_2+2K_2) \times \ldots \times (M_n+2K_n)$ blocks of sample values of said digitized signal, and wherein said window function is an n-dimensional sequence and wherein said window function is symmetrical in each of said n dimensions, and wherein for each sample value in a block, the sum of the window function for that sample value in that block and the window functions for that sample value in all blocks adjacent to that block is a predetermined value.

**25.** A method according to claim **17** wherein n=1.

**26.** A method according to claim **17** wherein n=2.

**27.** A method according to claim **17** wherein said transform coding in accordance with said first block processing operator comprises the step of modifying said sample values by replacing selective ones of said sample values in said blocks with modified sample values, said modified sample values being equal to the combination of pairs of associated sample values symmetrically disposed about the boundaries between adjacent blocks of said digitized signal.

**28.** A method according to claim **27** wherein said modifying step includes the sub-step of generating weighted linear combinations of said pairs of sample values.

**29.** A method according to claim **28** wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

**30.** A method according to claims **27** or **28** wherein the distribution of weighting coefficients of said combinations for each of said pairs in a block is symmetrical across that block.

**31.** A method according to claim **30** wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

**32.** A method for processing an n-dimensional digitized signal containing at least two adjacent $M_1 \times M_2 \times \ldots \times M_n$ blocks of digitized sample values, where $M_1$, $M_2, \ldots, M_n$ are integers respectively associated with

24

one of said n dimensions, comprising the sequential steps of:

A. transform coding said digitized signal in accordance with a first spatial transform coding operator to obtain a first transform coded signal, whereby said first tranform coded signal differs from said digitized signal at corresponding sample values contiguous to and including the boundaries of said adjacent blocks, and said first transform coded signal is substantially the same as said digitized signal otherwise, and

B. transforming said first transform coded signal in accordance with a second spatial transform operator to obtain an output transformed signal, whereby said output transformed signal substantially corresponds to said digitized signal, said second spatial transform operator being substantially the inverse of said first spatial transform operator.

**33.** A method according to claim **32** comprising the further step of block processing said first transform coded signal prior to step B, said block processing being in accordance with a block process characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks, thereby establishing said first transform coded signal as a block processed signal.

**34.** A method according to claim **33** wherein said block processing step comprises the sub-steps of:

encoding said block encoded signal to obtain an encoded signal adapted for transmission over a communications medium,

transmitting said encoded signal over said medium, receiving said encoded signal and decoding said received encoded signal to obtain a decoded signal corresponding to said first transformed signal.

**35.** A method according to claims **32** or **33** wherein said first and second spatial transform operators are non-orthogonal.

**36.** A method according to claims **32** or **33** wherein said first spatial transform coding operator is characterized by $M_1 \times M_2 \times \ldots M_n$ basis functions and where said first spatial transform operator is operative over an n dimensional peripheral annulus of $(M_1+2K_1) \times (M_2+2K_2) \times \ldots \times (M_N+2K_n)$ blocks of said sample values of said digitized signal, where $K_1$, $K_2, \ldots, K_n$ are integers, and at least one of $K_1$, $K_2, \ldots, K_n$ is non-zero.

**37.** A method according to claim **36** wherein said first and second spatial transform operators are non-orthogonal.

**38.** A method according to claim **32** wherein said transform coding in accordance with said first spatial transform coding operator comprises the step of modifying said sample values by replacing selective ones of said sample values in said blocks with modified sample values, said modified sample values being equal to the combination of pairs of associated sample values symmetrically disposed about the boundaries between adjacent blocks of said digitized signal.

**39.** A method according to claim **38** wherein said modifying step includes the sub-step of generating weighted linear combinations of said pairs of sample values.

**40.** A method according to claim **39** wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

**41.** A method according to claims **38** or **39** wherein the distribution of weighting coefficients of said combi-

**Exhibit 37  Page 1423**

DELL 319055

4,754,492

25

nations for each of said pairs in a block is symmetrical across that block.

42. A method according to claim 41 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

43. A method for processing an n-dimensional digitized signal containing at least two adjacent $M_1 \times M_2 \times \ldots \times M_n$ blocks of digitized sample values, where $M_1$, $M_2, \ldots, M_n$ are integers respectively associated with one of said n dimensions, comprising the sequential steps of:

A. transform coding said digitized signal in accordance with a first spatial transform coding operator to obtain a first transform coded signal, said first spacial transform coding operator being characterized by $M_1 \times M_2 \times \ldots M_n$ basis functions, where said first spatial transform coding operator is operative over an n dimensional peripheral annulus of $(M_1+2K_1) \times (M_2+2K_2) \times \ldots \times (M_n+2K_n)$ blocks of sample values of said digitized signal, where $K_1$, $K_2, \ldots, K_n$ are integers, and at least one of $K_1$, $K_2$, $\ldots$, $K_n$ is non-zero, and

B. transforming said transform coded signal in accordance with a second spatial transform operator to obtain an output transformed signal, whereby said output transformed signal substantially corresponds to said digitized signal, and said second spatial transform operator being substantially the inverse of said first spatial transform.

44. A method according to claim 43 comprising the further step of:

block processing said first transform coded signal prior to step B, said block processing being in accordance with a block process characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks, thereby establishing said first transform coded signal as a block processed signal.

45. A method according to claim 44 wherein said block processing step comprises the sub-steps of:

encoding said block encoded signal to obtain an encoded signal adapted for transmission over a communications medium,

transmitting said encoded signal over said medium,

receiving said encoded signal and decoding said received encoded signal to obtain a decoded signal corresponding to said first transformed signal.

46. A method according to claims 43 or 44 wherein said first and second spatial transform operators are non-orthogonal.

47. A method according to claim 43 wherein said transform coding in accordance with said first spatial transform coding operator comprises the step of modifying said sample values by replacing selective ones of said sample values in said blocks with modified sample values, said modified sample values being equal to the combination of pairs of associated sample values symmetrically disposed about the boundaries between adjacent blocks of said digitized signal.

48. A method according to claim 47 wherein said modifying step includes the sub-step of generating weighted linear combinations of said pairs of sample values.

49. A method according to claim 48 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the

26

weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

50. A method according to claims 47 or 48 wherein the distribution of weighting coefficients of said combinations for each of said pairs in a block is symmetrical across that block.

51. A method according to claim 50 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

52. A system for processing an n-dimensional digitized signal containing at least two adjacent $M_1 \times M_2 \times \ldots \times M_n$ blocks of digitized sample values, where $M_1$, $M_2, \ldots, M_n$ are integers respectively associated with one of said n dimensions, comprising:

means for transform coding said digitized signal in accordance with a first composite spatial operator to obtain a first transform coded signal, said first composite spatial operator comprising:

a first spatial transform coding operator characterized by $M_1 \times M_2 \times \ldots \times M_n$ basis functions, where said first spatial transform operator is operative over an n-dimensional peripheral annulus of $(M_1+2K_1) \times (M_2+2K_2) \times \ldots \times (M_n+2K_n)$ blocks of said sample values of said digitized signal, where $K_1$, $K_2, \ldots, K_n$ are non-negative integers, and at least one of $K_1$, $K_2$, $\ldots$, $K_n$ is non-zero, and

a first block processing operator characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks, said first block processing operator being characterized by $M_1 \times M_2 \times \ldots \times M_n$ basis functions, where said first block processing operator is operative over $M_1 \times M_2 \times \ldots \times M_n$ blocks of said signal values generated by said first spatial transform operator, said first transformed signal being a block processed signal.

53. A system according to claim 52 further comprising:

means for transforming said first transform coded signal in accordance with a second composite spatial operator to obtain an output transformed signal, said second composite signal operator including a second block processing operator characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks.

54. A system according to claim 53 wherein said output transformed signal substantially corresponds to said digitized signal, and

said second composite spatial operator being substantially the inverse of said first composite spatial operator.

55. A system according to claim 54 wherein said first block processing operator comprises a discrete cosine transform (DCT) operator and said second composite spatial operator comprises an inverse DCT operator.

56. A system according to claim 54 wherein said first and second composite spatial operators are non-orthogonal.

57. A system according to claim 53 comprising means operative after said means for transform coding in accordance with said first composite spatial operator and before said means for transforming in accordance with said second composite spatial operator for:

encoding said block processed signal to obtain an encoded signal adapted for transmission over a communications medium,

transmitting said encoded signal over said medium,

Exhibit 37  Page 1424

DELL 319056

4,754,492

27

receiving said encoded signal and decoding said received encoded signal to re-obtain said block processed signal.

**58.** A system according to claim 53 wherein said first block processing operator comprises a discrete cosine transform (DCT) operator and said second composite spatial operator comprises an inverse DCT operator.

**59.** A system according to claim 52 wherein said first block processing operator comprises a discrete cosine transform (DCT) operator.

**60.** A system according to claim 52 wherein said first composite spatial operator has the form of the product of a window function and a modified discrete cosine transform (DCT) operator,

wherein said modified DCT operator being characterized by $M_1 \times M_2 \times \ldots \times M_n$ basis functions operative over $(M_1 + 2K_1) \times (M_2 + 2K_2) \times \ldots \times (M_n + 2K_n)$ blocks of sample values of said digitized signal, and

wherein said window function is an n-dimensional sequence and wherein said window function is symmetrical in each of said n dimensions, and wherein for each sample value in a block, the sum of the window function for that sample value in that block and the window functions for that sample value in all blocks adjacent to that block is a predetermined value.

**61.** A system according to claim 52 wherein n=1.

**62.** A system according to claim 52 wherein n=2.

**63.** A system according to claim 52 wherein said means for transform coding in accordance with said first spatial transform coding operator comprises means for modifying said sample values by replacing selective ones of said sample values in said blocks with modified sample values, said modified sample values being equal to the combination of pairs of associated sample values symmetrically disposed about the boundaries between adjacent blocks of said digitized signal.

**64.** A system according to claim 63 wherein said means modifying includes means for generating weighted linear combinations of said pairs of sample values.

**65.** A system according to claim 64 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

**66.** A system according to claim 63 or 64 wherein the distribution of weighting coefficients of said combinations for each of said pairs in a block is symmetrical across that block.

**67.** A system according to claim 66 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

**68.** In a system for processing an n-dimensional digitized signal containing at least two adjacent $M_1 \times M_2 \times \ldots \times M_n$ blocks of digitized sample values, where $M_1$, $M_2, \ldots, M_n$ are integers respectively associated with one of said n dimensions, including means for transform coding said digitized signal in accordance with a first block processing operator to obtain a first transform coded signal, said block processing operator being characterized by $M_1 \times M_2 \times \ldots \times M_n$ basis functions, the improvement including:

means controlling said transform coding step whereby said block processing operator is opera-

28

tive over $(M_1 + 2K_1) \times (M_2 + 2K_2) \times \ldots \times (M_n + 2K_n)$ blocks of said sample values of said digitized signal, where $K_1, K_2, \ldots, K_n$ are nonnegative integers, and at least one of $K_1, K_2, \ldots, K_n$ is non-zero, said first transform coded signal being a block processed signal.

**69.** A system according to claim 68 further comprising:

means for transforming said block processed signal in accordance with a composite spatial operator to obtain an output transformed signal, said composite spatial operator comprising a second block processing operator characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks.

**70.** A system according to claim 69 wherein said output transformed signal substantially corresponds to said digitized signal, and

said composite spatial operator being substantially the inverse of the operator of said controlled transforming step.

**71.** A system according to claim 70 wherein said first block processing operator comprises a discrete cosine transform (DCT) operator and said composite spatial operator comprises an inverse DCT operator.

**72.** A system according to claim 69 comprising means operative after said controlling means and before said means for transform coding in accordance with composite spatial operator, for:

encoding said block processed signal to obtain an encoded signal adapted for transmission over a communications medium,

transmitting said encoded signal over said medium,

receiving said encoded signal and decoding said received encoded signal to re-obtain said block processed signal.

**73.** A system according to claim 69 wherein said first block processing operator comprises a discrete cosine transform (DCT) operator and said second composite spatial operator comprises an inverse DCT operator.

**74.** A system according to claim 68 wherein said first block processing operator comprises a discrete cosine transform (DCT) operator.

**75.** A system according to claim 68 wherein said means for controlling said transform coding effects a controlled spatial operator having the form of the product of a window function and a modified discrete cosine transform (DCT) operator,

wherein said modified DCT operator being characterized by $M_1 \times M_2 \times \ldots \times M_n$ basis functions operative over $(M_1 + 2K_1) \times (M_2 + 2K_2) \times \ldots \times (M_n + 2K_n)$ blocks of sample values of said digitized signal, and

wherein said window function is an n-dimensional sequence and wherein said window function is symmetrical in each of said n dimensions, and wherein for each sample value in a block, the sum of the window function for that sample value in that block and the window functions for that sample value in all blocks adjacent to that block is a predetermined value.

**76.** A system according to claim 68 wherein n=1.

**77.** A system according to claim 68 wherein n=2.

**78.** A system according to claim 68 wherein said means for transform coding in accordance with said first block processing transform operator comprises the means for modifying said sample values by replacing selective ones of said sample values in said blocks with modified sample values, said modified sample values

Exhibit 37  Page 1425

DELL 319057

4,754,492

being equal to the combination of pairs of associated sample values symmetrically disposed about the boundaries between adjacent blocks of said digitized signal.

79. A system according to claim 78 wherein said modified means includes means for generating weighted linear combinations of said pairs of sample values.

80. A system according to claim 79 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

81. A system according to claims 78 or 79 wherein the distribution of weighting coefficients of said combinations for each of said pairs in a block is symmetrical across that block.

82. A system according to claim 81 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

83. A system for processing an n-dimensional digitized signal containing at least two adjacent $M_1 \times M_2 \times \ldots \times M_n$ blocks of digitized sample values, where $M_1$, $M_2, \ldots, M_n$ are integers respectively associated with one of said n dimensions, comprising:

A. means for transform coding said digitized signal in accordance with a first spatial transform coding operator to obtain a first transform coded signal, whereby said first transform coded signal differs from said digitized signal at corresponding sample values contiguous to and including the boundaries of said adjacent blocks, and said first transform coded signal is substantially the same as said digitized signal otherwise, and

B. means for transform coding said first transformed signal in accordance with a second spatial transform operator to obtain an output transformed signal, whereby said output transformed signal substantially corresponds to said digitized signal, said second spatial transform operator being substantially the inverse of said first spatial transform operator.

84. A system according to claim 83 comprising the further means for block processing said first transform coded signal prior to the operation of said means for transforming in accordance with said second spatial operator, said block processing being in accordance with a block process characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks, thereby establishing said first transform coded signal as a block processed signal.

85. A system according to claim 84 wherein said block processing means comprises means for:

encoding said block encoded signal to obtain an encoded signal adapted for transmission over a communications medium,

transmitting said encoded signal over said medium,

receiving said encoded signal and decoding said received encoded signal to obtain a decoded signal corresponding to said first transformed signal.

86. A system according to claims 83 or 84 wherein said first spatial transform coding operator is characterized by $M_1 \times M_2 \times \ldots M_n$ basis functions and where said first spatial transform operator is operative over an n dimensional peripheral annulus of $(M_1 + 2K_1) \times (M_2 + 2K_2) \times \ldots \times (M_n + 2K_n)$ blocks of said sample values of said digitized signal, where $K_1$, $K_2, \ldots, K_n$ are integers, and at least one of $K_1$, $K_2, \ldots, K_n$ is non-zero.

87. A system according to claim 86 wherein said first and second spatial transform operators are non-orthogonal.

88. A system according to claims 83 or 84 wherein said first and second spatial transform operators are non-orthogonal.

89. A system according to claim 83 wherein said means for transform coding in accordance with said first spatial transform coding operator comprises means for modifying said sample values by replacing selective ones of said sample values in said blocks with modified sample values, said modified sample values being equal to the combination of pairs of associated sample values symmetrically disposed about the boundaries between adjacent blocks of said digitized signal.

90. A system according to claim 89 wherein said modifying means includes means for generating weighted linear combinations of said pairs of sample values.

91. A system according to claim 90 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

92. A system according to claims 89 or 90 wherein the distribution of weighting coefficients of said combinations for each of said pairs in a block is symmetrical across that block.

93. A system according to claim 92 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

94. A system for processing an n-dimensional digitized signal containing at least two adjacent $M_1 \times M_2 \times \ldots \times M_n$ blocks of digitized sample values, where $M_1$, $M_2, \ldots, M_n$ are integers respectively associated with one of said n dimensions, comprising the sequential steps of:

A. means for transform coding said digitized signal in accordance with a first spatial transform coding operator to obtain a first transform coded signal, and first spatial transform coding operator being characterized by $M_1 \times M_2 \times \ldots M_n$ basis functions, where said first spatial transform operator is operative over an n dimensional peripheral annulus of $(M_1 + 2K_1) \times (M_2 + 2K_2) \times \ldots \times (M_n + 2K_n)$ blocks of sample values of said digitized signal, where $K_1$, $K_2, \ldots, K_n$ are integers, and at least one of $K_1$, $K_2, \ldots, K_n$ is non-zero, and

B. means for transforming said transform coded signal in accordance with a second spatial transform operator to obtain an output transformed signal, whereby said output transformed signal substantially corresponds to said digitized signal, and said second spatial transform operator being substantially the inverse of said first spatial transform form.

95. A system according to claim 94 further comprising:

means for block processing said first transformed signal prior to operation of said means for transforming in accordance with said second spatial operator, said block processing being in accordance with a block process characterized by $M_1 \times M_2 \times \ldots \times M_n$ blocks, thereby establishing said first transformed signal as a block processed signal.

Exhibit 37  Page 1426

DELL 319058

4,754,492

31

96. A system according to claim 95 wherein said block processing means comprises means for:

encoding said block encoded signal to obtain an encoded signal adapted for transmission over a communications medium,

transmitting said encoded signal over said medium,

receiving said encoded signal and decoding said received encoded signal to obtain a decoded signal corresponding to said first transformed signal.

97. A system according to claim 94 or 95 wherein said first and second spatial transform operators are non-orthogonal.

98. A system according to claim 94 wherein said means for transform coding in accordance with said first spatial transform coding operator comprises the means for modifying said sample values by replacing selective ones of said sample values in said blocks with modified sample values, said modified sample values being equal to the combination of pairs of associated

32

sample values symmetrically disposed about the boundaries between adjacent blocks of said digitized signal.

99. A system according to claim 98 wherein said modifying means includes means for generating weighted linear combinations of said pairs of sample values.

100. A system according to claim 99 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value in all blocks adjacent to that block is a predetermined value.

101. A system according to claims 98 or 99 wherein the distribution of weighting coefficients of said combinations for each of said pairs in a block is symmetrical across that block.

102. A system according to claim 101 wherein for each sample value in a block, the sum of said weighting coefficients for that sample value in that block and the weighting coefficients for that sample value on all blocks adjacent to that block is a predetermined value.

* * * * *

5

10

15

20

25

30

35

40

45

50

55

60

65

Exhibit 37  Page 1427

DELL 319059

Exhibit 38

I, Thomas Wehberg, declare as follows:

1.    I am submitting this declaration based upon my own personal knowledge of the facts stated here and I would testify to them under oath if I were called upon to do so.

2.    I am presently employed as Head of Administration at the Laboratorium for Informationstechnologie (Information Technology Laboratory) at the University Hanover.

3.    From Aug. 1984 till Dec. 2000 I was employed at the Institut für Theoretische Nachrichtentechnik und Informationsverarbeitung at the Universität Hannover ("TNT"), which translates to the Institute for Theoretical Communications Engineering and Information Processing at the University of Hanover, Germany.  I was responsible for the administration of the institute, including the institute's library.

4.    TNT has had a reference library on the TNT premises since, at least, 1977.

5.    The TNT library is a small library, measuring approximately 30 m$^2$ in area.

6.    From 1986 to the present, the TNT library has been open and accessible to members of TNT and open and accessible to visitors from outside of TNT without restriction.

7.    From 1986 to the present, visitors, including corporate representatives and professors from other Universities, have visited the TNT library and examined and copied thesis maintained in the TNT library.

8.    From 1986 to the present, TNT and the TNT library have been well known throughout the image and video coding industry.

9.    In the 1980s, there were only four German institutions that had research activities on video and image coding, namely: TNT, Rheinisch-Westfälische Technische Hochschule, Aachen, Fraunhofer Institut für Nachrichtentechnik Heinrich Herz-Institut, Berlin, and Forschungs– und Technologiezentrum, Darmstadt.

10.    From 1986 to the present, professors and students at TNT have been published in technical journals, including the Institute of Electrical and Electronic Engineers Communications Magazine.

11.    Thomas Micke was a student at TNT.

12.    Thomas Micke wrote a thesis entitled "Vergleich Eines Prädiktiven and Eines Interpolativen Bewegungskompensierenden Codierverfahrens für Fern-

1/2

EXHIBIT D  PAGE 345
**Exhibit 38  Page 1428**

sehbildsignale," which translates to "Comparison of a Predictive and an Interpolative Motion Compensating Coding Method For Television Video Signals" (the "Micke Thesis").

13.    Thomas Micke completed the Micke Thesis in April 1986.

14.    Thomas Micke prepared the Micke Thesis, and performed the research discussed therein, under Bernd Girod's immediate supervision and Prof. Musmann's ultimate supervision.

15.    Thomas Micke was awarded a "Diplom" (equivalent to a Master's degree) from the TNT upon completion of the program's requirements, including submission of the Micke Thesis.

16.    The Micke Thesis was indexed by name and title, and shelved in the TNT library in 1986.

17.    After the Micke Thesis was shelved, anyone visiting the TNT library could remove the Micke Thesis from the shelf and copy or read it.

18.    The Micke Thesis was the 123rd thesis shelved in the TNT library.

19.    The Micke Thesis has been available in the TNT library from approximately April 1986 to present.


I declare under the penalty of perjury under the laws of Germany and the United States of America that the foregoing is true and correct.

Executed on November 13, 2006, in Hanover, Germany.



Thomas Wehberg

2/2

Exhibit 39

MAR-23-2004 16:25 RITDI LIBRARY SERVICES 310 268 0701 P.03

1140                                     IEEE JOURNAL ON SELECTED AREAS IN COMMUNICATIONS, VOL. SAC-5, NO. 7, AUGUST 1987

# The Efficiency of Motion-Compensating Prediction for Hybrid Coding of Video Sequences

BERND GIROD

*Abstract*—Performance bounds for generalized hybrid coding of video sequences with motion-compensating prediction are derived based on rate-distortion theory. It is shown that the spatial power spectrum of the motion-compensated prediction error can be calculated from the signal power spectrum and the displacement estimation error p.d.f.. A spatial Wiener filter can improve the efficiency of the motion-compensated prediction. Memoryless encoding of the motion-compensated prediction error and intraframe encoding of the motion-compensated prediction error are compared. An evaluation of the rate-distortion functions for a typical videoconference sampling format shows that for integer pel accuracy of the displacement estimate the additional gain by motion-compensating prediction over pure intraframe coding is limited to ~0.8 bits/sample in moving areas. Required accuracies of the displacement estimate for a gain of motion-compensating interframe coding over intraframe coding are given.



Fig. 1. Block diagram of a generalized hybrid coding scheme with motion-compensating prediction.

## I. INTRODUCTION

FOR a transmission of videoconference or video telephone signals at low bit rates, highly sophisticated coding algorithms that utilize motion-compensation are required for a data compression of the video signal that results in an acceptable picture quality at the receiver.

A number of proposed state-of-the-art coding algorithms resemble the basic structure of the generalized hybrid coder with motion-compensating prediction (Fig. 1) [1]–[8]. The generalized hybrid coder combines a DPCM algorithm (differential pulse code modulation) along the motion-trajectory of the picture contents with a 2-D spatial intraframe encoder. The prediction value $\hat{s}$ takes into account a displacement estimate $(\hat{d}_x, \hat{d}_y)$ that is obtained by an analysis of the signal $s$. Since $s$ is not available at the receiver, $(\hat{d}_x, \hat{d}_y)$ has to be transmitted. The prediction error $e$ is encoded by the intraframe source encoder that eliminates spatially redundant or irrelevant information from the signal $e$. At the receiver, an intraframe source decoder generates the reconstructed prediction error $e'$, which differs from $e$ by some source coding error. The transmitter contains a replication of the receiver in order to be able to generate the same prediction value $\hat{s}$ as the receiver.

If the intraframe source encoder contains just a memoryless quantizer, the scheme in Fig. 1 is a motion-compensating DPCM codec [2], [8]. True hybrid coding

schemes that commonly encode a spatial neighborhood of prediction errors $e$ can be more efficient especially for low bit rates. The intraframe source encoder might consist of a spatial filtering and subsampling scheme, it might contain a blockwise transform, like the discrete cosine transform (DCT) [1], [4], [5], [7], or it might contain a vector quantizer [3], [6].

Regardless of the specific implementation of the intraframe source encoder, the accuracy of the displacement estimate has an important influence on the minimum bit rate that can be achieved by a hybrid coder for a given distortion. Rate-distortion bounds for intraframe encoding of isotropic images have been derived and evaluated, e.g., in [9]. An attempt to evaluate the efficiency of a motion-compensating interframe DPCM coder with integer pel accuracy of the displacement estimate is presented in [8]. Jain and Jain calculated rate-distortion functions for a hybrid coding scheme related to that in Fig. 1 assuming an intraframe DCT and Max quantization [1]. In this paper we derive and evaluate performance bounds for the generalized hybrid coder with motion-compensating prediction (Fig. 1). Some preliminary results of our analysis have been presented in [10], [11].

In Section II of this paper rate-distortion functions for a generalized hybrid coder are derived with a Gaussian image model and a mean-squared error criterion. In order to be independent from the specific implementation of the intraframe source encoder/decoder combination, we will assume that it performs at its rate-distortion theoretical optimum. We relate the spatial power spectral density of the motion-compensated prediction error to the probability density function of the displacement estimation error.

Manuscript received September 15, 1986; revised February 15, 1987. The author is supported in part by an Ernst von Siemens Grant.

The author is with the Institut für Theoretische Nachrichtentechnik und Informationsverarbeitung, Universität Hannover 3000 Hannover 1, West F.R. Germany.

IEEE Log Number 8715473.

0733-8716/87/0800-1140$01.00 © 1987 IEEE

Exhibit 39  Page 1430

MSLT_0233488

1141

GIROD: MOTION-COMPENSATING PREDICTION FOR VIDEO HYBRID CODING

An optimum spatial prediction filter is derived that improves the efficiency of motion-compensating prediction. Section III numerically evaluates the rate-distortion bounds derived in Section II for a typical videoconference format. Minimum achievable bit rates are given for integer pel accuracy of the displacement estimate. Bit rate is evaluated as a function of displacement estimation error variance. Finally, minimum accuracies of the displacement estimate that are required to make motion-compensating prediction worthwhile for either memoryless encoding or intraframe encoding of the prediction error, are given.

## II. A RATE-DISTORTION ANALYSIS OF HYBRID CODING WITH MOTION-COMPENSATING PREDICTION

### A. Optimum Intraframe Encoding for Gaussian Sources and a Mean-Squared Error Criterion

In order to be independent of the specific implementation of the intraframe encoder in Fig. 1 as, e.g., a vector quantizer, a discrete cosine transform (DCT), or a spatial subsampling scheme, we describe the encoder and its corresponding decoder as an optimum encoder/decoder combination. Let us assume that the prediction error $e$ is a stationary, jointly Gaussian, zero-mean signal with a spatial power spectral density $S_{ee}(\omega_x, \omega_y)$. Then, for a given mean-squared error

$$D = E[(s' - s)^2] = E[(e' - e)^2]$$
$$= \frac{1}{4\pi^2} \int_{\omega_x} \int_{\omega_y} \min [\Theta, S_{ee}(\omega_x, \omega_y)] \, d\omega_x \, d\omega_y \quad (1)$$

the minimum transmission rate that can be achieved is

$$R(D) = \frac{1}{8\pi^2} \int_{\omega_x} \int_{\omega_y} \max \left[ 0, \log_2 \frac{S_{ee}(\omega_x, \omega_y)}{\Theta} \right]$$
$$\cdot d\omega_x \, d\omega_y \text{ bit} \quad (2)$$

[12], where $\Theta$ is a parameter that generates the function $R(D)$ by taking on all positive real values. The stationary, jointly Gaussian image model is clearly an oversimplification. The rate-distortion function (1), (2) can nevertheless be interpreted beneficially as the upper bound for other rate-distortion functions, obtained for non-Gaussian signals with the same power spectral density [12]. In order to remove the entire statistical dependencies of non-Gaussian signals, a nonlinear transform is required in general. Many state-of-the-art hybrid coding schemes, however, use a linear transform for encoding of the motion-compensated prediction error, which will remove at most those spatial redundancies that are taken into account by the jointly Gaussian signal model.

The rate-distortion function (1), (2) is often times interpreted in the following incorrect way: "The optimum codec ideally band-limits its input signal to the frequency band, where $S_{ee}(\omega_x, \omega_y) > \Theta$, and adds white noise of spectral density $\Theta$ within that band." The exact transformation between codec input $e$ and decoder output $e'$ for

the lowest transmission rate (2) is the "optimum forward channel" (Fig. 2) [12]. It consists of a nonideal band-limiting filter with a transfer function

$$G(\Lambda) = \max \left[ 0, 1 - \frac{\Theta}{S_{ee}(\Lambda)} \right] \quad (3)$$

where $\Lambda = (\omega_x, \omega_y)$ is a vector representing spatial frequency, followed by an addition of band-limited, non-white noise $n$ with a power spectral density

$$S_{nn}(\Lambda) = \max \left[ 0, \Theta \left( 1 - \frac{\Theta}{S_{ee}(\Lambda)} \right) \right]. \quad (4)$$

$n$ and $e$ are statistically independent. The interpretation of (1) and (2), as quoted above, is correct, if either $S_{ee}(\Lambda) \gg \Theta$ or $S_{ee}(\Lambda) \le \Theta$.

### B. Spatial Power Spectrum of the Motion-Compensated Prediction Error

For an evaluation of the rate-distortion function $R(D)$ (1), (2) we need to know the spatial power spectral density $S_{ee}(\Lambda)$ of the prediction error $e$. With the characterization of the intraframe codec as an "optimum forward channel" (Fig. 2), we can conveniently analyze the resulting model of a hybrid coder (Fig. 3) in the 3-D spatio-temporal frequency domain. Let $\Omega = (\omega_x, \omega_y, \omega_t)$ denote the spatio-temporal frequency vector, composed out of the spatial frequency $\Lambda = (\omega_x, \omega_y)$ and the temporal frequency $\omega_t$. The 3-D Fourier transform of a signal will be denoted by a capital letter, e.g., $E(\Omega)$ is the transform of $e(x, y, t)$, where $x, y$ are the spatial coordinates and $t$ is time.

The motion-compensating predictor calculates a prediction value $\hat{s}$ for the field at time instant $t$ by a linear combination of reconstructed signal samples $s'$ in the field at time instant $(t - \Delta_t)$ that are spatially centered around the initial point of the estimated displacement vector $(\hat{d}_x, \hat{d}_y)$, i.e.,

$$\hat{s}(x, y, t) = f(x, y) * s'(x - \hat{d}_x - \hat{d}_y, t - \Delta_t)$$
$$= h(x, y, t) * s'(x, y, t). \quad (5)$$

$f(x, y)$ is the impulse response of a spatial filter that can serve to improve prediction efficiency or achieve "fractional pel accuracy" of motion-compensation [5]. Spatial filtering and motion compensation can be combined to the 3-D impulse response $h(x, y, t)$ in (5), that possesses the 3-D Fourier transform

$$H(\Omega) = H(\omega_x, \omega_y, \omega_t) = F(\omega_x, \omega_y) \cdot \exp(-j\omega_x \hat{d}_x$$
$$- j\omega_y \hat{d}_y - j\omega_t \Delta_t). \quad (6)$$

From block diagram Fig. 3, it is straightforward to derive that

$$E(\Omega) = \frac{1 - H(\Omega)}{1 - H(\Omega) + H(\Omega) \, G(\Omega)} \cdot S(\Omega)$$
$$- \frac{H(\Omega)}{1 - H(\Omega) + H(\Omega) \, G(\Omega)} \cdot N(\Omega). \quad (7)$$

Exhibit 39  Page 1431

MSLT_0233489

MAR-23-2004 16:27 71TDI LIBRARY SERVICES 310 268 0701 P.05

Case 3:07-cv-02000-H-CAB Document 79 Filed 11/30/2007 Page 36 of 63

IEEE JOURNAL ON SELECTED AREAS IN COMMUNICATIONS, VOL. SAC-5, NO. 7, AUGUST 1987

1142



Fig. 2. Optimum forward channel corresponding to the rate-distortion function (1), (2) for a Gaussian source and a mean-squared error distortion criterion.



Fig. 3. Model of a hybrid coder with optimum prediction error intraframe codec and linear prediction.

In this expression the video sequence $S(\Omega)$ and the source coding noise $N(\Omega)$ are random signals, which are statistically independent. We also consider the predictor transfer function $H(\Omega)$ to be a random signal, as it depends on a random displacement estimation error, which we assume to be statistically independent from both $S(\Omega)$ and $N(\Omega)$. Exploiting these mutual statistical independencies, the 3-D power spectral density of the prediction error $e$ follows as

$$S_{ee}(\Omega) = E\left[\left|\frac{1 - H(\Omega)}{1 - H(\Omega) + H(\Omega)\,G(\Omega)}\right|^2\right] S_{ss}(\Omega)$$
$$+ E\left[\left|\frac{H(\Omega)}{1 - H(\Omega) + H(\Omega)\,G(\Omega)}\right|^2\right] S_{nn}(\Omega) \quad (8)$$

where $E[x]$ is the expected value of $x$, and $S_{xx}(\Omega)$ denotes the 3-D power spectral density of $x$. If the signal $e$ is time discrete with a temporal sampling interval $\Delta_t$, the power spectrum $S_{ee}(\Omega)$ is periodic in $\omega_t$ with a period of $2\pi/\Delta_t$. The 2-D spatial power spectral density $S_{ee}(\Lambda)$ is obtained by integration over one period of $S_{ee}(\Omega)$, e.g., according to

$$S_{ee}(\Lambda) = S_{ee}(\omega_x, \omega_y) = \frac{\Delta_t}{2\pi} \int_{\omega_t=0}^{2\pi/\Delta_t} S_{ee}(\omega_x, \omega_y, \omega_t)\,d\omega_t$$
$$= \frac{\Delta_t}{2\pi} \int_{\omega_t=0}^{2\pi/\Delta_t} S_{ee}(\Omega)\,d\omega_t. \quad (9)$$

Recognizing that the coding noise $n$ is temporally uncorrelated, i.e.,

$$S_{nn}(\Lambda) = S_{nn}(\Omega) \quad (10)$$

we can combine (8), (9), and (10) to yield

$$S_{ee}(\Lambda) = \frac{\Delta_t}{2\pi} \int_{\omega_t=0}^{2\pi/\Delta_t} E\left[\left|\frac{1 - H(\Omega)}{1 - H(\Omega) + H(\Omega)\,G(\Omega)}\right|^2\right]$$
$$\cdot S_{ss}(\Omega)\,d\omega_t + \frac{\Delta_t}{2\pi} \cdot S_{nn}(\Lambda) \cdot \int_{\omega_t=0}^{2\pi/\Delta_t}$$
$$\cdot E\left[\left|\frac{H(\Omega)}{1 - H(\Omega) + H(\Omega)\,G(\Omega)}\right|^2\right] d\omega_t. \quad (11)$$

With (3) and (4) we obtain

$$S_{ee}(\Lambda) = \frac{\Delta_t}{2\pi} \int_{\omega_t=0}^{2\pi/\Delta_t} E$$
$$\left[\left|\frac{1 - H(\Omega)}{1 - H(\Omega)\min\left[1, \frac{\theta}{S_{ee}(\Lambda)}\right]}\right|^2\right] S_{ss}(\Omega)\,d\omega_t$$
$$+ \frac{\Delta_t\theta}{2\pi} \max\left[0, 1 - \frac{\theta}{S_{ee}(\Lambda)}\right] \cdot \int_{\omega_t=0}^{2\pi/\Delta_t} E$$
$$\left[\left|\frac{H(\Omega)}{1 - H(\Omega)\min\left[1, \frac{\theta}{S_{ee}(\Lambda)}\right]}\right|^2\right] d\omega_t. \quad (12)$$

Unfortunately, the right-hand side of (12) depends on $S_{ee}(\Lambda)$, also. Still (12) can beneficially be interpreted for two special cases.

Consider

*Case I:*

$$\theta \ll S_{ee}(\Lambda). \quad (13)$$

In this case the power spectral density of the prediction error $e$ is much greater than the spectral density of the noise $n$. If (13) holds, the right-hand side of (12) becomes independent of $S_{ee}(\Lambda)$ and

$$S_{ee}^I(\Lambda) = \frac{\Delta_t}{2\pi} \int_{\omega_t=0}^{2\pi/\Delta_t} E\left[\left|1 - H(\Omega)\right|^2\right] S_{ss}(\Omega)\,d\omega_t$$
$$+ \frac{\Delta_t\theta}{2\pi} \int_{\omega_t=0}^{2\pi/\Delta_t} E\left[\left|H(\Omega)\right|^2\right] d\omega_t. \quad (14)$$

The superscript "$I$" indicates that case I is considered.

On the other hand, if

*Case II:*

$$\theta \geq S_{ee}(\Lambda) \quad (15)$$

the power spectral density $S_{ee}(\Lambda)$ is so small that no information is transmitted according to (2) for the respective frequency range. From (12) we conclude that

$$S_{ee}^{II}(\Lambda) = S_{ss}(\Lambda). \quad (16)$$

Thus, condition (15) can be restated as

$$\theta \geq S_{ss}(\Lambda). \quad (17)$$

From (17), we can draw the important conclusion that in a hybrid coder with optimum intraframe encoding of the prediction error information is transmitted only within a frequency band, where the spatial power spectral density of the *input signal*, $S_{ss}(\Lambda)$, exceeds a threshold $\theta$. In this frequency band, the power spectral density of the prediction error, $S_{ee}(\Lambda)$, will also exceed $\theta$.

Let us define *Case III* as the final case, where both (13) and (15) do not hold. In this case, we cannot solve (12) for $S_{ee}(\Lambda)$ explicitly. However, from (12) it follows that

Exhibit 39 Page 1432

MSLT_0233490

1143

GIROD: MOTION-COMPENSATING PREDICTION FOR VIDEO HYBRID CODING

if $\Theta/S_{ss}(\Lambda)$ approaches case I or case II, $S_{ee}(\Lambda)$ will approach the solution for either case without discontinuities. The three cases are illustrated in Fig. 4 for a one-dimensional example.

### C. An Approximation of the Rate-Distortion Function for a Motion-Compensating Hybrid Coder

The discussion of the three cases in the preceding paragraph suggests the following approximation of $S_{ee}(\Lambda)$:

$$S_{ee}(\Lambda) \approx$$
$$S_{ee}^{\text{appr}}(\Lambda) = \begin{cases} S_{ss}(\Lambda) & \text{if } S_{ss}(\Lambda) \le \Theta \\ \max\left(S_{ee}^{I}(\Lambda), \Theta\right) & \text{else.} \end{cases} \quad (18)$$

$S_{ee}^{I}(\Lambda)$ is the power spectral density of the prediction error for case I according to (14). Approximation (18) has also been included in Fig. 4. Approximation (18) is a good overall approximation, as long as case III covers only a small spatial frequency range. With (18), we can modify the rate-distortion function (1), (2) to

$$D = \frac{1}{4\pi^2} \iint_{\Lambda} \min\left[\Theta, S_{ss}(\Lambda)\right] d\Lambda \quad (19)$$

$$R(D) = \frac{1}{8\pi^2} \iint_{\substack{\Lambda:(S_{ss}(\Lambda)>\Theta \\ \text{and } S_{ee}^{I}(\Lambda)>\Theta)}} \log_2\left[\frac{S_{ee}^{I}(\Lambda)}{\Theta}\right] d\Lambda \text{ bit.} \quad (20)$$

### D. Prediction Error Power Spectrum and Displacement Estimate Accuracy

In this paragraph, we relate the power spectral density of the prediction error (14) to the accuracy of the displacement estimate. Let us consider a video signal, that contains exclusively a constant, translatory displacement $(d_x, d_y)$, and neglect any other effects like rotation, zoom, covered or uncovered background, illumination changes, etc. The 3-D power spectral density of such a signal is

$$S_{ss}(\Omega) = \frac{2\pi}{\Delta_t} S_{ss}(\Lambda)$$
$$\cdot \sum_{k=-\infty}^{\infty} \delta\left(\omega_i - \frac{d_x}{\Delta_t}\omega_x - \frac{d_y}{\Delta_t}\omega_y + \frac{2\pi k}{\Delta_t}\right) \quad (21)$$

which is nonzero in parallel planes within the 3-D frequency space, and periodic with a period of $2\pi/\Delta_t$ in $\omega_i$-direction due to the time-discrete nature of the signal $s(x, y, t)$ [13]. The information rate of $s$ is nil, since once $s(x, y, t)$ is known at some time instance $t = t_0$, and $(d_x, d_y)$ is known, $s(x, y, t)$ can be reconstructed without errors. The bit rate that is necessary to transmit the prediction error signal $e$ is entirely due to a random displacement estimation error

$$\begin{pmatrix} \Delta d_x \\ \Delta d_y \end{pmatrix} = \begin{pmatrix} d_x \\ d_y \end{pmatrix} - \begin{pmatrix} \hat{d}_x \\ \hat{d}_y \end{pmatrix}. \quad (22)$$



Fig. 4. Illustration of (12)–(18); the power spectral density $S_{ee}(\omega_x)$ of the prediction error follows $S_{ee}^{I}(\omega_x)$ (14) for case I and $S_{ss}(\omega_x)$ for case II. In between, $S_{ee}(\omega_x)$ smoothly transits between I and II.

With (21) we obtain from (14)

$$S_{ee}^{I}(\Lambda) = S_{ss}(\Lambda) \cdot \int_{\omega_i=-\infty}^{\infty} E\left[\left|1 - H(\Omega)\right|^2\right]$$
$$\cdot \delta\left(\omega_i - \frac{d_x}{\Delta_t}\omega_x - \frac{d_y}{\Delta_t}\omega_y\right) d\omega_i$$
$$+ \frac{\Delta_t \Theta}{2\pi} \int_{\omega_i=0}^{2\pi/\Delta_t} E\left[\left|H(\Omega)\right|^2\right] d\omega_i. \quad (23)$$

From (23), it follows that

$$S_{ee}^{I}(\Lambda) = S_{ss}(\Lambda) \cdot \left[1 - 2\text{Re}\left\{F(\Lambda) \cdot P(\Lambda)\right\} + \left|F(\Lambda)\right|^2\right] + \Theta\left|F(\Lambda)\right|^2 \quad (24)$$

where $P(\Lambda)$ is the 2-D Fourier transform of the probability density function (p.d.f.) $p_{\Delta d_x \Delta d_y}(\Delta d_x, \Delta d_y)$ of the displacement estimation error (22). Equation (24) is derived in the Appendix.

According to (24), the effect of motion-compensating prediction on the power spectral density of the prediction error is equivalent to spatial filtering of the input signal $s$. The transfer function of the "*equivalent spatial filter*" is determined both by the spatial prediction filter $F(\Lambda)$ and by the p.d.f. of the displacement estimation error. In the following, we examine the properties of $S_{ee}^{I}(\Lambda)$ according to (24) for important special cases.

1) *Intraframe Encoding of the Signal s:* The case

$$F(\Lambda) = 0 \quad (25)$$

is the trivial case of intraframe encoding of the signal $s$ itself, i.e., the prediction value $\hat{s} = 0$. Accordingly,

$$S_{ee}^{I}(\Lambda) = S_{ee}(\Lambda) = S_{ss}(\Lambda). \quad (26)$$

2) *Motion-Compensation without Spatial Prediction Filter:* Many coding schemes reported in literature utilize motion compensation without a spatial prediction filter, i.e.,

$$F(\Lambda) = 1. \quad (27)$$

**Exhibit 39 Page 1433**

MSLT_0233491

1144

IEEE JOURNAL ON SELECTED AREAS IN COMMUNICATIONS, VOL. SAC-5, NO. 7, AUGUST 1987



Fig. 5. Motion-compensating prediction with a spatial prediction filter $F(\Lambda) = 1$: equivalent spatial transfer function $\sqrt{2(1 - \mathrm{Re}\{P(\Lambda)\})}$ in (28), plotted one-dimensionally for different variances $\sigma^2_{\Delta d}$ of a Gaussian zero-mean displacement estimation error p.d.f.

From (24), we obtain

$$S^I_{ee}(\Lambda) = 2S_{ss}(\Lambda)[1 - \mathrm{Re}\{P(\Lambda)\}] + \Theta. \quad (28)$$

In Fig. 5, the one-dimensional transfer functions $\sqrt{2(1 - \mathrm{Re}\{P(\omega_x)\})}$ have been plotted for zero-mean Gaussian p.d.f.'s of the displacement estimation error $\Delta d_x$. If the p.d.f. possesses Hermitian symmetry, i.e.,

$$p_{\Delta d_x \Delta d_y}(\Delta d_x, \Delta d_y) = p_{\Delta d_x \Delta d_y}(-\Delta d_x, -\Delta d_y) \quad (29)$$

or, in the frequency domain,

$$\mathrm{Re}\{P(\Lambda)\} = P(\Lambda). \quad (30)$$

$P(\Lambda)$ represents a zero phase low-pass characteristic, since $p_{\Delta d_x \Delta d_y}(\Delta d_x, \Delta d_y)$ is nonnegative everywhere. Furthermore, since

$$\int_\mu \int_\nu p_{\Delta d_x \Delta d_y}(\mu, \nu) \, d\mu \, d\nu = P(\omega_x = 0, \omega_y = 0) = 1 \quad (31)$$

it follows that

$$S^I_{ee}(\omega_x = 0, \omega_y = 0) \doteq \Theta. \quad (32)$$

Accordingly, the equivalent transfer functions plotted in Fig. 5 are strictly high-pass characteristics. Above a certain frequency, the power spectral density of the signal to be encoded is *increased* by motion-compensating prediction. This critical frequency is low, if the displacement estimate is inaccurate. Intuitively, it is clear, that it is "easier" to compensate the displacement of low-frequency components with a large spatial period than high-frequency components with a short period.

The bit-rate saving that can be achieved by motion-compensating prediction without a spatial prediction filter can be expressed explicitly for

$$S_{ee}(\omega_x, \omega_y) \gg \Theta \quad \text{for } |\omega_x| \le \pi f_{sx} \text{ and } |\omega_y| \le \pi f_{sy}$$

$$S_{ee}(\omega_x, \omega_y) = S_{ss}(\omega_x, \omega_y) = 0 \quad \text{else.} \quad (33)$$

With (33) we assume the case of an ideally band-limited signal $s$ and high signal-to-noise ratio. For the distortion we obtain from (19)

$$D = f_{sx} f_{sy} \Theta. \quad (34)$$

The difference in rate, $\Delta R_{mc}$, between intraframe coding of $e$ and intraframe coding of $s$ is obtained by inserting both (26) and (28) into (20), which yields

$$\Delta R_{mc} = \frac{1}{8\pi^2} \int_{-\pi f_{sx}}^{\pi f_{sx}} \int_{-\pi f_{sy}}^{\pi f_{sy}} \cdot \log_2 \left(2\left(1 - \mathrm{Re}\{P(\omega_x, \omega_y)\}\right)\right) \, d\omega_x \, d\omega_y \text{ bit.} \quad (35)$$

$\Delta R_{mc}$ does neither depend on the distortion $D$ nor on the signal power spectrum $S_{ss}(\Lambda)$, if (33) holds. For arbitrarily inaccurate displacement estimation, i.e.,

$$P(\Lambda) = \begin{cases} 1 & \text{for } \Lambda = (0, 0) \\ 0 & \text{else} \end{cases} \quad (36)$$

we obtain $\Delta R_{mc} = \frac{1}{2} f_{sx} f_{sy}$ bit, i.e., the rate for the hybrid coder exceeds the rate for intraframe coding of the signal $s$ by $\frac{1}{2}$ bit/sample, if $s$ is sampled at its Nyquist rate ($f_{sx}, f_{sy}$).

We can improve the efficiency of a hybrid coder if we utilize motion-compensation only in the low-frequency range, and in the high-frequency range rather encode the signal $s$ directly. This is the idea of spatial optimum filtering for motion-compensating prediction which is discussed in the sequel.

*3) Optimum Spatial Filtering for Motion-Compensat-*

Exhibit 39  Page 1434

MSLT_0233492

GIROD: MOTION-COMPENSATING PREDICTION FOR VIDEO HYBRID CODING

*ing Prediction:* In the following we derive the spatial prediction filter, that yields the best motion-compensated prediction value, i.e., the smallest value $R(D)$ (20) for a given distortion $D$ (19). The optimum filter $F_{opt}(\Lambda)$ minimizes $S^I_{ee}(\Lambda)$ for each spatial frequency, where $S_{ss}(\Lambda) > \Theta$ and $S^I_{ee}(\Lambda) > \Theta$. From

$$\frac{\partial S^I_{ee}(\Lambda)}{\partial |F(\Lambda)|} \overset{!}{=} 0 \quad \text{and} \quad \frac{\partial S^I_{ee}(\Lambda)}{\partial \arg (F(\Lambda))} \overset{!}{=} 0. \quad (37)$$

we obtain the optimum prediction filter

$$F_{opt}(\Lambda) = P^*(\Lambda) \frac{S_{ss}(\Lambda)}{S_{ss}(\Lambda) + \Theta} \quad \text{for } \Lambda : (S_{ss}(\Lambda) > \Theta) \quad (38)$$

and the minimum power spectral density

$$S^I_{ee}(\Lambda) = S_{ss}(\Lambda) \cdot \left[1 - \frac{|P(\Lambda)|^2 S_{ss}(\Lambda)}{S_{ss}(\Lambda) + \Theta}\right]. \quad (39)$$

The optimum filter (38) can be interpreted to consist of two stages, one of which is a Wiener filter with respect to the noise in the reconstructed signal $s'$, and the other one is a Wiener filter that takes into account the inaccuracy of the displacement estimate. Since $S_{ss}(\Lambda) \gg \Theta$ for $S^I_{ee}(\Lambda)$, we can approximately write

$$F_{opt}(\Lambda) \approx P^*(\Lambda) \quad (40)$$

and for the minimum power spectrum

$$S^I_{ee}(\Lambda) \approx S_{ss}(\Lambda)[1 - |P(\Lambda)|^2]. \quad (41)$$

Thus, the impulse response $f(x, y)$ of the spatial prediction filter should resemble the probability density function of the displacement estimation error. As for (28), we have plotted examples of the equivalent spatial transfer function $\sqrt{1 - |P(\omega_x)|^2}$ in Fig. 6 for Gaussian p.d.f.'s of the displacement estimation error. The curves in Fig. 6 correspond to the curves in Fig. 5. Different from the case $F(\Lambda) = 1$, with (39) $S^I_{ee}(\Lambda)$ can never exceed $S_{ss}(\Lambda)$, and intraframe encoding of the motion-compensated prediction error $e$ is never less efficient than direct intraframe encoding of the signal $s$. If (33) holds, the difference in bit rate between intraframe coding of $e$ and intraframe coding of $s$ is

$$\Delta R_{mc + optfi} = \frac{1}{8\pi^2} \int_{-\pi f_{sx}}^{\pi f_{sx}} \int_{-\pi f_{sy}}^{\pi f_{sy}} \log_2 [1 - |P(\omega_x, \omega_y)|^2]$$
$$\cdot \, d\omega_x \, d\omega_y \text{ bit.} \quad (42)$$

Again, $\Delta R_{mc + optfi}$ does neither depend on $D$ nor on $S_{ss}(\Lambda)$. That part of $\Delta R_{mc + optfi}$ that is due to the optimum spatial prediction filter (38) is

If we evaluate (43) for the extreme cases of arbitrarily accurate displacement estimation, i.e.,

$$P(\Lambda) \rightarrow 1 \quad \text{for all } \Lambda \quad (44)$$

and of arbitrarily inaccurate displacement estimation (36), we conclude that $\Delta R_{optfi}$ is between 0 for (44) and 0.5 bits/sample for (36), if the signal $s$ is sampled at its Nyquist rate ($f_{sx}, f_{sy}$). For (44) $F_{opt}(\Lambda) = 1$, while for (36) optimum filtering with $F_{opt}(\Lambda) = 0$ envokes intraframe coding of the signal $s$.

### E. Memoryless Encoding of the Prediction Error

For motion-compensating interframe DPCM, the motion-compensated prediction error $e$ is encoded by a memoryless encoder. For comparison, we derive the rate-distortion function for memoryless encoding of $e$ as well.

As for the intraframe prediction error codec in Section II-A, we assume that the memoryless prediction error codec is the optimum memoryless codec for Gaussian sources with a mean-squared error criterion. The minimum transmission rate $R(D)$, that we can achieve for a distortion

$$D = E[(s' - s)^2] = E[(e' - e)^2] \quad (45)$$

is

$$R(D) = \frac{1}{2} \log_2 \left(\frac{\sigma_e^2}{D}\right) \text{ bit/sample} \quad (46)$$

where

$$\sigma_e^2 = \frac{1}{4\pi^2} \int_{\omega_x} \int_{\omega_y} S_{ee}(\omega_x, \omega_y) \, d\omega_x \, d\omega_y \quad (47)$$

[12]. With respect to the overall system we can substitute this optimum memoryless encoder by the ''optimum memoryless forward channel,'' that is shown in Fig. 7 [12]. The optimum memoryless forward channel scales the prediction error $e$ by a factor

$$g = \max \left[0, 1 - \frac{D}{\sigma_e^2}\right] \quad (48)$$

followed by an addition of Gaussian noise of variance

$$\sigma_n^2 = \max \left[D\left(1 - \frac{D}{\sigma_e^2}\right), 0\right]. \quad (49)$$

If we assume this noise to be white within the frequency baseband, i.e.,

$$S_{nn}(\omega_x, \omega_y) = \begin{cases} \dfrac{\sigma_n^2}{f_{sx}f_{sy}} & \text{for } |\omega_x| < \pi f_{sx} \text{ and } |\omega_y| < \pi f_{sy} \\ 0 & \text{else} \end{cases} \quad (50)$$

$$\Delta R_{optfi} = \frac{1}{8\pi^2} \int_{-\pi f_{sx}}^{\pi f_{sx}} \int_{-\pi f_{sy}}^{\pi f_{sy}} \log_2 \left[\frac{1 - |P(\omega_x, \omega_y)|^2}{2(1 - \text{Re}\{P(\omega_x, \omega_y)\})}\right] d\omega_x \, d\omega_y \text{ bit.} \quad (43)$$

Exhibit 39  Page 1435

MSLT_0233493

IEEE JOURNAL ON SELECTED AREAS IN COMMUNICATIONS, VOL. SAC-5, NO. 7, AUGUST 1987

1146



Fig. 6. Motion-compensated prediction with an optimum spatial prediction filter according to (38): equivalent spatial transfer function $\sqrt{1 - |P(\Lambda)|^2}$ in (41), plotted one-dimensionally for different variances $\sigma^2_{\Delta d}$ of a Gaussian displacement estimation error p.d.f.



Fig. 7. Optimum memoryless forward channel corresponding to the rate-distortion function (46) for Gaussian sources and a mean-squared error criterion.

we obtain the power spectral density of the prediction error, similar to (12), as

$$S_{ee}(\Lambda) = \frac{\Delta_t}{2\pi} \int_{\omega_t=0}^{2\pi/\Delta_t}$$

$$\cdot E\left[\left|\frac{1 - H(\Omega)}{1 - H(\Omega)\min\left(1, \frac{D}{\sigma^2_e}\right)}\right|^2\right] S_{ss}(\Omega)\, d\omega_t$$

$$+ \frac{\Delta_t \sigma^2_n}{2\pi f_{sx} f_{sy}} \max\left[0, 1 - \frac{D}{\sigma^2_e}\right] \cdot \int_{\omega_t=0}^{2\pi/\Delta_t} E$$

$$\cdot E\left[\left|\frac{H(\Omega)}{1 - H(\Omega)\min\left(1, \frac{D}{\sigma^2_e}\right)}\right|^2\right] d\omega_t. \quad (51)$$

For the *Case I*

$$D \ll \sigma^2_e \quad (52)$$

we obtain from (51)

$$S'_{ee}(\Lambda) = S_{ss}(\Lambda)\left[1 - 2\,\mathrm{Re}\left\{F(\Lambda)\,P(\Lambda)\right\} + |F(\Lambda)|^2\right]$$

$$+ \frac{\sigma^2_n}{f_{sx} f_{sy}} |F(\Lambda)|^2 \quad (53)$$

similar to (24). We can derive an optimum spatial prediction filter $F_{opt}(\Lambda)$ from (53), similarly as shown for intraframe coding of the prediction error $e$ in (37)–(41). The form of $F_{opt}(\Lambda)$ for memoryless encoding of $e$ does not differ from (38), (40), with the exception that the solution $F_{opt}(\Lambda)$ is not only valid for a restricted frequency band as in (38), but for all spatial frequencies.

On the other hand, if

*Case II*

$$D \geq \sigma^2_e \quad (54)$$

the distortion is larger than the prediction error power, and

$$S''_{ee}(\Lambda) = S_{ss}(\Lambda);\ (\sigma^{\prime\prime}_e)^2 = \sigma^2_s \quad (55)$$

where $\sigma^2_s$ is the variance of the signal $s$. Equation (54) can be restated as

$$D \geq \sigma^2_s. \quad (56)$$

From (54) and (56) together with (46), we draw the conclusion, that

$$R(D) = 0 \quad \text{iff } D \geq \sigma^2_s. \quad (57)$$

For *Case III*, which we define to be the case where neither (52) nor (54) holds, we cannot solve (51). Because of (46), each of the three cases is corresponding to a certain bit-rate range. Case III covers the range of low bit rates, say below 1 bit/sample. In Section III of this paper, we will exclude case III for memoryless encoding of the motion-compensated prediction error $e$ from further consideration.

Exhibit 39 Page 1436

MSLT_0233494

## III. EVALUATION OF RATE-DISTORTION FUNCTIONS FOR HYBRID CODING WITH MOTION-COMPENSATING PREDICTION

### A. Modeling the Signal Power Spectrum

For a numerical evaluation of the rate-distortion functions derived in Section II we assume that the spatial random field produced by our image source can be represented by an isotropic autocorrelation function

$$R_{ss}(\Delta x, \Delta y) = E[s(x, y) \cdot s(x - \Delta x, y - \Delta y)]$$
$$= \exp\left(-\omega_0 \sqrt{\Delta x^2 + \Delta y^2}\right) \qquad (58)$$

[1], [8], [9]. The power spectral density of the signal is the Fourier transform of (58):

$$S_{ss}(\omega_x, \omega_y) = K \cdot \left(1 + \frac{\omega_x^2 + \omega_y^2}{\omega_0^2}\right)^{-3/2} \qquad (59)$$

with

$$K = \frac{2\pi}{\omega_0^2}$$



Fig. 8. Power spectral density $S_{ss}(\omega_x, \omega_y)$ of the signal $s$.

(Fig. 8). For a horizontally and vertically band-limited signal $s$ we have to modify (59) to

$$S_{ss}(\omega_x, \omega_y) = \begin{cases} K \cdot \left(1 + \frac{\omega_x^2 + \omega_y^2}{\omega_0^2}\right)^{-3/2} & \text{for } |\omega_x| \leq \pi f_{sx} \\ & \text{and } |\omega_y| \leq \pi f_{sy} \\ 0 & \text{else.} \end{cases} \qquad (60)$$

Assuming, that $s$ is spatially sampled at its Nyquist rate, $f_{sx}$ is the horizontal and $f_{sy}$ is the vertical sampling frequency. For our evaluation the parameters $\omega_0$, $f_{sx}$, and $f_{sy}$ have been chosen such that they correspond to a typical sampling format for videoconferencing applications. For encoding of videoconference signals at transmission rates of 2 Mbits/s and below, a sampling format of 288 active lines/field and 360 active pels/line could be a future standard [4], [7]. A good approximation for typical signals at this sampling format is obtained with the parameter value

$$\omega_0 = \frac{\pi f_{sx}}{42.19} = \frac{\pi f_{sy}}{46.15} \qquad (61)$$

which corresponds to a correlation (58) of 0.928 between horizontally and of 0.934 between vertically adjacent samples.

### B. Moving Area Rate-Distortion Functions for Integer Pel Accuracy of the Displacement Estimate

Many proposals for hybrid coding schemes incorporate motion compensation only by horizontal or vertical displacements, that are integer multiples of the horizontal or vertical sampling interval, e.g., [1]–[3], [7], [8]. With this "integer pel accuracy," motion compensation is rel-

atively simple because it does not require spatial interpolation. Integer pel accuracy can be thought of as rounding of the displacement vector. If no other displacement estimation errors degrade the performance of our hybrid coder, integer pel accuracy results in the displacement estimation error p.d.f.

$$p_{\Delta d_x \Delta d_y}(\Delta d_x, \Delta d_y) = \begin{cases} f_{sx} f_{sy} & \text{for } |\Delta d_x| \leq \frac{1}{2 f_{sx}} \\ & \text{and } |\Delta d_y| \leq \frac{1}{2 f_{sy}} \\ 0 & \text{else} \end{cases} \qquad (62)$$

within moving areas of the image. For integer pel accuracy of the displacement vector estimate (62) and the signal power spectrum (60), (61) we have evaluated the rate-distortion function (46) for memoryless encoding of the motion-compensated prediction error and the rate-distortion function (19), (20) for intraframe coding of the motion-compensated prediction error. For both cases, prediction without spatial filter (27), (28), and with optimum spatial filter (38), (39) were considered. Results are shown in Fig. 9(a) and (b) together with rate-distortion functions for memoryless encoding and for intraframe encoding of the signal $s$.

All rate-distortion curves have a slope of 1 bit/6.02 dB for rates above ~ 1.5 bits/sample. The gain by intraframe coding of the signal $s$ is 2.25 bits/sample at high rates. Compared to this figure, the additional gain of 0.83 bits/sample, that can be achieved by motion-compensating prediction with optimum spatial filter within moving areas, is relatively small at high rates. This gain drops by 0.1 bits/sample if no spatial prediction filter is used, by 0.18 bits/sample if memoryless encoding of the prediction error is used, or by 0.24 bits/sample if neither intraframe coding nor optimum spatial filtering is utilized. The gain by intraframe encoding of the prediction error over memoryless encoding of the prediction error is small, since the prediction error power spectrum is essentially flat, i.e., the predic-

Exhibit 39 Page 1437

MSLT_0233495



Fig. 9. Rate-distortion functions for integer pel accuracy of the displacement vector estimate for moving areas. ML—memoryless encoding of $s$. $2D$—intraframe encoding of $s$. MC + ML—memoryless encoding of the motion-compensated prediction error $e$. MC + $2D$—intraframe encoding of the motion-compensated prediction error $e$. (a) Spatial prediction filter $F(\Lambda) = 1$. (b) Optimum spatial prediction filter $F_{opt}(\Lambda)$ according to (38).

tion error signal $e$ contains only little redundancy that manifests itself as a correlation of spatially adjacent samples.

If either the motion-compensated prediction error or the signal $s$ itself is coded by an optimum intraframe encoder, frequency components of $s$, where (17) holds, cannot be reconstructed. Another interesting way of looking at impairment as a function of bit rate, especially for low rates, considers the spatial resolution of the signal that is preserved in an optimum encoder. We define the preserved spatial resolution $B$ as the fraction of the spatial frequency baseband, where (17) does not hold, i.e.,

$$B = \frac{1}{4\pi^2 f_{sx} f_{sy}} \iint_{\Lambda : \{S_{ss}(\Lambda) > \Theta\}} d\Lambda. \tag{63}$$

$B$ is shown as a function of bit rate in Fig. 10 for integer pel accuracy (62) of the displacement vector estimate for moving areas. For rates below 1.5 bits/sample, the spatial resolution is reduced for intraframe coding of the signal $s$, while with motion-compensating prediction the full spatial resolution can be preserved down to 1.0 bit/sample without spatial prediction filter or even down to 0.8 bits/sample with optimum spatial prediction filter.

MAR-23-2004 16:32 71TDI LIBRARY SERVICES 310 268 0701 P.12



Fig. 10. Preserved fraction $B$ of spatial resolution as a function of bit rate for integer pel accuracy of the displacement vector estimate for moving areas. 2D—intraframe encoding of $s$. MC + 2D—intraframe encoding of the motion-compensated prediction error $e$; spatial filter $F(\Lambda) \approx 1$. MC + 2D + optfi—intraframe encoding of the motion-compensated prediction error $e$; optimum spatial filter $F_{opt}(\Lambda)$ according to (38).

Fig. 10 shows that both motion-compensating prediction and spatial Wiener filtering are more important at low rates than at high rates. Although the absolute bit-rate savings decrease with decreasing bit rate, the relative bit-rate savings by these measures increase significantly.

### C. Displacement Estimation Accuracy and Bit Rate

The assumption of displacement estimation errors that can exclusively be attributed to the integer pel accuracy of the displacement vector estimate is usually too optimistic. On the other hand, we would like to improve the efficiency of motion-compensating prediction by "fractional pel accuracy" of the displacement estimate [5]. In this section we evaluate the influence of displacement estimation accuracy on the bit rate.

With a zero-mean Gaussian isotropic p.d.f. of the displacement estimation error

$$p_{\Delta d_x \Delta d_y}(\Delta d_x, \Delta d_y) = \frac{1}{2\pi\sigma_{\Delta d}^2} \exp\left[-\frac{\Delta d_x^2 + \Delta d_y^2}{2\sigma_{\Delta d}^2}\right] \quad (64)$$

we can characterize the accuracy of the displacement estimate by the variance $\sigma_{\Delta d}^2$. The Gaussian p.d.f. (64) is a reasonable assumption, if many statistically independent sources contribute additively to the estimation error.

Fig. 11(a) and (b) shows the rate-distortion curves for a very small value of $\sigma_{\Delta d}^2 = 0.04 \cdot f_{xx}^{-2}$. For completeness, we have also included the curves for the preserved spatial resolution as a function of the bit rate [Fig. 12(a)]. When compared to the curves for integer pel accuracy of the displacement estimate (Figs. 9 and 10) there are no fundamental differences. Naturally, the more accurate displacement estimate requires a smaller rate for a given signal-to-noise ratio. The gain by intraframe encoding of the prediction error over memoryless encoding of $e$ is

small. There is only a very small gain by $F_{opt}(\Lambda)$, as motion-compensation is successful also for high spatial frequencies.

The corresponding rate-distortion functions for a large displacement estimation error variance of $\sigma_{\Delta d}^2 = 1.0 \cdot f_{xx}^{-2}$ are shown in Fig. 11(c) and (d). Motion-compensating prediction yields a minor improvement over intraframe coding of the signal $s$ only when used in conjunction with an optimum spatial prediction filter and with intraframe encoding of the prediction error. For the other cases, motion-compensating prediction degrades the performance of the coder compared to an optimum intraframe coder. The rate-distortion curve for intraframe encoding of the motion-compensated error in Fig. 11(c) has a very peculiar shape: in the range below 1.5 bits/sample the slope of the curve is greater than 1 bit/6.02 dB, such that it intersects the rate-distortion curve for intraframe coding of $s$. This behavior is due to the fact that for low bit rates the optimum intraframe coder suppresses high spatial frequencies. This improves the efficiency of the coder, since for high spatial frequencies the displacement estimate is not sufficiently accurate. If the spectrum is limited to low frequency components only, motion compensation is effective and results in an improvement over intraframe coding of $s$. This effect can even more clearly be recognized from the spatial resolution versus bit-rate curves in Fig. 12(b). For very low bit rates the curve for motion-compensating prediction without spatial prediction filter intersects the curve for intraframe coding of the signal $s$ and approaches the curve for motion-compensating-prediction-with-optimum-spatial-prediction-filter.

The distance between the rate-distortion curves is constant for a sufficiently high signal-to-noise ratio. The minimum achievable bit rate is shown as a function of the displacement estimation error variance $\sigma_{\Delta d}^2$ in Fig. 13 for

Exhibit 39 Page 1439

MSLT_0233497

MAR-23-2004 16:33    FILM LIBRARY SERVICES    310 268 0701    P.13

1150                    IEEE JOURNAL ON SELECTED AREAS IN COMMUNICATIONS, VOL. SAC-5, NO. 7, AUGUST 1987





(a)



(b)

Fig. 11. Rate-distortion functions for a Gaussian p.d.f. of the displacement estimation error with a variance $\sigma_{\Delta d}^2$. ML—Memoryless encoding of $s$. 2D—intraframe encoding of $s$. MC + ML—memoryless encoding of the motion-compensated prediction error $e$. MC + 2D—intraframe encoding of the motion-compensated prediction error $e$. (a) $\sigma_{\Delta d}^2 = 0.04 \cdot f_{xx}^{-2}$; spatial prediction filter $F(\Lambda) = 1$ (b) $\sigma_{\Delta d}^2 = 0.04 \cdot f_{xx}^{-2}$; optimum spatial prediction filter $F_{opt}(\Lambda)$ according to (38).

a signal-to-noise ratio SNR = 30 dB. For any other SNR, all curves in Fig. 13 are shifted up or down by 1 bit/6.02 dB, as long as the signal-to-noise ratio is large enough such that (33) holds. Remember that the rate differences

(35), (42), and (43) are even independent of the signal power spectrum (60). Fig. 13 confirms some of our previous observations: intraframe encoding of the motion-compensated prediction error is always an improvement

Exhibit 39  Page 1440

MSLT_0233498

MAR-23-2004 16:34 74TDI LIBRARY SERVICES 310 268 0701 P.14

Case 3:07-cv-02000-H-CAB Document 79 Filed 11/30/2007 Page 45 of 63



(c)



(d)

Fig. 11. (*Continued.*) (c) $\sigma_{\Delta d}^2 = 1.0 \cdot f_{xx}^{-2}$; spatial prediction filter $F(\Lambda) = 1$ (d) $\sigma_{\Delta d}^2 = 1.0 \cdot f_{xx}^{-2}$; optimum spatial prediction filter $F_{opt}(\Lambda)$ according to (38).

over memoryless encoding of the prediction error: optimum filtering is an improvement over the corresponding case without spatial prediction filter. However, intraframe encoding of the motion-compensated prediction error without spatial prediction filter is more efficient than memoryless encoding of the prediction error in combination with an optimum spatial prediction filter. With increasing accuracy of the displacement estimate, intraframe encoding of the prediction error and the spatial prediction filter become less important. If both intraframe encoding of the prediction error $e$ and optimum spatial prediction filter are combined, the coder is never less efficient than the optimum intraframe coder. For intraframe coding of $e$ with $F(\Lambda) = 1$, a minimum displacement estimation accuracy of $\sigma_{\Delta d}^2 = 0.33 \cdot f_{xx}^{-2}$ is required for an improvement over intraframe coding of $s$. For memoryless encoding of $e$ with $F_{opt}(\Lambda)$ according to (38), this value is $\sigma_{\Delta d}^2 = 0.27 \cdot f_{xx}^{-2}$, while with memoryless encoding and $F(\Lambda) = 1$ a minimum accuracy of $\sigma_{\Delta d}^2 = 0.22 \cdot f_{xx}^{-2}$ is required.

Exhibit 39 Page 1441

MSLT_0233499

1152

IEEE JOURNAL ON SELECTED AREAS IN COMMUNICATIONS. VOL. SAC-5. NO. 7, AUGUST 1987



(a)



(b)

Fig. 12. Fraction of the spatial resolution preserved as a function of the bit rate for a Gaussian p.d.f. of the displacement estimation error with a variance $\sigma_{\Delta d}^2$. 2D—intraframe encoding of $s$. MC + 2D—intraframe encoding of the motion-compensated prediction error $e$; spatial filter $F(\Lambda)$ = 1. MC + 2D + opti—intraframe encoding of the motion-compensated prediction error $e$; optimum spatial filter $F_{opt}(\Lambda)$ according to (38). (a) $\sigma_{\Delta d}^2 = 0.04 \cdot f_{xx}^{-2}$; (b) $\sigma_{\Delta d}^2 = 1.0 \cdot f_{xx}^{-2}$.

Although we have used an isotropic Gaussian p.d.f. of the displacement estimation error, we can find the values that correspond to integer pel accuracy of the displacement vector estimate for moving areas (Section III-A) at $\sigma_{\Delta d}^2 \approx 0.08 \cdot f_{xx}^{-2}$. Comparing the rate-distortion functions for a uniform p.d.f. and for a Gaussian p.d.f. we found that the results depend only marginally on the shape of the p.d.f., if the variances of both p.d.f.'s are equal.

IV. CONCLUSIONS

In this paper we have derived performance bounds for generalized hybrid coding of video sequences with motion-compensating prediction by means of a rate-distortion analysis. The spatial power spectrum of the motion-compensated prediction error can be calculated from the signal power spectrum and the displacement estimation error p.d.f.. A spatial Wiener filter improves the efficiency of motion-compensating prediction, if its impulse response resembles the displacement estimation error p.d.f.. The gain that can be achieved by intraframe coding of the motion-compensated prediction error over a direct intraframe coding of the video signal is independent

Exhibit 39 Page 1442

MSLT_0233500

1153

GIROD: MOTION-COMPENSATING PREDICTION FOR VIDEO HYBRID CODING



Fig. 13. Minimum achievable bit rate versus variance $\sigma_{\Delta d}^2$ of a Gaussian displacement estimation error p.d.f. for a distortion of SNR = 30 dB. 2D—intraframe encoding of $s$. MC + ML—memoryless encoding of the motion-compensated prediction error $e$; spatial filter $F(\Lambda) = 1$. MC + 2D—intraframe encoding of the motion-compensated prediction error $e$; spatial filter $F(\Lambda) = 1$. MC + ML + optfi—memoryless encoding of the motion-compensated prediction error $e$; optimum spatial filter $F_{op}(\Lambda)$ according to (38). MC + 2D + optfi—intraframe encoding of the motion-compensated prediction error $e$; optimum spatial filter $F_{opt}(\Lambda)$ according to (38).

of both signal and distortion for high bit rates. Memoryless encoding of the motion-compensated prediction error and intraframe encoding of the motion-compensated prediction error have been compared. If an accurate displacement estimate is available, the additional gain by intraframe encoding of the prediction error is small. An evaluation of the rate-distortion functions for a typical videoconference sampling format shows that for integer pel accuracy of the displacement estimate the additional gain by motion-compensating prediction over pure intraframe coding is limited to −0.8 bits/sample in moving areas. For a motion-compensating hybrid coder, that does not utilize a spatial prediction filter, the standard deviation of the displacement estimation error should be smaller than −0.5 pel.

## APPENDIX
## DERIVATION OF (24)

Let us first consider the term in (23)

$$E\left[\left|1 - H(\Omega)\right|^2\right]$$
$$= E\left[1 + \left|H(\Omega)\right|^2 - H(\Omega) - H^*(\Omega)\right]. \quad (A1)$$

With (6) we recognize that only the argument, but not the magnitude of $H(\Omega)$ is a random variable and thus we can write

$$E\left[\left|1 - H(\Omega)\right|^2\right]$$
$$= 1 + \left|H(\Omega)\right|^2 - E[H(\Omega)] - E[H^*(\Omega)] \quad (A2)$$

with

$$E[H(\Omega)] = F(\Lambda) \cdot \exp\left(-j\omega_t \Delta_t\right)$$
$$\cdot E\left[\exp\left(-j\omega_x d_x - j\omega_y d_y\right)\right]. \quad (A3)$$

Introducing the probability density function $p_{\hat{d}_x \hat{d}_y}(\hat{d}_x, \hat{d}_y)$ of the displacement estimate $(\hat{d}_x, \hat{d}_y)$ with the 2-D Fourier transform $P_{\hat{d}_x \hat{d}_y}(\omega_x, \omega_y)$, we can use the identity

$$E\left[\exp\left(-j\omega_x \hat{d}_x - j\omega_y \hat{d}_y\right)\right]$$
$$= \int_\mu \int_\nu \exp\left(-j\omega_x \mu - j\omega_y \nu\right) \cdot p_{\hat{d}_x \hat{d}_y}$$
$$\cdot (\mu, \nu) d\mu \, d\nu = P_{\hat{d}_x \hat{d}_y}(\omega_x, \omega_y) \quad (A4)$$

to obtain

$$E\left[\left|1 - H(\Omega)\right|^2\right] = 1 + \left|F(\Lambda)\right|^2$$
$$- 2\text{Re}\left\{\exp\left(-j\omega_t \Delta_t\right) \cdot F(\Lambda) \, P_{\hat{d}_x \hat{d}_y}(\Lambda)\right\}. \quad (A5)$$

The second expected value in (23) is

$$E\left[\left|H(\Omega)\right|^2\right] = \left|F(\Lambda)\right|^2. \quad (A6)$$

Inserting (A5) and (A6) into (23), we obtain

$$S_{ee}^I(\Lambda) = S_{ss}(\Lambda) \cdot \left[1 + \left|F(\Lambda)\right|^2 - 2\text{Re}\left\{\exp\left(-j\omega_x d_x - j\omega_y d_y\right) P_{\hat{d}_x \hat{d}_y}(\Lambda) F(\Lambda)\right\}\right]$$
$$+ \Theta \cdot \left|F(\Lambda)\right|^2. \quad (A7)$$

Using (21) and introducing the probability density function $p_{\Delta d_x \Delta d_y}(\Delta d_x, \Delta d_y)$ of the displacement estimation error (22) with the 2-D Fourier transform $P(\omega_x, \omega_y)$, we can write (A7) as

Exhibit 39  Page 1443

MSLT_0233501

IEEE JOURNAL ON SELECTED AREAS IN COMMUNICATIONS, VOL. SAC-5, NO. 7, AUGUST 1987

1154

$$S'_{ee}(\Lambda) = S_{ss}(\Lambda) \cdot \left[ 1 + |F(\Lambda)|^2 \right.$$
$$\left. - 2\text{Re}\{F(\Lambda) \cdot P(\Lambda)\} \right] + \Theta \cdot |F(\Lambda)|^2.$$
$$\text{(A8)}$$

## ACKNOWLEDGMENT

The author wishes to thank Prof. Dr.-Ing. H. G. Mussmann and the staff of Institut für Theoretische Nachrichtentechnik und Informationsverarbeitung for many helpful discussions. Dr. S. Ericsson, PicTel Corp., gave very valuable comments on this study, which are gratefully acknowledged.

## REFERENCES

[1] J. R. Jain and A. K. Jain. "Displacement measurement and its application in interframe image coding," *IEEE Trans. Commun.*, vol. COM-29, pp. 1799-1804, Dec. 1981.

[2] T. Koga, A. Hirano, K. Iinuma, Y. Iijima, and T. Ishiguro, "A 1.5 Mb/s interframe codec with motion compensation," in *Proc. Int. Conf. Commun.* Boston, MA, 1983, pp. 1161-1165.

[3] T. Murakami, K. Asai, A. Itoh, and E. Yamazaki, "Interframe vector coding of color video signals," in *Proc. Int. Picture Coding Symp.*, Rennes, France, 1984.

[4] G. Kummerfeldt, F. May, and W. Wolf. "Coding television signals at 320 kbit/s and 64 kbit/s," in *Proc. 2nd Int. Tech. Symp. Optical Electro-Optical Appl. Sci. Eng.*, SPIE Conf. B594 Image Coding, Cannes, France, Dec. 1985.

[5] S. Ericsson, "Fixed and adaptive predictors for hybrid predictive/transform coding," *IEEE Trans. Commun.*, vol. COM-33, pp. 1291-1302, Dec. 1985.

[6] M. J. Bage, "Interframe predictive coding of images using hybrid vector quantization," *IEEE Trans. Commun.*, vol. COM-34, pp. 411-415, Apr. 1986.

[7] H. Brusewitz and P. Weiss, "A video conference system at 384 kbit/s," in *Proc. Int. Picture Coding Symp.*, Tokyo, Japan, 1986.

[8] T. Ishiguro and K. Iinuma, "Television bandwidth compression by motion-compensated interframe coding," *IEEE Communications*, pp. 24-30, Nov. 1982.

[9] J. B. O'Neal. Jr. and T. R. Natarajan, "Coding isotropic images," *IEEE Trans. Inform. Theory*, vol. IT-23, pp. 697-707, Nov. 1977.

[10] B. Girod and T. Micke, "Efficiency of motion-compensating prediction in a generalized hybrid coding scheme," in *Proc. Int. Picture Coding Symp.*, Tokyo, Japan, 1986.

[11] T. Micke, "Vergleich eines prädiktiven und eines interpolativen bewegungskompensierenden Codierverfahrens für Fernsehbildsignale," Diploma Thesis, University of Hannover, Hannover, Germany, 1986 (in German).

[12] T. Berger, *Rate Distortion Theory*. Englewood Cliffs, NJ: Prentice-Hall, 1971.

[13] D. E. Pearson, *Transmission and Display of Pictorial Information*. London, England: Pentech, 1975.



**Bernd Girod** was born in Bielefeld, F.R. Germany, on December 1, 1957. He studied electrical engineering at the Universität Hannover, Hannover, Germany, and received the M.S. degree from the Georgia Institute of Technology, Atlanta, in 1980.

Temporarily, he worked at Siemens Central Research Laboratories, Munich, Germany. Since 1981 he has been with the Institut für Theoretische Nachrichtentechnik und Informationsverarbeitung, Universität Hannover, Hannover, Germany, where his work is supported by an Ernst von Siemens grant since 1985. His research interests include coding of TV signals and modeling of the human visual system.

Mr. Girod is a member of the German Informationstechnische Gesellschaft (ITG) des VDE.

Exhibit 39  Page 1444

MSLT_0233502

Exhibit 40



621.397.331 : 621.391

The Institution of Electrical Engineers
Paper No. 3507 E
May 1961

# TELEVISION BAND COMPRESSION BY CONTOUR INTERPOLATION

By Professor D. GABOR, Dr.-Ing., F.R.S., F.Inst.P., Member, and P. C. J. HILL, Ph.D.

*(The paper was first received 17th June, and in revised form 28th November, 1960.)*

## SUMMARY

Band saving in television transmissions can be achieved by utilizing redundancies in single lines, between lines, between fields and between frames. The method of contour interpolation exploits the last two. It is based on the facts that (a) field and frame frequencies in conventional television transmission had to be chosen with a view to reducing flicker rather than for conveying more information, (b) the eye fixes mainly on contours which are usually the edges of objects, (c) these contours are usually smooth enough to allow interpolation over two line spacings, and (d) changes from one picture to the next come about mostly by the horizontal motion of objects which are sufficiently uniform to allow interpolation over at least two frame intervals. There is almost no loss in information or picture quality if the interlaced frame is suppressed in the transmission and reconstructed in the receiver by interpolation between the lines of the transmitted field, and there is not much loss if only one field in four is transmitted. In the method of contour interpolation the reconstructed edges are as sharp as the originals and appear in their correct positions, i.e. in the positions which they would occupy if the edges were straight in small sections, and if their motion were uniform for short times. The waveband gain can be estimated as 4 : 1 without appreciable deterioration in picture quality, and 8 : 1 if some deterioration is allowed in the case of rapid and vertical motions. In combination with other methods which utilize redundancies in single lines and which by themselves achieve a gain of 3 : 1, total compression ratios of 12 : 1 to 24 : 1 appear feasible.

The principle was realized and tested in a photo-mechanical model working at low speeds. Electronic realizations are proposed and discussed.

## (1) INTRODUCTION. MAXIMUM REDUNDANCY IN TELEVISION TRANSMISSION

It has been obvious for a long time that the standard system of television is a very wasteful method of transmitting visual observation. It will be of interest to start by estimating the maximum saving in waveband which could conceivably be realized if we were not bound by any economic considerations in the terminal equipment.

The bandwidth in television has been chosen with a view to almost satisfying the foveal, i.e. the maximum acuity of vision. In a 400-line 21 picture, viewed from a distance of 5 ft a line subtends about 2′ of arc, which is about twice the foveal resolution. In practice, with a 2 : 1 interlace the vertical definition corresponds to only about $0.6 \times 400 = 240$ lines (with a Kell factor of 60%), which brings the effective line width to about 3·3 times the eye resolution limit. Even this rather unsatisfactory compromise is achieved at the cost of an enormous channel capacity. If we want to estimate the maximum saving which might be effected, we must first remember that the fovea subtends an angle of only 1°, which at a distance of 5 ft corresponds to rather less than 1/200 of the screen area.

If we set out to make use of the large potential saving, which is suggested by the smallness of the fovea, we must first realize a few facts about human vision. Psychologists assure us[1] that the eye can accept information at the rate of almost 50 bits/sec.

Yet we can 'take in' a whole unknown landscape at a single glance, and we have the subjective impression that we see everything within a solid angle of almost $2\pi$ with perfect acuity. The reason is evidently that even the peripheral acuity is sufficient to recognize familiar objects, such as trees, houses, etc., and until the fovea has had time to scan these, we substitute standard trees, etc., for them, out of our store of visual memory, which approximately fill their contours. We become aware of the slowness of our intake only when we are faced with unfamiliar objects, such as complicated anatomical preparates, or a detailed drawing of a jet engine. In such cases we have to scan the picture slowly and rather painfully, line by line, and do not get the feeling that we have really 'taken it in' for several seconds or minutes.

No television system is conceivable which takes full advantage of this limitation of vision, unless by some signals transmitted to the eye muscles it could force its millions of viewers to scan the picture in perfect synchronism. But, in principle at least, we could do almost as well, so long as we are satisfied with transmitting scenes only, or at the most only small unfamiliar objects. The transmitter will then have to be a recognizer of sufficient intelligence to pick out areas containing foliage, grass, crowds, wallpaper patterns and the like, sending to the receiver the approximate contours and code numbers for substituting the nearest standard pattern. The substituted background will be, of course, spurious in detail but sharp, and the fovea will be perfectly satisfied when it scans over it. It is interesting to note that many of these patterns, like foliage, grass, a choppy sea, etc., are just those which by their 'noise-like' character tax ordinary television transmission to the limit of its capacity, and yet they are of very little importance to the information transmitted in the sense of 'telling a story'. After having covered most of the picture with standard substitutes only a small fraction of the area must be left, such as the faces of the principal actors, which must be transmitted in true and full detail. As a rough estimate, in something like 80% of television transmissions this area could be restricted to perhaps 10 foveas, i.e. 5% of the total. But here again, by means to be discussed later, a saving of about 4 : 1 could be effected by making use of the point-to-point redundancy. Making an equal allowance for the background, the information transmitted per picture might thus be reduced to 2·5%, giving a saving of 40 : 1.

A further saving (again at the expense of a minority of scenes) could be effected by transmitting changes only, i.e. holding or repeating the unchanged part of the picture by some storage system in the receiver. This has often been proposed, and the familiar objection that a panning camera would upset the system could be met in principle by embodying in the receiver a system for effecting geometrical transformations, so that only the newly appearing picture parts need be transmitted. There is, however, an absolute limit to this, because the viewers would certainly object if it took more than about 1/4 sec to build up a new picture, instead of 1/25 sec as at present. This gives a potential saving of 6·25 : 1 in picture sequences, and hence an overall bandwidth saving of 250 : 1.

We want to make it clear that we do not believe this to be the television system of the future. In all probability it will

Written contributions on papers published without discussion at meetings are invited for consideration with a view to publication.

Prof. Gabor is Professor of Applied Electron Physics, and Dr. Hill was formerly in the Department of Electrical Engineering, Imperial College of Science and Technology, University of London. Dr. Hill is with the B.B.C. Research Department.

[ 303 ]

**Exhibit 40   Page 1445**

MSLT_0001228

304        GABOR AND HILL: TELEVISION BAND COMPRESSION BY CONTOUR INTERPOLATION

never be economically justifiable. It is a minor objection that we are still very far from being able to construct a machine with enough visual intelligence to divide up a picture into familiar types of objects such as trees, grass, human figures, etc. There is every hope that this difficult problem, which is of the greatest intrinsic scientific interest, will be solved some time, and one could well afford a very complicated machine at the transmitter end. Picking out the objects, such as the faces, hands, etc., of the principal actors which are of interest for the story appears to call for even higher intelligence, but this could be short-circuited by some special point, visible to the camera but not to the viewers. The bottleneck is not in the transmitter but in the receiver, which would have to be of such complication that it could never be seriously contemplated as a home receiver. Our object in discussing this ideal picture transmission system in some detail is rather to point out that the estimates of potential compression based on contrasting the 50 bits/sec of visual intake with the $3-5 \times 10^7$ bits/sec of television channels are widely unrealistic. This suggests a potential compression of the order of a million, while our rather optimistic estimate is about 250—and this at the cost of excluding a rather important class of transmissions, such as ballet pictures, large orchestras and scientific demonstrations of very unfamiliar objects. 25 : 1 is not even sufficient for transmitting television through telephone lines, which is often mentioned as a practical aim.

## (2) PREVIOUS ATTEMPTS AT TELEVISION BANDWIDTH REDUCTION

Shannon's information theory can classify all attempts at bandwidth reduction in communication problems, although in a way which is not completely satisfactory when applied to television systems and other problems in which the receiver is the human sensory system. The situation visualized by Shannon is as follows: A source transmits a range of signs numbered $1 . . i . . N$ with probabilities $p_i$. If these probabilities were equal, i.e. $p_i = 1/N$, they would require $\log_2 N$ bits/sign for their transmission, assuming a noiseless channel. If the probabilities are unequal, they require on average

$$H = -\sum_1^N p_i \log_2 p_i \text{ bits/sign}$$

which is always less than $\log_2 N$. A coding method can be found which transmits messages from this source in long sequences with $H$ bits/sign, with an error which can be made arbitrarily small. The bandwidth required to transmit these signs at a certain rate can then be calculated with the well-known Shannon–Tuller formula.

The difficulty in applying Shannon's formula to television transmission lies in the fact that there is no simple answer to the question of what the human receiver will accept as distinguishable communication signs. In the previous Section we have tried to make the tolerance as wide as possible, by assuming that outside the narrow foveal field the eye will accept, for instance, standard grass as wide as possible, so that the major part of the picture is defined by outlines, filled with say a few hundred or thousand standard patterns, Such a radical step in reducing the code has not yet been attempted. All attempts of which we know identify the signs $i$ with small groups of adjacent picture points in one field. Most of them consider picture points in one scanning line.

In order to reduce the television problem to Shannon's discrete coding some sort of quantization is required. Goodall[2] has investigated the number of levels acceptable to the eye. It appears that 32 levels are the minimum for gently shaded areas, while much cruder quantization can be allowed at contours and

in high-frequency regions. This suggested a source of band saving to several authors.[3–5] Kretzmer[6] has shown that the probability distribution of the 32 levels, the so-called 'first order statistics', is so nearly even that optimum coding gives only an insignificant gain on the 5 bits/point required by a uniform distribution. For larger gains at least two consecutive points must be considered, making use of the so-called 'second-order statistics'. If one knows the amplitude at a point $n$, described by a sign $i$, the amplitude $j$ at the point $n + 1$ has a rather narrow conditional probability distribution $p_i(j)$, with a sharp maximum at $j = i$, i.e. at 'no change'. Schreiber[7] and Stoddard[8] have measured the second-order probability distribution, and Stoddard obtained a conditional entropy of $1.24$ bits/point for a typical 32-level television picture. That is to say that, by making use of the correlation between consecutive picture points, it is possible to recode the amplitudes in a $4 : 1$ reduced waveband.

The suggestions made by Schröter[9] and by Cherry and Gouriet[10] can be considered as realizations of the gain inherent in the use of point-to-point conditional or 'transition' probabilities. These authors propose scanning the lines at variable velocity, fast where there is little change and slowly where the amplitude is steeply changing. Gouriet[11] proposed to measure the 'picture detail' by the square of the rate of amplitude change, and to make the scanning speed inversely proportional to this. One of the authors (in the Appendix to Reference 10) has pointed out that for a very plausible law of transition probabilities the Cherry–Gouriet method is equivalent to ideal coding on a point-to-point basis, i.e. it realizes complete equalization of the rate of information transmission. In practice, this cannot be fully realized, because it is not possible to scan uniform regions at infinite speed; 3 : 1 appears to be the largest variation of speed which can be realized without instabilities in the closed-loop system. This corresponds very nearly to a compression ratio of 3 : 1. A further improvement has been suggested by Cherry, Prasada and Holloway[12] in an 'open-loop' system in which use is made of the smaller number of quantized levels required in regions of high picture detail, and in which the information is sent out again at a practically uniform rate. We will refer to these schemes as 'rate-equalization' methods. It may be noted that no great improvement is to be expected in these beyond the ratio of 4 : 1, because Schreiber[13] has measured 'third-order statistics' and found that the incremental gain is disappointingly low. Gouriet's estimate[14] of a potential gain of 7 : 1 is rather out of harmony with these estimates. It is possible that even 4 : 1 is somewhat optimistic, as Stoddard's figure was based on the statistics over a whole picture, and the practical difficulties in attempting more than line-by-line coding are formidable. Even using line-by-line coding it is very difficult to make corresponding points exactly coincide after the decoding. It appears that Youngblood's[15] interesting suggestion of quantizing the rate of change instead of the amplitude levels failed because of this difficulty. Though abrupt level changes in one line were eliminated, they appeared between one line and the next.

The importance of exactly transmitting the positions of abrupt amplitude changes, such as occur at edges, at the expense of less conspicuous detail was recognized at an early stage.[3–5] Of particular interest is the system of 'synthetic highs' proposed by Schreibner, Knapp and Kay,[16] in which the position and height of edges is transmitted in a coded form in a rate-equalizing system, and a low-definition directly-transmitted picture is superposed on the sharp contours in the receiver.

While the systems so far described are based on processing the information contained in one horizontal line, some attempts have also been made to exploit vertical correlations, from line

MSLT_0001229

to line.  A scheme in which the next line is predicted and only the 'surprise' difference is transmitted was investigated (together with other applications of linear prediction in picture transmission) by Harrison.[17]  Work on this was continued by Julesz[18] and Cunningham,[19] who proposes interpolation in 3 × 3 and 5 × 5 sample blocks.

The wish to exploit correlations between consecutive frames is as old as television itself; it would be difficult to name the author who first proposed to leave the static parts of the picture standing and to write in only the changes.  The modern development of storage tubes, in particular the invention of selective erasure,[20] has made such schemes technically but not as yet economically possible.

### (3) PRINCIPLE OF CONTOUR INTERPOLATION

Our proposals for waveband reduction are based entirely on the exploitation of the correlations between consecutive fields and consecutive frames.*  These are independent of the correlations in the contents of single lines, and hence whatever gain is achievable by our system can be multiplied by a factor of 3–4 if it is combined with a line-by-line compression method.

Right from the start television had to make a concession to the flicker sensitivity of the human eye by introducing the 2 : 1 interlace, in which 50–60 fields (half-pictures or half-frames) are presented instead of 25–30 full frames.  By this almost one-half of the vertical definition was sacrificed, because even in a very carefully adjusted receiver the subjective impression of a picture with 400 lines composed of two interlaced fields with 200 lines is equivalent to not more than 240 lines, and in most receivers to only 200.  Thus it can be said that the interlaced field contributes almost nothing to the information; half the waveband is sacrificed for the suppression of the flicker.

It follows that it must be possible in principle to halve the waveband without loss of information if an alternative way is found to reduce the flicker.  In cinematography 24 full pictures are projected, each shown twice, and 16 mm projectors achieve an acceptable effect with 16 pictures, each shown three times.  Repetition in television could be achieved by attaching to the receiver tube a memory device storing a full picture, or, better, by using a storage tube for the display in which the old picture is erased just before the new one is recorded.  A somewhat better result could be obtained by merging one frame continuously into the next, by superposing the new and the old frame in continuously changing proportions, as is done for instance in the Mechau projector.  We will refer to this method as 'linear interpolation'.

All these methods are far too complicated and expensive to be embodied in domestic receivers.  At present, one can contemplate any sort of complicated information processing only in relay stations, which ultimately transmit standard interlaced fields to the home receivers.  It was with this application in view that one of the authors (D. G.)[21] proposed transmitting only one field out of two, and constructing the missing interlaced field by a method called 'contour interpolation', which is superior both to repetition and 'linear interpolation'.

The method is based on the physiological fact that the eye fixes with preference on outlines, i.e. loci of abrupt amplitude changes, and on the common observation that most outlines are continuous.  The principle is explained in Fig. 1.

The two diagrams show, in their first and third lines, the intensity distributions along two consecutive lines of a field which has been transmitted and received, while the middle line, which belongs to the interlaced field which was not transmitted,

* We use the nomenclature in which a 'frame', which we use synonymously with 'picture', consists of two interlaced 'fields'.  This terminology has the advantage that it will not be misunderstood on either side of the Atlantic.



Fig. 1.—Linear and contour interpolation.

(a) Linear interpolation.
(b) Principle of contour interpolation.  Two scanning spots are moving on two next-but-one lines, normally with constant speed v.  When one of these arrives at an edge it stops and the other moves on with double speed until it has also reached the edge.  The intensity in the interpolated line is the arithmetical mean weighted with the scanning speeds.

must be constructed in the receiver by some method of interpolation.  Both examples relate to a slanting contour which separates two areas—one dark and the other bright.  It may be assumed that the two received lines have been stored in some sort of storage device.  In the upper diagram, which shows the method of linear interpolation, these lines are scanned by two spots, both running with the same speed $v$, and the intensity $I$ in the missing line is approximated by the arithmetical mean of the two intensities $I_1$ and $I_2$,

$$I(x) = \tfrac{1}{2}[I_1(x) + I_2(x)]$$

This is perfectly satisfactory for gently shaded areas, and also for vertical edges, but if the contour is slanting, a stepped amplitude profile arises, which, as will be shown later in practical examples, falls far short of achieving the purpose.

In the method of contour interpolation the two spots run with equal speeds $v$ until one of them reaches an edge, i.e. a position where the intensity changes at more than a certain predetermined rate.  Here it stops, while the other spot, which has not yet reached the contour, moves on with a speed $2v$, so that the interpolated spot, midway between the two, moves on with constant velocity $v$.  This continues until the second spot has also reached the contour, after which the retarded spot gradually catches up with the other, until both move again with the same speed $v$.  This is the kinematic rule.  The intensity rule is that the interpolated intensity $I$ is formed as the arithmetical mean of the two intensities, but *weighted with the velocities*, i.e.

$$I[\tfrac{1}{2}(x_1 + x_2)] = \frac{v_1 I_1(x_1) + v_2 I_2(x_2)}{v_1 + v_2}$$

It may be noted that the denominator is constant, as $v_1 + v_2 = 2v$.  It can be seen that this rule is equivalent to linear interpolation so long as the two spots move together with the same speed, but at the instant at which the first spot is arrested the information is transferred to the one which now moves with double speed.  The interpolated edge then appears at the position at which it would be if the contour in question were straight, which is the best estimate one can make in 2-point interpolation.

12

Exhibit 40   Page 1447

306        GABOR AND HILL: TELEVISION BAND COMPRESSION BY CONTOUR INTERPOLATION

The method breaks down, of course, if the contour is so nearly horizontal that one of the scanning spots misses it. In that case an instruction must be embodied in the device to the effect that, after a certain maximum searching time, the two scanning spots must equalize their position.

The principle has been explained in its application for constructing the missing field, but it is evident that it can be equally well applied to the interpolation of missing frames. In that case the upper and the lower lines in Fig. 1 represent the same line as in the interpolated frame. There is again a good statistical reason for adopting this method of interpolation, based on the common observation that most of the changes in our world are due to moving objects, and most movements are horizontal. The upper and lower intensity profiles, $I_1(x)$ and $I_2(x)$, represent the positions of the outline of a moving object, and the assumption is that the motion can be well enough approximated by linear displacement, i.e. constant speed of motion.

In its application to frame interpolation the method will break down if the motion is so rapid that the second scanning spot will not find the edge in the allowed searching time. Assume, for instance, that we allow a searching time corresponding to 10 picture points, which is about 1/50 of a line. If we leave out one frame in two, this means that the time interval between them will be 1/12·5 sec, i.e. objects must not traverse more than one-quarter of the whole picture width in 1 sec. This is no serious limitation, because movements faster than this will appear jerky even in ordinary transmission, with 50 fields/sec. A more serious limitation is that the interpolation method does not operate in the vertical direction. It is true that by far the greater part of movements is horizontal, but the movements of the mouth form an important exception. It therefore appears likely that 12·5 fields/sec (15 fields/sec with U.S. standards), i.e. a compression ratio of 4 : 1, will be the limit to which one can go without appreciable impairment in picture quality.

There may be applications in which the advantages of reduced bandwidth will outweigh the disadvantages of some jerkiness in vertical movements. In that case one could well go to a compression ratio of 8 : 1. Fig. 2 shows two ways in which only one field in eight is transmitted, and the seven missing fields are reconstructed. In Fig. 2(a) this is done by repeated midway interpolation. As soon as field 1 is received, field 2 can be constructed by contour interpolation between two consecutive lines. The interpolation of the others must wait until field 9 is received. From this and field 1 first the field 5 is constructed,

by interpolation between their corresponding lines, and then the fields 3 and 7, by interpolating between fields 1–5 and fields 5–9, respectively. The even fields are constructed by interpolating between the lines of the odd fields.

Fig. 2(b) shows the somewhat simpler method of 'proportional' interpolation. Corresponding lines in fields 3, 5 and 7 are reconstructed from those received in fields 1 and 9 by assuming that the movement of the edges was linear. This means that if, for instance, the scanning spot on line 1 stops and that on line 9 moves at double speed, the writing spot on line 3 will have to move at half speed. The intensity on this line will have to be the sum of $I_1$ and $I_9$, weighted in the ratio 3 : 1. As the writing spot moves at half-speed the total intensity must be halved, so that the previous intensity rule now changes to

$$I_3\left(\frac{3x_1 + x_9}{4}\right) = \frac{1}{8}[3I_1(x_1) + I_9(x_9)]$$

However, if the spot on line 9 stops first, the spot will move with 3/2 normal speed, and thus the factor at the right will have to be 3/8 instead of 1/8. The rule for line 7 will have to be similarly modified (with 1 and 9 interchanged), while the rule for line 5 is the one for midway interpolation. The reconstruction of the even frames 2, 4, 6 is as before.

It is important to realize that contour interpolation, whether between fields or between frames, taps a source of redundancy quite independent of the one utilized in line-by-line rate-equalization methods, in which correlations between points in one line are exploited. Combinations of the two systems therefore result in a multiplication of the band-saving ratios. If, as is likely, line-by-line equalization methods are capable of yielding a saving of 3 : 1 and contour interpolation savings of 4 : 1 to 8 : 1, combination of the two systems will be capable of producing compression ratios of 12 : 1 to 24 : 1. The last figure comes near to one-tenth of the value which we have previously estimated as the ultimate limit of all band-saving methods.

## (4) REALIZATION OF CONTOUR INTERPOLATION IN A PHOTO-MECHANICAL PICTURE TRANSFORMER

It was decided to demonstrate and test the principle first at low speed, realized by mechanical-optical means, in a 'picture transformer' in which every second line of a photograph is scanned, and the missing line is reconstructed by contour interpolation. This choice was dictated by the available funds; the construction of a full-speed television compression system would have required a considerable capital outlay for the purchase of storage tubes. The picture transformer has, however, a certain interest in itself, as it could be used for a 2 : 1 saving in bandwidth or time for pictures transmitted by radio or by cables.

### (4.1) Mechanical and Optical Design

A complete drawing of the picture transformer is shown in Fig. 3. The casing forms two light-tight compartments; the one at the left contains the transmitter, and the one at the right the receiver. Running through both is a hollow spindle which carries a picture drum for reading at the left, and a film drum for recording at the right, both 60 mm long and 25 mm in diameter. While the rotation is imparted to the drums by the hollow spindle, the longitudinal motion is derived from a rod inside the spindle, which engages the drums by pegs passing through longitudinal slits in the hollow spindle. At its right-hand end this rod is threaded with a pitch of 0·3 mm and engages with a stationary nut. Both the reading and recording drums are therefore scanned with 200 lines on their length of 60 mm, and as the reading and writing spot sizes are adjusted to 0·15 mm,



Fig. 2.—Scheme of television transmission systems with 8 : 1 compression.

(a) By repeated mid-way interpolation.
(b) By proportional interpolation.

Exhibit 40   Page 1448

MSLT_0001231



GABOR AND HILL: TELEVISION BAND COMPRESSION BY CONTOUR INTERPOLATION    307



Fig. 3.—Picture transformer for 2 : 1 compression by contour interpolation.

Exhibit 40   Page 1449

MSLT_0001232

308          GABOR AND HILL: TELEVISION BAND COMPRESSION BY CONTOUR INTERPOLATION

this means scanning every second line in a photograph which
measures 60 × 70 mm.

The optical system is shown in Fig. 4. The light source,
which is a 150 c.p. lamp, illuminates through a condensing
lens an aperture plate with two holes. The lower one serves
for the main beams, for reading and writing, while the top
hole is the source of the pilot beams, shown dotted, which
actuate the controls. These beams start from the holes as
conical bundles, but in order to simplify the representation
only two rays are shown in each. They first go, as one
bundle, through the lozenge-shaped signal-distributor aperture,



Fig. 4.—Optical system of the picture transformer.
——— Main beams. - - - Control beams.

whose function will be explained later. They are each split
into two partial beams (i.e. four partial beams altogether)
by a pair of biprisms, which separate the beams and collimate
them. The two control beams pass through a beam-splitter
prism, while the two main beams pass underneath it. This
beam splitter operates usefully only on the returning beams; in
the first passage it causes only an unavoidable loss of light in
the control beams. After this, all four partial beams pass
through a reflecting prism, which throws them on two oscillating
mirrors at nearly 45° to the horizontal, and from these into a
microscope objective. This is a 30 × 0·5 NA objective with
6 mm focal length, which produces on the reading drum four
small images of the original apertures, all 0·15 mm diameter,
arranged in a square of 0·30 mm side length. This means that
the reading spots are scanning two lines, with one missing, and
the pilot spots are the same distance ahead of them.

The reflected light now returns through the optical system,
along the path. A fraction of the returning control beams,
which report the density of the photograph at the position of the
pilot spots, is split off by the double beam-splitter prism, and
thrown on two photocells. The two main beams return through
the aperture of the signal distributor, and are united in a spot
at the right, which is the mirror image of the original aperture
with respect to the beam-splitter prism at the centre. This spot,
which is of the dimensions of the original aperture, contains a
mixture of the two beams, in the proportion as they pass through
the signal distributor aperture. It is imaged by means of a
lens and two reflecting prisms through a microscope objective
on the photographic film. As the spot is nearer to the film
than the original aperture is to the scanned photograph, at this
side we have used an objective, 40 × 0·7 NA, 4 mm focal length,
so as to obtain a writing spot of the same size (0·15 mm) as the
scanning spots.

As the intensity in the writing beam may well be as little
as 1/100 or even 1/1 000 of the original beam intensity, it is of
the greatest importance to avoid reflections in the optical system
on the transmitting side. Blooming of the optical surfaces is
quite insufficient. We have eliminated reflected images of the
illuminating aperture by rigorously avoiding optical surfaces at
right angles to the beam. Though, for simplicity, the reflecting
prisms are shown as 45°–90°–45°, the angles were in reality
48°–84°–48°, the beam splitter is not a square but lozenge-
shaped, and the biprisms are slightly skewed. Otherwise the
reflected light would have drowned the picture signal in the
darker parts of the photograph.

The system as described, with the signal distributor mask
placed symmetrically, would produce a 50/50 mixture of the two
scanned lines, i.e. it would produce linear interpolation. It
becomes a contour interpolating system by virtue of certain
accessories and controls which will now be described.

(4.2) Control System

A block schematic of the system is shown in Fig. 5, slightly
generalized, so that it applies also to the case of continuous
transmission. In the general case the input store need not store
more than the previous line, while in our picture transformer
this is the photograph, which stores all lines. Two lines are
scanned, each in two places. The main scan is shown in strong
lines, and the pilot scan in thin lines. In the picture transformers
the scanners correspond to the two oscillating mirrors on top of
the reading-microscope objective. The pilot spots report the
image amplitudes to contour detectors which measure the rate
of change, and if this exceeds a certain critical level the gates
come into action. Two actions must be performed. One is the
change in scanning velocities, so that the spot which has found
a contour stops, while the other starts at double speed. This is



Fig. 5.—Block diagram of a 2 : 1 contour interpolation system.
——— Main channel. - - - Control channel.

effected by a velocity modulator, which in the case of the picture
transformer is an electromagnetic actuator, to be described
later. The other action is a transfer of the signal to the spot
which has not yet found the contour, and scans at double speed.
This is done by a signal distributor; in the picture transformer
this is the lozenge-shaped aperture in Fig. 4. It is moved by an
electromagnet, which is also controlled by the control circuit.
The signal, with the properly weighted components, is put in the
output store. In the picture transformer this is the photo-
graphic film. In the case of continuous transmission this could
be a transient store, scanned with an appropriate delay.

Exhibit 40  Page 1450

MSLT_0001233

Case 3:07-cv-02000-H-CAB    Document 79    Filed 11/30/2007    Page 56 of 63

### (4.3) Velocity Modulator

The velocity modulator is shown in Fig. 6. Its purpose is to arrest one of the spots, i.e. to let it move with the photograph, as soon as the corresponding pilot spot reports a contour, and to make the other move with double speed. This means that certain equal and opposite angular velocities must be applied to the two mirrors, which normally are stationary, at 45° to the horizontal. The time available for this acceleration corresponds to the delay between the pilot spot and the scanning spot, and is of the order of 1/100 sec.



Fig. 6.—Velocity modulator.

The mirrors and the steel shafts which carry them are arranged in a balance arm, made strong and light, out of a steel channel with aluminium bearings. This is held by a Perspex torsion bar, so that the balance arm can be slightly tilted against the horizontal. The resonant frequency was about 120 c/s and the oscillations were almost aperiodically damped owing to the favourable properties of Perspex.

In line with the steel shafts which carry the mirrors, and which are made hollow, are two longer steel shafts, which penetrate into them so as to ensure good flexural stability. They carry at their ends steel levers, in the form of narrow segments of a circular disc knurled at the outside. These discs have a slightly smaller diameter than the width of the circular slots in the brass flanges at both ends. The brass flanges are fixed on the hollow spindle which carries the drum, i.e. they revolve with it but do not take part in its axial motion. The inner and outer faces of the circular slots are knurled to ensure good friction. A very small tilt of the balance arm corresponding to a movement of about $\pm 0.005$ in will engage one steel lever with an inside radius $R_1$, the other with the outside radius $R_2$, of the brass flanges. Thus the levers will start turning with angular speeds $\pm R_1/r_1$ and $\pm R_2/r_2$ times the angular speed $\omega$ of the main shaft, where $r_1$ and $r_2$ are the radii of the levers, inside and outside. We make $R_1/r_1 = R_2/r_2 = R/r$. The spots will then be displaced relative to the drum surface with velocities $\pm 2f(R/r)\omega$, where $f$ is the focal length of the objective. (The factor 2 originates from the doubling of angle at the reflection at a tilting mirror.) Let $R_D$ be the radius of the picture drum. If we want to arrest one of the spots, we must have

$$2fR/r = R_D$$

In our case $f = 6$ mm, $R = 35$ mm, $r = 5$ mm and $R_D = 12.7$ mm, and hence the left-hand side is about 6.5 times larger than it ought to be. We had therefore to introduce an angular reduction between the outer steel shafts and the mirrors. This mechanism (which can be also considered as a torque amplifier) consists of two steel spring wires, parallel to the shaft, and two cross-wires connecting them, one engaging with the outer

shaft and the other with the inner. By properly choosing the ratio of their distances from the clamping point the required angular reduction could be very exactly realized, without any sacrifice in the frequency response of the device.

The angular reduction is also convenient, because without it the excursions of the steel levers would be rather microscopic, and the criteria for the allowable slip between them and the knurled brass surfaces might be too exacting. With an objective of $f = 6$ mm and a spot size of 0.15 mm the mirror tilt per spot width is only 1/80, or 43'. With an angular magnification of 6.5 this becomes $0.08 = 4° 4'$, which corresponds to 0.4 mm at the end of a 5 mm lever. Thus an error of not more than one spot width can be realized with a knurl of a period of 0.4 mm, or less. If one allows a maximum searching interval of ten picture points, the maximum angular excursion of the levers will be $\pm 5 \times 4° 4' = \pm 23°$. This searching time is sufficient for all contours having an inclination of more than 1 : 5 to the horizontal.

The balance arm, stabilized by the rather rigid Perspex torsion bar which gives it a resonance frequency of 120 c/s, requires appreciable forces for its actuation. After some trials with piezo-electric benders we turned to the magnetic actuators shown in Fig. 6. The balance arm carries near its ends two roof-shaped armatures of laminated Stalloy. These fit into the wedge-shaped gaps of C-cores of grain-oriented silicon steel, each with 1 500 magnetizing turns. The current required for the tilt is 50–60 mA.

### (4.4) Signal Distributor

If there is no edge in view, the interpolated signal is a 50/50 mixture of the two intensities $I_1$ and $I_2$. This is achieved by an aperture, which can be, for instance, lozenge shaped, as shown in Fig. 4, and which cuts out one-half of each beam when it is in the symmetrical position. As soon as the contour interpolation mechanism gets into action the information must be transferred to the moving spot, while the signal derived from the arrested spot must be cut out altogether.

Our original intention was to reduce the inertia of this organ to a minimum by making the mask from a piece of photographic film, held in equilibrium by two light rubber springs, and to move it to the right or to the left by friction wheels, permanently rotating in opposite direction, and brought into contact with the film alternatingly by means of piezo-electric actuators. This is similar to the system used in magnetic-tape machines for computer stores, which can accelerate the tape to full speed in 2–3 ms, but we found that it requires a very high degree of workshop accuracy for its efficient realization. At the speeds at which the velocity modulator responded satisfactorily, a much simpler magnetic device, shown in Fig. 7, was quite sufficient.

A mask cut into a T-shaped aluminium strip is fixed at the base to a torsion organ, formed by a steel strip. Apart from being able to tilt, this strip can also move a little up or down. It carries a 3-section armature, with small Swedish iron pieces attached to a light frame (a ferrite armature might be better). Three silicon-steel C-cores, wound with about 1 500 turns, are fixed below these in an Araldite block. When the central core is magnetized the armature is made to sit down on it, thus forcing it to return to the normal position faster than if this were left to the restoring force of the steel torsion piece. When the control mechanism reports an edge, the central core is demagnetized and the armature is made to tilt towards one side or the other. The amplitude is limited in such a way that the unwanted beam (corresponding to the arrested scanning spot) is just cut off. A switching time of 5 ms was experimentally

Exhibit 40    Page 1451

MSLT_0001234

realized; this is quite sufficient in view of the limitations of the velocity modulator. The windings of the side cores are directly in series with the windings of the magnets, which actuate the velocity distributor.



Fig. 7.—Signal distributor.

signals are further amplified, limited, differentiated and clipped to provide a clean negative spike train indicating the leading edges of transitions. The circuit is provided with a cathode-follower output. The channels are provided with separate picture gain controls to compensate for unequal optical attenuations in the control tracts, and the contour threshold controls are ganged together.

The tri-stable circuit operates in a way dependent upon the presence (or not) and on the inter-channel time displacement of trigger pulses received from the contour sensing circuit. The circuit must be bisymmetrical in the unstable state; the arrival of a pulse on either channel indicates a detected contour, and the following pulse, arriving on the other channel within a search period $T < T_{max} = \Delta x_{max}/2v$, indicates the other end of the contour successfully found by the velocity modulator scanning at velocity $2v$. Searching must cease if no pulse arrives within the preset period $T_{max}$. The operation may be conveniently condensed into a logic table.

In Table 1, $\Delta t$ is the picture-element period for normal scanning at velocity $v$.

The realization of the tri-stable circuit is shown schematically in Fig. 8. Two direct-coupled monostable multivibrators are cross-connected to each other and also to separate gate circuits associated with the conducting valve of each pair. The gates

Table 1

| | Line 1 | Line 2 | Contour | Output 1 | Output 2 |
|---|---|---|---|---|---|
| 1. | No pulse | No pulse | Zero | Zero | Zero |
| 2. | Pulse, $t = 0$ | Pulse, $t = 0$ | Vertical | Zero | Zero |
| 3. | Pulse, $t = 0$ | No pulse up to $t = T_{max}$ | Horizontal slope $> - \Delta t/T_{max}$ | Rectangular pulse, period $T_{max}$ | Zero |
| 4. | Pulse, $t = 0$ | Pulse, $t = T$ $T < T_{max}$ | Horizontal slope $-\Delta t/T$ | Rectangular pulse, period $T$ | Zero |
| 5. | No pulse up to $t = T_{max}$ | Pulse, $t = 0$ | Horizontal slope $< + \Delta t/T_{max}$ | Zero | Rectangular pulse, period $T_{max}$ |
| 6. | Pulse, $t = T$ $T < T_{max}$ | Pulse, $t = 0$ | Horizontal slope $+\Delta t/T$ | Zero | Rectangular pulse, period $T$ |

## (4.5) Electronic Circuits for the Picture Transformer

The function of the circuits is to pulse drive the picture-transformer modulators according to the contour-searching routine; the inputs to the circuits are derived from the optical control tract via two photocells and are next-but-one line picture signals; the outputs provide switching instructions to the velocity modulator and signal distributor.

The circuit function may be split into distinct parts. The first detects contours of preselected 'importance' and provides two separate trigger pulse trains indicating the positions of contours as found by the pilot beams. This may be called the 'contour sensing circuit'. The second part contains the logic of the contour interpolation mechanism in a 'tri-stable circuit' which is fed by the above trigger trains, and this is followed by a modulator power drive circuit.

The contour sensing circuit comprises two identical channels and is conventional. After some experiments with gas-filled photocells and phototransistors we adopted photoconductive cadmium-sulphide cells as sensing elements.* The photocell signals are amplified and differentiated. After further amplification and filtering to remove the out-of-band high-frequency noise, the contour signal is full-wave rectified and amplitude-gated by a paraphase amplifier and diode circuit. The gated

are simple double-triode amplitude selectors, and the gating waveforms are direct coupled into them from cathode loads of the non-conducting halves of the multivibrators. The gating delays are necessary to ensure that the gates remain in their set state over the trigger-pulse period. In practice it was found that a small capacitor placed across each cathode load provided adequate delay. The preset pulse period, $T_{max}$, of each multivibrator is variable in the conventional way.

The operation is as follows: Assume the circuit to be in its monostable state with both gates open and the multivibrator



Fig. 8.—Tri-stable circuit for contour interpolation.

* These had the advantage of high-level output, good thermal stability and small size, with a response time quite satisfactory for our requirements. We are indebted for them to Dr. M. E. Haine, Director, A.E.I. (Woolwich) Research Laboratory.

Exhibit 40   Page 1452

MSLT_0001235

halves conducting as shown in Fig. 8, a negative trigger pulse is received on line 1 (say) and is passed by the gate, thus initiating the timing action of multivibrator 1 and also closing the second gate. The multivibrator 2 is unaffected by the arrival of the trigger pulse at its non-conducting valve. The action of the first multivibrator then lasts until either

(a) The full quasi-stable period $T_{max}$ of the first multivibrator is completed, during which time no trigger pulse is received by line 2, and the circuit then flips back into its quiescent state, or

(b) A trigger arrives on line 2, within a time $T < T_{max}$; this is blocked by the closed gate but extinguishes the action of the first multivibrator.

The action is similar if the initial pulse is received by line 2 since the circuit topography is symmetrical about a mid-vertical line.

Output pulses from the tri-stable circuit are clipped by pentode limiters and used to switch on two miniature beam tetrodes which drive the velocity modulator and signal distributor coils directly in series. The central coil of the signal distributor is driven by a third power valve switched off by either channel via the limiters.

### (5) RESULTS OBTAINED WITH THE PICTURE TRANSFORMER

The picture transformer has been used to test and demonstrate the principles of contour interpolation with stationary pictures; the apparatus forms pictures of 'full' vertical resolution from one half of the information.

In addition, the device was used to produce pictures containing the full number of original scanning lines so that the quality of the interpolated results may be judged subjectively against simulated full-bandwidth pictures.

#### (5.1) Experiments

The choice of patterns and pictures for processing is an important matter. A good picture for the present application contains a wide range of detail in addition to well-defined large-amplitude contours of low geometrical slope; in addition it must be typical of normal television programme material.

Three pictures have been selected:

(a) A portion of a hand-drawn test chart.
(b) A single black-to-white edge of medium slope.
(c) An enlarged print from a portrait.

The processed pictures, recorded on '120' size film, have been enlarged to quarter-plate size on bromide papers of carefully selected contrast grades to ensure that comparison records of the same picture are not impaired by unlike ultimate photographic qualities.

Contour-interpolated frames, in which the original 200-line field is interlaced with the interpolated lines, were produced by displacing, before or after the interpolation, the writing objective by one line-spacing, and by moving the signal distributor mask to one side, so that only one line is copied, and this with full intensity. Experience has shown that it is necessary to put the new line exactly between those previously recorded. Even a small overlap on one side or the other will give the impression that the picture has 200 lines instead of 400. The slightest axial wobble or backlash in the drum drives will produce an inferior result, and much time was spent in adjusting the intensity in the second run. If there is overlap, i.e. if the spot spreads beyond the line limits, care must be taken in adjusting the intensity in the second run, because the blank parts of the film are pre-sensitized by the first exposure.

Linearly interpolated frames were taken in the same way, except that the control mechanism was put out of action.

Field-repeated frames were produced by using again one reading spot, i.e. one beam only, and repeating the copying of the line with two positions of the writing objective.

The contour-interpolated records were obtained with a film reading and writing speed of 16 mm/sec, corresponding to 100 picture-points/sec or a bandwidth of about 50 c/s. Linear interpolation and line copying could be carried out at twice this speed or more.

The experimental results are shown in Figs. 9–11, and it will be observed that contour-interpolated edges are shown in one



| | |
|---|---|
| (a) | (b) |
| (c) | (d) |

Fig. 9.—Test pattern with four types of processing.
(a) Full bandwidth.
(b) Field repeated.
(c) Single field.
(d) Linear interpolation.



(a)    (b)

Fig. 10.—Reproduction of an edge from one field, by the missing field produced at (a) by contour interpolation, and (b) by linear interpolation.

**Exhibit 40   Page 1453**

MSLT_0001236

geometrical sense only; this was due to a mechanical weakness of the velocity modulator. It was found impossible in the available time to balance the modulator arm in the quiescent position owing to the inaccurate centring of the rotating drum/flange system and also to the flexing of the balance arm and torsion bar; the result was that the modulator scanned accurately and without spurious mechanical triggering in one sense only.

#### (5.2) Discussion of Results and Conclusions

The enlarged interpolated edge of Fig. 10 clearly shows the transition from linear to contour interpolation, and the gain in edge sharpness by this method over linear processing is evident. This result also indicates the accuracy achieved in the instrumentation of the picture-transformer optics and modulation routine.

The assessment of the results may be left to the reader, but a few features are indicated. The single field record of Fig. 9(c) is interesting in that it shows how well the human eye can interpolate the missing information at the transitions; the effective contrast is reduced as the interlaced field is replaced by unexposed space. With such a test pattern, field repetition is very objectionable and linear interpolation represents only a small improvement, by smoothing out the stepped edges of sloping contours.



    (a)             (b)

    (c)             (d)

Fig. 11.—A portrait processed in four ways.
(a) Full bandwidth.
(b) Field repetition.
(c) Contour interpolation.
(d) Linear interpolation.

The processes demonstrated in Fig. 11 are more revealing; field repetition produces objectionable steps in the large-amplitude transitions (the shoulders), and even the fine detail (hair) takes on a mosaic appearance and becomes slightly disturbing to the eye. Linear interpolation certainly renders the fine detail more natural compared with the field repetition, and the contours are smoothed. The contours are correctly preserved in the contour-interpolated result, which shows a marked gain in edge sharpness. The true standard of comparison is again the 'full bandwidth' record.

The results shown demonstrate some possibilities in receiver-processing of stationary pictures which are compressed 2 : 1. It is regrettable that the time available did not allow the collection of more material and the elimination of some instrumental weaknesses, but the authors believe that the results give at least a strong suggestion of the superiority of contour interpolation over other methods.

### (6) PROPOSED ELECTRONIC REALIZATION OF TELEVISION COMPRESSION

Full-speed realization of band compression by interpolation will be shown to be possible utilizing conventional devices as functional elements of the system, without having to develop special devices such as multi-gun charge-controlled storage tubes.

#### (6.1) Stores

At the transmitter end a single store can be used which in the case of $n : 1$ compression simply selects one field in $n$ and 'stretches' it to $n$ conventional field periods by slow read-out.

The storage problem is more complex at the receiver, which must handle the stretched fields. For full-speed processing the re-transmission is delayed by a minimum of $(n-1)$ conventional field periods. The choice of receiver storage devices must depend on the following considerations:

    (a) It is very advantageous to store and process fields for interpolation in one store; this avoids accurate store matching but necessitates stores of twin field or full frame capacity.
    (b) Field interpolation requires each line of the received field to be available three times, once for its own full-speed repetition and twice for interpolation of lines one above and one below it in the interlaced field.
    (c) In frame interpolation each received line is required once for interpolation of the corresponding line in the previous frame, once for its own reproduction, and again for interpolating the following frame, in that order.

The ideal for this application is therefore a half-tone device of frame capacity with two writing organs, two independent reading organs and controllable erasing action for multiple read-outs, with an erase period less than the conventional frame-blanking period.

We believe that at the present state of the storage-tube art the most convenient arrangement is provided by a camera tube optically coupled to a double-beam cathode-ray tube. The problems encountered in facing camera tubes with cathode-ray tubes are well known in standards conversion[24] and will not be elaborated.

#### (6.2) Contour Interpolation with a Single-Beam Camera Tube

We assume that a full frame of lines has been written on the camera mosaic. In the case of field interpolation this frame is recorded as an odd field interlaced with itself, both written simultaneously. For frame interpolation the frame is the sequential interlace of an odd field with the next-but-one.

It will now be shown how such a frame may be read out two lines at a time by vertically oscillating a single reading beam to sample them at the Nyquist rate. A method for velocity modulating this oscillating scan is illustrated in Fig. 12. If the spot wobble superposed on the Y-scan is given by

$$y(t) = d \sin 2\pi f_s t$$

Exhibit 40   Page 1454

MSLT_0001237

where $f_x$ is the sampling frequency and $d$ is half the line spacing, this modulation is effected by augmenting the X-scan by a sinusoidal oscillation $x(t)$ in phase with $y(t)$ and amplitude modulated with a ramp function of slope equal to the normal horizontal scanning velocity $v$, with a polarity dependent upon the slant of the contour, i.e.

$$x(t) = \pm vt \sin 2\pi f_x t$$

with the onset of the contour occurring at $t = 0$, so that $x(t) = 0$, for $t < 0$. These oscillatory scans combine to give $x(t) = \pm vt y(t)/d$, and so along the uppermost line we have



Fig. 12.—Scanning scheme for interpolation between two lines with one reading spot.

$x_1(t) = \pm vt$ and along the lower line $x_2(t) = \mp vt$, superposed on the main scan of $X(t) = vt$, which gives the required velocity modulation. The ramp function is made to run down to zero at the same rate once the contour is successfully found.

As an alternative, the velocity modulation may be performed outside the camera tube by delay-line techniques. The mechanism would be as follows: each sampled line signal derived from camera spot wobble is propagated down a separate parallel bank of delay lines of delay $nT$, where $T$ is the picture element period ($1/6\,\mu s$ approximately) and $n$ ranges down the banks from 0 to $2N$, $N$ being the maximum number of 'search elements'. Linear interpolation is given by the arithmetic mean of the outputs derived from the central delay lines (delay $NT$) of the two banks, and the velocity modulation is performed by switching across the two sets of delay-line terminations, say at 3 Mc/s, in opposite directions.



Fig. 13.—Simplified representation of scanning, in which each field is represented by a single slanting line.

### (6.3) 2 : 1 Compression Systems

For field interpolation the transmitter requires a single store in which only odd fields are stored and scanned at half speed. This is achieved by blanking out alternate fields on a cathode-ray tube displaying the conventional signal, faced with a low-speed camera tube. The transmission channel handles stretched

fields of half the conventional bandwidth which constitute the receiver input.

A receiver which reconstructs the sequential interlaced video signals is shown schematically in Fig. 14. In this Figure, A is a tube of field capacity with a single writing gun and one reading gun with 'read/erase' action (e.g., an image orthicon facing a cathode-ray tube). B is a store of frame capacity with a



Fig. 14.—Scheme and scanning diagram of a 2 : 1 field interpolator.

double writing gun and single reading gun with read/erase action (image orthicon facing a double-beam cathode-ray tube). The scanning sequence of the two stores is also shown; the diagrammatic representation of scanning in which a field is represented by a single slanting line is explained in Fig. 13. The shaded heights in these diagrams indicate the proportions of fields stored at any time $t$.

The receiving process is as follows: commencing with A and B empty, let the field 1 be half received and stored on A and also, in duplicate, on B at time $t = 0$. This field is now read out from A directly at full speed as the second field continues to be stored on A and on B at half speed. The interlaced field 2 is now formed by reading out B with contour interpolation. During this period field 3 is half stored by A and B at half speed, thus completing the cycle of two fields. The overall delay in this transmission system is one field period.

Pure 2 : 1 frame interpolation is applicable to a non-interlaced system. The transmitter sends only alternate frames stretched to occupy two frame periods. It can be shown that a receiver for reconstructing the original signal with contour interpolation requires two stores of double frame capacity, each with twin writing guns and single read/erase guns. Such a system might be of interest for industrial or commercial television, where it is desirable to double the definition in the full waveband, rather than to transmit the standard definition in half the waveband. The superiority of sequential over interlaced scanning at the same number of lines is almost 2 : 1; only flicker prevents us from exploiting it in conventional television.

### (6.4) Multiple Interpolation Systems

Combination of the 2 : 1 field and frame-interpolation systems gives a 4 : 1 compression scheme in which only alternate odd fields (1, 5, 9 . . .) are selected and stretched at the transmitter.

Exhibit 40    Page 1455

MSLT_0001238

314        GABOR AND HILL: TELEVISION BAND COMPRESSION BY CONTOUR INTERPOLATION

The receiver utilizes four stores, three of which are single-gun writing and reading stores used for frame interpolating, the fourth being used for all field interpolations with a twin writing gun. The receiver thus comprises four camera tubes and cathode-ray tubes, one of which is a double-beam tube. This arrangement provides a receiver output in the following sequence:

Field 1.    Full-speed replica of the received quarter-speed field.
Field 2.    Interlaced field interpolated from previous field.
Field 3.    Frame interpolated from received fields 1 and 5.
Field 4.    Field interpolated from previously formed field 3.
Field 5.    Full-speed replica of received field 5.

No output store is required.

The most ambitious scheme which one might contemplate is an 8 : 1 compression system with complete contour interpolation. The procedure for obtaining seven missing fields out of eight has already been indicated in Fig. 2. In the most economical receiver all frame interpolations (fields 3, 5, 7; 11, 13, 15; ...) are performed at one reading of the received field pairs (1, 9; 9, 17; ...) and intermediate storage is used for those fields which are not immediately transmitted.

A receiver for 8 : 1 compression with complete contour interpolation requires six stores (six camera tubes and six cathode-ray tubes) with one of these double-gun and two with variable-velocity scanners). The scanning sequence is given in Fig. 15; A is a store for field copying, B and C are frame-interpolating stores, D serves for all field interpolations, and E



Fig. 15.—Complete scanning diagram of an 8 : 1 compression system with six stores.

and F are for intermediate storage of two out of three frame-interpolated fields. Starting the operations at $t = 0$, let field 1 be received and completely stored by $A_1$ and $B_1$, and field 9 five-eighths stored on $A_2$, $B_2$ and $C_1$, with E and F erased. Reading commences with a delay of eight field periods.

Field 1 is read out from $A_1$ and is simultaneously rewritten on $D_1$, $D_2$ as a repeated-field frame. Field 1 is stored by $B_1$.

Field 2 is field interpolated from field 1 on D, and field 9 is seven-eighths stored on $A_2$, $B_2$ and $C_1$. Field 1 is stored by $B_1$.

Field 3 is frame interpolated from fields 1 and 9 on store B, and fields 5 and 7 which are simultaneously interpolated are written into E and F, respectively. Field 3 is fed back to D as a repeated-field frame. . $C_1$ and $A_2$ fully store field 9, and $A_1$, $B_1$, $B_2$ and $C_2$ are erased.

Field 4 is field interpolated from field 3 on D. Field 17 is one-eighth received by $A_1$, $B_1$ and $C_2$, and $A_2$ and $C_1$ completely store field 9. E and F continue to store fields 5 and 7.

Field 5 is read directly from E and rewritten back into D as a repeated-field frame; field 17 is one-quarter stored by $A_1$, $B_1$ and $C_2$, and F stores field 7 with field 9 remaining in $A_2$ and $C_1$.

Field 6 is field interpolated from field 5 on $D_1$ and $D_2$; field 17 is three-eighths stored on $A_1$, $B_1$ and $C_2$, and field 9 is stored in $A_2$ and $C_1$; F continues to store field 7.

Field 7 is read out from F directly and fed back to D as a repeated-field frame; $A_1$, $B_1$ and $C_2$ have received half of field 17, and $A_2$ and $C_1$ store field 9.

Field 8 is field interpolated from field 7 on D; field 17 is five-eighths stored in $A_1$, $B_1$ and $C_1$, and $A_2$ and $C_1$ store field 9; E, F, and $B_2$ are empty.

The remaining half-cycle is now evident.

### (6.5) Combined Compression Schemes

The main attraction of bandwidth saving by interpolation lies in the possibility of combining the system with other independent compression systems to produce a large saving in bandwidth. If, for instance, a rate-equalizing system were placed in tandem with the field-stretching transmitter, the coder would operate on conventional fields at a reduced bandwidth. The receiver would then consist of a decoder followed by a contour interpolator. It may well be possible to make the whole system simpler than the sum of its two component systems, because all line-by-line rate-equalizing systems contain some means for locating edges. Hence it is not necessary to repeat this operation in the contour-interpolation system. Such a transmission system could have a compression ratio of 24 : 1, and with this the possibility emerges for the first time of instantaneous transatlantic television via cable or short-wave radio link.

Such an international exchange requires standards conversion, and this is easily combined with the interpolation process. For standards step-down transmissions, such as American (525 lines, 60 fields/sec) to British (405 lines, 50 fields/sec) the transmitter store selects one field in 12 and stretches it to ten converted field periods with $202\frac{1}{2}$ lines; the receiver then operates on a 10 : 1 compressed signal, frame interpolating four fields and field interpolating five fields between every two received stretched fields. Alternatively 5 : 1 compression could be achieved by transmitting one American frame in six with 405 lines at 5 frames/sec. The reverse transmission involves step-up standards conversion; if the British 405-line 50-fields/sec signal is 10 : 1 compressed the receiver must interpolate 12 : 1 and increase the field line number by a factor of 5/4. The last operation can be obviated by duplicating the initial pick-up tube with a camera working to the higher standard and then compressing 12 : 1 at the transmitter. If these compression figures prove to be unattainable, the two functions must be separated and the standards convertor would work in tandem with the 8 : 1 compression system in such an order that the transmission channel handles the compressed lower standard signal.

### (7) CONCLUSIONS AND OUTLOOK

Line-by-line rate-equalization methods promise, by themselves, band saving in a ratio of 3 : 1, or perhaps a little better. Contour interpolation by itself offers a 4 : 1 saving without appreciable impairment of quality, and 8 : 1 if one accepts some deterioration in the reproduction of vertical movements. In combination the two systems offer potential compression ratios of 12 : 1 to 24 : 1.

Neither of these systems is as yet a practical proposition. Both involve complicated processing, which must be carried out with high precision, excluding systematic and statistical errors

Exhibit 40   Page 1456

GABOR AND HILL: TELEVISION BAND COMPRESSION BY CONTOUR INTERPOLATION                315

in the processing apparatus. In practice, even the first modest step, level quantization, has led to rather objectionable picture defects. Nevertheless, from a purely scientific point of view the problems are soluble, given sufficient capital and effort. Legitimate doubts arise only if one considers whether the result would economically justify the required investment and work.

It appears most unlikely that even the simplest band-saving systems, such as storage tubes, repeaters with magnetic or tube storage, variable-velocity schemes or field interpolation, will ever be embodied in home receivers. The reason is not only the great cost, but also the incompatibility of band-saving systems, which would make it necessary to provide new wavebands for them. This difficulty does not exist in closed-circuit systems, but for the time being most of these operate under conditions where there is no restriction on the waveband. There is a certain demand for commercial television links over greater distances, through cables, but television *via* telephone lines is not a practical possibility, and in most cases a cable of a few hundred kilocycles per second bandwidth, plus the complicated terminal equipment, appears to be too large an economic handicap for a new service. At present we see greater possibilities in improving the definition of closed-circuit television, where there is no restriction of waveband by using sequential scanning with storage display tubes or with repetition or with contour interpolation, than in systems transmitting the rather low picture quality at present acceptable in a reduced waveband.

The greatest impetus for waveband reduction might be expected to come from a desire to realize transatlantic television, where the waveband would have been greatly restricted if we wanted to accommodate it in the transatlantic cable or in short-wave radio links. Unfortunately this impetus is not likely to be forthcoming, for the simple reason that there is a five-hour time difference between London and New York. A jet plane which will take a magnetic tape record in five hours from London Airport to Idlewild would make events in London practically simultaneous for the viewers in New York, while a simultaneous transmission would arrive five hours too early. Nothing could make events in the United States practically simultaneous for viewers in Western Europe; the direct transmission would arrive five hours too late, and there are only very few events per year for which the viewers could not as well wait until the next evening.

It is therefore unlikely that a project of simultaneous transatlantic television will evoke the rather considerable funds required for its realization. For the time being at least, television compression schemes will probably be restricted to much less ambitious applications.

(8) ACKNOWLEDGMENTS

The authors thank the British Broadcasting Corporation, which has enabled one of them (P. C. J. H.) to complete the work as the holder of the first B.B.C. Research Scholarship. The costs of the experimental development were borne by the Department of Electrical Engineering of the Imperial College of Science and Technology, and the apparatus was constructed in its workshop. Our thanks are due to Prof. A. Tustin, Head of the Department, and to Mr. C. C. Mills, Head of its Workshop.

(9) REFERENCES

(1) SZIKLAI, G. C.: 'Some Studies in the Speed of Visual Perception', *Transactions of the Institute of Radio Engineers*, 1956, I.T.2, p. 125.
(2) GOODALL, W. W.: 'Television by Pulse Code Modulation', *Bell System Technical Journal*, 1951, 30, p. 33.
(3) SCHLESINGER, K.: 'Dot Arresting Improves TV Picture Quality', *Electronics*, 1951, 24, p. 96.

(4) KRETZMER, E. R.: 'Reduced Alphabet Representation of Television Signals', *Institute of Radio Engineers Convention Record*, 1956, Part 4, p. 140.
(5) ANDO, H.: 'Quantizing System of Higher Components of TV Signals', *Journal of the Institute of Electrical and Communication Engineering* (Japan), 1959, 42, p. 5.
(6) KRETZMER, E. R.: 'Statistics of Television Signals', *Bell System Technical Journal*, 1952, 31, p. 751.
(7) SCHREIBER, W. F.: 'Probability Distributions of Television Signals', Ph.D. Thesis, Harvard University, 1953.
(8) STODDARD, J. C.: 'Measurement of Second-Order Probability Distributions of Pictures by Digital Means', Massachusetts Institute of Technology Research Laboratory of Electronics, Technical Report No. 302, 1955.
(9) SCHRÖTER, F.: 'Speicherempfang und Differenzbild Fernsehen', *Archiv. der Elektrischen Übertragung*, 1953, 7, p. 63.
(10) CHERRY, E. C., and GOURIET, G. G.: 'Some Possibilities for the Compression of TV Signals by Re-coding, Symposium on Communication Theory' (Butterworth, 1953).
(11) GOURIET, G. G.: 'A Method of Measuring Television Picture Detail and its Applications', *Electronic Engineering*, 1952, 24, p. 306.
(12) CHERRY, E. C., PRASADA, B., and HOLLOWAY, D. G.: 'Proposed New "Open Loop" System of Television Compression'. Provisional Patent, No. 32376. 1958.
(13) SCHREIBER, W. F.: 'The Measurement of Third Order Probability Distribution of Television Signals', *Transactions of the Institute of Radio Engineers*, 1956, 1–12, p. 94.
(14) GOURIET, G. G.: 'Bandwidth Compression of a Television Signal', *Proceedings I.E.E.*, Paper No. 2357 R, May, 1957 (104 B, p. 265).
(15) YOUNGBLOOD, W. A.: 'Picture Processing', Quarterly Progress Report 54, Massachusetts Institute of Technology Research Laboratory of Electronics, 1958, p. 138.
(16) SCHREIBER, W. F., KNAPP, C. F., and KAY, N. D.: 'Synthetic Highs—An Experimental TV Bandwidth Reduction System', *Journal of the Society of Motion Picture Television Engineers*, 1959, 68, p. 525.
(17) HARRISON, C. W.: 'Experiments with Linear Prediction in Television', *Bell System Technical Journal*, 1952, 31, p. 764.
(18) JULESZ, B., 'A Method of Coding Television Signals Based on Edge Detection'. *ibid.*, 1959, 38, p. 4.
(19) CUNNINGHAM, J. E.: 'Picture Processing.' Quarterly Professional Report No. 54, Massachusetts Institute of Technology Research Laboratory of Electronics, 1959, p. 138.
(20) LAW, R.: 'Modern American Developments in Storage Tubes', Lecture before the Television Society, 13th May, 1960.
(21) GABOR, D.: 'Television Compression by "Contour Interpolation" No. 2', *Nuovo Cimento*, 1959, 13 (Series 10) Suppl., p. 467.
(22) GABOR, D., and HILL, P. C. J.: Provisional Patent Application No. 507. 1960.
(23) ZWORYKIN, V. K., and RAMBERG, E. G.: 'Standards Conversion of Television Signals', *Electronics*, 1952, 25, p. 86.
(24) LORD, A. V.: 'Standards Conversion for International TV', *ibid.*, 1953, 26, p. 144.
  'Conversion of TV Standards', *B.B.C. Quarterly*, 1953, 8, p. 108.

Exhibit 40    Page 1457

MSLT_0001240

VOLUME 108                PART B  NUMBER 39                MAY 1961





## *The Proceedings*

OF

# THE INSTITUTION OF
# ELECTRICAL ENGINEERS

FOUNDED 1871: INCORPORATED BY ROYAL CHARTER 1921

## PART B

ELECTRONIC AND COMMUNICATION ENGINEERING
(INCLUDING RADIO ENGINEERING)

*Price Ten Shillings and Sixpence*

**Exhibit 40   Page 1458**

MSLT_0001241