1

**EXHIBITS TABLE OF CONTENTS**

2

| **Exhibit** | **Document** | **Page No.** |
|---|---|---|
| 1 | U.S. Patent No. 4,763,356 to Day, et al., marked with Bates range LUC 1004455-81 ................................................................ | 12 |
| 2 | Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent No. 4,763,356, dated May 15, 2007 [Docket No. 1795] ................................................................ | 39 |
| 3 | "Touch Screens: Big Deal or No Deal?," Michael Tyler, DATAMATION, dated January 1984, marked with Bates range GW-LT422215-22 ...... | 47 |
| 4 | Excerpts of the deposition Michael E. Farmer, taken February 23, 2006 ...... | 55 |
| 5 | Excerpts of The Home Accountant and Financial Planner for the Macintosh, dated 1984, marked with Bates range MSLT_1060811-813 ........... | 67 |
| 6 | Excerpts of the deposition of Dale Buscaino, taken November 7, 2007 .......... | 73 |
| 7 | Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356 [Docket No. 1552], dated April 17, 2007 ................................................................ | 79 |
| 8 | U.S. Patent No. 4,439,759 to Fleming et al., marked with Bates range LUC1114390-409 ................................................................ | 88 |
| 9 | "Final Report – NASA Grant NSG 1508, Extension of the Core Graphics System for Raster Graphics Display," James D. Foley, marked with Bates range DELL366644-799 ................................................................ | 108 |
| 10 | Supplemental Rebuttal Expert Report of Jake Richter, dated October 12, 2007 ................................................................ | 264 |
| 11 | Excerpts of the deposition of Jake Richter, taken November 14, 2007 ............ | 286 |
| 12 | Order Construing Claims for United States Patent Number 4,439,759, dated November 15, 2005 ................................................................ | 311 |
| 13 | Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent Number 4,439,759, dated September 14, 2007 ........................... | 321 |
| 14 | Affidavit of Jean A. Pec, with Exhibits A-B, dated September 14, 2007 .......... | 409 |
| 15 | Status Report of the Graphics Standards Planning Committee, Computer Graphics, Vol. 11, No. 3, Fall 1977, marked with Bates range GW-LT253851-997 ................................................................ | 574 |
| 16 | Excerpts of the deposition of James D. Foley, taken November 7, 2007 .......... | 721 |
| 17 | Home Information Systems - Provisional Standard, Bell Laboratories, dated April 14, 1981, marked with Bates range LUC 003905-4026. **FILED UNDER SEAL** ................................................................ | 732 |

18    Expert Report of Edward J. Delp III Regarding Obviousness,
      dated September 14, 2007 ................................................................854

19    Supplemental Rebuttal Expert Report of Professor Bernd Girod Regarding
      Validity of Lucent's 4,383,272 and 4,958,226 Patents,
      dated October 12, 2007 ................................................................1011

20    Excerpts of the deposition of Bernd Girod, taken on November 20, 2007 ......1045

21    Excerpts of "Digital Pictures: Representation and Compression," Arun N.
      Netravali and Barry G. Haskell, 1988, marked with Bates range
      MSLT_0004995-99, 5408, and 5481 ................................................................1084

22    Excerpts of the deposition of Barry Haskell, taken December 15, 2005.
      **FILED UNDER SEAL**................................................................1103

23    Translation of the Master's Thesis of Thomas Micke, entitled
      "Comparison of a Predictive and an Interpolative Motion Compensating
      Coding Method for Television Signals, April 1986, marked with Bates
      range GW-LT255053-131 ................................................................1094

24    U.S. Patent No. 4,958,226 to Haskell, et al., marked with Bates range
      LUC1112272-77 ................................................................1182

25    Order Construing Claims for United States Patent Number 4,958,226,
      dated July 14, 2005 ................................................................1188

26    Copyright Information for Digital Pictures, marked with Bates range
      DELL318997-99 ................................................................1194

27    Affidavit of Michael A. Davis, Jr., dated March 12, 1999, with
      Exhibits A-F, marked with Bates range DELL320793-800 ............................1197

28    "A Hybrid Interpolative and Predictive Code for the Embedded
      Transmission of Broadcast Quality Television Picture," N.K. Lodge,
      marked with Bates range DELL318140-47 ................................................................1205

29    A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for
      the HDTV Coding," Masayuki Tanimoto, July 1987, marked with Bates
      range DELL318251-54 ................................................................1213

30    CITT SG XV Working Party Document #81: Comments on Conditional
      Motion Compensated Frame Interpolation," March 1986, marked with
      Bates range MSLT0625891-94................................................................1217

31    U.S. Patent No. 4,849,810 to Ericsson, marked with Bates range
      DELL319258-315 ................................................................1221

32    U.S. Patent No. 4,816,914 to Ericsson, marked with Bates range
      DELL320565-607 ................................................................1280

33    U.S. Patent No. 4,794,455 to Ericsson, marked with Bates range
      DELL319147-73 ................................................................1323

34    U.S. Patent No. 4,703,350 to Hinman, marked with Bates range
      DELL320519-37 ................................................................1350

- 8 -

35    U.S. Patent No. 4,727,422 to Hinman, marked with Bates range
      MSLT_0001034-51 .................................................................................. 1369

36    U.S. Patent No. 4,661,849 to Hinman, marked with Bates range
      DELL318173-90 ...................................................................................... 1387

37    U.S. Patent No. 4,754492 to Malvar, marked with Bates range
      DELL319037-59 ...................................................................................... 1405

38    Declaration of Thomas Wehberg .................................................................. 1428

39    "The Efficiency of Motion-Compensating Prediction for Hybrid Coding of
      Video Sequences," Bernd Girod, August 1987, marked with Bates range
      MSLT_0233488-502 ............................................................................... 1430

40    "Television Band Compression by Contour Interpolation," Professor D.
      Gabor, et al., May 1961, marked with Bates range MLST0001228-40 .......... 1445

41    "Picture Coding: A Review," Arun N. Netravali and John O. Limb, March
      1980, marked with Bates range MSLT_0001623-63 ...................................... 1459

42    Order Denying-in-Part Dell's Motion for Summary Judgment on U.S.
      Patent No. 4,383,272 [Docket No. 1948], dated July 27, 2007 ...................... 1500

43    Superceding Order Construing Claims for United States Patent Number
      4,383,272, dated August 16, 2005 .................................................................. 1507

44    Order Denying Gateway's Motions for Summary Judgment that U.S.
      Patent No. 4,383,272 is Invalid Under 35 U.S.C. §102(g) and Granting
      Summary Adjudication on Certain Predicate Issues Pertaining to This
      Defense [Docket No. 1948], dated July 12, 2007 ........................................... 1513

45    United States Patent 4,383,272 to Netravali, et al., marked with Bates
      range LUC0001363-73 ................................................................................. 1519

46    Response to the Examiner dated October 22, 1982, marked with Bates
      range LUC0001428-31 ................................................................................. 1530

47    Doctorate thesis of Jaswant Raj Jain, entitled "Interframe Adaptive Data
      Compression Techniques for Images," September 1979, marked with
      Bates range MSLT_0001425-622 ................................................................. 1534

48    Excerpts of the deposition of Delphine Lewis, taken June 30, 2005 ............... 1732

49    Physical exhibit of video excerpts from the videotaped deposition of
      Michael Farmer, taken on February 23, 2006.
      This exhibit a compact disk ("CD").

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

**THIS PAGE INTENTIONALLY LEFT BLANK**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 47

8005677

JAIN, JASWANT RAJ

INTERFRAME ADAPTIVE DATA COMPRESSION TECHNIQUES FOR IMAGES

*State University of New York at Buffalo*                    PH.D.                    1979

# University Microfilms International

300 N. Zeeb Road, Ann Arbor, MI 48106          18 Bedford Row, London WC1R 4EJ, England

Copyright 1979

by

Jain, Jaswant Raj

All Rights Reserved

Exhibit 47   Page 1534

MSLT_0001425

This is an authorized facsimile, made from the microfilm master copy of the original dissertation or master thesis published by UMI

The bibliographic information for this thesis is contained in UMI's Dissertation Abstracts database, the only central source for accessing almost every doctoral dissertation accepted in North America since 1861.



UMI® Dissertation Services



From:ProQuest
COMPANY

300 North Zeeb Road
P.O. Box 1346
Ann Arbor, Michigan 48106-1346 USA

800.521.0600     734.761.4700
web www.il.proquest.com

Printed in 2002 by digital xerographic process
on acid-free paper

DPBT

**Exhibit 47   Page 1535**

MSLT_0001426

PLEASE NOTE:

In all cases this material has been filmed in the best possible way from the available copy. Problems encountered with this document have been identified here with a check mark ✓.

1. Glossy photographs ✓

2. Colored illustrations _____

3. Photographs with dark background ✓

4. Illustrations are poor copy _____

5. Print shows through as there is text on both sides of page _____

6. Indistinct, broken or small print on several pages _____ throughout _____

7. Tightly bound copy with print lost in spine _____

8. Computer printout pages with indistinct print _____

9. Page(s) _____ lacking when material received, and not available from school or author _____

10. Page(s) _____ seem to be missing in numbering only as text follows _____

11. Poor carbon copy _____

12. Not original copy, several pages with blurred type _____

13. Appendix pages are poor copy _____

14. Original copy with light type _____

15. Curling and wrinkled pages _____

16. Other _____

University
Microfilms
International

300 N. ZEEB RD., ANN ARBOR, MI 48106 (313) 761-4700

Exhibit 47   Page 1536

MSLT_0001427

INTERFRAME ADAPTIVE DATA COMPRESSION TECHNIQUES FOR IMAGES

by

Jaswant R. Jain

A Dissertation

Submitted to the

Faculty of the Graduate School

of the

State University of New York at Buffalo

in partial fulfillment of the requirements

for the degree

of

Doctor of Philisophy

September, 1979

Exhibit 47   Page 1537

MSLT_0001428

ii

The research work reported in this dissertation has been supported in part by the U.S. Army Office, Durham, N.C., under grant DAAG29-78-G-0206, and in part by the Naval Ocean Systems Center, San Diego, California, under contract N6600178C0151MJE.

**Exhibit 47   Page 1538**

MSLT_0001429

iii

To

the people of

the United States

and

their great institutions of

higher learning

for

providing me with

this opportunity

**Exhibit 47   Page 1539**

MSLT_0001430

iv

## ACKNOWLEDGMENTS

I wish to express my sincere gratitude to Professor Anil K. Jain for his supervision and guidance of this thesis. His criticisms and suggestions throughout this work were very valuable. I am grateful to Professor D. G. Lainiotis and Dr. D. Kazakos for serving on my Ph.D. committee, and Professor V. R. Algazi of the University of California, Davis, for serving as the outside reader.

I would like to thank Dr. Richard A. Robb of the Biodynamics Research Unit, Mayo Clinic, for his collaboration in the work on data compression of biomedical x-ray images. I would also like to thank Professor V. Ralph Algazi, Department of Electrical Engineering, University of California, Davis, and Professor Gabor T. Herman, Department of Computer Science, SUNY Buffalo, for letting me use their Image Processing facilities, and their staff for assistance.

Helpful discussions were carried out with Professors Ralph Algazi and Bill Gardner, both of the Department of Electrical Engineering, U.C. Davis; Professor Fabio Rocca, Politecnico di Milano, Italy, and Dr. Yuichi Ninomiya, Japan Broadcasting Corporation, Japan, during their visit to Davis (where I spent the last year of my thesis work); Dr. Barry K. Gilbert of the Mayo Clinic; and others, all of whom I thank. I would also like to thank Mr. Shenq-Huey Wang, a fellow Ph.D. student under Professor Jain's supervision, for sharing his results and computer programs with me and for other help.

The fellowship support from the Graduate School and the financial support for this project from the Naval Ocean Systems Center, San Diego, Ca, and the U.S. Army Research Office, Durham, N.C., are highly appreciated.

**Exhibit 47   Page 1540**

MSLT_0001431

v

Finally, I would like to thank all the secretaries of the Department of Electrical Engineering, both at SUNY Buffalo and U.C. Davis, for their help, and Nora Rogers for excellent typing and putting extra hours on weekends to meet my schedule, and Mr. Surendra Ranganath for proofreading the manuscript.

**Exhibit 47   Page 1541**

MSLT_0001432

vi

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| DEDICATION |  | iii |
| ACKNOWLEDGMENTS |  | iv |
| LIST OF FIGURES |  | ix |
| LIST OF TABLES |  | xiii |
| ABSTRACT |  | xvi |
| I | INTRODUCTION | 1 |
|  | 1.1  Interframe Data Compression Problem | 1 |
|  | 1.2  Digital Image Transmission System and Applications of Data Compression | 3 |
|  | 1.3  Background and Review of Current Multiframe Coding Techniques | 6 |
|  | 1.3.1  Predictive Coding Techniques | 8 |
|  | 1.3.2  Transform Coding Techniques | 15 |
|  | 1.3.3  Hybrid Coding Techniques | 17 |
|  | 1.4  Research Objectives | 18 |
|  | 1.5  Description of Experimental Data Sets | 19 |
|  | 1.6  Dissertation Organization | 20 |
| II | MODELING, MEASUREMENT, AND ANALYSIS OF TEMPORAL CHARACTERISTICS | 23 |
|  | 2.1  Motion Characteristics from Temporal Cross-Sections | 23 |
|  | 2.2  Interframe Motion Trajectory Estimation and Modeling | 26 |
|  | 2.3  Motion Measurement Techniques | 30 |
|  | 2.4  Motion Measurement Results | 36 |
|  | 2.5  Frame Repetition and Interpolation Along Motion Trajectory | 43 |

**Exhibit 47   Page 1542**

MSLT_0001433

vii

|  |  |  | Page |
|---|---|---|---|
| III | INTERFRAME PREDICTIVE CODING | | 48 |
| | 3.1 | Frame Replenishment with Cluster Coding | 48 |
| | 3.2 | Adaptive Classification Prediction Coding | 51 |
| | | 3.2.1 Motion Predictor | 51 |
| | | 3.2.2 Intensity Prediction | 54 |
| | | 3.2.3 Subsampling | 55 |
| | | 3.2.4 Quantization and Coding | 55 |
| | | 3.2.5 Buffer Length Control | 55 |
| | | 3.2.6 Simulation Parameters | 55 |
| | 3.3 | Results and Comparisons | 58 |
| IV | TRANSFORM CODING TECHNIQUES | | 62 |
| | 4.1 | Adaptive Interframe Transform Coding Schemes | 68 |
| | 4.2 | Experimental Results | 70 |
| | | 4.2.1 Head and Shoulders Images | 71 |
| | | 4.2.2 Chemical Plant Images | 82 |
| | | 4.2.3 X-ray Projection Images | 83 |
| V | INTERFRAME HYBRID CODING SCHEMES | | 91 |
| | 5.1 | Adaptive Interframe Hybrid Coding Scheme | 95 |
| | 5.2 | Hybrid Coding with Motion Compensation | 95 |
| | 5.3 | Distortion-Rate Curves from Models of Interframe Motion | 96 |
| | 5.4 | Experimental Results | 99 |
| | | 5.4.1 Head and Shoulders Images | 99 |
| | | 5.4.2 Chemical Plant Images | 109 |
| | | 5.4.3 Angiocardiogram Images | 111 |

**Exhibit 47   Page 1543**                    MSLT_0001434

viii

|     |     | Page |
|-----|-----|------|
| VI  | DATA COMPRESSION FOR NOISY CHANNELS | 117 |
| 6.1 | Channel Encoding-Decoding of a Random Variable with MSE Criterion | 118 |
| 6.2 | Coding of a Random Process for Noisy Channels | 126 |
| 6.3 | Experimental Results and Distortion-Rate Functions | 129 |
| VII | SUMMARY, CONCLUSIONS, AND SUGGESTIONS FOR FUTURE WORK | 148 |
| 7.1 | Summary | 148 |
| 7.2 | Conclusions and Suggestions for Future Work | 151 |
| APPENDICES | | |
| A   | MODELING OF INTRAFRAME IMAGE STATISTICS | 154 |
| A.1 | Covariance Models for 2-D Images | 154 |
| A.2 | Computation of Transform Coefficient Variances | 156 |
| B   | COMPARISONS OF 2-D TRANSFORMS | 161 |
| B.1 | Transforms and Their Performance Measure | 162 |
| B.2 | Experimental Results | 164 |
| REFERENCES | | 171 |
| VITA | | 178 |

Exhibit 47   Page 1544

MSLT_0001435

ix

## LIST OF FIGURES

| Figure | | Page |
|---|---|---|
| 1-1: | An Overview for Digital Transmission or Storage Retrieval | 4 |
| 1-2: | Coefficients of the Seven Point Predictor Described in [10] | 13 |
| *1-3: | Some Frames of the Original Head and Shoulders and Chemical Plant Data Sets | 21 |
| *2-1: | Temporal Cross-Sections of 16 Frames of Head and Shoulders and Chemical Plant Images. | 25 |
| 2-2: | Concept of Piecewise Trajectory Estimation | 28 |
| 2-3: | A 2-D Logarithmic Search Procedure for the Direction of Minimum Distortion | 35 |
| 2-4: | Interframe Variance as a Function of Uniform Linear Translation (i,j) Measured over One Complete Frame | 37 |
| 2-5: | Results of Motion Measurement Relative to the Previous Frame on a Portion of Head and Shoulders Frame No. 8 for Sub-block Size of 16 × 16 | 39 |
| 2-6: | Results of Motion Measurement Relative to the Previous Frame on a Portion of Chemical Plant Frame No. 12 for Sub-block Size of 16 × 16 | 40 |
| *2-7: | Effects of Motion Compensation on Interframe Prediction and Interpolation of Head and Shoulders Frame 8 | 44 |
| *2-8: | Effects of Motion Compensation on Interframe Prediction and Interpolation of Chemical Plant Frame 12 | 45 |
| 3-1: | Buffer Control Levels for Frame Replenishment Cluster Coding | 50 |
| 3-2: | Nearest Neighbors in the Present Frame for Adaptive Classification Prediction Scheme | 50 |
| 3-3: | Nearest Neighbors in the Previous Frame for Adaptive Classification Prediction Scheme | 50 |
| 3-4: | An Adaptive Classification Prediction Scheme | 52 |

* These figures contain images.

**Exhibit 47   Page 1545**

MSLT_0001436

x

| Figure | | Page |
|---|---|---|
| 3-5: | Buffer Control Levels for the Adaptive Classification Prediction Scheme | 52 |
| *3-6: | Results of Interframe Predictive Schemes for Head and Shoulders Frame 8 | 60 |
| 4-1: | An Interframe Transform Coding Scheme | 63 |
| *4-2: | Intraframe Transform Coding using Separable and Isotropic Models, Sub-block Size = 16 × 16 | 74 |
| *4-3: | Intraframe Transform Coding using Measured Statistics in Transform Domain with Various Sub-block Sizes | 75 |
| *4-4: | Interframe Transform Coding, Sub-block Size = 16 × 16 × 16 | 80 |
| *4-5: | Intraframe and Interframe Transform Coding using Measured Statistics in Transform Domain | 85 |
| *4-6: | Images Resulting from Data Compression of a Projection Image at Angle of View = 0° | 86 |
| 4-7: | Variation of Mean Square Error as a Function of Frame Number for Transform Coding of the X-ray Projection Images | 87 |
| *4-8: | Reconstruction Images | 89 |
| 5-1: | A Non-Adaptive Interframe Hybrid Coding Scheme | 92 |
| 5-2: | An Adaptive Interframe Hybrid Coding Scheme | 92 |
| 5-3: | Distortion-Rate Curves for Hybrid Interframe Coding of Images with Isotropic Intraframe Covariance and for Various Distributions of Interframe Motion Uncertainty | 98 |
| 5-4: | Histogram of the Activity Index (IFV) of Head and Shoulders Images. Sub-Block Size = 16 × 16 | 102 |
| 5-5: | Signal to Noise Ratio as a Function of Frame Number for Coding of the Head and Shoulders Images | 103 |
| 5-6: | Bit-Rate as a Function of Frame Number for Adaptive Hybrid Coding of the Head and Shoulders Image | 103 |
| *5-7: | Interframe Hybrid Coding using Isotropic Model with Correction, Sub-block Size = 16 × 16 | 105 |
| *5-8: | Interframe Adaptive Hybrid Coding with Motion Compensation | 110 |

Exhibit 47   Page 1546

MSLT_0001437

xi

Figure                                                                    Page

5-9:    Bit Allocation for 16 × 16 Sub-block Size for Angiocar-
        diogram Images
                                                                          114

5-10:   Classification Maps for Two Frames of the Angiocardio-
        gram Images.  Average Bit-Rate = .125
                                                                          114

*5-11:  Images Resulting from Data Compression of Angiocardio-
        gram Images
                                                                          116

6-1:    PCM Transmission of a Continuous Random Variable having
        Zero Mean and Unit Variance over a Noisy Channel
                                                                          119

6-2:    A Data Compression Scheme for Noisy Channels
                                                                          127

6-3:    Total Distortion as a Function of Quantization Bits.
        n = 8
                                                                          138

6-4:    Distortion-Rate Curves for PCM Transmission of a Random
        Variable over a Binary Symmetric Channel with Channel
        Optimization
                                                                          139

6-5:    Distortion-Rate Curves for a One-Dimensional First Order
        Markov Process with Gaussian Distribution Using Channel
        Optimization. $\rho$ = .95
                                                                          140

6-6:    Distortion-Rate Curves for a 2-D Random Process with
        Gaussian Distribution using Channel Optimization.
        $\rho_i = \rho_j$ = .95
                                                                          140

6-7:    Bit-Assignment for 16 × 16 Cosine Transform Coding for
        a 2-D Isotropic Random Field with $\rho_i = \rho_j$ = .95. Bit-
        Rate = 1 Bit/Sample
                                                                          141

6-8:    Percentage of Redundant Bits Assigned for Channel Error
        Correction for Coding of a 2-D Isotropic Random Process
        with Gaussian Distribution using Channel Optimization.
        $\rho_i = \rho_j$ = .95
                                                                          142

6-9:    Distortion-Rate Curves for 16 × 16 Cosine Transform
        Coding of a 2-D Isotropic Random Field for Various
        Schemes.  $\rho_i = \rho_j$ = .95
                                                                          142

*6-10:  Images Resulting from 16 × 16 Cosine Transform Coding
        and Transmission over a Binary Symmetric Channel
                                                                          145

*6-11:  Error Images Corresponding to the Coded Images of the
        Previous Figure
                                                                          146

**Exhibit 47   Page 1547**

MSLT_0001438

xii

| Figure | | Page |
|---|---|---|
| B-1: | Basis Restriction Error of an 8 × 8 Transform for the Isotropic Covariance Model. $\rho_i = \rho_j = .95$ | 166 |
| B-2: | Basis Restriction Error of an 8 × 8 Transform for the NC-1 Model | 166 |
| B-3: | Basis Trestriction Error of an 8 × 8 Transform for the Measured Covariance Model for a Girl Image | 167 |
| B-4: | Distortion-Rate Curves for Transform Coding of an 8 × 8 Array for the Isotropic Covariance Model with Gaussian Distribution. $\rho_i = \rho_j = .95$ | 167 |
| B-5: | Distortion-Rate Curves for Transform Coding of a 16 × 16 Array for the Separable Covariance Model with Gaussian Distribution. $\rho_i = \rho_j = .95$ | 168 |
| B-6: | Distortion-Rate Curves for Transform Coding of a 16 × 16 Array for the Isotropic Covariance Model with Gaussian Distribution. $\rho_i = \rho_j = .95$ | 168 |

**Exhibit 47   Page 1548**

MSLT_0001439

xiii

## LIST OF TABLES

Table                                                                         Page

2-1:    Improvement in SNR of Interframe Prediction Error (IFPE)
        Due to Motion Compensation
                                                                              42

2-2:    Improvement in SNR of Interpolated Frame (From the Pre-
        ceding and the Following Frames of the Original Data) Due
        to Motion Compensation
                                                                              42

3-1:    Quantization for Adaptive Classification Prediction Scheme            57

3-2:    Frame Replenishment Cluster Coding Results for Head and
        Shoulders Data
                                                                              59

3-3:    Adaptive Classification Prediction Coding of Head and
        Shoulders Data, Bit Rate = 0.5
                                                                              59

4-1:    SNR for Non-Adaptive Intraframe Cosine Transform Coding of
        the Head and Shoulders Images for Three Statistical Models.
        Sub-block Size = 16 × 16
                                                                              73

4-2:    SNR for Non-Adaptive Intraframe Cosine Transform Coding of
        Head and Shoulders Images for Two Statistical Models. Sub-
        block Size = 64 × 64
                                                                              73

4-3:    SNR for Non-Adaptive Interframe Cosine Transform Coding of
        the Head and Shoulders Images for Two Statistical Models.
        Sub-block Size = 16 × 16 × 16
                                                                              73

4-4:    Bit Allocation for the First Eight Indices along Temporal
        Axis Coresponding to the 3-D Separable Covariance Model
        with $\rho_i = \rho_j = \rho_k$ = .95 for Non-Adaptive Cosine Transform
        Coding.  Sub-block Size = 16 × 16 × 16, Bit-Rate = .5 Bit/
        Pixel
                                                                              77

4-5:    Bit Allocation for the First Eight Indices along Temporal
        Axis Corresponding to the Measured Statistics for the Head
        and Shoulders Data for Non-Adaptive Cosine Transform Cod-
        ing. Sub-block Size = 16 × 16 × 16, Bit-Rate = .5 Bits/
        Pixel
                                                                              78

4-6:    Parameters of 4-Class Adaptive Transform Coding Scheme for
        Head and Shoulders Data
                                                                              81

**Exhibit 47   Page 1549**

MSLT_0001440

xiv

Table                                                                    Page

4-7:   Performance of Adaptive Transform Coder for Head and
       Shoulders Data.   Same Statistics were used for all the
       Classes and were Measured over all the Data. Block Size
       is 16 × 16 × 16                                                     81

4-8:   Performance of Adaptive Transform Coder for Head and
       Shoulders Data.   Different Statistics were used for Dif-
       ferent Classes and were Measured over each Class. Block
       Size is 16 × 16 × 16                                                81

4-9:   SNR for Non-Adaptive Intraframe and Interframe Cosine
       Transform Coding of the Chemical Plant Images with
       Measured Statistics                                                 84

4-10:  Performance of the Non-Adaptive Interframe Transform
       Coder for the X-ray Projection Images                              84


5-1:   Comparisons of Rates for Interframe Hybrid Coding for
       Various Distributions of Motion Uncertainty                        99

5-2:   Performance of the Non-Adaptive Hybrid Coding Scheme for
       the Head and Shoulders Data                                       101

5-3:   Parameters of the 4 Class Adaptive Hybrid Scheme for
       Head and Shoulders Data                                           101

5-4:   Performance of the Adaptive Hybrid Coding Scheme for the
       Head and Shoulders Data                                           101

5-5:   Parameters of the 4 Class Adaptive Hybrid Coding Scheme
       with Motion Compensation for Head and Shoulders Data              108

5-6:   Parameters of the 4 Class Adaptive Hybrid Coding Scheme
       with Motion Compensation, using Alternate Frame Skipping
       and Interpolation, for Head and Shoulders Data                    108

5-7:   Performance of the Adaptive Hybrid Coding with Motion
       Compensation for Head and Shoulders Frames 5 thru 9.
       Skipped Frames are Interpolated along the Motion
       Trajectory                                                        112

5-8:   Parameters of the 4 Class Adaptive Hybrid Coding with
       Motion Compensation for the Chemical Plant Images                 112

5-9:   Performance of the Adaptive Hybrid Coding with Motion Com-
       pensation for the Chemical Plant Images.  Sub-block Size
       = 16 × 16                                                         112

5-10:  Parameters of a 4 Class Adaptive Hybrid Coding Scheme for
       the Angiocardiogram Images                                        115

Exhibit 47   Page 1550

xv

Table                                                                        Page

5-11:   Performance of the Adaptive Hybrid Coding Scheme for the
        Angiocardigram images.  Same Spatial Measured Statistics
        were used for all Classes.  Sub-block Size = 16 × 16            115

6-1:    Quantizer Distortion q(k) for Various Densities                 130

6-2:    Basis Vectors {$g_i$:i=1,...,k} of Group G for (n,k) Group
        Codes                                                           130

6-3:    Channel Distortion for (n,k) Block Coding of a Unit Var-
        iance (at the Input of the Quantizer) Gaussian Random
        Variable                                                        132

6-4:    Channel Plus Quantizer Distortion for (n,k) Block Coding
        of a Unit Variance (at the Input of the Quantizer)
        Gaussian Random Variable                                        133

6-5:    Channel Plus Quantizer Distortion for (n,k) Block Coding
        of a Unit Variance (at the Input of the Quantizer)
        Uniform Random Variable                                         134

6-6:    Channel Plus Quantizer Distortion for (n,k) Block Coding
        of a Unit Variance (at the Input of the Quantizer)
        Laplacian Random Variable                                       135

6-7:    Effect of Encoder Mapping β                                     136

6-8:    Channel Distortion for (8,6) Encoder                            138

6-9:    Performance of Data Compression Schemes at 1 Bit/Pixel
        for Cosine Transform Coding of Girl Image                       144

A-1:    Transform Coefficient Variances for 16 × 16 Sub-block
        Size Cosine Transform Measured over the 16 Frames of
        Head and Shoulders Data                                         159

A-2:    16 × 16 Covariance Matrix, R, for a Two-Dimensional
        Isotropic Stationary Random Field for $\rho_i$ = .955, $\rho_j$ =
        .945                                                            159

A-3:    16 × 16 Cosine Transform Coefficient Variances Corres-
        ponding to the Covariance Matrix of Table A-2                   160

A-4:    Transform Coefficient Variances of the Above Table after
        Correction Factor of Eqn. (A-10)                               160

B-1:    Distortion-Rate Comparisons of Various Discrete Trans-
        forms for an Isotropic Covariance Field with $\rho_i$ = $\rho_j$
        = 0.95, Unit Variance and Gaussian Distribution                169

Exhibit 47   Page 1551

MSLT_0001442

xvi

## ABSTRACT

A method of interframe motion measurement and compensation, based on approximation of piecewise linear translation of small rectangular areas, is presented. This method significantly improves the temporal correlation (10 to 12 dB reduction in interframe variance) and permits reduction of sampling rate along temporal axis. A technique of visual characterization of interframe characteristics, based on temporal cross-sections, is described.

Some commonly used statistical models for prediction of the variances of transform coefficients, in intraframe and interframe transform coding, are compared. Results show that measured statistics in transform domain result in 2 to 4 dB improvement over commonly used separable covariance models. A method of adaptation for the local changes in image statistics in transform and hybrid coding is developed. This results in great improvement (about 4 dB) in performance. A hybrid coding scheme using motion compensation, frame skipping, and interpolation of skipped frame along motion trajectory is presented, which further improves the coder performance.

Interframe transform and hybrid coding schemes are compared against intraframe transform coding and some simple interframe predictive coding schemes. Also, distortion-rate curves for hybrid coding, based on models of interframe motion have been plotted. The applications of transform and hybrid coding to biomedical x-ray images has been considered, and the results show that significant compression can be realized for these images. The effects of distortion due to data compression of x-ray

**Exhibit 47   Page 1552**

MSLT_0001443

xvii

projection images (used in computed tomography) on the reconstruction images (by inverse Radon transform) have been evaluated.

A method for joint optimization of source coding and channel coding for PCM transmission over noisy channels is presented. It is shown how this method can be applied to transform coding of images. The results show that this method performs significantly better than the conventional error correcting codes or schemes with no channel protection. At a rate of 1 bit/pixel and channel error probability of $10^{-2}$, the proposed method results in 10 dB improvement over an ordinary transform coder.

The performance of several transforms has been compared for some commonly used intraframe nonseparable covariance models. The results indicate that the cosine transform performs very close (.05 dB at 1 bit/pixel) to the optimum K-L transform.

Exhibit 47    Page 1553

MSLT_0001444

1

# CHAPTER I

## INTRODUCTION

A monochrome image* is a function of two spatial variables. Many imaging systems generate multiple frames of images. These multiple frames could be a function of time (e.g., in television) or other variables (e.g., angle of view and time in dynamic spatial reconstruciton, Robb [63]). Sampling of these variables depends on the application, e.g., in broadcast television the time axis is sampled at 50-60 samples per second to avoid flicker.

For digital processing, an image frame is sampled along both the spatial axes. Nyquist sampling theory provides the most important step towards a reduction of digital information required to represent a continuous signal. This theory states that any bandlimited signal, sampled at a rate greater than twice its highest frequency content, could be reproduced without introducing any distortion. In the simplest binary coding, each sample of an image, called a pixel, is quantized independently by a finite number of bits. This is called pulse code modulation (PCM). For raw image data, each pixel is uniformly quanitzed, and is represented by a fixed number of bits. For human viewing of an image, 8 bits/pixel gives sufficient resolution. For broadcast television, the data rate for PCM transmission of images is approximately 65 Mbits/sec.

## 1.1  Interframe Data Compression Problem

It is evident that the enormous data rates generated by multiple frame images would results in high costs of transmission and/or storage.

_____

* as opposed to a color image

**Exhibit 47   Page 1554**

MSLT_0001445

2

Thus, there is a great need for reducing the data rates as much as possible. Interlacing of the fields in television broadcasting is a form of data compression which exploits the retention properties of human vision.

A simple statistical or visual analysis of the image data reveals that there is very high correlation between adjacent pixels, both within a single frame and from frame to frame. This high correlation results in significant redundant information in the original raw data. The basic problem of data compression is to effectively exploit this redundancy to reduce the data rates.

A number of data compression (also called coding) schemes have been developed for single image frames, [5,22,29,31,36,38,51,53,58,75,77,83,87]. These are called intraframe coding schemes and are based on exploitation of spatial redundancy. The interframe coding schemes on the other hand, utilize the redundancy between the frames as well as within the frames and generally achieve higher compression than the intraframe schemes.

In principle, it is possible to compress the digitized data without introducing any further distortion (digitization itself introduces distortion). However, such schemes do not yield large enough compression ratios. It is possible to achieve much larger compression by introducing small but acceptable (depending on the application) distortion in the originally digitized data. Thus, we need some quantitative and qualitative measures of the distortion. The problem of data compression then becomes the minimization of data rates for a given distortion level or, equivalently, minimization of the distortion for a given data rate.

The quantitative distortion measure we use is the well known mean square error (MSE or m.s.e.) criterion. Let $u_{k,i,j}$ be the intensity of

Exhibit 47  Page 1555

MSLT_0001446

3

a sample of a digitized three dimensional image data array and $u^*_{k,i,j}$ be
its reproduced value after data compression. Then the MSE due to data
compression is defined as

$$MSE = \frac{1}{N_o} \sum_i \sum_j \sum_k (u_{k,i,j} - u^*_{k,i,j})^2$$

where $N_o$ is the total number of samples in the array over which the MSE
is being measured. Such a global criterion of overall mean square error
is not always very meaningful, especially at moderate to high levels of
distortions. So this has to be used with some qualitative measures to
judge the quality of the reproduced images. Some qualitative measures are
given in [12]. A simple method is to judge the images by viewing the
encoded image and comparing it with the original image. The inspection
of the error images (amplified to give full dynamic range) is also
very informative about the distribution and structure of the errors.
Sometimes the MSE measured over locally homogeneous regions of an image
is also quite useful. More sophisticated criteria, such as frequency
weighted mean square error [53], or visibility of errors, etc., are
possible, but are difficult to incorporate in interframe data compression
algorithms.

The MSE is also expressed by a quantity called the signal to noise
ratio (SNR or S/N), defined in decibels (dB), as

$$SNR = 10 \log_{10} \left\{ \frac{(Peak\ to\ Peak\ Signal)^2}{MSE} \right\} dB .$$

## 1.2  Digital Image Transmission System and Applications of Data Compression

Figure 1-1 shows a schematic of a typical digital image transmission
(or storage-retrieval) system. Block 1 consists of an image sensing or

Exhibit 47   Page 1556

MSLT_0001447



Figure 1-1:  An Overview for Digital Transmission or Storage Retrieval System for Images

Exhibit 47   Page 1557

5

acquisition system.  It could consist of a continuous sensor (e.g., a
raster scanning camera) or an array of detectors arranged at the sampling
grid.  The acquired image signal is then sampled (if continuous) and digi-
tized in block 2.  Block 3, which is of most interest to us, contains a pro-
cessor which performs data compression.  The compressed data is encoded
into bits in block 4. Error protection for transmission over noisy channels
is also done here.   The binary coded data is transmitted or stored
(block 5).  Blocks 6 through 9 perform the inverse of most of the func-
tions performed in blocks 4 through 1 (not all the functions performed in
these blocks are invertible, e.g., quantization).  For the most part
(chapters II to V) we will be concerned with blocks 3 and 7.  There, we
have integrated blocks 4-6 into a single block named "channel".  In
chapter VI, where we deal with image coding for noisy transmission channels,
we will consider blocks 4-6 in detail.

There are several considerations in developing the data compression
algorithms of block 3 in addition to reducing the data rate.  These con-
siderations include the complexity of binary encoder and decoder, real
time processing in blocks 3 and/or 7, uniform or variable data rates,
amount of storage, size of channel buffer, noise characteristics of the
channel, etc.

There are many applications where interframe data compression of
images could be used with great savings in transmission/storage costs.
These include television transmission between stations, teleconferencing,
videotelephone, satellite images, biomedical x-ray images in computer
aided tomography and angiocardiography, etc.  For future projections for
satellite communication traffic for television and teleconferencing,
see [73].

Exhibit 47   Page 1558

MSLT_0001449

6

## 1.3  Background and Review of Current Multiframe Coding Techniques

The multiframe data compression schemes reported in the literature have been applied mostly to video images, generated by a television or a movie camera, where the interframe variable is time. In some applications, e.g., television and videophone, a time evolving scene is registered as a sequence of equi-interval images by a camera, which is mostly stationary. In other applications, such as remotely piloted vehicle (RPV), a moving camera is capturing a time changing scene. In the former applications, the changes from one frame to the next, with respect to a fixed location in the frame, are mostly localized in some areas of the frame. While in the latter case, such changes occur throughout the frame. These changes, including those due to zooming the camera, are called inter-frame motion.

A simple method of detecting motion between two consecutive image frames is by measuring the temporal changes between them. Suppose $u_{k,i,j}$ represents the intensity of the (i,j)th pixel of the kth frame. If the interframe difference (IFD) signal,

$$d_{k,i,j} = u_{k,i,j} - u_{k-1,i,j} \, ,$$

exceeds a certain threshold, then the (i,j)th pixel of the kth frame is classified as moving. An inherent assumption here is that the illumination from one frame to the next remains unchanged. Generally, the moving pixels occur in clusters [13], and constitute the so called moving areas. The rest of the image constitutes the stationary areas. Techniques which are adjusted according to the local changes in spatial and temporal characteristics of images are called adaptive methods.

Exhibit 47   Page 1559

MSLT_0001450

7

Interframe coding techniques could be broadly classified into three categories. The first category, a subject most investigated, is called predictive coding. Here the intensity value of a current pixel in a raster scanned image is predicted from the knowledge of the previously scanned and coded pixels. Generally, the pixel neighborhood used in prediction is limited to be a small set of pixels in the present and the preceding image frames. This is because of the Markovian nature of the data and it limits the memory requirements to slightly more than one image frame. The prediction error, which represents the new information in the current pixel, is quantized and coded. For highly correlated data, the prediction error is generally small and can be coded by much fewer bits than required in PCM transmission.

The second category, developed more recently for multiframe images, is called transform coding. While in most predictive coding schemes we end up with as many samples as the input data, transform coding packs the information in much fewer samples which need to be coded. Typically, the interframe data is divided into smaller three dimensional arrays, called sub-blocks, of equal size. Each sub-block is then operated upon by a three dimensional, separable, unitary transform and the selected transformed samples are quantized and coded independently. The sub-blocks are reconstructed by taking the inverse transform. This method requires storage equal to the number of frames in the temporal direction of the sub-blocks.

The third category is a combination of the above two and is called hybrid or transform/predictive coding. Here, each image frame is divided

**Exhibit 47   Page 1560**

MSLT_0001451

8

into equal size sub-blocks and each sub-block is transformed by a two dimensional separable unitary transform. Predictive coding is then performed along the temporal axis, for each transformed sample, to exploit frame to frame correlation.

Interframe coding techniques have gained momentum only since the mid-sixties. A brief review of the recent work is given below for each of the three categories.

### 1.3.1  Predictive Coding Techniques

1.3.1  Predictive Coding Techniques - Due to their simple hardware realization, considerable work has been done on predictive coding schemes. In [52], prediction is based on the previous pixel of the same scan line and the technique is essentially an intraframe one dimensional DPCM.

Recognition of the fact that a vast majority of pixels in a given frame do not differ noticeably from the corresponding pixels of their preceding frame (i.e., most of the image field in successive frames is stationary) has led to interframe predictive schemes which do not require transmission of stationary pixels. In [48], the prediction of a pixel is simply the intensity value of the corresponding pixel in the preceding frame. If the absolute value of the prediction error is larger than a threshold, it is quantized and coded together with the address of the pixel. Otherwise, the value of the pixel in the preceding frame is repeated. This technique is called conditional replenishment because only the moving areas of the image are replenished from one frame to the next. It is evident that the rate at which the code is generated varies depending on the size of and activity in the moving areas. If the transmission channel is designed for an average data rate, then an arbitrarily large buffer would be required to take care of large fluctuations in the level

Exhibit 47   Page 1561

MSLT_0001452

9

of motion. To limit the buffer requirement to a reasonable size, a variable threshold is used. The threshold is increased as the buffer is filled up, thereby reducing the rate at which the data is generated.

It has been noted [57] that the spatial resolution in the moving areas and the temporal resolution in the stationary areas of an image can be reduced without noticeable reduction in the quality of perception of the scene. This is called the exchange of spatial and temporal resolution. In [44] a simple coder has been described which exploits this exchange of resolution to reduce the data rate.

In [13], the conditional replenishment method of [48] has been improved, and some of the techniques of [44], together with some other adaptations, have been used to result in a more efficient coder with increased complexity. We have simulated this technique for comparison purposes and a brief description is given in chapter III. A review of the above techniques and some other simpler techniques is given in [24].

If some area of a frame is moving at a speed larger than 1 pixel/ frame, then it is obvious that for a pixel belonging to such an area the correlation with intraframe neighbors would be higher than that with the corresponding pixel in the preceding frame. Hence, in the absence of the knowledge about the direction of the motion, an intraframe prediction error would have a lower variance than the interframe difference signal. Thus, more compression can be achieved by coding the intraframe prediction error in such moving areas. A scheme utilizing this is reported in [42]. To detect the moving areas an adaptation, better than that of [48] and [13], is used.

Exhibit 47   Page 1562

MSLT_0001453

10

The correlation, power spectrum, and some other properties of frame-difference signal are reported in [17]. Mathematical analysis as well as experimental results are given. The results of this study have been used in [42] to design a better segmenter of moving and stationary areas for the purpose of coding. The simulation results for the entropy of prediction error signal for a variety of predictors (using different combinations of the neighborhood pixels in the present and the preceding frame) at various speeds are reported in [23]. Pictures with different resolutions have been used to compare entropy versus resolution at various speeds.

Most of the coders described in [13,24,42,44] are designed for a data rate of 0.25 - 1.0 bits/pixel and for a signal with 1 MHz bandwidth, the data rate is .5 - 2 Mbits/sec. In [26] a very low bit rate coder, .1 bit/pixel, or 0.2 Mbits/sec., has been described which reproduces the stationary areas quite well, but scenes containing moderate and large motions are visibly smeared and blurred. It combines cluster coding of [13], a higher order prediction given by the line-to-line difference of the frame difference signal, subsampling in spatial and temporal direc-tions as needed, temporal filtering, etc., to achieve this low data rate. Low pass temporal filtering of the signal is done to reduce the entropy of the prediction error. A near-ideal low pass filter would re-quire several frame memories. To limit the memory requirement to one frame, a simple temporal filtering could be performed by sub-sampling in temporal direction and then interpolating the missing frames. In [26] temporal filtering is performed by a simple averaging of the incoming frame and the previously stored frame. Because of the temporal filtering by averaging, the

Exhibit 47    Page 1563

MSLT_0001454

11

jerkiness in motion due to temporal subsampling is less objectionable.

Most of the experiments reported in the aforementioned literature were carried out on data sampled at about $2 \times 10^6$ samples/sec. The coder of [13] at 1 bit/pixel thus has a data rate of 2 Mbits/sec. For many applications, a higher resolution with a sampling rate of $8 \times 10^6$ samples/sec. is desired. At 1 bit/pixel it would require a high data rate of 8 Mbits/sec. A coder is described in [25], which compresses the data rate to 1.5 Mbits/sec. or .19 bit/pixel. It is reported to give acceptable quality with some blurring of the moving areas in TV-conference type of applications, where for the most part the camera is stationary and the moving subjects do not move too rapidly. This coder utilizes conditional replenishment of [13], moving area segmenter of [42], a higher order predictor, and a temporal filter, as in [26]. Variable quantizer levels and sub-sampling in spatial domain are used to maintain a smooth data rate.

A coder which uses the interframe sample difference, temporal filtering by attenuating the frame difference signal, spatial subsampling in both directions when buffer starts filling up, variable length code words, etc., is reported in [84]. It is designed for 4 MHz videotelephone and NTSC color TV signals, and operates at an average rate of 6.312 Mbits/sec. An interframe coder for NTSC color TV signals has also been built by Nippon Electric in Japan and has been reported in [30]. This is designed for high quality transmission and operates at 16-32 Mbits/sec.

A higher order prediction coder which differs considerably from those discussed above is described in [10]. It assumes that the interframe data is a sample of a 3-D wide sense stationary random process whose

Exhibit 47   Page 1564

MSLT_0001455

12

covariance is separable and first order Markov in each dimension. Under this assumption, the optimal predictor is based on seven pixels with prediction coefficients directly related to the one step correlation in each direction. Figure 1-2 shows the pixels and their prediction coefficients used in the prediction of the point marked S. The prediction error is quantized and coded using variable word length codes. The one step temporal coefficient, $\alpha_F$, has been set equal to 1 to give better prediction and low data rate in the stationary areas. This scheme also generates data at a nonuniform rate and to keep buffer requirement reasonably low, some adaptations have been made to reduce data rate when the buffer starts filling up. Depending on the buffer contents, a temporal-spatial filtering is performed in which a weighted average of the interframe difference signals of the neighboring pixels is taken. The weights are controlled by buffer contents. An additional temporal filtering is used when buffer overflow is imminent. This is achieved by attenuating the output of the temporal-spatial filter used to reduce the entropy of the signal.

In all of the above techniques, the motion in any area of the scene is inferred from the magnitude of the interframe difference signal. No efforts are made to measure the nature and the direction of the motion. Due to computational and dimensionality problems, most of the motion analysis of interframe images has been restricted to translational motion, see e.g. [9,11,66]. In [66] a mathematical analysis is presented where an image is divided into smaller areas or zones. For each zone the displacement vector (x and y coordinates of the motion) and the corresponding prediction errors (the prediction is based on the pixel in the previous frame corresponding to the displacement vector of that zone) are transmitted. For the purpose of analysis, a mathematical model

Exhibit 47   Page 1565

MSLT_0001456

13



Previous Frame

| $+\alpha_s\alpha_L$ | $-\alpha_L$ |
|---|---|
| $-\alpha_s$ | 1 |

Present Frame

| $-\alpha_s\alpha_L$ | $+\alpha_L$ |
|---|---|
| $+\alpha_s$ | S |

$\alpha_s$ - One step sample-to-sample correlation

$\alpha_L$ - One step line-to-line correlation in the same field

NOTE:  Each frame consists of two interlaced fields

Figure 1-2:  Coefficients of the Seven Point Predictor Described in [20].

Exhibit 47    Page 1566

MSLT_0001457

14

for the random video process is constructed to determine the optimum

size of the zone which can be represented by a single displacement vector.

Methods for measuring small displacements, and segmenting an image

into stationary and moving areas with different displacement, has been

considered in [11]. Based on linear regression and approximation, simple

formulas are derived where the motion could be measured from interframe

difference signal and first order spatial differences in x and y directions.

To segment an image into moving and stationary areas, it is assumed that

there is only one moving object undergoing translation. A two state

Markov model with known state transition probabilities is assumed. A maxi-

mum a posteriori (MAP) detector of the Markov chain is found using the

Viterbi algorithm by observing interframe differences and assuming them

to be an independent sequence. Then the method is extended to more than

one moving object. Displacement measurement accuracy of .1 pixel/frame

for motion up to 2-3 pixles/frame has been reported.

An interframe coder using image segmentation and motion measurement

is described in [9], together with some experimental results. Each frame

is segmented into three areas, namely, stationary background, translating

objects, and areas which cannot be predicted from the previous frame, via

a tri-state MAP estimator. For stationary background and translating

objects, prediction is based on the corresponding pixels from the previous

frame. While for the remaining areas a spatial predictor is used.

A somewhat different approach to motion estimation and its appli-

cation to interframe coding has been recently published in [50]. Here

a pixel by pixel translational motion is recursively estimated and the

interframe prediction is based on the estimated motion-displaced-location

Exhibit 47   Page 1567

MSLT_0001458

15

in the previous field.  The prediction error is cluster coded similar to
[13].

### 1.3.2  Transform Coding Techniques

— The superior performance of
transform coding over other techniques for coding intraframe images is
well known.  Its extension to interframe coding using 3-D transforms was
not attempted until recently, mainly because of the requirement of storing
several frames at the transmitter as well as at the receiver, resulting
in exorbitant memory costs.  Recent developments in digital technology now
make it possible to store several image frames and thus make transform
coding feasible.  Knauer [39] has reported some results on Hadamard trans-
form coding.  He considers a block of 4 image frames at a time.  Each
frame consists of two interlaced fields and contains 525 × 512 pixels,
each pixel originally quantized to 6 bits.  This block of 4 frames is
divided into sub-blocks of size 4 × 4 × 4.  Each sub-block is transformed
by a 3-D Hadamard transform (for definitions of various transforms used
in data compression, see [3,31,58]) and the transform coefficients are
truncated to 8 bits.  To design the coder at a given bit-rate, a fixed
number of bits are distributed among various transform coefficients, a
majority of which are assigned no bits.  The bit assignment has been
found by trial and error to give good visual quality.  The coder can adapt
to motion by keeping high spatial resolution for stationary areas and
exchanging it for temporal resoltuion in moving areas.

The transform coder of [39] lacks the mathematical analysis in bit
assignment, which is an important aspect of transform coding.  Roese [67],
Roese, et al. [68] and Natarajan and Ahmed [49] have extended the mathe-
matical analysis of 2-D transform coding to three dimensions and have
also reported experimental results on interframe coding.

Exhibit 47   Page 1568

MSLT_0001459

16

In [67,68] the interframe image random field is modeled as a
3-D, wide sense stationary first order Markov field with separable co-
variance function in each dimension. The interframe image data is
divided into smaller 3-D sub-blocks and then transform coded independently.
The bit assignment is based on the separable covariance model and Shannon
rate distortion bound for the quantizer. The transform samples are quan-
tized using a compander which performs very close to the optimum Max
quantizer. The distribution for each transform sample is assumed to be
Laplacian, except for the DC term, for which a Rayleigh distribution is
assumed. These distributions are reported in [67] to be good approxima-
tions for image data. The variances of the transform samples are found
from the covariance model chosen. Theoretical performance of the coder
using Cosine transform for various block sizes has also been reported.
The mean square error decreases with the increase in block size, but it
also increases the complexity. The experimental results on the actual
data are also reported for the Cosine transform at various bit-rates for
a block size of 16 × 16 × 16.

The fact that the multiframe data cannot be satisfactorily modeled
by separable statistics (covariance), a model such as described in [67]
could yield poor coding performance. But we do need the transform domain
variances to design a coder without resorting to trial and error. In
[49] the authors suggest calculating the 3-D covariance function on a
portion of the image data over a window of the same size as the sub-block
and assuming the random process to be wide sense stationary. From this,
the transform domain variances could be calculated by appropriately taking
the transform. The three dimensional sub-blocks are stored as one dimen-
sional arrays by lexicographic ordering to facilitate the addressing. A

Exhibit 47   Page 1569

MSLT_0001460

17

Kronecker product of the transform matrices is then used to find the
equivalent 3-D transform of this array. The experimental results for a
block size of 4 × 4 × 4 for Cosine and Hadamard transforms are reported
at 1 bit/pixel for 4 MHz signals.

### 1.3.3 Hybrid Coding Techniques

1.3.3 Hybrid Coding Techniques – Because of difficulties in
modeling interframe image fields as well as the increased complexity of
the transform coders, transform/predictive or hybrid coding techniques
have also been investigated in [67,68]. These are extensions of the
intraframe hybrid coding described in [22]. Each frame is divided into
smaller equal size sub-blocks and each sub-block is transformed by a
unitary transform. Then a linear first order predictor is used in the
temporal direction. In a simple or non-adaptive scheme a separable first
order Markov model in each dimension is used. Based on this model the
calculation of transform domain variances and the optimum prediction
coefficient are easily found. Theoretical performance of this coder for
various sub-block sizes is reported. Another scheme, in which the local
changes in the statistics are taken into acount by measuring the statis-
tics, at the transmitter as well as the receiver (and using these statistics
for coding) has been reported with many experimental results. This scheme
has been called adaptive hybrid coding. Results for discrete Cosine and
Fourier transforms at various bit-rates have been reported together with
the effect of channel errors. The adaptive hybrid scheme shows a much
better performance compared to the non-adaptive hybrid coding and transform
coding schemes based on a 3-D separable model. Also, some methods and
experimental results for motion compensation of the camera motion
have been reported in [67].

**Exhibit 47   Page 1570**

MSLT_0001461

18

## 1.4  Research Objectives:

In the broad context of interframe coding with emphasis on hybrid and transform techniques, the following problems have been identified and solutions proposed together with experimental results.

(i)  The transform and hybrid coders reported so far allocate equal bits to all the areas of an image.  It is intuitively obvious that the stationary areas with no interframe activity could be transmitted with little or no bits, while those with more activity would require more bits to transmit the changes.  Our objective is to find ways of classifying sub-blocks of images into classes of varying temporal and spatial activity and assignment of bits for various classes.

(ii)  Although, in general, the interframe motion is difficult to characterize, in most cases it could be approximated by linear translation.  Since hybrid coding is based on a block by block coding, we investigate the methods of measuring translation on a block by block basis and use it for data compression.  A technique for frame interpolation along motion trajectory will be investigated to achieve higher data compression.

(iii)  Since the trajectory of motion of a pixel (or a block) cannot be estimated perfectly, we consider models and effects of uncertainty in trajectory estimation for data compression.  We would also like to find rate-distortion curves based on such models.

(iv)  We investigate the problem of joint optimization of data compression and channel encoding for minimizing the overall mean square error for image transmission over noisy channels.

**Exhibit 47   Page 1571**

MSLT_0001462

19

(v)  As pointed out earlier, the interframe data compression schemes have been applied only to video images.  We look at another potential area of application, data compression of biomedical x-ray images.

(vi)  The performance of the hybrid and transform coding methods is dependent on the choice of the transform.  We evaluate the relative performance of various transforms for a variety of non-separable two dimensional random fields which have been used for modeling image co-variance statistics.  Previous results have considered only the separable covariance model.

## 1.5  Description of Experimental Data Sets:

We have used four very distinct types of multiframe image data sets.  Two of these data sets are video motion images obtained from the Naval Ocean Systems Center, San Diego, California.  The other two data sets are x-ray images obtained from the Biodynamic Research Unit, Mayo Foundation, Rochester, Minnesota.  A brief description of these data is provided below.

(i)  Head and Shoulders (H & S) – contains 16 sequential frames of 16 mm, 24 frames/second, motion picture of a subject (Walter Kronkite) against a stationary background in conversation, digitized to 256 × 256 pixels/frame, 8 bits/pixel.

(ii)  Chemical Plant – an aerial view of a complex of buildings and roads from a moving platform, 16 frames digitzed to 256 × 256 pixels/frame, 8 bits/pixel.  It contains a fourth of a 35 mm frame digitized to 512 × 512 pixels/frame.

Exhibit 47   Page 1572

MSLT_0001463

20

(iii)  Angiocardiograms - 100 X-ray images of the left ventricle

of a human heart taken at intervals of 1/30 sec., after injection of a

contrast material in the blood, contain four complete heart beat cycles.

Each frame digitized to 128 × 176 pixels with 8 bits/pixel.  Spatial

resolution is .5 mm.

(iv)  Projection Images - 120 X-ray projections of a dead dog's

thorax taken at intervals of 3° around an axis approximately through the

center of the thorax.  Each image digitized to 128 × 128 pixels with

8 bits/pixel.  Spatial resolution is ≃ 1 mm.  These images are used for

3-D reconstruction of the X-ray absorption densities of the thorax.

Since each data set is digitized to 8 bits/pixel, the intensity

range of the original data is between 0 and 255.  Therefore, for the calcu-

lations of SNR, the peak-to-peak value of the signal has been taken as

255, even though the actual peak-to-peak signal could be somewhat smaller.

## 1.6  Dissertation Organization

We first start with the problem of modeling and understanding of

the temporal characteristics of the motion images in Chapter II.  There

we propose some methods of translational motion measurement on a block

by block basis.  Then we analyze the effects of uncertainty in motion

estimation and define some parameters which give simple measures of this

uncertainty and are useful for developing data compresion algorithms.  We

also propose a method of data compression based on temporal subsampling

and interpolation of the missing frames along the motion trajectory.

In Chapter III we describe two interframe predictive schemes.  One

of these schemes is reported in [13], and the other one is a simple

**Exhibit 47   Page 1573**

MSLT_0001464

21



Frame No. 4

Frame No. 8

Frame No. 8

Frame No. 12

Frame No. 12

Frame No. 16

Some Frames of the Original Head and Shoulders (on the Left) and Chemical Plant (on the Right) Data Sets.

Figure 1-3

Exhibit 47   Page 1574

MSLT_0001465

22

adaptive scheme based on the classification of motion. Results for both these schemes have been presented primarily for the purpose of comparison with the schemes of Chapter IV and V.

Chapter IV starts with the basic concepts of transform coding. Then the results of intraframe 2-D transform coding are presented. They form a good basis for comparing the interframe 3-D transform as well as hybrid coding against intraframe coding and provide a measure of compression gain due to interframe redundancy. Finally, results of some non-adaptive and adaptive interframe transform coding are presented.

Chapter V presents non-adaptive and many adaptive hybrid coding schemes and forms the major portion of the interframe coding schemes of this thesis. Adaptive schemes include classification based on activity, motion measurement and compensation, and temporal subsampling with interpolation along motion trajectory.

In chapter VI we present a new method of data compression for transmission over noisy channels. This consists of joint optimization of source and channel coding to reduce the overall MSE distortion in the signal due to quantization and channel noise. Rate distortion curves for coding of random variables, and one and two dimensional random processes are given together with experiments on actual image data.

Summary and conclusions of our investigation as well as future areas of research are reported in chapter VII. Appendix A discusses the problem of modeling 2-D image statistics together with some results. Appendix B gives the results of comparisons of various unitary discrete transforms used in data compression for some 2-D random fields.

Exhibit 47  Page 1575

MSLT_0001466

23

## CHAPTER II

MODELING, MEASUREMENT, AND ANALYSIS OF TEMPORAL CHARACTERISTICS

The temporal characteristics of a sequence of images differ considerably for various applications.  The changes between two consecutive frames basically have two components, deterministic, and random.  If a pixel or a group of pixels in a current frame has a correspondence with a pixel or a group of pixels in the preceding frame which can be characterized by a deterministic function, then that function is the deterministic component and the residual value of the pixel in the current frame after subtracting the deterministic component will be called the random component.

In motion images, some common types of deterministic components are, linear translation or rotation of objects against a fixed background in a scene, zooming and panning of the camera, linear and rotational motion of the camera, etc.  In practice, the interframe motion is a combination of the above and various other  motions which are not easy to characterize.

## 2.1 Motion Characteristics from Temporal Cross-Sections

In a laboratory the interframe motion can be perceived by viewing the images as a movie.  We have considered an alternative way of presenting the data so that the motion can be inferred by looking at the images in a stationary mode.  Since many image processing facilities (including ours) do not have the capability to display interframe digital data in real time, this method is useful in visual representation of interframe motion by stationary images.

**Exhibit 47   Page 1576**

MSLT_0001467

24

We select a line in any direction, say $\theta$, in the image plane passing through the region of interest and store the pixels along that line within the region of interest as a horizontal line of another image $A_\theta$. Then we select lines from the successive frames at the same spatial location and store them one below another at vertical sampling intervals of the images. The resulting line sampled image $A_\theta$ over the time period of interest is a temporal cross-section in the direction $\theta$. The inter-frame motion could then be visually analyzed by viewing several temporal cross-sections as follows.

If a pixel is undergoing linear translation along the direction $\theta$ its path will appear as a curve on the plane of $A_\theta$. The slope of the curve (with respect to the vertical axis) gives the velocity of the pixel. The pixel intensities on this curve will be constant. In the context of wave propagation, fluid flow (or more generally for systems described by hyperbolic partial differential equations) etc., these curves are called the characteristics. If a region is undergoing linear translation per-pendicular to $\theta$, the image of that region will appear on $A_\theta$ with a scaling factor along the vertical axis of $A_\theta$ (the scaling factor depends upon the velocity of the region). If there is a camera zoom, we will see lines converging or diverging along the zoom axis. If an object in the region is rotating, we will see sinusoidal traces. Such temporal cross-sections have been used earlier for tomography x-ray images in which the object is rotated at uniform speed (by making an equivalence between time and angle) and they are called sinugrams [63].

Figure 2-1 shows temporal cross-sections for the Head and Shoulders and the Chemical Plant images along some spatial directions. From images

Exhibit 47   Page 1577

MSLT_0001468

25

 

Head & Shoulders Frame 8    Chemical Plant Frame 8
(a)                          (c)

 

Temporal Cross-Sections of the         Temporal Cross-Sections of the
Head & Shoulders Images Along          Chemical Plant Images Along
  (i)   Row #183                         (i)   Row #170
  (ii)  Row #185                         (ii)  Row #172
  (iii) Column #127                      (iii) Column #127
  (iv)  Column #129                      (iv)  Column #129
  (v)   Main Diagonal                    (v)   Main Diagonal
          (b)                                    (d)

Temporal Cross-Sections of 16 Frames of Head and Shoulders and Chemical
Plant Images. White lines on images in (a) and (c) show the spatial loca-
tions of the cross-sections.

Figure 2-1

Exhibit 47   Page 1578

MSLT_0001469

26

(a) and (b) we see down and up and right to left motion of the face in the 16 frames of the Head and Shoulders. From images (c) and (d) we see that for the Chemical Plant images the motion is almost purely vertically downward. First slow, then rapid, and just before the end it is almost stationary. We also notice that the slope of the motion trajectories in d(iii) increases as we move from left to right, which means that the bottom of the images is moving faster than the top. Since the ground objects are stationary, it is only possible if the camera is having motion other than linear translation parallel to the ground.

## 2.2  Interframe Motion Trajectory Estimation and Modeling:

Let us assume that each point of a continuous image is undergoing motion and appears at some location in an image at other time instant. Let $u(x,y,t)$, a zero mean random variable, denote the intensity of the $(x,y)$ coordinate of an image at time $t$. Let each image be a sample of a 2-D homogeneous stationary random process whose covariance is given by

$$E[u(x',y',t)u(x+x',y+y',t)] = \sigma^2 R(|x|,|y|) , \qquad (2-1)$$

where $E[\cdot]$ denotes the expectation, $|\cdot|$ denotes the absolute value, and $\sigma^2$ is the variance of $u(x,y,t)$.

Let $(x+dx,y+dy,t+dt)$ be the new location of the point $(x,y,t)$. Then the trajectory of motion is given by

$$u(x,y,t) = u(x+dx,y+dy,t+dt) = \text{Constant.} \qquad (2-2)$$

Let the observed value of $u(x,y,t)$ be given by

$$v(x,y,t) = u(x,y,t) + \eta(x,y,t) \qquad (2-3)$$

Exhibit 47   Page 1579

MSLT_0001470

27

when $\eta$ is the observation noise which is assumed to be white and independent of u. Let $\eta$ have zero mean and variance $\sigma_\eta^2$.

Now let us assume that the motion trajectory is estimated piecewise, i.e., at discrete time instants. Let $\overline{dx}$ and $\overline{dy}$ be the estimates of dx and dy, respectively, and

$$\tilde{dx} = dx - \overline{dx} \ , \quad \tilde{dy} = dy - \overline{dy}$$

be the motion estimation error. Figure 2-2 shows the concept of trajectory approximation without and with motion estimation for the component of the motion along x-axis.

The motion compensated interframe estimate is given by

$$\overline{v}^c(x+\overline{dx},y+\overline{dy},t+dt) = v(x,y,t) \ , \tag{2-4}$$

where superscript c denotes motion compensation. The temporal correlation after motion compensation is given by

$$\rho_{dt}^c = \frac{E[\overline{v}^c(x+\overline{dx},y+\overline{dy},t+dt) \cdot v(x+\overline{dx},y+\overline{dy},t+dt)]}{E[v^2(x+\overline{dx},y+\overline{dy},t+dt)]}$$

$$= \frac{E[v(x,y,t) \cdot v(x+\overline{dx},y+\overline{dy},t+dt)]}{E[\{u(x+\overline{dx},y+\overline{dy},t+dt) + \eta(x+\overline{dx},y+\overline{dy},t+dt)\}^2]}$$

$$= \frac{1}{\sigma^2+\sigma_\eta^2} \cdot E[\{u(x,y,t)+\eta(x,y,t)\} \cdot \{u(x+\overline{dx},y+\overline{dy},t+dt) + \eta(x+\overline{dx},y+\overline{dy},t+dt)\}]$$

$$= \frac{1}{\sigma^2+\sigma_\eta^2} \cdot E[u(x+dx,y+dy,t+dt) \cdot u(x+\overline{dx},y+\overline{dy},t+dt)]$$

$$= \frac{1}{\sigma^2+\sigma_\eta^2} \cdot E[\sigma^2 \cdot R(|dx-\overline{dx}| \ , \ |dy-\overline{dy}|)]$$

Exhibit 47   Page 1580

MSLT_0001471

28



(a) No Motion Compensation, $\overline{dx} = 0$



(b) Motion Compensation

Figure 2-2:  Concept of Piecewise Trajectory Estimation

Exhibit 47   Page 1581

MSLT_0001472

29

or

$$\rho_{dt}^c = \frac{\sigma^2 E[R(|\tilde{d}x|, |\tilde{d}y|)]}{\sigma^2 + \sigma_\eta^2}$$

or

$$\rho_{dt}^c = \frac{E[R(|\tilde{d}x|, |\tilde{d}y|)]}{1 + \sigma_\eta^2/\sigma^2} \ . \tag{2-5}$$

For small values of $\tilde{d}x$ and $\tilde{d}y$ most image covariance functions could be assumed to be approximately linear functions of $|\tilde{d}x|$ and $|\tilde{d}y|$ and the above could be approximated by

$$\rho_{dt}^c \simeq \frac{R(E[|\tilde{d}x|], E[|\tilde{d}y|])}{1 + \sigma_\eta^2/\sigma^2} \tag{2-6}$$

Thus, from the distribution of $\tilde{d}x$ and $\tilde{d}y$ one can obtain the temporal correlation, which may be used for interframe data compression.

We now define another quantity, which we call motion compensated interframe variance (MCIFV) as

$$\xi_{dt}^c = E[\{v(x+dx, y+dy, t+dt) - \overline{v}^c(x+dx, y+dy, t+dt)\}^2]$$

$$= E[\{v(x+dx, y+dy, t+dt)\}^2 + E[\{v^c(x+dx, y+dy, t+dt)\}^2]$$

$$- 2E[v(x+dx, y+dy, t+dt) \cdot \overline{v}^c(x+dx, y+dy, t+dt)]$$

$$= 2(\sigma^2 + \sigma_\eta^2) - 2\rho_{dt}^c(\sigma^2 + \sigma_\eta^2)$$

$$\therefore \quad \xi_{dt}^c = 2(\sigma^2 + \sigma_\eta^2)(1 - \rho_{dt}^c) \tag{2-7}$$

or

$$\rho_{dt}^c = 1 - \xi_{dt}^c/2(\sigma^2 + \sigma_\eta^2) \ . \tag{2-8}$$

In the absence of motion compensation (2-5) and (2-7) become

$$\rho_{dt} = \frac{E[R(|dx|, |dy|)]}{1 + \sigma_\eta^2/\sigma^2} \tag{2-9}$$

Exhibit 47   Page 1582

MSLT_0001473

30

$$\xi_{dt} = 2(\sigma^2 + \sigma_\eta^2)(1 - \rho_{dt}) \; . \tag{2-10}$$

In the above discussion, the observation noise was included to show how it effects temporal correlation. In our coding experiments and future analysis, we assume that no observation noise is present.

## 2.3  Motion Measurement Techniques

In this section we describe methods of measuring interframe motion for digitized images with particular emphasis on data compression.

First, we approximate the interframe motion by piecewise linear translation of one or more areas of a frame relative to a reference frame. The segmentation of an image into areas each of which is undergoing approximately the same linear translation and the measurement of the magnitude and the direction of the linear translation of each area, is a difficult task. Cafferio and Rocca [11] describe a method for segmentation and measurement of the linear displacement of a single moving object in a stationary background. Then extension of the method to more than one moving object has also been shown. Thus, method becomes increasingly complex as the number of moving areas increases and the size of the image grow larger. There is another difficulty with such a method of segmentation if the information of segmentation and linear translation is to be coded. Coding of segmentation with arbitrary boundaries would require a complex scheme and, moreover, the length of the code will be large.

A simpler method is to segment an image into fixed size  smaller rectangular areas and to assume that each of these areas is undergoing independent linear translation. If these areas are small enough, rotation, zooming, etc. of larger objects can be closely approximated by piecewise

Exhibit 47  Page 1583

MSLT_0001474

31

linear translation of these smaller areas. Also, it avoids the problem of coding the segmentation information. Only the displacement vector of each of the areas need to be transmitted. Another simplification is to restrict the motion measurement to an integer number of pixels. This would give an accuracy up to .5 pixels in the moving areas. Since in practice the motion is not an ideal linear translation, an effort to estimate the displacement vector up to a fraction of a pixel will not result in significant improvement in prediction.

A method which has been used for the measurement of linear shift between two given images, particularly for aerial guidance, is area correlation [59,85]. This consists of calculating the area correlation function of the two images. The location of the peak of the correlation function gives the displacement vector. The area correlation function is usually calculated via the fast Fourier transform (FFT). To improve the accuracy of this method some filtering or preprocessing of the images is required, which could be done in the spatial domain [59] or the Fourier domain [85].

For the purpose of piecewise linear translation measurement we divide an image into smaller rectangular areas, which we call sub-blocks, and correlate them with the appropriate areas of the reference image. Let U be an $M \times N$ size sub-block of an image and $U_R$ be an $(M+2p) \times (N+2p)$ sub-block of the reference image, centered at the same spatial location as U, where p is the maximum displacement allowed in integer number of pixels in either direction. Then the area correlation function is given by

$$c^f(i,j) = \sum_{m=1}^{M} \sum_{n=1}^{N} u^f(m,n) u_R^f(m+i,n+j), \quad -p \leq i,j \leq p \qquad (2-11)$$

Exhibit 47   Page 1584

MSLT_0001475

32

where superscript f denotes filtering or preprocessing in the spatial or Fourier domain. A simple spatial operator which has been found to be useful in area correlation is a four point Laplacian operator given by

$$u^f(m,n) = u(m,n) - \{u(m-1,n) + u(m+1,n) + u(m,n-1) + u(m,n+1)\}/4, \forall m,n.$$

Let $V$ and $V^f$ be the discrete Fourier transforms of $U$ and $U^f$, respectively, then a Fourier domain filter given by

$$|v^f(m,n)| = |v(m,n)|^{\gamma}, \quad 0 \le \gamma \le 1 \qquad (2-12)$$

where $|\cdot|$ represents the magnitude, has been found to be useful [85].

We have found that the performance of the area correlation method is poor for smaller sub-block sizes, areas of low spatial activity, and for sub-blocks not undergoing pure linear translation. We have found another method which does significantly better under most circumstances for interframe image motion estimation. This method requires a search for the direction of minimum distortion (or DMD) and is described below.

Let us define a mean distortion function between $U$ and $U_R$ as

$$D(i,j) = \frac{1}{MN} \sum_{m=1}^{M} \sum_{n=1}^{N} g\{u(m,n) - u_R(m+i,n+j)\}, \quad -p \le i,j \le p \qquad (2-13)$$

where $g\{x\}$ is a given positive and increasing distortion function of $x$, e.g., $g\{x\} = x^2$ would correspond to $D(i,j)$ as mean square error function. The direction of minimum distortion is given by $(i,j)$, such that $D(i,j)$ is minimum.

One difficulty with finding DMD as stated above is that it requires evaluation of $D(i,j)$ for $(2p+1) \times (2p+1)$ directions, and even for motions

Exhibit 47  Page 1585

MSLT_0001476

33

up to 5 pixels along either side of the axes, one has to search 121 directions. We have found a solution to overcome the above difficulty by making an assumption that if

$$D_o(q,\ell) = \min_{i,j} \{D(i,j)\}$$

then for $m = i-q$, $n = j-\ell$, the functions

$$D_1(|m|,|n|) = D(i,j) - D_o(q,\ell), \quad m \geq 0, n \geq 0$$

$$D_2(|m|,|n|) = D(i,j) - D_o(q,\ell), \quad m \leq 0, n \leq 0$$

$$D_3(|m|,|n|) = D(i,j) - D_o(q,\ell), \quad m \leq 0, n \leq 0$$

$$D_4(|m|,|n|) = D(i,j) - D_o(q,\ell), \quad m \geq 0, n \geq 0$$

are nondecreasing function of $|m|$ and $|n|$, i.e., for $m,n,m',n' \geq 0$, $1 \leq k \leq 4$,

$$D_k(m,n) \leq D_k(m',n'), \quad \text{if } m \leq m' \text{ and } n \leq n'.$$

For $g\{x\} = x^2$ the above is equivalent to the assumption that the covariance function of images is a nonincreasing function. Most image covariance functions satisfy this condition, at least in a small neighborhood of the origin.

Having made the above assumption, we use a 2-D directed search method, which is similar to the binary or logarithm search [90] in one dimension. The search is accomplished by successively reducing the area of search to half or less. Each step consists of searching five directions, which contain the center of the area, and the midpoints between the center

Exhibit 47   Page 1586

MSLT_0001477

34

and the four boundaries of the area along the x,y axes passing through the center. This procedure continues until the plane of search reduces to a 3 × 3 size. In the final step all the 9 directions are searched and the location corresponding to the minima is the DMD. The algorithm is given below.

For any integer m > 0, we define

$$\mathcal{N}(m) = \{(i,j) \; ; \; -m \leq i,j \leq m\}$$

$$\mathcal{M}(m) = \{(0,0),(m,0),(0,m),(-m,0),(0,-m)\}.$$

<u>A 2-D Logarithmic Search Procedure for DMD:</u>

<u>Step 1</u>:  (initialization)

$$D(i,j) = \infty \qquad (i,j) \notin \mathcal{N}(p)$$

$$n' = \lfloor \log_2 p \rfloor$$

$$n = \max \cdot \{2, 2^{n'-1}\}$$

$$q = \ell = 0 \quad \text{(or an initial guess for DMD)}$$

where $\lfloor \cdot \rfloor$ is a lower integer truncation function.

<u>Step 2</u>:  $\mathcal{M}'(n) \leftarrow \mathcal{M}(n)$.

<u>Step 3</u>:  Find $(i,j) \in \mathcal{M}'(n)$ such that $D(i+q,j+\ell)$ is minimum.  If i=0 and j=0, go to Step 5; otherwise go to Step 4.

<u>Step 4</u>:  $q \leftarrow q+i, \; \ell \leftarrow \ell+j; \mathcal{M}'(n) \leftarrow \mathcal{M}'(n) \cap (-i,-j)$; go to Step 3.

<u>Step 5</u>:  $n \leftarrow n/2$.  If n=1, go to Step 6; otherwise, go to Step 2.

<u>Step 6</u>:  Find $(i,j) \in \mathcal{N}(1)$ such that $D(i+q,j+\ell)$ is minimum.  $q \leftarrow i+q, \; \ell \leftarrow \ell+j$.  $(q,\ell)$ then gives the DMD.

Figure 2-3 illustrates the search procedure for p = 5.

Exhibit 47   Page 1587

MSLT_0001478

35



The figure above shows the concept of the 2-D logarithmic search to find
a pixel in another frame which is registered with respect to the pixel
(i,j) of a given frame, such that the mean-square error over a block de-
fined around (i,j) is minimized.  The search is done step by step with ◊
indicating the directions searched at a step number marked.  The numbers
circled show the optimum directions for that search step and the * shows
the final optimum direction,(i-3, j+1) in the above example.  This pro-
cedure requires only searching 13-21 directions for the above grid as
opposed to 121 total possibilities.

Figure 2-3:  A 2-D Logarithmic Search Procedure for the Direction of
             Minimum Distortion.

Exhibit 47   Page 1588

MSLT_0001479

36

## 2.4  Motion Measurement Results

The method of DMD motion measurement, discussed in the previous section, was applied to the Head and Shoulders and the Chemical Plant data. The distortion function $g(x) = x^2$ was used so that DMD would correspond to minimum mean square error in registration of the sub-blocks. A sub-block size of $16 \times 16$ was chosen. The sizes $16 \times 16$ and $32 \times 32$ were found to be good compromises between accuracy of piecewise linear translational approximation of the motion, the cost of transmitting displacement vectors, and the complexity of data compression schemes using motion measurement.

For the multiframe data, when the reference image is a neighboring frame of the image relative to which motion measurement is done, the quantity $D(0,0)$ will be called interframe variance. Once the DMD for a sub-block has been found, the area of the reference image in the direction of DMD is taken as the motion compensated estimate of the sub-block. By collecting all the motion compensated estimates from a reference frame, one obtains the motion compensated reference frame. If $(q,\ell)$ is the displacement vector of the DMD, then $D(q,\ell)$ is the interframe variance with motion compensation and $D(0,0)$ is the interframe variance without motion compensation for that sub-block. These quantities for a frame are obtained by averaging them over all the sub-blocks.

When the reference frame is the same as the current image itself, $D(i,j)$ computed over complete frame gives the average interframe variance as a function of uniform linear translation vector $(i,j)$. The above quantity gives a rough estimate of the average motion between two frames. Figure 2-4 gives the interframe variance as a function of linear translation for the Head and Shoulders and the Chemical Plant data.

**Exhibit 47   Page 1589**                                MSLT_0001480

37

### (a) Chemical Plant Frame No. 12

| $i \downarrow$ \ $j \rightarrow$ | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0. | 201.24 | 590.15 | 906.41 | 1114.52 | 1252.31 | 1352.64 | 1435.52 | 1505.76 | 1604.23 |
| 1 | 395.57 | 572.96 | 850.12 | 1081.50 | 1232.37 | 1334.16 | 1414.27 | 1483.62 | 1544.27 | 1640.74 |
| 2 | 856.41 | 1045.02 | 1246.03 | 1377.66 | 1456.26 | 1544.01 | 1572.85 | 1620.97 | 1666.99 | 1752.12 |
| 3 | 1203.14 | 1406.09 | 1522.43 | 1601.17 | 1653.98 | 1697.36 | 1736.36 | 1773.95 | 1816.04 | 1907.45 |
| 4 | 1557.26 | 1656.61 | 1738.08 | 1786.67 | 1821.18 | 1851.61 | 1879.28 | 1913.34 | 1960.95 | 2056.41 |
| 5 | 1777.79 | 1838.09 | 1892.33 | 1929.44 | 1954.79 | 1976.33 | 2003.06 | 2042.76 | 2095.15 | 2192.30 |
| 6 | 1949.76 | 1995.31 | 2033.66 | 2054.44 | 2068.88 | 2085.93 | 2113.29 | 2156.59 | 2217.21 | 2314.32 |
| 7 | 2160.37 | 2129.62 | 2150.80 | 2164.52 | 2177.94 | 2199.87 | 2234.69 | 2281.92 | 2334.45 | 2402.27 |
| 8 | 2259.66 | 2251.57 | 2261.73 | 2265.31 | 2275.10 | 2300.32 | 2343.06 | 2390.38 | 2451.38 | 2530.20 |
| 9 | 2356.43 | 2357.13 | 2360.90 | 2367.97 | 2384.15 | 2413.54 | 2456.44 | 2506.30 | 2551.13 | 2622.04 |

### (b) Head & Shoulders Frame No. 8

| $i \downarrow$ \ $j \rightarrow$ | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0. | 74.69 | 260.54 | 493.29 | 732.43 | 960.65 | 1172.83 | 1370.55 | 1556.49 | 1746.05 |
| 1 | 65.55 | 173.45 | 360.80 | 509.92 | 824.99 | 1049.99 | 1259.65 | 1454.63 | 1638.09 | 1824.73 |
| 2 | 250.93 | 345.22 | 525.49 | 739.09 | 964.13 | 1140.75 | 1383.59 | 1573.07 | 1751.55 | 1933.13 |
| 3 | 462.50 | 559.45 | 726.29 | 927.53 | 1137.78 | 1342.53 | 1555.58 | 1716.93 | 1880.14 | 2065.54 |
| 4 | 695.52 | 791.32 | 948.47 | 1156.37 | 1537.77 | 1529.48 | 1706.13 | 1877.65 | 2040.32 | 2206.22 |
| 5 | 926.79 | 1026.77 | 1176.81 | 1354.25 | 1538.60 | 1524.48 | 1887.03 | 2046.75 | 2202.17 | 2361.92 |
| 6 | 1160.54 | 1250.68 | 1403.60 | 1572.92 | 1747.23 | 1915.59 | 2074.43 | 2224.89 | 2368.91 | 2520.25 |
| 7 | 1305.06 | 1463.01 | 1624.69 | 1707.37 | 1953.25 | 2112.06 | 2260.94 | 2401.66 | 2530.65 | 2679.79 |
| 8 | 1603.09 | 1700.75 | 1837.86 | 1994.01 | 2155.11 | 2303.61 | 2445.58 | 2575.30 | 2701.06 | 2837.37 |
| 9 | 1811.48 | 1907.91 | 2041.00 | 2192.09 | 2354.07 | 2481.32 | 2619.58 | 2742.94 | 2861.79 | 2990.40 |

**Figure 2-4:** Interframe Variance as a Function of Linear Translation $(i,j)$ Measured over One Complete Frame

Exhibit 47   Page 1590

MSLT_0001481

38

Figures 2-5 and 2-6 show the results of motion measurement for the central 256 × 128 portion of a frame for the Head and Shoulders and the Chemical Plant data, respectively, relative to the preceding frame. Part (a) shows the displacement vectors for each of the 16 × 16 sub-blocks. The success of the DMD motion location method seems evident from Figure 2-6(a). The image is known to have a vertically downward motion relative to the previous frame as well as a geometric distortion such that the top of the image undergoes a smaller displacement and the bottom a larger displacement [67, p. 102]. We can see that mostly our scheme predicts a successively larger motion as one moves from the top to the bottom, as expected.

Parts (b) and (c) of Figure 2-5 and 2-6 show the interframe variance (IFV) without and with motion compensation (MC) for various sub-blocks. For the Head and Shoulders data (Figure 2-5) there are very wide variations among sub-blocks in IFV without motion compensation. This is both due to a variation in motion (from nearly stationary to more than 3-4 pixels/frame) and the spatial activity (from a pixel to pixel correlation of .99 to less than .8) as a result of non-stationarity. After motion compensation the variation narrows down significantly and is mostly due to the spatial activity. For Chemical Plant (Figure 2-6) the variation without motion compensation is not as wide because there are no stationary areas.

Comparing the average values of the IFV with motion compensation and the entries of Figure 2-4, we can compute an estimate of the average motion uncertainty. We assume that the motion uncertainty is identically distributed along both the image dimensions and that, for small motion, the IFV is a linear function of motion in pixels. With this assumption

Exhibit 47   Page 1591                                        MSLT_0001482

39

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( 0, 0) | ( 0, 0) | ( 0, 0) | ( 0, 1) | ( 0, 0) | ( 0, 0) | ( 0, 1) | ( 0, 1) |
| ( 0, 0) | (-2, 0) | (-3,-1) | ( 0, 1) | ( 1, 0) | ( 0, 0) | ( 0, 1) | ( 0, 1) |
| ( 4, 0) | (-1, 1) | (-2,-2) | ( 0, 2) | ( 0, 2) | ( 0, 2) | ( 0, 2) | ( 0, 1) |
| ( 1, 0) | ( 4, 0) | ( 0, 1) | ( 0, 2) | ( 0, 2) | ( 0, 2) | ( 0, 2) | ( 0, 2) |
| ( 0, 0) | (-2, 0) | ( 0, 1) | (-1, 2) | (-1, 2) | (-1, 2) | ( 0, 2) | (-1, 2) |
| (-1, 0) | (-2, 0) | (-1, 1) | (-1, 2) | (-1, 2) | (-1, 2) | (-1, 2) | ( 0, 2) |
| ( 5, 0) | ( 1, 1) | (-2, 2) | (-1, 2) | (-1, 2) | (-1, 2) | (-1, 2) | (-1, 2) |
| (-1, 0) | (-4, 1) | (-2, 1) | (-2, 2) | (-1, 2) | (-1, 2) | (-1, 2) | (-1, 2) |
| ( 5, 0) | (-2, 0) | (-1, 1) | (-2, 2) | (-1, 2) | (-1, 3) | (-1, 2) | (-1, 2) |
| (-1, 0) | (-4, 1) | (-2, 1) | ( 0, 3) | (-1, 2) | (-1, 2) | (-2, 2) | (-1, 1) |
| (-5, 0) | ( 1, 0) | (-2, 1) | (-2, 2) | (-2, 2) | (-2, 2) | (-2, 2) | (-2, 1) |
| (-1, 0) | (-2,-2) | (-2,-1) | (-3, 1) | (-3, 1) | (-2, 2) | (-3, 2) | (-2, 1) |
| (-2,-1) | (-2,-3) | (-2,-1) | (-3, 1) | (-3, 1) | (-3, 2) | (-2, 1) | (-1, 0) |
| (-4, 1) | (-4, 2) | (-2, 0) | (-1, 0) | (-3, 1) | (-3, 1) | (-2, 0) | (-2, 0) |
| (-4, 1) | (-4, 1) | (-4, 1) | (-2, 0) | (-5, 0) | (-3, 1) | (-3, 1) | (-2, 0) |
| (-3, 1) | (-3, 1) | (-4, 0) | (-2, 0) | (-5, 0) | (-5, 0) | (-3, 0) | (-2, 0) |
| | | | (-2, 0) | (-4, 1) | (-4, 1) | (-2, 0) | (-4, 0) |

(a) Coordinates of the Displacement Vector, $(q, \ell)$, for Sub-blocks

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9.05 | 11.49 | 11.95 | 12.06 | 9.03 | 6.59 | 4.40 | 5.21 |
| 13.66 | 11.27 | 12.53 | 17.82 | 45.30 | 29.90 | 46.47 | 6.33 |
| 16.79 | 9.86 | 11.43 | 191.25 | 19.96 | 13.65 | 23.40 | 71.17 |
| 7.36 | 9.37 | 29.54 | 80.03 | 48.90 | 64.77 | 29.30 | 60.20 |
| 7.21 | 11.50 | 27.77 | 38.26 | 33.89 | 75.72 | 41.20 | 69.59 |
| 28.78 | 13.01 | 63.32 | 636.54 | 51.97 | 99.33 | 53.31 | 66.25 |
| 26.65 | 11.55 | 362.73 | 40.93 | 332.21 | 197.31 | 80.84 | 52.75 |
| 12.23 | 25.26 | 284.87 | 245.84 | 647.09 | 825.64 | 160.66 | 107.85 |
| 11.89 | 15.61 | 48.66 | 419.11 | 721.41 | 99.33 | 74.15 | 43.96 |
| 10.46 | 13.59 | 75.77 | 430.92 | 338.23 | 65.70 | 69.64 | 34.75 |
| 19.73 | 7.95 | 61.29 | 667.21 | 1410.71 | 368.22 | 24.56 | 7.84 |
| 27.43 | 637.86 | 994.14 | 1298.97 | 669.24 | 135.75 | 40.45 | 128.11 |
| 824.11 | 246.85 | 1.86 | 1406.02 | 1614.05 | 68.70 | 368.21 | 722.14 |
| 1.66 | 1.97 | 1.92 | 37.86 | 2905.94 | 1866.39 | 990.31 | 667.69 |
| 1.69 | 2.42 | 1.54 | 214.66 | 2424.15 | | | |
| 1.73 | 1.74 | 2.07 | 451.98 | 760.04 | 206.96 | 1555.71 | 1.33 |

(b) IFV Without MC, $D(0,0)$, for Sub-blocks. Average for Frame = 156.70

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9.05 | 11.49 | 11.95 | 9.96 | 9.03 | 6.59 | 4.00 | 5.12 |
| 13.66 | 9.53 | 10.34 | 17.10 | 41.24 | 19.96 | 33.44 | 3.86 |
| 11.51 | 8.03 | 10.12 | 22.85 | 3.23 | 2.51 | 3.96 | 6.95 |
| 7.55 | 8.16 | 12.84 | 16.65 | 13.51 | 17.42 | 10.65 | 15.65 |
| 7.21 | 10.41 | 13.72 | 14.60 | 14.07 | 14.70 | 11.48 | 14.05 |
| 17.46 | 10.56 | 19.35 | 17.25 | 12.75 | 13.56 | 10.64 | 6.85 |
| 15.46 | 9.77 | 52.21 | 25.00 | 61.61 | 16.54 | 11.82 | 13.55 |
| 11.48 | -20.24 | 45.25 | 21.02 | 36.34 | 59.11 | 11.30 | 10.03 |
| 7.80 | 13.41 | 14.52 | 18.97 | 45.06 | 15.33 | 16.85 | 9.94 |
| 9.47 | 9.52 | 26.62 | 32.91 | 15.46 | 14.27 | 6.60 | 9.86 |
| 18.80 | 7.55 | 18.50 | 77.89 | 116.35 | 22.21 | 6.73 | 5.70 |
| 12.07 | 10.71 | 21.55 | 71.91 | 23.82 | 21.79 | 8.57 | 15.02 |
| 11.16 | 9.51 | 1.19 | 40.34 | 4.32 | 6.24 | 15.07 | 43.92 |
| 1.03 | .87 | 1.04 | 7.90 | 23.65 | 40.15 | 17.54 | 17.67 |
| 1.10 | 1.35 | .84 | 36.75 | 166.65 | 58.47 | 85.47 | 3.16 |
| 1.54 | 1.17 | .66 | 54.62 | 117.63 | 141.74 | 48.55 | .94 |

(c) IFV with MC, $D_0(q, \ell)$, for Sub-blocks. Average for Frame = 15.24

Figure 2-5:  Results of Motion Measurement Relative to the Previous Frame on a Portion of Head & Shoulders Frame No. 8 for Sub-block Size of 16 × 16.

**Exhibit 47   Page 1592**

40

```
(-2, 0) (-2, 0) (-2,-1) (-2,-1) (-2,-1) (-2, 0) (-2, 0) (-2, 0)
(-2, 0) (-2, 0) (-2, 0) (-2, 0) (-2, 0) (-2, 1) (-2, 0) (-2, 0)
( 0,-1) (-2, 0) (-2, 0) (-2, 0) (-2, 0) (-2, 0) (-2, 0) (-2, 0)
( 0,-1) (-2, 0) (-2, 0) (-3, 0) (-3, 0) (-3, 0) (-4, 1) (-4, 1)
(-2, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 0)
(-3, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 1) (-3, 0) (-2, 0)
(-3, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 0) (-4, 0) (-2, 0)
(-3, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 0) (-3, 0) (-4, 0)
(-3, 0) (-3, 1) (-3, 0) (-3, 0) (-4, 0) (-3,-1) (-3, 0) (-3, 0)
(-3, 0) (-4, 0) (-3, 0) (-3, 0) (-4, 0) (-3, 0) (-3, 0) (-2, 1)
(-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0)
(-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-3, 0)
(-4, 0) (-4, 0) (-4,-4) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0)
(-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0)
(-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0)
(-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0) (-4, 0)
```
(a) Coordinates of the Displacement Vector, $(q,\ell)$, for Sub-blocks

```
571.64   597.27  571.14   632.71   827.03   922.35   645.44  1450.20
1057.11 1609.21 1124.89  1050.01 1693.84 1021.40 1243.70  229.61
784.87   520.21  231.55   671.46 1160.05   505.98   462.54  327.66
219.39   825.07 2028.18  1108.00 1367.15 1307.86   649.19 1522.20
428.77   443.60  993.16  1460.37 1540.19   713.44   327.52  550.56
547.96  1977.15 2961.50 1103.89 1290.16 1526.96 1227.73 1143.74
568.28  1169.63 1174.92 1219.52 2084.34 1857.81   557.05   441.46
853.45   567.57  366.27   670.85   463.16   224.12   375.89  305.26
1604.13 1842.45 1534.98   864.91   856.37 1014.78 1112.66 1040.28
1025.23 1911.53 1268.82 1152.35   957.78 2256.59 2447.02 2715.26
916.19  2240.13 4495.79 3954.52 4558.25 5219.82 2515.70 3118.23
324.22  1546.33 2458.47 2051.43 1402.06 1313.68 2043.52 2658.45
416.14    99.41  271.03   698.52   662.21 1305.63 5714.74 6866.21
 58.86   257.09  136.53   146.07 1049.15   859.63  717.25 2763.77
 57.52   111.50   97.30   881.49 1194.90   543.20   253.80  478.03
```
(b) IFV without MC, D(0,0), for Sub-blocks. Average for the Frame = 1327.64

```
125.96  104.29  215.44   269.06   291.97   539.61   264.70  407.70
112.47  212.06  151.51   134.60   160.76   121.80   146.09   48.84
145.24  128.81   75.67   125.20   164.47   113.45    61.60   64.29
169.54   69.10   64.04    65.50    94.41    78.70   156.57  147.68
 75.16  119.15  174.16   159.67   163.51   124.25    93.15  150.46
 99.97  111.45  129.74   121.82   154.14    63.16   125.89   75.56
104.53  161.10  261.61   134.12   113.86   134.53   160.80  176.09
156.12  149.27  100.63   108.84   166.15   193.95   211.07  361.14
161.34   60.67   65.43   104.45   142.71   104.00   189.04  283.55
198.67  300.35  258.99   220.72   200.45   169.16   256.16  393.75
194.85  269.81  166.10   150.98   205.83   259.12   390.72  440.61
184.15  167.12  204.16   250.51   282.75   264.55   474.41  452.71
 69.38  121.95  131.85   203.39   166.51   234.58   221.32  255.22
 29.74   19.90   56.44    68.70   116.20   152.07   169.75  148.71
 20.07   21.48   18.81    14.70    41.60   164.66   136.66  112.06
  9.90   11.63   12.72    26.44   123.60    19.24    48.40   49.00
```
(c) IFV with MC, $D_o(q,\ell)$, for Sub-blocks. Average for the Frame = 139.34

Figure 2-6:   Results of Motion Measurement Relative to the Previous Frame
on a Portion of Chemical Plant Frame No. 12 for Sub-block Size
of 16 × 16.

Exhibit 47   Page 1593

MSLT_0001484

41

we compare the IFV with the diagonal entries of Figure 2-4 and find the average motion by interpolation. For example, the average IFV with motion compensation for the Chemical Plant frame No. 12 is 139.34 (Figure 2-6(c)). Comparing this value with the diagonal entries of Figure 2-4(a) we find that it lies between 0 and 572.96. Thus, by interpolation we obtain an average value of motion uncertainty after motion compensation as (.25,.25). Similarly, for the Head and Shoulders data we find it to be approximately (.1,.1). Observing that for the Head and Shoulders data more than half the image area is nearly stationary, the average motion uncertainty in the moving areas can be approximated as (.25,.25) pixel. This means that the DMD method indeed measures the motion with an accuracy up to the nearest integer pixel most of the time. Thus, the absolute value of the motion uncertainty in the moving areas can be modeled as uniformly distributed between 0 and .5 pixel along each of the dimensions, giving an average value of .25.

Table 2-1 shows the improvement in the interframe prediction due to motion compensation. With no motion compensation, the prediction of a pixel is the value of a pixel in the previous frame, having the same spatial location whereas with motion compensation, the predicted value comes from the previous frame pixel in the direction of minimum distortion. Note that the variance of this error is nothing but IFV. An interesting and important observation is that there is a wide frame to frame variation in IFV without motion compensation due to variation in motion activity as a function of time (4.64 dB between Head and Shoulders frames 6 and 7). After motion compensation this variation becomes negligible. Showing that the uncertainty in motion prediction is identically distributed over

Exhibit 47   Page 1594

MSLT_0001485

42

TABLE 2-1

IMPROVEMENT IN SNR OF INTERFRAME PREDICTION ERROR (IFPE) DUE TO MOTION
COMPENSATION. MOTION MEASUREMENT WAS DONE ON 16 × 16 SIZE SUB-BLOCKS
USING DIRECTION OF MINIMUM DISTORTION SEARCH WITH MEAN SQUARE CRITERION.

| DATA SET | FRAME No. | SNR OF IFPE IN DECIBELS | | |
|---|---|---|---|---|
| | | Without Motion Compensation | With Motion Compensation | Improvement |
| HEAD & SHOULDERS | 6 | 29.90 | 35.88 | 5.98 |
| | 7 | 25.26 | 35.68 | 10.42 |
| | 8 | 26.18 | 36.30 | 10.12 |
| | 9 | 26.03 | 36.26 | 10.23 |
| CHEMICAL PLANT | 11 | 16.66 | 26.77 | 10.11 |
| | 12 | 16.90 | 26.69 | 9.79 |
| | 13 | 17.53 | 26.56 | 9.03 |

TABLE 2-2

IMPROVEMENT IN SNR OF INTERPOLATED FRAME (FROM THE PRECEDING AND THE
FOLLOWING FRAMES OF THE ORIGINAL DATA) DUE TO MOTION COMPENSATION.

| INTERPOLATED FRAME | SNR OF INTERPOLATED FRAME IN DECIBELS | | |
|---|---|---|---|
| | Without Motion Compensation | With Motion Compensation | Improvement |
| HEAD & SHOULDERS FRAME #8 | 30.48 | 38.61 | 8.15 |
| CHEMICAL PLANT FRAME # 12 | 19.34 | 29.56 | 10.22 |

Exhibit 47   Page 1595

MSLT_0001486

43

different frames even though the motion itself is not. Figures 2-7(a) and 2-8(a) show interframe prediction and error images.

The error images shown in Figures 2-7 and 2-8 and elsewhere show the absolute value of the errors amplified and truncated to the largest value of 255. The darker points show larger errors. The amplification for the Head and Shoulders data is ten times and for the Chemical Plant data it is five times. Only about three-fourths portion of the error images have been shown for these data sets.

## 2.5   Frame Repetition and Interpolation Along Motion Trajectory

Frame skipping is one of the simplest methods of data compression for interframe motion images. For simplicity of discussion, we assume skipping of every alternate frame. However, the discussion could be easily extended to other cases. A skipped frame is generally reproduced by either repeating the preceding frame or by interpolation from the preceding and the following frames. Both these methods have serious effects on the quality of motion reproduction. The former results in jerkiness in the reproduction of the motion and the latter in blurring of the moving areas. This is evident by looking at part (i) of Figures 2-7(b) and 2-8(b).

Let $U_{2k}$ be a sub-block of the $(2k)$th frame where frames $2, 4, \ldots, 2k, \ldots$ have been skipped. Then $U_{2k}^{*}$, the reproduced value of $U_{2k}$, is obtained (without motion compensation) as follows.

### Frame Repetition:

$$u_{2k}^{*}(m,n) = u_{2k-1}(m,n) \qquad (2\text{-}14)$$

Exhibit 47   Page 1596

MSLT_0001487

44



Exhibit 47  Page 1597

MSLT_0001488

45



(ii) Along Motion Trajectory, SNR = 26.69 dB

(i) Along Temporal Axis, SNR = 16.90 dB

(a) Frame Repetition (or Interframe Prediction) Based on the Preceding Frame

(ii) Along Motion Trajectory, SNR = 29.56 dB

(i) Along Temporal Axis, SNR = 19.34 dB

(b) Frame Interpolation from the Preceding and the Following Frames

Effects of Motion Compensation on Interframe Prediction and Interpolation of Chemical Plant Frame 12

Figure 2-8

Exhibit 47   Page 1598

MSLT_0001489

46

### Frame Interpolation:

$$u_{2k}^{*}(m,n) = \frac{1}{2}\{u_{2k-1}(m,n) + u_{2k+1}(m,n)\}. \qquad (2\text{-}15)$$

The disadvantages of simple frame repetition or interpolation can be overcome by using motion compensation, i.e., making the prediction or interpolation along the motion trajectory. Using motion compensation (2-14) and (2-15) are replaced by

$$u_{2k}^{*}(m,n) = u_{2k-1}(m+q,n+\ell) \qquad (2\text{-}16)$$

and

$$u_{2k}^{*}(m,n) = \frac{1}{2}\{u_{2k-1}(m+q,n+\ell) + u_{2k+1}(m+q',n+\ell')\} \qquad (2\text{-}17)$$

respectively, where $(q,\ell)$ and $(q',\ell')$ are the coordinates of the displacement vectors of $U_{2k}$ relative to the preceding and the following frame, respectively.

The improvement in SNR of the interframe prediction error shown in Table 2-1 and Figures 2-7(a) and 2-8(a) is nothing but the improvement due to frame repetition along motion trajectory compared with a simple frame repetition. Table 2-2 and Figures 2-7(b) and 2-8(c) show the improvement due to the frame interpolation along the motion trajectory compared with a simple interpolation along the temporal axis.

Thus, we see that the approximation of the motion by linear translation, on a sub-block by sub-block basis, gives excellent results for the video motion images considered. These results could be used with interframe predictive coding schemes, such as DPCM, and still better with hybrid coding schemes (as discussed in chapter V) with a great improvement in coder performance. The results of chapter V show an

Exhibit 47   Page 1599

MSLT_0001490

47

improvement in compression gain by a factor of two when motion compensation and frame interpolation along motion trajectory are used.  Even higher gains are expected with further increase in the sampling interval along the temporal axis (i.e., skipping more frames) and interpolation of missing frames along motion trajectory.

**Exhibit 47   Page 1600**

MSLT_0001491

48

# CHAPTER III

## INTERFRAME PREDICTIVE CODING

In section 1.3.1 we had briefly discussed several predictive techniques. One of these techniques, called frame replenishment with cluster coding, is described in the following section. In section 3.2 we report a simple predictive scheme which we call adaptive classification prediction. This has been developed primarily for comparison with other schemes. These schemes have been simulated and applied on the Head and Shoulders images.

## 3.1  Frame Replenishment with Cluster Coding

This technique was developed at the Bell Telephone Laboratories and is described by Candy, et al. [13]. We have implemented it for comparison purposes. This technique mainly consists of transmitting the addresses and quantized amplitudes of the "significant" interframe differences of the consecutive frames. The interframe difference at any pixel location is classified as significant when its absolute value exceeds a fixed threshold. The experimental observation that most of the significant interframe differences occur in clusters along any frame line, motivates the fact that the addresses of the significant interframe differences could be efficiently coded by transmitting the beginning address of a cluster and a cluster terminator code. It is obvious that most of the clusters will appear in the areas of an image consisting of moving edges or objects. This implies that the technique would generate a variable bit-rate for each frame, depending upon the activity and motion in the frame. Thus, transmission of the data on a channel with a fixed bit-rate would necessitate a buffer.

**Exhibit 47   Page 1601**                                                    MSLT_0001492

49

To avoid an arbitrarily large buffer requirement, some controls (not without the penality of higher distortion), which limit the buffer requirement to a given buffer length, are applied. In our simulations we keep the buffer capacity equal to the average number of coded bits (desired bit rate) per frame. All controls are determined by the number of bits residing in the buffer. Figure 3-1 describes the buffer control levels for this scheme.

If the contents of the buffer fall below point A, the next line is transmitted as it is, using 8 bits/pixel, to prevent buffer under-flow. When the buffer contents exceed point C, the frame differences in a cluster are subsampled, i.e., every other frame difference is transmitted and at the receiver the missing value is interpolated. The sub-sampling continues until the buffer contents fall below point B. When the buffer contents exceed points C, D and E, the threshold for classification of significant changes is increased successively to lower the number of significant changes. When the buffer is filled beyond point F, coding is stopped for one frame period and sub-sampling is continued for the next frame period. This is done to avoid the buffer overflow.

In the beginning, the first three lines of the first frame are force updated, i.e., they are transmitted as 8-bits/pixel. In the next frame, the next three lines are force updated and so on, except when the coder is in buffer overflow condition. At this rate a complete frame is refreshed or updated approximately every 3.5 seconds for 24 frames/sec. transmission. Nine-bit codes are used to designate starting of a new frame, starting of a new line, and the starting addresses of the clusters in a given line. Removal of isolated points of significant changes,

**Exhibit 47   Page 1602**

MSLT_0001493

50



Figure 3-1:  Buffer Control Levels for Frame Replenishment Cluster Coding





(a) No Sub-sampling

(b) 2:1 Sub-sampling



Figure 3-2:  Nearest Neighbors in the Present Frame for Adaptive Classification Prediction Scheme

Figure 3-3:  Nearest Neighbors in the Previous Frame for Adaptive Classification Prediction Scheme

Exhibit 47  Page 1603

MSLT_0001494

51

and bridging of the clusters which are very close are done to reduce
the bit-rate. For further details, see [13].

### 3.2 Adaptive Classification Prediction Coding

As pointed out in the last chapter, if a point moves more than one
and if its direction of motion is unknown, then (for highly correlated
images) spatial prediction performs better than pure temporal prediction.
On the other hand, for stationary pixels a temporal prediction is
preferable.

We have developed a very simple criterion to classify a pixel as
stationary or slowly moving (about 1 pixel/frame in any direction) or
rapidly moving relative to the previous frame. This could be easily
implemented online and is based on the interframe differences of its
nearest neighbors in the present frame as shown in Figure 3-2. Only in
the case of slow motion do we approximate any kind of motion or change by
a translatory motion, and we search its direction assuming that it came
from one of the nearest neighbors in the previous frame as shown in
Figure 3-3. The direction of the rapid motion is of no consequence to
us as we rely on spatial prediction in this case. A block diagram of
the scheme is shown in Figure 3-4.

Let $u_{k,i,j}$ denote the intensity of the $j^{th}$ pixel on the $i^{th}$ scan
line of the $k^{th}$ frame and $u^*_{k,i,j}$ be its reconstructed value at the
receiver with no channel errors.

### 3.2.1 Motion Predictor

3.2.1 Motion Predictor - As established in the last chapter, the
motion of a pixel is quite close to that of its nearest neighbors and

Exhibit 47   Page 1604

MSLT_0001495

52



Figure 3-4:   An Adaptive Classification Prediction Scheme.



Figure 3-5:  Buffer Control Levels for the Adaptive Classification
             Prediction Scheme.

Exhibit 47   Page 1605

MSLT_0001496

53

interframe difference is a good measure of the extent of the motion.
In order to classify motion we measure, over a neighborhood of the pixel,
a weighted sum of the absolute interframe difference.  A small neighbor-
hood would be sensitive to the quantization error, noise, etc., and a
large neighborhood requires more computations and would not respond
quickly to the changes in motion.  Keeping that in mind, the neighborhood
of Figure 3-2 was chosen.  Also we have chosen the absolute value of the
interframe difference signal as opposed to its square to reduce the sensi-
tivity to large quantization errors.  Based on these criteria, we define
a neighborhood activity index $A_{k,i,j}$ as

$$A_{k,i,j} = \sum_{(x,y)\in \mathcal{N}} w^a_{x,y} |u^*_{k,i+x,j+y} - u^*_{k-1,i+x,j+y}| \qquad (3\text{-}1)$$

where $w^a_{x,y}$ are the weights and $\mathcal{N}$ the pixel neighborhood, and

$$w^a_{x,y} \geq 0 \qquad (3\text{-}2)$$

$$\mathcal{N} = \{(0,-p);(-1,-1);(-1,0);(-1,1)\} \qquad (3\text{-}3)$$

and

$$p = \begin{cases} 2, & \text{if coder is in 2:1 sub-sampling mode} \\ 1, & \text{otherwise.} \end{cases} \qquad (3\text{-}4)$$

Then $u_{k,i,j}$ is assigned to one of the three classes--$c_S$ (stationary),
$c_M$ (slow motion) or $c_R$ (rapid motion) as follows.

**Exhibit 47    Page 1606**

MSLT_0001497

$$u_{k,i,j} \in \begin{cases} c_S, \text{ if } A_{k,i,j} \le L_1 \text{ or } A_{k,i,j} \le L_2 \text{ and } u_{k,i,j-1} \in c_S \\ c_R, \text{ if } A_{k,i,j} \le L_4 \text{ or } A_{k,i,j} \le L_3 \text{ and } u_{k,i,j-1} \in c_R \\ c_M, \text{ otherwise} \end{cases}$$

where $L_1 \le L_2 \le L_3 \le L_4$ are predetermined thresholds. Note that we have chosen elastic thresholds between the classes. In order to jump from $c_S$ to $c_M$ or $c_R$ we have a higher threshold ($L_2$) than to jump from $c_M$ or $c_R$ to $c_S$, $L_1$. The converse is true for transition from and to class $c_R$. This reduces the sensitivity of classification to quantization and other noise.

3.2.2 Intensity Prediction - Based on the classification of motion, the prediction of $u_{k,i,j}$, denoted by $\bar{u}_{k,i,j}$, is given by

$$\bar{u}_{k,i,j} = \begin{cases} u^*_{k-1,i,j}, & \text{if } u_{k,i,j} \in c_S \\ u^*_{k,1,i-q,j-r}, & \text{if } u_{k,i,j} \in c_M \\ (\rho_j)^p u^*_{k,i,j-p} + \rho_i u^*_{k,i-1,j} - \rho_i(\rho_j)^p u^*_{k,i-1,j-p}, & \text{if } u_{k,i,j} \in c_R \end{cases} \tag{3-5}$$

where $\rho_i$ and $\rho_j$ are one step correlation coefficients along $i$ and $j$ respectively, and the pair $(q,r) \in \mathcal{M}$ is chosen so as to minimize

$$B_{k,i,j}(q,r) = \sum_{(x,y)\in\mathcal{N}} w^b_{x,y} \left| u^*_{k,i+x,j+y} - u^*_{k-1,i+x+q,j+y+r} \right|,$$

where

$$w^b_{x,y} \ge 0 \tag{3-6}$$

and

$$\mathcal{M} = \{(s,t);\ s,t = -1,0,1;\quad (s,t) \ne (0,0)\}$$

55

and $\mathcal{N}$ and p are given by (3-3) and (3-4). The above simply means that for class $c_M$ we search the direction of the nearest neighbors of Figure 3-3 which minimizes the index $B_{k,i,j}$. Note that for a pixel classified as having rapid motion we have used a 2-D causal spatial predictor based on the separable first order Markov covariance model.

    **3.2.3  Subsampling** – The fact that in moving areas spatial resolution can be traded off for temporal resolution [57] could be utilized to achieve more compression by subsampling the images in the moving area in conjunction with the buffer contents. The intensity of the subsampled pixels is obtained by linear interpolation.

    **3.2.4  Quantization and Coding** – The prediction errors for different classes are quantized using different quantizers. In order to achieve a rate very close to the entropy of the quantizer output symbols, a group of quantizer symbols of fixed length is coded at a time and a binary code is generated using the Huffman coding algorithm [1].

    **3.2.5  Buffer Length Control** – To limit the buffer requirement to a reasonable size, the quantizer levels are changed as a function of the numbers of bits residing in the buffer. The levels of the quantizers are changed so as to decrease the entropy of the output symbols as the buffer contents increase and vice versa. On the average the entropy of each of the quantizers is matched to that of the desired transmission rate (or compression ratio). To prevent buffer overflow or underflow, we use the same technique as used in [13] and also described in section 3.1.

    **3.2.6  Simulation Parameters** – We have simulated the above scheme to achieve a compression ratio (C·R·) of 16 or a bit-rate of .5 bit/pixel

**Exhibit 47  Page 1608**

MSLT_0001499

56

for the Head and Shoulders data. The buffer length was chosen to store one coded frame at this rate, i.e., $.5 \times 256 \times 256$ bits. The weights of (3-2) and (3-6) were all selected to be unity except that $w_{0,-p}^a$ was chosen to be two. This was done since this is the only pixel corresponding to the current line and is known to be not interpolated. Of the rest three pixels, which belong to the previous line, as many as two could be interpolated pixels, which have higher errors.

The value of the classification thresholds were determined experimentally to minimize the prediction error (for each class) and were found to be $L_1 = 10$, $L_2 = 14$, $L_3 = 50$ and $L_4 = 70$. However, they could also be found by finding the expected value of $A_{k,i,j}$ for transition from one class to another. This would require the knowledge of covariance function of the image and the probability distributions of the interframe difference signal, the interframe motion and the quantizer noise.

To exchange temporal and spatial resolution, a 2:1 subsampling was done for classes $c_M$ and $c_R$. For simplicity, the values of $\rho_i$ and $\rho_j$ in (3-5) were chosen to be unity. The buffer control levels are shown in Figure 3-5.

The input and output levels of various quantizers are shown in Table 3-1. We have chosen a set of alphabets $\mathcal{C} = \{c_1, c_2, c_3\}$ for the output of the quantizer $Q_S$. As we are doing a 2:1 subsampling for classes $c_M$ and $c_R$, we have decided to choose the symbols for $Q_M$ and $Q_R$ from $\mathcal{C} \times \mathcal{C}$ to simplify the design of the binary encoder. Wherever there are more than one symbols available for an output, only one is sent at a time and each takes its turn in a fixed order, e.g., the code $c_1c_1/c_1c_3$ means that the first time $c_1c_1$ is transmitted and the next time $c_1c_3$ is transmitted. Then again the cycle is repeated. At the decoder, both of

**Exhibit 47   Page 1609**

MSLT_0001500

TABLE 3-1

QUANTIZATION FOR ADAPTIVE CLASSIFICATION PREDICTION SCHEME

| QUANTIZER | DECISION LEVELS | | | OUTPUT LEVELS | | | PROBABILITY | SYMBOLS |
|---|---|---|---|---|---|---|---|---|
| | MODE-1 | MODE-2 | MODE-3 | MODE-1 | MODE-2 | MODE-3 | | |
| $Q_S$ | $\pm2$ | $\pm5$ | $\pm6$ | -5<br>0<br>5 | -8<br>0<br>8 | -9<br>0<br>9 | .04<br>.92<br>.04 | $c_1$<br>$c_2$<br>$c_3$ |
| $Q_M$ | $\pm5$<br>$\pm11$ | $\pm7$<br>$\pm12$ | $\pm9$<br>$\pm15$ | -17<br>-8<br>0<br>8<br>17 | -18<br>-10<br>0<br>10<br>18 | -21<br>-12<br>0<br>12<br>21 | .0032<br>.074<br>.846<br>.074<br>.0032 | $c_1c_2/c_1c_3$<br>$c_1c_2/c_2c_1$<br>$c_2c_2$<br>$c_3c_2/c_2c_3$<br>$c_3c_1/c_3c_3$ |
| $Q_R$ | $\pm8$ | $\pm10$ | $\pm12$ | -20<br>0<br>20 | -22<br>0<br>22 | -24<br>0<br>24 | .077<br>.846<br>.077 | $c_1c_2/c_2c_1$<br>$c_2c_2$<br>$c_3c_2/c_2c_3$ |

Exhibit 47    Page 1610

MSLT_0001501

58

these codes are decoded into the same output level of the quantizer. The entropy of the symbol set is .48 bits. We code a group of four alphabets at a time using the Huffman code [1] and achieve an average rate of .52 bit/ alphabet, which is very close to the entropy and also our desired bit rate of .5 bit/pixel, as each pixel generates one alphabet.

3.3  Results and Comparisons:

Table 3-2 shows the performance of the frame replenishment cluster coding scheme for the Head and Shoulders data. It is assumed that the first frame is available without any distortion at the receiver as well as the transmitter. The stationary area corresponds to those pixels of a frame which are classified as insignificant changes from the previous frame and the moving area corresponds to the significant changes. Buffer overflow area corresponds to the area of a frame which is repetition of the previous frame after the buffer contents exceed point F in Fig. 3-1.

Figures 3-6(a) and 3-6(b) show the resulting images at bit-rates of .5 bit/pixel and 1 bit/pixel, respectively, assuming no transmission channel errors. As is evident from Table 3-2, the scheme performs poorly at .5 bit/pixel since about 60% of the time the contents of the previous frame are repeated. Thus, the motion would be reproduced with jerkiness. The temporal lag is evident from Fig. 3-6(a) where the areas of the image correspond to different frames in the original data.

The performance of the adaptive classification prediction scheme is shown in Table 3-3 and Figure 3-6(c). Although the SNR is much better than the cluster coding scheme, there is visibly poor spatial resolution in the moving areas.

Exhibit 47   Page 1611

MSLT_0001502

59

TABLE 3-2

FRAME REPLENISHMENT CLUSTER CODING RESULTS FOR HEAD AND SHOULDERS DATA.

| IMAGE AREA | .5 Bits/Pixel | | 1 Bit/Pixel | |
|---|---|---|---|---|
| | % OF TOTAL AREA | S/N | % OF TOTAL AREA | S/N |
| Stationary | 29.40 | 38.6 dB | 68.66 | 39.09 dB |
| Moving | 11.38 | 31.19 dB | 23.61 | 30.14 dB |
| Buffer-Overflow | 58.52 | 25.90 dB | 6.61 | 25.48 dB |
| TOTAL | 100.00 | 27.88 dB | 100.00 | 33.0 dB |

TABLE 3-3

ADAPTIVE CLASSIFICATION PREDICTION CODING OF HEAD AND SHOULDER DATA,
BIT RATE = 0.5.

| IMAGE AREA | % OF TOTAL AREA | S/N |
|---|---|---|
| Stationary | 55.05 | 39.09 dB |
| Slow Motion | 37.15 | 33.97 dB |
| Rapid Motion | 7.76 | 27.77 dB |
| TOTAL | 100.00 | 34.75 dB |

Exhibit 47   Page 1612

MSLT_0001503

60



(a) Frame Replenishment Cluster Coding.
Bit-rate = .5 bit/pixel, SNR = 28.23 dB.



(b) Frame Replenishment Cluster Coding.
Bit-rate = 1 bit/pixel, SNR = 34.19 dB.



(c) Adaptive Classification Prediction Coding.
Bit-rate = .5 bit/pixel, SNR = 34.35 dB.

Results of Interframe Predictive Schemes for Head and Shoulders Frame 8

Figure 3-6

**Exhibit 47   Page 1613**

MSLT_0001504

61

The schemes described above have the advantage that they require a very low storage capacity for the image data, about 1 image line, as well as have low computational complexity.

Exhibit 47   Page 1614

MSLT_0001505

62

# CHAPTER IV

## TRANSFORM CODING TECHNIQUES

The theory of transform coding of images can be found in [28,31,40, 58,77]. For a brief description see section 1.3.

Figure 4-1 shows a block diagram of a simple 3-D transform coding scheme for multiframe images. For practical reasons of data manipulation and management (in hardware or software), the 3-D data array is first divided into smaller arrays called sub-blocks. Let U be one such array of size L × M × N and let V denote its transform. Since for a sub-block size of L × M × N, L image frames need to be stored, the data array containing L frames will be referred to as a block. Hence further division of this data has been referred to here as a sub-block. The three dimensional discrete unitary linear transforms that we consider are separable in the three dimensions, analogous to the three dimensional Fourier transform of a continuous function f(x,y,z), viz.,

$$F(\omega_1,\omega_2,\omega_3) = \int_{-\infty}^{\infty} \int_{-\infty}^{\infty} \int_{-\infty}^{\infty} f(x,y,z)e^{-j(\omega_1 x+\omega_2 y+\omega_3 z)}dx\ dy\ dz$$

$$= \int_{-\infty}^{\infty} \left\{ \int_{-\infty}^{\infty} \left[ \int_{-\infty}^{\infty} f(x,y,z)e^{-\omega_1 x}dx \right] e^{-\omega_2 y}dy \right\} e^{-\omega_3 z}dz\ .$$

For the discrete array U, $\{u(k,i,j);\ 1 \leq k \leq L,\ 1 \leq i \leq M,\ i \leq j \leq N\}$, the analogous 3-D transformation is

Exhibit 47   Page 1615

MSLT_0001506

63



Figure 4-1:  An Interframe Transform Coding Scheme.

Exhibit 47   Page 1616

MSLT_0001507

64

$$v(\ell,m,n) = \sum_{k=1}^{L} \sum_{i=1}^{M} \sum_{j=1}^{N} u(k,i,j)\Psi_{L}(\ell,k)\Psi_{M}(m,i)\Psi_{N}(n,j)$$

$$1 \leq \ell \leq L, \ 1 \leq m \leq M, \ 1 \leq n \leq N \qquad (4\text{-}1a)$$

where $\Psi_{M}$ is an $M \times M$ transform matrix for an $M \times 1$ vector. Because of the separability of this transformation in each dimension, (4-1a) can be written as a sequence of three one dimensional transformations

$$v_{1}(\ell,i,j) = \sum_{k=1}^{L} u(k,i,j)\Psi_{L}(\ell,k); \ 1 \leq i \leq M, \ 1 \leq j \leq N, \ 1 \leq \ell \leq L$$

$$v_{2}(\ell,m,j) = \sum_{i=1}^{M} v_{1}(\ell,i,j)\Psi_{M}(m,i); \ 1 \leq \ell \leq L, \ 1 \leq j \leq N, \ 1 \leq m \leq M$$

$$\qquad (4\text{-}1b)$$

$$v_{3}(\ell,m,n) = \sum_{j=1}^{N} v_{2}(\ell,m,j)\Psi_{N}(n,j); \ 1 \leq \ell \leq L, \ 1 \leq m \leq M, \ 1 \leq n \leq N$$

$$v(\ell,m,n) \equiv v_{3}(\ell,m,n) \ .$$

For an arbitrary $\Psi$, the number of operations would be $LMN(L+M+N)$. If $\Psi$ is a fast transform, such as the fast Fourier transform (FFT) [8], then the operation count is reduced to the order of $LMN \cdot \log_{2}(LMN)$.

Each sample of the transform array, called transform coefficient, is generally quantized independently by a zero memory quantizer. The overall coder efficiency is maximized (with respect to the mean square error criterion) when the transform coefficients are uncorrelated (which is a property of the optimum Karhunen-Loeve transform [40,76]). The quantizer design depends on the probability distribution of the transformed samples. Experimentally, for the Cosine transform, the samples $v(\ell,m,n)$ have been modeled quite well for image data by the Laplacian density model, Roese [67],

Exhibit 47    Page 1617

MSLT_0001508

65

$$p(x) = \frac{1}{\sqrt{2}\sigma} \exp\left\{-\frac{\sqrt{2}|x-\mu|}{\sigma}\right\} \qquad (4-2)$$

where $\mu$ and $\sigma$ are the mean and the standard deviation of the random variable $x$. Many times, the first sample $v(1,1,1)$ is modeled by the Rayleigh density [67]. This is because image data is often non-negative and, for many transforms, the first sample is proportional to the average (or the so called d.c.) value of the data and is therefore non-negative. Hence $v(1,1,1)$ would be a non-negative random variable. However, if the data has been modeled by zero mean random process (or has been converted to be such by subtracting the mean from the data) then the Laplacian density model for $v(1,1,1)$ suffices. In the sequel, without loss of generality, we will assume $u(k,i,j)$ and $v(\ell,m,n)$ to be zero mean random variables. Let

$$\sigma_v^2(\ell,m,n) \triangleq E[v^2(\ell,m,n)] \qquad (4-3)$$

be the variance of the transform coefficient $v(\ell,m,n)$. In Fig. 4-1, if there are no channel errors in storage or readout of the quantized samples, we will have $\tilde{v}^*(\ell,m,n) = v^*(\ell,m,n)$. The average mean square distortion between the input and output is defined as

$$D = \frac{1}{LMN} \sum_{k=1}^{L} \sum_{i=1}^{M} \sum_{j=1}^{N} E[\{\tilde{u}^*(k,i,j) - u(k,i,j)\}^2] . \qquad (4-4)$$

Since the transformation is unitary, Parseval's relation implies

$$D = \frac{1}{LMN} \sum_{\ell} \sum_{m} \sum_{n} E[\{\tilde{v}^*(\ell,m,n) - v(\ell,m,n)\}^2] .$$

and in the absence of channel errors

Exhibit 47   Page 1618

MSLT_0001509

66

$$D = \frac{1}{LMN} \sum_{\ell} \sum_{m} \sum_{n} E[\{v^*(\ell,m,n) - v(\ell,m,n)\}^2] \; .$$

If we define the quantizer characteristics as

$$q(x) = \text{mean square quantizer error for a unit} \qquad (4\text{-}5)$$
$$\text{variance input random variable quantized}$$
$$\text{to } x \text{ bits}$$

we can write

$$D = \frac{1}{LMN} \sum_{\ell} \sum_{m} \sum_{n} \sigma_v^2(\ell,m,n) q(b_{\ell,m,n}), \qquad (4\text{-}6)$$

where $b_{\ell,m,n}$ = number of bits allocated to the coefficient $v(\ell,m,u)$. Now, if the total number of bits available is fixed, i.e.,

$$\sum_{\ell} \sum_{m} \sum_{n} b_{\ell,m,n} = LMNb \qquad (4\text{-}7)$$

where b = average bit rate in bits per sample, the overall distortion is minimized by finding the optimal bit allocation among the various samples such that the distortion D given by (4-6) is minimized. Since

$$b_{\ell,m,n} \geq 0 \qquad (4\text{-}8)$$

(4-6) is to be minimized subject to the constraints of (4-7) and (4-8). Another desirable constraint is to require

$$b_{\ell,m,n} = \text{integer} \; . \qquad (4\text{-}9)$$

The above minimization can be performed by a simple integer programming algorithm, originally due to Fox [89]. Jain and Wang [86] have applied

Exhibit 47   Page 1619

MSLT_0001510

67

this algorithm for finding integer bit allocation in hybrid coding of intraframe images for several practical quantizers. (For other methods of approximate bit allocation see [28,70]). Once the bit allocations are known, each transform sample $v(\ell,m,n)$ is quantized to $b_{\ell,m,n}$ bits.

As we can see from the above analysis, a transform coder design requires the knowledge of the transform coefficient variances, $\sigma_v^2(\ell,m,n)$. For a simple transform coding scheme with a fixed quantizer for each of the transform coefficients, the multiframe images are assumed to be wide sense stationary (although, as pointed out in chapter II, this is a very poor approximation for the motion images). With this assumption, it can be easily seen that $\sigma_v^2(\ell,m,n)$ can be obtained by the knowledge of the co-variance function of the array U (see [49,67]). One approach has been to model the covariance by some simple function, e.g., as a product of first order stationary Markov process covariance models [67] defined by

$$c_{\ell,m,n} \triangleq E[u(k',i',j') \cdot u(k'+\ell,i'+m,j'+n)] \qquad (4\text{-}10a)$$

$$= \sigma^2 \cdot \rho_k^{|\ell|} \cdot \rho_i^{|m|} \cdot \rho_j^{|n|} \qquad (4\text{-}10b)$$

where $\sigma^2$ is the variance of the data sample $u(k,i,j)$ and the $\rho_k$, $\rho_i$, and $\rho_j$ are the one step correlation parameters along the indices k, i, and j, respectively. An alternative approach is to measure the covariance function on a portion of the data [49] similar to the intraframe case as in (4-5) and use these for the rest of the data. However, the transform domain statistics, i.e., $\sigma_v^2(\ell,m,n)$, can be directly estimated from the transform coefficients. In this case the estimate is given by

$$\sigma_v^2(\ell,m,n) = \frac{1}{B_o} \sum_V v^2(\ell,m,n) \quad 1 \le \ell \le L, \ 1 \le m \le M, \ 1 \le n \le N, \quad (4\text{-}11)$$

Exhibit 47   Page 1620

MSLT_0001511

68

where $B_O$ is the number of data sub-blocks used in the calculation of (4-11) and the summation is taken over all these sub-blocks.

The array of quantized transform coefficients, $V^*$, is encoded and transmitted or stored. Its received value, $\tilde{V}^*$, is inverse transformed (by interchanging $U$ and $V$ and replacing $\Psi$ with $\Psi^{*T}$ in (4-1)) to obtain the reproduced value of $U$ as $\tilde{U}^*$. In the coding experiments of this chapter and the next chapter we assume the channel to be noise free, i.e.,

$$V^* = \tilde{V}^* \implies U^* = \tilde{U}^* .$$

For the discussion on coding for noisy channels, refer to chapter VI.

## 4.1 Adaptive Interframe Transform Coding Schemes

In the transform coding scheme discussed above, the multiframe images were modeled as a 3-D stationary random process (in the wide sense). In reality, the multiframe motion images are nonstationary, in general. The nonstationarity exists in the spatial as well as the temporal dimensions, and the latter appears to be more severe between the two. This is because the temporal direction is deterministically related (except for the noise due to camera & digitization) to the spatial coordinates as discussed in chapter II. Hence, a stationary random process characterization is not a realistic assumption. The nonstationarity in the spatial domain is mainly due to the presence of sharp object edges (or features) within an image frame.

The encoding of multiframe motion images with the assumption of stationarity, therefore, results in large degradations in the sharp features within a frame, and in the reproduction of motion features. Usually, these are the more desirable features.

**Exhibit 47   Page 1621**

MSLT_0001512

69

Some researchers have developed methods of coding single frame images by separating the nonstationarities (such as edges) and coding them separately [75,83]. The residual image (after separating or subtracting edges) is then modeled accurately by a stationary process and can be coded using a simple transform coding scheme such as described above (the intraframe or 2-D transform coding is a special case of the interframe scheme with L = 1). However, these methods result in increased complexity and their extension to the interframe (or 3-D) transform coding seems difficult.

We have investigated the possibility of some simple extensions of transform coding which would improve its performance by accounting, in some way, for the nonstationarity. We have found that the concept of "activity index" proposed by Gimlet [21] for intraframe transform coding can be extended to the interframe coding by finding a modified activity index. As we have seen in chapter II, the interframe variance (or IFV) is a good measure of the combined spatial and temporal activity between two successive frames of multiframe motion images. Thus, an average of the IFV measured over a sub-block between each pair of successive frames, given by

$$a = \frac{1}{(L-1)MN} \sum_{k=2}^{L} \sum_{i=1}^{M} \sum_{j=1}^{N} \{u(k,i,j) - u(k-1,i,j)\}^2 \qquad (4-12)$$

could be used as a good measure for the activity index.

In [21] the adaptation is achieved by classifying a two dimensional sub-block into one of the 4 classes, based on the value of the activity index (which is nothing but the variance of the sub-block), by a threshold classifier. The thresholds are chosen such that each class has equal

Exhibit 47   Page 1622

MSLT_0001513

70

occurrences in an image frame.  Each class is assigned different but
fixed number of total bits (obviously a class having higher activity
index is assigned more bits).  Thus this scheme operates at fixed bit-
rate per frame.  We would like to point out that what is essentially
being achieved by this adaptation is to approximate a nonstationary pro-
cess by 4 piecewise stationary processes.  Also note that for each class
the thresholds would vary from one image frame to another with the distri-
bution of motion.  Thus, making the piecewise stationary approximation
poorer because, for the same class, the range of activity index is no
longer fixed.  Therefore, we have chosen fixed thresholds for classification.

        We also choose 4 classes.  The selection of number of classes is a
trade-off between performance and complexity.  The classification for
each sub-block is coded using 2 bits.  For each class separate bit-rates
and statistics are used.  Once the statistics for each class are known (or
measured) the bit-rates could be determined from the distortion-rate
curves by fixing the distortion level for each class.  The activity index
(or IFV) thresholds for classification depend on the nature of the data
and the sub-block size.  Their suitable values can be found from the histo-
gram of the activity index.

        In the adaptive shceme described above, both the bit-rate and sta-
tistics were adapted for each class.  However, if desired, one of them
could be kept con_tant at the cost of only a partial improvement over the
usual (or non-adaptive) scheme.

## 4.2  Experimental Results

        The adaptive and non-adaptive interframe transform coding mehods
of the previous sections as well as the usual (or non-adaptive) intraframe

Exhibit 47   Page 1623

MSLT_0001514

71

transform coding were applied to some of the data sets described in
chapter I.

Due to the superior performance of the Cosine transform for data
compression of highly correlated data (see appendix B and [33,49,67]) we
have chosen the transform matrix $\Psi$ throughout this work as the discrete
Cosine transform (or DCT) matrix (see Ahmed et al. [2]) defined as

$$\Psi_M(i,j) = \begin{cases} \sqrt{1/M} & , i = 1, 1 \le j \le M \\ \sqrt{2/M} \cos \dfrac{(2j-1)(i-1)}{2M} & , 2 \le i \le M, 1 \le j \le M \end{cases} \quad . \quad (4\text{-}13)$$

4.2.1  Head and Shoulders Images — All the three methods are com-
pared for this data set. Since it contains motion images with motion
being localized in certain areas of an image frame, it is a good candidate
for comparing the effect of adaptations. For interframe (or 3-D trans-
form) coding a sub-block size of 16 × 16 × 16 was chosen as in [67]. To
compare the performance of interframe and intraframe schemes, two sub-
block sizes for intraframe transform coding were chosen. The first,
16 × 16, is used to compare the contribution of the temporal redundancy
exploited by the interframe scheme. The second size, 64 × 64, is used to
have the same number of samples in the intraframe and interframe sub-blocks.
Since the performance of a scheme also depends on the knowledge of the
statistics, some of the statistical models are also compared.

For intraframe coding we compare three statistical models—(i) Sep-
arable covariance model of (A-1) with $\rho_i = \rho_j = .95$; (ii) Measured sta-
tistical model, which is obtained by suppressing index $\ell$ in (4-11), given
in Table A-1; and (iii) Isotropic covariance model with correction given
in Table A-4 (see appendix A for discussion on modeling intraframe
statistics).

Exhibit 47   Page 1624

MSLT_0001515

72

Table 4-1 gives the performance of these models for a sub-block size of 16 × 16. As expected, the performance of the separable model is the worst and that of the measured statistical model is the best. The isotropic model with correction is closer to the measured statistical model at low bit-rates and in between at higher bit-rates. Also, the superior performance of the measured statistical model increases with the bit-rate. This is also expected, since at lower bit-rates only the low order (or low spatial frequency) transform coefficients are transmitted (from the distortion-rate considerations) and usually the simple parametric models such as the separable and the isotropic (without correction) do well in predicting their statistics (as can be seen by comparing Tables A-1 and A-3).

Table 4-2 shows the performance of the intraframe scheme for the sub-block size of 64 × 64 for two of the models (except the separable, which is expected to do relatively worse for higher sub-block size). We notice an improvement between 1-2 dB for the isotropic model and about 3-4 dB for the measured statistical model over the 16 × 16 case. Thus, the relative superior performance of measured statistical model increases with the increase in the sub-block size. This again is expected.

Figures 4-2 and 4-3 show some of the images corresponding to frame #8 resulting from the intraframe transform coding. In general, the relative visual quality for various models and array sizes is in agreement with the mean square performance. At low SNR (below 35 dB), the noise in the background areas is quite visible in addition to the blurring of sharp features (or edges). For high SNR (above 37 dB) the visual quality is good.

Exhibit 47   Page 1625

MSLT_0001516

73

TABLE 4-1

SNR FOR NON-ADAPTIVE <u>INTRAFRAME</u> COSINE TRANSFORM CODING OF THE HEAD
AND SHOULDERS IMAGES FOR THREE STATISTICAL MODELS.  SUB-BLOCK SIZE =
16 × 16.

| S. N. | BIT-RATE PER PIXEL | STATISTICAL MODEL | | |
|---|---|---|---|---|
| | | SEPARABLE | ISOTROPIC WITH CORRECTION | MEASURED STATISTICS |
| 1 | .25 | 28.02 dB | 29.76 dB | 30.29 dB |
| 2 | .50 | 30.03 dB | 33.41 dB | 34.16 dB |
| 3 | 1.00 | 35.47 dB | 37.41 dB | 39.63 dB |
| 4 | 2.00 | 40.92 dB | 42.38 dB | 45.52 dB |

TABLE 4-2

SNR FOR NON-ADAPTIVE <u>INTRAFRAME</u> COSINE TRANSFORM CODING OF THE HEAD
AND SHOULDERS IMAGES FOR TWO STATISTICAL MODELS.  SUB-BLOCK SIZE =
64 × 64.

| S. N. | BIT-RATE PER PIXEL | STATISTICAL MODEL | |
|---|---|---|---|
| | | ISOTROPIC WITH CORRECTION | MEASURED STATISTICS |
| 1 | .25 | 31.49 dB | 33.29 dB |
| 2 | .50 | 35.31 dB | 38.06 dB |
| 3 | 1.00 | 39.27 dB | 43.71 dB |
| 4 | 2.00 | 43.44 dB | 48.49 dB |

TABLE 4-3

SNR FOR NON-ADAPTIVE <u>INTERFRAME</u> COSINE TRANSFORM CODING OF THE HEAD
AND SHOULDERS IMAGES FOR TWO STATISTICAL MODELS.  SUB-BLOCK SIZE =
16 × 16 × 16.

| S. N. | BIT-RATE PER PIXEL | STATISTICAL MODEL | |
|---|---|---|---|
| | | SEPARABLE | MEASURED STATISTICS |
| 1 | .10 | 28.53 dB | 30.72 dB |
| 2 | .25 | 31.31 dB | 34.35 dB |
| 3 | .50 | 33.34 dB | 37.60 dB |
| 4 | 1.00 | 35.49 dB | 41.89 dB |

**Exhibit 47   Page 1626**

MSLT_0001517

74



(i) Bit-rate = .5 bit/pixel, SNR = 31.11 dB.     (ii) Bit-rate = 1 bit/pixel, SNR = 35.68 dB.

(a) Separable Covariance Model

(i) Bit-rate = .5 bit/pixel, SNR = 33.65 dB.     (ii) Bit-rate = 1 bit/pixel, SNR = 37.76 dB.

(b) Isotropic Covariance Model with Correction

Intraframe Transform Coding using Separable and Isotropic Models, Sub-block Size = 16 × 16

Figure 4-2

Exhibit 47   Page 1627

MSLT_0001518

75



(i) Bit-rate = 5 bit/pixel, SNR = 34.44 dB.    (ii) Bit-rate = 1 bit/pixel, SNR = 40.25 dB.

(a) Sub-block Size = 16 x 16

(i) Bit-rate = 5 bit/pixel, SNR = 38.11 dB.    (ii) Bit-rate = 1 bit/pixel, SNR = 43.73 dB.

(b) Sub-block Size = 64 x 64

Intraframe Transform Coding using Measured Statistics in Transform Domain with Various Sub-block Sizes.

Figure 4-3

Exhibit 47   Page 1628

MSLT_0001519

76

Table 4-3 shows the performance of the non-adaptive interframe transform coding method for the separable model of (4-10b) with $\rho_i = \rho_j = \rho_k = .95$, and the measured statistical model of (4-11). Tables 4-4 and 4-5 show the bit allocation for these two models. On comparing these two tables we notice that the separable model wastes a large number of bits on high spatial frequencies which contain negligible mean square energy. Thus, it is a poor model (as pointed out earlier) in predicting the variance of high spatial frequencies.

On comparing Tables 4-1 and 4-3 we note that for the separable models, the gains due to temporal redundancy are only realized at low bit-rates (once again, for the same reason as in the intraframe), and at 1 bit/pixel there are no practical gains. While for the measured statistical models, there are gains of 2-4 dB arising from temporal redundancy, the gains decreasing with increasing bit-rates.

The comparison of Tables 4-2 and 4-3 show that, for the measured statistical models, the gains achieved by the exploitation of the temporal redundancy can be surpassed by an intraframe scheme by simply increasing its sub-block size so that the total sub-block sizes of the interframe and the intraframe schemes are the same. This result, which appears unexpected at first, is because we have modeled the temporal statistics by stationary processes—which is a poor representation in areas of moderate and large motion.

One quantity, to which the relative performance of the intraframe and the interframe schemes for motion images is definitely related, is the amount of motion between successive frames. A lower value of this quantity (resulting in high temporal correlation) will favor the interframe

Exhibit 47   Page 1629

MSLT_0001520

TABLE 4-4

BIT ALLOCATION FOR THE FIRST EIGHT INDICES ALONG TEMPORAL AXIS CORRESPONDING TO THE 3-D SEPARABLE COVARIANCE MODEL WITH $\rho_i = \rho_j = \rho_k = .95$ FOR NON-ADAPTIVE COSINE TRANSFORM CODING. SUB-BLOCK SIZE = 16 × 16 × 16. BIT-RATE = .5 BIT/PIXEL.

**k = 1**

```
99877766666655
97665555444444
86655444443333
76544433333222
76544433222111
75544333222111
65433322221111
65433322111000
65433222111000
64433222100000
64433221100000
64432210000000
64432211000000
54321100000000
54321100000000
54321100000000
```

**k = 2**

```
97665555444444
76544433333222
65443322221111
64432211000000
54321100000000
54321000000000
43210000000000
43200000000000
43200000000000
43100000000000
43100000000000
42100000000000
42000000000000
42000000000000
```

**k = 3**

```
86655444433333
65443322221111
64322211000000
54321100000000
53321000000000
43210000000000
42100000000000
42000000000000
41000000000000
31000000000000
31000000000000
31000000000000
```

**k = 4**

```
76544433333222
64432211000000
54321000000000
43210000000000
42000000000000
31000000000000
31000000000000
30000000000000
20000000000000
20000000000000
20000000000000
```

**k = 5**

```
75544333322222
54322110000000
53210000000000
42100000000000
42000000000000
31000000000000
30000000000000
20000000000000
20000000000000
20000000000000
```

**k = 6**

```
75544332222111
54321000000000
43200000000000
42000000000000
31000000000000
30000000000000
20000000000000
20000000000000
10000000000000
```

**k = 7**

```
65433222111110
32221000000000
32100000000000
31100000000000
30000000000000
20000000000000
20000000000000
10000000000000
10000000000000
00000000000000
```

**k = 8**

```
65433222111000
53210000000000
42100000000000
31000000000000
30000000000000
20000000000000
10000000000000
10000000000000
00000000000000
```

Exhibit 47    Page 1630

MSLT_0001521

## TABLE 4-5

BIT ALLOCATION FOR THE FIRST EIGHT INDICES ALONG TEMPORAL AXIS CORRESPONDING TO THE
MEASURED STATISTICS FOR THE HEAD AND SHOULDERS DATA FOR NON-ADAPTIVE COSINE TRANS-
FORM CODING.    SUB-BLOCK SIZE = 16 × 16 × 16.    BIT-RATE = .5 BITS/PIXEL.



Bit allocation matrices for k = 1 through k = 8.

Exhibit 47   Page 1631

MSLT_0001522

79

scheme if all the frames are required to be transmitted.  However, adaptations due to motion must be made in areas of significant motion.

Since the intraframe scheme requires much less memory (M image rows) than the interframe scheme (L frames), the above result shows the non-adaptive interframe transform scheme is unattractive from the MSE point of view.

Parts (a) and (b) of Fig. 4-4 show the images corresponding to frame #8 for the non-adaptive interframe transform coding.  Comparing Fig. 4-4(a) with Figs. 4-2(a)-(i) and 4-2(b)-(i), we note that for comparable levels of distortions, at a low SNR, the distortion due to the intraframe and the interframe transform coding is differently distributed.  The stationary areas are much less noisy (or better reproduced) in the interframe coding, while the moving area edges are more blurred.  This result is expected.  Thus, from the point of view of the exchange of spatial and temporal resolution for the motion image, the interframe transform coding method might be more desirable for the same mean square error. This supports the belief that the MSE alone is not a sufficient criterion in comparing various schemes.  However, at high SNR values the MSE criterion seems to be reasonable for comparisons.  Figure 4-4(b) shows a significant improvement due to measured statistics over the separable model.

Table 4-6 gives the parameters of the adaptive interframe transform coding scheme.  Table 4-7 gives the performance of an adaptive interframe transform coding scheme without adapting the statistics to each class. This was done to separately study the effects of the adaptations of bit-rates and the statistics to the classification.  For the first entry of this table even the bit-rates were forced to be the same.  Thus, it

Exhibit 47   Page 1632

MSLT_0001523