1                        **EXHIBITS TABLE OF CONTENTS**

2    <u>**Exhibit**</u>        <u>**Document**</u>                                                    <u>**Page No.**</u>

3    1    U.S. Patent No. 4,763,356 to Day, et al., marked with Bates range
4         LUC 1004455-81 ...................................................................................... 12

5    2    Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the
         Invalidity of U.S. Patent No. 4,763,356, dated May 15, 2007
6         [Docket No. 1795]...................................................................................... 39

7    3    "Touch Screens: Big Deal or No Deal?," Michael Tyler, DATAMATION,
         dated January 1984, marked with Bates range GW-LT422215-22...................... 47

8    4    Excerpts of the deposition Michael E. Farmer, taken February 23, 2006............ 55

9    5    Excerpts of The Home Accountant and Financial Planner for the
         Macintosh, dated 1984, marked with Bates range MSLT_1060811-813 ............ 67
10
11   6    Excerpts of the deposition of Dale Buscaino, taken November 7, 2007.............. 73

12   7    Claim Construction Order Clarifying and Superceding the Order of March
         1, 2004, Construing Claims for U.S. Patent No. 4,763,356
13        [Docket No. 1552], dated April 17, 2007 ............................................................ 79

14   8    U.S. Patent No. 4,439,759 to Fleming et al., marked with Bates range
         LUC1114390-409 ...................................................................................... 88

15   9    "Final Report – NASA Grant NSG 1508, Extension of the Core Graphics
         System for Raster Graphics Display," James D. Foley, marked with Bates
16        range DELL366644-799 ................................................................................ 108

17   10   Supplemental Rebuttal Expert Report of Jake Richter, dated
         October 12, 2007........................................................................................... 264
18
19   11   Excerpts of the deposition of Jake Richter, taken November 14, 2007 ............. 286

20   12   Order Construing Claims for United States Patent Number 4,439,759,
         dated November 15, 2005 ............................................................................... 311

21   13   Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of
22        U.S. Patent Number 4,439,759, dated September 14, 2007............................... 321

23   14   Affidavit of Jean A. Pec, with Exhibits A-B, dated September 14, 2007.......... 409

24   15   Status Report of the Graphics Standards Planning Committee, Computer
         Graphics, Vol. 11, No. 3, Fall 1977, marked with Bates range
25        GW-LT253851-997 ...................................................................................... 574

26   16   Excerpts of the deposition of James D. Foley, taken November 7, 2007 .......... 721

27   17   Home Information Systems - Provisional Standard, Bell Laboratories,
         dated April 14, 1981, marked with Bates range LUC 003905-4026.
28        **FILED UNDER SEAL** ................................................................................ 732

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

18    Expert Report of Edward J. Delp III Regarding Obviousness, dated September 14, 2007 ...................................................................854

19    Supplemental Rebuttal Expert Report of Professor Bernd Girod Regarding Validity of Lucent's 4,383,272 and 4,958,226 Patents, dated October 12, 2007 ..................................................................1011

20    Excerpts of the deposition of Bernd Girod, taken on November 20, 2007 ......1045

21    Excerpts of "Digital Pictures: Representation and Compression," Arun N. Netravali and Barry G. Haskell, 1988, marked with Bates range MSLT_0004995-99, 5408, and 5481 ..................................................1084

22    Excerpts of the deposition of Barry Haskell, taken December 15, 2005. **FILED UNDER SEAL** .........................................................................1103

23    Translation of the Master's Thesis of Thomas Micke, entitled "Comparison of a Predictive and an Interpolative Motion Compensating Coding Method for Television Signals, April 1986, marked with Bates range GW-LT255053-131 ...........................................................1094

24    U.S. Patent No. 4,958,226 to Haskell, et al., marked with Bates range LUC1112272-77 ...............................................................................1182

25    Order Construing Claims for United States Patent Number 4,958,226, dated July 14, 2005 ..........................................................................1188

26    Copyright Information for Digital Pictures, marked with Bates range DELL318997-99 ...............................................................................1194

27    Affidavit of Michael A. Davis, Jr., dated March 12, 1999, with Exhibits A-F, marked with Bates range DELL320793-800 ...........................1197

28    "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Picture," N.K. Lodge, marked with Bates range DELL318140-47 ....................................................1205

29    A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Masayuki Tanimoto, July 1987, marked with Bates range DELL318251-54 ...........................................................1213

30    CITT SG XV Working Party Document #81: Comments on Conditional Motion Compensated Frame Interpolation," March 1986, marked with Bates range MSLT0625891-94 .................................................................1217

31    U.S. Patent No. 4,849,810 to Ericsson, marked with Bates range DELL319258-315 ...............................................................................1221

32    U.S. Patent No. 4,816,914 to Ericsson, marked with Bates range DELL320565-607 ...............................................................................1280

33    U.S. Patent No. 4,794,455 to Ericsson, marked with Bates range DELL319147-73 ...............................................................................1323

34    U.S. Patent No. 4,703,350 to Hinman, marked with Bates range DELL320519-37 ...............................................................................1350

- 8 -

35      U.S. Patent No. 4,727,422 to Hinman, marked with Bates range
        MSLT_0001034-51 ................................................................................. 1369

36      U.S. Patent No. 4,661,849 to Hinman, marked with Bates range
        DELL318173-90 .................................................................................... 1387

37      U.S. Patent No. 4,754492 to Malvar, marked with Bates range
        DELL319037-59 .................................................................................... 1405

38      Declaration of Thomas Wehberg ........................................................... 1428

39      "The Efficiency of Motion-Compensating Prediction for Hybrid Coding of
        Video Sequences," Bernd Girod, August 1987, marked with Bates range
        MSLT_0233488-502 ............................................................................. 1430

40      "Television Band Compression by Contour Interpolation," Professor D.
        Gabor, et al., May 1961, marked with Bates range MLST0001228-40 ........... 1445

41      "Picture Coding: A Review," Arun N. Netravali and John O. Limb, March
        1980, marked with Bates range MSLT_0001623-63 ...................................... 1459

42      Order Denying-in-Part Dell's Motion for Summary Judgment on U.S.
        Patent No. 4,383,272 [Docket No. 1948], dated July 27, 2007 ..................... 1500

43      Superceding Order Construing Claims for United States Patent Number
        4,383,272, dated August 16, 2005 .............................................................. 1507

44      Order Denying Gateway's Motions for Summary Judgment that U.S.
        Patent No. 4,383,272 is Invalid Under 35 U.S.C. §102(g) and Granting
        Summary Adjudication on Certain Predicate Issues Pertaining to This
        Defense [Docket No. 1948], dated July 12, 2007 ........................................ 1513

45      United States Patent 4,383,272 to Netravali, et al., marked with Bates
        range LUC0001363-73 ........................................................................... 1519

46      Response to the Examiner dated October 22, 1982, marked with Bates
        range LUC0001428-31 ........................................................................... 1530

47      Doctorate thesis of Jaswant Raj Jain, entitled "Interframe Adaptive Data
        Compression Techniques for Images," September 1979, marked with
        Bates range MSLT_0001425-622 .............................................................. 1534

48      Excerpts of the deposition of Delphine Lewis, taken June 30, 2005 ............... 1732

49      Physical exhibit of video excerpts from the videotaped deposition of
        Michael Farmer, taken on February 23, 2006.
        This exhibit a compact disk ("CD").

- 9 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

1
2
3
4
5
6
7
8
9
10
11
12
13
14          **THIS PAGE INTENTIONALLY LEFT BLANK**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

81

### TABLE 4-6

PARAMETERS OF 4-CLASS ADAPTIVE TRANSFORM CODING SCHEME FOR HEAD AND SHOULDERS DATA.

| CLASS NO. | ACTIVITY INDEX | PROBABILITY OF OCCURRENCE |
|---|---|---|
| 1 | 0 - 40 | .590 |
| 2 | 40 - 100 | .172 |
| 3 | 100 - 400 | .176 |
| 4 | 400 - | .062 |

### TABLE 4-7

PERFORMANCE OF ADAPTIVE TRANSFORM CODER FOR HEAD AND SHOULDERS DATA. SAME STATISTICS WERE USED FOR ALL THE CLASSES AND WERE MEASURED OVER ALL THE DATA. BLOCK SIZE IS 16 x 16 x 16.

| S.N. | BIT RATE | | | | | SIGNAL TO NOISE RATIO IN DECIBELS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLASS | | | | OVER-ALL | CLASS | | | | OVER-ALL |
| | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | |
| 1* | .5 | .5 | .5 | .5 | .50 | 42.56 | 39.96 | 35.11 | 29.52 | 37.60 |
| 2 | .125 | .25 | .5 | .75 | .25 | 36.15 | 36.89 | 35.11 | 31.83 | 35.63 |
| 3 | .25 | .5 | 1.0 | 1.5 | .50 | 39.19 | 39.96 | 39.87 | 36.65 | 39.21 |
| 4 | .75 | 1.0 | 1.5 | 2.0 | 1.00 | 44.84 | 44.32 | 43.33 | 39.25 | 43.84 |

*This entry corresponds to non-adaptive case and has been given here for comparison.

### TABLE 4-8

PERFORMANCE OF ADAPTIVE TRANSFORM CODER FOR HEAD AND SHOULDERS DATA. DIFFERENT STATISTICS WERE USED FOR DIFFERENT CLASSES AND WERE MEASURED OVER EACH CLASS. BLOCK SIZE IS 16 x 16 x 16.

| S.N. | BIT RATE | | | | | SIGNAL TO NOISE RATIO IN DECIBELS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLASS | | | | OVER-ALL | CLASS | | | | OVER-ALL |
| | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | |
| 1 | .031 | .094 | .25 | .375 | .10 | 34.06 | 33.94 | 32.60 | 31.36 | 33.54 |
| 2 | .125 | .25 | .50 | .75 | .25 | 39.18 | 37.61 | 36.40 | 36.27 | 38.06 |
| 3 | .25 | .50 | 1.0 | 1.5 | .50 | 41.34 | 40.86 | 41.70 | 42.88 | 41.39 |
| 4 | .75 | 1.0 | 1.5 | 2.0 | 1.00 | 46.17 | 45.23 | 45.48 | 46.12 | 45.86 |

Exhibit 47   Page 1633

MSLT_0001524

82

corresponds to the non-adaptive case. This was done to see the distribution of the distortion among the classes. Table 4-8 gives the performance of the adaptive scheme for adaptive bit-rates as well as statistics.

From the first entry of Table 4-7 we see that for a non-adaptive case, the average distortion increases with the class number (as expected) and there is about 13 dB difference between class 1 (containing areas of low spatial and temporal activity) and class 4 (containing areas of high spatial and temporal activity). Comparing this with entry 3 of Table 4-7 we see that, for the same average rate, the adaptation of bit-rates alone results in great improvement in the distortion for classes 3 and 4 and in an overall increase of 1.6 dB. From Table 4-8 we see that an additional gain of 2-2.5 dB is achieved by adapting the statistics. Thus the overall improvement for the adaptive scheme over the non-adaptive (interframe) scheme is about 4 dB or a compression gain by a factor of about 2 in addition to the better reproduction of the high spatial activity areas and the motion.

Figure 4-4(c) and 4-4(d) show some images for the adaptive interframe transform coding. We can see that the adaptive scheme does far better than the non-adaptive scheme. The performance of the adaptive scheme at .1 bit/pixel is superior to the non-adaptive scheme with the separable model at .5 bit/pixel. This is evident by comparing images (a) and (c) of Figure 4-4, where the former reproduces motion much better (see the lips, the eyes, and the tie). Thus, at low SNR we obtain a compression gain of 5 by the adaptive scheme over the non-adaptive scheme with the separable model and still get better results.

4.2.2  Chemical Plant Images - Since the Chemical Plant images were generated by an airborne camera, the motion is moe evenly distributed.

Exhibit 47   Page 1634

MSLT_0001525

83

Since any adaptation without motion compensation is not expected to
result in significant improvement, only non-adaptive schemes were compared.

Table 4-9 and Figure 4-5 show the results for the measured sta-
tistical model. We notice that for these images, the signal to noise
ratios obtained are much lower than those for the Head and Shoulders
images. This is because these images have much lower correlation and
the data is more noisy. Comparing the relative performances (Table 4-9)
once again, we note that the intraframe scheme at sub-block size of
$64 \times 64$ is almost as good as the interframe scheme for the sub-block size
of $16 \times 16 \times 16$.

   4.2.3 X-Ray Projection Images - The projection images in our
experiment are the 2-D x-ray projections of a 3-D object at various angles
around a fixed axis and do not contain motion. The stationarity of sta-
tistics is a more valid assumption for these images and thus these are
better candidates for interframe transform coding. The given images had
a very high correlation between the rows (along i-axis). So a sub-block
size of $8 \times 32 \times 16$ was selected.

   Table 4-10 shows the performance of the non-adaptive transform cod-
ing method with measured statistics. Figure 4-6 shows an original image
and some of the coded images at various compression ratios. In Figure 4-7,
the mean square error is plotted as a function of frame (or image) number.
The periodic occurrence of the error peaks after every eighth frame is
due to the fact that these frames lie on the boundaries of our $8 \times 16 \times 32$
sub-blocks. However, this effect diminishes for lower compression ratios,
e.g., an almost constant mean square error at the compression ratio of 16
is achieved.

**Exhibit 47   Page 1635**

MSLT_0001526

84

TABLE 4-9

SNR FOR NON-ADAPTIVE INTRAFRAME AND INTERFRAME COSINE TRANSFORM CODING
OF THE CHEMICAL PLANT IMAGES WITH MEASURED STATISTICS.

| S. N. | BIT-RATE PER PIXEL | INTRAFRAME | | INTERFRAME |
|---|---|---|---|---|
| | | SUB-BLOCK SIZE = 16 × 16 | SUB-BLOCK SIZE = 64 × 64 | SUB-BLOCK SIZE = 16 × 16 × 16 |
| 1 | .5 | 27.26 dB | 28.51 dB | 28.65 dB |
| 2 | 1.0 | 30.73 dB | 32.10 dB | 32.16 dB |
| 3 | 2.0 | 36.37 dB | 38.14 dB | 37.97 dB |

TABLE 4-10

PERFORMANCE OF THE NON-ADAPTIVE INTERFRAME TRANSFORM CODER FOR THE X-RAY
PROJECTION IMAGES.

| S.N. | BIT-RATE PER PIXEL | COMPRESSION RATIO | MEAN SQUARE ERROR | SIGNAL TO NOISE RATIO |
|---|---|---|---|---|
| 1 | .04 | 200 | 5.522 | 40.71 dB |
| 2 | .125 | 64 | 2.153 | 44.80 dB |
| 3 | .25 | 32 | 1.277 | 47.07 dB |
| 4 | .50 | 16 | 0.757 | 49.34 dB |
| 5 | 1.00 | 8 | 0.373 | 52.41 dB |
| 6 | 2.00 | 4 | 0.121 | 57.31 dB |

Exhibit 47    Page 1636

MSLT_0001527

80



(a) Non-adaptive, Separable Covariance Model,
Bit-rate = .5 bit/pixel, SNR = 32.09 dB.

(b) Non-adaptive, Measured Statistics,
Bit-rate = .5 bit/pixel, SNR = 36.80 dB.

(c) Adaptive, Measured Statistics,
Bit-rate = .1 bit/pixel, SNR = 33.50 dB.

(d) Adaptive, Measured Statistics,
Bit-rate = .5 bit/pixel, SNR = 41.18 dB.

Interframe Transform Coding, Sub-block Size = 16 × 16 × 16

Figure 4-4

Exhibit 47   Page 1637

85



(a) Intraframe, Sub-block Size = 34 x 64,
   Bit-rate = .5 bit/pixel, SNR = 28.31 dB.

(b) Intraframe, Sub-block Size = 64 x 64,
   Bit-rate = 1 bit/pixel, SNR = 31.99 dB.

(c) Intraframe, Sub-block Size = 16 x 16,
   Bit-rate = 1 bit/pixel, SNR = 30.60 dB.

(d) Interframe, Sub-block Size = 16 x 16,
   Bit-rate = 1 bit/pixel, SNR = 31.85 dB.

Intraframe and Interframe Transform Coding using Measured Statistics in Transform Domain.

Figure 4-5

Exhibit 47   Page 1638

86



Images resulting from data compression of a projection image at angle of view = 0°.

Figure 4-6

Exhibit 47   Page 1639

MSLT_0001530

87



Figure 4-7:  Variation of Mean Square Error as a Function of Frame Number for Transform Coding of the X-ray Projection Images.

Exhibit 47   Page 1640

MSLT_0001531

88

In the foregoing experiments we have encoded the projection data and shown the coder performance on this data. However, in practice, the medically useful information lies in 3-D view or equivalently, in the multiple adjacent transaxial cross-sections (also called levels) of the object, which are reconstructed from the projection data. The various levels were separately reconstructed by approximating the x-ray cone beam by a sequence of parallel divergent fan beams. This is a reasonable approximation for x-ray cone beam sources far from the object, and permits use of a two dimensional reconstruction algorithm for each level. For our data a divergent beam two-dimensional reconstruction algorithm [27] was used. Final reconstructed images for various levels are of size 64 × 64 and were displayed after a sample averaging of three adjacent video lines.

Figures 4-8(a)-(c) show the reconstructed images at levels 34 and 94 (of the total 128 possible) reconstructed from the original as well as from the compressed projection data. Figure 4-8(d) shows the images of the error signal between the original and the compressed reconstructions at various compression ratios for level 94.

The effect of the data compression on resolution is readily observed by viewing the reconstructed images at level 94. Notice the blurring of two dark small circular areas at about the 4 o'clock position (small air passages in the lung called bronchi) as the compression ratio increases. The smaller of the two areas (upper right) starts disappearing at compression ratio of 16, while the other one starts disappearing at 32. Generally the larger features are retained at even higher compression ratios. The error images show that at lower compression ratios the sample-to-sample errors are more or less uncorrelated, while at higher compression ratios the object structure is more visible in the errors.

Exhibit 47   Page 1641

MSLT_0001532

85



(a)   Reconstruction of Level #34

    (i)   Original      (ii)  C.R. = 8
    (iii) C.R. = 32    (iv)  C.R. = 200



(d)   Normalized error in reconstruction
    of Level #94 due to Data Compression
    (i)   C.R. = 4     (ii)  C.R. = 16
    (iii) C.R. = 64    (iv)  C.R. = 200



(b)   Reconstruction of Level #94

    (i)   Original      (ii)  C.R. = 4
    (iii) C.R. = 8      (iv)  C.R. = 16

(c)   Reconstruction of Level #94

    (i)   Original      (ii)  C.R. = 32
    (iii) C.R. = 64    (iv)  C.R. = 200

**Figure 4-8:** Reconstruction Images

**Exhibit 47   Page 1642**

MSLT_0001533

90

The high values of signal to noise ratio achieved at various compression levels demonstrate that large redundancy is present in the projection images. Preliminary indications are that compression ratios of 8 to 16 are realizable for those applications where very high quality (pixel by pixel) reproduction of the reconstructed images is desired. This would include applications where the reconstructed images are to be used for detection and quantification of objects of small size (e.g., holes in the septum of the heart or distortion of vessels). In other applications, where the medically useful information lies in the size, location and the boundaries of larger objects (e.g., motion of heart walls, muscle mass, etc.), larger compression ratios, 64 to 200, may be acceptable.

**Exhibit 47   Page 1643**

MSLT_0001534

91

CHAPTER V

INTERFRAME HYBRID CODING SCHEMES

Because of the rapid changes in the temporal characteristics of motion images, it is desirable to have a predictive coding scheme along the temporal axis. On the other hand, for spatial information transform coding is more efficient. Hybrid coding utilizes the superior performance of transform coding in the spatial domain and the simplicity of DPCM to exploit the temporal correlation with tremendous savings in the memory (requires only a single frame storage for a first order DPCM). Motion compensation methods of chapter II can be successfully employed in this design.

Figure 5-1 shows a simple (or non-adaptive) interframe hybrid coding scheme. First we assume the data to be wide sense stationary. $U_k$ is an M × N sub-block of the kth frame. $V_k$ is obtained by a 2-D transformation of $U_k$, and is defined similar to the 3-D transform in (4-1) with L = 1. It can also be expressed as

$$V_k = \Psi_M U_k \Psi_N^T .$$

Each transform coefficient is independently coded by DPCM along the temporal axis (or index k) via a suitable autoregressive model representing the statistical characteristics of the data in the temporal direction. In order to limit the storage to one frame, we only consider first order models. For images having piecewise uniform motion from one frame to the next, a first order model would be reasonable. Thus, we have[†]

---
[†] For any matrix A we denote $A(i,j) \equiv a(i,j)$ to be its (i,j)th element.

Exhibit 47   Page 1644

MSLT_0001535

92



Figure 5-1:  A Non-Adaptive Interframe Hybrid Coding Scheme.



Figure 5-2:  An Adaptive Interframe Hybrid Coding Scheme.

Exhibit 47  Page 1645

MSLT_0001536

93

$$v_k(m,n) = \alpha_{m,n} v_{k-1}(m,n) + e'_k(m,n), \quad |\alpha_{m,n}| < 1, \quad 1 \leq m \leq M, \quad 1 \leq n \leq N.$$

(5-1)

For simplification we assume

$$\alpha_{m,n} = \alpha = \text{Constant.}$$   (5-2)

Although the above simplified assumption is not very realistic for motion images, it does not affect the coder performance too adversely (once the assumption of stationarity has been made). This is because at low bit-rates only the low order (or high mean square energy) transform coefficients are transmitted. For these a constant value for the predictor coefficients $\alpha_{m,n}$ given by (5-2) has been found to be adequate. With references to Figure 5-1, the various predictive coding equations, for each $1 \leq m \leq N$, $1 \leq n \leq N$, are given as follows.

Predictor (at the Transmitter):

$$\hat{v}_k(m,n) = \alpha \, v^*_{k-1}(m,n)$$

$$v^*_k(m,n) = \hat{v}_k(m,n) + e^*_k(m,n)$$

Quantizer:

Input: $e_k(m,n) = v_k(m,n) - \hat{v}_k(m,n)$

Output: $e^*_k(m,n)$

Reconstituted Output at the Receiver:

$$\tilde{v}^*_k(m,n) = \alpha \, \tilde{v}^*_{k-1} + \tilde{e}^*_k(m,n)$$

Exhibit 47    Page 1646

MSLT_0001537

94

where $\tilde{e}_k^*(m,n)$ is the received value of $e_k^*(m,n)$ at the receiver and in the absence of channel noise $\tilde{e}_k^*(m,n) = e_k^*(m,n)$.

For the Markov representation of (5-1), we have [31,86]

$$\sigma_e^2(m,n) \triangleq E[e_k^2(m,n)] = \sigma_v^2(m,n)(1-\alpha^2) , \qquad (5-3)$$

where
$$\sigma_v^2(m,n) \triangleq E[v_k^2(m,n)]$$

and the values of $\sigma_v^2(m,n)$ are calculated either from a 2-D spatial domain covariance model or by direct measurement as in the previous chapter. (See appendix A for details.)

We assume that each $e_k(m,n)$ is Laplacian in distribution and is quantized by its Max quantizer. Let $b_{m,n}$ be the number of bits required to code $e_k(m,n)$. With these assumptions it can be easily shown that (5-3) becomes [75,86]

$$\sigma_e^2(m,n) = \sigma_v^2(m,n) \cdot (1-\alpha^2)/\{1-q(b_{m,n})\alpha^2\} \qquad (5-5)$$

where $q(\cdot)$ is a quantization distortion function defined by (4-5).

Assuming noise-free channel, the average mean square distortion is given by

$$D = \frac{1}{MN} \sum_{m=1}^{M} \sum_{n=1}^{N} \sigma_e^2 q(b_{m,n})$$

$$= \frac{1}{MN} \sum_{m} \sum_{n} \sigma_v^2(m,n) \cdot \frac{q(b_{m,n})(1-\alpha^2)}{1-q(b_{m,n})\alpha^2} . \qquad (5-6)$$

As in chapter IV, we assume

$$b_{m,n} = \text{Integer} \geq 0 \qquad (5-7)$$

Exhibit 47   Page 1647

MSLT_0001538

95

and
$$\sum_{m=1}^{M} \sum_{n=1}^{N} b_{m,n} = MNb \qquad (5\text{-}8)$$

where b is the average bit-rate. The selection of $b_{m,n}$ (or the bit allocation) is made such that (5-6) is minimized. Once again, we use the integer bit allocation algorithm of [86] to achieve this.

## 5.1  Adaptive Interframe Hybrid Coding Scheme:

The adaptive strategy of section 4.1 can also be applied to the hybrid coding method discussed above with appropriate modification. (In fact this algorithm was first developed for hybrid coding, and then extended to interframe transform coding.)

The activity index of a sub-block is chosen to be its interframe variance (IFV) given by

$$a = \frac{1}{MN} \sum_{m=1}^{M} \sum_{n=1}^{N} \{u_k(m,n) - u_{k-1}(m,n)\}^2 .$$

Once again, a sub-block is classified into one of four classes by choosing suitable values for the activity index thresholds. Different bit-rates and statistics (prediction coefficient $\alpha$, and transform coefficient variances $\sigma_v^2(m,n)$) for each class are appropriately selected or measured. This results in a variable bit-rate.

Figure 5-2 shows the schematic of Fig. 5-1 with necessary modifications for the adaptions.

## 5.2  Hybrid Coding with Motion Compensation

It has been already pointed out in chapter II and elsewhere that the temporal direction (for motion images) primarily consists of a deterministic

Exhibit 47   Page 1648

MSLT_0001539

96

component (i.e., motion). It was also shown in chapter II that this component can be satisfactorily modeled by piecewise linear translations, and that motion compensation based on this model results in a tremendous reduction in the interframe variance (hence, improvement in the temporal correlation). Now we consider how the motion measurement methods of chapter II could be incorporated in the hybrid coding schemes discussed above. Let $(\ell_1, \ell_2)$ be the motion coordinates of the sub-block $U_k$ relative to the (k-1)th frame. Then the motion compensation is incorporated simply by replacing $U_{k-1}$ by $U_{k-1}^c$ given by

$$U_{k-1}^c(i,j) = u_{k-1}(i+\ell_1, j+\ell_2) \quad 1 \leq i \leq M, \ 1 \leq j \leq N$$

and thus replacing $V_{k-1}^*$ by

$$V_{k-1}^{c*} = \Psi_M U_{k-1}^{c*} \Psi_M^T .$$

The motion coordinates $(\ell_1, \ell_2)$ are coded together with the other information.

The frame skipping and the interpolation of skipped frames can be incorporated in the schemes as described in section 2.5.

### 5.3 Distortion-Rate Curves from Models of Interframe Motion:

In section 2.1, the relationship between the temporal correlation, the distributions of the interframe motion uncertainty (i.e., $\tilde{d}x$, $\tilde{d}y$), and the measurement noise was established. Assuming a first order Markov separable model along the temporal dimension and a model for intraframe covariance, we can thus calculate the distortion-rate functions from the model of motion uncertainty.

Let $\tilde{d}x$ and $\tilde{d}y$ represent the motion uncertainty in pixels/frame along x and y axes, respectively. Let $N(\mu,\sigma)$ and $B(a,b)$ denote the

Exhibit 47    Page 1649

MSLT_0001540

97

Guassian density with mean $\mu$ and standard deviation $\sigma$, and uniform density
in the interval [a,b], respectively. Let us assume that $\tilde{d}x$ and $\tilde{d}y$ are
identically distributed. We also assume that images are noise-free, i.e.,
$\sigma_\eta^2 = 0$ in (2-6).

For the calculation of distortion-rate functions, we assume the
intraframe covariance model to be the isotropic model of (A-2) with
$\rho_i = \rho_j = \rho$. We choose two values for parameter $\rho$, viz., $\rho = .95$ and
$\rho = .90$. The first one, which we call Isotropic-1, is a good approximation
for the Head and Shoulders images. The second one, which we call Isotropic-2,
is a good approximation for the Chemical Plant images.

We have chosen two distributions for $\tilde{d}x$ and $\tilde{d}y$, the Gaussian and
the uniform. For these distributions, we use the approximation of (2-6)
to calculate the temporal correlation coefficient, which is used as the
prediction coefficient $\alpha$ for the hybrid coding scheme desribed in this
chapter. We choose a sub-block size of $16 \times 16$, and (5-6) for the calcu-
lation of distortion.

Figure 5-3 shows some distortion-rate curves for various distri-
butions of $\tilde{d}x$ and $\tilde{d}y$ for unit variance data. The distributions corres-
ponding to the higher variances of $\tilde{d}x$ and $\tilde{d}y$ (i.e., B(-2,2), B(-4,4),
N(0,1)) could be assumed as reasonable models for coding without motion
compensation ($\tilde{d}x = dx$), and those with lower variances (i.e., B(-.5,.5),
N(0,.25)) for coding with motion compensation. The curve for $\alpha = 0$ corres-
ponds to the intraframe transform coding.

Table 5-1 gives the rates for a fixed distortion for each intra-
frame covariance model. These are also shown on Fig. 5-3 by dotted lines.
We notice that in the absence of motion compensation a hybrid coding
scheme achieves a compression gain (over the intraframe transform

Exhibit 47  Page 1650

MSLT_0001541



Figure 5-3: Distortion-Rate Curves for Hybrid Interframe Coding of Images with Isotropic Intraframe Covariance and for Various Distributions of Interframe Motion Uncertainty.

Exhibit 47   Page 1651

MSLT_0001542

99

Isotropic-2 model, for the distributions considered. Motion compensation results in another additional compression gain (over hybrid coding without motion compensation) by a factor of ≈1.35 for Isotropic-1 and ≈1.5 for Isotropic-2.

TABLE 5-1

COMPARISONS OF RATES FOR INTERFRAME HYBRID CODING
FOR VARIOUS DISTRIBUTIONS OF MOTION UNCERTAINTY.

| DISTRIBUTION OF dx̄, dȳ | RATE (BITS/PIXEL) | |
| --- | --- | --- |
| | ISOTROPIC-1 D = -16.5 DB | ISOTROPIC-2 D = -18 dB |
| B(-.5,.5) | .4073 | .87 |
| N(0,.25) | .4518 | 1.00 |
| B(-2,2) | .5278 | – |
| B(-4,4) | – | 1.49 |
| N(0,1) | .5754 | 1.34 |
| α = 0 | 1.0 | 2.0 |

## 5.4  Experimental Results:

Since the hybrid coding described above requires knowledge of the initial frame, we assume that the first frame of the data is available as initial condition without any distortion.

### 5.4.1  Head and Shoulders Images — All the hybrid coding schemes — non-adaptive, adaptive, and adaptive with motion compensation (with and without frame skipping and interpolation) — were applied to this data set. A sub-block size of 16 × 16 was selected. An isotropic covariance model with correction as described in appendix A has been used for modeling the intraframe statistics.

Exhibit 47   Page 1652

MSLT_0001543

100

Table 5-2 gives the performance of the non-adaptive hybrid coding scheme for which the suitable values of the correlation parameters were found to be $\rho_i = .955$, $\rho_j = .945$, $\alpha = .80$. Comparing Table 5-2 with the entries (for the isotropic model with correction) in Table 4-1 we notice an improvement of about 2–2.5 dB at the bit-rates considered, or, equi-valently, a compression gain by a factor of about 1.5, as a result of temporal correlation.

Figure 5-4 shows the histogram of the activity index. Although the dynamic range of the activity index is roughly 0–3000, the histogram shows the distribution in the range 0–200 (in which about 90% of the samples are contained) to better utilize the range of the histogram. All the sub-blocks having activity index above 200 have been lumped in the last column. We see that a great number of sub-blocks have a very low activity index (mainly due to stationary background). The threshold values of the activity index chosen are marked by arrows. Our experimental results indicate that the coding performance is not very sensitive to threshold selection.

Tables 5-3 and 5-4 show the parameters and the performance of the 4 class adaptive hybrid scheme. Comparison of the correlation parameters of table 5-3 with those for the non-adaptive hybrid scheme confirms our earlier statement (in chapters II and IV) that the classification based on the activity index (IFV) divides the images into classes of varying spatial activity (characterized by $\rho_i$ and $\rho_j$) in addition to the varying temporal activity. The improvement due to the adaptations of the bit-rates and the spatial-temporal statistics is about 4–4.5 dB, or equivalently, an additional compression gain (over the non-adaptive hybrid) by a factor of 2.

Figure 5-5 shows the signal to noise ratio as a function of frame number for the non-adaptive and the adaptive hybrid schemes and the intra-

Exhibit 47   Page 1653

MSLT_0001544

101

## TABLE 5-2

PERFORMANCE OF THE NON-ADAPTIVE HYBRID CODING
SCHEME FOR THE HEAD AND SHOULDERS DATA.

| S. N. | BIT-RATE | SIGNAL TO NOISE RATIO |
|-------|----------|-----------------------|
| 1 | .25 | 32.28 dB |
| 2 | .50 | 35.49 dB |

## TABLE 5-3

PARAMETERS OF THE 4 CLASS ADAPTIVE HYBRID
SCHEME FOR HEAD AND SHOULDERS DATA.

| CLASS NO. | ACTIVITY INDEX | PROBABILITY OF OCCURENCE | CORRELATION PARAMETERS | | |
|-----------|----------------|--------------------------|-------|-------|-------|
| | | | $\rho_i$ | $\rho_j$ | $\alpha$ |
| 1 | 0-20 | .5768 | .98 | .975 | .98 |
| 2 | 20-60 | .1737 | .945 | .94 | .93 |
| 3 | 60-200 | .1320 | .92 | .905 | .80 |
| 4 | 200- | .1174 | .86 | .84 | .40 |

## TABLE 5-4

PERFORMANCE OF THE ADAPTIVE HYBRID CODING SCHEME
FOR THE HEAD AND SHOULDERS DATA.

| S. N. | BIT-RATE | | | | | SIGNAL TO NOISE RATIO IN DECIBELS | | | | |
|-------|----------|----|----|----|----------|----------|----|----|----|----------|
| | CLASS # | | | | OVER-ALL | CLASS # | | | | OVER-ALL |
| | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | |
| 1 | .03 | .10 | .18 | .40 | .114 | 34.82 | 31.85 | 31.01 | 30.32 | 32.86 |
| 2 | .075 | .30 | .45 | .75 | .25 | 37.35 | 35.95 | 35.65 | 35.03 | 36.52 |
| 3 | .18 | .70 | .90 | 1.25 | .50 | 39.80 | 39.89 | 40.23 | 39.70 | 39.85 |

**Exhibit 47   Page 1654**

MSLT_0001545

102



Figure 5-4:  Histogram of the Activity Index (IFV) of Head and Shoulders
Images.  Sub-Block Size = 16 × 16.

Exhibit 47   Page 1655

MSLT_0001546

103



Figure 5-5:  Signal to Noise Ratio as a Function of Frame Number for
Coding of the Head and Shoulders Images.



Figure 5-6:  Bit-Rate as a Function of Frame Number for Adaptive Hybrid
Coding of the Head and Shoulders Images.

Exhibit 47   Page 1656

MSLT_0001547

104

frame transform coding scheme (which is a special case of the non-adaptive
hybrid scheme when α = 0). We make the following observations and comments
from the figure. (i) The SNR is almost constant for the intraframe trans-
form scheme. This is expected because the spatial contents of the frames
are very similar. (ii) The SNR varies greatly as a function of frame num-
ber for the non-adaptive hybrid coding scheme. This variation is primarily
due to the variation in the amount of motion activity. The frames having
larger motion (e.g., 7 through 10) have low SNR, which is very close to
the SNR of the intraframe scheme. (iii) For the adaptive hybrid scheme,
the SNR is fairly constant (as would be expected from a good adaptive
scheme). Thus, the adaptations proposed are effective.

Figure 5-6 shows the bit-rate as a function of frame number for the
adaptive hybrid coding. The frames containing larger motion have higher
bit-rates (as would be expected). However, the bit-rate variation is not
as rapid as would be expected from a predictive coding scheme such as the
frame replenishment cluster coding described in section 3.1 (if the rate
is not controlled by the buffer fulness).

Figure 5-7 shows some of the images of frame #8 resulting from
adaptive and non-adaptive hybrid coding. Comparing the images of Figs.
5-7(a) (non-adaptive hybrid) and 4-2(a)-(i) (intraframe transform), we
notice that the non-adaptive hybrid scheme reproduces moving areas very
poorly as compared with the intraframe transform scheme. However, the sta-
tionary areas are better reproduced. Note that the only difference be-
tween the coding of these two images is the temporal prediction coeffi-
cient (which is .8 for the hybrid scheme and 0.0 for the intraframe
transform scheme).

**Exhibit 47   Page 1657**

MSLT_0001548

105



(a) Non-adaptive, Bit-rate = .5 bit/pixel, SNR = 34.00 dB.

(b) Adaptive, Bit-rate = .114 bit/pixel, SNR = 33.04 dB.

(c) Adaptive, Bit-rate = .25 bit/pixel, SNR = 36.78 dB.

(d) Adaptive, Bit-rate = .5 bit/pixel, SNR = 40.25 dB.

Interframe Hybrid Coding using Isotropic Model with Correction, Sub-block Size = 16 x 16.

Figure 5-7

Exhibit 47   Page 1658

MSLT_0001549

106

At low bit-rates (Figure 5-7(b)) we notice a shadow (or ghost) near the sharp edges of moving areas for the adaptive hybrid scheme. If a smoothing filter is employed in the temporal direction, this distortion will change to blurring of the moving areas (the interframe transform coding does that, as can be seen from Figure 4-4(c)). At higher bit-rates the shadow effect diminishes and the visual quality of the adaptive hybrid and adaptive interframe transform schemes are comparable. Thus from complexity consideration, the adaptive hybrid coding scheme is more attractive.

On comparing the adaptive hybrid coding scheme presented here with the one presented in [67] we note the following — (i) the mean square performance is slightly (1-2 dB) better for the scheme presented here at hither bit-rates ($\geq$.5); (ii) the scheme presented in [67] is computation-ally more complex;  (iii) the scheme presented in [67] has a fixed bit-rate (overall as well as for each sub-block), while the one presented here has a variable bit-rate;  (iv) the scheme presented here reproduces moving edges more accurately (because of the higher bit-rate in the areas con-taining moving edges).

Now we present the results for the adaptive hybrid coding with motion compensation. In these experiments only frames 5 through 9 are used (to minimize computational costs). However, we have no reason to believe that the results will be significantly different if all the 16 frames were employed. This is because, with motion compensation, the interframe activity (measured by IFV) is almost a constant function of frame number (as was shown in section 2.4). Thus, the distortion and/or the frame bit-rate would now be (as opposed to the case of no motion compensation) independent of frame number. Also, as is evident from

Exhibit 47   Page 1659

MSLT_0001550

Figure 5-5, the adaptive hybrid coding scheme achieves the steady state very fast (right after the first coded frame). For results on motion measurements, frame skipping, interpolation, etc., for these frames, see section 2.4.

Tables 5-5 and 5-6 give the parameters of the adaptive hybrid scheme with motion compensation without and with alternate frame skipping, respectively. We note the following — (i) Due to change in the distribution of the activity index (greatly reduced), as a result of motion compensation, the thresholds for classification have been lowered; (ii) There is a great improvement in the temporal correlation as evidenced by the values of $\alpha$. We would also like to point out that the average temporal activity (measured by average motion in pixels/frame of a class is not directly evident from the value of $\alpha$ which is very nearly the temporal correlation parameter). Let h represent average temporal activity after motion compensation. Let $\rho_i = \rho_j = \rho$. Let the intraframe covariance be given by the isotropic model. Then, an approximate value of h is given by

$$\alpha \simeq \rho^h$$

$$\text{or} \quad h \simeq \frac{\ell n(\alpha)}{\ell n(\rho)}$$

$$= \frac{\ell n\{1-(1-\alpha)\}}{\ell n\{1-(1-\rho)\}}$$

$$h \simeq \frac{1-\alpha}{1-\rho} \quad .$$

Computing this quantity from the entries of Table 5-5 we note that it is very close to .25 for all the four classes, which further supports our conclusions in chapter II that the motion uncertainty, after motion compensation, is fairly uniformly distributed over various classes. Thus, the

Exhibit 47    Page 1660

MSLT_0001551

108

### TABLE 5-5

PARAMETERS OF THE 4 CLASS ADAPTIVE HYBRID CODING SCHEME
WITH MOTION COMPENSATION FOR HEAD AND SHOULDERS DATA.

| CLASS NO. | ACTIVITY INDEX | PROBABILITY OF OCCURRENCE | CORRELATION PARAMETERS | | |
|---|---|---|---|---|---|
| | | | $\rho_i$ | $\rho_i$ | $\alpha$ |
| 1 | 0-10 | .506 | .985 | .98 | .996 |
| 2 | 10-20 | .295 | .955 | .945 | .99 |
| 3 | 20-50 | .143 | .91 | .90 | .97 |
| 4 | 50- | .057 | .80 | .78 | .95 |

### TABLE 5-6

PARAMETERS OF THE 4 CLASS ADAPTIVE HYBRID CODING SCHEME WITH
MOTION COMPENSATION, USING ALTERNATE FRAME SKIPPING AND INTER-
POLATION, FOR HEAD AND SHOULDERS DATA.

| CLASS NO. | ACTIVITY INDEX | PROBABILITY OF OCCURRENCE | CORRELATION PARAMETERS | | |
|---|---|---|---|---|---|
| | | | $\rho_i$ | $\rho_i$ | $\alpha$ |
| 1 | 0-20 | .67 | .98 | .975 | .99 |
| 2 | 20-40 | .184 | .95 | .94 | .97 |
| 3 | 40-100 | .102 | .91 | .90 | .95 |
| 4 | 100- | .045 | .80 | .78 | .90 |

### TABLE 5-7

PERFORMANCE OF THE ADAPTIVE HYBRID CODING WITH MOTION COMPENSATION
FOR HEAD AND SHOULDERS FRAMES 5 THRU 9. SKIPPED FRAMES ARE INTER-
POLATED ALONG THE MOTION TRAJECTORY.

| FRAMES SKIPPED? | AVERAGE BIT-RATE PER PIXEL | SIGNAL TO NOISE RATIO IN DECIBELS | | |
|---|---|---|---|---|
| | | CODED FRAMES | INTERPOLATED FRAMES | OVERALL |
| NO | .253 | 38.74 | – | 38.74 |
| YES | .252 | 39.97 | 37.58 | 38.62 |
| YES | .125 | 37.60 | 36.69 | 37.12 |

Exhibit 47   Page 1661

MSLT_0001552

109

adaptation due to classification in this scheme is used to compensate
for the spatial non-stationarity. If the images are spatially stationary,
this scheme will reduce to the non-adaptive hybrid coding scheme with
motion compensation.

Table 5-7 gives the coding results for the adaptive hybrid scheme
with motion compensation with and without frame skipping. At an SNR of
about 37 dB a compression gain by a factor of two can be achieved over
the adaptive scheme without motion compensation. Figure 5-8 (parts (b)-
(d)) show the resulting images corresponding to frame 8. Visual quality
of these images is very good. The results indicate that at very low bit-
rates (.125 and below) the adaptive hybrid coding scheme with motion
compensation and frame skipping, and interpolation of skipped frames
along the motion trajectory, is very promising for high quality fidelity
encoding of motion images.

In the experiments on coding with motion compensation, the direc-
tion of minimum distortion (DMD) method described in section 2.3 was used
with mean square distortion criterion for the measurement of motion.

5.4.2  Chemical Plant Images: Due to very low spatial correlation
and large temporal activity, the hybrid schemes without motion compensation
(non-adaptive and adaptive) are expected to result in no significant improve-
ment over an intraframe transform coding scheme. Therefore, the adaptive
hybrid coding scheme with motion compensation was used. A sub-block size
of 16 × 16 was selected.

The motion measurement was done by the area correlation method with
a Fourier domain filtering given by (2-12) (see section 2.3 for details).
The value of $\gamma$ = .5 was found to yield good results. For this data set,

Exhibit 47   Page 1662

MSLT_0001553

110



(a) No Frame Skipping, Bit-rate = .5 bit/pixel,
SNR = 30.45 dB.

(b) No Frame Skipping, Bit-rate = .25 bit/pixel,
SNR = 38.51 dB.

(i) Bit-rate = .125 bit/pixel, SNR = 36.70 dB.

(ii) Bit-rate = .25 bit/pixel, SNR = 37.59 dB.

(c) Alternate Frame Skipping, Interpolated Image along Motion Trajectory.

Interframe Adaptive Hybrid Coding with Motion Compensation using Measured Statistics

Figure 5-8

Exhibit 47   Page 1663

MSLT_0001554

111

the performance of the area correlation method and the DMD method of motion measurement is comparable (with DMD being slightly superior).

The intraframe statistics were measured (in the transform domain) for each of the classes. Tables 5-8 and 5-9 give the parameters and the performance of the coding scheme. Figure 5-8(a) shows an image corresponding to frame 12. Comparing these results with those of the intraframe transform scheme with the same sub-block size, we note an improvement of about 2.5-3 dB. The compression gain (over the intraframe scheme) at a distortion level of 30 dB is by a factor of about 2, and smaller at higher distortion levels.

Thus, we see that the gains due to adaptation and motion compensation are much lower than those for the Head and Shoulders images. From the results of section 2.5, it is evident that the frame skipping and interpolation along motion trajectory can be successfully used for these images to achieve higher compression similar to those for the Head and Shoulders images.

5.4.3 Angiocardiogram Images - The temporal activity of these images exhibit two characteristics of the cardiac cycle – (i) it is periodic; (ii) it is nonuniformly distributed over a period (cardiac cycle). Also, at the frame sampling rate of 1/30 sec., the images have high temporal correlation.

Due to the above properities, the adaptive hybrid coding scheme (without motion compensation) was found to be ideally suited for these images. The images were found to be spatially stationary. This was expected, because these images do not exhibit sharp features which are characteristic of most video images. Therefore, adapting the intraframe statistics to classes of different activity index is not necessary.

Exhibit 47   Page 1664                    MSLT_0001555

112

TABLE 5-8

PARAMETERS OF THE 4 CLASS ADAPTIVE HYBRID CODING WITH
MOTION COMPENSATION FOR THE CHEMICAL PLANT IMAGES.

| CLASS $i$ | ACTIVITY INDEX | PROBABILITY OF OCCURRENCE | TEMPORAL PREDICTION COEFFICIENT $\alpha$ |
|---|---|---|---|
| 1 | 0-100 | .4773 | .90 |
| 2 | 100-300 | .4143 | .75 |
| 3 | 300-750 | .0956 | .60 |
| 4 | 750- | .0128 | .40 |

TABLE 5-9

PERFORMANCE OF THE ADAPTIVE HYBRID CODING WITH MOTION COMPENSATION
FOR THE CHEMICAL PLANT IMAGES.  SUB-BLOCK SIZE = 16 × 16.

| S. N. | BIT-RATE | | | | | SIGNAL TO NOISE RATIO IN DECIBELS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLASS $i$ | | | | OVER-ALL | CLASS $i$ | | | | OVER-ALL |
| | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | |
| 1 | .148 | .70 | 1.0 | .875 | .5 | 30.31 | 30.22 | 30.09 | 30.59 | 30.25 |
| 2 | .55 | 1.3 | 1.5 | 1.5 | 1.0 | 33.77 | 34.06 | 33.34 | 34.59 | 33.85 |
| 3 | 1.75 | 2.15 | 2.25 | 2.25 | 2.0 | 39.57 | 38.71 | 37.67 | 38.85 | 38.98 |

Exhibit 47   Page 1665

MSLT_0001556

113

Figure 5-9 shows the bit allocation at two bit-rates. Bit allo-cation pattern for these images is very unusual compared with video images. The data seems to have some characteristic frequencies (more accurately speaking, the discrete Cosine transform basis vectors). An attempt to model the statistics by any of the commonly used models would result in a loss of these frequencies, and thereby, a probable loss of medically useful information for the same signal to noise ratio.

Tables 5-10 and 5-11 give the parameters and the performance of the coding scheme. Figure 5-10 shows the classification maps for two of the frames. It is interesting to note from Fig. 5-10 that the classification scheme very closely follows the activity of the cardiac cycle. During a stationary cardiac frame period, the scheme uses less than one-third the average bits/frame and during an active period, about twice the average rate.

Figure 5-11 shows two of the original frames (combined into a single image) and their coded equivalents at some of the compression ratios. Even at very low bit-rate of .0625 (or a compression ratio of 128) the image quality looks fair (by evaluation of still frames). For these images a compression ratio of 32 to 128 seems to be realizable. An accurate reproduction of motion is required for these images. The methods using the exchange of spatial and temporal resolution, which are acceptable for the video images, could not be used for these images.

Exhibit 47   Page 1666

MSLT_0001557

114

(a)  Frame No. 19, which roughly corresponds to the time period just after the end of a diastole. Bit-rate for this frame = .04 bits/sample.

(b)  Frame No. 39, which roughly corresponds to time period of 1/5 sec. before the end of a diastole. The area of highest activity enclosed within boundaries corresponds to the lower rightside of the left ventricle. Bit-rate for this frame = .24 bits/sample.

Classification Maps for Two Frames of the Angiocardiogram Images. Average Bit-Rate = .125.

Figure 5-10

(a) .28 bit/pixel

(b) .70 bit/pixel

Bit Allocation for 16 × 16 Sub-block Size for Angiocardiogram Images.

Figure 5-9

Exhibit 47    Page 1667

MSLT_0001558

115

TABLE 5-10

PARAMETERS OF A 4 CLASS ADAPTIVE HYBRID CODING SCHEME FOR
THE ANGIOCARDIOGRAM IMAGES.

| CLASS # | ACTIVITY INDEX | PROBABILITY OF OCCURRENCE | TEMPORAL CORRELATION $\alpha$ |
|---|---|---|---|
| 1 | 0. - 10. | .570 | .98 |
| 2 | 10. - 25. | .282 | .90 |
| 3 | 25. - 60. | .103 | .85 |
| 4 | 60. - 00 | .045 | .75 |

TABLE 5-11

PERFORMANCE OF THE ADAPTIVE HYBRID CODING SCHEME FOR THE ANGIOCARDIOGRAM
IMAGES.  SAME MEASURED  STATISTICS WERE USED FOR ALL CLASSES.  SUB-BLOCK
SIZE = 16 × 16.

| S. N. | BIT-RATE PER PIXEL | | | | | COMPRESSION RATIO | SIGNAL TO NOISE RATIO IN dB | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLASS 1 | CLASS 2 | CLASS 3 | CLASS 4 | OVER ALL | | CLASS 1 | CLASS 2 | CLASS 3 | CLASS 4 | OVER ALL. |
| 1 | .02 | .05 | .13 | .35 | .0625 | 128 | 35.95 | 34.34 | 33.44 | 33.37 | 35.00 |
| 2 | .039 | .12 | .28 | .70 | .1250 | 64 | 38.39 | 37.24 | 36.19 | 36.17 | 37.66 |
| 3 | .10 | .25 | .60 | 1.17 | .250 | 32 | 40.61 | 39.35 | 38.81 | 38.02 | 39.87 |
| 4 | .25 | .60 | 1.0 | 1.7 | .50 | 16 | 42.08 | 41.59 | 40.73 | 39.67 | 41.64 |

Exhibit 47   Page 1668

MSLT_0001559

116



(a) Original



(b) C.R. = 128



(c) C.R. = 32



(d) C.R. = 16

Images resulting from data compression of angiocardiogram images. The
top half of each image approximately corresponds to an end of systole
and the bottom half to the end of the following diastole.

Figure 5-11

Exhibit 47   Page 1669

MSLT_0001560

117

CHAPTER VI

DATA COMPRESSION FOR NOISY CHANNELS

In the data compression designs considered in the previous chapters
we did not consider the effects of channel errors (in transmission or
storage-retrieval). The performance of a data compression method was
evaluated assuming a noise-free channel. However, in the presence of
channel errors (bit reversals) a coding scheme designed without regard to
channel noise characteristics could yield poor to disastrous results.

A common approach for reducing the effects of channel errors has
been the use of error correcting codes [45] which aim at minimizing the
probability of bit error by introducing redundancy in the code word
(blocks 4 and 6 of Fig. 1-1). However, a better design would be to in-
corporate channel characteristics in the data compression algorithm itself,
(blocks 3 and 7 in Fig. 1-1), e.g., in the design of quantizer [41],
design of predictor coefficients for DPCM transmission [14], periodic
reinitialization of DPCM loops, etc.

Most conventional error correcting codes provide equal protection
to all the bits for a Gaussian binary symmetric channel. Often, all the
data bits do not have equal importance. For example, in transform coding
the transform coefficients have highly uneven distribution of mean square
energy and different bits of the same coefficient have unequal effect on
the mean square energy. For example, in a transform image coding scheme
described in [51] certain bits which have "significant" effects on image
quality are identified and only these bits are provided protection by
using error correcting codes. However, the experimental method used

Exhibit 47   Page 1670

MSLT_0001561

118

there for identifying the significant bits is tedious and does not have any systematic quantitative formulation. Also, all the significant bits are provided equal protection, although their effects on the image quality vary considerably.

## 6.1  Channel Encoding-Decoding of a Random Variable with MSE Criterion:

Crimmins, Horwitz, et al.[18.19] have proposed an alternative method of encoding numerical data. Their method is based on minimizing the mean square error (MSE) due to channel noise rather than minimizing the probability of bit-error. They find the optimum encoding and decoding rules for transmitting a set S of equispaced and equiprobable real numbers over a memoryless channel using certain group (or block) codes. The set S contains K elements where $K = 2^k$, integer $k \geq 0$, and the code words are chosen from a given group G of order K. Each member of group G is a code word of length n bits $(n \geq k)$. G is thus a subgroup of the binary group V containing all the code words of length n. Both G and V are groups under exclusive-or operation (denoted by $\oplus$).

In [18,19] the decoding rule is restricted to map back into the set S. Wolf and Redinbo [78,79] have extended these results to the case where the optimum decoder maps into the field R of real numbers. No method, other than exaustive search, for finding the optimum subgroup G has been found.

Usually the finite set S contains the quantized values of a con-tinuous random variable, say y. For example if y is a random variable rep-representing the intensity of an image, then S = {0,1,...,255} could represent digitized values of pixels for 8 bits/pixel digitization.

Exhibit 47   Page 1671

MSLT_0001562

119

Except when y is uniformly distributed the set S of its quantized values cannot be equispaced and equiprobable at the same time for k > 1. If y is non-uniformly distributed and is quantized using the minimum mean square error Max quantizer, the set S is neither equispaced nor equiprobable for k > 1. The procedure of [79] for finding the optimum encoding rule does not apply to such cases. This still remains an open problem. The optimum decoding rule is still given by the conditional mean [79]. Based on our experimental results we believe that the codes generated by the method of [79] could be used for the nonuniformly distributed y with great advantage over the conventional error correcting codes.



Figure 6-1: PCM Transmission of a continuous Random Variable having zero mean and unit variance over a noisy channel

Figure 6-1 shows a PCM transmission scheme for noisy channels. Let $\alpha_k$ be a k-bit quantization function of a random variable y defined by

$$\alpha_k(y) = s_j \quad \text{for } y_j \leq y \leq y_{j+1}, \ y_j \leq s_j \leq y_{j+1},$$

$$j = 1,2,\ldots,K$$

where $y_1$ and $y_{K+1}$ are the minimum and the maximum values of the random variable y and

$$y_i < y_j \quad \text{if } i < j.$$

Exhibit 47   Page 1672

MSLT_0001563

120

Then it follows that $S = \{s_1, s_2, \ldots, s_K\}$ is an ascendingly ordered set of real numbers. Let $H$ be the group of all k-bit binary code words arranged in the natural order, i.e., the jth element of $H$ is the k-bit binary representation of the integer j. Let

$$\mu_k : S \xrightarrow{1-1} H$$

be an ordered mapping of $S$ onto $H$. We would like to point out that under this mapping the optimum encoding procedure of [79] provides maximum protection to the most significant bit of $h \in H$ and increasingly lesser protection to the lesser significant bits. For most distributions and quantizers of practical interest this results in a significantly better mean square performance than equal bit error protection encoding. This is our rationale behind using the mean square encoding procedure of [79] even though it is not optimum for nonuniform distributions. Let

$$\theta_{n,k} : H \xrightarrow{1-1} G$$
$$\beta : S \xrightarrow{1-1} G \; ,$$

then $\beta = \theta_{n,k} \odot \mu_k$ is the encoding rule, where $\odot$ represents composite function operation.

The channel error function $\mu$ transforms an n-bit code word $g \in G$ into another n-bit word $v \in V$ randomly and is described by the transition probability $P(v|g)$. Let

$$v = g \oplus u$$

where $u$ is an n bit error word. Let us assume that the channel is memoryless, i.e.,

Exhibit 47   Page 1673

MSLT_0001564

121

$$P(v|g) = P(v \oplus g|0) = P(u|0)$$

where $0$ is the identity element of $V$. The function $\eta$ is then completely characterized by $P(u|0)$, $\forall\, u \in V$. The decoding function $\lambda$ maps the n-bit word $v$ into a real number $y^*$. We define

$$e_q = s-y, \quad q(k) = [e_q^2]/\sigma^2$$

$$e_c = y^*-s, \quad c(n,k) = E[e_c^2]/\sigma^2$$

$$e_t = y^*-y, \quad t(n,k) = E[e_t^2]/\sigma^2$$

where $q$, $c$, and $t$ are the quantization, the channel, and the total (quantization plus channel) mean square distortion functions and $\sigma^2$ is the variance of $y$. The optimization problem can now be stated as follows: Given $n$, $\eta$ and the distribution of $y$, find $k$, $\alpha$, $\beta$, $\lambda$ and $G$ such that the total distortion, $t(n,k)$ is minimized.

The problem as stated above is quite difficult and the joint optimization of the quantization and the encoding seems untractable at the present. A solution for a special case of the above problem has been given by Kurtenbach and Wintz [41]. They assume $k = n$ (which implies $G \equiv V$), fixed $\beta$ (e.g., $\beta = \mu$), and $\lambda = \beta^{-1}$ and find an optimum quantizer $\alpha$. This does not provide protection for channel errors by introducing redundancy. The performance of such a scheme is usually not as good as those which do provide protection by introducing redundancy.

To simplify the problem, we separate the quantization and the encoding. We choose $\alpha$ to be the optimum Max quantization function [47], which minimizes the quantization distortion $q$. For any given $\beta$ and $G$ the decoder $\lambda$ which minimizes the channel distortion $c$ is given by the conditional mean [78,79], i.e.,

Exhibit 47   Page 1674

MSLT_0001565

122

$$\lambda(v) = E[s|v] \qquad (6\text{-}1)$$

$$= \sum_{s \in S} s \cdot P(s|v)$$

$$= \sum_{s \in S} s \cdot P(v|s) \cdot P(s)/P(v)$$

$$= \sum_{s \in S} s \cdot P(v|\beta(s)) \cdot P(s)/P(v)$$

$$= \frac{\sum_{s \in S} s \cdot P(v \oplus \beta(s)|0) \cdot P(s)}{\sum_{s \in S} P(s) \cdot P(v \oplus \beta(s)|0)} \qquad (6\text{-}2)$$

where $P(s)$ is the probability of the quantizer output $s$, which can be calculated for any given $\alpha$ from the distribution of $y$. If $\alpha$ is the Max quantization function, then it can be verified that (6-1) also implies $\lambda = E[y|v]$. Let $P(v,s)$ be the joint distribution of the random variables $s$ and $v$. Then the channel distortion is given by

$$c_{n,k} = E[\{y^*-s\}^2]$$

$$= E[\{\lambda(v)-s\}^2]$$

$$= \sum_{s \in S} \sum_{v \in V} \{\lambda(v)-s\}^2 P(v,s)$$

$$= \sum_{s \in S} \sum_{v \in V} \{\lambda(v)-s\}^2 P(v|s) P(s)$$

$$= \sum_{s \in S} \sum_{v \in V} \{\lambda(v)-s\}^2 P(v \oplus \beta(s)|0) \cdot P(s). \qquad (6\text{-}3)$$

Now we establish the following relationships between $y$, $s$, $y^*$, $e_q$, $e_c$ and $e_t$.

Exhibit 47   Page 1675

MSLT_0001566

123

<u>Theorem 6-1</u>: If $\alpha$ is the Max quantization function and $\lambda$ is given by (6-1), then the following hold

$$(i) \quad E[s \cdot e_q] = 0 \qquad\qquad (6-4)$$

$$(ii) \quad E[y^* \cdot e_c] = 0 \qquad\qquad (6-5)$$

$$(iii) \quad E[y^* \cdot e_t] = 0 \qquad\qquad (6-6)$$

Proof: Let $f_Y(y)$ be the probability density function of y. Then the following holds true for the Max quantization [47]

$$s_i = \int_{y_i}^{y_{i+1}} y \cdot f_Y(y) dy \qquad 1 \le i \le K .\qquad (6-7)$$

Part (i) of the theorem is a well known result for the Max quantizer and will not be proved here.

The right hand side of (6-5) can be written as

$$E[y^* \cdot e_c] = E[y^*(y^* - s)]$$

$$= E[y^{*2}] - E[y^* s] . \qquad (6-8)$$

Now

$$E[y^* s] = E[\lambda(v) \cdot s]$$

$$= \sum_{s \in S} \sum_{v \in V} s \cdot \lambda(v) \cdot P(s,v)$$

$$= \sum_{s} \sum_{v} s \cdot \lambda(v) \cdot P(s|v) P(v)$$

$$= \sum_{v} \{\lambda(v) \cdot P(v) \sum_{s} s \cdot P(s|v)\}$$

$$= \sum_{v} \{\lambda(v) \cdot P(v) \cdot E[s|v]\}$$

Exhibit 47   Page 1676

MSLT_0001567

124

$$= \sum_v \lambda(v) \cdot P(v) \cdot \lambda(v) \quad [\text{using (6-1)}]$$

$$= E[\{\lambda(v)\}^2]$$

$$= E[y^{*2}] \qquad\qquad (6-9)$$

Thus, from (6-8) and (6-9) we have

$$E[y^* \cdot e_c] = 0$$

which proves (6-5).

The left hand side of (6-6) can be written as

$$E[y^* e_t] = E[y^*(y^* - y)]$$

$$= E[y^{*2}] - E[y^* y]. \qquad\qquad (6-10)$$

Since

$$E[y^* y] = \sum_{v \in V} \lambda(v) \cdot \int_{-\infty}^{\infty} y f_{Y|v}(y) \, dy \cdot P(v)$$

$$= \sum_v \lambda(v) \cdot P(v) \cdot \left\{ \sum_{i=1}^{K} \int_{y_i}^{y_{i+1}} y f_Y(y) \, dy \cdot P(s_i|v) \right\}.$$

Using (6-7) we have

Exhibit 47   Page 1677

MSLT_0001568

125

$$E[y^*y] = \sum_v \lambda(v) \cdot P(v) \cdot \left\{ \sum_{i=1}^{K} s_i P(s_i \mid v) \right\}$$

$$= \sum_v \lambda(v) \cdot P(v) \cdot E[s \mid v]$$

$$= \sum_v \lambda(v) \cdot P(v) \cdot \lambda(v)$$

$$= E[\{\lambda(v)\}^2]$$

$$= E[y^{*2}] \ . \tag{6-11}$$

Thus, from (6-10) and (6-11) we have

$$E[y^* \cdot e_t] = 0$$

which proves (6-6) and completes the proof of the Theorem 6-1.

Corollary: The errors due to the quantization and the channel noise are uncorrelated, i.e.,

$$E[e_q e_c] = 0 \ . \tag{6-12}$$

Proof:

$$E[e_q e_c] = E[e_q(y^*-s)]$$

$$= E[e_q y^*] - E[e_q s]$$

$$= E[y^*(e_t - e_c)] - E[e_q s]$$

$$= E[y^* e_t] - E[y^* e_c] - E[s e_q]$$

$$= 0$$

which follows from the theorem. A direct consequence of (6-12) is

$$t(n,k) = c(n,k) + q(k) \ . \tag{6-13}$$

Exhibit 47   Page 1678

MSLT_0001569

126

For a given n, the optimum value of k, k', is found by computing t(n,k) for $0 \leq k \leq n$ and finding the minima of k vs t(n,k). Let

$$d(n) = \min_{k} \cdot \{t(n,k)\} = t(n,k'). \qquad (6-14)$$

Then d(n) vs n gives the distortion-rate function of the PCM channel. We call the optimization of (6-14) channel optimization.

For uniform distribution of y the optimum encoding function β for a given G can be found as in [79]. The same β could be used for some other distributions of practical interest as pointed out earlier. No simple method for finding the optimum β for such cases has been found so far.

## 6.2 Coding of a Random Process for Noisy Channels:

The concept of channel optimization for a single random variable could be extended for coding images and other correlated signals or random processes. In particular we consider the transform coding method. With respect to channel errors transform coding has an advantage over the predictive or hybrid methods. Since each transform coefficient is coded completely independently, any error due to the channel noise does not effect the other coefficients. On the other hand in predictive coding, the errors due to channel noise accumulate at the time of reconstruction at the receiver. This is because unlike the quantization errors the channel errors cannot be fed back in the prediction loop at the transmitter. For optimization of prediction loops for DPCM transmission of images over noisy channels, see [14].

Figure 6-2 shows a transform coding scheme with channel optimization. X is an M × 1 real array and

$$y = \Psi x$$

Exhibit 47   Page 1679

MSLT_0001570

127



Figure 6-2: A Data Compression Scheme for Noisy Channels.

Exhibit 47   Page 1680

MSLT_0001571

128

is an $M \times 1$ array of transform coefficients, where $\Psi$ is an $M \times M$ unitary transform. We assume for simplicity that all the transform coefficients are real, identical distributed, and have zero mean. Let

$$\sigma^2(m) \triangleq E[y^2(m)]$$

where $y(m)$ is the mth transform coefficient. Let us also assume that the columns of the transform matrix $\Psi$ are arranged in an order such that

$$\sigma^2(1) \geq \sigma^2(2) \geq \ldots \geq \sigma^2(M). \qquad (6\text{-}15)$$

Then the total distortion between the input array X and the reproduced array $X^*$ is given by

$$D = E[(X-X^*)^T(X-X^*)]$$

$$= E[(Y-Y^*)^T(Y-Y^*)]$$

$$= \sum_{m=1}^{M} E[\{y(m) - y^*(m)\}^2]$$

$$= \sum_{m=1}^{M} \sigma^2(m) \cdot t(n(m),k(m)) \; .$$

Assuming that for each $n(m)$ the optimum value $k'(m)$ is used, we obtain

$$D = \sum_{m=1}^{M} \sigma^2(m) \cdot d(n(m)) \; . \qquad (6\text{-}16)$$

We would like to minimize D subject to the constraint

$$\frac{1}{M} \sum_{m=1}^{M} n(m) = b \qquad (6\text{-}17)$$

where b is a given rate in bits/sample. We assume that $\beta$ and G for various values of pair $(n,k)$ are chosen such that the distortion-rate

Exhibit 47   Page 1681

MSLT_0001572

129

function d(n) is a non-increasing function of n. This condition can always be satisfied in practice. The minimization of (6-16) subject to (6-17) is identical to the bit allocation problem discussed in chapter IV except that the quantizer distortion function, q, has been replaced by the optimum total distortion function, d. However, it is not easy to approximate d by piecewise continuous functions as has been done for the quantizer distortion, q, for some commonly used densities [86]. Thus, the use of integer bit allocation procedure of [86] becomes even more important in this case.

It could be easily verified that the K-L transform would be the optimum unitary transform for the scheme described above.

## 6.3  Experimental Results and Distortion-Rate Functions:

We have carried out simulations for an important class of channels, the binary symmetric channel with probability of bit-reversal p. We report results for the PCM transmission of a random variable (without loss of generality we assume zero mean and unit variance) for three commonly used densities, the Gaussian, the Laplacian, and the uniform. The uniform density also gives the lower bounds for the quantizer distortion, $q(k)$, and the channel distortion normalized by the variance of s, i.e., $c(n,k)/(1-q(k))$. For quantization we use an approximation of the optimum (Max) quantizer described in [4]. This approximation is very close to the optimum. Table 6-1 gives the distortion-rate functions for the three densities.

Using the algorithm outlined in [78], we have found some suitable choices of the group G for various values of the pair (n,k). Table 6-2

Exhibit 47   Page 1682

MSLT_0001573

130

TABLE 6-1

QUANTIZER DISTORTION q(k) FOR VARIOUS DENSITIES.

| Density\k | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| UNIFORM | .25 | .0625 | .0156 | .0039 | .00098 | $2.4 \times 10^{-4}$ | $6 \times 10^{-5}$ | $1.5 \times 10^{-5}$ |
| GAUSSIAN | .368 | .1204 | .0356 | .0098 | .0026 | .0006 | .00017 | $4 \times 10^{-5}$ |
| LAPLACIAN | .5001 | .1835 | .0571 | .0160 | .0042 | .0011 | .00027 | $7 \times 10^{-5}$ |

TABLE 6-2

BASIS VECTORS ($g_i$ : i=1,...,k) OF GROUP G FOR (n,k) GROUP CODES.

| i | k | n-k = 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| 1 | 8 | 10000000 | 100000001 | 1000000011 | 10000000110 | |
| 2 | | 01000000 | 010000001 | 0100000001 | 01000000101 | |
| 3 | | 00100000 | 001000000 | 0010000000 | 00100000011 | |
| 4 | | 00010000 | 000100000 | 0001000000 | 00010000111 | |
| 5 | | 00001000 | 000010000 | 0000100000 | 00001000000 | |
| 6 | | 00000100 | 000001000 | 0000010000 | 00000100000 | |
| 7 | | 00000010 | 000000100 | 0000001000 | 00000010000 | |
| 8 | | 00000001 | 000000010 | 0000000100 | 00000001000 | |
| 1 | 7 | 1000000 | 10000001 | 100000011 | 1000000110 | 10000001110 |
| 2 | | 0100000 | 01000000 | 010000001 | 0100000101 | 01000001010 |
| 3 | | 0010000 | 00100000 | 001000000 | 0010000011 | 00100000101 |
| 4 | | 0001000 | 00010000 | 000100000 | 0001000111 | 00010000011 |
| 5 | | 0000100 | 00001000 | 000010000 | 0000100000 | 00001000000 |
| 6 | | 0000010 | 00000100 | 000001000 | 0000010000 | 00000100000 |
| 7 | | 0000001 | 00000010 | 000000100 | 0000001000 | 00000010000 |
| 1 | 6 | 100000 | 1000001 | 10000011 | 100000110 | 1000001110 |
| 2 | | 010000 | 0100000 | 01000001 | 010000101 | 0100000101 |
| 3 | | 001000 | 0010000 | 00100000 | 001000011 | 0010000101 |
| 4 | | 000100 | 0001000 | 00010000 | 000100111 | 0001000011 |
| 5 | | 000010 | 0000100 | 00001000 | 000010000 | 0000100000 |
| 6 | | 000001 | 0000010 | 00000100 | 000001000 | 0000010000 |
| 1 | 5 | 10000 | 100001 | 1000011 | 10000110 | 100001110 |
| 2 | | 01000 | 010000 | 0100001 | 01000101 | 010000101 |
| 3 | | 00100 | 001000 | 0010000 | 00100011 | 001000101 |
| 4 | | 00010 | 000100 | 0001000 | 00010111 | 000100011 |
| 5 | | 00001 | 000010 | 0000100 | 00001000 | 000010000 |
| 1 | 4 | 1000 | 10001 | 100011 | 1000110 | 10001110 |
| 2 | | 0100 | 01000 | 010001 | 0100101 | 01001010 |
| 3 | | 0010 | 00100 | 001000 | 0010011 | 00100101 |
| 4 | | 0001 | 00010 | 000100 | 0001111 | 00010011 |
| 1 | 3 | 100 | 1001 | 10011 | 100110 | 1001110 |
| 2 | | 010 | 0100 | 01001 | 010101 | 0101010 |
| 3 | | 001 | 0010 | 00100 | 001011 | 0010101 |
| 1 | 2 | 10 | 101 | 1011 | 10110 | 010111 |
| 2 | | 01 | 010 | 0101 | 01101 | 101110 |
| 1 | 1 | 1 | 11 | 111 | 1111 | 11111 |

n = 11, k = 6

| i → | 1 | 2 | 3 | 4 | 5 | 5 |
|---|---|---|---|---|---|---|
| $g_i$ → | 10000011101 | 01000010100 | 00100001011 | 00010000110 | 00001000001 | 00000100000 |

Exhibit 47   Page 1683

MSLT_0001574

131

lists the basis vectors of these groups. The basis vectors have been
arranged so that the encoding function has a very simple form described
below. Let, for any $s \in S$

$$h = \mu_k(s) \quad h \in H \qquad (6\text{-}18)$$

and let $h^j$ be the jth most significant bit of h. Then the code word, g,
is given by

$$g = \beta(s) \equiv \theta_{n,k}(h) = \sum_{j=1}^{k} \oplus h^j \cdot g_j \qquad (6\text{-}19)$$

where $\sum \oplus$ denotes the exclusive-or summation, the dot represents the
binary product (or 'and' operation), and $g_j$'s are the basis vectors of
Table 6-2. We use (6-2) for decoding and (6-3) for the calculation of
the channel distortion.

Tables 6-3 and 6-4 give the channel distortion, c(n,k), and the
total distortion, t(n,k), for the Gaussian density for $p = 10^{-2}$ and
$p = 10^{-3}$ for various values of (n,k). Tables 6-5 and 6-6 give the total
distortion for the uniform and the Laplacian densities. The channel
distortion for these densities can be easily obtained by subtracting the
quantizer distortion given in Table 6-1 from the total distortion.
Table 6-7 shows the effects of a proper choice of $\beta$. The normal mapping
here corresponds to the mapping obtained by the procedure of [78] which
is optimum for the uniform density.

We note from (6-2) that the decoder is dependent upon the channel
bit-reversal probability p. While from (6-18) and (6-19) we note that
the encoder is independent of p for a given G. In practice p might vary
from time to time and thus cannot be known exactly. So it becomes
necessary to know the robustness of the scheme as p deviates from the

Exhibit 47   Page 1684

MSLT_0001575

132

## TABLE 6-3

CHANNEL DISTORTION FOR $(n,k)$ BLOCK CODING OF A UNIT VARIANCE (AT THE INPUT OF THE QUANTIZER) GAUSSIAN RANDOM VARIABLE.

| CHANNEL ERROR PROBABILITY p | k \ n | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .01 | 1 | .0252 | .0129 | .00075 | .0004 | .00003 | | | | | | |
| | 2 | | .0463 | .0280 | .0066 | .0018 | .0010 | | | | | |
| | 3 | | | .0656 | .0372 | .0115 | .0033 | .0025 | | | | |
| | 4 | | | | .0765 | .0423 | .0138 | .0056 | .0032 | | | |
| | 5 | | | | | .0821 | .0450 | .0149 | .0062 | .0036 | | |
| | 6 | | | | | | .0856 | .0463 | .0154 | .0064 | .0037 | .0025 |
| | 7 | | | | | | | .0923 | .0477 | .0156 | .0068 | .0037 |
| | 8 | | | | | | | | .1050 | .0508 | .0169 | .0076 |
| .001 | 1 | .00254 | .0013 | 8x10⁻⁵ | 4x10⁻⁶ | <10⁻⁶ | | | | | | |
| | 2 | | .0050 | .0028 | .0005 | .00002 | .00001 | | | | | |
| | 3 | | | .0069 | .0038 | .0010 | .00004 | .00003 | | | | |
| | 4 | | | | .0683 | .0044 | .0012 | .00006 | .00003 | | | |
| | 5 | | | | | .0093 | .0047 | .0013 | .0001 | .00005 | | |
| | 6 | | | | | | .0101 | .0049 | .0014 | .0001 | .00008 | .00005 |
| | 7 | | | | | | | .0112 | .0051 | .0014 | .00012 | .00008 |
| | 8 | | | | | | | | .0143 | .0056 | .0015 | .00015 |

Exhibit 47    Page 1685

MSLT_0001576

**TABLE 6-4**

CHANNEL PLUS QUANTIZER DISTORTION FOR (n,k) BLOCK CODING OF A UNIT VARIANCE (.r THE INPUT OF THE QUANTIZER) GAUSSIAN RANDOM VARIABLE. THE ENTRIES CORRESPONDING TO THE OPTIMUM VALUE OF k ARE UNDERLINED.

| CHANNEL ERROR PROBABILITY D | k \ n | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .01 | 1 | .3075 | .3751 | .3630 | .3627 | .3623 | | | | | | |
| | 2 | | .1658 | .1455 | .1241 | .1193 | .1185 | | | | | |
| | 3 | | | .1002 | .0717 | .0461 | .0379 | .0371 | | | | |
| | 4 | | | | .0860 | .0518 | .0233 | .0151 | .0127 | | | |
| | 5 | | | | | .0846 | .0475 | .0174 | .0087 | .0061 | | |
| | 6 | | | | | | .0828 | .0469 | .0160 | .0071 | .0043 | .0032 |
| | 7 | | | | | | | .0925 | .0478 | .0158 | .0070 | .0039 |
| | 8 | | | | | | | | .1051 | .0509 | .0168 | .0076 |
| .001 | 1 | .3640 | .3635 | .3623 | .3623 | .3623 | .3623 | | | | | |
| | 2 | | .1224 | .1203 | .1180 | .1175 | .1175 | | | | | |
| | 3 | | | .0414 | .0383 | .0355 | .0346 | .0346 | | | | |
| | 4 | | | | .0178 | .0138 | .0107 | .0096 | .0095 | | | |
| | 5 | | | | | .0118 | .0072 | .0038 | .0026 | .0026 | | |
| | 6 | | | | | | .0107 | .0056 | .0020 | .0008 | .0007 | .0007 |
| | 7 | | | | | | | .0114 | .0053 | .0016 | .0003 | .00025 |
| | 8 | | | | | | | | .0143 | .0056 | .0015 | .00021 |

Exhibit 47   Page 1686

MSLT_0001577

134

**TABLE 6-5**

CHANNEL PLUS QUANTIZER DISTORTION FOR (n,k) BLOCK CODING OF A UNIT VARIANCE (AT THE INPUT OF THE QUANTIZER) UNIFORM RANDOM VARIABLE. THE ENTRIES CORRESPONDING TO THE OPTIMUM VALUE OF k ARE UNDERLINED.

| CHANNEL ERROR PROBABILITY p | k | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .01 | 1 | .2797 | .2651 | .2509 | .2505 | .2500 | | | | | | |
| | 2 | | .0996 | .0651 | .0670 | .0640 | .0635 | | | | | |
| | 3 | | | .0546 | .0401 | .0228 | .0182 | .0177 | | | | |
| | 4 | | | | .0433 | .0288 | .0116 | .0073 | .0063 | | | |
| | 5 | | | | | .0006 | .0260 | .0087 | .0045 | .0035 | | |
| | 6 | | | | | | .0398 | .0253 | .0080 | .0038 | .0028 | .0022 |
| | 7 | | | | | | | .0397 | .0251 | .0079 | .0036 | .0026 |
| | 8 | | | | | | | | .0396 | .0251 | .0782 | .0036 |
| .001 | 1 | .2530 | .2515 | .2500 | .2501 | .2500 | | | | | | |
| | 2 | | .0663 | .0648 | .0629 | .0625 | .0625 | | | | | |
| | 3 | | | .0196 | .0181 | .0162 | .0156 | .0156 | | | | |
| | 4 | | | | .0079 | .0064 | .0045 | .0039 | .0039 | | | |
| | 5 | | | | | .0050 | .0035 | .0016 | .0010 | .0010 | | |
| | 6 | | | | | | .0042 | .0027 | .0009 | .0003 | .00028 | .00027 |
| | 7 | | | | | | | .0041 | .0026 | .0007 | .00011 | .00010 |
| | 8 | | | | | | | | .0040 | .0025 | .00066 | .00067 |

Exhibit 47   Page 1687

MSLT_0001578

TABLE 6-6

CHANNEL PLUS QUANTIZER DISTORTION FOR (n,k) BLOCK CODING OF A UNIT VARIANCE (AT THE INPUT OF THE QUANTIZER) LAPLACIAN RANDOM VARIABLE. THE ENTRIES CORRESPONDING TO THE OPTIMUM VALUE OF k ARE UNDERLINED. (Underlined optimum entries shown in **bold**.)

| Channel error probability $p$ | $k$ \ $n$ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .01 | 1 | **.5194** | .5099 | .5007 | .5004 | .5001 | | | | | | |
| | 2 | | **.2389** | .2147 | .1910 | .1857 | .1845 | | | | | |
| | 3 | | | **.1505** | .1051 | .0722 | .0613 | .0600 | | | | |
| | 4 | | | | **.1051** | .0761 | .0355 | .0243 | .0200 | | | |
| | 5 | | | | | **.0722** | .0723 | .0261 | .0133 | .0090 | | |
| | 6 | | | | | | **.0355** | .0730 | .0242 | .0109 | .0061 | .0045 |
| | 7 | | | | | | | **.0243** | .0736 | .0239 | .0102 | .0054 |
| | 8 | | | | | | | | **.0133** | .0739 | .0239 | .0100 |
| .001 | 1 | **.5020** | .5010 | .5001 | .5001 | .5001 | | | | | | |
| | 2 | | **.1893** | .1867 | .1641 | .1835 | .1835 | | | | | |
| | 3 | | | **.0673** | .0620 | .0584 | .0571 | .0571 | | | | |
| | 4 | | | | **.0308** | .0223 | .0177 | .0160 | .0160 | | | |
| | 5 | | | | | **.0223** | .0117 | .0062 | .0044 | .0043 | | |
| | 6 | | | | | | **.0117** | .0094 | .0032 | .0013 | .0012 | .0115 |
| | 7 | | | | | | | **.0062** | .0091 | .0025 | .0005 | .0004 |
| | 8 | | | | | | | | **.0032** | .0091 | .0024 | .0003 |

135

136

TABLE 6-7

EFFECT OF ENCODER MAPPING B. THE REVERSE ENCODING IS OBTAINED BY ASSIGNING THE NORMAL CODE FOR jth QUANTIZER LEVEL TO j', WHERE j' IS OBTAINED BY REVERSE ORDERING THE BINARY REPRESENTATION OF j. THE ENTRIES SHOW CHANNEL DISTORTION, $c(n,k)$, FOR LAPLACIAN DENSITY, $n = 11$.

| MAPPING β | k→ | 6 | | | 7 | | | 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | p→ | .1 | .01 | .001 | .1 | .01 | .001 | .1 | .01 | .001 |
| NORMAL | (1) | .2345 | .0034 | .00007 | .2560 | .0051 | .00012 | .3480 | .0091 | .00022 |
| REVERSE | (2) | .5651 | .1145 | .0164 | .5996 | .1387 | .0215 | .6028 | .1401 | .0218 |
| RATIO (2)/(1) | | 2.410 | 33.68 | 234.3 | 2.330 | 27.20 | 179.2 | 1.73 | 15.40 | 99.09 |

REMARK: The normal mapping gives the maximum protection to the most significant bit of the quantizer output and least protection to the least significant bit, while the reverse encoding does just the opposite. The conventional error correcting codes provide equal protection to all the bits and would perform somewhere in between, but still much inferior to the optimum m.s.e. coding.

Exhibit 47   Page 1689

MSLT_0001580

137

design value. Table 6-8 shows that the scheme is indeed quite robust to a wide variation in p.

Figure 6-3 shows the effect of varying k on the total distortion for a fixed rate (or n). The minima of the curves correspond to the optimum value of k. Figure 6-4 gives the distortion-rate functions for various densities with channel optimization. We notice that as the channel becomes noiser, the distortion-rate curves start flattening.

We have also evaluated the performance of the scheme for two important classes of discrete random processes. The first one is a one-dimensional first order Markov process with one step correlation parameter $\rho = .95$. For this process the discrete cosine transform has been known to perform very close to the K-L transform [2]. Hence the matrix $\Psi$ has been chosen to be the discrete Cosine transform [2]. Figure 6-5 shows the distortion-rate curves for this process for Gaussian distribution.

The second class is the 2-D random field with the isotropic covariance model given by (A-2) with $\rho_i = \rho_j = .95$. Once again, we use the discrete Cosine transform, because as shown in Appendix B it performs very close to the K-L transform. Figure 6-6 shows the distortion-rate curves for this process with Gaussian distribution for array sizes of 16 × 16 and 64 × 64. Figure 6-7 shows the bit assignment pattern for the 16 × 16 array size at 1 bit/sample rate. Figure 6-8 shows the percentage of bits assigned for channel error protection (or redundancy) as a function of rate and array size. We notice that for low channel noise ($p = 10^{-3}$) this percentage is almost constant for different rates as well as array sizes. Even for high levels of channel noise ($p = 10^{-2}$) the variation is not too large. Another noteworthy fact is that the channel

Exhibit 47   Page 1690

MSLT_0001581

138



Total Distortion as a Function of Quantization Bits. n = 8.

Figure 6-3

TABLE 6-8

CHANNEL DISTORTION FOR (8,6) ENCODER. THE ENTRIES SHOW THAT THE SCHEME IS QUITE ROBUST TO THE FLUCTUATIONS IN CHANNEL STATISTICS.

| ACTUAL $p$ | OPTIMUM DECODER | DECODER DESIGNED FOR $p$=.001 |
|---|---|---|
| .0001 | .000135 | .000140 |
| .0002 | .000271 | .000274 |
| .0004 | .000543 | .000545 |
| .0006 | .000817 | .000818 |
| .0008 | .001093 | .001094 |
| .001 | .001371 | .001371 |
| .002 | .002783 | .002789 |
| .004 | .005720 | .005783 |
| .006 | .008800 | .008985 |
| .008 | .012014 | .012393 |
| .010 | .015356 | .016004 |

Exhibit 47   Page 1691

MSLT_0001582

139



(b) Laplacian Density

(a) Gaussian and Uniform Densities

Figure 6-4: Distortion-Rate Curves for PCM Transmission of a Random Variable over a Binary Symmetric Channel with Channel Optimization.

Exhibit 47    Page 1692

MSLT_0001583

140



Distortion-Rate Curves for a 2-D Random Process
with Gaussian Distribution using Channel Optimi-
zation. $\rho_i = \rho_j = .95$.

Figure 6-6



Distortion-Rate Curves for a One-Dimensional First
Order Markov Process with Gaussian Distribution
Using Channel Optimization. $\rho = .95$.

Figure 6-5

Exhibit 47   Page 1693

MSLT_0001584

141

j ⟶

```
6 6 5 4 3 3 2 2 1 1 1 1 0 0 0
5 4 3 3 2 2 2 1 1 1 1 0 0 0
5 4 4 3 3 2 2 1 1 1 1 0 0 0
4 3 3 3 2 2 2 1 1 1 1 0 0 0 0
3 3 3 2 2 2 1 1 1 1 1 0 0 0 0
2 2 2 2 2 1 1 1 1 1 0 0 0 0
2 2 2 2 1 1 1 1 1 1 0 0 0 0
2 2 2 1 1 1 1 1 0 0 0 0 0
1 1 1 1 1 1 1 0 0 0 0 0 0
1 1 1 1 1 1 0 0 0 0 0 0 0
1 1 1 1 1 0 0 0 0 0 0 0 0
1 1 1 1 0 0 0 0 0 0 0 0 0
1 1 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0
```

$p = 10^{-2}$

j ⟶

```
7 6 5 4 3 3 2 2 1 1 1 1 0 0
6 5 4 4 3 3 2 1 1 1 1 0 0 0
5 4 4 3 3 2 2 1 1 1 1 0 0 0
4 4 3 3 2 2 2 1 1 1 1 0 0 0
3 3 3 3 2 2 2 1 1 1 1 0 0 0 0
3 3 2 2 2 2 1 1 1 1 0 0 0 0
2 2 2 2 2 1 1 1 1 1 0 0 0 0
2 2 2 2 1 1 1 1 1 0 0 0 0 0
2 1 1 1 1 1 1 1 1 0 0 0 0 0
1 1 1 1 1 1 1 1 0 0 0 0 0 0
1 1 1 1 1 1 0 0 0 0 0 0 0 0
1 1 1 1 0 0 0 0 0 0 0 0 0 0
1 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
```

$p = 10^{-3}$

(a) Bit-Assignment for Quantization, k(i,j).

j ⟶

```
5 4 3 2 0 0 0 0 0 0 0 0 0 0
4 3 2 2 0 0 0 0 0 0 0 0 0 0
3 2 2 0 0 0 0 0 0 0 0 0 0 0
2 2 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
```

$p = 10^{-2}$

j ⟶

```
3 3 0 0 0 0 0 0 0 0 0 0 0 0
3 1 0 0 0 0 0 0 0 0 0 0 0 0
1 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0
```

$p = 10^{-3}$

(b) Additional Bits for Channel Error Protection, n(i,j) - k(i,j).

Bit-Assignment for 16 × 16 Cosine Transform Coding for a 2-D Isotropic Random Field with $\rho_i = \rho_j = .95$.  Bit-Rate = 1 Bit/Sample.

Figure 6-7

Exhibit 47   Page 1694

MSLT_0001585

142



Distortion-Rate Curves for 16 x 16 Cosine
Transform Coding of a 2-D Isotropic Random
Field for Various Schemes. $\rho_i = \rho_j = .95$.
The Transform Coefficients are Laplacian
Distributed.

Figure 6-9




Percentage of Redundant Bits Assigned for
Channel Error Correction for Coding of a
2-D Isotropic Random Process with Gaussian
Distribution using Channel Optimization.
$\rho_i = \rho_j = .95$.

Figure 6-8

Exhibit 47   Page 1695

MSLT_0001586

143

optimization scheme requires much less redundant bits for channel error protection than the conventional error correcting codes would require.

As mentioned in chapter IV, for most images the transform coefficients could be assumed to be Laplacian distributed. So we have also calculated the distortion-rate functions of the 2-D isotropic covariance model for this distribution and compare the channel optimization scheme (Scheme-1) with a (15,11) single error correction encoding scheme (Scheme-2) and a scheme with no error correction (Scheme-3). Figure 6-9 shows the distortion-rate curves for 16 × 16 array size for these three schemes. The distortion-rate curve for Scheme-2 for $p = 10^{-3}$ has been obtained assuming that the effects of two and more errors in a 15 bit code could be neglected due to their very low probability. Thus the curve is somewhat optimistic and clearly the actual performance of the Scheme-1 relative to the Scheme-2 would be even better than what is shown in Figure 6-9. Roughly we can conclude that the performances of the Scheme-1 for $p = 10^{-2}$, that of the Scheme-2 for $p = 10^{-3}$, and that of the Scheme-3 for $p = 10^{-4}$ are close to each other.

The results of the previous sections were applied for coding a 256 × 256 Girl image originally digitized to 8 bits/sample. An isotropic covariance model with $\rho_i = \rho_j = .95$ and Laplacian distribution for the transform coefficients were assumed. The array (or sub-block) size of 16 × 16 and the Cosine transform were chosen in the coding algorithm. The performance of the Scheme-1 and the Scheme-3 were evaluated for $p = 10^{-2}$, $10^{-3}$ at 1 bit/pixel.

Exhibit 47   Page 1696

144

TABLE 6-9

PERFORMANCE OF DATA COMPRESSION SCHEMES AT 1 BIT/PIXEL
FOR COSINE TRANSFORM CODING OF 256 x 256 GIRL IMAGE.
BLOCK SIZE = 16 x 16.

| SCHEME | SIGNAL TO NOISE RATIO | | |
|---|---|---|---|
| | p=0 | p=.001 | p=.01 |
| SCHEME -1 | 31.90 dB | 31.40 dB | 29.85 dB |
| SCHEME -3 | 31.90 dB | 25.96 dB | 20.05 dB |

Table 6-9 gives the signal to noise ratio (SNR) and Figure 6-10 shows the original and the coded images. Figure 6-11 shows various absolute error images amplified ten times. Since the effect of a bit reversal is localized within a sub-block of an image, we call it "blocking effect". From Figure 6-10 we see that for Scheme-1 the performances at $p = 0$ and $p = 10^{-3}$ are almost indistinguishable and at $p = 10^{-2}$ the blocking effects of channel noise are somewhat visible. While for Scheme-3 (which provides no channel noise protection) the blocking effects are quite visible even for $p = 10^{-3}$ and very prominent at $p = 10^{-2}$.

The results of Table 6-9 are in excellent agreement with those of Figure 6-9. Since Figure 6-8 gives the distortion normalized by the variance, while the SNR is normalized by the peak-to-peak signal energy, the SNR for an image could be obtained from Figure 6-9 by subtracting the mean square error in decibels from a constant

$$C = 10 \log_{10} \left\{ \frac{(\text{peak-to-peak signal})^2}{\sigma^2} \right\} \text{ dB}$$

where $\sigma^2$ is the variance of the image. For the Girl image we get

Exhibit 47   Page 1697

MSLT_0001588

145



(a) Original 256 x 256 Image
8 bits/pixel

(b) Coded at 1 bit/pixel
p = 0

(c) Coded at 1 bit/pixel
$p = 10^{-3}$, Scheme-3

(d) Coded at 1 bit/pixel
$p = 10^{-3}$, Scheme-1

(e) Coded at 1 bit/pixel
$p = 10^{-2}$, Scheme-3

(f) Coded at 1 bit/pixel
$p = 10^{-2}$, Scheme-1

Images Resulting From 16 x 16 Cosine Transform Coding and Transmission
over a Binary Symmetric Channel.

Figure 6-10

Exhibit 47   Page 1698

MSLT_0001589

146



(a) Quantization Noise
p = 0

(b) Channel Noise
$p = 10^{-3}$, Scheme-3

(c) Channel Noise
$p = 10^{-3}$, Scheme-1

(d) Channel Noise
$p = 10^{-2}$, Scheme-3

(e) Channel Noise
$p = 10^{-2}$, Scheme-1

Error Images Corresponding to the Coded Images of the Previous Figure

Figure 6-11

Exhibit 47    Page 1699

MSLT_0001590

147

$$C = 10 \log_{10} \left\{ \frac{(255)^2}{1868.76} \right\} \text{ dB}$$

$$= 15.42 \text{ dB.}$$

Thus from Figure 6-9 we obtain the SNR for the Girl image for Scheme-1 at $p = 10^{-3}$ and 1 bit/pixel as

$$\text{SNR} = 15.42 - (-15.48) \text{ dB}$$

$$= 30.90 \text{ dB}$$

which is very close to the actual performance given in Table 6-9 as 31.40 dB. Thus the model used for the data compression of the Girl image seems to be realistic.

It is also apparent by viewing Figure 6-11 that there is a marked difference between the distribution and the visual effects of the two sources of errors, i.e., the quantization and the channel noise. Thus it might be desirable to assign different weights to these errors. This could be easily incorported in our scheme by defining the total distortion as

$$t(n,k) = q(k) + w_c \cdot c(n,k)$$

and then performing channel optimization as before. A suitable value of weighting coefficient $w_c$ has to be found experimentally.

The concept of channel optimization can also be extended to hybrid coding. This and the application to interframe coding have been left for future research.

Exhibit 47   Page 1700

MSLT_0001591

148

# CHAPTER VII

## SUMMARY, CONCLUSIONS, AND SUGGESTIONS FOR FUTURE WORK

### 7.1 Summary

The new results presented in this thesis are summarized as follows.

A hypothesis that the temporal dimension of most video motion images consists mainly of a deterministic compenent, called motion, was presented. A method for the visual characterization of the deterministic component in a stationary mode, based on the temporal cross-sections, was described. A piecewise linear translation model for the motion trajectory estimation was developed. Based on this model, some simple relationships to calculate statistical parameters of the random component were derived.

A new technique for efficient estimation and coding of the deterministic component was presented. The experimental results of application of this technique to actual image data (Head and Shoulders and Chemical Plant) show that it gives very good estimates and that the piecewise linear translation approximation on a sub-block (of suitable size) basis is reasonably good.

The registration of successive frames, called motion compensation, results in a tremendous improvement in prediction (about 10 to 12 dB decrease in interframe variance), and the remaining motion uncertainty in the areas of motion is approximately uniformly distributed between 0 to 0.5 pixels along both the spatial axes. This high degree of registration results in temporal bandwidth reduction, and permits reducing the

Exhibit 47    Page 1701

MSLT_0001592

149

sampling rate of the temporal axis (i.e., frame skipping). The missing
samples (or frames) can be fairly accurately reproduced by zeroth or
first order linear interpolation.

Simple first order Markov covariance models, e.g., separable,
result in very poor performance for a transform coder (interframe as well
as intraframe) compared with the measured statistical models. Also, the
simple (or non-adaptive) transform coders, which are based on approxima-
tion of image random process by a wide sense stationary process, re-
sult in poor performance for motion images (mostly in reproduction of
sharp edges and motion). A significant improvement can be achieved by
an adaptive scheme which approximates the nonstationary process by four
piecewise stationary processes. However, for the biomedical projection
images the assumption of wide sense stationarity is reasonable.

Comparison of the non-adaptive intraframe and interframe schemes
for video motion images shows that the mean square performance of the
interframe scheme having a sub-block size of 16 × 16 × 16 can be matched
by an intraframe scheme having a sub-block size of 64 × 64 (the total
array size for both are the same).

The x-ray projection images have high correlation and the inter-
frame transform coding of these results in very high compression. The
effect of the distortion in the projection images on the reconstruction
of the 3-D object has been evaluated by reconstructing some transaxial
cross-sections (or levels) of the object. The results show that high
compression ratios are achievable on these images.

The performance of a hybrid scheme for the video motion images can
be significantly improved by adapting the bit-rates and the statistics
to the local variations in the spatial and temporal characteristics. A

Exhibit 47   Page 1702

MSLT_0001593

150

simple criterion for this adaptation is proposed. Once again, this is achieved by approximating the nonstationary process by four piecewise stationary processes.

The incorporation of motion compensation and 2:1 subsampling of temporal axis results in further significant improvement in the performance of the adaptive hybrid coding. For the Head and Shoulders images high quality images (SNR = 37 dB) are obtained at .125 bit/pixel or a compression ratio of 64 is realized.

The adaptive hybrid coding (without motion compensation) results in very high compression ratios for the angiocardigram x-ray motion images. Compression ratios of 32-128 seem to be realizable based on the evaluation of still images. Spatial statistics of these images are represented very well by stationary models.

A method for the joint optimization of source coding and channel coding for PCM transmission over noisy channels has been presented. It was shown how this method could be applied to image transform coding. The rate distortion curves and the experimental results on images show that this method performs significantly better than the conventional error correcting codes or schemes with no channel protection. For example, at 1 bit rate and channel error probability $10^{-2}$, the proposed algorithm improves the performance of an ordinary transform coder (designed for noise free channel) by almost 10 dB.

The performance of the K-L, Cosine, Sine, Fourier, and Hadamard transforms for several commonly used intraframe nonseparable covariance models have been compared for an array size of 8 × 8. The results indicate that for all these models (isotropic [53], NC1 [34], and measured covariance of a Girl image) the Cosine transform performs very close to

**Exhibit 47   Page 1703**

MSLT_0001594

151

the optimum K-L transform, and the remaining transforms perform close to each other. The performance of the K-L is about .05 dB better than the Cosine and about 1 dB better than the remaining transforms. Earlier results have shown the near optimality of the Cosine transform for separable covariance model only.

## 7.2  Conclusions and Recommendations for Future Work

Based on the results and experimental evidence presented in this thesis, we make the following conclusions and recommendations for further investigation.

For multiframe motion images considered here, the motion between successive frames can be very closely approximated by piecewise linear translation of sub-blocks of size 8 × 8 to 32 × 32 with an average accuracy of .25 pixel.

The interpolation of skipped frames along motion trajectory (obtained by above approximation) results in excellent encoding of the skipped frames. Thus, we conclude that the bandwidth of the temporal domain can be significantly reduced by motion compensation.

The logarithmic search method of direction of minimum distortion (DMD) could also be useful in many other applications of image registration, e.g., terminal guidance, template matching. This will be a subject of our future research.

The performance of transform coding is highly dependent on the statistical model, especially at high bit-rates. Measuring the statistics in transform domain results in a significant improvement in performance (2-4 dB). We have not addressed the question of how often the

Exhibit 47   Page 1704

MSLT_0001595

152

statistics need to be measured for a given application. It has been left for future investigation.

The mean square performance of the nonadaptive intraframe and interframe transform coding schemes is comparable for equal total array size of the sub-block, thus making the interframe transform coding unattractive for motion images. Further investigation is required to establish the effect of array size on coder performance.

The adaptive variable bit-rate transform and hybrid coders have much better performance. The result is improved by 4 dB over the nonadaptive schemes, and the motion and the sharp features are better reproduced.

Motion compensation and alternate frame skipping, with interpolation of skipped frames along motion trajectory, results in a further compression gain by a factor of two. Higher compression gain seems likely by further reducing the sampling along of the temporal axis and interpolation along motion trajectory. Although we have only applied the motion compensation method of chapter II to hybrid coding, this and subsampling of temporal axis can also be used with the predictive coding schemes of chapter III and similar gains are expected. Application of motion compensation to 3-D transform coding seems to be difficult.

The joint optimization of the source coding and the channel coding results in significant improvement in performance of a coding scheme. The concept of channel optimization for PCM transmission can be easily extended to DPCM and thus to the hybrid coding methods.

The cosine transform performs very close to the optimal K-L and its many computational advantages over K-L makes it a better choice for image data compression for a variety of random fields.

Exhibit 47   Page 1705

MSLT_0001596

153

Some of the techniques of video bandwidth compression can be applied to the biomedical x-ray images with very high compression. Further research in this area is needed to more qualitatively evaluate the effects of distortion on the medically useful information.

**Exhibit 47   Page 1706**

MSLT_0001597

154

## APPENDIX A

### MODELING OF INTRAFRAME IMAGE STATISTICS

#### A.1  Covariance Models for 2-D Images:

The second order statistics of images are required for many image
processing applications, e.g., restoration, and coding.  Assuming that the
images belong to 2-D stationary random fields, a widely used model for
image covariances is the separable model given by

$$r_{m,n} \triangleq E[u_{k,\ell} u_{k\pm m, \ell\pm n}] = (\rho_i)^m (\rho_j)^n \qquad (A-1)$$
$$m,n \geq 0, \ |\rho_i| < 1, \ |\rho_j| < 1$$

where $u_{i,j}$ is the intensity of $(i,j)$th pixel and $\rho_i$ and $\rho_j$ are one step
correlation parameters along indices $i$ and $j$.  Without loss of generality
we have assumed images having zero mean and unity variance.

Although the model of (A-1) results in a very simple mathematical
analysis, it is known to be a poor approximation of the actual image co-
variances [34].  Another image model, which is called isotropic covariance
model [53,66], is known to be a better approximation for most images but
has not been used widely so far because of resulting difficulties in
analysis.  It is given by

$$r_{m,n} = \exp\left\{-\sqrt{\alpha_i m^2 + \alpha_j n^2}\right\} \qquad (A-2)$$
$$m,n \geq 0$$

where

$$\alpha_i = (\ell n(\rho_i))^2 \ ; \ \alpha_j = (\ell n(\rho_j))^2$$

and $\rho_i = \rho_j$ if the images are sampled at the same rate along both the axes.

**Exhibit 47   Page 1707**                    MSLT_0001598

155

Equation (A-2) then simply means that the correlation between any two image points is an exponentially decreasing function of their goemetric distance, while in (A-1) it is the sum of the horizontal and vertical distances. From this statement it is clear that (A-2) would be a better model for most images. In [35] it has been demonstrated that the models which closely approximate (A-2) give much better performance in filtering images than that of (A-1).

A model based on a finite difference approximation of an elliptical partial differential equation, reported in [34], and referred as NC1 model [34,35], has been found very useful in modeling image statistics. It is a four point nearest neighbor non-causal (NC) model represented by the relationship

$$u_{i,j} = (u_{i-1,j} + u_{i+1,j} + u_{i,j-1} + u_{i,j+1}) + \varepsilon_{i,j} \qquad \text{(A-3)}$$

where $\{\varepsilon_{i,j}\}$ is a zero mean, moving average field whose covariance function is

$$E[\varepsilon_{i,j}\varepsilon_{m,n}] = \beta^2(\delta_{i-m}\delta_{j-n} - \alpha\gamma\delta_{i-m\pm1}\delta_{j-n\pm1}) \qquad \text{(A-4)}$$

and $\delta$ is the Kronecker delta function. Suitable values of $\alpha$, $\beta^2$ and $\gamma$ could be found for a class of images. The application of this model for filtering and data compression could be found in [35] and [75] respectively. The calculation of covariances generated by this model is described in [34].

Sometimes a direct model of covariances is obtained by measuring these quantities for a given image data as follows. Let $K \times L$ be the size of a window over which the covariances are desired and $M \times N$ be the size of data array, $U$, such that

Exhibit 47   Page 1708

MSLT_0001599

156

$$K \ll M \quad \text{and} \quad L \ll N .$$

Then, we define

$$\hbar_{m,n} = \sum_{i=1}^{M-K} \sum_{j=1}^{N-L} u_{i,j} u_{i+m,j+n} \Big/ \sum_{i=1}^{M-K} \sum_{j=1}^{N-L} u_{i,j}^2 \qquad (A-5)$$

$$0 \le m \le K-1, \quad 0 \le n \le L-1 .$$

## A.2   Computation of Transform Coefficient Variances:

For intraframe transform coding, as well as for interframe hybrid coding, we need to know the statistics of images in the transform domain, particularly the variances of the transform coefficients. Let U denote an M × N block of an image, $\psi_L$ denote an L × L unitary transform, V denote the M × N array of the transform coefficients of U, and W the array of the variances of transform coefficients. Then

$$V = \psi_M U \psi_N^T$$

and

$$W = E[(v_{i,j})^2] \qquad 1 \le i \le M, \quad 1 \le j \le N .$$

Let bar on the top of an array represent lexicographic ordering of the elements into a one dimensional array and R = $\{\hbar_{i,j} : 0 \le i \le M-1,$ $0 \le j \le N-1\}$ be an M × N covariance matrix of the image random field. We wish to find the elements of W, given R. From the above definitions, it could be easily seen that

$$\overline{V} = (\psi_M \otimes \psi_N) \overline{U} \qquad (A-6)$$

and

$$\overline{W} = \text{Diag.}\{E[\overline{V}\,\overline{V}^T]\} \qquad (A-7)$$

Exhibit 47   Page 1709

MSLT_0001600

157

where $\otimes$ denotes the Kronecker product of matrices and Diag.{B} represents
a one dimensional array containing the diagonal elements of a square matrix
B. From (A-6) and (A-7) we have

$$\overline{W} = \text{Diag.}\{(\psi_M \otimes \psi_N) \, E \, [\overline{U}\,\overline{U}^T] \, (\psi_N^T \otimes \psi_N^T)\}$$

or

$$\overline{W} = \text{Diag.}\{(\psi_M \otimes \psi_N)\mathcal{R} \, (\psi_N^T \otimes \psi_N^T)\} \qquad\qquad (A-8)$$

where $\mathcal{R}$ is a N × N symmetric block Toeplitz matrix whose each element is
an M × M symmetric Toeplitz matrix. The elements of $\mathcal{R}$ are given by

$$\mathcal{R}_{i,j;k,\ell} = r_{|k-\ell|,\,|i-j|} \quad 1 \le i,j \le N, \qquad 1 \le k,\ell \le M \qquad (A-9)$$

where the first two subscripts of $\mathcal{R}$ refer to the addresses of the blocks
and the last two refer to the addresses of the elements within a block.

Thus, one can calculate the transform coefficient variances by
appropriately taking the transform of $\mathcal{R}$. We have also found an efficient
algorithm for computing (A-8) which exploits the Toeplitz structure of $\mathcal{R}$
and the fact that only diagonal elements of its transform are needed.
This will be published elsewhere.

Table A-1 shows the cosine transform coefficient variances for a
sub-block size of 16 × 16 measured over the 16 frames of Head and Shoulders
data set. Each sub-block was first transformed by a discrete Cosine trans-
form and then for each transform coefficient the variance was measured over
all the data sub-blocks. Table A-2 shows a 2-D 16 × 16 covariance matrix,
R, corresponding to the model of (A-2) and Table A-3 shows its correspond-
ing Cosine transform coefficient variance matrix, W. Comparing the cor-
responding entries of Tables A-1 and A-3, the ratio is not too far from

Exhibit 47   Page 1710

MSLT_0001601

158

unity for the lower order coefficients, while for higher order coeffi-
cients the ratio is too far deviated from unity.

The consequence of the above is that at lower bit-rates, where no
bits are assigned to most higher order coefficients, the performance of
the coders using variances of Tables A-1 or A-3 would be very close and
hence (A-2) is a good model. But at higher bit-rates, the variance distri-
bution of Table A-3 would tend to assign bits to higher order coefficients
unnecessarily. We have found experimentally that for high resolution
smooth images, which have very low variance for higher order coefficients,
a correction factor applied to the transform coefficient variances,
resulting from the model of (A-2), improves the performance at high bit-
rates considerably. One such correction factor, for Head and Shoulders,
data, is given by

$$w'_{i,j} = hw_{i,j}(\rho)^{b\left\{\left(\frac{i-1}{M}\right)^2 + \left(\frac{j-1}{N}\right)^2\right\}} \quad , \quad b = 50 \qquad \text{(A-10)}$$

where
$$\rho = (\rho_i + \rho_j)/2$$

and h is chosen such that

$$\sum_{i=1}^{M} \sum_{j=1}^{N} w'_{i,j} = \sum_{i=1}^{M} \sum_{j=1}^{N} w_{i,j} \quad .$$

Table A-4 shows the matrix of Table A-3 with the above correction factor.
We can see that the entries of Tables A-1 and A-4 are close and hence the
model of (A-2) with the correction factor of (A-10) is a better model for
coding the images belonging to the same class as the Head and Shoulders
images than (A-2) with no correction. However, this correction factor is
data dependent, but a suitable value of parameter b in (A-10) could be
found for other data.

Exhibit 47   Page 1711

MSLT_0001602

TABLE A-1

TRANSFORM COEFFICIENT VARIANCES FOR 16 × 16 SUB-BLOCK SIZE COSINE TRANSFORM MEASURED OVER THE 16 FRAMES OF HEAD AND SHOULDERS DATA.

| 103.240 | 24.240 | 6.423 | 2.110 | .839 | .383 | .244 | .149 | .084 | .063 | .028 | .016 | .007 | .002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.788 | 3.742 | 1.509 | .416 | .399 | .111 | .063 | .026 | .007 | .005 | .001 | .001 | .001 | .000 |
| 3.103 | 1.744 | .414 | .151 | .099 | .072 | .049 | .021 | .005 | .003 | .002 | .001 | .001 | .000 |
| 1.265 | .352 | .256 | .084 | .027 | .032 | .019 | .015 | .003 | .002 | .001 | .001 | .000 | .000 |
| .365 | .142 | .106 | .032 | .013 | .017 | .011 | .006 | .002 | .001 | .001 | .000 | .000 | .000 |
| .145 | .058 | .044 | .016 | .007 | .009 | .006 | .004 | .001 | .001 | .000 | .000 | .000 | .000 |
| .057 | .024 | .023 | .008 | .004 | .004 | .004 | .002 | .001 | .000 | .000 | .000 | .000 | .000 |
| .025 | .013 | .011 | .005 | .002 | .003 | .002 | .002 | .001 | .000 | .000 | .000 | .000 | .000 |
| .012 | .007 | .008 | .002 | .002 | .001 | .001 | .001 | .000 | .000 | .000 | .000 | .000 | .000 |
| .006 | .003 | .003 | .002 | .001 | .001 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | .000 |
| .002 | .002 | .002 | .001 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 |
| .001 | .001 | .001 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 |
| .001 | .000 | .001 | .000 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 |
| .000 | .000 | .000 | .000 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 |
| .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 |
| .000 | .000 | .000 | .001 | .001 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 | .000 |

TABLE A-2

16 × 16 COVARIANCE MATRIX, R, FOR A TWO-DIMENSIONAL ISOTROPIC STATIONARY RANDOM FIELD FOR $\rho_i = .955$, $\rho_j = .945$.

| 1.000 | .915 | .893 | .844 | .797 | .754 | .712 | .673 | .636 | .601 | .568 | .537 | .507 | .479 | .453 | .428 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .955 | .930 | .885 | .839 | .794 | .751 | .710 | .671 | .635 | .600 | .567 | .536 | .506 | .478 | .452 | .427 |
| .912 | .898 | .864 | .824 | .787 | .743 | .705 | .666 | .630 | .596 | .564 | .533 | .504 | .477 | .451 | .426 |
| .871 | .861 | .836 | .803 | .767 | .730 | .693 | .657 | .623 | .590 | .559 | .529 | .500 | .473 | .448 | .423 |
| .832 | .825 | .806 | .778 | .747 | .714 | .680 | .646 | .613 | .582 | .552 | .522 | .495 | .469 | .444 | .420 |
| .794 | .789 | .774 | .751 | .724 | .694 | .664 | .633 | .602 | .572 | .543 | .515 | .488 | .463 | .439 | .416 |
| .759 | .754 | .742 | .723 | .700 | .673 | .646 | .617 | .588 | .560 | .533 | .506 | .481 | .456 | .433 | .410 |
| .724 | .721 | .711 | .695 | .674 | .651 | .626 | .600 | .574 | .547 | .521 | .496 | .472 | .448 | .425 | .403 |
| .692 | .689 | .680 | .667 | .649 | .628 | .606 | .582 | .558 | .533 | .509 | .485 | .462 | .439 | .418 | .397 |
| .661 | .658 | .651 | .639 | .624 | .605 | .585 | .564 | .541 | .519 | .496 | .473 | .451 | .430 | .409 | .399 |
| .631 | .629 | .622 | .612 | .599 | .583 | .564 | .545 | .524 | .503 | .482 | .461 | .440 | .420 | .400 | .381 |
| .603 | .601 | .595 | .586 | .574 | .560 | .544 | .526 | .507 | .488 | .468 | .448 | .429 | .409 | .391 | .372 |
| .575 | .574 | .569 | .561 | .550 | .538 | .523 | .507 | .490 | .472 | .453 | .435 | .417 | .399 | .381 | .363 |
| .550 | .548 | .544 | .537 | .527 | .516 | .503 | .488 | .472 | .456 | .439 | .422 | .405 | .387 | .371 | .354 |
| .524 | .523 | .520 | .513 | .505 | .495 | .483 | .469 | .455 | .440 | .424 | .408 | .392 | .376 | .360 | .345 |
| .501 | .500 | .497 | .491 | .483 | .474 | .463 | .451 | .438 | .424 | .410 | .395 | .380 | .363 | .350 | .335 |

Exhibit 47    Page 1712

MSLT_0001603

160

## TABLE A-3

13 × 16 COSINE TRANSFORM COEFFICIENT VARIANCES CORRESPONDING TO THE COVARIANCE MATRIX OF TABLE A-2.

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170.335 | 23.137 | 5.748 | 1.883 | .874 | .456 | .277 | .179 | .126 | .092 | .072 | .058 | .047 | .043 | .039 | .037 |
| 17.237 | 5.935 | 2.602 | 1.175 | .620 | .359 | .229 | .155 | .112 | .084 | .067 | .055 | .047 | .042 | .038 | .036 |
| 3.667 | 2.130 | 1.299 | .749 | .355 | .247 | .155 | .137 | .102 | .079 | .063 | .053 | .045 | .041 | .038 | .036 |
| 1.133 | .832 | .628 | .441 | .205 | .213 | .155 | .095 | .069 | .071 | .058 | .053 | .043 | .041 | .037 | .035 |
| .515 | .412 | .361 | .267 | .141 | .157 | .121 | .077 | .076 | .058 | .046 | .066 | .041 | .038 | .035 | .033 |
| .266 | .229 | .202 | .171 | .101 | .106 | .094 | .063 | .065 | .048 | .040 | .042 | .038 | .036 | .033 | .032 |
| .162 | .140 | .131 | .116 | .075 | .086 | .074 | .052 | .055 | .042 | .018 | .037 | .035 | .033 | .031 | .030 |
| .105 | .097 | .091 | .083 | .058 | .067 | .059 | .044 | .047 | .037 | .031 | .035 | .032 | .031 | .029 | .029 |
| .075 | .070 | .067 | .063 | .047 | .053 | .048 | .038 | .040 | .033 | .028 | .033 | .030 | .029 | .027 | .027 |
| .056 | .054 | .052 | .049 | .039 | .044 | .041 | .033 | .033 | .030 | .026 | .029 | .028 | .026 | .026 | .026 |
| .045 | .043 | .042 | .041 | .033 | .037 | .035 | .030 | .031 | .027 | .025 | .027 | .026 | .025 | .024 | .025 |
| .032 | .036 | .035 | .035 | .030 | .032 | .031 | .027 | .028 | .025 | .024 | .025 | .025 | .024 | .024 | .023 |
| .029 | .032 | .031 | .030 | .027 | .029 | .028 | .025 | .026 | .024 | .023 | .024 | .023 | .023 | .023 | .022 |
| .027 | .028 | .028 | .028 | .026 | .027 | .026 | .024 | .025 | .023 | .022 | .023 | .022 | .022 | .021 | .021 |
| .025 | .025 | .025 | .025 | .025 | .024 | .024 | .023 | .023 | | | | | | | |

## TABLE A-4

TRANSFORM COEFFICIENT VARIANCES OF THE ABOVE TABLE AFTER CORRECTION FACTOR OF EQN. (A-10).

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177.361 | 23.845 | 5.745 | 1.788 | .772 | .367 | .200 | .113 | .068 | .042 | .027 | .017 | .012 | .008 | .005 | .004 |
| 13.165 | 6.055 | 2.574 | 1.104 | .542 | .287 | .163 | .097 | .060 | .038 | .025 | .016 | .011 | .008 | .005 | .004 |
| 3.665 | 2.782 | 1.276 | .682 | .303 | .222 | .134 | .083 | .053 | .034 | .023 | .015 | .010 | .007 | .005 | .004 |
| 1.076 | .261 | .276 | .425 | .263 | .158 | .102 | .066 | .044 | .029 | .020 | .014 | .009 | .007 | .005 | .003 |
| .455 | .361 | .289 | .215 | .154 | .107 | .074 | .051 | .035 | .023 | .016 | .010 | .008 | .005 | .004 | .003 |
| .214 | .182 | .156 | .126 | .096 | .072 | .052 | .038 | .027 | .019 | .014 | .010 | .007 | .004 | .003 | .002 |
| .117 | .102 | .091 | .076 | .061 | .048 | .037 | .028 | .020 | .015 | .011 | .008 | .006 | .005 | .003 | .002 |
| .046 | .060 | .055 | .048 | .040 | .032 | .026 | .020 | .015 | .011 | .009 | .008 | .005 | .003 | .002 | .001 |
| .041 | .036 | .035 | .031 | .027 | .022 | .018 | .014 | .011 | .009 | .007 | .005 | .004 | .003 | .002 | .001 |
| .026 | .024 | .023 | .020 | .018 | .015 | .013 | .010 | .008 | .007 | .005 | .004 | .003 | .002 | .001 | .001 |
| .017 | .011 | .015 | .014 | .012 | .011 | .009 | .007 | .006 | .005 | .004 | .003 | .002 | .002 | .001 | .001 |
| .008 | .007 | .010 | .009 | .008 | .007 | .007 | .006 | .004 | .004 | .003 | .002 | .002 | .001 | .001 | .001 |
| .005 | .005 | .007 | .006 | .006 | .005 | .005 | .004 | .003 | .003 | .002 | .002 | .001 | .001 | .001 | .000 |
| .005 | .005 | .005 | .005 | .004 | .004 | .003 | .003 | .003 | .002 | .002 | .001 | .001 | .000 | .000 | .000 |
| .013 | .013 | .002 | .002 | .002 | .002 | .001 | .001 | | | | | | | | |

Exhibit 47   Page 1713

MSLT_0001604

161

APPENDIX B

COMPARISONS OF 2-D TRANSFORMS

Several discrete unitary transforms have been used for intraframe and interframe transform coding of images. These are Karhunen-Loeve (or K-L), Fourier, Cosine, Sine, Hadamard, Haar, Slant, etc. Of these the K-L transform is the optimum transform for data compression (the performance criterion is discussed in section B.1) and is dependent on the statistics of the data. The remaining transforms are data independent and also have FFT type fast computational algorithms. For these reasons, the others are preferred over the K-L in practice.

For a class of one-dimensional signals, i.e., first order Markov process with high correlation, the discrete Cosine transform (or DCT) is known to perform very close to the K-L transform [2,33]. Since the 2-D DCT is defined as a separable product (i.e., Kronecker product) of the one-dimensional DCT, it follows from the above that it will perform very close to the 2-D K-L transform for a 2-D separable first order Markov field given by (A-1), for highly correlated data such as images. Although the separable model of (A-1) has been used for data compression [67,68,87], for reasons discussed in Appendix A, nonseparable models are preferable in many cases. Therefore, the nonseparable models described by (A-2), (A-3), (A-4), (A-5) and others have been used for data compression [49,53, 67,68,75] with better results than the separable model. The most commonly used transforms in these studies are the Cosine and the Hadamard. The former for its better performance and the latter for its simplicity. However, no theoretical or experimental evidence exists for the relative performance of various transforms for nonseparable fields.

Exhibit 47   Page 1714

MSLT_0001605

162

We have done some evaluations of the performance of K-L, Cosine, Sine, Fourier, and Hadamard transforms for a number of commonly used nonseparable covariances. Our reults show that the Cosine transform performs extremely close to the optimum K-L transform.

## B.1  Transforms and Their Performance Measure:

Let $\overline{U}$ denote an MN × 1 vector array obtained by lexicographic ordering of a real M × N 2-D array U. We define its transform by

$$\overline{V} = A\overline{U} \quad . \qquad \qquad (B-1)$$

If the transform matrix A could be written as

$$A = A_1 \otimes A_2 \qquad \qquad (P\cdot 2)$$

where $A_1$ and $A_2$ are M × M and N × N matrices respectively, then it is called a separable transform and (B-1) could be written as

$$V = A_1 U A_2^T \qquad \qquad (B-2)$$

where V is an M × N array obtained by inverse lexicographic ordering of $\overline{V}$. The K-L transform, characterized by maximum mean square energy compaction property, consists of the eigenvectors of the matrix $\mathcal{R}$ defined by (A-9). Note that the K-L transform $A_{K-L}$ corresponding to an arbitrary covariance matrix $\mathcal{R}$, which is not separable, is not separable. Let

$$\sigma_k^2 = E[\overline{V}_k^2] \qquad 1 \leq k \leq MN$$

and the rows of A be arranged such that

$$\sigma_i^2 \geq \sigma_j^2 \qquad \forall_{i<j} \quad . \qquad \qquad (B-4)$$

Exhibit 47   Page 1715

MSLT_0001606

163

Note that the sequence $\{\sigma_k^2\}$ consists of the elements of matrix W defined in Appendix A.

We restrict our attention to transforms which are unitary (all the transforms discussed above are unitary), i.e.,

$$A^{-1} = A^{*T} .$$

For the K-L transform, the sequence $\{\sigma_k^2\}$ is nothing but the eigenvalues of $\mathcal{R}$ arranged in descending order.

We define the performance of a transform by a sequence of basis restriction errors $\{b_i: \ 0 \leq i \leq MN\}$ defined by

$$b_i = \sum_{k=i+1}^{MN} \sigma_k^2 \Big/ \sum_{k=1}^{MN} \sigma_k^2 \qquad 0 \leq i \leq MN-1 \qquad \text{(B-5)}$$

$$b_{MN} = 0.$$

Each $b_i$ represents the normalized minimum mean square error if only i of the transform coefficients are retained. For the K-L transform the sequence $\{b_i\}$ is minimum, i.e.,

$$(b_i)_{K-L} \leq (b_i) \qquad \text{(B-6)}$$

or

$$\sum_{k=1}^{i} (\sigma_k^2)_{K-L} \geq \sum_{k=1}^{i} \sigma_k^2 . \qquad \text{(B-7)}$$

Thus, the K-L transform is optimum in the sense that it minimizes the mean square error when some of the transform coefficients are discarded. Since $\{\sigma_k^2\}$ represents the mean square energy of the transform coefficients, the property (B-7) is called maximum mean square energy compaction property of the K-L transform.

Exhibit 47   Page 1716

MSLT_0001607

164

Another performance measure used in data compresion applications
is the distortion-rate function which is defined below.  Let each trans-
form coefficient be independently quantized to a finite number of levels
and $d_i$ be the mean square error per unit variance due to the quantization
of the ith coefficient of array $\bar{V}$, then

$$D = \sum_{i=1}^{MN} \sigma_i^2 d_i \qquad \text{(B-8)}$$

gives the total mean square distortion in a transform coding system with
a noiseless channel.  Let $n_i$ be the number of bits required to code the
output of the ith quantizer.  Then the rate is given by

$$R_D = \frac{1}{MN} \sum_{i=1}^{MN} n_i \quad \text{bits/sample,} \qquad n_i = \text{integer} \geq 0 \qquad \text{(B-9)}$$

where the sequence $\{n_i\}$ is chosen such that D in (B-8) is minimized for a
fixed $R_D$.  The D vs $R_D$ curves obtained from (B-8) and (B-9) are the
distortion-rate functions for an integer bit allocation scheme.

## B.2  Experimental Results:

We compare the performance of the K-L, Cosine, Sine, Fourier, and
Hadamard discrete transforms which are often considered for data com-
pression.  The definition and properties of these and some other transforms
could be found in [3,31,58].  We have chosen two block sizes which are
of interest in data compression, i.e., 8 × 8 and 16 × 16.  For some of the
comparisons the complexity of computing the eigenvalues of matrix
prohibits sizes larger than 8 × 8.

All the above transforms other than Fourier are real, and result in
MN real nonredundant transform coefficients for an array size of M × N.

Exhibit 47   Page 1717

MSLT_0001608

165

Since the data is assumed to be real, of the MN complex Fourier coeffi-
cients, only (MN/2 + 2) are real and (MN/2 − 2) imaginary components are
nonredundant (due to symmetry). It is therefore sufficient to consider
the variances of these components in obtaining the sequence $\{\sigma_i^2\}$.

Figures B-1 through B-3 show the basis restriction errors for
the above mentioned transforms for M = 8, N = 8 and the three nonseparable
random fields described by (A-2), (A-3), (A-4) and (A-5) in Appendix A.
For the isotropic field of (A-2), the values of $\rho_i = \rho_j = .95$ were chosen
[53]. For the noncausal NC1 model of (A-3) and (A-4) the values of the
parameters were chosen to be

$$\alpha = .2496, \quad \beta^2 = .0744, \quad \gamma = .95.$$

These values were found by a least squares fit of the model and the
16 × 16 measured covariances for the Girl image shown in Figure 6-10(a)
[34,35]. For the measured covariance model of (A-5), the same Girl image
data was used.

Figure B-4 shows the distortion-rate curves for the isotropic
model assuming a Gaussian distribution for the transform coefficients.
The distortion has been calculated based on optimum mean square quanti-
zation [47] and optimum integer bit allocation (i.e., via integer pro-
gramming algorithm) of [86]. Figures B-5 and B-6 show the distortion-
rate curves for the isotropic model of (A-2) and the separable model of
(A-1) respectively, for $\rho_i = \rho_j = .95$, M = N = 16. For this array size,
the K-L transform was excluded due to computational difficulties. Table
B-1 gives the results of Figures B-4 and B-5 in numerical form.

From Figures B-1 thru B-4 we note that the performance of the
Cosine transform is very close to the optimum K-L transform for all the

Exhibit 47   Page 1718

MSLT_0001609

166



Basis Restriction Error of an 8 × 8 Transform for the NC-1 Model.

Figure B-2



Basis Restriction Error of an 8 × 8 Transform for the Isotropic Covariance Model. $\rho_i = \rho_j = .95$.

Figure B-1

Exhibit 47   Page 1719

MSLT_0001610

167



Distortion-Rate Curves for Transform Coding of an 8 × 8 Array for the Isotropic Covariance Model with Gaussian Distribution. $\rho_i = \rho_j = .95$.

Figure B-4

Basis Restriction Error of an 8 × 8 Transform for the Measured Covariance Model for a Girl Image.

Figure B-3

Exhibit 47   Page 1720

MSLT_0001611

168



Distortion-Rate Curves for Transform Coding of a
16 × 16 Array for the Isotropic Covariance Model
with Guassian Distribution. $\rho_i = \rho_j = .95$.

Figure B-6

Distortion-Rate Curves for Transform Coding of a
16 × 16 Array for the Separable Covariance Model with
Gaussian Distribution. $\rho_i = \rho_j = .95$.

Figure B-5

Exhibit 47   Page 1721

MSLT_0001612

169

TABLE B-1

DISTORTION-RATE COMPARISONS OF VARIOUS DISCRETE TRANSFORMS FOR AN ISOTROPIC COVARIANCE FIELD WITH $\rho_i = \rho_j = 0.95$, UNIT VARIANCE AND GAUSSIAN DISTRIBUTION.

| ARRAY SIZE | RATE BITS/ PIXEL | DISTORTION IN DECIBELS | | | | |
|---|---|---|---|---|---|---|
| | | K-L | COSINE | SINE | FOURIER | HADAMARD |
| 8x8 | 0.25 | -11.74 | -11.66 | - 9.08 | -10.15 | -10.79 |
| | 0.50 | -13.82 | -13.76 | -11.69 | -12.27 | -12.65 |
| | 1.00 | -16.24 | -16.19 | -14.82 | -14.99 | -15.17 |
| | 2.00 | -20.95 | -20.89 | -19.53 | -19.73 | -19.86 |
| | 4.00 | -31.61 | -31.54 | -30.17 | -30.44 | -30.49 |
| 16x16 | 0.25 | | -12.35 | -10.37 | -10.77 | -10.99 |
| | 0.50 | | -14.25 | -12.82 | -12.87 | -12.78 |
| | 1.00 | | -16.58 | -15.65 | -15.52 | -15.27 |
| | 2.00 | | -21.26 | -20.37 | -20.24 | -20.01 |
| | 4.00 | | -31.90 | -31.00 | -30.88 | -30.69 |

Exhibit 47   Page 1722

MSLT_0001613

170

three nonseparable models. While the performance of the remaining three
is not too close to the K-L but quite close to each other. The perform-
ance of the Cosine transform is about .05 dB inferior to the K-L while
that of others is about 1.0 dB. At a bit rate of 1 bit/pixel the Cosine
would require a rate increase of approximately 1% to match the performance
of the K-L while the others would require about 25% increase. From
Figures B-5 and B-6 we note that the relative performance does not change
much for a slightly larger array size as well as for considerable dif-
ferent models.

Since the Cosine transform can be implemented by a fast algorithm
[2,15] and is data independent, its computational advantages over the K-L
overwhelm the marginal difference in performance. The performance dif-
ferences between the Cosine, Sine, Fourier, and the K-L will decrease
further as the array size is increased. Since all these sinusoidal trans-
forms are asymptotically equivalent [33].

Thus the prime advantage of Cosine transform coding remains
in the common situation where a larger image is coded block by block with
typical block size of 16 × 16 or 8 × 8. Finally, we note that the re-
cursive block-coding of random fields via fast K-L transform algorithms
[36] achieve rates close to and better (!) than conventional K-L trans-
form block-coding method, by coding the boundary variables of a block
separately and exploiting the interblock redundancy represented by the
boundary variables. Comparison with these algorithm is not made here
and is left as a future study.

Exhibit 47    Page 1723

MSLT_0001614

171

REFERENCES AND BIBLIOGRAPHY

1. N. Abramson, Information Theory and Coding. New York: McGraw Hill, 1963.

2. N. Ahmed, et al., "Discrete Cosine Transform," IEEE Trans. on Computers, vol. C-23, pp. 90-93, January 1974.

3. N. Ahmed and K.R. Rao, Orthogonal Transforms for Digital Signal Processing. New York: Springer Verlag, 1975.

4. V.R. Algazi, "Useful Approximations to Optimum Quantization," IEEE Trans. on Commun. Tech., vol. COM-14, pp. 297-301, June 1966.

5. H.C. Andrews and C.L. Patterson, "Singular Value Decomposition Image Coding, IEEE Trans. on Commun., vol. COM-24, pp. 425-432, April 1976.

6. H.H. Bauch, et al., "Picture Coding," (survey of work in West Germany), IEEE Trans. on Commun., vol. COM-22, pp. 1150-1167, September 1974.

7. T. Berger, Rate Distortion Theory: A Mathematical Basis for Data Compression. Englewood Cliffs, N.J.: Prentice-Hall, 1971.

8. E.O. Brigham, The Fast Fourier Transform. Englewood Cliffs, N.J.: Prentice-Hall, 1974.

9. S. Brofferio and F. Rocca, "Interframe Redundancy Reduction of Video Signals Generated by Translating Objects," IEEE Trans. on Commun., vol. COM-25, pp.448-455, April 1977.

10. J. Burgmeier, "Three Dimensional DPCM with Entropy Coding and Adaptive Filtering," Picture Coding Symposium, Asilomar, California, Jan 28-30, 1976.

11. C. Cafforio and F. Rocca, "Method for Measuring Small Displacements of Television Images," IEEE Trans. on Inform. Theory, vol. IT-22, pp. 573-579, September 1976.

12. P. Camana, "Video-Bandwidth Compression: A Study in Tradeoffs," IEEE Spectrum, vol. 16, pp. 24-29, June 1979.

13. J.C. Candy, et al., "Transmitting Television as Clusters of Frame to Frame Differences," B.S.T.J., vol. 50, pp. 1889-1917, July 1971.

14. K.Y. Chang and R.W. Donaldson, "Nonadaptive DPCM Transmission of Monochrome Pictures over Noisy Channels," IEEE Trans. on Commun., vol. COM-24, pp. 173-183, February 1976.

15. W.H. Chen, et al., "A Fast Computational Algorithm for the Discrete Cosine Transform," IEEE Trans. on Commun., vol. COM-25, pp. 1004-1009, September 1977.

Exhibit 47   Page 1724

MSLT_0001615

172

16.  D.L. Cohn and J.L. Melsa, "The Relationship Between an Adaptive Quantizer and a Variance Estimator," IEEE Trans. on Inform. Theory, vol. IT-21, pp. 669-671, November 1975.

17.  D.J. Connor and J.O. Limb, "Properties of Frame Difference Signal Generated by Moving Images," IEEE Trans. on Commun., vol. COM-22 pp. 1564-1575, October 1974.

18.  T.R. Crimmins and R.M. Horwitz, "Mean-square Error Optimum Coset Leaders for Group Codes," IEEE Trans. on Inform. Theory, vol. IT-16 pp. 429-432, July 1970.

19.  T.R. Crimmins, et al., "Minimization of Mean-square Error for Data Transmission via Group Codes," IEEE Trans. on Inform. Theory, vol. IT-15, pp. 72-78, January 1969.

20.  L.D. Davisson, "Rate-Distortion Theory and Application," Proc. IEEE, vol. 60, pp. 800-808, July 1972.

21.  J.I. Gimlet, "Use of 'Activity' Classes in Adaptive Transform Image Coding," IEEE Trans. on Commun., vol. COM-23, pp. 785-786, July 1975.

22.  A. Habibi, "Hybrid Coding of Pictorial Data," IEEE Trans. on Commun., vol. COM-22, pp. 614-624, May 1974.

23.  B.G. Haskel, "Entropy Measurement for Nonadaptive and Adaptive Frame-to-Frame, Linear Predictive Coding of Videotelephone Signals," B.S.T.J., vol. 54, pp. 1155-1175, July 1975.

24.  B.G. Haskel, et al., "Interframe Coding of Videotelephone Pictures," Proc. IEEE, vol. 60, pp. 792-800, July 1972.

25.  B.G. Haskel, et al., "Interframe Coding of 525-Line, Monochrome Television at 1.5 Mbits/sec.," IEEE Trans. on Commun., vol COM-25, pp. 1339-1348, November 1977.

26.  B.G. Haskel and R.L. Schmidt, "A Low Bit-rate Interframe Coder for Videotelephone," B.S.T.J., vol. 54, pp. 1475-1495, October 1975.

27.  G.T. Herman, et al., "Rapid Computerized Tomography," in M. Landet, J. Anderson and S. Begon, Medical Data Processing, pp. 581-598. London: Taylor and Francis, 1976.

28.  J.J.Y. Huang and P.M. Schultheiss, "Block Quantization of Correlated Gaussian Random Variables," IEEE Trans. on Commun. System., vol. 11, pp. 289-296, September 1963.

29.  IEEE Trans. on Communications, special issue on Image Coding, vol. COM-25, November 1977.

30.  T. Ishiguro, et al., "Composite Interframe Coding of NTSC Color Television Signals," National Telecommun. Conference, Dallas, Texas, 1976.

Exhibit 47   Page 1725

MSLT_0001616

173

31. A.K. Jain, Multidimensional Techniques in Digital Image Processing, (book), to appear.

32. A.K. Jain, "A Fast Karhunen-Loeve Transform for a Class of Random Processes," IEEE Trans. on Commun., vol. COM-24, pp. 1023-1029, September 1976.

33. A.K. Jain, "A Sinusoidal Family of Unitary Transforms," to appear in IEEE Trans. on Machine Intelligence and Pattern Analysis.

34. A.K. Jain, "Partial Differential Equations and Finite Difference Methods in Image Processing - Part I: Image Representation," J. Optimazation Theory and Applications, vol. 23, pp. 65-91, September 1977.

35. A.K. Jain and J.R. Jain, "Partial Differential Equations and Finite Difference Methods in Image Processing, Part II: Image Restoration," IEEE Trans. on Automatic Control, vol. AC-23, pp. 817-834, October 1978.

36. A.K. Jain, S.H. Wang, and Y.Z. Liao, "Fast Karhunen-Loeve Transform Data Comparison Studies," National Telecommun. Conference, Dallas, Texas, 1976.

37. J.R. Jain, A.K. Jain and R.A. Robb, "Data Comparison of Multidimensional X-ray Images," submitted for publication.

38. N.S. Jayant, Waveform Quantization and Coding. New York: IEEE Press, 1976.

39. S.C. Knauer, "Real-Time Video Compression Algorithm for Hadamard Transform Coding," IEEE Trans. on Electromagnetic Compatibility, vol. EMC-18, pp. 28-36, February 1976.

40. H.P. Kramer and M.V. Mathews, "A Linear Coding for Transmission of Correlated Signals," IRE Trans. on Inform. Theory, vol. IT-2, pp. 41-46, September 1956.

41. A.J. Kurtenbach and P.A. Wintz, "Quantizing for Noisy Channels," IEEE Trans. on Commun. Tech., vol. COM-17, pp. 291-302, April 1969.

42. J.O. Limb, et al., "Combining Intraframe and Frame to Frame Coding for Television," B.S.T.J., vol. 53, pp. 1137-1173, July 1974.

43. J.O. Limb and J.A. Murphy, "Measuring the Speed of Moving Objects from Television Signals," IEEE Trans. on Commun., vol. COM-23, pp. 474-478, April 1975.

44. J.O. Limb and F.R.W. Pease, "A Simple Interframe Coder for Video Telephony," B.S.T.J., vol. 50, pp. 1877-1888, August 1971.

45. S. Lin, An Introduction to Error-Correcting Codes. Englewood Cliffs: Prentice-Hall, 1970.

Exhibit 47   Page 1726

MSLT_0001617

174

46. J.L. Mannons and D.J. Sakrison, "The Effects of a Visual Fidelity Criterion on the Encoding of Images," *IEEE Trans. on Inform. Theory*, vol. IT-20, pp. 525-536, July 1974.

47. J. Max, "Quantizing for Minimum Distortion," *IRE Trans. on Inform. Theory*, vol. IT-6, pp. 7-12, March 1960.

48. F.W. Mounts, "A Video Encoding System with Conditional Picture-Elements Replenishment," *B.S.T.J.*, vol. 48, pp. 2545-2554, September 1969.

49. T.R. Natarajan and N. Ahmed, "On Interframe Transform Coding," *IEEE Trans. on Commun.*, vol. COM-25, pp. 1323-1329, November 1977.

50. A.N. Netravali and J.D. Robbins, "Motion-Compensated Television Coding: Part I," *B.S.T.J.*, vol. 58, pp. 631-670, March 1979.

51. T. Ohira, et al., "Orthogonal Transform Coding System for NTSC Color Television Signals," *IEEE Trans. on Commun.*, vol. COM-26, pp. 1454-1463, October 1978.

52. J.B. O'Neal, "Predictive Quantizing Systems for the Transmission of Television Signals," *B.S.T.J.*, vol. 45, pp. 689-721, May 1966.

53. J.B. O'Neal and T.R. Natarajan, "Coding Isotropic Images," *IEEE Trans. on Inform. Theory*, vol. IT-23, pp. 697-707, November 1977.

54. M.D. Paez and T.H. Glisson, "Minimum M.S.E. Quantization in Speech PCM and DPCM Systems," *IEEE Trans. on Commun.*, vol. COM-20, pp. 225-230, April 1972.

55. A. Papoulis, *Probability, Random Variables, and Stochastic Processes*. New York: McGraw-Hill, 1965.

56. J. Pearl, et al., "Performance Measures of Transform Data Coding," *IEEE Trans. on Commun.*, vol COM-20, pp. 411-415, June 1972.

57. R.F.W. Pease and J.O. Limb," Exchange of Spatial and Temporal Resolution in Television Coding," *B.S.T.J.*, vol. 50, pp. 191-200, January 1971.

58. W.K. Pratt, *Digital Image Processing*. New York: Wiley, 1978.

59. W.K. Pratt, "Correlation Techniques of Image Registration," *IEEE Trans. on Aerospace and Electronic Systems*, vol. AES-10, pp. 353-358, May 1974.

60. *Proceedings of IEEE*, special issue on Image Processing, vol. 60, July 1972.

61. L.R. Rabiner, et al., "The Chirp Z-Transform Algorithm," *IEEE Trans. on Audio & Electroacoustics*, vol. AU-17, pp. 86-92, June 1969.

Exhibit 47   Page 1727

MSLT_0001618

175

62.  E.L. Ritman, et al., "Quantitative Imaging of the Structure and
     Function of the Heart, Lungs, and Circulation," Mayo Clinic Proc.,
     vol. 53, pp. 3-11, January 1978.

63.  R.A. Robb, "Quantitative Dynamic Three Dimensional Imaging of the
     Heart and Lungs by Computerized Synchronous Cylinderical Scanning
     Reconstruction Tomography," in P.H. Heintzon and J.H. Bursh,
     Roentgen-Video-Techniques for Dynamic Studies of Structure and
     Function of the Heart and Circulation, 2nd International Workshop
     Conference, pp. 285-299, April 1976.

64.  R.A. Robb, et al., "Computerized X-ray Reconstruction of Tomography
     in Stereometric Analysis of Cardiovascular Dynamics," Proc. Society
     of Photo-Optical Instrumentation Engineers, vol. 89, pp. 69-82,
     August 1976.

65.  R.A. Robb, et al., "Three Dimensional Visualization of the Intact
     Thorax and Contents:  A Technique for Cross-Sectional Reconstruction
     from Multiplanar X-ray Views," Computer and Biomedical Research,
     vol. 7, pp. 395-419, 1974.

66.  F. Rocca and S. Zanoletti, "Bandwidth Reduction via Movement Compen-
     sation on a Model of the Random Video Process," IEEE Trans. on
     Commun., vol. COM-20, pp. 960-965, October 1972.

67.  J.A. Roese, Interframe Coding of Digital Images Using Transform and
     Transform/Predictive Techniques, USCIPI Report 700, Image Processing
     Institute, University of Southern California, June 1976.

68.  J.A. Roese, et al., "Interframe Cosine Transform Image Coding," IEEE
     Trans. on Commun., vol. COM-25, pp. 1329-1338, November 1977.

69.  A. Rosenfeld  and A.C. Kak, Digital Picture Processing.  New York:
     Academic Press, 1976.

70.  A. Segal, "Bit Allocation and Encoding for Vector Sources," IEEE
     Trans. Inform. Theory, vol. IT-22, pp. 162-169, March 1976.

71.  R.V. Shack, "The Influence of Image Motion and Shutter Operation on
     Photographic Transfer Function," Applied Optics, vol. 3, pp. 1171-1181,
     October 1964.

72.  D.K. Sharma and A.N. Netravali, "Design of Quantizers for DPCM
     Coding of Picture Signals, IEEE Trans. on Commun., vol. COM-25,
     pp. 1267-1274, November 1977.

73.  R. Stamminger, "Future Use of the Geostationary Arc," Telecommuni-
     cations, vol. 12, pp. 119-122, November 1978.

74.  M. Tasto and P.A. Wintz, "Image Coding by Adaptive Block Quantiza-
     tion," IEEE Trans. on Commun., vol. COM-19, pp. 957-971, December
     1971.

Exhibit 47   Page 1728

MSLT_0001619

176

75.  S.H. Wang, <u>Applications of Stochastic Models for Image Data Compression</u>, Ph.D. Thesis, Department of Electrical Engineering, State University of New York at Buffalo, 1979.

76.  S. Watanabe, "Karhunen-Loeve Expansion and Factor Analysis: Theoretical Remarks and Applications," <u>Trans. Fourth Prague Conf. Inform. Theory, Statistical Decision Functions and Random Processes</u>, pp. 635-660, 1965.

77.  P.A. Wintz, "Transform Picture Coding," <u>Proc. IEEE</u>, vol. 60, pp. 809-820, July 1972.

78.  G.A. Wolf, <u>The Optimum Mean Square Estimate for Decoding Binary Block Codes</u>, Ph.D. Thesis, Department of Electrical Engineering, University of Wisconsin, Madison, 1973.

79.  G.A. Wolf and R. Redinbo, "The Optimum Mean-Square Estimate for Decoding Binary Block Codes," <u>IEEE Trans. on Inform. Theory</u>, vol. IT-20, pp. 344-351, May 1974.

80.  E. Wong, "Two Dimensional Random Fields and Representation of Images," <u>SIAM J. of Appl. Math.</u>, vol. 16, pp. 756-770, July 1968.

81.  J.W. Wood, "Two Dimensional Discrete Markovian Fields," <u>IEEE Trans. on Inform. Theory</u>, vol. IT-18, pp. 232-240, March 1972.

82.  R.C. Wood, "On Optimum Quantization," <u>IEEE Trans. on Inform. Theory</u>, vol. IT-15, pp. 248-252, March 1969.

83.  J.K. Yan and D.J. Sakrison, "Encoding of Images Based on a Two Component Source Model," <u>IEEE Trans. on Commun.</u>, vol. COM-25, pp.1315-1322, November 1977.

84.  H. Yasuda, et al., "Transmitting 4-MHz TV Signals by Combinational Difference Coding," <u>IEEE Trans. on Commun.</u>, vol. COM-25, pp. 508-516, May 1977.

ADDITIONAL REFERENCES

85.  A.K. Jain and J.R. Jain, <u>Radar Image Modeling and Processing for Real-Time RF Simulation</u>, Final Report, ARO Grant No. DAAC2977G0044, Department of Electrical Engineering, State University of New York at Buffalo, February 1978.

86.  A.K. Jain and S.H. Wang, <u>Stochastic Image Models and Hybrid Coding</u>, Final Report, Contract No. N00953-77-C-003 MJE, Department of Electrical Engineering, State University of New York at Buffalo, October 1977.

87.  W.K. Pratt, et al., "Slant Transform Image Coding," <u>IEEE Trans. on Commun.</u>, vol. COM-22, pp. 1075-1093, August 1974.

**Exhibit 47   Page 1729**

MSLT_0001620

177

88. R.J. Arguello, H.R. Sellner, and J.R. Stuller, "The Effect of Channel Errors in the Differential Pulse-Code Modulation Transmission of Sampled Imagery," IEEE Trans. on Commun. Tech., vol. COM-19, pp. 926-933, December 1971.

89. B. Fox, "Discrete Optimization via Marginal Analysis," Management Science, vol. 13, pp. 201-216, November 1966.

90. D.E. Knuth, Searching and Sorting, vol. 3, The Art of Computer Programming. Reading, Massachusetts: Addison Wesley, 1973.

Exhibit 47   Page 1730

MSLT_0001621

178

VITA

The author was born in the Jodhpur district of Rajasthan, India, on September 1, 1948. He received his B.E. from the University of Jodhpur in 1972 and M.E. from the Indian Institute of Science in 1974, both in Electrical Engineering. During 1974-75 he was a graduate student and senior research assistant with the Department of Electrical Engineering, Indian Institute of Technology, Kanpur.

In Fall 1975, he joined SUNY, Buffalo, for Ph.D. in the Department of Electrical Engineering. He was a recipient of the Graduate School Fellowship during academic years 1976-77 and 1977-78. He spent the academic year 1978-79 completing this research at the Signal and Image Processing Laboratory, Department of Electrical Engineering, University of California, Davis, where he thesis supervisor was on sabbatical.

In August, 1979, he joined System Control, Inc., Palo Alto, California, where he is working on Oceanographic Image Processing. His research interests include Digital Signal and Image Processing, Data Compression and Modeling of Images, Biomedical Applications, and Fast Algorithms.

Exhibit 47   Page 1731

MSLT_0001622

Exhibit 48

1          UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA

2

    LUCENT TECHNOLOGIES, INC.,              Case No.:
3                                           02-CV-2060B
4        Plaintiffs and                     CONS. WITH:
         Counterclaim-defendants,           Case No.:
5                                           03-CV-0699
    vs.
6                                           Case No.:
    GATEWAY, INC., and GATEWAY              03-CV-1108B
7   COUNTRY STORES, LLC, GATEWAY
    COMPANIES, INC., GATEWAY
8   MANUFACTURING, LLC, and COWBUNGA
    ENTERPRISES, INC.,

9
         Defendants and Counter-claimants
10
    and
11
    MICROSOFT CORPORATION,
12
         Intervenor and Counter-claimant
13   _____/
14   MICROSOFT CORPORATION,
15       Plaintiff and Counter-defendant,
16   vs.
17   LUCENT TECHNOLOGIES, INC,
18       Defendants and Counter-Claimants,
19   _____/
20   LUCENT TECHNOLOGIES, INC.,
21       Plaintiffs,
22   vs.
23   DELL, INC.
24       Defendant,
25   _____/

Page 2

1        The Deposition of MS. DELPHINE LEWIS, taken
2   pursuant to Notice in the above-captioned cause at
3   206 South Fifth Avenue, Suite 400, in the City of
4   Ann Arbor, Michigan, on Thursday, June 30, 2005,
5   commencing at or about 9:29 a.m., before
6   Jacqueline D. Afifi, CSR-4182, a Notary Public, in
7   and for the County of Washtenaw, acting in
8   Washtenaw.
9   APPEARANCES:    MICHAEL P. STADNICK
                    Kirkland & Ellis, LLP
10                  153 East 53rd Street
                    New York, New York 10022-4611
11                  (212) 446-4946
12          Appearing on behalf of Lucent.
13                  OWAIS A. SIDDIQUI
                    LARRY McDONOUGH
14                  Fish & Richardson, P.C.
                    12390 El Camino Real
15                  San Diego, CA 92130
                    (858) 678-5070
16
            Appearing on behalf of Microsoft.
17
                    E. SHARON CLARK
18                  Cooper & Walinski, P.L.C.
                    206 S. Fifth Avenue
19                  Suite 400
                    Ann Arbor, MI 48104
20                  (734) 663-6535
21          Appearing on behalf of Delphine Lewis.
22                  JANET C. DRIVER
                    Associate Counsel
23                  777 Eisenhower Parkway
                    Ann Arbor, MI 48106
24                  (734) 997-4772
25          Appearing on behalf of ProQuest.

1    apologize.  For some reason I'm short on copies.  Do you

2    have the ProQuest production?

3              MR. M. STADNICK:  I do.  What's the -- make

4    sure I have the same one you do.  What's the production

5    number?

6              MR. SIDDIQUI:  I'm looking at this one's

7    going to be 56 through 58.

8              MR. M. STADNICK:  Got it.

9              MR. SIDDIQUI:  All right.  Would you mark

10   that.

11             (Whereupon Deposition Exhibit No. 7 was

12             marked for identification by the Notary

13             Public and attached.)

14   BY MR. SIDDIQUI:

15   Q   I'm handing you what's been marked ProQuest Exhibit 7.

16       It's bates number PROQ 56 through PROQ 58.  Do you

17       recognize what this is?

18   A   Yes.  This is an application for copyright, a TX form.

19   Q   Was this form sent by UMI to the copyright office?

20   A   Yes, it was.

21   Q   And is this the copyright registration for the data

22       Abstracts International catalog that contain the

23       abstract for the Jain dissertation?

24   A   Yes, it is.  It's actually for both volumes A and B, so

25       it's included in this.

Page 74

1   Q   Okay.  Okay.  You see on the first page the PROQ 56 down

2       close to the bottom it says Date and Nation of first

3       publication of this particular work?

4   A   Yes.

5   Q   And the date there is March 14th, 1980?

6   A   Yes.

7   Q   What does that date correspond to?

8   A   That is the date that we mailed dissertation abstracts

9       from the Zeeb Road facility.

10  Q   Okay.  And does that also mean that that is the date

11      from which someone could call copy sales, anybody, who

12      got a hold of the catalog could -- could call copy sales

13      and request a three-day rush service on the Jain

14      dissertation?

15  A   Yes.

16              MR. M. STADNICK:  Objection.  Assumes facts

17      not in evidence.  Calls for speculation.

18              (Whereupon Deposition Exhibit No. 8 was

19                  marked for identification by the Notary

20                  Public and attached.)

21  BY MR. SIDDIQUI:

22  Q   You've been handed a copy of what's been marked ProQuest

23      Exhibit 8, bate stamp PROQ 63 through PROQ 67.  Do you

24      recognize this?

25  A   I do.

Page 75

1   Q   What is it?

2   A   These are prints from the microfiche showing copy sales.

3       I do, however, question that you have two different

4       product lines that we need to correct that.

5   Q   Okay.  What does that mean?

6   A   That means, again, the two areas were separate, their

7       publishing and the copy sales.  So one product line, I

8       think it's product line 40, was from the dissertation

9       publishing area and was therefore not royalty bearing.

10      And copy sales was product line 42.  However, that has

11      changed several times over the years, so I'm a bit

12      confused by it to be, you know, it -- there's some

13      question about this in my mind.

14  Q   What has changed over the years when you say this has

15      changed?

16  A   The product lines.  The -- the -- in fact, right now

17      those same numbers are used for some entirely different

18      products.

19  Q   Okay.  So you suspect that there are listings of two

20      different product lines here in Exhibit 8, but you're --

21      you're not a hundred percent sure.  Is that correct?

22  A   That's correct.  Because I'm not sure when they changed.

23      I know that they changed the product line numbers about

24      ten years ago, and I know there was one time before

25      that, but I do not know the dates.

Page 86

1   BY MR. SIDDIQUI:

2   Q    Would have typed that in.  Okay.  And under all the

3        boxes in section 2 --

4   A    Yes.

5   Q    -- did Doris Mann type in --

6   A    Yes, typed in at UMI.

7                MR. M. STADNICK:  Same objection.

8   BY MR. SIDDIQUI:

9   Q    And all the boxes in section 3 Doris Mann completed

10       that?

11               MR. M. STADNICK:  Same objection.

12               THE WITNESS:  Yes.

13  BY MR. SIDDIQUI:

14  Q    And all the boxes in section 4?

15  A    Yes.

16               MR. M. STADNICK:  Same objection.

17  BY MR. SIDDIQUI:

18  Q    There looks like there's some handwriting on the top

19       left side of the second page that says 1979.  Do you

20       know what that refers to?

21               MR. M. STADNICK:  Calls for speculation.

22               THE WITNESS:  It -- it's the date of

23       copyright notice within the text of the dissertation.

24       There's a copyright page added to the front of the

25       dissertation, and the year on that page was 1979.

Page 87

1   BY MR. SIDDIQUI:

2   Q   And who wrote that 1979 in --

3   A   I do not know.

4   Q   Okay.  Was it customary for UMI to handwrite in the

5       copyright notice date on these forms?

6   A   This looks like information that was included at the

7       copyright office.

8   Q   And close to the bottom there's Doris Mann's name and

9       signature?

10  A   Yes.

11  Q   Can you make out what that date is to the right of her

12      signature?

13  A   March 18.  I cannot read the year.

14  Q   Okay.  Back on the first page in section 3 there's a

15      portion titled Date and Nation of First Publication and

16      under that it says March 14, 1980?

17  A   Yes.

18  Q   What does that date correspond to?

19  A   To the publication of dissertation abstracts.

20  Q   And by publication you mean the date --

21  A   Paper volume.  The date that the paper volume of

22      dissertation abstracts was shipped from the Zeeb Road

23      facility.

24  Q   And also the date, does that also correspond to the

25      date, the first date, that a customer could call and

Page 88

1        request a copy of the Jain dissertation from UMI?

2                  MR. M. STADNICK:  Objection.  Object to the

3        form.  Calls for speculation.  Assumes facts not in

4        evidence.

5                  THE WITNESS:  Assuming they knew that we had

6        it, because the information actually hadn't been dis --

7        distributed yet, if a person was aware of it, without

8        looking at the volume issue, then they could have called

9        our customer service area on that date and ordered it.

10       But they would have to be aware of it.

11  BY MR. SIDDIQUI:

12  Q    What information did somebody need to have when they

13       called the customer service number to order the

14       dissertation?

15  A    I'm sorry, repeat that.

16  Q    Could a customer order the dissertation number by

17       knowing the publication number?

18  A    Yes.

19  Q    Could the -- could a customer order the dissertation by

20       knowing the author's name?

21  A    Yes.

22  Q    What other ways could a customer call up and request a

23       dissertation?

24  A    I'm not aware of any others at that time.

25  Q    In the back of the catalogs, the dissertation abstract

1     catalog, you mentioned that, for example, the one we

2     have Exhibit 3, you mentioned that we have there are

3     topic indices?

4  A   Yes.

5  Q   Does -- would the customer service representative who

6     answered the -- the phone be able to search that index

7     if somebody said I want all the dissertations relating

8     to a certain topic?

9           MR. M. STADNICK:  Objection.  Vague and

10    ambiguous.  Lacks foundation.  Calls for speculation.

11          THE WITNESS:  I don't believe that was

12    possible at that time.

13  BY MR. SIDDIQUI:

14  Q   Did -- could a customer have ordered a copy of the Jain

15     dissertation by knowing any information other than the

16     publication and the -- the name?

17          MR. M. STADNICK:  Objection.  Asked and

18    answered.  Lacks foundation.  Calls for speculation.

19          THE WITNESS:  The only other -- the only

20    other point at that time before computers would have

21    been the title, if they had the exact title.

22  BY MR. SIDDIQUI:

23  Q   Okay.  Next to the date on the first page of Exhibit 11

24     in section 3 there's an asterisk next to March 14, 1980.

25     Do you know what that asterisk refers to?