James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiffs and Counterclaim-defendants,<br><br>    v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**DELL INC.'S NOTICE OF MOTION AND MOTION PURSUANT TO CIVIL LOCAL RULE 79-2 FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge Marilyn L. Huff<br><br>Hearing Date: January 7, 2008, 10:30 a.m.<br>Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 | Plaintiff and Counter-defendant, |
| 3 | v. |
| 4 | LUCENT TECHNOLOGIES INC., |
| 5 | Defendant and Counter-claimant, |
| 6 | |
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 8 | Plaintiffs and Counterclaim-defendants, |
| 9 | v. |
| 10 | DELL INC., |
| 11 | Defendant and Counter-claimant. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 7, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101-8900, defendant and counterclaimant Dell Inc. ("Dell") will move, and hereby does move, pursuant to Civil Local Rule 79-2, to file under seal (1) the confidential Memorandum of Points and Authorities in Support of Dell Inc.'s Motion for Summary Judgment of Invalidity of Claims 1-3 of U.S. Patent No. 4,439,759 to Fleming et al. ("Fleming Memo"); (2) the confidential Memorandum of Points and Authorities in Support of Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,958,226 to Haskell, et al. ("Haskell Memo"); and (3) Exhibits 17 and 22 to the Declaration of James S. Blackburn in Support of Dell Inc.'s Motions for Summary Judgment of Invalidity on the Asserted Claims of U.S. Patent Nos. 4,958,226, 4,383,272, 4,439,759, and 4,763,356 ("Blackburn Decl."). Redacted public versions of Dell's confidential Memoranda are being filed concurrently herewith.

As set forth in the attached memorandum, good cause exists for granting this request. Dell's Fleming Memo refers to "Home Information Systems – Provisional Standard"(Exhibit 17), which has been designated "Outside Counsel Only" by Lucent Technologies Inc. ("Lucent") under the Protective Order entered in this matter. Additionally, Dell's Haskell Memo refers to statements made in the highly confidential deposition of Barry Haskell (Exhibit 22). By designating this deposition as highly confidential, Lucent has represented that it reasonably and in good faith believes that the statements made should be protected from public disclosure. Accordingly, Dell believes that good cause exists to file its Memoranda and Exhibits 17 and 22 to the Blackburn Decl. under seal.

//
//
//
//
//
//
//

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

1  This motion is based on this Notice of Motion and Motion, the Memorandum of Points and
2  Authorities in support thereof which is attached hereto, the Declaration of James S. Blackburn filed
3  concurrently herewith, the pleadings, records and files in this action, and upon such other and
4  further evidence and argument as may properly be presented prior to and at the hearing on the
5  Motion.

7  November 30, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed


By: /s/James S. Blackburn
    James S. Blackburn
    james.blackburn@aporter.com
    Attorney for Dell Inc.

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

Dell submits this memorandum of points and authorities in support of its Motion to File Under Seal Pursuant to Civil Local Rule 79-2 (1) the confidential Memorandum of Points and Authorities in Support of Dell Inc.'s Motion for Summary Judgment of Invalidity of Claims 1-3 of U.S. Patent No. 4,439,759 to Fleming et al. ("Fleming Memo"); (2) the confidential Memorandum of Points and Authorities in Support of Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,958,226 to Haskell, et al. ("Haskell Memo"); and (3) Exhibits 17 and 22 to the Declaration of James S. Blackburn in Support of Dell Inc.'s Motions for Summary Judgment of Invalidity on the Asserted Claims of U.S. Patent Nos. 4,958,226, 4,383,272, 4,439,759, and 4,763,356 ("Blackburn Decl.").

As set forth below, good cause exists for filing these documents under seal. Lucent has designated "Home Information Systems – Provisional Standard" (Exhibit 17) as "Outside Counsel Only" under a protective Order.  Lucent has designated the deposition of Barry Haskell (Exhibit 22) as "Highly Confidential."  By doing so, Lucent has represented that it reasonably and in good faith believes this document and deposition contain information that must be protected from public disclosure.  Moreover, because these exhibits are designated "Outside Counsel Only" or "Highly Confidential" under the Protective Order, Dell is obligated to seek leave of Court to file them under seal.  Dell's Memoranda are based, in significant part, on information contained in Exhibits 17 and 22. Thus, it is essential to Dell's Fleming Memo and Haskell Memo that this information be considered by the Court.  Accordingly, Dell respectfully requests that the Court grant its Motion to Seal its Memoranda and Exhibits 17 and 22 to the Blackburn Decl.

**II.   PROCEDURAL BACKGROUND**

On October 16, 2007, the Honorable Rudi M. Brewster issued an order severing certain matters from cases (1) *Lucent Technologies, Inc., et al. v. Gateway, et al.*, Case No. 3:02-CV-2060 B (CAB), (2) *Microsoft Corporation v. Lucent Technologies, Inc., et al.*, Case No. 3:03-CV-0699 B (CAB), and (3) *Lucent Technologies, Inc., et al. v. Dell Computer Corp.*, Case No. 3:03-CV-1108 B (CAB), thus creating this case. Prior to the severing order, a Stipulated Protective Order between

- 3 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

1  Lucent and Dell in Case No. 03-CV-1108 B (LAB) [Docket No. 92] was filed with the Court on
2  August 14, 2003.  *See* Declaration of James S. Blackburn in Support of Dell Inc.'s Motion to File
3  Under Seal ("Blackburn Sealing Decl.") at Ex. A.  The parties agreed to prevent public disclosure of
4  materials marked by the producing party as either "Confidential" or "Outside Counsel Only" under the
5  Stipulated Protective Order.  *See id.*  Accordingly, Defendants are obligated to seek leave to file such
6  documents under seal.  *Id*. (Ex. A at 17, ¶ 22). By designating documents and depositions as
7  "Confidential" or "Outside Counsel Only," Lucent impliedly represented that it reasonably and in
8  good faith believes that these documents should be protected from public disclosure.  *Id.* (Ex. A at 8-
9  9, ¶ 1(d)).

The Fleming Memo references Exhibit 17 or information contained in that document, at the following pages and lines:

1. p.11, portion of n. 11: Discusses "Home Information Systems – Provisional Standard", which was marked "Outside Counsel Only" by Lucent.

The Haskell Memo references Exhibit 22 or information contained in that document, at the following pages and lines:

2. p. 2:19-20: Discusses the testimony of Barry Haskell, which was designated "Highly Confidential" by Lucent.
3. p. 4, portion of n. 2: Discusses the testimony of Barry Haskell, which was designated "Highly Confidential" by Lucent.
4. p. 5: 9-20: Discusses the testimony of Barry Haskell, which was designated "Highly Confidential" by Lucent.

**III.  ARGUMENT**

"Protective orders and filings under seal are the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated." *In re Adobe Sys., Inc. Securities Litigation*, 141 F.R.D. 155, 161-162 (N.D. Cal. 1992) (citing cases).  Exhibits 17 and 22 to the Blackburn Decl. were designated as "Outside Counsel Only" or "Highly Confidential" by Lucent pursuant to the protective order in *Lucent*

- 4 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

*Technologies, Inc., et al. v. Gateway, et al.*, Case No. 3:02-CV-2060 B. Dell's Memoranda refer extensively to these "Outside Counsel Only" and "Highly Confidential" documents and exhibits.

By so designating these documents, Lucent has represented that it reasonably and in good faith believes that such materials should be protected from public disclosure. As such, good cause exists to seal these materials to protect them from public disclosure. *Synopsys, Unc. v. Magma Design Automation, Inc.*, No. C04-03923 MMC, 2006 WL 997190 (N.D. Cal. 2006) (granting motion to seal based on parties' designation of materials as confidential under a stipulated protective order).

Furthermore, it is essential to Dell's Fleming Memo and Haskell Memo that these exhibits be accepted for filing under seal by the Court. Dell's Fleming Memo and Haskell Memo rely largely on information contained in this document and deposition.

**IV.    CONCLUSION**

For the foregoing reasons, Dell seeks an Order granting them permission to file under seal the confidential Fleming Memo and Haskell Memo, as well as the confidential exhibits to the Blackburn Decl.

November 30, 2007                              ARNOLD & PORTER LLP
                                               James S. Blackburn
                                               Joseph A. Micallef


                                               McDERMOTT WILL & EMERY LLP
                                               Joel M. Freed


                                               By: _____
                                                   James S. Blackburn
                                                   james.blackburn@aporter.com
                                                   Attorney for Dell Inc.

- 5 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)