James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiffs and Counterclaim-defendants, | Case No. 02-CV-2060-B (CAB) |
| v. | Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB) |
| GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **CERTIFICATE OF SERVICE** |
| Defendants and Counter-claimants, | |
| and | |
| MICROSOFT CORPORATION, | |
| Intervener and Counter-claimant, | |

| | |
|---|---|
| 1  MICROSOFT CORPORATION, | ) |
| 2       Plaintiff and Counter-defendant, | ) |
| 3  v. | ) |
| 4  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| 5 | ) |
| 6       Defendants and Counter-claimants, | ) |
| 7  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| 8 | ) |
| 9       Plaintiffs and Counterclaim-defendants, | ) |
| 10 v. | ) |
| 11 DELL INC., | ) |
| 12      Defendant and Counter-claimant. | ) |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is or 777 South Figueroa Street, Los Angeles, California 90017.

I HEREBY CERTIFY that on this 30th day of November 2007, in Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB), and Case No. 03-CV-1108-B (CAB), I caused a copy of the following document to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L. R. 5.4:

1. Notice of Motion and Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,958,226 to Haskell, et al.;

2. Memorandum of Points and Authorities in Support of Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,958,226 to Haskell, et al.;

3. Order Granting Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,958,226 to Haskell, et al.;

4. Notice of Motion and Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,383,272 to Netravali, et al.;

5. Memorandum of Points and Authorities in Support of Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,383,272 to Netravali, et al.;

6. Order Granting Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,383,272 to Netravali, et al.;

7. Notice of Motion and Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claims of U.S. Patent No. 4,763,356 to Day, et al.;

8. Memorandum of Points and Authorities in Support of Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,763,356 to Day, et al.;

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

9. Order Granting Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,763,356 to Day, et al.;

10. Notice of Motion and Motion of Dell Inc. for Summary Judgment of Invalidity of Claims 1-3 of U.S. Patent No. 4,439,759 to Fleming, et al.;

11. Memorandum of Points and Authorities in Support of Motion of Dell Inc. for Summary Judgment of Invalidity of Claims 1-3 of U.S. Patent No. 4,439,759 to Fleming, et al.;

12. Order Granting Motion of Dell Inc. for Summary Judgment of Invalidity of Claims 1-3 of U.S. Patent No. 4,439,759 to Fleming, et al.;

13. Declaration of James S. Blackburn in Support of Dell Inc.'s Motions for Summary Judgment of Invalidity on the Asserted Claims of U.S. Patent Nos. 4,958,226, 4,383,272, 4,439,759, and 4,763,356 with Exhibits 1-49.

14. Dell Inc.'s Notice of Motion and Motion Pursuant to Civil Local Rule 79-2 for Leave to File Under Seal;

15. Declaration of James S. Blackburn in Support of Dell Inc.'s Motion Pursuant to Civil Local Rule 79-2 for Leave to File Under Seal with Exhibit A;

16. Order Granting Dell Inc.'s Motion Pursuant to Civil Local Rule 79-2 for Leave to File Under Seal; and

17. Notice of Lodgment of Physical Exhibit 49 to the Declaration of James S. Blackburn in Support of Dell Inc.'s Motions for Summary Judgment of Invalidity on the Asserted Claims of U.S. Patent Nos. 4,958,226, 4,383,272, 4,439,759, and 4,763,356.

A true and complete copy of the above named document was served on counsel listed below by the indicated methods:

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

David Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101
dhahn@hahnadema.com
sfrost@hahnadema.com

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**VIA ELECTRONIC MAIL**

Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND & ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
jmafale@kirkland.com

Christopher S. Marchese
John E. Gartman
Jennifer Bettencourt
Susie Rodriguez
Donna Rousseau
John Thornburgh
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
marchese@fr.com
gartman@fr.com
bettencourt@fr.com
srodriguez@fr.com
thornburgh@fr.com

Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
106 East 6th Street, Suite 800
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com
lawrence.fluker@dechert.com

David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com

- 3 -

1  I declare that I am a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on November 30, 2007, at Los Angeles, California.

By: ___/s/James S. Blackburn_____
James S. Blackburn

- 4 -