1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Christopher S. Marchese (SBN 170239)
3  Lara S. Garner (SBN 234701)
   Fish & Richardson P.C.
4  12390 El Camino Real
   San Diego, California  92130
5  Telephone:    (858) 678-5070
   Facsimile:    (858) 678-5099
6
   Stephen P. McGrath (SBN 202696)
7  Microsoft Corporation
   One Microsoft Way
8  Redmond, WA  98052
   Telephone:    (425) 882-8080
9  Facsimile:    (425) 936-7329

10 Attorneys for Intervenor/Counter-claimant
   and Plaintiff/Counter-defendant
11 MICROSOFT CORPORATION

12                    UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases: |
| 15                                                       | 02-CV-2060 B (CAB) |
|     Plaintiff and Counterclaim-defendant,                | 03-CV-0699 B (CAB) |
| 16                                                       | 03-CV-1108 B (CAB) |
|     v. | |
| 17 | |
| GATEWAY, INC. and GATEWAY | **MICROSOFT CORPORATION'S** |
| 18  COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY | **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF** |
| 19  MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **INVALIDITY RE U.S. PATENT NO. 4,763,356** |
| 20 | |
|     Defendants and Counter-claimants, | |
| 21 | Date:        January 7, 2008 |
|     and | Time:        10:30 a.m. |
| 22 | Courtroom:   13 |
|     MICROSOFT CORPORATION, | Judge:       Honorable Marilyn L. Huff |
| 23 | |
|     Intervenor and Counter-claimant, | |
| 24 | |
|     MICROSOFT CORPORATION, | |
| 25 | |
|     Plaintiff and Counter-defendant, | |
| 26 | |
|     v. | |
| 27 | |
|     LUCENT TECHNOLOGIES INC., | |
| 28 | |
|     Defendant and Counter-claimant, | |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 | Defendant. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Microsoft Corporation ("Microsoft") will and hereby does move the Court for Summary Judgment of Invalidity re U.S. Patent No. 4,763,356. The instant motion is based upon the Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Invalidity re U.S. Patent No. 4,763,356 (which accompanies this filing), the Declaration of Lara S. Garner with exhibits (which accompanies this filing); the Federal Rules of Civil Procedure, the files and records in this action, and any and all other materials submitted to the Court on or before the time of its decision in this matter.

Dated: November 30, 2007                FISH & RICHARDSON P.C.


By:  /s/ Lara S. Garner
    John E. Gartman (SBN 152300)
    Juanita R. Brooks (SBN 75934)
    Roger A. Denning (SBN 228998)
    Christopher S. Marchese (SBN 170239)
    Lara S. Garner (SBN 234701)
    lgarner@fr.com

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 30, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    /s/ Lara S. Garner
Lara S. Garner
lgarner@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION