1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Christopher S. Marchese (SBN 170239)
3  Lara S. Garner (SBN 234701)
   Fish & Richardson P.C.
4  12390 El Camino Real
   San Diego, California  92130
5  Telephone:    (858) 678-5070
   Facsimile:    (858) 678-5099
6
   Stephen P. McGrath (SBN 202696)
7  Microsoft Corporation
   One Microsoft Way
8  Redmond, WA  98052
   Telephone:    (425) 882-8080
9  Facsimile:    (425) 936-7329

10 Attorneys for Intervenor/Counter-claimant
   and Plaintiff/Counter-defendant
11 MICROSOFT CORPORATION

12                     UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  LUCENT TECHNOLOGIES INC., | Case No. 07-CV-2000 H (CAB) |
| 15      Plaintiff and Counterclaim-defendant, | consisting of matters severed from consolidated cases: |
| | 02-CV-2060 B (CAB) |
| 16  v. | 03-CV-0699 B (CAB) and |
| | 03-CV-1108 B (CAB) |
| 17  GATEWAY, INC. and GATEWAY | |
|     COUNTRY STORES LLC, GATEWAY | **DECLARATION OF LARA S.** |
| 18  COMPANIES, INC., GATEWAY | **GARNER IN SUPPORT OF** |
|     MANUFACTURING LLC and COWBUNGA | **MICROSOFT CORPORATION'S** |
| 19  ENTERPRISES, INC., | **MOTION FOR SUMMARY** |
| | **JUDGMENT OF INVALIDITY OF U.S.** |
| 20      Defendants and Counter-claimants, | **PATENT NO. 4,763,356** |
| 21  and | |
| 22  MICROSOFT CORPORATION, | Date:       January 7, 2008 |
| | Time:       10:30 a.m. |
| 23      Intervenor and Counter-claimant, | Courtroom:  13 |
| | Judge:      Honorable Marilyn L. Huff |
| 24  MICROSOFT CORPORATION, | |
| 25      Plaintiff and Counter-defendant, | |
| 26  v. | |
| 27  LUCENT TECHNOLOGIES INC., | |
| 28      Defendant and Counter-claimant, | |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC., |
| 2 |     Plaintiff, |
| 3 | v. |
| 4 | DELL, INC., |
| 5 |     Defendant. |

I, Lara S. Garner, provide the following declaration in the above-captioned matter based on my own personal knowledge except where stated otherwise, and if called to do so, could and would competently testify as follows:

1. I am an attorney in the law firm of Fish & Richardson P.C., counsel of record for Intervener and counter-claimant Microsoft Corporation ("Microsoft") in the above entitled matter.

2. I make this declaration based on my own knowledge and could and would testify competently to the matter contained therein.

3. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 4,763,356, bearing production numbers MSLT_1044717 – MSLT_1044743.

4. Attached as Exhibit B is a true and correct copy of excepts from the Expert Report of Bruce Tognazzini Relating to the Expert Report of John P.J. Kelly, Ph.D. Re Lucent's Torok Patent and to the Expert Report of Dale Buscaino Re Lucent's Day Patent, served May 12, 2006.

5. Attached as Exhibit C is a true and correct copy of excerpts from the March 1985 issue of Creative Computing Magazine bearing production numbers GW-LT 423627-GW-LT 423640.

6. Attached as Exhibit D is a true and correct copy of excerpts from Lucent's Supplemental Response to Microsoft's Interrogatory No. 4 dated February 6, 2006.

7. Attached as Exhibit E is a true and correct copy of excerpts from the November 20, 2007 deposition of Bruce Tognazzini.

8. Attached as Exhibit F is a true and correct copy of a user's manual for J.K. Lasser's Your Money Manager, copyright 1985, bearing production numbers MSLT_1233942-MSLT_1234028.

9. Attached as Exhibit G is a true and correct copy of the supplemental expert report of Bruce Tognazzini dated October 12, 2007.

10. Attached as Exhibit H is a true and correct copy of Docket No. D1552, Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356.

11. Attached as Exhibit I is a true and correct copy of the Windows Version History bates numbered MSLT_1235311-MSLT_1235315.

12. Attached as Exhibit J is a true and correct copy of U.S. Patent No. 4,757,549 bearing bates numbers MSLT_1230331-MSLT_1230335.

13. Attached as Exhibit K are true and correct copies of advertisements and articles that illustrate the availability of computers that ran MS DOS and Microsoft Windows, and the availability of mouse peripherals prior to the filing of the '356 patent.

14. Attached as Exhibits L, M and N are true and correct copies of screen-shots (photographs of a computer screen) of screens displayed by J.K. Lasser's Your Money Manager on an IBM PC compatible computer.

15. Attached as Exhibit O are true and correct copies of screen-shots of screens displayed by Microsoft Windows 1.01 on an IBM PC compatible computer.

16. J.K. Lasser's Your Money Manager and Microsoft Windows 1.01 were both installed and operated on an Excel-Turbo IBM PC Compatible Computer Version 2.14 9/20/1985 with a Samsung Monochrome monitor and IBM PC-DOS Version 3.10.

17. Attached as Exhibit P is a true and correct copy of the September 14, 2007 Second Supplemental Expert Report of Mr. Dale E. Buscaino Re Invalidity of Untied States Patent No. 4,763,356.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2007, in San Diego, California.

                                        /s/ Lara S. Garner
                                        Lara S. Garner (SBN 234701)

10790387.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 30, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    /s/ Lara S. Garner
Lara S. Garner (SBN 234701)
lgarner@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

**EXHIBIT LIST**

**TABLE OF CONTENTS**

| Exhibit | Page No(s). |
|---|---|
| EXHIBIT A - U.S. Patent No. 4,763,356, bearing production numbers MSLT_1044717 – MSLT_1044743 | 1-27 |
| EXHIBIT B - Excepts from the Expert Report of Bruce Tognazzini Relating to the Expert Report of John P.J. Kelly, Ph.D. Re Lucent's Torok Patent and to the Expert Report of Dale Buscaino Re Lucent's Day Patent, served May 12, 2006 | 28-32 |
| EXHIBIT C - Excerpts from the March 1985 issue of Creative Computing Magazine bearing production numbers GW-LT 423627-GW-LT 423640 | 33-46 |
| EXHIBIT D - Excerpts from Lucent's Supplemental Response to Microsoft's Interrogatory No. 4 dated February 6, 2006 | 47-55 |
| EXHIBIT E - Excerpts from the November 20, 2007 deposition of Bruce Tognazzini | 56-69 |
| EXHIBIT F - User's manual for J.K. Lasser's Your Money Manager, copyright 1985, bearing production numbers MSLT_1233942-MSLT_1234028 | 70-156 |
| EXHIBIT G - Supplemental expert report of Bruce Tognazzini dated October 12, 2007 | 157-165 |
| EXHIBIT H - Docket No. D1552, Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims for U.S. Patent No. 4,763,356 | 166-174 |
| EXHIBIT I - Windows Version History bates numbered MSLT_1235311-MSLT_1235315 | 175-179 |
| EXHIBIT J - U.S. Patent No. 4,757,549 bearing bates numbers MSLT_1230331-MSLT_1230335 | 180-184 |
| EXHIBIT K - Advertisements and articles that illustrate the availability computers that ran MS DOS and Microsoft Windows and of mouse peripherals | 185-226 |
| EXHIBIT L - Photographs of a computer screen displaying J.K. Lasser's You Money Manager on an IBM PC compatible computer | 227 |
| EXHIBIT M - Photographs of a computer screen displaying J.K. Lasser's You Money Manager on an IBM PC compatible computer | 228 |
| EXHIBIT N – Screen-shots of screens displayed by J.K. Lasser's You Money Manager on an IBM PC compatible computer | 229 |

1
2

| EXHIBIT O - Screen-shots of screens displayed by Microsoft Windows 1.01 on an IBM PC compatible compute | 230-232 |
|---|---|
| EXHIBIT P - the September 14, 2007 Second Supplemental Expert Report of Mr. Dale E. Buscaino Re Invalidity of Untied States Patent No. 4,763,356. | 233-273 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28