# EXHIBIT C

VOLUME 11 NUMBER 3  MARCH 1985  $2.95

# Creative Computing

THE #1 MAGAZINE OF COMPUTER APPLICATIONS AND SOFTWARE

IN-DEPTH EVALUATIONS:

- Datavue 25 Portable
- NEC Portable Disk Drive
- IBM Quietwriter
- Percom Hard Disk Drive
- Micro SpeedRead
- Trivia Games
- Datasouth Personal Printer I
- Health and Fitness Software

Computers In Stamp Collecting

New Developments in Handicapped Access

Who Needs A Robot?

New Products

Industry Insider

Columns: Apple, IBM, Commodore, Atari, Tandy

## 2nd Generation Notebook Portables

- Tandy Model 200
- NEC 8401A






GW-LT 423627

Exhibit C Page 33

VOLUME 11 NUMBER 3   MARCH 1985

# Creative Computing



## SPECIAL REPORT

**30** Choosing And Using Tax Software Computer Assisted Tax Preparation/*Lockwood*

**37** Tax Software in Brief/*Crowell*

## PRODUCT PREVIEW

**59** Atari Strikes Back/*Onosko & Anderson*
Six new computers that could reshape the industry

## PRODUCT REVIEWS

**64** Tandy 200/*Linzmayer*
A second generation notebook computer from Tandy

**70** NEC 8401 Portable Computer/*Ahl*
Large-screen successor to the 8201

**80** Portable Disk Unit For NEC 8201/*Ahl*
Speedy storage in a small package

**85** Datavue 25/*Ahl*
A true portable with a 25-line screen and built-in disk drive

**88** IBM Quietwriter/*Sandler*
Letter quality output; whisper quiet operation

**96** Datasouth Personal Printer 1/*Linzmayer*
A capable little printer bursting with features

**101** Percom PHD-10 Hard Disk Drive/*Lockwood*
Increased speed and convenience for IBM, Apple, and Tandy computers

**102** Software For Fitness And Health/*Davidson*
From diagnosis to dancing—programs to help you feel better

**108** Growing Up Literate/*Staples*
Micro SpeedRead and Snoopy's Skywriter Scrambler

**111** Trivia Mania/*Lockwood*
A look at the latest craze in computer entertainment

**118** Keeping Track of Your Stamp Collection/*Sharpe*
Programs to organize your hobby

## FEATURES

**122** Computers On Stamps/*Schuessler & Schuessler*
Combining two interests

**124** Computers For Communication/*Bates*
New developments in handicapped access

## APPLICATION

**127** Who Needs A Robot?/*Blank*
Doing household chores with a computer

## NEW PRODUCTS

**133** What's New In Hardware/*Lockwood*
Printers, more printers, and other peripherals

**135** What's New In Software/*Lockwood*
Graphics software and programs for the Mac

## DEPARTMENTS

**6** Input/Output/*Readers*

**14** Industry Insider/*Ahl*
Hacker's Mac, windowing standards, and more

**16** Book Reviews/*Lockwood*
27 new books for the computerist's library

**21** In Real Time/*Van Tyle*
Apple II handles takeout orders at Hunan restaurant

**22** Telecommunications Talk/*Anderson*
Notes from a surgeon watcher, the facts about fax, and MultiModem

**28** Editorial/*Anderson*
Tools that make the difference—and indifference

**137** Notebook Computing/*Anderson*
A few fixes and a new notebook

**139** Apple Cart/*Anderson*
New products for Mac owners

**144** IBM Images/*Fastie*
Adventures in RAMland

**147** Tandy Gram/*Commander*
C—a useful alternative to Basic

**150** Commodore's Port/*Alonso*
DOS—up close and personal

**152** Outpost: Atari/*Anderson & Swirsky*
The state of Atari and a musical instrument to make

Cover: Photograph by Jeff MacWright. Inset courtesy of Atari.

*Creative Computing* (ISSN 0097-8140) is published monthly at 3460 Wilshire Blvd., Los Angeles, CA 90010 by Ahl Computing, Inc., a subsidiary of Ziff-Davis Publishing Company. David Ahl, President; Elizabeth B. Staples, Vice President; Selwyn Taubman, Treasurer; Bertram A. Abrams, Secretary. 39 East Hanover Ave., Morris Plains, NJ 07950. Second Class Postage paid at Los Angeles, CA 90052 and additional mailing offices. Copyright © 1985 by Ahl Computing, Inc. All rights reserved. Editorial offices located at 39 East Hanover Ave., Morris Plains, NJ 07950. Phone (201) 540-0445. Domestic Subscriptions: 12 issues $24.97; 24 issues $43.97; 36 issues $57.97. POSTMASTER: send address changes to Creative Computing, P.O. Box 5214, Boulder, CO 80321. Call 800-631-8112 toll-free (in New Jersey call 201-540-0445) to order a subscription.



## STAFF

| | |
|---|---|
| Founder/Editor-in-Chief: | David H. Ahl |
| Editor: | Elizabeth B. Staples |
| Managing Editor: | Peter Fee |
| Associate Editor: | John J. Anderson |
| Assistant Editors: | Owen Linzmayer |
| | Russ Lockwood |
| Reviews Editor: | Paul Grosjean |
| Editor-at-Large: | Ken Uston |
| Contributing Editors: | Will Fastie |
| | Susan Glinert-Cole |
| | Danny Goodman |
| | Stephen B. Gray |
| | Glenn Hart |
| | Bill Jacobson |
| | Brian Murphy |
| | Ted Nelson |
| | Peter Payack |
| Editorial Assistants: | Jane M. Lewis |
| | Carol A. Crowell |
| Secretary: | Alexis Leffeld |
| Art Director: | Patrick Calkins |
| Assistant Art Director: | Chris DeMilia |
| Artists: | Eugene Bicknell |
| | Peter Kelley |
| Typesetting: | Dianna Mizell |

**COMPUTER PUBLICATIONS DIVISION**

| | |
|---|---|
| President | Kenneth H. Koppel |
| Senior Vice President | Eileen G. Markowitz |
| Vice President, Editorial | Jonathan D. Lazarus |
| Vice President, Production | Baird Davis |
| Vice President, Licensing & Special Projects | Jerry Schneider |
| Vice President, Creative Services | Herbert Stern |
| Vice President, Circulation | Alicia Marie Ivans |
| Marketing Manager | Rennie Sonnenberg |
| Business Manager | Gary A. Gustafson |
| Editorial Director | Ernest F. Baxter |

## ADVERTISING SALES

**Publisher**
Claude P. Sheer, Creative Computing
Ziff-Davis Publishing Company
One Park Ave.
New York, NY 10016
(212) 503-5011

**Advertising Coordinator**
Chris Tice, Creative Computing
Ziff-Davis Publishing Company
One Park Ave.
New York, NY 10016
(212) 503-5012

**Western Advertising Manager**
Jeff Miller, Ziff-Davis Publishing Company
11 Davis Drive
Belmont, CA 94002
(415) 598-2290

**Southern California, Southwest**
Tom Martin, Susan Curtis Scott
Ziff-Davis Publishing Company
3460 Wilshire Blvd.
Los Angeles, CA 90010
(213) 387-2100

**New England**
Merrie Lynch, Nancy Wood
CEL Associates, Inc.
61 Adams Street
Braintree, MA 02184
(617) 848-9306

**Midwest**
Jeff Edman, William Biff Fairclough
The Pattis Group
4761 W. Touhy Ave.
Lincolnwood, IL 60646
(312) 679-1100

**Mid-Atlantic, Southeast**
Larry Levine
Ziff-Davis Publishing Company
One Park Ave.
New York, NY 10016
(212) 503-5013
(201) 972-9466

**Canada**
The Pattis Group
501 Eglinton Ave. E.
Suite 202
Toronto, Ontario M4P 1N4
(416) 482-6288

## WHERE TO SEND IT

All **editorial** material, including article submissions, press releases, and products for evaluation should be sent to:
Creative Computing
39 E. Hanover Ave.
Morris Plains, NJ 07950

Correspondence regarding other Creative Computing products and publications should also be sent to the Morris Plains address. Correspondence related to **advertising**, including ad copy, questions on billing, and requests for rates, should be sent to
Advertising Department
Creative Computing
Ziff-Davis Publishing Co.
One Park Ave.
New York, NY 10016

Correspondence regarding **subscriptions**, including orders, changes of address, and problems should be sent to:
Creative Computing
P.O. Box 5214
Boulder, CO 80321

Your help in choosing the correct address for your correspondence is appreciated. An incorrectly addressed letter or package can take as long as several weeks to reach its proper destination.

## SUBSCRIPTIONS

All subscription orders and other correspondence related to subscriptions should be addressed to:
Creative Computing
P.O. Box 5214
Boulder, Colorado 80321

Foreign subscriptions must be accompanied by payment in U.S. currency.

Subscription prices:

| U.S. | Canada | Foreign |
|---|---|---|
| 1 year $24.97 | 1 year 29.97 | 1 year 34.97 |
| 2 years 43.97 | 2 years 53.97 | 2 years 63.97 |
| 3 years 57.97 | 3 years 72.97 | 3 years 87.97 |

Airmail delivery on foreign subscriptions is available for a one-year period only at $75.00 additional for mail to Asia and Australia, and $50.00 additional for all other foreign. Subscribers in the United Kingdom may send payment in sterling to:
Hazel Gordon
10 Bishops Way
Sutton Coldfield
West Midlands B74 4XU

Please allow at least eight weeks for change of address. Include old address as well as new—enclosing if possible an address label from a recent issue.

## PERMISSIONS

Material in this publication may not be reproduced in any form without permission. Requests for permission should be directed to Jean Lamensdorf, Ziff-Davis Publishing Company, One Park Avenue, New York, New York 10016.

## ATTENTION: AUTHORS

Creative Computing will not be responsible for the return of unsolicited manuscripts, cassettes, floppy disks, program listings, etc. not submitted with a self-addressed, stamped envelope.

4 CREATIVE COMPUTING/MARCH 1985



## SPECIAL REPORT

### Choosing and Using Tax Software Packages

Carol A. Crowell

# Tax Software In Brief

## Record Keeping

### Auto Tax Saver

The first software program designed to monitor the business use of cars under the Tax Reform Act of 1984, *Auto Tax Saver* documents business car usage for salespeople and professionals who deduct expenses for investment tax credit. Adaptive Software says the mileage log provides all necessary documentation required by the IRS. It accumulates mileage, monitors percentages, records trip purposes, and recognizes repeated patterns of places visited. In the case of multiple trips to the same location, data entry is accomplished by pointing to a destination and hitting the return key.

**System:** 192K IBM PC, MS-DOS
**Price:** $89.95
**Manufacturer:**
Adaptive Software
1868 Cavell Ave.
Highland Park, IL 60035
(312) 831-4420

### BIN

Designed to organize personal and small business income tax data into separate categories, *BIN* is a record keeping program for people who keep their receipts, check stubs, W-2's, bank statements, credit card records, and medical bills in shoeboxes. The category "bins" appear at the top of the screen with tags such as Medical Expenses, Travel, Phone, and Taxes and are selected with a single keystroke. Data from receipts are entered in the bin and then automatically totaled and alphabetized. Superflight says records can be maintained on a periodic basis or compiled in one shot on April 14. The actual filling out of the return is left to the user.

**System:** 64K IBM PC, MS-DOS
**Price:** $30
**Manufacturer:**
Superflight, Inc.
752 La Para Ave.
Palo Alto, CA 99306
(415) 493-5050

### MoneyTrack

Designed for the non-accountant and novice computer user, *MoneyTrack* is a record keeper geared for people with small businesses using an outside bookkeeping service, principals of a company or firm that acts as a trustee for multiple bank accounts, and people with a variety of business activities. *MoneyTrack* records simple expense payments and complex financial transactions, files these transactions throughout the year with no month-end accumulated totals, and produces a variety of reports for the user and his accountant. Each transaction is related to a fund, business, account, or special ledger, with up to 99 funds, 99 businesses, 900 accounts, and 900 special ledgers provided. At the end of the year, *MoneyTrack* provides a summary for each category and then forwards balances and monthly totals for month-by-month comparison of the new year with the old. *MoneyTrack* also interfaces with *Lotus 1-2-3* for custom reports.

**System:** 128K IBM PC, MS-DOS
**Price:** $295
**Manufacturer:**
Pacific Data Systems, Inc.
6090 Sepulveda Blvd.
Culver City, CA 90230
(213) 559-8713
(800) 343-9194
(800) 421-4706

### Tax Record

With Cheapware *Tax Record*, income and expense records for any calendar year can be collected in one convenient, displayable file. Entries are categorized in any of eight different classes and 32 different types. At income tax time, the program will print out the entire ledger, the ledger for any single month, all ledger entries in any single type, or all ledger entries in any single class with summary totals for each of the 32 types. For example, in a class of deductible expenses, one type could be medical with accumulative totals for physicians' receipts, hosptial bills, dental statements, and prescription receipts. Any entry to the program may be updated, changed, modified, or deleted from the file or to another file. The program can also establish personal, business, and landlord-type ledgers.

**System:** IBM PC, MS-DOS
**Price:** $22.50
**Manufacturer:**
Robert L. Nicolai
4038 N. Ninth St.
St. Louis, MO 63147
(314) 621-7618

## Tax Planning

### Beacon

A tax planner that combines tax record keeping with personal financial management, *Beacon* tracks both income and non-income producing assets and keeps a running record of the net worth of one owner or any group of owners. The net worth of the entire family, the husband and wife only, the children only, and family trust, or an IRA owner, is instantly available. All bookkeeping adjustments for investment portfolios and cash accounts are made automatically and produce tax information. The program prints a summary tax return and can be modified to allow "what if" analysis. Tax tables and limits-percentages in the tax code can be edited to keep

GW-LT 423630

Exhibit C Page 36

## SPECIAL REPORT: TAX SOFTWARE

them current. The program includes a reminder system for special events, such as dividend dates, stockholder meetings, maturity dates, option expiration dates, and other mundane but important bits of information such as a spouse's birthday or wedding anniversary.

**System:** 48K Apple II and III
**Price:** $90
**Manufacturer:**
The Cumberland Company
4765 North Cumberland Blvd.
Milwaukee, WI 53211
(414) 964-7877

### Estate Tax Planner

Designed for CPAs and attorneys, *Estate Tax Planner* analyzes up to four alternative plans simultaneously to aid decisions about asset distribution. Eight different analyses can be made: estate tax liability, gross estate, present value analysis, deferred payment under IRC section 6166, section 6166 payment schedule, liquidity analysis, IRS section 303 stock redemption, and marital deduction funding. *Estate Tax Planner* requires little computer expertise for operation.

**System:** IBM PC, MS-DOS, Apple II and III, CP/M
**Price:** $750
**Manufacturer:**
Aardvark/McGraw-Hill
1020 North Broadway
Milwaukee, WI 53202
(414) 225-7500

### Financier Tax Series

This tax planning package operates like a spreadsheet, forming rows and columns to create multiple tax cases and calculate tax years 1984 and after. The program offers graphic analysis, on-screen help, a depreciation module, and CPI indexing. Information stored within can be downloaded to *Financier II*, a full-featured business finance program from the same company.

**System:** IBM PC, MS-DOS
**Price:** $175
**Manufacturer:**
Financier
2000 West Park Dr.
Westboro, MA 01581
(617) 366-0950

### Forecast

A tax estimating and "what if" tax planning program, *Forecast* automatically calculates dividends and interest, capital gains and losses, taxable social security income, married couple deductions, self-employment taxes, alternative minimum tax, tax credits, and income averaging. It displays a worksheet with an overview of the user's entire tax situation with an estimate of year-end taxes. Up to five different tax scenarios can be viewed simultaneously, and updates can be made as changes occur. Based upon this year's tax information, *Forecast* also can project tax scenarios for the next four years.

**System:** IBM PC, MS-DOS, 64K Apple II with 80-column card, 128K Macintosh
**Price:** IBM PC, $179.95; Macintosh, $69.95; Apple II, $59.95
**Manufacturer:**
G & G Software, Inc.
610 Park Blvd.
Austin, TX 78751
(512) 458-5760

### Professional Tax Planner

An updated, year-round tax planning program, *Professional Tax Planner*, version 4.0, has automatic calculation of the two-earner deduction, an alternative minimum tax break-even point calculation, and the ability to save results to a DOS file to be used with a word processing program. This enhanced version also

#### Common Tax Forms

| Form | Description |
|---|---|
| Form 1040 | Standard income tax form we all know and love. |
| Form 1040A | Variation of standard form. |
| Form 1040-ES | Estimated tax. |
| Form 1040EZ | Another variation of the standard form, sometimes referred to as the short form. |
| Form 1040PR | Form for residents of Puerto Rico. |
| Form 1040SS | Form for residents of Guam, American Samoa, Virgin Islands, and Northern Mariana Islands. |
| Form 1040X | Amended income tax return. |
| Form 1065 | US partnership return of income. |
| Form 1120 | Corporation income tax form. |
| Form 1120S | Corporation income tax form. |
| Form 2106 | Employee business expenses. |
| Form 2119 | Sale or exchange of principal residence. |
| Form 2210 | Underpayment of estimated taxes by individuals. |
| Form 2441 | Credit for child and dependent care expenses. |
| Form 3468 | Investment credit. |
| Form 3903 | Moving expense adjustment. |
| Form 4137 | Computation of Social Security tax on unreported tip income. |
| Form 4255 | Recapture of investment credit. |
| Form 4562 | Depreciation and amortization. |
| Form 4684 | Casualties and thefts. |
| Form 4797 | Supplemental schedule of gains and losses. |
| Form 5695 | Residential energy credit. |
| Form 5884 | Jobs credit. |
| Form 6251 | Alternative minimum tax computation. |
| Form 6765 | (illegible) |

GW-LT 423631

Exhibit C Page 37

## Can You Deduct Your Computer?

Deficit Reduction Act of 1984 (DRA) limits the tax benefits of a personal computer in the home. The new rules are generally applied only to property placed in service after June 18, 1984 and affect home computers as they do other equipment used exclusively in a trade or business establishment. However, many home uses of a computer can still provide a tax benefit. The new rules adversely affect only most employees who use their computers at home for job-related activities.

Accelerated depreciation under the Investment Tax Credit and the election to deduct the full cost of a computer in the year of purchase (expensing) are available only for a computer used more than 50% in a trade or business. Straight-line depreciation over a 12-year period is the only option available if business use is 50% or less of the total computer use. For the deduction to be allowed, the use of a computer must be for the "convenience of the employer" and is "required as a condition of employment."

These requirements mean that there must be an excellent business reason why the employee must work at home (e.g., insufficient office space at the regular place of employment) and that the employer requires work at home as a condition of employment. The taxpayer will need a written statement from the employer to support the deduction. In addition, if the employee is in the business of renting deductions of a home computer to the employer, the rental activity will not be considered as business use of the computer.

The new rules require, in closing, that the employee use the computer in his/her trade (as an employee) in order to take the deductions. This requirement may exclude use of the computer for personal investment purposes.

allows users to enter and calculate state taxes. *Professional Tax Planner* details tax items for adjustments to income and calculates investment expense limitations and 10-year averaging. According to a maintenance agreement, enhancements and updates within 30 days every time tax laws change cost $100 in addition to the retail price for the first year. The agreement may be extended for subsequent years at variable costs, depending upon the complexity of tax law changes, with a $225 ceiling. *Professional Tax Planner* can be used by computer novices, although it is designed for CPAs and others already familiar with tax planning.

**System:** 256K IBM PC, MS-DOS, Apple II
**Price:** $395
**Updates:** Provided within 30 days of any tax law change. $100 for first year
**Manufacturer:**
  Aardvark/McGraw-Hill
  1020 North Broadway
  Milwaukee, WI 53202
  (414) 225-7500

### Tax Decisions

*Tax Decisions*, a 1040 based tax planning package for professional tax planners and financial advisors, provides for graphic reports, tabular reports, client filing, automatic calculations, and a permanent record of up to five tax scenarios for each client. Related items may be recalculated with a single new entry change, and related schedules will be considered automatically through the "expert system" advising technique. In both report and graph forms, key lines of Form 1040 can be displayed to demonstrate tax liability in a single plan compared to other plans and options. In addition, the calc pad, which enables the user to calculate independently of the program, can be displayed through on-screen windowing along with the appropriate form or schedule. As a bonus, *Tax Decisions* includes a subscription to Compuserve's IRS information database.

**System:** IBM PC, MS-DOS
**Price:** $279
**Updates:** Semi-annual; first year's update free, with subsequent ones at annual subscription rate of $99.
**Manufacturer:**
  Eagle Software Publishing, Inc.
  993 Old Eagle School Rd.
  Wayne, PA 19087
  (215) 964-8660

GW-LT 423632

Exhibit C Page 38

### Tax Mini-Miser

Designed by financial planners and investment counselors for professional tax planning and home use, *Tax Mini-Miser* has its own run-time system, which making it easy for first time computer users to operate. The program employs a spreadsheet-like format in which one screen is used for income entries and another for deduction entries. *Tax Mini-Miser* can project tax scenarios for up to six years, perform up to six alternative scenarios simultaneously, and calculate income averaging and alternative minimum tax. The most recent federal tax laws are applied. A California version of *Tax Mini-Miser* is available with other state programs planned.

**System:** Apple II and III, IBM PC
**Price:** $295
**Updates:** Annual; $45 - $75
**Manufacturer:**
Sunrise Software
36 Palm Ct.
Menlo Park, CA 94025
(415) 441-2351

### Tax Shelter/Investment Planner

Tailored for CPAs and financial planners, *Tax Shelter/Investment Planner* analyzes the effects of tax shelters and investments; figures net present value, rates of return, cumulative tax benefits, and effect upon cash flow; and prints reports for clients. Three complete reports are offered: Investment Report, Integrated Investment Report, and Tax Report. Calculations can be made with post-1975 investment interest limitations, the alternative minimum tax, and general business credit limitations.

**System:** 256K IBM PC
**Price:** $395
**Manufacturer:**
Aardvark/McGraw-Hill
1020 N. Broadway
Milwaukee, WI 53202
(414) 225-7500

### Tax Strategist

An income tax planning program that projects tax liability for 10 years or considers different alternatives for a single year, the *Tax Strategist* automatically selects the optimum tax method for the individual. A key feature is the planning program that calculates federal income tax obligations and compares regular tax as determined from standard tables with income averaging and alter-native minimum tax for extended periods. The program also determines the amount of tax shelter loss needed to achieve particular tax reduction goal.

**System:** IBM PC, MS-DOS
**Price:** $295
**Manufacturer:**
Quadram Corporation
4355 International Blvd.
Norcross, GA 30093
(404) 923-6666

## Tax Planning and Preparation

### Bottomline Tax

Devised as a management tool for lay people and professional preparers, *Bottomline Tax* is a planning and



preparation program that can be used to train or update individuals in federal income tax requirements. Tax returns can be prepared by correlating the information from various schedules or in a batch mode in which the data are entered and the computer calculates the tax, prints the tax return, and automatically posts the data to the correct schedules. Menu-driven with 12 categories that prompt the user for data entry, the program can create a new tax record, copy an existing record for modification, or call up a record for analysis of financial decisions. A forecasting capability allows the user to minimize future tax liability. A tutorial, which provides examples, specific summaries, and tax planning suggestions, is included.

**Forms:** A, B, C, D, E, F, G, SE, W, R, R&P, 1040
**System:** IBM PC, MS-DOS, CP/M, Apple IIe, Tandy Model III, 4
**Price:** $295
**Manufacturer:**
Venture Software
16200 Ventura Blvd.
Encino, CA 91436
(818) 986-4110

### Income Tax Spreadsheet

The BNA *Income Tax Spreadsheet* is specifically designed for professional tax planners involved in tax planning and tax compliance work, including CPAs, tax attorneys, financial planners, public accountants, commercial tax preparers, and IRS agents. Using an electronic spreadsheet format, it automatically calculates tax liability over a seven-year period for all categories of individuals and fiduciaries. It includes income averaging, alternative minimum tax, and automatic indexing. Multiple year or multiple projections can be performed simultaneously. Help messages display reference to IRS codes.

**System:** 192K IBM PC, MS-DOS
**Price:** $495
**Manufacturer:**
BNA Software
1231 25th St.
Washington, DC 20037
(202) 452-4453

### J. K. Lasser's Your Income Tax

This comprehensive tax planning and preparation software supplements the famous tax guides from the Lasser Tax Institute. The program opens with a questionnaire to determine which forms and schedules must be filled out and then replicates the appropriate forms on the screen. On-screen help is cross-referenced to paragraphs in the tax guide. Windowing techniques provide instant access between forms. Automatic saving of information and a four-function calculator are part of the program. A copy of J. K. Lasser's *Your Income Tax* is included.

A companion program, *J. K. Lasser's Your Money Manager*, is a tax record keeping program. Expenses and other financial information stored over the course of a year can be downloaded into the tax program

**Forms:** A, B, C, D, E, F, G, SE, W, R, 1040, 2106, 2119, 2210, 2441, 3468, 3903, 4562, 4625, 4684, 4797, 5695, 6251
**System:** IBM PC, MS-DOS
**Price:** Your Income Tax, $79.95; Your Money Manager, $89.95
**Manufacturer:**
Simon & Schuster
1230 Avenue of the Americas
New York, NY 10020
(212) 245-6400

### PC/Taxcut

Incorporating both tax planning and preparation, *PC/Taxcut* tax planner

## SPECIAL REPORT: TAX SOFTWARE

calculates and prints 21 tax forms and schedules, producing a complete tax return, ready to sign and file. It features the ability to produce a variety of reports, automatic limitations on IRAs, handling of depreciation, separation of tax items, optional state sales tax table, and support for PC-DOS pathnames. The program calculates the alternative minimum tax, rents and royalties, business expenses, energy credit, rollover of gain on the sale of residence, capital loss carry-forward, dual-earner deduction, and all-savers certificate interest exclusion. Newly updated for 1984/1985, it is suitable for year-round tax planning.

Forms: W, A, B, C, D, E, F, G, SE, 1040, 2106, 2119, 2210, 2441, 3468, 3903, 4562, 4797, 4952, 5695, 6251
System: 128K IBM PC, MS-DOS
Price: $195
Manufacturer:
Best Programs, Inc.
5134 Leesbury Pike
Alexandria, VA 22302
(703) 931-1300
(800) 368-2405

### Personal Planner

Designed to calculate personal tax liabilities for 1983 through 1986, *Personal Planner* by CPAids combines calculation of income tax liabilities with investment and financial planning. To help consumers minimize income tax liability, the program projects income into the future and shows the long-term implications of current financial decisions. Storing up to four different sets of assumptions about an individual's financial status, the program prints out two reports: one showing the comparison between years and one showing the comparison between the different options. Forms include 1040 cross-referencing, itemized deductions, interest/dividends, capital gains, income averaging, self-employment, joint filing status, 4972, special 10-year averaging, and 6251 alternative minimum tax.

Forms: A, B, C, D, G, SE, W, 1040, 4972, 6251
System: Apple II, IBM PC, DEC Rainbow, CP/M
Price: $49
Manufacturer:
CPAids, Inc.
1061 Fraternity Circle
Kent, OH 44240
(216) 678-9015

### Personal Tax Planner

A tax planning and preparation template for *Lotus 1-2-3* and *Symphony*, the *Personal Tax Planner* includes federal forms which are updated twice annually, in September for latest law changes in year-end planning and in January for conversion to new tax forms. Also available are state tax forms by region—states are grouped into Eastern, Central, and Western. To explore various tax possibilities, the program automatically recalculates data to perform a running series of "what ifs." Macros and help are included on the disk, and functions have been subdivided into six separate menus.

Forms: A, B, C, D, E, G, SE, W, 1040,



2106, 2441, 3468, 4562, 6251
System: *Lotus 1-2-3* (256K), *Lotus Symphony* (512K)
Price: $75
Updates: With September version, the January version is at "reproduction and distribution cost." Annual updates at 60% of retail.
Manufacturer:
Permar & Associates
1125 Sunnyhills Rd.
Oakland, CA 94610
(800) 443-0100

### Quick-Look Tax Planner

For accountants, this recently updated planning program can project 1984 and 1985 tax liabilities and print reports for investment interest expense deduction, special 10-year averaging method, income averaging, and alternative minimum tax. In addition, it applies an index of 1.0425 per code section 1(f) to the 1985 tax rates, tax tables, exemptions, and zero bracket amount. *Quick-Look* also provides mandatory itemizers, a limit for general business credit, and an automatic computation of taxable amounts of unemployment compensation and Social Security received.

Forms: G, W, SE, 1040, 4952, 4972, 6251
System: IBM PC
Price: $495
Manufacturer:
Management Control Systems
230 Peachtree St., NW
Atlanta, GA 30042
(404) 522-2383

### TaxCalc Tax Planner

A tax planning template for a variety of popular spreadsheets, including *Lotus 1-2-3*, *Symphony*, *Framework*, *VisiCalc*, *SuperCalc*, *Multiplan* and *Report Manager*, the *TaxCalc Tax Planner* works out local and national returns simultaneously. Using the on-screen information form, the program calculates data by line number for Form 1040, Schedules D and G, Form 4972 with 10-year averaging provision, and alternative minimum tax. Local templates, which follow appropriate state or city forms, are available for Arizona, California, Illinois, Ohio, Oregon, Minnesota, New York, and New York City. *TaxCalc Tax Planner* features the ability to scroll the screen and review an addition to the input without searching for categories, the use of a spreadsheet window to watch the effect of "what ifs," and graphic capabilities with *Lotus 1-2-3*, *SuperCalc 3* and *VisiCalc IV*.

Forms: D, G, 1040, 4972
System: 128K IBM PC, MS-DOS, Apple, Tandy, CP/M, CP/M-86
Price: $150; state templates $50 each, except CA, NY, and NYC, $100
Manufacturer:
TaxCalc Software, Inc.
4200 South Hulen
Fort Worth, TX 76109
(817) 732-7307

### Tax Command Planner

Designed for end-of-year tax planning, *Tax Command Planner* simultaneously explores six different strategies for periods of up to five years to compare taxes from year to year. The program shows methods of depreciating equipment, whether to sell stock, and how to make contributions at the lowest cost. Any input number can be changed and recalculations are automatic. The user can enter data manually or use a return prepared by *Tax Command*, a sister program for tax preparation. *Tax Command* is a simple computation program geared for casual and novice computer

GW-LT 423634

Exhibit C Page 40

## SPECIAL REPORT: TAX SOFTWARE

### Software Loophole

Certified Public Accountant Robert W. McGee of Dumont, NJ recently won the Golden Loophole Award from *CPA Digest Newsletter* for discovering a way for companies to save money on taxes when buying software.

It seems most states consider computer software on tape or disk to be tangible personal property, subject to state sales or use tax. If the same software is delivered through a modem connected to a computer, some states consider it intangible property, which is not subject to taxation.

The dollar savings can be substantial for mainframe and minicomputer software, and microcomputer owners can benefit too. However, *CPA Digest* cautions you to check state law carefully in advance. This loophole may not apply in your state.

*CPA Digest*, 1109 N. Mayfair Rd., Milwaukee, WI 53226. (414) 259-9300.

### On-Line Tax News

NewsNet, a telecommunications service featuring on-line versions of over 200 special interest newsletters, offers several electronic newsletters dealing with taxes.

*Commerce Clearing House Tax Day* provides daily developments in Federal tax subjects. A sister letter, *State Tax Week*, covers state tax news.

*Charitable Giving* covers gifts to charities.

*Corporate Shareholder* takes positions on important issues affecting buying and selling businesses.

*Employee Retirement Plans* examines the latest developments in retirement and pension plans.

*IRS Practices and Procedures* looks at the latest policy developments of our tax collection agency.

*The Small Business Tax Review* covers tax news affecting small businesses.

*Tax Notes Today* provides daily coverage of Federal tax developments.

NewsNet, 945 Haverford Rd., Bryn Mawr, PA 19010. (215) 527-8030; (800) 345-1301.

users to be used at home or professionally. In addition, Practical Programs offers *Tax Command Professional* with the added ability to print on forms using overlays. Both preparation programs perform income averaging, calculate capital gains, and use current tax tables.

**Forms:** A, D, G, 1040
**System:** Tax Command Planner and Tax Command Professional, IBM PC, MS-DOS, Apple II, and C64; Tax Command C64, Atari, and TRS-80 Color Computer
**Price:** Tax Command, $24.95; Tax Command Planner and Tax Command Professional: IBM PC, $99.95; Apple II, $79.95; C64, $49.95.
**Manufacturer:**
Practical Programs, Inc.
P.O. Box 93104
Milwaukee, WI 53203
(414) 278-0829

### Tax Computation

Developed by a professional accountant, *Tax Computation* is a tax preparation program that simulates an interview with a tax accountant. Thus, users do not have to know in advance which deductions they want and are qualified for. For example, the program may determine that a user is eligible for deductions for moving, earned income credit, babysitting, employee expenses, or self-employment earnings not taxed by Social Security. The $29.95 version includes nine forms in detail, while the professional version has 16 forms. Both versions have built-in calculators and will print IRS acceptable forms on a Commodore printer. The forms also appear on the screen so users can copy data to the appropriate forms.

**Forms:** A, B, C, G, R, SE, W, 1040, 2210; Pro version adds D, 2106, 2119, 2441, 3903, 4562, 6251
**System:** C64; disk drive; printer.
**Price:** $29.95; Pro version, $95
**Updates:** Annual; $15; pro version, $75
**Manufacturer:**
K. R. Rullman Company
4550 SW Murray, #81
Beaverton, OR 97005
(503) 641-4610

### TaxMode

An easy to use tax planning program, *TaxMode* is tailored for people who earn a diversified and changing income and want to project and analyze the effects of investments on their taxes.

The program calculates federal personal income taxes and allows for income averaging, working couple deductions, capital gains, Social Security taxes, itemized deductions, alternative minimum tax, and tax credits. Although Schedule C form for income and expenses from a sole proprietorship is not included, *TaxMode* does provide a category for business income and investment credit. The program also has an inflation index, a Scratch Pad Calculator, and a user's manual with clear and thorough instructions.

**Forms:** A, D, E, G, SE, W, 1040, 1951, 1972, 6251
**System:** 128K IBM PC, MS-DOS, 48K Apple II; 64K CP/M systems
**Price:** $295
**Manufacturer:**
Sawhney Software
888 7th Ave.
New York, NY 10106
(212) 541-8020

### Tax Planner

A comprehensive, stand-alone program *Tax Planner* provides "what if" tax planning applications and allows the interfacing of tax planning with actual tax preparation. Designed for professional tax preparers, the program can compare alternate years or multiple assumptions per year. Tax tables are defined for four years, and four different assumptions can be compared on a yearly basis. Featuring a built-in calculator, the planner computes Schedule G, 4972 and 6251, with supplemental calculations for Schedule 2119, investment interest computation, and charitable contribution limits. A partnership input module is provided for developing effective tax strategies and financial forecasting. Professional printouts provide summary analysis and columnar comparisons.

**System:** IBM PC, MS-DOS, and CP/M
**Price:** $300
**Manufacturer:**
CPAids, Inc.
1061 Fraternity Circle
Kent, OH 44240
(216) 678-9015

### Tax-Prep

A personal income tax template for both *Lotus 1-2-3* and *Multiplan* spreadsheets, *Tax-Prep* is a combination tax planning and preparation program that offers professional tax consultants and CPAs a wide range of options, including

GW-LT 423635

Exhibit C Page 41

multiple form selection, client letter templates, transparent overlay forms, and automatic data transfer among 22 IRS schedules and forms. The program also can be linked to other spreadsheet templates such as checkbook, ledger, and expense records, and includes cross-check analysis to verify consistency between forms and records. It calculates income averaging and alternative minimum tax, and automatically selects the mode for lowest tax liability. As a tax planning aid, the program evaluates the effects of a tax shelter compared to a capital gain or loss, and allows the substitution of data to provide "what if" strategies. With fully accessible programming, the software can be customized by the user for particular applications.

Forms: A, B, C, D, E, F, G, R, SE, W, 1040, 2106, 2119, 2210, 2441, 3468, 3903, 4562, 4684, 4797, 5695, 6251
System: IBM PC, MS-DOS, TRS-DOS, CP/M, Apple II, and Macintosh
Price: $129.95
Manufacturer:
 EZ Ware Corporation
 17 Bryn Mawr Ave.
 Bala Cynwyd, PA 19004
 (215) 667-4064

### Tax Preparer

The *Tax Preparer* is a tax preparation and planning program that stores records of expenses, deductions and memos throughout the year, plans for next year with built-in projections to 1990, calculates current tax, and prints completed forms. Menu-driven with on-screen forms and a visible calculator, the program is designed to catch most common errors with automatic corrections and will sound a warning if the user tries to fill out a form for which he does not qualify. For the professional tax preparer, the program offers highspeed data entry, batch processing, batch printing, disk client catalogs, client pro-forma organizers, and automatic billing letters. In addition to instructions on how to run the software, the manual provides line by line detail for each IRS form and schedule, explains the newest tax law changes, and acts as a concise course in tax preparation.

Forms: A, B, C, D, E, F, G, R, SE, W, 1040, 2106, 2119, 2210, 2441, 3468, 3903, 4562, 4797, 5695, 6251
System: IBM PC, MS-DOS, Apple II
Price: Apple II, $250; IBM, $295
Updates: Annual; approximately $100

Manufacturer:
 HowardSoft
 8008 Girard Ave., Suite 310
 La Jolla, CA 92037
 (619) 454-0121

### Tax Preparer, Tax Planner

Created for the accountant and professional tax practitioner, the *Tax Preparer* package offers a federal program, an integrated state program, and a proforma application system. The programs offer several printing alternatives including plain paper with overlays, batch processing using preprinted continuous forms, and computer generated forms when applicable. The company also provides customized interview sheets for clients to supply tax information. *Tax Planner* interacts with state tax calculations for one-year projections and for developing tax strategy. State programs are available for New York, New Jersey, Massachusetts, and Connecticut, with the company offering to write other state programs upon order.

Forms: A, B, C, D, E, F, G, R&RP, SE, W, 1040, 2106, 2119, 2210, 2440, 2441, 3468, 3903, 4136, 4255, 4562, 4797, 4952, 4972, 5695, 5884, 6251, 6252, 6765
System: MS-DOS and CP/M
Price: Preparer, $750; State, $150; Planner, $200
Updates: Annual
Manufacturer:
 Pencil Pushers United, Inc.
 25 S. Greeley Ave.
 Chappaqua, NY 10514
 (914) 238-9600

### Tax Projection and Preparation Multi Pak

A collection of five applications programs that run with *Lotus 1-2-3*, the *Tax Projection and Preparation Multi Pak* is a comprehensive financial planning program combined with tax assistance and preparation. The five applications are personal income tax, personal budgeting, investment management, employee business expense, and credit card report. Presenting an on-screen facsimile of the tax form, the personal income tax module organizes tax preparation, performs all calculations, and automatically completes the 1040 form. The program features a quick tax and a full tax option, which allows either an immediate tax profile or an in-depth tax status to be generated based upon options built into the program. The other four applications in the collection are designed to organize the data necessary to file broad spectrum tax returns.

Forms: A, B, C, D, E, F, G, SE, W, 1040
System: IBM PC, MS-DOS
Price: Multi Pak, $395; Personal Income Tax Module purchased individually, $99.95
Updates: Annual
Manufacturer:
 OptionWare Incorporated
 Corporate Place
 Four Barnard Lane
 Bloomfield, CT 06002
 (203) 243-2355

### Tax Relief I, Tax Relief II

Micro Vision offers *Tax Relief I* for personal planning and preparation and *Tax Relief II*, with extended capabilities, for professionals. Both programs are menu-driven and automatically calculate alternative minimum tax, income averaging, self-employment tax, and deduction for married couples. Both include a depreciation module, line for line explanations of data entry sheets for year-round record keeping, and automatic re-calculations of the net effects of last-minute data changes. In addition to the computer generated substitute forms in IRS approved format that is printed by *Tax Relief I*, *Tax Relief II* also has batch printing and transparent overlays.

Forms: A, B, C, D, E, G, R, W, SE, 1040, 2106, 2441, 3468, 4562, 5965, 6251
System: IBM PC, MS-DOS
Price: Tax Relief I, $149; Tax Relief II, $399
Updates: Annual for both at 40% of retail price.
Manufacturer:
 Micro Vision
 145 Wicks Rd.
 Commack, NY 11725
 (516) 499-4010

### Tax Vision

Combining a spreadsheet and tax preparation and planning program, *TaxVision* features an integrated set of templates of IRS forms and schedules that runs with *Multiplan*. *Taxvision* automatically transfers data entered to appropriate forms, recalculates tax based upon last-minute modifications, explores "what if" scenarios, and displays calculations and results. Users can create their own templates for check register, family budget, or ledger to record data year round and can manually prepare any forms or schedules not provided. Each template can be printed in

IRS acceptable format, with Form 1040 printed directly on an official IRS form.
**Forms:** A, B, C, D, E, F, G, R, SE, W, 1040, 2106, 2119, 2210, 2441, 3903, 3468, 4562, 4684, 4797, 5695, 6251, 6252
**System:** IBM PC, MS-DOS, Apple II, C64, CP/M
**Price:** $89
**Updates:** Annual; $36
**Manufacturer:**
Vision Information Products, Inc.
5500 Atherton St.
Long Beach, CA 90815
(213) 431-5284

### Tax Wizard

A menu-driven, tax planning and preparation program geared for individuals and small business owners, *Tax Wizard* simulates IRS forms on a monitor line by line and calculates and organizes tax data. No tax advice is offered, but all forms are linked, showing, for example, the effects of selling one's home or stocks upon a tax base. Altering an entry recalculates all related items. Tax information can be transferred to facsimiles of government forms.
**Forms:** A, B, C, D, E, G, W, SE, 1040, 1040A, 1040EZ, 4562, 2106, 2119, 2441, 3903, 3468, 4137, 4255, 5695, 6251
**System:** IBM PC and PCjr, MS-DOS, Apple II, Macintosh, CP/M, C64
**Price:** $64.95
**Updates:** Annual at 50% of retail cost
**Manufacturer:**
Gamma Productions, Inc.
817 Tenth St. #102
Santa Monica, CA 90403
(213) 451-9507

### Volts

Especially for tax professionals with micros, *Volts* is a tax preparation and planning program featuring menu-driven screen selection in which data are entered on screens that can be chosen randomly during the client interview; full-screen data entry that permits changes anywhere on the screen; and database structure that allows variable file length and applies data entered to every relevant screen. In addition, *Volts* provides diagnostic messages during the calculation phase that validate data when, for example, a deduction limit on an IRA is exceeded. This feature also prevents entering data for logically contradictory data fields. For instance, if a client has specified an individual return, joint return data fields are locked out. Up to nine different tax scenarios per client can be calculated and compared. Three different packages are offered: *Volts I, Individual Package; Volts II, Professional Package;* and *Volts III, Partnership/Corporate.*

*Volts* can print returns on continuous IRS forms, plain paper for use with transparent overlays, and IRS-approved substitute forms. Forms can be prepared individually or in batch mode. California state form is available, with other state packages planned.
**Forms:** A, B, C, D, E, F, G, R, SE, W, K, K-1, 1040, 1040A, 1040ES, 1065, 1120, 1120S, 1116, 2106, 2119, 2210, 2220, 2441, 3468, 3903, 4136, 4137, 4255, 4562, 4626, 4684, 4797, 4835, 4952, 4972, 5329, 5695, 6251, 6252
**System:** 128K IBM PC, MS-DOS
**Price:** Volts I, $500; Volts II, $1500; Volts III, $1000; California, $750
**Updates:** Annual at a "reasonable price."
**Manufacturer:**
Hanover Software Systems
1344 East Katella Ave.
Anaheim, CA 92805
(714) 385-1556
(800) 223-8385
(800) 874-9806 in CA

### Easier Than 1-2-3 Tax Preparer

A macro-command application for Lotus 1-2-3, the *Easier Than 1-2-3 Tax Preparation* [...] screen in response to entered data. The tax preparation program continuously calculates a tentative tax using either the standard or the X,Y,Z tax tables, and automatically links all data entered on a federal form or schedule with other forms without re-entry. Command selection is based upon three letter keys and two menus, one listing the various forms and the second showing the required order of completion. Files are organized by client with the only limitations being the filenames and the necessity of keeping all records for a particular client on the same disk to allow linkage, "what if" scenarios, and income averaging. The program provides working copies of the 1040 and substitute copies of other forms, and prints directly on government forms.
**Forms:** A, B, C, D, E, G, SE, W, 1040, 2106, 2106-2, 5695
**System:** IBM PC, MS-DOS
**Price:** $175

**Updates:** Annual
**Manufacturer:**
Professional Software Technology
P.O. Box 269
Rockport, MA 01966
(617) 546-3494

### Corp/84, Tax 84/CPA

A variety of programs has been combined into professional and corporate packages to cover a wide range of federal and state income tax applications. The *Tax/84* segment is a set of programs for the preparation of individual tax returns for Form 1040 and supporting schedules. Individual programs collect information on interest and dividends, personal business, capital gains and losses, and rents, royalties and supplemental income. The *Professional Package* is designed for CPAs, individual tax preparers, and service bureaus, adding batch processing capability on continuous forms. *Corp/84* is the basis for the *Corporate Package* that supplies the preparation and additional forms for corporate and small business applications. *Taxstrat* is a single program that can be used alone or in combination with the professional and corporate packages to calculate three options for a given set of conditions. Available states are New York, New York City, New Jersey, Massachusetts, Pennsylvania, Maryland and Illinois.
**Forms:** Tax/84 CPA: A, B, C, D, E, F, G, SE, R & RP, W, 1040, 1040A, 2106, 2210, 2219, 2440, 2441, 3468, 3903, 4562, 4684, 4797, 4835, 5695, and 6251.
Corp/84: A, C, D, E, F, J, K-1, K, L, M, L1, L2, D1120, 3468, 4562, 4797
**System:** IBM PC, MS-DOS, CP/M
**Price:** Tax 84/CPA: $1000; Corp/84, $500; Taxstrat, $150; States, $200-$500
**Updates:** Annual
**Manufacturer:**
Computer Technical Services of N.J.
825 North Broad St.
Elizabeth, NJ 07208
(201) 353-5283

### G & G 1040

Offered in a Professional Series that processes 33 IRS schedules and a Starter Series with 15 schedules, *G & G 1040* is a tax preparation program that inputs to screens which match the selected IRS form. It makes all calculations and choices for the least tax consequences, offers 10-year averaging of all retirement distributions versus capital gains on part, plus alternative minimum tax, and includes optional state sales tax, excess

# SPECIAL REPORT: TAX SOFTWARE

FICA, earned income credit, income averaging, and underestimated penalties. Unlike the Starter Series, the Professional Series includes a batch compute/print mode and a depreciation module. The Professional Series also integrates with the following state income modules: New York, California, Kansas, Missouri, Wisconsin, North and South Carolina, Oklahoma, Illinois, Minnesota, Arkansas, and Colorado. If your state is not available, G & G will write the program for you when you purchase the Professional Series.

**Forms:** A, B, C, D, E, F, G, R, RP, SE, W, 1040, 1116, 2106, 2119, 2210, 2440, 2441, 3468, 3903, 4136, 4137, 4255, 4562, 4625, 4684, 4797, 4835, 4952, 4972, 5695, 5884, 5251, 6252
**System:** IBM PC, MS-DOS, CP/M-80, CP/M-86
**Price:** Professional, $600; Starter, $250; state modules, $250 to $500.
**Updates:** Annual; Professional, $300; Starter, $150
**Manufacturer:**
G & G Software, Inc.
610 Park Blvd.
Austin, TX 78751
(512) 458-5760

## Lacerte Tax System

Aimed at CPAs and tax accounting professionals, the *Lacerte Tax System* package can produce six complete IRS returns an hour and will batch process more than 100 returns per day and will have all forms generated for both federal and state on plain white paper and in client order. While geared to the 1040 form, the 1120 corporation and 1065 partnership programs are available for federal returns as separate modules. In addition to federal returns, the company offers programs for 21 states, Alaska, Arizona, California, Connecticut, Georgia, Idaho, Illinois, Indiana, Kansas, Louisiana, Maine, Massachusetts, Michigan, New Jersey, New York, Ohio, Oklahoma, Oregon, Pennsylvania, Tennessee, and Utah. All forms are generated on the Hewlett-Packard Laser Jet printer which the company markets separately for $3495.

**Forms:** A, B, C, D, E, F, G, R, SE, W, 1040, 1040ES, 1040X, 2106, 2119, 2210, 2441, 3468, 3903, 4255, 4562, 4797, 4972, 5695, 6251, 6252, most state equivalents.
**System:** IBM PC, MS-DOS, Tandy Models II and 2000, HP/50, DEC Rainbow 100 and 100+

**Price:** $2250
**Manufacturer:**
Lacerte Microcomputer Corp.
3447 Atlantic Ave.
Long Beach, CA 90807
(213) 595-0901

## Master Tax, Standard Tax

For professional accountants, tax practitioners, and financial advisors, *Master Tax* is a tax preparation program that offers amortization and depreciation programs, overflow schedules, word processing, client instruction letter, fee schedules, and K-1 input screen. Data files transfer from year to year to provide a database that can be recalled annually, generate a pro-forma or tax or-



ganizer, and automatically choose the most advantageous tax method. A laser print option interfaces with microcomputers and laser printers without the need for hard disk storage. Preprinted, continuous forms, blank paper with overlays, and computer generated forms are standard features. The *Standard Tax* program is designed to meet the less sophisticated needs of the professional tax preparer, providing a comprehensive tax preparation process that includes some of the features of the *Master Tax* program. *Standard Tax* users who upgrade to *Master Tax* will have compatible data files for immediate expansion of client and form processing capability.

State programs with overflow schedules, editing functions, and batch printing are available for Arizona, California, Colorado, Illinois, Michigan, New Jersey, New York, North Carolina, and Pennsylvania. Prices range from $200 to $500.

**Forms:** A, B, C, D, E, F, G, R&RP, SE, W, ES, 1040, 1116, 2106, 2119, 2210, 2441, 2555, 3468, 3903, 3903F, 4136, 4137, 4255, 4562, 4684, 4797, 4835, 4952, 4972, 5695, 5884, 6251, 6252, Sales Tax Tables for Schedule A.

**System:** IBM PC, MS-DOS, CP/M-80, and DEC Rainbow
**Price:** $1795; laser print option, $500
**Manufacturer:**
CPAids, Inc.
1061 Fraternity Circle
Kent, OH 44240
(216) 678-9015

## PC-Tax

Developed for professional tax preparers, *PC-Tax* presents a base system, Module A, with three separate modules that can be purchased individually. Module A prepares taxes for the 1040, A, and B, and stores returns with its Quik Tax Computation. It makes all secondary calculations required on returns, presents results on screen for inspection, and prints the complete return on plain computer paper with overlays or on pre-printed paper in an IRS-approved format. A type-bill function allows billing of clients. Additional forms and schedules are contained in Modules B, C, and D. One state form is available, California, with others planned.

**Forms:** Module A—1040, A, and B; Module B—C, D, E, SE, and W; Module C—R, 2441, 3468, 3903, 4797, 5695; Module D—F, G, 2119, 4136, 6251, 2106, 2210
**System:** IBM PC, MS-DOS, all major Tandy models
**Price:** Module A, $349; Module B, $189; Module C, $189; Module D, $239; entire system, $940; California, $395
**Updates:** Occur when IRS schedule changes.
**Manufacturer:**
Contract Services Associates
706 S. Euclid
Anaheim, CA 92802
(714) 635-4055

## Professional Tax System

Automated, rapid in-house preparation of client tax returns is the purpose of the *Professional Tax System*, designed for CPAs, accounting firms, and tax preparation bureaus. Built-in reconciliation automatically reconciles taxpayer information to taxable income and maintains an audit trail to record changes to the return. The program tracks the status of a client's return while it is being processed, plans subsequent returns for clients, and offers three methods for printing tax forms. The manufacturer provides step-by-step documentation and a toll-free telephone support line for questions. Two state programs

GW-LT 423638

Exhibit C Page 44

## SPECIAL REPORT: TAX SOFTWARE

are available, Illinois and Florida, with other states promised.
**Forms:** A, B, C, D, E, F, G, R, SE, W, K-IP, K-1B, K-1S, 1040, 2106, 2119, 2210, 2441, 3468, 3468B, 3800, 3903, 4136, 4255, 4562, 4684, 4797, 4835, 4952, 4972, 5695, 5884, 6249, 6251, 6252, 1040ES
**System:** IBM PC, MS-DOS
**Price:** $1500 for 1984 version.
**Updates:** Annual; $500
**Manufacturer:**
BPI Systems
3423 Guadalupe
Austin, TX 78705
(512) 454-4677

### Series 1040

For professional tax preparers, *Series 1040* displays IRS schedules on-screen, allows input of data, and then calculates and shows the results immediately. The program comes with the following automatic features: earned income credit calculation, taxable amount of unemployment and Social Security income, tax method comparison, excess Social Security tax withheld, client directory and telephone listing, cover letter, and a provision for mailing labels. Additionally, *Series 1040* has a re-compute feature that chooses the desired screen and allows new information to be entered and automatically calculated. An abort feature permits interruption of a current job to switch to another client's data.

State forms are available for New York, including New York City, New Jersey, Massachusetts, Connecticut, and Vermont, with other state programs planned.

Printing options include preprinted forms, overlays, batch printing, and computer generated, IRS-approved forms, and schedules printed in IRS mailing order.

**Forms:** All lettered forms, 1040, 3468, 4562, 1040ES, 2106, 2119, 2210, 2440, 2441, 3468, 3903, 4136, 4137, 4255, 4562, 4684, 4797, 4972, 5695, 5884, 3800, 4835
**System:** IBM PC, MS-DOS
**Price:** Federal $1001.50; States $395 to $795
**Updates:** Annual; 50% of the then-current cost. Updates within a year included with basic package.
**Manufacturer:**
Calcu-Tec Computer Software
110 Hillside Ave.
Springfield, NJ 07081
(201) 467-3757

### SofTax

The *SofTax* package provides three versions for federal income tax preparation. The Individual version, containing 20 1040 forms, is for people who prepare their own returns. The Preparer's version, containing 30 1040 forms and schedules, is for professionals who prepare forms and schedules for multiple clients. This version also offers batch printing, client bill/cover letters, and an organization form. The Professional version includes everything in the Preparer's version and adds corporate, partnership, and trust returns.

In addition, *SofTax* now offers state packages which prepare individual and corporate returns. The following state programs are available, with the remaining states to be offered eventually: California, New York, New Jersey, Missouri, and Virginia. The state packages integrate with the federal forms.

**Forms:** Individual, A, B, C, D, E, F, G, R, SE, W, 1040, 1040A, 1116, 2106, 2119, 2210, 2441, 4562, 4797, 5695, 6251. Preparer, all of the above plus 2555, 3468, 3800, 3903, 3903F, 4255, 4684, 4972, 6252, ES. Professional, all of the above plus K-1 and corporate, partnership, and trust returns.
**System:** IBM PC, Apple II
**Price:** Individual, $199; Preparer's, $499; Professional, $850
**Updates:** Annual; Individual, $70; Preparer's, $150; Professional, $225
**Manufacturer:**
Design Trends Ltd.
525 So. Washington St.
Naperville, IL 60540
(312) 357-2664
(800) 243-4358

### Software 1040, Plan 1040

Designed by CPAs for CPAs, *Software 1040* is an award-winning tax preparation program that accommodates computer novices with strong after sales support. A videotaped training program is available along with a staff of CPAs, lawyers, and dataprocessors to answer questions by phone. First time users can key in data throughout the year and add updated information during the tax season. By applying current tax regulations to the previous year's income tax data, a proforma is generated that both creates an audit trail for accountants and provides a "what if" scenario for future tax situations. Forms are enclosed to show prior year data with blanks for clients to fill in for the current year. All state forms are available, except Hawaii, which will be included by next tax season. Returns are produced through batch processing and preprinted forms. For professional and individual tax planning, 1040 Software, Inc. also offers *Plan 1040*, which can be used as a stand-alone package or integrated with *Software 1040*.

**Forms:** A, B, C, D, E, F, G, 1040, 1116, 2106, 2119, 2210, 2441, 3468, 3903, 4136, 4255, 4562, 4684, 4797, 4798, 4835, 4868, 4952, 4972, 5695, 6249, 6251, 6252, 1065
**System:** IBM PC, MS-DOS
**Price:** Federal, $1800; states, $400; Plan 1040, $150
**Manufacturer:**
1040 Software, Inc.
10 Nevada Dr.
P.O. Box 1010
New Hyde Park, NY 11042
(516) 775-5566

### Swiftax

*Swiftax* is a federal income preparation program with full prompting that guides the user with explanations of tax laws and instructions about which forms to file and which items need to be reported. A special backup feature produces extra copies of information, which can be printed on tax forms provided by the manufacturer. *Swiftax* also features an automatic check of tax alternatives, computation of the lowest amount of income tax that can be paid, and a Taxpayer File that allows changes to be made later. Amortization schedules with yearly principal and interest payments are included.

**Forms:** A, B, C, D, G, W, SE, 1040, 1040A, 1040EZ
**System:** C64, Atari 800, Apple II, IBM PC, PCjr, MS-DOS
**Price:** C64 and Atari 800, $49.95; Apple II, IBM PC, PCjr, MS-DOS, $69.95
**Updates:** Annual
**Manufacturer:**
Timeworks
444 Lake Cook Rd.
Deerfield, IL 60015
(312) 948-9200
(800) 323-9755

### Taxaid

Specializing in Commodore computer tax programs, Taxaid Software has updated its *Taxaid* for the new Plus/4. Designed for home use, *Taxaid* is menu driven, has editing features for making

GW-LT 423639

Exhibit C Page 45

## SPECIAL REPORT: TAX SOFTWARE

revisions at any time when entering data, and has a manual that leads the user step by step through the data entry process. All tax tables, including income averaging, are built in; calculations are automatic; and any IRS form 1040 can be prepared with the results displayed on monitor or printer.

Forms: A, B, C, G, W, 1040, 2441
System: C64, Plus/4
Price: $29.95
Updates: Annual
Manufacturer:
Taxaid Software, Inc.
606 Second Ave., SW
Two Harbors, MN 55616
(218) 834-5012
(218) 834-3600

### Taxexec

A complete tax preparation program for individuals and professionals, *Taxexec* features single question and answer messages, audit trails, and an automatic data verification and limit test that insures accuracy by producing an error if, for example, a deduction limit is exceeded. State returns that integrate with the federal form are available for Pennsylvania, Ohio, Maryland, New Jersey, and California, with the remaining state returns planned.

Forms: A, B, C, D, E, F, G, R, RP, SE, W, 1040, 2106, 2119, 2210, 2441, 3468, 3903, 4136, 4255, 4562, 4684, 4797, 4835, 5695, 6251
System: CP/M, IBM PC, MS-DOS
Price: Federal program, $995; state programs, $500
Updates: Annual; federal, $250; state, $150
Manufacturer:
Micro Information Systems, Inc.
Richardson, Rt. 309 Richardson Rd.
Montgomeryville, PA 18936
(215) 855-2700

### Tax Manager

For individuals and small business operators, *Tax Manager* is a tax preparation program that determines which forms to file and which deductions to make by posing a series of questions to the user. Hence, the program can be used by novices in both tax preparation and computer use. *Tax Manager* checks addition and subtraction calculations, ensures that data are entered in the correct lines, and catches inconsistencies and deduction errors. A change in one figure automatically changes related figures, enabling inspection of alternative tax situations. Printing can be done through continuous feed on IRS-approved forms.

Forms: A, B, C, D, E, F, G, SE, W, R, 1040, 1040EZ, 1040ES, 2106, 2119, 2210, 2441, 3468, 3903, 4797, 5695, 6251
System: Atari, C64, Apple II, Macintosh, IBM PC and PCjr
Price: Atari and C64, $75; Apple II and Macintosh, $180; IBM PC and PCjr, $250
Updates: Annual; $30
Manufacturer:
MicroLab
2699 Skokie Valley Rd.
Highland Park, IL 60035
(312) 433-7550



*The taxpayer — that's someone who works for the federal government but doesn't have to take a civil service examination.* —Ronald Reagan

### Tax Return Helper

A tax preparation program, *Tax Return* requires no prior knowledge of programming or tax preparation to use, according to the manufacturer. The program allows data to be entered and modified on a screen copy of a form or schedule, updates all lines affected by a single change, correlates Form 1040 and Schedule A, and displays tax tables and rate schedules for every filing status. A database is included in the disk version to build files of tax related records that can be used year round.

Forms: A, B, C, D, E, G, W, 1040, 2441
System: C64
Price: Cassette, $23; disk, $33
Manufacturer:
KSoft Co.
845 Wellner Rd.
Naperville, IL 60540
(312) 961-1250

### 1040 Plus

A federal tax preparation program for the professional preparer, *1040 Plus* offers a modular approach to building a professional service package as well as a VHS video demonstration tape to illustrate the mechanics of the program. The video tape shows the installation of the program, selection of forms and schedules, data entry and screen handling, and the printing of tax returns on federal forms. The partial package purchase program allows small service bureaus to tailor applications to specific client needs in personal income tax preparation. The program also features multiple schedule operations with the accumulated totals automatically entered on the 1040. A state form is available for Arizona with other states planned.

Forms: A, B, C, D, E, F, G, R, & RP, SE, W, 1040, 1040A, 1040X, 1040ES, 2106, 2119, 2210, 2441, 3468, 3903, 4562, 4797, 4972, 5695, 6251, 6252
System: IBM PC and compatibles, MS-DOS, and CP/M
Price: Short Set, 1040, A, B, $75; Other schedules and forms, $25. Complete federal: $550. Arizona: $50.
Updates: Annual. 60%-75% of retail price.
Manufacturer:
1040 Plus
6730 E. McDowell Rd. #103
Scottsdale, AZ 85257
(602) 941-3407

### The Tax Advantage

A tax preparation program, *The Tax Advantage* is designed to be easy to use. It displays the necessary keystrokes for entering data at the bottom of the screen and offers explanations of all questions on the forms and schedules at the Help key command. The program includes income averaging; itemizing of wages, deductions, and assets; and computing of alternative minimum tax. With the exception of the 1040, information can be printed directly onto the IRS forms. By interfacing the program with *The Home Accountant*, a database also by Arrays, Inc./Continental Software, a user can transfer and automatically enter financial data in applicable forms and schedules.

Forms: A, B, C, D, E, G, SE, W, 1040, 6251, 2106, 2441, 4562
System: IBM PC, MS-DOS, Apple II, C64, Atari
Price: $69.95
Updates: Annual
Manufacturer:
Arrays, Inc./Continental Software
11223 South Hindry Ave.
Los Angeles, CA 90045
(213) 410-3977

GW-LT 423640

Exhibit C Page 46