# EXHIBIT F

# J.K. LASSER'S $ YOUR $ MONEY MANAGER

## EASIEST, MOST COMPREHENSIVE WAY TO ORGANIZE YOUR FINANCES ON YOUR COMPUTER

### FROM THE EXPERTS IN MONEY MANAGEMENT



## THE J.K. LASSER TAX INSTITUTE
## SIMON & SCHUSTER

Copyright © 1985 by Simon & Schuster, Inc.
All rights reserved
including the right of reproduction
in whole or in part in any form

Published by the Computer Software Division
Simon & Schuster, Inc.
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020

SIMON AND SCHUSTER and colophon are registered trademarks of Simon & Schuster, Inc.

IBM, PC/XT, PCjr, and Personal Computer AT are trademarks of International Business Machines Corporation. This product is not sponsored or authorized by International Business Machines Corporation.

Documentation designed by Irving Perkins Associates

Manufactured in the United States of America

Printed and bound by RR Donnelley & Sons

10 9 8 7 6 5 4 3 2 1

ISBN 0-671-53207-3

# Publisher's Note

With *J. K. Lasser's Your Money Manager,* you can organize your personal finances, plan for the future and gain control of your money. While the *Your Money Manager* software program is not intended as a substitute for the professional advice of an accountant, it will save you time, money and frustration by providing accurate, up-to-date financial information, reports and overviews.

*Your Money Manager* is capable of managing numerous complex financial transactions and producing reports and graphs for financial analysis, planning and record keeping. When used in conjunction with *J. K. Lasser's Your Income Tax* software program, it is a powerful tool for tax planning and analysis. In addition to home financial planning and analysis, *Your Money Manager* is also suitable for keeping track of the finances of a small business. In short, it is designed to use the power of your personal computer to save you time and money.

5

MSLT_1233945

# CONTENTS

**Publisher's Note** ▪                                                    5

**Preface** ▪                                                           11

**Introduction** ▪                                                      13
**Program Limits and Capabilities**                                     14
**Hardware Requirements**                                               14
**Contents of Package**                                                 14

**Getting Started** ▪                                                   17
**Removal and Care of the Diskette**                                    17
**Making a Backup Copy**                                                18
    Copying with One Disk Drive                      18
    Copying the Master Diskette                      18
**Loading the Working Copy**                                            21

**Starting the Program** ▪                                              23
**Menus**                                                               23
**The Keys**                                                            25
**Help Screens**                                                        27

**Working Reference** ▪                                                 29
**Update Accounts & Budgets**                                           30
**Creating a Budget Category (Expense)**                                32
**Creating an Account Category (Cash & Equivalents)**                   33

**7**

**Entering Transactions**     35
    Deposits     36
    Payments     40
    Charges     44
    Other Transactions     46
    Automatic Transactions     50

**Reconciling Your Accounts**     52

**Using System Utilities**     54
    System Status     54
    Closing the Books     54
    Closing Out the Month or Year     55


**Printing Reports, Graphs and Checks** ▪     57

**Printing a List of Accounts and Budgets**     58
    Complete     59
    Accounts Only     59
    Asset Accounts Only     59
    Liability Accounts Only     59
    Budget Categories Only     59
    Revenue Categories Only     59
    Expense Categories Only     59

**Printing Transaction Reports**     60
    Account/Budget Activity     61
    Payments Report     61
    Deposits Report     61
    Charges Report     61
    Other Report     61

**Printing Financial Statements**     62
    Income Statement     62
    Balance Sheet     62
    Working Capital Report     63
    Comparative Income and Comparative Balance     63
    Budget Report     63

**Selecting and Printing Checks**     64

**Displaying and Printing Graphs**     64
    Revenue Trend and Distribution     65
    Expense Trend and Distribution     65
    Cash Flow Trend     65
    Net Worth     65


**Preparing Your Financial Information** ▪     67

**Assigning Account and Budget Codes**     68

8

MSLT_1233947

**Fundamentals of Accounting** ▪                    71

**Manual vs. Automated Accounting Systems**          72

**The Accounting Cycle**                             73

**Closing Accounts**                                 73

**The Balance Sheet**                                74

**Summary**                                          74


**Case Study: The Country Kitchen**
          **(A Sole Proprietorship)** ▪             75


**Glossary** ▪                                       85


**Technical Service Number** ▪                       87

**9**

MSLT_1233949

# Preface

If you want to be a better manager of your finances, *J. K. Lasser's Your Money Manager* is for you. No matter what your income, this personal computer program gives you a clear picture of your financial position and helps you plan an effective financial strategy.

*Your Money Manager* is easy to use, even for the computer novice. Most of what you need to know is found on each screen. Further instructions and explanations are available by pressing the F1 (HELP) key. This user's guide provides a step-by-step explanation of all the functions and screens in the program. A glossary of accounting terms can be found in the back of this guide.

Uses for *J. K. Lasser's Your Money Manager* range from monthly checkbook and credit card reconciliation to budgeting, tax planning and investment analysis. Most importantly, it is a program you will never outgrow.

Whether you update your records each day, week or month, *Your Money Manager* will organize your finances once and for all. When the time comes to review your monthly budgets, prepare your taxes or apply for credit, you can print clear and accurate reports in minutes that will give you the information you need.

*J. K. Lasser's Your Money Manager* accumulates your tax information in an accurate and organized manner throughout the year and is designed to work with the *J. K. Lasser's Your Income Tax* software package. Together, these two programs help you stay current with evolving tax laws while enabling you to fill out your income tax forms quickly and accurately. By using *Your Money Manager* in conjunction with *Your Income Tax*, you can prepare your taxes more efficiently than ever before.

11

MSLT_1233951

# Introduction

For nearly fifty years, Simon & Schuster has published *J. K. Lasser's Your Income Tax* guide to income tax preparation and financial planning. Now the financial expertise of the J. K. Lasser Tax Institute combines with the speed and accuracy of personal computing to give you the tools you need to make the most of your money. In minutes each month, you can become financially organized with this easy-to-use program.

Whatever your current financial position, *J. K. Lasser's Your Money Manager* software program helps you manage your personal finances effectively. No matter how simple or complex your financial needs, *Your Money Manager* helps you save time by accumulating accurate information in up-to-date reports and graphs. It provides all the tools you need, including an on-screen calculator that lets you do all your figuring on the computer without interrupting your other work in progress.

No experience in computer operation or accounting is needed to use *Your Money Manager*. Every transaction is accompanied by simple on-screen instructions. Further explanations appear at the touch of the F1 (HELP) key. You are never left without direction, and you can operate the entire program with only occasional references to the user's manual.

*J. K. Lasser's Your Money Manager* is completely reliable. Internal safeguards in the software make it difficult to erase data accidentally and make it impossible to delete any active account or budget category. Every transaction is automatically saved on the disk after you enter it.

When *Your Money Manager* is used with the *J. K. Lasser's Your Income Tax* software program, you can make tax-planning decisions throughout the year. You will always know your net worth, your tax

**13**

status and your budget versus actual expenses. The program ensures computational accuracy, and when you use the predefined budget category numbering system included in this manual, a substantial amount of tax-related information is automatically accumulated and available for integration into the *Your Income Tax* program.

# ▪ PROGRAM LIMITS AND CAPABILITIES

*Your Money Manager* allows over one hundred different account and budget categories to be distributed among revenue, expense, asset and liability items. There is adequate space on your floppy disk for at least four hundred transactions each month. You can enter up to $9,999,999.99 for each transaction, and up to $9,999,999.99 can be printed for each financial statement line item or total.

# ▪ HARDWARE REQUIREMENTS

*Your Money Manager* runs on the IBM PC, PCjr, PC/XT or PC AT and most compatibles equipped with DOS 2.00 or higher, at least 128K RAM and one 360K disk drive. A printer is recommended but not required. *Your Money Manager* reports and graphs can be printed by Epson, Okidata, Centronics, NEC and other popular printers compatible with the IBM PC, PCjr, PC/XT and PC AT.

# ▪ CONTENTS OF PACKAGE

The *J. K. Lasser's Your Money Manager* package includes one program diskette, an extra label for your working copy and this guidebook, containing the program license, product disclaimer and registration card as well as instructions for using the program.

14

MSLT_1233953

# J. K. Lasser's ▪
### Your Money Manager
#### for the IBM PC
#### PC/XT
#### PC AT
#### PC jr

MSLT_1233954

MSLT_1233955

# ☐ Getting Started

## ▪ REMOVAL AND CARE OF THE DISKETTE

After reading the End User License Agreement, remove the diskette from the envelope in the back of this guidebook. When not using the diskette, return it to its envelope for safekeeping. Diskettes are magnetic and should be handled carefully. Placing them on or near anything magnetic could erase information. Objects such as loudspeakers, kitchen appliances and paper clips all apply. Do not overlook the most common crime against diskettes—leaving them on a computer or monitor. These may seem like convenient places to put diskettes—but severe damage and loss of information may result. Do not touch the surface of the diskette itself (the platter inside the protective sleeve). Also, avoid bending them or subjecting them to temperature extremes.



Store Properly          Don't bend          Insert Carefully

Don't touch          Store at          Keep away from
exposed surface      10°C-53°C        magnetic fields
                     50°F-125°F

17

# ▪ MAKING A BACKUP COPY

Even though you plan to take good care of your software, accidents do happen. Therefore, it is wise to make a backup copy of the *J. K. Lasser's Your Money Manager* master diskette and store the original in a safe place. In addition, *Your Money Manager* requires special system setup procedures that are embedded in the software. **You must make a working copy of the program** and boot it according to the instructions in "Loading the Working Copy" (page 21). The diskette is not copy-protected. This allows you to make new copies each month before closing your accounts. In this way, you can maintain a complete record of your transactions in a diskette file, as well as keep backup paper copies for your records. Copying this program to sell or give to anyone else is against the law. This includes distribution within schools and clubs. However, you are encouraged to make backup copies of your records each month.

## Copying with One Disk Drive

If your computer has only one disk drive (drive A), follow the instructions for copying diskettes exactly as though there were two drives present. Prompts will appear on the screen throughout the copying process to tell you to switch diskettes. The prompts will refer to drive A and drive B. *Drive A and drive B are the same disk drive in a one-drive system.* When a prompt refers to the "diskette for drive A," it means the master diskette. The "diskette for drive B" is the newly formatted diskette onto which you are copying. You will be required to swap diskettes several times during the copying process. When the copying is complete, the A> will appear on the screen once again.

## Copying the Master Diskette

If this is the first time you are making a backup diskette, please read the instructions in your computer manual before proceeding. The first step for making a working copy is the same for all computer setups. The remaining steps differ depending upon the amount of RAM and the type of monitor you are using. Follow the steps below that apply to your computer and monitor setup. Then turn to "Loading the Working Copy" (page 21) to begin using *Your Money Manager*.

1. Insert your DOS diskette into drive A, close the drive door, and turn on your computer. Enter the date and time if requested, or press

18

ENTER twice to skip these prompts. (Whenever you see the word ENTER in this user's guide, it refers to the ⏎ key on your IBM PC keyboard or on most compatible keyboards.) A moment later, an A> will appear on the screen indicating that you are in the DOS (disk operating system).

From this point on, you must follow the instructions that match your computer setup.

- If you are using the IBM PC or compatible with more than 128K RAM and an RGB or monochrome monitor:

2. Format a blank diskette and transfer DOS to it by typing **format b:/s** and then pressing ENTER. Insert a blank diskette into drive B in response to the on-screen prompt, close the drive door and press any key to begin. When the blank diskette is formatted, a prompt will appear on screen asking you if you wish to format another diskette. Press N for no and the A> will reappear.
3. After the A> prompt appears, insert the master diskette into drive A then close the drive door. (If you have a one-drive system, refer to the instructions on page 18.)
4. Type **copyymm.bat** and press ENTER.
5. When the A> returns, type **copy pcauto b:autoexec.bat** and press ENTER.
6. When the A> returns, you are done. You now have a working copy of *Your Money Manager*. Put the original master diskette in a safe place, then proceed to "Loading the Working Copy" in this user's guide (page 21).

- If you are using an IBM PC or compatible with more than 128K RAM and a composite monitor:

2. Format a blank diskette and transfer DOS to it by typing **format b:/s** and then pressing ENTER. Insert a blank diskette into drive B in response to the on-screen prompt, close the drive door and press any key to begin. When the blank diskette is formatted, a prompt will appear on screen asking you if you wish to format another diskette. Press N for no and the A> will reappear.
3. With the DOS diskette still in drive A, type **copy mode.com b:** and press ENTER.
4. After the A> prompt appears, insert the master diskette into drive A then close the drive door. (If you have a one-drive system, refer to the instructions on page 18.)
5. Type **copyymm.bat** and press ENTER.
6. When the A> returns, type **copy pcbwauto b:autoexec.bat** and press ENTER.
7. When the A> returns, you are done. You now have a working copy of *Your Money Manager*. Put the original master diskette in a safe

**19**

place, then proceed to "Loading the Working Copy" in this user's guide (page 21).

- If you are using an IBM PC, an IBM PCjr or a compatible with 128K RAM and an RGB monitor:

2. Format a blank diskette and transfer DOS to it by typing **format b:/s** and then pressing ENTER. Insert a blank diskette into drive B in response to the on-screen prompt, close the drive door and press any key to begin. When the blank diskette is formatted, a prompt will appear on screen asking you if you wish to format another diskette. Press N for no and the A> will reappear.
3. With the DOS diskette still in drive A, type **copy mode.com b:** and press ENTER.
4. After the A> prompt appears, insert the master diskette into drive A then close the drive door. (If you have a one-drive system, refer to the instructions on page 18.)
5. Type **copyjr.bat** and press ENTER.
6. When the A> returns, type **copy jrauto b:autoexec.bat** and press ENTER.
7. When the A> returns, you are done. You now have a working copy of *Your Money Manager*. Put the original in a safe place, then proceed to "Loading the Working Copy" in this user's guide (page 21).

- If you are using an IBM PC, an IBM PCjr or a compatible with 128K RAM and a composite monitor or television:

2. Format a blank diskette and transfer DOS to it by typing **format b:/s** and then pressing ENTER. Insert a blank diskette into drive B in response to the on-screen prompt, close the drive door and press any key to begin. When the blank diskette is formatted, a prompt will appear on screen asking you if you wish to format another diskette. Press N for no and the A> will reappear.
3. With the DOS diskette still in drive A, type **copy mode.com b:** and press ENTER.
4. After the A> prompt appears, insert the master diskette into drive A then close the drive door. (If you have a one-drive system, refer to the instructions on page 18.)
5. Type **copyjr.bat** and press ENTER.
6. When the A> returns, type **copy jrbwauto b:autoexec.bat** and press ENTER.
7. When the A> returns, you are done. You now have a working copy of *Your Money Manager*. Put the original in a safe place then proceed to "Loading the Working Copy" in this user's guide (page 21).

- If you are using a PC/XT, PC AT, or a compatible with a hard disk:

2. After the A> prompt appears, insert the master diskette into drive A and close the drive door.

**20**

3. When the A> returns, type **copyxt.bat** and press ENTER.

4. When the A> returns, you are finished. You now have a working copy of *Your Money Manager* installed on your hard disk (drive C). Put the original in a safe place, then proceed to "Loading the Working Copy" in this user's guide (below).

## ▪ LOADING THE WORKING COPY

- **You must make a working copy** of *Your Money Manager* in order to run the program. The master diskette will not load into your computer. To make a working copy, follow the instructions beginning on page 18.

- If you have a PC, PCjr or compatible, insert the diskette into the drive, then simultaneously press CTRL/ALT/DEL. The program will load automatically.

  When the title screen appears, the program will prompt you to enter the date. Enter the current date each time you use *Your Money Manager*. Acceptable date formats are: mm/dd/yy, mm-dd-yy or with abbreviated month and year: Aug10,84. You must enter the date before you can go on.

  Press ENTER so the program accepts the date and presents you with the Main Menu—the starting and ending point you always pass through to get to the other menus and forms.

- If you have a PC/XT or PC AT, it will be necessary to re-boot your system in order to load *Your Money Manager* from the hard disk (drive C). First, turn off your computer. Then turn your computer back on with drive A empty or with the disk drive door open. At the C> prompt, type **ymm** and press ENTER.

**21**

MSLT_1233961

# ☐ Starting the Program

## ▪ MENUS

Like a restaurant menu, a computer menu contains a list of choices. Each menu choice in *Your Money Manager* is preceded by a letter. The figure below is a quick guide to all the available functions.



**MAIN MENU**

Reconcile Accounts
    Enter code of Account
    to be reconciled

Enter Transactions
    Payment Transactions
    Deposit Transactions
    Charge Transactions
    Other Transactions
    Automatic Transactions

System Utility Functions
    System Status
    Change System Date
    Close Month/Year

Print Reports/Graphs/Checks
    List Accounts & Budgets
    Transaction Reports
    Financial Statements
        Income Statement
        Balance Sheet
        Working Capital Report
        Comparative Income
        Comparative Balance
        Budget Report
    Check Printing
        Preprinted YMM Checks
        Computer Generated
    Graphs
        Revenues
        Expenses
        Cash Flow
        Net Worth

Update Accounts & Budgets
    Cash & Equivalents Account
    Property Account
    Short Term Liability
    Long Term Liability
    Revenue Budget Category
    Expense Budget Category

23

The program is designed to allow you to make menu selections in two ways: (1) Press the letter preceding the menu choice; or (2) use the arrow keys to highlight your choice, then press ENTER.

Sometimes more than one menu will appear on the screen at one time. For example, if you press E on the Main Menu to select Enter Transactions, a submenu with a further breakdown of choices will partially overlap the Main Menu (see the figure below). With both menus on screen, you can backtrack quickly and easily by pressing Esc.

Once you make a menu choice, there is always a one-line instruction, or question requiring a simple answer or key press, at the bottom of the screen that will help you know what to do next.



Enter Transactions Menu

**24**

MSLT_1233963

## ▪ THE KEYS

The program's main keyboard operates like a typewriter keyboard. Following are explanations of the use of the special function keys, the cursor-control arrow keys, and the ENTER and ESCAPE (ESC) keys.

Pressing the UP and LEFT arrow keys moves the cursor upward on the menus or windows, and upward and/or to the left on forms. Use these keys to highlight your choice on a menu or window and to move from field to field on a form.



The RIGHT and DOWN arrow keys move the cursor downward on a menu or window, and downward and/or to the right on a form. Use these keys to highlight your choice on a menu or window and to move from field to field on a form.



The ENTER key instructs the program to accept information you enter on the screen, and moves the cursor forward to the next field in a form. ENTER also selects your choice from a menu or window after you highlight the choice with the arrow keys. ENTER *must* be pressed before the program will accept each piece of data or menu choice.



The ESCAPE has two functions depending upon when it is used: (1) If the cursor is on the first field of a form when ESC is pressed, the program presents a prior form or menu; and (2) if a form is incompletely filled out when ESC is pressed, the program deletes all the information on that form, abandons the form and returns to the previous screen.



The HOME and END keys move the cursor directly to the first and last fields of a transaction form, menu or window. When used in the Account Selection window, these keys move the cursor to the first and last items on the list even when the items are too numerous to appear on the screen at once.



25

MSLT_1233964



The PAGE UP (PgUp) and PAGE DOWN (PgDn) keys move the cursor to the first and last fields of a transaction form or menu. When used within the Account Selection window, they move the cursor to the first and last items already visible in the window.

The PRINT SCREEN (PrtSc) key is located in the lower right corner on the keyboard, to the left of the cursor-control arrow keys. Simultaneously press both the PrtSc key and the SHIFT key (the large up arrow key directly to the left of the PrtSc key) to print any screen on the monitor without interrupting the program.



F1 accesses HELP screens for each choice on any menu.



F2 accesses the on-screen calculator. (The calculator is only available if you are using an IBM PC or compatible with more than 128K RAM.) This key functions only when the cursor is in an Amount field of a form. Use the numeral keys across the top of the keyboard or press the NUM LOCK key first, then use the numerals on the keypad to the right of the main keyboard. If you press NUM LOCK, the secondary functions on the number pad keys, such as the arrows, will not work until you press NUM LOCK again. Use + for addition, − for subtraction, = or ENTER for total.

To keep the calculator from obstructing your work, use the arrow keys to move it up or down, right or left one line at a time across the screen. Use the PgUp and PgDn keys or the HOME and END keys to move the calculator to the top or bottom of the screen. Esc removes the calculator from the screen and automatically places the calculated amount in the form's Amount field.



F3 displays a list of Account Codes categories. When the cursor is in the Account or Allocation field within a Payments, Deposits, Charges or Other Transactions form, press F3 to access the Code List, which you use to identify your Account and Budget categories.



F4 displays the Multiple Allocation form. This form is used to distribute the amount of a payment, deposit or charge to multiple Account or Budget categories. The F4 key operates only in the Allocation field of Payments, Deposits, Charges or Other Transactions forms.



F9 automatically reproduces your current month's budgeted amount throughout the budget field of an Update Budget Category form. The blinking cursor must be directly to the left of the amount to be propagated throughout the form when F9 is pressed.



F10 saves your completed transactions and Account or Budget category entries and transfers them to the appropriate forms throughout the program.

**26**

## ▪ HELP SCREENS

Help screens provide additional instructions or explanations for menu choices. All menu choices have Help screens.

To access a Help screen, use the arrow keys to highlight the choice you want explained in more detail, then press F1. Press any key to remove the Help screen and continue.

If neither the Help screen nor the instruction line is detailed enough, refer to the manual for further explanations and examples of how to fill out the on-screen forms.



```
 Your Money Manager   Function: Main Menu                 January 1, 1985
  ┌Main Menu─────────────────────┐
  │ E - Enter Transactions       │
  │ P - Print Reports/Graphs/Checks │
  │ U - Update Accounts & Budgets │
  │ R - Reconcile Accounts       │
  │ S - System Utility Functions │
  │ Q - Quit Your Money Manager  │
  └──────────────────────────────┘

  ┌Help──────────────────────────────────────────────────────────┐
  │ Choose Enter Transactions to record Payments, Deposits, Charges, │
  │ Automatic and Other Transactions.  Press the space bar to continue, then │
  │ press E or Return to choose the kind of transaction you wish to enter. │
  └──────────────────────────────────────────────────────────────┘

  SPACE: press space bar to continue.
```

**Help Screen for Enter Transactions**

**27**

MSLT_1233967

#  **Working Reference**

This section is designed for you to follow along using your computer and the *Your Money Manager* program. You will go through each operation step by step. *Follow the instructions in this guidebook and note the screen illustrations as you proceed.* Your computer screen should look like the ones in the book if you perform each step in turn.

Before beginning this section, you should create a practice diskette. The practice diskette can be used later as you try new features for the first time. This will prevent you from entering unwanted data into your actual accounts, which should be an accurate record of your financial transactions. To create a practice diskette, follow the instructions for copying the master diskette on pages 18–21. Then load the program using the practice diskette and proceed with this section of the user's guide.

**29**

# ▪ UPDATE ACCOUNTS & BUDGETS

From the Main Menu, use the arrow key to highlight Update Accounts
& Budgets. Accounts include Assets and Liabilities. Budgets include
Revenue and Expense. (Press F1 for HELP if you want a more detailed
description of the updating function.) Press ENTER or U and the Update
Codes form appears. Use this form to create a new Account or Budget
category or to change an old one.



**Update Codes Form**

30

For this example, your first entry will be a rent payment. You must create two codes—one in the Budget category for Expense (rent: 9200) and the other in the Account category for Cash & Equivalents (the checking account from which you pay the rent: 1100).

Enter the four-digit Budget category code for your rent Expense (9200).

The program notifies you that the Account code is unknown. Note the question at the bottom of the screen: "That code does not exist. Do you want to add it (Y or N)?"

To continue, press Y (yes); the code is entered and the Category List window appears. This window contains a list of Account and Budget categories. You must assign one of these categories to each account you create.



**Category List Window**

## ▪ CREATING A BUDGET CATEGORY (EXPENSE)

Press E to choose Expense Budget Category. A new form appears, entitled **Update Budget Category** and labeled "Expense." You know this is the correct form because you assigned your rent to Expense in the Budget category. Each time you create a new Budget account, in either the Expense or Revenue category, you will use this form.



**Update Budget Category Form**

Look at the ID field of the form. The system automatically inserts your Account or Budget code in this field. The cursor is blinking in the Description field, waiting for you to enter the description of this Budget category. You may type whatever you like to identify this Expense category (e.g., Rent). Press ENTER to move the cursor to the next field.

Now the cursor is blinking in the field next to January. Enter the amount of your rent (e.g., 500), press ENTER, and the system inserts zeros and a decimal in the correct place.

If you wish to know how much money to set aside for rent this year, enter your rent amount in the January field, then use the left arrow key to move the cursor to the left of that amount. Press F9. The program copies the January budget into the rest of the months of the year and automatically calculates the quarterly and yearly totals for this expense.

In the last field of the Update Budget Category form, enter the amount spent on rent so far this year.

32

**NOTE:** Once you enter an amount in the year-to-date Actual Amount field, then return to the Payments form and enter a transaction, this last field on the Update Budget Category form is no longer accessible. You must wait until you close out the year to reestablish a new year-to-date actual amount. In the meantime, the program automatically adjusts your year-to-date actual amount as you continue entering transactions.

When you complete the Update Budget Category form, press F10. The program saves the information and returns to the Update Accounts & Budgets menu. Now you can create or modify additional Account or Budget categories.

## ▪ CREATING AN ACCOUNT CATEGORY (CASH & EQUIVALENTS)

A good example of an Account category is your checking account. This is an Asset account that falls into the Cash & Equivalents subcategory. While in the Update Accounts & Budgets menu, enter 1100, the code you will assign to your checking account. Press Y in response to the question at the bottom of the screen. The program presents the Category List menu. The "C—Cash & Equivalents Account" line will be highlighted. Press C or ENTER and the Update Account form will appear. You will use this form each time you create a new Account in either the Assets or Liabilities category. This Account category is Asset, as you see by looking in the upper right corner of the on-screen form.

```
Your Money Manager   Function: UPDATE CODES              January 1, 1985

   ┌─Main Menu──────────────────┐
   │ E - Enter Transactions     │
   │ P - Print Reports/Graphs/Checks│
   │ U ┌─Update Account──────────────────────────────────────┐
   │ R │                                        ASSET         │
   │ S │                                                      │
   │ Q │  ID: 1100 Description:                               │
   └───│  Account Category: C - CASH & EQUIVALENTS            │
       │  Next Check Number:                                  │
       │  Reconcile?: Y                                       │
       │  Account Identity:                                   │
       │                                                      │
       │  Date Account was opened:          JAN  1, 85        │
       │  Opening Account balance:      $                     │
       └──────────────────────────────────────────────────────┘


   Do you want to delete this record (Y or N)?

   Y: Yes  N: No
```

**Update Account Form**                                                  **33**

As with the Expense form, the program automatically supplies the ID code you chose and labels the Account category. The cursor is now blinking in the Description field. Enter a description of your checking account, including branch or account number. Press ENTER to move the cursor to the next field. Then press ENTER again to move to Next Check Number.

Enter your next check number when you are creating a new checking or savings account. Once you enter your check number in the Check Number field, the program automatically inserts all subsequent check numbers each time you enter a new transaction. Press ENTER.

In the Reconcile field, enter Y to indicate to the program that you wish to match your balance with the bank's or savings institution's statement balance at the end of the month. Press ENTER.

In the Account Identity field, enter anything you wish that identifies this account, such as interest rate, term, expiration date and so on. Press ENTER.

In the Date field, enter the date you began using this account with *Your Money Manager.* Press ENTER.

In the opening Account Balance field, enter your balance as of the date you began entering data into this program. From here on, the program automatically tallies this amount for you. Once a transaction takes place with an account, this amount cannot be changed. Press ENTER.

When you finish updating this account, press F10 to save your entries on disk and return to the Update Accounts & Budgets form. You can select another Account or Budget category or press Esc to return to the Main Menu.

Any time you create a new account, you will use this same procedure. Refer to this section of the user's guide when you set up your chart of accounts or when you need to enter a new account code.

The next section will explain how you can use the two accounts that you created in this section along with other new accounts that you will now add to your practice disk.

The accounts you will set up on your practice diskette are listed on the next page. Choose Update Accounts & Budgets from the Main Menu. Enter the four-digit account code for each account listed. Fill in the Update Account forms with any fictitious data you wish. This is a chance to create accounts with the balances of your dreams.

34

## PRACTICE ACCOUNTS

| Code | Account Name | Account Type |
|------|-------------|--------------|
| 1100 | Checking | Cash & Equivalents |
| 1300 | Cash | Cash & Equivalents |
| 4220 | Credit card | Short-Term Liability |
| 6000 | Paycheck | Revenue |
| 6530 | IRA interest | Revenue |
| 8120 | Sales tax | Expense |
| 9110 | Toiletries | Expense |
| 9150 | Entertainment | Expense |
| 9200 | Rent | Expense |
| 9500 | Groceries | Expense |

# ▪ ENTERING TRANSACTIONS

This section contains sample entries for all of the choices on the Enter Transactions Menu: Payment Transactions, Deposit Transactions, Charge Transactions, Other Transactions and Automatic Transactions. As in the previous section, follow the step-by-step instructions as you perform each one on your computer with *Your Money Manager* using your practice disk.

Although the Enter Transactions Menu lists transactions in order of their most frequent use, choose Deposit Transactions first for this example, to follow a logical progression of transactions as they would occur in real life.

Remember, any Payment, Deposit, Charge or Other Transaction implies two actions: money going to one place and the same money being removed from another place.

For example, you just received your paycheck and plan to do the following this weekend:

1. Deposit your paycheck at the bank (Deposit Transaction).
2. Stop at the supermarket to buy groceries and toiletries, and receive cash back (Payment Transaction; includes a Multiple Allocation.)
3. Take a friend to dinner on your credit card (Charge Account Transaction).
4. Pay your rent (Automatic Transaction).

**35**

## Deposits

To make a deposit, choose Enter Transactions from the Main Menu by pressing E, or use an arrow key to highlight that choice and press ENTER.



**Enter Transactions Menu**

36

When the Enter Transactions Menu appears, choose Deposit Trans-
actions by pressing D, or use an arrow key to highlight that choice and
press ENTER.



**Deposits Form**

The Deposits form appears, replacing the Main Menu and the Enter
Transaction Menu. The cursor is blinking in the first blank field, called
Account. Notice the one-line instruction at the bottom of the screen:
"What Account code is the deposit made to?" Enter 1100, the four-digit
number code you assigned to your checking account. Press ENTER to
move the cursor to the next field.

The cursor is now blinking in the Date field of the Deposits form.
Enter the correct date, then press ENTER, or just press ENTER to keep the
system date.

The cursor moves to the Source of Funds field. Enter the name of
your company, the word "paycheck," and any other relevant informa-
tion to identify the source of these funds. Press ENTER to move the cur-
sor to the Amount field. Enter the amount of your deposit. Press ENTER
to move the cursor to the Allocation field.

In the Allocation field, enter 6000 to indicate that the paycheck is a
Revenue account in the Budget category.

If you assigned your paycheck to an account number but do not re-
call it, press F3 for the Code List window. After using an arrow key to
highlight the correct code, press ENTER. The program automatically in-

37

serts the code you highlight. Now press F10 to save your Deposit transaction.

Look at the instruction line at the bottom of the screen: "Accept deposit (Y or N)?"

If you do not wish to save this information, press N. The program returns to the Deposits form with your checking account code number, the date and a zero balance in the on-screen form. Press Esc and the program removes the information completely.

To save the information, press Y. The program clears the entries you just made in the Deposits form and updates your balance in the Account Balance window.

The cursor returns to the first field in the Deposits form. If you do not wish to record further deposits, press Esc to return to the Enter Transactions Menu.



**Enter Transactions Menu**

38

*Practical Example: Deposit from Two Sources of Income*

Peter Martin is an established salesman for All-Time Aluminum Siding. He receives a paycheck twice a month, which includes his base salary and any commissions earned. Peter deposits his paycheck of $950 into his checking account and wants to differentiate between the $400 of salary and the $550 earned in commissions.

He begins by picking the Deposit Transactions option. He makes a deposit to his personal checking account (1200) and then specifies the source of the funds with a Multiple Allocation. (See page 41 for a further description of Multiple Allocations.) The $400 from his salary payment is allocated to a Revenue account he has established for salary (6000), while the $550 is allocated to the Revenue account he has established for commissions (6020). By placing the earnings in two Revenue accounts rather than one, Peter can keep track of which portion of his earnings comes from commissions and which from salary. This could be important to him at tax time or when applying for credit.

*Practical Example: Transfer from Checking to Savings Account*

In today's banking, checking and savings accounts are often linked, yet the funds of each are kept separately. To record a deposit to your checking account of $150 made by transferring funds from your savings account, a Deposit Transaction is necessary. When the deposit is made to your checking account for $150, your savings account must also decrease. The way to decrease your savings account is to name the savings account as the Allocation account when you fill out the Deposit Transaction. When the transaction is confirmed, the checking account is increased, and the savings account is automatically decreased by $150.

**39**

MSLT_1233978

## Payments

Payments are outgoing checks and cash. To enter a payment, choose Enter Transactions from the Main Menu by pressing E, or use an arrow key to highlight that choice and then press ENTER.

From the Enter Transactions Menu, press P, or use an arrow key to highlight that choice and then press ENTER.

```
Your Money Manager   Function: PAYMENTS              January 1, 1985

        ┌─PAYMENTS─────────────────────────────────────────┐
        │ Account:       Check:     0        Date: JAN  1, 85 │
        │ Payee:                              Amt:       0.00  │
        │ Memo:                               Allocation:     │
        └───────────────────────────────────────────────────┘




        From what Account code is the payment being made?

        Esc: Quit  F1: Help  F3: Code List  F10: Confirm
```

**Payments Form**

The Payments form appears with the cursor blinking in the first blank field, called Account.

Notice the instruction line at the bottom of the screen. In the Account field, enter 1100, the four-digit code you assigned to your checking account. When you enter 1100, the program automatically displays all current information for this Account.

**NOTE:** If you have not yet assigned a code to this Account, refer to "Assigning Account and Budget Codes" (pages 68–70). If you have entered a code but do not recall it, press F3.

If you are using an IBM PC or compatible with more than 128K RAM and you enter an undefined code in the Account field of any *Your Money Manager* form, you can add the new account code just as you did using the Update Accounts menu, without leaving the form that you are using.

**40**

At the bottom of the screen, you will see the same line of text that appeared when you entered an unknown code in the Update Accounts form: "That code does not exist. Do you want to add it (Y or N)?" From this point on, the program functions just as it did when you created the account using Update Accounts & Budgets.

In the check field, your next check number and all subsequent check numbers are automatically supplied by the program. You can override the number by entering a different one in the check field. Press ENTER to move the cursor to the next field.

In the Date field, enter the date of your payment, then press ENTER, or just press ENTER to use the system date.

In the Payee field, enter the institution or person that received your payment. For this example, enter "Big Food Store." Press ENTER.

In the Amount field, enter the amount of the payment. For this example, enter 100 and press ENTER.

In the Memo field, enter the reason for this payment. When a single check is used to pay for items in more than one Expense category, enter a reminder in the Memo field, such as "Groceries & Miscellaneous." Press ENTER.

## Multiple Allocation Form

In this example, let us say that you also bought toiletries and received cash back, in addition to buying groceries. Therefore, you must allocate the expense to three accounts. Press F4 to display the Multiple Allocation form. Now you will enter the Budget category codes and amounts you are allocating to the categories for groceries, toiletries and cash (9500, 9110 and 1300).

At the bottom right of the Multiple Allocation form the amount remaining should equal the total for the check. This is the dollar amount you entered in the amount field of the Payments form. It is the amount you will allocate to the three accounts for groceries, toiletries and cash. When you are finished, this total should be zero. If the amount remaining is anything except zero, your allocation is out of balance, and must be corrected before you can save the payment transaction.

The cursor is blinking in the Account & Budget Code field of the Multiple Allocation form. Enter 9500 (your grocery account number), then press ENTER. The program automatically enters an E in the category field because 9500 is an expense account.

The cursor is now blinking in the Amount field. Enter the amount of the check that was spent on groceries excluding the toiletries and cash. For this example, enter 50 and then press ENTER.

The amount remaining at the bottom of the form should now be 50.00. The program subtracted the amount allocated to account 9500 from the total amount for the check.

Repeat the process for the other two accounts. Allocate $25.00 to

**41**

MSLT_1233980

each. When you are through, the amount remaining should be zero. If it is anything else, your Multiple Allocation form is out of balance. You must balance this form before returning to the Payments form. Every part of the total payment must be allocated to an account. If you allocate more than the total payment, brackets will appear around the total remaining to indicate a negative balance.

When the amount remaining equals zero, press F10 to confirm and save your Multiple Allocation. The program returns to the Payments form where there are now four asterisks in the Allocation field. These asterisks signify a Multiple Allocation.

The cursor is now blinking in the Memo field. You may enter any information you wish to further identify this payment. After you press ENTER, the cursor moves to the last field on the Payments form. If you wish to mark this payment for later check printing, press Y. It will be printed as a check when you select that option from the Print Menu. If you do not wish to print this payment as a check (you may have written a check by hand), press N.

When every field of the Payments form has been filled in, the program displays the following at the bottom of the screen: "Accept Payment (Y or N)?" Press N to erase the information from the Payments form and return to the Enter Transactions menu. Press Y to confirm the transaction, save the information and update your account balances. The Payments form is cleared of information. You may enter another payment transaction or press Esc to return to the Enter Transactions Menu.

## Practical Example: Biweekly Payroll Payment to Employee

Janet Morris owns and operates the Reef Gift Shop at the Virginia Beach Pier. She pays her employees every two weeks and records the payroll transaction with *Your Money Manager*. Janet must perform several transactions in order to record the employees' wages. She not only has to write a check to each employee, but she must also deposit funds to pay both Social Security and withholding taxes.

First Janet records the payments to employees for two weeks' wages. The payments are issued from the business checking account (1300). Next Janet must perform another transaction to deposit funds into a special savings account used to pay employee taxes. She has set up a savings account (1310) and transfers funds for tax payments from the business checking account into the savings account. Throughout the month or year this savings account steadily accumulates funds.

In addition, Janet has established two Short-Term Liability accounts, Social Security taxes payable (3000) and Withholding taxes payable

42

(3010), which are estimates of the amount of taxes due for the year. At the end of the month or quarter before she closes her books, Janet calculates the amount due for taxes for her employees. Then, when she makes a tax payment each month from the special savings account, the balance decreases. She uses a multiple allocation for the account allocation and credits account 3000 (Social Security) and account 3010 (Withholding). This will reduce these Liability accounts as the payments are made from the special savings account. At the end of the month or quarter, these accounts will reflect balances totaling the amount withheld for all of her employees. She can then write one check for each type of tax and allocate it to these accounts.

### *Practical Example: Recording Interest Expense*

When a business or individual acquires a loan, the interest that is paid on the loan is recorded as an expense while the principal becomes a liability. Two accounts must be set up to record this type of transaction: a Short-Term Liability account (2000) and an Interest Expense account (5020). As the loan is repaid, the interest expense should be recorded separately from the principal because it is often a deduction on either personal or business income taxes, while the principal is not.

The Reef Gift Shop paid Smith Financial Services by check for a short-term loan of $500. Janet made a payment of $530 to cover the loan plus 6% interest, or $30. Using the Multiple Allocation feature Janet can decrease the Short-Term Liability account by $500 and record the interest paid to the Expense account. She now has a permanent record of the total interest expense—readily available for income tax preparation.

**43**

MSLT_1233982

## Charges

*Your Money Manager* handles charge accounts as easily as deposits and payments. In the following example, you are recording a $36.30 dinner on your credit card.

From the Main Menu, choose Enter Transactions by pressing E, or use an arrow key to highlight that choice and then press ENTER.

From the Enter Transactions Menu, choose Charge Transactions by pressing C, or use an arrow key and ENTER.

```
Your Money Manager    Function: CHARGES              January 1, 1985

              ┌─CHARGES────────────────────────────────────────┐
              │ Account:                  Date: JAN  1, 85      │
              │ Payee:                    Amt:        0.00      │
              │ Memo:                     Allocation:           │
              └────────────────────────────────────────────────┘




           To what Account code was the charge made?

           Esc: Quit  F1: Help  F3: Code List  F10: Confirm
```

**Charges Form**

On the Charges form, enter 4220 in the Account field, or the number code you assigned to your credit card in the Short-Term Liability Account category. Press ENTER.

Just as with Payments and Deposits, press F3 if you want to see the Code List window.

Enter today's date, or the date of the charge if different from the system date. Press ENTER.

In the Payee field, enter the name of the restaurant. In this example, it is Andre's Restaurant. Press ENTER.

In the Amount field, enter the amount of the total purchase (36.30). Press ENTER.

In the Memo field, enter the reason for your charge. In this case, dinner with a friend.

**44**

As this transaction requires an allocation to more than one account, you need to request the Multiple Allocation form by pressing F4.



**Multiple Allocation Form**

In the Allocation field for Account or Budget category, enter 9150, or the code you assigned for your Entertainment Expense Budget category. The cursor automatically moves to the Amount field.

In the Amount field, enter the cost of your dinner, including the tip. For this example, enter 33.50 and then press ENTER. Notice the Remaining field at the bottom of the Multiple Allocation form. In this example, there is $2.80 remaining, the amount of your sales tax.

In the Account or Budget Category field, enter 8120, or the code you assigned to denote sales tax. The cursor automatically moves to the Amount field.

In the Amount field, enter the amount charged for sales tax (2.80), then press ENTER. Notice the zero balance in the Remaining field at the bottom of this form. A zero balance means you completed the form correctly. Press F10 to confirm these entries. The Multiple Allocation form is replaced by the Charges form and the Account Balance window. Notice the question at the bottom of the screen: "Accept Charge (Y or N)?"

45



**Charges Form**

Press N, and the program returns to the Mul. ple Allocation form so you can make changes or further entries.

Press Y, and the program saves your entries on disk and returns you to the Charges form. The four asterisks in the Allocation field of the Charges form show you that you entered a Multiple Allocation.

Press Esc to return to the Enter Transactions Menu.

Whenever you receive a charge card statement, enter into the program any charges that were not recorded previously. Typically, an interest charge is recorded on your charge account statement each month. This charge is entered under Other Transactions (see the next section of this guide).

## Other Transactions

Use Other Transactions to record any financial activity that does not apply to Payments, Deposits or Charges and that requires double-entry notation.

Examples of Other Transactions are accrued interest from a certificate of deposit or yearly depreciation on your automobile. Both of these transactions are similar to general journal entries in accounting in that each one requires a double entry to describe it fully. From the Main Menu, choose Enter Transactions by pressing E, or use an arrow key to highlight that choice and then press ENTER.

46

MSLT_1233985



**Enter Transactions Menu**

From the Enter Transactions Menu, press O to choose Other Trans-
actions, or use an arrow key to highlight that choice and then press
ENTER.



**Other Transactions Form**

47

Unlike the on-screen forms for Payments, Deposits and Charges, which deal with your accounts on a "cash in" and "cash out" basis, each transaction in Other Transactions requires two entries, since each financial event affects two areas of your Financial Statement and may include accrued amounts that have not been paid.

The basic accounting equation that determines how each account is affected by an increase or decrease is:

$$\text{Assets} = \text{Liabilities} + \text{Capital} + (\text{Revenue} - \text{Expense})$$

When using *Your Money Manager*, you need not be concerned about debits or credits. However, you do need to know what happens when you increase or decrease certain Accounts.

For example, accrued interest on your IRA (earned but not yet paid) involves both interest income (Revenue) and interest receivable (Asset). If you insert these into the equation above, you can see that they fall on opposite sides of the equals sign. Thus, they must be of equal amounts in order to balance one another. If you move interest income to the Assets side of the equation to account for it as an Asset, it must be entered as a negative amount to keep the equation in balance. Thus the IRA interest receivable should be treated as a positive amount and the IRA interest income as a negative amount on this transaction form.

The important thing to remember when using the Other Transactions form is that the remaining balance at the bottom of the form must equal zero when the transaction is complete. Thus, each positive entry must be balanced by an equal negative entry. This may seem counterintuitive, but it is necessary to keep the equation in balance. Information about double-entry bookkeeping can be found in any basic accounting textbook. Before setting up your accounts in this way, be sure to consult such a reference if you are not already familiar with this procedure.

The cursor is blinking in the Date field on the Other Transaction Types form. Enter the date of your Other Transaction if it is different from the system date. Press ENTER.

In the Reference field, enter a short description of the transaction, such as "IRA Interest Accrual." Press ENTER.

In the Comment field, enter an exact description of this transaction. Remember that each financial event in Other Transactions affects two areas of your Financial Statement, so you must have two separate entries for this single transaction. In this example, the two entries for IRA Interest Accrual are: Interest Income—IRA and Interest Receivable—IRA.

After entering Interest Income—IRA, press ENTER. In the Account or Budget Category field, enter the four-digit code you assigned to Interest Income—IRA. Press ENTER. If you have assigned the code but cannot remember it, press F3 for the Code List. Enter the amount for

**48**

MSLT_1233987

Interest Income—IRA in the next field. This amount must be entered as a negative number. For this example, enter −100 and then press ENTER.

Now make the second entry in the fields for Comment, Account or Budget Category and Amount. The amount for Interest Receivable—IRA is +100. Press ENTER. The amount in the Remaining field should be 0.00 to reflect the balance status of your transaction. Any balance other than 0.00 means your transaction is out of balance and therefore unacceptable by the program. You can edit your Other Transaction amounts until they are complete.

Press F10 to confirm your entries and save them on the disk. Press Esc to return to the previous menu.

### Practical Example: Other Transactions

The Reef Gift Shop that Janet Morris owns and operates is her sole source of income. Instead of paying herself a salary, from time to time she withdraws cash for her personal use. She keeps an ongoing record of these transactions in the Owner's Draw account by using the Other Transactions choice to record the funds she withdraws.

On the Other Transctions screen Janet labels the Reference as the "Owner's personal draw" and describes the transaction under "Comment." If Janet withdraws $100, for example, from the business account, she records the $100 deduction from that account, and then she increases the Owner's Draw account by $100 to record the amount of cash or assets that have been drawn.

**49**

## Automatic Transactions

An Automatic Transaction is nothing more than a set amount of money coming in or going out each month. Examples of possible Automatic Transactions are child care, rent, car payments, mortgage payments and your paycheck.

When setting up your Account and Budget categories, you can save time by entering information about these Automatic Transactions only once. Automatic Transactions also help you forecast budget expenditures.

By using the Automatic Transactions function for all entries that are repeated on a monthly basis, you store the description, amount, payee and reason for payment in the program's memory, even when the amount and/or allocation are variable.

To set up an Automatic Transaction choose Automatic Transactions from the Enter Transactions Menu.

```
Your Money Manager    Function: AUTOMATIC TRANSACTIONS         January 1, 1985


        ┌─AUTOMATIC TRANSACTION DEFINITION──────────────────┐
        │ Name:      Description:                    Type:   │
        │                                                    │
        │ Acct:                            Amt:      0.00    │
        │                                                    │
        │ Payee/Source:                    Allocation:       │
        └────────────────────────────────────────────────────┘




        What is the name you want to give to this automatic transaction?

        Esc: Quit  F1: Help  F3: Code List  F10: Confirm
```

**Automatic Transactions Form**

50

The cursor is blinking in the Name field of the Automatic Transactions form. The question, "What is the name you want to give to this automatic transaction?" is at the bottom of the screen. Type in a four-letter name for this transaction, for example, "RENT". The response, "That code does not exist. Do you want to add it (Y or N)?" appears at the bottom of the screen. Press Y for Yes and the cursor moves to the Description field. Type in a brief description and press ENTER.

The cursor moves to the Type field and the question, "What type of transaction (Payment, Deposit or Charge) is it?" appears at the bottom of the screen. Press P for Payment and the cursor moves to the Account field. Enter the Account code associated with this transaction (the account the funds are drawn from). The cursor moves to the Amount field. Enter the amount of the transaction and press ENTER.

The cursor moves to the Payee/Source field. Type the appropriate information and press ENTER. The cursor moves to the Allocation field. Enter the code of the Budget account to which this transaction is allocated.

The question, "Save Automatic Transaction Definition (Y or N)?" appears at the bottom of the screen. Press Y for Yes. The program saves your entry and clears the Automatic Transactions form.

### *Practical Example: Automatic Transactions*

Each month on the 5th, $45 is deducted from Peter Martin's personal checking account to pay his life insurance premium. With *Your Money Manager,* Peter can easily establish an automatic transaction to record this deduction each month. To do so Peter begins by picking a code name, in this case the word "LIFE." Then he enters a brief description ("life ins. premium"), the type of transaction (a payment), the account the funds are from (1200), the amount, the payee (National Life Insurance), and finally the allocation, in this case account 5550 (Life Insurance—Expense). Whenever Peter wishes to enter the transaction in his monthly records he will type in LIFE, and the rest is instantly filled in. When he accepts the transaction, it will be recorded.

**51**

# ▪ RECONCILING YOUR ACCOUNTS

The purpose of reconciling is to assure that the bank's records and your records are in agreement. However, there will be certain transactions that you have recorded that will not yet show on the bank statement because the statement only covers a certain period of time, usually 30 days. The most common items that will appear in your records but not in your bank statement are *outstanding checks* (checks that are on your records but have not yet been presented to the bank for payment as of the statement closing date) and *deposits in transit* (deposits that may have been mailed or were made after the closing day of the statement).

The statement will show charges to be recorded that do not occur in your records. These include:

service charges
charges for returned checks
charges for customer checks
bank charges or credits

There are a series of steps that you should go through to prepare a bank statement reconciliation. The reconciliation is the process of determining those items that make up the difference between the balance appearing on the bank statement and the cash balance in your records.

1. Check for deposits that are not recorded on the bank statement. These should be added to the balance.
2. Arrange the paid checks in the proper sequence.
3. Make a list of those checks that have not been paid. These are outstanding checks and should be deducted from the balance reported by the bank. There may also be outstanding checks from previous months, which should be included.
4. Deduct from the balance any debits issued by the bank that are not in your records. (A good example would be service charges.)
5. Add to the balance in your records any credits issued by the bank (i.e., interest or automatic deposits).

*Your Money Manager* will assist you with preparing a reconciliation of your checking account. Simply follow the steps outlined below and remember to record each adjustment and transaction, and to clearly state where these occur.

When your bank statement arrives, you can reconcile your accounts easily by choosing Reconcile Accounts from the Main Menu. Press R, or use the arrow key to highlight that choice, then press ENTER.

52

MSLT_1233991

When the Reconcile form appears, enter the four-digit code that identifies the checking or charge card account to be reconciled. (Only Cash & Equivalents or Short-Term Liability accounts are reconcilable.) If you cannot remember the account codes, press F3 for a Code List.

A list of the transactions you have entered into *Your Money Manager* will appear, one item at a time. At the bottom of the screen you will see the question: "Is this transaction on the statement (Y or N)?" Compare the list of transactions on the screen with those on your monthly bank or credit card statement. If the transaction appears on your statement, press Y; if it does not, press N. After the last transaction on the list, the Reconciliation Summary form will appear.

```
Your Money Manager   Function: RECONCILE              January 1, 1985

Tran Date Check  CODE  Description of Transaction       Amount
P   JAN 1  101   1100  XYZ Groceries                   <253.45> <---




Is this transaction on the statement ( Y or N)?

Y: Yes   N: No
```

**Reconciliation Summary Form**

When the Reconciliation Summary form appears, fill in the blank fields, making sure to include the four-digit number codes you assigned to Service Charge amounts and Interest Income (if they are not already filled in). Remember to enter the ending balance from a charge statement as a negative number (press "−" before entering the statement balance).

When the unreconciled difference equals 0.00, the account is reconciled. Press F10 to confirm and post the account to your file.

53

# ▪ USING SYSTEM UTILITIES

Use System Utilities 1) to check your system status, including available disk space and number of active account codes, and 2) to close a month or year.

## System Status

System Status lets you keep track of the number of accounts that are active and the amount of disk space available to you. For most users, there will be adequate disk space for all of your transactions for a given month or accounting period. However, you should check the System Status Menu periodically before entering new account codes. *Your Money Manager* allows you to define up to 100 account codes and up to 50 automatic transactions at one time. If you exceed these limits, the system will give you a warning message and will not let you enter a new code. To regain disk space, you must close out an accounting period. When you close an accounting period, the information is condensed and summarized. Therefore, you should print out the reconciliation summaries for the period you are about to close and/or make a copy of the disk to retain a full record of your transactions for the period.

From the Main Menu, press S or use the arrow key to highlight System Utility Functions, then press ENTER. From the menu that appears, press S again or highlight System Status, then press ENTER. The System Status form will appear.

Enter your name or the name under which you are keeping the *Your Money Manager* records. Then press ENTER.

Next, enter your bank service charge code number in the space provided and press ENTER.

Finally, enter the account code for earned interest. If you have not set up this account, you may skip this field and enter the account code once it has been created.

The next six lines on this form give you information about *Your Money Manager*. This includes: 1) latest closed month; 2) number of Automatic Transactions (up to 50 are allowed); 3) number of Account codes; 4) number of Budget Category codes; 5) total number of codes in memory (up to 400 Account and Budget codes are allowed); and 6) disk space available on the drive. This information will be updated automatically as you add codes to your chart of accounts.

## Closing the Books

Accounting, like many other aspects of business, works in a cycle. There is a starting point, a midpoint and finally the completion of the task. After you have entered your transactions and printed and analyzed the

54

reports, you must close your accounts before beginning a new month or a new year. Usually at the end of the year you close the books, and throughout the year you close each month.

After all transactions for a given month are entered, you may close the books for that month. Under the System Utility Function of the Main Menu is the option labeled "Close Month/Year." The program displays each month (1 to 12) with its status, either open or closed. If a month is open, you may close it. Do not close the month without first making a backup copy of the transactions for future reference. When the month is closed, the transactions are compressed and summarized so that disk space is made available for recording future transactions.

When you close month 12, any remaining transactions for the past year are compressed, and the balances on all the accounts are carried forward into the next year.

Revenue and Expense Budget categories are handled differently from other accounts. Throughout the year these temporary accounts are used to classify and accumulate changes affecting your net worth. By automatically transferring the net effect of the various increases and decreases into the permanent account called Net Worth, *Your Money Manager* closes those accounts. In order for the accounts to be ready for the next period their balances are reduced to zero.

The purpose of closing these categories, then, is to calculate the net income or loss for the period. The balances from these accounts are transferred to a temporary account when they are closed. The balance of this temporary account will reflect the net income or loss. If the revenues exceed the expenses, the result is net income. However, if the expenses exceed revenues, unfortunately, the business suffered a net loss.

Closing marks an ending point at which a business can evaluate the past year or month and proceed to a new accounting period. Financial Statements, which can be prepared throughout the year, illustrate your financial picture and forecast trends for your business or personal accounts.

## Closing Out the Month or Year

Before closing an accounting period, review your reports. Make sure there is nothing you wish to add or change. Make a backup copy of the disk now. Once you close out an accounting period and reclaim disk space, you lose all of the specific information that you entered during that period. What remains is a summary of the transactions for that period. You can print the summaries as described below.

To close out a month or year of transactions, choose System Utility Functions from the Main Menu by pressing S; or use an arrow key to highlight that choice, and press ENTER.

From the System Utility Functions Menu, press C, or use an arrow key to highlight Close Month/Year and press ENTER.

**55**

The Close Month/Year form will appear. Answer the questions for each month as they appear at the bottom of the screen. Remember that once closed, no further transactions can be entered for the month.

When you have answered all questions for the year to date, you can reclaim disk space by deleting the transactions for the month. This function will erase the detailed information for the closed months from the disk and retain only a summary of the information. Press Y in response to the question at the bottom of the screen to delete the transactions for the month specified. Deleting transactions for a closed month will provide additional disk space for future transactions. *Your Money Manager* has space for approximately 400 transactions at one time. Once this limit is exceeded, it is necessary to delete old transactions for months that have been closed in order to provide space on the disk for new transactions. Before deleting transactions for a given month, you may want to make a backup copy of the diskette and/or print out a complete set of Transaction Reports for the month. See pages 60-61 for a complete explanation of Transaction Reports including instructions for printing them. Remember, a summary of the month's transactions will be retained on disk after you delete the detailed transaction information. Thus you can delete the specific information for the month and still retain the information you need to print reports and graphs and to summarize your month's financial activities.

56

# ☐ Printing Reports, Graphs and Checks

Printed reports are essential for a clear overview of your finances when requesting a loan, preparing your taxes or producing financial statements for any purpose. Also, they provide a permanent record for your files and are easily transportable. *J. K. Lasser's Your Money Manager* prints reports and graphs that summarize every facet of your finances. Reports and graphs may be viewed on the screen for review or printed on paper for your records.



**Print Reports/Graphs/Checks Menu**

57

To print reports, graphs or checks, start from the Main Menu. Press P, or use an arrow key to highlight Print Reports/Graphs/Checks and press ENTER.

Each of the choices on the Print Reports/Graphs/Checks Menu leads to a further menu. Make your choice; in some cases there will be another menu to choose from. After making your last menu choice, answer the questions that appear at the bottom of the screen.

**NOTE:** If you are printing your reports on paper rather than viewing them on the screen, make sure your printer is properly connected and turned on *before* you attempt to print reports. Consult the instructions that came with your PC and/or your printer for proper installation and operating instructions. Once the printer is connected and ready, and you have selected the report you want, the program will begin printing immediately.

## ▪ PRINTING A LIST OF ACCOUNTS AND BUDGETS

From the Print Reports/Graphs/Checks Menu, press L or use an arrow key to highlight List Accounts & Budgets and press ENTER. The List Accounts & Budgets Menu appears with a list of choices.



**List Accounts & Budgets Menu**

To print a report from the List Accounts & Budgets Menu, press its corresponding letter, or use the arrow key to highlight the report you want, then press ENTER.

**58**

## Complete

Choose Complete to print a list of all your Account and Budget categories, including their identification codes, descriptions (checking, savings, etc.) and Account or Budget category types (Cash & Equivalents, Asset, Liability, etc.).

## Accounts Only

Choose Accounts Only to print a complete list of your Account categories, including the specific codes you assigned to them, their descriptions and financial designations.

## Asset Accounts Only

Choose Asset Accounts Only to print a complete list of your Asset Account categories, including their specific identifying codes, descriptions and financial designations.

## Liability Accounts Only

Choose Liability Accounts Only to print a complete list of your Liability Account categories, including their identification codes, descriptions and Account Type designations.

## Budget Categories Only

Choose Budget Categories Only to print a complete list of your Budget categories, including their identification codes, descriptions and Budget Type designations.

## Revenue Categories Only

Choose Revenue Categories Only to print a complete list of your income sources, including the codes you assigned to these categories, their descriptions and their Budget Type designations.

## Expense Categories Only

Choose Expense Categories Only to print a complete list of your Expense categories, including their codes, descriptions and Budget Type designations.

59

# ▪ PRINTING TRANSACTION REPORTS

Transaction, or activity, reports detail your money flow over a certain period. These reports provide a printed overview of your activity in Payments, Deposits, Charges or Other Transactions. Print Transaction reports after you close your accounts for the month and prior to re-claiming disk space to maintain a backup record of your financial activities on paper.

From the Print Reports/Graphs/Checks Menu, press T or use the arrows to highlight Transaction Reports and press ENTER. To print a report from the Transaction Reports Menu, choose the report you want by pressing its corresponding letter, or highlight the report you want, then press ENTER.



**Transaction Reports Menu**

Exhibit F Page 127                                                    MSLT_1233999

## Account/Budget Activity

Choose Account/Budget Activity to display a menu of activity report options for the current period's financial activity in specific Account and Budget categories. To print any of these reports, highlight your choice then press ENTER.

## Payments Report

Choose Payments Report to print a complete list of payments you entered through the on-screen Payments Transaction form. This report shows the details of your payment activity by Account and entry sequence during a period specified by you. You can print all activity to date or designate a specific time period.

## Deposits Report

Choose Deposits Report to print a complete list of deposits you entered into the program through the on-screen Deposit Transactions form. This report details your deposit activity by Account and entry sequence during a period specified by you. You can choose to print all activity to date and for any time period you designate.

## Charges Report

Choose Charges Report to print a complete list of credit card transactions you entered into the program through the on-screen Charge Transactions form. This report presents all your charge card activity by Account and entry sequence during any specified period.

## Other Report

Choose Other Report to print a detailed list of transactions—other than Payments, Deposits and Charges—which you entered into the program through the on-screen Other Transactions form. You can print your activities to date for a specific period.

61

## ▪ PRINTING FINANCIAL STATEMENTS

Financial Statements provide an up-to-date overview of your total financial picture from three perspectives: Income Statement, Balance Sheet and Working Capital.

From the Print Reports/Graphs/Checks Menu, choose Financial Statements by pressing F, or use an arrow key to highlight that report and press ENTER.



```
Your Money Manager   Function: Financial Statements        January 1, 1985
    ┌─Main Menu ─────────────
    │ E - Enter Transactions
    │ P ┌─Print Reports/Graphs/Checks┐
    │ U │
    │ R │ L - List Accts & Budgets
    │ S │ T - Transaction Reports
    │ Q │ F ┌─Financial Statements ────────────
    │   │ C │
    │   │ G │ I - Income Statement
    │       │ B - Balance Sheet
    │       │ W - Working Capital Rpt
    │       │ C - Comparative Income
    │       │ D - Comparative Balance
    │       │ R - Budget Report


    Use the up and down arrow keys to select your choice, then press ⏎

    Esc: Quit   F1: Help
```

**Financial Statements Menu**

Choose the report you want to print by pressing the appropriate letter, or use an arrow key to highlight the report you want and press ENTER.

## Income Statement

Choose Income Statement to print details of your current period and year-to-date Income and Expense summaries.

## Balance Sheet

Choose Balance Sheet to print a review of your Assets, Liabilities and Net Worth for the current period.

62

## Working Capital Report

Choose Working Capital Report to print a report that measures the liquidity and analyzes the change in Cash & Equivalents and Short-Term Liabilities for the current period or year to date.

The purpose of presenting your financial transactions in a Working Capital report is to help you see the changes in components of Cash & Equivalents and in current Liability amounts.

While these changes are indicated when comparing categories from the Balance Sheet to related amounts from prior periods, significant changes may be overlooked or undisclosed. For example, if you sell a car and replace it with another of comparable value but with a higher loan, this transaction affects your overall financial position. Comparing statements reveals only the net amount of the change while the Working Capital Report gives you a more comprehensive picture.

Most importantly, the Working Capital Report highlights major patterns of spending, investing and earning as they affect your liquid Assets and Liabilities.

## Comparative Income and Comparative Balance

Choose Comparative Income and Comparative Balance Reports to print comparisons of the Income Statement or Balance Sheet of two periods of your choice, such as April versus December.

An Income Statement shows your financial activity, either year to date, or for a specific period designated by you, while the Balance Sheet is a snapshot of activity for one specific date.

When you choose either Income Statement or Balance Sheet from the Financial Statement Menu, the program asks you to select both the first and second periods you wish to compare.

After entering the comparison dates, press ENTER to print the Comparative Statement. Press ESC to return to the previous menu.

## Budget Report

Budget Reports summarize your projected budget versus its actual performance for the current period or year to date or for a specified set of months.

From the Budget menu, press the letter of the report you want to print, or use the arrow key to highlight that report, then press ENTER.

63

# ▪ SELECTING AND PRINTING CHECKS

*Your Money Manager* gives you the ability to print checks on most printers. To select the check printing function, highlight the Print Reports/Graphs/Checks function and press ENTER or P.

Select Check Printing by pressing the C key, or use the arrows to highlight that selection and then press ENTER.

Another menu will appear and you will have two choices: Preprinted YMM Checks and Computer Generated.

If you select Preprinted YMM Checks, *Your Money Manager* will print the following information in the correct location for each check:

    check number
    date
    payee
    amount (numerical)
    amount (in words)
    memo
    check record (lower half of form)

If you select Computer Generated checks, *Your Money Manager* will print out a complete check on plain paper. The bank name, bank address, checking account number and signature line will be printed in addition to the information described above. The first time you choose this option you must fill in this information. From then on, it is automatically stored and entered for you.

After you choose either Preprinted or Computer Generated checks, a third menu will appear with three more choices: Every Payment, Select Individually and Pre-marked Payments. If you select Every Payment all payment transactions will print. If you select Select Individually each payment transaction will scroll onto the screen and you can select by choosing Yes or No. If you select Pre-marked Payments all the payment transactions that were flagged for printing when they were recorded will be printed.

Before you print your checks, it is a good idea to verify that your check form is properly aligned in your computer. Before you start printing, answer Yes when the question "Print a test check? (Y/N)" appears in the command line at the bottom of the screen. The printer will print X's where the date, amount, and other information should be printed. Adjust your check form as necessary and repeat this step until your checks are properly aligned. Then answer No to the question "Print a test check?" and your checks will print out.

# ▪ DISPLAYING AND PRINTING GRAPHS

**64**

Choose the Graphs Menu to display bar graphs showing trends in your Revenue, Expense, Cash Flow and Net Worth. To print a graph, first

display it, then press SHIFT and PRTSC. The graph will be printed without interrupting the program. Some printers will not print graphic characters. Instead, letters or other characters are substituted. If you have a non-graphic printer, you can still print graphs, but some vertical and horizontal lines may appear as rows and columns of text characters.

## Revenue Trend and Distribution

Choose Revenues to display a bar graph showing how all Revenue categories or a specific category performed from month to month, or how all Revenue categories performed for the year to date. Answer the questions as they appear at the bottom of the screen to customize the graph.

## Expense Trend and Distribution

From the Graphs Menu press E, or use the arrow key to highlight Expenses, and press ENTER. Answer the questions as they appear to customize your graph.

## Cash Flow Trend

From the Graphs Menu, press C, or use the arrow key to highlight Cash Flow Trend, then press ENTER.

Answer the questions at the bottom of the screen to display a graphic analysis of your Statement of Changes in Financial Position. This graph measures the changes in your Cash & Equivalents and Short-Term Liabilities from the entire period to the end of the current period.

Press Esc to return to the Graphs Menu.

## Net Worth

From the Graphs Menu, press N, or use the arrow key to highlight that choice and press ENTER.

Choose Net Worth to print a graph depicting the trend of your year-to-date Net Worth—the amount of your Assets minus your Liabilities.

Press Esc to return to the Graphs Menu. Press Esc again to return to the Main Menu.

**65**

MSLT_1234005

# ☐ Preparing Your Financial Information

*Your Money Manager* is designed to do two things: minimize the amount of time you spend organizing your finances, and maximize your control. The following section outlines a simple procedure for organizing your financial information. If you need more help, the last two sections of this user's guide provide a review of the fundamentals of accounting and show how a small business can utilize *Your Money Manager.*

To begin you will need to take stock of where you stand now. A good way to start using *Your Money Manager* is to make a list of what you know about your present finances. To do this, label four pieces of paper as follows:

- Label the first page Assets. Divide this page into three columns to show all the major things you own: (1) Cash & Equivalents; (2) Investments; and (3) Property. Label the columns with these three categories.

   In the Cash & Equivalents column, list all your cash, your checking and savings accounts and anything that can be considered a cash equivalent, such as certificates of deposit and Treasury bills. List as much information as you need to identify each item precisely, including the current balance and the next check number in your checking account. These are your Cash Accounts.

   Under the second subheading, Investments, list anything you bought with the intent to sell at a higher price, such as works of art, a house you purchased as an investment rather than as a personal residence, stamp and coin collections, etc. Include as much information as you need to identify each item precisely, such as account numbers, dates of purchase and titles.

   In the Property column, list your personal property, such as your home, car and jewelry. Include as much identifying information as you need to describe each item precisely.

**67**

MSLT_1234006

- Label the second page Liabilities. Divide this page into two columns. Label the columns Short-Term and Long-Term.

  Under the Short-Term subheading, list all debts you owe on a short-term basis (less than one year), such as credit card accounts.

  Under the Long-Term subheading, list all your long-term debts (more than one year), such as school loans, your bank mortgage and car payments.

  **NOTE:** A single debt may be both a short- and a long-term liability. For example, your car loan may be payable over three years; however, the portion payable during the current year is a short-term liability while the portion due in the second and third years is long-term. Therefore, you should list debts that fall into this category under both headings.

- Label the third page Revenue (Income). List all your sources of income, such as salary, interest, dividends, trusts and so on. Include year-to-date totals and amounts you have budgeted.

- Label the fourth page Expense. List all your expenses, such as entertainment, travel, gifts, child care, clothing, subscriptions, insurance, repairs, gas, etc. Include year-to-date totals and the amounts you have budgeted for each item.

# ▪ ASSIGNING ACCOUNT AND BUDGET CODES

Now that your total financial picture is before you on paper, the next step is to assign a number code to each category.

Although the program accepts alphabetical account codes, we recommend that you use numerical codes instead. A numerical system of account coding will allow you to recognize and use your codes quickly and makes it easy to set up subcategories of accounts. If you use the numerical codes recommended in this guide, you can easily transfer your financial information to *J. K. Lasser's Your Income Tax* software program and complete your taxes more efficiently.

Use the following numerical code list for your Budget category accounts. You must strictly adhere to these codes in order to transfer income tax data from *J. K. Lasser's Your Money Manager* to *J. K. Lasser's Your Income Tax.*

68

| ID | TYPE | BUDGET CATEGORY |
|---|---|---|
| 6000 | Revenue | Wages |
| 6010 | Revenue | Unemployment compensation |
| 6020 | Revenue | Fully taxable pensions |
| 6030 | Revenue | Alimony |
| 6040 | Revenue | Dividends |
| 6050 | Revenue | Nontaxable distributions |
| 6060 | Revenue | Other pensions |
| 6070 | Revenue | Capital gain distributions |
| 6080 | Revenue | Gain distributions |
| 6090 | Revenue | Other income |
| 6200 | Revenue | Income/loss from estates and trusts |
| 6300 | Revenue | Long-term gain/loss from installment sales |
| 6310 | Revenue | Long-term gain/loss from sale of residence |
| 6320 | Revenue | Short-term gain/loss from installment sales |
| 6330 | Revenue | Short-term gain/loss from sale of residence |
| 6500 | Revenue | All-Savers interest |
| 6510 | Revenue | Interest income from seller-financed mortgages |
| 6520 | Revenue | Interest income |
| 6530 | Revenue | Other interest income |
| 6900 | Revenue | State tax refund |
| 6910 | Revenue | Supplemental gains |
| 7000 | Revenue | Business income |
| 7010 | Revenue | Rents received |
| 7020 | Revenue | Royalties received |
| 7030 | Revenue | Farm income |
| 7040 | Revenue | Long-term gain/losses from sale of assets |
| 7050 | Revenue | Long-term gain/loss from partnerships, sub-S cor-porations |
| 7060 | Revenue | Income/loss from partnerships |
| 7070 | Revenue | Net short-term gain/loss from partnerships |
| 7080 | Revenue | Capital gain or loss |
| 7090 | Revenue | Income/loss, S corporations |
| 8000 | Expense | Wages and salaries |
| 8010 | Expense | Self-employment tax |
| 8100 | Expense | State and local income taxes |
| 8110 | Expense | Sales tax on vehicles |
| 8120 | Expense | Sales taxes |
| 8130 | Expense | Real estate taxes |
| 8200 | Expense | Interest on credit card accounts |
| 8210 | Expense | Interest expense |
| 8220 | Expense | Interest to financial institutions |
| 8230 | Expense | Interest to individuals |
| 8240 | Expense | Other interest |
| 8300 | Expense | Medicines and drugs |
| 8310 | Expense | Other medical/dental costs |
| 8320 | Expense | Transportation—medical |
| 8400 | Expense | Tax preparation fees |
| 8410 | Expense | Legal fees |
| 8500 | Expense | Employee business expenses |
| 8510 | Expense | Depreciation |
| 8520 | Expense | Commissions |
| 8530 | Expense | Advertising |
| 9000 | Expense | Auto and travel |
| 9010 | Expense | Cash contributions |
| 9020 | Expense | Cleaning |

**69**

MSLT_1234008

| ID | TYPE | BUDGET CATEGORY |
|------|---------|------------------------|
| 9030 | Expense | Casualty or theft loss |
| 9040 | Expense | Insurance |
| 9050 | Expense | Miscellaneous deduction |
| 9060 | Expense | Moving expense |
| 9070 | Expense | Contributions other than cash |
| 9080 | Expense | Penalty on savings withdrawals |
| 9090 | Expense | Repairs |
| 9100 | Expense | Supplies |
| 9120 | Expense | Union and professional fees |
| 9130 | Expense | Utilities |

70

MSLT_1234009

# ☐ Fundamentals of Accounting

The purpose of this chapter is to explain several essential accounting principles. Whether you are a novice or an experienced bookkeeper, this chapter will help you understand how *J. K. Lasser's Your Money Manager* can be used to automate your small business or personal accounting system. This chapter primarily concerns accounting for small businesses, but the principles apply equally well to personal accounts.

Accounting, whether for business or for personal use, is a means of communication. It has often been called "the language of business." Accounting is continually evolving to communicate important financial information more efficiently.

In accounting terminology, an *entity* is an organization for which accounting records are maintained. There are three major types of business entities: sole proprietorships, partnerships and corporations. Each type of business is governed by state and federal laws. The state laws can vary, so be sure to consult an attorney in your state before setting up your business. The *Your Money Manager* program is designed to meet the needs of all three types of businesses.

Although the accounting principles and concepts covered in this chapter apply to all three types of businesses, it is useful to know the differences.

A *sole proprietorship* is a business owned by an individual. Company funds, however, should be considered separately from the owner's personal funds. Thus, funds withdrawn for the owner's personal use must be accounted for properly. When creditors wish to collect, or when the business is sold, the sole proprietor is personally liable for all outstanding debts.

An unincorporated business owned by two or more persons is called a *partnership*. As in the case of the sole proprietorship, the partners are responsible for debts of the business. The partnership agreement should specify the percentage of ownership for each individual, and consequently how the profits or losses will be shared. From a legal and accounting perspective the proprietorship and partnership are very similar. Both require the keeping of timely and accurate financial records.

**71**

A *corporation* is a business that is legally distinct from the people who own it. The corporate form offers several tax and organizational advantages over sole proprietorship and partnership, and since a corporation's owners or stockholders are legally separate from the business entity, they are often protected from personal liability for its debts. Also, a corporation cannot be easily terminated by the death or illness of its managers or stockholders. Among the drawbacks of corporations are close regulation by state and federal governments and the need to file frequent reports and tax returns. *J. K. Lasser's Your Money Manager* is especially beneficial for small corporations, as it makes many of these reports readily available with a few simple keystrokes.

Accounting information is useful to many different groups, both inside and outside organizations. The information is sometimes used to make daily business decisions. *Managerial accounting* is the term used to describe the use of accounting information to assist in decision making, such as buying, planning or budgeting.

The use of financial information by outsiders for making decisions is called *financial accounting*. External users of this information are those persons who have a financial interest in the business. Investors would fall into this category, as would state or federal tax officers, colleagues and advisors, "silent" partners and family members.

For everyone involved, accounting records and reports provide financial information about the business for a particular period. They may be useful to those inside or outside the business. The accounting techniques, concepts and standards used in the preparation of these records are referred to as *generally accepted accounting principles*.

# ▪ MANUAL VS. AUTOMATED ACCOUNTING SYSTEMS

In a manual accounting system, each transaction is first recorded, then copied and recopied several times. The process begins with a *source document*, such as an invoice or a check. After the source document is prepared, the transaction is recorded in a journal and later posted in a ledger. It must then be classified and summarized by hand.

*J. K. Lasser's Your Money Manager* takes the information in a source document and stores it for use in various reports and financial statements. With *Your Money Manager*, your computer performs those tasks that otherwise must be done by hand—printing transaction reports, posting to accounts, determining account balances and printing a wide range of financial statements and reports. With *Your Money Manager*, your records are always up to date and important reports can be produced at any time.

**72**

# ▪ THE ACCOUNTING CYCLE

Most businesses generate numerous transactions each day. These transactions should be recorded daily or on a regular basis so that timely and accurate financial statements can be prepared at the end of an accounting period.

To record everyday business transactions in an orderly manner, most businesses maintain a general *journal*, or "book of original entry." This is the business's complete record of events in chronological order. A business journal should include the date, the entry amount and an explanation of each transaction. The process of recording transactions is called *journalizing*.

After this step has been completed, the transactions are recorded in the general *ledger*, or "book of final entry." This is a record of increases and decreases for specific accounts. This process demands precise accuracy, and makes it possible to find a balance for the accounts.

*Your Money Manager* compresses all of these steps into one simple operation. From an original transaction record, all affected accounts are updated, and a complete chronological list of transactions, with explanations, is available automatically.

# ▪ CLOSING ACCOUNTS

Because revenue, expense and owner's draw accounts are closable, they are called *temporary* or *nominal* accounts. Asset, liability and capital accounts are never closed and are called *permanent* accounts. Before a temporary account is closed, its balance must be zero. Closing temporary accounts is necessary to prepare financial statements or to calculate the final revenues, expenses and owner's draw for an accounting period.

With *Your Money Manager*, closing is done with a few simple keystrokes. Revenue and Expense accounts are closed by transferring their balances to a special closing account, which is used only at the end of the accounting period. If total revenues are greater than total expenses, the leftover is called *net income*. However, if total expenses are less than total revenues, the result is a *net loss*. The *Your Money Manager* Income Statement shows your net income or net loss, and thus evaluates the performance of your business for any given time period you choose. Net income or loss for the period is then automatically transferred to Net Worth on the Income Statement. The closing process increases the balance of the Owner's Capital account by the amount of net income, or decreases it by the amount of net loss. After the books are closed, Asset, Liability and Capital accounts show their current balances; Revenue and Expense accounts, however, should be at zero.

**73**

## ▪ THE BALANCE SHEET

Another essential report, the *balance sheet*, is also called the "statement of financial position" or "statement of financial condition." The balance sheet shows the financial well-being of a business at a specific date and is an expanded version of the accounting equation (page 48). On the balance sheet all similar accounts are grouped together. For example, assets are grouped in either the "current" or "fixed" category, while liabilities are either "short-term" or "long-term."

*Current assets* include cash and those items that can be converted to cash within 90 days (for example, the merchandise a storekeeper may have in inventory). *Fixed assets* are equipment, furniture, land, buildings and other items with an expected life of a year or more. *Short-term liabilities* are those debts that are payable within one year. Also, the part of a long-term debt that is payable within one year is shown as a short-term liability. A *fixed liability* is any long-term debt that is not due or payable within the upcoming year.

## ▪ SUMMARY

This chapter has been designed to provide a practical approach to understanding key accounting concepts as a means of organizing the financial records of your business. *Your Money Manager* is a management tool to keep your business on track. The key feature of *Your Money Manager* is that you, the user, do not need an accounting background to get the results you need in order to make sound business decisions. After you produce a Balance Sheet and Income Statement, you will have the information you need to choose among alternative courses for the future of your business.

# ☐ Case Study:
# The Country Kitchen
# (A Sole Proprietorship)

The Country Kitchen is a restaurant owned and operated by Ida Livingston. Ida has been in business for five years and has a small, successful operation. Her restaurant specializes in homemade baked goods, and in addition to sales at the restaurant, she sells these goods to walk-in customers at the adjoining bakery.

Ida keeps all of the Country Kitchen's records on a cash basis, and has been entering her transactions manually. She has established various accounts to show what the sales revenues and expenses are for various items. She has decided to use the same accounts with *Your Money Manager*.

## · STEP 1

Ida's property, cash and merchandise are obviously assets, and the business debts she owes are liabilities. The items the business pays for and the operating costs are expenses, and income the Country Kitchen brings in is revenue. Thus, Ida assigns the following codes to her accounts:

| | |
|---|---|
| 1100 | Business checking account—Cash & Equivalents |
| 1110 | Business savings account—Cash & Equivalents |
| 1150 | Owner's checking account—Cash & Equivalents |
| 1200 | Petty cash fund—Cash & Equivalents |
| 2000 | Building on Main St.—Property |
| 2100 | Restaurant furniture—Property |
| 2200 | Kitchen appliances—Property |
| 3000 | Loan from bank, 9 years—Long-Term Liability |
| 3010 | Social Security taxes payable—Short-Term Liability |

**75**

MSLT_1234014

3020   Withholding taxes payable—Short-Term Liability
3100   Loan from bank, this year's debt—Short-Term Liability
3200   Charge card—Short-Term Liability
3300   Self-employment tax—Short-Term Liability
4000   Restaurant sales—Revenue
4100   Sales from bakery—Revenue
5000   Advertising—Expense
5100   Office supplies—Expense
5200   Employee payroll—Expense
5300   Utilities—Expense
5400   Telephone—Expense
5500   Business insurance—Expense
5600   Medical/dental insurance—Expense
5700   Interest on credit cards—Expense
5800   Legal fees—Expense
6000   Miscellaneous food items—Expense
6100   Meat—Expense
6200   Flour and pastry goods—Expense
6300   Dairy items—Expense
6400   Soft drinks—Expense
6500   Wine and beer—Expense
6600   Paper products—Expense
7100   State and local taxes—Expense
7200   Property taxes—Expense

## ▪ STEP 2

Ida wants a printed copy of the accounts to review for accuracy. At the Main Menu she selects P—Print Reports/Graphs/Checks, and then L—List Accounts & Budgets. To print a complete list of her accounts she chooses C—Complete (all IDs). A complete list of all the accounts she enters is printed out.

## ▪ STEP 3

To begin entering transactions she first has to get all her source documents ready. She gathers her checks, invoices and any other records that are applicable. Starting at the Main Menu, she chooses E—Enter Transactions. Since she is just beginning her records she wants to use each transaction category, and so she begins with the first, Payment Transactions. The following are the transactions:

76

1. *Payment Transactions:* Ida paid for a delivery of chickens last week. She records the check she wrote (#101) for $55.00.



**Payments Form**

77

MSLT_1234016

2. *Deposit Transactions:* Last week the restaurant's sales were $3503.15, and so Ida records the deposit of this amount that she made to her business checking account. The deposit record shows the account to be credited (1100, Business Checking account), the date and the source of the funds being deposited (account 4000, Restaurant Sales). Because the Allocation account she specifies (account 4000) is a Revenue account, that account is automatically credited with an increase equal to the amount of the deposit.



```
Your Money Manager   Function: DEPOSITS                    January 28, 1985

        ┌─DEPOSITS─────────────────────────────────────────────────┐
        │ Account: 1100                    Date: JAN 22, 85         │
        │ Source of funds                  Amount   Allocation      │
        │ Restaurant sales                 3503.15      4000        │
        │                                                           │
        │                     .   Total:   3503.15                  │
        └───────────────────────────────────────────────────────────┘


        ┌───────────────────────────────────────────────────┐
        │  1100 Checking                      4023.15         │
        └───────────────────────────────────────────────────┘


  What is the source of this deposit?

  Esc: Quit   F10: Confirm
```

**Deposits Form**

78

3. *Charge Transactions:* Ida used the Country Kitchen's charge card to charge $22.00 worth of office supplies at Bob's Stationers. She now records a transaction charge for the Charge account (3200), and allocates the full amount to Office Supplies (5100).



**Charges Form**

79

4. *Other Transactions*: Because Other Transactions is useful for record-
ing transactions that involve a number of allocations or details, Ida
uses it for petty cash transactions and reconciliation. The first entry,
as shown below, is a deduction for the full amount she put in the petty
cash fund to start with, $20.00. Then the cost of every purchase from
the fund is recorded, as shown. The amount remaining in this trans-
action must always equal zero. Any leftover portion is expensed to an
Over and Short account so that the balance remaining equals zero.
(The Over and Short account is a place to record discrepancies that
occur in the petty cash account.)



**Other Transactions Form**

5. *Automatic Transactions:* Each month Ida pays the bank $110.00 on a business loan. To record this automatically without entering the information each time, she establishes an Automatic Transaction. She must give the transaction a name (in this case, "AUTO"), provide a description ("automatic monthly loan payment") and identify the type of transaction (payment), the account to deduct the funds from (1100, Business Checking account) and the account to which it is allocated (3100, Loan from Bank). She also uses an Automatic Transaction for the insurance premium that is deducted each month from the checking account.

```
Your Money Manager    Function: AUTOMATIC TRANSACTIONS          January 28, 1985


     ┌─AUTOMATIC TRANSACTION DEFINITION ─────────────────────────┐
     │ Name: AUTO Description: automatic monthly loan payment  Type: P │
     │ Acct: 1100                              Amt:      110.00   │
     │ Payee/Source: Bank of California        Allocation: 3100   │
     └───────────────────────────────────────────────────────────┘




    Save Automatic Transaction Definition (Y or N)?
    Y: Yes  N: No
```

Automatic Transactions Form

After entering the transactions for the month, Ida wants to double-check her entries and to see how her business is doing. To do this, she selects Print Reports/Graphs/Checks, an option of the Main Menu.

81

## ▪ STEP 4

There are five choices on this menu, and Ida chooses Transaction Reports. From the Transaction Reports menu, Ida chooses Deposits Report. Ida then must decide whether she wants a year-to-date printout or one for a certain period. Ida chooses the current month only, January, and prints a report of all the Deposit Transactions for the month.



**Deposits Report Printout**

82

To see how well her business is doing, Ida produces graphs of her Revenue and Expense accounts. She can see the budgeted figures for the cost of operations and how she brought in cash by managing the expenses. Revenues and Expenses can each be shown in two ways, either by Trends or Distribution. A Trends graph gives the overall picture, while a Distribution graph shows the amount in each account. Each graph compares the actual amounts with the amounts that were budgeted. Ida begins with a graph of her expense accounts.



**Expense Trend Graph**

## ▪ STEP 5

Since Ida has just received her bank checking statement, which covers the period from the 25th of the previous month to the 24th of this month, she needs to make sure that the balance in the account coincides with the cash balance in her records. Therefore, she prepares a reconciliation.

She begins by choosing Reconcile Accounts from the Main Menu. She enters her checking account code, 1100. After checking every transaction, she completes the Reconciliation Summary by filling in the ending statement balance, service charges if any and the interest earned (using the proper Account Codes). The current balance from the Country Kitchen's checking account is provided. Next is an amount for the outstanding items. *Your Money Manager* then calculates the projected statement balance, which is equal to the current balance less any outstanding items.

83

▪ **STEP 6**

Ida has a few more details to take care of before completing the month's transactions. Before proceeding to the next month, it is customary to close the books for the current month. Therefore, Ida first makes a backup copy of the current month's disk with all the transactions and then closes the month by selecting the appropriate System Utility option.

· Ida has now completed the accounting cycle on her new system. She has entered every transaction, including payments, deposits and charges. The entries have been checked for errors. She has completed a set of financial statements to show the productivity and potential of her business. She can use all of this information in her analysis and planning for the Country Kitchen. She has closed out the month's transactions and is ready to begin the next month's accounting cycle with *Your Money Manager*.

84

# Glossary

*Account:*  Refers to both Assets and Liabilities. Account information gathered throughout the year is used in preparing Financial Statements.

*Account Code:*  The four-character numbers or letters that identify a specific Account or Budget category.

*Account Type:*  Refers to a specific type of Asset or Liability account. Account Types include Cash or Equivalents, Investment, Property, Short-Term Liabilities and Long-Term Liabilities.

*Actual Amounts:*  The precise total of all transactions entered for a particular Revenue or Expense Budget category.

*Allocation:*  Amounts from payments, deposits, credit card charges and other transactions that you distribute to a particular Account or Budget category via the Allocation field.

*Assets:*  Things you own, such as cash, your car, house or personal property.

*Automatic Transaction:*  A payment, deposit, charge or other transaction that occurs repeatedly. Automatic Transactions may be stored in *J. K. Lasser's Your Money Manager* with or without amounts.

*Budget Category:*  An umbrella term that represents Revenue and Expense categories.

*Budget:*  An amount you expect to earn or spend.

*Cash or Equivalents:*  All of your cash, checking and savings accounts and anything that is equivalent to cash, such as certificates of deposit.

*Category:*  An all-inclusive term used to identify Account and Budget groupings.

*Chart of Accounts:*  Accounting terminology for your list of Account and Budget categories, including their four-character letter or number codes.

*Comparative Statement:*  A Balance Sheet or Income Statement used to compare two different periods.

*Earned Interest:*  An amount of money earned on any reconcilable account, such as a checking or savings account.

*Expenditure:*  An amount of money that you spent.

*Expense Category:*  A subgroup in the Budget category that is used in preparing a portion of your income tax return and Financial Statement.

*Field:*  A space on a form that is used to enter, edit or delete information.

*Financial Statements:*  A general term for the following reports: Statement of Financial Position, Income Statement and Statement of Changes in Financial Position.

*Income Statement:*  A report depicting an individual's current period and year-to-date total of Revenues and Expenses.

*Interest:*  An amount earned or paid on an Asset or Liability account for lending or borrowing money.

**85**

MSLT_1234024

**Investment:** Anything you buy with the intent to sell at a higher price after a one-year period, such as works of art, a house you purchase as an investment rather than as personal residence, stamps and coins for your collections, etc.

**Liability:** The debts you owe on a long-term or short-term basis.

**Long-Term Liability:** Any debt that you will not begin repaying for one year or more.

**Multiple Allocation:** A process required when a payment, deposit or a charge needs to be distributed among several different Account or Budget categories.

**Net Income:** The final figure in the Income Statement when Revenues exceed Expenses.

**Net Worth:** The final figure in the Statement of Financial Position when Assets exceed Liabilities.

**Payee:** The person or institution that receives payment.

**Property:** Those of your possessions, such as home, car, jewels and antiques that you do not expect to sell within a year.

**Reconcile:** To match the account balance in *J. K. Lasser's Your Money Manager* with the balance on statements provided by your bank, creditors or saving institutions.

**Revenue:** Your income, such as salary, interest, dividends, trusts, etc.

**Service Charge:** An amount charged by a financial institution to maintain or subscribe to your account.

**Short-Term Liability:** Any debt payable within one year, or a short-term portion of a long-term debt.

**Single Allocation:** An amount from a payment, deposit or charge transaction that you assign to only one Account or Budget category.

**Source:** The origin of a deposit. For example, your employer is the source of your wages.

**Statement of Changes in Financial Position:** A printed report that shows the changes in your Cash & Equivalents and Short-Term Liabilities over a period of time.

**Transaction:** Any occurrence that affects the balance in at least two Account and/or Budget categories.

**86**

MSLT_1234025

# Technical Service Number

### *FOR ADDITIONAL HELP*

If you have questions or need more help, call
our Technical Support Center.

(201) 592-2900

87

MSLT_1234026

MSLT_1234027

# Notes

Personal Expenses

9140   Food + Household
9150   Support
9160   Rent
9170   Gift
9180   Laundry + Dry Cleaning
9190   Misc Personal
9200   Dues
9210   Clothes
9220   Xmas/Birthday

Cash & Equivalents

1100 — Cash
1110 — 3 mo Money Mkt
1120 — Brokerage Savings
1140 — Fidelity Cat
1150 — Test CD
1160 — Morgan BASE
1170 — Cash Deposit

1200 — Loans to S. Case