# EXHIBIT I

# Windows Version History

This article was previously published under Q32905

1.x 2.x 3.00 3.00a 3.10 3.11
WINDOWS
kbdisplay kbnetwork kbref kbsound

Article ID   : 32905
Last Review : July 19, 2005
Revision     : 3.2

The following is a product history for Microsoft Windows versions 1.x, 2.03, 2.1, 2.11, 3.0, 3.0a, 3.1, and 3.11:

```
    Version    Date      Requirements
    -------    ----      ------------

    1.01       11/85     - MS-DOS version 2.0
                         - Two double-sided disk drives or a hard disk
                         - 256K of memory or greater
                         - Graphics-adapter card

    1.03       8/86      Requirements

                         - MS-DOS version 2.0
                         - Two double-sided disk drives or a hard disk
                         - 320K of memory or greater
                         - Graphics-adapter card

                         Changes:

                         - MS-DOS version 3.2 support
                         - Enhanced keyboard support
                         - AT&T 6300 and AT&T 6300 Plus support
                         - 14-, 18-, and 24-point sizes added to
                           TimesRoman and Helvetica fonts
                         - Generic/Text Only printer driver added
                         - PostScript printer driver added
                         - .WRI extension used for Windows Write files
                           (version 1.01 used .DOC extension)
                         - Support for all features of the international
                           version

    DDL        1/87      Windows Device Driver Library Volume 1

                         Additional support for display devices,
                         printers, and pointing devices added

    1.04       4/87      Requirements

                         - MS-DOS version 2.0
                         - Two double-sided disk drives or a hard disk
                           320K of memory or greater
                         - Graphics-adapter card

                         Changes

                         - IBM Personal System/2 support
                         - COMM.DRV revised to support ept port for IBM
                           3812 Pageprinter
                         - HP downloadable soft font support

    2.03       11/87     Requirements

                         - MS-DOS version 3.0
                         - Two double-sided disk drives or a hard disk
                         - 512K of memory or greater
                         - Graphics-adapter card

                         Changes

                         - Overlapping windows instead of tiled windows
                         - LIM Version 4.0 expanded memory support
```

http://support.microsoft.com/kb/32905                                      9/3/2007

Exhibit I Page 175                                          MSLT_1235311

- Dynamic Data Exchange (DDE) support
- SMARTDrive disk-cache program included
- Revised .FON format for screen fonts
- NEWFON.EXE included to convert 1.x font
  format to 2.x font format
- Revised Paint file format
- CVTPAINT.EXE included to convert 2.x
  Paint file format to 1.x format
- About command moved to File menu from System
  menu
- Printer Timeouts option added to Control
  Panel
- Mouse Acceleration option added to Control
  Panel
- Warning Beep toggle added to Control Panel
- Notepad About command reports
- Remaining Free Space
- 3812 Pageprinter no longer supported

2.10    5/27/88    Requirements

- 512K Memory
- MS-DOS version 3.0 or later
- One floppy-disk drive AND one hard disk (note
  that a hard disk is now required)
- Graphics adapter card (the box notes: IBM
  EGA, IBM VGA, IBM 8514, IBM CGA, Hercules
  Graphics Card, or compatibles)
- Use of the Microsoft Mouse is optional
- Packaged with 5.25-inch 1.2 megabyte
  disks OR 3.5-inch 720K disks, plus an
  order form for free 360K 5.25-inch disks

Changes

- New HIMEM.SYS driver allowing the use of the first
  64K of extended memory to store part of Windows,
  giving approximately 50K additional conventional
  memory inside Windows
- Support for approximately 65 more printers than
  version 2.03, bringing the total supported
  printers to approximately 127
- Support for additional computers
- Support for additional display devices

2.11    3/13/89    Requirements

Same as Version 2.1

Changes

- Accounts for memory freed by XMS when computing
  the maximum swap size allowed
- Increased minimum bankable memory required for
  large frame EMS
- Setup program no longer terminates when
  incompatible driver is encountered
- Setup corrected to permit set up on 512K machine
  with MS-DOS version 3.3
- Updated COMM.DRV to solve handshaking problems at
  9600 bits per second (BPS)
- Updated HPPCL.DRV driver that supports LaserJet
  series IID, Olivetti LP 5000, Toshiba
- PageLaser 12, and Intel Visual Edge
- Updated PSCRIPT.DRV driver that supports
  Olivetti LP 5000 in PostScript mode
- Printing speed increased
- Windows/386 WINOLDAP.MOD modified to support high-
  resolution displays

Additions

- AppleTalk library (must accompany the new
  PostScript driver)
- Toshiba 24-pin printer driver
- 8514/a driver for Windows/386
- /E switch to adjust large frame EMS threshold


3.0     5/22/90     Requirements

2.11 requirements plus the following:

- MS-DOS 3.1 or higher
- 640K Conventional Memory
- 256K Extended Memory

Changes

- Windows runs in protected mode -- direct extended
  memory access
- 386 enhanced mode virtual memory provides more
  memory than physically in RAM by swapping blocks
  of RAM to the hard drive.
- Color palette managed by Windows 3.0
- Device-independent color bitmap support
- Improved network support
- New dialog boxes, system fonts, and menus
- Graphical environment
- New HIMEM.SYS XMS (spec. 2.0) driver. 16 MB
  support
- EMM386.SYS expanded memory manager
- 32 printer drivers supporting 170 different
  printers -- including HP LaserJet III series
- MS-DOS programs run in a window
- Three mode operation (real, standard, 386
  enhanced).
- Icon-based Program Manager
- Tree-structured File Manager
- Asymetrix Daybook 1.0a bundled

3.00a   10/31/90    Requirements

Same as Windows 3.0

Changes

- Maintenance release of 3.0 focusing on very
  specific problems with:

    Networking
    Dynamic Data Exchange
    Low-memory conditions
    Setup
    Extended character support for printers

- Retail package shipped with Windows Q&A booklet

3.00a
Multimedia    Fall
Extensions    1991     Requirements

Multimedia PC (MPC) Specifications:

- 80386 sx or dx IBM compatible
- 2 megabytes RAM
- VGA or higher (16 color minimum)
- 30 Megabyte hard drive
- CD-ROM (with audio output support)

Exhibit I Page 177                                    MSLT_1235313

- 2-button mouse
- Audio hardware

Changes

- Available only through hardware OEM
- New device drivers to connect with specific MPC hardware.
- Introduced Media Control Interface (MCI)
- Enhanced Control Panel includes screen saver, video driver icon (Drivers), joystick control, driver installer, event based sound control, and MIDI mapping control
- New Accessories: MPC Alarm Clock, Media Player,
- Sound Recorder

3.10    4/6/92    Requirements

- MS-DOS 3.1 or later
- IBM compatible 80286 or higher (386 recommended)
- 640K Conventional memory
- 256K extended memory (XMS v 2.0 or higher)
- 1024K extended memory recommended on 80286
- 2048K extended memory recommended on 80386
- 5.25-inch (high density) or 3.5-inch floppy drive
- Fixed drive with 6 megabytes free (10 megabytes recommended)
- EGA, VGA, SVGA, XGA, 8514/A, or Hercules video card or 100% compatible card, and monitor
- Mouse recommended

Changes

- Available in upgrade or full package (upgrade does not require earlier version)
- Improved Setup program offers express, custom, network, and troubleshooting setup
- Computer-based Windows 3.1 tutorial
- Consistent dialog boxes
- Improved online Help
- OLE Drag and drop, OLE support in many applications
- Improved File Manager
- Improved printer support through use of UNIdriver
- New video drivers support MS-DOS graphics in a window
- WD1003 virtual hard drive controller
- Virtual memory changeable in Control Panel
- Standard and enhanced mode operation only
- TrueType scalable font support
- Includes multimedia extensions (inclusions)
- Includes new SMARTDrive version 4.0, HIMEM XMS manager 3.0, new EMM386.EXE
- Standard mode can now run with EMM386.EXE running
- Documentation includes "Getting Started" manual
- 266 different types of printers supported

3.11    12/31/93    Requirements

- Same as version 3.1

Changes

- Certificate of Authenticity
- More sophisticated hologram and an MS (3M) sticker on box
- An 800 number to call (in the United States & Canada) and check for product legitimacy
- Updated drivers

Exhibit I Page 178                                    MSLT_1235314

```
- Five updated core files
- NetWare support files (from Novell)
```

**APPLIES TO**

- Microsoft Windows 2.03 Standard Edition
- Microsoft Windows 2.1 Standard Edition
- Microsoft Windows 2.11 Standard Edition
- Microsoft Windows 3.0 Standard Edition
- Microsoft Windows 3.1 Standard Edition
- Microsoft Windows 3.11 Standard Edition

**Keywords:** KB32905

© 2007 Microsoft Corporation. All rights reserved.