# EXHIBIT L

Exhibit L page 227

```
Your Money Manager    Function: PAYMENTS                    January 1, 1984

  PAYMENTS
  Account: ▮   Check: ▮0        Date: JAN 1, 84
  Payee: ▮                       Amt:      0.00
  Memo:  ▮                       Allocation: ▮
  Mark for later check printing (Y or N): ▮
```