# EXHIBIT N



Exhibit N page 229