# EXHIBIT O







Exhibit D page 232