1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Fish & Richardson P.C.
3  12390 El Camino Real
   San Diego, California 92130
4  Telephone:  (858) 678-5070
   Facsimile:  (858) 678-5099
5
   Attorneys for Intervenor/Counter-claimant
6  and Plaintiff/Counter-defendant
   MICROSOFT CORPORATION
7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  LUCENT TECHNOLOGIES INC., | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases: |
| 12       Plaintiff and Counterclaim-defendant, | 02-CV-2060 B (CAB) |
| 13  v. | 03-CV-0699 B (CAB) and 03-CV-1108 B (CAB) |
| 14  GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY | |
| 15  COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWBUNGA | **NOTICE OF APPEARANCE OF OWAIS A. SIDDIQUI** |
| 16  ENTERPRISES, INC., | |
| 17       Defendants and Counter-claimants, | |
| 18  and | Courtroom:  13 Judge:  Honorable Marilyn L. Huff |
| 19  MICROSOFT CORPORATION, | |
| 20       Intervenor and Counter-claimant, | |
| 21  MICROSOFT CORPORATION, | |
| 22       Plaintiff and Counter-defendant, | |
| 23  v. | |
| 24  LUCENT TECHNOLOGIES INC., | |
| 25       Defendant and Counter-claimant, | |

26
27
28

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC., |
| 2 |     Plaintiff, |
| 3 | v. |
| 4 | DELL, INC., |
| 5 |     Defendant. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Owais A. Siddiqui of FISH & RICHARDSON, PC, files this Notice of Appearance in the above captioned matter on behalf of Microsoft Corporation. Mr. Siddiqui is admitted to practice in the Southern District of California and his California Bar number is 230004.

Dated:  November 30, 2007         FISH & RICHARDSON P.C.

By:  s/Owais A. Siddiqui
John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Owais A. Siddiqui (SBN 230004)
siddiqui@fr.com

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 30, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

 s/Owais A. Siddiqui
Owais A. Siddiqui (SBN 230004)
siddiqui@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION