1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Owais Siddiqui (SBN 230004)
3  Fish & Richardson P.C.
   12390 El Camino Real
4  San Diego, California  92130
   Telephone:    (858) 678-5070
5  Facsimile:    (858) 678-5099

6  Stephen P. McGrath (SBN 202696)
   Microsoft Corporation
7  One Microsoft Way
   Redmond, WA  98052
8  Telephone:    (425) 882-8080
   Facsimile:    (425) 936-7329
9
   Attorneys for Intervenor/Counter-claimant
10 and Plaintiff/Counter-defendant
   MICROSOFT CORPORATION

11
12                     UNITED STATES DISTRICT COURT
13                    SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases: |
| 15       Plaintiff and Counterclaim-defendant, | 02-CV-2060 B (CAB) |
|         | 03-CV-0699 B (CAB) |
| 16  v. | 03-CV-1108 B (CAB) |
| 17  GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY | **MICROSOFT CORPORATION'S NOTICE OF MOTION AND MOTION** |
| 18  COMPANIES, INC., GATEWAY MANUFACTURING LLC and | **FOR SUMMARY JUDGMENT OF OBVIOUSNESS OF U.S. PATENT NO.** |
| 19  COWABUNGA ENTERPRISES, INC., | **5,347,295** |
| 20       Defendants and Counter-claimants, | Date:         January 7, 2008 |
|         | Time:         10:30 a.m. |
| 21  and | Courtroom:    13 |
|         | Judge:        Honorable Marilyn L. Huff |
| 22  MICROSOFT CORPORATION, | |
| 23       Intervenor and Counter-claimant, | |
| 24  MICROSOFT CORPORATION, | |
| 25       Plaintiff and Counter-defendant, | |
| 26  v. | |
| 27  LUCENT TECHNOLOGIES INC., | |
| 28       Defendant and Counter-claimant, | |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 | Defendant. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** Microsoft Corporation ("Microsoft") will and hereby does move the Court for Summary Judgment of Obviousness of U.S. Patent No. 5,347,295. The instant motion is based upon the Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Obviousness of U.S. Patent No. 5,347,295 (which accompanies this filing), the Declaration of Owais A. Siddiqui with exhibits (which accompanies this filing), the Federal Rules of Civil Procedure, the files and records in this action, and any and all other materials submitted to the Court on or before the time of its decision in this matter.

Dated: November 30, 2007        FISH & RICHARDSON P.C.


                                          By:  s/Owais A. Siddiqui
                                              John E. Gartman (SBN 152300)
                                              Juanita R. Brooks (SBN 75934)
                                              Roger A. Denning (SBN 228998)
                                              Owais A. Siddiqui (SBN 230004)
                                              siddiqui@fr.com

                                              Attorneys for Intervenor/Counter-claimant
                                              and Plaintiff/Counter-defendant
                                              MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 30, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    s/ Owais A. Siddiqui
Owais A. Siddiqui
siddiqui@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION