1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Owais Siddiqui (SBN 230004)
3  Fish & Richardson P.C.
   12390 El Camino Real
4  San Diego, California  92130
   Telephone:    (858) 678-5070
5  Facsimile:    (858) 678-5099

6  Stephen P. McGrath (SBN 202696)
   Microsoft Corporation
7  One Microsoft Way
   Redmond, WA  98052
8  Telephone:   (425) 882-8080
   Facsimile:    (425) 936-7329
9
   Attorneys for Intervenor/Counter-claimant
10 and Plaintiff/Counter-defendant
   MICROSOFT CORPORATION
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWBUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counter-claimant, | Case No. 07-CV-2000 H (CAB)<br>consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB) and<br>03-CV-1108 B (CAB)<br><br>**DECLARATION OF OWAIS A. SIDDIQUI IN SUPPORT OF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF OBVIOUSNESS OF U.S. PATENT NO. 5,347,295**<br><br>Date:        January 7, 2008<br>Time:       10:30 a.m.<br>Courtroom:  13<br>Judge:       Honorable Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant and Counter-claimant, | |

1  LUCENT TECHNOLOGIES INC.,
2       Plaintiff,
3  v.
4  DELL, INC.,
5       Defendant.

6

7       I, Owais A. Siddiqui, provide the following declaration in the above-captioned matter based
8  on my own personal knowledge except where stated otherwise, and if called to do so, could and
9  would competently testify as follows:
10      1.      I am an attorney in the law firm of Fish & Richardson P.C., counsel of record for
11 Intervenor and counter-claimant Microsoft Corporation in the above entitled matter.
12      2.      Attached as Exhibit A is a true and correct copy of U.S. Patent 5,347,295 bearing
13 bates numbers MSLT_1044744-MSLT_1044828.
14      3.      Attached as Exhibit B is a true and correct copy of a paper titled FIDS – A Flat-
15 Panel Interactive Display System by Arto Kankaanpaa bearing bates numbers MSLT_1230903-
16 MSLT_1230914.
17      4.      Attached as Exhibit C is a true and correct copy of U.S. Patent 4,845,478 bearing
18 bates numbers MSLT_1231379-MSLT_1231391.
19      5.      Attached as Exhibit D is a true and correct copy of excerpts from the Supplemental
20 Expert Report of John Kelly re Invalidity of the 295 Patent dated September 14, 2007.
21      6.      Attached as Exhibit E is a true and correct copy of U.S. Patent 5,060,135 bearing
22 bates numbers MSLT_1232286-MSLT_1232314.
23      7.      Attached as Exhibit F is a true and correct copy of a paper titled Text Editing On A
24 Graphic Display Device Using Hand-Drawn Proofreader's Symbols by Michael Coleman bearing
25 bates numbers MSLT_1230606-MSLT_1230612.
26      8.      Attached as Exhibit G is a true and correct copy of a paper titled The Evolution of
27 the SSSP Score Editing Tools by William Buxton bearing bates numbers MSLT_1232392-
28 MSLT_1232406.

1     9.     Attached as Exhibit H is a true and correct copy of excerpts from the Supplemental Expert Report of Jean Renard Ward re the 295 Patent dated October 12, 2007.

    10.     Attached as Exhibit I is a true and correct copy of Docket No. 172, Order Construing Claims for U.S. Patent No. 5,347,295.

    11.     Attached as Exhibit J is a true and correct copy of excerpts from the Expert Report of Jean Renard Ward re the '295 Patent dated May 12, 2006.

    12.     Attached as Exhibit K is a true and correct copy of excerpts from the deposition transcript of Jean Renard Ward dated November 16, 2007.

    13.     Attached as Exhibit L is a true and correct copy of excerpts from the deposition of John Kelly dated November 9, 2007.

    14.     Attached as Exhibit M is a true and correct copy of excerpts from the Expert Report of Jean Renard Ward re the '295 Patent dated March 31, 2006.

    15.     Attached as Exhibit N is a true and correct copy of excerpts from the Expert Report of John Kelly dated March 31, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2007, in San Diego, California.

                                       _s/ Owais A. Siddiqui_
                                       Owais A. Siddiqui (SBN 230004)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 30, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

   s/Owais A. Siddiqui
Owais A. Siddiqui (SBN 230004)
siddiqui@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

# EXHIBIT LIST
# TABLE OF CONTENTS

| Exhibit | Page No(s). |
|---|---|
| EXHIBIT A – U.S. Patent 5,347,295 bearing bates numbers MSLT_1044744-MSLT_1044828 | 1-40 |
| EXHIBIT B - A paper titled FIDS – A Flat-Panel Interactive Display System by Arto Kankaanpaa bearing bates numbers MSLT_1230903-MSLT_1230914 | 41-52 |
| EXHIBIT C - U.S. Patent 4,845,478 bearing bates numbers MSLT_1231379-MSLT_1231391 | 53-65 |
| EXHIBIT D - Excerpts from the Supplemental Expert Report of John Kelly re Invalidity of the 295 Patent dated September 14, 2007 | 66-151 |
| EXHIBIT E – U.S. Patent 5,060,135 bearing bates numbers MSLT_1232286-MSLT_1232314 | 152-180 |
| EXHIBIT F - A paper titled Text Editing On A Graphic Display Device Using Hand-Drawn Proofreader's Symbols by Michael Coleman bearing bates numbers MSLT_1230606-MSLT_1230612 | 181-187 |
| EXHIBIT G - A paper titled The Evolution of the SSSP Score Editing Tools by William Buxton bearing bates numbers MSLT_1232392-MSLT_1232406 | 188-202 |
| EXHIBIT H - Excerpts from the Supplemental Expert Report of Jean Renard Ward re the 295 Patent dated October 12, 2007 | 203-214 |
| EXHIBIT I - Docket No. 172, Order Construing Claims for U.S. Patent No. 5,347,295 | 215-226 |
| EXHIBIT J - Excerpts from the Expert Report of Jean Renard Ward re the '295 Patent dated May 12, 2006 | 227-229 |
| EXHIBIT K - Excerpts from the deposition transcript of Jean Renard Ward dated November 16, 2007 | 230-232 |
| EXHIBIT L - Excerpts from the deposition of John Kelly dated November 9, 2007 | 233-234 |
| EXHIBIT M - Excerpts from the Expert Report of Jean Renard Ward re the '295 Patent dated March 31, 2006 | 235-237 |
| EXHIBIT N – Excerpts from the Expert Report of John Kelly dated March 31, 2006 | 238-240 |