# EXHIBIT A



US005347295A

# United States Patent [19]

Agulnick et al.

[11] Patent Number: **5,347,295**

[45] Date of Patent: **Sep. 13, 1994**

[54] **CONTROL OF A COMPUTER THROUGH A POSITION-SENSED STYLUS**

[75] Inventors: **Todd Agulnick**, Newton Centre, Mass.; **Robert Carr**, San Francisco, Calif.; **Tony Hoeber**, Woodside, Calif.; **S. Jerrold Kaplan**, San Francisco, Calif.; **David R. Low**, Oakland, Calif.; **Michael Ouye**, Palo Alto, Calif.

[73] Assignee: **GO Corporation**, Foster City, Calif.

[21] Appl. No.: **610,231**

[22] Filed: **Oct. 31, 1990**

[51] Int. Cl.⁵ ............................................. G09G 5/00
[52] U.S. Cl. ........................................ **345/156**; 345/179
[58] Field of Search ..................... 382/13, 14, 57, 59, 382/40; 178/18, 19; 340/706, 707, 709; 345/156, 179

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,699,439 | 10/1972 | Turner .............................. 324/71.1 |
| 3,832,693 | 8/1974 | Ishizaki et al. ................... 364/900 |
| 4,016,542 | 4/1977 | Azure .............................. 364/900 |
| 4,055,726 | 10/1977 | Turner et al. .................... 178/18 |
| 4,071,691 | 1/1978 | Pepper, Jr. ....................... 178/19 |
| 4,112,415 | 9/1978 | Hilbrink .......................... 382/13 |
| 4,129,747 | 12/1978 | Pepper, Jr. ....................... 178/18 |
| 4,177,354 | 12/1979 | Mathews ........................... 178/19 |
| 4,184,147 | 1/1980 | Seelbach .......................... 382/13 |
| 4,198,539 | 4/1980 | Pepper, Jr. ....................... 178/18 |
| 4,262,281 | 4/1981 | Buckle et al. ..................... 382/13 |
| 4,293,734 | 10/1981 | Pepper, Jr. ....................... 178/18 |
| 4,302,011 | 11/1981 | Pepper, Jr. ....................... 178/19 |
| 4,318,096 | 3/1982 | Thornburg et al. ................. 360/706 |
| 4,353,552 | 10/1982 | Pepper, Jr. ....................... 382/13 |
| 4,365,235 | 12/1982 | Greanias et al. .................. 382/13 |
| 4,371,746 | 2/1983 | Pepper, Jr. ....................... 178/18 |
| 4,456,787 | 6/1984 | Schlosser et al. ................. 178/19 |
| 4,475,239 | 10/1984 | van Raamsdonk .................... 382/52 |
| 4,520,357 | 5/1985 | Castleberry et al. ............... 340/703 |
| 4,641,354 | 2/1987 | Fukunaga et al. .................. 382/13 |
| 4,672,677 | 6/1987 | Yamakawa ......................... 382/13 |
| 4,679,241 | 7/1987 | Lukis ............................. 382/13 |
| 4,680,430 | 7/1987 | Yoshikawa et al. ................. 178/19 |
| 4,680,804 | 7/1987 | Kuzunuki et al. .................. 382/13 |
| 4,764,885 | 8/1988 | Greanias et al. .................. 364/571 |

| | | |
|---|---|---|
| 4,786,765 | 11/1988 | Yamanami et al. .................. 178/19 |
| 4,831,556 | 5/1989 | Oono .............................. 364/521 |
| 4,839,634 | 6/1989 | More et al. . |
| 4,972,496 | 11/1990 | Sklarew .......................... 382/13 |
| 5,050,105 | 9/1991 | Peters ............................ 340/734 |
| 5,053,758 | 10/1991 | Cornett et al. ................... 340/712 |
| 5,151,950 | 9/1992 | Hullender . |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0203324 | 3/1986 | European Pat. Off. . |
| 0242598 | 10/1987 | European Pat. Off. . |
| 0254561 | 1/1988 | European Pat. Off. . |
| 2117154 | 10/1983 | United Kingdom . |
| 2193023 | 1/1988 | United Kingdom ........ 382/13 |

## OTHER PUBLICATIONS

IBM Technical Disclosure Bulletin, "Object–Picking Method by Hierarchical Hand–Marking," vol. 30, No. 9, pp. 348–350, Feb. 1988 (New York).
GRiD Systems Corporation, "GRiDPAD Computer Owner's Guide" (1989–1990, California).
Wacom Co., Ltd., "User Manual for SD–510 A5 Type Digitizer" (Jul. 1988; place of publication unknown).
Linus Technologies, Inc., LINUS Write–Top User's Guide (1987 Virginia).
PC Magazine, "Digitizing Tablets/Pointing the Way to Easier Input" by Winn L. Rosch (1989 U.S.A.).

*Primary Examiner*—Jeffery Brier
*Attorney, Agent, or Firm*—Matthew C. Rainey; Amir H. Raubvogel

[57] **ABSTRACT**

A notebook computer which is controlled by a stylus executing gestures on the computer screen. The stylus and the computer include complementary electronic circuitry by which the proximity of the stylus tip to the computer is sensed. The proximity sensing is used to detect to approach of the stylus tip to the computer screen, and gestural commands are then entered on the screen by moving the stylus. The entry of a command is terminated by removing the stylus tip from proximity with the screen, which is detected by the computer, which then implements the command. Alternative methods of implementing the commands include time-outs and command termination buttons.

**46 Claims, 73 Drawing Sheets**



MSLT_1044744

**U.S. Patent**       Sep. 13, 1994       Sheet 1 of 73       5,347,295



Fig. 1

MSLT_1044745



Fig. 2

MSLT_1044746



Fig. 3

MSLT_1044747



Fig. 4

MSLT_1044748

Fig. 5

MSLT_1044749

Fig. 6

MSLT_1044750

Fig. 7

MSLT_1044751

390                        440

┌─────────────────────────────────────────┐
│ ▨        Application                    6 │
├─────────────────────────────────────────┤
│ Document  Edit  Insert  Case  Format      │
├─────────────────────────────────────────┤

    The present invention describes methods and
apparatus for a stylus-driven computer.  Said computer
presents the behavior of a multi-page notebook including
visible pages, page-turn effects, tabbed bookmarks along
one or more edge, "floating" pages temporarily removed
from their notebook location, a table-of-contents, and
contents of sub-sections.  Each page in the notebook
contains one document which may contain many physical
pages when printed.  These pages are analogous to data
files in other computers and may contain different types of
documents such as text, drawings, FAX images, or
specialized forms.  Some information (such as the "Help
Information") is contained in separate notebooks with all of
the features listed above.  The primary means of control of
the computer is a rich set of gestures with the stylus over
almost any object visible on the display.  Gestures with a
stylus offer a more concise vocabulary than tradition
pointing devices because they combine both selection (by
their location) and meaning (the specific gesture) in one
movement.  A common set of gestures can delete, move,
copy, or edit diverse objects such as text fragments,
buttons, documents, or entire notebooks.  Gestures can
initiate the insertion of hand-written text, the editing of
existing text, page-turning, scrolling within a window,
zooming or shrinking of entire pages, selection, summoning
of windows containing operator guidance, or the creation of
links ("goto" buttons) to other pages.

    The proximity of the stylus to the display's front
surface is used to anticipate and terminate stylus input
events.  By sensing both the proximity of the stylus tip to,
and contact surface the user-interface
software can more accurately discern the vertical
movement of the stylus, provide a richer vocabulary of
stylus movements for control of the computer, and offer
better feedback to the user.

    When using the stylus for selection, movements into
proximity can trigger display events which give the user a
preview of what display objects are understood to be
targeted by the computer.  For example the computer can

380

Fig. 8            410                        400

```
┌──────────────────────────────────────────────┐
│        Sample Notebook: Contents    ← 1 →      │
│  ────────────────────────────────────────────  │
│  Document  Edit  Create  View  Show  Sort      │
│  ────────────────────────────────────────────  │
│  Name                                    Page   │
│  ▯ First Experience · · · · · · · · · ·  ▷ 2   │
│  ▯ Samples · · · · · · · · · · · · · · ·  ▷ 3   │
│  ▯ Application · · · · · · · · · · · · ·  ▷ 6   │
│  ▯ Reports · · · · · · · · · · · · · · ·  ▷ 7   │
│                                                 │
```

390        380        440

```
┌──────────────────────────────────────────────┐
│ ╱╱        Application                    6      │
│  ────────────────────────────────────────────  │
│  Document  Edit  Insert  Case  Format          │
│  ────────────────────────────────────────────  │
│      The present invention describes      ▲    │
│  methods and apparatus for a stylus-driven     │
│  computer.  Said computer presents the    █    │
│  behavior of a multi-page notebook including    │
│  visible pages, page-turn effects, tabbed █    │
│  bookmarks along one or more edge,             │
│  "floating" pages temporarily removed from █    │
│  their notebook location, a table-of-contents, │
```

and contents of sub-sections.  Each page in
the notebook contains one document which
may contain many physical pages when
printed.  These pages are analogous to data
files in other computers and may contain
different types of documents such as text,
drawings, FAX images, or specialized forms.
Some information (such as the "Help
Information") is contained in separate

420

400

[proximity]

410

Fig. 9

MSLT_1044753

**U.S. Patent**    Sep. 13, 1994    Sheet 10 of 73    **5,347,295**



Fig. 10

MSLT_1044754

Sample Notebook: Contents        ← 1 →

Document  Edit  Create  View  Show  Sort

Name                                                        Page

▢ First Experience  · · · · · · · · · · · · · · · · · · · ·  ▷  2
▢ Samples  · · · · · · · · · · · · · · · · · · · · · · · · ·  ▷  3
▢ Application  · · · · · · · · · · · · · · · · · · · · · · · ·  ▷  6
▢ Reports  · · · · · · · · · · · · · · · · · · · · · · · · · ·  ▷  7

440          380

445          ▼ Application                    6

Document  Edit  Insert  Case  Format

The present invention describes
methods and apparatus for a stylus-driven
computer.  Said computer presents the
behavior of a multi-page notebook including
visible pages, page-turn effects, tabbed
bookmarks along one or more edge,
"floating" pages temporarily removed from
their notebook location, a table-of-contents,
and contents of sub-sections.  Each page in
the notebook contains one document which
may contain many physical pages when
printed.  These pages are analogous to data
files in other computers and may contain
different types of documents such as text,
drawings, FAX images, or specialized forms.
Some information (such as the "Help
Information") is contained in separate

Contents  First Experience  Samples

─ 445

proximity

First Experience

Fig. 11

MSLT_1044755

U.S. Patent         Sep. 13, 1994         Sheet 12 of 73         5,347,295

```
┌──────────────────────────────────────────────┐
│        Sample Notebook: Contents    ← 1 →      │
├──────────────────────────────────────────────┤
│ Document  Edit  Create  View  Show  Sort       │
│                                                │
│ Name                                    Page   │
│  ▯ First Experience ··············· ▷ 2        │
│  ▯ Samples ······················· ▷ 3         │
│  ▯ Application ···················· ▷ 6        │
│  ▯ Reports ······················· ▷ 7         │
│                                                │
│         ⌐440        ⌐380        ⌐445           │
│    ┌────────────────────────────────┐          │
│    │▨        Application        6   │          │
│    ├────────────────────────────────┤          │
│    │ Document Edit Insert Case Format│         │
│    ├────────────────────────────────┤          │
│    │    The present invention describes▲│       │
│    │ methods and apparatus for a stylus-driven│ │
│    │ computer.  Said computer presents the    │ │
│    │ behavior of a multi-page notebook including│ │
│    │ visible pages, page-turn effects, tabbed │ │
│    │ bookmarks along one or more edge,        │ │
│    │ "floating" pages temporarily removed from│ │
│    │ their notebook location, a table-of-contents,│ │
│    │ and contents of sub-sections.  Each page in│ │
│    │ the notebook contains one document which │ │
│    │ may contain many physical pages when     │ │
│    │ printed.  These pages are analogous to data│ │
│    │ files in other computers and may contain │ │
│    │ different types of documents such as text,│ │
│    │ drawings, FAX images, or specialized forms.│ │
│    │ Some information (such as the "Help       │ │
│    │ Information") is contained in separate   ▼│ │
│    └────────────────────────────────┘          │
│   (proximity)                                  │
├──────────────────────────────────────────────┤
│  ▱ [First Experience] 🔍  ▯  ▨                 │
│                                                │
│  📘  📋  📂  📙  📥  📤  📖                     │
└──────────────────────────────────────────────┘
```

Fig. 12

MSLT_1044756



**Fig. 13**

MSLT_1044757



**Fig. 14**

MSLT_1044758



Fig. 15

MSLT_1044759

Application          ← 6 →

Document  Edit  Insert  Case  Format

object visible on the display.  Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement.  A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks.  Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

    The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events.  By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical movement of the stylus, provide a richer vocabulary of stylus movements for control of the computer, and offer better feedback to the user.

    When using the stylus for selection, movements into proximity can trigger display events which give the user a preview of what display objects are understood to be targeted by the computer.  For example the computer can expand or alter the appearance of a button in anticipation of its selection.  This solution overcomes the problems of selecting displayed objects due to tight spacing and parallax effects in prior art.

    In the entry of multi-stroke graphical objects the sensing of the departure of the stylus tip from the vicinity of the display surface allows the computer to discern the

Contents | First Experience | Samples

520

470

First Experience

Fig. 16

MSLT_1044760



Fig. 17

```
┌─────────────────────────────────────────────────────┐
│              Application            ← 6 →             │
├─────────────────────────────────────────────────────┤
│  Document  Edit  Insert  Case  Format                │
├─────────────────────────────────────────────────────┤
```

The present invention describes methods and apparatus for a stylus-driven computer. Said computer presents the behavior of a multi-page notebook including visible pages, page-turn effects, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents, and contents of sub-sections. Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above. The primary means of control of the computer is a rich set of gestures with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement. A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical

Contents | First Experience | Samples

← 540

Fig. 18



Fig. 19

MSLT_1044763



Fig. 20

MSLT_1044764



**Fig. 21**

MSLT_1044765



**← 620**

Fig. 22

MSLT_1044766



Fig. 23

MSLT_1044767



Fig. 24

MSLT_1044768



Fig. 25



Fig. 26

MSLT_1044770



Fig. 27

MSLT_1044771



Fig. 28

MSLT_1044772

740 —



Application   ← 6 →

Document Edit Insert Case Format

The present invention describes methods and apparatus for a stylus-driven computer. Said computer presents the behavior of a multi-page notebook including visible pages (page-turn effects), tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents, and contents of sub-sections. Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above. The primary means of control of the computer is a rich set of gestures with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement. A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical

Contents   First Experience   Samples

First Experience

**Fig. 29**

MSLT_1044773

## Application    ← 6 →

### Document Edit Insert Case Format

The present invention describes methods and apparatus for a stylus-driven computer. Said computer presents the behavior of a multi-page notebook including visible pages, page-turn effects, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents, and contents of sub-sections. Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above. The primary means of control of the computer is a rich set of gestures with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement. A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical

740
750

Contents First Experience Samples

First Experience

**Fig. 30**

760



**Application** — 6 —

Document Edit Insert Case Format

The present invention describes methods and apparatus for a stylus-driven computer. Said computer presents the behavior of a multi-page notebook including [page-turn effects,] visible pages, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents, and contents of sub-sections. Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above. The primary means of control of the computer is a rich set of gestures with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement. A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical

Contents First Experience Samples

First Experience

Fig. 31

MSLT_1044775



Fig. 32

MSLT_1044776

Application    ← 6 →

Document  Edit  Insert  Case  Format

The present wonderful invention describes methods and apparatus for a stylus-driven computer. Said computer presents the behavior of a multi-page notebook including page-turn effects, visible pages, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents, and contents of sub-sections. Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above. The primary means of control of the computer is a rich set of gestures with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement. A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical

*(right edge tabs: Contents | First Experience | Samples)*

*(bottom toolbar icons, including a labeled button: First Experience)*

**Fig. 33**

MSLT_1044777

**Fig. 34**

MSLT_1044778



Fig. 35

MSLT_1044779



Fig. 36

MSLT_1044780



Fig. 37



**Fig. 38**



Fig. 39