# EXHIBIT B

# FIDS—
# A Flat-Panel
# Interactive Display System

**Arto Kankaanpaa**
**Helsinki University of Technology**



Many new computer users want to communicate with their applications in natural ways, rather than "interact" with a computer. This article investigates new approaches to human-computer communication, especially new methods to provide input. In particular, it discusses and evaluates a text editor that uses standard proof correction marks drawn directly on the display of a prototype flat-panel interactive display system (FIDS).

The number and variety of computer users are rapidly increasing. Not only are there data processing specialists, but also professionals in quite different areas who want the computer to help only in certain tasks. Although the needs and expectations of these various users are very diverse, they all have a common requirement: more natural and easier methods for communicating with the computer than are available today.[1,2] Furthermore, they do not want to interact with the computer; they want to communicate with the application they are using. They do not want to use computer jargon; they want to use the same natural methods that they use when they perform the same tasks without a computer.[3]

At Nokia Information Systems, we have investigated some new approaches to human-computer interaction—especially new methods to input information into the computer—and combined some advanced existing technologies to form a solution that offers a natural way to communicate with the computer. Our work is based on three elements: a flat-panel display with a touch-sensitive screen and a simple penlike pointing device, an intelligent display controller capable of handling both text and graphics, and application software having a very natural working style.

A review of the state-of-the-art technologies and trends in the three areas above helped us design a prototype flat-panel interactive display system (FIDS). We considered possible software developments using the prototype's style of interaction and implemented an example application: a text editor using the standard proof correction marks drawn directly on the display. With the Keystroke-Level Model,[4] the time needed to accomplish basic editing tasks on a normal text editor was compared with the time required on the modified version.

## Hardware design

Direct-manipulation interfaces using graphics, windowing, and pointing are becoming common in almost all application areas.[5,6] Consequently, digitizing tablets and mice are being used more frequently in CAD/CAM systems, graphics workstations, and microcomputers. These are only two of the many different kinds of input devices available, which also include light pens, trackballs, joysticks, touch screens, and touch pads. More exotic devices are 3D tablets, devices using eye or head movement, and foot pedals.[7] None of these devices is ideal for all purposes, and this fact explains their great variety. Each device has its virtues for handling one job and drawbacks with another.

We wanted to combine the good features of two devices: the ease of use of the mouse and the coordination obtained with the light pen. A system could use a

0272-1716/88/0300-0071$01.00 © 1988 IEEE

Exhibit B Page 41

MSLT_1230903



**Figure 1. Flat-panel technologies.**

electroluminescent (EL), and LCD technologies are compared. Note that the values given are not necessarily absolute extremes, but rather typical values for each technology attainable in the mid-1980's.

We believe that only three of the flat-panel technologies described above, namely LCD, EL, and plasma, will be sufficiently advanced for mass production within this decade.

In EL panels the emphasis is on developing panels that work with lower operating voltages and developing better and simpler driver circuits. As driving voltages decrease, power consumption decreases also. Lohja Corporation has announced a panel requiring only 14 watts.

One important anticipated development is improve-

| Characteristic | CRT | Plasma | EL | LCD |
|---|---|---|---|---|
| Largest physical size | 25" diagonal | 39"x39" | 5"x8" | 6"x8" |
| Maximum resolution | 2048x2048 | 1200x1600 | 640x400 | 640x400 |
| Display thickness | >> 2" | 1/2" | 1/4" | 1/4" |
| Weight | heaviest | light | lightest | lightest |
| Luminous efficiencies | 5 | .1 to .3 | 1 | - |
| Element memory | none | inherent | demonstrated | possible |
| Gray scale | yes | not easily | feasible | feasible |
| Contrast | 50:1 | 30:1 | 50:1 | 7:1 |
| Life | 10,000 h | >40,000 h | 30,000 h | >30,000 h |
| Basic color | any color | orange | yellow | gray |
| Multicolor potential | full color | any color phosphor | yellow/red/blue | 4 color |

Table 1. Comparison of the characteristics.

flat-panel display like a sheet of paper on the desk and allow the user to point to it with a penlike device. These ideas were implemented on an experimental flat-panel interactive display system.

### Flat-panel display technologies

Flat-panel displays can be divided into two categories: active and passive displays. Active displays emit light, while passive displays reflect light coming from other sources. Figure 1 classifies the different flat-panel technologies; a work edited by Tannas[8] comprehensively describes all the technologies.

In Table 1 the main characteristics of flat CRT, plasma,

ment in the manufacturing process and yield, so that higher resolution displays are feasible. However, because of manufacturing problems, increasing the physical size considerably is very difficult, although resolution could be increased. A prototype has been built with a size of 32 × 25 cm and a resolution of 640 × 512 pixels.[9] Sharp has introduced a product having 640 × 400 resolution, and Lohja has a prototype display with similar resolution.

A three-color EL panel is in the laboratory phase and commercial models are still some years away.

In LCD the problems remaining are contrast, limited viewing angle, and switching speed. All these are being

Exhibit B Page 42                                    MSLT_1230904

addressed, and some researchers are optimistic about the results. Also a color display (red, green, and blue) is under development, and commercial products are expected within two to three years.

The main problem with LCD is its low contrast and thus poor legibility. Research has concentrated on removing this serious drawback, and there have been numerous announcements about different methods to overcome it. Among these methods are active back lighting, a new metal-insulator-metal (MIM) technology, and use of a 270-degree twist angle with twisted-nematic displays.



**Figure 2. Classification of display pointing devices.**

Table 2. Comparison of different touch-sensitive overlay methods.

|  | Resistive | Capacitive | Optical | Acoustic | Light Pen |
|---|---|---|---|---|---|
| resolution typ. | high 4000x4000 | medium 100x100 | medium <100x100 | high 2000x2000 | high 1000x1000 |
| durability | medium good | good | good | good | good |
| parallax error | small | small | some | some | small |
| optical clarity | reasonable | reasonable | good | good | good |
| pointing device | depends on method | conductive | any | any | special |
| age | good medium | good | good | good | good |
| phys. design | easy | easy | bad | bad | bad |
| ease of use | good | good | good | good | medium |
| cost | medium | medium | medium | high | medium |

Also a new type of LCD display based on smectic material has been announced.[10] The display has an acceptable contrast, 7:1, and reasonable resolution, 760 × 420. There are, however, still some problems with the new design. A high switching voltage is required, and the display is very slow.

The major obstacles in using plasma displays are the high cost and unattractive color and appearance. Despite research efforts, this technology is expected to remain by far the most expensive for a long time. Because of the high driving voltages, the drivers will remain a problem too. The structure of a color plasma display is more complicated than that of an EL panel.

The other technologies are still in the basic research stage and will remain so for the next few years.

**Touch-sensitive panels**

Touch-sensitive panels are still under development, and there are numerous designs, none of which has turned out to be superior to the others in all circumstances. The three basic methods are outlined in Figure 2: light pen, touch-sensitive resistive or capacitive overlays, and methods in which optical or acoustic waves are applied over the surface and disturbances in the radiation caused by pointing are detected. Table 2 summarizes the advantages and drawbacks of the various methods.

Exhibit B Page 43

MSLT_1230905



**Figure 3. The prototype system.**

For the system we designed, a touch-panel resolution equal to that of the display was a necessary requirement for graphics applications. With current capacitive and optical methods, such resolutions were not possible.

When the pointing device is not perpendicular to the surface, parallax problems are caused by the distance between the sensing mechanism and the underlying image. The problem is worst with optical sensors. In displays using capacitive or resistive sensors, the thickness of the glass in front of the display is often a more prominent factor.

All methods except the optical approach diminish optical clarity by blocking part of the light from the display. With flat panels this is more important than with CRTs, because contrast and luminance are always critical.

With optical and mylar resistive sensors, any stylus can be used. The capacitive method requires a conductor (e.g., a finger). A microgrid resistive panel needs a conductive pen with a cord connecting it to the controller. For the prototype, a penlike stylus (ideally without a cord) was considered the best. Optical, capacitive, and resistive techniques using a microgrid have the best resistance to physical damage. Except for mylar resistive panels, which have proved to be quite vulnerable, all techniques allow long device life.

The physical construction of panels using the wave methods made them inappropriate for the prototype. As the display and panel are integrated into the working table surface as much as possible, a flat surface with no external brackets was required. In addition, in the proposed working style, the user's hand would block the light.

**The prototype**

The environment for the prototype display system was the Nokia PC workstation.[11] The Nokia PC is an 80186-based microcomputer workstation that can be connected to a proprietary Netnet local area network. The flat-panel display was connected to the IDC186 graphics controller of the Nokia PC.

The IDC186[12,13] is a bitmapped graphics display controller supporting the MDU15, a black-and-white monitor with $800 \times 420$ resolution. The controller contains an Intel 80186 microprocessor, and most of the functionality of the controller is implemented in software.

For the prototype (see Figure 3) an EL panel was chosen as the display hardware. The model was the Finlux MDM512.256-11 Matrix Display Module made by Lohja Corporation, Finland.[14] The display area of the panel is $195 \times 97.7$ mm and resolution $512 \times 256$ pixels. The color is broadband yellow, with a peak at 580 nm. The viewing angle is greater than $140°$ and frame frequency reaches 64 Hz.

An interface card was added between the video interface of the IDC186 display controller and the controller for the flat panel. The timing of the video synchronization signals had to be adjusted and the data signal multiplexed to the two data inputs of the display. The logic needed for this was quite straightforward.

For the prototype a resistive panel based on a microgrid was chosen. The product used was a Touch-pen from Sun-Flex. It allows a very high resolution, $3000 \times 3000$, much more than needed for this system. The stylus is a penlike probe with a flexible tip and two sensitive rings acting as a touch switch.

**Keyboard**

The keyboard is an essential part of the FIDS system. Although for some applications it could be totally replaced by a pointing device, for most applications this will not happen soon.

During the project a little modification was suggested for the usual keyboard. Since pointing is very important for the forthcoming user interfaces using windows and menus, and since for many tasks the keyboard is essential, it seemed important to make pointing with the keyboard as easy as possible.

The proposal is shown in Figure 4. The intent was to break the typewriting standard as little as possible. The keys for each hand are separated a little from each other, but their order has not been changed. The cursor control keys are then inserted in the middle of the two parts. The benefit is that you can reach the cursor control keys without lifting your hands from the basic position. Besides, it has been argued that it is advantageous to separate the two groups of keys from each other to allow a more natural position for wrists, arms, and shoulders. This approach has been used, for example, in the Maltron keyboard (Maltron, Fransborough, UK) and in the work of Morita.[15]

Exhibit B Page 44

MSLT_1230906



**Figure 4. The keyboard layout proposal.**

## Software design considerations

In this section we discuss the kinds of user interfaces and applications that could be implemented on the hardware system described in this article to put to best use all its possibilities and features. A more thorough discussion about the related area of software ergonomics can be found in works by Stevens[1] and Norman.[16]

If a new hardware design is to be really useful, there has to be application software suitable for the hardware. We believe that many existing applications could be ported to the FIDS system with little modification to make the user interface more natural and user friendly. What is more important, the design makes it possible to develop a totally new branch of applications.

To verify that the proposed system is suitable not only for exotic and special applications but also for everyday computer software, we review how major applications could benefit from the new style of interaction.

### Text processing

In text processing, text input is a major task, and at the moment there is no device more practical for input than the keyboard, which is more than one hundred years old. But a lot of time is also spent in *text formatting and correcting*. There are two reasons why these tasks often take *considerably more time than might be expected*. First, the correction and the corresponding change to the document are often done by different persons (manager and secretary). Jarvinen[17] offers an interesting discussion about how this split affects performance. Second, until recently most text editors have not let you see the document in the final form on the display. If unnatural formatting codes are used instead, output to paper usually has to be made several times before the user is satisfied with the appearance. Use of an editor with which you can correct the mistakes directly on the display and see the updated, formatted document simultaneously should encourage more people to do the corrections themselves.

In the office of the future most documents will be handled in electronic form. Methods and devices to add signatures to these documents will be very important. The FIDS design allows this without any special equipment.

### Business graphics

With business graphics programs, the major time-consuming task is iteration when minor formatting corrections are made and a new hard copy is taken to see if the correction was right. To improve this situation and minimize the iteration cycles, the image produced on the display must resemble the hard-copy output as much as possible. Also, direct manipulation on the display would certainly be much more effective than a separate command language.

### Drafting

The style of interaction outlined in this work is ideal for many situations encountered by design engineers. Designers spend much of their time doing rough diagrams of systems, data flows, and their interfaces with the outside world.

### Spreadsheet

Next to word processors, spreadsheets are the most used application programs in microcomputers. With the proposed system it would be very easy to play the "what if" game, changing a value directly on the spreadsheet

and seeing the result immediately. Also, defining relationships between different fields could be done using pointing for the operands and pattern recognition for the operators.

## Database

There are some new trends in database design. Besides text, pictorial information can also be stored. Representation of even a textual database can be done in a graphic form.

There have also been some attempts to use graphic and iconic interfaces to database systems. Until recently these have not been very successful. When they have been developed enough, pointing with the touch pen would be a good alternative for the user interface.

## Communications

A useful addition to the electronic mail program would be a separate sketch window, where you could easily sketch the system you are talking about. To gain speed, a freehand drawing could be transformed to straight lines and sent as primitives in a metafile instead of sending the drawing as a bitmap.

## User interface management systems

It is generally agreed that some kind of user interface management system (UIMS) is needed as part of the systems software to make the integration of applications easier and to make the user interface more consistent. What has not been agreed upon is the functionality and implementation of such an interface. The literature shows that there are plenty of open questions and issues of disagreement.[18,19]

Almost all existing UIMSs use very direct manipulation. Starting applications, moving or resizing windows, etc., are all done by pointing at corresponding symbols on the screen. These kinds of programs would be very easy to use with the FIDS hardware.

## Graphics-based editors and visual programming

General editors using graphics and direct manipulation can be used for many purposes. They have even been suggested for use as the basic paradigm in modeling human-computer interfaces.[20] Visual programming is based on a special kind of graphics-based editor through which programs are derived by manipulating graphical objects representing program components. Both applications could very well use the opportunities offered by the FIDS design.

## Many practical uses

On the basis of the discussion above, we believe the proposed system would be suitable for many environments, including the following:

- managers' workstations
- limited graphics design (not CAD/CAM)

- bank terminals
- points of sale
- process control
- information retrieval (e.g., directories)

# Software implementation

To bring the prototype to life, software was also needed. We chose word processing as a sample application to demonstrate the viability of the prototype.

## Grafix

Grafix,[21] an existing program, was chosen as the basis for the prototype. Grafix is a software package based on Edix/Wordix word processing software,[22] which has been enhanced in the Nokia PC with a line graphics drawing capability.

Grafix is not a product; rather it is used internally. It runs in a Nokia PC having the IDC186 graphics controller and true bitmap display. Text handling and graphics have been integrated, and the whole program runs in the graphics mode. Documents containing both text and pictures can be freely presented on the display. Symbol menus show predefined symbols used to build the pictures. Drop-down command menus give commands to the program, and input devices are the keyboard and mouse.

We chose the Grafix program for three reasons. First, we were familiar with it. Second, the source code was already available for the experiment. Third, it is quite rich in functionality and already includes graphics.

To get full advantage of the touch-pen-controlled system, a WYSIWYG text processing program would be needed. Edix is not such a system. Formatting commands are given separately in the source text, and formatting is done by running the text through a separate program, Wordix. Thus we give more emphasis here to text editing. Extensions to formatting commands are analogous and straightforward, and are considered briefly at the end of the section.

## Basic editing tasks

In the FIDS design, mass text input is done with the keyboard. As argued by Ward and Blesser,[23] in a great number of applications input could be done efficiently using a penlike device instead of a keyboard. We believe the FIDS design would be advantageous for such applications. However, this approach requires relatively complicated character-recognition software and is not included in this project.

The basic idea was to use the standard proof correction marks in a way familiar to almost everyone who does manual text editing and correction. Where possible, the Proof Correction Standard SFS 2324[24] has been followed. Figure 5 shows the implemented correction marks used for editing.

The editing task set considered in the implementation consists of basic operations applied to basic text objects, as shown in Table 3. The table also shows how the basic editing tasks are performed using the correction marks.

A single primitive is provided to accomplish any operation on any operand. However, the command set is not orthogonal in the sense defined by Stanford et al.,[25] as there are different marks for the same operation. Although we acknowledge the importance of orthogonality, we sacrificed it here to follow the proof correction standard as closely as possible.

Somewhat similar ideas have also been considered by other researchers.[3,26-28] However, their approaches have been more limited and without possibilities offered by the FIDS hardware.

The first editing system using proofreading symbols was proposed by Coleman in 1969.[26] It ran on a CDC G-20 computer with a graphic display and a Rand tablet. The system allowed nine symbols, which were recognized using a simple discrimination net.

Sakai, Odaka, and Toida[27] have developed an on-line handwritten character recognition method for Japanese characters. It is a stroke-order-free recognition algorithm that reduces the amount of calculations needed by using a threshold distance value. A digitizing tablet and a pen-like stylus are used for text input. The researchers note that it would be advantageous to use the same device for text editing, without using function keys on the keyboard or a separate function area on the tablet. Therefore, they suggest a text editing method using handwritten functional symbols, and implement symbols for three important functions in editing: deletion, insertion, and movement.

Part of a facsimile-based manuscript layout and editing system developed by Suenaga and Nagura[28] is the Flex-T text editor, which uses handwritten editing marks.

Lee and Lochovsky[3] describe an office information system whose user interface is based on direct manipulation. To edit text some symbols are defined to resemble proofreading symbols. They can be selected from a menu or sketched freehand.

Compared with these other systems using hand-drawn editing marks, the FIDS system has some advantages. The hardware design enables greater interactivity. Moreover, the set of editing marks is more complete than in other systems. The system has also been evaluated using an analytic tool.

## Mark recognition

For recognition of the editing marks drawn on the display, methods used in character recognition were adapted. A simple algorithm differentiates between the marks, according to the method shown in Figure 6.

First some filtering removes faulty coordinates in the beginning of a stroke. Then characteristic features are extracted. These include starting point and ending point of each stroke, minimum and maximum $x$ and $y$ values,



Figure 5. Correction marks used for editing.

Table 3. The use of the editing marks.

|  | CHAR. | WORD | LINE | SENT. | PARAGR. |
|---|---|---|---|---|---|
| INSERT | ∧ | ∧ | > | ∧ | ∧ |
| DELETE | — | — | ( | — | ⊏ |
| REPLACE | — | — | ( | — | ⊏ |
| MOVE | ⊔ | ⊔ | ⊏ | ⊔ | ⊏ |
| COPY | ⊔ | ⊔ | ⊏ | ⊔ | ⊏ |
| TRANSPOSE | ⊓⊔ | ⊓⊔ | ⊏ | ⊔ | ⊏ |
| SPLIT | ⌒ | ⌒ | > | ⌡ | ⌡ |
| MERGE | ⌣ | ⌣ | ( | ⌣ | ⊋ |



and direction angles at the beginning of a stroke. Finally, a decision tree is applied to classify the marks. The decision tree is shown in Figure 7.

Simplicity is the main advantage of the algorithm. It works quite well, assuming that the correction marks are drawn with a certain care.

To make recognition more reliable, more advanced algorithms could be used. Our research suggests that the most promising of the applicable algorithms are

Exhibit B Page 47                                                    MSLT_1230909



**Figure 6. Editing mark recognition.**

methods using the direction angles of the point sequences forming the strokes.

### Possible extensions

The proof correction standards also contain some formatting commands that could easily be implemented with the editing commands discussed above. Some examples that could be marked with the pen are as follows:



The WYSIWYG editors existing today have already proved the feasibility of pointing in text formatting.

A natural variation of the style of interaction used in Grafix for figure drawing would be to use sketching, that is, roughly drawing figures wanted with the pen. The patterns drawn would be interpreted by software using

pattern recognition methods and converted to the primitives intended. However, as a pattern recognition problem this is quite complicated. There have been experimental systems—for example, those by Silbermann and Deschizeaux[29] and Murase and Wakahara[30]—and this area is a likely candidate for intensive research in the near future.

## Analytic evaluation of the prototype

To get an objective estimate of the usability of the prototype, some evaluation method was needed. During the project, we briefly reviewed the available methods.

### Evaluation methods

Evaluation of human-computer interfaces can be based on either the user interface specification or the actual or prototype system at runtime. Most related studies have been behavioral experiments observing and analyzing the behavior of real users using systems.

There are analytic approaches. Keystroke studies try to predict the time it will take users to perform various tasks in interactive systems by counting the number of keystrokes or other same-level primitive operations necessary to perform a task. Two examples of such approaches are the keystroke method by Embley et al.[31] and the Keystroke-Level Model.[4] In the Embley model, total time to perform a task consists of the factor of time required to key in the commands and another factor combining mental preparation and computer response time.

The Keystroke-Level Model is more sophisticated and is meant primarily to help in system design. The model predicts the time required by an expert user to perform a given editing task, assuming that no errors are made.

The model breaks the interaction into many basic elements of the same level as the keystrokes—hence the name Keystroke-Level. The prediction is the sum of times needed for all the basic elements. More precisely, the estimate is calculated using the following formula:

$$T = Ta + Ts + Tk + Tp + Tps + Th + Td + Tm + Tr.$$

where

| | | |
|---|---|---|
| T | = | total time to accomplish the task |
| Ta | = | time to acquire the task from the manuscript |
| Ts | = | time to search the display for the location of the task |
| Tk | = | time to type a key or press a pen button |
| Tp | = | time to point to a location with the pen |
| Tps | = | time to point to a location with cursor control keys |

IEEE Computer Graphics & Applications

Exhibit B Page 48

MSLT_1230910



**Figure 7. Decision tree.**

Th = time to move hands to the home position on the keyboard or the pen

Td = time to draw a set of straight-line segments with the pen

Tm = time to prepare mentally for physical action

Tr = the system response time

Language models offer another approach. A common feature in these methods is their attempt to express a structured model for the interaction. The same tools used to describe natural languages are applied to computer languages. A language is viewed as more than just a sequence of words; classes of words are assumed. Only certain sequences of such classes become acceptable sequences in the language.[32,33]

Because developing language models for a complicated interface is very laborious, the Keystroke-Level Model seems at the moment to be the most practical analytic method. It is used in related work, and we chose it too.

**FIDS evaluation**

Now the performance of the normal Edix program is compared with the performance of the modified version of Grafix using the proof correction marks.

There are many very different potential user groups for the FIDS system. Evaluation of the prototype consider-

**Table 4. Predicted timings. The first figure in each box is for the touch-pen system; the second figure is for standard Edix. The third figure shows the percentage difference. Positive numbers are in favor of the touch-pen system.**

|           | char  | word  | row   | sentence | paragr |
|-----------|-------|-------|-------|----------|--------|
| insert    | 6.38  | 7.38  | 4.38  | 6.13     | 6.13   |
|           | 5.25  | 6.25  | 5.25  | 5.00     | 5.00   |
|           | -22   | -18   | 17    | -23      | -23    |
| delete    | 3.39  | 3.54  | 3.48  | 3.35     | 6.46   |
|           | 5.25  | 6.25  | 5.25  | 5.00     | 4.90   |
|           | 36    | 43    | 34    | 33       | -32    |
| replace   | 5.39  | 6.54  | 5.23  | 5.10     | 8.21   |
|           | 5.50  | 7.50  | 5.25  | 6.35     | 5.00   |
|           | 2     | 13    | 0     | 20       | -64    |
| move      | 6.33  | 6.52  | 6.35  | 6.29     | 6.60   |
|           | 10.50 | 12.50 | 9.15  | 12.45    | 12.45  |
|           | 40    | 48    | 31    | 49       | 47     |
| copy      | 7.43  | 7.62  | 7.45  | 7.39     | 7.70   |
|           | 5.25  | 6.25  | 12.45 | 12.45    | 12.45  |
|           | -42   | -22   | 40    | 41       | 38     |
| transpose | 8.60  | 8.90  | 6.35  | 6.29     | 6.60   |
|           | 10.46 | 12.30 | 9.15  | 12.45    | 12.45  |
|           | 18    | 28    | 31    | 49       | 47     |
| split     | 3.39  | 3.39  | 4.38  | 5.29     | 8.13   |
|           | 5.25  | 6.25  | 5.23  | 7.50     | 5.46   |
|           | 35    | 46    | 16    | 29       | -52    |
| merge     | 3.43  | 3.43  | 3.48  | 8.73     | 5.45   |
|           | 5.25  | 5.25  | 6.81  | 7.50     | 4.80   |
|           | 35    | 35    | 49    | -16      | -14    |

**Table 5. Frequency of different editing tasks.**

| Operation         | Frequency |
|-------------------|-----------|
| Insert character  | 30%       |
| Replace word      | 20%       |
| Insert word       | 18%       |
| Replace character | 10%       |
| Transpose word    | 6%        |
| Delete word       | 6%        |
| Replace sentence  | 4%        |
| Delete character  | 2%        |
| Insert sentence   | 2%        |
| Other tasks       | 2%        |

ing all possible user groups and all possible applications was not possible. However, to give some insight into the potential advantages and possible problems with such a system, a specific application was evaluated with the Keystroke-Level Model, which, as noted above, is used mostly for evaluating the performance of expert users working with different word processing programs.

Values used for the parameters in the equation given in the previous section were as follows:

$$T_a = 1.8 \text{ sec.}[34]$$
$$T_s = 2.2 \text{ sec.}[34]$$
$$T_k = 0.25 \text{ sec.,}[4] \; 0.1 \text{ sec. is used for automatic repetition}$$
$$T_p = \text{from Fitts's law}[35]$$
$$T_{ps} = 2.3 \text{ sec.}[34]$$
$$T_h = 0.4 \text{ sec.}[4]$$
$$T_d = \text{formula proposed by Card, Moran, and Newell}[4]$$
$$T_m = 1.35 \text{ sec.}[4]$$
$$T_r = \text{estimated}$$

## Results

The results of the predicted timing comparison (see Table 4) show that each system is faster in some tasks and slower in others. If a total time is calculated using the same weight for each task, the touch-pen system turns out to be 22 percent faster than Edix. More important, however, is determining which is faster for a normal sequence of editing tasks.

We conducted a limited study to estimate the relative frequency of different editing tasks. A few people were asked to fill out a form, marking the number of times they performed any of the above-mentioned tasks while editing. Table 5 shows the results. The study showed that the four most common operations were inserting a character, inserting a word, replacing a character, and replacing a word. If these proportions are used as weight factors when the two systems are compared, the result is that the touch-pen system is only 2 percent faster, so the difference is not meaningful.

The timings for the touch pen are very sensitive to the physical factors of the display system (e.g., the character size) and to the degree of variation that the recognition algorithm allows in the shapes of marks. So the results cannot be generalized too much. We have not yet measured any actual timing data. Elsewhere I have discussed more thoroughly the parameters and their effects.[36]

## Other performance criteria

The time needed to accomplish a certain editing task is only one performance criterion. When different kinds of editors are compared, many other aspects of usability should be considered. Their relative importance varies with different user groups. For experts, efficiency as measured above is much more important than for

other groups. For novices and casual users, learning time and ease of recall may be much more important.

What follow are some remarks about other criteria: number of errors made, learning time, functionality, recall, concentration, fatigue, and acceptability.

Some kinds of errors are eliminated when using the pen for pointing. For instance, when pointing with step keys or the mouse, the user often moves the cursor too far, especially when the response time is slow and type-ahead is allowed. This error will not occur with the touch pen. On the other hand, care in drawing may be required so that marks are clear enough to be recognized without errors. The naturalness of the marks, we believe, prevents some errors due to faulty recall—for example, pressing the wrong function key or moving some text below the current line when above is desired.

Similarity with existing techniques is important in a new computer tool. As proof correction marks—already familiar to many—are used for the basic editing tasks, the learning time for this system should be less than for the usual text editor. Also, recall of the methods and commands should be easier.

As long as the keyboard supplements the pen, the system does not limit functionality in any way. A touch-pen system is a basic feature that could make any text editor easier to use. If the keyboard is abandoned totally and freehand text input by pen is used instead, some functions may be harder to implement.

Another addition that would improve performance is limited character recognition. Inserting a single character is one of the most common correction operations. If the character could be drawn directly in its place with the pen, the elimination of hand motion from pen to keyboard and back would make the FIDS system faster.

Even if proper character recognition software were available, at some point it would be more efficient to enter text with the keyboard rather than with the touch pen. A normal writing speed is about 60 to 70 characters per minute,[23] and many people can type at least 60 words per minute. In addition, writing with a touch pen on the display would be somewhat slower than normal writing with pen and paper.

Although there is no objective information from real users about the acceptability of the system, we believe it to be physically less fatiguing than the usual text editors. The user doesn't have to look up at the display and then down at the keyboard, and can use the touch pen in a natural way.

## Summary

The quality of the human-computer interface is one of the principal obstacles to the widespread use of computers. The purpose of this research project was to design, construct, and evaluate a system based on new concepts, making communication between the user and the machine easier and more natural.

The work was based on the development of a display system that allows people to work with the computer in the same way that they work with pen and paper. Integration of text and graphics is expected to be a major issue in the future, especially in office automation. To use the distinctive features of the hardware, new applications were outlined and implemented. These rely heavily on direct manipulation and pattern recognition, which allow very natural and effective user interfaces.

The prototype display system consists of an electroluminescent flat panel and a resistive touch screen on top of the display. Connected to the touch screen is a touch pen for input. These components were implemented on an existing workstation, the Nokia PC, for evaluation.

Two obvious applications for the system are text editing and graphic design, but many others could also benefit from its features. A text editor using the standard proof correction marks was implemented. The marks are drawn with the touch pen directly onto the display for identification by pattern recognition algorithms.

The implemented text editor was evaluated using the Keystroke-Level Model. The results indicated that in many editing tasks the prototype system was much faster and in some tasks somewhat slower. From the results it can be concluded that the main advantage is the ease of learning and use rather than efficiency for an expert user.

Ideas arising from the project should be of practical use, but considerably more research and especially software development are needed to make the system a commercial product.    ■

## Acknowledgments

I would like to thank Reijo Sulonen, Pertti Jarvinen, and Matti Jalanko for their support and suggestions for the work, and the anonymous referees for their advice. I am also grateful to Carolyn Hunt for her comments and help with an early draft of the article.

This work was supported by the Academy of Finland under contract no. 1300/043/84.

Exhibit B Page 51

MSLT_1230913

# References

1. C.G. Stevens, "User-Friendly Computer Systems? A Critical Examination of the Concept," *Behaviour and Information Technology,* Jan.-Mar. 1983, pp. 3-16.

2. L.M. Branscomb and J.C. Thomas, "Ease of Use: A System Design Challenge," *IBM Systems J.,* Vol. 23, No. 3, 1984, pp. 224-235.

3. A. Lee and F.H. Lochovsky, "Enhancing the Usability of an Office Information System Through Direct Manipulation," *Proc. CHI 1983 Conf. Human Factors in Computing Systems,* ACM, New York, 1983, pp. 130-134.

4. S.K. Card, T.P. Moran, and A. Newell, "The Keystroke-Level Model for User Performance Time with Interactive Systems," *CACM,* July 1980, pp. 396-410.

5. B. Shneiderman, "Direct Manipulation: A Step Beyond Programming Languages," *Computer,* Aug. 1983, pp. 57-69.

6. S.E. Hudson and R. King, "A Generator of Direct Manipulation Office Systems," *ACM Trans. Office Information Systems,* Apr. 1986, pp. 132-163.

7. G. Pearson and M. Weiser, "Of Moles and Men: The Design of Foot Controls for Workstations," *Proc. CHI 1986 Conf. Human Factors in Computing Systems,* ACM, New York, 1986, pp. 333-339.

8. L.E. Tannas, ed., *Flat-Panel Displays and CRTs,* Van Nostrand Reinhold, New York, 1985.

9. Civildepartementet, "Framtida Bildskarmar, Rapport fran Datadelegationen," Stockholm, 1985.

10. W.A. Crossland and S. Canter, "Large Flat Panel Displays Using Smectic Memory LCDs," *Electronic Eng.,* Aug. 1985, pp. 35-41.

11. Nokia Information Systems, *Nokia PC Documentation,* Helsinki, Finland, 1983.

12. J. Kurikko, *Ergonomisen Mikroprosessoripohjaisen Tyoaseman Naytonohjauselektroniikan Suunnittelu* (Design of the Electronics to Control the Display of an Ergonomic Microprocessor-Based Workstation), master's thesis, Helsinki Univ. of Technology, 1984 (in Finnish).

13. T. Rinne, *IDC186 Software Description,* Nokia Information Systems, Helsinki, Finland, 1984.

14. Lohja Corporation, "MDM512.256 Matrix Display Module," application note, Helsinki, Finland, 1985.

15. M. Morita, "Japanese Text Input System," *Computer,* May 1985, pp. 29-35.

16. D.A. Norman, "Stages and Levels in Human-Machine Interaction," *Int'l J. Man-Machine Studies,* Oct. 1984, pp. 365-375.

17. P. Jarvinen, "On Structuring Problems of Job Design Met in the Development and Maintenance of Information Systems," *Bit,* Vol. 20, 1980, pp. 15- 24.

18. *Eurographics Seminars, User Interface Management Systems,* G.E. Pfaff, ed., Springer-Verlag, Berlin, 1985.

19. *Eurographics Seminars, Methodology of Window Management,* F.R.A. Hopgood et al., eds., Springer-Verlag, Berlin, 1985.

20. J. Scofield, "Editing as a Paradigm for User Interaction," Tech. Report 81-11-01, Dept. of Computer Science, Univ. of Washington, Seattle, 1981.

21. *Systeeminsuunnitteluohjelmisto Kayttoohje* (System Design Software, User's Guide), Version 2.1, Nokia Information Systems, Helsinki, Finland, 1985 (in Finnish).

22. *EDIX/WORDIX User's Guide,* Emerging Technology Consultants, Boulder, Colo., 1982.

23. J.R. Ward and B. Blesser, "Interactive Recognition of Handprinted Characters for Computer Input," *CG&A,* Sept. 1985, pp. 24-37.

24. *Tekstivedoksen Korjausluku* (Proof Corrections), SFS 2324, Suomen Standardoimislautakunta, Maaliskuu, Finland, 1972 (in Finnish).

25. C.A. Stanford et al., "Orthogonality in the Design of Command Languages," Tech. Report CIS-TR 85-11, Dept. of Computer and Information Sciences, Univ. of Oregon, Eugene, Ore., 1985.

26. M.L. Coleman, "Text Editing on a Graphic Display Device Using Hand-Drawn Proofreader's Symbols," *Pertinent Concepts in Computer Graphics: Proc. Second Univ. of Illinois Conf. Computer Graphics,* M. Faiman and J. Nievergelt, eds., Univ. of Illinois Press, Champaign, Ill., 1969, pp. 282-290.

27. T. Sakai, K. Odaka, and T. Toida, "Several Approaches to Development of On-Line Handwritten Character Input Equipment," *Proc. Pattern Recognition,* CS-IEEE, Los Alamitos, Calif., 1984, pp. 1052-1054.

28. Y. Suenaga and M. Nagura, "A Facsimile Based Manuscript Layout and Editing System by Auxiliary Mark Recognition," *Proc. Pattern Recognition,* CS-IEEE, Los Alamitos, Calif., 1980, pp. 856-858.

29. M. Silbermann and P. Deschizeaux, "Reconnaissance et Mise au Net des Schemas Electroniques Manuscripts," *Proc. Graphics Interface 85,* Canadian Information Processing Soc., Toronto, 1985, pp. 133-138.

30. H. Murase and T. Wakahara, "Online Hand-Sketched Figure Recognition," *Pattern Recognition,* Vol. 19, No. 2, 1986, pp. 147-160.

31. D.W. Embley et al., "A Procedure for Predicting Program Editor Performance from the User's Point of View," *Int'l J. Man-Machine Studies,* Nov. 1978, pp. 639-650.

32. P. Reisner, "Analytic Tools for Human Factors of Software," in *End-User Systems and Their Human Factors,* No. 150, A. Blaser, and M. Zoeppritz, eds., Springer-Verlag, Berlin, 1983, pp. 94-121.

33. T.P. Moran, "The Command Language Grammar: A Representation for the User Interface of Interactive Computer Systems," *Int'l J. Man-Machine Studies,* July 1981, pp. 3-50.

34. T.L. Roberts and T.P. Moran, "The Evaluation of Text Editors: Methodology and Empirical Results," *CACM,* Apr. 1983, pp. 265-283.

35. S.K. Card, W.K. English, and B.J. Burr, "Evaluation of Mouse, Rate-Controlled Isometric Joystick, Step Keys, and Text Keys for Text Selection on a CRT," *Ergonomics,* Aug. 1978, pp. 601-613.

36. A. Kankaanpaa, *An Advanced Display System with Natural Interactivity,* licentiate's thesis, Helsinki Univ. of Technology, Helsinki, Finland, 1986.



**Arto I. Kankaanpaa** is currently working at Programatic Oy as a manager responsible for software development. From 1986 to 1988 he worked at Tapio Laakso Oy, where he was responsible for methods and tools for software development. From 1980 to 1986 he held various positions with Nokia Information Systems in research and development. His research interests include computer graphics, user interfaces, and software development tools and methods.

Kankaanpaa received his MSc in physics in 1980 and a LisTech degree in computer science in 1986 from the Helsinki University of Technology. He is a member of IEEE and Eurographics.

Kankaanpaa can be reached at Programatic Oy, Maistraatinportti 4A, 00240 Helsinki, Finland.