# EXHIBIT F

Case 3:07-cv-02000-H-CAB    Document 85-9    Filed 11/30/2007    Page 1 of 8

# Pertinent Concepts in Computer Graphics

*Proceedings of the Second University of Illinois Conference on Computer Graphics*

Edited by
M. Faiman and J. Nievergelt

*University of Illinois Press*
Urbana, Chicago, London

© 1969 by the Board of Trustees of the University of Illinois
Manufactured in the United States of America
Library of Congress Catalog Card No. 74-83553

252 00032 3

## TABLE OF CONTENTS

| | |
|---|---|
| LIQUID CRYSTAL DISPLAYS, Bernard J. Lechner | 1 |
| KINOFORMS AND DIGITAL HOLOGRAMS, P. M. Hirsch, J. A. Jordan, Jr. and L. B. Lesem | 19 |
| CURVES FOR COMPUTER GRAPHICS, A. R. Forrest | 31 |
| A TECHNIQUE FOR FEATURE EXTRACTION IN VISUAL PATTERN RECOGNITION, Sid Deutsch | 48 |
| NATURAL IMAGE INFORMATION COMPRESSION WITH A QUANTITATIVE ERROR MODEL, Thomas G. Stockham, Jr. | 67 |
| THE COMPUTER REPRESENTATION OF SIMPLY DESCRIBED SCENES, R. Paul, G. Falk and J. A. Feldman | 87 |
| DISPLAY AND MANIPULATION IN THREE DIMENSIONS, C. D. Barry, R. A. Ellis, S. M. Graesser and G. R. Marshall | 104 |
| THE HIDDEN LINE PROBLEM AND THE USE OF HALFTONE DISPLAYS, John E. Warnock | 154 |
| THE TRICOLOR CARTOGRAPH, W. J. Kubitz | 164 |
| THE INTELLIGENT TERMINAL, C. Machover | 179 |
| A HIGH-LEVEL PROGRAMMING SYSTEM FOR A REMOTE TIME-SHARED GRAPHICS TERMINAL, William M. Newman | 200 |
| VIP: A CONVERSATIONAL SYSTEM FOR COMPUTER-AIDED GRAPHICS, Edward Streit | 224 |
| THE GENERAL ELECTRIC COMPUTER COLOR TV DISPLAY, Rodney S. Rougelot | 261 |
| TEXT EDITING ON A GRAPHIC DISPLAY DEVICE USING HAND-DRAWN PROOFREADER'S SYMBOLS, Michael L. Coleman | 282 |
| A HYPERTEXT EDITING SYSTEM FOR THE /360, Steven Carmody, Walter Gross, Theodor H. Nelson, David Rice and Andries van Dam | 291 |
| CAFE: A NONPROCEDURAL LANGUAGE FOR COMPUTER ANIMATION, L. D. Yarbrough | 331 |

282

TEXT EDITING ON A GRAPHIC DISPLAY DEVICE USING HAND-DRAWN PROOFREADER'S SYMBOLS

Michael L. Coleman*
US Army War College
Carlisle Barracks, Pa.

The past few years have seen the design and development of systems to edit computer stored text. At the heart of these systems are the methodology and procedures which actually perform the editing.

Any automatic text editing task requires us to first specify to the computer:

1. The action desired;
2. The portion of the text upon which the action is to be taken.

This information may be supplied to the computer in several ways depending on the available hardware. With a teletype or similar keyboard, we have to type a command and identify the text either by a line number or by context, e.g.

DELETE 18 TO 36

or

DELETE 'THEREFORE' TO 'POSSIBLE'

However, neither is ideal as a command language for a text editing system since the first requires the use of line numbers which bear little relationship to the text, and the second may require an unwarranted amount of effort to select the proper amount of context to precisely define the desired piece of text.

---

*Formerly at: Department of Computer Science
Carnegie-Mellon University
Pittsburgh, Pa.

---

PROOFREADER'S TEXT EDITING   283

If a graphic display unit and a suitable input device, such as a light pen or RAND Tablet, are added, two important advantages are gained:

1. The ability to rapidly display the updates of large portions of text;
2. The ability to identify a piece of text by pointing (as with a light pen). We can specify items by direct identification rather than by counting (using line numbers) or by retyping a piece of text (using context).

It is a matter of human control vs. computer control. With a keyboard, we must identify the piece of text to be edited and then locate it for the computer by line number or context. With a graphic display unit, we have only to identify the piece of text; the computer does the locating.

A system which uses this capability by allowing a human to point to the desired command which has been displayed as a "light button" and then pointing to the endpoints of the piece of text to be edited has been implemented at the University of Pittsburgh [1].

However, while the commands, DELETE, ALTER, and INSERT, are familiar to those experienced with computers, a secretary is more used to proofreader's symbols drawn on a piece of paper.

It was this which led to the designing and development of a text editing system in which the user can draw proofreader's symbols over text appearing on a Cathode Ray Tube (CRT), thus specifying simultaneously both the action desired and that portion of the text upon which the action is to be taken. Although there have been previous efforts undertaken [6], our system was developed independently and it appears that its techniques are considerably simpler.

The text editor consists of about 2800 machine code instructions for the Carnegie-Mellon Graphic Display System,

284                                                          COLEMAN

which uses the CDC G-20 computer. It will display the user's text ten to twenty lines at a time, allowing him to edit using the hand-drawn proofreader's symbols found in Figure 1.

To perform editing, the user draws one of the nine allowable symbols on the RAND Tablet. The system recognizes the symbol, determines the strings of characters to be manipulated, and takes the appropriate action. If a further response to complete the command is required from the user, he makes it, the system responds, and the cycle begins again. At any point, the user has the ability to cancel the effects of the previous command by touching the pen to the lower right hand corner of the tablet.

Figure 1(a) is the symbol for either an alteration or deletion of text. The figure is drawn over the selected piece of text, crossing it out. The system will erase the symbol, blink the selected text for verification, separate the text by opening a blank line, position the cursor in the center of the blank line, and enable the keyboard for the typing of characters. The user now must examine the current situation and make one of two responses:

1. Touch the pen somewhere in the center of the tablet. This will delete the blank line and the blinking characters.

2. Type in some characters on the keyboard. These are automatically inserted into the blank line by the hardware, the text which follows being pushed across the scope face to make room. If the pen is now touched to the tablet in the center, the new text will replace the old.

Figure 1(b) is the symbol for an insertion. The figure is drawn so the tip of the caret is just below the point at which the insertion is to take place. The system will erase the symbol and replace it by a small blinking caret, separate the



Figure 1. Acceptable Proofreader's Symbols.

PROOFREADER'S TEXT EDITING                                      285

text by opening a blank line, position the cursor in the center of the blank line, and enable the keyboard for the typing of characters. The user must examine the situation and make one of the responses described above.

Figure 1(c) is the symbol for an interchange. It may be used to interchange adjacent strings, either letters, groups of letters, words, or groups of words. If, after the interchange takes place, it is determined that it was done incorrectly, it may be cancelled by touching the pen to the lower right hand corner of the tablet.

Figure 1(d) is the symbol for a move. The text to be moved is circled and the line is continued to a position just under the point at which the text is to be moved. If the line does not terminate near a character, the circled text is moved out to a temporary location on the disk. If the loop does not circle any text, the text on the disk (if any) is inserted at the point at which the line terminates. This is to provide the limited capability of moving a block of characters to a far removed position in the text.

Figure 1(e), a cup, is the symbol to remove excess spaces. It is drawn under a line of characters with the ends of the symbol just below the characters bounding the spaces to be removed. Excess spaces are sometimes introduced by the results of the four previous symbols.

Figure 1(f) is the symbol to add a space. It is a line less than 3/4 of an inch long. It is drawn at the position the space is to be inserted. Extra spaces are sometimes needed after the application of the five previous symbols.

Figure 1(g) is the symbol to move the text up 10 lines. It is a line drawn from the bottom of the screen towards the top, and is at least 1½ inches long. Text is removed from the upper part of the screen and new text is added to the bottom.

Figure 1(h) is the symbol to move the text down 10 lines. It is a line drawn from the top of the screen towards the bottom, and is at least 1½ inches long. Text is removed from the lower part of the screen and is added to the top.

Figure 1(j) is the symbol for a block delete. It is drawn from the first line of the text to be deleted to the last line, diagonally across the screen. After recognition, the text to be deleted will blink. Touching the pen to the tablet will delete the blinking text.

The system recognizes the symbols by first noting various characteristics of the symbol that was drawn, e.g., coordinates of the initial and final points, maxima and minima x and y. These characteristics, combined with the net shown in Figure 2, are sufficient to discriminate between all symbols except the symbol for MOVE.

The MOVE symbol requires special treatment. Since it is the only symbol containing a closed curve, recognition is no problem. The problem is to determine which characters are enclosed by the curve. For this we use an application of the Jordan Curve Theorem which states:

"Any Jordan Curve, c, and hence any closed contour, separates the plane into two domains which each have the points of c as their only boundary points. One of these domains, called the interior of c, is bounded; the other, the exterior of c, is unbounded" [2].

The coordinates of each displayed character are computed. For each character that falls within the minimal rectangle which bounds the closed curve portion of the symbol, we consider the line drawn from the character along the positive y-axis to the top of the screen. Tracing along the closed curve, we count how many times we cross that line. If the total is an odd number, the character is inside the curve, otherwise, it is outside.



Figure 2. Discrimination Net.

In summary, we have shown a text editor which takes advantage of many of the available characteristics of graphical display equipment: fast response, two-dimensional input and output, and man-machine interaction. Several conclusions have been made:

1. With these advanced editing techniques available, the vocal input of text becomes practical. High error rates become tolerable if the input is easily correctable. Experience with the system described has shown that the optimal mode of use is to input the text on the keyboard as quickly as possible while disregarding all errors, since during the later editing, deletions can be made in under one second, and corrections or insertions of a work or a phrase can be made at typing speed.

2. It should be possible to put most of the pattern recognizer into the hardware since most of the discrimination between the symbols is done only by examining certain maxima and minima. These could be computed by hardware and passed through a hardware discrimination net. By combining this with additional hardware to perform the manipulation of text, a self-sufficient editing terminal, which would require computer actions only to fetch, format, and store text, could be built.

References

1. Bacon, C. R., "Text Editing Display," Project Upgrade, University of Pittsburgh, Pittsburgh, Pa. (1965).

2. Churchill, R. V., _Complex Variables and Applications_, McGraw-Hill Book Company, Inc., New York, New York (1960).

3. Coleman, M. L., "Design for a Text Editor," Memo CCP 238, Carnegie-Mellon University, Pittsburgh, Pa. (1967).

4. Davis, M. R. and Ellis, T. O., "The RAND Tablet. A Man-Machine Graphical Communication Device," _AFIPS Conference Proceedings_, Volume 26, FJCC, San Francisco, Calif., pp. 325-331 (1964).

Exhibit F Page 186 MSLT_1230611
Case 3:07-cv-02000-H-CAB Document 85-9 Filed 11/30/2007 Page 7 of 8

5. Deutsch, P. and Lampson, B. W., "An Online Editor," CACM 10(12), pp. 793-799 (1967).

6. Nugent, W. R. and Buckland, L. F., "MOSAIC-The Improved Editing of Scientific Text by Handdrawn Commands and Data: A Technique for RAND Tablet and CRT Display," Third Quarterly Report, Inforonics, Cambridge, Mass. (1967).

7. Quatse, J. T., A Visual Display System Suitable for Time-Shared Use, Carnegie Institute of Technology, Pittsburgh, Pa. (1965).

8. Shoup, R., "User's Guide to the CMU RAND Tablet," Carnegie-Mellon University System Engineering Description No. CCER 23, Pittsburgh, Pa. (1968).

Acknowledgement

This research was partially supported by the Advanced Research Projects Agency of the Office of the Secretary of Defense (SD-146).

---

# A HYPERTEXT EDITING SYSTEM FOR THE /360

Steven Carmody, Walter Gross, Theodor H. Nelson, David Rice and Andries van Dam
Center for Computer and Information Sciences
Brown University
Providence, Rhode Island

As computer displays become more common and less expensive, their use for luxurious purposes -- such as the presentation and handling of written text -- will become increasingly more practical.

This paper describes a multipurpose text handling system which can be used for text editing and revision, information retrieval, programmed learning, typesetting (through IBM's TEXT360 program), and the presentation of non-sequential forms of writing, called hypertext.

The system is fully operational[2] on our IBM 360/50 with large disk file (2314), maintaining a single display (2250/I or III, or 1130 - 2250/IV connected to the /360). The system is being generalized to maintain multiple displays, with varying degrees of power.

---
2. Indeed, this paper was composed, edited, and run off on the system.