# EXHIBIT L

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF CALIFORNIA
 3
 4      - - - - - - - - - - - - - - - )
 5      LUCENT TECHNOLOGIES INC.,      )
 6                     Plaintiff,      )
 7      V.                             ) CASE NO.
 8      GATEWAY, INC., et al.,         ) 02-CV-2060 B (CAB)
 9                     Defendants,     ) consolidated with
10                                     ) 03-CV-0699 B (CAB)
11      and                            ) 03-CV-1108 B (CAB)
12                                     )
13      MICROSOFT CORPORATION,         )
14                     Intervenor.     )
15      - - - - - - - - - - - - - - - )
16      AND CONSOLIDATED ACTIONS.      )
17      - - - - - - - - - - - - - - - )
18      VIDEOTAPED DEPOSITION OF JOHN J.P. KELLY, Ph.D.
19               FRIDAY, NOVEMBER 9, 2007
20
21
22                      BY:  VICKI L. REED, CSR NO. 4634
23
24
25
```

Page 90

1    A.  That's what I can think of right now.
2    Q.  How about rear-mounted digitizers, are there
3  any advantages of rear-mounted digitizers over
4  front-mounted digitizers?
5    A.  Yes.
6    Q.  What are those?
7    A.  Those are, as I've set forth in my report,
8  basically a front-mounted digitizer is an extra item of
9  some sort that's in front of the actual display screen.
10  So getting rid of that is helpful in a number of ways.
11  And it reduces parallax, it increases the optical
12  clarity of the display, and it reduces the risk of
13  damage to the digitizer.
14    Q.  Anything else?
15    A.  Well, again, in terms of having multiple
16  technologies to choose from, its that same advantage.
17    Q.  Anything else?
18    A.  That's what I can think of sitting area.
19    Q.  Now, you said "parallax," what's parallax?
20    A.  When you look at -- basically when you are
21  trying to identify an item on the screen, if you are
22  touching something that is above what you're trying to
23  identify, there is a potential misconvergence, and
24  that's referred to as "parallax."  And it's caused by
25  our angle of view with respect to another reference

Page 91

1  point.
2    Q.  And having the screen in front of the digitizer
3  reduces parallax?
4    A.  Having the screen in front, yes.
5    Q.  How about cost, in 1990 were there any
6  advantage or disadvantage in terms of cost between
7  front-mounted versus rear-mounted?
8    A.  I'm not sure what the -- I'm not sure.
9    Q.  How about weight, was there any advantage or
10  disadvantage between front-mounted versus rear-mounted
11  digitizers in the 1990 time frame?
12       MR. SIDDIQI:  I'm sorry, can you read that
13  back?
14       [Whereupon the record was read.]
15       MR. SHARIFAHMADIAN:  Objection; asked and
16  answered.
17       THE WITNESS:  I'm not sure.  Some of the
18  technologies had significant additional electronics
19  associated with them, but I'm not sure how that
20  translated into front and rear mounting.
21  BY MR. DONOVAN:
22    Q.  How about power consumption, was there a
23  difference between front and rear-mounted digitizers
24  with respect to power consumption in 1990?
25    A.  I'd have to see the specific examples to say

Page 92

1  about power consumption.  Different digitizers draw
2  different levels of power.
3    Q.  What were the multiple technologies to choose
4  from besides rear-mounted digitizers?  I think you
5  mentioned that as an advantage.
6       MR. SHARIFAHMADIAN:  Objection; vague.
7  BY MR. DONOVAN:
8    Q.  That there was multiple technologies.
9       MR. SHARIFAHMADIAN:  Objection; vague.
10       THE WITNESS:  I'm not following, sorry.
11  BY MR. DONOVAN:
12    Q.  I think you mentioned as one of the advantages
13  that there would be multiple technologies, that in and
14  of itself that was an advantage; do you recall?
15    A.  Yes.  Yes.
16    Q.  What are the multiple technologies?
17    A.  It's basically good to have a choice.  So you
18  have a choice of mounting the digitizer in front of the
19  display, behind the display or separate.
20    Q.  What difference does it make, any?
21    A.  What difference does what make?
22    Q.  The fact you have that choice.  Doesn't it just
23  go to the advantage of one over the other?
24       MR. SHARIFAHMADIAN:  Objection; vague.
25       MR. SIDDIQI:  And argumentative.

Page 93

1       THE WITNESS:  If you didn't have those options,
2  you would have less choice and that would not be a good
3  thing in general.
4  BY MR. DONOVAN:
5    Q.  Now, Taguchi discloses a rear-mounted
6  digitizer; right?
7    A.  That's correct.
8    Q.  And Taguchi is assigned to Wacom; is that
9  correct?
10    A.  Yes, that's correct.
11    Q.  Are you aware of whether Wacom manufactured a
12  rear-mounted digitizer?
13    A.  I don't recall.  Just give me a moment to...
14       At the time of the 295 application, Wacom
15  provided digitizers that are capable of proximity
16  sensing.  And I don't recollect now if the -- if they
17  were in front or behind the display.
18    Q.  Can a digitizer that has proximity sensing be
19  mounted in the front or rear of the display screen?
20    A.  Well, it is a -- normally a proximity-sensing
21  digitizer would be mounted behind the display, but it is
22  possible to mount them in front.
23    Q.  In 1990 is it your understanding that most
24  digitizers that had proximity sensing were mounted
25  behind the display?

24