# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; MICROSOFT CORPORATION; AND DELL, INC.,<br><br>        Defendants. | Case No. 02-CV-2060-B (WMC), consolidated with Case No. 03-CV-0699-B (WMC) and Case No. 03-CV-1108-B (WMC)<br><br>HON. RUDI M. BREWSTER |

**EXPERT REPORT OF JEAN RENARD WARD RELATING TO GATEWAY'S, MICROSOFT'S, AND DELL'S INFRINGEMENT OF LUCENT'S AGULNICK PATENT**

1.  I am a practicing software engineer and developer. I have worked in this field for over 30 years, and I am an inventor on a number of patents related to pen computing. I am an author of a number of refereed articles and presentations relating to pen computing. I have maintained for a number of years a reference bibliography on the public internet on topics relating to pen computing. I have organized presentations at technical conferences or meetings involving representatives of more than one technology organization involved in the development of pen computing. I have been retained as an expert in this case by Lucent Technologies Inc. ("Lucent") to give my opinion as to whether Gateway, Inc.'s ("Gateway's"), Microsoft Corporation's ("Microsoft's"), and/or Dell, Inc.'s ("Dell's") products infringe certain claims of U.S. Patent No. 5,347,295 ("the '295 Patent").

**I.    QUALIFICATIONS AS AN EXPERT**

2.  My background and qualifications are set forth at Tab 1.

3.  For testimony or work in other matters, a list of my publications, and patents, see my background and qualifications at Tab 1.

90, with software that determines that a gesture is complete, as shown in fig. 3 and described in specification at Col. 6: 36-37, Col. 1: 65 - Col. 2:5, and Col. 17:1-14."

117. I understand that the Court has construed "gesture" to mean "a symbol or mark."

118. A Tablet PC device includes a pen position digitizer and a co-processor or virtualization thereof which determines the specific coordinates of the stylus tip position. *See* LUC 1302238, 1302246, 1302253, which state that Tablet PC's are designed to operate with an electromagnetic digitizer. Tablet PC devices include a pen position digitizer and a co-processor or virtualization thereof which performs the identical function of defining termination of a gesture comprising at least one stroke in response to the departure of the stylus tip from the screen. Software on the computer uses the departure of the stylus tip from the screen as a signal that the gesture has terminated. The transition from the state of detecting that the stylus is in contact with the screen, to the state that is not, is used by software on the Tablet PC to determine that the stylus tip has departed the screen.

119. The structure of the pen position digitizer is identical to that disclosed in the '295 patent, as described in ¶ 111. The pen position co-processor is implemented in Tablet PC devices as a software virtualization of hardware. Modern CPUs in Tablet PC devices are sufficiently capable that they can handle running the software run on both the main processor (CPU 50 in the '295 patent) and the pen position digitizer co-processor 90 described in the '295 patent. Accordingly, the corresponding structure (the CPUs in Tablet PC devices) is identical to pen position digitizer co-processor 90; each are computational hardware programmed to interpret stylus movements as gestures (or other, non-gesture inputs). If for some reason the fact that program execution and gesture recognition algorithms were performed on different processing cores in the '295 patent is different that performing those algorithms on a single processing core

in Tablet PC devices is a difference, this difference makes no difference to operation, is insubstantial, and thus the structures are at a minimum equivalent. The Tablet PC gesture recognition code programs the general purpose CPUs of Tablet PC devices to define termination of a gesture comprising at least one stroke in response to the departure of the stylus tip from the screen. This implementation of software running on a CPU is at a minimum the equivalent to Pen position digitizer co-processor 90.

> **means coupled to said computer for recognizing a plurality of said gestures, said recognizing means including means for comparing each said gesture to at least one predefined shape;**

120. I understand that the Court has construed this feature to include the function "recognizing a plurality of said gestures which function includes the availability of using means for comparing each said gesture to at least one predefined shape."

121. I understand that the Court has construed this feature to include the corresponding structure to include "(1) Pen position digitizer co-processor 90, as shown in fig. 3 and described in the specification at Col. 6:36-37; Programmed with one of the following handwriting recognizing algorithms: (2) The techniques for recognizing gestures disclosed in "Automatic Recognition of the Handprinted Characters -- The State of Art," Proceedings of the IEEE, pages 469-487, Vol. 68, No. 4, April 1980 (see Col. 4:41-46); or (3) the techniques for recognizing gestures disclosed in the U.S. Patent No. 5,151,950 to Hullender, entitled "Method for Pattern Recognition" (see Col. 5:1-6); or (4) The Handwriting Translation Subsystem, disclosed in Appendix 1, Architecture Reference Manual, Part Five, Input and Handwriting Translation, Chapter 1.2, pp. 7-10."

122. Tablet PC devices include a pen position digitizer, and a pen position digitizer co-processor or virtualization thereof. The devices include Tablet PC Edition software, which includes recognition software for comparing the actual gesture to a predefined shape, which is

36