1  Bryan W. Farney *(pro hac vice)*
   Jeffrey B. Plies *(pro hac vice)*
2  DECHERT LLP
   300 West 6th Street, Suite 1850
3  Austin, Texas 78701
   Telephone: (512) 394-3000
4  Facsimile: (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN McMAHON VITEK
6  750 "B" Street, Suite 2100
   San Diego, CA 92101
7  Telephone: (619) 685-3003
   Facsimile: (619) 685-3100
8
   Attorneys for Defendants and Counterclaimants,
9  GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 LLC, AND COWABUNGA ENTERPRISES, INC.

11

12                          **UNITED STATES DISTRICT COURT**

13                          **SOUTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| 16 | |
| 17       Plaintiff and Counter-Defendant, | Case No. 02-CV-2060-B (CAB) Case No. 03-CV-0699-B (CAB) |
| 18  v. | Case No. 03-CV-1108-B (CAB) |
| 19  GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **NOTICE OF JOINDER BY GATEWAY TO MOTIONS FOR SUMMARY JUDGMENT FILED BY MICROSOFT CORPORATION** |
| 20 | |
| 21       Defendants and Counter-Claimants, | |
| 22  and | Date:      January 7, 2008 Time:      10:30 a.m. |
| 23  MICROSOFT CORPORATION | Courtroom: 13, 5th Floor Judge:     Hon. Marilyn L. Huff |
| 24       Intervenor and Counter-Claimant. | |
| 25 | |
| 26  AND CONSOLIDATED CASES | |

27

28

GATEWAY'S NOTICE OF JOINDER TO MOTIONS     1     Case No. 07-CV-2000- H (CAB)
FOR SUMMARY JUDGMENT FILED BY
MICROSOFT CORPORATION

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2    **PLEASE TAKE NOTICE** that Gateway, Inc.; Gateway Country Stores LLC; Gateway
3    Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway")
4    file this notice of joinder, and states that Gateway joins in the following motions, which were
5    filed on November 30, 2007 in the referenced civil action:

6        1.    Microsoft Corporation's Notice of Motion and Motion for Summary Judgment of
7    Obviousness of U.S. Patent No. 5,347,295, including the Memorandum of Points and
8    Authorities, all supporting declarations and attached exhibits.

9        2.    Microsoft Corporation's Notice of Motion and Motion for Summary Judgment of
10   Invalidity re: U.S. Patent No. 4,763,356, including the Memorandum of Points and Authorities,
11   all supporting declarations and attached exhibits.

12   

13   Dated: November 30, 2007        DECHERT LLP

15                                          By:    /s/Jeffrey B. Plies
16                                                      Jeffrey B. Plies

17                                        Attorneys For Defendants And Counterclaimants
                                     GATEWAY, INC. *et. al.*

# CERTIFICATE OF SERVICE

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas.  I served a copy of the following document:

**1.   NOTICE OF JOINDER BY GATEWAY TO MOTIONS FOR SUMMARY JUDGMENT FILED BY MICROSOFT CORPORATION**

**BY FACSIMILE:**   Copies of said documents were delivered to the parties listed below by facsimile:

Counsel for Lucent:

David H. Hahn
Sue Frost
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Facsimile:   (619) 235-2101

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Facsimile:   (858) 678-5099

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Facsimile:   (703) 720-7399

**ELECTRONIC MAIL:**   Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

   rappleby@kirkland.com
   jhohenthaner@kirkland.com
   akellman@kirkland.com
   dhahn@hahnadema.com
   sfrost@hahnadema.com

Counsel for Microsoft

marchese@fr.com
denning@fr.com
barnes@fr.com
brooks@fr.com
srodriguez@fr.com

Counsel for Dell

jfreed@mwe.com
Ali.Sharifahmadian@aporter.com
james_blackburn@aporter.com

    I declare that I am a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed in Austin, Texas

                                                                                         /s/ Jeffrey B. Plies
                                                                                             Jeffrey B. Plies