James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc*.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**DELL INC.'S NOTICE OF MOTION AND MOTION PURSUANT TO CIVIL LOCAL RULE 79-2 FOR LEAVE TO FILE UNDER SEAL (1) DELL'S CONFIDENTIAL REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION; AND (2) CONFIDENTIAL EXHIBITS TO THE DECLARATION OF KATHERINE B. FARKAS IN SUPPORT OF DELL'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION**<br><br>Judge Marilyn L. Huff<br><br>Hearing: December 7, 2007<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, )
| 2 |     Plaintiff and Counter-defendant, )
| 3 | v. )
| 4 | LUCENT TECHNOLOGIES INC., )
| 5 |     Defendant and Counter-claimant, )
| 6 | |
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, )
| 8 |     Plaintiffs and Counterclaim-defendants, )
| 9 | v. )
| 10 | DELL INC., )
| 11 |     Defendant and Counter-claimant. )

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on December 7, 2007 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101-8900, defendant and counterclaimant Dell Inc. ("Dell") will move, and hereby does move, pursuant to Civil Local Rule 79-2, to file under seal Dell's confidential Reply Memorandum of Points and Authorities in Support of Its Motion for Reconsideration of the Court's October 1, 2007 Order ("Dell's Reply") and Exhibits B, C, D, E, F, G, and H to the Declaration of Katherine B. Farkas in Support of Dell Inc.'s Reply in Support of Its Motion for Reconsideration of the Court's October 1, 2007 Order ("Farkas Decl."). A redacted public version of Dell's Reply is being filed concurrently herewith.

As set forth in the attached memorandum, good cause exists for granting this request. Dell's Reply refers to a June 23, 2006 email produced by Lucent Technologies, Inc. ("Lucent") as LUC 1313136-38 (Exhibit B), an August 10, 2006 email string produced by IP Value Management ("IP Value") as IPV 312-13 (Exhibit C), a November 26, 2006 email produced by IP Value as IPV 1311 (Exhibit D), a September 1, 2006 email produced by Lucent as LUC 1312939 (Exhibit E), a June 12, 2006 email produced by Lucent as LUC 1313196-97 (Exhibit F), a June 19, 2006 email string produced by Lucent as LUC 1313198-200 (Exhibit G), and a July 13-18, 2006 email string produced by Lucent as LUC 1313132-34 (Exhibit H). All of these documents were designated as "Outside Counsel Only" or "Confidential" by Lucent or IP Value pursuant to the protective order in this action. By designating these documents as confidential, Lucent and IP Value have represented that they reasonably and in good faith believe that the statements should be protected from public disclosure. Accordingly, Dell believes that good cause exists to file its Reply and Exhibits B, C, D, E, F, G, and H to the Farkas Decl. under seal.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof which is attached hereto, the declaration of Katherine B. Farkas filed concurrently herewith, the pleadings, records and files in this action, and upon such other and

///

///

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

1  further evidence and argument as may properly be presented prior to and at the hearing on the
2  Motion.

4  November 30, 2007

    ARNOLD & PORTER LLP
    James S. Blackburn
    Joseph A. Micallef
    Katherine B. Farkas

    McDERMOTT WILL & EMERY LLP
    Joel M. Freed

    By: /s/ Katherine B. Farkas
        Katherine B. Farkas
        katherine.farkas@aporter.com
        Attorney for Dell Inc.

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Dell submits this memorandum of points and authorities in support of its Motion to File Under Seal Pursuant to Civil Local Rule 79-2 the following documents: (1) Dell's Confidential Reply Memorandum of Points and Authorities in Support of Its Motion for Reconsideration ("Dell's Reply"); and (2) Confidential Exhibits to the Declaration Katherine B. Farkas in Support of Motion for Reconsideration ("Farkas Decl.").

As set forth below, good cause exists for filing these documents under seal. Dell's Reply refers to a June 23, 2006 email produced by Lucent Technologies, Inc. ("Lucent") as LUC 1313136-38 (Exhibit B), an August 10, 2006 email string produced by IP Value as IPV 312-13 (Exhibit C), a November 26, 2006 email produced by IP Value as IPV 1311 (Exhbit D), a September 1, 2006 email produced by Lucent as LUC 1312939 (Exhibit E), a June 12, 2006 email produced by Lucent as LUC 1313196-97 (Exhibit F), a June 19, 2006 email string produced by Lucent as LUC 1313198-200 (Exhibit G), and a July 13-18, 2006 email string produced by Lucent as LUC 1313132-34 (Exhibit H). All of these documents were designated as "Outside Counsel Only" or "Confidential" by Lucent or IP Value pursuant to the protective order in this action. By designating these documents as confidential, Lucent and IP Value have represented that they reasonably and in good faith believe that the statements should be protected from public disclosure. Accordingly, Dell believes that good cause exists to file its Reply and Exhibits B, C, D, E, F, G, and H to the Farkas Decl. under seal. Moreover, because these exhibits are designated "Outside Counsel Only" or "Confidential" under a protective order, Dell is obligated to seek leave of Court to file them under seal. Dell's Reply is based, in significant part, on information contained in Exhibits B, C, D, E, F, G, and H. Thus, it is essential to Dell's Reply that this information be considered by the Court. Accordingly, Dell respectfully requests that the Court grant its Motion to Seal Dell's Reply and Exhibits B, C, D, E, F, G, and H to the Farkas Decl.

## II. PROCEDURAL BACKGROUND

On October 16, 2007, the Honorable Rudi M. Brewster issued an order severing certain matters from cases (1) *Lucent Technologies, Inc., et al. v. Gateway, et al.*, Case No. 3:02-CV-2060 B

- 3 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

(CAB), (2) *Microsoft Corporation v. Lucent Technologies, Inc., et al.*, Case No. 3:03-CV-0699 B (CAB), and (3) *Lucent Technologies, Inc., et al. v. Dell Computer Corp.*, Case No. 3:03-CV-1108 B (CAB), thus creating this case. Prior to the severing order, a Stipulated Protective Order between Lucent and Dell in Case No. 03-CV-1108 B (LAB) [Docket No. 92] was filed with the Court on August 14, 2003. *See* Declaration of Katherine B. Farkas in Support of Dell's Motion to File Under Seal ("Farkas Sealing Decl.") at Ex. A. The parties agreed to prevent public disclosure of materials marked by a producing party as either "Confidential" or "Outside Counsel Only" under the Stipulated Protective Order. *See id.* Accordingly, Dell is obligated to seek leave to file such documents under seal. *Id.* (Ex. A at 17, ¶ 22). By designating documents as "Confidential" or "Outside Counsel Only," Lucent and IP Value impliedly represented that it reasonably and in good faith believes that these documents should be protected from public disclosure. *Id.* (Ex. A at 8-9, ¶ 1(d)).

Dell's Reply references Exhibits B, C, D, E, F, G, and H, or information contained in those documents, at the following pages and lines:

1. p. 4, footnote 2: references and discusses Exhibits B, C, D, E, F, G, and H, each of which was marked "Outside Counsel Only," by Lucent or IP Value; and

2. pp. 6:25 -7:3: references and discusses Exhibit B, a June 23, 2006 email, which was marked "Outside Counsel Only" by Lucent.

Dell's Reply also references Confidential Exhibits to the Blackburn Declaration In Support of Motion to Reconsider ("Blackburn" Declaration) and information contained in those documents. Each of these documents was filed under seal by order of the Court. Dell's Reply references Confidential Exhibits to the Blackburn Declaration at the following pages and lines:

1. p. 4:18-22: Discusses the testimony of William Carapezzi and Barbara Landmann, which was designated "Confidential" by Lucent;

2. p. 6:2-8: Discusses two MPEG LA Agreements, which were marked "Outside Counsel Only," by Lucent and Dell respectively;

3. p. 7:24-26: Discusses two MPEG LA Agreements, which were marked "Outside Counsel Only," by Lucent and Dell respectively; and

- 4 -

    4.   pp. 7-8, footnote 3: Discusses two MPEG LA Agreements, which were marked "Outside Counsel Only," by Lucent and Dell respectively.

### III.   ARGUMENT

"Protective orders and filings under seal are the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated." *In re Adobe Sys., Inc. Securities Litigation*, 141 F.R.D. 155, 161-162 (N.D. Cal. 1992) (citing cases). Exhibits B, C, D, E, F, G, and H to the Farkas Decl. were designated as "Outside Counsel Only" or "Confidential" by Lucent and IP Value pursuant to the protective order in *Lucent Technologies, Inc., et al. v. Gateway, et al.*, Case No. 3:02-CV-2060 B. Dell's Reply refers extensively to these "Outside Counsel Only" and "Confidential" documents.

By designating these documents as "Outside Counsel Only," and "Confidential," Lucent and IP Value have represented that they reasonably and in good faith believe that such materials should be protected from public disclosure. As such, good cause exists to seal these materials to protect them from public disclosure. *Synopsys, Unc. v. Magma Design Automation, Inc.*, No. C04-03923 MMC, 2006 WL 997190 (N.D. Cal. 2006) (granting motion to seal based on parties' designation of materials as confidential under a stipulated protective order).

Furthermore, it is essential to Dell's Reply that these exhibits be accepted for filing under seal by the Court. Dell's Reply relies largely on information contained in these documents.

///

///

///

- 5 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

## IV. CONCLUSION

For the foregoing reasons, Dell seeks an Order granting it permission to file under seal Dell's confidential Reply in Support of Its Motion for Reconsideration of the Court's October 1, 2007 Order, and the confidential exhibits to the Farkas Declaration.

November 30, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef
Katherine B. Farkas

McDERMOTT WILL & EMERY LLP
Joel M. Freed


By: /s/Katherine B. Farkas
    Katherine B. Farkas
    Attorney for Dell Inc.

- 6 -