**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　Plaintiffs and Counterclaim-defendants,<br><br>　　v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**ORDER GRANTING DELL INC.'S MOTION PURSUANT TO CIVIL LOCAL RULE 79-2 FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED TO SUMMARY JUDGMENT MOTIONS OF NOVEMBER 30, 2007**<br><br>Judge Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>　　Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST,<br><br>　　Defendants and Counter-claimants, | |

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST, | ) ) ) |
| Plaintiffs and Counterclaim-defendants, | ) ) |
| v. | ) ) |
| DELL INC., | ) ) |
| Defendant. | ) ) ) |

**ORDER**

Having considered Dell's Motion Pursuant to Civil Local Rule 79-2 for Leave to File Under Seal, and good cause appearing,

**IT IS HEREBY ORDERED** that the following documents are to be filed under seal:

1. The confidential Memorandum of Points and Authorities in Support of Dell Inc.'s Motion for Summary Judgment of Invalidity of Claims 1-3 of U.S. Patent No. 4,439,759 to Fleming et al.

2. The confidential Memorandum of Points and Authorities in Support of Motion of Dell Inc. for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,958,226 to Haskell, et al.

3. Exhibits 17 and 22 to the Declaration of James S. Blackburn in Support of Dell Inc.'s Motions for Summary Judgment of Invalidity on the Asserted Claims of U.S. Patent Nos. 4,958,226, 4,383,272, 4,439,759, and 4,763,356.

**IT IS SO ORDERED**.

Dated: December 3, 2007

Honorable Marilyn L. Huff
United States District Judge

COPIES TO:
All Parties of Record

- 1 -