1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>    Defendants and Counter-Claimants,<br><br>    and<br><br>MICROSOFT CORPORATION<br><br>    Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**ORDER FOR LEAVE TO FILE UNDER SEAL ONE EXHIBIT SUBMITTED IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)**<br><br>Date:        January 7, 2008<br>Time:        10:30 a.m.<br>Courtroom:  13, 5th Floor<br>Judge:       Hon. Marilyn L. Huff |

Having considered Gateway's request, and good cause appearing, it is hereby ORDERED that the following documents be filed under seal:

1. Exhibit 9, excerpts of a document entitled "Draft Home Information System Presentation Level Protocol Specification," dated April 14, 1981 (LUC 003903-003917).

**IT IS SO ORDERED.**

Dated: December 3, 2007

Marilyn L. Huff
United States District Judge

COPIES TO:
All Parties of Record