**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br>  Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br>  Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br>  Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **ORDER GRANTING DELL INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL (1) DELL'S CONFIDENTIAL REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION; AND (2) CONFIDENTIAL EXHIBITS TO THE DECLARATION OF KATHERINE FARKAS IN SUPPORT OF DELL'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION** <br><br> Judge Marilyn L. Huff |
| MICROSOFT CORPORATION, <br><br>  Plaintiff and Counter-defendant, <br><br> v. <br><br> LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST, <br><br>  Defendants and Counter-claimants, | |

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST, | ) ) ) ) |
| Plaintiffs and Counterclaim-defendants, | ) ) |
| v. | ) ) |
| DELL INC., | ) ) |
| Defendant. | ) ) ) |

**ORDER**

Having considered Dell's Request, and good cause appearing,

**IT IS HEREBY ORDERED** that the following documents are to be filed under seal:

1. Dell Inc.'s Reply in Support of Its Motion for Reconsideration of the Court's October 1, 2007 Order; and

2, Exhibits B, C, D, E, F, G, and H to the Declaration of Katherine B. Farkas In Support of Dell Inc.'s Reply in Support of Its Motion for Reconsideration of the Court's October 1, 2007 Order.

**IT IS SO ORDERED**.

Dated: December 3, 2007

Honorable Marilyn L. Huff
United States District Judge

COPIES TO:
All Parties of Record

- 1 -