1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
3  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
4

   Joseph A. Micallef (admitted *pro hac vice*)
5  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
6  Washington, D.C. 20004-1206
   Telephone: (202) 942-5000
7  Facsimile: (202) 942-5999

8  Joel M. Freed (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
9  600 13th Street, N.W.
   Washington, D.C. 20005-3096
10 Telephone: (202) 756-8000
   Facsimile: (202) 756-8087
11

   Attorneys for *Dell Inc.*

12

13 **UNITED STATES DISTRICT COURT**

14 **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| 16 | |
| 17  Plaintiffs and Counterclaim-defendants, | Case No. 02-CV-2060-B (CAB) Case No. 03-CV-0699-B (CAB) |
|     v. | Case No. 03-CV-1108-B (CAB) |
| 18 | |
| 19  GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **NOTICE OF JOINDER BY DELL INC. IN GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING), AND GATEWAY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)** |
| 20 | |
| 21  Defendants and Counter-claimants, | |
| 22  and | |
| 23  MICROSOFT CORPORATION, | |
| 24  Intervener and Counter-claimant, | Judge Marilyn L. Huff |
| 25 | Hearing: January 7th, 2008, 10:30 a.m. Location: Courtroom 13, 5th Floor |
| 26 | |
| 27 | |

28

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff and Counter-defendant, | ) |
| v. | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Defendants and Counter-claimants, | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Plaintiffs and Counterclaim-defendants, | ) |
| v. | ) |
| DELL INC., | ) |
| Defendant and Counter-claimant. | ) |

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Dell Inc. ("Dell") files this notice of joinder in the following motions filed by defendant Gateway Inc. ("Gateway") on November 30, 2007. Dell joins Gateway's Notice of Motion and Motion for Partial Summary Judgment of Invalidity of U.S. Patent No. 4,439,759 (Fleming), and all of its supporting and relevant documents. Dell also joins in Gateway's Notice of Motion and Motion for Partial Summary Judgment of Invalidity of U.S. Patent No. 4,763,456 (Day), and all of its supporting and relevant documents. Dell states as follows:

On November 30, 2007, Gateway filed the following notices of motion for summary judgment:

1. Gateway's Notice of Motion and Motion for Partial Summary Judgment of Invalidity of U.S. Patent No. 4,439,759 (Fleming) [Docket No. 66]; and

2. Gateway's Notice of Motion and Motion for Partial Summary Judgment of Invalidity of U.S. Patent No. 4,763,356 (Day) [Docket No. 70].

Dell joins in these motions.

December 3, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: /s/Joseph A. Micallef
Joseph A. Micallef
joseph.micallef@aporter.com
Attorney for Dell Inc.

- 1 -