James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br>  Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br>  Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br>  Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **NOTICE OF JOINDER BY DELL INC. IN MICROSOFT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY RE U.S. PATENT NO. 4,763,356, AND MICROSOFT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF OBVIOUSNESS OF U.S. PATENT NO. 5,347,295** <br><br> Judge Marilyn L. Huff <br><br> Hearing: January 7th, 2008, 10:30 a.m. <br> Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, )<br>) |
| 2 | )<br>Plaintiff and Counter-defendant, ) |
| 3 | )<br>v.  ) |
| 4 | )<br>LUCENT TECHNOLOGIES INC. and )<br>MULTIMEDIA PATENT TRUST, ) |
| 5 | )<br>) |
| 6 | Defendants and Counter-claimants, )<br>) |
| 7 | LUCENT TECHNOLOGIES INC. and )<br>MULTIMEDIA PATENT TRUST, ) |
| 8 | ) |
| 9 | Plaintiffs and Counterclaim-defendants, )<br>) |
| 10 | v.  )<br>) |
| 11 | DELL INC., )<br>) |
| 12 | Defendant and Counter-claimant. )<br>) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Dell Inc. ("Dell") files this notice of joinder in the following motions filed by defendant Microsoft Corp. ("Microsoft") on November 30, 2007. Dell joins Microsoft's Notice of Motion and Motion for Summary Judgment of Invalidity Re U.S. Patent No. 4,763,356, and all of its supporting and relevant documents. Dell also joins Microsoft's Notice of Motion and Motion for Summary Judgment of Obviousness of U.S. Patent No. 5,347,295, and its supporting and relevant documents. Dell states as follows:

On November 30, 2007, Microsoft filed the following notices of motion for summary judgment:

1. Microsoft's Notice of Motion and Motion for Summary Judgment of Invalidity re U.S. Patent No. 4,763,356 [Docket No. 83]; and

2. Microsoft's Notice of Motion and Motion for Summary Judgment of Obviousness of U.S. Patent No. 5,347,295 [Docket No. 85].

Dell joins in these motions.

December 3, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed


By:  /s/Joseph A. Micallef
Joseph A. Micallef
joseph.micallef@aporter.com
Attorney for Dell Inc.

- 1 -