David A. Hahn (SBN 125784)
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

Attorney for *Multimedia Patent Trust*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　　　　　Defendants,<br>and<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Intervener. | Case No. 07-CV-2000-H (CAB)<br><br>consisting of matters severed from consolidated cases:<br><br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**DECLARATION OF JONAS R. MCDAVIT IN SUPPORT OF MULTIMEDIA PATENT TRUST'S OPPOSITION TO DEFENDANTS' MOTION FOR STAY OR, IN THE ALTERNATIVE, FOR SEVERANCE OF THE HASKELL AND NETRAVALI PATENTS FOR CONSOLIDATION WITH CASE NO. 07-CV-0747** |
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　　　　　Defendant. | Hearing Date:　January 7, 2008<br>Hearing Time:　10:30 a.m.<br>Location:　　　Courtroom 13<br><br>Honorable Marilyn L. Huff |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | |

DECLARATION OF JONAS R. MCDAVIT IN SUPPORT OF MULTIMEDIA PATENT TRUST'S OPPOSITION TO DEFENDANTS' MOTION FOR STAY OR, IN THE ALTERNATIVE, FOR SEVERANCE OF THE HASKELL AND NETRAVALI PATENTS FOR CONSOLIDATION WITH CASE NO. 07-CV-0747F

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: Case No. 02-CV-2060 B (CAB), Case No. 03-CV-0699 B (CAB), and Case No. 03-CV-1108 B (CAB)

|   |   |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | DELL INC., |
| 4 | Defendant. |

27  DECLARATION OF JONAS R. MCDAVIT IN SUPPORT OF    1    Case No. 07-CV-2000-H (CAB)
    MULTIMEDIA PATENT TRUST'S OPPOSITION TO
    DEFENDANTS' MOTION FOR STAY OR, IN THE
28  ALTERNATIVE, FOR SEVERANCE OF THE HASKELL AND
    NETRAVALI PATENTS FOR CONSOLIDATION WITH CASE
    NO. 07-CV-0747

I, Jonas R. McDavit, an associate in the law firm of Kirkland & Ellis LLP, counsel for Multimedia Patent Trust, declare as follows:

1. Attached hereto as Exhibit 1 is a copy of the Docket for the Delaware Court of Chancery for MPEG LA, LLC v. Alcatel-Lucent, Case No. CA3317-VCL.

2. Attached hereto as Exhibit 2 is a copy of the list of patents covered by the MPEG-2 Patent Portfolio License as of October 1, 2007 available at http://www.mpegla.com/m2/m2-patentlist.cfm.

3. Attached hereto as Exhibit 3 is a copy of the Dell Inc. website page titled "Dazzle Video Creator Platinum," available at http://accessories.us.dell.com.

4. Attached hereto as Exhibit 4 is a copy of excerpts from the United States Patent and Trademark Office Performance and Accountability Report for Fiscal Year 2005.

If called to testify as a witness, I could and would competently testify to the truth of each statement above and herein. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3d day of December, 2007.

By: _____
Jonas R. McDavit

DECLARATION OF JONAS R. MCDAVIT IN SUPPORT OF MULTIMEDIA PATENT TRUST'S OPPOSITION TO DEFENDANTS' MOTION FOR STAY OR, IN THE ALTERNATIVE, FOR SEVERANCE OF THE HASKELL AND NETRAVALI PATENTS FOR CONSOLIDATION WITH CASE NO. 07-CV-0747

1

Case No. 07-CV-2000-H (CAB)

**LUCENT TECHNOLOGIES INC. v. GATEWAY et al.**

**Case No. 07-CV-2000-H (CAB)**

**INDEX TO EXHIBITS TO DECLARATION OF JONAS R. MCDAVIT**
**December 3, 2007**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Docket for the Delaware Court of Chancery for MPEG LA, LLC v. Alcatel-Lucent, Case No. CA3317-VCL. |
| 2 | List of patents covered by the MPEG-2 Patent Portfolio License as of October 1, 2007 available at http://www.mpegla.com/m2/m2-patentlist.cfm. |
| 3 | Dell Inc. website page titled "Dazzle Video Creator Platinum," available at http://accessories.us.dell.com. |
| 4 | Excerpts from the United States Patent and Trademark Office Performance and Accountability Report for Fiscal Year 2005. |