# McDavit Declaration

# Exhibit 1

# Delaware Court of Chancery

## DE Court of Chancery - Statewide

## CA3317-VCL

## Mpeg L A LLC v. Alcatel Lucent

**The case was last updated by the court on Tuesday, November 06, 2007**

## Header

| | |
|---|---|
| **Case Number:** | CA3317-VCL |
| **Date Filed:** | 10/29/2007 |
| **Date Full Case Retrieved:** | 11/06/2007 |
| **Status:** | Active |
| **Misc:** | Gen Comm/Contractual Remedies |

[Summary] [Litigants] [Counsel] [Proceedings] [Schedule]

## Summary

**Assigned To:**
**Date Assigned:**
**Dismissed By:**

## Litigants

| Litigant Type | Litigant |
|---|---|
| Plaintiff | M P E G La LLC |
| Defendant | Alcatel Lucent |
| Defendant | Lucent Technologies Inc |
| Defendant | Multimedia Patent Trust |

## Counsel

**Plaintiff**

Dudderar, Timothy R
Potter Anderson & Corroon LLP
1313 N Market St FL 6
Wilmington DE 19801-6101

**Defendant**

| Date | # | Proceeding Text |
|---|---|---|
| 10/29/2007 | 1 | verified complaint |
| 10/29/2007 | 2 | case information sheet to verified complaint |

Exhibit 1
Page 000001

| 10/29/2007 | 3 | affirmation of timothy r. dudderar to verified complaint |
| 11/01/2007 | 4 | motion for special process server |
| 11/01/2007 | 5 | [proposed] order appointing a special process server |
| 11/01/2007 | 6 | amended proposed order appointing a special process server |
| 11/01/2007 | 7 | motion, order for special process server; issued 3104 summons to sps (1 copy); issued summons to sps (1 copy); issued summons to sps (1 copy) |
| 11/05/2007 | 8 | summons of lucent technologies, inc. |
| 11/05/2007 | 9 | summons of alcatel lucent |
| 11/05/2007 | 10 | summons of multimedia patent trust |
| 11/05/2007 | 11 | affidavit of personal service of summons, complaint, motion for special process server, and order appointing a special process server for lucent technologies, inc. |
| 11/05/2007 | 12 | affidavit of personal service of summons, complaint, motion for special process server, and order appointing a special process server for alcatel lucent |
| 11/05/2007 | 13 | affidavit of personal service of summons, complaint, motion for special process server, and order appointing a special process server for multimedia patent trust |

## Schedule

# No Information is Available for this case

Copyright © 2007 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

Exhibit 1
Page 000002