# McDavit Declaration

# Exhibit 2

**ALCATEL LUCENT**

US 4,970,590
DE 68924764
FR 0374548
GB 0374548
IT 1228109
JP 3,011,338
SE 0374548

US 4,833,543[1]
DE 3785589.1[†]
FR 0230338[†]
GB 0230338[†]
IT 22728 BE/93[†]

US 5,453,790

DE 69011422
FR 0401638
GB 0401638
IT 1,230,235
SE 0401638

**BRITISH TELECOMMUNICATIONS plc**

US 5,291,284
GB 0448590
JP 2,046,808

---

[1] Expired December 23, 2006
[†] Expired January 20, 2007

Exhibit 2
Page 000003

US 5,091,782
AT 139402-T1
AU 627684-B2
BE 0451545
CA 2,038,043-C
CH/LI 0451545
DE 69120139-T2
DK 0451545 T3
ES 2088440-T3
FR 0451545
GB 0451545
GR 3020736
HK 1008410
IE 74861
IT 0451545
JP 2,795,420
KR 188423
NL 0451545
NO 178419-C
NO 178420-C
SE 0451545
TW NI-50643

US 5,093,720

## COLUMBIA UNIVERSITY

US Re 35,093
CA 2,096,431-C
DE 69129595
DE 69130329
FR 0564597
FR 0630157
GB 0564597
GB 0630157
JP 2,746,749

Exhibit 2
Page 000004

US 5,486,864
CN 1,060,003
DE 69421444
ES 2,140,477
FR 0624983
GB 0624983
IT 0624983
JP 3,657,017
KR 291492
MX 188411
MY 118172-A
RU 2,115,261
SG 82528
TH 20936
TR 28291
TW NI-092150

US 5,491,516
AT 167015
BR PI 9405710-9
CA 2,153,886
CN 94191176.4
DE 69410781.6
ES 2,117,252
FI 113929
FR 0679316
GB 0679316
IN 183230
IT 50123 BE 98
JP 3,510,628
KR 282981
MX 187475
MY 109889-A
PH 1-1993-47458
PT 0679316
RU 2,115,258
SE 0679316
SG 94680
SG 110033
TR 27398
TW NI-66422
VN 526

US 5,600,376
IN 181018

Exhibit 2
Page 000005

JP 3,191,935

JP 3,265,287

JP 3,303,869


## KDDI CORPORATION

JP 1,835,550[10]

JP 3,201,079


## LG ELECTRONICS

US Re 37,057

US Re 37,568

KR 114,338


## MATSUSHITA

US Re 35,910
AU 612543-B2
CA 2,016,523-C
CH/LI 0397402
DE 69027710
ES 2091790
FR 0397402
GB 0397402
IT 0397402
JP 1,949,701
JP 2,695,244
KR 63,477
NL 0397402
SE 0397402

US Re 36,015

US Re 36,507

---

[10] Expired March 14, 2006

Exhibit 2
Page 000006

JP 3,809,117

JP 3,809,119

JP 3,809,120

JP 3,809,121


## MITSUBISHI

US 4,954,892
CA 2,000,156-C
DE 68913508-T2
FR 0382892
GB 0382892
HK 1008133
IT 0382892
JP 2,100,607
KR 58,957
SE 0382892

US 5,072,295
AU 625476-B2
CA 2,023,543-C
DE 69027820-T2
FI 98421-B
FR 0414193
GB 0414193
HK 1008129
IT 0414193
JP 2,128,624
KR 77,808
NL 0414193
NO 306749
SE 0414193
SG 45452

Exhibit 2
Page 000007

US 6,002,439
BE 1309202
CH/LI 1309202
DE 69233505
DK 1309202
ES 1309202
FI 117419
FR 1309202
GB 1309202
IT 1309202
NL 1309202
SE 1309202

US 6,097,759
BE 1091589
CA 2,327,489
CH/LI 1091589
DE 69233466
DK 1091589
ES 2235756
FI 117417
FR 1091589
GB 1091589
HK 1035289
IT 1091589
NL 1091589
NO 310,850
SE 1091589

US 6,188,794
BE 0825780
CH/LI 0825780
DE 69232077
DK 0825780
ES 2163074
FI 111591
FR 0825780
GB 0825780
HK 1009223
IT 0825780
NL 0825780
SE 0825780

US 6,307,973

Exhibit 2
Page 000008

US 4,901,075[†]
AT 260748-B[†]
CN 1011459B[16]
DE 3750206-C0[†]
FR 0260748-B[†]
GB 0260748-B[†]
IT 0260748-B[†]
JP 2,711,665[17]
KR 118698
NL 0260748-B[†]
SE 0260748-B[†]
TW 35350-B[18]

US 5,021,879
DE 3855114-B
FR 0290085-B
GB 0290085-B
JP 2,630,809-B

US 5,027,206
AT 131335
AU 634173-B
BE 0359334-B
CH/LI 0359334-B
CN 1018695-B
DE 68925011-B
ES 0359334-B
FI 92127
FR 0359334
GB 0359334-B
GR 0359334-B
HK 96-1695-B
IT 0359334-B
JP 2,961,131
KR 153275
LU 0359334
NL 0359334
SE 0359334
SG 9692026

---

† Expired September 10, 2007
[16] Expired September 12, 2007
[17] Expired September 14, 2007
[18] Expired September 22, 2007

Exhibit 2
Page 000009

US 5,699,476
AU 641726
CA 2,036,585
DE 69109346.6
DK 0443676
FI 101442
FR 0443676
GB 0443676
HK 96-615
IT 0443676
JP 3,174,586
NL 0443676
SE 0443676
SG 9690467.7

US 5,740,310
CA 2,043,670

US 5,844,867

**ROBERT BOSCH GMBH**

DE 3769306[†]
FR 0279053[†]
GB 0279053[†]
IT 0279053[†]
NL 0279053[†]

**SAMSUNG ELECTRONICS CO., LTD.**

US 5,461,421
JP 3,159,853
KR 0166722

US 5,467,086
JP 2,665,127
KR 166716

---

[†] Expires December 11, 2007

Exhibit 2
Page 000010

## SHARP CORPORATION

JP 2,951,861

## SONY

US Re 37,222
AU 669,983
DE 69031107
DE 69033782
FR 0424026
FR 0713340
GB 0424026
GB 0713340
JP 3,159,310

US 4,864,393
DE 3854171-T2
GB 2205710-B2[19]
KR 141,705

US 5,191,436
DE 69127224
DE 69132783
FR 0456433
FR 0730376
GB 0456433
GB 0730376
HK 1,014,415
HK 1,023,032
JP 2,874,745
JP 2,877,225
JP 2,969,782
KR 221,889

US 5,291,486
GB 2289194-B2
GB 2289195-B2
JP 3,009,073
SG 97743

---

[19] Expires December 4, 2007

Exhibit 2
Page 000011

FR 0903944
GA 10108
GB 0638218
GB 0903944
GN 10108
GR 3,032,133
GR 20040400044
GW 10108
HK 1,013,575
HU 217744
IE 0638218
IE 0903944
IL 108787
IN 188,824
IT 0638218
IT 0903944
JP 3,593,988
JP 3,610,578
KR 287490
LU 0638218
LU 0903944
MC 0638218
MC 0903944
ML 10108
MR 10108
MX 197,778
MY 110794
NE 10108
NL 0638218
NL 0903944
NZ 261907-B
PL 173287
PT 0638218
PT 0903944
RU 2,119,727
SE 0638218
SE 0903944
SN 10108
TD 10108
TG 10108
TR 28436-B
TW 66605-B

Exhibit 2
Page 000012

US 5,559,557
AU 669209-B2
CN 1,056,716
DE 69328472
ES 2145059
FR 0614592
GB 0614592
HK 1,013,573
IT 50048 BE/2000
JP 3,348,310
JP 3,348,356
KR 289,586
NL 0614592

US 5,663,763
AU 667970
CA 2,108,704
CN 1,054,486
DE 69324993.5
FR 0595562
GB 0595562
IT 0595562
KR 335,707
NL 0595562

US 5,666,461
AT 191598
AU 670288
CN 1,053,780
DE 69328277
ES 2145031
FR 0577365
GB 0577365
IT 48907 BE/2000
JP 3,257,052
KR 345,968
MY 109,945
NL 0577365
TW 70,497

Exhibit 2
Page 000013

## THOMSON LICENSING

US 4,800,432[20]

US 4,969,055[21]
AT 46238 E[†]
BE 0197126[†]
CA 1,285,064
CH/LI 0197126[†]
DE 3572907[22]
DK 166597[†]
FI 82166[†]
FR 0197126[†]
GB 0197126[†]
HK 42/91[†]
IT 23955 BE 89[†]
LU 0197126[†]
NL 0197126[†]
NO 169419[†]
SE 0197126[†]
SG 9091016-7[†]

US 5,289,276
CA 2,136,616
CN 1051429C
FI 112147
JP 3,267,620
KR 289559
MX 181083
SG 93764

---

[20] Expired October 23, 2006
[21] **Expires November 5, 2007**
[†] Expired October 1, 2005
[22] Lapsed effective July 4, 2001

Exhibit 2
Page 000014

US 5,422,676
AT 140356 E
BE 0608231
CA 2,108,778
CA 2,328,581
CH/LI 0608231
DE 59206755
ES 2090628 T3
FR 0608231
GB 0608231
HK 2088/96
IT 25254 BE 96
JP 3,093,266
KR 333229
LU 0608231
NL 0608231
SG 50678

US 5,442,400

US 5,459,789
BR PI 9501751-8
CA 2,145,904
CN 1,106,745
CN 1,222,168
DE 69516752
ES 2145173 T3
FR 0679030
GB 0679030
IT 49759 BE 2000
JP 3,561,326
KR 330267
KR 357506
MX 186399
MY 112768-A
PH 1-1995-50216
RU 2,154,353
SG 30349
TH 17310
TR 28866
TW NI-68881
VN 600

Exhibit 2
Page 000015

## TOSHIBA CORPORATION

US 5,317,397
JP 2,883,585

US 5,424,779
JP 2,755,851

US 5,467,136
JP 2,758,378

US 5,742,344
JP 2,883,592

US 5,986,713

## VICTOR COMPANY OF JAPAN, LIMITED (JVC)

US Re 34,965
DE 69024235
DE 69030819
FR 0379217-B
FR 0572046-B
GB 0379217-B
GB 0572046-B
HK 1001182
HK 1001183
JP 2,072,546
JP 2,530,217

US Re 35,158
DE 69031045
FR 0584840-B
GB 0584840-B
HK 1000538
JP 2,137,325
NL 0584840-B

US Re 36,822
JP 2,962,012

US 5,103,307

Exhibit 2
Page 000016

**Page 1 of 1**                                              **October 1, 2007**

**Addendum of Patents Removed From Attachment 1**


### <u>GENERAL INSTRUMENT</u>

| | | |
|---|---|---|
| DE | P3789273.8 | removed as of October 1, 1999 |
| FR | 0266049 | removed as of October 1, 1999 |
| GB | 0266049 | removed as of October 1, 1999 |
| IT | 0266049 | removed as of October 1, 1999 |


### <u>SONY</u>

| | | |
|---|---|---|
| GB | 2289196 | removed as of October 1, 1999 |
| GB | 2259229 | removed as of October 1, 1999 |


### <u>VICTOR COMPANY OF JAPAN, LIMITED (JVC)</u>

| | | |
|---|---|---|
| DE | 69012405 | removed as of October 1, 1999 |
| FR | 0395440-B | removed as of October 1, 1999 |
| GB | 0395440-B | removed as of October 1, 1999 |
| NL | 0395440-B | removed as of October 1, 1999 |

Exhibit 2
Page 000017