# McDavit Declaration

# Exhibit 3



Print this page    Close

Dell recommends Windows Vista® Business.

PINNACLE SYSTEMS | **Dazzle Video Creator Platinum**



Dazzle® Video Creator Platinum from Pinnacle Systems is a plug-and-play USB 2.0 device that allows you to record your home videos and TV recordings directly to DVD from a VCR, camcorder or other video equipment ... Full Description

Usually Ships: Within 24 Hours

Manufacturer Part# : 230100037 | Dell Part# : A0638306



★★★☆☆  Avg Customer Rating **3.3** of **5**    Read all 3 Reviews | Write a review

Share this Product:

**Overview    Tech Specs    Customer Ratings    Glossary And Resource**

**Highlights**
- Provides a simple, and fast way to archive home videos on DVDs
- Captures from virtually any video source with full resolution DVD quality
- Features Hi-Speed USB 2.0 port for easy connection
- Records videos directly to DVDs without the need for first copying them on to hard drive

**Overview**

Dazzle® Video Creator Platinum from Pinnacle Systems is a plug-and-play USB 2.0 device that allows you to record your home videos and TV recordings directly to DVD from a VCR, camcorder or other video equipment with analog outputs. The Dazzle is so easy to connect - you just have to connect your camcorder and plug into your PC's Hi-Speed USB 2.0 port. With the included Pinnacle Instant DVD Recorder software, you can record your videos directly to DVD without first copying them to your hard drive - thus saving both your time and space. It uses a hardware encoding chip for real-time video encoding into high-quality MPEG-1, MPEG-2, MPEG-4 and DivX formats without taxing your computer's CPU resources. Combined with Instant DVD Recorder software and Studio QuickStart software, the Dazzle® Video Creator Platinum allows you to create fully polished movies with titles, transitions, music and more, before archiving onto DVDs or sending them to mobile devices.

Manufacturer Part# : 230100037
Dell Part# : A0638306

Exhibit 3
Page 000018

Case 3:07-cv-02000-H-CAB    Document 95-5    Filed 12/03/2007    Page 3 of 3

Pricing, specifications, availability and terms of offers may change without notice, are not transferable and are valid only for new purchases from Dell Small Business for delivery in the 50 United States. Taxes, fees, shipping, handling and any applicable restocking charges extra, vary, and are not subject to discount. The Small Business site and offers contained herein valid only for end users and not for resellers and/or online auctions. Dell cannot be responsible for pricing or other errors, omissions, or consequences of misuse of site and its functions and reserves the right to cancel orders arising from such errors. Offers not necessarily combinable. Discounts cannot be retroactively applied. Orders subject to cancellation by Dell. Software & Accessories and Printers, Displays & Electronics offers do not apply to Recommended Solutions systems in the online system configuration pages (including PowerConnect switches) you must purchase eligible items through the separate Software & Accessories and Printers, Displays & Electronics online stores. Limit 5 systems and 5 discounted or promotional products per customer. In case of customers leasing under this promotion, please note that items leased will be subject to applicable end of lease options or requirements. All sales are subject to Dell's Terms and Conditions of Sale located at http://www.dell.com/terms unless you have a separate agreement with Dell.

© 2007 Dell | About Dell | Terms of Sale | Unresolved Issues | Privacy | Contact | Site Map | Visit ID |    Feedback        ▲ Top

Large Text
sn SNP1

Exhibit 3
Page 000019