# McDavit Declaration

# Exhibit 4



# United States Patent and Trademark Office



*Performance and Accountability Report*

*for Fiscal Year 2005*

Exhibit 4
Page 000020

| TABLE 13A | EX PARTE REEXAMINATION (FY 2001 - FY 2005) | | | | |
|---|---|---|---|---|---|
| **ACTIVITY** | **2001** | **2002** | **2003** | **2004** | **2005** |
| **Requests filed, total** | **296** | **272** | **392** | **441** | **524** |
|     By patent owner | 144 | 121 | 136 | 166 | 166 |
|     By third party | 150 | 140 | 239 | 268 | 358 |
|     Commissioner ordered | 2 | 11 | 17 | 7 | – |
| **Determinations on requests, total** | **342** | **272** | **381** | **419** | **535** |
|     Requests granted: | | | | | |
|         By examiner | 263 | 262 | 360 | 408 | 509 |
|         By petition | 2 | 1 | 1 | – | – |
|     Requests denied | 77 | 9 | 20 | 11 | 26 |
| **Requests known to have related litigation** | **80** | **52** | **109** | **138** | **176** |
| **Filings by discipline, total** | **296** | **272** | **392** | **441** | **524** |
|     Chemical | 90 | 87 | 124 | 130 | 138 |
|     Electrical | 89 | 78 | 118 | 156 | 188 |
|     Mechanical | 117 | 107 | 150 | 155 | 198 |

| TABLE 13B | INTER PARTES REEXAMINATION (FY 2001 - FY 2005) | | | | |
|---|---|---|---|---|---|
| **ACTIVITY** | **2001** | **2002** | **2003** | **2004** | **2005** |
| **Requests filed, total** | **1** | **4** | **21** | **27** | **59** |
| **Determinations on requests, total** | **-** | **5** | **20** | **25** | **57** |
|     Requests granted: | - | 5 | 18 | 25 | 54 |
|         By examiner | - | - | 18 | 25 | 54 |
|         By petition | - | - | - | - | - |
|     Requests denied | - | - | 2 | - | 3 |
| **Requests known to have related litigation** | **-** | **-** | **4** | **5** | **20** |
| **Filings by discipline, total** | **1** | **4** | **21** | **27** | **59** |
|     Chemical | 1 | 2 | 3 | 6 | 17 |
|     Electrical | - | - | 7 | 7 | 20 |
|     Mechanical | - | 2 | 11 | 14 | 22 |

Exhibit 4
Page 000021