James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**DECLARATION OF JAMES S. BLACKBURN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR STAY OR, IN THE ALTERNATIVE, FOR SEVERANCE OF THE HASKELL AND NETRAVALI PATENTS FOR CONSOLIDATION WITH CASE NO. 07-CV-0747**<br><br>Judge Marilyn L. Huff<br><br>Hearing: January 7, 2008<br>Location: Courtroom 13, 5th Floor |

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 | Plaintiff and Counter-defendant, |
| 3 | v. |
| 4 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 5 | |
| 6 | Defendants and Counter-claimants, |
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 8 | |
| 9 | Plaintiffs and Counterclaim-defendants, |
| 10 | v. |
| 11 | DELL INC., |
| 12 | Defendant and Counter-claimant. |

1  I, James S. Blackburn, declare as follows:

2  1. I am an attorney and a partner of the law firm of Arnold & Porter LLP, counsel for defendant Dell Inc. ("Dell"). I make this declaration in support of Defendants' Reply in Support of their Motion for Stay or, in the Alternative, for Severance of the Haskell and Netravali Patents for Consolidation with Case NO. 07-CV-0747, which is filed concurrently with this declaration. Unless otherwise stated herein, I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto.

3  2. Attached hereto as Exhibit A is a true and correct copy of the Legal Memorandum from Donald P. Dinella, dated June 23, 2006, which was produced by Lucent with Bates range LUC 1313136-38. **[FILED UNDER SEAL]**

4  3. Attached hereto as Exhibit B is a true and correct copy of an excerpt of Multimedia's First Set of Document Requests to Dell, dated November 2, 2007.

5  4. Attached hereto as Exhibit C is a true and correct copy of an excerpt from the Deposition of Kapu Kumar, dated May 8, 2007. **[FILED UNDER SEAL]**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of December, 2007 at Los Angeles, California.

By: /s/ James S. Blackburn
James S. Blackburn
Attorney for Dell Inc.

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

# EXHIBITS TABLE OF CONTENTS

| Exhibit | Document | Page No. |
|---------|----------|----------|
| A | Legal Memorandum from Donald P. Dinella regarding the effects of the merger on MPEG Patents, dated June 23, 2006. **[FILED UNDER SEAL]** | 4 |
| B | Multimedia's First Set of Document Requests to Dell, dated November 2, 2007. | 7 |
| C | Excerpts from the Deposition of Kapu Kumar, dated May 8, 2007. **[FILED UNDER SEAL]** | 11 |

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**THIS PAGE INTENTIONALLY LEFT BLANK**

- 3 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

1  David A. Hahn (SBN 125784)
   HAHN & ADEMA
2  501 West Broadway, Suite 1730
   San Diego, California 92101-3595
3  Telephone (619) 235-2100
   Facsimile  (619) 235-2101
4
   Attorneys for *Multimedia Patent Trust*
5
   *Additional counsel listed on the last page*
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | MULTIMEDIA PATENT TRUST,        )
12 |              Plaintiff,          ) CASE NO. 07-CV-0747 H (CAB)
13 |     v.                           )
14 | MICROSOFT CORPORATION,           ) MULTIMEDIA'S FIRST SET
   | GATEWAY INC., GATEWAY            ) OF DOCUMENT REQUESTS
15 | PROFESSIONAL, LLC, GATEWAY       ) TO DELL
   | COMPANIES, INC. GATEWAY          )
16 | MANUFACTURING LLC, GATEWAY       )
   | DIRECT, INC., GATEWAY U.S. RETAIL,)
17 | INC., and DELL INC.,             )
18 |              Defendants.         )
19 |                                  )
   | MICROSOFT CORPORATION,           )
20 | GATEWAY INC., GATEWAY            )
   | PROFESSIONAL LLC, GATEWAY        )
21 | COMPANIES, INC., GATEWAY         )
   | MANUFACTURING LLC, GATEWAY       )
22 | DIRECT, INC., GATEWAY U.S. RETAIL,)
   | INC., and DELL INC.,             )
23 |                                  )
   |         Third-Party Plaintiffs,  )
24 |                                  )
   |     v.                           )
25 |                                  )
   | LUCENT TECHNOLOGIES INC.,        )
26 |                                  )
   |         Third-Party Defendant.   )
27

28

**DOCUMENT REQUEST NO. 27.:**

All documents relating to any comparisons between any of the Patents-in-Suit and any Dell Product.

**DOCUMENT REQUEST NO. 28.:**

All documents relating to any evaluation, study, analysis and/or investigation of the Patents-in-Suit, including opinions (written or oral) of the validity/invalidity, infringement/non-infringement, patentability, misuse, ownership, license (implied or express), scope, or interpretation of any of the claims of the Patents-in-Suit.

**DOCUMENT REQUEST NO. 29.:**

All documents relating to any decision by Dell concerning whether or not to obtain any legal advice or opinion relating to the Patents-in-Suit.

**DOCUMENT REQUEST NO. 30.:**

All documents relating to any communications (including internal Dell communications and communications with any other person, such as Gateway, Microsoft, Lucent, or any consultant) concerning the Patents-in-Suit and/or this action, including communications relating to the infringement, non-infringement, validity, invalidity, enforceability, unenforceability, misuse, ownership, scope, interpretation, or license of the Patents-in-Suit.

**DOCUMENT REQUEST NO. 31.:**

Documents (in electronic form to the extent such electronic files exist) sufficient to show Dell's monthly, quarterly, and annual sales, licenses, and distribution, in units and dollars separately for each Dell Product identified in response to interrogatory no. 2, for the period April 24, 2001 to the present.

**DOCUMENT REQUEST NO. 32.:**

Documents (in electronic form to the extent such electronic files exist) sufficient to show Dell's monthly, quarterly, and annual sales, licenses, and distribution, in units and dollars, for the period April 24, 2001 to the present, separately for each of the following products:

    Dazzle Video Creator Platinum,
    InterVideo iVideo ToGo Platinum,
    GeForce 6200 256 MB DDR2 AGP Graphics Card,
    Win TV-HVR-1800 PCI Express X1 Hybrid Video Recorder,
    Win TV-HVR-1800 PCLe Tuner Card,
    Win TV-HVR-950 Hybrid USB TV Tuner,
    Win TV-PVR USB 2.0 Personal Video Recorder with MCE-Kit,
    Win TV-PVR-150 Media Center Personal Recorder with NTSC TV Tuner,
    Win TV-PVR-150 PCI Personal Video Recorder,
    Win TV-PVR-150 PCI Personal Video Recorder Kit with NTSC TV Tuner,
    Win TV-PVR-500 MCE-Kit with NTSC TV Tuner and Media Center Remote Control,
    PVR USB 2.0 W/FM Tuner REM control, and
    Win TV-PVR-500 PCI Dual Tuner for Windows XP Media Center Edition 2005.

**DOCUMENT REQUEST NO. 33.:**

Documents (in electronic form to the extent such electronic files exist) sufficient to show Dell's revenue, costs (including but not limited to labor, material, variances, and selling and administrative cost), gross margin, profits, and net profits separately for Dell Product identified in response to interrogatory no. 2, for the period April 24, 2001 to the present.

**DOCUMENT REQUEST NO. 34.:**

Documents (in electronic form to the extent such electronic files exist) sufficient to show Dell's revenue, costs (including but not limited to labor, material, variances, and selling and administrative cost), gross margin, profits, and net profits, for the period April 24, 2001 to the present, separately for each of the following products:

    Dazzle Video Creator Platinum,
    InterVideo iVideo ToGo Platinum,
    GeForce 6200 256 MB DDR2 AGP Graphics Card,
    Win TV-HVR-1800 PCI Express X1 Hybrid Video Recorder,
    Win TV-HVR-1800 PCLe Tuner Card,

EXHIBIT B  PAGE 9

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 2, 2007 | By: _____ |
| 3 | | John M. Desmarais (admitted pro hac vice) |
| 4 | | Robert A. Appleby (admitted pro hac vice) |
| | | Chanah Brenenson (admitted pro hac vice) |
| 5 | | KIRKLAND & ELLIS LLP |
| | | 153 East 53rd Street |
| 6 | | New York, New York 10022 |
| | | Telephone: (212) 446-4800 |
| 7 | | Facsimile: (212) 446-4900 |

Ephraim D. Starr (SBN 186409)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

David A. Hahn (SBN 125784)
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

Attorneys for *Multimedia Patent Trust*

EXHIBIT B   PAGE 10