James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*
.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiffs and Counterclaim-defendants,<br><br>    v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION PURSUANT TO CIVIL LOCAL RULE 79-2 FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge Marilyn L. Huff<br><br>Hearing Date: January 7, 2008, 10:30 a.m.<br>Location:     Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 |     Plaintiff and Counter-defendant, |
| 3 | v. |
| 4 | LUCENT TECHNOLOGIES INC., |
| 5 |     Defendant and Counter-claimant, |
| 6 | |
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 8 |     Plaintiffs and Counterclaim-defendants, |
| 9 | v. |
| 10 | DELL INC., |
| 11 |     Defendant and Counter-claimant. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 7, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101-8900, Defendants will move, and hereby do move, pursuant to Civil Local Rule 79-2, to file under seal (1) Defendants' Reply in Support of their Motion for Stay or, in the Alternative, for Severance of the Haskell and Netravali Patents for Consolidation with Case NO. 07-CV-0747 ("Defendants' Reply"); and (2) Exhibits A and C to the Declaration of James S. Blackburn in Support of Defendants' Reply in Support of their Motion for Stay or, in the Alternative, for Severance of the Haskell and Netravali Patents for Consolidation with Case NO. 07-CV-0747 ("Blackburn Decl."). A redacted public version of Defendants' confidential Reply is being filed concurrently herewith.

As set forth in the attached memorandum, good cause exists for granting this request. Defendants' Reply refers to the Legal Memorandum from Donald P. Dinella, Bates Range LUC 1313136-38 (Exhibit A), which has been designated "Outside Counsel Only" by Lucent Technologies Inc. ("Lucent") under the Protective Order entered in this matter. Additionally, Defendants' Memorandum refers to statements made in the highly confidential deposition of Kapu Kumar, dated May 8, 2007 (Exhibit C). By designating this deposition and the Dinella Memorandum as highly confidential, Lucent has represented that it reasonably and in good faith believes that that document and testimony should be protected from public disclosure. Further, Defendants' Reply refers to documents which were filed under seal by order of this Court as confidential exhibits to the Declaration of Katherine B. Farkas in Support of Defendants' Motion for Stay or, In the Alternative, Severance of The Haskell and Netravali Patents For Consolidation With Case No. 07-CV-0747. Accordingly, Defendants believe that good cause exists to file its Reply and Exhibits A and C to the Blackburn Decl. under seal.

//
//
//
//

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof which is attached hereto, the Declaration of James S. Blackburn filed concurrently herewith, the pleadings, records and files in this action, and upon such other and further evidence and argument as may properly be presented prior to and at the hearing on the Motion.

December 5, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: _____
James S. Blackburn
james.blackburn@aporter.com
Attorney for Dell Inc.

- 2 -

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Defendants submit this memorandum of points and authorities in support of their Motion to File Under Seal Pursuant to Civil Local Rule 79-2: (1) Defendants' Reply in Support of their Motion for Stay or, in the Alternative, for Severance of the Haskell and Netravali Patents for Consolidation with Case NO. 07-CV-0747 ("Defendants' Reply"); and (2) Exhibits A and C to the Declaration of James S. Blackburn in Support of Defendants' Reply in Support of their Motion for Stay or, in the Alternative, for Severance of the Haskell and Netravali Patents for Consolidation with Case NO. 07-CV-0747 ("Blackburn Decl.").

As set forth below, good cause exists for filing these documents under seal. Lucent has designated the Legal Memorandum from Donald P. Dinella, Bates range LUC 1313136-38 (Exhibit A) as "Outside Counsel Only" under a protective Order. Lucent has designated the deposition of Kapu Kumar (Exhibit C) as "Highly Confidential." By doing so, Lucent has represented that it reasonably and in good faith believes this document and deposition testimony contain information that must be protected from public disclosure. Moreover, because these exhibits are designated "Outside Counsel Only" or "Highly Confidential" under the Protective Order, Defendants are obligated to seek leave of Court to file them under seal. Defendants' Reply is based, in significant part, on information contained in Exhibits A and C. Thus, it is essential to Defendants' Reply that this information be considered by the Court. Accordingly, Defendants respectfully request that the Court grant its Motion to Seal its Reply and Exhibits A and C to the Blackburn Decl.

## II. PROCEDURAL BACKGROUND

On October 16, 2007, the Honorable Rudi M. Brewster issued an order severing certain matters from cases (1) *Lucent Technologies, Inc., et al. v. Gateway, et al.*, Case No. 3:02-CV-2060 B (CAB), (2) *Microsoft Corporation v. Lucent Technologies, Inc., et al.*, Case No. 3:03-CV-0699 B (CAB), and (3) *Lucent Technologies, Inc., et al. v. Dell Computer Corp.*, Case No. 3:03-CV-1108 B (CAB), thus creating this case. Prior to the severing order, a Stipulated Protective Order between Lucent and Dell in Case No. 03-CV-1108 B (LAB) [Docket No. 92] was filed with the Court on August 14, 2003. *See* Declaration of James S. Blackburn in Support of Defendants' Motion to File

- 3 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Under Seal ("Blackburn Sealing Decl.") at Ex. A. The parties agreed to prevent public disclosure of materials marked by the producing party as either "Confidential" or "Outside Counsel Only" under the Stipulated Protective Order. *See id.* Accordingly, Defendants are obligated to seek leave to file such documents under seal. *Id*. (Ex. A at 17, ¶ 22). By designating documents and depositions as "Confidential" or "Outside Counsel Only," Lucent impliedly represented that it reasonably and in good faith believes that these documents should be protected from public disclosure. *Id.* (Ex. A at 8-9, ¶ 1(d)).

The Defendants' Reply references Exhibits A or C to the Blackburn Decl., or information contained in those documents, at the following pages and lines:

1. p. 5, fn. 4: Discusses information contained in the legal memorandum produced by Lucent as LUC 1313136-38, which was designated "Outside Counsel Only" by Lucent;

2. p. 9, fn. 7: Discusses the deposition testimony of Kapu Kumar, which was designated as "Confidential" by Lucent.

Defendants' Reply also references confidential exhibits to the Declaration of Katherine B. Farkas in Support of Defendants' Motion for Stay or, In the Alternative, Severance of The Haskell and Netravali Patents For Consolidation With Case No. 07-CV-0747 ("Farkas Decl.") or information contained in those documents, at the following pages and lines:

1. p. 1, lines 20-22: Discusses information contained in the Expert Report of Wayne A. Hoeberlein, Regarding Damages for Video Coding Patents, dated March 31, 2006, which was designated "Confidential" by Lucent;

2. p. 2, lines 8-10: Discusses information contained in the Expert Report of Roger S. Smith Regarding Issues Pertaining to Lucent Video Coding Patents, dated March 31, 2006, which was designated "Confidential" by Lucent;

3. p. 5, fn 5: Discusses information in the MPEG-2 Patent Portfolio License, which was designated "Outside Counsel Only" by Dell;

- 4 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

4. p. 7, lines 4-10: Discusses information contained in the Expert Report of Wayne A. Hoeberlein, Regarding Damages for Video Coding Patents, dated March 31, 2006, which was designated "Confidential" by Lucent;

5. p. 9, lines 16-20: Discusses information contained in the Expert Report of Roger S. Smith Regarding Issues Pertaining to Lucent Video Coding Patents, dated March 31, 2006, which was designated "Confidential" by Lucent;

6. p. 9, lines 20-23: Discusses the deposition testimony of Kapu Kumar, which was designated as "Confidential" by Lucent;

7. p. 9, line 23 - p. 10, line 1: Discusses information contained in the document, "Portfolio Analysis", produced as Bates range LUC 1272925-LUC 1272927 and designated as "Outside Counsel Only" by Lucent.

## III. ARGUMENT

"Protective orders and filings under seal are the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated." *In re Adobe Sys., Inc. Securities Litigation*, 141 F.R.D. 155, 161-162 (N.D. Cal. 1992) (citing cases). Exhibits A and C to the Blackburn Decl. were designated as "Outside Counsel Only" or "Highly Confidential" by Lucent pursuant to the protective order in *Lucent Technologies, Inc., et al. v. Gateway, et al.*, Case No. 3:02-CV-2060 B. Defendants' Reply refers to information in these "Outside Counsel Only" and "Highly Confidential" exhibits.

By so designating this document and deposition testimony, Lucent has represented that it reasonably and in good faith believes that such materials should be protected from public disclosure. As such, good cause exists to seal these materials to protect them from public disclosure. *Synopsys, Unc. v. Magma Design Automation, Inc.*, No. C04-03923 MMC, 2006 WL 997190 (N.D. Cal. 2006) (granting motion to seal based on parties' designation of materials as confidential under a stipulated protective order).

- 5 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Furthermore, it is essential to Defendant's Reply that these exhibits be accepted for filing under seal by the Court. Defendant's Reply relies largely on information contained in this document and deposition.

## IV. CONCLUSION

For the foregoing reasons, Defendants seeks an Order granting them permission to file under seal the confidential Defendants' Reply, as well as the confidential exhibits to the Blackburn Decl.

December 5, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: *[signature]*
James S. Blackburn
james.blackburn@aporter.com
Attorney for Dell Inc.

- 6 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)