**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　Plaintiffs and Counterclaim-defendants,<br><br>　　v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION PURSUANT TO CIVIL LOCAL RULE 79-2 FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>　　Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST,<br><br>　　Defendants and Counter-claimants, | |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES, INC. and ) |
| | MULTIMEDIA PATENT TRUST, ) |
| 2 | ) |
| | Plaintiffs and Counterclaim-defendants, ) |
| 3 | ) |
| | v. ) |
| 4 | ) |
| | DELL INC., ) |
| 5 | ) |
| | Defendant. ) |
| 6 | ) |

Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**ORDER**

Having considered Dell's Request, and good cause appearing,

**IT IS HEREBY ORDERED** that the following documents are to be filed under seal:

1. Defendants' Reply in Support of their Motion for Stay or, in the Alternative, for Severance of the Haskell and Netravali Patents for Consolidation with Case NO. 07-CV-0747; and

2. Exhibits A and C to the Declaration of James S. Blackburn in Support of Defendants' Reply in Support of their Motion for Stay or, in the Alternative, for Severance of the Haskell and Netravali Patents for Consolidation with Case NO. 07-CV-0747.

**IT IS SO ORDERED**.

Dated: December 5, 2007

Honorable Marilyn L. Huff
United States District Judge

- 1 -