James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

ORIGINAL

FILED
DEC 05 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**NOTICE OF LODGMENT OF PHYSICAL EXHIBIT 49 TO THE DECLARATION OF JAMES S. BLACKBURN IN SUPPORT OF DELL INC.'S MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY ON THE ASSERTED CLAIMS OF U.S. PATENT NOS. 4,958,226, 4,383,272, 4,439,759, AND 4,763,356**<br><br>Judge Marilyn L. Huff<br><br>Hearing: January 7, 2008, 10:30 a.m.<br>Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 |     Plaintiff and Counter-defendant, |
| 3 | v. |
| 4 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 5 |     Defendants and Counter-claimants, |
| 6 | |
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 8 |     Plaintiffs and Counterclaim-defendants, |
| 9 | |
| 10 | v. |
| 11 | DELL INC., |
| 12 |     Defendant and Counter-claimant. |

1  TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Dell Inc. ("Dell") hereby lodges Exhibit 49 to the
3  Declaration of James S. Blackburn in Support of Dell Inc.'s Motions for Summary Judgment of
4  Invalidity on the Asserted Claims of U.S. Patent Nos. 4,958,226, 4,383,272, 4,439,759, and
5  4,763,356. Exhibit 49 is a compact disk ("CD") of video excerpts from the videotaped deposition
6  of Michael Farmer, taken on February 23, 2006. Because this exhibit is a CD, it cannot be filed
7  electronically.

9  November 30, 2007

        ARNOLD & PORTER LLP
        James S. Blackburn
        Joseph A. Micallef

        McDERMOTT WILL & EMERY LLP
        Joel M. Freed

        By: _/s/ James Black_____
        James S. Blackburn
        james.blackburn@aporter.com
        Attorneys for Dell Inc.

- 1 -