| | |
|---|---|
| 1 | John E. Gartman (SBN 152300) |
| | Juanita R. Brooks (SBN 75934) |
| 2 | Roger A. Denning (SBN 228998) |
| | Christopher S. Marchese (SBN 170239) |
| 3 | Lara S. Garner (SBN 234701) |
| | Fish & Richardson P.C. |
| 4 | 12390 El Camino Real |
| | San Diego, California  92130 |
| 5 | Telephone:     (858) 678-5070 |
| | Facsimile:      (858) 678-5099 |
| 6 | |
| | Stephen P. McGrath (SBN 202696) |
| 7 | Microsoft Corporation |
| | One Microsoft Way |
| 8 | Redmond, WA  98052 |
| | Telephone:     (425) 882-8080 |
| 9 | Facsimile:      (425) 936-7329 |
| 10 | Attorneys for Intervenor/Counter-claimant |
| | and Plaintiff/Counter-defendant |
| 11 | MICROSOFT CORPORATION |

(attorney block above)

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiff and Counterclaim-defendant, | | 02-CV-2060 B (CAB) 03-CV-0699 B (CAB) 03-CV-1108 B (CAB) |
| v. | | |
| GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | | **MICROSOFT CORPORATION'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON COUNTER-COUNTERCLAIMS AND DEFENSES RELATED TO MULTIMEDIA PATENT TRUST** |
| Defendants and Counter-claimants, | | |
| and | | Date:         January 7, 2008 Time:        10:30 a.m. |
| MICROSOFT CORPORATION, | | Courtroom: 13 Judge:       Honorable Marilyn L. Huff |
| Intervenor and Counter-claimant, | | |
| MICROSOFT CORPORATION, | | |
| Plaintiff and Counter-defendant, | | |
| v. | | |
| LUCENT TECHNOLOGIES INC., | | |
| Defendant and Counter-claimant, | | |

| | |
|---|---|
|1| LUCENT TECHNOLOGIES INC. and |
|2| MULTIMEDIA PATENT TRUST, |
|3|         Plaintiff, |
|4| v. |
|5| DELL, INC., |
|6|         Defendant. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Court's November 30, 2007 Order, (Doc. No. 65), Microsoft Corporation will and hereby does move the Court for summary judgment on its counter-counterclaims and defenses related to Multimedia Patent Trust. This motion is based on portions of Microsoft's August 17, 2007 Motion for Summary Judgment One Counter-Claims and Defenses Related to Multimedia Patent Trust as follows:

1. Microsoft Corporation's August 17, 2007 Memorandum of Points and Authorities In Support of Its Motion for Summary Judgment on Counter-Claims and Defenses Related to Multimedia Patent Trust, Sections I – III at pages 1-9; Section V.B.1. at pages 13-14; and Section V.B.2 at pages 14-18.

2. The August 17, 2007 Declaration of Christopher S. Marchese In Support of Its Motion for Summary Judgment on Counter-Claims and Defenses Related to Multimedia Patent Trust.

3. The Exhibits to the August 17, 2007 Declaration of Christopher S. Marchese In Support of Its Motion for Summary Judgment on Counter-Claims and Defenses Related to Multimedia Patent Trust.

4. The August 17, 2007 Declaration of James S. Blackburn In Support of Dell's Motion for Summary Judgment of Non-Infringement Based on the Defense of License.

5. The Exhibits to the August 17, 2007 Declaration of James S. Blackburn In Support of Dell's Motion for Summary Judgment of Non-Infringement Based on the Defense of License.

///

1  The motion is further based on the Federal Rules of Civil Procedure, this Court's Local
2  Rules, the files and records in this action, and any and all other materials submitted to the Court on
3  or before the time of its decision in this matter.

4

5  Dated: December 7, 2007                    FISH & RICHARDSON P.C.

6

7
                                              By: s/ Lara S. Garner
8                                                 John E. Gartman (SBN 152300)
                                                  Juanita R. Brooks (SBN 75934)
9                                                 Roger A. Denning (SBN 228998)
                                                  Christopher S. Marchese (SBN 170239)
10                                                Lara S. Garner (SBN 234701)
                                                  lgarner@fr.com
11

12                                            Attorneys for Intervenor/Counter-claimant
                                              and Plaintiff/Counter-defendant
13                                            MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 7, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    s/ Lara S. Garner
Lara S. Garner
lgarner@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION