**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

LUCENT TECHNOLOGIES INC. and )
MULTIMEDIA PATENT TRUST, )
        Plaintiff )
         )
         )
     vs. )
         )
GATEWAY, INC., et al. )
         )
        Defendant )
_____)

07 DEC -7 PM 2: 59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

Case No. 07-CV-2000-H (CAB)

**PRO HAC VICE APPLICATION**

DELL INC.
Party Represented

I, John L. Newby II _____ hereby petition the above entitled court to permit me
        (Applicant)
to appear and participate in this case and in support of petition state:

| | |
|---|---|
| My firm name: | Arnold & Porter LLP |
| Street address: | 555 Twelfth Street, NW |
| City, State, ZIP: | Washington, DC 20004 |
| Phone number: | 202.942.5893 |

That on 1/9/2006 _____ I was admitted to practice before District of Columbia
                                                     (Name of Court)
and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [X] have) [ ] have not) concurrently or within the year preceding this application made any pro hac
vice application to this court.
        **(If previous application made, complete the following)**
Title of case Multimedia Patent Trust v. Microsoft Corporation, et al.

Case number 07-CV-0747-MLH (CAB) _____ Date of application 8/8/07

Application     [X] granted     [ ] denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
                         (Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

James S. Blackburn, Esq. _____     213.243.4000
(Name)                                    (Telephone)
Arnold & Porter LLP
(Firm)
777 S. Figueroa Street, #4400          Los Angeles               90017
(Street)                    (City)                         (Zip code)

_____
Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



Received $180.00 for Court Library fee

_____ Deputy Clerk

Date___12/6/07___
It is so ordered,

_____

**Pro Hac Vice**    (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**    $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

    W. Samuel Hamrick, Jr., Clerk
    United States District Court
    Southern District of California
    880 Front Street Suite 4290
    San Diego, California 92101-8900

ORIGINAL

1   James S. Blackburn (State Bar No. 169134)
    ARNOLD & PORTER LLP
2   777 South Figueroa Street, 44th Floor
    Los Angeles, California 90017-5844
3   Telephone: (213) 243-4000
    Facsimile: (213) 243-4199
4

    Joseph A. Micallef (admitted *pro hac vice*)
5   ARNOLD & PORTER LLP
    555 Twelfth Street, N.W.
6   Washington, D.C. 20004-1206
    Telephone: (202) 942-5000
7   Facsimile: (202) 942-5999

8   Joel M. Freed (admitted *pro hac vice*)
    McDERMOTT WILL & EMERY LLP
9   600 13th Street, N.W.
    Washington, D.C. 20005-3096
10  Telephone: (202) 756-8000
    Facsimile: (202) 756-8087
11

    Attorneys for *Dell Inc.*
12

13

14                  UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16

17  LUCENT TECHNOLOGIES INC. and          )   Case No. 07-CV-2000-H (CAB)
    MULTIMEDIA PATENT TRUST,              )   consisting of matters severed from
18                                         )   consolidated cases:
        Plaintiffs and Counterclaim-defendants, )   Case No. 02-CV-2060-B (CAB)
19                                         )   Case No. 03-CV-0699-B (CAB)
        v.                                 )   Case No. 03-CV-1108-B (CAB)
20                                         )
    GATEWAY, INC. AND GATEWAY             )
21  COUNTRY STORES LLC, GATEWAY           )
    COMPANIES, INC., GATEWAY              )
22  MANUFACTURING LLC and                 )   CERTIFICATE OF SERVICE
    COWABUNGA ENTERPRISES, INC.,          )
23                                         )
        Defendants and Counter-claimants,  )
24                                         )
    and                                    )
25                                         )
    MICROSOFT CORPORATION,                )
26                                         )
        Intervener and Counter-claimant,   )
27

28

1    MICROSOFT CORPORATION,

2        Plaintiff and Counter-defendant,

3    v.

4    LUCENT TECHNOLOGIES INC. and
     MULTIMEDIA PATENT TRUST,

5

6        Defendants and Counter-claimants,

7    LUCENT TECHNOLOGIES INC. and
     MULTIMEDIA PATENT TRUST,

8

9        Plaintiffs and Counterclaim-defendants,

10   v.

11   DELL INC.,

12       Defendant and Counter-claimant.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 777 So. Figueroa St., 44th Floor, Los Angeles, CA 90017-5844.

I HEREBY CERTIFY that on this 5th day of December 2007, in Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB), and Case No. 03-CV-1108-B (CAB), I caused a copy of the following document to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L. R. 5.4:

1.    **Pro Hac Vice Application of John L. Newby.**

A true and complete copy of the above named document was served on counsel listed below by the indicated methods:

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

David Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101
dhahn@hahnadema.com
sfrost@hahnadema.com

**VIA ELECTRONIC MAIL**

Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND & ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
jmafale@kirkland.com

Christopher S. Marchese
John E. Gartman

- 1 -

Jennifer Bettencourt
Susie Rodriguez
Donna Rousseau
John Thornburgh
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
marchese@fr.com
gartman@fr.com
bettencourt@fr.com
srodriguez@fr.com
thornburgh@fr.com

Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
106 East 6th Street, Suite 800
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com
lawrence.fluker@dechert.com

David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com

I declare that I am a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on December 5, 2007, at Los Angeles, CA.

By: _____
Arturo Patiño Jr.

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)