James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　Plaintiffs and Counterclaim-defendants,<br><br>　　v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**DELL INC.'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON THE DEFENSE OF LICENSE**<br><br>Judge Marilyn L. Huff<br><br>Hearing Date: January 7, 2008<br>Hearing Time: 10:30 a.m.<br>Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 |   Plaintiff and Counter-defendant, |
| 3 | v. |
| 4 | LUCENT TECHNOLOGIES INC., |
| 5 |   Defendant and Counter-claimant, |
| 6 | |
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 8 |   Plaintiffs and Counterclaim-defendants, |
| 9 | v. |
| 10 | DELL INC., |
| 11 |   Defendant and Counter-claimant. |

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's November 30, 2007 Order [Docket No. 65], on January 7, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101-8900, defendant and counterclaimant Dell Inc. ("Dell") will move, and hereby does move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, this Court for summary judgment in favor of Dell and against plaintiff and counterclaim-defendant Lucent Technologies Inc. ("Lucent") on Dell's counterclaim for Fraudulent Transfer In Violation of Delaware's Uniform Fraudulent Transfer Act, §§ 1300 *et seq.* ( "DUFTA Counterclaim").

Dell's motion is made on the grounds that the undisputed material facts establish that Lucent transferred U.S. Patent Nos. 4,958,226 and 4,383,272 (the "Video Coding Patents") to plaintiff and counterclaim-defendant Multimedia Patent Trust ("MPT") for the sole purpose of depriving Dell and the other defendants in this action of licenses to the Video Coding Patents pursuant to their respective Patent Portfolio Licenses with MPEG LA, L.L.C., and that Lucent's transfer constitutes a fraudulent transfer under Delaware's Uniform Fraudulent Transfer Act. Dell is entitled to avoidance of Lucent's fraudulent transfer such that title to the Video Coding Patents passes back to their actual owner, Lucent, rendering the patents subject to Defendants' licenses.

This motion is based on this Notice of Motion and Motion and on portions of Dell's August 17, 2007 Motion On Behalf of All Defendants for Summary Judgment of Non-Infringement Based on the Defense of License, as follows:

1. Dell's August 17, 2007 Memorandum of Points and Authorities in Support of Dell's Motion On Behalf of All Defendants for Summary Judgment of Non-Infringement Based on the Defense of License, Sections I-III at pages 1-15; and Section IV.B at pages 21-25.

2. The August 17, 2007 Declaration of James S. Blackburn in Support of Dell's Motion On Behalf of All Defendants for Summary Judgment of Non-Infringement Based on the Defense of License, and all exhibits thereto.

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

1  This Motion also is based on the pleadings, records and files in this action, any reply papers
2  that may be filed, and upon such other and further evidence and argument as may properly be
3  presented prior to and at the hearing on the Motion.
4
5  December 10, 2007                               ARNOLD & PORTER LLP
                                                   James S. Blackburn
6                                                  Joseph A. Micallef

7                                                  McDERMOTT WILL & EMERY LLP
                                                   Joel M. Freed
8
9
                                                   By:  /s/James S. Blackburn
10                                                      James S. Blackburn
                                                        james.blackburn@aporter.com
11                                                      Attorney for Dell Inc.

- 2 -