James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br> Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br> Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1  MICROSOFT CORPORATION, | ) |
| 2      Plaintiff and Counter-defendant, | ) |
| 3  v. | ) |
| 4  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| 5 | ) |
| 6      Defendants and Counter-claimants, | ) |
| 7  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| 8 | ) |
| 9      Plaintiffs and Counterclaim-defendants, | ) |
| 10  v. | ) |
| 11  DELL INC., | ) |
| 12      Defendant and Counter-claimant. | ) |

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 777 S. Figueroa Street, Suite 4400, Los Angeles, California 90067.

I HEREBY CERTIFY that on this 10th day of December 2007, in Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB), and Case No. 03-CV-1108-B (CAB), I caused a copy of the following document to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L. R. 5.4:

**DELL INC.'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON THE DEFENSE OF LICENSE**

A true and complete copy of the above named document was served on counsel listed below by the indicated methods:

///

///

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**
David Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California  92101-3595
Telephone:  (619) 235-2100
Facsimile:  (619) 235-2101
dhahn@hahnadema.com
sfrost@hahnadema.com

**VIA ELECTRONIC MAIL**
Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND &  ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY  10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
jmafale@kirkland.com

Christopher S. Marchese
John E. Gartman
Jennifer Bettencourt
Susie Rodriguez
Donna Rousseau
John Thornburgh
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099
marchese@fr.com
gartman@fr.com
bettencourt@fr.com
srodriguez@fr.com
thornburgh@fr.com

Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
106 East 6th Street, Suite 800
Austin, TX  78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com
lawrence.fluker@dechert.com

| | |
|---|---|
| 1 | David J. Zubkoff |
| 2 | SELTZER, CAPLAN, MCMAHON & VITEK |
|   | 750 "B" Street, Suite 2100 |
|   | San Diego, California 92101 |
| 3 | Telephone: 619-685-3003 |
|   | Facsimile: 619-702-6827 |
| 4 | zubkoff@scmv.com |

(A courtesy-copy set of the following documents were delivered to Chambers concurrently herewith; however no copies have been provided to counsel: (1) Dell's August 17, 2007 Memorandum of Points and Authorities in Support of Dell's Motion On Behalf of All Defendants for Summary Judgment of Non-Infringement Based on the Defense of License, Sections I-III at pages 1-15; and Section IV.B at pages 21-25. and (2) The August 17, 2007 Declaration of James S. Blackburn in Support of Dell's Motion On Behalf of All Defendants for Summary Judgment of Non-Infringement Based on the Defense of License, and all exhibits thereto.)

     I declare that I am employed in the office of a member of the bar of this Court by whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on December 10, 2007, at Los Angeles, California.

By:     /s/ Leyla C. Çambel
             Leyla C. Çambel

451058_1.DOC