James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br> Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br> Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **NOTICE OF JOINDER BY DELL INC. TO MICROSOFT CORPORATION'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON COUNTER-COUNTERCLAIMS AND DEFENSES RELATED TO MULTIMEDIA PATENT TRUST** <br><br> Judge Marilyn L. Huff <br><br> Hearing: January 7, 2008, 10:30 a.m. <br> Location: Courtroom 13, 5th Floor |

|    |                                                                 |   |
|----|-----------------------------------------------------------------|---|
| 1  | MICROSOFT CORPORATION,                                          | ) |
| 2  |     Plaintiff and Counter-defendant,        | ) |
| 3  | v.                                                              | ) |
| 4  | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,           | ) |
| 5  |                                                                 | ) |
| 6  |     Defendants and Counter-claimants,       | ) |
| 7  | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,           | ) |
| 8  |     Plaintiffs and Counterclaim-defendants, | ) |
| 9  | v.                                                              | ) |
| 10 | DELL INC.,                                                      | ) |
| 11 |     Defendant and Counter-claimant.         | ) |

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, by this Notice of Joinder, Dell Inc. ("Dell") hereby joins in the Amended Notice of Motion and Motion of Microsoft Corporation ("Microsoft") for Summary Judgment on Counter-Counterclaims and Defenses Related to Multimedia Patent Trust (Docket No. 112), which was filed on December 7, 2007 pursuant to this Court's Order dated November 30, 2007, including the following documents or portions of documents on which Microsoft bases its amended motion:

1. Microsoft's Motion for Summary Judgment on Counter-Counterclaims and Defenses Related to Multimedia Patent Trust, filed on August 17, 2007, in Case No. 02-CV-2060;

2. Microsoft's Memorandum of Points and Authorities in Support of its Motion for Summary Judgment on Counter-Counterclaims and Defenses Related to Multimedia Patent Trust; and

3. Declaration of Christopher S. Marchese in Support of Microsoft's Motion for Summary Judgment on Counter-Counterclaims and Defenses Related to Multimedia Patent Trust, including all exhibits thereto.

December 10, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: /S/ James S. Blackburn
James S. Blackburn
james_blackburn@aporter.com
Attorney for Dell Inc.

- 1 -