Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMACHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**NOTICE OF JOINDER BY GATEWAY TO DELL, INC.'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON THE DEFENSE OF LICENSE**<br><br>Date:        January 7, 2008<br>Time:       10:30 a.m.<br>Courtroom: 13<br>Judge:       Honorable Marilyn L. Huff |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Gateway, Inc.; Gateway Country Stores LLC; Gateway

- 1 -

NOTICE OF JOINDER BY GATEWAY TO
DELL, INC.' S AMENDED MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT BASED ON
THE DEFENSE OF LICENSE
CASE NO. 07-CV-2000-H (CAB)

Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") hereby joins Dell, Inc. ("Dell")'s Amended Notice of Motion and Motion for Summary Judgment of Non-Infringement Based on the Defense of License, (Doc. No. 118), filed on December 10, 2007, pursuant to the Court's Order dated November 30, 2007, including the following documents or portions of documents on which Dell, Inc., bases its amended motion:

1. Dell's Notion of Motion and Motion On Behalf of All Defendants for Summary Judgment of Non-Infringement Based on the Defense of License, filed on August 17, 2007 in Case No. 02-CV-2060.

2. Dell's Memorandum of Points and Authorities in Support of its Motion, Sections I – III at pages 1-15; and Section IV.B at pages 21 – 25.

3. The Declaration of James S. Blackburn in Support of Dell's Motion On Behalf of All Defendants for Summary Judgment, filed on August 17, 2007, including all exhibits.

4. Any pleadings, records and files in this action, any reply papers that may be filed and any other evidence that may be properly presented before and at the hearing on Dell's motion.

Dated: December 10, 2007                DECHERT LLP

                                        By:    /s/ Steven R. Daniels
                                               Steven R. Daniels

                                        Attorneys For Defendants And Counterclaimants
                                        GATEWAY, INC. *et. al.*

- 2 -

NOTICE OF JOINDER BY GATEWAY TO DELL, INC.' S AMENDED MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON THE DEFENSE OF LICENSE
CASE NO. 07-CV-2000-H (CAB)

# CERTIFICATE OF SERVICE

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. On December 10, 2007, I served a copy of the following document:

**NOTICE OF JOINDER BY GATEWAY TO DELL, INC.'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON THE DEFENSE OF LICENSE**

I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

**BY FACSIMILE:** Said document was served by facsimile to the addresses stated below:

Counsel for Lucent:

David Hahn
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Facsimile:   (619) 235-2101

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Facsimile:   (858) 678-5099

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Facsimile:   (213) 243-4199

**ELECTRONIC MAIL:** Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

   rappleby@kirkland.com
   jhohenthaner@kirkland.com
   akellman@kirkland.com
   dhahn@hahnadema.com
   sfrost@hahnadema.com

- 3 -

NOTICE OF JOINDER BY GATEWAY TO DELL, INC.' S AMENDED MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON THE DEFENSE OF LICENSE
CASE NO. 07-CV-2000-H (CAB)

1  Counsel for Microsoft

2  marchese@fr.com
   denning@fr.com
3  barnes@fr.com
   brooks@fr.com
4  srodriguez@fr.com

5  Counsel for Dell

6  jfreed@mwe.com
   Ali.Sharifahmadian@aporter.com
7  james_blackburn@aporter.com

8      I declare that I am a member of the bar of this Court, and that the service was made at my direction. I declare under penalty of perjury under the laws of the United States of America that
9  the above is true and correct.

10 Executed in Austin, Texas

11
                                            _____/s/_ Steven R. Daniels_____
12                                                  Steven R. Daniels

- 4 -

NOTICE OF JOINDER BY GATEWAY TO
DELL, INC.' S AMENDED MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT BASED ON
THE DEFENSE OF LICENSE
CASE NO. 07-CV-2000-H (CAB)