David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

Attorneys for *Lucent Technologies Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>                Plaintiff,<br>  v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>                Defendants,<br>and<br><br>MICROSOFT CORPORATION,<br><br>                Intervener. | Case No. 07-CV-2000 H (CAB)<br>severed from<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**LUCENT TECHNOLOGIES INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' REMAINING TRUST-RELATED COUNTERCLAIMS**<br><br>Date:         January 7, 2008<br>Time:        10:30 A.M.<br>Courtroom:  13<br><br>Honorable Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br>  v.<br>LUCENT TECHNOLOGIES INC.,<br><br>                Defendant. | |
| LUCENT TECHNOLOGIES INC.<br><br>                Plaintiff,<br>  v.<br>DELL INC.,<br><br>                Defendant. | |

LUCENT TECHNOLOGIES INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' REMAINING TRUST RELATED COUNTERCLAIMS

Case No. 07-CV-2000 H (CAB), severed from Case No. 02-CV-2060 B (CAB), Case No. 03-CV-0699 B (CAB), and Case No. 03-CV-1108 B (CAB)

PLEASE TAKE NOTICE THAT on January 7, 2008, at 10:30 a.m., Lucent Technologies Inc. ("Lucent"), by their counsel, pursuant to Fed. R. Civ. P. 56, will and does hereby move this Court for summary judgment on the following counterclaims asserted by Defendants Microsoft Corporation ("Microsoft"), Gateway Inc., et al. ("Gateway"), and Dell Inc. ("Dell") that relate to Lucent's creation of Multimedia Patent Trust:

1.  Gateway's, Microsoft's, and Dell's counterclaims for violation of the Delaware Uniform Fraudulent Transfer Act.

2.  Gateway's, Microsoft's, and Dell's counterclaims for violation of common law fraud.

3.  Microsoft's counterclaim for declaratory judgment that the patent assignment from Lucent to Multimedia Patent Trust was a void act.

4.  Gateway's counterclaim for violation of the California Business and Professions Code, Sections 17200 et seq.

Dated: December 10, 2007

By:   s/David A. Hahn
David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

John M. Desmarais (admitted *pro hac vice*)
Robert A. Appleby (admitted *pro hac vice*)
James E. Marina (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for *Lucent Technologies Inc.*