David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone (619) 235-2100
Facsimile  (619) 235-2101

Attorneys for *Multimedia Patent Trust*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>                    Plaintiffs,<br>    v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>                    Defendants,<br>and<br><br>MICROSOFT CORPORATION,<br><br>                    Intervener. | Case No. 07-CV-2000 H (CAB)<br>severed from<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**MULTIMEDIA PATENT TRUST'S NOTICE OF JOINDER TO LUCENT'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' REMAINING TRUST-RELATED COUNTERCLAIMS**<br><br>Date:          January 7, 2008<br>Time:         10:30 A.M.<br>Courtroom:  13<br><br>Honorable Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br>    v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>                    Defendant. | |
| LUCENT TECHNOLOGIES INC.,<br><br>                    Plaintiffs,<br>    v.<br><br>DELL INC.,<br><br>                    Defendant. | |

MULTIMEDIA PATENT TRUST'S NOTICE OF JOINDER TO LUCENT'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' REMAINING TRUST RELATED COUNTERCLAIMS

Case No. 07-CV-2000 H (CAB)
severed from Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)

Multimedia Patent Trust respectfully joins in Lucent's Motion For Summary Judgment On Defendants' Remaining Trust-Related Counterclaims filed December 10, 2007, including all declarations, exhibits, and supporting pleadings, to the extent Defendants' remaining trust-related counterclaims are asserted against Multimedia Patent Trust.  Furthermore, subsequent to the Court's September 17, 2007 Order (D.I. 2076) allowing amendment of claims, Defendants added several counterclaims and affirmative defenses before the Court's Oct. 1, 2007 Order that were nonetheless resolved by the Oct. 1, 2007 Order. (D.I. 2109, Order at 4-12.)  So, based on the Court's Oct. 1, 2007 Order, Multimedia Patent Trust is also entitled to summary judgment on the following claims and defenses:

- Microsoft's 33d Defense (lack of standing—Multimedia Patent Trust); Microsoft Count XVIII (Declaratory Judgment of License to the Haskell '226 and Netravali '272 patents;
- Dell Count IX (Declaratory Judgment of License to the Haskell '226 and Netravali '272 patents; and
- Gateway's 29th Defense (License to Patents-in-Suit); Gateway's 30th Defense (implied license); Gateway's 31st Defense (lack of standing—Multimedia Patent Trust); Gateway Count XXI [sic] (Declaratory Judgment of License).

Dated: December 10, 2007

By: _____s/David A. Hahn_____
David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California  92101-3595
Telephone:  (619) 235-2100
Facsimile:  (619) 235-2101

John M. Desmarais (admitted *pro hac vice*)
Robert A. Appleby (admitted *pro hac vice*)
James Marina (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Attorneys for *Multimedia Patent Trust*