1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counter-claimant, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB)<br>03-CV-1108 B (CAB)<br><br>**JOINT NOTIFICATION OF TRIAL TIME ESTIMATE** |
| MICROSOFT CORPORATION,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant and Counter-claimant, | Date:       February 20, 2008<br>Time:       9:00 AM<br>Courtroom: 13<br>Judge:     Hon. Marilyn L. Huff |

1  LUCENT TECHNOLOGIES INC. and
   MULTIMEDIA PATENT TRUST,
2
           Plaintiffs and Counterclaim-defendants,
3
   v.
4
   DELL, INC.,
5
           Defendant and Counter-claimant.
6

Case No. 07-CV-2000 H (CAB)

Per the Court's November 9, 2007 Pre-Trial Scheduling Order, the parties respectfully advise the Court of the following trial estimates:

Plaintiffs Lucent Technologies Inc. and Multimedia Patent Trust propose the following estimate and breakdown of trial time:

**Plaintiffs: 45 hours**

**Defendants: 45 hours**

Defendants Gateway, Inc., Dell Inc. and Microsoft Corporation propose the following estimate and breakdown of trial time:

**Plaintiffs: 30 hours**

**Defendants: 60 hours**

Respectfully Submitted,

Dated:  December 10, 2007     FISH & RICHARDSON P.C.

/s/ Juanita R. Brooks
Juanita R. Brooks
Attorneys for Microsoft Corporation
brooks@fr.com

Dated:  December 10, 2007     McDERMOTT WILL & EMERY

/s/ Joel S. Freed
Joel S. Freed

Attorneys for Dell, Inc.
jfreed@mwe.com

Dated:  December 10, 2007     DECHERT LLP

/s/Bryan Farney
Bryan Farney

Attorneys for Gateway, Inc.
bryan.farney@dechert.com

Dated:  December 10, 2007     KIRKLAND & ELLIS LLP

/s/Robert A. Appleby
Robert Appleby

Attorneys for Lucent Technologies, Inc. and Multimedia Patent Trust
rappleby@kirkland.com

**DECLARATION OF CONSENT**

I, Juanita Brooks, hereby attest:

Concurrence in the filing of the following document has been obtained from Robert Appleby, counsel for Lucent Technologies, Inc. and Multimedia Patent Trust, Joel Freed, counsel for Dell Inc., and Bryan Farney, counsel for Gateway, Inc. et al., which shall serve in lieu of their signatures on the document.

Dated: December 10, 2007        FISH & RICHARDSON P.C.

By:  /s/ Juanita R. Brooks
     Juanita R. Brooks

Attorneys for Microsoft Corporation
brooks@fr.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 10, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    /s/ Juanita R. Brooks
Juanita R. Brooks
brooks@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION