UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counter-claimant, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB)<br>03-CV-1108 B (CAB)<br><br>**JOINT PROPOSED JURY QUESTIONNAIRE** |
| MICROSOFT CORPORATION,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant and Counter-claimant, | Date:      February 20, 2008<br>Time:      9:00 AM<br>Courtroom: 13<br>Judge:     Hon. Marilyn L. Huff |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 | Plaintiffs and Counterclaim-defendants, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 | Defendant and Counter-claimant. |

Case No. 07-CV-2000 H (CAB)

This questionnaire relates to a civil case involving claims regarding patents. You have been selected to be part of the pool of people from which the jury in this case will be selected.

The purpose of this questionnaire is to help the parties and the Court select a fair and impartial jury. All of the answers that you give will be kept confidential by the Court and by the parties.

### **Background About The Case**

The plaintiffs in this case are Lucent Technologies Incorporated and Multimedia Patent Trust. The plaintiffs are represented by the law firms of Kirkland and Ellis, LLP, and Hahn and Adema.

The defendants are Microsoft Corporation, Dell Inc., Gateway, Inc. and Gateway Country Stores LLC. Defendant Microsoft Corporation is represented by the law firm of Fish & Richardson P.C. Defendant Dell Inc. is represented by the law firms of Arnold & Porter, LLP and McDermott Will & Emery LLP. Defendants Gateway, Inc. and Gateway Country Stores LLC are represented by Seltzer, Caplan, McMahon & Vitek and Dechert LLP.

Name: _____.

1. What is your marital status?

___ Single and never married
___ Single, but living with partner for ___ years
___ Currently married, and have been for ___ years
___ Divorced/separated, but married in the past for ___ years
___ Widowed, but married in the past for ___ years

2. Do you have any children?   Yes _____   No _____

If yes, what are their genders, ages and current employer or profession?

_____

_____

_____

3. How old are you?

   ___ 18-24                     ___ 25-34
   ___ 35-44                     ___ 45-54
   ___ 55-64                     ___ 65 or older

4. Do you work, or have you worked at Lucent Technologies Inc.; Multimedia Patent Trust; Alcatel-Lucent; Microsoft Corporation; Dell Inc.; Acer, Inc.; Gateway Inc.; or Gateway Country Stores LLC?

| | | |
|---|---|---|
| Lucent | Yes ___ | No ___ |
| Multimedia Patent Trust | Yes ___ | No ___ |
| Alcatel-Lucent | Yes ___ | No ___ |
| Microsoft | Yes ___ | No ___ |
| Dell Inc. | Yes ___ | No ___ |
| Acer, Inc. | Yes ___ | No ___ |
| Gateway Inc. | Yes ___ | No ___ |
| Gateway Country Stores | Yes ___ | No ___ |

5. Even if you have never worked for any of these companies, please describe any positive or negative feelings you have about any of the companies listed above or any individuals associated with those companies:

    _____

    _____

    _____

6. Do you work, or have you ever worked for a company that competes with Lucent, Multimedia Patent Trust, Alcatel-Lucent, Microsoft, Dell, Acer, or Gateway?  Yes _____ No _____.

7.  Have you read or heard anything about any litigation involving Lucent Technologies Inc.; Multimedia Patent Trust; Alcatel-Lucent; Microsoft Corporation; Dell Inc.; Acer, Inc., Gateway Inc.; or Gateway Country Stores LLC?

| | | |
|---|---|---|
| Lucent | Yes ___ | No ___ |
| Multimedia Patent Trust | Yes ___ | No ___ |
| Alcatel-Lucent | Yes ___ | No ___ |
| Microsoft | Yes ___ | No ___ |
| Dell | Yes ___ | No ___ |
| Acer, Inc. | Yes ___ | No ___ |
| Gateway Inc. | Yes ___ | No ___ |
| Gateway Country Stores | Yes ___ | No ___ |

If yes, please list everything you have read or heard.

_____

_____

_____

8.  Do you, or to the best of your knowledge, does any member of your family, own stock in Lucent Technologies Inc.; Multimedia Patent Trust; Alcatel-Lucent; Microsoft Corporation; Dell Inc.; Acer, Inc.; Gateway Inc., or Gateway Country Stores LLC.?

| | | |
|---|---|---|
| Lucent | Yes ___ | No ___ |
| Multimedia Patent Trust | Yes ___ | No ___ |
| Alcatel-Lucent | Yes ___ | No ___ |
| Microsoft | Yes ___ | No ___ |
| Dell | Yes ___ | No ___ |
| Acer, Inc. | Yes ___ | No ___ |
| Gateway Inc. | Yes ___ | No ___ |
| Gateway Country Stores | Yes ___ | No ___ |

9.  Do you know anyone who works for, consults for, or has ever done business with Lucent Technologies Incorporated; Multimedia Patent Trust; Alcatel-Lucent; Microsoft Corporation; Dell Inc.; Acer, Inc., Gateway Inc.; or Gateway Country Stores LLC?

| | | |
|---|---|---|
| Lucent | Yes ___ | No ___ |
| Multimedia Patent Trust | Yes ___ | No ___ |
| Alcatel-Lucent | Yes ___ | No ___ |
| Microsoft | Yes ___ | No ___ |
| Dell | Yes ___ | No ___ |
| Acer, Inc. | Yes ___ | No ___ |
| Gateway Inc. | Yes ___ | No ___ |
| Gateway Country Stores | Yes ___ | No ___ |

10. Do you know or are you familiar with any of the following law firms or attorneys listed below who are representing the parties in this case?

| Representing Lucent | Representing Microsoft |
|---|---|
| HAHN & ADEMA | FISH & RICHARDSON P.C. |
| David A. Hahn, Esquire | Juanita Brooks, Esquire |
|  | Roger A. Denning, Esquire |
| KIRKLAND & ELLIS LLP | John E. Gartman, Esquire |
| John M. Desmarais, Esquire | Thomas Melsheimer, Esquire |
| Robert A. Appleby, Esquire | Gregory A. Madera, Esquire |
| Paul A. Bondor, Esquire |  |
| Michael P. Stadnick, Esquire | Representing Dell |
| James E. Marina, Esquire | ARNOLD & PORTER LLP |
| Gregory F. Corbett, Esquire | James S. Blackburn, Esquire |
|  | Ali R. Sharifahmadian, Esquire |
|  | Matthew N. Bathon, Esquire |
|  | Joseph A. Micallef, Esquire |
|  |  |
|  | McDERMOTT WILL & EMERY LLP |
|  | Joel M. Freed, Esquire |
|  |  |
|  | Representing Gateway |
|  | SELTZER CAPLAN McMAHON & VITEK |
|  | David J. Zubkoff, Esquire |
|  |  |
|  | DECHERT LLP |
|  | Bryan Farney, Esquire |
|  | Steven R. Daniels, Esquire |
|  | Jeffrey B. Plies, Esquire |
|  | Jonathan D. Baker, Esquire |
|  | Andrew Thomases, Esquire |

Yes ____   No ____

If yes, please circle the attorneys or law firms with whom you are familiar and explain how you became familiar with them.

_____

_____

_____

1  11. Where do you live and how long have you lived there?

_____

_____

_____

12.  Please identify your current employer, your last employer if you are retired, and any previous employer for whom you worked for more than 5 years. Also, please list your job title, how long you have worked for the employer and briefly describe your job responsibilities:

_____

_____

_____

13. Have you ever been employed by any local, state, or federal government (including the military)?  Yes ____    No _____

If yes, please explain:

_____

_____

_____

14. If you are married, please list your spouse's current, or if retired most recent, employer and job title, length of employment and a brief description of his/her job responsibilities.

_____

_____

_____

15. Please list all educational institutions, starting with high school, that you attended, the years you attended and any degrees earned.

_____

_____

_____

16. Have you, or has anyone close to you, had any education, training or work experience in:

    a.    The legal field?    Yes ___    No ___

    b.    Engineering?    Yes ___    No ___

    c.    Software development?    Yes ___    No ___

    d.    Computer science?    Yes ___    No ___

    e.    Computers in general?    Yes ___    No ___

    f.    Patents or Intellectual Property?    Yes ____    No ___

If yes, please explain:

_____

_____

17. Have you ever served on a jury before?

    Yes ___    If yes, how many times? _____
    No ___    If no, please go to Question 17.

ANSWER THE FOLLOWING QUESTIONS FOR THE MOST RECENT JURY SERVICE.

    a.    Year of most recent service _____

    b.    What was the case about? (please describe below)

_____

_____

c. Did you serve as the foreperson for the jury? Yes _____ No _____

d. How was the case resolved?

_____ Verdict for plaintiff (or government if a criminal case)

_____ Verdict for defendant

_____ Settlement

_____ Other, please describe below:

18. Have you, or has anyone you know well, ever received or attempted to get a patent, trademark, or copyright?   Yes ____   No _____

If yes, please explain:

19. Do you use a computer at work or home?   Yes ____   No _____

If yes, for what purposes?

7                                    Case No. 07-CV-2000 H (CAB)

1    a.    How often do you use your computer either at work or home?

_____

_____

_____

   b    What computer operating system do you currently use?

   ___ Microsoft Windows  ___ Apple Macintosh  ___ Linux

   ___ Other (please describe) _____

20. Do you use:

   ___ Microsoft Money software?

   ___ Intuit Quicken software?

   ___ Microsoft Outlook software?

   ___ a PDA (personal digital assistant) with Microsoft Windows Mobile or Pocket PC software?

   ___ a handheld computer, such as a PDA or a Tablet PC with a pen or stylus?

   ___ Microsoft Windows Media Player software?

   ___ Microsoft Windows Moviemaker software?

   ___ Microsoft Xbox 360?

   ___ Your computer to play DVD movies?

   ___ Dell computers?

   ___ Gateway computers?

21. Have you, a family member, or a close friend ever been personally involved in a lawsuit(s)?  Yes ____   No _____

If yes, who was involved: you, a family member, or a close friend?

_____

What was the role of the person involved?

    ___ Plaintiff (filed lawsuit)

    ___ Defendant (was sued)

    ___ Witness

    ___ Other (please describe)

_____

_____

_____

What was the nature of the dispute(s)?

_____

_____

_____

How was the dispute resolved?

    ___ Verdict for plaintiff

    ___ Verdict for defendant

    ___ Settlement

    ___ Other (please describe)

_____

_____

_____

How satisfied were you, your family member, or your close friend with this outcome?

    ___ Very satisfied        ___ Satisfied

    ___ Not very satisfied    ___ Not at all satisfied

22. Do you have any other personal experiences, or specialized knowledge, or strongly-held opinions that would influence your service as a juror in a patent infringement dispute involving computers and software?  Yes _____     No _____

If yes, please describe

_____

_____

_____

_____

Please Sign

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 10, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

 /s/ Juanita R. Brooks
Juanita R. Brooks
brooks@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION