1 | James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**DELL INC.'S NOTICE OF FILING OF THIRD AMENDED ANSWER AND COUNTERCLAIMS OF DELL INC. IN REPLY TO SECOND AMENDED COMPLAINT IN CASE NO. 03-CV-1108 B (CAB)**<br><br>Judge Marilyn L. Huff |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, )
| 2 |     Plaintiff and Counter-defendant, )
| 3 | v. )
| 4 | LUCENT TECHNOLOGIES INC., )
| 5 |     Defendant and Counter-claimant, )
| 6 | )
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, )
| 8 |     Plaintiffs and Counterclaim-defendants, )
| 9 | v. )
| 10 | DELL INC., )
| 11 |     Defendant and Counter-claimant. )

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to this Court's December 7, 2007 Order Denying Dell's Motion for Reconsideration of the Court's Summary Judgment Order of October 1, 2007, and Denying Request for Certification of Interlocutory Appeal, and the oral argument on Dell's Motion for Reconsideration that took place before the Court on December 7, Dell is filing concurrently herewith a Third Amended Answer and Counterclaims of Dell Inc. in Reply to Second Amended Complaint in Case No. 03-CV-1108 B (CAB) (the "Third Amended Answer"). During oral argument on Dell's Motion for Reconsideration, and as set forth in the Court's December 7 Order, the Court granted Dell leave to file an amended complaint asserting a claim for tortious interference with prospective economic advantage. Accordingly, Dell's Third Amended Answer adds, as Count XIII, a claim for tortious interference with prospective economic advantage.

December 10, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: /s/James S. Blackburn
James S. Blackburn
james.blackburn@aporter.com
Attorney for Dell Inc.

- 1 -