David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

*Attorney for Lucent Technologies Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>          Plaintiffs,<br>     v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>          Defendants,<br>     and<br><br>MICROSOFT CORPORATION,<br><br>          Intervener. | Case No. 07-CV-2000 H (CAB)<br>severed from<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>***EX PARTE* APPLICATION FOR LEAVE TO FILE OPPOSITION MEMORANDUM OF POINTS AND AUTHORITIES FOR THE '356 PATENT IN EXCESS OF 25 PAGES**<br><br>Judge:      Hon. Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>          Plaintiff,<br>     v.<br><br>LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>          Defendants. | |

EX PARTE APPLICATION FOR LEAVE TO FILE
MEMORANDUM OF POINTS AND AUTHORITIES IN
EXCESS OF 25 PAGES

Case No. 07-CV-2000 H(CAB), severed from
Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB),
and 03-CV-1108-B (CAB)

| | |
|---|---|
| 1 | |
| 2 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | DELL INC., |
| 6 | Defendant. |

LUCENT'S SUMMARY JUDGMENT BRIEF RE U.S. PATENT NO. 4,383,272

1

Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)

1   Pursuant to Civ.L.R. 7.1(h), Lucent Technologies Inc. applies *ex parte* for leave to file a
2   memorandum of points and authorities in excess of 25 pages in length in opposition to defendants'
3   motions for summary judgment concerning U.S. Patent No. 4,763,356 ("the Day patent"), to be filed
4   on December 14, 2007 pursuant to this Court's June 7, 2007 Scheduling Order for Groups 1, 4, 5,
5   and 6. While Lucent will make every effort to confine its opposition brief to the standard 25 pages,
6   at this stage Lucent anticipates that it may require up to 10 additional pages of briefing to fairly
7   oppose nearly fifty (50) pages of briefing from defendants' three separate summary judgment briefs
8   directed to the '356 patent. Lucent therefore respectfully requests leave to file its single
9   memorandum of points and authorities in opposition to defendants' motions concerning the '356
10  patent of up to 35 pages.

11  This Court has scheduled a summary judgment hearing for January 7, 2008 to hear the
12  parties' supplemental summary judgment motions on the issue of obviousness for the remaining
13  patents in Groups 1, 4, 5, and 6. Based on prior practice in this case, Lucent intends to file a single
14  opposition brief addressing all arguments directed to a certain patent, where defendants have filed
15  separate and multiple briefs directed to such patents. On November 30, 2007, each of the
16  defendants, Gateway, Microsoft, and Dell, filed a separate motion for summary judgment with
17  respect to the '356 patents, consisting of nearly fifty (50) pages. Accordingly, good cause exists for
18  Lucent's application for leave, and such leave should be granted, because Lucent must brief
19  opposition arguments against three separate motions, filed by three separate defendants, consisting
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

EX PARTE APPLICATION FOR LEAVE TO FILE
MEMORANDUM OF POINTS AND AUTHORITIES IN          1        Case No. 07-CV-2000 H(CAB), severed from
EXCESS OF 25 PAGES                                        Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB),
                                                          and 03-CV-1108-B (CAB)

1  of nearly fifty (50) pages of text.  Lucent respectfully requests a modest extension of 10 pages for its
2  single opposition brief regarding the '356 patent.

3  Dated:  December 11, 2007                              By: _____
4      David A. Hahn, SBN 125784
    HAHN & ADEMA
    501 West Broadway, Suite 1600
5      San Diego, California  92101-3595
    Telephone:  (619) 235-2100
6      Facsimile:  (619) 235-2101

7      John M. Desmarais (admitted *pro hac vice*)
    Robert A. Appleby (admitted *pro hac vice*)
8      Michael P. Stadnick (admitted *pro hac vice*)
    KIRKLAND & ELLIS LLP
9      153 East 53rd Street
    New York, New York  10022
10     Telephone:  (212) 446-4800
    Facsimile:  (212) 446-4900
11
12     Attorneys for *Lucent Technologies Inc.*

EX PARTE APPLICATION FOR LEAVE TO FILE
MEMORANDUM OF POINTS AND AUTHORITIES IN
EXCESS OF 25 PAGES
2
Case No. 07-CV-2000 H(CAB), severed from
Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB),
and  03-CV-1108-B (CAB)