David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1730
San Diego, California 92101-3595
Telephone (619) 235-2100
Facsimile  (619) 235-2101

*Attorneys for Lucent Technologies Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., and MULTIMEDIA PATENT TRUST,<br><br>        Plaintiffs,<br>    v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>        Defendants,<br>    and<br><br>MICROSOFT CORPORATION,<br><br>        Intervener. | Case No. 07-CV-2000 H (CAB)<br>severed from<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**DECLARATION OF GREGORY F. CORBETT IN SUPPORT OF LUCENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE OPPOSITION MEMORANDA OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES**<br><br>**[VIA PDF]**<br><br>Judge:        Hon. Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br>    v.<br><br>LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>        Defendants. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>        Plaintiffs,<br>    v.<br><br>DELL INC.,<br><br>        Defendant. | |

1  I, Gregory F. Corbett, declare as follows:

2  1. I am an attorney and an associate in the law firm of Kirkland & Ellis LLP, counsel for Lucent Technologies Inc. ("Lucent"). If called to testify as a witness, I could and would competently testify to the truth of each statement herein.

2. Pursuant to Civ.L.R. 83.3.h.2, on December 11, 2007 at approximately noon Eastern time, I e-mailed counsel for Gateway, Microsoft and Dell and gave notice that Lucent intended to file today an *ex parte* application to file its opposition brief memoranda of points and authorities with respect to the '356 patent up to 35 pages in length.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 11th day of December 2007 at Munich, Germany.

By: _____
Gregory F. Corbett

DECLARATION OF GREGORY P. CORBETT IN SUPPORT OF LUCENT'S *EX PARTE* APPLICATION         1         Case No. 07-CV-2000 H(CAB), severed from Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)