John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Christopher S. Marchese (SBN 170239)
Lara S. Garner (SBN 234701)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
Telephone:    (858) 678-5070
Facsimile:    (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
Telephone:    (425) 882-8080
Facsimile:    (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　　　Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　　　Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　　　Intervenor and Counter-claimant, | Case No. 07-CV-2000 H (CAB)<br>consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB)<br>03-CV-1108 B (CAB)<br><br>**NOTICE OF JOINDER BY MICROSOFT TO DELL INC.'S AMENDED MOTION FOR SUMMARY JUDGMENT ON NON-INFRINGEMENT BASED ON THE DEFENSE OF LICENSE** |
| MICROSOFT CORPORATION,<br><br>　　　　Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　　　Defendant and Counter-claimant, | Date: January 7, 2008<br>Time: 10:30 a.m.<br>Dept:  Courtroom 13<br><br>Hon. Marilyn L. Huff |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 |     Plaintiff, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 |     Defendant. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Microsoft Corporation ("Microsoft") files this Notice of Joinder, and states that Microsoft joins in the following motion in brief which was filed on December 10, 2007 in this civil action:

    1.    Dell Inc.'s Amended Notice of Motion and Motion for Summary Judgment of Non-Infringement Based on the Defense of License, and all supporting pleadings and exhibits.

Dated:  December 11, 2007        FISH & RICHARDSON P.C.

                                          By:  /s/ John E. Gartman
                                               John E. Gartman (SBN 152300)
                                               gartman@fr.com

                                          Attorneys for Intervenor/Counter-claimant
                                          and Plaintiff/Counter-defendant
                                          MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 11, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ John E. Gartman
John E. Gartman
gartman@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION