# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>　　Plaintiffs and Counter-Defendants,<br><br>　　vs.<br><br>GATEWAY, INC., *et al.*<br><br>　　Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>ORDER REGARDING JURY QUESTIONNAIRE AND ANTICIPATED LENGTH OF TRIAL |

　　　　On December 10, 2007, the parties submitted a joint proposed jury questionnaire and a notice indicating the anticipated length of trial. (Doc. Nos. 126-27.) Prior to finalizing the questionnaire the Court requires additional information from the parties:

- The parties shall submit an electronic version of the proposed questionnaire directly to chambers in the same manner provided for submitting proposed orders. See Local ECF Administrative Policies and Procedures Manual § 2(h).

- The parties shall jointly submit file an amended estimate of the total length of the case stated in terms of court days, in addition to their estimate by hours. The Court notes that the jury trial of the Group 2 patents in the predecessor case 02-CV-2060-B (CAB) lasted approximately 12 court days. (See 02-CV-2060-B (CAB) Doc. No. 1165.)
- Plaintiffs shall file a notice containing a list of the patent claims that they currently expect to assert at trial, taking into account the Court's orders to date. This notice shall include: (1) an indication of which claims are dependent and independent, and (2) identification of the operative claim construction order (or orders) for each claim. When filing this notice, Plaintiffs shall attach the operative claim construction orders from case 02-CV-2060-B (CAB).
- The parties shall submit the above materials promptly, and in no case later than December 17, 2007.

The Court may exercise its discretion to edit the proposed questions and add questions to determine juror availability based on the anticipated length of trial. The Court may also exercise its discretion to use an estimated length of trial different than that offered by the parties. The Court shall prepare a final version of the questionnaire and advise the parties of its form via subsequent order.

IT IS SO ORDERED.

DATED: December 11, 2007

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.