# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　　　　Defendants,<br>　　　　　and<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Intervener. | Case No. 07-CV-2000 H (CAB)<br>severed from<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**ORDER GRANTING LUCENT'S *EX PARTE* MOTION TO FILE OPPOSITION MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　　　　Defendants. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DELL INC.,<br><br>　　　　　Defendant. | |

1 | The Court, having considered Plaintiff Lucent Technologies Inc. *Ex Parte* Motion To File
2 | Opposition Memorandum of Points and Authorities for the '356 Patent in Excess of 25 Pages, and
3 | good cause appearing,

4 | IT IS HEREBY ORDERED that that Lucent may file its memorandum of opposition to
5 | defendants' summary judgment motions regarding the '356 patent up to 35 pages.

7 | **IT IS SO ORDERED.**

9 | Dated: December 11, 2007

Honorable Marilyn L. Huff
United States District Judge

11 | COPIES TO:
All Parties of Record

---

1

Case No. 07-CV-2000 H(CAB), severed from
Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB),
and  03-CV-1108-B (CAB)