**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>　　　Plaintiffs and Counter-Defendants,<br><br>　　　vs.<br><br>GATEWAY, INC., *et al*.<br><br>　　　Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　　Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>ORDER REGARDING DELL INC.'S THIRD AMENDED ANSWER AND COUNTERCLAIMS TO SECOND AMENDED COMPLAINT IN CASE NO. 03-CV-1108-B (CAB) |

　　　On December 7, 2007, the Court denied Defendants' motion for reconsideration and permitted Dell to assert a claim for tortious interference with prospective economic advantage, equivalent to the counterclaim from Gateway addressed by Judge Brewster's summary judgment order of October 1, 2007.  (See Doc. No. 113.)  MPT and Lucent did not object to this new counterclaim.  Consistent with the Court's order of December 7, 2007, Dell filed a Third Amended Answer and Counterclaims adding this claim on December 11, 2007.  (Doc. No. 129.)

1    Under these circumstances, the Court orders Lucent and MPT to file their response within 20 days of its order of December 7, 2007, rather than the filing date of Dell's amendment. Given the extent of proceedings already conducted on this issue, the Court expects that the response would be in the form of an amended pleading. Though the Court does not expect that any other form of response would be warranted, the Court will carefully consider all of the parties' filings.

   IT IS SO ORDERED.

DATED: December 12, 2007

*(signature)*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.