1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
3  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
4
   Joseph A. Micallef (admitted *pro hac vice*)
5  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
6  Washington, D.C. 20004-1206
   Telephone: (202) 942-5000
7  Facsimile: (202) 942-5999

8  Joel M. Freed (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
9  600 13th Street, N.W.
   Washington, D.C. 20005-3096
10 Telephone: (202) 756-8000
   Facsimile: (202) 756-8087
11
   Attorneys for *Dell Inc.*
12

13                     **UNITED STATES DISTRICT COURT**

14                     **SOUTHERN DISTRICT OF CALIFORNIA**

15

16 | LUCENT TECHNOLOGIES INC. and | ) | Case No. 07-CV-2000-H (CAB) |
17 | MULTIMEDIA PATENT TRUST | ) | consisting of matters severed from consolidated cases: |
   |                         | ) | Case No. 02-CV-2060-B (CAB) |
18 | Plaintiffs and Counterclaim-defendants, ) | Case No. 03-CV-0699-B (CAB) |
   |                         | ) | Case No. 03-CV-1108-B (CAB) |
19 | v.                      | ) | |
   |                         | ) | **DELL INC.'S NOTICE OF FILING OF** |
20 | GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | ) | **CORRECTED THIRD AMENDED ANSWER AND COUNTERCLAIMS OF DELL INC. IN REPLY TO SECOND AMENDED COMPLAINT IN CASE NO. 03-CV-1108 B (CAB)** |
23 | Defendants and Counter-claimants, | ) | Judge Marilyn L. Huff |
   | and                     | ) | |
24 |                         | ) | |
   | MICROSOFT CORPORATION,  | ) | |
25 |                         | ) | |
   | Intervener and Counter-claimant, | ) | |
26 |                         | ) | |

27

28

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 |     Plaintiff and Counter-defendant, |
| 3 | v. |
| 4 | LUCENT TECHNOLOGIES INC., |
| 5 |     Defendant and Counter-claimant, |
| 6 | |
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 8 |     Plaintiffs and Counterclaim-defendants, |
| 9 | v. |
| 10 | DELL INC., |
| 11 |     Defendant and Counter-claimant. |

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Dell Inc. is filing concurrently herewith a corrected version of its Third Amended Answer and Counterclaims of Dell Inc. in Reply to Second Amended Complaint in Case No. 03-CV-1108 B (CAB) (the "Third Amended Answer"). Consistent with the Court's order of December 7, 2007, Dell filed its Third Amended Answer adding a counterclaim for tortious interference with prospective economic advantage on December 11, 2007. The Third Amended Answer filed on December 11 inadvertently omitted Dell's defense of unclean hands, which had been added at paragraph 112 to Dell's Answer in its Second Amended Answer and Counterclaims of Dell Inc. in Reply to Second Amended Complaint in Case No. 03-CV-1108 B (CAB), which was filed on September 28, 2007 pursuant to leave to amend granted by the Court on September 26, 2007. The corrected Third Amended Answer filed herewith includes the unclean hands defense inadvertently omitted from the December 11, 2007 filing.

December 14, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: /s/James S. Blackburn
James S. Blackburn
james.blackburn@aporter.com
Attorney for Dell Inc.

- 1 -