1  David A. Hahn (SBN 125784)
   HAHN & ADEMA
2  501 West Broadway, Suite 1600
   San Diego, California 92101-3595
3  Telephone: (619) 235-2100
   Facsimile: (619) 235-2101
4
5  Attorney for Plaintiffs *Lucent Technologies Inc.*
   and *Multimedia Patent Trust*
   (*Additional counsel listed on the last page*)

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff,<br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants,<br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener. | Case No. 07-CV-2000-H (CAB)<br><br>consisting of matters severed from consolidated cases:<br><br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**DECLARATION OF JENNIFER J. SCHMIDT IN SUPPORT OF MULTIMEDIA PATENT TRUST'S OPPOSITIONS TO DELL'S MOTIONS FOR SUMMARY JUDGMENT CONCERNING ALLEGED INVALIDITY OF U.S. PATENT NOS. 4,958,226 AND 4,383,272**<br><br>Date:       January 7, 2008<br>Time:       10:30 A.M.<br>Courtroom:  13<br>Judge:      Hon. Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff,<br>v.<br><br>DELL INC.,<br><br>Defendant. | |

SCHMIDT DECLARATION ISO MPT'S OPPOSITIONS TO DELL'S SUMMARY JUDGMENT MOTIONS RE ALLEGED INVALIDITY OF U.S. PATENT NOS. 4,958,226 AND 4,383,272

Case No. 07-CV-2000-H (CAB)

I, Jennifer J. Schmidt, declare as follows:

1. I am an attorney and an associate in the law firm of Kirkland & Ellis LLP, counsel for Lucent Technologies Inc. ("Lucent") and Multimedia Patent Trust. If called to testify as a witness, I could and would competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 4,958,226.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Markman Order for U.S. Patent No. 4,958,226.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 4,703,350.

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 4,727,422.

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 4,661,849.

7. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 4,794,455.

8. Attached hereto as Exhibit 7 is a true and correct copy of U.S. Patent No. 4,754,492.

9. Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 4,816,914.

10. Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. 4,849,810.

11. Attached hereto as Exhibit 10 is a true and correct copy of the July 5, 2007 Order Granting-In-Part, Denying In-Part and Deferring-In-Part Dell's Motions for Summary Judgment on U.S. Patented Nos. 4,958,226 and 4,383,272.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the September 14, 2007 Expert Report of Edward Delp.

13. Attached hereto as Exhibit 12 is a true and correct copy of Exhibit H of the September 14, 2007 Expert Report of Edward Delp.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the November 20, 2007 Deposition Transcript of Bernd Girod.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the November 29, 2007 Deposition Transcript of Edward Delp.

16. Attached hereto as Exhibit 15 is a true and correct copy of U.S. Patent No. 4,383,272.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Superceding Markman Order for U.S. Patent No. 4,383,272.

18. Attached hereto as Exhibit 17 is a true and correct copy the article "Television Band Compression by Contour Interpolation," by Denis Gabor & Peter C. J. Hill.

19. Attached hereto as Exhibit 18 is a true and correct copy of the July 27, 2007 Order Denying In-Part Dell's Motion for Summary Judgment on U.S. Patent No. 4,383,272.

20. Attached hereto as Exhibit 19 is a true and correct copy of U.S. Patent No. 4,281,344.

21. Attached hereto as Exhibit 20 is a true and correct copy of U.S. Patent No. 4,237,484.

22. Attached hereto as Exhibit 21 is a true and correct copy of the 1996 Thomas Alva Edison Patent Award (ROBB 000001).

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the January 6, 2006 Deposition Transcript of Jaswant Jain.

24. Attached hereto as Exhibit 23 is a true and correct copy the article "A Hybrid and Interpolative Predictive Code For the Embedded Transmission of Broadcast Quality Television Pictures," by N.K. Lodge.

25. Attached hereto as Exhibit 24 is a true and correct copy the article "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," by Masayiki Tanimoto and Takashi Mori.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 14th day of December 2007 at New York, New York.

By: *Jennifer Schmidt*
Jennifer J. Schmidt

# Index
## Exhibits to Schmidt Declaration In Support Of MPT's Oppositions To Dell's Summary Judgment Motions Re Alleged Invalidity Of U.S. Patent Nos. 4,958,226 And 4,383,272

| Tab | Exhibit |
|---|---|
| 1 | U.S. Patent No. 4,958,226 Haskell |
| 2 | Markman Order for U.S. Patent No. 4,958,226 |
| 3 | U.S. Patent No. 4,703,350 |
| 4 | U.S. Patent No. 4,727,422 |
| 5 | U.S. Patent No. 4,661,849 |
| 6 | U.S. Patent No. 4,794,455 |
| 7 | U.S. Patent No. 4,754,492 |
| 8 | U.S. Patent No. 4,816,914 |
| 9 | U.S. Patent No. 4,849,810 |
| 10 | July 5, 2007 Order Granting-In-Part, Denying In-Part and Deferring-In-Part Dell's Motions for Summary Judgment on U.S. Patented Nos. 4,958,226 and 4,383,272 |
| 11 | Excerpts from the September 14, 2007 Expert Report of Edward Delp |
| 12 | Exhibit H of the September 14, 2007 Expert Report of Edward Delp |
| 13 | Excerpts from the November 20, 2007 Deposition Transcript of Bernd Girod |
| 14 | Excerpts from the November 29, 2007 Deposition Transcript of Edward Delp |
| 15 | U.S. Patent No. 4,383,272 |
| 16 | Superceding Markman Order for U.S. Patent No. 4,383,272 |
| 17 | "Television Band Compression by Contour Interpolation," by Denis Gabor & Peter C. J. Hill |
| 18 | July 27, 2007 Order Denying In-Part Dell's Motion for Summary Judgment on U.S. Patent No. 4,383,272 |
| 19 | U.S. Patent No. 4,281,344 |
| 20 | U.S. Patent No. 4,237,484 |
| 21 | 1996 Thomas Alva Edison Patent Award (ROBB 000001) |
| 22 | Excerpts from the January 6, 2006 Deposition Transcript of Jaswant Jain |
| 23 | "A Hybrid and Interpolative Predictive Code For the Embedded Transmission of Broadcast Quality Television Pictures," by N.K. Lodge |
| 24 | "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," by Masayiki Tanimoto and Takashi Mori |