# Schmidt Declaration

# Exhibit 3

# United States Patent [19]

**Hinman**

[11]  **Patent Number:**  **4,703,350**

[45]  **Date of Patent:**  **Oct. 27, 1987**

[54]  **METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES**

[75]  Inventor:  **Brian L. Hinman,** Lynn, Mass.

[73]  Assignee:  **PictureTel Corporation,** Peabody, Mass.

[21]  Appl. No.:  **740,898**

[22]  Filed:  **Jun. 3, 1985**

[51]  Int. Cl.⁴ ........................ H04N 7/12; H04N 7/18; G06K 9/36

[52]  U.S. Cl. .................................... 358/133; 358/105; 358/138; 382/56

[58]  Field of Search ............... 358/105, 133, 135, 136, 358/138, 260; 375/31, 122; 382/56

[56]  **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,632,865 | 1/1972 | Haskell | 178/6 |
| 4,237,484 | 12/1980 | Brown et al. | 358/142 |
| 4,245,248 | 1/1981 | Netravali et al. | 358/136 |
| 4,278,996 | 7/1981 | Netravali et al. | 358/136 |
| 4,281,344 | 7/1981 | Mounts et al. | 358/136 |
| 4,302,775 | 11/1981 | Widergreen et al. | 358/136 |
| 4,369,463 | 1/1983 | Anastassiou et al. | 358/135 |
| 4,371,895 | 2/1983 | Koga | 358/136 |
| 4,383,272 | 5/1983 | Netravali et al. | 358/105 X |
| 4,394,774 | 7/1983 | Widergreen et al. | 382/56 |
| 4,437,119 | 3/1984 | Matsumoto et al. | 358/136 |
| 4,447,886 | 5/1984 | Meeker | 364/725 |
| 4,448,175 | 12/1984 | Netravali | 358/136 |
| 4,485,400 | 11/1984 | Lemelson et al. | 358/85 |

## OTHER PUBLICATIONS

Jain et al., "Displacement Measurement and Its Application in Interframe Image Coding," *IEEE Transactions on Communications,* vol. COM–29, No. 12, Dec., 1981, pp. 1799–1808.
Koga et al., "Motion–Compensated Interframe Coding for Video Conferencing," CH1679–0/81/0000–0312, 1981 IEEE, G5.3.1–G5.3.5.
Koga et al., "Motion–Compensated Adaptive Intra–Interframe Predictive Coding Algorithm," CH2118–8/85/0000–0363, 1985 IEEE, 10.7.1–10.7.4, pp. 363–366.
Ericsson, "Motion–Compensation Hybrid Coding at 50 Kb/s," CH2118–8/85/0000–0367, 1985 IEEE, 10.8.1–10.8.8, pp. 367–370.

*Primary Examiner*—E. A. Goldberg
*Assistant Examiner*—Patrick W. Foster
*Attorney, Agent, or Firm*—Lahive & Cockfield

[57]  **ABSTRACT**

An apparatus and method for communicating image sequences through a bandwidth limited channel have circuitry for estimating, for successive images of the sequence, a motion vector field. The motion vector field measures the motion displacement between successive images of the sequence for block regions of the image. A lossy coding circuitry represents the sequentially generated motion vector field for an image as a coded motion signal. An error reconstruction circuitry generates an error signal in response to the vector field coded motion signal and a channel encoder transmits the motion vector field coded signals and the error coded signals over the channel to a receiver. At the receiver, the transmitted error and motion coded signals are received and decoded, and a received image is derived therefrom. The lossy coding circuitry can be any of a number of different circuitries, and in particular, block transform coding can be employed. The transformed coding methods and apparatus are selected to avoid artifacts in the motion vector field and coding process such as blocking effects.

**28 Claims, 11 Drawing Figures**



Exhibit 3
Page 000013

Case 1:07-cv-02000-H-CAB Document 141-4 Filed 12/14/2007 Page 3 of 20



*FIG. 1*

Exhibit 3
Page 000014



FIG. 2

Case 3:07-cv-02000-H-CAB    Document 141-4    Filed 12/14/2007    Page 4 of 20

Exhibit 3
Page 000015

Case 2:00-cv-02787  Document 144-43    Filed 12/4/2007    Page 5 of 20



*FIG. 3*

Exhibit 3
Page 000016



FIG. 4

Exhibit 3
Page 000017

Case 3:07-cv-02000-H-CAB    Document 141-4    Filed 12/14/2007    Page 7 of 20



FIG. 5

Exhibit 3
Page 000018



FIG. 6

Exhibit 3
Page 000019

Case 2:07-cv-02008-H-CAB    Document 141-4    Filed 12/4/2007    Page 9 of 20



FIG. 7

FIG. 8

Exhibit 3
Page 000020

Case 3:07-cv-02000-H-CAB    Document 141-4    Filed 12/14/2007    Page 10 of 20



FIG. 9

Exhibit 3
Page 000021



FIG. 10

FIG. 11

Exhibit 3
Page 000022

4,703,350

## METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES

### BACKGROUND OF THE INVENTION

The invention relates generally to data communication and signal processing methods and apparatus, and in particular to a method and apparatus for reliably and efficiently communicating sequences of image data over a communications channel, for example, a 56 kilobit per second telephone communications channel.

The transmission of sequences of images, and in particular sequences of naturally occurring images such as those represented by a television signal, has been the subject of a significant amount of investigation. Typically, investigators have relied upon the highly redundant nature of successive images in the sequence and have often modeled the image data as a three-dimensional Markov process with a correlation coefficient close to unity. The three-dimensional Markov model provides a motivation for utilizing differential pulse-code-modulation (DPCM) and transform coding techniques to take account of the interframe redundancy.

By analyzing the nature of typical moving video, it is easy to become convinced that the principal change occurring between successive frames is the inhomogeneous motion of the objects within the frame. It has also been recognized that an accurate apparatus and method of estimating and compensating for this spatially dependent motion enables the construction of an interframe data compression method and apparatus which can have substantially better performance than can be achieved by sending a signal representative merely of the difference between successive frames.

As a result, various motion compensating coding methods and apparatus have been developed. These systems typically are either receiver-based motion compensation systems or transmitter-based motion compensation systems. In the receiver-based motion compensation system, the receiver makes a prediction as to the motion and compensates the previous frame for the expected motion. The transmitter, operating in the same manner, then sends only an error signal describing what must be done at the receiver in order to correct the receiver predicted frame. The error signal is typically coded in order to reduce its bandwidth.

For a transmitter-based motion compensation system, the motion estimation process occurs only at the transmitter. Displacement vectors are generally determined over various regions of the image and this data is then transmitted to the receiver along with an error information data signal. At the receiver the compensation process is performed on the previously coded image first using the motion information provided by the transmitter. The error signal data provided by the transmitter is then added to the thus compensated receiver image in order to maintain picture quality.

Unfortunately, however, both of these systems are flawed in the manner in which they are implemented. One disadvantage of receiver-based motion compensation systems is that they are, by their very nature, predictive coding systems. Because the prediction is based upon picture elements which have already been transmitted and hence received, the receiver-based motion compensation coder does not have the ability to deterministically optimize the estimate which they make of the "displacement," i.e., the motion. Thus, a receiver-based motion compensation system using a traditional raster scanning procedure, which receives a sequence wherein an object is moving rapidly toward an upper left-hand portion of the image, cannot always properly compensate therefor. Thus, when the previous frame and the local picture elements in the present frame are found to have no displacement, and the prediction method will assume no displacement for the next picture element in the raster. However, since the next picture element has in fact been displaced many picture elements toward the upper left-hand portion of the image, a very large prediction error results. A transmitter-based motion compensation system, with knowledge of the entire image, would have avoided the error by deterministically selecting the displacement estimate which minimizes the actual error.

Another major disadvantage of receiver-based motion compensation systems is that they typically employ a differential pulse-code-modulation (DPCM) representation of the error signal. A traditional DPCM system employs a coding limit of one bit per picture element, since data is transmitted for each picture element. This limitation is avoided in motion compensation systems by first segmenting the image into its moving and non-moving parts. Then, entropy coded address information is transmitted to inform the receiver of the specific regions over which an error signal will be sent. In non-moving regions, no error information need be sent. Unfortunately, however, the amount of addressing information for such a DPCM system can often exceed an allowable, reasonable limit.

The major disadvantage of transmitter-based motion compensation systems which provide good image reproduction is that they require substantial overhead data to describe the motion vector field which is typically sent in PCM form. This problem is exacerbated when it is desired to have a high resolution representation of the vector field.

It is therefore an object of the present invention to transmit sequences of images over a communications channel using relatively low bandwidth, and providing high reliability and fidelity. Other objects of the invention are a motion estimation method and apparatus which reliably provide an accurate estimate of the displacement of the pixels of a scanned image in a sequence, and an improved motion estimation method and apparatus which enable real-time, reliable, and accurate determination of regional displacement in an image transmission device.

### SUMMARY OF THE INVENTION

The invention relates to an image sequence transmission apparatus and method for communicating a sequence of images over a channel. The apparatus for transmitting the sequence of images features circuitry for estimating, for successive images of the sequence, a measure of the motion displacement between the images. A lossy coding and compression circuitry represents the sequentially generated measures for an image as a coded motion signal representation. Further circuitry generates, using the coded motion signal representation, an error reconstruction signal; and transmitting apparatus takes the coded motion signal representation and the error reconstruction signal, and combines them for transmission over a channel.

Typically, the apparatus is employed in connection with video transmission and the channel can be, for example, a fifty-six kilobit per second telephone trans-

Exhibit 3
Page 000023

4,703,350

3

mission link. The lossy coding and compression circuitry can employ, for example, transform coding or a temporal DPCM.

In a preferred aspect of the invention, the generating circuitry features a motion reconstruction element, for generating motion reconstruction signals in response to the coded motion signal representation, and a motion compensation loop which modifies an input frame in accordance with the motion reconstruction signals for generating the error reconstruction signal. The loop features an input frame buffer having a frame output for successively storing images representative of the input image sequence, a motion compensator responsive to the motion reconstruction signals and a frame buffer output for constructing an estimated receiver image signal, a lossy compression circuitry responsive to a difference between the estimated receiver image signal and a corresponding input image for generating the error reconstruction signal, a reconstruction circuitry for constructing an error reconstruction image from the error reconstruction signal, and an adder responsive to the reconstruction circuitry and the estimated receiver image signal for generating an estimated previous receiver image for storage in the frame buffer.

The estimating circuitry according to one aspect of the invention has a motion estimation element which is responsive to an estimated previous receiver image and a present current image input for generating the measure of motion displacement. In a preferred embodiment, the estimating circuitry has a frame buffer for successively storing input images, and a motion estimator responsive to a stored previous image output of the frame buffer and a present image input for generating the measures of motion displacement. The motion estimator preferably uses an iterative, spatial-domain approach having an adaptive, steepest-descent error minimization circuitry.

The transmitted signals are received by a receiver featuring circuitry for constructing an error image representation from the received error reconstruction signal and circuitry for constructing a motion field measure from a received coded motion circuitry representation. The receiver then responds to the receiver error image representation and the receiver motion field measure for generating a reconstructed image sequence.

In another aspect of the invention, an image sequence communications method relates to transmitting and receiving a sequence of images over a channel using a minimum channel bandwidth requirement. The method features the steps of estimating, for successive images of the sequence, a measure of the motion displacement between the successive images; representing the sequentially generated measures for an image as a lossy coded motion signal representation; generating, using the coded motion signal representation, an error reconstruction signal; and transmitting over the channel the coded motion signal representation and the error reconstruction signal. In a particular embodiment, the method further features the steps of generating motion reconstruction signals in response to the coded motion signal representation; and modifying, using a feedback loop, an input frame in response to the motion reconstruction signals for generating the error reconstruction signal.

The method further features successively storing images representative of the input image signal; constructing an estimated receiver image signal from the motion reconstruction signal and an immediately pre-

4

ceding image of the input; generating the error reconstruction signal from the difference between the estimated receiver image signal and a corresponding input image; constructing an error reconstruction image from the error reconstruction signal; and storing an estimated previous receiver image responsive to the error reconstruction signal and the estimated receiver image signal. In a particular aspect of the inventive method, the estimating step has the steps of successively storing input images and generating the measure of motion displacement from a stored previous input image and the present input image. Alternatively, the method features generating the measure of motion displacement from an estimated previous receiver image and a present image input.

The method further features a receiver for receiving the transmitted images over the channel. The receiver method features the steps of constructing an error image representation from a received error reconstruction signal, constructing a motion field measure from a received coded motion signal representation, and generating a reconstructed image sequence from the receiver error representation and receiver motion field measure. In a particular aspect of the method, at the receiver, the receiver generating step has the steps of interpolating the motion field measure; generating a first image sequence from the interpolated motion field measure and the error image representation; and temporally interpolating and inserting at least one motion interpolated image between successive images of the first image sequence for generating a second image sequence in response to the motion field interpolation signals.

BRIEF DESCRIPTION OF THE DRAWINGS

Other objects, features, and advantages of the invention will appear from the following description of particular preferred embodiments taken together with the drawings in which:

FIG. 1 is an electrical block diagram of a typical image communications system in accordance with the claimed invention;

FIG. 2 is an electrical block diagram of the transmitter of a motion-compensated image encoding apparatus in accordance with the invention;

FIG. 3 is an electrical block diagram of the receiver of a motion-compensated image coding system for receiving the channel signals from the transmitter of FIG. 2;

FIG. 4 is an electrical block diagram of an alternate transmitter utilizing a closed loop motion-compensated image coding system in accordance with the invention;

FIG. 5 is an electrical block diagram of the transmitter of a motion-compensated image coding system which utilizes temporal DPCM coding of the motion data in accordance with the invention;

FIG. 6 is an electrical block diagram of the receiver of a motion-compensated coding system utilizing temporal DPCM coding of the motion data in accordance with the invention;

FIG. 7 is an electrical block diagram of a motion-compensation apparatus for a field of undersampled motion vectors in accordance with the preferred embodiment of the invention;

FIG. 8 is a diagrammatic representation of the spatial interpolation process according to the invention;

FIG. 9 is an electrical block diagram of an iterative spatial-domain motion estimation apparatus utilizing adaptive, steepest descent error minimization;

Exhibit 3
Page 000024

4,703,350

FIG. 10 is an electrical block diagram of an iterative spatial-domain motion estimation apparatus utilizing adaptive, steepest descent error minimization with an improved data processing structure; and

FIG. 11 is a diagrammatic presentation of the relative locations of adjacent blocks used in predicting an initial displacement motion vector value.

## DESCRIPTION OF PARTICULAR PREFERRED EMBODIMENTS

Referring to FIG. 1, a communications system 6 has a transmitter 8 which, in accordance with a preferred embodiment of the invention, has a camera 10 for providing a video signal to an analog-to-digital converter and frame buffer 12. The frame buffer portion of the analog-to-digital converter and frame buffer 12 is capable of storing a full frame of the video, sampled to, for example, eight bits across a $256 \times 240$ pixel raster.

The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 codes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21.

The illustrated motion estimation and coding circuitry 16 of FIG. 1, in accordance with a preferred embodiment of the invention, and referring to FIG. 2, compares a present original input frame image, available over lines 22, with the previous original input image, available in this illustrated embodiment from a frame buffer 24. A motion estimator circuitry 26 generates a measure of the motion displacement between the frames input thereto, and can be any of a number of motion estimation devices as are well known in the art. In a preferred embodiment to be described hereinafter, the motion estimation device uses an adaptive steepest descent error minimization method to generate the motion displacement measures.

The output of the motion estimator 26 is a field of "motion vectors" which, as noted above, provide a measure of the motion displacement between input frames. This vector field provides a description of how to map a previous input frame or input image from buffer 24 into the best approximation of the present input frame or image over lines 22. By "best" is meant an error metric such as, for example, a mean-squared-error error measure. Typically, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the previous image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination provides the motion vector to be associated with the block in the previous image.

Since scenes are generally composed of several large objects moving uniformly over time, there is a high degree of correlation in the motion vector field. To avoid transmitting redundant information, and to reduce the data bit requirements, the preferred embodiment of the invention modifies the motion vector field, thereby losing some information, to facilitate the compression of the motion representing data. In the illustrated embodiment, this operation is represented by a

"lossy compressor" 28 which reduces the amount of data, and hence the bandwidth, required to represent the motion vector field. Noting the similarity between motion vector field and natural images, predictive, transform, or interpolative coding of the two independent components of the vector field can be employed by the lossy compressor 28.

Thus lossy compressor circuitry 28 is employed for coding the motion vector field available over lines 32, and provides, over lines 30, a coded motion signal representative of the motion vectors. This output of the lossy compressor, as noted above, will not, upon decoding, exactly reproduce the signals over lines 32 (which provide the measure of motion displacement) and, therefore, have some error signal associated with them. Nevertheless, the reduction in the data requirements of a lossy compressor, when compared to, for example, a PCM exact coding method, are so substantial, that the use of a lossy compressor is a significant advance in the art. One preferred lossy compression circuitry employs a discrete cosine transform and the circuitry incorporates a processing method described in co-pending application, U.S. Ser. No. 740,806, entitled Method and System for Adapting a Digitized Signal Processing System for Block Processing With Minimal Blocking Artifacts and filed on even date herewith. The inventor is Henrique Malvar. That application, assigned to the assignee of the present application, is incorporated herein, in its entirety, by reference.

The output of the lossy compressor circuitry over lines 30, as noted above, is passed to the encoder 18. In addition, those signals are employed by the error circuitry 14 for determining what the receiver would have seen, absent any errors in the channel, and thereby providing the mechanism for determining the error reconstruction signal, that is, the signal representing the difference between what the receiver would have predicted based upon the coded motion signal representation over lines 30, and the true image input.

The output of the lossy compressor over lines 30 is used by a reconstructor circuitry 34 for producing, at its output, a signal representative of the measure of motion displacement, the motion vectors, on lines 32. The difference between the signals over lines 36, the output of the reconstruction circuitry, and the signals over lines 32, represents the coding error introduced by the lossy compression apparatus 28. The output of the reconstruction apparatus 34, over lines 36, is directed to a motion field interpolation circuitry 38 which operates in the spatial domain to associate with each picture element a motion displacement vector. Thus, while the input signals over lines 36 represent motion displacements for groups or regions of elements, for example, the picture elements of a $4 \times 4$ block, the motion field interpolator, as described in more detail below, resolves that data so that there is associated with each picture element, a motion displacement vector. The resulting output of the motion field interpolator, over lines 40, is designated the motion reconstruction signal.

The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, and a reconstruction circuitry 48. The input to the lossy compression circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction

Exhibit 3
Page 000025

**7**

signal over lines **52**, is delivered to the channel encoder **18**. The lossy compressor **46** can be any of the two-dimensional block encoders such as a transform or DPCM encoder, and is preferably the encoder described in Malvar's co-pending application Ser. No. 740,806, referred to above. The error reconstruction signal is also sent to the reconstruction apparatus **48** which provides the inverse operation of the lossy compressor **46**. There results, therefore, at the output of the reconstruction apparatus **48**, an error reconstruction image over lines **54**. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines **56**) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer **44**.

The estimated receiver image is also applied to a differencing apparatus **60** which takes the difference between what the receiver is expected to predict, the signal over lines **56**, and the actual image available from A-D converter and frame buffer **12**. The output of the differencing apparatus **60** is the error signal input to the lossy compressor **46** over lines **50**. If desired, a "leak" constant, "a", can be used to multiply the output of the motion compensator over lines **56** by a factor less than or equal to 1. This factor, a, is indicated at **62** and provides for gradually eliminating the effect of errors in the channel.

As noted above, the input to the frame buffer **44** is the estimated previous receiver image. This receiver image, which takes into account all data received by the receiver, corresponds to the reconstructed receiver image for a frame. The image output from the frame buffer over lines **64** is the image which the motion compensation circuitry **42** modifies in accordance with the output of the motion field interpolator **38** over lines **40**.

At the receiver **21**, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry **70** and the resulting receiver error reconstruction signal over lines **72** and receiver coded motion signal representation over lines **74** are delivered to reconstruction circuitries **76** and **78** respectively. The output of the error reconstruction circuitry **76** is delivered to a recovery loop **80** in which motion compensating signals over lines **82** are added to the error image representation over lines **84** to produce a reconstructed receiver signal over lines **86**. That signal is delivered to a temporal frame interpolator **88**, which can add one or more frames between the successive received frames over line **86**, for delivery to a digital-to-analog circuitry **90** and from there to a monitor **92** for viewing.

The frame interpolator **88** interpolates in the temporal domain in accordance with motion reconstruction signals received over lines **94**. Those signals are generated by a motion field interpolator **96** corresponding to **55** the motion field interpolator **38** of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines **86** are successively stored in a frame buffer **98** and are delivered to a motion compensator **99** which also receives signals from the motion field interpolator **96**. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines **56** in the transmitter, and is delivered to

**8**

the adder **100** for combination with the output of the error reconstruction circuitry over lines **84**. As before, the output of the motion compensator circuitry can be modified by a "leak" parameter, a, whereby the effects of errors in the channel can be slowly eliminated. (The "leak" parameters, a, for both the transmitter and receiver must be identical in value.)

Referring to FIG. 4, in an alternative embodiment of the invention, the motion estimation circuitry **26** can receive an input image corresponding to the previous frame, not from the frame buffer **24** which provides an open loop circuitry, but from the frame buffer **44** to provide closed loop operation. In certain aspects of operation, such closed loop operation is effective for reducing overall error. This, however, is not always true. The alternate input to the motion estimation circuitry **26** is, in the FIG. 4 embodiment, the predicted reconstructed, previous frame output at the receiver.

Referring now to FIG. 5, the transmitter can employ a temporal differential pulse code modulation of the output of the motion estimator circuitry **26**. In this illustrated embodiment, the lossy compressor input is no longer received directly from the motion estimator circuitry **26** as in the FIG. 2 embodiment, but instead is a differential signal corresponding to the difference between the estimated reconstructed signal for the previous frame, available over lines **110**, and the present motion displacement vector signal over lines **32**. These two signals are differenced at an adder **112** and that difference is passed to the lossy compressor circuitry **28**, operating as described in connection with FIG. 2. The output of the reconstruction circuitry **34** is modified, in this illustrated embodiment, by the previous output of the reconstruction circuitry as is available from a buffer circuitry **114**. These two signals are added at **116**. The output from adder circuitry **116** is a coded motion signal representation corresponding to that available in the illustrated FIG. 2 embodiment over lines **36**. The loop can compensate for channel error using the multiplication circuitry **118** having a "leak" parameter, a, which can range between 0 and 1.

Referring to FIG. 6, the receiver structure for the transmitter of FIG. 5 employs a differential loop **120** having a frame buffer **122** for storage of the reconstructed motion displacement vector signals from reconstruction apparatus **78**. The receiver, thus, adds, using an adder **124**, to the output of the reconstruction circuitry **78**, the previous motion displacement vector which is stored in buffer **122**. The result, over lines **126**, is directed to the motion field interpolator **38**. As before, a "leak" parameter, a, can be employed to remove, over time, channel errors in the reconstruction signal.

### The Motion Field Interpolator (38, 96)

Referring to FIG. 7, the motion field interpolator **38** receives from the reconstruction circuitry **34**, a motion displacement vector over lines **36** for each block region of the image. For example, for a color television video signal, a typical luminance image can have a block size of $8 \times 8$ pixels while a typical chrominance image can have a block size of $4 \times 4$ pixels. The motion field interpolator, employing a selected interpolation method, then associates with each pixel of the frame, an interpolated motion vector displacement value.

In accordance with the preferred aspect of the invention, a raised cosine interpolation function is employed for associating with each pixel a displacement value. The interpolation function is stored at **130**. The input

Exhibit 3
Page 000026

4,703,350

9                                                                10

vector field is stored in a buffer 132 and has a low resolution corresponding to the block size.

Thus, in accordance with this aspect of the invention, each displacement vector from reconstruction circuitry 34 is associated with the center of a multi-pixel region. Thus, for a 4×4 block region, referring to FIG. 8, the interpolation vectors are associated with a center position, that is positions 400, 402, 404 which are not, for a 4×4 block, associated with any one picture element. The interpolation process, performed by a vector interpolator 124 operates in both the X and Y directions. Thus, the displacement vector associated with the 4×4 pixel block region centered at 400 and the corresponding displacement vector associated with the region centered at 402, for example, can be interpolated with respect to the X direction, while the displacement vectors at regions centered at 400 and at 404 can be employed with respect to a Y interpolation. In general, the interpolation process employs a plurality of displacement vectors surrounding a point of interest for deriving the value of the displacement vector at the point. Thus, an X and Y interpolated displacement vector value is assigned by the vector interpolator 124 in accordance with the interpolation function being used for each pixel of the image. In other embodiments of the invention, interpolation functions other than the raised cosine can be employed. For example, a linear interpolation function, or a trapezoidal shaped interpolation function can be employed, the latter for reducing the computational load.

The output of the transmitter motion field interpolator 38, or the receiver motion field interpolator 96 (which operates in a manner identical to that of interpolator 38,) is directed to the full motion compensation circuitry 42 in the transmitter and to the full motion compensation circuitry 80 and frame interpolation circuitry 88 in the receiver. The full motion compensation circuits 42 and 80, using incoming frame image data from frame buffers 44 and 98 respectively and the motion field interpolator output data, produce, in the transmitter, the estimated receiver image over lines 56, and in the receiver, the received estimated image over lines 82. The motion compensation circuitry maps each output pixel location to a location in the previous frame as indicated by the displacement vector value associated with that output pixel location. The displacement vectors are specified by the motion field interpolation circuitry associated therewith. In particular, referring to FIG. 7, this is the output of vector interpolator 134.

There results, however, for some coordinate locations of the new image field, a mapping from pixel coordinates in the previous frame which do not fall upon a grid location. That is, the interpolated motion displacement vector may call for a movement of, for example 1½ picture elements. In these instances, the motion compensation apparatus employs a spatial (or pixel) interpolation, for example a linear spatial interpolation of the 2×2 block of pixels surrounding the non-integer location, for determining a pixel value from the previous frame. Other interpolation functions could, of course, be employed, for example, the value selected for the non-integer coordinate of the previous frame can be the value of the pixel closest thereto. Alternately, a raised cosine interpolation function can be employed.

In the illustrated embodiment of the invention, the receiver also employs the output of motion field interpolator to create one or more frames between those which are actually transmitted. In accordance with this aspect of the invention, the temporal frame interpolator 88, in the illustrated embodiment, receives the values of the motion field interpolation circuitry to determine the image values for a frame positioned in time, in the particular illustrated embodiment, one-half the distance between the transmitted and received frames. In the illustrated embodiment, this function is performed by halving the output displacement vectors from the motion field interpolator 96. Thus, if a picture element, in from one transmitted frame to the next, were displaced two pixel positions in the X direction and 4 pixel positions in the Y direction, the temporal frame interpolator would provide an intermediate frame wherein that picture element was displaced one position in the X direction and two positions in the Y direction. In this manner, a frame half way between two received frames can be added to the picture image sequence to provide a better visual rendition.

The motion field interpolator 38 and motion compensator 42 can be implemented in hardware, in software, or in a combination of hardware and software. Attached hereto as Appendix B is a software implementation of a color video signal processing apparatus wherein the luminance (8×8 block regions) and chrominance (4×4 block regions) signals are processed.

The Lossy Compressor

In accordance with a preferred embodiment of the invention, the lossy compression circuitry 28 can be any of a plurality of a circuitries. For example, the lossy compression circuitry can use transform coding, can employ differential pulse code modulation, or any other lossy coding method.

The output of the motion estimation circuitry 26 has the appearance, in essence, of a highly correlated image wherein each picture element represents not a portion of a visual image but, rather, a displacement value. According to the preferred embodiment of the invention, a block transform encoding method is employed for coding the motion estimation output signal.

In the illustrated embodiment of the invention, the lossy compression circuitry can be a discrete cosine transform operating on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively quantized in accordance with a Max Quantizer as is well known in the art. In this circumstance, the reconstruction circuitry 34 then becomes the inverse discrete cosine transform as is well known in the art.

In other embodiments of the invention, the lossy compression circuitry 28 can be embedded in a differential pulse code modulation circuitry for example, that described in connection with FIG. 4. In this instance, the temporal differential pulse code system employs a pulse code modulation coder of limited bit structure, and it is this lossy coder which provides the errors which are compensated for by the system as described hereinabove.

In yet another aspect of the invention, and as described the above-noted co-pending application U.S. Ser. No. 740806, filed in the name of Henrique Malvar, on even date herewith, and assigned to the assignee of this invention, preprocessing techniques can be employed for improving even more upon the transform method described hereinabove, to substantially eliminate the block coding artifacts. In still another embodiment of the invention, the lossy compressor can be implemented using a short-space fourier transform, such

Exhibit 3
Page 000027

4,703,350

11

as that described in U.S. application Ser. No. 713,478, filed on Mar. 19, 1985, for a Method and Apparatus for MultiDimensional Signal Processing Using a Short-Space Fourier Transform, and assigned to the assignee of the present invention. The disclosure and specification of the above identified United States patent applications are incorporated herein by reference.

The Motion Estimator

Referring now to FIG. 9, in accordance with the illustrated embodiment, the motion estimation circuitry 26 employs an iterative spatial domain approach which quickly converges through an error minimization process for determining the displacement vectors of an input signal. In the preferred embodiment, an adaptive, steepest descent approach method is employed. The method has good convergence behavior.

The theoretical background for various aspects of the invention described and claimed herein are described in the Master's degree thesis of the inventor. The thesis was submitted to the Massachusetts Institute of Technology in partial fulfillment of the requirements of the degree of Master of Science. The thesis provides theoretical basis for, inter alia the illustrated motion estimator 26, and it is sufficient to concentrate here on Equation 1, found in the Hinman thesis which describes the iterations for determining a displacement vector v for a pixel having a location p in an image f. The new image is represented by g. That equation is reproduced herein as Equation 1 where the "i" represents an earlier value of the displacement vector and "i+1" represents a next value of the displacement vector.

$$\underline{v}_{\underline{p}}^{i+1} = \underline{v}_{\underline{p}}^{i} - 2e \sum_{\underline{p}} [g(\underline{p}) - f(\underline{p} - \underline{v}_{\underline{p}}^{i})]\nabla_{(,)}f(\underline{p} - \underline{v}_{\underline{p}}^{i}) \qquad \text{(Equation 1)}$$

Equation 1 can be implemented in accordance with FIG. 9 where the input g and f frames are stored in buffers 200 and 202 respectively. The gradient value of the f frame is determined by a gradient computer 204 and spatial interpolators 206, 208 provide the values of f required by the summation in Equation 1. A summing element 210 and a multiplication element 212 yield the error gradient value which is accumulated in an accumulator 214. The output of the accumulator 214 is multiplied by a step size adaptor 215 at a multiplier 216; and the result is used to update the vector displacement value in an accumulator 218. The accumulator receives the initial vector prediction value from a prediction hardware 220.

The updated vectors are employed by interpolators 206 and 208 in determining the values of "f" and the vector output field is stored in a buffer 222. The entire apparatus operates under the control of a system controller 224 which monitors the value of the error gradient accumulator output and in response thereto adaptively changes the step size.

Referring now to FIG. 10, an improved method for implementing the adaptive steepest descent error minimization iterative spatial-domain motion estimator 26, defined by equation 1, provides for use use of a single interpolator 240 operating upon the f frame and a gradient computation circuitry then operating upon the interpolated value output of interpolator 240. There results from this circuitry the elimination of one of the FIG. 9 interpolators thus providing a savings of hardware and/or software.

In employing this method, the three important parameters are the initial step size, e, the stopping or cutoff threshold, T, and the predictor set, $a_k$. The initial step size plays an important role in determining the rate at

12

which the method converges upon the motion vector displacement. When e is chosen to have a very small value, the method requires an excessive number of iterations before reaching a sufficiently small neighborhood of the minimum. As the value of e increases, the rate of convergence also increases but there comes a value when e is so large that the search procedure will oscillate about the minimum without converging. The value of e must be determined by empirical tests. For a block size of 4×4, a value of $3 \times 10^{-5}$ has been found to provide the best convergence behavior.

The cut-off threshold is compared to the magnitude of the error gradient times the initial step size, e, for each iteration. This threshold must be chosen with two constraints in mind. First, it should be sufficiently small so that a displacement close to the actual displacement is reached. The second and opposing constraint is that as the threshold decreases, the number of required iterations increases dramatically. Thus, as with the step size, the appropriate cut-off threshold must be found empirically. (When the step size varies, as described below, the threshold, T, as defined above continues to be compared against the multiplicative product of the initial step size, e, and the error gradient.)

In determining the cutoff threshold empirically, two indicators are of interest. They are the average number of iterations per block and the motion compensated frame difference energy. In order to find the best value of T, the estimation and compensation process is run several times. Starting with a small cut-off threshold, a minimal value of the motion compensated frame difference energy is determined. As the threshold is increased, the average number of iterations steadily drops while the motion compensated frame difference energy remains essentially constant. Eventually, however, a value of the threshold is reached at which the estimated displacements become inaccurate and the motion compensated frame difference energy begins to rise. In seeking the point of inflection in the motion compensated frame difference energy as a function of T, a value of $7 \times 10^{-3}$ was found to be most appropriate. This threshold corresponds to a minimum vector update of $7 \times 10^{-3}$ pixels.

The selection of the predictor coefficents affects both the average number of iterations and the motion compensation frame difference energy.

The selection of the initial value of the displacement vector for each block is, in the illustrated embodiment, chosen as a linear combination of displacement vectors adjacent thereto. Thus, referring to FIG. 11, the steepest descent method provides access to the displacement vectors above and to the left of a present displacement vector $V_o$. Thus, in accordance with the illustrated embodiment, the present displacement vector is defined by equation 2 as:

$$\underline{V}_p = \sum_{j=1}^{4} a_j \underline{V}_j \qquad \text{(Equation 2)}$$

The $a_j$ are the predictor coefficients while the $V_j$ are the previously determined displacement vectors.

The preferred vector predictors, $a_j$, are: $a_1=0.3$, $a_2=0$; $a_3=0.4$ and $a_4=0.3$. For these values of the vector predictors, in combination with the step value and threshold values noted above, for one set of data, the average number of iterations was 6.71, and the motion compensation frame difference energy was 14.1 dB's lower than the non-motion compensated frame difference energy.

Exhibit 3
Page 000028

4,703,350

**13**

In accordance with a preferred embodiment of the invention, the selected value of e, the initial step size, can be adapted to change as a function of the error gradient. Thus, according to this illustrated embodiment of the invention, and under the control of the system controller **224**, the step size value is adapted to change, depending upon the present gradient error value, or the present and one or more previous error gradient values, so that the step size for the vector displacement does not become unreasonably small. A description of two methods for selecting step size is provided in the Hinman thesis beginning at page 33 of that thesis.

According to the preferred embodiment of the invention, the second method, defined by Equations 3.18, 3.19 and 3.20 of the Hinman thesis modified to reduce the processing load of the system. In this embodiment, the equations 3.18, 3.19, 3.20 are modified so that:

$$(\text{new step size}) = (\text{old step size}) \cdot \alpha \qquad (\text{Equation 3})$$

$$\alpha = \begin{cases} 1.4 \text{ if } R > 0 \\ 0.3 \text{ if } R < 0 \end{cases} \qquad (\text{Equation 4})$$

where

$$R = [\text{Gradient } E(V_x)] \cdot [\text{Sign}[\text{Gradient } E(V_x^{j-1})]] + [\text{Gradient } E(V_y)] \cdot [\text{Sign }[\text{Gradient } E(V_y^{j-1})]]$$

and "Gradient E" represents the gradient of the present x or y error function, and "Sign [·]" equals ±1 depending upon the sign of the argument. Equation 4, thus defined, provides a third method for an adaptive steepest descent approach. As noted above, however, the cutoff threshold value, T, is measured against the initial step size. Thus, the illustrated T can be defined as the product of a constant times the error gradient.

Further, in accordance with the preferred embodiment of the invention, the system controller **224** also prevents the displacement increment step size from being greater than a selected threshold, for example, greater than one pixel, and further prevents the maximum value of the displacement vector from being greater than a second selected threshold, for example greater than 7½ pixels. In this manner, more control of the steepest descent process is available and singularities which prevent convergence can be avoided.

The illustrated motion estimator can be implemented in hardware, in software, or in a combination thereof. In one particular embodiment, a software implementation of an adaptive steepest descent method and apparatus is provided.

Additions, subtractions, deletions, and other modifications of the preferred particular embodiments of the invention will be apparent to those skilled in the art and are within the scope of the following claims.

What is claimed is:

1. An image sequence transmission apparatus for transmitting a sequence of images over a channel comprising

means for estimating, for successive images of the sequence, a measure of the motion displacement between said successive images,

lossy coding means for representing said sequentially generated measures for an image as a coded motion signal representation,

**14**

means for generating, using said coded motion signal representation, an error reconstruction signal, and

means for transmitting over said channel said coded motion signal representation and said error reconstruction signal.

2. The image sequence transmission apparatus of claim 1 wherein said generating means comprises

a motion reconstruction means for generating motion reconstruction signals in response to said coded motion signal representation, and

a motion compensation loop means for modifying an input frame in response to said motion reconstruction signals for generating said error reconstruction signal.

3. The image sequence transmission apparatus of claim 2 wherein said loop means comprises

an image frame buffer, having a frame output for successively storing images representative of said input image sequence,

a motion compensator means responsive to said motion reconstruction signals and a frame buffer output for constructing an estimated receiver image signal,

lossy compression means responsive to a difference between said estimated receiver image signal and a corresponding input image for generating said error reconstruction signal,

reconstruction means for constructing an error reconstruction image from said error reconstruction signal, and

adder means responsive to said reconstruction means and said estimated receiver image signal for generating an estimated previous receiver image for storage in said frame buffer.

4. The image sequence transmission apparatus of claim 1 wherein said estimating means comprises

a frame buffer for successively storing input images, and

a motion estimation means responsive to a stored previous image output of said frame buffer and a present image input for generating said measure of motion displacement.

5. The image sequence transmission apparatus of claim 1 wherein said estimating means comprises

a motion estimation means responsive to an estimated previous receiver image and a present image input for generating said measure of motion displacement.

6. The image sequence transmission apparatus of claim 1 wherein said lossy coding means comprises

a temporal differential pulse-code-modulation means for encoding said generated measures.

7. The image sequence transmission apparatus of claim 1 wherein said estimating means comprises

an iterative, spatial-domain motion estimator having an adaptive, steepest descent error minimization means.

8. The image sequence transmission apparatus of claim 1 wherein said lossy coding means comprises a transform coding means for encoding said generated measures.

9. The image sequence transmission apparatus of claim 2

wherein said lossy coding means is a block transform coding means, and

wherein said motion reconstruction means comprises a motion field interpolation means for receiving motion vector signals associated with block regions of

Exhibit 3
Page 000029

**15**

an image and for assigning to each pixel of a block region, an interpolated motion vector signal value for forming said motion reconstruction signals.

**10.** An image sequence communications apparatus, for communicating a sequence of images over a channel, comprising

    a transmitter including

        means for estimating, for successive images of the sequence, a measure of the motion displacement between said successive images,

        lossy coding means for representing said sequentially generated measures for an image as a coded motion signal representation,

        means for generating, using said coded motion signal representation, an error reconstruction signal, and

        means for transmitting over said channel said coded motion signal representation and said error reconstruction signal, and

    a receiver including

        means for constructing an error image representation from a received error reconstruction signal,

        means for constructing a motion field measure from a received coded motion signal representation, and

        means responsive to said receiver error image representation and said receiver motion field measure for generating a receiver reconstructed image sequence.

**11.** The image sequence communications apparatus of claim **10** wherein said receiver generating means comprises

    a motion field interpolator,

    a receiver motion compensation loop means responsive to said motion field interpolator and said error constructing means for generating a first image sequence, and

    a temporal frame interpolator responsive to said motion field interpolator for inserting at least one motion interpolated image between successive images of said first image sequence for generating a second image sequence.

**12.** The image sequence communications apparatus of claim **10** wherein said motion field construction means comprises

    means for employing a temporal differential pulse-code-modulated decoding means for reconstructing said motion field measures for the images.

**13.** The image sequence communications apparatus of claim **10** wherein said motion field construction means comprises

    inverse transform means for reconstructing said motion field measures for the images.

**14.** An image sequence transmission apparatus for transmitting a sequence of images over a channel comprising

    an image frame buffer having a frame output for successively storing images representative of said input image sequence,

    a motion estimation means responsive to a stored previous image output of said frame buffer and a present image input for generating, for successive images of the sequence, a measure of the motion displacement between said successive images,

    a block transform coding means for representing said sequentially generated measures for an image as a coded motion signal representation,

**16**

    a motion reconstruction means for generating motion reconstruction signals in response to said coded motion signal representation, said reconstruction means including

        a motion field interpolation means for receiving motion vector signals associated with block regions of an image and for assigning to each pixel of a block region, an interpolated motion vector signal value for forming said motion reconstruction signals,

        a motion compensator means responsive to said motion reconstruction signals and a frame buffer output for constructing an estimated receiver image signal,

        a block transform coding means responsive to a difference between said estimated receiver image signal and a corresponding input image for generating said error reconstruction signal,

        reconstruction means for constructing an error reconstruction image from said error reconstruction signal,

        adder means responsive to said reconstruction means and said estimated receiver image signal for generating an estimated previous receiver image for storage in said frame buffer, and

        means for transmitting over said channel said coded motion signal representation and said error reconstruction signal.

**15.** An image sequence transmission method for transmitting a sequence of images over a channel comprising the steps of

    estimating, for successive images of the sequence, a measure of the motion displacement between said images,

    representing said sequentially generated measures for an image as a lossy coded motion signal representation,

    generating, using said coded motion signal representation, an error reconstruction signal, and

    transmitting over the channel the coded motion signal representation and the error reconstruction signal.

**16.** The image transmission method of claim **15** wherein said generating step comprises the steps of

    generating motion reconstruction signals in response to the coded motion signal representation, and

    modifying, using a feedback loop, an input frame in response to the motion reconstruction signals for generating the error reconstruction signal.

**17.** The image sequence transmission method of claim **16** further comprising the steps of

    successively storing images representative of the input image sequence,

    constructing an estimated receiver image signal from the motion reconstruction signal and an immediately previous image of the input,

    generating the error reconstruction signal from the difference between the estimated receiver image signal and a corresponding input image,

    constructing an error reconstruction image from the error reconstruction signal, and

    storing an estimated previous receiver image in response to the error reconstruction signal and the estimated receiver image signal.

**18.** The image sequence transmission method of claim **15** wherein the estimating step comprises the steps of

    successively storing input images, and

Exhibit 3
Page 000030

4,703,350

17

generating the measure of motion displacement from a stored previous input image and a present image input.

19. The image sequence transmission method of claim 15 wherein the estimating step comprises the step of generating the measure of motion displacement from an estimated previous receiver image and a present image input.

20. The image sequence transmission method of claim 15 wherein said measure representing step comprises the step of encoding the generated measures using a temporal differential pulse-code-modulation method.

21. The image sequence transmission method of claim 15 wherein the estimating step comprises the step of employing an iterative, spatial-domain motion estimation method having an adaptive, steepest descent error minimization criteria.

22. The image sequence transmission method of claim 15 wherein said measure representing step comprises the step of transform coding said generated measures for an image for forming said coded motion signal representation.

23. The image sequence transmission method of claim wherein said representing step comprises the step of block transform coding, and said motion reconstruction signal generating step further comprises the steps of receiving motion vector signals associated with block regions of an image, and assigning to each pixel of a block region, an interpolated motion vector signal value for forming said motion reconstruction signals.

24. An image sequence communications method for communicating a sequence of images over a channel comprising the steps of estimating, for successive images of the sequence, a measure of the motion displacement between said images, representing said sequentially generated measures for an image as a lossy coded motion signal representation, generating, using said coded motion signal representation, an error reconstruction signal, transmitting over said channel said coded motion signal representation and said error reconstruction signal, constructing, at a receiver, an error image representation from a receiver error reconstruction signal, constructing, at the receiver, a motion field measure from a receiver, coded motion signal representation, and generating, at the receiver, a reconstructed image sequence from the receiver error representation and receiver motion field measure.

18

25. The image sequence communications method of claim 24 wherein said receiver generating step comprises the steps of interpolating the motion field measure, generating a first image sequence from the interpolated motion field measure and the error image representation, and temporally interpolating and inserting at least one motion interpolated image between successive images of the first image sequence for generating a second image sequence in response to the motion field interpolation signals.

26. The image sequence communications method of claim 25 wherein the motion field construction step comprises the step of employing a temporal differential pulse-code-modulated decoding process for reconstruction the motion field measures for the images.

27. The image sequence communications method of claim 25 wherein said motion field construction step comprises the step of employing an inverse transform method for reconstructing said motion field measures for the images.

28. An image sequence transmission method for transmitting a sequence of images over a channel comprising the steps of successively storing input images of the sequence, generating, for successive images of the sequence, a measure of the motion displacement between said images, from a stored previous input image and a present input image, block transform coding said sequentially geanerated measures for an image to obtain a lossy coded motion signal representation, generating motion reconstruction signals in response to the coded motion signal representation, said reconstruction generating step including receiving motion vector signals associated with block regions of an image, and assigning to each pixel of a block region, an interpolated motion vector signal value for forming said motion reconstruction signals, constructing an estimated receiver image signal from the motion reconstruction signal and an immediately previous image of the input, generating the error reconstruction signal from the difference between the estimated receiver image signal and a corresponding input image, constructing an error reconstruction image from the error reconstruction signal, storing an estimated previous receiver image in response to the error reconstruction signal and the estimated receiver image signal, and modifying, using a feedback loop, an input frame in response to the motion reconstruction signals for generating the error reconstruction signal.

* * * * *

Exhibit 3
Page 000031