# Schmidt Declaration

# Exhibit 12

U.S. Patent No. 4,816,914

# EXHIBIT H

## TO THE EXPERT REPORT OF
## EDWARD J. DELP III

Friday, September 14, 2007

Exhibit 12
Page 000247

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| **Claim 12.** | |
| A circuit [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise successive frames [*one frame following another; consecutive frames*] and each frame includes a plurality of blocks [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where the coded [*change from one form of representation to another*] video signals comprise codes that describe deviations from approximated blocks [*predicted blocks*] and codes that describe deviations [*differences*] from interpolated blocks, comprising: | **The Ericsson '914 patent discloses a device that is responsive to coded video signals where the video signals comprise successive frames, each frame including a plurality of blocks, and the coded video signals comprise codes that describe deviations from predicted blocks and codes that describe deviations from interpolated blocks.**<br><br>*See, e.g.*, "The invention relates generally to data communication and signal processing methods and apparatus, and in particular to a method and apparatus for reliably and efficiently encoding and decoding sequences of image data, for example, that transmitted through a 56 kilobit per second telephone communications channel." [Col. 1, lines 7-12].<br><br>"Various methods have been employed for encoding the motion compensation data associated with each of the blocks. Hinman, in his co-pending application U.S. Ser. No. 740,898, filed June 3, 1985, the contents of which are incorporated herein, in their entirety, by reference, describes a lossy coding method for encoding the motion-compensation displacement information." [Col. 1, line 65 - col. 2, line 4].<br><br>"In one particular aspect, the invention relates to a method for encoding motion |

---

[1] To the extent that it is argued that the Ericsson '914 patent does not disclose each limitation of claim 12 of the '226 patent, one of skill in the art would have been motivated to combine the teachings of the Ericsson '914 patent with one or more other patents assigned to PictureTel. Such a combination would also disclose each limitation of claim 12. These patents all relate to the same subject matter and share many of the same figures and much of the same written description. They also include over-lapping inventors and a common assignee. Moreover, the patents cross-reference and incorporate each other by reference. *See, e.g.*, U.S. Patent No. 4,794,455; U.S. Patent No. 4,849,810; U.S. Patent No. 4,703,350; U.S. Patent No. 4,727,422; 4,661,849; and U.S. Patent No. 4,754,492.

Exhibit 12
Page 000248

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | estimation transform data representing the motion of each of a plurality of blocks, the blocks collectively representing an image frame in a time sequence of image frames. The transform data for each block is arranged in a two-dimensional array and each block has associated therewith a motion transform data signal representing the motion estimate for that block." [Col. 3, lines 21-29]. |
| | "Referring to FIG. 1, a communications system 6 has a transmitter 8 which, in accordance with a preferred embodiment of the invention, has a camera 10 for providing a video signal to an analog-to-digital converter and frame buffer 12. The frame buffer portion of the analog-to-digital converter and frame buffer 12 is capable of storing a full frame of the video, sampled to, for example, eight bits across a 256X240 pixel raster. The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 channel encodes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21." [Col. 5, lines 24-39]. |
| | "Typically, and in the illustrated embodiment, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the previous image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination defines the motion vector to be associated with the block in the previous image." [Col. 5, line 62 - col. 6, line 5]. |
| | "For example, for a color television video signal, a typical luminance image can have a |

Exhibit 12
Page 000249

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | block size of 8X8 pixels while a typical chrominance image can have a block size of 4X4 pixels." [Col. 9, line 67 - col. 10, line 2]. |
| | "The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, a reconstruction circuitry 48, and a selectively operable adaptive filter 49. The input to the lossy compression circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders which can employ a uniform quantization step size. The output of the block transform can be advantageously further reduced in bandwidth and encoded according to the processes described above in connection with the lossy compressor 28." [Col. 7, lines 37-53]. |
| | "The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines 61) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44." [Col. 7, line 62 - col. 8, line 4]. |
| | "At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and filter data signal over lines 73, and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitry 76, motion compensator 99, and reconstruction circuitry 78 respectively. The reconstruction circuitries 76 and 78 each provide for a unique multiple table lookup method for |

Exhibit 12
Page 000250

| U.S. Patent No. 4,816,914 | |
|---|---|
| CLAIM LANGUAGE | **Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")**[1] |
| | decoding the variable length codes as described in more detail hereinafter. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the successive received frames over lines 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing. |
| | The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines 86 are successively stored in a frame buffer 98 and are delivered to a motion compensator 99 which also receives signals from the motion field interpolator 96. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 61a in the transmitter, and is delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines 84." [Col. 8, line 40 - col. 9, line 10; Fig. 3]. |
| | "In the illustrated embodiment of the invention, the receiver also employs the output of motion field interpolator to create one or more frames between those which are actually transmitted. In accordance with this aspect of the invention, the temporal frame interpolator 88, in the illustrated embodiment, receives the values of the motion field interpolation circuitry to determine the image values for a frame positioned in time, in the particular illustrated embodiment, one-half the distance between the transmitted and received frames. In the illustrated embodiment, this function is performed by halving the output displacement vectors from the motion field interpolator 96. Thus, if a picture |

Exhibit 12
Page 000251

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | element, from one transmitted frame to the next, were displaced two pixel positions in the X direction and 4 pixel positions in the Y direction, the temporal frame interpolator would provide an intermediate frame wherein that picture element was displaced one position in the X direction and two positions in the Y direction. In this manner, a frame half way between two received frames can be added to the picture image sequence to provide a better visual rendition." [Col. 11, lines 6-27]. |
| | "The Lossy Compressor (28, 46) |
| | In accordance with a preferred embodiment of the invention, the lossy compression circuitries 28 and 46 employ a block transform encoding method for coding the motion estimation output signal and the error signal over lines 50, respectively." [Col. 11, lines 35-41]. |
| | "In the illustrated embodiment of the invention, the lossy compression circuitries 28 and 46 can employ a discrete cosine transform. Circuitry 28, then, for example, operates on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively subjected to a threshold and uniform quantization process. In this circumstance, the reconstruction circuitry 34 then employs the inverse discrete cosine transform as is well known in the art." [Col. 11, lines 46-54]. |
| | *See also, e.g.*, Ericsson '810 patent at col. 2, lines 53-58 and Fig. 3; col. 5, line 59 - col. 6, line 2; col. 5, lines 30-34; col. 12, line 67 - col. 13, line 2 and Fig. 12; col. 13, lines 27-31; col. 18, lines 18-21; and col. 18, lines 22-28. |
| | *See also, e.g.*, Hinman '350 patent at Abstract; col. 2, lines 52-65; col. 3, lines 4-24; col. 3, lines 46-64; col. 4, lines 16-32; col. 5, lines 19-25; col. 5, lines 40-59; col. 6, line 3 - col. 7, line 16 and Fig. 2; col. 7, lines 37-61 and Fig. 3; col. 8, lines 54-64; col. 9, line 65 |

Exhibit 12
Page 000252

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | - col. 10, line 18; and col. 10, lines 41-49. |
| means for developing block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing block approximations [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure: Decoder 22, DCT[-1] 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | **The Ericsson '914 patent discloses a device for developing blocks of image information from predicted blocks and codes that describe deviations from predicted blocks, such as prediction error information.**<br><br>*See, e.g.*, "Referring to FIG. 1, a communications system 6 has a transmitter 8 which, in accordance with a preferred embodiment of the invention, has a camera 10 for providing a video signal to an analog-to-digital converter and frame buffer 12. The frame buffer portion of the analog-to-digital converter and frame buffer 12 is capable of storing a full frame of the video, sampled to, for example, eight bits across a 256X240 pixel raster.<br><br>The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 channel encodes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21." [Col. 5, lines 24-39].<br><br>"Typically, and in the illustrated embodiment, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the present image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination defines the motion vector to be associated with the block in the previous image." [Col. 5, line 62 - col. 6, line 5].<br><br>"The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, a reconstruction circuitry 48, and a selectively operable adaptive filter 49. The input to the lossy compression |

Exhibit 12
Page 000253

| U.S. Patent No. 4,816,914 | |
|---|---|
| CLAIM LANGUAGE | **Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")**[1] |
| | circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders which can employ a uniform quantization step size. The output of the block transform can be advantageously further reduced in bandwidth and encoded according to the processes described above in connection with the lossy compressor 28." [Col. 7, lines 37-53]. |
| | "The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines 61) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44." [Col. 7, line 62 - col. 8, line 4]. |
| | "At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and filter data signal over lines 73, and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitry 76, motion compensator 99, and reconstruction circuitry 78 respectively. The reconstruction circuitries 76 and 78 each provide for a unique multiple table lookup method for decoding the variable length codes as described in more detail hereinafter. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the successive received frames over lines 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing. |
| | The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a |

Exhibit 12
Page 000254

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines 86 are successively stored in a frame buffer 98 and are delivered to a motion compensator 99 which also receives signals from the motion field interpolator 96. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 61a in the transmitter, and is delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines 84." [Col. 8, line 40 - col. 9, line 10; Fig. 3].

"The Lossy Compressor (28, 46)

In accordance with a preferred embodiment of the invention, the lossy compression circuitries 28 and 46 employ a block transform encoding method for coding the motion estimation output signal and the error signal over lines 50, respectively." [Col. 11, lines 35-41].

"In the illustrated embodiment of the invention, the lossy compression circuitries 28 and 46 can employ a discrete cosine transform. Circuitry 28, then, for example, operates on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively subjected to a threshold and uniform quantization process. In this circumstance, the reconstruction circuitry 34 then employs the inverse discrete cosine transform as is well known in the art." [Col. 11, lines 46-54].

*See also, e.g.*, Ericsson '810 patent at col. 18, lines 13-22 and Fig. 3; col. 8, lines 6-52; col. 10, lines 20-22; col. 7, lines 52-55; col. 6, lines 31-32; col. 7, lines 40-47; col. 8, |

Exhibit 12
Page 000255

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | lines 35-40; and col. 9, lines 36-49. |
| | See also, e.g., Hinman '350 patent at col. 6, line 3 - col. 7, line 16 and Fig. 2; and col. 7, lines 37-61 and Fig. 3. |
| means responsive to said block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br>Function: The function is to develop said interpolated blocks responsive to said block approximations [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure: Decoder 25, DCT[-1] 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | **The Ericsson '914 patent discloses a device for developing interpolated blocks responsive to predicted blocks that have been combined with codes describing deviations from predicted blocks, such as prediction error information, and to codes that describe deviations from interpolated blocks.**<br><br>*See, e.g.,* "Referring to FIG. 1, a communications system 6 has a transmitter 8 which, in accordance with a preferred embodiment of the invention, has a camera 10 for providing a video signal to an analog-to-digital converter and frame buffer 12. The frame buffer portion of the analog-to-digital converter and frame buffer 12 is capable of storing a full frame of the video, sampled to, for example, eight bits across a 256x240 pixel raster.<br><br>The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 channel encodes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21." [Col. 5, lines 24-39].<br><br>"Typically, and in the illustrated embodiment, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the present image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination defines the motion vector to be associated with the block in the previous image." [Col. 5, line 62 - col. 6, line 5]. |

Exhibit 12
Page 000256

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | "The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, a reconstruction circuitry 48, and a selectively operable adaptive filter 49. The input to the lossy compression circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders which can employ a uniform quantization step size. The output of the block transform can be advantageously further reduced in bandwidth and encoded according to the processes described above in connection with the lossy compressor 28." [Col. 7, lines 37-53].<br><br>"The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines 61) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44." [Col. 7, line 62 - col. 8, line 4].<br><br>"At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and filter data signal over lines 73, and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitry 76, motion compensator 99, and reconstruction circuitry 78 respectively. The reconstruction circuitries 76 and 78 each provide for a unique multiple table lookup method for decoding the variable length codes as described in more detail hereinafter. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the |

Exhibit 12
Page 000257

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | successive received frames over lines 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing. |
| | The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines 86 are successively stored in a frame buffer 98 and are delivered to a motion compensator 99 which also receives signals from the motion field interpolator 96. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 61a in the transmitter, and is delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines 84." [Col. 8, line 40 - col. 9, line 10; Fig. 3]. |
| | "The Lossy Compressor (28, 46) |
| | In accordance with a preferred embodiment of the invention, the lossy compression circuitries 28 and 46 employ a block transform encoding method for coding the motion estimation output signal and the error signal over lines 50, respectively." [Col. 11, lines 35-41]. |
| | "In the illustrated embodiment of the invention, the lossy compression circuitries 28 and 46 can employ a discrete cosine transform. Circuitry 28, then, for example, operates on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively subjected to a threshold and uniform quantization process. In this circumstance, the reconstruction circuitry 34 then employs the inverse discrete cosine transform as is well known in the art." [Col. 11, lines 46-54]. |

Exhibit 12
Page 000258

| U.S. Patent No. 4,816,914 | |
|---|---|
| CLAIM LANGUAGE | **Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")**[1] |
| | "In the illustrated embodiment of the invention, the receiver also employs the output of motion field interpolator to create one or more frames between those which are actually transmitted. In accordance with this aspect of the invention, the temporal frame interpolator 88, in the illustrated embodiment, receives the values of the motion field interpolation circuitry to determine the image values for a frame positioned in time, in the particular illustrated embodiment, one-half the distance between the transmitted and received frames. In the illustrated embodiment, this function is performed by halving the output displacement vectors from the motion field interpolator 96. Thus, if a picture element, from one transmitted frame to the next, were displaced two pixel positions in the X direction and 4 pixel positions in the Y direction, the temporal frame interpolator would provide an intermediate frame wherein that picture element was displaced one position in the X direction and two positions in the Y direction. In this manner, a frame half way between two received frames can be added to the picture image sequence to provide a better visual rendition." [Col. 11, lines 6-27].

*See also, e.g.*, Ericsson '810 patent at col. 18, lines 22-28 and Fig. 3; col. 13, lines 27-31; col. 8, lines 6-12; col. 8, lines 12-17; col. 10, lines 20-22; col. 7, lines 52-55; col. 6, lines 31-32; col. 7, lines 40-47; col. 8, lines 35-40; col. 9, lines 36-49; col. 15, lines 23-41 and Fig. 12; col. 5, lines 5-6; and col. 18, lines 45-49.

*See also, e.g.*, Hinman '350 patent at col. 2, lines 52-65; col. 4, lines 16-32; col. 7, lines 37-61 and Fig. 3; col. 8, lines 54-64; and col. 9, line 65 - col. 10, line 18.

It was well-known and a common practice in the prior art, where interpolation of video signals was employed, to check the quality of the interpolation at the transmitter, and if the interpolation error was above a threshold, code and transmit the interpolation error to the transmitter. The following references, in combination with the Ericsson '914 patent, show the obviousness of this element. *See, e.g.*, U.S. Patent No. 4,858,005 to |

Exhibit 12
Page 000259

U.S. Patent No. 4,816,914

| CLAIM LANGUAGE | Staffan Ericsson, U.S. Patent No. 4,816,914, Method and Apparatus for Efficiently Encoding and Decoding Image Sequences ("Ericsson '914 Patent")[1] |
|---|---|
| | Lodge at col. 4, lines 58-63; Arun N. Netravali & John O. Limb, "Picture Coding: A Review," Proceedings of the IEEE, Vol. 68, No. 3, March 1980 at 366, 400-01; John O. Limb, et al., "Combining Intraframe and Frame-to-Frame Coding for Television," The Bell System Technical Journal, Vol. 53, No. 6, July-August 1974 at 1137; N K Lodge, "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures," Second Int'l Conference on Image Processing and Its Applications, Vol. 265, 24-26 June 19896, 242, 243; Masayuki Tanimoto, "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Transactions of the IEICE, Vol. E.70, No. 7, July 1987, 611, 611-12. |

10773740.DOC

Exhibit 12
Page 000260