# Schmidt Declaration

# Exhibit 14

Page 1

1             UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

3

4   - - - - - - - - - - - - - - - )

5   LUCENT TECHNOLOGIES INC.,      )

6              Plaintiff,          )

7   V.                             )   CASE NO.

8   GATEWAY, INC., et al.,         )   02-CV-2060 B (CAB)

9              Defendants,         )   consolidated with

10                                 )   03-CV-0699 B (CAB)

11  and                            )   03-CV-1108 B (CAB)

12                                 )

13  MICROSOFT CORPORATION,         )

14             Intervenor.         )

15  - - - - - - - - - - - - - - - )

16  AND CONSOLIDATED ACTIONS.      )

17  - - - - - - - - - - - - - - - )

18      VIDEOTAPED DEPOSITION OF EDWARD J. DELP III

19            THURSDAY, NOVEMBER 29, 2007

20

21

22         BY:  MELANIE A. VIZENOR, CSR NO. 4026

23

24

25

1              EDWARD J. DELP III

2     MR. PLIES: Objection. Calls for legal conclusions.

3     THE WITNESS: I'm not an attorney, so I can't give

4  you a definitive legal statement.

5  BY MR. STADNICK:

6     Q.   Did you when you were performing your analysis

7  ask yourself one way or the other whether the Haskell

8  patent claims a combination of familiar elements?

9     A.   Yes.

10    Q.   And you came to the conclusion that it does,

11 right?

12    A.   I say that in my -- in my report.

13    Q.   What were the familiar elements?

14    A.   Well, the elements I list in paragraph 89.

15    Q.   And what are those again?

16    A.   Do you want me to read you the sentence?

17    Q.   Would you please.

18    A.   It says:

19         "Further, the particular corresponding

20    structures identified by the court for implementing

21    each of these coding techniques were also well-known

22    (i.e., adders, decoders, DCT" -- or inverse DCT, I'm

23    sorry -- "shift circuits, averagers)."

24    Q.   In your view will any combination of those

25 elements that performs the function of the

```
 1                   EDWARD J. DELP III
 2    interframe interpolation of intensity information,
 3    correct?
 4         MR. MICALLEF:  Object to form.
 5         THE WITNESS:  Well, it -- I'm sorry.  Ask the
 6    question again.  I just want to make sure I got the
 7    first part of it right.
 8    BY MR. STADNICK:
 9         Q.   The Background of the Invention section of the
10    '272 patent describes interframe interpolation of
11    intensity information as something that was already
12    known, correct?
13         MR. MICALLEF:  Same objection.
14         THE WITNESS:  It talks about forms of interframe
15    interpolation here, yes.
16    BY MR. STADNICK:
17         Q.   And it's specifically talking about
18    interpolation of intensity information defining picture
19    elements, right?
20         A.   It says that.
21         MR. GARTMAN:  Objection.  Incomplete question.
22    BY MR. STADNICK:
23         Q.   Now, given that the Background of the Invention
24    section of the '272 patent describes interpolation of
25    intensity values on an interframe basis, the statement
```

1                    EDWARD J. DELP III

2     STATE OF CALIFORNIA         )

3                                 )   ss.

4     COUNTY OF SAN DIEGO         )

5

6         I hereby certify that the witness in the

7    foregoing deposition, EDWARD J. DELP III, was by me duly

8    sworn to testify to the truth, the whole truth, and

9    nothing but the truth, in the within-entitled cause;

10   that said deposition was taken at the time and place

11   herein named; that the deposition is a true record of

12   the witness's testimony as reported by me, a duly

13   certified shorthand reporter and a disinterested person,

14   and was thereafter transcribed into typewriting by

15   computer.

16        I further certify that I am not interested in

17   the outcome of the said action, nor connected with, nor

18   related to any of the parties in said action, nor to

19   their respective counsel.

20        IN WITNESS WHEREOF, I have hereunto set my hand

21   this 30th day of November, 2005.

22

23            -------[signature]-------------

24             MELANIE A. VIZENOR, CSR 4026

25               STATE OF CALIFORNIA