# Schmidt Declaration

# Exhibit 17

621.397.331 : 621.391

The Institution of Electrical Engineers
Paper No. 3507 E
May 1961

# TELEVISION BAND COMPRESSION BY CONTOUR INTERPOLATION

By Professor D. GABOR, Dr.-Ing., F.R.S., F.Inst.P., Member, and P. C. J. HILL, Ph.D.

*(The paper was first received 17th June, and in revised form 28th November, 1960.)*

## SUMMARY

Band saving in television transmissions can be achieved by utilizing redundancies in single lines, between lines, between fields and between frames. The method of contour interpolation exploits the last two. It is based on the facts that (*a*) field and frame frequencies in conventional television transmission had to be chosen with a view to reducing flicker rather than for conveying more information, (*b*) the eye fixes mainly on contours which are usually the edges of objects, (*c*) these contours are usually smooth enough to allow interpolation over two line spacings, and (*d*) changes from one picture to the next come about mostly by the horizontal motion of objects which are sufficiently uniform to allow interpolation over at least two frame intervals. There is almost no loss in information or picture quality if the interlaced frame is suppressed in the transmission and reconstructed in the receiver by interpolation between the lines of the transmitted field, and there is not much loss if only one field in four is transmitted. In the method of contour interpolation the reconstructed edges are as sharp as the originals and appear in their correct positions, i.e. in the positions which they would occupy if the edges were straight in small sections, and if their motion were uniform for short times. The waveband gain can be estimated as 4 : 1 without appreciable deterioration in picture quality, and 8 : 1 if some deterioration is allowed in the case of rapid and vertical motions. In combination with other methods which utilize redundancies in single lines and which by themselves achieve a gain of 3 : 1, total compression ratios of 12 : 1 to 24 : 1 appear feasible.

The principle was realized and tested in a photo-mechanical model working at low speeds. Electronic realizations are proposed and discussed.

## (1) INTRODUCTION. MAXIMUM REDUNDANCY IN TELEVISION TRANSMISSION

It has been obvious for a long time that the standard system of television is a very wasteful method of transmitting visual observation. It will be of interest to start by estimating the maximum saving in waveband which could conceivably be realized if we were not bound by any economic considerations in the terminal equipment.

The bandwidth in television has been chosen with a view to almost satisfying the foveal, i.e. the maximum acuity of vision. In a 400-line 21 in picture, viewed from a distance of 5 ft a line subtends about 2′ of arc, which is about twice the foveal resolution. In practice, with a 2 : 1 interlace the vertical definition corresponds to only about $0 \cdot 6 \times 400 = 240$ lines (with a Kell factor of 60%), which brings the effective line width to about 3·3 times the eye resolution limit. Even this rather unsatisfactory compromise is achieved at the cost of an enormous channel capacity. If we want to estimate the maximum saving which might be effected, we must first remember that the fovea subtends an angle of only 1°, which at a distance of 5 ft corresponds to rather less than 1/200 of the screen area.

If we set out to make use of the large potential saving, which is suggested by the smallness of the fovea, we must first realize a few facts about human vision. Psychologists assure us[1] that the eye can accept information at the rate of almost 50 bits/sec. Yet we can 'take in' a whole unknown landscape at a single glance, and we have the subjective impression that we see everything within a solid angle of almost $2\pi$ with perfect acuity. The reason is evidently that even the peripheral acuity is sufficient to recognize familiar objects, such as trees, houses, etc., and until the fovea has had time to scan these, we substitute standard trees, etc., for them, out of our store of visual memory, which approximately fill their contours. We become aware of the slowness of our intake only when we are faced with unfamiliar objects, such as complicated anatomical preparates, or a detailed drawing of a jet engine. In such cases we have to scan the picture slowly and rather painfully, line by line, and do not get the feeling that we have really 'taken it in' for several seconds or minutes.

No television system is conceivable which takes full advantage of this limitation of vision, unless by some signals transmitted to the eye muscles it could force its millions of viewers to scan the picture in perfect synchronism. But, in principle at least, we could do almost as well, so long as we are satisfied with transmitting scenes only, or at the most only small unfamiliar objects. The transmitter will then have to be a recognizer of sufficient intelligence to pick out areas containing foliage, grass, crowds, wallpaper patterns and the like, sending to the receiver the approximate contours and code numbers for substituting the nearest standard pattern. The substituted background will be, of course, spurious in detail but sharp, and the fovea will be perfectly satisfied when it scans over it. It is interesting to note that many of these patterns, like foliage, grass, a choppy sea, etc., are just those which by their 'noise-like' character tax ordinary television transmission to the limit of its capacity, and yet they are of very little importance to the information transmitted in the sense of 'telling a story'. After having covered most of the picture with standard substitutes only a small fraction of the area must be left, such as the faces of the principal actors, which must be transmitted in true and full detail. As a rough estimate, in something like 80% of television transmissions this area could be restricted to perhaps 10 foveas, i.e. 5% of the total. But here again, by means to be discussed later, a saving of about 4 : 1 could be effected by making use of the point-to-point redundancy. Making an equal allowance for the background, the information transmitted per picture might thus be reduced to 2·5%, giving a saving of 40 : 1.

A further saving (again at the expense of a minority of scenes) could be effected by transmitting changes only, i.e. holding or repeating the unchanged part of the picture by some storage system in the receiver. This has often been proposed, and the familiar objection that a panning camera would upset the system could be met in principle by embodying in the receiver a system for effecting geometrical transformations, so that only the newly appearing picture parts need be transmitted. There is, however, an absolute limit to this, because the viewers would certainly object if it took more than about 1/4 sec to build up a new picture, instead of 1/25 sec as at present. This gives a potential saving of 6·25 : 1 in picture sequences, and hence an overall bandwidth saving of 250 : 1.

We want to make it clear that we do not believe this to be the television system of the future. In all probability it will

Written contributions on papers published without being read at meetings are invited for consideration with a view to publication.

Prof. Gabor is Professor of Applied Electron Physics, and Dr. Hill was formerly in the Department of Electrical Engineering, Imperial College of Science and Technology, University of London. Dr. Hill is with the B.B.C. Research Department.

never be economically justifiable. It is a minor objection that we are still very far from being able to construct a machine with enough visual intelligence to divide up a picture into familiar types of objects such as trees, grass, human figures, etc. There is every hope that this difficult problem, which is of the greatest intrinsic scientific interest, will be solved some time, and one could well afford a very complicated machine at the transmitter end. Picking out the objects, such as the faces, hands, etc., of the principal actors which are of interest for the story appears to call for even higher intelligence, but this could be short-circuited by some special paint, visible to the camera but not to the viewers. The bottleneck is not in the transmitter but in the receiver, which would have to be of such complication that it could never be seriously contemplated as a home receiver. Our object in discussing this ideal picture transmission system in some detail is rather to point out that the estimates of potential compression based on contrasting the 50 bits/sec of visual intake with the 3–5 × 10[7] bits/sec of television channels are widely unrealistic. This suggests a potential compression of the order of a million, while our rather optimistic estimate is about 250—and this at the cost of excluding a rather important class of transmissions, such as ballet pictures, large orchestras and scientific demonstrations of very unfamiliar objects. 25 : 1 is not even sufficient for transmitting television through telephone lines, which is often mentioned as a practical aim.

## (2) PREVIOUS ATTEMPTS AT TELEVISION BANDWIDTH REDUCTION

Shannon's information theory can classify all attempts at bandwidth reduction in communication problems, although in a way which is not completely satisfactory when applied to television systems and other problems in which the receiver is the human sensory system. The situation visualized by Shannon is as follows: A source transmits a range of signs numbered $1 \ldots i \ldots N$ with probabilities $p_i$. If these probabilities were equal, i.e. $p_i = 1/N$, they would require $\log_2 N$ bits/sign for their transmission, assuming a noiseless channel. If the probabilities are unequal, they require on average

$$H = -\sum_{1}^{N} p_i \log_2 p_i \text{ bits/sign}$$

which is always less than $\log_2 N$. A coding method can be found which transmits messages from this source in long sequences with $H$ bits/sign, with an error which can be made arbitrarily small. The bandwidth required to transmit these signs at a certain rate can then be calculated with the well-known Shannon–Tuller formula.

The difficulty in applying Shannon's formula to television transmission lies in the fact that there is no simple answer to the question of what the human receiver will accept as distinguishable communication signs. In the previous Section we have tried to make the tolerance as wide as possible, by assuming that outside the narrow foveal field the eye will accept, for instance, standard grass for the infinite variety of real grass, so that the major part of the picture is defined by outlines, filled with say a few hundred or thousand standard patterns. Such a radical step in reducing the code has not yet been attempted. All attempts of which we know identify the signs $i$ with small groups of adjacent picture points in one field. Most of them consider picture points in one scanning line.

In order to reduce the television problem to Shannon's discrete coding some sort of quantization is required. Goodall[2] has investigated the number of levels acceptable to the eye. It appears that 32 levels are the minimum for gently shaded areas, while much cruder quantization can be allowed at contours and in high-frequency regions. This has suggested a source of band saving to several authors.[3–5] Kretzmer[6] has shown that the probability distribution of the 32 levels, the so-called 'first order statistics', is so nearly even that optimum coding gives only an insignificant gain on the 5 bits/point required by a uniform distribution. For larger gains at least two consecutive points must be considered, making use of the so-called 'second-order statistics'. If one knows the amplitude at a point $n$, described by a sign $i$, the amplitude $j$ at the point $n + 1$ has a rather narrow conditional probability distribution $p_i(j)$, with a sharp maximum at $j = i$, i.e. at 'no change'. Schreibner[7] and Stoddard[8] have measured the second-order probability distribution, and Stoddard obtained a conditional entropy of 1·24 bits/point for a typical 32-level television picture. That is to say that, by making use of the correlation between consecutive picture points, it is possible to recode the amplitudes in a 4 : 1 reduced waveband.

The suggestions made by Schröter[9] and by Cherry and Gouriet[10] can be considered as realizations of the gain inherent in the use of point-to-point conditional or 'transition' probabilities. These authors propose scanning the lines at variable velocity, fast where there is little change and slowly where the amplitude is steeply changing. Gouriet[11] proposed to measure the 'picture detail' by the square of the rate of amplitude change, and to make the scanning speed inversely proportional to this. One of the authors (in the Appendix to Reference 10) has pointed out that for a very plausible law of transition probabilities the Cherry–Gouriet method is equivalent to ideal coding on a point-to-point basis, i.e. it realizes complete equalization of the rate of information transmission. In practice, this cannot be fully realized, because it is not possible to scan uniform regions at infinite speed; 3 : 1 appears to be the largest variation of speed which can be realized without instabilities in the closed-loop system. This corresponds very nearly to a compression ratio of 3 : 1. A further improvement has been suggested by Cherry, Prasada and Holloway[12] in an 'open-loop' system in which use is made of the smaller number of quantized levels required in regions of high picture detail, and in which the information is sent out again at a practically uniform rate. We will refer to these schemes as 'rate-equalization' methods. It may be noted that no great improvement is to be expected in these beyond the ratio of 4 : 1, because Schreiber[13] has measured 'third-order statistics' and found that the incremental gain is disappointingly low. Gouriet's estimate[14] of a potential gain of 7 : 1 is rather out of harmony with these estimates. It is possible that even 4 : 1 is somewhat optimistic, as Stoddard's figure was based on the statistics over a whole picture, and the practical difficulties in attempting more than line-by-line coding are formidable. Even using line-by-line coding it is very difficult to make corresponding points exactly coincide after the decoding. It appears that Youngblood's[15] interesting suggestion of quantizing the rate of change instead of the amplitude levels failed because of this difficulty. Though abrupt level changes in one line were eliminated, they appeared between one line and the next.

The importance of exactly transmitting the positions of abrupt amplitude changes, such as occur at edges, at the expense of less conspicuous detail was recognized at an early stage.[3–5] Of particular interest is the system of 'synthetic highs' proposed by Schreibner, Knapp and Kay,[16] in which the position and height of edges is transmitted in a coded form in a rate-equalizing system, and a low-definition directly-transmitted picture is superposed on the sharp contours in the receiver.

While the systems so far described are based on processing the information contained in one horizontal line, some attempts have also been made to exploit vertical correlations, from line

to line. A scheme in which the next line is predicted and only the 'surprise' difference is transmitted was investigated (together with other applications of linear prediction in picture transmission) by Harrison.[17] Work on this was continued by Julesz[18] and Cunningham,[19] who proposes interpolation in 3 × 3 and 5 × 5 sample blocks.

The wish to exploit correlations between consecutive frames is as old as television itself; it would be difficult to name the author who first proposed to leave the static parts of the picture standing and to write in only the changes. The modern development of storage tubes, in particular the invention of selective erasure,[20] has made such schemes technically but not as yet economically possible.

### (3) PRINCIPLE OF CONTOUR INTERPOLATION

Our proposals for waveband reduction are based entirely on the exploitation of the correlations between consecutive fields and consecutive frames.* These are independent of the correlations in the contents of single lines, and hence whatever gain is achievable by our system can be multiplied by a factor of 3–4 if it is combined with a line-by-line compression method.

Right from the start television had to make a concession to the flicker sensitivity of the human eye by introducing the 2 : 1 interlace, in which 50–60 fields (half-pictures or half-frames) are presented instead of 25–30 full frames. By this almost one-half of the vertical definition was sacrificed, because even in a very carefully adjusted receiver the subjective impression of a picture with 400 lines composed of two interlaced fields with 200 lines is equivalent to not more than 240 lines, and in most receivers to only 200. Thus it can be said that the interlaced field contributes almost nothing to the information; half the waveband is sacrificed for the suppression of the flicker.

It follows that it must be possible in principle to halve the waveband without loss of information if an alternative way is found to reduce the flicker. In cinematography 24 full pictures are projected, each shown twice, and 16 mm projectors achieve an acceptable effect with 16 pictures, each shown three times. Repetition in television could be achieved by attaching to the receiver tube a memory device storing a full picture, or, better, by using a storage tube for the display in which the old picture is erased just before the new one is recorded. A somewhat better result could be obtained by merging one frame continuously into the next, by superposing the new and the old frame in continuously changing proportions, as is done for instance in the Mechau projector. We will refer to this method as 'linear interpolation'.

All these methods are far too complicated and expensive to be embodied in domestic receivers. At present, one can contemplate any sort of complicated information processing only in relay stations, which ultimately transmit standard interlaced fields to the home receivers. It was with this application in view that one of the authors (D. G.)[21] proposed transmitting only one field out of two, and constructing the missing interlaced field by a method called 'contour interpolation', which is superior both to repetition and 'linear interpolation'.

The method is based on the physiological fact that the eye fixes with preference on outlines, i.e. loci of abrupt amplitude changes, and on the common observation that most outlines are continuous. The principle is explained in Fig. 1.

The two diagrams show, in their first and third lines, the intensity distributions along two consecutive lines of a field which has been transmitted and received, while the middle line, which belongs to the interlaced field which was not transmitted,

* We use the nomenclature in which a 'frame', which we use synonymously with 'picture', consists of two interlaced 'fields'. This terminology has the advantage that it will not be misunderstood on either side of the Atlantic.




Fig. 1.—Linear and contour interpolation.

(a) Linear interpolation.
(b) Principle of contour interpolation. Two scanning spots are moving on two next-but-one lines, normally with constant speed v. When one of these arrives at an edge it stops and the other moves on with double speed until it has also reached the edge. The intensity in the interpolated line is the arithmetical mean weighted with the scanning speeds.

must be constructed in the receiver by some method of interpolation. Both examples relate to a slanting contour which separates two areas—one dark and the other bright. It may be assumed that the two received lines have been stored in some sort of storage device. In the upper diagram, which shows the method of linear interpolation, these lines are scanned by two spots, both running with the same speed $v$, and the intensity $I$ in the missing line is approximated by the arithmetical mean of the two intensities $I_1$ and $I_2$,

$$I(x) = \frac{1}{2}[I_1(x) + I_2(x)]$$

This is perfectly satisfactory for gently shaded areas, and also for vertical edges, but if the contour is slanting, a stepped amplitude profile arises, which, as will be shown later in practical examples, falls far short of achieving the purpose.

In the method of contour interpolation the two spots run with equal speeds $v$ until one of them reaches an edge, i.e. a position where the intensity changes at more than a certain predetermined rate. Here it stops, while the other spot, which has not yet reached the contour, moves on with a speed $2v$, so that the interpolated spot, midway between the two, moves on with constant velocity $v$. This continues until the second spot has also reached the contour, after which the retarded spot gradually catches up with the other, until both move again with the same speed $v$. This is the kinematic rule. The intensity rule is that the interpolated intensity $I$ is formed as the arithmetical mean of the two intensities, but *weighted with the velocities*, i.e.

$$I[\tfrac{1}{2}(x_1 + x_2)] = \frac{v_1 I_1(x_1) + v_2 I_2(x_2)}{v_1 + v_2}$$

It may be noted that the denominator is constant, as $v_1 + v_2 = 2v$. It can be seen that this rule is equivalent to linear interpolation so long as the two spots move together with the same speed, but at the instant at which the first spot is arrested the information is transferred to the one which now moves with double speed. The interpolated edge then appears at the position at which it would be if the contour in question were straight, which is the best estimate one can make in 2-point interpolation.





MSLT_0001230

Exhibit 17
Page 000300

The method breaks down, of course, if the contour is so nearly horizontal that one of the scanning spots misses it. In that case an instruction must be embodied in the device to the effect that, after a certain maximum searching time, the two scanning spots must equalize their position.

The principle has been explained in its application for constructing the missing field, but it is evident that it can be equally well applied to the interpolation of missing frames. In that case the upper and the lower lines in Fig. 1 represent the same line as in the interpolated frame. There is again a good statistical reason for adopting this method of interpolation, based on the common observation that most of the changes in our world are due to moving objects, and most movements are horizontal. The upper and lower intensity profiles, $I_1(x)$ and $I_2(x)$, represent the positions of the outline of a moving object, and the assumption is that the motion can be well enough approximated by linear displacement, i.e. constant speed of motion.

In its application to frame interpolation the method will break down if the motion is so rapid that the second scanning spot will not find the edge in the allowed searching time. Assume, for instance, that we allow a searching time corresponding to 10 picture points, which is about 1/50 of a line. If we leave out one frame in two, this means that the time interval between them will be 1/12·5 sec, i.e. objects must not traverse more than one-quarter of the whole picture width in 1 sec. This is no serious limitation, because movements faster than this will appear jerky even in ordinary transmission, with 50 fields/sec. A more serious limitation is that the interpolation method does not operate in the vertical direction. It is true that by far the greater part of movements is horizontal, but the movements of the mouth form an important exception. It therefore appears likely that 12·5 fields/sec (15 fields/sec with U.S. standards), i.e. a compression ratio of 4 : 1, will be the limit to which one can go without appreciable impairment in picture quality.

There may be applications in which the advantages of reduced bandwidth will outweigh the disadvantages of some jerkiness in vertical movements. In that case one could well go to a compression ratio of 8 : 1. Fig. 2 shows two ways in which only one field in eight is transmitted, and the seven missing fields are reconstructed. In Fig. 2(*a*) this is done by repeated midway interpolation. As soon as field 1 is received, field 2 can be constructed by contour interpolation between two consecutive lines. The interpolation of the others must wait until field 9 is received. From this and field 1 first the field 5 is constructed, by interpolation between their corresponding lines, and then the fields 3 and 7, by interpolating between fields 1–5 and fields 5–9, respectively. The even fields are constructed by interpolating between the lines of the odd fields.




Fig. 2.—Scheme of television transmission systems with 8 : 1 compression.
(*a*) By repeated mid-way interpolation.
(*b*) By proportional interpolation.

Fig. 2(*b*) shows the somewhat simpler method of 'proportional' interpolation. Corresponding lines in fields 3, 5 and 7 are reconstructed from those received in fields 1 and 9 by assuming that the movement of the edges was linear. This means that if, for instance, the scanning spot on line 1 stops and that on line 9 moves at double speed, the writing spot on line 3 will have to move at half speed. The intensity on this line will have to be the sum of $I_1$ and $I_9$, weighted in the ratio 3 : 1. As the writing spot moves at half-speed the total intensity must be halved, so that the previous intensity rule now changes to

$$I_3\left(\frac{3x_1 + x_9}{4}\right) = \frac{1}{8}[3I_1(x_1) + I_9(x_9)]$$

However, if the spot on line 9 stops first, the spot will move with 3/2 normal speed, and thus the factor at the right will have to be 3/8 instead of 1/8. The rule for line 7 will have to be similarly modified (with 1 and 9 interchanged), while the rule for line 5 is the one for midway interpolation. The reconstruction of the even frames 2, 4, 6 is as before.

It is important to realize that contour interpolation, whether between fields or between frames, taps a source of redundancy quite independent of the one utilized in line-by-line rate-equalization methods, in which correlations between points in one line are exploited. Combinations of the two systems therefore result in a multiplication of the band-saving ratios. If, as is likely, line-by-line equalization methods are capable of yielding a saving of 3 : 1 and contour interpolation savings of 4 : 1 to 8 : 1, combination of the two systems will be capable of producing compression ratios of 12 : 1 to 24 : 1. The last figure comes near to one-tenth of the value which we have previously estimated as the ultimate limit of all band-saving methods.

## (4) REALIZATION OF CONTOUR INTERPOLATION IN A PHOTO-MECHANICAL PICTURE TRANSFORMER

It was decided to demonstrate and test the principle first at low speed, realized by mechanical-optical means, in a 'picture transformer' in which every second line of a photograph is scanned, and the missing line is reconstructed by contour interpolation. This choice was dictated by the available funds; the construction of a full-speed television compression system would have required a considerable capital outlay for the purchase of storage tubes. The picture transformer has, however, a certain interest in itself, as it could be used for a 2 : 1 saving in bandwidth or time for pictures transmitted by radio or by cables.

### (4.1) Mechanical and Optical Design

A complete drawing of the picture transformer is shown in Fig. 3. The casing forms two light-tight compartments; the one at the left contains the transmitter, and the one at the right the receiver. Running through both is a hollow spindle which carries a picture drum for reading at the left, and a film drum for recording at the right, both 60 mm long and 25 mm in diameter. While the rotation is imparted to the drums by the hollow spindle, the longitudinal motion is derived from a rod inside the spindle, which engages the drums by pegs passing through longitudinal slits in the hollow spindle. At its right-hand end this rod is threaded with a pitch of 0·3 mm and engages with a stationary nut. Both the reading and recording drums are therefore scanned with 200 lines on their length of 60 mm, and as the reading and writing spot sizes are adjusted to 0·15 mm,




Fig. 3.—Picture transformer for 2 : 1 compression by contour interpolation.

this means scanning every second line in a photograph which measures 60 × 70 mm.

The optical system is shown in Fig. 4. The light source, which is a 150 c.p. lamp, illuminates through a condensing lens an aperture plate with two holes. The lower one serves for the main beams, for reading and writing, while the top hole is the source of the pilot beams, shown dotted, which actuate the controls. These beams start from the holes as conical bundles, but in order to simplify the representation only two rays are shown in each. They first go, as one bundle, through the lozenge-shaped signal-distributor aperture,




Fig. 4.—Optical system of the picture transformer.
—— Main beams. - - - Control beams.

whose function will be explained later. They are each split into two partial beams (i.e. four partial beams altogether) by a pair of biprisms, which separate the beams and collimate them. The two control beams pass through a beam-splitter prism, while the two main beams pass underneath it. This beam splitter operates usefully only on the returning beams; in the first passage it causes only an unavoidable loss of light in the control beams. After this, all four partial beams pass through a reflecting prism, which throws them on two oscillating mirrors at nearly 45° to the horizontal, and from these into a microscope objective. This is a 30 × 0·5 NA objective with 6 mm focal length, which produces on the reading drum four small images of the original apertures, all 0·15 mm diameter, arranged in a square of 0·30 mm side length. This means that the reading spots are scanning two lines, with one missing, and the pilot spots are the same distance ahead of them.

The reflected light now returns through the optical system, along the path. A fraction of the returning control beams, which report the density of the photograph at the position of the pilot spots, is split off by the double beam-splitter prism, and thrown on two photocells. The two main beams return through the aperture of the signal distributor, and are united in a spot at the right, which is the mirror image of the original aperture with respect to the beam-splitter prism at the centre. This spot, which is of the dimensions of the original aperture, contains a mixture of the two beams, in the proportion as they pass through the signal distributor aperture. It is imaged by means of a lens and two reflecting prisms through a microscope objective on the photographic film. As the spot is nearer to the film than the original aperture is to the scanned photograph, at this side we have used an objective, 40 × 0·7 NA, 4 mm focal length, so as to obtain a writing spot of the same size (0·15 mm) as the scanning spots.

As the intensity in the writing beam may well be as little as 1/100 or even 1/1 000 of the original beam intensity, it is of the greatest importance to avoid reflections in the optical system on the transmitting side. Blooming of the optical surfaces is quite insufficient. We have eliminated reflected images of the illuminating aperture by rigorously avoiding optical surfaces at right angles to the beam. Though, for simplicity, the reflecting prisms are shown as 45°–90°–45°, the angles were in reality 48°–84°–48°, the beam splitter is not a square but lozenge-shaped, and the biprisms are slightly skewed. Otherwise the reflected light would have drowned the picture signal in the darker parts of the photograph.

The system as described, with the signal distributor mask placed symmetrically, would produce a 50/50 mixture of the two scanned lines, i.e. it would produce linear interpolation. It becomes a contour interpolating system by virtue of certain accessories and controls which will now be described.

### (4.2) Control System

A block schematic of the system is shown in Fig. 5, slightly generalized, so that it applies also to the case of continuous transmission. In the general case the input store need not store more than the previous line, while in our picture transformer this is the photograph, which stores all lines. Two lines are scanned, each in two places. The main scan is shown in strong lines, and the pilot scan in thin lines. In the picture transformers the scanners correspond to the two oscillating mirrors on top of the reading-microscope objective. The pilot spots report the image amplitudes to contour detectors which measure the rate of change, and if this exceeds a certain critical level the gates come into action. Two actions must be performed. One is the change in scanning velocities, so that the spot which has found a contour stops, while the other starts at double speed. This is




Fig. 5.—Block diagram of a 2 : 1 contour interpolation system.
—— Main channel. - - - Control channel.

effected by a velocity modulator, which in the case of the picture transformer is an electromagnetic actuator, to be described later. The other action is a transfer of the signal to the spot which has not yet found the contour, and scans at double speed. This is done by a signal distributor; in the picture transformer this is the lozenge-shaped aperture in Fig. 4. It is moved by an electromagnet, which is also controlled by the control circuit. The signal, with the properly weighted components, is put in the output store. In the picture transformer this is the photographic film. In the case of continuous transmission this could be a transient store, scanned with an appropriate delay.

### (4.3) Velocity Modulator

The velocity modulator is shown in Fig. 6. Its purpose is to arrest one of the spots, i.e. to let it move with the photograph, as soon as the corresponding pilot spot reports a contour, and to make the other move with double speed. This means that certain equal and opposite angular velocities must be applied to the two mirrors, which normally are stationary, at 45° to the horizontal. The time available for this acceleration corresponds to the delay between the pilot spot and the scanning spot, and is of the order of 1/100 sec.




Fig. 6.—Velocity modulator.

The mirrors and the steel shafts which carry them are arranged in a balance arm, made strong and light, out of a steel channel with aluminium bearings. This is held by a Perspex torsion bar, so that the balance arm can be slightly tilted against the horizontal. The resonant frequency was about 120 c/s and the oscillations were almost aperiodically damped owing to the favourable properties of Perspex.

In line with the steel shafts which carry the mirrors, and which are made hollow, are two longer steel shafts, which penetrate into them so as to ensure good flexural stability. They carry at their ends steel levers, in the form of narrow segments of a circular disc knurled at the outside. These discs have a slightly smaller diameter than the width of the circular slots in the brass flanges at both ends. The brass flanges are fixed on the hollow spindle which carries the drum, i.e. they revolve with it but do not take part in its axial motion. The inner and outer faces of the circular slots are knurled to ensure good friction. A very small tilt of the balance arm corresponding to a movement of about $\pm 0 \cdot 005$ in will engage one steel lever with an inside radius $R_1$, the other with the outside radius $R_2$, of the brass flanges. Thus the levers will start turning with angular speeds $\pm R_1/r_1$ and $\pm R_2/r_2$ times the angular speed $\omega$ of the main shaft, where $r_1$ and $r_2$ are the radii of the levers, inside and outside. We make $R_1/r_1 = R_2/r_2 = R/r$. The spots will then be displaced relative to the drum surface with velocities $\pm 2f(R/r)\omega$, where $f$ is the focal length of the objective. (The factor 2 originates from the doubling of angle at the reflection at a tilting mirror.) Let $R_D$ be the radius of the picture drum. If we want to arrest one of the spots, we must have

$$2fR/r = R_D$$

In our case $f = 6$ mm, $R = 35$ mm, $r = 5$ mm and $R_D = 12 \cdot 7$ mm, and hence the left-hand side is about $6 \cdot 5$ times larger than it ought to be. We had therefore to introduce an angular reduction between the outer steel shafts and the mirrors. This mechanism (which can be also considered as a torque amplifier) consists of two steel spring wires, parallel to the shaft, and two cross-wires connecting them, one engaging with the outer shaft and the other with the inner. By properly choosing the ratio of their distances from the clamping point the required angular reduction could be very exactly realized, without any sacrifice in the frequency response of the device.

The angular reduction is also convenient, because without it the excursions of the steel levers would be rather microscopic, and the criteria for the allowable slip between them and the knurled brass surfaces might be too exacting. With an objective of $f = 6$ mm and a spot size of $0 \cdot 15$ mm the mirror tilt per spot width is only 1/80, or 43′. With an angular magnification of $6 \cdot 5$ this becomes $0 \cdot 08 = 4° 4′$, which corresponds to $0 \cdot 4$ mm at the end of a 5 mm lever. Thus an error of not more than one spot width can be realized with a knurl of a period of $0 \cdot 4$ mm, or less. If one allows a maximum searching interval of ten picture points, the maximum angular excursion of the levers will be $\pm 5 \times 4° 4′ = \pm 23°$. This searching time is sufficient for all contours having an inclination of more than 1 : 5 to the horizontal.

The balance arm, stabilized by the rather rigid Perspex torsion bar which gives it a resonance frequency of 120 c/s, requires appreciable forces for its actuation. After some trials with piezo-electric benders we turned to the magnetic actuators shown in Fig. 6. The balance arm carries near its ends two roof-shaped armatures of laminated Stalloy. These fit into the wedge-shaped gaps of C-cores of grain-oriented silicon steel, each with 1 500 magnetizing turns. The current required for the tilt is 50–60 mA.

### (4.4) Signal Distributor

If there is no edge in view, the interpolated signal is a 50/50 mixture of the two intensities $I_1$ and $I_2$. This is achieved by an aperture, which can be, for instance, lozenge shaped, as shown in Fig. 4, and which cuts out one-half of each beam when it is in the symmetrical position. As soon as the contour interpolation mechanism gets into action the information must be transferred to the moving spot, while the signal derived from the arrested spot must be cut out altogether.

Our original intention was to reduce the inertia of this organ to a minimum by making the mask from a piece of photographic film, held in equilibrium by two light rubber springs, and to move it to the right or to the left by friction wheels, permanently rotating in opposite direction, and brought into contact with the film alternatingly by means of piezo-electric actuators. This is similar to the system used in magnetic-tape machines for computer stores, which can accelerate the tape to full speed in 2–3 ms, but we found that it requires a very high degree of workshop accuracy for its efficient realization. At the speeds at which the velocity modulator responded satisfactorily, a much simpler magnetic device, shown in Fig. 7, was quite sufficient.

A mask cut into a T-shaped aluminium strip is fixed at the base to a torsion organ, formed by a steel strip. Apart from being able to tilt, this strip can also move a little up or down. It carries a 3-section armature, with small Swedish iron pieces attached to a light frame (a ferrite armature might be better). Three silicon-steel C-cores, wound with about 1 500 turns, are fixed below these in an Araldite block. When the central core is magnetized the armature is made to sit down on it, thus forcing it to return to the normal position faster than if this were left to the restoring force of the steel torsion piece. When the control mechanism reports an edge, the central core is demagnetized and the armature is made to tilt towards one side or the other. The amplitude is limited in such a way that the unwanted beam (corresponding to the arrested scanning spot) is just cut off. A switching time of 5 ms was experimentally

realized; this is quite sufficient in view of the limitations of the velocity modulator. The windings of the side cores are directly in series with the windings of the magnets, which actuate the velocity distributor.




Fig. 7.—Signal distributor.

signals are further amplified, limited, differentiated and clipped to provide a clean negative spike train indicating the leading edges of transitions. The circuit is provided with a cathode-follower output. The channels are provided with separate picture gain controls to compensate for unequal optical attenuations in the control tracts, and the contour threshold controls are ganged together.

The tri-stable circuit operates in a way dependent upon the presence (or not) and on the inter-channel time displacement of trigger pulses received from the contour sensing circuit. The circuit must be bisymmetrical in the unstable state; the arrival of a pulse on either channel indicates a detected contour, and the following pulse, arriving on the other channel within a search period $T < T_{max} = \Delta x_{max}/2v$, indicates the other end of the contour successfully found by the velocity modulator scanning at velocity $2v$. Searching must cease if no pulse arrives within the preset period $T_{max}$. The operation may be conveniently condensed into a logic table.

In Table 1, $\Delta t$ is the picture-element period for normal scanning at velocity $v$.

The realization of the tri-stable circuit is shown schematically in Fig. 8. Two direct-coupled monostable multivibrators are cross-connected to each other and also to separate gate circuits associated with the conducting valve of each pair. The gates are simple double-triode amplitude selectors, and the gating waveforms are direct coupled into them from cathode loads of the non-conducting halves of the multivibrators. The gating delays are necessary to ensure that the gates remain in their set state over the trigger-pulse period. In practice it was found that a small capacitor placed across each cathode load provided adequate delay. The preset pulse period, $T_{max}$, of each multivibrator is variable in the conventional way.

The operation is as follows: Assume the circuit to be in its monostable state with both gates open and the multivibrator

Table 1

| Line 1 | Line 2 | Contour | Output 1 | Output 2 |
|---|---|---|---|---|
| 1. No pulse | No pulse | Zero | Zero | Zero |
| 2. Pulse, $t = 0$ | Pulse, $t = 0$ | Vertical | Zero | Zero |
| 3. Pulse, $t = 0$ | No pulse up to $t = T_{max}$ | Horizontal slope $> -\Delta t/T_{max}$ | Rectangular pulse, period $T_{max}$ | Zero |
| 4. Pulse, $t = 0$ | Pulse, $t = T$ $T < T_{max}$ | Horizontal slope $-\Delta t/T$ | Rectangular pulse, period $T$ | Zero |
| 5. No pulse up to $t = T_{max}$ | Pulse, $t = 0$ | Horizontal slope $< +\Delta t/T_{max}$ | Zero | Rectangular pulse, period $T_{max}$ |
| 6. Pulse, $t = T$ $T < T_{max}$ | Pulse, $t = 0$ | Horizontal slope $+\Delta t/T$ | Zero | Rectangular pulse, period $T$ |

(4.5) **Electronic Circuits for the Picture Transformer**

The function of the circuits is to pulse drive the picture-transformer modulators according to the contour-searching routine; the inputs to the circuits are derived from the optical control tract via two photocells and are next-but-one line picture signals; the outputs provide switching instructions to the velocity modulator and signal distributor.

The circuit function may be split into distinct parts. The first detects contours of preselected 'importance' and provides two separate trigger pulse trains indicating the positions of contours as found by the pilot beams. This may be called the 'contour sensing circuit'. The second part contains the logic of the contour interpolation mechanism in a 'tri-stable circuit' which is fed by the above trigger trains, and this is followed by a modulator power drive circuit.

The contour sensing circuit comprises two identical channels and is conventional. After some experiments with gas-filled photocells and phototransistors we adopted photoconductive cadmium-sulphide cells as sensing elements.* The photocell signals are amplified and differentiated. After further amplification and filtering to remove the out-of-band high-frequency noise, the contour signal is full-wave rectified and amplitude-gated by a paraphase amplifier and diode circuit. The gated

* These had the advantage of high-level output, good thermal stability and small size, with a response time quite satisfactory for our requirements. We are indebted for them to Dr. M. E. Haine, Director, A.E.I. (Woolwich) Research Laboratory.




Fig. 8.—Tri-stable circuit for contour interpolation.

halves conducting as shown in Fig. 8, a negative trigger pulse is received on line 1 (say) and is passed by the gate, thus initiating the timing action of multivibrator 1 and also closing the second gate. The multivibrator 2 is unaffected by the arrival of the trigger pulse at its non-conducting valve. The action of the first multivibrator then lasts until either

(*a*) The full quasi-stable period $T_{max}$ of the first multivibrator is completed, during which time no trigger pulse is received by line 2, and the circuit then flips back into its quiescent state, or

(*b*) A trigger arrives on line 2, within a time $T < T_{max}$; this is blocked by the closed gate but extinguishes the action of the first multivibrator.

The action is similar if the initial pulse is received by line 2 since the circuit topography is symmetrical about a mid-vertical line.

Output pulses from the tri-stable circuit are clipped by pentode limiters and used to switch on two miniature beam tetrodes which drive the velocity modulator and signal distributor coils directly in series. The central coil of the signal distributor is driven by a third power valve switched off by either channel via the limiters.

## (5) RESULTS OBTAINED WITH THE PICTURE TRANSFORMER

The picture transformer has been used to test and demonstrate the principles of contour interpolation with stationary pictures; the apparatus forms pictures of 'full' vertical resolution from one half of the information.

In addition, the device was used to produce pictures containing the full number of original scanning lines so that the quality of the interpolated results may be judged subjectively against simulated full-bandwith pictures.

### (5.1) Experiments

The choice of patterns and pictures for processing is an important matter. A good picture for the present application contains a wide range of detail in addition to well-defined large-amplitude contours of low geometrical slope; in addition it must be typical of normal television programme material.

Three pictures have been selected:

(*a*) A portion of a hand-drawn test chart.
(*b*) A single black-to-white edge of medium slope.
(*c*) An enlarged print from a portrait.

The processed pictures, recorded on '120' size film, have been enlarged to quarter-plate size on bromide papers of carefully selected contrast grades to ensure that comparison records of the same picture are not impaired by unlike ultimate photographic qualities.

Contour-interpolated frames, in which the original 200-line field is interlaced with the interpolated lines, were produced by displacing, before or after the interpolation, the writing objective by one line-spacing, and by moving the signal distributor mask to one side, so that only one line is copied, and this with full intensity. Experience has shown that it is necessary to put the new line exactly between those previously recorded. Even a small overlap on one side or the other will give the impression that the picture has 200 lines instead of 400. The slightest axial wobble or backlash in the drum drives will produce an inferior result, and much time was spent in eliminating these. If there is overlap, i.e. if the spot spreads beyond the line limits, care must be taken in adjusting the intensity in the second run, because the blank parts of the film are pre-sensitized by the first exposure.

Linearly interpolated frames were taken in the same way, except that the control mechanism was put out of action.

Field-repeated frames were produced by using again one reading spot, i.e. one beam only, and repeating the copying of the line with two positions of the writing objective.

The contour-interpolated records were obtained with a film reading and writing speed of 16mm/sec, corresponding to 100 picture-points/sec or a bandwidth of about 50c/s. Linear interpolation and line copying could be carried out at twice this speed or more.

The experimental results are shown in Figs. 9–11, and it will be observed that contour-interpolated edges are shown in one



Fig. 9.—Test pattern with four types of processing.
(*a*) Full bandwidth.
(*b*) Field repeated.
(*c*) Single field.
(*d*) Linear interpolation.



Fig. 10.—Reproduction of an edge from one field, by the missing field produced at (*a*) by contour interpolation, and (*b*) by linear interpolation.

geometrical sense only; this was due to a mechanical weakness of the velocity modulator. It was found impossible in the available time to balance the modulator arm in the quiescent position owing to the inaccurate centring of the rotating drum/flange system and also to the flexing of the balance arm and torsion bar; the result was that the modulator scanned accurately and without spurious mechanical triggering in one sense only.

### (5.2) Discussion of Results and Conclusions

The enlarged interpolated edge of Fig. 10 clearly shows the transition from linear to contour interpolation, and the gain in edge sharpness by this method over linear processing is evident. This result also indicates the accuracy achieved in the instrumentation of the picture-transformer optics and modulation routine.

The assessment of the results may be left to the reader, but a few features are indicated. The single field record of Fig. 9(*c*) is interesting in that it shows how well the human eye can interpolate the missing information at the transitions; the effective contrast is reduced as the interlaced field is replaced by unexposed space. With such a test pattern, field repetition is very objectionable and linear interpolation represents only a small improvement, by smoothing out the stepped edges of sloping contours.



Fig. 11.—A portrait processed in four ways.

(*a*) Full bandwidth.
(*b*) Field repetition.
(*c*) Contour interpolation.
(*d*) Linear interpolation.

The processes demonstrated in Fig. 11 are more revealing; field repetition produces objectionable steps in the large-amplitude transitions (the shoulders), and even the fine detail (hair) takes on a mosaic appearance and becomes slightly disturbing to the eye. Linear interpolation certainly renders the fine detail more natural compared with the field repetition, and the contours are smoothed. The contours are correctly preserved in the contour-interpolated result, which shows a marked gain in edge sharpness. The true standard of comparison is again the 'full bandwidth' record.

The results shown demonstrate some possibilities in receiver-processing of stationary pictures which are compressed 2 : 1. It is regrettable that the time available did not allow the collection of more material and the elimination of some instrumental weaknesses, but the authors believe that the results give at least a strong suggestion of the superiority of contour interpolation over other methods.

## (6) PROPOSED ELECTRONIC REALIZATION OF TELEVISION COMPRESSION

Full-speed realization of band compression by interpolation will be shown to be possible utilizing conventional devices as functional elements of the system, without having to develop special devices such as multi-gun charge-controlled storage tubes.

### (6.1) Stores

At the transmitter end a single store can be used which in the case of $n : 1$ compression simply selects one field in $n$ and 'stretches' it to $n$ conventional field periods by slow read-out.

The storage problem is more complex at the receiver, which must handle the stretched fields. For full-speed processing the re-transmission is delayed by a minimum of $(n-1)$ conventional field periods. The choice of receiver storage devices must depend on the following considerations:

(*a*) It is very advantageous to store and process fields for interpolation in one store; this avoids accurate store matching but necessitates stores of twin field or full frame capacity.
(*b*) Field interpolation requires each line of the received field to be available three times, once for its own full-speed repetition and twice for interpolation of lines one above and one below it in the interlaced field.
(*c*) In frame interpolation each received line is required once for interpolation of the corresponding line in the previous frame, once for its own reproduction, and again for interpolating the following frame, in that order.

The ideal for this application is therefore a half-tone device of frame capacity with two writing organs, two independent reading organs and controllable erasing action for multiple read-outs, with an erase period less than the conventional frame-blanking period.

We believe that at the present state of the storage-tube art the most convenient arrangement is provided by a camera tube optically coupled to a double-beam cathode-ray tube. The problems encountered in facing camera tubes with cathode-ray tubes are well known in standards conversion[24] and will not be elaborated.

### (6.2) Contour Interpolation with a Single-Beam Camera Tube

We assume that a full frame of lines has been written on the camera mosaic. In the case of field interpolation this frame is recorded as an odd field interlaced with itself, both written simultaneously. For frame interpolation the frame is the sequential interlace of an odd field with the next-but-one.

It will now be shown how such a frame may be read out two lines at a time by vertically oscillating a single reading beam to sample them at the Nyquist rate. A method for velocity modulating this oscillating scan is illustrated in Fig. 12. If the spot wobble superposed on the Y-scan is given by

$$y(t) = d \sin 2\pi f_s t$$

where $f_s$ is the sampling frequency and $d$ is half the line spacing, this modulation is effected by augmenting the X-scan by a sinusoidal oscillation $x(t)$ in phase with $y(t)$ and amplitude modulated with a ramp function of slope equal to the normal horizontal scanning velocity $v$, with a polarity dependent upon the slant of the contour, i.e.

$$x(t) = \pm vt \sin 2\pi f_s t$$

with the onset of the contour occurring at $t = 0$, so that $x(t) = 0$, for $t < 0$. These oscillatory scans combine to give $x(t) = \pm vty(t)/d$, and so along the uppermost line we have



Fig. 12.—Scanning scheme for interpolation between two lines with one reading spot.

$x_1(t) = \pm vt$ and along the lower line $x_2(t) = \mp vt$, superposed on the main scan of $X(t) = vt$, which gives the required velocity modulation. The ramp function is made to run down to zero at the same rate once the contour is successfully found.

As an alternative, the velocity modulation may be performed outside the camera tube by delay-line techniques. The mechanism would be as follows: each sampled line signal derived from camera spot wobble is propagated down a separate parallel bank of delay lines of delay $nT$, where $T$ is the picture element period (1/6 μs approximately) and $n$ ranges down the banks from 0 to $2N$, $N$ being the maximum number of 'search elements'. Linear interpolation is given by the arithmetic mean of the outputs derived from the central delay lines (delay $NT$) of the two banks, and the velocity modulation is performed by switching across the two sets of delay-line terminations, say at 3 Mc/s, in opposite directions.




Fig. 13.—Simplified representation of scanning, in which each field is represented by a single slanting line.

### (6.3) 2 : 1 Compression Systems

For field interpolation the transmitter requires a single store in which only odd fields are stored and scanned at half speed. This is achieved by blanking out alternate fields on a cathode-ray tube displaying the conventional signal, faced with a low-speed camera tube. The transmission channel handles stretched fields of half the conventional bandwidth which constitute the receiver input.

A receiver which reconstructs the sequential interlaced video signals is shown schematically in Fig. 14. In this Figure, A is a tube of field capacity with a single writing gun and one reading gun with 'read/erase' action (e.g., an image orthicon facing a cathode-ray tube). B is a store of frame capacity with a




Fig. 14.—Scheme and scanning diagram of a 2 : 1 field interpolator.

double writing gun and single reading gun with read/erase action (image orthicon facing a double-beam cathode-ray tube). The scanning sequence of the two stores is also shown; the diagrammatic representation of scanning in which a field is represented by a single slanting line is explained in Fig. 13. The shaded heights in these diagrams indicate the proportions of fields stored at any time $t$.

The receiving process is as follows: commencing with A and B empty, let the field 1 be half received and stored on A and also, in duplicate, on B at time $t = 0$. This field is now read out from A directly at full speed at the same time as the second half continues to be stored on A and on B at half speed. The interlaced field 2 is now formed by reading out B with contour interpolation. During this period field 3 is half stored by A and B at half speed, thus completing the cycle of two fields. The overall delay in this transmission system is one field period.

Pure 2 : 1 frame interpolation is applicable to a non-interlaced system. The transmitter sends only alternate frames stretched to occupy two frame periods. It can be shown that a receiver for reconstructing the original signal with contour interpolation requires two stores of double frame capacity, each with twin writing guns and single read/erase guns. Such a system might be of interest for industrial or commercial television, where it is desirable to double the definition in the full waveband, rather than to transmit the standard definition in half the waveband. The superiority of sequential over interlaced scanning at the same number of lines is almost 2 : 1; only flicker prevents us from exploiting it in conventional television.

### (6.4) Multiple Interpolation Systems

Combination of the 2 : 1 field and frame-interpolation systems gives a 4 : 1 compression scheme in which only alternate odd fields (1, 5, 9 . . .) are selected and stretched at the transmitter.

The receiver utilizes four stores, three of which are single-gun writing and reading stores used for frame interpolating, the fourth being used for all field interpolations with a twin writing gun. The receiver thus comprises four camera tubes and cathode-ray tubes, one of which is a double-beam tube. This arrangement provides a receiver output in the following sequence:

Field 1. Full-speed replica of the received quarter-speed field.
Field 2. Interlaced field interpolated from previous field.
Field 3. Frame interpolated from received fields 1 and 5.
Field 4. Field interpolated from previously formed field 3.
Field 5. Full-speed replica of received field 5.

No output store is required.

The most ambitious scheme which one might contemplate is an 8 : 1 compression system with complete contour interpolation. The procedure for obtaining seven missing fields out of eight has already been indicated in Fig. 2. In the most economical receiver all frame interpolations (fields 3, 5, 7; 11, 13, 15; . . .) are performed at one reading of the received field pairs (1, 9; 9, 17; . . .) and intermediate storage is used for those fields which are not immediately transmitted.

A receiver for 8 : 1 compression with complete contour interpolation requires six stores (six camera tubes and six cathode-ray tubes with one of these double-gun and two with variable-velocity scanners). The scanning sequence is given in Fig. 15; A is a store for field copying, B and C are frame-interpolating stores, D serves for all field interpolations, and E




Fig. 15.—Complete scanning diagram of an 8 : 1 compression system with six stores.

and F are for intermediate storage of two out of three frame-interpolated fields. Starting the operations at $t = 0$, let field 1 be received and completely stored by $A_1$ and $B_1$, and field 9 five-eighths stored on $A_2$, $B_2$ and $C_1$, with E and F erased. Reading commences with a delay of eight field periods.

Field 1 is read out from $A_1$ and is simultaneously rewritten on $D_1$, $D_2$ as a repeated-field frame. Field 9 is three-quarters stored on $A_2$, $B_2$ and $C_1$. Field 1 is stored by $B_1$.

Field 2 is field interpolated from field 1 on D, and field 9 is seven-eighths stored on $A_2$, $B_2$ and $C_1$. Field 1 is stored by $B_1$.

Field 3 is frame interpolated from fields 1 and 9 on store B, and fields 5 and 7 which are simultaneously interpolated are written into E and F, respectively. Field 3 is fed back to D as a repeated-field frame. $C_1$ and $A_2$ fully store field 9, and $A_1$, $B_1$, $B_2$ and $C_2$ are erased.

Field 4 is field interpolated from field 3 on D. Field 17 is one-eighth received by $A_1$, $B_1$ and $C_2$, and $A_2$ and $C_1$ completely store field 9. E and F continue to store fields 5 and 7.

Field 5 is read directly from E and rewritten back into D as a repeated-field frame; field 17 is one-quarter stored by $A_1$, $B_1$ and $C_2$, and F stores field 7 with field 9 remaining in $A_2$ and $C_1$.

Field 6 is field interpolated from field 5 on $D_1$ and $D_2$; field 17 is three-eighths stored on $A_1$, $B_1$ and $C_2$, and field 9 is stored in $A_2$ and $C_1$; F continues to store field 7.

Field 7 is read out from F directly and fed back to D as a repeated-field frame; $A_1$, $B_1$ and $C_2$ have received half of field 17, and $A_2$ and $C_1$ store field 9.

Field 8 is field interpolated from field 7 on D; field 17 is five-eighths stored in $A_1$, $B_1$ and $C_1$, and $A_2$ and $C_1$ store field 9; E, F, and $B_2$ are empty.

The remaining half-cycle is now evident.

### (6.5) Combined Compression Schemes

The main attraction of bandwidth saving by interpolation lies in the possibility of combining the system with other independent compression systems to produce a large saving in bandwidth. If, for instance, a rate-equalizing system were placed in tandem with the field-stretching transmitter, the coder would operate on conventional fields at a reduced bandwidth. The receiver would then consist of a decoder followed by a contour interpolator. It may well be possible to make the whole system simpler than the sum of its two component systems, because all line-by-line rate-equalizing systems contain some means for locating edges. Hence it is not necessary to repeat this operation in the contour-interpolation system. Such a transmission system could have a compression ratio of 24 : 1, and with this the possibility emerges for the first time of instantaneous transatlantic television via cable or short-wave radio link.

Such an international exchange requires standards conversion, and this is easily combined with the interpolation process. For standards step-down transmissions, such as American (525 lines, 60 fields/sec) to British (405 lines, 50 fields/sec) the transmitter store selects one field in 12 and stretches it to ten converted field periods with 202½ lines; the receiver then operates on a 10 : 1 compressed signal, frame interpolating four fields and field interpolating five fields between every two received stretched fields. Alternatively 5 : 1 compression could be achieved by transmitting one American frame in six with 405 lines at 5 frames/sec. The reverse transmission involves step-up standards conversion; if the British 405-line 50-fields/sec signal is 10 : 1 compressed the receiver must interpolate 12 : 1 and increase the field line number by a factor of 5/4. The last operation can be obviated by duplicating the initial pick-up tube with a camera working to the higher standard and then compressing 12 : 1 at the transmitter. If these compression figures prove to be unattainable, the two functions must be separated and the standards convertor would work in tandem with the 8 : 1 compression system in such an order that the transmission channel handles the compressed lower standard signal.

### (7) CONCLUSIONS AND OUTLOOK

Line-by-line rate-equalization methods promise, by themselves, band saving in a ratio of 3 : 1, or perhaps a little better. Contour interpolation by itself offers a 4 : 1 saving without appreciable impairment of quality, and 8 : 1 if one accepts some deterioration in the reproduction of vertical movements. In combination the two systems offer potential compression ratios of 12 : 1 to 24 : 1.

Neither of these systems is as yet a practical proposition. Both involve complicated processing, which must be carried out with high precision, excluding systematic and statistical errors

in the processing apparatus. In practice, even the first modest step, level quantization, has led to rather objectionable picture defects. Nevertheless, from a purely scientific point of view the problems are soluble, given sufficient capital and effort. Legitimate doubts arise only if one considers whether the result would economically justify the required investment and work.

It appears most unlikely that even the simplest band-saving systems, such as storage tubes, repeaters with magnetic or tube storage, variable-velocity schemes or field interpolation, will ever be embodied in home receivers. The reason is not only the great cost, but also the incompatibility of band-saving systems, which would make it necessary to provide new wavebands for them. This difficulty does not exist in closed-circuit systems, but for the time being most of these operate under conditions where there is no restriction on the waveband. There is a certain demand for commercial television links over greater distances, through cables, but television *via* telephone lines is not a practical possibility, and in most cases a cable of a few hundred kilocycles per second bandwidth, plus the complicated terminal equipment, appears to be too large an economic handicap for a new service. At present we see greater possibilities in improving the definition of closed-circuit television, where there is no restriction of waveband by using sequential scanning with storage display tubes or with repetition or with contour interpolation, than in systems transmitting the rather low picture quality at present acceptable in a reduced waveband.

The greatest impetus for waveband reduction might be expected to come from a desire to realize transatlantic television, where the waveband would have been greatly restricted if we wanted to accommodate it in the transatlantic cable or in short-wave radio links. Unfortunately this impetus is not likely to be forthcoming, for the simple reason that there is a five-hour time difference between London and New York. A jet plane which will take a magnetic tape record in five hours from London Airport to Idlewild would make events in London practically simultaneous for the viewers in New York, while a simultaneous transmission would arrive five hours too early. Nothing could make events in the United States practically simultaneous for viewers in Western Europe; the direct transmission would arrive five hours too late, and there are only very few events per year for which the viewers could not as well wait until the next evening.

It is therefore unlikely that a project of simultaneous transatlantic television will evoke the rather considerable funds required for its realization. For the time being at least, television compression schemes will probably be restricted to much less ambitious applications.

### (8) ACKNOWLEDGMENTS

The authors thank the British Broadcasting Corporation, which has enabled one of them (P. C. J. H.) to complete the work as the holder of the first B.B.C. Research Scholarship. The costs of the experimental development were borne by the Department of Electrical Engineering of the Imperial College of Science and Technology, and the apparatus was constructed in its workshop. Our thanks are due to Prof. A. Tustin, Head of the Department, and to Mr. C. C. Mills, Head of its Workshop.

### (9) REFERENCES

(1) SZIKLAI, G. C.: 'Some Studies in the Speed of Visual Perception', *Transactions of the Institute of Radio Engineers*, 1956, I.T.2, p. 125.

(2) GOODALL, W. W.: 'Television by Pulse Code Modulation', *Bell System Technical Journal*, 1951, 30, p. 33.

(3) SCHLESINGER, K.: 'Dot Arresting Improves TV Picture Quality', *Electronics*, 1951, 24, p. 96.

(4) KRETZMER, E. R.: 'Reduced Alphabet Representation of Television Signals', *Institute of Radio Engineers Convention Record*, 1956, Part 4, p. 140.

(5) ANDO, H.: 'Quantizing System of Higher Components of TV Signals', *Journal of the Institute of Electrical and Communication Engineering* (Japan), 1959, 42, p. 5.

(6) KRETZMER, E. R.: 'Statistics of Television Signals', *Bell System Technical Journal*, 1952, 31, p. 751.

(7) SCHREIBER, W. F.: 'Probability Distributions of Television Signals', Ph.D. Thesis, Harvard University, 1953.

(8) STODDARD, J. C.: 'Measurement of Second-Order Probability Distributions of Pictures by Digital Means', Massachusetts Institute of Technology Research Laboratory of Electronics, Technical Report No. 302, 1955.

(9) SCHRÖTER, F.: 'Speicherempfang und Differenzbild Fernsehen', *Archiv. der Elektrischen Übertragung*, 1953, 7, p. 63.

(10) CHERRY, E. C., and GOURIET, G. G.: 'Some Possibilities for the Compression of TV Signals by Re-coding, Symposium on Communication Theory' (Butterworth, 1953).

(11) GOURIET, G. G.: 'A Method of Measuring Television Picture Detail and its Applications', *Electronic Engineering*, 1952, 24, p. 306.

(12) CHERRY, E. C., PRASADA, B., and HOLLOWAY, D. G.: 'Proposed New "Open Loop" System of Television Compression', Provisional Patent, No. 32376. 1958.

(13) SCHREIBER, W. F.: 'The Measurement of Third Order Probability Distribution of Television Signals', *Transactions of the Institute of Radio Engineers*, 1956, 1–I2, p. 94.

(14) GOURIET, G. G.: 'Bandwidth Compression of a Television Signal', *Proceedings I.E.E.*, Paper No. 2357 R, May, 1957 (104 B, p. 265).

(15) YOUNGBLOOD, W. A.: 'Picture Processing', Quarterly Progress Report 54, Massachusetts Institute of Technology Research Laboratory of Electronics, 1958, p. 138.

(16) SCHREIBER, W. F., KNAPP, C. F., and KAY, N. D.: 'Synthetic Highs—An Experimental TV Bandwidth Reduction System', *Journal of the Society of Motion Picture Television Engineers*, 1959, 68, p. 525.

(17) HARRISON, C. W.: 'Experiments with Linear Prediction in Television', *Bell System Technical Journal*, 1952, 31, p. 764.

(18) JULESZ, B., 'A Method of Coding Television Signals Based on Edge Detection'. *ibid.*, 1959, 38, p. 4.

(19) CUNNINGHAM, J. E.: 'Picture Processing.' Quarterly Professional Report No. 54, Massachusetts Institute of Technology Research Laboratory of Electronics, 1959, p. 138.

(20) LAW, R.: 'Modern American Developments in Storage Tubes', Lecture before the Television Society, 13th May, 1960.

(21) GABOR, D.: 'Television Compression by "Contour Interpolation" No. 2', *Nuovo Cimento*, 1959, 13 (Series 10) Suppl., p. 467.

(22) GABOR, D., and HILL, P. C. J.: Provisional Patent Application No. 507. 1960.

(23) ZWORYKIN, V. K., and RAMBERG, E. G.: 'Standards Conversion of Television Signals', *Electronics*, 1952, 25, p. 86.

(24) LORD, A. V.: 'Standards Conversion for International TV', *ibid.*, 1953, 26, p. 144.
'Conversion of TV Standards', *B.B.C. Quarterly*, 1953, 8, p. 108.