# Schmidt Declaration

# Exhibit 21



# 1996 Thomas Alva Edison Patent Award

To

## JOHN D. ROBBINS

For

**VIDEO SIGNAL INTERPOLATION USING MOTION ESTIMATION**

U.S. patent 4,383,272

Presented for outstanding research
and development in
the State of New Jersey
December 5, 1996

**RESEARCH AND DEVELOPMENT COUNCIL OF NEW JERSEY**

Exhibit 21
Page 000341

ROBB 000001