# Schmidt Declaration

# Exhibit 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CONFIDENTIAL

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., | 02-CV-2060 (CAB) consolidated with 03-CV-0699B (CAB) 03-CV-1108B (CAB) |
| Plaintiffs and Counterclaim-Defendants, | |
| vs. | |
| GATEWAY, INC., and GATEWAY COUNTRY STORES, LLC., | TRANSCRIPT DESIGNATED *HIGHLY CONFIDENTIAL* |
| Defendants and Counter-claimants, | |
| - and - | |
| MICROSOFT CORPORATION, | |
| Intervenor and Counter-Claimant, | |

* CAPTION CONTINUED NEXT PAGE

VIDEOTAPED DEPOSITION OF
JASWANT RAJ JAIN, Ph.D.
Friday, January 6, 2006
12390 El Camino Real, San Diego, California
commencing at 9:27 a.m., before Peggy D.
Tiess, RPR, CRR, CSR No. 7908




550 West C Street, Suite 600
San Diego, CA 92101
619-235-2400

Jain Exhibit 1 bears Microsoft production numbers, but it's not a document I've seen before, and I'll ask you to tell me when it was produced in this litigation. 09:31:39 09:31:42 09:31:44 09:31:47

MR. McDONOUGH: I got that yesterday afternoon. 09:31:48 09:31:51

MR. STADNICK: Okay. 09:31:51

MR. McDONOUGH: Okay. Yeah. Exhibit 1 bears production No. MSLT 1019560. And Exhibit 2 is a large document, MSLT 0001425 to -1622. 09:31:54 09:31:56 09:32:05 09:32:14

BY MR. McDONOUGH:

Q. Dr. Jain, can you please state your home address for the record. 09:32:28 09:32:30

A. Yes. 25801 Hackamore Street, H-a-c-k-a-m-o-r-e, Street, Tehachapi, T-e-h-a-c-h-a-p-i, California 93561. 09:32:31 09:32:36 09:32:43

Q. Thank you. 09:32:54

I would like to ask you a little bit about your educational background. 09:32:58 09:33:00

Do you have an undergraduate degree? 09:33:02

A. Yes. 09:33:05

Q. And where did you get that from? 09:33:06

A. University of Jodhpur, J-o-d-h-p-u-r, India. 09:33:07 09:33:14

Q. Okay. And what year was that? 09:33:14
A. 1972. 09:33:15
Q. And what degree did you get? 09:33:17
A. In electrical engineering. 09:33:18
Q. Okay. And did you graduate with any special distinction? 09:33:21 09:33:26
A. Yes. Graduated with honors. 09:33:27
Q. Okay. And did you get a graduate degree? 09:33:30 09:33:34
A. Yes, I did. 09:33:35
Q. What degree did you get? 09:33:36
A. A master's of engineering. 09:33:39
Q. And what year was that? 09:33:41
A. 1974. 09:33:43
Q. And where was that from? 09:33:44
A. Indian Institute of Science, Bangalore, B-a-n-g-a-l-o-r-e, India. 09:33:46 09:33:51
Q. Okay. And why did you choose that school? 09:33:57 09:34:00
A. That is one of the best schools in science and engineering for graduate work. It is not as popular for undergraduate work, but very prestigious and very well known for graduate work. 09:34:00 09:34:04 09:34:08 09:34:12 09:34:15
Q. Okay. Is it known for anything in 09:34:16

particular? 09:34:18

MR. STADNICK: I'm going to object to form. Object, calling for speculation, lacking foundation. 09:34:18 09:34:19 09:34:22

THE WITNESS: Yes. It's basic sciences. Also, one of the only Nobel Prize winners in India did work at that institute, so it has reputation going for very long, long time ago. 09:34:25 09:34:30 09:34:33 09:34:36 09:34:39

BY MR. McDONOUGH: 09:34:40

Q. And did you graduate there with any -- 09:34:42 09:34:44

A. Yes. 09:34:44

MR. STADNICK: Same objections. Object to form. 09:34:45 09:34:47

THE WITNESS: Yes, with distinction. 09:34:49

BY MR. McDONOUGH: 09:34:54

Q. And do you have any other degrees? 09:34:54

A. Yes. I have Ph.D. 09:34:58

Q. Where did you get that? 09:35:00

A. SUNY Buffalo. That's State University of New York at Buffalo. 09:35:02 09:35:05

Q. And what area was your Ph.D. in? 09:35:09

A. Department was electrical engineering, but the general subject was digital 09:35:14 09:35:16

signal processing. 09:35:20

Q. Okay. And how did you pick that school for your Ph.D.? 09:35:22 09:35:27

MR. STADNICK: Objection; form. 09:35:30

THE WITNESS: Professor Anil Jain at SUNY Buffalo, he was looking for some, you know, good students, you know, from anywhere in the school, and he solicited requests from some of the top universities in India and Taiwan. 09:35:33 09:35:36 09:35:40 09:35:44 09:35:48

And myself and some other individuals, we applied, and we were accepted to work under him, to pursue, you know, postgraduate work. 09:35:50 09:35:53 09:35:55 09:35:58

MR. STADNICK: In light of the witness' answer, I'll also object as lacking foundation, calling for speculation. 09:36:00 09:36:01 09:36:03

BY MR. McDONOUGH: 09:36:17

Q. So how did -- how did you hear of that school initially? 09:36:17 09:36:19

A. Well, I was aware of the name of the school, just like you know about many universities, but Professor Anil Jain, he sent a letter to the department head where I was at the time, that he's looking for some students to do, you know, research work in the area of signal 09:36:21 09:36:24 09:36:27 09:36:32 09:36:35 09:36:38

processing and image processing. 09:36:40

And I was interested in that particular area, so I applied for admission to the university. I got application, just like any normal applicant, for a Ph.D. program. 09:36:44 09:36:45 09:36:52 09:36:53

Q. And you were accepted? 09:36:58

A. Yes. Maybe a month or two after I applied, I received a letter to that effect. 09:37:00 09:37:04

Q. And why did you accept -- why did you go there? 09:37:09 09:37:12

A. Well -- 09:37:13

MR. STADNICK: Objection; form. 09:37:14

THE WITNESS: For two reasons. One is: It was important that I receive some financial assistance so that I don't have to, you know, borrow money to fund my education. 09:37:16 09:37:18 09:37:21 09:37:23

And, also, I was very much interested in signal processing area in general, so that was the primary reason. 09:37:26 09:37:28 09:37:32

MR. McDONOUGH: Thank you. 09:37:37

BY MR. McDONOUGH:

Q. You mentioned an assistantship? 09:37:44

A. Correct. 09:37:49

Q. Can you tell me how you got that, or why? 09:37:49 09:37:52

MR. STADNICK: Objection; form, calls for speculation. 09:37:53 09:37:54

THE WITNESS: The research assistant is usually -- implies that the professor usually would have some research grants, and he would like some students to assist him, you know, with his grant research work. 09:37:55 09:37:57 09:38:02 09:38:05 09:38:08

And since research is also part of the reason that I did, you know, work with Professor Jain, so he would help me, you know, do particular work, you know, for one of several research projects that he had. 09:38:10 09:38:13 09:38:16 09:38:20 09:38:25

So it was expected of me to assist -- in addition to my coursework and other regular requirement, that I assist him in one of his research projects. 09:38:26 09:38:30 09:38:35 09:38:38

MR. McDONOUGH: I'll introduce into the record this, as Exhibit 3, a single-page, MSLT 1019357. 09:39:04 09:39:06 09:39:14

(Exhibit No. 3 was marked.)

MR. STADNICK: I'll ask the same question as to when this document was produced. 09:39:32 09:39:33

MR. McDONOUGH: I don't know. Sorry. 09:39:38

MR. STADNICK: I'll note it has a production number a couple of hundred pages 09:39:39 09:39:41

earlier than the one you told me you received yesterday. We've gotten over 30,000 pages of documents in from Microsoft over the last week. 09:39:44 09:39:47 09:39:49

BY MR. McDONOUGH: 09:39:53

Q. Dr. Jain, do you recognize this document? 09:39:56 09:39:58

A. Yes. 09:39:58

Q. What is it? 09:39:59

A. It's a transcript. 09:40:00

Q. Whose transcript is it? 09:40:03

A. Oh, it's a transcript of my academic, you know, record at SUNY Buffalo. 09:40:05 09:40:10

Q. Okay. What kind of grades did you get while you were getting your Ph.D.? 09:40:13 09:40:25

A. I got -- 09:40:29

MR. STADNICK: Objection; form. 09:40:29

THE WITNESS: I got all A's. So a perfect grade point average of 4.0. 09:40:30 09:40:34

BY MR. McDONOUGH: 09:40:50

Q. At Buffalo, did you get any other financial assistance from the university, other than what you mentioned? 09:40:53 09:40:55 09:40:58

A. Yes. 09:40:59

MR. STADNICK: Objection; form. 09:40:59

THE WITNESS: I cannot recall if in 09:41:02

proposal for the thesis, and they will question on the proposal as to, you know, why I would -- I choose that particular topic to pursue research. 09:44:25 09:44:31 09:44:35 09:44:39

BY MR. McDONOUGH: 09:44:40

Q. Anything else? 09:44:40

MR. STADNICK: Objection; form. 09:44:42

THE WITNESS: I cannot think of something. 09:44:47 09:44:49

BY MR. McDONOUGH: 09:44:49

Q. Okay. You mentioned a thesis? 09:44:49

A. Correct. 09:44:55

Q. Did you do a thesis? 09:44:55

A. Yes. It's a requirement. You -- one must write a thesis, you know, to describe the work done, and -- so thesis is a requirement. 09:44:58 09:45:00 09:45:04

Q. And when did you complete your thesis? 09:45:12 09:45:14

MR. STADNICK: Objection; form. 09:45:14

THE WITNESS: I completed writing the thesis, including proofreading, in August of '79. 09:45:17 09:45:18 09:45:23

BY MR. McDONOUGH: 09:45:31

Q. And when did you receive your degree, the Ph.D.? 09:45:31 09:45:35

A. I believe in September of '79, that's when I had my thesis defense. 09:45:36 09:45:40

Q. Okay. Can you tell me about your defense? 09:45:43 09:45:46

MR. STADNICK: Objection; form. 09:45:47

THE WITNESS: It's a form -- again, a formal procedure. It is a requirement, before the degree is granted, thesis ... the required number of copies of the thesis are sent. 09:45:51 09:45:53 09:45:56 09:46:00

And there are faculty members -- I believe there was three -- who would, you know, read the thesis, and then there will be a public announcement of the thesis defense, so other faculty can come and, you know, join the proceedings. And they will ask questions about, you know, my thesis work, that is, presented in the thesis itself. 09:46:02 09:46:07 09:46:10 09:46:13 09:46:18 09:46:23 09:46:30 09:46:33

MR. STADNICK: Before we move on, can I have that answer read back, please. 09:46:36 09:46:37

(Last answer read.) 09:46:59

MR. STADNICK: I'll add an objection as lacking foundation. 09:46:59 09:47:01

Thank you. 09:47:05

MR. McDONOUGH: Can you read it back, again? 09:47:19 09:47:20

STATE OF CALIFORNIA ) ss:
COUNTY OF SAN DIEGO )

es eastwood-stein

I do hereby certify:

That the foregoing deposition was taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me, were thereafter transcribed under my direction and supervision and that the foregoing is a true record of same.

I further certify that I am neither counsel for nor related to any party to said action, nor in anywise interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name this 20th day of January, 2006 .

Peggy D. Tiess, C.S.R. NO. 7908