# Schmidt Declaration

# Exhibit 23

TA1632
.I553
1986

# SECOND INTERNATIONAL CONFERENCE ON

# image processing

and its applications

Conference Publication Number 265

# Second International Conference on Image Processing and its Applications

24-26 June 1986

*Organised by*
The Electronics Division of the Institution of Electrical Engineers

*in association with the*
British Pattern Recognition Association
European Association for Signal Processing
Institute of Electrical and Electronics Engineers Inc
Institute of Mathematics and its Applications
Institute of Physics
Institution of Electronic and Radio Engineers
Royal Television Society

*Venue*
Imperial College of Science and Technology,
London

# A HYBRID INTERPOLATIVE AND PREDICTIVE CODE FOR THE EMBEDDED TRANSMISSION OF BROADCAST QUALITY TELEVISION PICTURES

N K Lodge

Independent Broadcasting Authority, United Kingdom

## INTRODUCTION

In the television studio there is a continuing trend towards the replacement of analogue, composite picture handling by digital manipulation of separate luminance and chrominance components. This is performed at the internationally agreed rate of 166Mbit.s$^{-1}$, with a further 50Mbit.s$^{-1}$ representing the redundant picture blanking. A full television 'package' however must also comprise audio channels, teletext, synchronisation and control signals which further elevate the source rate. Independently digitisation of the European telecommunications networks is taking place based upon a binary hierarchy which stretches from the trunk rate of 140Mbit.s$^{-1}$ to the rate of a single telephone conversation. So if the broadcaster wishes to convey pictures between studios, to radio transmitters or perhaps directly to the home using these links he is faced with the task of converting his source rate to conform to one of the levels in the telecoms multiplex hierarchy. In particular he will wish to use the most economical level which allows him to achieve adequate quality reproduction.

The broadcaster can however identify two distinct levels of reproduction fidelity required from a coding algorithm, these are 'contribution' quality for interstudio traffic and 'distribution' quality for traffic destined for the home. Each suggests a coding algorithm optimised for different criteria and each a quite different transmission rate. Contribution material should be of studio resolution and of such numerical fidelity that it can withstand post processing, for example by standards conversion, chromakey or multiple passes through the same coding algorithm. We might aim for a transmission rate of 68Mbit.s$^{-1}$ for this. Distribution material (and perhaps news contribution from remote locations) need not be post-processed, but instead conveyed directly to the viewer. Here we can be sure that successive codecs will not be encountered and so we are free to exploit the psychovisual redundancy present in the images and aim for a channel rate of 34Mbit.s$^{-1}$. This rate is emerging as a popular choice for the proposed exchange of pictures within Europe.

A consequence of having two separate levels of compression is the need to consider transcodability or the ability to convert between levels with the minimum of processing and minimum signal degradation. The very least objective of this conversion should be the avoidance of an intermediate reconstruction and recoding operation. Most previous proposals for 34Mbit.s$^{-1}$ coding [1-4] decimate the luminance signal by 3/4 or 2/3 prior to encoding. Since it is not generally possible to interpolate coded symbols, conversion to the contribution standard will require decoding and recoding. Interpolation by these ratios is clumsy and may even have to be performed in a future home receiver if the manufacturer has sought to be compatible with other broadcast standards.

The ultimate in transcodability occurs when the distribution compression is a subset of the contribution coding - this is a fixed-rate embedding procedure. We might have a system where, contained within a trunk multiplex is a channel of 68Mbit.s$^{-1}$ capacity, partly carrying the distribution signal and luminance error signal, increased chrominance bandwidth or perhaps studio-specific information such as a chromakey keying signal. To convert between contribution and distribution it is only necessary to demultiplex one 34Mbit.s$^{-1}$ data stream, and to convert to contribution, no effort is required since the distribution code is already compatible. The embedded approach requires only one codec at the studio and permits greater flexibility of routing in a network, because rate conversion can be performed under network control at any remote location.

## THE DISTRIBUTION ALGORITHM

Let us examine the requirements of a coding algorithm to suit the distribution level of an embedded code for 34Mbit/s$^{-1}$:

(i) To avoid multiple decimation/interpolation by difficult factors we must choose a sampling rate whose sample sites correspond exactly to those at the studio rate, i.e. ratios 1, 1/2, 1/3,... are allowed. For colour components studio sampling yields a bandwidth well in excess of the eye's requirement and reduction of 1/2 or 1/4 can be tolerated. For luminance however, nothing but full site retention is permissible since reduction by 1/2 would result in unacceptably 'soft' or severely movement-impaired pictures.

(ii) Robustness of the coded format to transmission error is important in a signal destined for distribution over many paths. Forward error correction can be applied, but if the errors are correlated, cannot be relied upon to protect an algorithm otherwise prone to chronic disintegration. It has, for example, been popular to adapt the predictor of a predictive coder to better exploit local picture statistics, according to previously received pels [1,5], often in the region of edges [6]. While achieving a coding gain under error free conditions, the presence of an error can cause a divergence of predictor choice at coder and decoder resulting in catastrophic failure. Even if this is arrested by periodic updating using a fixed intrafield predictor, the viewer would notice a temporary disturbing picture loss. Adapting a predictor according to control data which is transmitted as an overhead prevents total breakdown due to an error and was the approach adopted in [4]. For our distribution algorithm we would require rapid recovery from an error, which also implies rapid settling at the receiver after switch-on when no previously received pels are available.

(iii) The coding advantages which may be obtained by exploiting the inadequacies of the human eye to perceive certain types of impairment cannot be ignored in a low-rate distribution compression algorithm.

(iv) In a distribution situation, the ratio of decoders to encoders will be high, the former perhaps being paid for by the

The algorithm which is the subject of this paper fulfils all of these objectives, it will first be summarised:

Source luminance samples are split into two groups according to a grid with a 2 frame structure fig 1, which separates alternate samples with a line and frame offset (Dubois' HEX4 pattern [7]). One group are to form an interpolated set, but in order to obtain a higher spatio-temporal resolution than fixed interpolation would permit, a 3-state interpolator selection signal is retained at each site. Redundancy is removed from this selection signal and it is conveyed to the receiver. Values of this 3-state selector act as a descriptor at sites surrounding a sample to be predicted, and control selection of one of a set of 3 dimensional prediction functions, ranging from purely temporal in static areas to contour-adaptive in moving areas. Since the predictor choice is explicitly defined by the descriptors, recovery from channel errors is assured. Prediction error is quantised and coded for transmission.

A third stage in the coding is used to check the quality of the interpolated samples reproduced at the receiver. This is done by locally decoding the transmitted signal at the coder and applying the error signal to a visual model in the manner of an interpolative coding process [8]. The model attempts to locate interpolated samples which have not been reconstructed well enough subjectively, in the context of their surroundings. These are adjusted by the transmission of an error signal which is sufficient to ensure that the model's fidelity criterion is met at the receiver. As with most coders which attempt to exploit subjective criteria, the complexity bias is very much towards the encoder.

## ADAPTIVE INTERPOLATION

Fig. 1(a) shows the structure of the set of samples to be predicted, for convenience neither the interlaced fields nor the true vertical sample spacing is shown. The interpolated set of samples resides between the samples shown. In static areas of the picture full source bandwidth can be reconstructed by temporal interpolation $I^T_{ij} = (S_{ij2}+S_{ij-2})/2$. In moving areas however this is not acceptable and intrafield interpolation must be performed. Fig. 1b shows that the 2 dimensional aliased spectra restrict the bandwidth which can be preserved using intrafield interpolation to areas which tessellate about the centres shown. Probably the best that can be obtained is the band shaded in the figure however pictures prefiltered to this extent are unacceptably degraded, so that the difference between static and moving resolution is disturbing. Now consider the bands in (c) and (d) which also tessellate about the alias centres, each preserves half of the source bandwidth but together they can reproduce 3/4 of the source spectrum if switching is performed on a local basis. Studies of the 2 dimensional Fourier spectra of typical images and their edge-orientation histograms [9] suggest that the resulting cross shape (e) should preserve the very large majority of spectral components which are also at or near the horizontal and vertical. There is also some evidence that the eye's resolution is similarly anisotropic. The cross itself, of course, does not tesselate about the alias centres, and since it is derived from a non-linear process, would be meaninglessly represented it in such a diagram. One point does arise from this however and that is the need for cross-shaped prefiltering. If not applied, spectral components in the corners would alias into the low frequency quadrant and become objectionable causing moire patterning in texture and jagged diagonal edges.

Cross-shaped prefilters can be coveniently designed from prototype horizontal and vertical lowpass filters in the following way:

(i) for prototypes

$$H(z_h) = \sum_{n=-N}^{N} h_n z_h^n \qquad V(z_v) = \sum_{m=-M}^{M} v_m z_v^m \tag{1}$$

(ii) form separable 2D lowpass filter

$$F(z_h, z_v) = H(z_h).V(z_v) \tag{2}$$

(iii) 'modulate' passband to corners of 2D Nyquist interval

$$F'(z_h, z_v) = \sum_{n=-N}^{N} \sum_{m=-M}^{M} (-1)^{m+n} h_n v_m z_h^n z_v^m \tag{3}$$

(iv) invert filter so that passband becomes stopband

$$F''(z_h, z_v) = 1 - F'(z_h, z_v)$$

(v) observe that this has the almost separable structure

$$F''(z_h, z_v) = 1 + \sum_{n=-N}^{N} (-1)^n h_n z_h^n \cdot \sum_{m=-M}^{M} (-1)^{m+1} v_m z_v^m \tag{4}$$

The additional '1' can be individually accounted for and the filter has an essentially separable structure, fig. 2. This is important, since practical filters must be large, an excessive amount of hardware would be required to build a non-separable structure. For clarity fig. 2 does not show exploitation of filter symmetry this further simplifies the hardware. So that the filter is only applied in moving areas of the picture it is adapted in the manner mentioned in [7].

The simplest form of switched horizontal and vertical interpolators is:

$$I^H_{ij} = (S_{i-1\,j} + S_{i+1\,j})/2 \qquad I^V_{ij} = (S_{i\,j-1} + S_{i\,j+1})/2 \tag{5}$$

These have been used in [3,10], both authors reporting good results although neither used prefiltering (in [10] reduction of aliasing with additional interpolators is suggested). We have found that higher order classical Newtonian midpoint interpolation outperforms these interpolators but for our purposes interpolators (5) will be used in the following discussions. To determine which interpolator is better in moving areas, we compute the error resulting from application of each, $|S_{ij} - I^H_{ij}|$ and $|S_{ij} - I^V_{ij}|$, and select the lower. To code this information we could simply assign a binary state to each choice, however the same information can be conveyed by signalling whether the better interpolation is higher or lower than $(I^H_{ij}+I^V_{ij})/2$. Since surrounding samples are available at the receiver (albeit with some quantisation error) the interpolator yielding the higher or lower output can be selected. In other words for the interpolators (5) we retain the sign of:

$$(S_{i-1j} + S_{i+1j} + S_{ij-1} + S_{ij+1}) - 4S_{ij} \tag{6}$$

which is the familiar form of the discrete Laplacian operator.

In many low activity picture regions there is no significant difference between one interpolator and another so we are free to choose one which increases the run-length of similar choices. An algorithm has been developed which optimally positions the end of runs amongst these 'don't care' choices to minimise some function of interpolation error. This is performed with a single forward and backward pass of each picture line and is real-time implementable. The resulting 3-state signal is run-length coded for transmission. An example showing just the 2 Laplacian states is fig 4. The value of the conversion from simple direct interpolator switching is now apparent in the ability of the Laplacian zero crossings to convey information about significant picture edges. It is interesting to note the similarity between this and Marr's 'primal sketch' model in human vision [11].

## ADAPTIVE PREDICTION

The 3-state descriptor is transmitted in advance of surrounding predicted samples to control the prediction process itself from the future as well as the past. Let us examine the causal neighbourhood of elements just prior to the coding of $S_{00}$: ($P_{ij}$: previously predicted and reconstructed pels, $D_{ij}$: values of the 3-state descriptor)

| | | | | | | |
|---|---|---|---|---|---|---|
| | $P_{22}$ | $D_{12}$ | $P_{02}$ | $D_{-12}$ | $P_{-22}$ | |
| $P_{31}$ | $D_{21}$ | $P_{11}$ | $D_{01}$ | $P_{-11}$ | $D_{-21}$ | $P_{-31}$ |
| | $P_{20}$ | $D_{10}$ | $S_{00}$ | $D_{-10}$ | | |
| | $D_{2-1}$ | | $D_{0-1}$ | | $D_{-2-1}$ | |
| | | $D_{1-2}$ | | $D_{-1-2}$ | | |

Logical operations can be written for the choice of one from a large set of predictors. For example if interpolations surrounding $S_{00}$ are all temporal, then we apply a purely temporal prediction. As an example of spatial prediction consider the logical expression:

$$(D_{12}=D_{01}=D_{10}=D_{0-1} \neq D_{-12}=D_{-21}=D_{-10}=D_{-2-1}) \text{ OR}$$
$$(D_{12}=D_{21}=D_{10}=D_{2-1} \neq D_{-12}=D_{01}=D_{-10}=D_{0-1}) \quad (7)$$

which determines a vertical edge and applies at points indicated in fig. 5. At first sight it may appear that prediction by this process is upset by the striations in Laplacian descriptiors due to artificial extensions of run-lengths. This is not so since runs are only extended in low activity regions. The previous sample prediction suggested by a horizontal striation will be as good as (if not better than) any other in these regions.

The prediction function applied for a particular logical function is designed by assessing the cross-correlation of the predicted sample location with previous samples in the neighbourhood where the logical function applies, over a set of image sequences. In principle any size of neighbourhood may be used and logical functions can be stored in a ROM or minimised and programmed into a PLA. In (7) the logical '=' is an exclusive-NOR function but is actually performing the same operation as Marr's [11] AND-gate model of human edge orientation detection (his fig. 9).

## INTERPOLATIVE CODING

Histograms of interpolation error, even due to 2 dimensional interpolation alone, show a remarkably high concentration about zero despite the fact that an open-loop process has been employed so far. Most of the interpolation errors which are present occur where the localised samples are simultaneously changing their slope in two dimensions, because our interpolators cannot respond to second-differences. These will also tend to be regions where visual masking is operating.

Our adaptive interpolator can therefore form a very good basis for an interpolative receiver-model coding strategy [8]. To realise this we locally decode the transmitted symbols to reconstruct a received picture at the encoder and compute the coding error due to both interpolated and predicted components. The error at the interpolated pels is 'viewed' in the context of the background picture itself by a visual model which attempts to detect visible picture impairment. If an offending interpolation is found, a differential term is generated and coded to improve the subjective reproduction of that pel in the receiver. This improved interpolation is also incorporated back into the visual model because its quality has a bearing on the visibility of future interpolation errors.

Visual models for detecting coding impairments generally account for three main aspects of vision : spatio-temporal filtering; luminance intensity thresholds; and masking. Fig. 6 shows such a model, where the visual filter may be considered to contain a non-linearity which accounts for changes in background luminance [12]. A general model may well be unnecessarily complex to characterise the distortions due to a specific coding algorithm however. A first attempt at this was made by Limb [8] whose visual model was a simple linear lowpass filter, an advantage of the linearity assumption being that the two filters of fig. 6 can be reduced to one, processing only the coding error.

Limb proposed a 'free-running' interpolative coding method, which although not real-time implementable, produced a saving in coding entropy of some 20% over previous-element DPCM for the same subjective quality. He does however report similar performance with his 'grid' algorithm, where samples are alternately predictively coded and interpolated in one dimension. This latter approach overcomes some of the implementability problems inherent in the former. Netravali [13] made significant improvements to the 'free-running' approach by using better interpolation, by incorporating masking into the visual model and by adapting the visual filter spread with his masking function. This resulted in a reduction in coding entropy by almost 40% over subjectively identical DPCM with his test images. The justification for adapting the visual filter was that it has been shown [14] that the visibility of errors is lower if the spectral band of the background and errors are close to each other. In other words, in low activity areas high frequency error noise would be more visible suggesting that the filter should have a small spread and conversely for high activity regions. A consequence of the use of a single filter operating on the error is that masking effects must be determined directly from the background and not as in fig. 6. Netravali's masking function however, incorporates a weighted spread of signal slopes in a 3x3 neighbourhood which may itself be thought of as an approximation to visual filtering.

Although details of the visual model of the coder in this paper have yet to be determined at the time of writing, it should be noted that the interpolation is 3 dimensional and significantly better than has been used before, a 'grid' structure is used which makes for easier implementation of the visual filter and masking effects can be exploited temporally as well as spatially because previous-frame source samples are available. Adapting a (one dimensional) visual filter to encompass large spreads (Netravali's best used 3, 5, 7, 11 elements) does cause some implementational

difficulties because of the need to consider the affect of adjusting an interpolated pel on the visibility of future interpolation errors. A true minimum for the number of interpolated elements requiring adjustment can only be found by iterative analysis of the whole scan line which is impractical. To illustrate the problem consider a one dimensional filter containing the following 7 error terms:

$\varepsilon(P_{30})\ (I_{20})\varepsilon(P_{10})\varepsilon(I_{00})\varepsilon(P_{-10})\varepsilon(I_{-20})\varepsilon(P_{-30})$

If the filter is adapted to have spread 3 (low activity areas) the advantage of a 'grid' algorithm is felt and it is only necessary to consider the adjustment of $I_{00}$ in the context of $\varepsilon(P_{10})$, $\varepsilon(I_{00})$ and $\varepsilon(P_{-10})$. In 'free-running' algorithms there is no regular structure of predicted pels and it would be necessary to consider adjusting any or all of the terms in the filter. Now assume that our filter is adapted to include the 7 terms above, a decision has been made whether to adjust $I_{20}$ and a decision on $I_{00}$ is required. This will involve some parallel considerations of the potential adjustment of $I_{-20}$, two conditions are fairly clear:

A if interpolative error at $I_{00}$ is acceptable with $I_{-20}$ interpolated : do not adjust $I_{00}$.

B if interpolative error at $I_{00}$ is not acceptable even if $I_{-20}$ were adjusted : adjust $I_{00}$.

The difficulty is how to treat case C:

C the interpolative error at $I_{00}$ is acceptable only if $I_{-20}$ is adjusted.

Since visibility of $\varepsilon(I_{-20})$ depends upon $\varepsilon(I_{-40})$ it will be necessary to invent some suboptimal decision for case C, the simplest and safest being to choose to adjust $I_{00}$.

Practicality constraints will either limit the visual filter to 7 terms or otherwise simplify the criteria for the adjustment decision. The filter must be one dimensional with respect to $\varepsilon(I)$ terms but can easily include $\varepsilon(P)$ terms in a 2 dimensional neighbourhood. There is a further exploitation of our 3-state descriptor signal concerning coding of the quantised adjustment error signal. At interpolated points requiring adjustment we have already reconstructed what is most probably the best of the three functions available, the inferior interpolations however are very likely to act as a pointer showing in which direction the adjustment applies. Because this considerably influences the probability distribution of quantiser states it can be used in the assignment of entropy codes to these states.

## CONCLUSIONS

A coding algorithm has been described for the transmission of distribution quality broadcast television at $34\text{Mbit.s}^{-1}$ which can form the basis of an embedded code for providing a numerically higher fidelity at $68\text{Mbit.s}^{-1}$. The technique is a hybrid of interpolative and predictive coding both of which are explicitly controlled by a 3-state descriptor signal, transmitted in place of alternate source samples. This ensures a rapid recovery from the effects of channel errors. The channel capacity expended on this descriptor is justified by exploiting it in three ways, first it defines adaptive interpolation of the omitted samples, second it controls inter/intraframe-contour adaptive prediction and third it is used to control assignment of entropy codes to quantised errors which are used to adjust subjectively inadequate interpolated pels. An important aspect of the algorithm is that when channel capacity is insufficient to convey the highest quality reproduction, a model of the human visual system is used to partition available capacity for minimum subjective distortion. A diagram of the luminance coder is shown in fig. 7 (F denotes a frame delay).

The decoder however is simpler than most adaptive DPCM decoders because of the explicit nature of the control function - this is important for distribution applications. Implementation is also eased because the predictive loop and frame delays are only operating on half of the input samples. It has not been possible to discuss colour coding or entropy considerations which will be reported at the conference.

## ACKNOWLEDGEMENT

The Author wishes to thank the Director of Engineering of the Independent Broadcasting Authority for permission to publish this paper.

## REFERENCES


1 Westerkamp, D., 1984, 'Adaptive Intra-/Interframe DPCM - Coding for Transmission of Colour TV Signals with 34 Mbit/s', Proc. IEEE Int. Zurich Seminar on Digital Comm., March, 39-45.

2 Grallert, H., 1984, 'Component Encoding of Colour Television Signals for Transmission in 34, 70 and 140 Mbit/s Channels', Proc. IEEE Int Zurich Seminar on Digital Comm, March, 33-38.

3 Sabatier, J., et al, 1982, 'Coding System for 34 Mbit/s Digital Transmission of Colour Television', Commutation & Transmission, 1, 69-82.

4 Buley, H. and Stenger, L., 1985, 'Inter/Intraframe Coding of Color TV Signals for Transmission at the Third Level of the Digital Hierarchy', Proc. IEEE, 73, 4, 765-772.

5 Pirsch, P., 1982, 'Adaptive Intra-Interframe DPCM Coder', BSTJ, 61, 5, 747-764.

6 Zschunke, W., 1977, 'DPCM Picture Coding with Adaptive Prediction', IEEE Trans. Comm., 25, 11, 1295-1302.

7 Dubois, E., 1985, 'The Sampling and Reconstruction of Time-Varying Imagery with Application in Video Systems', Proc. IEEE, 73, 4, 502-522.

8 Limb, J., 1973, 'Picture Coding : The Use of a Viewer Model in Source Encoding', BSTJ, 52, 8, 1271-1302.

9 Kretz, F., 1983, 'Edges in Visual Scenes and Sequences', in 'Image Sequence Processing and Dynamic Scene Analysis', NATO ASI Series, Springer-Verlag.

10 Reitmeier, G. and Dischert, R., 1983, 'A Multiplexed Nyquist Region Approach for High Quality 2:1:1 Digital Video', Proc. 13th Int. TV Symp., Montreux, 400-408.

11 Marr, D. and Hildreth, E., 1980 'Theory of Edge Detection', Proc. R. Soc. Lond. B, 207, 187-217.

12 Lukas, F. and Budrikis, Z., 1982, 'Picture Quality Prediction Based on a Visual Model', IEEE Trans. Comm., 30, 7, 1679-1692.

13 Netravali, A., 1977, 'Interpolative Picture Coding Using a Subjective Criterion', IEEE Trans. Comm., 25, 5, 503-508.

14 Stromeyer, C. and Julesz, B., 1972, 'Spatial-Frequency Masking in Vision : Critical Bands and Spread of Masking', JOSA, 62, 10, 1221-1232.




*Fig.1 Adaptive interpolation: (a) sample structure (b) fixed interpolator (c) (d) switched interpolators (e) preserved bandwidth (f) practical prefilter.*




*Fig.2 Structure of a cross filter*



*Fig.3 'Boats' source.*



*Fig.4 The two Laplacian states (the temporal*



*Fig.5 Locations where the logical function (7)*




*Fig.6 General form of a visual model.*




*Fig.7 Diagram of a Luminance Coder.*