# Schmidt Declaration

# Exhibit 24

The Transactions of the Institute of Electronics,
Information and Communication Engineers

Vol. E70, No. 7 (July 1987)

Copyright © 1987 by The Institute of Electronics, Information and Communication Engineers

## CONTENTS

### LETTERS

**Communication Systems and Communication Protocols**

Jitter Accumulation in a 5000 km Submarine Optical Repeatered Line ........................................ Masaki AMEMIYA, Mamoru AIKI, Toshiyuki MATSUNO, Yasutaka ICHIHASHI and Hidetoshi SHIRAKAWA (605)

Improvement of Polarization Diversity Method for Heterodyne/Coherent Optical Transmission Systems ........................................ Hideaki TSUSHIMA, Yoshitaka TAKASAKI and Minoru MAEDA (608)

**Source Encoding and Communication Terminals**

A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding ........................................ Masayuki TANIMOTO and Takashi MORI (611)

**Integrated Circuits**

High-Speed NRZ-DMI Coder and Decoder Monolithic ICs Using Si Bipolar Technology ........................................ Yoshihiro SHIMAZU, Satoki KAWANISHI, Jun-ichi YAMADA and Masao SUZUKI (614)

**Optical Communication**

Butt Coupling Efficiency of Long-Wavelength Edge-Emitting LEDs to Single-Mode Fibers ........................................ H. GHAFOORI-SHIRAZ (617)

**Optical and Quantum Electronics**

Ultra High Density 50-Fiber Connector ........ Toshiaki SATAKE, Norio KASHIMA and Masayuki OKI (621)

Single-Mode 1×50 Switch for 10-Fiber Ribbon ........................................ Toshiaki SATAKE, Shinji NAGASAWA and Norio KASHIMA (623)

**Medical Electronics and Bioengineering**

Frequency Analysis of Human ERG for Diagnosis of the Disordered Retina ........................................ Hideki NAKAJIMA, Takako ITOH and Yakichi KANATA (625)

Exhibit 24
Page 000361

DELL 318251

THE TRANSACTIONS OF THE IEICE, VOL. E 70, NO. 7 JULY 1987

611

LETTER

# A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding

Masayuki TANIMOTO†, *Member* and Takashi MORI†, *Associate Member*

**SUMMARY**   A hybrid scheme of subsampled DPCM and interpolative DPCM is proposed for the HDTV coding. A large bit rate reduction is realized by the two effects of pixel reduction and bit reduction. SN ratio is greatly improved compared with that of the coventional DPCM.

## 1. Introduction

Since the high-definition television (HDTV) signal is wide-band, its digital transmission requires a bit rate of at least 400Mb/s[1]. Therefore, bit rate reduction is strongly desired. 140Mb/s or less are considered to be a practical target for the reduced transmission bit rate of the HDTV signal. A coding of 2.8bit/pel or less is necessary to realize this bit rate. Furthermore, a coding scheme which dose not need high speed processing is very advantageous for the HDTV signal since the sampling frequency of the HDTV signal is very high.

Two schemes, TAT[2] and MUSE[3], have been proposed for the HDTV compression. These schemes compress the bandwidth to 8.1MHz by reducing the number of transmitted pixels. Consequently, the HDTV signal can be transmitted over a single channel of the broadcasting satellite using these schemes. It can also be transmitted at a rate of 130Mb/s if the transmitted pixels are coded by 8bit/pel.

Here, we propose a new picture coding scheme[4]-[6] aiming at a coding of 2bit/pel or less. The proposed coding scheme is a hybrid scheme of subsampled DPCM and interpolative DPCM. It dose not need high speed processing and is suitable for the HDTV coding.

## 2. Principle and Configuration of the Proposed Scheme

The proposed scheme is a digital version of the TAT system. In the TAT system, pixels are separated into two kinds: subsampled pixels (basic pixels) and the others. The pixels excluding the basic pixels are interpolated and the interpolation errors are calculated. The pixels with large interpolation errors in each field are chosen as the additional pixels. Then, reduced

Manuscript received March 20, 1987.
Manuscript revised June 3, 1987.
†The authors are with the Faculty of Engineering, Nagoya University, Nagoya-shi, 464 Japan.



(a) encoder



(b) decoder

Fig. 1   Block diagram of this scheme.

number of pixels, the basic pixels and the additional pixels, are transmitted.

In the proposed shceme, DPCM is applied to the basic pixels and PCM of small bits is applied to the interpolation errors of the additional pixels. The former is subsampled DPCM and the latter is interpolative DPCM. Thus, the proposed scheme is a hybrid scheme of subsampled DPCM and interpolative DPCM.

This scheme does not need high speed processing since the number of the pixels coded by DPCM which has a feedback loop as a bottleneck of processing speed is reduced and parallel processing is possible for the pixels of interpolative DPCM.

The other HDTV coding schemes[7]-[9] which separate the pixels into two kinds as this system does have been proposed. One of the features of this system is pixel reduction. A large bit rate reduction is expected in this scheme by the two effects of pixel reduction and bit reduction. It is another feature of this system that this system makes a delayed decision. The additional pixels are decided after all the interpolation errors of one field are known. The pixel reduction is not employed in Refs. (7) and (8). It is employed in Ref. (9) which was

Exhibit 24
Page 000362

DELL 318252

developed from Ref. (7) and reported after our proposal[4]-[6]. The difference between our system and Ref. (9) is that in the latter system untransmitted pixels are decided after the interpolation errors of one block are known.

Figure 1 shows a block diagram of the proposed scheme. The pixels are separated into the basic pixels and the others. The basic pixels are coded by DPCM. The pixels excluding the basic pixels are interpolated from the basic pixels decoded by the local decoder of DPCM. Then, the interpolation error is calculated. After calculating the interpolation error of all the pixels in one field, the additional pixels with large interpolation errors are selected. The interpolation error of the additional pixels is quantized by $Q_2$. Actually, field delay is necessary to implement this system since the selection of the additional pixels is done after calculating all the interpolation errors of one field.

### 3. Computer Simulation[5]

Computer simulation is performed to evaluate the performance of this system. Several SIDBA images are used for the simulation. They are 8-bit digitized monochrome still pictures each of which has $256 \times 256$ pixels. In the following discussion, $n_1$ denotes the ratio of the number of the basic pixels to that of the whole pixels and $n_2$ denotes the ratio of the additional pixels. $n_2$ takes a value between 0 and $1-n_1$.

Figure 2 shows two examples of the subsampling pattern of the basic pixels. Black circles denote the basic pixels. Case A is 2:1 subsampling and case B is 4:1 subsampling. The prediction of subsampled DPCM is performed using 3 basic pixels. White circles are interpolated by the average value of the neighboring 2 or 4 basic pixels. Interframe prediction and interpolation are not used in this simulation. Variable-length coding is employed in both the subsampled DPCM and the interpolative DPCM. The selection of the additional pixels is performed block by block. The block size is $4 \times 4$ pixels. The results of case A and case B are similar. Thus, those of case A, where $n_1$ is equal to 1/2, are shwon here.

Figure 3 shows a typical example of SN ratio as a function of entropy after quatization. The parameter is $n_2$. Here, the noise of SN ratio means the quantization noise of the basic and additional pixels and the interpolation error of the untransmitted pixels. When $n_2$ is equal to 1/2, all the pixels are transmitted and SN ratio increases monotonically in accordance with the increase of entropy. However, SN ratio is saturated for large entropy when $n_2$ is less than 1/2. The interpolation error of the untransmitted pixels determines this saturated value of SN ratio. The further reduction of $n_2$ causes the degradation of SN ratio in this saturation region.

On the other hand, for small entropy, the reduction of $n_2$ improves the SN ratio. When $n_2$ is reduced, the transmitted pixels can be coded with more bits for the same entropy. This improves the SN ratio. The envelope of the SN curves for various values of $n_2$ gives the best SN ratio. This best SN ratio can be realized by optimizing the value of $n_2$. The improvement due to the optimization of $n_2$ is 2~3dB when entropy is arround 2bit/pel. Thus, large improvement of SN ratio is achieved by reducing $n_2$. The characteristic of conventional DPCM is also shown in the same figure for comparison. Planar prediction using 3 pixels and variable-length coding are employed in this DPCM. SN ratio of the proposed scheme is greatly improved compared with that of the conventional DPCM. The improvement is



Fig. 2 Examples of the subsampling pattern of the basic pixels. (● : basic pixels)



Fig. 3 SN ratio as a function of entropy.

Fig. 4 SN ratio as a function of $n_2$.

Exhibit 24
Page 000363

DELL 318253

LETTER                                                                                              613



Fig. 5  Maximum SN ratio as a function of entropy.

Table 1  SN ratio for various pictures. (entropy : 2bit/pel)

|              | this scheme [dB] | DPCM [dB] | difference [dB] |
|--------------|------------------|-----------|-----------------|
| Couple       | 43.4             | 38.8      | 4.6             |
| Girl         | 41.5             | 37.2      | 4.3             |
| Moon Surface | 39.4             | 35.2      | 4.2             |
| Aerial       | 34.5             | 31.0      | 3.5             |

about 4dB when entropy is 2bit/pel.

Figure 4 shows SN ratio as a function of $n_2$. The parameter is entropy. The value of $n_2$ which maximizes SN ratio is obtained from this figure. For example, it is 0.22 for 2bit/pel. Thus, about 70% of the whole pixels are transmitted in this case.

Figure 5 shows the maximum SN ratio as a function of entropy. These curves are obtained as the envelope of the SN curves as shown in Fig. 3. For instance, SN ratio is 43.4dB for 2bit/pel and 41.0dB for 1.6bit/pel in the case of "Couple".

Table 1 summarizes SN ratio for various pictures when entropy is 2bit/pel. SN ratio of conventional DPCM is shown for comparison. The difference of SN ratio between this scheme and conventional DPCM is very large for all pictures.

### 4. Conclusion

A hybrid coding scheme of subsampled DPCM and interpolative DPCM is proposed. 2 : 1 subsampling and 4 : 1 subsampling for subsampled DPCM give nearly the same SN ratio. Optimization of the number of the pixels for interpolative DPCM is very effective to improve SN ratio. SN ratio of this scheme is qreatly improved compared with that of conventional DPCM. Thus, this scheme could be a good candidate for the HDTV coding of 100Mb/s or less.

### Acknowledgement

The authors would like to thank Prof. A. Kawamata of Nagoya University for his encouragement. They also would like to thank Grant-in-Aid for Scientific Research of the Ministry of Education, Science and Culture of Japan for its support.

**References**

( 1 ) J. Yamada, K. Maki and K. Asatani : "A Study on Digital Transmission System for High-Definition Television Signals", Paper of Technical Group, TGCS82-97, IECE Japan (Dec. 1982).
( 2 ) M. Tanimoto, N. Chiba, H. Yasui and M. Murakami : "TAT (Time-Axis Transform) Bandwidth Compression System for High-Defintion Television", J. of Inst. TV Engrs. of Japan, 39, pp. 934-940 (Oct. 1985).
( 3 ) Y. Ninomiya, Y. Ohtsuka and Y. Izumi : "A single Channel Transmission System for HD-TV Satellite Broadcasting : MUSE", Trans. IECE Japan, J68-D, pp. 647-654 (April 1985).
( 4 ) M. Tanimoto and T. Mori : "Proposal of a New Coding Scheme for HDTV Signal", 1985 Natl. Conf. Rec. on Inf. Syst., IECE Japan, 198.
( 5 ) M. Tanimoto and T. Mori : "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for Picture Signals", Paper of Technical Group, TGCS86-1, IECE Japan (May 1986).
( 6 ) M. Tanimoto and T. Mori : "A New Coding Scheme for the HDTV Signal", 1986 Picture Coding Symposium, 2. 3, pp. 26 -27 (April 1986).
( 7 ) Y. Yashima and K. Sawada : "Adaptive Intraframe/Interframe Coding for HDTV Signals by Using Extrpolative and Interpolative Prediction", Paper of Technical Group, TGIE85-67, IECE Japan (Sept. 1985).
( 8 ) T. Itoh, K. Matsuda, T. Okazaki and T. Tsuda : "A Consideration on High Efficient Coding for HDTV Signals", 1986 Natl. Conv. Rec. IECE Japan, 1190.
( 9 ) Y. Yashima and K. Sawada: "Adaptive Intraframe/Interframe Coding for HDTV Signals by Using Extrapolative and Interpolative Prediction", Trans. IEICE, J70-B, pp. 96- 104 (Jan. 1987).

Exhibit 24
Page 000364

DELL 318254