David A. Hahn (SBN 125784)
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101
Attorney for *Lucent Technologies Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff,<br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants,<br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener. | Case No. 07-CV-2000-H (CAB)<br><br>consisting of matters severed from consolidated cases:<br><br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**DECLARATION OF JAMES E. MARINA IN SUPPORT OF LUCENT'S OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAMS 1-3 OF THE FLEMING '759 PATENT**<br><br>Date:       January 7, 2008<br>Time:      10:30 A.M.<br>Courtroom: 13<br>Judge:     Hon. Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff,<br>v.<br><br>DELL INC.,<br><br>Defendant. | |

DECLARATION OF JAMES E. MARINA IN SUPPORT OF LUCENT'S OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAMS 1-3 OF THE FLEMING '759 PATENT

Case No. 07-CV-2000-H (CAB)

I, James E. Marina, a partner in the law firm of Kirkland & Ellis LLP, counsel for Lucent Technologies Inc., declare as follows:

1. Attached hereto as Exhibit 1 is a copy of the November 8, 2007 deposition transcript of Jean A Pec.

2. Attached hereto as Exhibit 2 is a copy of an email from Larry Olzsewski, of OCLC, to Tamir Packin, of Kirkland & Ellis LLP, dated October 22, 2007.

3. Attached hereto as Exhibit 3 is a copy of the "Preliminary Specification of the Antiope System."

4. Attached hereto as Exhibit 4 is a copy of the North American Videotex/Teletext Presentation Level Protocol Syntax, dated 1983.

5. Attached hereto as Exhibit 5 is a copy of the Bell System Videotex Standard Presentation Level Protocol, dated May 1981.

6. Attached hereto as Exhibit 6 are excerpts from the of the January 12, 2006 deposition transcript of James R. Fleming.

7. Attached hereto as Exhibit 7 are excerpts from the of the January 13, 2006 deposition transcript of William A Frezza.

8. Attached hereto as Exhibit 8 is a copy of a "Computer Graphics—A Quarterly Report of SIGGRAPH ACM," dated August 1979.

9. Attached hereto as Exhibit 9 are excerpts from "VIDEOTEX—The New Television-Telephone Information Services," dated 1980.

10. Attached hereto as Exhibit 10 are excerpts from "Device-Independent Graphics" by Robert F. Sproull *et al.*, dated 1985.

11. Attached hereto as Exhibit 11 are excerpts from the July 5, 2005 Claim Construction Hearing in Case No. 02-CV-2060 (consolidated).

12. Attached hereto as Exhibit 12 are excerpts from the March 31, 2006 Expert Report of Robert G. Wedig.

If called to testify as a witness, I could and would competently testify to the truth of each statement above and herein. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 14th day of December, 2007.

By: /s/ James E. Marina

James E. Marina

DECLARATION OF JAMES E. MARINA IN SUPPORT OF LUCENT'S OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAMS 1-3 OF THE FLEMING '759 PATENT

2

Case No. 07-CV-2000-H

LUCENT TECHNOLOGIES INC. v. GATEWAY et al.

Case No. 07-CV-2000-H (CAB)

INDEX TO EXHIBITS TO DECLARATION OF JAMES E. MARINA
December 14, 2007

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | November 8, 2007 deposition transcript of Jean A Pec. |
| 2 | Email from Larry Olzsewski to Tamir Packin, dated October 22, 2007. |
| 3 | Preliminary Specification of the Antiope System. |
| 4 | North American Videotex/Teletext Presentation Level Protocol Syntax |
| 5 | Bell System Videotex Standard Presentation Level Protocol. |
| 6 | Excerpts of the of the January 12, 2006 deposition transcript of James R. Fleming. |
| 7 | Excerpts of the of the January 13, 2006 deposition transcript of William A Frezza. |
| 8 | Computer Graphics—A Quarterly Report of SIGGRAPH ACM. |
| 9 | Excerpts from VIDEOTEX—The New Television-Telephone Information Services. |
| 10 | Excerpts from "Device-Independent Graphics" by Robert F. Sproull *et al*. |
| 11 | Excerpts from the July 5, 2005 Claim Construction Hearing in case no. 02-CV-2060 (consolidated). |
| 12 | Excerpts from the March 31, 2006 Expert Report of Robert G. Wedig. |

DECLARATION OF JAMES E. MARINA IN SUPPORT OF
LUCENT'S OPPOSITIONS TO DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT OF INVALIDITY OF CLAMS 1-3 OF
THE FLEMING '759 PATENT

3

Case No. 07-CV-2000-H