# Marina Declaration

# Exhibit 1

JEAN A. PEC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - x

LUCENT TECHNOLOGIES,   :

INCORPORATED, ET AL., :

     Plaintiffs,   :    Case Number

   vs.                :    07-CV-2000 HCAD

GATEWAY INTERNATIONAL,:

INCORPORATED, ET AL., :

    Defendants.   :

- - - - - - - - - - - x

VIDEO DEPOSITION OF JEAN A. PEC

Washington, DC

Thursday, November 8, 2007

REPORTED BY:

CARMEN SMITH

Exhibit 1
Page 000001

Page 2

```
 1          JEAN A. PEC
 2      Deposition of JEAN A. PEC, called for
 3  examination pursuant to notice of deposition, on
 4  Thursday, November 8, 2007, in Washington, DC, at
 5  the offices of Kirkland & Ellis, 655 15th Street
 6  Northwest, at 10:12 a.m., before CARMEN SMITH, a
 7  Notary Public within and for the District of
 8  Columbia, when were present on behalf of the
 9  respective parties:
10      TIMOTHY K. GILMAN, ESQ.
11      TAMIR PACKIN, ESQ.
12      Kirkland & Ellis LLP
13      Citigroup Center
14      153 East 53rd Street
15      New York, New York 10022-4611
16      212.446.4689
17      On behalf of Plaintiff Lucent Technologies
18
19      JOHN NEWBY, ESQ.
20      Arnold & Porter LLP
21      555 Twelfth Street Northwest
22      Washington, DC 20004-1206
23      202.942.5893
24      On behalf of Defendant Dell, Inc.
25              -- continued --
```
TSG Reporting - Worldwide    877-702-9580

Page 3

```
 1          JEAN A. PEC
 2  APPEARANCES (Continued):
 3
 4      THOMAS B. SMITH, ESQ.
 5      Associate General Counsel - Litigation
 6      The George Washington University
 7      Office of the Vice President and General
 8        Counsel
 9      2100 Pennsylvania Avenue Northwest
10      Suite 250
11      Washington, DC 20052
12      202.994.4417
13      On behalf of Witness
14
15  ALSO PRESENT: JONATHAN PERRY, Videographer
16
17
18
19
20
21
22
23
24
25
```
TSG Reporting - Worldwide    877-702-9580

Page 4

```
 1          JEAN A. PEC
 2      P R O C E E D I N G S
 3      VIDEO OPERATOR:  This is tape number 1 of
 4  the videotaped deposition of Jean A. Pec, taken in
 5  the matter of Lucent Technologies, Incorporated,
 6  et al., versus Gateway, Incorporated, et al., in the
 7  U.S. District Court for the District of Columbia,
 8  Case Number 07-CV-2000 HCAD.
 9      This deposition is being held at the
10  offices of Kirkland & Ellis, 655 15th Street
11  Northwest, Washington, D.C.
12      Today's date is November 8, 2007.  The
13  time on the video screen is currently 10:12:09 a.m.
14      The videographer is Jonathan Perry, the
15  court reporter is Carmen Smith, both here on behalf
16  of TSG Reporting.
17      Will counsel present please introduce
18  themselves and state whom they represent.
19      MR. GILMAN:  Timothy Gilman and Tamir
20  Packin of Kirkland & Ellis representing Lucent
21  Technologies.
22      MR. NEWBY:  John Newby of Arnold & Porter
23  for defendant Dell, Inc.
24      MR. SMITH:  And Thomas B. Smith for the
25  witness, Jean Pec.
```
TSG Reporting - Worldwide    877-702-9580

Page 5

```
 1          JEAN A. PEC
 2      VIDEO OPERATOR:  And will the reporter
 3  swear in the witness, please.
 4      Whereupon,
 5          JEAN A. PEC
 6  was called as a witness and, having first been duly
 7  sworn, was examined and testified as follows:
 8          EXAMINATION
 9      BY MR. GILMAN:
10   Q   Good morning, Ms. Pec.
11   A   Good morning.
12   Q   Have you ever been deposed before?
13   A   Yes.
14   Q   So you're familiar with the general
15  process?
16   A   I wouldn't say "familiar," but I know you
17  will be asking me questions, yes.
18   Q   So that's what's going to happen this
19  morning.  I'm going to ask you a series of
20  questions.  And to the extent that you understand
21  the questions and know the answers to the questions,
22  you should give answers to them.
23      I will try to be as clear as I can in
24  asking my questions, but if, for any reason, you
25  want clarification or don't understand something
```
TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000002

JEAN A. PEC

1
2  that I've asked, I ask that you please let me know
3  and I'll try to fix the question.
4      Will you agree to let me know if you don't
5  understand the questions that I ask?
6      A   Yes.
7      Q   How many times have you been deposed
8  before?
9      A   I believe that was once.  Yes, I believe
10  once.
11     Q   And when was it that you were deposed?
12     A   In the early 2000s.  I don't really
13  remember the date.
14     Q   What did that deposition concern?
15     A   It concerned a George Washington
16  University publication.
17     Q   Was it a similar issue to today, in terms
18  of the availability of the publication?
19     MR. NEWBY:  Objection; vague.
20     MR. SMITH:  Could I interject here, just
21  suggest to the witness, if you don't understand a
22  question or a term that counsel has used, then he'll
23  be very happy to rephrase or to clarify for you.
24     THE WITNESS:  Yes, could you please?
25     BY MR. GILMAN:

TSG Reporting - Worldwide    877-702-9580

JEAN A. PEC

1
2      Q   Definitely.
3      A   Could you please rephrase?
4      Q   Do you recall what case it was conducted
5  for -- the deposition was conducted for?
6      A   I don't know the name of the case, I'm
7  sorry.
8      Q   Do you recall if George Washington
9  University was a party in the case?
10     A   To the best of my knowledge, I don't
11  believe that they were.
12     Q   Do you know what the issues were involving
13  the publication?
14     A   I knew some of the questions that I was
15  asked.  I don't know if that's the total involvement
16  of the publication.
17     Q   What kinds of questions were you asked
18  about the publication?
19     A   I was asked to describe what I knew of the
20  process for cataloging the publication at George
21  Washington University, and I was asked to describe
22  the cataloging record of that publication.
23     Q   Do you recall what the publication was?
24     A   No, I do not remember the title.  It was a
25  publication which came from the school of

TSG Reporting - Worldwide    877-702-9580

JEAN A. PEC

1
2  education -- excuse me, school of engineering at
3  George Washington University.
4      Q   Do you remember the time frame in which
5  that publication was cataloged?
6      A   No, I don't, sir.
7      Q   Do you know if that case was also a patent
8  infringement lawsuit?
9      A   No, I don't.
10     Q   And just to wrap up on some of the
11  logistics for today, as you heard earlier, counsel
12  may object to some of my questions throughout the
13  course of the deposition.  Because there's no judge
14  here to rule on those objections, to the extent you
15  still understand the question and know the answer,
16  you should still answer the question.
17     And there might be questions that come up
18  that you don't know the answer to, which is
19  perfectly fine.  Just let me know.  I'm not asking
20  you to guess or to make any assumptions about the
21  testimony that you're giving today.
22     A   Uh-huh.
23     Q   If at any time you want to take a break
24  throughout the course of the day, just let me know.
25  I'll try to take breaks every hour.  I don't imagine

TSG Reporting - Worldwide    877-702-9580

JEAN A. PEC

1
2  today will go very long, but I'll try to take breaks
3  at least every hour, if it goes more than an hour.
4      Is there any reason that you wouldn't be
5  able to give full, accurate and truthful testimony
6  today?
7      A   No.
8      Q   Could you describe your educational
9  history.
10     A   I graduated from Kalamazoo College in
11  1968.  I graduated from Western Michigan University
12  in 1969, with a master -- okay.  Kalamazoo College
13  with a bachelor's in art, Western Michigan
14  University with a master's of library science,
15  University of Notre Dame 1988, I believe, with a
16  master's in administration.
17     Q   So I'm guessing you went straight from
18  Kalamazoo to Western Michigan after you graduated?
19     A   Yes, indeed.
20     Q   And did you work in between Western
21  Michigan and Notre Dame?
22     A   Yes.  When I graduated, I went to the New
23  York Public Library.
24     Q   And what year was that?
25     A   That was September 1969.

TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000003

JEAN A. PEC

1
2     Q    And how long were you with the New York
3  Public Library?
4     A    Until 199 -- 198 -- hold on, hold on.  I'm
5  going backwards.  1979, when I started at the
6  University of Notre Dame.
7     Q    What position or positions did you have
8  with the New York Public Library?
9     A    I was a reference librarian in the
10  economic and public affairs division, and then I
11  became a serials cataloger.
12     Q    What were the relative time frames for
13  these two positions?
14     A    Until 197 -- '75, '76 I was a reference
15  librarian, and after that I was a serials cataloger.
16     Q    What were your responsibilities that you
17  had as a reference librarian generally?
18     A    People would come and ask questions, and
19  you would help them find the answers to questions,
20  to do their research.
21     Q    What types of questions would you handle?
22     A    They ranged from questions about
23  government documents, U.S. and foreign, to questions
24  on the fishing industry in France, for example,
25  historical questions of various kinds that authors

JEAN A. PEC

1
2  might have or researchers might have.  Just a
3  variety of questions.
4     Q    Would they be questions about the
5  existence of types of documents or the location of
6  documents that people knew existed?
7     A    I honestly don't remember.
8     Q    What about as a serials cataloger?
9     A    As a serials cataloger, I cataloged
10  serials and -- serials as opposed to monographs.  I
11  specialized in government document publications,
12  particularly those from Europe.
13     Q    So -- I'm sorry.
14     A    But they ran the gamut by subject.
15     Q    So for a layperson, serials would be
16  things like magazines, newspapers, periodicals?
17     A    Serials are materials which come up more
18  than once, usually on a regular pattern.  They could
19  be magazines, newspapers.  They could be annual
20  reports, quinquennial reports.  They could have
21  commercial or noncommercial, governmental sources.
22     Q    And monographs would be more what --
23     A    Books.
24     Q    So after the New York Public Library, you
25  went to work at Notre Dame?

JEAN A. PEC

1
2     A    Yes, University of Notre Dame, I was hired
3  as a serials cataloger there and then became head of
4  original cataloging.
5     Q    And when did you become head of original
6  cataloging?
7     A    I honestly don't remember the date, I'm
8  sorry.  I would have to refresh myself with my
9  resume.  I honestly don't remember the date, but
10  sometime in the 1980s.
11     Q    And was it while you were working at Notre
12  Dame that you got your master's of administration
13  degree?
14     A    Yes.
15     Q    Was that separate from your work, or was
16  it while you were working there?
17     A    While I was working.
18     Q    How long did you stay at Notre Dame?
19     A    I left Notre Dame in February of 1993,
20  when I was hired by George Washington University,
21  Gelman Library.
22     Q    Had you ever worked for George Washington
23  University or any of its libraries before February
24  1993?
25     A    No.

JEAN A. PEC

1
2     Q    Had you had any interactions with George
3  Washington University or its libraries before
4  February 1993?
5     A    No.  Well, except to be interviewed.
6     Q    Right.  What was the first position you
7  had when you joined George Washington University?
8     A    The position which I now hold, head of
9  collections management services, which is the same
10  thing as cataloging.
11     Q    When you were a serials cataloger for
12  Notre Dame, did you have similar responsibilities to
13  those you had for the New York public library?
14     A    Yes.
15     Q    Was there a different focus you had?  When
16  you were talking about the New York Public Library,
17  you said government documents and European
18  government --
19     A    It was broader.  It was broader.  All
20  subjects, all languages in the Roman alphabet.
21     Q    Sounds pretty broad.
22     A    Uh-huh.
23     Q    And when you switched to become head of
24  originals cataloging, what is meant by "originals"?
25     A    Original cataloging is where there is no

Exhibit 1
Page 000004

Page 14

JEAN A. PEC

1
2 OCLC copy available and the cataloger creates a
3 record from scratch, based on the piece, describing
4 it for anyone.
5     Q   So did -- excuse me.  Was Notre Dame a
6 member of OCLC when you were there?
7     A   Oh, yes.
8     Q   Do you know when Notre Dame joined OCLC?
9     A   No, I don't.  OCLC started in the
10 late '60s.  I would have -- OCL -- Notre Dame was
11 already on OCLC when I arrived, so sometime between
12 that time.
13     Q   What type of documents would not have OCLC
14 entries?
15     A   Already created -- they would tend to be
16 materials with less wide publications.  Something
17 that was commercially published would tend to have
18 had bibliographic copy made available, say, by the
19 Library of Congress or New York Public.
20        They could tend to be foreign materials.
21 They might tend to be university publications.
22     Q   Did you use OCLC when you were working at
23 the New York Public Library?
24     A   No, the New York Public Library used a
25 different system, but it was also MARC based.  It

Page 15

JEAN A. PEC

1
2 was called the RLG, which stood for the Research
3 Library Group.
4     Q   What does "MARC based" mean?
5     A   MARC is cataloging language, which was
6 actually invented by -- created, better than
7 invented, in the late 1960s by Henrietta Avram, and
8 she worked at the Library of Congress.  It encodes
9 materials so that a computer can contain the
10 information and so that cards could be printed or
11 public catalogs could be -- could have the displays.
12 And now it's an international language so that it
13 is -- you can understand a record in a foreign
14 language that you cannot perhaps read, you could
15 tell what portion of the record was the title, what
16 portion was the author, what portion was the subject
17 heading.  The tagging tells you that.
18     Q   Okay.  I think you discuss some of the
19 specifics in your declaration, which we can get to
20 in a minute.
21     A   Uh-huh, yes.  Uh-huh.
22     Q   But just generally speaking, it sounds
23 like MARC is a standard --
24     A   Yes.
25     Q   -- for providing different entry fields

Page 16

JEAN A. PEC

1
2 for a reference?
3     A   Uh-huh, yes, it is.
4     Q   Do you know who determines what those
5 reference fields are?
6     A   I'm not quite sure I understand what your
7 question --
8     Q   Sure.  I'll try to rephrase it.
9        Are the MARC fields that are used by
10 different libraries, different entities, consistent?
11     A   Oh, yes, they are.  That's part of having
12 a standardized language.
13     Q   Do you know who it is that sets what the
14 fields are?
15     A   They are -- well, they have been set for
16 so long, I -- I know they have been developed and
17 expanded as new -- as new materials come to be
18 available to be cataloged.
19        They have been worked on by several
20 international agencies.  I only know of one of them
21 in particular.  It's a -- I know it by its
22 initialism.  It's called MARBI, and it's a joint --
23 and I -- I know that it's one of the subgroups of
24 the American Library Association, but it also
25 involves international.

Page 17

JEAN A. PEC

1
2     Q   So when you say that they have been
3 expanded over time, does that mean new fields have
4 been added to the MARC standard?
5     A   No, not necessarily, although in some
6 cases they have been, as more materials have to be
7 described.  For instance, if you were cataloging a
8 computer file, which you have to have fields that
9 describe various aspects of a computer file beyond
10 the title, the subject, the author, producer.  So
11 those types of fields were added.  Or as movies were
12 cataloged.
13     Q   So do you know who determines what changes
14 to make to the fields that are available over time?
15     A   It's determined by a lot of people, as I
16 just tried to explain.
17     Q   And changes have been made to these fields
18 over the course of the past?
19     A   More that new fields have been added
20 rather than changes made.
21     Q   And this has been a continual process of
22 adding new fields, as far as you're aware?
23     A   It doesn't happen every year, I wouldn't
24 assume that necessarily.
25     Q   Do you know when the last new field was

Exhibit 1
Page 000005

JEAN A. PEC

1
2  added?
3      A   No.
4      Q   Have new fields been added since you've
5  been at George Washington?
6      A   For various formats, probably, uh-huh, but
7  not for serials or monographs.
8      Q   Are there any other types of written
9  materials that you deal with at libraries besides
10  serials and monographs?  Are there any other
11  categories?
12     A   Written.
13     Q   Or types.
14     A   Archival materials are cataloged.  I don't
15  know if you might consider maps as being written or
16  not.  They often have writing on them.
17     Q   I'm just trying to make sure that I'm
18  using the correct language and understanding what
19  the universe of materials, and how they're referred
20  to, are.
21     A   Uh-huh, uh-huh.
22     Q   So it sounds like something that's a
23  physical document, such as a book, a magazine, the
24  report that we'll probably discuss would either be
25  classified as a monograph or a serial?

JEAN A. PEC

1
2      A   Yes, or if it were an archival portion, it
3  would be classified as that.
4      Q   And archival material would be more older
5  documents or original documents, things --
6      A   Usually.  It could be more recent.  If the
7  records of a company would be put in their archive,
8  then those could be current as well as historical.
9      Q   What would differentiate between archival
10  materials and monographs?  Or why would one specific
11  document be classified as one or the other?
12     A   Archival materials tend to be papers,
13  letters, private documentation that one -- that a
14  person or a family or a corporation might collect,
15  or an organization, whereas a monograph is a
16  published document, a published work.
17     Q   Would you think of a monograph as always
18  being a bound document?
19     A   No, it could be paper rather than buckram.
20     Q   When you say that a monograph would be a
21  published work, what do you mean by that?
22         MR. NEWBY:  Objection to form; calls for
23  legal conclusion.
24         THE WITNESS:  That's a very good point.  I
25  mean that it is produced by an entity and made

JEAN A. PEC

1
2  available.  Someone or ones caused it to be
3  published.
4         BY MR. GILMAN:
5      Q   Okay.  Just trying to understand the
6  distinction between something that might be thought
7  of as an archival material and something that might
8  be thought of as a monograph.  And I can think,
9  obviously, of a publishing company putting out
10  multiple copies of books as a monograph.
11     A   Yes.
12     Q   I guess I'm trying to figure out where,
13  maybe with a little bit more granularity, how the
14  line is drawn.
15     A   I don't work in archives, so I can't give
16  you full definitions.
17     Q   Okay.  Do you work with monographs as part
18  of your work?
19     A   Yes.
20     Q   Could you describe in general terms what
21  your responsibilities are at George Washington
22  University?
23     A   As head of the department, I am
24  responsible for seeing that the -- all the materials
25  which are acquired by the library are correctly

JEAN A. PEC

1
2  described in its catalog.  I am responsible for
3  seeing that they are physically taken care of.  I am
4  responsible for the staff that does the work, their
5  training.  I am responsible for correcting the
6  online database.
7         I am responsible for the shelving of the
8  materials in the library, for the physical condition
9  of the materials, so if they need to be bound or
10  photocopied, preservation photocopied, whatever, so
11  that they're in good condition, usable condition.
12     Q   When you mentioned the online database for
13  the library, is that the same thing as LCOC or is
14  that a separate database?
15     A   The online database for George Washington
16  University Gelman Library is a separate database
17  which utilizes records taken from OCLC.
18     Q   Okay.  I guess I'm just trying to
19  understand a little bit what OCLC is and what
20  services it provides.  Does --
21         MR. SMITH:  I'm sorry, you should ask a
22  question, go ahead.
23         BY MR. GILMAN:
24     Q   And I was a little confused if OCLC is a
25  mechanism whereby libraries share information or if

Exhibit 1
Page 000006

JEAN A. PEC

1
2     **it provides databases for libraries to manage their**
3     **own collections.**
4         A     Sort of an either/or question that you
5     asked.  OCLC is what we would call a utility,
6     started in the late 1960s in the state of Ohio.  It
7     was started, I believe, to facilitate interlibrary
8     borrowing.
9             It also at that time was then used to
10    create and print out from the records, to print out
11    catalog cards, which were then sent to libraries.
12            As the state of computerization in
13    libraries grew, OCLC then was the source for
14    libraries to -- to retrieve their online records,
15    which they had previously represented in cards.  So
16    then you got your records, your file of records,
17    that you then loaded into your local catalog, which
18    is the catalog at George Washington University, the
19    catalog at your -- I'm assuming here, at your law
20    firm.
21            Libraries used OCLC then to say oh, okay,
22    yeah, we've got this, this is one of our things,
23    give us a copy of this record so that we can put it
24    into our database and then use it locally.
25            But OCLC is actually now Googlized and you

JEAN A. PEC

1
2     can search things in Google and find what libraries
3     own them.
4         **Q     I don't think I was familiar with the word**
5     **"Googlize."**
6         A     Previous to Google, you used OCLC to find
7     out what libraries owned.
8         **Q     So would George Washington University**
9     **maintain its own internal database that it would**
10    **base off of the records it received from OCLC?**
11        A     Yes.
12        **Q     So just to make sure that I have this**
13    **straight, a university would get a new serial**
14    **publication or monograph in; they would use OCLC to**
15    **create an entry for that?**
16        A     Uh-huh.
17        **Q     OCLC would provide catalog card**
18    **information back to the university, and the**
19    **university would use that to create its local**
20    **catalog?**
21            MR. NEWBY:  Objection to form to the
22    extent it mischaracterizes prior testimony.
23            THE WITNESS:  I'm not quite sure I
24    understood the objection.
25            MR. SMITH:  Unless there is an instruction

JEAN A. PEC

1
2     not to answer a question after he finishes with his
3     objection, then if you understand the question and
4     don't need it clarified, then go ahead and answer.
5             THE WITNESS:  Yeah.
6             MR. SMITH:  If you do, ask the counsel to
7     clarify.
8             THE WITNESS:  Could you ask the question
9     again, please?
10            BY MR. GILMAN:
11        **Q     And we can do it part by part, if that's**
12    **easier.**
13        A     It might be.
14        **Q     So when a university received new**
15    **material, they might fill out an OCLC entry for that**
16    **new acquisition?**
17        A     They would first search the existing OCLC
18    database to see if there was already a record there
19    for the title.  If there was, they would then order
20    a copy of it, which would then be sent -- order a
21    copy of the record, which would then be sent either
22    in card form before the online catalog, or then
23    electronically with the online catalog.
24            If there was not a record representing the
25    material, then they would create the record, based

JEAN A. PEC

1
2     on the MARC tags, and -- in OCLC, and then the
3     record -- they would then have the record sent to
4     their database, or if the card is ordered, if it was
5     before online.
6         **Q     So libraries might just use OCLC to create**
7     **the applicable card itself --**
8         A     Yes.
9         **Q     For --**
10        A     Yes, that is indeed what they do.
11        **Q     And would libraries, if a card actually**
12    **existed, already existed on OCLC --**
13        A     If a record already existed, uh-huh.
14        **Q     -- would libraries make some indication**
15    **that they had an additional copy of that available?**
16            MR. NEWBY:  Objection to the form.  To the
17    extent you continue to say libraries generally, it's
18    quite vague.
19            THE WITNESS:  Libraries, or libraries in
20    which I have worked, New York Public, which doesn't
21    use OCLC -- forgive me, University of Notre Dame and
22    Gelman Library, George Washington University, would
23    not indicate extra copies of the title.  They would
24    use their own catalog, and as it was succeeded by
25    their own database to indicate copies, they would

Exhibit 1
Page 000007

JEAN A. PEC

1    only use OCLC for the first.
2        BY MR. GILMAN:
3    **Q   I guess if a library such as the ones that**
4    **you've worked at -- and we can restrict it to those**
5    **ones -- received a new acquisition and saw that OCLC**
6    **already had an entry for it --**
7        A   Uh-huh.
8    **Q   -- would there be a mechanism to inform**
9    **OCLC that this library now had a copy?**
10       A   Yes, that's called cataloging.
11   **Q   I'm sorry, what was that?**
12       A   That's also called cataloging. That's
13   saying yes, we've got this, send us a copy of this
14   record.
15   **Q   Put the -- I'm sorry.**
16       A   Then OCLC records which libraries own
17   which titles.
18   **Q   Do you know if today, whether the New York**
19   **Public Library uses OCLC?**
20       A   Yes, I do know. Today the New York Public
21   Library does use OCLC, as well as its other system,
22   because the two merged sometime within the last year
23   to year and a half.
24   **Q   Do you understand that New York Public**

JEAN A. PEC

1    **Library did not use OCLC before this merger a year,**
2    **year and a half ago?**
3        A   Not having worked there since 1979, they
4    may have. I don't know. They may have used it for
5    other reasons. Excuse me, I'm going too far afield.
6    **Q   Were you aware of libraries in the 1990s**
7    **that did not use OCLC?**
8        A   No.
9    **Q   Were you aware whether libraries existed**
10   **that did not use OCLC in the 1990s? Maybe I can**
11   **rephrase that if that's -- it sounded like when you**
12   **were with the New York Public Library, they did not**
13   **use OCLC?**
14       A   No, they did not use OCLC to catalog.
15   They have their own system.
16   **Q   And that -- you understand that within the**
17   **last year and a half, the system that the New York**
18   **Public Library used merged with OCLC, so they may**
19   **now use OCLC for their cataloging?**
20       A   Yes.
21   **Q   And prior to that happening, you're not**
22   **sure, one way or the other, whether the New York**
23   **Public Library used OCLC for its cataloging?**
24       A   Correct. I'm not sure one way or the

JEAN A. PEC

1    other.
2    **Q   Right. Okay. Are you aware how many**
3    **libraries used OCLC for their cataloging during the**
4    **1990s?**
5        A   No, I'm not.
6    **Q   Are you aware how many libraries today use**
7    **OCLC for their cataloging?**
8        A   I actually could probably hazard -- no, I
9    don't actually know the number, no.
10   **Q   Do you know whether a majority of**
11   **libraries use OCLC for their cataloging today?**
12       A   I don't actually know that.
13   **Q   And similarly, I would guess you would not**
14   **be aware if a majority of libraries used OCLC for**
15   **their cataloging in the 1990s?**
16       A   That is correct.
17   **Q   Do you know if it's possible to use OCLC**
18   **to manage your local catalog and to create your**
19   **local catalog, without sharing your catalog with**
20   **other universities?**
21       A   No, I do not know that.
22   **Q   Is there a name for the local catalog**
23   **that's used at George Washington University?**
24       A   Yes. It is called Voyage -- excuse me.

JEAN A. PEC

1    It is called Aladdin.
2    **Q   Do you know when -- maybe I should back up**
3    **and ask you a little bit about the George Washington**
4    **University libraries. How many libraries are there**
5    **at George Washington University?**
6        A   George Washington University actually has
7    three -- three libraries in its system.
8    **Q   And what are those three libraries?**
9        A   Gelman Library, which has a physical
10   entity also at the Northern Virginia campus and one
11   up at the Mount Vernon campus; the medical library,
12   which is Himmelfarb; and the law library, which is
13   Jacob Burns.
14   **Q   Is there a single local catalog that**
15   **covers these libraries, or does each library have**
16   **its own catalog?**
17       A   Each library has its own catalog.
18   However, the records for Jacob Burns have been added
19   to Aladdin.
20   **Q   I guess that was my next question, is that**
21   **Aladdin is focused on Gelman Library and may now**
22   **include entries from the other libraries, or is**
23   **Aladdin the system used across the libraries?**
24       A   Aladdin is the -- is not the system used

Exhibit 1
Page 000008

JEAN A. PEC

1
2  across the libraries. Aladdin does not just focus
3  on Gelman Library. Aladdin is the system which is
4  used by the Washington Research Library Consortium,
5  WRLC, of which George Washington University Gelman
6  Library is a member.
7      **Q   So for its local catalog of materials that**
8  **are held at the Gelman Library, George Washington**
9  **uses this Aladdin system, or does it have its own**
10 **internal layer as well?**
11     A   No, it has the Aladdin system.
12     **Q   Do you know when George Washington**
13 **University first started using the Aladdin system?**
14     A   Actually, Aladdin is the name of the
15 catalog. George Washington University has had
16 several systems, two of which I know because I
17 was -- I have been at George Washington University
18 that long.
19         When I arrived, they were using the Notice
20 software, which was the same software used at the
21 University of Notre Dame. And then in 1997, with
22 Washington Research Libraries Consortium, we
23 switched to Endeavor software.
24     **Q   Do you know when the Notice software was**
25 **first used by George Washington?**

JEAN A. PEC

1
2      A   I don't know the specific date, no.
3      **Q   Do you know if it was being used in the**
4  **1980s by George Washington?**
5      A   Sometime within that decade, yes.
6      **Q   Do you believe that the Notice software**
7  **was used by George Washington in 1980/1981?**
8      A   I can't answer that. I don't know.
9      **Q   With software such as the Notice software,**
10 **would entries be added to that software using OCLC**
11 **entries?**
12     A   Yes. Using OCLC records, yes.
13     **Q   Do you know when George Washington first**
14 **started using OCLC? I may have already asked this.**
15 **I apologize if I did.**
16     A   No, I don't know when they first started
17 using the system.
18     **Q   Do you know if they were using OCLC in the**
19 **1990s?**
20     A   As I arrived in 1993, they most definitely
21 were using OCLC.
22     **Q   Do you know if they used it at all during**
23 **the 1980s?**
24     A   Well, I know that they used it in 1980
25 when this -- the title that you're all asking me

JEAN A. PEC

1
2  about was created.
3      **Q   Other than that entry page, which was**
4  **attached to your affidavit, do you have an**
5  **understanding of when -- of whether George**
6  **Washington University used OCLC in the 1980s?**
7      A   Other than that, and having viewed records
8  created since that date at various times in my work,
9  no.
10     **Q   Did you talk to anybody at George**
11 **Washington University to ascertain when they first**
12 **started using OCLC?**
13     A   When would I have talked to them? I -- in
14 the --
15         MR. SMITH: That's a good question, and
16 he's going to clarify.
17         BY MR. GILMAN:
18     **Q   In preparing your affidavit, did you have**
19 **conversations with anyone at George Washington**
20 **University regarding when George Washington first**
21 **began using OCLC?**
22     A   No.
23         MR. SMITH: I'm sorry, the affidavit when
24 you referred to it, you're referring to the one
25 that's been prepared for purposes of this case?

JEAN A. PEC

1
2         MR. GILMAN: Correct.
3         BY MR. GILMAN:
4      **Q   And just for clarity, when I refer to the**
5  **affidavit during today's deposition, I'm referring**
6  **to your September 14, 2007 affidavit that you**
7  **prepared for this case.**
8      A   No, I did not speak with anyone.
9      **Q   Have you at any time had conversations**
10 **with anybody at George Washington University**
11 **regarding the first date that George Washington**
12 **began using OCLC, that you can recall?**
13     A   That I can recall, no.
14     **Q   Can you recall having conversations with**
15 **anybody at George Washington as to whether George**
16 **Washington was using OCLC in 1980?**
17     A   No. I --
18     **Q   In preparing your affidavit, did you talk**
19 **to other library employees or other employees of**
20 **George Washington University regarding the facts set**
21 **forth in your affidavit?**
22     A   No.
23     **Q   When did you first learn about this case?**
24     A   When Mr. Newby called me and asked if I
25 knew about a particular title that the library had.

Exhibit 1
Page 000009

JEAN A. PEC

1
2  **Q   When did Mr. Newby first contact you?**
3  A   Sometime in September of this year, I
4  believe.
5  **Q   Was it by telephone?**
6  A   Yes, it was.
7  **Q   About how many conversations have you had**
8  **with Mr. Newby or with other outside lawyers**
9  **regarding the affidavit?**
10  A   Would you like me to guess?
11  **Q   To the best of your recollection.  I mean,**
12  **we can start off, is it more than 10 conversations?**
13  A   No.
14  **Q   Do you believe it's less than five**
15  **conversations?**
16  A   Probably not.
17  **Q   Would you always communicate by telephone,**
18  **or did you ever exchange e-mails regarding this case**
19  **or the affidavit?**
20  A   Mr. Newby and I talked on the telephone.
21  I've never e-mailed Mr. Newby.
22  **Q   Has Mr. Newby ever e-mailed you?**
23  A   No.
24  **Q   Have you ever exchanged e-mails with**
25  **anybody at Arnold & Porter?**

JEAN A. PEC

1
2  MR. SMITH:  In connection with this case?
3  MR. GILMAN:  In connection with this case.
4  THE WITNESS:  I have not.
5  BY MR. GILMAN:
6  **Q   What was discussed during the first**
7  **conversation you had with Mr. Newby?**
8  A   To the best of my recollection, who I was
9  and what my job essentially entailed, so therefore
10  was I the correct person to answer his questions
11  and, if not, who was then, perhaps; what information
12  I could tell him about the particular report.  And
13  that was it.
14  **Q   And at some point, did Mr. Newby ask you**
15  **to write an affidavit for this case?**
16  A   I did not write an affidavit.
17  **Q   Do you know who wrote -- let me back up a**
18  **second.**
19  **You submitted an affidavit regarding this**
20  **case; is that correct?**
21  MR. SMITH:  Object to the form of that
22  question and your use of the verb "submitted."
23  BY MR. GILMAN:
24  **Q   You signed an affidavit regarding this**
25  **case; is that correct?**

JEAN A. PEC

1
2  MR. SMITH:  To the best of your knowledge.
3  THE WITNESS:  Yeah, I signed the
4  affidavit, yes.
5  BY MR. GILMAN:
6  **Q   Do you know who created that affidavit?**
7  A   I do not remember the names of people, no.
8  **Q   Did you see any drafts of that affidavit**
9  **before the version that you signed?**
10  A   No.
11  **Q   Did you discuss the language that was**
12  **going to be included in that affidavit?**
13  A   No.
14  **Q   Did you review the language that was in**
15  **that affidavit before signing it?**
16  A   I reviewed it before I signed it, yes.
17  **Q   Had you seen the language or discussed the**
18  **language that was included in that affidavit before**
19  **you signed it?**
20  MR. NEWBY:  Objection to form; asked and
21  answered.
22  THE WITNESS:  I'm not quite sure what you
23  mean by "the language."
24  BY MR. GILMAN:
25  **Q   Had you seen any of the language that**

JEAN A. PEC

1
2  appeared in the affidavit before you signed it?
3  A   Had I seen it written?  No.
4  **Q   Was there any language in the affidavit**
5  **that you objected to or that you asked to be removed**
6  **from the affidavit?**
7  A   No.
8  **Q   Going back for a minute to the libraries**
9  **at George Washington, do you know when the Gelman**
10  **Library was opened?**
11  A   I could hazard a guess.
12  **Q   To the best of your knowledge, when was**
13  **the library opened?**
14  A   I believe the current building was opened
15  in the late 1960s.
16  **Q   Do you know when the CMS department was**
17  **created?**
18  A   No, I don't, as such.
19  **Q   Was there an entity that predated CMS that**
20  **performed similar role?**
21  A   Yes, there would have had to have been.
22  **Q   Do you know what that entity was?**
23  A   No, not specifically.
24  **Q   Was CMS -- sorry, I didn't mean to --**
25  A   The term "collections management services"

Exhibit 1
Page 000010

JEAN A. PEC

1  is a not common term to be used for cataloging
2  departments but -- at least among my colleagues.  It
3  was probably department -- the name of the
4  department before it became collection management
5  services was probably the cataloging department.
6      **Q    Was it already called collection**
7  **management services when you began working at George**
8  **Washington?**
9      A   Yes, it was.
10     **Q    How does the special collections at George**
11 **Washington library department fit in with the**
12 **library structure that you discussed so far?**
13         MR. NEWBY:  Objection; lack of foundation.
14         THE WITNESS:  Special collections
15 department houses the rarer materials owned by the
16 university libraries.  It also houses copies of all
17 the dissertations and theses.  It houses copies of
18 many of the university's publications.  It also has
19 a collection of Washingtoniana amongst its
20 collections.
21         It is physically housed within Gelman
22 Library.  It's a department of Gelman Library.  The
23 cataloging for that department, however, is done
24 within collections management services.

JEAN A. PEC

1      BY MR. GILMAN:
2      **Q    So would the special collections**
3  **department include archival material that you**
4  **described earlier?**
5      A   Archives, I believe, is an adjunct to it.
6      **Q    And are you aware whether CMS has always**
7  **handled the cataloging for the special collections?**
8      A   As far as I know, yes, it has, because
9  that's what I was told when I was hired.
10     **Q    Are you aware whether CMS was handling the**
11 **cataloging for special collections in the early**
12 **1980s?**
13     A   Yes, I am.
14     **Q    And was CMS handling the cataloging for**
15 **special collections in the early 1980s?**
16     A   As far as I know, yes.
17     **Q    And how do you know that?**
18     A   I know that because as head of the
19 department, when I came, I asked people what were
20 you doing, and what have you done as -- in my role
21 as department head.
22     **Q    Did you specifically ask what had been**
23 **going on more than a decade prior to your joining**
24 **the library?**

JEAN A. PEC

1      A   Yes, because you need to know procedures
2  and what might have changed or what might not have
3  changed.
4      **Q    Are there formal procedure material**
5  **manuals, books, things of that nature?**
6      A   No.
7      **Q    And this is true today and in your --**
8  **throughout the course of your experience with George**
9  **Washington?**
10     A   Uh-huh.  Yes, it is.
11     **Q    Do the procedures ever change over time?**
12         MR. NEWBY:  Objection to the form; vague.
13 You keep referring to "procedures."
14         THE WITNESS:  Do which procedures change?
15         BY MR. GILMAN:
16     **Q    Do the cataloging procedures that you use**
17 **at The George Washington University change over**
18 **time?**
19     A   Cataloging procedures, no.
20     **Q    Has any of the software or utilities you**
21 **use to catalog material changed since you've been a**
22 **member of George Washington University?**
23     A   I answered that earlier.
24     **Q    So during the course of your work at**

JEAN A. PEC

1  **George Washington, the software that you've used to**
2  **enter cataloging information has changed?**
3         MR. NEWBY:  Objection to form; "software"
4  is vague.
5         THE WITNESS:  The software which supported
6  Aladdin changed.  OCLC software is still OCLC.
7         BY MR. GILMAN:
8      **Q    So the OCLC software that's used today is**
9  **identical to that used in the 1990s?**
10     A   It is the same utility.
11     **Q    Is the interface identical?**
12     A   The interface actually has changed.
13     **Q    And has it changed periodically over the**
14 **time that you've used OCLC?  Has it been updated to**
15 **be more user friendly, things of that nature?**
16         MR. NEWBY:  Objection to form; vague,
17 "periodically."  What time period?
18         THE WITNESS:  OCLC changed its interface
19 several years ago, but everything is still based on
20 the MARC language.
21         BY MR. GILMAN:
22     **Q    Has OCLC changed to incorporate more**
23 **information as the MARC system has changed to**
24 **incorporate more information?**

Exhibit 1
Page 000011

JEAN A. PEC

1
2  A  I believe so.
3  Q  And has this happened during the time
4  period you've been at George Washington University?
5  A  Yes.
6  Q  And has it happened prior to you joining
7  The George Washington University in the 1980s
8  or '90s?
9  A  I would have no way of knowing that.
10  Q  Was the interface that you used at George
11  Washington University for OCLC different than the
12  interface you used at Notre Dame for using OCLC?
13  A  No, it was not different.
14  Q  During the period you were with Notre
15  Dame, did the interface for OCLC change as more MARC
16  fields became available?
17  A  I don't believe that it did.
18  Q  Could you walk through the process of how
19  a report such as the one referenced in your
20  affidavit would be received and cataloged by The
21  George Washington University library?
22  MR. NEWBY:  Objection to the form; calls
23  for a narrative.
24  THE WITNESS:  Because this is a
25  university-published report, it would have been

1  JEAN A. PEC
2  collected by the special collections department,
3  who -- which -- not a who, it's which -- would have
4  close upon receipt given the material to CMS.
5  Staff member in CMS would have looked at
6  the title page, looked at the pagination, measured
7  the document, determined what subject the -- subject
8  or subjects the report was about and proceeded to
9  create a cataloging record in OCLC in Mark.
10  When we're done with the cataloging
11  record, they would have hit the button that -- which
12  would tell OCLC yes, this record is complete, it's
13  done.
14  They then would have had that record
15  transferred -- no, it would have been transferred to
16  a file.  At that time they then would have ordered
17  cards, catalog cards, which would be later sent to
18  the library.
19  The piece would then have had its call
20  number written in, stamped.  It would have been
21  put -- possibly put into some type of covering, or
22  possibly because it was going to be in special
23  collections and not the stacks, would have been then
24  returned to the special collections department.
25  BY MR. GILMAN:

1  JEAN A. PEC
2  Q  And do you know what the process would
3  have been like before CMS was created?
4  A  I can assume that it would have been very
5  similar.
6  Q  Have you done any research into the
7  procedures that were used by the cataloging
8  department or whatever entity predated CMS?
9  A  Research?  Would you explain?
10  Q  Have you talked to anybody about the
11  procedures used before CMS was created?
12  A  No.
13  Q  Have you looked at any documents regarding
14  what procedures were employed before CMS was
15  created?
16  A  No.
17  Q  Do you know what the procedure would have
18  been like before OCLC was used?
19  A  No.
20  Q  Have you talked to anybody or looked at
21  any documents regarding the procedure employed
22  before OCLC was used by George Washington?
23  A  No.
24  Q  Have you talked to anybody about whether
25  this was the procedure used in 1980 or 1981 at

1  JEAN A. PEC
2  George Washington?
3  A  I believe I've answered that question
4  before.
5  Q  Have you had any specific conversations
6  regarding what policies and procedures were used in
7  1980 and 1981 to catalog special collection material
8  at George Washington University?
9  A  No.
10  Q  Once the material was returned to special
11  collection, do you know where it would be shelved or
12  maintained?
13  A  No, I don't.
14  Q  Do you believe it would be somewhere
15  within the physical boundaries of the special
16  collection portion of the library?
17  A  I would assume.
18  Q  Do you know how long it takes from when a
19  new material is received by special collection to go
20  through the process you described and to be returned
21  to special collection?
22  A  I do not know how long it takes special
23  collections to move something from their possession
24  to CMS, how long they might hold something.  But
25  once it enters CMS, it is out of the room within

Exhibit 1
Page 000012

Page 46

JEAN A. PEC

1     that day.
2        Q   You mentioned earlier that -- I believe
3     you used the word "covered," material might be
4     covered before being returned?
5        A   Uh-huh.
6        Q   Is that similar to binding?
7        A   No.  Covering, it might be put into like a
8     manila cover, a pamphlet binder, something to keep
9     it from bending and flopping.
10       Q   Would this be something that's done within
11    OCLC -- I mean, sorry, within CMS?
12       A   Yes.
13       Q   Would material ever be sent out to be
14    bound before being shelved?
15       A   Yes, it would.  It is often.  Or not
16    often.  It is sometimes.
17       Q   Which department is responsible for that
18    part of the processing?
19       A   CMS.
20       Q   And would that be done around the same
21    time of when you were discussing covering of a
22    document?
23       A   The determination whether to bind or to
24    cover is made -- is made at one point.

TSG Reporting - Worldwide    877-702-9580

Page 47

JEAN A. PEC

1        Q   So covering is one possibility; binding is
2     another?
3        A   Yes.
4        Q   And sometimes material is just returned
5     unchanged?
6        A   Yes, yes.
7        Q   Who does the binding for material that CMS
8     decides to bind?
9        A   The name of the company is now -- it's
10    changed names in the past 15 years, and they just
11    merged and changed their name.
12       Q   It's an outside vendor, though; it's not
13    George Washington?
14       A   It's an outside vendor, yes.  It's not
15    within Washington.  It's in Petersburg, Virginia.
16       Q   Do you have an idea of how long it takes
17    material to be sent out, bound and returned?
18       A   Two weeks.
19       Q   Do you have an idea how long it took
20    material to be bound in 1980/1981?
21       A   No, I don't.
22       Q   Is it possible it was longer than two
23    weeks?
24       MR. SMITH:  Object to the form of the

TSG Reporting - Worldwide    877-702-9580

Page 48

JEAN A. PEC

1     question.
2        THE WITNESS:  I -- I'm not a binder.
3        BY MR. GILMAN:
4        Q   When you were with Notre Dame in
5     1980/1981, did you ever have involvement with
6     material that was sent out to be bound?
7        A   Yes.
8        Q   Do you remember about how long it took
9     material to be bound in those days?
10       A   No, I don't.
11       Q   Do you know what special collections --
12    and maybe you've already answered this question.  Do
13    you know what special collections -- actually, let
14    me strike that.  I think you did already talk about
15    that.
16       MR. SMITH:  Tim, could I interrupt for a
17    minute?  Could we perhaps go off the record?
18       MR. GILMAN:  Sure.
19       VIDEO OPERATOR:  Time is 11:16.  We're
20    going off the record.
21       (Recess.)
22       VIDEO OPERATOR:  The time is 11:27 a.m.
23    We're back on the record.
24       BY MR. GILMAN:

TSG Reporting - Worldwide    877-702-9580

Page 49

JEAN A. PEC

1        Q   Ms. Pec, before we took a break, we were
2     talking a little bit about the special collection
3     department.  Do you understand how material is
4     indexed or referenced within the special collection
5     department?
6        MR. NEWBY:  Objection to form; "indexed,"
7     "referenced" vague.
8        THE WITNESS:  The special collections
9     department's material is cataloged in Aladdin, and
10    that's how it's indexed or referenced, if I
11    understand your terms "indexed" and "referenced."
12       BY MR. GILMAN:
13       Q   And as part of that process, it's provided
14    with a call number; is that correct?
15       A   Yes.
16       Q   Would there be ways to -- let me strike
17    that.
18       Is it provided with any other index number
19    or reference point other than the call number to
20    locate the document?
21       A   To locate the document -- physically
22    locate the document?
23       Q   Correct, yeah.
24       A   The location or the -- in this case

TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000013

JEAN A. PEC

1 special collections, is part of that. And then the
2 call number should tell the -- whoever is hunting
3 for the material where it's at. Now, special
4 collections may do something else internally, but
5 the catalog says the department or collection and
6 the call number.
7 **Q So to the best of your understanding,**
8 **somebody would ask special collection to find**
9 **something by the call number, and they would use**
10 **that call number to physically locate the document?**
11 A To the best of my knowledge, yes.
12 **Q And if an item did not have a call number,**
13 **how would it be located physically?**
14 A If it had not yet been cataloged but the
15 library knew that it had been -- the department knew
16 that it had been received, they would -- I could
17 only speculate, they would most probably look and
18 see is it here.
19 **Q If it were accidentally shelved without a**
20 **call number, would it be possible to physically**
21 **locate that document?**
22 A I can't answer that.
23 **Q If a document were labeled with an**
24 **incorrect call number that did not match the OCLC**

TSG Reporting - Worldwide   877-702-9580

JEAN A. PEC

1 **reference, would it be difficult to physically**
2 **locate that document?**
3 MR. NEWBY: Objection to form;
4 "difficult."
5 THE WITNESS: I don't know who you mean
6 would be locating it. If I were locating it, it
7 would be one thing. If someone else were locating
8 it, it might be something else.
9 So I -- I'm sorry.
10 BY MR. GILMAN:
11 **Q Okay. If you were trying to find in any**
12 **of the library's collections a document, and the**
13 **card catalog listed a call number for that document,**
14 **and for whatever reason, the physical copy of the**
15 **document had a different call number, would you have**
16 **difficulty locating that physical copy of the**
17 **document?**
18 A I might. I would probably look near where
19 that document was.
20 **Q Are there any other --**
21 A And I would know to reverse numbers and
22 look for other possible ways that it might have been
23 shelved.
24 **Q Are there any other, that you're aware of,**

TSG Reporting - Worldwide   877-702-9580

JEAN A. PEC

1 **physical references to a document besides the call**
2 **number that you could use if a call number was**
3 **incorrect?**
4 A Physical references? I'm not quite sure
5 what you mean.
6 **Q Well, in the sense that a call number**
7 **provides, to some extent, a physical location for a**
8 **document, are there other systems that are used, to**
9 **the best of your knowledge, within George Washington**
10 **to provide a location reference for a document?**
11 A Knowing what collection the title was part
12 of would be a help to finding it.
13 **Q For instance, if something was in special**
14 **collections, if it was in --**
15 A Yes, or if it was in reference.
16 **Q -- reference, okay.**
17 A Yes.
18 **Q Other than the identity of which**
19 **collection it is and the specific call number**
20 **assigned to a document, are there other indications**
21 **of the physical location of a document within George**
22 **Washington?**
23 A Actually, there is. The size of the
24 document, the physical height of the document. If

TSG Reporting - Worldwide   877-702-9580

JEAN A. PEC

1 materials are over specific heights, they are
2 shelved in other areas.
3 **Q Is that indicated on the call number**
4 **somehow or in the collections?**
5 A It's indicated in the bibliographic
6 record. And if the document were larger than the
7 specific -- over the specifications, then the
8 location would be a slightly different location.
9 **Q If it were too big to fit on the shelf**
10 **with the rest of the material, there would be**
11 **oversized?**
12 A It would be oversized.
13 **Q Other than the oversized designation, the**
14 **collections designation and the call number, are**
15 **there any other indications as to the location of**
16 **the physical document?**
17 A Actually, if the document were checked out
18 to someone, the catalog would say that it was
19 charged out, and that would indicate that it is not
20 at the library.
21 **Q Other than that designation, are there any**
22 **other designations that would indicate the physical**
23 **location?**
24 A Not that I can think of at this time.

TSG Reporting - Worldwide   877-702-9580

Exhibit 1
Page 000014

JEAN A. PEC

1            JEAN A. PEC
2   **Q  Do you know how material from the special**
3  **collections department is accessed by library**
4  **patrons?**
5     MR. NEWBY: Objection; vague. "Accessed."
6     THE WITNESS: I know that the special
7  collection material is not out on open shelves, that
8  patrons have to ask for a staff member to retrieve
9  the material for them.
10     BY MR. GILMAN:
11   **Q  What do you mean by "open shelves"?**
12   A  If you go into the stacks of a library, if
13  you can go into them, they're open. If you are not
14  allowed in, then it's not open access.
15   **Q  Is there a corresponding term for things**
16  **that are not open shelved? Are they close shelved?**
17   A  In some libraries they could be closed --
18  they could be call that. In Gelman, they're in
19  special collections.
20   **Q  In general, with Gelman Library, who can**
21  **access the library? Is it open to all members of**
22  **the public?**
23   A  No, it is not.
24   **Q  Who is allowed access to Gelman Library?**
25   A  I don't specifically know everyone who is

1            JEAN A. PEC
2  allowed. I know that students -- current students,
3  faculty and staff, members of the Friends of the
4  Library are allowed access. Patrons who wish to
5  view government documents are also allowed access to
6  the building.
7   **Q  What did you mean by "Friends of the**
8  **Library"?**
9   A  The Friends of the Library is a -- a
10  support -- "support" is the wrong word. I'll have
11  to explain that.
12     Friends of the Library is an organization
13  formed to provide fiscal as well as -- "moral" is
14  the wrong word -- support to the library. Friends
15  of the Library are -- may be former graduates. They
16  may be former faculty members. They may be -- they
17  are members of the community who are interested in
18  the library, in its collections and seeing that they
19  are -- that they are supported, furthered, provide
20  extra fiscal support.
21     It's something that you pay to become.
22   **Q  Do you know how much one would pay to**
23  **become a friend of the library?**
24   A  No, I don't.
25   **Q  How would -- or would a general member of**

1           **JEAN A. PEC**
2  **the public be able to access Gelman Library? For**
3  **instance, if I had a free afternoon and wanted to**
4  **walk down to the library, how would I be able to get**
5  **in?**
6   A  Well, you could say you were coming to
7  look at government documents, in which case we must
8  let you in. You could call a member of the staff
9  and ask if you could be put on the entry list.
10   **Q  Do you know what the criteria is to be**
11  **placed on the entry list?**
12   A  Well, someone asks me, that they need to
13  come in to see me or something, I might do that.
14   **Q  Are there general policies regarding who**
15  **should or should not be put on the entry list?**
16   A  Not that I'm aware of.
17   **Q  Are you aware what the criteria were in**
18  **1980 or 1981 regarding placing people on the entry**
19  **list for the library?**
20   A  No.
21   **Q  When you stated that access is granted for**
22  **people trying to find government documents, what**
23  **types of documents are those? Or what did you mean**
24  **by "government documents"?**
25   A  The depository system, I believe, requires

1            JEAN A. PEC
2  that people wishing to see U.S. government documents
3  be allowed to do that.
4   **Q  So U.S. government documents refers to**
5  **material produced by the U.S. government?**
6   A  Yes, published by the U.S. government.
7   **Q  Within Gelman Library, now directing our**
8  **attention to the special collections, these are not**
9  **open shelved collections, as you stated earlier?**
10   A  That is correct, these are not open
11  shelves.
12   **Q  Who would have physical access to the**
13  **special collections holdings?**
14   A  Staff that work in special collections
15  department.
16   **Q  And to the best of your knowledge, would**
17  **anybody other than staff have access to the special**
18  **collections department?**
19   A  Of course, if the library director came,
20  he would have access. Library staff would have
21  access. But special collections staff would know
22  where materials were.
23   **Q  So outside of library employees, general**
24  **members of the public could not get into the special**
25  **collections?**

Exhibit 1
Page 000015

JEAN A. PEC

1 
2    A   No.
3    Q   Do you know what the policies are for the
4 special collections department for checking out
5 materials?
6    A   I believe that materials are not allowed
7 to be circulated.
8    Q   By "circulated," you mean they're not
9 allowed to leave the library premises?
10   A   Yes.  They -- not allowed to leave the
11 room, unless permission would be given to move the
12 material, say, to the reference department or
13 somewhere else.  But they definitely would not be
14 permitted to leave the building.  That's why they're
15 special.
16   (Laughter.)
17   Q   So say a library patron, a George
18 Washington student, desired to get access to
19 something in the special collections department.
20 How would they go about that process?
21   A   They would first determine if the material
22 were in special collections by checking the Aladdin
23 catalog.  Then they would go to the special
24 collections department and say "I want" whatever.
25   Q   Do you know if members of the general

JEAN A. PEC

1 
2 public can approach the special collections
3 department and request material?
4    A   If they're in the building, yes.  If
5 they're allowed in the building.
6    Q   So obviously, if they're not in the
7 building, they can't request material?
8       MR. NEWBY:  Objection to form to the
9 extent it mischaracterizes the testimony.
10      MR. SMITH:  I'm sorry, was that a
11 question, and were you answering it?
12      THE WITNESS:  I'm sort of -- could you
13 repeat that, please?
14      BY MR. GILMAN:
15   Q   Sure.  I was --
16   A   There's something in the way that you
17 asked it and --
18   Q   If a person were not -- maybe I can state
19 it a little simpler.
20      To request material from the special
21 collections department, you generally have to be
22 physically present at the special collections
23 department?
24   A   No, you do not.
25   Q   Okay.  That's what I was trying to

JEAN A. PEC

1 
2 understand.
3    A   You do not have to be physically present
4 to ask to see materials from anywhere in the
5 library.
6    Q   But you would have to be physically
7 present to actually see the materials in the special
8 collections department, because they're not
9 circulated?
10   A   Yes, except that if someone wanted to see
11 something by interlibrary loan, material could be
12 photocopied, back when there was photocopying, it
13 could be scanned and sent, now that there is that
14 ability.
15   Q   Would original material from the special
16 collections department ever be sent via interlibrary
17 loan?
18   A   The original material -- I cannot
19 personally answer that.
20   Q   Is it your general understanding whether
21 original material ever leaves the physical Gelman
22 Library building as part of the normal operation of
23 the special collections department?
24   A   What do you mean by the term "original
25 material"?  I'm realizing I don't understand what

JEAN A. PEC

1 
2 you mean by that, and so I can't --
3    Q   Maybe -- I am probably using the wrong
4 terminology to refer to library material.
5    A   I'm not understanding what you mean by the
6 term "original material."
7    Q   Within the special collections department,
8 there are physical materials?
9    A   Yes.
10   Q   Would those physical materials ever be
11 sent outside of Gelman Library via interlibrary
12 loan, to the best of your --
13   A   To the best of my knowledge, no.
14   Q   And I believe you testified earlier that
15 it might be possible to have reproductions made of
16 this material if they were requested via
17 interlibrary loan?
18   A   Yes.
19   Q   Do you know what the policies are for the
20 special collections department for photocopying
21 material?
22   A   No, I don't.
23   Q   And is it correct that you're not aware
24 what the policies were in 1980 or 1981 for --
25   A   Yes, it is correct that I do not know what

Exhibit 1
Page 000016

JEAN A. PEC

1  the policies were in 1980 or 1981.
2      Q   If someone who was physically at Gelman
3  Library went to the special collections department
4  to request access to material, do you understand
5  what the policies or criteria would be for granting
6  access to that individual?
7      A   No, I don't.
8      Q   Are you aware generally what the
9  interlibrary loan policy of George Washington
10 University was in 1980 or 1981?
11     A   No.
12     Q   Regarding physical access to Gelman
13 Library, are there student IDs or other
14 identification that must be shown to qualify
15 somebody as being within one of the groups you said
16 has access to the library?
17     A   Yes, there is security in the building.
18     Q   Switching topics to OCLC in particular,
19 first of all, I don't know if you've already stated
20 this for the record, but do you know what OCLC
21 stands for?
22     A   No, I couldn't tell you what the
23 initialism stands for.
24     Q   Actually, it might be in your affidavit,
25

TSG Reporting - Worldwide    877-702-9580

JEAN A. PEC

1  so we can look at that in a minute.
2      Have you ever worked for OCLC?
3      A   Have I ever been an employee of OCLC?  No.
4      Q   Do you have an understanding of who can
5  upload material to OCLC?
6      A   Yes, I do have an understanding.  Staff
7  who have been trained in my department may do that.
8      Q   How would one of the members of the staff
9  actually access OCLC to upload new material?
10     A   They would have their log-in to the
11 computer system.  The log-in then gives them the
12 authority to add records or to order catalog cards,
13 or catalog records, I should say now.
14     They search first to see if the title that
15 they're working on is already in the database.  And
16 they may search it by author, by title, by ISBN,
17 international standard book number.  They may search
18 it by the name of the series, whatever they search.
19     They determine yes, there is a record.
20 They then can order that record with a function key.
21 They can -- if they determine there is not a record,
22 they can call up a work form, enter the material in
23 MARC language from work that they're working on and
24 save the record and bring it, mark it to be
25

TSG Reporting - Worldwide    877-702-9580

JEAN A. PEC

1  transferred back into the database, and/or, back in
2  1980, order catalog cards.
3      Q   So in the 1980/'81 time frame, physical
4  catalog cards would be ordered from OCLC?
5      A   Yes.
6      Q   And I'm imagining today it's done
7  electronically?
8      A   Yes.
9      Q   As part of accessing OCLC, a person would
10 have to enter a log-in, you said?
11     A   Yes, whether they're -- if they're a
12 cataloging staff, they need to enter a log-in.  If
13 they were an interlibrary loan staff member, they
14 need to enter a log-in.
15     Q   Is there a password associated with this
16 too?  Or a unique log-in that presumably means
17 you're somebody authorized to access OCLC?
18     A   Yes.
19     Q   Do you know if this is done today through
20 a Web site or through the Internet?
21     A   The -- it's now done all on the Internet.
22     Q   And at some point, was it done through
23 dedicated terminals or --
24     A   Yes, it was.
25

TSG Reporting - Worldwide    877-702-9580

JEAN A. PEC

1      Q   Do you know when it switched from
2  dedicated terminals to a more general Internet
3  connection?
4      A   In Gelman Library, we switched in, let's
5  see, 19 -- depended upon the development of personal
6  computers and what we would have available,
7  somewhere in the mid-1990s.
8      Q   Before that, there was a specific
9  dedicated terminal for access --
10     A   Yes, there was.  There was in 1993 when I
11 arrived.
12     Q   And would that terminal also be used to
13 access records on OCLC -- would have been used to
14 access records on OCLC?
15     A   Yes.
16     Q   To access records, would you also need to
17 enter a log-in?
18     A   Yes.
19     Q   And persons with a log-in to access
20 records would also have been this trained library
21 staff?
22     A   Yes.
23     Q   So assuming I were a GW student and could
24 go into Gelman Library at the time, I would not have
25

TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000017

Page 66

JEAN A. PEC

1    been able to walk up to the terminal and start using
2    it?
3        A    That is correct.  You would ask a staff
4    member.
5        Q    Do you know what the policies or
6    procedures were for determining who should have
7    log-ins to OCLC in the early 1980s at George
8    Washington?
9        A    No, I don't know specific policies.
10        Q    Do you know the identity of the persons
11    that had access to OCLC in the early 1980s at George
12    Washington?
13        A    No, I don't.
14        Q    Do you know whether the procedures that
15    you're aware of for George Washington University
16    regarding the access for OCLC were generally
17    equivalent to those at other libraries?
18        A    Yes, I -- they were equivalent, I would
19    say.
20        Q    So in the time frame when there were
21    dedicated terminals in other libraries, it would be
22    a similar process that there would be a log-in or an
23    ID and that specific individuals would have log-ins
24    to access OCLC?

Page 67

JEAN A. PEC

1        A    That is correct.
2        Q    I may have already asked this, but do you
3    know when George Washington became a member of OCLC?
4        A    You did ask that, and I don't specifically
5    know, except it was at least in 1980.
6        Q    And you know that from the OCLC entry,
7    such as the one that was attached to your affidavit?
8        A    Yes.
9        Q    Do you know whether other users of OCLC
10    outside of George Washington can access George
11    Washington's entries that they have uploaded to
12    OCLC?
13        A    Yes, they can.
14        Q    Is it possible for a library or other
15    institution to use OCLC privately for their own
16    cataloging needs?
17        A    What do you mean by the term "privately"?
18    I'm sorry.
19        Q    Without allowing other institutions to
20    access the records that they have loaded.  In other
21    words, just to use it as a tool for their own
22    cataloging.
23        A    As far as I know, that's not possible.
24    It's a shared database.

Page 68

JEAN A. PEC

1        MR. GILMAN:  I would like to mark as Pec
2    Exhibit 1 a document bearing production numbers
3    DELL366644 through 366799.
4        (Pec Exhibit 1 identified.)
5        BY MR. GILMAN:
6        Q    What's been marked as Exhibit 1 is a copy
7    of the report that's referenced in your affidavit?
8        A    Okay, uh-huh.
9        Q    And the designation in the upper left-hand
10    corner that reads "SPEC T 385 .F62," is that the
11    call number for the document?
12        A    That is the call number and label, uh-huh.
13        Q    SPEC refers to the --
14        A    Special collections.
15        Q    And then T 385 .F62 is the --
16        A    The call number itself.
17        Q    So that's what would be used to physical
18    locate the document within special collections?
19        A    Yes.
20        Q    Now, is there any evidence from the
21    document itself, Pec Exhibit 1, when this document
22    was received or cataloged by George Washington
23    University?
24        A    From the report itself, no.

Page 69

JEAN A. PEC

1        Q    Do you know whether copies of this report
2    were ever sent to other libraries?
3        A    I have no knowledge of that.
4        Q    Have you physically seen the copy of the
5    report that this was copied from?
6        A    No.
7        Q    Do you know whether this is a bound item
8    or not?
9        A    No, I don't.
10        Q    Do you know who generated the cover page
11    for Pec Exhibit 1?
12        A    No.
13        Q    Can you tell whether this was part of the
14    report or generated by the library as part of the
15    covering process?
16        A    Actually, I would only be speculating.
17    But as it is -- as is printed on the bottom, "School
18    of Engineering and Applied Science" is the
19    cataloger, I would assume that School of Engineering
20    and Applied Science produced the cover.
21        Q    Do you know where this document is
22    physically maintained at George Washington?
23        A    I would assume, given the location here
24    and -- that it was within the special collections.

Exhibit 1
Page 000018

Page 70

1          JEAN A. PEC
2     Q   Do you know within special collections,
3  where this document is physically maintained?
4     A   No.
5     Q   When was the first time you saw this
6  document?
7     A   I never saw the original.  You mean when
8  was the first time I saw the copy?
9     Q   When was the first time you saw a copy of
10  this document?
11     A   When my deposition was sent to me.  When
12  the copy was --
13     Q   I'm sorry, did you mean when your
14  affidavit was sent to you?
15        THE WITNESS:  Is that the correct term?
16        MR. SMITH:  We haven't seen the affidavit
17  yet in the deposition, so I think that may be the
18  source of the confusion.  But if it is the same
19  affidavit we've been speaking about previously,
20  then -- the September 14, 2007 document, then yes,
21  that is an affidavit and not the deposition.
22        BY MR. GILMAN:
23     Q   Okay.  Do you know how this document was
24  obtained from -- this copy of the document was
25  obtained from George Washington University?
        TSG Reporting - Worldwide    877-702-9580

Page 71

1          JEAN A. PEC
2     A   Specifically, no.
3        MR. GILMAN:  I'd like to mark as Pec
4  Exhibit 2 a one-page document bearing production
5  number DELL366800.
6        (Pec Exhibit 2 identified.)
7        BY MR. GILMAN:
8     Q   Ms. Pec, is it correct that Pec Exhibit 2
9  is a copy of the OCLC record for the report?
10     A   Yes, it is.
11        MR. SMITH:  And I'm sorry, sir.  And by
12  "report," you're referring to Pec Exhibit 1?
13        MR. GILMAN:  Correct.
14        THE WITNESS:  Thank you.
15        BY MR. GILMAN:
16     Q   Are you aware how Pec Exhibit 2 was
17  created or where it was accessed from?
18        MR. SMITH:  That's compound, sir.
19        THE WITNESS:  Yes, please clarify.
20        BY MR. GILMAN:
21     Q   When was the first time you saw Pec
22  Exhibit 2?
23     A   I searched for the record in OCLC when I
24  was asked about the title.
25     Q   So this would have been in September of
        TSG Reporting - Worldwide    877-702-9580

Page 72

1          JEAN A. PEC
2  2007?
3     A   Uh-huh, yes.
4     Q   And subsequent to your first conversation
5  with Mr. Newby?
6     A   Yes.
7     Q   And Pec Exhibit 2 lists some information
8  regarding the report and how it is cataloged; is
9  that correct?
10     A   It -- it is the cataloging record.  It is
11  a copy of the OCLC cataloging record for the report.
12     Q   So is this -- and I'm just trying to
13  understand.  Is this an entry that's maintained by
14  OCLC?  Is it part of the local catalog for GW, or is
15  it both?
16     A   It is both maintained in OCLC and in
17  Aladdin.
18     Q   So somebody using The George Washington
19  University library who was looking up material would
20  see something like this?
21     A   They would see -- this is the MARC
22  version, not the public version.
23     Q   Okay.  And what are the differences
24  between the MARC version and the public version?
25     A   The public version would not have what is
        TSG Reporting - Worldwide    877-702-9580

Page 73

1          JEAN A. PEC
2  across the top, which we call the fixed field, with
3  the OCLC record number and all the other things and
4  the type and all that information.  It would not
5  have the MARC tags down the left corner -- the left
6  side.
7        Instead, you would see on a catalog card,
8  or now on a screen, on your computer screen, you
9  would see the phrase "title," and after that would
10  appear what is listed in the 245 line, "Extension of
11  the core graphics system," et cetera, et cetera.
12        You could then see the word "author," and
13  you would see Foley, James D.
14        You would see the publisher, the size of
15  it perhaps.  You would see the subject heading.
16  Computer graphics, it would say subject heading
17  rather than 650-0.
18        Other authors are listed below.  You would
19  see an entry for George Washington University,
20  School of Engineering and Applied Science.  It would
21  be listed among the other authors, as would United
22  States National Aeronautics and Space Administration
23  listed as another author.
24     Q   So the information -- I'm sorry.
25     A   And the call number would not appear in
        TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000019

Page 74

JEAN A. PEC

1 the field marked 090. It would then appear under
2 something which would tell you call number, and then
3 there would also be something else, which would then
4 tell you where in the library it was located. That
5 does not appear in the bibliographic record. It
6 appears in the holdings record.
7 **Q   So this is the bibliographic record, not**
8 **the holdings record?**
9    A   Yes, it is.
10 **Q   And the holdings record would have a**
11 **subset of the information maintained in the**
12 **bibliographic record?**
13    A   It would have the call number. It would
14 also list the title. It would also then say the
15 location of the material.
16 **Q   And the numbers on the left-hand column of**
17 **Pec Exhibit 2, those are what you referred to as**
18 **MARC tags?**
19    A   Yes, they are.
20 **Q   So when we were discussing earlier about**
21 **specific information fields, those numbers**
22 **designated specific information field according**
23 **to --**
24    A   Yes, they do.

TSG Reporting - Worldwide   877-702-9580

Page 75

JEAN A. PEC

1 **Q   An example, line 090 is the call number?**
2    A   Yes, it is.
3 **Q   And that reads T385 .F63.**
4    A   Yes.
5 **Q   And then there are other ones, such as the**
6 **author's name, the title and so on?**
7    A   Yes, that's correct.
8 **Q   At the very top of Pec Exhibit 2, there is**
9 **a line -- the second line down, which reads in part**
10 **"Held by DGW - no other holdings."**
11    A   Yes.
12 **Q   Does "DGW" refer to --**
13    A   The George Washington University library,
14 Gelman Library.
15 **Q   So the DGW specifically refers to Gelman**
16 **Library?**
17    A   It specifically refers to Gelman Library,
18 Mount Vernon or Northern Virginia branches of the
19 Gelman Library.
20 **Q   What does the "no other holdings" --**
21    A   It means that no other library has gone in
22 and used this record to provide themselves with a
23 copy of the cataloging record.
24 **Q   So would that indicate that no other OCLC**

TSG Reporting - Worldwide   877-702-9580

Page 76

JEAN A. PEC

1 **member has cataloged this document?**
2    A   It would indicate that no other OCLC
3 member library has used this record to catalog this
4 document. It does not mean that they do not have
5 the document. Not all libraries have converted
6 their card catalogs to an online system. So they
7 may not have used this record.
8 **Q   When you say they might not have converted**
9 **to an online system, is that the same or different**
10 **than they might not be using OCLC?**
11    A   That is different.
12 **Q   So some libraries may still use OCLC with**
13 **physical cards?**
14    A   Yes.
15 **Q   And if a library using a physical card**
16 **received a new acquisition, they would go into OCLC,**
17 **look up that information and then order cards if an**
18 **entry already existed?**
19    A   Uh-huh, yes, that's correct.
20 **Q   If somebody did that for the report, for**
21 **Pec Exhibit 1, would that also show up in that top**
22 **line, even if it was just a physical copy that they**
23 **ordered? Are you aware whether or not it would show**
24 **up?**

TSG Reporting - Worldwide   877-702-9580

Page 77

JEAN A. PEC

1    A   A library could order cards without
2 putting their holdings on the record.
3 **Q   Is it your usual practice to order cards,**
4 **electronic or physical, without putting your**
5 **holdings on the record?**
6    A   No, it is not the practice at George
7 Washington University.
8 **Q   Has it been the practice of any library**
9 **that you've worked at to order cards without putting**
10 **your holdings on the record?**
11    A   I have worked at three libraries, and the
12 two that used OCLC did not do that.
13 **Q   Are you personally aware of any libraries**
14 **that use OCLC that order cards without putting their**
15 **holdings on the record?**
16    A   In my memory?
17 **Q   To the best of your knowledge.**
18    A   To the best of my knowledge, no.
19    MR. GILMAN: I think we're about to have
20 to switch the videotape, so we can take a quick
21 break.
22    VIDEO OPERATOR: Time is 12:09. We're
23 going off the record. This is the end of tape
24 number 1, going on to tape number 2.

TSG Reporting - Worldwide   877-702-9580

Exhibit 1
Page 000020

Page 78

JEAN A. PEC

1          JEAN A. PEC
2    (Recess.)
3          VIDEO OPERATOR:  The time is 12:18 p.m.
4    This is the beginning of tape number 2 in the
5    deposition of Jean Pec:
6          BY MR. GILMAN:
7    **Q    Turning back to Pec Exhibit 2, the**
8    **bibliographic data for the report that's Pec Exhibit**
9    **1, who maintains this record?  Is this maintained on**
10   **an OCLC database?**
11        A    Yes, it is.  And then Gelman's version
12   of -- Gelman's copy of the record is maintained in
13   Aladdin and is maintained by my department.
14   **Q    And Gelman's copy of the record is, I**
15   **forget the term you used, is different than the**
16   **bibliographic record?  It's --**
17        A    Gelman's copy of the record is a copy of
18   the bibliographic record used in the current
19   Endeavor software.
20   **Q    Okay.  Just to make sure I have it clear,**
21   **this record, Pec Exhibit 2, was accessed from a**
22   **database maintained by OCLC?**
23        A    Yes.
24   **Q    And you're not personally involved in how**
25   **OCLC maintains its databases?**

          TSG Reporting - Worldwide    877-702-9580

Page 79

JEAN A. PEC

1          JEAN A. PEC
2        A    No, I am not.
3    **Q    You're not aware of the physical equipment**
4    **they use, their methodology, their processes and**
5    **procedures?**
6        A    As such, no.
7    **Q    At the top of Pec Exhibit 2, there are two**
8    **entries, one that reads "Entered" and then**
9    **"19800930"?**
10       A    Yes.
11   **Q    And do you believe this reflects the date**
12   **the entry was first created?**
13       A    I know that it reflects the date that the
14   entry was first created.
15   **Q    To the best of your knowledge, who creates**
16   **the information that's provided in that "entered"**
17   **field?**
18       A    The computer at OCLC creates that.
19   **Q    And do you know how the computer at OCLC**
20   **creates that date?**
21       A    No, I don't, sir.
22   **Q    Do you know -- let me back up one second.**
23       **Are changes ever made to entries in the**
24   **OCLC database?**
25       A    Changes can be made to entries in the OCLC

          TSG Reporting - Worldwide    877-702-9580

Page 80

JEAN A. PEC

1          JEAN A. PEC
2    database.  However, the entered date cannot be
3    changed.
4    **Q    And why can the entered date not be**
5    **changed?**
6        A    Because it's set by the computer.
7    **Q    The OCLC computer?**
8        A    Yes.
9    **Q    If there were ever a computer glitch or an**
10   **error in the entered date, would it be possible to**
11   **correct that error?**
12       A    I'm sorry, I don't understand your
13   question.
14   **Q    If when a record were created for whatever**
15   **software, bug or mistake, information were not**
16   **correct in the entered field, are you aware whether**
17   **OCLC would be able to correct that information?**
18       MR. NEWBY:  Objection to form; lack of
19   foundation, incomplete hypothetical.
20       THE WITNESS:  I don't know.
21       BY MR. GILMAN:
22   **Q    I think you testified earlier that in the**
23   **1980/81 time frame, George Washington University**
24   **would have requested physical card copies from OCLC?**
25       MR. NEWBY:  Objection to the form, to the

          TSG Reporting - Worldwide    877-702-9580

Page 81

JEAN A. PEC

1          JEAN A. PEC
2    extent it mischaracterizes her prior testimony.
3        THE WITNESS:  Prior to having an online
4    catalog, libraries, including George Washington
5    University Gelman Library, used card catalogs, yes.
6        BY MR. GILMAN:
7    **Q    When did George Washington University**
8    **Gelman Library switch from a card catalog to an**
9    **online catalog, to the best of your knowledge?**
10       A    I can't give you a specific date, because
11   I honestly don't remember.
12   **Q    Do you remember if it were -- if it was**
13   **after you became an employee of George Washington?**
14       A    It was definitely before I became an
15   employee of George Washington University.
16       VIDEO OPERATOR:  I'm sorry, we have some
17   BlackBerry interference, if anyone turned theirs on.
18       MR. GILMAN:  I think mine is off.
19       VIDEO OPERATOR:  Okay.
20       MR. GILMAN:  We can take a break if you
21   need to fix it.
22       MR. SMITH:  It's possible that another
23   person in the building might have a BlackBerry.
24       VIDEO OPERATOR:  Time is 12:23.  We're
25   going off the record.

          TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000021

Page 82

JEAN A. PEC

1         JEAN A. PEC
2         (Discussion off the record.)
3         VIDEO OPERATOR:  Time is 12:24.  We're
4  back on the record.
5         BY MR. GILMAN:
6         Q   Do you know in the 1980/81 time frame, how
7  long it would have taken for a card catalog entry to
8  be generated by OCLC and sent to a library after the
9  information was uploaded into OCLC?
10        A   No, I don't.
11        Q   For the information on Pec Exhibit 2, next
12 to the entered date, there's a field called
13 "Replaced"?
14        A   Yes.
15        Q   And after "Replaced," there's a string of
16 numbers, 20040322?
17        A   Uh-huh.
18        Q   Does that mean that this record was
19 replaced on March 22, 2004?
20        A   Yes, it does.  It means something in the
21 record was changed, but I couldn't tell you what,
22 and I couldn't tell you who.
23        Q   Is there any indication in the
24 bibliographic information as to what fields might
25 have been altered?

TSG Reporting - Worldwide    877-702-9580

Page 83

JEAN A. PEC

1         A   No.
2         Q   In the column next to the MARC tags, do
3  you see there are some 1s, zeros and 2s?
4         A   Yes.
5         Q   Do you know what those numbers signify?
6         A   Yes.  They are more of the MARC tag.  The
7  101 specifies that the author's name is of one
8  portion.  In the 245, it specifies 1 and a zero to
9  say that the title begins with the first character
10 and nothing is to be skipped.  Zero indicates don't
11 skip anything.  If the title had begun with the word
12 "the," it would have been encoded 14, to skip THE
13 space and start.
14        Q   So these are to some extent formatting
15 instructions for generating the catalog entry?
16        A   Yes, that would be a possible way of
17 describing them.
18        Q   You may have a much better way of
19 describing them, but that's the general concept?
20        A   Yes.
21        Q   And below the information there are a list
22 of words, delete holdings, export, label, produce
23 and so on, at the very bottom of the --
24        A   Yes, this is part of the screen print, and

TSG Reporting - Worldwide    877-702-9580

Page 84

JEAN A. PEC

1         JEAN A. PEC
2  that is what appeared upon my computer screen when I
3  printed it.  Those are various functions which one
4  can now do online in OCLC.
5         Q   So these would be --
6         A   Nothing to do with the cataloging record
7  at all.
8         Q   These would be commands you could use to
9  use the record, in some sense?
10        A   Yes.
11        Q   For instance, export might send the
12 information contained herein to somewhere else?
13        A   Yes, to a library.
14        Q   And "report error," do you have an
15 understanding of when that would be used?
16        A   I've never used that.
17        Q   Do you have a general understanding of how
18 it would be used by a person using OCLC?
19        A   My staff have never done that, as far as I
20 know, so no, I don't.
21        Q   Would it seem reasonable that that would
22 be a command if a person detected an error in an
23 OCLC entry?
24        MR. SMITH:  Object to the form of that.
25        THE WITNESS:  I --

TSG Reporting - Worldwide    877-702-9580

Page 85

JEAN A. PEC

1         JEAN A. PEC
2         BY MR. GILMAN:
3         Q   You don't know one way or the other?
4         A   I don't know.
5         Q   What about the "replace" command?
6         A   I could not tell you.
7         Q   Do you know if anybody at George
8  Washington University has ever used the "replace"
9  command?
10        A   No, I don't.
11        Q   Does the entry at the top of the page that
12 lists the date after the replaced field indicate
13 that somebody at some time used the "replace"
14 command?
15        A   I don't know.
16        Q   So you don't know who may have replaced
17 portions of this entry on March 22, 2004?
18        A   No, I do not know who or what may have
19 replaced.
20        Q   So you don't know whether it was George
21 Washington or somebody outside of George Washington
22 who did that?
23        A   I have no idea.
24        Q   Do you know who would have access to this
25 record to be able to replace information?

TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000022

Page 86

JEAN A. PEC

1
2      A    No, I don't.
3      Q    Are you aware if any or all of the fields
4  can be or are capable of being replaced, other than
5  the enter date, which you testified about
6  previously?
7          MR. SMITH:  I'm sorry, but I think that
8  question is vague and may mischaracterize testimony.
9          THE WITNESS:  I'm not exactly sure, you
10  know, how to answer that question.
11          BY MR. GILMAN:
12      Q    Then I'll try to make it a better
13  question.
14      A    Say it another way.
15      Q    The record indicates that some information
16  was replaced on March 22, 2004; is that correct?
17      A    It does not necessarily say that some
18  information was replaced.  It said something was
19  done to it.  It doesn't necessarily say that
20  information was replaced.
21      Q    Something was done to it in 2004.
22      A    Excuse me.  Yes, something was done to it
23  in 2004.  Excuse me, I'm getting tired.
24      Q    You can't tell from the entry itself what
25  that something was that was done in 2004?

TSG Reporting - Worldwide    877-702-9580

Page 87

JEAN A. PEC

1
2      A    No.
3      Q    Do you know which fields or which
4  information that something could have been done to
5  in 2004?
6      A    No, I don't.
7      Q    Do you know whether anyone has ever
8  requested a copy of Pec Exhibit 1 via interlibrary
9  loan?
10      A    No, I do not.
11      Q    Do you know whether anybody has ever
12  requested a copy of Pec Exhibit 1 at the special
13  collections department of Gelman Library?
14      A    No, I do not.
15      Q    I have just a few follow-up questions
16  about OCLC.
17      A    Okay.
18      Q    This information -- or sorry, this
19  document that's Pec Exhibit 2.
20      A    Yes.
21      Q    This is what -- let me strike that and
22  start over.
23          Pec Exhibit 2 reflects the bibliographic
24  information for Pec Exhibit 1?
25      A    Yes, it does.

TSG Reporting - Worldwide    877-702-9580

Page 88

JEAN A. PEC

1
2      Q    Do you know how that bibliographic
3  information would have been kept, stored or used by
4  George Washington before OCLC was used?
5      A    I can speculate.
6      Q    Do you have any personal knowledge of the
7  policies and procedures used for bibliographic
8  information at George Washington before OCLC was
9  used?
10      A    No.
11      Q    So obviously, before George Washington
12  joined OCLC, nobody would have been able to use
13  records such as Pec Exhibit 2?
14          MR. NEWBY:  Objection to the form of the
15  question.
16          THE WITNESS:  If I understand your
17  question, I don't believe so.
18          MR. GILMAN:  I'd like to mark as Pec
19  Exhibit 3 a one-page e-mail from Larry Olszewski to
20  Tamir Packin, dated October 22, 2007.
21          (Pec Exhibit 3 identified.)
22          BY MR. GILMAN:
23      Q    Now, Ms. Pec --
24          MR. NEWBY:  One moment, please, Counsel.
25  Could I please take a minute to look at this?  Thank

TSG Reporting - Worldwide    877-702-9580

Page 89

JEAN A. PEC

1
2  you.
3          I'd like to object to this Pec Exhibit 3
4  to the extent that it's hearsay.
5          BY MR. GILMAN:
6      Q    Now, Ms. Pec, do you see that Pec Exhibit
7  3 purports to be an e-mail from Larry Olzsewski, a
8  director of OCLC?
9      A    I did not know that Larry Olszewski was
10  the director of OCLC.  It could purport to be that.
11      Q    But that's what the e-mail at least
12  reflects?
13      A    I would -- yes.
14      Q    And do you see that Mr. Olzsewski states
15  that George Washington University became a member in
16  February 1987?
17      A    Yes, I see that he says that, or that the
18  e-mail states that.
19      Q    Is it possible that George Washington
20  University did not become a member of OCLC until
21  February 1987?
22          MR. NEWBY:  Objection to the form of the
23  question; argumentative.
24          THE WITNESS:  I could -- I don't know.
25          BY MR. GILMAN:

TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000023

JEAN A. PEC

1
2    Q    Other than the entered date on Pec Exhibit
3    2, do you have any information that George
4    Washington University became a member of OCLC prior
5    to February 1987?
6    A    I do not have information, no.
7        MR. GILMAN:  I'd like to mark as Pec
8    Exhibit 4 a copy of the September 14, 2007
9    affidavit.
10       (Pec Exhibit 4 identified.)
11       BY MR. GILMAN:
12   Q    Now, Ms. Pec, could you take a minute to
13   look at Pec Exhibit 4 and confirm that this is the
14   affidavit that you signed on September 14?
15   A    Yes, it looks like it is.
16   Q    And the first time that you saw this
17   affidavit was on September 14?
18   A    If that's the day I signed it.  Yes.
19   Q    And did you review this affidavit to
20   assure it was accurate and truthful before you
21   signed it?
22   A    I looked through it.
23   Q    How much time did you spend looking at the
24   document?
25   A    Looking at the affidavit?

JEAN A. PEC

1
2    Q    At the affidavit.
3    A    I probably spent a minute or so, however
4    long it takes one to scan through.
5    Q    Are you aware of any inaccuracies in the
6    affidavit?
7    A    Actually, late yesterday afternoon when I
8    reviewed this, I noted that the MARC develop date,
9    point 6, was incorrect.  I said MARC was developed
10   in the late 1970s.
11   Q    And what do you believe is the correct
12   information?
13   A    It's what I mentioned earlier this
14   morning.  It was actually late 1960s, not the late
15   1970s.
16   Q    Are you aware of any other inaccuracies in
17   this affidavit?
18   A    No.
19   Q    Have you reviewed this affidavit since you
20   have signed it?
21   A    Yesterday afternoon.
22   Q    Other than the day that you signed it and
23   yesterday afternoon, have you ever reviewed this
24   affidavit?
25   A    No.

JEAN A. PEC

1
2    Q    How much time did you spend reviewing it
3    yesterday afternoon?
4    A    I sat and I read it through.  And I
5    noticed that that was incorrect.
6    Q    So would that be a few minutes reviewing
7    the document, do you believe?
8        MR. SMITH:  Yesterday you mean, sir?
9        MR. GILMAN:  Yesterday afternoon, correct.
10       THE WITNESS:  Yes.  Several minutes.
11       BY MR. GILMAN:
12   Q    Are you aware of anybody else at George
13   Washington University that was involved in the
14   creation of this affidavit?
15   A    No one as far as I know.
16   Q    In paragraph 3 of your affidavit, you
17   state that "For items like reports published by
18   academic departments within GWU -- such as the GWU
19   School of Engineering and Applied Science -- at
20   least one copy of the report may be delivered to the
21   Special Collections department of the Library."
22   A    Yes.
23   Q    I want to focus on the use of the word
24   "may."  Does that indicate that special reports may
25   not be delivered to the special collections

JEAN A. PEC

1
2    department of the library?
3    A    Yes.
4    Q    Do you know what the criteria is for
5    determining whether they should be delivered?
6    A    I don't know the specific criteria, no.
7    Q    Then you state that "Upon receipt, the
8    Special Collections department routes the report to
9    CMS for cataloging."
10   A    Yes, I stated that earlier when we spoke.
11   Q    And were you aware -- let me strike that.
12       Do you have personal knowledge as to what
13   the process and procedures were for reports within
14   GWU in the 1980/1981 time frame?
15   A    Was I personally there and working on them
16   then?  No.  I do know, however, in my position as
17   head of the department, when I came in in '93,
18   asking about procedures, I was told about the
19   procedures.  And they happened to match/parallel
20   procedures that were used at the University of Notre
21   Dame at that time.
22   Q    So you asked about the procedures that
23   were currently implemented at that time?
24   A    I asked about the procedures which were in
25   place and any prior procedures that might have been

Exhibit 1
Page 000024

Page 94

JEAN A. PEC

1
2 changed into the current ones and why they were
3 changed.
4     Q   Do you recall if you specifically
5 discussed the procedures in place in 1980 or '81
6 regarding reports from departments?
7     A   No, I do not recall.
8     Q   In paragraph 5, you state that "The vast
9 majority of" colleges -- excuse me, "The vast
10 majority of university and college libraries in the
11 United States and throughout the world use OCLC."
12     A   "To maintain and share cataloging
13 information," yes.
14     Q   Are you aware if that's an accurate
15 statement?
16     A   I believe it's accurate.
17     Q   What kind of information were you relying
18 upon when signing the affidavit that included that
19 statement?
20     A   The fact that I had said it and I knew
21 that there are thousands of university college
22 libraries which use -- utilize OCLC to catalog and
23 support their interlibrary loan.
24     Q   Are you aware whether in 1980, whether a
25 majority of libraries used OCLC?

Page 95

JEAN A. PEC

1
2     A   No, I am not aware in 1980.
3     Q   Are you aware that prior to 1977, OCLC was
4 not available outside of Ohio?
5     A   No, I'm not aware of that specifically.
6     Q   Are you aware when OCLC first began using
7 MARC tags?
8     A   No, I'm not.  However, didn't you just say
9 that OCLC was developed in 19 -- when?
10     Q   I believe I said it was not available
11 outside of Ohio before 1977.
12     A   Okay.  And MARC was developed in the late
13 1960s.
14     Q   Are you aware when OCLC was developed?
15     A   You just said -- well, it was developed
16 before it was available outside of Ohio.  It was
17 developed initially to support interlibrary loan and
18 catalog -- interlibrary loan within the state of
19 Ohio, as I recall.
20     Q   Are you aware if OCLC has ever used a
21 system other than MARC to maintain its records?
22     A   No, I'm not aware of that.
23     Q   I believe you testified earlier that New
24 York Public Library at some point switched from a
25 prior system to OCLC when the systems merged about a

Page 96

JEAN A. PEC

1
2 year and a half ago; is that correct?
3     A   Yes.
4     Q   Are you aware of other institutions or
5 libraries switching to OCLC at some time?
6     A   Switching to OCLC.  Do you mean switching
7 from -- from another vendor, such as RLG, which New
8 York Public Library was, or switching in another
9 way?
10     Q   I guess in both senses, switching from
11 another vendor or using OCLC as their first online
12 vendor.
13     A   I am not specifically aware of specific
14 libraries.
15     Q   Presumably, libraries that have been in
16 existence for some time that are now members of OCLC
17 at some point chose to become members of OCLC?
18     A   Yes.
19     Q   And at that time, they would have to
20 convert their records or may choose to convert their
21 records to OCLC records?
22     A   It's possible that they could.  It may be
23 that they only start using it from a certain point
24 forward, rather than converting the records.
25     Q   Do you know what the entered date in a

Page 97

JEAN A. PEC

1
2 bibliographic record from OCLC would indicate for a
3 record that was converted to OCLC?
4     A   If a record was converted from a library
5 or from another system?
6     Q   Why don't we start with from a library.
7     A   The entered date would be the entered date
8 of the bibliographic record, not the date that
9 another library chose to utilize that record.  The
10 entered date would still be the entered date the
11 record originally went into the system.
12     Q   If it were switched over from another
13 vendor, do you believe the situation would be the
14 same or different?
15     A   I --
16     Q   Or do you not know?
17     A   I honestly don't know.  I would have to
18 examine some records that came from RLG.  But I
19 believe -- no, I won't speculate.  I could, but I
20 won't.
21     Q   If a library had an internal computerized
22 system that included an entered date and then joined
23 OCLC and converted those files to OCLC files
24 somehow, you believe that a new entered date would
25 be created by OCLC?

Exhibit 1
Page 000025

JEAN A. PEC

1
2      A    If the title was a new title to OCLC, then
3   the date that that title added, but if the library
4   already -- if the titles the library were converting
5   were already in OCLC, the entered date is the
6   entered date.  It's not the date that the library
7   uses the record.  It's the date that the library who
8   put in the record in the first place.
9      Q    And your understanding of how the entered
10  date is created from OCLC stems from your work at
11  Notre Dame and George Washington using OCLC?
12     A    Yes.
13     Q    Are you aware when employees at George
14  Washington University began using MARC tags?
15     A    They were using them in 1980, when they
16  created that record.  I'm not aware when before then
17  they started, but when they created the record,
18  which is exhibit -- which is copied in Exhibit 2.
19     Q    And your basis for that is Exhibit 2
20  yourself?  You haven't done any outside
21  investigation into that date?
22     A    No.  That is the basis.  No need to do any
23  other outside investigation.
24     Q    In paragraph 9 --
25         MR. SMITH:  In Exhibit 4, sir?

JEAN A. PEC

1
2          BY MR. GILMAN:
3      Q    In Exhibit 4.
4      A    9, uh-huh.
5      Q    You state that the library uses OCLC in
6   its ordinary and daily operations to determine when
7   a holding was cataloged and made available to the
8   public?
9      A    Let me read it.
10         (Witness reviewed the document.)
11         Including but not limited to the date on
12  which the library -- uh-huh, I think.
13         MR. SMITH:  I'm sorry, just remember to
14  use -- your answers contain words.
15         THE WITNESS:  Words.  Yes, I'm sorry.
16  Yes.
17         BY MR. GILMAN:
18     Q    How often in the course of your work do
19  you use OCLC entries to determine when a record was
20  created?
21     A    It is not an often-asked question.
22     Q    How often, in your experience, has it been
23  that that question is asked?
24     A    I would have to guess at perhaps a dozen
25  times.

JEAN A. PEC

1
2      Q    And this is over the course of your
3   employment at GW and Notre Dame or --
4      A    It could be either.  It's not an
5   often-asked question and normally not one that one
6   would necessarily remember.
7      Q    Do you have any specific memories of this
8   question ever being asked as to when an entered date
9   was created for an item?
10     A    Yes.
11     Q    When was that?
12     A    When I was asked by Mr. Newby this fall
13  when a record was created and in connection with
14  another court case, with another case.
15     Q    Well, outside of this case and the prior
16  case where you were deposed -- let me back up a
17  second.
18         Is the prior incident that you recall the
19  same matter as the case that you were deposed in?
20     A    Yes.
21     Q    Outside of those two cases, do you have a
22  specific recollection of using OCLC records to
23  determine the entered date of an item?
24     A    I have memory of somebody saying we've had
25  this since when?  And I'd go back and check.

JEAN A. PEC

1
2      Q    Other than that memory?
3      A    Other than that memory, no.
4      Q    And this is one of the dozen or so times
5   that you testified about earlier that you might have
6   used OCL references for this?
7      A    Yes.
8      Q    Looking back at Pec Exhibit 2, the OCLC
9   bibliographic information.
10     A    Yes.
11     Q    Can you tell from Pec Exhibit 2 when the
12  report, Pec Exhibit 1, would have been available in
13  the special collections department of the library?
14     A    I can say that it would have been moved
15  from the department but -- from CMS, back to special
16  collections, because they hold all their materials.
17  We do not keep them overnight in the department.  On
18  that day, on 9/30.
19     Q    And it might have been longer, if the
20  document was being bound?
21     A    If the document was being bound, it might
22  have been bound at that time or at a later date.
23     Q    And these are the policies and procedures
24  you understand from your work at CMS?
25     A    Yes.

Exhibit 1
Page 000026

JEAN A. PEC

1
2     MR. SMITH: Pardon me, sir?
3     MR. GILMAN: From her work at CMS.
4     BY MR. GILMAN:
5     Q    And have you done any investigation into
6   the specific policies and procedures in place in
7   1980 and '81 regarding when a document such as Pec
8   2 -- or sorry, excuse me, Pec 1 would have been
9   returned to the special collections department?
10    A    You've asked similar questions earlier,
11  and no, I have not done any research into that.
12    Q    And by "research," just to clarify, you
13  haven't spoken to anybody on the subject?
14    A    No.
15    Q    And you haven't looked at any documents on
16  the subject?
17    A    No.
18    Q    Turning back to the preparation of your
19  affidavit, how long do you recall you spoke to
20  Mr. Newby when you first talked to him about this
21  matter?
22    A    I honestly don't recall.
23    Q    And you believe you had a series of
24  follow-up conversations, somewhere between five and
25  10?

JEAN A. PEC

1
2     A    If that was the number I said earlier,
3   then probably.
4     Q    And are you being compensated in any way
5   for the work that you've done regarding the
6   affidavit?
7     A    I received, but have done nothing with, a
8   check when I was -- I believe the word is served.
9   That's the only thing.
10    MR. SMITH: You're referring to the
11  witness fee, ma'am, that Mr. Gilman attached to the
12  subpoena that he served on you?
13    THE WITNESS: Yes, I am. Thank you.
14    BY MR. GILMAN:
15    Q    So other than the witness fee for the
16  subpoena, you have not received compensation
17  regarding this matter?
18    A    No, no, I have not.
19    Q    Have you been asked to make yourself
20  available for trial in this matter?
21    A    I don't believe I have been.
22    Q    Do you know if you would be available for
23  trial in February of 2008 for this matter?
24    A    It is possible.
25    Q    I may have already asked this, but are you

JEAN A. PEC

1
2   aware of any other librarians or library personnel
3   from George Washington being involved in the
4   affidavit, Pec Exhibit 4?
5     MR. NEWBY: Objection to form; asked and
6   answered.
7     THE WITNESS: I'm -- I am not aware of
8   anyone, and you did ask me that before.
9     BY MR. GILMAN:
10    Q    You have a better memory than I do.
11    Maybe we could take a short break and I'll
12  look over my notes and see if there is anything more
13  to ask about.
14    MR. SMITH: Off the record.
15    VIDEO OPERATOR: Time is 12:58. We're
16  going off the record.
17    (Discussion off the record.)
18    VIDEO OPERATOR: The time is 1:05. We're
19  back on the record.
20    BY MR. GILMAN:
21    Q    Just a few follow-up questions on what
22  we've discussed today.
23    Are you aware in the 1980/1981 time frame
24  for OCLC how long between when an entry was created
25  to when it would be available to other users of the

JEAN A. PEC

1
2   system?
3     A    No, I'm not specifically aware.
4     Q    Regarding the special collections
5   department, are you aware for the 1980 to 1981 time
6   frame how long it took them to process a document
7   when they got it back from CMS or the equivalent
8   entity in those days?
9     A    No, I'm not personally aware.
10    Q    Do you know how long it would have taken
11  for that item to end up on the shelves, once it had
12  been cataloged?
13    A    No, I'm not personally aware of how long
14  it would take to have shelved the document.
15    Q    Do you know how long it would usually take
16  special collections to respond to requests for
17  documents in the 1980/1981 time frame?
18    A    I can make an assumption based on
19  current -- or what I assume to be current service
20  requirements, or that when someone asked for
21  something, a staff member would go and get it. So
22  it would be a matter of minutes.
23    Q    But you're not aware if there were
24  different procedures or timing in 1980 or 1981?
25    A    No, I'm not specifically aware.

Exhibit 1
Page 000027

Page 106

JEAN A. PEC

1
2      Q   Having gone through and discussed a lot of
3   the issues that are addressed in your affidavit,
4   sitting here today, is there anything included in
5   the affidavit that you do not believe is accurate or
6   do not believe you have a personal basis to testify
7   about?
8          MR. SMITH:  Object to the question as
9   compound.
10         THE WITNESS:  Could you please clarify?
11         BY MR. GILMAN:
12     Q   I'm just wondering if, after we've talked
13   about a number of the issues that are addressed in
14   your affidavit, sitting here today, do you believe
15   there are any additional inaccuracies reflected in
16   your affidavit?
17     A   No, I don't believe there are any
18   additional inaccuracies.
19     Q   Are there any statements of fact that you
20   are not sure of personally, one way or another?
21         MR. SMITH:  Object to the form.
22         BY MR. GILMAN:
23     Q   If you would like to look back at Pec
24   Exhibit 4, please do so.
25     A   It's this one, I'm sorry.  I would have to

Page 107

JEAN A. PEC

1
2   sit here and read it through.
3          MR. SMITH:  Could you repeat the question,
4   sir?
5          THE WITNESS:  Yes.
6          BY MR. GILMAN:
7      Q   Are there any statements of fact within
8   this affidavit that you do not believe you have
9   personal knowledge of?
10         MR. SMITH:  Object to the form.
11         THE WITNESS:  Maybe your definition of
12   "personal knowledge" in all cases, which is perhaps
13   legally used, as opposed to how I might have used
14   it --
15         (Witness reviewed the document.)
16         THE WITNESS:  I believe it's truthful.
17         BY MR. GILMAN:
18     Q   For example, in paragraph 4, which begins
19   "Since at least 1980 and continuing today, when CMS
20   receives a new item," do you know whether or not CMS
21   existed in 1980?
22         MR. NEWBY:  Objection to form;
23   argumentative, asked and answered.
24         THE WITNESS:  The title for the
25   department, whether it was CMS or cataloging, for me

Page 108

JEAN A. PEC

1
2   is -- it's the same thing.  It's just the name of a
3   department.
4          BY MR. GILMAN:
5      Q   I mean, that was the type of thing I meant
6   to ask about, since you were not the creator of this
7   document, if there are things that you do not
8   believe are 100 percent accurate or not as phrased?
9          MR. NEWBY:  Objection to form;
10   argumentative.
11         BY MR. GILMAN:
12     Q   Within your personal knowledge.
13     A   You didn't ask a question.  You made a
14   statement.
15     Q   Okay.  For example, have you ever compared
16   Pec Exhibit 1 to the physical copy maintained at
17   George Washington University?
18     A   No, I did not.
19     Q   Have you ever tried to locate Pec Exhibit
20   1 using the information provided in Pec Exhibit 2?
21         MR. NEWBY:  Objection to form.  Counselor,
22   all this is argumentative.  She's already answered
23   the question whether or not she believes the
24   statements in the document are correct.  She has
25   stated so.  So all these questions are ancillary and

Page 109

JEAN A. PEC

1
2   unnecessary.
3          MR. SMITH:  What's the question, sir?
4          MR. GILMAN:  Could you repeat the
5   question, please?
6          (The reporter read the record as requested.)
7          THE WITNESS:  To physically locate the
8   document, no, I have not.
9          BY MR. GILMAN:
10     Q   In paragraph 19 of your affidavit, you
11   begin by saying "As of September 30, 1980, any
12   member of the public who visited the Library" and
13   then continue on from there.
14     A   Uh-huh.
15     Q   Is it correct that you testified earlier
16   that general members of the public were not entitled
17   to access the library?
18         MR. NEWBY:  Objection to form; asked and
19   answered, argumentative.
20         THE WITNESS:  At that time, in 1980, the
21   library was not as restricted as it has been in the
22   last decade.
23         BY MR. GILMAN:
24     Q   Do you know the policies and procedures
25   for accessing the library that were in place in 1980

Exhibit 1
Page 000028

Page 110

JEAN A. PEC

1
2  and 1981 at George Washington University?
3      A    No, I don't.  However, I was at George
4  Washington University library in the 1990s when
5  access was restricted, the general public were then
6  restricted from entering, unless they cared to use
7  government documents, as I stated earlier.
8          MR. GILMAN:  Pending Mr. Newby's
9  questions, I think that exhausts the questions I
10 want to ask you today.
11         THE WITNESS:  Thank you.
12         MR. GILMAN:  Thank you for your time.
13         THE WITNESS:  Thank you.
14         MR. NEWBY:  If you don't mind, Counsel, if
15 we could take a five-minute break.
16         VIDEO OPERATOR:  Time is 1:14.  We're
17 going off the record.
18         (Recess.)
19         VIDEO OPERATOR:  Time is 1:26.  We're back
20 on the record.
21              EXAMINATION
22         BY MR. NEWBY:
23     Q    Good afternoon, Ms. Pec.
24     A    Good afternoon.
25     Q    In addition to the instructions that were

TSG Reporting - Worldwide    877-702-9580

Page 111

JEAN A. PEC

1
2  given this morning, I'd just like to remind you, for
3  my sake, that if I ask something that's unclear,
4  please ask me to make it more clear.
5      A    Of course.
6      Q    Okay.  I'd like to ask the court reporter
7  to mark this document as Exhibit Number 5, notice of
8  subpoena and deposition of Ms. Jean A. Pec.
9          (Pec Exhibit 5 identified.)
10         MR. NEWBY:
11     Q    Ms. Pec, if you can take a brief moment to
12 examine what's been marked as Pec Exhibit 5.  And
13 Ms. Pec, do you understand, as you are here, in
14 addition to being here in response to Lucent's
15 subpoena, that you are also here in response to
16 Dell's subpoena, that you would be here today to
17 answer deposition questions?
18     A    Yes.
19     Q    Now, Ms. Pec, in this morning's testimony,
20 you testified that you were at the Notre Dame
21 library from 1979 to 1993?
22     A    Yes.
23     Q    Is that correct?
24     A    Yeah, that is correct.
25     Q    Okay.  And you said during that entire

TSG Reporting - Worldwide    877-702-9580

Page 112

JEAN A. PEC

1
2  period, that you dealt with or used or supervised
3  others that used the OCLC database; is that correct?
4      A    That is correct.
5      Q    So is 1979 the earliest date at which you
6  had experience with OCLC?
7      A    Yes, it is.
8      Q    And is it true that from 1979 until the
9  current day today, you've constantly had experience
10 with OCLC in your professional responsibilities?
11     A    Yes, it is.
12     Q    And you mentioned that your current
13 position at GW Gelman Library is head of the
14 collection management services?
15     A    Uh-huh, yes, it is.
16     Q    And forgive me if this was asked earlier,
17 but I don't think it was.  Do you personally catalog
18 documents into the OCLC?
19     A    Yes, I do.
20     Q    And do you also supervise others who
21 catalog documents of OCLC?
22     A    Yes, I do.
23     Q    During your time at Notre Dame, '79
24 to '93, did you personally catalog documents in
25 OCLC?

TSG Reporting - Worldwide    877-702-9580

Page 113

JEAN A. PEC

1
2      A    Yes, I did.
3      Q    And at any time during that 1979 to 1993
4  period, did you supervise others who cataloged
5  documents into OCLC?
6      A    Yes, I did.
7      Q    Now, also earlier this morning, you
8  mentioned the fact that there is a -- correct me if
9  I'm saying it wrong -- the WRLC, which includes all
10 three libraries at George Washington University?
11     A    No, Washington research library
12 association, WRLC, does not include the law library
13 or Himmelfarb, the medical library.  Reference from
14 Jacob Burns, the law library, are in the catalog,
15 but those two libraries do not belong to the
16 Washington Research Library Consortium.
17     Q    Do all the documents that the medical
18 library and law library possess, are they cataloged
19 in OCLC, are you aware of whether or not they are
20 cataloged in OCLC?
21     A    I could make an assumption.
22     Q    I'm not asking you for assumption.
23     A    No, no.
24     Q    I'm asking for your knowledge.
25     A    No.  Knowledge, no.

TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000029

Page 114

JEAN A. PEC

1    JEAN A. PEC
2    Q   Thank you.  Now, speaking of Aladdin,
3  which I understand -- I understood your earlier
4  testimony to be the system -- the other system.
5    A   The name of the catalog.
6    Q   The catalog at Gelman?
7    A   Yes.
8    Q   Is that accessible by only individuals at
9  the university library or from anyone on the World
10 Wide Web, on the Internet in the world?
11   A   It's actually accessible over the
12 Internet.
13   Q   So it's accessible by anyone who has the
14 World Wide Web?
15   A   Yes.
16   Q   And how long has Aladdin been in place at
17 George Washington University?
18   A   Aladdin was in place before I got there.
19 I believe I was already asked when.  At this point
20 of the day, after all of this questioning, I
21 honestly can't tell you when.
22   Q   Understood.  Now, again talking about OCLC
23 and the use of OCLC at GW University.
24   A   Yes.
25   Q   Are you aware of any instance between 1980

TSG Reporting - Worldwide    877-702-9580

Page 115

JEAN A. PEC

1    JEAN A. PEC
2  and today where OCLC was not used by George
3  Washington University library?
4    A   No, I'm not.
5    Q   Can you please pick up Pec Exhibit Number
6  2, which is the OCLC printout.
7    A   Uh-huh.  Thank you.
8    Q   Can you please remind me of where on Pec
9  Exhibit 2 indicates the library that holds the
10 document entitled "Extension of the core graphic
11 system," et cetera?  How can you tell?
12   A   I can tell, because on the second line,
13 after the OCLC and the numbers 6769699, it says
14 "Held by DGW."  And DGW is the OCLC symbol for
15 George Washington University.
16   Q   And again, is there any indication on Pec
17 Exhibit 2 of when this document was first, as you
18 say, held by DGW?
19   A   Yes, on the next line where it says
20 entered, 19800930, September 30, 1980.
21   Q   I would like to refer your attention to
22 the "Entered" line that was spoken of earlier.
23   A   Uh-huh, yes.
24   Q   And I'd like to specifically ask a
25 sequence question.  And the question is, at what

TSG Reporting - Worldwide    877-702-9580

Page 116

JEAN A. PEC

1    JEAN A. PEC
2  point on the entered line, 19800930,
3  created by OCLC, at what point in the cataloging
4  process is that generated?
5    MR. GILMAN:  Objection; foundation.
6    MR. SMITH:  I would like, sir, I object to
7  the basis of clarity.  If you could either read the
8  question back or rephrase it.
9    MR. NEWBY:  Surely.
10   BY MR. NEWBY:
11   Q   Could you please look to where it says
12 entered 19800930.
13   A   Yes.
14   Q   And I understand from your earlier
15 testimony that it is the OCLC database that creates
16 that date?
17   A   Yes, it is the database that creates --
18 the computer there, yes, that creates the date.
19   Q   Okay.  And it is your catalogers or
20 yourself who insert the information into this record
21 before that date is created?
22   A   We -- cataloging staff -- insert the
23 information in the fixed field below there, where it
24 starts with the paragraph beginning "type," all the
25 way down through the line which is "710 1" space

TSG Reporting - Worldwide    877-702-9580

Page 117

JEAN A. PEC

1    JEAN A. PEC
2  "United States" delimiter "b, National Aeronautics
3  and Space Administration," that information is
4  input.
5    Q   But they do not insert the entered date as
6  stated here in this form?
7    A   No, they do not.
8    Q   At what point in the cataloging process
9  does that entered date appear on this form?
10   A   When the staff member, whoever input the
11 information, hits a particular function key that
12 tells OCLC, the system, yes, I'm done with this
13 record, it's ready, complete, this is it.
14   Q   And that is the date which you consider
15 the document to be cataloged?
16   A   Yes, it is.
17   Q   And that is the date that the document is
18 available to anyone using OCLC?
19   MR. GILMAN:  Objection; foundation.
20   THE WITNESS:  That is the date by which
21 the library has the document and would make it
22 available.  It could have been available sooner, but
23 at least on that date, it was held.
24   MR. NEWBY:
25   Q   At least by that date?

TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000030

1          JEAN A. PEC
2     A   Yes.
3     Q   Now, Mr. Gilman earlier discussed with you
4  the binding process for documents that is sometimes
5  undertaken by your department?
6     A   Yes, he did.  Uh-huh.
7     Q   For a point of clarification, is that
8  binding initiated after all information is entered
9  for an OCLC record and that entered date is
10 provided?
11    A   As far as I know, yes.
12    Q   Okay.  And you mentioned earlier that that
13 binding procedure could take anywhere up to two
14 weeks approximately, give or take?
15    A   If something was sent out for binding,
16 yes.
17        MR. GILMAN:  Object to the time frame and
18 lack of foundation.
19        MR. NEWBY:
20    Q   And even after a document is sent out for
21 binding, if one is sent out for binding, is it
22 accessible by anyone who has access to the OCLC
23 database?
24    A   Whether a document is bound or not has
25 nothing to do with when it's accessible or how it's

1          JEAN A. PEC
2  accessible by OCLC.
3     Q   And when is it accessible?
4     A   It's accessible, as I said, after the
5  record has been entered, which was September 30,
6  1980.
7     Q   And if a document is sent out for binding
8  and returned to the library, is there some kind of
9  quality control procedure done to make sure that the
10 document has not been altered or changed?
11    A   I don't know if that was done at the time.
12 Since I arrived, we look at the material simply to
13 see is the complete document there and the binder
14 didn't leave out any pages and that it's not been
15 damaged, it's a neat work.  We do not go through and
16 read it all.
17    Q   Understood.  Now, referring back to Pec
18 Exhibit Number 2 and line 090.
19    A   Yes.
20    Q   With the call numbers or letters T385 F --
21 I'm sorry, dot F63.
22    A   Yes.  That's the call number.
23    Q   Call number.  Is that generated by CMS?
24    A   It's generated by staff -- it's created by
25 a staffer, somebody who is staffing the department,

1          JEAN A. PEC
2  yes.
3     Q   Now, speaking specifically about the
4  document marked as Pec Exhibit Number 1, do you have
5  that in front of you?
6     A   Yes.
7     Q   You testified earlier that this document
8  is located in the special collections department?
9     A   Yes.
10    Q   And the cataloging process, is it -- I
11 understand your testimony to be that it's your
12 catalogers in CMS to develop those numbers indicated
13 on line 090?
14    A   Yes, that's the classification, based on
15 the subject of the document and the author's name.
16    Q   So it would not have been special
17 collections who generated --
18    A   No.
19    Q   -- the numbers on the cover here?  The
20 "SPEC T 385.562."
21    A   It matches the bibliographic record, so as
22 to exactly who typed the label and affixed it, I
23 cannot tell you.
24    Q   I understand.  Now, Mr. Gilman also
25 pointed your attention earlier today in Pec Exhibit

1          JEAN A. PEC
2  2 to the replaced line at the top.
3     A   Yes.
4     Q   And you indicated that that means
5  something on this form changed or was added; is that
6  correct?
7     A   Probably, yes.
8     Q   Is it possible that the information at
9  that line 090 was such a thing that was changed?
10        MR. SMITH:  Object to the form.
11        THE WITNESS:  That -- to me that would be
12 improbable.
13        BY MR. NEWBY:
14    Q   Is it possible?
15    A   It is possible.
16    Q   Going back to Pec Exhibit Number 2, what
17 is the information indicated at line 650?
18    A   That is the subject heading, the topical
19 subject heading, in the form used by the Library of
20 Congress.  That's what all -- that's what the zero
21 means.  Computer graphics is what the cataloger
22 determined the work itself to be about.
23    Q   So it's a cataloger that determines the
24 subject matter?
25    A   The subject -- yes, the subject heading

Exhibit 1
Page 000031

Page 122

JEAN A. PEC

1    JEAN A. PEC
2  used in the record and then a call number that would
3  be reflective of that.
4      Q   And is it OCLC database searchable by that
5  subject matter?
6      A   It is now searchable by subject matter.  I
7  don't know if it was searchable by subject matter
8  always.
9      Q   What is your earliest knowledge of it
10  being searchable by subject matter?  What date is
11  the earliest?
12      A   I would have to estimate subject --
13      Q   To your knowledge.
14      A   Sometime in the 1990s for subject
15  searching.
16      Q   And OCLC is searchable by other fields
17  here; is that correct?
18      A   Yes.  It's -- as far as I know, it has
19  always been searchable by the author and by the
20  title, which is in the 245 field.
21      Q   If you would please refer back to your
22  affidavit at Pec Exhibit Number 4.  After the
23  questions I've just asked you, do you see a need to
24  change any of your testimony in your affidavit,
25  notwithstanding the one change that you mentioned

TSG Reporting - Worldwide    877-702-9580

Page 123

1    JEAN A. PEC
2  earlier regarding the MARC system?
3      A   No, I do not see a need to change it.
4      Q   Is there any doubt that the testimony in
5  your affidavit and your testimony today regarding
6  the cataloging procedures at GW University is
7  correct?
8      A   I have no doubt.
9          MR. NEWBY:  Those are all my questions.
10         MR. GILMAN:  I think I might have five
11  questions to follow up on, very quickly.
12             EXAMINATION
13         BY MR. GILMAN:
14      Q   Is it correct that WRLC was created on or
15  about 1987, to the best of your knowledge?
16      A   I don't know when the Washington Research
17  Library Association was created.
18      Q   Would it surprise you that their Web site
19  lists their creation date as 1987?
20      A   It would not surprise me, no.
21      Q   Do you know whether the Aladdin system was
22  available over the Internet as of 1990?
23      A   I don't believe it was, because I don't
24  believe people were using the Internet in that way
25  in 1990.

TSG Reporting - Worldwide    877-702-9580

Page 124

1    JEAN A. PEC
2      Q   Regarding some of the questions you just
3  answered about Pec Exhibit 2, in the upper left-hand
4  corner, if you have it handy --
5      A   Yes.
6      Q   -- there is a field "Rec" space "stat c."
7  Do you know what that field refers to?
8      A   Without checking the OCLC cataloging
9  manual -- and I'm looking the other fields
10  just to make sure -- no, I cannot tell you off the
11  top of my head what that specific field stands for.
12         MR. GILMAN:  I think that was the end of
13  my questions I had.
14         MR. SMITH:  I have a couple of questions,
15  if Counsel will indulge me.
16         MR. GILMAN:  Of course.
17         MR. NEWBY:  Sure.
18             EXAMINATION
19         BY MR. SMITH:
20      Q   Ms. Pec, if you will direct your attention
21  to paragraph 19 in your affidavit, which is Pec
22  Exhibit Number 4, and if you will look on the very
23  last line of that paragraph, it's line 18 on the
24  page, and that particular phrase references
25  searchability with respect to the document as of

TSG Reporting - Worldwide    877-702-9580

Page 125

1    JEAN A. PEC
2  September 30, 1980.  By subject matter?
3      A   Yes, key words and/or by subject matter.
4      Q   And I believe that Mr. Newby asked you
5  about when subject matter searching became possible.
6  Do you recall that testimony?
7      A   I do recall him asking.  I don't recall at
8  the moment my answer.
9      Q   Do you recall -- then, let me refresh you
10  by asking you a question whether you recall that
11  subject matter searching became available in the
12  1990s?
13      A   I thought the subject matter became
14  available in the 1990s.
15      Q   Okay.  So that, with respect to the
16  subject matter, that would be an example where "or"
17  is the operative disjunctive in that sentence; is
18  that correct?
19      A   Yes, if I follow your English, yes.
20      Q   Thank you.  If you now will direct your
21  attention to paragraph 10 of your affidavit, Pec
22  Exhibit 4.
23      A   Yes.
24      Q   First line of that paragraph says that the
25  final report, which is identified and which also

TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000032

Page 126

JEAN A. PEC

1           **JEAN A. PEC**
2  **happens to be Pec Exhibit 1, is a true and correct**
3  **copy.  Do you see that, ma'am?**
4      A   Yes, I do.
5      **Q   What is the basis for your saying that the**
6  **attached document was the true and correct copy of**
7  **the final report?**
8      A   I have no reason to think otherwise.
9      **Q   Was the copy given to you and described as**
10 **a true and correct copy?**
11     A   Yes.
12     **Q   Did you have any reason to believe that it**
13 **was not?**
14     A   No.
15         MR. SMITH:  Okay.  That's all the
16 questions I have.
17         MR. GILMAN:  I just have one follow-up
18 question.
19             EXAMINATION
20         BY MR. GILMAN:
21     **Q   Who was it that gave you a copy of the**
22 **report that's attached to your affidavit and**
23 **described it as a true and correct copy?**
24     A   I received a copy of the affidavit and
25 attachment 1 -- excuse me, whatever -- I'm getting

TSG Reporting - Worldwide    877-702-9580

Page 127

JEAN A. PEC

1          JEAN A. PEC
2  lost in parts here, 1 and 2 and 4 from Mr. Newby
3  recently, within -- oh, goodness, in October.
4      **Q   So was it Mr. Newby who described it as a**
5  **true and correct copy to you?  Or let me rephrase**
6  **that.**
7      A   Yes, please.
8      **Q   Are you relying on Mr. Newby for the fact**
9  **that it is a true and correct copy?**
10         MR. SMITH:  When you say "it," you're
11 referring to Pec Exhibit Number 1; correct?
12         MR. GILMAN:  Correct.
13         MR. SMITH:  As attached to the affidavit.
14         THE WITNESS:  The affidavit -- yes, I am
15 relying on him.
16         MR. GILMAN:  That was my only follow-up.
17         MR. NEWBY:  No further questions.
18         MR. SMITH:  None here.
19         VIDEO OPERATOR:  The time is 1:48.  We're
20 going off the record.  This is the end of tape
21 number 2 and the end of today's deposition.
22         MR. SMITH:  We will exercise the right to
23 read and sign.
24         (Whereupon, at 1:48 p.m., the deposition
25 was concluded.)

TSG Reporting - Worldwide    877-702-9580

Page 128

JEAN A. PEC

1          JEAN A. PEC
2      I HEREBY CERTIFY that I have read this
3  transcript of my deposition and that this transcript
4  accurately states the testimony given by me, with
5  the changes or corrections, if any, as noted.
6
7
8           X
9
10
11
12 Subscribed and sworn to before me this    day of
13    , 20    .
14
15
16
17          X
18         Notary Public
19
20
21
22 My commission expires:            .
23
24
25

TSG Reporting - Worldwide    877-702-9580

Page 129

JEAN A. PEC

1          JEAN A. PEC
2          C O N T E N T S
3
4  WITNESS                    EXAMINATION
5  JEAN A. PEC
6    by Mr. Gilman          5, 123, 126
7    by Mr. Newby              110
8    by Mr. Smith              124
9
10
11
12
13         E X H I B I T S
14
15 EXHIBIT NUMBER              IDENTIFIED
16 Pec Exhibit 1 identified        68
17 Pec Exhibit 2 identified        71
18 Pec Exhibit 3 identified        88
19 Pec Exhibit 4 identified        90
20 Pec Exhibit 5 identified       111
21
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000033

Page 130

```
 1        JEAN A. PEC
 2     CERTIFICATE OF NOTARY PUBLIC & REPORTER
 3
 4  I, CARMEN SMITH, the officer before whom the
 5  foregoing deposition was taken, do hereby certify
 6  that the witness whose testimony appears in the
 7  foregoing deposition was duly sworn; that the
 8  testimony of said witness was taken in shorthand and
 9  thereafter reduced to typewriting by me or under my
10  direction; that said deposition is a true record of
11  the testimony given by said witness; that I am
12  neither counsel for, related to, nor employed by any
13  of the parties to the action in which this
14  deposition was taken; and, further, that I am not a
15  relative or employee of any attorney or counsel
16  employed by the parties hereto, nor financially or
17  otherwise interested in the outcome of this action.
18
19
20     --------------------------
21     Notary Public in and for the
22     District of Columbia
23
24  My Commission Expires:  MARCH 14, 2008
25
```

TSG Reporting - Worldwide    877-702-9580

Page 131

```
 1  NAME OF CASE:
 2  DATE OF DEPOSITION:
 3  NAME OF WITNESS:
 4  Reason Codes:
 5     1. To clarify the record.
 6     2. To conform to the facts.
 7     3. To correct transcription errors.
 8  Page _____ Line _____ Reason _____
 9  From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25          _____
```

TSG Reporting - Worldwide    877-702-9580

Exhibit 1
Page 000034

## A

**ability (1)**
60:14
**able (7)**
9:5 56:2,4 66:2 80:17
85:25 88:12
**academic (1)**
92:18
**access (32)**
54:14,21,24 55:4,5
56:2,21 57:12,17,20
57:21 58:18 62:5,7
62:13,17 63:10
64:18 65:10,14,15
65:17,20 66:12,17
66:25 67:11,21
85:24 109:17 110:5
118:22
**accessed (4)**
54:3,5 71:17 78:21
**accessible (8)**
114:8,11,13 118:22
118:25 119:2,3,4
**accessing (2)**
64:10 109:25
**accidentally (1)**
50:20
**accurate (6)**
9:5 90:20 94:14,16
106:5 108:8
**accurately (1)**
128:4
**acquired (1)**
20:25
**acquisition (3)**
24:16 26:6 76:17
**action (2)**
130:13,17
**add (1)**
63:13
**added (9)**
17:4,11,19 18:2,4
29:19 31:10 98:3
121:5
**adding (1)**
17:22
**addition (2)**
110:25 111:14
**additional (3)**
25:15 106:15,18
**addressed (2)**
106:3,13
**adjunct (1)**
39:6
**administration (4)**
9:16 12:12 73:22
117:3
**Aeronautics (2)**

73:22 117:2
**affairs (1)**
10:10
**affidavit (61)**
32:4,18,23 33:5,6,18
33:21 34:9,19 35:15
35:16,19,24 36:4,6
36:8,12,15,18 37:2
37:4,6 42:20 62:25
67:8 68:8 70:14,16
70:19,21 90:9,14,17
90:19,25 91:2,6,17
91:19,24 92:14,16
94:18 102:19 103:6
104:4 106:3,5,14,16
107:8 109:10
122:22,24 123:5
124:21 125:21
126:22,24 127:13
127:14
**affixed (1)**
120:22
**afield (1)**
27:6
**afternoon (8)**
56:3 91:7,21,23 92:3
92:9 110:23,24
**agencies (1)**
16:20
**ago (3)**
27:3 41:20 96:2
**agree (1)**
6:4
**ahead (1)**
21:22 24:4
**al (4)**
1:8,12 4:6,6
**Aladdin (20)**
29:2,20,22,24,25 30:2
30:3,9,11,13,14
41:7 49:10 58:22
72:17 78:13 114:2
114:16,18 123:21
**allowed (10)**
54:14,24 55:2,4,5
57:3 58:6,9,10 59:5
**allowing (1)**
67:20
**alphabet (1)**
13:20
**altered (2)**
82:25 119:10
**American (1)**
16:24
**ancillary (1)**
108:25
**and/or (2)**
64:2 125:3
**annual (1)**

11:19
**answer (12)**
8:15,16,18 24:2,4
31:8 35:10 50:23
60:19 86:10 111:17
125:8
**answered (9)**
36:21 40:24 45:3
48:13 104:6 107:23
108:22 109:19
124:3
**answering (1)**
59:11
**answers (4)**
5:21,22 10:19 99:14
**anybody (12)**
32:10 33:10,15 34:25
44:10,20,24 57:17
85:7 87:11 92:12
102:13
**apologize (1)**
31:15
**appear (5)**
73:10,25 74:2,6 117:9
**APPEARANCES (1)**
3:2
**appeared (2)**
37:2 84:2
**appears (2)**
74:7 130:6
**applicable (1)**
25:7
**Applied (4)**
69:19,21 73:20 92:19
**approach (1)**
59:2
**approximately (1)**
118:14
**archival (7)**
18:14 19:2,4,9,12
20:7 39:4
**archive (1)**
19:7
**archives (2)**
20:15 39:6
**areas (1)**
53:3
**argumentative (5)**
89:23 107:23 108:10
108:22 109:19
**Arnold (3)**
2:20 4:22 34:25
**arrived (5)**
14:11 30:19 31:20
65:12 119:12
**art (1)**
9:13
**ascertain (1)**

32:11
**asked (30)**
6:2 7:15,17,19,21
22:5 31:14 33:24
36:20 37:5 39:20
59:17 67:3 71:24
93:22,24 99:23
100:8,12 102:10
103:19,25 104:5
105:20 107:23
109:18 112:16
114:19 122:23
125:4
**asking (9)**
5:17,24 8:19 31:25
93:18 113:22,24
125:7,10
**asks (1)**
56:12
**aspects (1)**
17:9
**assigned (1)**
52:21
**Associate (1)**
3:5
**associated (1)**
64:16
**association (3)**
16:24 113:12 123:17
**assume (6)**
17:24 44:4 45:17
69:20,24 105:19
**assuming (2)**
22:19 65:24
**assumption (3)**
105:18 113:21,22
**assumptions (1)**
8:20
**assure (1)**
90:20
**attached (6)**
32:4 67:8 103:11
126:6,22 127:13
**attachment (1)**
126:25
**attention (5)**
57:8 115:21 120:25
124:20 125:21
**attorney (1)**
130:15
**author (6)**
15:16 17:10 63:17
73:12,23 122:19
**authority (1)**
63:13
**authorized (1)**
64:18
**authors (3)**
10:25 73:18,21

**author's (3)**
75:7 83:8 120:15
**availability (1)**
6:18
**available (22)**
14:2,18 16:18 17:14
20:2 25:15 42:16
65:7 95:4,10,16
99:7 101:12 103:20
103:22 104:25
117:18,22,22
123:22 125:11,14
**Avenue (1)**
3:9
**Avram (1)**
15:7
**aware (48)**
17:22 27:7,10 28:3,7
28:15 39:7,11 51:25
56:16,17 61:23 62:9
66:16 71:16 76:24
77:14 79:3 80:16
86:3 91:5,16 92:12
93:11 94:14,24 95:2
95:3,5,6,14,20,22
96:4,13 98:13,16
104:2,7,23 105:3,5
105:9,13,23,25
113:19 114:25
**a.m (3)**
2:6 4:13 48:23

## B

**b (4)**
3:4 4:24 117:2 129:13
**bachelor's (1)**
9:13
**back (24)**
23:18 29:3 35:17 37:8
48:24 60:12 64:2,2
78:7 79:22 82:4
100:16,25 101:8,15
102:18 104:19
105:7 106:23
110:19 116:8
119:17 121:16
122:21
**backwards (1)**
10:5
**base (1)**
23:10
**based (7)**
14:3,25 15:4 24:25
41:20 105:18
120:14
**basis (5)**
98:19,22 106:6 116:7
126:5
**bearing (2)**

68:3 71:4
**began (5)**
32:21 33:12 38:8 95:6
98:14
**beginning (2)**
78:4 116:24
**begins (2)**
83:10 107:18
**begun (1)**
83:12
**behalf (5)**
2:8,17,24 3:13 4:15
**believe (43)**
6:9,9 7:11 9:15 22:7
31:6 34:4,14 37:14
39:6 42:2,17 45:3
45:14 46:3 56:25
58:6 61:14 79:11
88:17 91:11 92:7
94:16 95:10,23
97:13,19,24 102:23
103:8,21 106:5,6,14
106:17 107:8,16
108:8 114:19
123:23,24 125:4
126:12
**believes (1)**
108:23
**belong (1)**
113:15
**bending (1)**
46:10
**best (16)**
7:10 34:11 35:8 36:2
37:12 50:8,12 52:10
57:16 61:12,13
77:18,19 79:15 81:9
123:15
**better (2)**
15:6 83:19 86:12
104:10
**beyond (1)**
17:9
**bibliographic (16)**
14:18 53:6 74:6,8,13
78:8,16,18 82:24
87:23 88:2,7 97:2,8
101:9 120:21
**big (1)**
53:10
**bind (2)**
46:24 47:9
**binder (2)**
46:9 48:3 119:13
**binding (10)**
46:7 47:2,8 118:4,8
118:13,15,21,21
119:7
**bit (4)**

20:13 21:19 29:4 49:3
**BlackBerry (2)**
81:17,23
**book (2)**
18:23 63:18
**books (3)**
11:23 20:10 40:6
**borrowing (1)**
22:8
**bottom (2)**
69:18 83:24
**bound (12)**
19:18 21:9 46:15
47:18,21 48:7,10
69:8 101:20,21,22
118:24
**boundaries (1)**
45:15
**branches (1)**
75:19
**break (6)**
8:23 49:2 77:22 81:20
104:11 110:15
**breaks (2)**
8:25 9:2
**brief (1)**
111:11
**bring (1)**
63:25
**broad (1)**
13:21
**broader (2)**
13:19,19
**buckram (1)**
19:19
**bug (1)**
80:15
**building (9)**
37:14 55:6 58:14 59:4
59:5,7 60:22 62:18
81:23
**Burns (3)**
29:14,19 113:14
**button (1)**
43:11

_____

**C**

**c (3)**
4:2 124:6 129:2
**call (34)**
22:5 43:19 49:15,20
50:3,7,10,11,13,21
50:25 51:14,16 52:2
52:3,7,20 53:4,15
54:18 56:8 63:23
68:12,13,17 73:2,25
74:3,14 75:2 119:20
119:22,23 122:2

**called (11)**
2:2 5:6 15:2 16:22
26:11,13 28:25 29:2
33:24 38:7 82:12
**calls (2)**
19:22 42:22
**campus (2)**
29:11,12
**capable (1)**
86:4
**card (13)**
23:17 24:22 25:4,7,11
51:14 73:7 76:7,16
80:24 81:5,8 82:7
**cards (14)**
15:10 22:11,15 43:17
43:17 63:13 64:3,5
76:14,18 77:2,4,10
77:15
**care (1)**
21:3
**cared (1)**
110:6
**Carmen (4)**
1:24 2:6 4:15 130:4
**case (23)**
1:9 4:8 7:4,6,9 8:7
32:25 33:7,23 34:18
35:2,3,15,20,25
49:25 56:7 100:14
100:14,15,16,19
131:1
**cases (3)**
17:6 100:21 107:12
**catalog (47)**
21:2 22:11,17,18,19
23:17,20 24:22,23
25:24 27:15 28:19
28:20,20,23 29:15
29:17,18 30:7,15
40:22 43:17 45:7
50:6 51:14 53:19
58:23 63:13,14 64:3
64:5 72:14 73:7
76:4 81:4,8,9 82:7
83:16 94:22 95:18
112:17,21,24
113:14 114:5,6
**cataloged (17)**
8:5 11:9 16:18 17:12
18:14 42:20 49:10
50:15 68:23 72:8
76:2 99:7 105:12
113:4,18,20 117:15
**cataloger (10)**
10:11,15 11:8,9 12:3
13:11 14:2 69:20
121:21,23
**catalogers (2)**

116:19 120:12
**cataloging (45)**
7:20,22 12:4,6 13:10
13:24,25 15:5 17:7
26:11,13 27:20,24
28:4,8,12,16 38:2,6
38:24 39:8,12,15
40:17,20 41:3 43:9
43:10 44:7 64:13
67:17,23 72:10,11
75:24 84:6 93:9
94:12 107:25 116:3
116:22 117:8
120:10 123:6 124:8
**catalogs (3)**
15:11 76:7 81:5
**categories (1)**
18:11
**caused (1)**
20:2
**Center (1)**
2:13
**certain (1)**
96:23
**CERTIFICATE (1)**
130:2
**certify (2)**
128:2 130:5
**cetera (3)**
73:11,11 115:11
**change (7)**
40:12,15,18 42:15
122:24,25 123:3
**changed (20)**
40:3,4,22 41:3,7,13
41:14,19,23,24
47:11,12 80:3,5
82:21 94:2,3 119:10
121:5,9
**changes (6)**
17:13,17,20 79:23,25
128:5
**character (1)**
83:10
**charged (1)**
53:20
**check (2)**
100:25 103:8
**checked (1)**
53:18
**checking (3)**
58:4,22 124:8
**choose (1)**
96:20
**chose (2)**
96:17 97:9
**circulated (3)**
58:7,8 60:9
**Citigroup (1)**

2:13
**clarification (2)**
5:25 118:7
**clarified (1)**
24:4
**clarify (7)**
6:23 24:7 32:16 71:19
102:12 106:10
131:5
**clarity (2)**
33:4 116:7
**classification (1)**
120:14
**classified (3)**
18:25 19:3,11
**clear (3)**
5:23 78:20 111:4
**close (2)**
43:4 54:16
**closed (1)**
54:17
**CMS (27)**
37:16,19,24 39:7,11
39:15 43:4,5 44:3,8
44:11,14 45:24,25
46:12,20 47:8 93:9
101:15,24 102:3
105:7 107:19,20,25
119:23 120:12
**Codes (1)**
131:4
**colleagues (1)**
38:3
**collect (1)**
19:14
**collected (1)**
43:2
**collection (16)**
38:5,7,20 45:7,11,16
45:19,21 49:3,5
50:6,9 52:12,20
54:7 112:14
**collections (62)**
13:9 22:3 37:25 38:11
38:15,21,25 39:3,8
39:12,16 43:2,23,24
45:23 48:12,14 49:9
50:2,5 51:13 52:15
53:5,15 54:3,19
55:18 57:8,9,13,14
57:18,21,25 58:4,19
58:22,24 59:2,21,22
60:8,16,23 61:7,20
62:4 68:15,19 69:25
70:2 87:13 92:21,25
93:8 101:13,16
102:9 105:4,16
120:8,17
**college (4)**

9:10,12 94:10,21
**colleges (1)**
94:9
**Columbia (4)**
1:3 2:8 4:7 130:22
**column (2)**
74:17 83:3
**come (5)**
8:17 10:18 11:17
16:17 56:13
**coming (1)**
56:6
**command (4)**
84:22 85:5,9,14
**commands (1)**
84:8
**commercial (1)**
11:21
**commercially (1)**
14:17
**commission (2)**
128:22 130:24
**common (1)**
38:2
**communicate (1)**
34:17
**community (1)**
55:17
**company (3)**
19:7 20:9 47:10
**compared (1)**
108:15
**compensated (1)**
103:4
**compensation (1)**
103:16
**complete (3)**
43:12 117:13 119:13
**compound (2)**
71:18 106:9
**computer (14)**
15:9 17:8,9 63:12
73:8,16 79:18,19
80:6,7,9 84:2
116:18 121:21
**computerization (1)**
22:12
**computerized (1)**
97:21
**computers (1)**
65:7
**concept (1)**
83:20
**concern (1)**
6:14
**concerned (1)**
6:15
**concluded (1)**

127:25
**conclusion (1)**
19:23
**condition (3)**
21:8,11,11
**conducted (2)**
7:4,5
**confirm (1)**
90:13
**conform (1)**
131:6
**confused (1)**
21:24
**confusion (1)**
70:18
**Congress (3)**
14:19 15:8 121:20
**connection (4)**
35:2,3 65:4 100:13
**consider (2)**
18:15 117:14
**consistent (1)**
16:10
**Consortium (3)**
30:4,22 113:16
**constantly (1)**
112:9
**contact (1)**
34:2
**contain (2)**
15:9 99:14
**contained (1)**
84:12
**continual (1)**
17:21
**continue (2)**
25:17 109:13
**continued (2)**
2:25 3:2
**continuing (1)**
107:19
**control (1)**
119:9
**conversation (2)**
35:7 72:4
**conversations (8)**
32:19 33:9,14 34:7,12
34:15 45:5 102:24
**convert (2)**
96:20,20
**converted (5)**
76:6,9 97:3,4,23
**converting (2)**
96:24 98:4
**copied (2)**
69:6 98:18
**copies (7)**
20:10 25:23,25 38:17

38:18 69:2 80:24
**copy (38)**
14:2,18 22:23 24:20
24:21 25:15 26:10
26:14 51:15,17 68:7
69:5 70:8,9,12,24
71:9 72:11 75:24
76:23 78:12,14,17
78:17 87:8,12 90:8
92:20 108:16 126:3
126:6,9,10,21,23,24
127:5,9
**core (2)**
73:11 115:10
**corner (3)**
68:11 73:5 124:4
**corporation (1)**
19:14
**correct (48)**
18:18 27:25 28:17
33:2 35:10,20,25
49:15,24 57:10
61:23,25 66:4 67:2
70:15 71:8,13 72:9
75:8 76:20 80:11,16
80:17 86:16 91:11
92:9 96:2 108:24
109:15 111:23,24
112:3,4 113:8 121:6
122:17 123:7,14
125:18 126:2,6,10
126:23 127:5,9,11
127:12 131:7
**correcting (1)**
21:5
**corrections (1)**
128:5
**correctly (1)**
20:25
**corresponding (1)**
54:15
**counsel (11)**
3:5,8 4:17 6:22 8:11
24:6 88:24 110:14
124:15 130:12,15
**Counselor (1)**
108:21
**couple (1)**
124:14
**course (10)**
8:13,24 17:18 40:9,25
57:19 99:18 100:2
111:5 124:16
**court (5)**
1:2 4:7,15 100:14
111:6
**cover (5)**
46:9,25 69:11,21
120:19

**covered (2)**
46:4,5
**covering (5)**
43:21 46:8,22 47:2
69:16
**covers (1)**
29:16
**create (7)**
22:10 23:15,19 24:25
25:6 28:19 43:9
**created (26)**
14:15 15:6 32:2,8
36:6 37:17 44:3,11
44:15 71:17 79:12
79:14 80:14 97:25
98:10,16,17 99:20
100:9,13 104:24
116:3,21 119:24
123:14,17
**creates (7)**
14:2 79:15,18,20
116:15,17,18
**creation (2)**
92:14 123:19
**creator (1)**
108:6
**criteria (5)**
56:10,17 62:6 93:4,6
**current (9)**
19:8 37:14 55:2 78:18
94:2 105:19,19
112:9,12
**currently (2)**
4:13 93:23

---

**D**

**D (2)**
4:2 73:13
**daily (1)**
99:6
**damaged (1)**
119:15
**Dame (22)**
9:15,21 10:6 11:25
12:2,12,18,19 13:12
14:5,8,10 25:21
30:21 42:12,15 48:5
93:21 98:11 100:3
111:20 112:23
**data (2)**
78:8 116:2
**database (22)**
21:6,12,14,15,16
22:24 23:9 24:18
25:4,25 63:16 64:2
67:25 78:10,22
79:24 80:2 112:3
116:15,17 118:23
122:4

**databases (2)**
22:2 78:25
**date (53)**
4:12 6:13 12:7,9 31:2
32:8 33:11 79:11,13
79:20 80:2,4,10
81:10 82:12 85:12
86:5 90:2 91:8
96:25 97:7,7,8,10
97:10,22,24 98:3,5
98:6,6,7,10,21
99:11 100:8,23
101:22 112:5
116:16,18,21 117:5
117:9,14,17,20,23
117:25 118:9
122:10 123:19
131:2
**dated (1)**
88:20
**day (8)**
8:24 46:2 90:18 91:22
101:18 112:9
114:20 128:12
**days (2)**
48:10 105:8
**DC (4)**
1:19 2:4,22 3:11
**deal (1)**
18:9
**dealt (1)**
112:2
**decade (3)**
31:5 39:24 109:22
**decides (1)**
47:9
**declaration (1)**
15:19
**dedicated (4)**
64:24 65:3,10 66:22
**defendant (2)**
2:24 4:23
**Defendants (1)**
1:13
**definitely (4)**
7:2 31:20 58:13 81:14
**definition (1)**
107:11
**definitions (1)**
20:16
**degree (1)**
12:13
**delete (1)**
83:23
**delimiter (1)**
117:2
**delivered (3)**
92:20,25 93:5

**Dell (2)**
2:24 4:23
**Dell's (1)**
111:16
**DELL366644 (1)**
68:4
**DELL366800 (1)**
71:5
**department (53)**
20:23 37:16 38:4,5,6
38:12,16,23,24 39:4
39:20,22 43:2,24
44:8 46:18 49:4,6
50:6,16 54:3 57:15
57:18 58:4,12,19,24
59:3,21,23 60:8,16
60:23 61:7,20 62:4
63:8 78:13 87:13
92:21 93:2,8,17
101:13,15,17 102:9
105:5 107:25 108:3
118:5 119:25 120:8
**departments (3)**
38:3 92:18 94:6
**department's (1)**
49:10
**depended (1)**
65:6
**deposed (5)**
5:12 6:7,11 100:16,19
**deposition (23)**
1:16 2:2,3 4:4,9 6:14
7:5 8:13 33:5 70:11
70:17,21 78:5 111:8
111:17 127:21,24
128:3 130:5,7,10,14
131:2
**depository (1)**
56:25
**describe (5)**
7:19,21 9:8 17:9
20:20
**described (7)**
17:7 21:2 39:5 45:20
126:9,23 127:4
**describing (3)**
14:3 83:18,20
**designated (1)**
74:23
**designation (4)**
53:14,15,22 68:10
**designations (1)**
53:23
**desired (1)**
58:18
**detected (1)**
84:22
**determination (1)**
46:24

**determine (6)**
58:21 63:20,22 99:6
99:19 100:23
**determined (3)**
17:15 43:7 121:22
**determines (3)**
16:4 17:13 121:23
**determining (2)**
66:7 93:5
**develop (2)**
91:8 120:12
**developed (7)**
16:16 91:9 95:9,12,14
95:15,17
**development (1)**
101:20,21 102:7
**DGW (6)**
75:11,13,16 115:14
115:14,18
**differences (1)**
72:23
**different (14)**
13:15 14:25 15:25
16:10,10 42:11,13
51:16 53:9 76:10,12
78:15 97:14 105:24
**differentiate (1)**
19:9
**difficult (2)**
51:2,5
**difficulty (1)**
51:17
**direct (2)**
124:20 125:20
**directing (1)**
57:7
**direction (1)**
130:10
**director (3)**
57:19 89:8,10
**discuss (3)**
15:18 18:24 36:11
**discussed (7)**
35:6 36:17 38:13 94:5
104:22 106:2 118:3
**discussing (2)**
46:22 74:21
**Discussion (2)**
82:2 104:17
**disjunctive (1)**
125:17
**displays (1)**
15:11
**dissertations (1)**
38:18
**distinction (1)**
20:6
**District (6)**

1:2,3 2:7 4:7,7 130:22
**division (1)**
10:10
**document (74)**
11:11 18:23 19:11,16
19:18 43:7 46:23
49:21,22,23 50:11
50:22,24 51:3,13,14
51:16,18,20 52:2,9
52:11,21,22,25,25
53:7,17,18 68:3,12
68:19,22,22 69:22
70:3,6,10,20,23,24
71:4 76:2,5,6 87:19
90:24 92:7 99:10
101:20,21 102:7
105:6,14 107:15
108:7,24 109:8
111:7 115:10,17
117:15,17,21
118:20,24 119:7,10
119:13 120:4,7,15
124:25 126:6
**documentation (1)**
19:13
**documents (25)**
10:23 11:5,6 13:17
14:13 19:5,5 44:13
44:21 55:5 56:7,22
56:23,24 57:2,4
102:15 105:17
110:7 112:18,21,24
113:5,17 118:4
**doing (1)**
39:21
**dot (1)**
119:21
**doubt (2)**
123:4,8
**dozen (2)**
99:24 101:4
**drafts (1)**
36:8
**drawn (1)**
20:14
**duly (2)**
5:6 130:7
**D.C (1)**
4:11

**E**

**E (4)**
4:2,2 129:2,13
**earlier (26)**
8:11 39:5 40:24 46:3
57:9 61:14 74:21
80:22 91:13 93:10
95:23 101:5 102:10
103:2 109:15 110:7

112:16 113:7 114:3
115:22 116:14
118:3,12 120:7,25
123:2
**earliest (3)**
112:5 122:9,11
**early (5)**
6:12 39:12,16 66:8,12
**easier (1)**
24:12
**East (1)**
2:14
**economic (1)**
10:10
**education (1)**
8:2
**educational (1)**
9:8
**either (4)**
18:24 24:21 100:4
116:7
**either/or (1)**
22:4
**electronic (1)**
77:5
**electronically (2)**
24:23 64:8
**Ellis (4)**
2:5,12 4:10,20
**employed (4)**
44:14,21 130:12,16
**employee (4)**
63:4 81:13,15 130:15
**employees (4)**
33:19,19 57:23 98:13
**employment (1)**
100:3
**encoded (1)**
83:13
**encodes (1)**
15:8
**Endeavor (2)**
30:23 78:19
**engineering (5)**
8:2 69:19,20 73:20
92:19
**English (1)**
125:19
**entailed (1)**
35:9
**enter (7)**
41:3 63:23 64:11,13
64:15 65:18 86:5
**entered (29)**
79:8,16 80:2,4,10,16
82:12 90:2 96:25
97:7,7,10,10,22,24
98:5,6,9 100:8,23

115:20,22 116:2,12
117:5,9 118:8,9
119:5
**entering (1)**
110:6
**enters (1)**
45:25
**entire (1)**
111:25
**entities (1)**
16:10
**entitled (2)**
109:16 115:10
**entity (6)**
19:25 29:11 37:19,22
44:8 105:8
**entries (9)**
14:14 29:23 31:10,11
67:12 79:8,23,25
99:19
**entry (22)**
15:25 23:15 24:15
26:7 32:3 56:9,11
56:15,18 67:7 72:13
73:19 76:19 79:12
79:14 82:7 83:16
84:23 85:11,17
86:24 104:24
**equipment (1)**
79:3
**equivalent (3)**
66:18,19 105:7
**error (4)**
80:10,11 84:14,22
**errors (1)**
131:7
**ESQ (4)**
2:10,11,19 3:4
**essentially (1)**
35:9
**estimate (1)**
122:12
**et (7)**
1:8,12 4:6,6 73:11,11
115:11
**Europe (1)**
11:12
**European (1)**
13:17
**evidence (1)**
68:21
**exactly (2)**
86:9 120:22
**examination (7)**
2:3 5:8 110:21 123:12
124:18 126:19
129:4
**examine (2)**

97:18 111:12
**examined (1)**
5:7
**example (5)**
10:24 75:2 107:18
108:15 125:16
**exchange (1)**
34:18
**exchanged (1)**
34:24
**excuse (9)**
8:2 14:5 27:6 28:25
86:22,23 94:9 102:8
126:25
**exercise (1)**
127:22
**exhausts (1)**
110:9
**exhibit (69)**
68:3,5,7,22 69:12
71:4,6,8,12,16,22
72:7 74:18 75:9
76:22 78:7,8,21
79:7 82:11 87:8,12
87:19,23,24 88:13
88:19,21 89:3,6
90:2,8,10,13 98:18
98:18,19,25 99:3
101:8,11,12 104:4
106:24 108:16,19
108:20 111:7,9,12
115:5,9,17 119:18
120:4,25 121:16
122:22 124:3,22
125:22 126:2
127:11 129:15,16
129:17,18,19,20
**existed (7)**
11:6 25:12,12,13
27:10 76:19 107:21
**existence (2)**
11:5 96:16
**existing (1)**
24:17
**expanded (2)**
16:17 17:3
**experience (4)**
40:9 99:22 112:6,9
**expires (2)**
128:22 130:24
**explain (3)**
17:16 44:9 55:11
**export (2)**
83:23 84:11
**Extension (2)**
73:10 115:10
**extent (9)**
5:20 8:14 23:22 25:17
52:8 59:9 81:2

83:15 89:4
**extra (2)**
25:23 55:20
**e-mail (4)**
88:19 89:7,11,18
**e-mailed (2)**
34:21,22
**e-mails (2)**
34:18,24

_____

**F**

**F (1)**
119:20
**facilitate (1)**
22:7
**fact (5)**
94:20 106:19 107:7
113:8 127:8
**facts (2)**
33:20 131:6
**faculty (2)**
55:3,16
**fall (1)**
100:12
**familiar (3)**
5:14,16 23:4
**family (1)**
19:14
**far (10)**
17:22 27:6 38:13 39:9
39:17 67:24 84:19
92:15 118:11
122:18
**February (7)**
12:19,23 13:4 89:16
89:21 90:5 103:23
**fee (2)**
103:11,15
**field (13)**
17:25 73:2 74:2,23
79:17 80:16 82:12
85:12 116:23
122:20 124:6,7,11
**fields (19)**
15:25 16:5,9,14 17:3
17:8,11,14,17,19,22
18:4 42:16 74:22
82:24 86:3 87:3
122:16 124:9
**figure (1)**
20:12
**file (4)**
17:8,9 22:16 43:16
**files (2)**
97:23,23
**fill (1)**
24:15
**final (2)**

125:25 126:7
**financially (1)**
130:16
**find (6)**
10:19 23:2,6 50:9
51:12 56:22
**finding (1)**
52:13
**fine (1)**
8:19
**finishes (1)**
24:2
**firm (1)**
22:20
**first (32)**
5:6 13:6 24:17 26:2
30:13,25 31:13,16
32:11,20 33:11,23
34:2 35:6 58:21
62:20 63:15 70:5,8
70:9 71:21 72:4
79:12,14 83:10
90:16 95:6 96:11
98:8 102:20 115:17
125:24
**fiscal (2)**
55:13,20
**fishing (1)**
10:24
**fit (2)**
38:12 53:10
**five (3)**
34:14 102:24 123:10
**five-minute (1)**
110:15
**fix (2)**
6:3 81:21
**fixed (2)**
73:2 116:23
**flopping (1)**
46:10
**focus (3)**
13:15 30:2 92:23
**focused (1)**
29:22
**Foley (1)**
73:13
**follow (2)**
123:11 125:19
**follows (1)**
5:7
**follow-up (5)**
87:15 102:24 104:21
126:17 127:16
**foregoing (2)**
130:5,7
**foreign (3)**
10:23 14:20 15:13

**forget (1)**
78:15
**forgive (2)**
25:21 112:16
**form (32)**
19:22 23:21 24:22
25:16 35:21 36:20
40:13 41:4,17 42:22
47:25 49:7 51:4
59:8 63:23 80:18,25
84:24 88:14 89:22
104:5 106:21
107:10,22 108:9,21
109:18 117:6,9
121:5,10,19
**formal (1)**
40:5
**formats (1)**
18:6
**formatting (1)**
83:15
**formed (1)**
55:13
**former (2)**
55:15,16
**forth (1)**
33:21
**forward (1)**
96:24
**foundation (5)**
38:14 80:19 116:5
117:19 118:18
**frame (10)**
8:4 64:4 66:21 80:23
82:6 93:14 104:23
105:6,17 118:17
**frames (1)**
10:12
**France (1)**
10:24
**free (1)**
56:3
**friend (1)**
55:23
**friendly (1)**
41:16
**Friends (5)**
55:3,7,9,12,14
**front (1)**
120:5
**full (2)**
9:5 20:16
**function (2)**
63:21 117:11
**functions (1)**
84:3
**further (2)**
127:17 130:14

**furthered (1)**
55:19
**F62 (2)**
68:11,16
**F63 (2)**
75:4 119:21

_____

**G**

**G (1)**
4:2
**gamut (1)**
11:14
**Gateway (2)**
1:11 4:6
**Gelman (31)**
12:21 21:16 25:22
29:10,22 30:3,5,8
37:9 38:22,23 54:18
54:20,24 56:2 57:7
60:21 61:11 62:3,13
65:5,25 75:15,16,18
75:20 81:5,8 87:13
112:13 114:6
**Gelman's (4)**
78:11,12,14,17
**general (15)**
3:5,7 5:14 20:20
54:20 55:25 56:14
57:23 58:25 60:20
65:3 83:20 84:17
109:16 110:5
**generally (6)**
10:17 15:22 25:17
59:21 62:9 66:17
**generated (7)**
69:11,15 82:8 116:4
119:23,24 120:17
**generating (1)**
83:16
**George (94)**
3:6 6:15 7:8,20 8:3
12:20,22 13:2,7
18:5 20:21 21:15
22:18 23:8 25:22
28:24 29:4,6,7 30:5
30:8,12,15,17,25
31:4,7,13 32:5,10
32:19,20 33:10,11
33:15,15,20 37:9
38:8,11 40:9,18,23
41:2 42:4,7,10,21
44:22 45:2,8 47:14
52:10,22 58:17
62:10 66:8,12,16
67:4,11,11 68:23
69:23 70:25 72:18
73:19 75:14 77:7
80:23 81:4,7,13,15
85:7,20,21 88:4,8

88:11 89:15,19 90:3
92:12 98:11,13
104:3 108:17 110:2
110:3 113:10
114:17 115:2,15
**getting (2)**
86:23 126:25
**Gilman (87)**
2:10 4:19,19 5:9 6:25
20:4 21:23 24:10
26:3 32:17 33:2,3
35:3,5,23 36:5,24
39:2 40:16 41:8,22
43:25 48:4,19,25
49:13 51:11 54:10
59:14 68:2,6 70:22
71:3,7,13,15,20
77:20 78:6 80:21
81:6,18,20 82:5
85:2 86:11 88:18,22
89:5,25 90:7,11
92:9,11 99:2,17
102:3,4 103:11,14
104:9,20 106:11,22
107:6,17 108:4,11
109:4,9,23 110:8,12
116:5 117:19 118:3
118:17 120:24
123:10,13 124:12
124:16 126:17,20
127:12,16 129:6
**give (6)**
5:22 9:5 20:15 22:23
81:10 118:14
**given (7)**
43:4 58:11 69:24
111:2 126:9 128:4
130:11
**gives (1)**
63:12
**giving (1)**
8:21
**glitch (1)**
80:9
**go (14)**
9:2 21:22 24:4 45:19
48:18 54:12,13
58:20,23 65:25
76:17 100:25
105:21 119:15
**goes (1)**
9:3
**going (17)**
5:18,19 10:5 27:6
32:16 36:12 37:8
39:24 43:22 48:21
77:24,25 81:25
104:16 110:17
121:16 127:20

**good (7)**
5:10,11 19:24 21:11
32:15 110:23,24
**goodness (1)**
127:3
**Google (2)**
23:2,6
**Googlize (1)**
23:5
**Googlized (1)**
22:25
**government (13)**
10:23 11:11 13:17,18
55:5 56:7,22,24
57:2,4,5,6 110:7
**governmental (1)**
11:21
**graduated (4)**
9:10,11,18,22
**graduates (1)**
55:15
**granted (1)**
56:21
**granting (1)**
62:6
**granularity (1)**
20:13
**graphic (1)**
115:10
**graphics (3)**
73:11,16 121:21
**grew (1)**
22:13
**Group (1)**
15:3
**groups (1)**
62:16
**guess (10)**
8:20 20:12 21:18 26:4
28:14 29:21 34:10
37:11 96:10 99:24
**guessing (1)**
9:17
**GW (6)**
65:24 72:14 100:3
112:13 114:23
123:6
**GWU (3)**
92:18,18 93:14

——————
**H**
——————
**H (1)**
129:13
**half (4)**
26:24 27:3,18 96:2
**handle (1)**
10:21
**handled (1)**

39:8
**handling (2)**
39:11,15
**handy (1)**
124:4
**happen (2)**
5:18 17:23
**happened (3)**
42:3,6 93:19
**happening (1)**
27:22
**happens (1)**
126:2
**happy (1)**
6:23
**hazard (2)**
28:9 37:11
**HCAD (2)**
1:10 4:8
**head (10)**
12:3,5 13:8,23 20:23
39:19,22 93:17
112:13 124:11
**heading (6)**
15:17 73:15,16
121:18,19,25
**heard (1)**
8:11
**hearsay (1)**
89:4
**height (1)**
52:25
**heights (1)**
53:2
**held (6)**
4:9 30:8 75:11 115:14
115:18 117:23
**help (2)**
10:19 52:13
**Henrietta (1)**
15:7
**hereto (1)**
130:16
**he'll (1)**
6:22
**Himmelfarb (2)**
29:13 113:13
**hired (3)**
12:2,20 39:10
**historical (2)**
10:25 19:8
**history (1)**
9:9
**hit (1)**
43:11
**hits (1)**
117:11
**hold (5)**

10:4,4 13:8 45:24
101:16
**holding (1)**
99:7
**holdings (11)**
57:13 74:7,9,11 75:11
75:21 77:3,6,11,16
83:23
**holds (1)**
115:9
**honestly (7)**
11:7 12:7,9 81:11
97:17 102:22
114:21
**hour (3)**
8:25 9:3,3
**housed (1)**
38:22
**houses (3)**
38:16,17,18
**hunting (1)**
50:3
**hypothetical (1)**
80:19

——————
**I**
——————
**ID (1)**
66:24
**idea (3)**
47:17,20 85:23
**identical (2)**
41:10,12
**identification (1)**
62:15
**identified (12)**
68:5 71:6 88:21 90:10
111:9 125:25
129:15,16,17,18,19
129:20
**identity (2)**
52:19 66:11
**IDs (1)**
62:14
**imagine (1)**
8:25
**imagining (1)**
64:7
**implemented (1)**
93:23
**improbable (1)**
121:12
**inaccuracies (4)**
91:5,16 106:15,18
**incident (1)**
100:18
**include (3)**
29:23 39:4 113:12
**included (5)**

36:12,18 94:18 97:22
106:4
**includes (1)**
113:9
**including (2)**
81:4 99:11
**incomplete (1)**
80:19
**incorporate (2)**
41:23,25
**Incorporated (4)**
1:8,12 4:5,6
**incorrect (4)**
50:25 52:4 91:9 92:5
**index (1)**
49:19
**indexed (4)**
49:5,7,11,12
**indicate (9)**
25:23,25 53:20,23
75:25 76:3 85:12
92:24 97:2
**indicated (5)**
53:4,6 120:12 121:4
121:17
**indicates (3)**
83:11 86:15 115:9
**indication (3)**
25:14 82:23 115:16
**indications (2)**
52:21 53:16
**individual (1)**
62:7
**individuals (2)**
66:24 114:8
**indulge (1)**
124:15
**industry (1)**
10:24
**inform (1)**
26:9
**information (45)**
15:10 21:25 23:18
35:11 41:3,24,25
72:7 73:4,24 74:12
74:22,23 76:18
79:16 80:15,17 82:9
82:11,24 83:22
84:12 85:25 86:15
86:18,20 87:4,18,24
88:3,8 90:3,6 91:12
94:13,17 101:9
108:20 116:20,23
117:3,11 118:8
121:8,17
**infringement (1)**
8:8
**initialism (2)**
16:22 62:24

initially (1)
95:17
initiated (1)
118:8
input (2)
117:4,10
insert (3)
116:20,22 117:5
instance (5)
17:7 52:14 56:3 84:11
114:25
institution (1)
67:16
institutions (2)
67:20 96:4
instruction (1)
23:25
instructions (2)
83:16 110:25
interactions (1)
13:2
interested (2)
55:17 130:17
interface (6)
41:12,13,19 42:10,12
42:15
interference (1)
81:17
interject (1)
6:20
interlibrary (11)
22:7 60:11,16 61:11
61:17 62:10 64:14
87:8 94:23 95:17,18
internal (3)
23:9 30:10 97:21
internally (1)
50:5
international (5)
1:11 15:12 16:20,25
63:18
Internet (7)
64:21,22 65:3 114:10
114:12 123:22,24
interrupt (1)
48:17
interviewed (1)
13:5
introduce (1)
4:17
invented (2)
15:6,7
investigation (3)
98:21,23 102:5
involved (3)
78:24 92:13 104:3
involvement (2)
7:15 48:6

involves (1)
16:25
involving (1)
7:12
ISBN (1)
63:17
issue (1)
6:17
issues (3)
7:12 106:3,13
item (6)
50:13 69:8 100:9,23
105:11 107:20
items (1)
92:17

_____ J _____

Jacob (3)
29:14,19 113:14
James (1)
73:13
Jean (138)
1:1,16 2:1,2 3:1 4:1,4
4:25 5:1,5 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1,5
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1,8 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1,5 130:1
job (1)

35:9
John (2)
2:19 4:22
joined (4)
13:7 14:8 88:12 97:22
joining (2)
39:24 42:6
joint (1)
16:22
Jonathan (2)
3:15 4:14
judge (1)
8:13

_____ K _____

K (1)
2:10
Kalamazoo (3)
9:10,12,18
keep (3)
40:14 46:9 101:17
kept (1)
88:3
key (3)
63:21 117:11 125:3
kind (2)
94:17 119:8
kinds (2)
7:17 10:25
Kirkland (4)
2:5,12 4:10,20
knew (7)
7:14,19 11:6 33:25
50:16,16 94:20
know (132)
5:16,21 6:2,4 7:6,12
7:15 8:7,15,18,19
8:24 14:8 16:4,13
16:16,20,21,23
17:13,25 18:15
26:19,21 27:5 28:10
28:11,13,18,22 29:3
30:12,16,24 31:2,3
31:8,13,16,18,22,24
35:17 36:6 37:9,16
37:22 39:9,17,18,19
40:2 44:2,17 45:11
45:18,22 48:12,14
51:6,22 54:2,6,25
55:2,22 56:10 57:21
58:3,25 61:19,25
62:20,21 64:20 65:2
66:6,10,11,15 67:4
67:6,7,10,24 69:2,8
69:11,22 70:2,23
79:13,19,22 80:20
82:6 83:6 84:20
85:3,4,7,15,16,18
85:20,24 86:10 87:3

87:7,11 88:2 89:9
89:24 92:15 93:4,6
93:16 96:25 97:16
97:17 103:22
105:10,15 107:20
109:24 118:11
119:11 122:7,18
123:16,21 124:7
knowing (2)
42:9 52:12
knowledge (22)
7:10 36:2 37:12 50:12
52:10 57:16 61:13
69:4 77:18,19 79:15
81:9 88:6 93:12
107:9,12 108:12
113:24,25 122:9,13
123:15

_____ L _____

label (3)
68:13 83:23 120:22
labeled (1)
50:24
lack (3)
38:14 80:18 118:18
language (14)
15:5,12,14 16:12
18:18 36:11,14,17
36:18,23,25 37:4
41:21 63:24
languages (1)
13:20
larger (1)
53:7
Larry (3)
88:19 89:7,9
late (9)
14:10 15:7 22:6 37:15
91:7,10,14,14 95:12
Laughter (1)
58:16
law (5)
22:19 29:13 113:12
113:14,18
lawsuit (1)
8:8
lawyers (1)
34:8
layer (1)
30:10
layperson (1)
11:15
LCOC (1)
21:13
learn (1)
33:23
leave (4)
58:9,10,14 119:14

leaves (1)
60:21
left (3)
12:19 73:5,5
left-hand (3)
68:10 74:17 124:3
legal (1)
19:23
legally (1)
107:13
letters (2)
19:13 119:20
let's (1)
65:5
librarian (3)
10:9,15,17
librarians (1)
104:2
libraries (53)
12:23 13:3 16:10 18:9
21:25 22:2,11,13,14
22:21 23:2,7 25:6
25:11,14,17,19,19
26:17 27:7,10 28:4
28:7,12,15 29:5,5,8
29:9,16,23,24 30:2
30:22 37:8 38:17
54:17 66:18,22 69:3
76:6,13 77:12,14
81:4 94:10,22,25
96:5,14,15 113:10
113:15
library (139)
9:14,23 10:3,8 11:24
12:21 13:13,16
14:19,23,24 15:3,8
16:24 20:25 21:8,13
21:16 25:22 26:4,10
26:20,22 27:2,13,19
27:24 29:10,12,13
29:16,18,22 30:3,4
30:6,8 33:19,25
37:10,13 38:12,13
38:23,23 39:25
42:21 43:18 45:16
50:16 53:21 54:3,12
54:20,21,24 55:4,8
55:9,12,14,15,18,23
56:2,4,19 57:7,19
57:20,23 58:9,17
60:5,22 61:4,11
62:4,14,17 65:5,21
65:25 67:15 69:15
72:19 74:5 75:14,15
75:17,18,20,22 76:4
76:16 77:2,9 81:5,8
82:8 84:13 87:13
92:21 93:2 95:24
96:8 97:4,6,9,21

Exhibit 1
Page 000041

98:3,4,6,7 99:5,12
101:13 104:2
109:12,17,21,25
110:4 111:21
112:13 113:11,12
113:13,14,16,18,18
114:9 115:3,9
117:21 119:8
121:19 123:17
**library's (1)**
51:13
**limited (1)**
99:11
**line (27)**
20:14 73:10 75:2,10
75:10 76:23 115:12
115:19,22 116:2,25
119:18 120:13
121:2,9,17 124:23
124:23 125:24
131:8,10,12,14,16
131:18,20,22
**list (6)**
56:9,11,15,19 74:15
83:22
**listed (5)**
51:14 73:10,18,21,23
**lists (3)**
72:7 85:12 123:19
**Litigation (1)**
3:5
**little (6)**
20:13 21:19,24 29:4
49:3 59:19
**LLP (2)**
2:12,20
**loaded (2)**
22:17 67:21
**loan (10)**
60:11,17 61:12,17
62:10 64:14 87:9
94:23 95:17,18
**local (8)**
22:17 23:19 28:19,20
28:23 29:15 30:7
72:14
**locally (1)**
22:24
**locate (9)**
49:21,22,23 50:11,22
51:3 68:19 108:19
109:7
**located (3)**
50:14 74:5 120:8
**locating (4)**
51:7,7,8,17
**location (11)**
11:5 49:25 52:8,11,22
53:9,9,16,24 69:24

**74:16**
**logistics (1)**
8:11
**log-in (9)**
63:11,12 64:11,13,15
64:17 65:18,20
66:23
**log-ins (2)**
66:8,24
**long (20)**
9:2 10:2 12:18 16:16
30:18 45:18,22,24
47:17,20 48:9 82:7
91:4 102:19 104:24
105:6,10,13,15
114:16
**longer (2)**
47:23 101:19
**look (13)**
50:18 51:19,23 56:7
63:2 76:18 88:25
90:13 104:12
106:23 116:11
119:12 124:22
**looked (6)**
43:5,6 44:13,20 90:22
102:15
**looking (5)**
72:19 90:23,25 101:8
124:9
**looks (1)**
90:15
**lost (1)**
127:2
**lot (2)**
17:15 106:2
**Lucent (4)**
1:7 2:17 4:5,20
**Lucent's (1)**
111:14

_____
          M
_____
**magazine (1)**
18:23
**magazines (2)**
11:16,19
**maintain (3)**
23:9 94:12 95:21
**maintained (11)**
45:12 69:23 70:3
72:13,16 74:12 78:9
78:12,13,22 108:16
**maintains (2)**
78:9,25
**majority (5)**
28:11,15 94:9,10,25
**manage (2)**
22:2 28:19

**management (6)**
13:9 37:25 38:5,8,25
112:14
**manila (1)**
46:9
**manual (1)**
124:9
**manuals (1)**
40:6
**maps (1)**
18:15
**MARBI (1)**
16:22
**MARC (24)**
14:25 15:4,5,23 16:9
17:4 25:2 41:21,24
42:15 63:24 72:21
72:24 73:5 74:19
83:3,7 91:8,9 95:7
95:12,21 98:14
123:2
**March (4)**
82:19 85:17 86:16
130:24
**mark (7)**
43:9 63:25 68:2 71:3
88:18 90:7 111:7
**marked (4)**
68:7 74:2 111:12
120:4
**master (1)**
9:12
**master's (3)**
9:14,16 12:12
**match (1)**
50:25
**matches (1)**
120:21
**match/parallel (1)**
93:19
**material (48)**
19:4 20:7 24:15,25
39:4 40:5,22 43:4
45:7,10,19 46:4,14
47:5,8,18,21 48:7
48:10 49:4,10 50:4
53:11 54:2,7,9 57:5
58:12,21 59:3,7,20
60:11,15,18,21,25
61:4,6,16,21 62:5
63:6,10,23 72:19
74:16 119:12
**materials (25)**
11:17 14:16,20 15:9
16:17 17:6 18:9,14
18:19 19:10,12
20:24 21:8,9 30:7
38:16 53:2 57:22
58:5,6 60:4,7 61:8

**61:10 101:16**
**matter (18)**
4:5 100:19 102:21
103:17,20,23
105:22 121:24
122:5,6,7,10 125:2
125:3,5,11,13,16
**ma'am (2)**
103:11 126:3
**mean (25)**
15:4 17:3 19:21,25
34:11 36:23 37:24
46:12 51:6 52:6
54:11 55:7 56:23
58:8 60:24 61:2,5
67:18 70:7,13 76:5
82:18 92:8 96:6
108:5
**means (5)**
64:17 75:22 82:20
121:4,21
**meant (2)**
13:24 108:5
**measured (1)**
43:6
**mechanism (2)**
21:25 26:9
**medical (3)**
29:12 113:13,17
**member (18)**
14:6 30:6 40:23 43:5
54:8 55:25 56:8
64:14 66:5 67:4
76:2,4 89:15,20
90:4 105:21 109:12
117:10
**members (10)**
54:21 55:3,16,17
57:24 58:25 63:9
96:16,17 109:16
**memories (1)**
100:7
**memory (5)**
77:17 100:24 101:2,3
104:10
**mentioned (7)**
21:12 46:3 91:13
112:12 113:8
118:12 122:25
**merged (4)**
26:23 27:19 47:12
95:25
**merger (1)**
27:2
**methodology (1)**
79:4
**Michigan (4)**
9:11,13,18,21
**mid-1990s (1)**

**65:8**
**mind (1)**
110:14
**mine (1)**
81:18
**minute (7)**
15:20 37:8 48:18 63:2
88:25 90:12 91:3
**minutes (3)**
92:6,10 105:22
**mischaracterize (1)**
86:8
**mischaracterizes (3)**
23:22 59:9 81:2
**mistake (1)**
80:15
**moment (3)**
88:24 111:11 125:8
**monograph (7)**
18:25 19:15,17,20
20:8,10 23:14
**monographs (6)**
11:10,22 18:7,10
19:10 20:17
**moral (1)**
55:13
**morning (6)**
5:10,11,19 91:14
111:2 113:7
**morning's (1)**
111:19
**Mount (2)**
29:12 75:19
**move (2)**
45:23 58:11
**moved (1)**
101:14
**movies (1)**
17:11
**multiple (1)**
20:10

_____
          N
_____
**N (3)**
4:2 129:2,2
**name (14)**
7:6 28:23 30:14 38:4
47:10,12 63:19 75:7
83:8 108:2 114:5
120:15 131:1,3
**names (2)**
36:7 47:11
**narrative (1)**
42:23
**National (2)**
73:22 117:2
**nature (2)**
40:6 41:16

**near (1)**
51:19
**neat (1)**
119:15
**necessarily (5)**
17:5,24 86:17,19
100:6
**need (11)**
21:9 24:4 40:2 56:12
64:13,15 65:17
81:21 98:22 122:23
123:3
**needs (1)**
67:17
**neither (1)**
130:12
**never (4)**
34:21 70:7 84:16,19
**new (37)**
2:15,15 9:22 10:2,8
11:24 13:13,16
14:19,23,24 16:17
16:17 17:3,19,22,25
18:4 23:13 24:14,16
25:20 26:6,19,21,25
27:13,18,23 45:19
63:10 76:17 95:23
96:7 97:24 98:2
107:20
**Newby (54)**
2:19 4:22,22 6:19
19:22 23:21 25:16
33:24 34:2,8,20,21
34:22 35:7,14 36:16
38:14 40:13 41:4,17
42:22 49:7 51:4
54:5 59:8 72:5
80:18,25 88:14,24
89:22 100:12
102:20 104:5
107:22 108:9,21
109:18 110:14,22
111:10 116:9,10
117:24 118:19
121:13 123:9
124:17 125:4 127:2
127:4,8,17 129:7
**Newby's (1)**
110:8
**newspapers (2)**
11:16,19
**noncommercial (1)**
11:21
**normal (1)**
60:22
**normally (1)**
100:5
**Northern (2)**
29:11 75:19

**Northwest (4)**
2:6,21 3:9 4:11
**Notary (4)**
2:7 128:18 130:2,21
**noted (2)**
91:8 128:5
**notes (1)**
104:12
**notice (6)**
2:3 30:19,24 31:6,9
111:7
**noticed (1)**
92:5
**Notre (22)**
9:15,21 10:6 11:25
12:2,11,18,19 13:12
14:5,8,10 25:21
30:21 42:12,14 48:5
93:20 98:11 100:3
111:20 112:23
**notwithstanding (1)**
122:25
**November (3)**
1:20 2:4 4:12
**number (51)**
1:9 4:3,8 28:10 43:20
49:15,19,20 50:3,7
50:10,11,13,21,25
51:14,16 52:3,3,7
52:20 53:4,15 63:18
68:12,13,17 71:5
73:3,25 74:3,14
75:2 77:25,25 78:4
103:2 106:13 111:7
115:5 119:18,22,23
120:4 121:16 122:2
122:22 124:22
127:11,21 129:15
**numbers (10)**
51:22 68:3 74:17,22
82:16 83:6 115:13
119:20 120:12,19

————————————

**O**

**O (2)**
4:2 129:2
**object (11)**
8:12 35:21 47:25
84:24 89:3 106:8,21
107:10 116:6
118:17 121:10
**objected (1)**
37:5
**objection (27)**
6:19 19:22 23:21,24
24:3 25:16 36:20
38:14 40:13 41:4,17
42:22 49:7 51:4
54:5 59:8 80:18,25

88:14 89:22 104:5
107:22 108:9,21
109:18 116:5
117:19
**objections (1)**
8:14
**obtained (2)**
70:24,25
**obviously (3)**
20:9 59:6 88:11
**OCL (2)**
14:10 101:6
**OCLC (178)**
14:2,6,8,9,11,13,22
21:17,19,24 22:5,13
22:21,25 23:6,10,14
23:17 24:15,17 25:2
25:6,12,21 26:2,6
26:10,17,20,22 27:2
27:8,11,14,15,19,20
27:24 28:4,8,12,15
28:18 31:10,12,14
31:18,21 32:6,12,21
33:12,16 41:7,7,9
41:15,19,23 42:11
42:12,15 43:9 44:12
44:18,22 46:12
50:25 62:19,21 63:3
63:4,6,10 64:5,10
64:18 65:14,15 66:8
66:12,17,25 67:4,7
67:10,13,16 71:9,23
72:11,14,16 73:3
75:25 76:3,11,13,17
77:13,15 78:10,22
78:25 79:18,19,24
79:25 80:7,17,24
82:8,9 84:4,18,23
87:16 88:4,8,12
89:8,10,20 90:4
94:11,22,25 95:3,6
95:9,14,20,25 96:5
96:6,11,16,17,21
97:2,3,23,23,25
98:2,5,10,11 99:5
99:19 100:22 101:8
104:24 112:3,6,10
112:18,21,25 113:5
113:19,20 114:22
114:23 115:2,6,13
115:14 116:3,15
117:12,18 118:9,22
119:2 122:4,16
124:8
**October (2)**
88:20 127:3
**Office (1)**
3:7
**officer (1)**

88:14 89:22 104:5
107:22 108:9,21
109:18 116:5
117:19
**130:4**
**offices (2)**
2:5 4:10
**often-asked (2)**
99:21 100:5
**oh (4)**
14:7 16:11 22:21
127:3
**Ohio (5)**
22:6 95:4,11,16,19
**okay (24)**
9:12 15:18 20:5,17
21:18 22:21 28:3
51:12 52:17 59:25
68:9 70:23 72:23
78:20 81:19 87:17
95:12 108:15 111:6
111:25 116:19
118:12 125:15
126:15
**older (1)**
19:4
**Olszewski (1)**
88:19
**Olzsewski (3)**
89:7,9,14
**once (6)**
6:9,10 11:18 45:10,25
105:11
**ones (5)**
20:2 26:4,6 75:6 94:2
**one-page (2)**
71:4 88:19
**online (13)**
21:6,12,15 22:14
24:22,23 25:5 76:7
76:10 81:3,9 84:4
96:11
**open (8)**
54:7,11,13,14,16,21
57:9,10
**opened (3)**
37:10,13,14
**operation (1)**
60:22
**operations (1)**
99:6
**operative (1)**
125:17
**OPERATOR (15)**
4:3 5:2 48:20,23
77:23 78:3 81:16,19
81:24 82:3 104:15
104:18 110:16,19
127:19
**opposed (2)**
11:10 107:13
**order (10)**
24:19,20 63:13,21

64:3 76:18 77:2,4
77:10,15
**ordered (4)**
25:4 43:16 64:5 76:24
**ordinary (1)**
99:6
**organization (2)**
19:15 55:12
**original (10)**
12:4,5 13:25 19:5
60:15,18,21,24 61:6
70:7
**originally (1)**
97:11
**originals (2)**
13:24,24
**outcome (1)**
130:17
**outside (14)**
34:8 47:13,15 57:23
61:11 67:11 85:21
95:4,11,16 98:20,23
100:15,21
**overnight (1)**
101:17
**oversized (3)**
53:12,13,14
**owned (2)**
23:7 38:16

————————————

**P**

**P (1)**
4:2
**Packin (3)**
2:11 4:20 88:20
**page (13)**
32:3 43:6 69:11 85:11
124:24 131:8,10,12
131:14,16,18,20,22
**pages (1)**
119:14
**pagination (1)**
43:6
**pamphlet (1)**
46:9
**paper (1)**
19:19
**papers (1)**
19:12
**paragraph (10)**
92:16 94:8 98:24
107:18 109:10
116:24 124:21,23
125:21,24
**Pardon (1)**
102:2
**part (15)**
16:11 20:17 24:11,11

**particular (6)**
46:19 49:14 50:2
52:12 60:22 64:10
69:14,15 72:14
75:10 83:25
16:21 33:25 35:12
62:19 117:11
124:24
**particularly (1)**
11:12
**parties (3)**
2:9 130:13,16
**parts (1)**
127:2
**party (1)**
7:9
**password (1)**
64:16
**patent (1)**
8:7
**patron (1)**
58:17
**patrons (3)**
54:4,8 55:4
**pattern (1)**
11:18
**pay (2)**
55:21,22
**Pec (212)**
1:1,16 2:1,2 3:1 4:1,4
4:25 5:1,5,10 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1,2
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1,2,5
68:22 69:1,12 70:1
71:1,3,6,8,8,12,16
71:21 72:1,7 73:1
74:1,18 75:1,9 76:1
76:22 77:1 78:1,5,7
78:8,21 79:1,7 80:1
81:1 82:1,11 83:1
84:1 85:1 86:1 87:1
87:8,12,19,23,24
88:1,13,18,21,23
89:1,3,6,6 90:1,2,7
90:10,12,13 91:1

92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1,8,11,12
102:1,7,8 103:1
104:1,4 105:1 106:1
106:23 107:1 108:1
108:16,19,20 109:1
110:1,23 111:1,8,9
111:11,12,13,19
112:1 113:1 114:1
115:1,5,8,16 116:1
117:1 118:1 119:1
119:17 120:1,4,25
121:1,16 122:1,22
123:1 124:1,3,20,21
125:1,21 126:1,2
127:1,11 128:1
129:1,5,16,17,18,19
129:20 130:1
**Pending (1)**
110:8
**Pennsylvania (1)**
3:9
**people (9)**
10:18 11:6 17:15 36:7
39:20 56:18,22 57:2
123:24
**percent (1)**
108:8
**perfectly (1)**
8:19
**performed (1)**
37:20
**period (5)**
41:18 42:4,14 112:2
113:4
**periodically (2)**
41:14,18
**periodicals (1)**
11:16
**permission (1)**
58:11
**permitted (1)**
58:14
**Perry (2)**
3:15 4:14
**person (7)**
19:14 35:10 59:18
64:10 81:23 84:18
84:22
**personal (7)**
65:6 88:6 93:12 106:6
107:9,12 108:12
**personally (9)**
60:19 77:14 78:24
93:15 105:9,13
106:20 112:17,24
**personnel (1)**
104:2

**persons (2)**
65:20 66:11
**Petersburg (1)**
47:16
**photocopied (3)**
21:10,10 60:12
**photocopying (2)**
60:12 61:20
**phrase (2)**
73:9 124:24
**phrased (1)**
108:8
**physical (27)**
18:23 21:8 29:10
45:15 51:15,17 52:2
52:5,8,22,25 53:17
53:23 57:12 60:21
61:8,10 62:13 64:4
68:18 76:14,16,23
77:5 79:3 80:24
108:16
**physically (15)**
21:3 38:22 49:22
50:11,14,21 51:2
59:22 60:3,6 62:3
69:5,23 70:3 109:7
**pick (1)**
115:5
**piece (2)**
14:3 43:19
**place (7)**
93:25 94:5 98:8 102:6
109:25 114:16,18
**placed (1)**
56:11
**placing (1)**
56:18
**Plaintiff (1)**
2:17
**Plaintiffs (1)**
1:9
**please (19)**
4:17 5:3 6:2,24 7:3
24:9 59:13 71:19
88:24,25 106:10,24
109:5 111:4 115:5,8
116:11 122:21
127:7
**point (14)**
19:24 35:14 46:25
49:20 64:23 91:9
95:24 96:17,23
114:19 116:2,3
117:8 118:7
**pointed (1)**
120:25
**policies (13)**
45:6 56:14 58:3 61:19
61:24 62:2,6 66:6

66:10 88:7 101:23
102:6 109:24
**policy (1)**
62:10
**Porter (3)**
2:20 4:22 34:25
**portion (6)**
15:15,16,16 19:2
45:16 83:9
**portions (1)**
85:17
**position (5)**
10:7 13:6,8 93:16
112:13
**positions (2)**
10:7,13
**possess (1)**
113:18
**possession (1)**
45:23
**possibility (1)**
47:2
**possible (17)**
28:18 47:23 50:21
51:23 61:15 67:15
67:24 80:10 81:22
83:17 89:19 96:22
103:24 121:8,14,15
125:5
**possibly (2)**
43:21,22
**practice (3)**
77:4,7,9
**predated (2)**
37:19 44:8
**premises (1)**
58:9
**preparation (1)**
102:18
**prepared (2)**
32:25 33:7
**preparing (2)**
32:18 33:18
**present (6)**
2:8 3:15 4:17 59:22
60:3,7
**preservation (1)**
21:10
**President (1)**
3:7
**presumably (2)**
64:17 96:15
**pretty (1)**
13:21
**Previous (1)**
23:6
**previously (3)**
22:15 70:19 86:6

**print (3)**
22:10,10 83:25
**printed (3)**
15:10 69:18 84:3
**printout (1)**
115:6
**prior (12)**
23:22 27:22 39:24
42:6 81:2,3 90:4
93:25 95:3,25
100:15,18
**private (1)**
19:13
**privately (2)**
67:16,18
**probably (12)**
18:6,24 28:9 34:16
38:4,6 50:18 51:19
61:3 91:3 103:3
121:7
**procedure (6)**
40:5 44:17,21,25
118:13 119:9
**procedures (27)**
40:2,12,14,15,17,20
44:7,11,14 45:6
66:7,15 79:5 88:7
93:13,18,19,20,22
93:24,25 94:5
101:23 102:6
105:24 109:24
123:6
**proceeded (1)**
43:8
**process (16)**
5:15 7:20 17:21 42:18
44:2 45:20 49:14
58:20 66:23 69:16
93:13 105:6 116:4
117:8 118:4 120:10
**processes (1)**
79:4
**processing (1)**
46:19
**produce (1)**
83:23
**produced (3)**
19:25 57:5 69:21
**producer (1)**
17:10
**production (2)**
68:3 71:4
**professional (1)**
112:10
**provide (5)**
23:17 52:11 55:13,19
75:23
**provided (5)**
49:14,19 79:16

108:20 118:10
**provides (3)**
21:20 22:2 52:8
**providing (1)**
15:25
**public (35)**
2:7 9:23 10:3,8,10
11:24 13:13,16
14:19,23,24 15:11
25:20 26:20,21,25
27:13,19,24 54:22
56:2 57:24 59:2
72:22,24,25 95:24
96:8 99:8 109:12,16
110:5 128:18 130:2
130:21
**publication (11)**
6:16,18 7:13,16,18,20
7:22,23,25 8:5
23:14
**publications (4)**
11:11 14:16,21 38:19
**published (7)**
14:17 19:16,16,21
20:3 57:6 92:17
**publisher (1)**
73:14
**publishing (1)**
20:9
**purport (1)**
89:10
**purports (1)**
89:7
**purposes (1)**
32:25
**pursuant (1)**
2:3
**put (9)**
19:7 22:23 26:16
43:21,21 46:8 56:9
56:15 98:8
**putting (5)**
20:9 77:3,5,10,15
**p.m (2)**
78:3 127:24

--------

**Q**

**qualify (1)**
62:15
**quality (1)**
119:9
**question (39)**
6:3,22 8:15,16 16:7
21:22 22:4 24:2,3,8
29:21 32:15 35:22
45:3 48:2,13 59:11
80:13 86:8,10,13
88:15,17 89:23
99:21,23 100:5,8

106:8 107:3 108:13
108:23 109:3,5
115:25,25 116:8
125:10 126:18
**questioning (1)**
114:20
**questions (34)**
5:17,20,21,21,24 6:5
7:14,17 8:12,17
10:18,19,21,22,23
10:25 11:3,4 35:10
87:15 102:10
104:21 108:25
110:9,9 111:17
122:23 123:9,11
124:2,13,14 126:16
127:17
**quick (1)**
77:21
**quickly (1)**
123:11
**quinquennial (1)**
11:20
**quite (5)**
16:6 23:23 25:18
36:22 52:5

--------

**R**

**R (1)**
4:2
**ran (1)**
11:14
**ranged (1)**
10:22
**rarer (1)**
38:16
**read (9)**
15:14 92:4 99:9 107:2
109:6 116:7 119:16
127:23 128:2
**reads (4)**
68:11 75:4,10 79:8
**ready (1)**
117:13
**realizing (1)**
60:25
**really (1)**
6:12
**reason (14)**
5:24 9:4 51:15 126:8
126:12 131:4,8,10
131:12,14,16,18,20
131:22
**reasonable (1)**
84:21
**reasons (1)**
27:6
**Rec (1)**
124:6

**recall (17)**
7:4,8,23 33:12,13,14
94:4,7 95:19 100:18
102:19,22 125:6,7,7
125:9,10
**receipt (2)**
43:4 93:7
**received (11)**
23:10 24:14 26:6
42:20 45:19 50:17
68:23 76:17 103:7
103:16 126:24
**receives (1)**
107:20
**Recess (3)**
48:22 78:2 110:18
**recollection (3)**
34:11 35:8 100:22
**record (91)**
7:22 14:3 15:13,15
22:23 24:18,21,24
24:25 25:3,3,13
26:15 43:9,11,12,14
48:18,21,24 53:7
62:21 63:20,21,22
63:25 71:9,23 72:10
72:11 73:3 74:6,7,8
74:9,11,13 75:23,24
76:4,8 77:3,6,11,16
77:24 78:9,12,14,16
78:17,18,21 80:14
81:25 82:2,4,18,21
84:6,9 85:25 86:15
97:2,3,4,8,9,11 98:7
98:8,16,17 99:19
100:13 104:14,16
104:17,19 109:6
110:17,20 116:20
117:13 118:9 119:5
120:21 122:2
127:20 130:10
131:5
**records (26)**
19:7 21:17 22:10,14
22:16,16 23:10
26:17 29:19 31:12
32:7 63:13,14 65:14
65:15,17,21 67:21
88:13 95:21 96:20
96:21,21,24 97:18
100:22
**reduced (1)**
130:9
**refer (5)**
33:4 61:4 75:13
115:21 122:21
**reference (12)**
10:9,14,17 16:2,5
49:20 51:2 52:11,16

52:17 58:12 113:13
**referenced (6)**
42:19 49:5,8,11,12
68:8
**references (4)**
52:2,5 101:6 124:24
**referred (3)**
18:19 32:24 74:18
**referring (7)**
32:24 33:5 40:14
71:12 103:10
119:17 127:11
**refers (5)**
57:4 68:14 75:16,18
124:7
**reflected (1)**
106:15
**reflective (1)**
122:3
**reflects (4)**
79:11,13 87:23 89:12
**refresh (2)**
12:8 125:9
**regarding (23)**
32:20 33:11,20 34:9
34:18 35:19,24
44:13,21 45:6 56:14
56:18 62:13 66:17
72:8 94:6 102:7
103:5,17 105:4
123:2,5 124:2
**regular (1)**
11:18
**related (1)**
130:12
**relative (2)**
10:12 130:15
**relying (3)**
94:17 127:8,15
**remember (12)**
6:13 7:24 8:4 11:7
12:7,9 36:7 48:9
81:11,12 99:13
100:6
**remind (2)**
111:2 115:8
**removed (1)**
37:5
**repeat (3)**
59:13 107:3 109:4
**rephrase (6)**
6:23 7:3 16:8 27:12
116:8 127:5
**replace (4)**
85:5,8,13,25
**replaced (1)**
82:13,15,19 85:12,16
85:19 86:4,16,18,20
121:2

**report (23)**
18:24 35:12 42:19,25
43:8 68:8,25 69:2,6
69:15 71:9,12 72:8
72:11 76:21 78:8
84:14 92:20 93:8
101:12 125:25
126:7,22
**REPORTED (1)**
1:23
**reporter (5)**
4:15 5:2 109:6 111:6
130:2
**Reporting (1)**
4:16
**reports (6)**
11:20,20 92:17,24
93:13 94:6
**represent (1)**
4:18
**represented (1)**
22:15
**representing (2)**
4:20 24:24
**reproductions (1)**
61:15
**request (4)**
59:3,7,20 62:5
**requested (5)**
61:16 80:24 87:8,12
109:6
**requests (1)**
105:16
**requirements (1)**
105:20
**requires (1)**
56:25
**research (11)**
10:20 15:2 30:4,22
44:6,9 102:11,12
113:11,16 123:16
**researchers (1)**
11:2
**respect (2)**
124:25 125:15
**respective (1)**
2:9
**respond (1)**
105:16
**response (2)**
111:14,15
**responsibilities (4)**
10:16 13:12 20:21
112:10
**responsible (6)**
20:24 21:2,4,5,7
46:18
**rest (1)**

53:11
**restrict (1)**
26:5
**restricted (3)**
109:21 110:5,6
**resume (1)**
12:9
**retrieve (2)**
22:14 54:8
**returned (8)**
43:24 45:10,20 46:5
  47:5,18 102:9 119:8
**reverse (1)**
51:22
**review (2)**
36:14 90:19
**reviewed (6)**
36:16 91:8,19,23
  99:10 107:15
**reviewing (2)**
92:2,6
**right (3)**
13:6 28:3 127:22
**RLG (3)**
15:2 96:7 97:18
**role (2)**
37:20 39:21
**Roman (1)**
13:20
**room (2)**
45:25 58:11
**routes (1)**
93:8
**rule (1)**
8:14

———————
**S**

**S (3)**
4:2 129:2,13
**sake (1)**
111:3
**sat (1)**
92:4
**save (1)**
63:25
**saw (7)**
26:6 70:5,7,8,9 71:21
  90:16
**saying (5)**
26:14 100:24 109:11
  113:9 126:5
**says (6)**
50:6 89:17 115:13,19
  116:11 125:24
**scan (1)**
91:4
**scanned (1)**
60:13

**school (6)**
7:25 8:2 69:18,20
  73:20 92:19
**science (5)**
9:14 69:19,21 73:20
  92:19
**scratch (1)**
14:3
**screen (5)**
4:13 73:8,8 83:25
  84:2
**search (6)**
23:2 24:17 63:15,17
  63:18,19
**searchability (1)**
124:25
**searchable (6)**
122:4,6,7,10,16,19
**searched (1)**
71:23
**searching (3)**
122:15 125:5,11
**second (5)**
35:18 75:10 79:22
  100:17 115:12
**security (1)**
62:18
**see (28)**
24:18 36:8 50:19
  56:13 57:2 60:4,7
  60:10 63:15 65:6
  72:20,21 73:7,9,12
  73:13,14,15,19 83:4
  89:6,14,17 104:12
  119:13 122:23
  123:3 126:3
**seeing (3)**
20:24 21:3 55:18
**seen (5)**
36:17,25 37:3 69:5
  70:16
**send (2)**
26:14 84:11
**sense (2)**
52:7 84:9
**senses (1)**
96:10
**sent (19)**
22:11 24:20,21 25:3
  43:17 46:14 47:18
  48:7 60:13,16 61:11
  69:3 70:11,14 82:8
  118:15,20,21 119:7
**sentence (1)**
125:17
**separate (3)**
12:15 21:14,16
**September (12)**
9:25 33:6 34:3 70:20

71:25 90:8,14,17
  109:11 115:20
  119:5 125:2
**sequence (1)**
115:25
**serial (2)**
18:25 23:13
**serials (12)**
10:11,15 11:8,9,10,10
  11:15,17 12:3 13:11
  18:7,10
**series (3)**
5:19 63:19 102:23
**served (2)**
103:8,12
**service (1)**
105:19
**services (7)**
13:9 21:20 37:25 38:6
  38:8,25 112:14
**set (3)**
16:15 33:20 80:6
**sets (1)**
16:13
**share (2)**
21:25 94:12
**shared (1)**
67:25
**sharing (1)**
28:20
**shelf (1)**
53:10
**shelved (9)**
45:11 46:15 50:20
  51:24 53:3 54:16,16
  57:9 105:14
**shelves (4)**
54:7,11 57:11 105:11
**shelving (1)**
21:7
**short (1)**
104:11
**shorthand (1)**
130:8
**show (2)**
76:22,24
**shown (1)**
62:15
**side (1)**
73:6
**sign (1)**
127:23
**signed (11)**
35:24 36:3,9,16,19
  37:2 90:14,18,21
  91:20,22
**signify (1)**
83:6

**signing (2)**
36:15 94:18
**similar (7)**
6:17 13:12 37:20 44:5
  46:7 66:23 102:10
**similarly (1)**
28:14
**simpler (1)**
59:19
**simply (1)**
119:12
**single (1)**
29:15
**sir (10)**
8:6 71:11,18 79:21
  92:8 98:25 102:2
  107:4 109:3 116:6
**sit (1)**
107:2
**site (2)**
64:21 123:18
**sitting (2)**
106:4,14
**situation (1)**
97:13
**size (2)**
52:24 73:14
**skip (2)**
83:12,13
**skipped (1)**
83:11
**slightly (1)**
53:9
**Smith (46)**
1:24 2:6 3:4 4:15,24
  4:24 6:20 21:21
  23:25 24:6 32:15,23
  35:2,21 36:2 47:25
  48:17 59:10 70:16
  71:11,18 81:22
  84:24 86:7 92:8
  98:25 99:13 102:2
  103:10 104:14
  106:8,21 107:3,10
  109:3 116:6 121:10
  124:14,19 126:15
  127:10,13,18,22
  129:8 130:4
**software (16)**
30:20,20,23,24 31:6,9
  31:9,10 40:21 41:2
  41:4,6,7,9 78:19
  80:15
**somebody (9)**
50:9 62:16 64:18
  72:18 76:21 85:13
  85:21 100:24
  119:25
**sooner (1)**

117:22
**sorry (24)**
7:7 11:13 12:8 21:21
  26:12,16 32:23
  37:24 46:12 51:10
  59:10 67:19 70:13
  71:11 73:24 80:12
  81:16 86:7 87:18
  99:13,15 102:8
  106:25 119:21
**sort (2)**
22:4 59:12
**sounded (1)**
27:12
**sounds (3)**
13:21 15:22 18:22
**source (2)**
22:13 70:18
**sources (1)**
11:21
**space (5)**
73:22 83:14 116:25
  117:3 124:6
**speak (1)**
33:8
**speaking (4)**
15:22 70:19 114:2
  120:3
**SPEC (3)**
68:11,14 120:20
**special (63)**
38:11,15 39:3,8,12,16
  43:2,22,24 45:7,10
  45:15,19,21,22
  48:12,14 49:3,5,9
  50:2,4,9 52:14 54:2
  54:6,19 57:8,13,14
  57:17,21,24 58:4,15
  58:19,22,23 59:2,20
  59:22 60:7,15,23
  61:7,20 62:4 68:15
  68:19 69:25 70:2
  87:12 92:21,24,25
  93:8 101:13,15
  102:9 105:4,16
  120:8,16
**specialized (1)**
11:11
**specific (18)**
19:10 31:2 45:5 52:20
  53:2,8 65:9 66:10
  66:24 74:22,23
  81:10 93:6 96:13
  100:7,22 102:6
  124:11
**specifically (14)**
37:23 39:23 54:25
  67:5 71:2 75:16,18
  94:4 95:5 96:13

105:3,25 115:24
120:3
**specifications (1)**
53:8
**specifics (1)**
15:19
**specifies (2)**
83:8,9
**speculate (3)**
50:18 88:5 97:19
**speculating (1)**
69:17
**spend (2)**
90:23 92:2
**spent (1)**
91:3
**spoke (2)**
93:10 102:19
**spoken (2)**
102:13 115:22
**stacks (2)**
43:23 54:12
**staff (20)**
21:4 43:5 54:8 55:3
 56:8 57:14,17,20,21
 63:7,9 64:13,14
 65:22 66:4 84:19
 105:21 116:22
 117:10 119:24
**staffer (1)**
119:25
**staffing (1)**
119:25
**stamped (1)**
43:20
**standard (3)**
15:23 17:4 63:18
**standardized (1)**
16:12
**stands (3)**
62:22,24 124:11
**start (6)**
34:12 66:2 83:14
 87:22 96:23 97:6
**started (9)**
10:5 14:9 22:6,7
 30:13 31:14,16
 32:12 98:17
**starts (1)**
116:24
**stat (1)**
124:6
**state (9)**
4:18 22:6,12 59:18
 92:17 93:7 94:8
 95:18 99:5
**stated (7)**
56:21 57:9 62:20

93:10 108:25 110:7
117:6
**statement (3)**
94:15,19 108:14
**statements (3)**
106:19 107:7 108:24
**states (7)**
1:2 73:22 89:14,18
 94:11 117:2 128:4
**stay (1)**
12:18
**stems (1)**
98:10
**stood (1)**
15:2
**stored (1)**
88:3
**straight (2)**
9:17 23:13
**Street (4)**
2:5,14,21 4:10
**strike (4)**
48:15 49:17 87:21
 93:11
**string (1)**
82:15
**structure (1)**
38:13
**student (3)**
58:18 62:14 65:24
**students (2)**
55:2,2
**subgroups (1)**
16:23
**subject (27)**
11:14 15:16 17:10
 43:7,7 73:15,16
 102:13,16 120:15
 121:18,19,24,25,25
 122:5,6,7,10,12,14
 125:2,3,5,11,13,16
**subjects (2)**
13:20 43:8
**submitted (2)**
35:19,22
**subpoena (5)**
103:12,16 111:8,15
 111:16
**Subscribed (1)**
128:12
**subsequent (1)**
72:4
**subset (1)**
74:12
**succeeded (1)**
25:24
**suggest (1)**
6:21

**Suite (1)**
3:10
**supervise (2)**
112:20 113:4
**supervised (1)**
112:2
**support (6)**
55:10,10,14,20 94:23
 95:17
**supported (2)**
41:6 55:19
**sure (17)**
16:6,8 18:17 23:12,23
 27:23,25 36:22
 48:19 52:5 59:15
 78:20 86:9 106:20
 119:9 124:10,17
**Surely (1)**
116:9
**surprise (2)**
123:18,20
**swear (1)**
5:3
**switch (2)**
77:21 81:8
**switched (6)**
13:23 30:23 65:2,5
 95:24 97:12
**switching (6)**
62:19 96:5,6,6,8,10
**sworn (3)**
5:7 128:12 130:7
**symbol (1)**
115:14
**system (30)**
14:25 26:22 27:16,18
 29:8,24,25 30:3,9
 30:11,13 31:17
 41:24 56:25 63:12
 73:11 76:7,10 95:21
 95:25 97:5,11,22
 105:2 114:4,4
 115:11 117:12
 123:2,21
**systems (3)**
30:16 52:9 95:25

— T —

**T (6)**
68:11,16 120:20
 129:2,2,13
**tag (1)**
83:7
**tagging (1)**
15:17
**tags (6)**
25:2 73:5 74:19 83:3
 95:7 98:14

**take (14)**
8:23,25 9:2 77:21
 81:20 88:25 90:12
 104:11 105:14,15
 110:15 111:11
 118:13,14
**taken (8)**
4:4 21:3,17 82:7
 105:10 130:5,8,14
**takes (4)**
45:18,22 47:17 91:4
**talk (3)**
32:10 33:18 48:15
**talked (7)**
32:13 34:20 44:10,20
 44:24 102:20
 106:12
**talking (3)**
13:16 49:3 114:22
**Tamir (3)**
2:11 4:19 88:20
**tape (5)**
4:3 77:24,25 78:4
 127:20
**Technologies (4)**
1:7 2:17 4:5,21
**telephone (3)**
34:5,17,20
**tell (18)**
15:15 35:12 43:12
 50:3 62:23 69:14
 74:3,5 82:21,22
 85:6 86:24 101:11
 114:21 115:11,12
 120:23 124:10
**tells (2)**
15:17 117:12
**tend (5)**
14:15,17,20,21 19:12
**term (9)**
6:22 37:25 38:2 54:15
 60:24 61:6 67:18
 70:15 78:15
**terminal (3)**
65:10,13 66:2
**terminals (3)**
64:24 65:3 66:22
**terminology (1)**
61:4
**terms (3)**
6:17 20:20 49:12
**testified (9)**
5:7 61:14 80:22 86:5
 95:23 101:5 109:15
 111:20 120:7
**testify (1)**
106:6
**testimony (18)**
8:21 9:5 23:22 59:9

81:2 86:8 111:19
114:4 116:15
120:11 122:24
123:4,5 125:6 128:4
130:6,8,11
**Thank (9)**
71:14 88:25 103:13
 110:11,12,13 114:2
 115:7 125:20
**theirs (1)**
81:17
**theses (1)**
38:18
**thing (7)**
13:10 21:13 51:8
 103:9 108:2,5 121:9
**things (9)**
11:16 19:5 22:22 23:2
 40:6 41:16 54:15
 73:3 108:7
**think (17)**
15:18 19:17 20:8 23:4
 48:15 53:25 70:17
 77:20 80:22 81:18
 86:7 99:12 110:9
 112:17 123:10
 124:12 126:8
**Thomas (2)**
3:4 4:24
**thought (3)**
20:6,8 125:13
**thousands (1)**
94:21
**three (5)**
29:8,8,9 77:12 113:10
**Thursday (2)**
1:20 2:4
**Tim (1)**
48:17
**time (57)**
4:13 8:4,23 10:12
 14:12 17:3,14 22:9
 33:9 40:12,19 41:15
 41:18 42:3 43:16
 46:22 48:20,23
 53:25 64:4 65:25
 66:21 70:5,8,9
 71:21 77:23 78:3
 80:23 81:24 82:3,6
 85:13 90:16,23 92:2
 93:14,21,23 96:5,16
 96:19 101:22
 104:15,18,23 105:5
 105:17 109:20
 110:12,16,19
 112:23 113:3
 118:17 119:11
 127:19
**times (4)**

6:7 32:8 99:25
101:4
**timing (1)**
105:24
**Timothy (2)**
2:10 4:19
**tired (1)**
86:23
**title (22)**
7:24 15:15 17:10
24:19 25:23 31:25
33:25 43:6 52:12
63:15,17 71:24 73:9
74:15 75:7 83:10,12
98:2,2,3 107:24
122:20
**titles (2)**
26:18 98:4
**today (23)**
6:17 8:11,21 9:2,6
26:19,21 28:7,12
40:8 41:9 64:7,20
104:22 106:4,14
107:19 110:10
111:16 112:9 115:2
120:25 123:5
**today's (3)**
4:12 33:5 127:21
**told (2)**
39:10 93:18
**tool (1)**
67:22
**top (7)**
73:2 75:9 76:22 79:7
85:11 121:2 124:11
**topical (1)**
121:18
**topics (1)**
62:19
**total (1)**
7:15
**trained (2)**
63:8 65:21
**training (1)**
21:5
**transcript (2)**
128:3,3
**transcription (1)**
131:7
**transferred (3)**
43:15,15 64:2
**trial (2)**
103:20,23
**tried (2)**
17:16 108:19
**true (9)**
40:8 112:8 126:2,6,10
126:23 127:5,9
130:10

**truthful (3)**
9:5 90:20 107:16
**try (6)**
5:23 6:3 8:25 9:2 16:8
86:12
**trying (8)**
18:17 20:5,12 21:18
51:12 56:22 59:25
72:12
**TSG (1)**
4:16
**turned (1)**
81:17
**Turning (2)**
78:7 102:18
**Twelfth (1)**
2:21
**two (10)**
10:13 26:23 30:16
47:19,23 77:13 79:7
100:21 113:15
118:13
**type (5)**
14:13 43:21 73:4
108:5 116:24
**typed (1)**
120:22
**types (6)**
10:21 11:5 17:11 18:8
18:13 56:23
**typewriting (1)**
130:9
**T385 (2)**
75:4 119:20

_____
          U
**uh-huh (25)**
8:22 13:22 15:21,21
16:3 18:6,21,21
23:16 25:13 26:8
40:11 46:6 68:9,13
72:3 76:20 82:17
99:4,12 109:14
112:15 115:7,23
118:6
**unchanged (1)**
47:6
**unclear (1)**
111:3
**understand (26)**
5:20,25 6:5,21 8:15
15:13 16:6 20:5
21:19 24:3 26:25
27:17 49:4,12 60:2
60:25 62:5 72:13
80:12 88:16 101:24
111:13 114:3
116:14 120:11,24
**understanding (10)**

18:18 32:5 50:8 60:20
61:5 63:5,7 84:15
84:17 98:9
**understood (4)**
23:24 114:3,22
119:17
**undertaken (1)**
118:5
**unique (1)**
64:17
**United (4)**
1:2 73:21 94:11 117:2
**universe (1)**
18:19
**universities (1)**
28:21
**university (78)**
3:6 6:16 7:9,21 8:3
9:11,14,15 10:6
12:2,20,23 13:3,7
14:21 20:22 21:16
22:18 23:8,13,18,19
24:14 25:21,22
28:24 29:5,6,7 30:5
30:13,15,17,21 32:6
32:11,20 33:10,20
38:17 40:18,23 42:4
42:7,11,21 45:8
62:11 66:16 68:24
70:25 72:19 73:19
75:14 77:8 80:23
81:5,7,15 85:8
89:15,20 90:4 92:13
93:20 94:10,21
98:14 108:17 110:2
110:4 113:10 114:9
114:17,23 115:3,15
123:6
**university's (1)**
38:19
**university-publishe...**
42:25
**unnecessary (1)**
109:2
**updated (1)**
41:15
**upload (2)**
63:6,10
**uploaded (2)**
67:12 82:9
**upper (2)**
68:10 124:3
**usable (1)**
21:11
**use (38)**
14:22 22:24 23:14,19
25:6,21,24 26:2,22
27:2,8,11,14,15,20
28:7,12,18 35:22

40:17,22 50:10 52:3
67:16,22 76:13
77:15 79:4 84:8,9
88:12 92:23 94:11
94:22 99:14,19
110:6 114:23
**user (1)**
41:16
**users (2)**
67:10 104:25
**uses (4)**
26:20 30:9 98:7 99:5
**usual (1)**
77:4
**usually (3)**
11:18 19:6 105:15
**utilities (1)**
40:21
**utility (2)**
22:5 41:11
**utilize (2)**
94:22 97:9
**utilizes (1)**
21:17
**U.S (6)**
4:7 10:23 57:2,4,5,6

_____
          V
**vague (8)**
6:19 25:18 40:13 41:5
41:17 49:8 54:5
86:8
**variety (1)**
11:3
**various (5)**
10:25 17:9 18:6 32:8
84:3
**vast (2)**
94:8,9
**vendor (6)**
47:13,15 96:7,11,12
97:13
**verb (1)**
35:22
**Vernon (2)**
29:12 75:19
**version (7)**
36:9 72:22,22,24,24
72:25 78:11
**versus (1)**
4:6
**Vice (1)**
3:7
**video (17)**
1:16 4:3,13 5:2 48:20
48:23 77:23 78:3
81:16,19,24 82:3
104:15,18 110:16

110:19 127:19
**videographer (2)**
3:15 4:14
**videotape (1)**
77:21
**videotaped (1)**
4:4
**view (1)**
55:5
**viewed (1)**
32:7
**Virginia (3)**
29:11 47:16 75:19
**visited (1)**
109:12
**Voyage (1)**
28:25
**vs (1)**
1:10

_____
          W
**walk (3)**
42:18 56:4 66:2
**want (5)**
5:25 8:23 58:24 92:23
110:10
**wanted (2)**
56:3 60:10
**Washington (104)**
1:19 2:4,22 3:6,11
4:11 6:15 7:8,21 8:3
12:20,22 13:3,7
18:5 20:21 21:15
22:18 23:8 25:22
28:24 29:4,6,7 30:4
30:5,8,12,15,17,22
30:25 31:4,7,13
32:6,11,19,20 33:10
33:11,15,16,20 37:9
38:9,12 40:10,18,23
41:2 42:4,7,11,21
44:22 45:2,8 47:14
47:16 52:10,23
58:18 62:10 66:9,13
66:16 67:4,11 68:23
69:23 70:25 72:18
73:19 75:14 77:8
80:23 81:4,7,13,15
85:8,21,21 88:4,8
88:11 89:15,19 90:4
92:13 98:11,14
104:3 108:17 110:2
110:4 113:10,11,16
114:17 115:3,15
123:16
**Washingtoniana (1)**
38:20
**Washington's (1)**
67:12

**way (13)**
27:23,25 42:9 59:16
83:17,19 85:3 86:14
96:9 103:4 106:20
116:25 123:24
**ways (2)**
49:17 51:23
**Web (4)**
64:21 114:10,14
123:18
**weeks (3)**
47:19,24 118:14
**went (5)**
9:17,22 11:25 62:4
97:11
**Western (4)**
9:11,13,18,20
**we'll (1)**
18:24
**we're (12)**
43:10 48:20,24 77:20
77:23 81:24 82:3
104:15,18 110:16
110:19 127:19
**we've (6)**
22:22 26:14 70:19
100:24 104:22
106:12
**wide (3)**
14:16 114:10,14
**wish (1)**
55:4
**wishing (1)**
57:2
**witness (58)**
3:13 4:25 5:3,6 6:21
6:24 19:24 23:23
24:5,8 25:19 35:4
36:3,22 38:15 40:15
41:6,19 42:24 48:3
49:9 51:6 54:6
59:12 70:15 71:14
71:19 80:20 81:3
84:25 86:9 88:16
89:24 92:10 99:10
99:15 103:11,13,15
104:7 106:10 107:5
107:11,15,16,24
109:7,20 110:11,13
117:20 121:11
127:14 129:4 130:6
130:8,11 131:3
**wondering (1)**
106:12
**word (8)**
23:4 46:4 55:10,14
73:12 83:12 92:23
103:8
**words (5)**

67:22 83:23 99:14,15
125:3
**work (21)**
9:20 11:25 12:15
19:16,21 20:15,17
20:18 21:4 32:8
40:25 57:14 63:23
63:24 98:10 99:18
101:24 102:3 103:5
119:15 121:22
**worked (9)**
12:22 15:8 16:19
25:20 26:5 27:4
63:3 77:10,12
**working (8)**
12:11,16,17 14:22
38:8 63:16,24 93:15
**world (4)**
94:11 114:9,10,14
**wouldn't (3)**
5:16 9:4 17:23
**wrap (1)**
8:10
**write (2)**
35:15,16
**writing (1)**
18:16
**written (5)**
18:8,12,15 37:3 43:20
**WRLC (4)**
30:5 113:9,12 123:14
**wrong (4)**
55:10,14 61:3 113:9
**wrote (1)**
35:17

---

**X**

**x (5)**
1:6,14 128:8,17
129:13

---

**Y**

**yeah (5)**
22:22 24:5 36:3 49:24
111:24
**year (9)**
9:24 17:23 26:23,24
27:2,3,18 34:3 96:2
**years (2)**
41:20 47:11
**yesterday (6)**
91:7,21,23 92:3,8,9
**York (20)**
2:15,15 9:23 10:2,8
11:24 13:13,16
14:19,23,24 25:20
26:19,21,25 27:13
27:18,23 95:24 96:8

---

**Z**

**zero (3)**
83:9,11 121:20
**zeros (1)**
83:4

---

**0**

**07-CV-2000 (2)**
1:10 4:8
**090 (5)**
74:2 75:2 119:18
120:13 121:9

---

**1**

**1 (26)**
4:3 68:3,5,7,22 69:12
71:12 76:22 77:25
78:9 83:9 87:8,12
87:24 101:12 102:8
108:16,20 116:25
120:4 126:2,25
127:2,11 129:16
131:5
**1s (1)**
83:4
**1:05 (1)**
104:18
**1:14 (1)**
110:16
**1:26 (1)**
110:19
**1:48 (2)**
127:19,24
**10 (3)**
34:12 102:25 125:21
**10:12 (1)**
2:6
**10:12:09 (1)**
4:13
**100 (1)**
108:8
**10022-4611 (1)**
2:15
**101 (1)**
83:8
**11:16 (1)**
48:20
**11:27 (1)**
48:23
**110 (1)**
129:7
**111 (1)**
129:20
**12:09 (1)**
77:23
**12:18 (1)**
78:3
**12:23 (1)**

81:24
**12:24 (1)**
82:3
**12:58 (1)**
104:15
**123 (1)**
129:6
**124 (1)**
129:8
**126 (1)**
129:6
**14 (7)**
33:6 70:20 83:13 90:8
90:14,17 130:24
**15 (1)**
47:11
**15th (2)**
2:5 4:10
**153 (1)**
2:14
**18 (1)**
124:23
**19 (4)**
65:6 95:9 109:10
124:21
**1960s (5)**
15:7 22:6 37:15 91:14
95:13
**1968 (1)**
9:11
**1969 (2)**
9:12,25
**197 (1)**
10:14
**1970s (2)**
91:10,15
**1977 (2)**
95:3,11
**1979 (6)**
10:5 27:4 111:21
112:5,8 113:3
**198 (1)**
10:4
**1980 (27)**
31:24 33:16 44:25
45:7 56:18 61:24
62:2,11 64:3,4 67:6
94:5,24 95:2 98:15
102:7 105:5,24
107:19,21 109:11
109:20,25 114:25
115:20 119:6 125:2
**1980s (9)**
12:10 31:4,23 32:6
39:13,16 42:7 66:8
66:12
**1980/1981 (6)**
31:7 47:21 48:6 93:14

104:23 105:17
**1980/81 (2)**
80:23 82:6
**19800930 (4)**
79:9 115:20 116:2,12
**1981 (9)**
44:25 45:7 56:18
61:24 62:2,11 105:5
105:24 110:2
**1987 (5)**
89:16,21 90:5 123:15
123:19
**1988 (1)**
9:15
**199 (1)**
10:4
**1990 (2)**
123:22,25
**1990s (10)**
27:7,11 28:5,16 31:19
41:10 110:4 122:14
125:12,14
**1993 (7)**
12:19,24 13:4 31:20
65:11 111:21 113:3
**1997 (1)**
30:21

---

**2**

**2 (35)**
71:4,6,8,16,22 72:7
74:18 75:9 77:25
78:4,7,21 79:7
82:11 87:19,23
88:13 90:3 98:18,19
101:8,11 102:8
108:20 115:6,9,17
119:18 121:2,16
124:3 127:2,21
129:17 131:6
**2s (1)**
83:4
**20 (1)**
128:13
**2000s (1)**
6:12
**20004-1206 (1)**
2:22
**2004 (7)**
82:19 85:17 86:16,21
86:23,25 87:5
**20040322 (1)**
82:16
**20052 (1)**
3:11
**2007 (8)**
1:20 2:4 4:12 33:6
70:20 72:2 88:20
90:8

**2008 (2)**
103:23 130:24
**202.942.5893 (1)**
2:23
**202.994.4417 (1)**
3:12
**2100 (1)**
3:9
**212.446.4689 (1)**
2:16
**22 (4)**
82:19 85:17 86:16
88:20
**245 (3)**
73:10 83:9 122:20
**250 (1)**
3:10

───────── **3** ─────────

**3 (7)**
88:19,21 89:3,7 92:16
129:18 131:7
**30 (4)**
109:11 115:20 119:5
125:2
**366799 (1)**
68:4
**385 (2)**
68:11,16
**385.562 (1)**
120:20

───────── **4** ─────────

**4 (13)**
90:8,10,13 98:25 99:3
104:4 106:24
107:18 122:22
124:22 125:22
127:2 129:19

───────── **5** ─────────

**5 (6)**
94:8 111:7,9,12 129:6
129:20
**53rd (1)**
2:14
**555 (1)**
2:21

───────── **6** ─────────

**6 (1)**
91:9
**60s (1)**
14:10
**650 (1)**
121:17
**650-0 (1)**
73:17

**655 (2)**
2:5 4:10
**6769699 (1)**
115:13
**68 (1)**
129:16

───────── **7** ─────────

**71 (1)**
129:17
**710 (1)**
116:25
**75 (1)**
10:14
**76 (1)**
10:14
**79 (1)**
112:23

───────── **8** ─────────

**8 (3)**
1:20 2:4 4:12
**81 (3)**
64:4 94:5 102:7
**88 (1)**
129:18

───────── **9** ─────────

**9 (2)**
98:24 99:4
**9/30 (1)**
101:18
**90 (1)**
129:19
**90s (1)**
42:8
**93 (2)**
93:17 112:24

Exhibit 1
Page 000050