# Marina Declaration

# Exhibit 2



| | | |
|---|---|---|
| "Olszewski,Larry" <olszewsl@oclc.org> | To | <tpackin@kirkland.com> |
| 10/22/2007 04:10 PM | cc | "Olszewski,Larry" <olszewsl@oclc.org> |
| | bcc | |
| | Subject | GWU |

History: 🔁 This message has been forwarded.

GeorgeWashingtonUniversitybecame a member in February, 1987.

In 1980 there were 1330 academic libraries in OCLC; in 1987 there were 1654. (OCLC Annual Report).

Larry Olszewski

Director, OCLC Library

6565 Kilgour Place

Dublin, OH 43017 USA
l +1-614-764-6293
f +1-614-718-7336

e olszewsl@oclc.org

Exhibit 2
Page 000051