# Marina Declaration

# Exhibit 3

# Radio-television Broadcasting

**11ᵗʰ Year – No. 47 – April - May 1977 – 2/5**

[*logo*]  Télédiffusion de France [Broadcasting of France]

[*stamp:*] CANADA INSTITUTE FOR S.T.I.

AUG 28 1980

OTTAWA

INSTITUT CANADIEN DE L'I.S.T.

Exhibit 3
Page 000052   **GW-LT 433452**

# Preliminary Specification for the ANTIOPE® Teletext System

**By C. SCHWARTZ, B. MARTI and A. POIGNET (CCETT engineers)**

### Summary

This article describes the preliminary specification for the ANTIOPE teletext system as it is currently being tested by TÉLÉDIFFUSION DE FRANCE.

The visual characteristics of the system as well as its language are described in detail.

## I - INTRODUCTION

In a previous article from this review (ANTIOPE: Teletext Service, by B. MARTI and M. MAUDUIT – RFTV No. 40 – pages 18 - 23), an initial description was given of the ANTIOPE teletext system.

Here, a preliminary specification is given for this system such as it is currently being tested by TÉLÉDIFFUSION DE FRANCE.

This specification should not be regarded as a definitive standard, given the necessity for further study of the conditions for its adaptation to needs, particularly in an international context.

After having outlined the various visual characteristics of the system, its language is described with a definition of its semiotic and syntactic properties. A glossary is also included.

The text relates to the principal specifications. In addition, you will find items in square brackets, either examples of future extensions which it would be premature to specify at present, points in which the specification appears to need to be the subject of prior international discussions or, finally, propositions for specifications relating to the use of teletext on other telecommunication networks that are necessary to maintain good compatibility at the terminal level.

## II – VISUAL CHARACTERISTICS OF THE SYSTEM

The teletext service consists in distributing to the public or to certain categories of the public pages of text transmitted in numerical form and displayed on the screen of a television. In its broadcast variant, an ensemble of pages constitutes a magazine, and this magazine may be distributed in a cyclic fashion. In the interactive screen variant, a page can be distributed on demand by the user. Each magazine takes up one transmission channel. A magazine can contain up to one thousand pages. The group of channels are multiplexed temporarily with the television signal. It is here that the set of visual characteristics of these pages is defined. The language allowing for the corresponding information to be transmitted will be dealt with later on.

### 1. Page format

A page is composed of 25 rows of 40 characters each. The first row, called the page header, carries the indications of service, among other things. It can either be displayed or not.

[At present, the header row allows the page number to be displayed during broadcasting. The title of the magazine, the date and the time [are also displayed]. Certain terminals only display this row during the period in which the requested page is being searched for. The 5 last characters of this row are free, which allows certain terminals to use it to display the number of the page being sought.]

### 2. Character format

The basic characters are included in horizontally and vertically adjoining rectangles.

---

® Trademark registered by TDF and the Secretary of State of the PTT [French Postal and Telecommunications Service]. The respective systems have been the object of joint proprietary patents of the French State and of the UNITEL Company.

Revue de radiodiffusion-télévision No. 47 - 1977

Exhibit 3
Page 000053    GW-LT 433453

[The elementary matrix on the basis of which the character is constituted can vary according to the type of alphabet. Some sample implementations of characters as well as the approximate dimensions currently in use are given in Figure 1. Certain terminals can be conceived to use several alphabets at the same time, so there is interest in conserving an identical matrix for all of the alphabets. Certain applications need particular alphabets that are transmitted by the service. In that case, their characters are constructed on the basis of a 10 × 10 matrix.]



Capital Latin letter    Lower-case Latin letter    Lower-case Cyrillic letter    Special symbol

**Figure 1 – Examples of alphabetic signs**

### 3.    Character sets

The teletext system can use several character sets. The basic form of the system used two sets of characters called the primary set and the secondary set; extension to more than two sets is an option.

#### 3.1  Base form selected for France

*– Primary set*

It is composed of 126 characters, comprising the international alphabet of standard ISO 646 (or NFZ 62010).

You will recall that the standardized alphabet comprises 95 characters of which 83 are defined internationally:

– the 10 digits from 0 to 9
– the 26 capital roman letters
– the 26 lower-case roman letters
– the space
– 20 punctuation symbols

[The standard reserves twelve characters for the use of each nation. An option appropriate for teletext should be chosen for these characters. The teletext system also contains 30 characters that are not defined by the standard. This group of 42 characters, adding to it the possible use of the deletion character, allows for the constitution of an alphabet that is adapted to the majority of the Western writing systems. Figure 2 describes the character set currently in use, without prejudice to the definitive selection which will result from international discussions.]

*– Secondary set*

This constitutes a set of semi-graphical characters allowing for the synthesis of rudimentary designs. Each semi-graphical character is inscribed in the base rectangle; it is composed of six elementary rectangles which can be "on [light]" or "off [dark]," which allows 64 different characters to be defined as described by Figures 3 and 4.



☐ Characters reserved for national usage by the standard ISO 646    ⊗ Deletion character
☐ Supplemental, non-standardized characters    ▨ Characters from the beginning and the end of embrit

**Figure 2 – Table of Latin characters**



**Figure 2b – Organization of an octet**



Monochrome    Bichrome    adjoining    or    disjointed

**Figure 3 – Examples of graphical characters**

**Figure 4 – Table of graphical characters (secondary set)**
**Columns 0, 1, 4,5 are free for possible extensions**

2

Exhibit 3
Page 000054    GW-LT 433454



**Figure 5 – Example of a non-Latin alphabet**

### 3.2  Multiple alphabets

It is possible to use other alphabets at the same time as the two preceding sets, each being constructed using the same principle as the main set and thus comprising 126 displayable signs.

[Just for the sake of example of a non-Latin alphabet, Figure 5 gives a possible selection for the Cyrillic alphabet. In addition, certain aspects of the service require special alphabets. The shape of the signs of these alphabets will be transmitted in the form of special pages.]

### 4.  Display functions

The visual quality and the semantic content of the teletext pages are enriched by the use of particular functions.

### 4.1  Alphanumerical characters and symbols

– *Color*

Each character can be displayed in 6 colors plus white on a black background: red, green, blue, yellow (green and red), magenta (red and blue), cyan (blue and green).

– *Background inversion*

The character is displayed in black on a background of the designated color.

– *Variable sizes*

The character is inscribed in a rectangle having a size twice that of the basic rectangle, or twice the height, or a combination of both. There are therefore four character sizes available to be mixed.

– *Blinking*

Each character appears alternatively in its color or in the background color.

Once the color is designated, the different effects can take place simultaneously in the same character.

– *Extension*

[There is a plan to be able to designate the color of the character and the background color independently, in which case the meaning of the background inversion function changes.]

– *Semi-graphical characters*

Certain functions are unfounded in the graphic mode, such as variable sizes and background inversion. Others are common to the two modes, and others are specific.

The following functions are common:
– *Color*
– *Blinking*
– *Colored background*

The color of the background and the color of the graphical character can be designated independently.

The following functions are specific:

– *Disjointed graphic*

A disjointed graphical character is obtained on the basis of the corresponding graphical character by only displaying the central part of each rectangle subdividing the base rectangle on the background. An example is given in Figure 3. A second set of characters is constructed using this function.

– *Extension*

[Regarding the semi-graphical character set only using 64 of the 126 displayable characters available, the finalization of this alphabet to 126 signs is envisaged.

In addition, it is conceivable that there be high-level versions of the service that can only be received by terminals having more complex structures. The additional possibilities offered by these terminals can be taken advantage of in the case of the graphical mode, for example in order to color each of the squares of the elementary rectangle separately.]

### 5.  Complementary layouts

The complementary layouts concern a part of the relationships of the teletext service to the conventional television service, as well as the possibilities of masking certain parts of the page.

In the presence of television service programs, it is possible to embed teletext information into or onto the image. This possibility relates to certain of the aforementioned pages, some of which can be on demand of the user or automatically, whereas the rest of the page is only displayed on demand of the user.

On pages on which this layout is not used, by using a black image as a support instead of the

3

Exhibit 3
Page 000055    GW-LT 433455

program, it is possible to have one part of the page not display while the other part remains masked until the user decides to uncover it. The pages in question are called secret pages.

## III – ANTIOPE LANGUAGE
### – General aspects

The ANTIOPE language constitutes the coding standard necessary for the transmission of the teletext service. Its syntax is conceived in such a way that new system utilization procedures can be introduced without impeding the functionality of the receivers in which the procedures are not implanted initially.

It allows for:

– the identification of the page,
– page layout,
– the selection of the character set,
– the transmission of the displayable characters,
– the determination of the display characteristics,
– the application of the complementary layouts.

The codes other than those destined for the transmission of the characters exist in excess number with respect to those. They will therefore only be taken into consideration during the counting-up of the characters received by row or by page and will be eliminated before display.

[The selection of the codes and their syntax are subject to international agreement. The following describes the language currently being used by the ANTIOPE service broadcast by T D F.]

Each code is transmitted in the form of an octet; without particular precision, the heaviest binary element of the octet serves to control the parity. This element is calculated such that the sum of the active binary elements of an octet is an odd number. In the following, each code will be defined by its seven active elements and noted using the form j and k, where j is the number from 0 to 15 and forms the binary elements B1 to B4 of the code considered, with the element b1 being the low-order one (see Figure 2b).

### 1. Page identification

The start of a page is identified by a page flag, which is the code (1/14) usually noted as RS and represented by ⌐_. 

The page flag is followed immediately by the page number. This number comprises from one to three coded decimal figures, each in binary over the low-order elements of an octet and transmitted high-order octet in front. Each figure is protected against transmission errors through the application of a Hamming code to the four remaining elements of the octet. The coding method is detailed in Figure 6.

[The presence of a page numbered zero in a magazine renders the prescriptions of the present document inapplicable except for the identification of this particular page.]

| Data | | | | Protection | | | |
|---|---|---|---|---|---|---|---|
| $b_8$ | $b_7$ | $b_6$ | $b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ |
| 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 |
| 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 |
| 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 |
| 0 | 1 | 1 | 0 | 1 | 1 | 0 | 1 |
| 1 | 0 | 0 | 1 | 1 | 1 | 0 | 1 |
| 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 |
| 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 |
| 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 |

**Figure 6 – Protection using a Hamming code**

### 2. Page layout

#### – General aspects

The page number is followed immediately by a row flag, which is the code (1/15) usually noted as US and represented by ⌐_. This identifier is followed by the row number transmitted with two coded digits and protected like those of the page number. A row can end with:

– either a new line code or LF (0/10) appearing as = whose function it is to shift the index toward the bottom of a row.

– or a row flag code allowing for the direct specification of the number of the new row transmitted by positioning the index at the beginning of that row.

This allows for the non-transmission of rows or the end of rows composed of spaces. Conversely, when a row comprises more than 40 characters, the 41st one counts as the first character of the following row. In addition, a carriage return or RC (0/13), represented as ←, can be used to position the index at the beginning of the row.

#### – Utilization on other networks

[In a case in which teletext is used on an interactive network, other codes are necessary in order to ensure the page layout. These are:

– Return of the index to the beginning of the page and deletion of the page FF (0/12)

– Return of the index to the beginning of page RS (1/14)

– Deletion CAN 1/8

– Shifting of the index of an element

to the right (0/9)    HT
to the left (0/8)    BS
down (0/10)    LF
up (0/11)    VT

4

Exhibit 3
Page 000056    GW-LT 433456

Moreover, in the case of overflow, the following arrangements are made. The character transmitted after the 40th character of the 24th row is treated as having to be displayed at the beginning of row 00. A code LF transmitted after a character of row 24 positions the index in the same position of row 00.

In a case in which the interactive connection presupposes an automatic subscriber identification procedure, it is initiated by the receipt of the code (0/15) ENQ    .]

*2.2 Page header*

The row numbered 00, other than the display of the service information, allows the transmission of complementary codes used to characterize the transmitted page, when this is necessary.

The complementary codes are transmitted after the row number. They are followed by the carriage return code (0/13) which precedes the zone of displayable information.

[The complementary codes can be specific to certain special teletext services. The system currently being experimentally tested uses the following codes (see Figure 6b).

– First octet:    splash page,
                  summary page,
                  watch page (for broadcasting of
                  news briefs),
                  newly updated page.

– Second octet:   secret page,
                  alarm page,
                  page using multiple alphabets,
                  service page, not for display.

– Third octet:    Number of the base alphabet in
                  hexadecimal.]

The complementary codes are transmitted at the rate of four binary elements per octet; the four remaining elements are intended to protect against errors due to the usage of a Hamming code identical to that of the page number.

## 3.    Selection of character set

*3.1 Passage to graphical mode*

The selection of the alphabetic mode or the graphical mode is indicated by a code which also determines the color of the character. The presence of the binary element b5 to 1 in this code indicates membership to the graphical table of the following codes.

*3.2 Change of alphabet*

In the case of services using several alphabets, the base alphabet is normally defined by the page header. The secondary alphabet is defined by a sequence of two codes: (I/II); called ESC and represented as 0 (3/n) where n is the number of the alphabet noted in binary over the four low-order binary elements. This number is from 0 to 15.

The passage from the primary alphabet to the secondary alphabet designated in this manner is also done by means of the command character SO (0/14), known as the shift-out character. The return to the primary alphabet or base alphabet is done through the character SI (0/15), called the return code. When in shift-out character position, in order to change the secondary alphabet, it is enough to transmit a new θ sequence (3/m), and there is no need to repeat SO.

In the absence of a sequence defining the nature of the secondary alphabet, the semi-graphical alphabet is selected by default.

[Each type of service may require a particular secondary alphabet and the number of such services may exceed 16. Moreover, it is not economical to establish 16 or more different alphabets on a terminal. This is why the possibility has been provided, for the service, to transmit its own specific alphabet in the form of a service page. The procedure involved in this special transmission will be published later.

These layouts presuppose a standardized numbering of the alphabets.

The numbering currently being used is as follows:

– 0   Latin alphabet, option selected by default as
      the primary alphabet,

– 1   Cyrillic alphabet,



| Figure 6b – Example of a page header | | | | | |
|---|---|---|---|---|---|
| 0 0 0 1 1 1 1 1 | 0 1 1 1 0 0 0 0 | 0 1 1 1 0 0 0 0 | 1 0 1 0 1 0 0 0 | 0 1 0 1 0 1 0 1 | 0 0 0 0 0 0 0 1 |
| | O | O | a | b    c | d |

| a) Newly updated page | c) Page comprising multiple alphabets |
|---|---|
| b) Secret page | d) The base alphabet is no. 1 |

5

Exhibit 3
Page 000057    GW-LT 433457

– 4   Arabic Farsi alphabet

– 15   Alphabet transmitted by the service.]

## 4.   Transmission of characters

### 4.1  Alphabetic characters

Figure 2 shows the group of alphabetic characters of the primary set currently in use in France. It also provides the correspondence between each character and the code used to transmit it. The characters from the first two columns are transmitted through a release procedure. Indeed, the codes for which $b6 = b7 = 0$ are reserved for the transmission of the functions. In order to transmit one of the characters considered, a sequence of the code (1/11) known as ESC and represented by $\theta$ and of the code indicated by the character in the figure is transmitted.

### 4.2  Semi-graphical characters

Figure 4 gives the correspondence of each character of the semi-graphical alphabet and the code used to transmit it when one is in graphical mode.

In graphical mode, columns 0, 1, 4 and 5 in the table are free and this can allow for an extension of the set of semi-graphical characters.]

## 5.   Display functions command

### 5.1  General aspects

The display functions are specific to the teletext service. They therefore do not correspond to any command code of the ISO 646 international alphabet. Also, in accordance with the specifications of standard ISO 2022, they are transmitted with the aid of a 2-code release sequence, the first being the ESC code (1/11); Figure 7 summarizes the current meaning of the code following ESC.

This type of sequence sets the properties of all of the characters which follow it up to reception of the following sequence or up to the end of the row.

[The combination of the selection of command codes currently used leads to good compatibility with the foreign versions of the teletext system. However, it is not the result of a definitive international standard and may be subject to modifications. It does not seem, in any case, that the principle of the command by release, standardized in itself, has to be called into question.]

### 5.2  Determination of the character color

The code permitting the selection of the color of the character also allows the alphabetic

**Figure 7 – Table of the command codes**

| α | alphanumerical | H | height | Fond = background |
| γ | graphical | L | length | colonne = column |
| CI | blinking | FI | reversed background | ligne = line |
| F | fixed | FNI | non-reversed background | |

6

Exhibit 3
Page 000058    GW-LT 433458

or graphical nature thereof. There is a direct correspondence between the binary elements b1, b2 and b3 of the code and the presence of the primary colors red, green and blue.

*5.3  Coding of the display characteristics of the alphabetic characters*

Besides the color, the group of characteristics is coded by a single sequence of which the second character belongs to the lower-right quarter of the table. The different meaningful elements of these codes are, with their meaning in their "1" value:

b1 = non-blinking
b2 = double height
b3 = reversed background
b6 = double length

[In the event that the background color and the character color are specified independently, the codes being used to transmit the background color in the release sequence are the first eight in column 6. The binary elements b1, b2 and b3 of these codes have the same meaning as those of the codes transmitting the color of the character.

In this case, the meaning of the background inversion code changes and it orders an exchange between the color of the background and that of the character.]

*5.4  Coding of the display characteristics of the graphical characters*

As was noted above, the functions of reversed background, double height and double length do not apply to the semi-graphical characters in Figure 3.

In this case, the binary elements b2, b3 and b6 of the transmitted code are allocated to the specification of the background color. There is a correspondence between these binary elements and the primary colors R, G, B of the received signal.

The passage from the continuous graphical mode to the disjointed graphical mode is obtained through the release sequence θZ, and the return to the continuous mode through the sequence θY.

[In the event that the semi-graphical alphabet is extended to 126 characters, the complementary characters are treated as alphabetical characters and the layouts of the preceding paragraph should be applied to them.]

**6.  Complementary layouts**

The nature of the page announced in the header allows the pages with embedded boxes and secret pages to be distinguished.

The definition of the zone to be made to display on or in the support image is done in the same way in the two cases. Note that the tables of characters (Figure 2) show the two cases free in (1/14) and 1/15). These characters, treated as alphabetic characters, are not displayed but, rather, respectively constitute the beginning of the zone and the end of the zone. These characters are transmitted in series in the text and, contrary to what is said in the

general aspects section, are not eliminated and are replaced on the screen by a space.

As with all alphabetic characters in columns 0 and 1, they are transmitted by a release procedure.

**7.  Default options**

In the absence of other information transmitted by the service at the beginning of the row, the characters are considered to be alphabetic in the base alphabet and will be displayed in white on a black background in plain height, plain length, non-blinking, not embedded. In the event of partial information, the unspecified elements remain as defined above. Regarding the graphical characters, they are in the same presupposed conditions, and are otherwise considered to be adjoining.

In the event that the beginning of the row is caused by overflow from the preceding row, the characters will have the same characteristics as the last character of the preceding row unless indicated otherwise.

At the beginning of the page, unless otherwise indicated, the primary alphabet is the Latin alphabet; the secondary alphabet is the semi-graphical set. In the absence of the particular code in the header row, one page is neither a splash page, a summary page, nor a watch page, nor an alarm page, nor a secret page, nor a service page.

[If one finds oneself at the beginning of a page due to overflow from row 24, the characters from row 0 will be displayed with the same characteristics as the last character of row 24 unless indicated otherwise.]

**IV.  GLOSSARY**

**Character:**

A character is a displayable sign. It is defined by its shape.

**Display function:**

Element modifying the visual aspect of a character (size, color, …).

**Page layout function:**

Element permitting the positioning of the characters in a page of text.

**Alphabet:**

Ordered group of characters. An ANTIOPE alphabet can comprise up to 126 characters.

**Code:**

Group of binary elements to be transmitted, whether it be an order number of a character in an alphabet or a function.

**Octet:**

Ordered group of 8 binary elements, also referred to as 8 bits.

**Language:** A language is composed of:

– *a vocabulary:* law of correspondence between the codes and their meaning.

– *a syntax:* rules of composition of the codes among themselves.

7

Exhibit 3
Page 000059    **GW-LT 433459**

**Line:**

    A line is the horizontal scanning unit of a television image.

**Row:** (or row of characters):

    The term "row" is used in order to avoid confusion with the term "line." A row of characters is displayed by means of several scanning lines.

**Page:**

    Group of rows filling up the television screen.

**Magazine:**

    Group of numbered pages.

**Page identification:**

    Group of codes allowing for the designing of a page in a magazine.

**Page selection:**

    Consistent operation for retrieving a given page in a magazine.

**Page header:**

    Group of characteristic codes of a given page (page number, nature of the page).

**Splash page:**

    Page allowing for the identification of a magazine.

**Summary page:**

    Page listing the content of a magazine.

**Watch page:**

    Page able to be embedded in whole or in part in or on the program image.

**Secret page:**

    At the moment at which such a page is received, a part of the page remains masked and only becomes visible upon intervention of the user.

**Numerical channel:**

    A numerical channel is the transmission capacity placed at the disposition of a data source. In teletext, a magazine or a service is currently associate to one numerical channel.

**Non-parity:**

    Binary element added to a code in such a way that the sum of the binary elements equal to one of the thus-formed word is odd-numbered.

---

8

Exhibit 3
Page 000060    **GW-LT 433460**