# Marina Declaration

# Exhibit 4

American National Standard



Canadian Standards Association

X3.110-1983

T500-1983

# Videotex / Teletext Presentation Level Protocol Syntax



North American PLPS

Exhibit 4
Page 000061

CSA T500-1983 · VIDEOTEX/TELETEXT PRESENTATION LEVEL PROTOCOL SYNTAX · ANSI X3.110-1983

Exhibit 4
Page 000062

FLEMING 000002

American National Standard

# X3.110-1983

Canadian Standards Association 

# T500-1983

# Videotex/Teletext Presentation Level Protocol Syntax North American PLPS

Published in December, 1983
by

American National Standards Institute, Inc.
1430 Broadway
New York, NY 10018
(Approved November 3, 1983)

Canadian Standards Association
178 Rexdale Boulevard
Rexdale (Toronto), Ontario M9W 1R3
(Approved October 3, 1983)

Exhibit 4
Page 000063

Jim Fleming

FLEMING 000003

## American National Standards and Canadian Standards

*Standards approved by the American National Standards Institute (ANSI) and the Canadian Standards Association (CSA) imply a consensus of those substantially concerned with their scope and provisions. These standards are intended as guides to aid the manufacturer, the consumer, and the general public. The existence of a standard does not in any respect preclude any of the above groups, whether they have approved the standard or not, from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the standard. These standards are subject to periodic review and users are cautioned to obtain the latest editions.*

*In this standard, the words "shall," "should," and "may" represent requirements, recommendations, and options, respectively, as specified in ANSI and CSA policy and style guides.*

*CAUTION NOTICE: This standard may be revised or withdrawn at any time. The procedures of the American National Standards Institute and the Canadian Standards Association require that action be taken to reaffirm, revise, or withdraw this standard no later than five years from the date of publication.*

ISSN 0317-5669

*Copyright © 1983 by American National Standards Institute, Inc. and Canadian Standards Association*

*All rights reserved. No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

Printed in the United States of America

PC 10M1283/20

Exhibit 4
Page 000064

FLEMING 000004

**Preface**

*Note:. This preface is not a part of the standard.*

This is the first edition of Videotex/Teletext Presentation Level Protocol Syntax (North American PLPS) published jointly by ANSI and CSA. The standard is designated as X3.110-1983 by ANSI and as T500-1983 by CSA. The standard specifies the coding scheme to be used in videotex and teletext services. Videotex and teletext services are two-way and one-way services, respectively, providing users with access to "pages" or "frames" that include alphanumeric and graphic information. The North American PLPS (NAPLPS) is an information interchange standard that permits videotex and teletext information and transaction service providers and equipment manufacturers to develop their products according to a standard interchange format. Without such a standard, information providers, service providers, and device manufacturers would not be willing to make the initial and continuing investments that are necessary for videotex and teletext services to become widely used.

Videotex and teletext services can be structured into seven layers according to the Open Systems Interconnections (OSI) architecture. Other standards or specifications are required to completely define these services.

*Note: This standard defines a specific data syntax for use by OSI presentation layer protocols in videotex and teletext applications. This standard does not define the OSI standard presentation layer protocol itself.*

This standard is the first interchange standard providing the "blind interchange" that is desirable for electronic media envisioned for videotex and teletext. Blind interchange means that the sender and receiver of the information do not need any prior agreements or negotiation dialog in order to meaningfully interchange information; they need only to agree to conform to the standard.

The conformance requirements specified in this standard can be generally described as defining the rules (syntax) for conforming interchange at the coding interface, as well as the execution (semantics) to be applied by a conforming presentation process. These conformance requirements were carefully specified so that a number of different implementation technologies can be used. For example, the body of the standard does not specify the resolution of the display. It is intended that the same interchange can be presented on current TV sets as well as higher resolution devices.

Exhibit 4
Page 000065

FLEMING 000005

In order to further define sets of specific implementation parameters for videotex and teletext, two Service Reference Models (SRMs) for videotex and teletext are included in Appendix D. While the SRMs are not part of this standard, an implementation which meets the requirements of an SRM also conforms to the standard. An SRM specifies the minimum implementation of a receiving device and the maximum implementation to be assumed by an information provider.

The potential coding conflicts between this standard and existing ANSI, CSA and ISO coding standards have been taken care of through the use of the "complete code" mechanism of ANSI X3.41-1974, CSA Z243.35-1976, and ISO 2022-1982.

This standard has been prepared by the joint effort of the ANSI X3L2.1 Standing Task Group on Videotex/Teletext Coded Character Sets, the Canadian Videotex Consultative Committee/Canadian Standards Association/Working Group (CVCC/CSA/WG) on Videotex and the Electronic Industries Association (EIA) Broadcast Television Systems, Teletext Steering Committee, Special Working Group.

Historical events that took place prior to the development of this standard are described briefly in the following paragraphs.

In November 1980, the International Telegraph and Telephone Consultative Committee (CCITT) adopted Recommendation S.100, International Information Exchange for Interactive Videotex. This recommendation was developed by CCITT Study Group VIII, and included the essence of the British (Prestel), French (Antiope), and Canadian (Telidon) coding schemes. However, S.100 was incomplete since it did not completely define how to integrate the two mosaic modes (ie, Prestel's serial coding and Antiope's parallel coding), the geometric mode (ie, Telidon), the Dynamically Redefinable Character Sets (DRCS), or the photographic mode.

In May 1981, the American Telephone and Telegraph Company announced the publication of the Bell System Videotex Standard Presentation Level Protocol (PLP), which combined all of the functions of S.100 with more complete graphical and color capabilities and provided a unified coding syntax. The PLP contained functions such as the incremental commands, continuously variable text size, dynamic blink, DRCS, MACRO's, and color maps.

In February 1982, a functionally equivalent version of PLP titled Telidon Videotex Presentation Level Protocol: Augmented Picture Description Instructions was published in Canada as CRC Technical Note No. 709. For a more complete understanding of the events and technical contributions that preceded this standard, refer to the publications listed in Appendix F.

Exhibit 4
Page 000066

FLEMING 000006

The authors of the following documents:

Bell System Videotex Standard Presentation Level Protocol, copyrighted May 1981 by the American Telephone and Telegraph Co.; and

Telidon Videotex Presentation Level Protocol: Augmented Picture Description Instructions, CRC Technical Note No. 709, copyrighted February 1982 by the Government of Canada, Department of Communications

have specifically authorized the use of this material, in whole or in part, in this standard.

*Note: Although the intended primary application of this standard is stated in its scope, it is important to note that it remains the responsibility of the user of the standard to judge its suitability for any particular purpose.*

*ANSI and CSA standards are subject to periodical review and suggestions for their improvement will be referred to the appropriate committee. In Canada such suggestions should be addressed to Canadian Standards Association, Standards Division, 178 Rexdale Boulevard, Rexdale (Toronto), Ontario M9W 1R3. In the USA, suggestions should be sent to X3 Secretariat/CBEMA, Suite 500, 311 First Street, N.W. Washington D.C. 20001.*

*Requests for interpretation will be accepted. They should:*

*(1) Define the problem, making reference to a specific place and, where appropriate, include an illustrative sketch;*

*(2) Provide an explanation of circumstances surrounding the actual field condition; and*

*(3) Be phrased, where possible, to permit a specific "yes" or "no" answer.*

Exhibit 4
Page 000067

American National Standards Committees

This standard was processed and approved for submittal to ANSI by American National Standards Committee on Information Processing Systems, X3. Committee approval of the standard does not necessarily imply that all committee members voted for its approval. At the time it approved this standard, the X3 Committee had the following members:

E. Lohse, Chairman
W.C. Rinehuls, Vice-Chairman
C.A. Kachurik, Administrative Secretary

| Organization | Name of Representative |
|---|---|
| American Library Association . . . . . . . . | P. Peters |
| American Nuclear Society . . . . . . . . . . | G.C. Main |
| | D.R. Vondy (Alt) |
| AMP Incorporated. . . . . . . . . . . . . | P.E. Lannan |
| | C. Brill (Alt) |
| Association of American Railroads . . . . . . | R.A. Petrash |
| Association for Computing Machinery . . . . . | J.A.N. Lee |
| | P. Skelly (Alt) |
| Association of the Institute for Certification of Computer Professionals . . . . . . . . . . | T.M. Kurihara |
| | A.E. Dubnow (Alt) |
| AT & T Information Systems . . . . . . . . . | R.J. Angner |
| | H.V. Bertine (Alt) |
| Burroughs Corporation. . . . . . . . . . . . | I.R. Purchis |
| | E.L. Dixon (Alt) |
| Control Data Corporation . . . . . . . . . . | C.E. Cooper |
| | K. Lucke (Alt) |
| Data General Corporation . . . . . . . . . . | J. Pilat |
| | H.A. Richards (Alt) |
| Data Processing Management Association . . . . | A.E. Dubnow |
| | R.A. Hoadley (Alt) |
| Digital Equipment Computer Users Society . . . . | J. Hodges |
| | J.R. Barr (Alt) |
| Digital Equipment Corporation . . . . . . . . | L.C. Frampton |
| | G.S. Robinson (Alt) |
| Exxon Office Systems . . . . . . . . . . . . | R. Greenblatt |
| | M. Bucher (Alt) |
| General Services Administration . . . . . . . | W.C. Rinehuls |
| | D.J. Page (Alt) |
| GUIDE International. . . . . . . . . . . . . | F. Kirshenbaum |
| | T.F. O'Leary, Jr. (Alt) |

Exhibit 4
Page 000068

FLEMING 000008

| | |
|---|---|
| Harris Corporation | S. Mathan |
| | D. Abmayr (Alt) |
| Hewlett-Packard | D.C. Loughry |
| Honeywell Information Systems | T.J. McNamara |
| | D.M. Taylor (Alt) |
| IBM Corporation | M.A. Gray |
| | J.S. Wilson (Alt) |
| IEEE | S. Sherr |
| | R. Poston (Alt) |
| | T.A. Varetoni (Alt) |
| Lawrence Berkeley Laboratory | J.A. Baker |
| | R.J. Harvey (Alt) |
| Life Office Management Association | J.J. Merrick |
| | J.F. Foley, Jr (Alt) |
| Moore Business Forms, Inc. | D.H. Oddy |
| National Bureau of Standards | R.E. Rountree |
| | J.H. Burrows (Alt) |
| National Communications System | M.L. Cain |
| | G.W. White (Alt) |
| NCR Corporation | T.W. Kern |
| | A.R. Daniels (Alt) |
| Perkin-Elmer Corporation | J. Pisarcik |
| Prime Computer | M.L. Cassio |
| | W.A. Burke (Alt) |
| Recognition Technology Users Association | H.F. Schantz |
| | G.W. Wetzel (Alt) |
| SHARE, Inc. | T.B. Steel |
| | D. Schuster (Alt) |
| Sperry Corporation | M.W. Bass |
| | C.D. Card (Alt) |
| Telephone Group | H.L. Marchese |
| | S.H. Garland (Alt) |
| | R. Gibson (Alt) |
| Texas Instruments, Inc. | P. Smith |
| | R.F. Trow, Jr (Alt) |
| Travelers Insurance Companies, Inc. | J.T. Brophy |
| 3M Company | R.C. Smith |
| US Department of Defense | W. LaPlant, Jr. |
| | B. Leong-Hong (Alt) |
| VIM | C. Tanner |
| | J. Fitzgerald (Alt) |
| Wang Laboratories, Inc. | M. Hayek |
| Xerox Corporation | J.L. Wheeler |
| | A.R. Machell (Alt) |

Exhibit 4
Page 000069

FLEMING 000009

Technical Committee X3L2 on Codes and Character Sets had the following members:

T.N. Hastings, Chairman
J.J. Andersen
B. Astle, liaison with EIA Teletext Subcommittee
J.W. Beland
M.W. Bishop
W.L. Brown
B.W. Chester
P.M. Collins
M.E. Cook
D.R. Hall
R.E. Hill
D.S. Hilton
D.B. Hughes
J.T. Hsu
H.F. Ickes
S. Kustedjo
J.L. Little
J.H. Maynard
W.E. Miller
R.J. Pellar
P.G. Recicar
D.M. Rosenberg
J.P. Russell
S. Shayan
P.G. Skelly
G.S. Soloway
J.W. Soltes
W. Urban
G. Watson
J.D. Wetherington, liaison with VTEP (Videotex Technical Experts Panel)
Y.F. Lum, liaison from CVCC/CSA/WG

Standing Task Group X3L2.1, Videotex/Teletext Character Sets, which developed this standard under the direction of X3L2, had the following members:

T.N. Hastings, Chairman
B. Astle
M.W. Bishop
W.L. Brown
J.R. Burk
S.B. Calo
C.J. Duffy
W. Frezza
D. Hall
G. Herbel
C.L. Herrmann

Exhibit 4
Page 000070

FLEMING 000010

J.T. Hsu
M. Lemas
C.D. O'Brien
D. Raines
S. Shayan
G.S. Soloway
J.W. Soltes
R. Veith
J.D. Wetherington


## CSA Committees

This standard was approved by the Technical Committee on Videotex and the Steering Committee on Computers, Information Processing and Office Machines.

## Technical Committee on Videotex

P. Bowers *(Chairman)* . . . . . . . TV Ontario, Toronto
R.M. Bennett. . . . . . . . . . Department of Communications,
                                  Ottawa, Ontario
A. Clement . . . . . . . . . . Toronto, Ontario
                                  *(Representing Consumers'*
                                  *Association of Canada)*
R.E. Blackshaw *(Alternate)*. . . . Bell Canada, Ottawa, Ontario
A. Chitnis . . . . . . . . . . NABU Manufacturing Corporation,
                                  Ottawa, Ontario
G. Cornish . . . . . . . . . . Hewlett-Packard Canada Ltd.,
                                  Ottawa, Ontario
                                  *(Representing Canadian Business*
                                  *Equipment Manufacturers Association*
                                  *(CBEMA))*
M. Cullen . . . . . . . . . . . Tele-Direct Publications Inc., Montreal,
                                  Quebec
S.J. Crossman . . . . . . . . . Trans Canada Telephone System,
                                  Ottawa, Ontario
B. Croteau *(Associate)*. . . . . . Ministère des Communications,
                                  Québec, Québec
D. Dawson . . . . . . . . . . Systemhouse Ltd., Ottawa, Ontario
A.G. Day . . . . . . . . . . . Canadian Association of Broadcasters,
                                  Ottawa, Ontario
D. Garforth . . . . . . . . . . Canadian Broadcasting Corporation
                                  Montreal, Quebec
T. Hastings. . . . . . . . . . . Digital Equipment Corporation,
                                  Maynard, Mass., U.S.A.
                                  *Liaison: ANSI Committee X3L2*
B. Ho . . . . . . . . . . . . . Department of Communications,
                                  Ottawa, Ontario
                                  *Representing Government EDP*
                                  *Standards Committee*
W. Knapp . . . . . . . . . . . Infomart, Toronto, Ontario

Exhibit 4
Page 000071

FLEMING 000011

ANSI Standard X3.110-1983/CSA Standard T500-1983

M. Lane . . . . . . . . . . . Infomart, Toronto, Ontario
*Representing Videotex Information Service Providers Association of Canada (VISPAC)*

P. Learmouth *(Alternate)* . . . . The Canadian Bankers Association, Toronto, Ontario

P. Levesque *(Alternate)* . . . . . Canadian Broadcasting Corporation, Montreal, Quebec

E. Lin *(Associate)* . . . . . . . . B.C. Telephone Company, Vancouver

Y.F. Lum . . . . . . . . . . . Department of Communications, Ottawa, Ontario
*(Chairman of Working Group)*

V.C. MacDonald *(Alternate)* . . . Department of Communications, Ottawa, Ontario

J.V. Marisi *(Associate)* . . . . . . Saskatchewan Telecommunications, Regina

J. Matte . . . . . . . . . . . University of Quebec, Quebec

M. Melnyk . . . . . . . . . . Department of Communications, Ottawa, Ontario

T.G. Moore *(Alternate)* . . . . . CNCP Telecommunications, Toronto, Ontario

R. Morin . . . . . . . . . . . Manitoba Telephone System, Winnipeg

H. Mykytyn *(Alternate)* . . . . . Infomart, Toronto, Ontario

C.D. O'Brien . . . . . . . . . . Norpak Ltd., Kanata, Ontario

R. Orchard . . . . . . . . . . National Research Council of Canada, Ottawa, Ontario

M. Pejskar . . . . . . . . . . Microtel Pacific Research Limited, Burnaby, British Columbia

A.C. Pendleton *(Associate)* . . . . New Brunswick Telephone, Saint John

D.J. Phillpotts *(Associate)* . . . . Edmonton Telephones, Edmonton, Alberta

K. Read . . . . . . . . . . . Bell-Northern Research, Ottawa, Ontario

V.C. Reed . . . . . . . . . . Skyline Cablevision Ltd., Ottawa, Ontario
*Liaison IEC SC 12/G*

J. Scott . . . . . . . . . . . Gandalf Technologies Inc., Manotick, Ontario

K. Sharma . . . . . . . . . . The Royal Bank of Canada, Toronto, Ontario
*Representing Canadian Bankers Association*

U.C. Strahlendorf . . . . . . . . Bell Canada, Ottawa, Ontario

O. Stubits . . . . . . . . . . CNCP Telecommunications, Toronto, Ontario

F.W. Tompa . . . . . . . . . . University of Waterloo, Waterloo, Ontario

Q. Tu . . . . . . . . . . . . Teleglobe Canada, Montreal, Quebec

V.S. Umamaheswaran . . . . . . . AES Data Ltd., Mississauga, Ontario

J.D. Warmer . . . . . . . . . . IBM Canada Ltd., Toronto, Ontario

J. Zukiwski *(Alternate)* . . . . . Alberta Government Telephones, Edmonton

B.J. Weir . . . . . . . . . . . Canadian Standards Association, Rexdale, Ontario
*(Standards Administrator, Non-voting)*

Exhibit 4
Page 000072

## CSA Working Group on Videotex

Y.F. Lum (Chairman) . . . . . . . . Department of Communications, Ottawa
J. Buccino . . . . . . . . . . . . Electrohome, Waterloo
S.J. Crossman . . . . . . . . . . Trans Canada Telephone System, Ottawa
B. Crozier . . . . . . . . . . . Department of Communications Ottawa
J. James . . . . . . . . . . . . Electrohome, Waterloo
W. Knapp . . . . . . . . . . . . Infomart, Toronto
A. Kwan . . . . . . . . . . . . Department of Communications, Ottawa
P. Levesque . . . . . . . . . . Canadian Broadcasting Corporation Montreal
D. MacMillan . . . . . . . . . . Department of Communications, Ottawa
R. Morin . . . . . . . . . . . . Manitoba Telephone System, Winnipeg
H. Mykytyn . . . . . . . . . . . Infomart, Toronto
C.D. O'Brien . . . . . . . . . . Norpak Ltd., Kanata
D.T. O'Leary . . . . . . . . . . Microtel Pacific Research Limited Burnaby
R. Orchard . . . . . . . . . . . National Research Council of Canada, Ottawa
M. Pejskar . . . . . . . . . . . Microtel Pacific Research Ltd., Burnaby
B.M. Read . . . . . . . . . . . TV Ontario, Toronto
K. Read . . . . . . . . . . . . Bell-Northern Research, Ottawa
A. Srivastava . . . . . . . . . . Systemhouse Ltd., Ottawa
J.R. Storey . . . . . . . . . . . Department of Communications, Ottawa
B. Weir . . . . . . . . . . . . Canadian Standards Association, Rexdale

A joint editing group, acting under the direction of the members of the X3L2.1 Task Group and the CVCC/CSA Working Group, had the following members:

B. Astle
D.R. Hall
T.N. Hastings
A. Kwan
Y.F. Lum
C.D. O'Brien
D.T. O'Leary
G.S. Soloway
J.W. Soltes
B. Weir
J.D. Wetherington

Exhibit 4
Page 000073

FLEMING 000013

x

## Contents

| | Page |
|---|---|
| 1. **Scope** | 1 |
| 2. **Definitions** | 2 |
| 3. **Reference Publications** | 6 |
| 4. **Coding Architecture** | 8 |
| 4.1 Reference Model (OSI) | 8 |
| 4.2 Presentation Level Overview | 8 |
|     4.2.1 General | 8 |
|     4.2.2 Coordinate System | 9 |
|     4.2.3 Display Format | 10 |
| 4.3 Code Extension | 11 |
|     4.3.1 General | 11 |
|     4.3.2 Code Extension in a 7-Bit Environment | 12 |
|     4.3.3 Code Extension in an 8-Bit Environment | 17 |
| 4.4 SPACE and DELETE | 18 |
| 5. **Coding of G-sets** | 20 |
| 5.1 Primary Character Set | 20 |
| 5.2 Supplementary Character Set | 22 |
| 5.3 Picture Description Instruction (PDI) Set | 24 |
|     5.3.1 General | 24 |
|     5.3.2 Attribute Control Functions | 32 |
|         5.3.2.1 General | 32 |
|         5.3.2.2 DOMAIN | 32 |
|             5.3.2.2.1 Command Format | 32 |
|             5.3.2.2.2 Single-Value Operand Length | 33 |
|             5.3.2.2.3 Multi-value Operand Length | 33 |
|             5.3.2.2.4 Dimensionality | 33 |
|             5.3.2.2.5 Operand Length | 34 |
|             5.3.2.2.6 Logical Pel | 34 |
|         5.3.2.3 TEXT | 36 |
|             5.3.2.3.1 Command Format | 36 |
|             5.3.2.3.2 Character Rotation | 37 |
|             5.3.2.3.3 Character Path Movement | 38 |
|             5.3.2.3.4 Intercharacter Spacing | 38 |
|             5.3.2.3.5 Interrow Spacing | 39 |
|             5.3.2.3.6 Automatic APR APD | 40 |
|             5.3.2.3.7 Move Attributes | 40 |
|             5.3.2.3.8 Cursor Styles | 41 |
|             5.3.2.3.9 Character Field Dimensions | 42 |
|         5.3.2.4 TEXTURE | 43 |
|             5.3.2.4.1 Command Format | 43 |
|             5.3.2.4.2 Line Texture | 44 |
|             5.3.2.4.3 Highlight | 45 |
|             5.3.2.4.4 Texture Pattern | 45 |
|             5.3.2.4.5 Mask Size | 46 |

Exhibit 4
Page 000074

        5.3.2.5  SET COLOR                                   47
        5.3.2.6  SELECT COLOR                                54
        5.3.2.7  BLINK                                       56
        5.3.2.8  WAIT                                        58
        5.3.2.9  RESET                                       59
    5.3.3  Geometric Drawing Primitives                      62
        5.3.3.1  POINT                                       62
        5.3.3.2  LINE                                        65
        5.3.3.3  ARC                                         69
        5.3.3.4  RECTANGLE                                   74
        5.3.3.5  POLYGON                                     78
        5.3.3.6  INCREMENTAL                                 83
            5.3.3.6.2  FIELD                                 83
            5.3.3.6.3  INCREMENTAL POINT                     84
            5.3.3.6.4  INCREMENTAL LINE                      87
            5.3.3.6.5  INCREMENTAL POLYGON (Filled)          90
    5.4  Mosaic Set                                          92
    5.5  Macro Set                                           94
    5.6  Dynamically Redefinable Character Set (DRCS)        94

6.  Coding of C-Sets                                         95
    6.1  C0 Control Set                                      95
    6.2  C1 Control Set                                      101

7.  Graphic Character Repertoire                             109

8.  Conformance Requirements                                 130
    8.1  General                                             130
    8.2  Conforming Interchange                              131
    8.3  Conforming Presentation Process                     131

9.  Enhanced Capabilities                                    135

Appendixes (not a mandatory part of this standard)

Appendix A,  Layered Architecture Model                     136

Appendix B,  Coordinate System Concepts                     139

Appendix C,  Code Extension and 7-Bit/8-Bit Transform       142

Appendix D,  A General Service Reference Model (SRM) for     144
Videotex and a General Service Reference Model (SRM) for Teletext

Appendix E,  Future Developments                            157

Appendix F,  Publications for Further Reference             158

Exhibit 4
Page 000075

FLEMING 000015

ANSI Standard X3.110-1983/CSA Standard T500-1983

Exhibit 4
Page 000076

FLEMING 000016

**Videotex/Teletext Presentation Level Protocol Syntax
(North American PLPS)**

## 1. Scope

**1.1**   This standard describes the formats, rules, and procedures for the encoding of alphanumeric text and pictorial information for videotex and teletext* applications. This standard is based on the architecture defined in ISO's multilayered reference model of open systems interconnection. This standard † defines a specific data syntax for use by OSI presentation layer protocols and some specific semantics for use at the application layer in videotex and teletext applications.

*The term "teletext" (not yet adopted by CCIR) is commonly used to refer to a broadcast television videotex service. It is different from "teletex", a term officially adopted by CCITT to define a specific type of terminal-to-terminal text communications service.*

†This standard does not define the OSI Standard presentation layer protocol itself.

**1.2**   The basic coding scheme is built upon the framework established by Recommendation S.100-1980 (International Information Exchange for Interactive Videotex) of the International Telegraph and Telephone Consultative Committee (CCITT). Operation in both a 7-bit and an 8-bit environment is accommodated. Alphanumeric text, a set of supplementary characters, and a dynamically redefinable character set (DRCS) are provided. Both mosaics and geometric primitives, as well as DRCS, can be used to create pictorial displays. The mosaic coding is compatible with CCITT Recommendation S.100-1980. The geometric primitives are compatible enhancements to the picture description instructions (PDI's) defined in the alphageometric option of CCITT Recommendation S.100-1980. Additional capabilities include color mapping, a controllable stroke width, macros, continuous character scaling, programmable texture masks, unprotected fields, partial screen scrolling, and incremental encoding for highly compact descriptions of certain classes of images.

*Note: The user's attention is called to the possibility that conformance with this standard may require use of an invention covered by patent rights. By publication of this standard, no position is taken with respect to the validity of this claim or of any patent rights in connection therewith. A patent applicant has, however, filed a statement of willingness to grant a license under these rights on reasonable and nondiscriminatory terms and conditions to applicants desiring to obtain such a license. Details may be obtained from the publishers.*

Exhibit 4
Page 000077

FLEMING 000017

## 2. Definitions

*Absolute coordinates* means an ordered pair or triplet of signed numbers between -1 (inclusive) and 1 (noninclusive) that specifies (in two's complement arithmetic) the new location of the drawing point with respect to the origin of the unit screen. Only nonnegative absolute coordinate specifications lie within the unit screen.

*Alphanumeric text* means the written form of languages, comprising alphabetic letters with or without diacritical marks, numerical digits and fractions, punctuation marks, typographical symbols, and mathematical signs as well as SPACE and special letters, signs, symbols, etc. In this standard, alphanumeric text characters are denoted by names that are intended to reflect their customary meanings for the characters and symbols displayed. These names are not intended to specify a particular style, font design, character size, or position within a character field.

*Attribute* means a settable parameter to be applied to subsequent alphanumeric text or pictorial information.

*Bit combination* means an ordered set of bits (binary digits) that represents a character or a control function.

*Border area* means the area of the physical display screen that is outside the display area.

*C-set* (or control set) means the two control sets, C0 and C1, each comprising 32 character positions arranged in two columns of 16.

*Character field* means the rectangular area within which a character is displayed.

*Code extension* means the techniques for expanding the absolute character address space of a byte-oriented code into a larger virtual address space.

*Code table* means the set of unambiguous rules that defines the mapping between received bit combinations and presentation level characters.

*Coding interface* means an interface through which coded bit combinations are passed between receiving equipment and communication media.

*Color map address* means an ordinal number associated with each pixel in a stored digital image that determines the address in the color map at which the actual color value of that pixel can be found. (This is sometimes abbreviated to simply *color* when it can be done unambiguously.)

*Color map* means a look-up table that is used during scan conversion of the digital image that converts color map addresses into actual color values.

Exhibit 4
Page 000078

FLEMING 000018

*Color value* means an entry in a color map that indicates the actual color of the pixel to be displayed.

*Composite symbol* means a symbol consisting of a combination of two or more symbols in a single character field, such as a diacritical mark and a basic letter.

*Consistent with the physical resolution* means the position of the display information is calculated to sufficient precision that it is displayed within one pixel of the true position (see Appendix B).

*Cursor* means a logical indicator (having character field dimensions) of the screen position at which the next character is to be deposited. This position may or may not be marked by a cursor symbol.

*Designate* means to identify a given set from the repertory of G-sets as a G0, G1, G2, or G3 set.

*Display area* means the rectangular part of the physical display screen in which information coded in conformance to this standard is visibly displayed. The display area does not include the border area.

*Drawing point* means a logical indicator of the position at which the next geometric graphic primitive will commence execution. This is not normally marked by a drawing point symbol.

*Dynamically Redefinable Character Set (DRCS)* means a G-set containing definable characters whose patterns can be downloaded from the host.

*Escape sequence* means a string of two or more bit combinations beginning with the ESCAPE (ESC) character. A three-character escape sequence contains an intermediate character (I) and ends with a final character (F), and is used primarily to designate a set of 94 or 96 character codes as one of the four active G-sets. A two-character escape sequence contains only a final character (F) and is one method by which code sets are invoked into the in-use table. Formats and rules regarding the use of the escape sequences are specified in ISO 2022-1982.

*Final character* means the last character of an escape sequence.

*G-set* means one of the four sets, G0, G1, G2, and G3, each of which comprises 94 or 96 character positions arranged in six columns of 16.

*G-set repertory* means the collection of available code sets that are subject to designation as one of the G-sets.

*Geometric graphic primitive* means a locally stored picture drawing algorithm that can be called via a specified opcode and associated operand(s).

Exhibit 4
Page 000079

FLEMING 000019

4

**Graphic character repertoire** means the list of graphic characters defined in this standard, including accented letters and characters obtained by the composition of two or more graphic symbols.

**Implementation-dependent** means a feature that may be specified more completely in a service reference model or by an implementor, within the constraints imposed by this standard.

**In-use** means the code sets or attributes that will be used to interpret or be applied to subsequently received commands.

**Intermediate character** means any character that occurs between the escape character and the final character in an escape sequence.

**Invoke** means to cause a designated code set to be represented by the bit combinations in the prescribed in-use table.

**Layer** means each individual module of the reference model for open systems interconnection (OSI).

**Locking shift** means an invocation of a code set into the in-use table that remains in effect until another code set is invoked in its place.

**Logical picture element (logical pel)** means a geometric construct associated with the drawing point whose size determines the stroke width of graphics primitives. Although the terms pixel and pel are synonymous in common usage, throughout this document pixel is used for physical picture elements and pel for logical picture elements.

**Macro** means a locally stored string of presentation code represented with a single-character name. When the macro-name is used the locally stored string is processed in its place.

**Mosaic** means a rectangular matrix of predefined elements that can be used to construct block-style graphic images.

**Nominal black** means the color black (all zeros) in color mode zero, or the color that is at color map address zero in color modes 1 and 2.

**Nominal white** means the color white (all ones) in color mode zero, or the color that is at color map address 011...1 in color modes 1 and 2.

**Nonspacing** means a character that does not cause the cursor to be automatically advanced when it is received after the character is displayed.

**Opcode** means a one-byte character that initiates the execution of a locally stored geometric primitive or control operation. An opcode may be followed by zero or more operands.

Exhibit 4
Page 000080

FLEMING 000020

*Operand* means a single- or multiple-byte string from the numeric data field of the PDI code set that is used to specify control, attribute, or coordinate parameters required by the opcode.

*Physical picture element (pixel)* means the smallest displayable unit on a given display device.

*Pictorial information* means the display information resulting from the application of geometric primitives, mosaics, and DRCS.

*Picture description instruction (PDI)* means a command composed of an opcode followed by zero or more operands that constitutes an executable picture drawing or control command.

*Presentation layer* means the sixth of seven layers defined by ISO's reference model for open systems interconnection. The use of the presentation layer in this standard is primarily for the encoding of text, graphic, and display control information.

*Protocol* means a set of formats, rules, and procedures governing the exchange of information between peer processes at the same layer.

*Receiving device* means equipment that can receive coded bit combinations by means of, for example, telecommunication or physical interchange of storage media.

*Relative coordinates* means an ordered pair or triplet of signed numbers between -1 (inclusive) and 1 (noninclusive) that specifies (in two's complement arithmetic) either the new location of the drawing point with respect to the old location of the drawing point, when used within a geometric primitive, or the dimensions of a given field when used with one of the control commands.

*Service Reference Model (SRM)* means a specification of the minimum set of features that must be implemented by a receiving device in order to meet the requirements for a particular service and the maximum set of features that should be assumed by an information provider when encoding text and pictorial information.

*Single shift* means an invocation of a code set into the in-use table that affects only the interpretation of the next bit combination received. Interpretation then automatically reverts to the previous contents of the table. (This is also referred to as *nonlocking shift*).

*Spacing* means a character that causes the cursor to be automatically advanced when it is received after the character is displayed.

*Unit screen* means the logical display address space within which all drawing operations are executed and alphanumeric characters are deposited. The dimensions of the unit screen are 0 (inclusive) to 1 (noninclusive) in the horizontal (X), vertical (Y), and depth (Z) dimensions. (The last is only defined in three-dimensional mode.)

Exhibit 4
Page 000081

FLEMING 000021

6

## 3. Reference Publications

**3.1**   This standard refers to the following publications and where reference is made it shall be to the edition listed below, including all revisions published thereto.

### 3.2 ANSI* Standards
ANSI X3.4-1977,
American National Standard Code for Information Interchange (ASCII).

ANSI X3.41-1974,
American National Standard Code Extension Techniques for Use with the 7-Bit Coded Character Set of American National Standard Code for Information Interchange.

### 3.3 CSA† Standards
Z243.4-1973,
7-Bit Coded Character Sets for Information Processing Interchange.

Z243.35-1976,
Code Extension Techniques for Use with the 7-Bit Coded Character Sets of CSA Standard Z243.4-1973.

### 3.4 CCIR‡ Report
957-October, 1981,
Characteristics of Teletext Systems, Document 11/5001-E.

### 3.5 CCITT§ Recommendations
F.300-1980,
Videotex Service.

S.100-1980,
International Information Exchange for Interactive Videotex.

### 3.6 Department of Communications, Canada
Telecommunications Regulatory Service,
Broadcast Specification BS-14 June, 1981

### 3.7 EIA/CVCC** Recommendation
1983,
North American Basic Teletext Specification (NABTS).

### 3.8 ISO†† Standards
646-1983,
Information Processing - ISO 7-Bit Coded Character Set for Information Interchange.

2022-1982,
Information Processing - ISO 7-Bit and 8-Bit Coded Character Sets - Code Extension Techniques.

Exhibit 4
Page 000082

FLEMING 000022

2375-1980,
Data Processing - Procedure for Registration of Escape Sequences.

DIS 6937/1-1982,
Information Processing - Coded Character Sets for Text Communication -
Part 1: General Introduction.

DIS 6937/2-1982,
Information Processing - Coded Character Sets for Text Communication -
Part 2: Latin Alphabetic and Non-Alphabetic Graphic Characters.

DIS 7498-1983
Information Processing Systems - Open Systems Interconnection - Basic
Reference Manual.

*American National Standards Institute.

†Canadian Standards Association

‡International Radio Consultative Committee.

§International Telegraph and Telephone Consultative Committee.

**Electronic   Industries   Association/Canadian   Videotex   Consultative
Committee.

††International Organization for Standardization.

**Note:** DIS means Draft International Standard, which is subject to revision.

Exhibit 4
Page 000083

FLEMING 000023

## 4. Coding Architecture

**4.1 Reference Model (OSI).** The coding scheme described in this standard addresses itself primarily to the presentation layer of the ISO seven layer reference model for open systems interconnection. This reference model is described in ISO DIS 7498-1983, Information Processing Systems - Open Systems Interconnection - Basic Reference Model (see Appendix A).

## 4.2 Presentation Level Overview

**4.2.1 General.** This standard is based on the code extension principles of ISO 2022-1982* and on currently existing national and international standards and recommendations. The relationship of the various coding standards and the manner in which they are woven into a unified data syntax is described below.

In the character coded method of describing alphanumeric characters and pictorial information, particular character codes are identified by an 8-bit code sequence in which 7 of the bits are used as an index into a 128-character code table and the eighth bit is used for extension to another code table of 128 characters, as will be described later in this standard, or for use at other protocol layers, for example, parity.

The character code table is normally represented as a table of 8 columns and 16 rows with bits b7, b6, and b5 addressing the columns and bits b4, b3, b2, and b1 addressing the rows (see Figure 3). This general format is used throughout this standard. In diagrams, the bits are numbered b1 to b8 with b1 occupying the least significant position. See Figure 1. The code table may be subdivided into different segments as detailed in 4.3.

*ISO is developing a draft addendum to ISO 2022-1982 which deals, among other things, with the definition and code extension of 96 character G-sets.*



Figure 1

Coding Format

Exhibit 4
Page 000084

FLEMING 000024

The coding of alphanumeric characters is based on current national standards (ANSI X3.4-1977, American National Standard Code for Information Interchange (ASCII), and CSA Standard Z243.4-1973, 7-Bit Coded Character Sets for Information Processing Interchange) and an international standard (ISO 646-1983, Information Processing – ISO 7-Bit and 8-Bit Coded Character Set for Information Interchange) as the primary character set (see 5.1) together with a supplementary character set based on CCITT S.100-1980 (see 5.2).

The coding of the pictorial information is based on:

(1) Picture description instructions (PDI's) (see 5.3), which are based on an enhancement of the alphageometric option described in CCITT Recommendations S.100-1980 and F.300-1980.

(2) Mosaic set (see 5.4), which is based on the union of the two mosaic tables described in CCITT Recommendations S.100-1980 and F.300-1980.

(3) Macro set (see 5.5).

(4) Dynamically redefinable character set (DRCS) (see 5.6).

**4.2.2 Coordinate System.** The coordinate system used in this standard is based on the abstract concept of a three-dimensional cartesian space with unit coordinates. This achieves independence of display hardware constraints. The coordinates are the width (X), height (Y), and depth (Z), and the range of possible values for each coordinate is from 0 (inclusive) to 1 (noninclusive). Note that the Z coordinate is only meaningful on receiving devices with a capability for operating in three-dimensional mode. It is allowed in data structures both for logical completeness and to facilitate the graceful introduction of this feature when the technology becomes available. In this standard, two-dimensional mode will be assumed, with complete specification of the three-dimensional mode operation deferred for future standardization. In general, therefore, descriptions will deal with a two-dimensional (X, Y) plane of the space at Z = 0. This plane will be referred to as the unit screen. A value of Z = 0 is interpreted as being farthest from the user.

Drawing of alphanumeric characters and pictorial information always occurs within the unit screen. The unit screen is visible in the display area, which is a rectangular area of the device's physical display screen. The lower left corner of the unit screen is the origin (0, 0), and coincides with the lower left corner of the display area. While the entire display area is always visible, the amount of the unit screen visible in the display area is implementation-dependent. Note that although it is always permissible to draw anywhere on the unit screen, only that portion of the unit screen coinciding with the display area is visible.

For example, on the cathode ray tubes used in television sets, the physical display screen usually has an aspect ratio of approximately 4:3 (width:height). If the display area on such a device has the same 4:3 aspect ratio, then the visible portion of the unit screen will be X from 0 (inclusive) to 1 (noninclusive), and Y from 0 (inclusive) to approximately 0.75 (see Figure 2).

Exhibit 4
Page 000085

FLEMING 000025

ANSI Standard X3.110-1983/CSA Standard T500-1983

10

The border area, if any, is not part of the display area, and no portion of the unit screen is visible in the border. Note that the physical display screen may also be used by other implementation-dependent display processes. Such processes are outside the scope of this standard.

*Note: The sender can always assume that the entire display area is available. It is the responsibility of the receiving device to ensure that the entire display area is visible to the user.*



**Figure 2**

**Unit Screen Concept**

**4.2.3 Display Format.** There is no special positional dependence upon the order in which drawing primitives are presented. Pictures are built up out of a sequence of drawing commands, with the effects of each superimposed over those of previous ones. In this manner, pictures are built up in layers. If a subsequent drawing command or alphabetic character affects a given pixel of the display, it supersedes the effect of any previous command on that pixel. Specifically, this means that composite pictorial or alphabetic character images may be composed by the superimposition of multiple characters and/or drawing primitives. The registration between alphanumeric characters and pictures and the superimposition between these drawing modes shall be maintained to within one pixel, consistent with the physical resolution.

Exhibit 4
Page 000086

FLEMING 000026

## 4.3  Code Extension

### 4.3.1  General

**4.3.1.1**    The method of code extension used in this standard is based on the code extension techniques specified in ISO 2022-1982 (the corresponding ANSI and CSA Standards are ANSI X3.41-1974 and CSA Z243.35-1976, respectively).

It provides the capability to "designate" from the repertory of sets and "invoke" into the in-use table, where a specified byte of coded data acts as a pointer into a combined code table consisting of C- and G-sets.  In most applications, there are not enough characters available in the in-use table, so provision has been made in the structure to permit G- or C-sets to be switched.

**4.3.1.2**    The entire coding environment described in this standard is to be designated and invoked as a "complete code" by the escape sequence ESC 2/5 $F_1$, in accordance with ISO 2022-1982, where $F_1$ is the final character to be assigned by the ISO Registration Authority, according to ISO 2375-1980, Data Processing - Procedure for Registration of Escape Sequences.  Conforming interchange does not require the use of this escape sequence except when interchanging with other services.  In this complete code, special attention is to be paid to the following:

G0: A 94 code position G-set
G1: A 94 or 96 code position G-set
G2: A 94 or 96 code position G-set
G3: A 94 or 96 code position G-set

A 94 code position G-set is one that does not include code positions 2/0 and 7/15.  When such a set is invoked into columns 2 to 7, these two positions shall have the meanings of SPACE and DELETE, respectively.

A 96 code position G-set, on the other hand, is one in which the positions 2/0 and 7/15 have meanings other than SPACE and DELETE.

The designation and invocation of this "complete code" will be terminated by a different sequence ESC I $F_2$ (to be assigned by the ISO Registration Authority or standardized by ISO) or by the designation and invocation of any other "complete code".

**4.3.1.3**    There are four G-sets and two C-sets that are designated at any one time; that is, any one of the four tables G0, G1, G2, or G3 could be invoked into the in-use table by an invocation sequence.  Invocation sequences may be either locking or nonlocking.  The G0, G1, G2, and G3 sets act as slots into which code sets from the G-set repertory of meanings may be designated.  In the default state G0 contains the primary character set, G1 the PDI set, G2 the supplementary character set, and G3 the mosaic set.  A designation sequence is used to establish a new meaning to a code set slot.

Exhibit 4
Page 000087

FLEMING 000027

ANSI Standard X3.110-1983/CSA Standard T500-1983

**4.3.1.4**   The choice of the 7-bit or 8-bit code environment may be explicitly established or changed for a particular service, or may be implicitly established by prior agreement.

The in-use table is structured into 32 code position C-sets and 94 or 96 code position G-sets. The contents of these sets apply to either the 7-bit or the 8-bit environment. These sets are manipulated for the purpose of providing a virtual address space larger than the 128 or 256 code positions available in a 7-bit or 8-bit environment, respectively.

**4.3.2  Code Extension in a 7-Bit Environment.**   An in-use table with 128 code positions is defined, as shown in Figure 3. Each incoming bit combination is either decoded according to the current contents of this table or is used to change the contents of this table. The table itself is organized into 8 columns of 16 rows, with bits 1 through 4 defining the row number and bits 5 through 7 defining the column number. The in-use table contains, in columns 0 and 1, the C0 set. Five characters of this set, ESCAPE (ESC or 1/11, ie, column 1, row 11), SHIFT-IN (SI or 0/15), SHIFT-OUT (SO or 0/14), SINGLE-SHIFT TWO (SS2 or 1/9), and SINGLE-SHIFT THREE (SS3 or 1/13), are used to control the contents of the remaining six columns of the in-use table. The manner in which this is accomplished is graphically depicted in Figure 4 and is described below.

A single additional active control set, the C1 set, and four active G-sets, the G0, G1, G2, and G3 sets, are defined. The contents of the C1 set are described in 6.2. The contents of the G0, G1, G2, and G3 sets can be dynamically selected from the larger repertory of G-sets by using escape sequences. These sequences take the form ESC I F where I is the intermediate character and F is the final character. The intermediate character determines which set is to be changed (redesignated).

ISO 2022-1982 specifies that the syntax of an escape sequence is ESC I. . .I F, where I. . .I is zero or more occurrences of intermediate characters in the range 2/0 through 2/15 and F is one occurrence of a final character in the range 3/0 through 7/14. The occurrence of any other bit combination in an escape sequence shall cause the partial escape sequence to be terminated and ignored, and that bit combination shall be executed.

The final character determines which set from the larger repertory is to be selected. Table 1 shows the I and F character pairs assigned to each C- and G-set. The F character for the primary character set, for example, is 4/2 and for G0 the I character is 2/8. The three character escape sequence ESC 2/8 4/2, therefore, designates the primary character set as the current G0 set.

Exhibit 4
Page 000088

FLEMING 000028

Table 1

Escape Sequences for Designation of C- and G-Sets

| Escape Sequence | Set to be Designated |
|---|---|
| Control sets: | |
| ESC 2/1 $F_3$ | C0 set |
| ESC 2/2 $F_4$ | C1 set |
| | |
| 94-character sets: | |
| ESC I 4/2 | Primary character set |
| ESC I 7/12 | Supplementary character set |
| where I is 2/8, 2/9, 2/10, 2/11 for G0, G1, G2, G3, respectively | |
| | |
| 96-character sets: | |
| ESC I 5/7 | PDI set |
| ESC I 7/13 | Mosaic set |
| ESC I 7/10 | Macro set |
| ESC I 7/11 | DRCS set |
| where I is 2/9, 2/10, 2/11 for G1, G2, G3, respectively* | |
| I is also 2/13, 2/14, 2/15 for G1, G2, G3, respectively | |

*There are two I characters that will result in the redesignation of each of the three G-sets, G1, G2, and G3. This dual coding may be removed from the standard in a future revision. See Appendix E.

The designation and invocation sequences for the C0 and C1 sets are ESC 2/1 $F_3$ and ESC 2/2 $F_4$, respectively, where $F_3$ and $F_4$ are to be assigned by the ISO Registration Authority according to ISO 2375-1980. All designation sequences designating G- and C1-sets defined in this standard shall be implemented. Other G- and C1-sets defined according to the rules of ISO 2022-1982 may be implemented. All other designation sequences shall designate either a null G- or a null C1-set. The redesignation of the C0 set is not permitted in the context of this standard and such redesignating escape sequences shall be ignored. A null set is a set in which all code positions are executed as null operations.

The SHIFT-IN (SI) character is used to invoke the current G0 set into the in-use table where it remains until further control action is taken (ie, it is invoked in a locking manner). The SHIFT-OUT (SO) character is used to invoke the current G1 set into the in-use table in a locking manner. The sequence LOCKING-SHIFT TWO (LS2) is used to invoke the G2 set into the in-use table in a locking manner. The sequence LOCKING-SHIFT THREE (LS3) is used to invoke the G3 set into the in-use table in a locking manner. Table 2 shows the coding of the shift functions.

Exhibit 4

Page 000029

14



Figure 3

7-Bit In-Use Table

Exhibit 4
Page 000090

FLEMING 000030



**Figure 4**

**Code Extension in a 7-Bit Environment**

Exhibit 4
Page 000091

FLEMING 000031

### Table 2
### Coding of Shift Functions

| Shift Function | | 7-Bit Environment | 8-Bit Environment | G-Set Invoked |
|---|---|---|---|---|
| SHIFT-IN | SI | 0/15 | 0/15 | G0 into GL |
| SHIFT-OUT | SO | 0/14 | 0/14 | G1 into GL |
| LOCKING-SHIFT ONE RIGHT | LS1R | — | ESC 7/14* | G1 into GR |
| LOCKING-SHIFT TWO | LS2 | ESC 6/14 | ESC 6/14 | G2 into GL |
| LOCKING-SHIFT TWO RIGHT | LS2R | — | ESC 7/13* | G2 into GR |
| LOCKING-SHIFT THREE | LS3 | ESC 6/15 | ESC 6/15 | G3 into GL |
| LOCKING-SHIFT THREE RIGHT | LS3R | — | ESC 7/12* | G3 into GR |
| SINGLE-SHIFT TWO | SS2 | 1/9 | 1/9 | G2 (nonlocking) |
| SINGLE-SHIFT THREE | SS3 | 1/13 | 1/13 | G3 (nonlocking) |

*LS1R, LS2R, and LS3R are also coded as ESC 6/11, ESC 6/12, and ESC 6/13, respectively. This dual coding may be removed from this standard in a future revision. See Appendix E.

The single-shift characters, SINGLE-SHIFT TWO (SS2) and SINGLE-SHIFT THREE (SS3), are used to invoke, in a nonlocking manner, the G2 or G3 set, respectively, into the in-use table. The range of the single-shift characters extends only to the next character received, that is, the in-use table automatically reverts to its former state after the character immediately following the single-shift is interpreted. If a C0 character immediately follows an SS2 or SS3 character (instead of a byte from columns 2 to 7), the SS2 or SS3 character is ignored and the C0 character is executed. Note that the PDI set can be single-shifted into the in-use table only in those cases where the PDI command is not to be followed by an associated numeric operand.

The C1 set (in 7-bit environment) is never invoked into the in-use table in a locking manner. Rather, single characters from the C1 set are accessed via two-character escape sequences. These sequences take the form, ESC Fe, where Fe represents the desired character from the C1 set. This character, by definition, must have a bit combination corresponding to column 4 or 5 of the 7-bit in-use table and represents the corresponding C1 character of column 8 or 9. As with the single-shift characters, the in-use table is not changed by these two-character escape sequences. The in-use table automatically reverts

Exhibit 4
Page 000092

FLEMING 000032

to its former state after the C1 command is executed. (Note that, although the C1 controls all consist of single characters, some commands may initiate multiple byte operations.)

If any of the G-sets are redesignated via an escape sequence while in the in-use table, the new code interpretations are simultaneously invoked, that is, a locking shift is not required for the change to take effect.

Upon initialization, the primary character set (see 5.1) is designated as the G0 set and the G0 set is invoked into the in-use table, by default. The PDI set (see 5.3) is designated as the G1 set, the supplementary character set (see 5.2) is designated as the G2 set, and the mosaic set (see 5.4) is designated as the G3 set, all by default.

**4.3.3  Code Extension in an 8-Bit Environment.**  When operating in an 8-bit environment, the 256 code positions available can also be extended to a much larger address space using similar code extension procedures as for the 7-bit environment. An in-use table with 256 code positions is defined, as shown in Figure 5. Again, each incoming bit combination is either decoded according to the contents of this table or used to change the contents of this table. The table itself is organized into 16 columns of 16 rows, with bits 1 through 4 defining the row number and bits 5 through 8 defining the column number. The in-use table contains the C0 set in columns 0 and 1 and the C1 set in columns 8 and 9. The use of ESC Fe sequences to represent C1 characters (see 4.3.2) is permitted, although not encouraged, in an 8-bit environment.  Columns 2 through 7, which by convention will be called the GL (G-left) area of the in-use table, can accommodate any of the four invoked G-sets (G0, G1, G2, G3). Columns 10 through 15, which will be called the GR (G-right) area, can accommodate the G1, G2, or G3 sets.  The manner in which this is accomplished is graphically depicted in Figure 6.

The SI character is used to invoke, in a locking manner, the G0 set into GL. Note that G0 cannot be invoked into GR.  The SO character is used to invoke, in a locking manner, the G1 set into GL.  The escape sequence LOCKING-SHIFT ONE RIGHT (LS1R) is used to invoke, in a locking manner, the G1 set into GR.  The escape sequences LOCKING-SHIFT TWO (LS2) and LOCKING-SHIFT TWO RIGHT (LS2R) are used to invoke, in a locking manner, the G2 set into GL and GR, respectively.  The escape sequences LOCKING-SHIFT THREE (LS3) and LOCKING-SHIFT THREE RIGHT (LS3R) are used to invoke, in a locking manner, the G3 set into GL and GR, respectively.  See Table 2 for the coding of the shift functions.

Note also that the G2 and G3 sets can be invoked into GL in a nonlocking manner using the SS2 and SS3 characters, respectively, as described for use in a 7-bit environment.  If the byte immediately following the SS2 or SS3 character is from columns 10 to 15, bit b8 is ignored.

Upon initialization, the primary, PDI, supplementary, and mosaic sets are designated as G0, G1, G2, and G3 sets, respectively, and G0 is invoked into GL by default as in the 7-bit environments. In addition, G1 is invoked into GR.

Exhibit 4
Page 000093

FLEMING 000033

**4.4 SPACE and DELETE.**    SPACE is an empty character field subject to the same attributes as alphanumeric characters.  The coding is 2/0 in the 7- and 8-bit in-use table when a G-set with 94 code positions is invoked.

DELETE has been used primarily to erase or obliterate erroneous or unwanted characters in punched tape.  The coding of DELETE is 7/15 in the 7-bit and 8-bit in-use table when a G-set with 94 code positions is invoked.  DELETE is executed as a null operation in this standard.



Figure 5

8-Bit In-Use Table

Exhibit 4
Page 000094



**Figure 6**

**Code Extension in an 8–Bit Environment**

Exhibit 4
Page 000095

FLEMING 000035

## 5. Coding of G-Sets

**5.1 Primary Character Set.**   The primary character set consists of 94 Latin alphabetic characters, digits, punctuation marks, and symbols as illustrated in Figure 7.  This set is identical to the graphic character set of ANSI X3.4-1977 (ASCII) and CSA Z243.4-1973.  The particular patterns (font) chosen for the characters are implementation-dependent and are constrained only by the specified character field at each size for a given display resolution.  Character legibility is not guaranteed at all sizes, in all colors, and at all display resolutions.  When any character of the primary set is received, the cursor is automatically advanced (see 5.3.2.3.4).

The sequence used to designate the primary character set is ESC I 4/2, where I is 2/8, 2/9, 2/10, or 2/11 to indicate G0, G1, G2, or G3, respectively (see 4.3).

Exhibit 4
Page 000096

FLEMING 000036



**Figure 7**

**Primary Character Set**

Exhibit 4
Page 000097

FLEMING 000037

**5.2 Supplementary Character Set.** The supplementary character set of accents, diacritical marks, and special characters for Latin-based alphabets is illustrated in Figure 8. This table is based on CCITT Recommendation S.100-1980 and includes some additional characters proposed by CCIR, ISO, and other organizations. Those additional characters which are not yet included in a CCITT recommendation are in code positions 4/0, 4/9, 4/12, 5/0 to 5/15, and 6/5. The particular patterns (font) chosen for the characters are implementation-dependent and are constrained only by the specified character field at each size for a given display resolution. The 16 accent and symbol characters in Column 4 of the table are treated differently from all of the other characters in that they are nonspacing. That is, when one of these characters is received, the cursor is not automatically advanced as it would be normally, as described in 5.3.2.3.4.

Coding for an accented character is obtained by composition of a nonspacing accent from the supplementary set together with the letter from the primary set. Only certain combinations of nonspacing characters of the supplementary set are combined with the characters of the primary set to form characters of the graphic character repertoire (see 7.2). In typical usage, a composite character would require three bytes to encode. For example, in a 7-bit environment with the primary set designated in its default position as G0 and invoked into the in-use table and the supplementary set designated as G2, the coding for ë (e with diaeresis) would be as follows. An SS2 (position 1/9 in the C0 set) would start the sequence invoking a single character from the code table G2. The diaeresis mark ¨ would then be specified, followed by the primary character. In such a manner, the letter ë would be coded SS2 ¨ e, that is, three characters from code table positions 1/9, 4/8, 6/5. In an 8-bit environment, the coding may be the same as in the 7-bit environment or, if the primary set is invoked into GL and the supplementary set is invoked into GR, then the letter ë would be coded ¨ e, that is, the two characters from the code table 12/8, 6/5.

The sequence used to designate the supplementary character set is ESC I 7/12, where I is 2/8, 2/9, 2/10, or 2/11 to indicate G0, G1, G2, or G3, respectively (see 4.3).

Exhibit 4
Page 000098

FLEMING 000038

| | | | | | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | b7 | 0 | 0 | 1 | 1 | 1 | 1 |
| | | | | b6 | 1 | 1 | 0 | 0 | 1 | 1 |
| | | | | b5 | 0 | 1 | 0 | 1 | 0 | 1 |
| b4 | b3 | b2 | b1 | COLUMN / ROW | 2 | 3 | 4 | 5 | 6 | 7 |
| 0 | 0 | 0 | 0 | 0 | | o | — | ¯ | Ω | Ƙ |
| 0 | 0 | 0 | 1 | 1 | ¡ | ± | ` | ¹ | Æ | æ |
| 0 | 0 | 1 | 0 | 2 | ¢ | ² | ´ | ® | Đ | đ |
| 0 | 0 | 1 | 1 | 3 | £ | ³ | ^ | © | ª | ð |
| 0 | 1 | 0 | 0 | 4 | $ | × | ~ | TM | Ħ | ħ |
| 0 | 1 | 0 | 1 | 5 | ¥ | µ | ¯ | ♪ | ⊞ | ı |
| 0 | 1 | 1 | 0 | 6 | ≠ | ¶ | ˘ | ▯ | IJ | ij |
| 0 | 1 | 1 | 1 | 7 | § | ° | ˙ | ▯ | Ŀ | ŀ |
| 1 | 0 | 0 | 0 | 8 | ¤ | ÷ | ¨ | ▯ | Ł | ł |
| 1 | 0 | 0 | 1 | 9 | ' | ' | / | �istemi | Ø | ø |
| 1 | 0 | 1 | 0 | 10 | " | " | ° | ◪ | Œ | œ |
| 1 | 0 | 1 | 1 | 11 | « | » | ˳ | ◪ | Ǫ | ß |
| 1 | 1 | 0 | 0 | 12 | ← | ¼ | ▯ | ⅛ | Þ | þ |
| 1 | 1 | 0 | 1 | 13 | ↑ | ½ | " | ⅜ | Ŧ | ŧ |
| 1 | 1 | 1 | 0 | 14 | → | ¾ | ę | ⅝ | ŋ | ŋ |
| 1 | 1 | 1 | 1 | 15 | ↓ | ¿ | v | ⅞ | 'n |

**Note:** Column 4 (12) is nonspacing. Also, the rectangles surrounding the characters in 4/12, 5/6 through 5/11, and 6/5 are for illustrative purposes only and are not part of the graphic symbols.

**Figure 8**

**Supplementary Character Set**

Exhibit 4
Page 000099

FLEMING 000039

## 5.3  Picture Description Instruction (PDI) Set

### 5.3.1  General

**5.3.1.1**    The picture description instruction (PDI) set, shown in Figure 9, comprises six geometric graphic primitives (POINT, LINE, ARC, RECTANGLE, POLYGON, and INCREMENTAL), each of which has four forms; eight control codes (RESET, DOMAIN, TEXT, TEXTURE, SET COLOR, WAIT, SELECT COLOR, and BLINK); and 64 character positions for numeric data (corresponding to a 6-bit data field in each information byte). The PDI set can be fundamentally differentiated from the alphanumeric character sets in that it does not consist of predefined patterns, one per character, but executable drawing functions that produce an image not necessarily restricted to a single character field.

The sequence used to designate the PDI set is ESC I 5/7, where I is 2/9 or 2/13 to indicate G1, 2/10 or 2/14 to indicate G2, or 2/11 or 2/15 to indicate G3 (see 4.3).

Exhibit 4
Page 000100

FLEMING 000040

Videotex/Teletext Presentation Level Protocol Syntax
(North American PLPS)                                                                    25

| | | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|
| | b7 | 0 | 0 | 1 | 1 | 1 | 1 |
| | b6 | 1 | 1 | 0 | 0 | 1 | 1 |
| | b5 | 0 | | 1 | 0 | 1 | 0 | 1 |
| COLUMN | | 2 | 3 | 4 | 5 | 6 | 7 |

| b4 | b3 | b2 | b1 | ROW | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | CONTROL | RECTANGLE | NUMERIC DATA |
| 0 | 0 | 0 | 1 | 1 | | | |
| 0 | 0 | 1 | 0 | 2 | | | |
| 0 | 0 | 1 | 1 | 3 | | | |
| 0 | 1 | 0 | 0 | 4 | POINT | POLYGON | |
| 0 | 1 | 0 | 1 | 5 | | | |
| 0 | 1 | 1 | 0 | 6 | | | |
| 0 | 1 | 1 | 1 | 7 | | | |
| 1 | 0 | 0 | 0 | 8 | LINE | INCREMENTAL | |
| 1 | 0 | 0 | 1 | 9 | | | |
| 1 | 0 | 1 | 0 | 10 | | | |
| 1 | 0 | 1 | 1 | 11 | | | |
| 1 | 1 | 0 | 0 | 12 | ARC | CONTROL | |
| 1 | 1 | 0 | 1 | 13 | | | |
| 1 | 1 | 1 | 0 | 14 | | | |
| 1 | 1 | 1 | 1 | 15 | | | |

**Figure 9**

**General PDI Set**

Exhibit 4
Page 000101

FLEMING 000041

A PDI is composed of an opcode, which must be either one of the four forms of the six graphic primitives or one of the eight control codes, followed by zero, one or more operands, each of which consists of one or more bytes of numeric data. The former can always be distinguished from the latter by examining bit 7. If b7 is set to 0, an opcode is indicated. If b7 is set to 1, numeric data (ie, an operand) is indicated. A PDI sequence is terminated by an opcode introducing the next PDI sequence or by any other presentation layer code not from the numeric data section of the same PDI set. The transmission control characters (0/1-0/6, 1/0, 1/5-1/7), the device control characters (1/1-1/4), and NULL (0/0) have no effect on the presentation layer and, therefore, do not terminate PDI sequences (see 6.1.4, 6.1.5, and 6.1.6.1). The invocation of a macro either from the in-use table or by single shift will not by itself terminate a PDI; the PDI may be continued in the operand data contained in the macro. There are four types of operands: fixed format, string, single-value, and multi-value.

The fixed format operands consist of one or more bytes of numeric data whose length and interpretation depends on the opcode with which they are used. The string operands are of indeterminate length, that is, they consist of any number of bytes of numeric data. Their interpretation also depends on the opcode with which they are used, but in all cases they are decoded left to right, ie, b6 to b1. The single-value operands consist of one to four bytes of numeric data, as determined by the DOMAIN command described in 5.3.2.2. They are interpreted as unsigned integers (ordinal numbers) composed of the sequence of concatenated bits taken consecutively (high order bit or b6 to low order bit or b1) from the numeric data bytes as shown in Figure 10.



**MSB — MOST SIGNIFICANT BIT OF OPERAND**

**LSB — LEAST SIGNIFICANT BIT OF OPERAND**

**MOST SIGNIFICANT BYTE TRANSMITTED FIRST**

Figure 10

Single-Value Format

Exhibit 4
Page 000102

FLEMING 000042

The multi-value operands consist of one to eight bytes of numeric data, as determined by the DOMAIN command. These operands are used to specify coordinate information (when used in conjunction with the graphic primitives) or color information (when used in conjunction with the SET COLOR command).

The coordinate specifications are based on a unit Cartesian numbering scheme with positions being specified as fractions of this range from 0 (inclusive) to 1 (noninclusive).

The coordinate data defined by the PDI operands can be interpreted either as the absolute coordinates within the unit screen of a logical drawing point or as displacements from the previous drawing point, depending on the context defined by the particular opcode. This drawing point is then used in the execution of the geometric primitives, described in 5.3.3.

The representation of the coordinate data within the multi-value operand is shown in Figure 11.



Figure 11
Multi-value Format

Exhibit 4
Page 000103

FLEMING 000043

All coordinate operands are interpreted as signed, two's complement numbers, ie, binary decimals where the MSB represents the digit just to the right of the decimal point. The precision to which the position of the cursor and drawing point must be maintained is implementation-dependent and shall be consistent with the physical resolution. If a coordinate specification or a drawing operation would cause the drawing point or any portion of the resulting drawing to be outside the unit screen, then the PDI is considered to be in error. The handling of this error condition is implementation-dependent. For example, this PDI may either be rejected (ie, executed as a null operation) or executed and clipped within the unit screen.

When the multi-value operand is used along with the SET COLOR control, described in 5.3.2.5, it specifies an unsigned color value in the GRB (green-red-blue) color system. The representation of the color data within the multi-value operand is shown in Figure 12.



Figure 12
Color Value Format

Exhibit 4
Page 000104

Each byte contains two three-tuples. Each three-tuple contains one bit for
each of the three primary colors. These are specified in the order green, red,
blue, which is the order of decreasing luminance. A complete color value for
each primary consists of the concatenated bits, taken one from each three-
tuple, starting with the indicated MSB and proceeding, left to right, to the
indicated LSB. The color value thereby obtained represents a binary fraction
in which the MSB acts as the digit just to the right of the decimal point.

Table 3 shows the types of operands used by each of the opcodes.

### Table 3

### Operand Types

| Opcode | Operand |
|---|---|
| RESET | Fixed |
| DOMAIN | Fixed/multi-value |
| TEXT | Fixed/multi-value |
| TEXTURE | Fixed/multi-value |
| SET COLOR | Multi-value |
| WAIT | Fixed |
| SELECT COLOR | Single-value |
| BLINK | Fixed/single-value |
| POINT | Multi-value |
| LINE | Multi-value |
| ARC | Multi-value |
| RECTANGLE | Multi-value |
| POLYGON | Multi-value |
| FIELD | Multi-value |
| INCREMENTAL POINT | Fixed/string |
| INCREMENTAL LINE | Multi-value/string |
| INCREMENTAL POLYGON (FILLED) | Multi-value/string |

Exhibit 4
Page 000105

FLEMING 000045

**5.3.1.2**   The functions of the opcodes are summarized as follows:

(1)   POINT sets the drawing point to any position in the unit screen and optionally displays a dot.

(2)   LINE draws a line based on its end points.

(3)   ARC draws a circular arc based on the end points of the arc and a point on the arc.  The end points of the arc may optionally be joined by a chord and the area so defined filled in.  If more points are given, they define a higher level arc, a curvilinear line defined by a spline function.  A circle is described as an arc whose end points coincide and whose intermediate point (with the end points) defines the diameter.

(4)   RECTANGLE draws a rectangular outline or fills in an area of specified length and width.

(5)   POLYGON draws a polygonal outline or fills in the circumscribed area based on a series of defined vertices.

(6)   INCREMENTAL draws a point, line, or polygon in an incremental manner.

(7)   CONTROL provides control over the modes of the drawing commands. One of its major functions is to set up a value or color of an object.

Figure 13 shows the detailed layout of the PDI set with each form of the geometric primitives and control codes identified.

Exhibit 4
Page 000106

FLEMING 000046



**Figure 13**

**PDI Set**

Exhibit 4
Page 000107

FLEMING 000047

### 5.3.2  Attribute Control Functions

**5.3.2.1  General.**  The opcodes described in 5.3.2.2 to 5.3.2.9 control the attributes and display parameters.

### 5.3.2.2  DOMAIN

**5.3.2.2.1  Command Format.**  The DOMAIN command is used to control the precision of single-value and multi-value operands, the dimensionality of coordinate specifications, and the size of the logical pel. (See Figure 14.) Once set, these parameters do not change until acted upon by either the RESET command, another DOMAIN command, or the NSR control code described in 6.1.6.5. The DOMAIN opcode takes a one byte, fixed format operand, followed by a multi-value operand, whose interpretations are shown below.



Figure 14

Domain

Exhibit 4
Page 000108

FLEMING 000048

**5.3.2.2.2 Single-Value Operand Length.** Bits b2 and b1 of byte 1 determine the length, that is, the number of bytes to be used in single-value operands, as shown in Table 4. The default length is one byte.

Table 4

Single-Value Operand Length

| b2 | b1 | Number of Bytes |
|----|----|-----------------|
| 0 | 0 | 1 (default value) |
| 0 | 1 | 2 |
| 1 | 0 | 3 |
| 1 | 1 | 4 |

**5.3.2.2.3 Multi-value Operand Length.** Bits b5, b4, and b3 of byte 1 determine the length, that is, the number of bytes to be used in multi-value operands as shown in Table 5. The default length is three bytes.

Table 5

Multi-value Operand Length

| b5 | b4 | b3 | Number of Bytes |
|----|----|----|-----------------|
| 0 | 0 | 0 | 1 |
| 0 | 0 | 1 | 2 |
| 0 | 1 | 0 | 3 (default value) |
| 0 | 1 | 1 | 4 |
| 1 | 0 | 0 | 5 |
| 1 | 0 | 1 | 6 |
| 1 | 1 | 0 | 7 |
| 1 | 1 | 1 | 8 |

**5.3.2.2.4 Dimensionality.** Bit 6 of byte 1 determines the dimensionality of the coordinate specification. A 0 indicates two-dimensional (X,Y) mode, which is the default. A 1 indicates three-dimensional (X,Y,Z) mode. If three-dimensional coordinates are received, the Z coordinate is to be ignored, thereby projecting the image into the two-dimensional (X,Y) plane. The full definition of three-dimensional mode is reserved for future standardization.

Exhibit 4
Page 000109

FLEMING 000049

**5.3.2.2.5  Operand Length.**  If an operand following an opcode is shorter than the length previously specified by the DOMAIN command (or the implicit length in the fixed format case), trailing zero bits are supplied by the receiving presentation process, unless otherwise indicated in the definition of the command. If an operand following an opcode is longer than the length previously specified by the DOMAIN command (or the implicit length), it is taken as an indication to repeat the execution of the opcode with the subsequent numeric data taken as new operands, unless otherwise indicated in this standard.

**5.3.2.2.6  Logical Pel.**  The coordinate data following byte 1 of the operand is interpreted to be the width (dx) and height (dy) of the logical pel, which is a rectangle whose orientation is fixed with respect to the Cartesian coordinate system.  This multi-value operand specifies the logical pel size to be used with the POINT, LINE, ARC, RECTANGLE, POLYGON, and INCREMENTAL PDI's, as well as UNDERLINE START, separated mosaics, line textures, and texture patterns, but not for the display of alphanumeric characters (including underline and nonspacing underline).  This is accomplished by defining the drawing operations to affect all of those pixels that lie under any portion of the logical pel as it is mapped to the display screen.  The logical pel, therefore, will always map to at least one and possibly many display pixels. Note that if the width and height of the logical pel are both reduced to 0, the logical pel reduces to the dimensionless drawing point.  The default logical pel size is dx = 0, dy = 0, with the origin at the lower left.

A drawing primitive is defined by an implementation dependent algorithm that describes as closely as possible a precise geometric path for all displacements, including zero.  For example, a LINE is a locus of points following a straight line algorithm between two specified coordinates.  The physical picture elements (pixels) through which the infinitely small locus point passes would be drawn.  The logical pel specification allows the locus point to take on specific dimensions, thereby acting as a larger "brush" that turns on additional pixels as it traverses its geometric path and generates the effect of line width.  See Figure 15, which is illustrative of the application of logical pel to a line, an arc, and a point.

The geometric alignment of the drawing point within the logical pel is:

(1)  Lower left corner if both dx and dy are positive.

(2)  Lower right corner if dx is negative and dy is positive.

(3)  Upper left corner if dx is positive and dy is negative.

(4)  Upper right corner if both dx and dy are negative.

Note that the new length of the multi-value operands, as set in byte 1, applies to the multi-value logical pel size operand of that DOMAIN command.

Exhibit 4
Page 000110

FLEMING 000050

Additional numeric data bytes following the logical pel size data byte(s) are reserved for future standardization and shall be ignored. If the logical pel size operand is omitted, the size of the logical pel shall not be changed.



Figure 15

Application of Logical Pel to a Line, an Arc, and a Point
(Effect of Logical Pel Size on Stroke Width)

Exhibit 4
Page 000111

FLEMING 000051

### 5.3.2.3 TEXT

**5.3.2.3.1 Command Format.** This command is used to modify parameters that describe the manner in which subsequent alphanumeric characters, mosaic characters, and DRCS are presented. The TEXT opcode takes a two byte, fixed format operand, followed by a multi-value operand whose interpretations are shown below. (See Figure 16.)



**Figure 16**

**Text**

Exhibit 4
Page 000112

FLEMING 000052

**5.3.2.3.2 Character Rotation.** Bits b2 and b1 of byte 1 are used to specify character rotation as shown in Table 6.

Table 6

Character Rotation

| b2 | b1 | Degrees of Rotation |
|----|----|---------------------|
| 0  | 0  | 0 (default value)   |
| 0  | 1  | 90                  |
| 1  | 0  | 180                 |
| 1  | 1  | 270                 |

Rotation causes the character field and the cursor to rotate counterclockwise about the character field origin. This rotation is measured relative to horizontal within the unit screen and is independent of the character path. The character field origin is the lower left corner of the character field at the default 0 degree rotation regardless of the sign of the character field dimensions dx and dy (see Figure 17). All alphanumeric characters (including diacritical marks and underlines), DRCS, mosaics, and separated mosaic characters, and the underline produced when underline mode (see 6.2.7.15) is in effect, are affected by rotation so that the relative position of the images within the character field is unchanged.



Figure 17

Character Rotation

Exhibit 4
Page 000113

FLEMING 000053

ANSI Standard X3.110-1983/CSA Standard T500-1983

38

**5.3.2.3.3 Character Path Movement.** Bits b4 and b3 of byte 1 determine the direction of the character path, that is, the direction in which the cursor is automatically advanced after a character is deposited. Table 7 describes the four possible character paths. The character path is defined relative to horizontal within the unit screen and is independent of the character rotation. The default character path is right.

### Table 7
### Character Path

| b4 | b3 | Cursor Movement |
|----|----|----|
| 0 | 0 | Right (default value) |
| 0 | 1 | Left |
| 1 | 0 | Up |
| 1 | 1 | Down |

**5.3.2.3.4 Intercharacter Spacing.** Bits b6 and b5 of byte 1 are used to determine the distance the cursor is moved after a character is displayed or after a SPACE or APB (backspace) or APF (horizontal tab) character is received. The distance the cursor is moved is in multiples of the character field width (dx) or height (dy), whichever lies parallel to the character path, depending on the character path and character rotation. This is known as the intercharacter spacing and is as defined in Table 8.

### Table 8
### Intercharacter Spacing

| b6 | b5 | Spacing |
|----|----|----|
| 0 | 0 | 1 (default value) |
| 0 | 1 | 5/4 |
| 1 | 0 | 3/2 |
| 1 | 1 | Proportional spacing |

The three fixed intercharacter spacings (1, 5/4, and 3/2, consistent with the physical resolution) are interpreted as multiplicative functions of the dimension of the current character field lying parallel to the character path that are applied to movements of the cursor. In the proportionally spaced mode, the intercharacter spacing is a variable that may be a function of the width of the actual pattern deposited as well as the current character size and

Exhibit 4
Page 000114

FLEMING 000054

font style. The proportional spacing algorithm is implementation dependent. However, each character shall be completely contained within the area defined by the current character field (see 5.3.2.3.9). This means that the exact number of characters per line is not known in proportional spacing mode, but it is at least as many characters per line as would be allowed by the current character field dimensions. Note that in order to guarantee the display of proportionally spaced text within an active field (see 5.3.3.6.2) on all implementations, without unintentional wrap (see 6.2.7.11 and 5.3.2.3.6) or scroll (see 6.2.7.13), either:

(1) the field should be large enough to wholly contain the text as though the text were not proportionally spaced, or

(2) the number and size of the characters should be small enough to fit within the field as though the text were not proportionally spaced.

The width of the character field does not change. For example, when a character is displayed at the end of a line in color mode 2, the background color is displayed for the full width of the character field. The default intercharacter spacing is a fixed space of 1 in which the current character field abuts the previous character field.

**5.3.2.3.5 Interrow Spacing.** Bits b2 and b1 of byte 2 determine the interrow spacing of characters, which defines the relative location of the cursor when it is advanced to a new line in a direction perpendicular (-90 degrees) to the character path, either automatically as described below or by the APD (line feed) or APU (vertical tab) characters, as defined in 6.1.2. Table 9 shows the four interrow spacings (1, 5/4, 3/2, and 2, consistent with the physical resolution), which are interpreted as multiples of the character field width (dx) or height (dy), whichever lies perpendicular to the character path, depending on the character path and character rotation. An interrow spacing of 1, in which the character field on the current row abuts the character field of the previous row, is the default.

Table 9

Interrow Spacing

| b2 | b1 | Spacing |
|----|----|---------|
| 0 | 0 | 1 (default value) |
| 0 | 1 | 5/4 |
| 1 | 0 | 3/2 |
| 1 | 1 | 2 |

Exhibit 4
Page 000115

FLEMING 000055

**5.3.2.3.6 Automatic APR APD.**  When using fixed or proportional inter-character spacing, if the result of moving the cursor (with a format effector or as a result of displaying a character) would cause any part of the full corresponding character field to be outside of the unit screen (or outside of the active field - see 5.3.3.6.2, FIELD - if the character field was entirely within the active field immediately before the movement), an automatic APR (carriage return) and APD (line feed) are immediately executed.  If an explicit APR APD (or APD APR) sequence is received after an automatic APR APD is executed but before the character field origin is moved, aligned, or set by any other received command or sequence, the explicit APR APD (or APD APR) sequence shall be executed as a null operation.

**5.3.2.3.7 Move Attributes.**  Bits b4 and b3 of byte 2 are used to define the relationship between movement of the cursor and movement of the graphics drawing point as shown in Table 10.

Table 10

Move Attributes

| b4 | b3 | Attribute |
|----|----|-----------|
| 0 | 0 | Move together (default value) |
| 0 | 1 | Cursor leads |
| 1 | 0 | Drawing point leads |
| 1 | 1 | Move independently |

If the cursor and drawing point are set to move together (00), then whenever the cursor is moved (such as when characters are displayed), the graphics point is moved with it, maintaining its alignment relative to the cursor.  Correspondingly, whenever the drawing point is moved (such as with a geometric drawing primitive), the cursor is also moved so as to maintain its alignment relative to the drawing point.

If the cursor is defined as leading (01), then every time the cursor is moved, the drawing point will move along with it, but not vice versa.

If the drawing point is set to lead the cursor (10), then every time the drawing point is moved, the cursor will move with it, but not vice versa.

If the drawing point and the cursor are set to move independently (11), then movement of one will not affect the position of the other.

Movement of the drawing point should never cause the cursor to be located such that any part of the character field indicated by the cursor would fall outside the unit screen.  Should such a situation arise, the cursor shall be adjusted as close as possible to the drawing point without violating the above condition.  Subsequent relative cursor positioning operations shall be made with reference to the adjusted cursor position.

Exhibit 4
Page 000116

FLEMING 000056

The alignment of the drawing point corresponds to the character field origin for the underscore cursor and block cursor, and the center of the character field for the cross-hair cursor and custom cursor. (See Figure 18.)

The execution of a TEXT command shall cause alignment of the drawing point if the "move together" or "cursor leads" move attribute is in effect after execution. The execution of a TEXT command shall have no effect on the position of the character field origin, except if it would cause any part of the character field to fall outside the unit screen. In this case, the cursor shall be adjusted as described above.

**5.3.2.3.8 Cursor Styles.** Bits b6 and b5 of byte 2 are used to determine the display style of the cursor symbol as in Table 11 and Figure 18.



*Note:* *The boxes around the cursors are for illustrative purposes only and are not part of the cursor style.*

Figure 18
Cursor Styles

Table 11

Cursor Styles

| b6 | b5 | Style |
|----|----|-------|
| 0 | 0 | Underscore (default value) |
| 0 | 1 | Block |
| 1 | 0 | Cross-hair |
| 1 | 1 | Custom |

Exhibit 4
Page 000117

FLEMING 000057

The cursor indicates the position at which the next character is to be displayed. The underscore cursor symbol is a single line the width of the current character field at the bottom of the character field. The block cursor symbol is a solid block whose size is the size of the current character field. The cross-hair cursor symbol consists of a vertical line and a horizontal line that intersect at the center of the character field and whose height and width are equal to the height and width of the current character field. The thickness of the underscore cursor and that of the cross-hair cursor and the definition of the shape of the custom cursor symbol are implementation-dependent.

**5.3.2.3.9 Character Field Dimensions.** The multi-value operand data following the first two fixed format operands give the width (dx) and height (dy) of the character field.

If dx is negative, the character patterns are reflected about the vertical center axis of the character field. If dy is negative, the character patterns are reflected about the horizontal center axis of the character field.

If the character field dimensions are omitted from the operand, then the current character field dimensions remain unchanged.

The default dimensions of the character field are dx = 1/40 and dy = 5/128, consistent with the physical resolution.

The font and position of alphanumeric text characters within the character field are implementation-dependent. Each such character shall be completely contained within the area defined by the current character field.

Additional numeric data bytes following the multi-value operand are reserved for future standardization and shall be ignored.

Exhibit 4
Page 000118

FLEMING 000058

## 5.3.2.4  TEXTURE

**5.3.2.4.1  Command Format.**   This command is used to set texture attributes that are applied to the subsequent drawing of lines, the highlighting of filled areas, and the patterns used to fill areas.  The TEXTURE opcode takes a one-byte, fixed format operand, followed by a multi-value operand whose interpretations are shown below. (See Figure 19.)



Figure 19

Texture

Exhibit 4
Page 000119

ANSI Standard X3.110-1983/CSA Standard T500-1983

**5.3.2.4.2 Line Texture.** Bits b2 and b1 of byte 1 are used to set the line texture attribute, which determines the style of lines and outlines (but not highlights) drawn with the LINE, ARC, RECTANGLE, POLYGON, and INCREMENTAL LINE PDI's (see Figure 20 and Table 12). The size of the dot is set equal to the size of the logical pel. For horizontal lines, the inter-dot spacing is the width of the logical pel, while for vertical lines it is the height of the logical pel. For horizontal lines, the height of the dash is equal to the height of the logical pel while the width (length) of the dash and the inter-dash spacing are equal to three times the width of the logical pel. For vertical lines, the width of the dash is equal to the width of the logical pel while the height (length) of the dash and the inter-dash spacing are equal to three times the height of the logical pel. The inter-dot-dash spacing is equivalent to the inter-dot spacing. In color mode 2, the inter-dot and inter-dash spacing is drawn in the background color.



SOLID     DOTTED     DASHED     DOTTED-DASHED
00        01        10        11

Figure 20

Line Textures

The algorithm for generating line textures is implementation-dependent, and it should produce characteristics for arbitrary lines that yield a visually consistent effect with that specified for horizontal and vertical lines, although exact alignment is not guaranteed. All end points of lines and arcs and all vertices of incremental lines (with the draw flag on), highlighted incremental polygons, outlined or highlighted rectangles and polygons must be plotted regardless of the line texture used.

**Note:** *If logical pel size dx = 0, all nonvertical lines are solid. If logical pel size dy = 0, all nonhorizontal lines are solid.*

Exhibit 4
Page 000120

FLEMING 000060

Table 12

Line Texture

| b2 | b1 | Texture |
|----|----|---------|
| 0 | 0 | Solid (default value) |
| 0 | 1 | Dotted |
| 1 | 0 | Dashed |
| 1 | 1 | Dotted-dashed |

**5.3.2.4.3 Highlight.** Bit b3 of byte 1 determines the highlight attribute. If bit 3 is equal to 1, then all filled rectangles, arcs, polygons, and incremental polygons are drawn in highlighted mode. In this mode, the line(s) or arc comprising the outline are drawn with solid line texture (independent of the current line texture) using the current logical pel size in nominal black in color modes 0 and 1, and in the background color in color mode 2. The outline is the region traced out by the logical pel when the arc, rectangle, polygon, or incremental polygon is drawn. The default state of this attribute is no highlight (b3 = 0). (See 5.3.2.6 for a description of the three color modes.)

**5.3.2.4.4 Texture Pattern.** Bits b6, b5, and b4 are used to select the texture pattern to be used in filling rectangles, arcs, polygons, and incremental polygons according to Table 13 and Figure 21.


**SOLID**


**VERTICAL HATCHING**


**HORIZONTAL HATCHING**


**CROSS-HATCHING**

Figure 21

Texture Patterns

Exhibit 4
Page 000121

FLEMING 000061

ANSI Standard X3.110-1983/CSA Standard T500-1983

Table 13

Texture Pattern

| b6 | b5 | b4 | Pattern |
|----|----|----|---------|
| 0  | 0  | 0  | Solid (default value) |
| 0  | 0  | 1  | Vertical hatching |
| 0  | 1  | 0  | Horizontal hatching |
| 0  | 1  | 1  | Vertical and horizontal cross-hatching |
| 1  | 0  | 0  | Mask A |
| 1  | 0  | 1  | Mask B |
| 1  | 1  | 0  | Mask C |
| 1  | 1  | 1  | Mask D |

The width and spacing of hatching lines in the vertical hatching pattern are equal to the width of the logical pel. The height and spacing of hatching lines in the horizontal hatching pattern are equal to the height of the logical pel. Registration of the patterns shall be maintained across figures if the logical pel size is the same. For the predefined texture patterns, if the logical pel size is (0,0), solid texture patterns will always be drawn. In color mode 2, the fill areas not drawn in the drawing color are drawn in the background color.

The programmable texture masks A, B, C, and D are defined using the DEF TEXTURE command. The default pattern for the four programmable texture masks is a null texture pattern, resulting in no fill in color modes 0 and 1, and a fill with the background color in color mode 2.

**5.3.2.4.5 Mask Size.** The block of coordinate data following the first byte of the operand specifies the mask size (dx, dy) to be used in the step-and-repeat process for masks A, B, C, and D. This process takes the selected texture mask, scales it to the specified mask size, logically covers the given object with contiguous copies of the mask, and then deposits the in-use color(s) in all pixels indicated by the mask pattern. This process takes as its reference the origin (0,0) point of the unit screen in order that registration of the pattern be maintained across figures at any given mask size.

The default mask size is dx = 1/40 and dy = 5/128, consistent with the physical resolution (the default character field size). The sign bits of dx and dy are used to reflect the mask pattern within the mask field in a manner similar to reflection of text character fields.

If the mask size operand is not present within the TEXTURE PDI, then the current mask size is not changed. Additional numeric data bytes following the mask size operand are reserved for future standardization and shall be ignored.

Exhibit 4
Page 000122

FLEMING 000062

## 5.3.2.5 SET COLOR

**5.3.2.5.1** The SET COLOR command is used to specify color values applied to all subsequent drawing commands and characters from the primary, supplementary, DRCS, and mosaic sets. It can also affect colors previously displayed. Three different color modes can be selected, the choice of which dictates the precise interpretation of the two color control opcodes, SET COLOR and SELECT COLOR. The color mode is established to 0, 1, or 2 via the SELECT COLOR PDI as described in 5.3.2.6. Color mode 0 is designed to support those situations in which the drawing color is directly specified as a color value. Colors are implicitly defined in the color map in this mode. Color modes 1 and 2 are designed to make explicit use of a color map capability. That is, the drawing color is specified as an ordinal number that is used as an address into a look-up table that provides the actual color value.

To illustrate the differences between the three color modes, consider the example of writing text. In color mode 0, the drawing color is set directly and then applied only to the foreground pixels, ie, only to the pixels that comprise the character pattern. In color mode 1, the color is selected from the color map, and again applied only to the foreground pixels. In color mode 2, both the drawing and background colors are selected from the color map and then applied to the foreground and background pixels, respectively.

The color map is used to convert, at display time, the color map address stored for each pixel in the physical display area into an actual color value for that pixel. The number of bits (N) of the color map address (ie, the number of bits per pixel in the display storage medium) is, by design, smaller than the number of bits (M) in the actual color value stored in the color map (ie, the width of the color map). This provides, among other things, an increase in the total number of possible display colors (up to $2^M$) without an increase in the size of the display storage medium, with the constraint that not more than $2^N$ colors can be displayed simultaneously.

Completely defining a color in color mode 1 and 2 takes two steps. The color values stored in the color map must be specified and the color map address (ie, the ordinal number) to be associated with the drawing color must be specified. In color modes 1 and 2, the SET COLOR control performs the former function and the SELECT COLOR control performs the latter function. Note that the color map applies to the entire display. A change in the color map will immediately be reflected in the color of all pixels whose associated color map address points to the color map entry that has been changed.

Exhibit 4
Page 000123

FLEMING 000063

Color mode 0 also uses the color map. If the color specified in the color mode 0 SET COLOR command has already been specified in the color map, then the address of the drawing color is set to the lowest address containing that color and the color map is not changed. If that color has not already been specified in the color map, color mode 0 makes use of the lowest address that has not been used (via a color mode 0, 1, or 2 SET COLOR command or a color mode 1 or 2 SELECT COLOR command) since the last RESET command that reestablishes the default color map, and that is not the address of nominal black or nominal white. If no addresses are available, then the color map shall not be changed and the drawing color is established in an implementation-dependent manner.

The following relation between the number of bits (N) of the color map address and the number of bits (M) in the color values stored in the color map is recommended.

$$M \geq 3 (N-1)$$

The SET COLOR opcode takes a multi-value operand and is shown in Figures 22 and 23. The color value operand is used to define a color according to Figure 23.

Exhibit 4
Page 000124

FLEMING 000064

Videotex/Teletext Presentation Level Protocol Syntax
(North American PLPS)                                      49



Figure 22

Set Color



Figure 23

Color Encoding Scheme

Exhibit 4
Page 000125

In color mode 0, this sets the drawing color. This drawing color is applied to subsequently received alphanumerics and pictorial drawings until changed by another SET COLOR command, the RESET command, described in 5.3.2.9, or the NSR control character, described in 6.1.6.5. The default drawing color in color mode 0 is white. A background color cannot be specified in color mode 0, that is, character patterns and pictorial drawings merely overwrite the existing contents of the physical display area which otherwise remain unchanged.

In color modes 1 and 2, the SET COLOR command is used to load color values into the color map. The address of the entry to be loaded is taken to be the one indicated by the drawing color (which must have been set previously with the SELECT COLOR command).

If the maximum size entry (ie, number of bits) that the color map can accommodate is smaller than the number of bits provided by the SET COLOR operand, the operand is truncated and only the most significant bits are used. If the maximum size entry that the color map can accommodate is larger than the number of bits provided by the SET COLOR operand, trailing zero bits are supplied by the receiving presentation process. For each primary, the maximum color fraction attainable, given the number of bits specified in the color value operand, shall be interpreted as full intensity and intermediate values shall be equally distributed between zero and full intensity.

If the SET COLOR command is implicitly repeated via the sending of additional numeric data, the address of the color entry to be changed is automatically incremented prior to the execution of the new opcode. The algorithm for incrementing is to change the most significant zero to a one and to change all ones to the left of it to zero. For example, color map address 010100 would be incremented to 110100, which in turn would be incremented to 001100. This incrementing does not affect the color map address associated with the drawing color. This incrementing process stops and subsequent operand data are ignored when the physical limit (all ones) of the implemented color map is reached.

*Note: This incrementing algorithm permits the same presentation to occur on a device with a greater number of color map entries than the sender has assumed. Furthermore, careful placement of similar colors in adjacent color map entries will permit a reasonable presentation to occur on a device with fewer color map entries than the sender had assumed.*

If no operand follows a SET COLOR opcode, the transparent color is set. If transparent color is used, then any lower order planes would show through the display. (These lower order planes could correspond to planes with a lower Z value in a multi-planar terminal architecture or an analog video signal in applications where the videotex display is superimposed over a standard television image, eg, for captioning.) If there are no lower order planes or if transparency is not implemented, then the transparent color shows as black.

Exhibit 4
Page 000126

FLEMING 000066

**5.3.2.5.2** The default contents of the color map are defined according to the algorithm described below:

$N$ = number of bits of the color map address

$2^N$ = size of the color map

$M$ = number of bits in the color values (ie, width of the color map)

$M \geq 3(N-1)$ as specified previously

The first half of the default color map is used to store a complete, uniformly spaced grey scale. This comprises the ordered set of colors where $G = R = B$. (Note that if $M = 3(N-1)$, there should be exactly $(2^N)/2$ grey levels including black and white.) The second half of the default color map is used to store a full range of hues equally spaced around the perimeter of the hue circle. The hue circle is shown in Figure 24 and is defined with the three primary colors (green, red, and blue) lying equidistant around the circle with blue at 0 degrees, red at 120 degrees, and green at 240 degrees. All other hues can be obtained with various combinations of these three primaries mixed in proportions that are a function of the position of the desired hue on the hue circle. The algorithm for obtaining the GRB values for the default hues, which lie equally spaced around the hue circle starting at 0 degrees and proceeding counterclockwise, is as follows:

Let

$h$ = desired hue

ang $h$ = the angle of $h$

$P_1$ = the closest primary to $h$

ang $P_1$ = the angle of $P_1$

$P_2$ = the second closest primary to $h$

ang $P_2$ = the angle of $P_2$

$P_3$ = the furthest primary from $h$

The values of the primaries in the GRB system that must be combined to give the hue $h$ will be:

1)    $P_1 = 1$ (i.e., all bits set to 1)

2)    $P_2 = \dfrac{|\text{ang } h - \text{ang } P_1|}{60 \text{ degrees}}$

3)    $P_3 = 0$ (ie, all bits set to 0)

Exhibit 4
Page 000127

FLEMING 000067

ANSI Standard X3.110-1983/CSA Standard T500-1983

52

The value of $P_2$ is then normalized by multiplying it by the maximum color value which can be stored for that primary. For example, if three bits are available to store the primary, the result given by the above equation for $P_2$ is multiplied by 7/8 (the maximum binary fraction expressible in three bits) and then rounded to three places.

As an example, the default color map for N = 4 and M = 9 shall be as shown in Figure 25.



Figure 24

Selection of Default Colors

Exhibit 4
Page 000128

FLEMING 000068

Videotex/Teletext Presentation Level Protocol Syntax
(North American PLPS)

53

| COLOR MAP ADDRESS | COLOR VALUES | | | |
|---|---|---|---|---|
| | G | R | B | |
| 0 0 0 0 | 0 0 0 | 0 0 0 | 0 0 0 | NOMINAL BLACK |
| 0 0 0 1 | 0 0 1 | 0 0 1 | 0 0 1 | |
| 0 0 1 0 | 0 1 0 | 0 1 0 | 0 1 0 | |
| 0 0 1 1 | 0 1 1 | 0 1 1 | 0 1 1 | |
| 0 1 0 0 | 1 0 0 | 1 0 0 | 1 0 0 | GREY SCALE |
| 0 1 0 1 | 1 0 1 | 1 0 1 | 1 0 1 | |
| 0 1 1 0 | 1 1 0 | 1 1 0 | 1 1 0 | |
| 0 1 1 1 | 1 1 1 | 1 1 1 | 1 1 1 | NOMINAL WHITE |
| 1 0 0 0 | 0 0 0 | 0 0 0 | 1 1 1 | |
| 1 0 0 1 | 0 0 0 | 1 , 0 1 | 1 1 1 | |
| 1 0 1 0 | 0 0 0 | 1 1 1 | 1 0 0 | |
| 1 0 1 1 | 0 1 0 | 1 1 1 | 0 0 0 | |
| 1 1 0 0 | 1 1 1 | 1 1 1 | 0 0 0 | HUES |
| 1 1 0 1 | 1 1 1 | 0 1 0 | 0 0 0 | |
| 1 1 1 0 | 1 1 1 | 0 0 0 | 1 0 0 | |
| 1 1 1 1 | 1 0 1 | 0 0 0 | 1 1 1 | |



Figure 25

Default Color Map for N = 4, M = 9

Exhibit 4
Page 000129

FLEMING 000069

#### 5.3.2.6  SELECT COLOR

**5.3.2.6.1**  The SELECT COLOR opcode is used to establish the color mode as well as select the drawing color for modes 1 and 2, and the background color for mode 2.  (See Figure 26.)



**Figure 26**

**Select Color**

The SELECT COLOR opcode can take zero, one, or two single-value operands. Additional numeric data bytes are reserved for future standardization and shall be ignored.  If the SELECT COLOR opcode is followed by no operands, color mode 0 is indicated.  The terminal will remain in color mode 0 until either another SELECT COLOR command with operands is received or the color mode is changed with a RESET command (described in 5.3.2.9).  While in color mode 0, the SET COLOR command is used to set the drawing color, as described in the previous section, and the SELECT COLOR command is not used.  A background color is not specified in color mode 0, rather, alpha-numerics and pictorial drawings merely overwrite the existing contents of the physical display screen only where the drawing color is applied.

If the number of bits of color map address (N) implemented is less than the number of concatenated bits available in a single-value operand (6, 12, 18, or 24 depending on the single-value length operand of the most recently received DOMAIN command, or the default of 6 if no DOMAIN command has been received since a RESET or NSR command), only the high order bits are significant.  In other words, the number of bits required to specify the color map address is left justified within the single-value operand.  For example, for the default single-value operand length of one byte and a four-bit color map address (N=4), the receiving presentation process responds to b6 through b3 and ignores b2 and b1 of each color map address operand in the SET COLOR and BLINK command.  If the number of bits of color map address (N) implemented is greater than the number of concatenated bits available in a single-value operand (6, 12, 18, or 24), trailing zero bits are supplied by the receiving presentation process.

Exhibit 4
Page 000130

5.3.2.6.2   If the SELECT COLOR opcode is followed by a single operand,
color mode 1 is indicated. (This has no effect on the color map.) The terminal
will remain in color mode 1 until either another SELECT COLOR command
with 0 or 2 operands is received or the color mode is changed with a RESET or
NSR command.   While in color mode 1, the single operand following the
SELECT COLOR opcode is used to set the drawing color that is applied to
subsequently received alphanumeric text and pictorial information.   Note,
again, that the drawing color in this case is an ordinal number that represents
an address in the color map in which the actual color value was previously, or
will later be, loaded with a SET COLOR command.  A background color is not
specified in color mode 1, rather, alphanumerics and pictorial drawings merely
overwrite the existing contents of the physical display area only where the
drawing color is applied.

5.3.2.6.3   If the SELECT COLOR opcode is followed by two operands, color
mode 2 is indicated.  Again, the terminal will remain in color mode 2 until
either another SELECT COLOR command with 0 or 1 operand is received or
the color mode is changed with a RESET or NSR command.   While in color
mode 2, the first operand following the SELECT COLOR opcode is used to set
the drawing color and the second operand is used to set the background color.
Characters received while in color mode 2 will be drawn in the drawing color
over the background color, which occupies the remainder of the character
field.    That part of the intercharacter spacing which is not part of the
character field is not affected by the background color.  For the special case
in which the two operands are identical, ie, the drawing color is specified to be
the same as the background color, the drawing color is, instead, left at its
current value and only the background color is changed to the value specified.
The background color also applies to the highlight as well as the alternating
color in the line and area texture patterns, as described in 5.3.2.4.

Exhibit 4
Page 000131

FLEMING 000071

ANSI Standard X3.110-1983/CSA Standard T500-1983

### 5.3.2.7 BLINK

**5.3.2.7.1** The BLINK command is used to cause a color map entry to periodically alternate between two colors.



Figure 27
Blink

Exhibit 4
Page 000132

FLEMING 000072

**5.3.2.7.2**   The mechanism for performing this alternation is called a blink
process. This process periodically overwrites the contents of the current in-
use drawing color (the "blink-from" color) and substitutes the current contents
of another entry in the color map, which is called the "blink-to" color. The
blink-to color is activated for a period of time known as the ON interval. The
blink-from color is activated for a period of time known as the OFF interval.
The ON and OFF intervals alternate with each other, starting with the ON
interval. A start delay may also be specified, this being a delay in the start of
the ON interval referenced to the start of the ON interval of the most
recently defined active blink process. A start delay specification when there
are no active blink processes has no effect. If multiple blink processes have
ON or OFF intervals that expire simultaneously, they are processed
sequentially starting with the most recently defined blink process and ending
with the least recently defined blink process. In this case, each blink process
takes as its input the color map that resulted from the previously executed
blink process.

**5.3.2.7.3**   The first single-value operand following the BLINK opcode is the
blink-to color specification, specified as a color map address (see 5.3.2.6.1).
The next fixed format operand is the ON interval specified in units of 1/10 of
a second. Only bits b6 through b1 are used for this specification. In a similar
manner, the next fixed format operand specifies the OFF interval. The fourth
fixed format operand specifies the start delay, also in units of 1/10 of a
second. If this byte is omitted, a start delay of 0 is indicated, and if there are
no currently active blink processes, it is ignored. An ON or OFF interval of 0
is taken to mean termination of any active blink process on the blink-
from/blink-to color pair (see Figure 27).

**5.3.2.7.4**   Defining a blink process on a pair of blink-to and blink-from colors
automatically terminates any previously defined blink process operating on the
same pair of colors. If no operands follow the blink opcode, then all blink
processes utilizing the current drawing color as the blink-from color will be
terminated. The original blink-from color shall be restored (unless it has been
changed explicitly by a SET COLOR command) when all blink processes using
that blink-from color are terminated.

**5.3.2.7.5**   If additional data follow a completely specified blink process, then
the BLINK command is implicitly repeated, with the address of the blink-from
color being automatically incremented (as in 5.3.2.5.1) prior to the execution
of the new opcode. The drawing color is not affected by this incrementing.

Exhibit 4
Page 000133

### 5.3.2.8  WAIT

**5.3.2.8.1**   The WAIT command is used to cause a delay in processing for a specific time interval.

The wait interval starts at the completion of the execution of the command preceding WAIT or the receipt of the WAIT command, whichever occurs later.



| b8 | b7 | b6 | b5 | b4 | b3 | b2 | b1 | |
|----|----|----|----|----|----|----|----|--|
| ⊠ | 0 | 1 | 1 | 1 | 1 | 0 | 1 | WAIT |
| ⊠ | 1 | 0 | 1 | 1 | 1 | 0 | 0 | FIXED FORMAT BYTE |
| ⊠ | 1 | MSB | | | | | LSB | INTERVAL |

**Figure 28**

**Wait**

**5.3.2.8.2**   The first byte of operand data following the WAIT opcode shall follow the format given in Figure 28.  If any other bit combination follows the WAIT opcode, the entire command is reserved for future standardization and shall be executed as a null operation.  The next byte of operand data gives the time delay in units of 1/10 of a second (64 binary coded values).  Only bits b1 through b6 are used for this purpose.  If any additional data bytes follow, they are treated as additional periods of waiting time, each period being specified independently by each data byte.  An operand of zero indicates a wait interval between zero and 1/10 of a second (inclusive) that is implementation-dependent.

Exhibit 4
Page 000134

FLEMING 000074

## 5.3.2.9  RESET

5.3.2.9.1  The RESET command is used to selectively reinitialize the control and attribute parameters to their default values, clear the screen, set the border color, home the cursor, and clear the DRCS set, texture attributes, macros, and unprotected fields (described in 6.2). The RESET opcode takes a two byte, fixed format operand. The order of execution of the resets is byte 1, low order bit (b1) to high order bit (b6), followed by byte 2, low order bit (b1) to high order bit (b6). The RESET opcode and its operand are shown below. (See Figure 29.)



**Figure 29**

**Reset**

Exhibit 4
Page 000135

FLEMING 000075

ANSI Standard X3.110-1983/CSA Standard T500-1983

**5.3.2.9.2 Operand Byte 1 of RESET.** If bit b1 of byte 1 equals 1, the DOMAIN parameters are reset to their default values. If b1 is 0, the DOMAIN parameters are not changed.

Bits b3 and b2 of byte 1 modify the color mode and/or current drawing color as shown in Table 14.

### Table 14
### Color Mode Reset

| b3 | b2 | Color mode |
|----|----|------------|
| 0 | 0 | No action. |
| 0 | 1 | Select color mode 0, set color map to default colors, and set the in-use drawing color to white. |
| 1 | 0 | Select color mode 1 and set color map to default colors. If this is executed while in color mode 0, then it has the same effect as "11". |
| 1 | 1 | Select color mode 1, set color map to default colors, and set the in-use drawing color to white. |

Bits b6, b5, and b4 of byte 1 clear the display area and/or border area to the colors shown in Table 15.

The border area surrounds the display area and may only be set to one color at a time.

### Table 15
### Screen and Border Reset

| b6 | b5 | b4 | Screen/Border Colors |
|----|----|----|----------------------|
| 0 | 0 | 0 | No action. |
| 0 | 0 | 1 | Display area to nominal black. |
| 0 | 1 | 0 | Display area to current drawing color. |
| 0 | 1 | 1 | Border area to nominal black. |
| 1 | 0 | 0 | Border area to current drawing color. |
| 1 | 0 | 1 | Display area and border area to current drawing color. |
| 1 | 1 | 0 | Display area to current drawing color and border area to nominal black. |
| 1 | 1 | 1 | Display area and border area to nominal black. |

Exhibit 4
Page 000136

FLEMING 000076

### 5.3.2.9.3 Operand Byte 2 of RESET.

If bit b1 of byte 2 equals 1, the cursor is sent to its home position (top left character position in the display area) and all text parameters (from the TEXT opcode, from the C1 set and the active field) are reset to their default values. If b1 is 0, the text parameters and the cursor position are not changed.

If bit b2 of byte 2 equals 1, all blink processes are terminated. If b2 is 0, then blink processes are not changed.

If bit b3 of byte 2 equals 1, all unprotected fields are changed to protected status but the displayed contents are unaffected. However, the field definitions (except that of the active field) are lost, as well as any data structures maintained for user editing and transmission. If b3 is 0, un-protected fields are not changed.

If bit b4 of byte 2 equals 1, all texture attributes are set to their default values. The four programmable texture masks are not cleared. If b4 is 0, current texture attributes are not changed.

If bit b5 of byte 2 equals 1, all macros are cleared. This includes transmit-macros. If b5 is 0, macros are not changed.

If bit b6 of byte 2 equals 1, all DRCS characters are cleared, that is, all character positions are set to the space character. If b6 is 0, the DRCS characters are not changed.

If the RESET command is received with no operands, it is interpreted as if it had been sent with bits b6 to b1 in both bytes set equal to 0. If only one byte is received, the second operand is then interpreted as if it had been received with bits b6 to b1 set equal to 0. If more than two data bytes are received, the additional byte(s) are reserved for future standardization and shall be ignored.

For descriptions of transmit-macro and DRCS, see 5.5 and 5.6, respectively.

Exhibit 4
Page 000137

FLEMING 000077

### 5.3.3 Geometric Drawing Primitives

Note that the drawings in this section are stylized and are not intended to indicate an actual image (see Figure 15).

### 5.3.3.1 POINT

**5.3.3.1.1**    The POINT command is used to perform two basic geometric drawing operations, that of establishing the coordinate at which to commence drawing and that of drawing a point.  A coordinate pair is specified with this command to set the drawing point.  Optionally, a point may be drawn (ie, made visible) at the specified coordinate position.  The coordinate is specified either as an absolute (X,Y) position or as a relative (dx, dy) displacement from the current drawing point.  (See Figure 30.)

A series of coordinate positions following a POINT opcode may be used to draw a point by point graph.  The final drawing point, ie, the drawing point at the completion of execution of the POINT command, is the last specified point.



**Figure 30**

**POINT**

Exhibit 4
Page 000138

FLEMING 000078

**5.3.3.1.2  POINT SET (Absolute, Invisible).**  This command sets the drawing point to the absolute coordinates specified.  A point is not drawn.  (See Figure 31.)



**Figure 31**

**POINT SET (Absolute, Invisible)**

**5.3.3.1.3  POINT SET (Relative, Invisible).**  This command sets the drawing point to the coordinates obtained by adding the displacement specified to the coordinates of the current drawing point.  A point is not drawn.  (See Figure 32.)



**Figure 32**

**POINT SET (Relative, Invisible)**

Exhibit 4
Page 000139

FLEMING 000079

**5.3.3.1.4 POINT (Absolute, Visible).** This command sets the drawing point to the absolute coordinates specified and draws a point whose size is determined by the logical pel size, and whose color is determined by the drawing color. (See 5.3.2.2 for a description of logical pel.) (See Figure 33.)



Figure 33

POINT (Absolute, Visible)

**5.3.3.1.5 POINT (Relative, Visible).** This command sets the drawing point to the coordinates obtained by adding the displacement specified to the coordinates of the current drawing point, and draws a point whose size is determined by the logical pel size, and whose color is determined by the drawing color. (See Figure 34.)



Figure 34

POINT (Relative, Visible)

Exhibit 4
Page 000140

### 5.3.3.2 LINE

**5.3.3.2.1**   The LINE command is a basic geometric drawing operation. The direction and length of a line are specified by the start and end points. The start point is specified either explicitly within the LINE command or as the current drawing point. The end point is specified either as a relative (dx, dy) displacement from the start point or as an absolute (X, Y) coordinate. At the completion of drawing a line, the drawing point is coincident with the end point. The line is drawn from the start point to the end point in the current color(s), has a width that is determined by the logical pel size, and a texture determined by the line current texture attribute. (See Figure 35.)

The LINE command may be used to draw a line graph from a table of numbers described as absolute or relative coordinates in the same manner as the POINT opcode.



**Figure 35**

**LINE**

Exhibit 4
Page 000141

FLEMING 000081

**5.3.3.2.2 LINE (Absolute).** The start point is the current drawing point. The end point is specified in absolute coordinates. (See Figure 36.)



Figure 36

LINE (Absolute)

**5.3.3.2.3 LINE (Relative).** The start point is the initial drawing point. The end point is specified as a relative displacement from the start point. (See Figure 37.)



Figure 37

LINE (Relative)

Exhibit 4
Page 000142

FLEMING 000082

**5.3.3.2.4 SET and LINE (Absolute).** Both the start and end points are specified in absolute coordinates. (See Figure 38.) If more than two operands are present, lines are drawn from the first to the second point, then from the third to the fourth point, etc.



**Figure 38**
SET and LINE (Absolute)

Exhibit 4
Page 000143

**5.3.3.2.5 SET and LINE (Relative).** The start point is specified in absolute coordinates, and the end point is specified as a relative displacement from the start point. (See Figure 39.)



Figure 39
SET and LINE (Relative)

Exhibit 4
Page 000144

FLEMING 000084

### 5.3.3.3 ARC

**5.3.3.3.1**   The ARC geometric drawing operation provides the capability of drawing circles, segments of circles, and curvilinear splines. For circles and segments of circles, an arc is drawn from a start point to an end point through an intermediate point on the arc. Drawing of a circle results when the start and end points are coincident; the intermediate point defines the diameter of the circle, and therefore is the midpoint on the arc between the start and end points. A segment of a circle is drawn when the start and end points are not coincident.

The start point is specified either explicitly within the ARC command or as the current drawing point. The intermediate point is described as a relative displacement from the start point. The end point is specified as a relative displacement from the intermediate point. It is good practice, in order to minimize error, to always specify the intermediate point on the arc as being approximately midway between the start and end points.

If the three drawing points are colinear, a line is drawn from the start point to the end point, except for the error condition in which the intermediate point does not lie between the start and end points. If the end point is omitted, it is taken to be coincident with the start point and a circle is drawn. Note that the arc may not be specified so that any portion of it lies outside the unit screen (see 5.3.1.1). At the completion of drawing an arc, the drawing point is coincident with the end point.

An arc may be either filled or outlined. Outlined arcs are drawn in the current color(s), have a width that is determined by the logical pel size, and a line texture that is as specified by the TEXTURE command. The chord that joins the start and end points is not considered part of the outline and, as such, is not drawn.

For filled arcs, the area enclosed by the outline and the chord (including the region of the outline and the chord traced by the logical pel) is filled in the current color(s) with the texture pattern specified in the TEXTURE command. The stroke width of the chord is affected by the logical pel, but the chord is not considered a part of the arc and, as such, is not highlighted if highlight mode is selected (see 5.3.2.4.3 and Figure 40.)

Drawing of a curvilinear spline results when more than three points are specified. The last point specified is the end point. The drawing point at the completion of drawing a spline is the end point. The minimum implementation of the spline shall be a series of lines connecting the start, intermediate, and end points of the spline. The display device may draw a smoother spline, but the shape of this spline and the characteristics of the algorithm used are implementation-dependent. The complete algorithm for a curvilinear spline is

Exhibit 4
Page 000145

reserved for future standardization. All the attributes described above for circles and segments of circles (colinear points, points outside the unit screen, fill, and outline) apply to splines. In the case of a filled spline, the spline and the chord (the line that joins the start and end points) must enclose a single area, ie, no portion of the spline outline or chord may cross any other portion of the spline or chord. The maximum number of points permitted to describe a spline is implementation-dependent, and shall be at least 256 points.



Figure 40

ARC

**5.3.3.3.2 ARC (Outlined).** The start point is the current drawing point, the intermediate point is the first block of coordinate data, specified as a relative displacement from the start point, and the end point is the second block of coordinate data, specified as a relative displacement from the intermediate point. (See Figure 41.) The arc is not filled.



Figure 41

ARC (Outlined)

Exhibit 4
Page 000146

**5.3.3.3.3 ARC (Filled).** The start point is the current drawing point, the intermediate point is the first block of coordinate data, specified as a relative displacement from the start point, and the end point is the second block of coordinate data, specified as a relative displacement from the intermediate point. The start and end points are joined by a chord and the resulting figure is filled in the current color(s) with the current texture pattern. (See Figure 42.)



Figure 42
ARC (Filled)

Exhibit 4
Page 000147

FLEMING 000087

**5.3.3.3.4 SET and ARC (Outlined).** The start point is the first block of coordinate data, specified in absolute coordinates. The intermediate point is the second block of coordinate data, specified as a relative displacement from the start point, and the end point is the third block of coordinate data, specified as a relative displacement from the intermediate point. (See Figure 43.) The arc is not filled.



**Figure 43**
**SET and ARC (Outlined)**

Exhibit 4
Page 000148

FLEMING 000088

**5.3.3.3.5 SET and ARC (Filled).** The start point is the first block of coordinate data, specified in absolute coordinates. The intermediate point is the second block of coordinate data, specified as a relative displacement from the start point, and the end point is the third block of coordinate data, specified as a relative displacement from the intermediate point. (See Figure 44.) The start and end points are joined by a chord and the resulting figure is filled in the current color(s) with the current texture pattern.



Figure 44
SET and ARC (Filled)

Exhibit 4
Page 000149

FLEMING 000089

## 5.3.3.4  RECTANGLE

**5.3.3.4.1**  The RECTANGLE command provides the capability of drawing a rectangular area of width dx and height dy.  The start point is specified either explicitly within the RECTANGLE command or as the current drawing point. At the completion of drawing a rectangle, the drawing point is the start point altered in x only, by the amount of the dx displacement.

A rectangle may be either filled or outlined.  Outlined rectangles are drawn in the current color(s) and have a line width that is determined by the logical pel size and a line texture that is specified by the TEXTURE command.  For filled rectangles, the area enclosed by the outline (including the region of the outline traced by the logical pel) is filled in the current color(s) with the texture pattern specified in the TEXTURE command, and the outline is highlighted if the highlight mode is selected (see 5.3.2.4.3).

The RECTANGLE command may be used to draw a histogram from a table of numbers representing relative dy and dx displacements in the same manner as the POINT and LINE commands may be used to plot graphs.  (See Figure 45.)



Figure 45
RECTANGLE

Exhibit 4
Page 000150

FLEMING 000090

**5.3.3.4.2 RECTANGLE (Outlined).**  The start point is the current drawing point and the width and height (dx, dy) are given as the first block of coordinate data. (See Figure 46.) The rectangle is not filled.



**Figure 46**

**RECTANGLE (Outlined)**

**5.3.3.4.3 RECTANGLE (Filled).**  The start point is the current drawing point and the width and height (dx, dy) are given as the first block of coordinate data.  (See Figure 47.)  The rectangle is filled in the current color(s) with the current texture pattern.



**Figure 47**

**RECTANGLE (Filled)**

Exhibit 4
Page 000151

**5.3.3.4.4 SET and RECTANGLE (Outlined).**  The start point is specified in absolute coordinates as the first block of coordinate data, and the width and height (dx, dy) are given as the second block of coordinate data.  (See Figure 48.)  The rectangle is not filled.



Figure 48
SET and RECTANGLE (Outlined)

Exhibit 4
Page 000152

FLEMING 000092

**5.3.3.4.5 SET and RECTANGLE (Filled).** The start point is specified in absolute coordinates as the first block of coordinate data, and the width and height (dx, dy) are given as the second block of coordinate data. (See Figure 49.) The rectangle is filled in the current color(s) with the current texture pattern.



Figure 49
SET and RECTANGLE (Filled)

Exhibit 4
Page 000153

FLEMING 000093

### 5.3.3.5  POLYGON

**5.3.3.5.1**    The POLYGON command provides the capability of drawing a general polygonal area with the specified vertices.  A polygon is specified as a series of coordinates of the vertices about the perimeter of the polygon. The start point is specified either explicitly within the POLYGON command or as the current drawing point.  Each (dx, dy) coordinate pair represents a relative displacement from the last vertex (a relative displacement of magnitude 0 is ignored).  There is implicit closure between the start point and the last vertex specified so that at the completion of drawing a polygon, the drawing point is coincident with the start point.  (See Figure 50.)

A polygon may be either filled or outlined.  Outlined polygons are drawn in the current color(s) and have a line width that is determined by the logical pel size, and a line texture that is as specified by TEXTURE command.  For filled polygons, the area enclosed by the outline (including the region of the outline traced by the logical pel) is filled in the current color(s) with the texture pattern specified in the TEXTURE command, and the outline is highlighted if the highlight mode is selected (see 5.3.2.4.3).

A filled POLYGON must enclose a single area; that is, no line joining two consecutive vertices may cross any other line joining two consecutive vertices.

The number of vertices describing a polygon is determined by the amount of data following the POLYGON opcode.   The maximum number of vertices permitted to describe a polygon is implementation dependent and shall be at least 256 vertices.



**Figure 50**
**POLYGON**

Exhibit 4
Page 000154

FLEMING 000094

**5.3.3.5.2 POLYGON (Outlined).**   The start point is the current drawing point and subsequent vertex coordinates are specified as relative displacements from the previous vertex coordinate.  (See Figure 51.)  The polygon is not filled.



Figure 51
POLYGON (Outlined)

Exhibit 4
Page 000155

FLEMING 000095

80                    ANSI Standard X3.110-1983/CSA Standard T500-1983

**5.3.3.5.3 POLYGON (Filled).** The start point is the current drawing point and subsequent vertex coordinates are specified as relative displacements from the previous vertex coordinate. (See Figure 52.) The polygon is filled in the current color(s) with the current texture pattern.



Figure 52
POLYGON (Filled)

Exhibit 4
Page 000156

FLEMING 000096

5.3.3.5.4 SET and POLYGON (Outlined).  The start point is specified in absolute coordinates as the first block of coordinate data, and subsequent vertex coordinates are specified as relative displacements from the previous vertex coordinates.  (See Figure 53.)  The polygon is not filled.



Figure 53
SET and POLYGON (Outlined)

Exhibit 4
Page 000157

**5.3.3.5.5 SET and POLYGON (Filled).** The start point is specified in absolute coordinates as the first block of coordinate data, and subsequent vertex coordinates are specified as relative displacements from the previous vertex coordinates. (See Figure 54.) The polygon is filled in the current color(s) with the current texture pattern.



Figure 54
SET and POLYGON (Filled)

Exhibit 4
Page 000158

### 5.3.3.6 INCREMENTAL

5.3.3.6.1    The INCREMENTAL command allows for the specification of complex images in a compact manner.  There are four INCREMENTAL opcodes, namely FIELD, INCREMENTAL POINT, INCREMENTAL LINE, and INCREMENTAL POLYGON (Filled).

The image may be of a photographic nature (FIELD and INCREMENTAL POINT) or may consist of complex lines such as signatures (INCREMENTAL LINE) or filled polygons such as logos or other symbols (INCREMENTAL POLYGON).

5.3.3.6.2 FIELD.    The FIELD command is used to define the active field used for columnated text, unprotected fields and INCREMENTAL POINT.    The origin point of the field is specified in absolute coordinates (X,Y) as the first block of coordinate data.  The next block of coordinate data gives the field dimensions, width and height (dx,dy) (see Figure 55).  Note that dx or dy, or both, may be positive or negative, so that the origin point may be placed in any of the four corners of the field.  The drawing point is set to the origin of the field after FIELD has been executed.  Only one active field may be defined at a time; i.e., execution of FIELD will undefine any previous active field.  If no data bytes follow the FIELD opcode, the active field is set to the full unit screen and the origin point is (0,0).  If only one operand follows the FIELD opcode, it specifies the field dimensions and the origin point is the current drawing point.  Additional numeric data bytes following the second operand are reserved for future standardization and shall be ignored.  The default is the unit screen.



**Figure 55**

**FIELD**

Exhibit 4
Page 000159