84                                                          ANSI Standard X3.110-1983/CSA Standard T500-1983

**5.3.3.6.3 INCREMENTAL POINT.** With the INCREMENTAL POINT command, an image can be described as a string of color specifications that are deposited in a raster-sequential manner within the active field. These color specifications are contained in a string operand. In color mode 0, these will be interpreted as actual color values. In color modes 1 and 2, these will be interpreted as color map addresses. The algorithm by which the image is constructed is as follows:

(1)    The operation starts at the current drawing point.

(2)    If no portion of the logical pel exceeds the active field, then the first color obtained from the string operand is deposited in the display memory location(s) corresponding to the pixel(s) lying under the logical pel. If a pixel lies under the logical pel associated with the drawing point for more than one deposit operation, it retains the color deposited there last. The drawing point is then automatically moved in the X direction a distance equal to the width (dx) of the logical pel. Note that if dx is positive, the drawing point moves to the right and if dx is negative, the drawing point moves to the left. The next color is then obtained and the process is repeated.

(3)    If any portion of the logical pel exceeds the active field, then any remaining bits in the byte of the string operand currently being interpreted are discarded, even if there is a sufficient number of bits remaining to make up a complete color specification. Interpretation resumes at the first bit (ie, b6) in the next complete byte. If there are no further numeric data bytes, then the operation is terminated; otherwise the drawing point is repositioned to the opposite boundary. If moving the drawing point in the Y direction a distance equal to the height (dy) of the logical pel would cause any portion of the logical pel to exceed the active field, then the Y value is left constant and the entire display image lying within the area of the screen defined by the active field is scrolled in the opposite direction, ie, a distance equivalent to -dy; otherwise the drawing point is moved in the Y direction a distance equal to the height (dy) of the logical pel. Note that if dy is positive, the drawing point moves up and if dy is negative, the drawing point moves down. If the operation has not terminated, then the process continues at Step 2. If the operation has terminated, the drawing point is then set to the origin of the active field.

The INCREMENTAL POINT opcode and its operands are shown in Figure 56. An example of an INCREMENTAL POINT picture is shown in Figure 57.

Exhibit 4
Page 000160

FLEMING 000100

Videotex/Teletext Presentation Level Protocol Syntax
(North American PLPS)
                                                                                      85



Figure 56
Incremental Point



Figure 57
Example INCREMENTAL POINT Picture

Exhibit 4
Page 000161

FLEMING 000101

The INCREMENTAL POINT command takes two operands. The first is a single byte, fixed format operand that describes the packing counter. The packing counter is an unsigned integer that determines the number of consecutive bits to be taken from the string operand to make up a single color specification. The range of values of the packing counter shall be 1 to 48, inclusive. Values of 0 or greater than 48 are reserved for future standardization and the entire INCREMENTAL POINT command containing packing counters with such values shall be executed as a null operation. The second operand is a string operand of indeterminate length. It contains the color specifications, stored sequentially without regard to byte boundaries, high order bit (b6) to low order bit (b1) within the numeric data fields. In color mode 0, these color specifications are interpreted as actual color values; that is, a number of bits equal to the packing count is used to define the color applied to each drawing operation. As in the multi-value color specification, the bits are organized into three-tuples and the order of interpretation of the bits is G, R, B. Note that a single color specification may contain multiple three-tuples depending on the packing count, in which case the first three-tuple contains the MSB's and the last contains the LSB's of the three primaries. For example, if the packing count were 6, the color specification for each drawing operation would look like GRBGRB and each primary would be specified to two bits of accuracy. If the packing count is not an integer multiple of three, then each primary will not be specified to an equal accuracy. For example, if the packing count were 4, the color specification for each drawing operation would look like GRBG. Note that these would be concatenated within the string operand without regard to byte boundaries. In this example, then, the bits in the string operand would look like GRBGGRBG . . . .

In color modes 1 and 2, these color specifications are ordinal numbers, ie, addresses in the color map in which the actual color value was previously, or will later be, loaded. Again, a number of bits equal to the packing count is used to define the color applied to each drawing operation. These specifications are concatenated in the string operand without regard to byte boundaries.

It is required, depending on the relationship between the logical pel dimensions and the physical pixel dimensions on an individual display device, to perform a preexecution rescaling of both the logical pel dimensions and the active field dimensions to avoid certain types of distortions (ie, skew) that will result from a mismatch. When the drawing point is in such an active field, the relative position of the drawing point inside the scaled field should remain the same as before scaling. The goal of this type of rescaling is to make the logical pel dimensions become either integer multiples or integer fractions of the corresponding physical pixel dimensions. (The active field dimensions would have to be scaled equivalently in order to prevent skew in the image.) The following conditions are required: (1) the logical pel dimensions and active field dimensions are restored to their prescaled values after the INCREMENTAL POINT command completes execution; (2) the resultant image is guaranteed to lie within the original active field; and (3) the implementation ensures that skew does not occur for all possible precisions of the logical pel and field dimensions as specified by the DOMAIN command.

Exhibit 4
Page 000162

If INCREMENTAL POINT is received and if any portion of the logical pel indicated by the initial drawing point lies outside the active field, the entire command is considered to be in error and is executed as a null operation. If INCREMENTAL POINT is received and either or both dimensions of the logical pel are equal to 0, then these dimensions are set, for the duration of the command only, to the smallest positive value specifiable within the current domain. (For example, if the current multi-value operand length is 3 bytes, then the smallest specifiable value would be +0.00000001, ie, 1/256.)

**5.3.3.6.4 INCREMENTAL LINE.** The INCREMENTAL LINE command provides the capability of compactly describing an image consisting of a series of short line segments drawn in the current color(s) and line texture. (See Figures 58 and 59.)



Figure 58

INCREMENTAL LINE

Exhibit 4
Page 000163

FLEMING 000103



**Figure 59**

**Example INCREMENTAL LINE Picture**

The first multi-value operand specifies the step size parameters, dx and dy, as signed displacements.

The last block of data is a string operand that gives the move values as an indefinite number of bytes, each of which contains three two-bit nibbles in the numeric data field that are interpreted b6 to b1. The interpretation of these two-bit nibbles is as shown in Table 16.

**Table 16**

**Incremental Line Move Values**

| Nibble Value | Interpretation |
|---|---|
| 00 | Interpret the following nibble as a modify parameter instruction (see Table 17) |
| 01 | Advance the drawing point a distance dx in the x direction and optionally draw a line |
| 10 | Advance the drawing point a distance dy in the y direction and optionally draw a line |
| 11 | Advance the drawing point a distance dx in the x direction and dy in the y direction and optionally draw a line |

Exhibit 4
Page 000164

If the draw flag is on, then every time the drawing point is stepped, a line in
the current line texture and color is drawn joining the current drawing point
(after the step operation) with the previous drawing point (before the step
operation). If the draw flag is off, then no line is drawn after the step
operation. When a nibble value of (0,0) is encountered (Table 16), the next
nibble is interpreted as a modify parameter instruction as shown in Table 17.
The nibble following that is interpreted as a step operation (Table 16). The
draw flag is initially on whenever the INCREMENTAL LINE opcode is
encountered. When the string operand is terminated, the drawing point is left
at the final drawing point.

### Table 17
#### Incremental Line Modify Parameter Instructions

| Nibble Value | Modify Parameter Instruction |
| --- | --- |
| 00 | Change the state of the draw flag (ON to OFF or OFF to ON). |
| 01 | Change sign of dx. |
| 10 | Change sign of dy. |
| 11 | Change sign of dx and dy. |

Exhibit 4
Page 000165

FLEMING 000105

**5.3.3.6.5 INCREMENTAL POLYGON (Filled).** The INCREMENTAL POLYGON command provides the capability of compactly describing a filled polygon drawn with a series of short line segments. (See Figures 60 and 61.) The area enclosed by the outline (including the region of the outline traced by the logical pel) is filled in the current color(s) with the texture pattern specified in the TEXTURE command, and the outline is highlighted if the highlight mode is selected (see 5.3.2.4.3).



Figure 60

INCREMENTAL POLYGON (Filled)

Exhibit 4
Page 000166

FLEMING 000106



**Figure 61**

**Example INCREMENTAL POLYGON Picture**

The interpretation of the operand data following the opcode is exactly the same as for the INCREMENTAL LINE opcode, with the following exceptions:

(1)    The draw flag is always on.

(2)    Should a "modify parameter" instruction (Table 17) to change the state of the draw flag (0,0) be encountered, it is treated as a null, and the following nibble is interpreted as the "modify parameter" instruction.

(3)    The final drawing point is implicitly taken as the initial drawing point.

(4)    The resulting figure is filled in the current color and texture pattern and according to the highlight attribute.

Note that INCREMENTAL POLYGON shall enclose a single area (similar to POLYGON, see 5.3.3.5).

Exhibit 4
Page 000167

FLEMING 000107

**5.4 Mosaic Set.** Figure 63 shows the character assignments for the mosaic set. This comprises sixty-five 2 x 3 block mosaic characters including a second copy of the solid mosaic in position 5/15. The remaining character positions are reserved for future standardization and shall be displayed as SPACE. Mosaic characters can be displayed in two modes, contiguous or separated, depending on the underline mode described in 6.2.7.15. In contiguous mode, the six mosaic elements that compose each character shall completely span the given character field at any size. In separated mode, each of the mosaic elements that are illuminated are reduced in the horizontal dimension by the absolute value of the width (dx) of the logical pel size, and are reduced in the vertical dimension by the absolute value of the height (dy) of the logical pel size. (The logical pel is described in 5.3.2.2.) The reduced mosaic elements, in this case, are left and bottom justified within the normal element area, the remainder of the area being considered as background. If either dimension of the logical pel is equal to or exceeds the corresponding dimension of the mosaic element, then the illuminated area is reduced to zero. The graphic symbol in position 2/0 of the Mosaic Set is not subject to underline. Mosaics (in separated or contiguous mode) are not subject to proportional spacing.

The algorithm that determines which of the sub-elements is on is derived from the bit combinations of the code table reference. (See Figure 62.)



2x3
MOSAIC
CELL

Figure 62

**Mosaic Sub-element Encoding**

The code combination 5/15 (1011111) also implies that all sub-elements are on. See Figure 63 for a code table representation of the mosaic scheme.

The sequence used to designate the mosaic set is ESC I,7/13, where I is 2/9 or 2/13 to indicate G1, 2/10 or 2/14 to indicate G2, or 2/11 or 2/15 to indicate G3 (see 4.3).

Exhibit 4
Page 000168

FLEMING 000108

**Note:** *The rectangles surrounding the characters are for illustrative purposes only and are not part of the graphic symbols.*

Figure 63

Mosaic Set

Exhibit 4
Page 000169

FLEMING 000109

**5.5 Macro Set.** The macro feature provides the capability of encoding sequences of presentation level codes to be executed upon command. A macro definition consists of an arbitrary string of locally buffered presentation layer code that is identified by a code from the macro G-set. This name thereafter acts as a substitute for the entire string of characters that make up that particular macro. Up to 96 macros can be defined simultaneously (see 6.2.2). A macro can be used by designating the macro set as one of the G-sets, followed by invoking the macro set into the in-use table and transmitting the macro code. A macro code may also be included within any macro definition, thereby providing a nesting capability. It is essential that the application layer assume responsibility for infinite loops.

Any macro (whether defined by DEF MACRO, DEFP MACRO, or DEFT MACRO, see 6.2.2) may be linked to a user input mechanism, such as a function key, to allow its execution or transmission to be activated by the user. The number of macro names that can be linked is implementation-dependent.

The sequence used to designate the macro set is ESC I 7/10, where I is 2/9 or 2/13 to indicate G1, 2/10 or 2/14 to indicate G2, or 2/11 or 2/15 to indicate G3 (see 4.3).

**5.6 Dynamically Redefinable Character Set (DRCS).** Unlike the other character sets, whose pattern definitions are permanently stored in the receiving device and cannot be altered by the information provider, the Dynamically Redefinable Character Set (DRCS) designated by a three-character escape sequence provides a facility whereby a maximum of 96 custom defined patterns can be downloaded and utilized in a similar manner as the primary, supplementary, and mosaic sets. At display time, they are subject to the same attributes as alphanumeric text. The manner in which the patterns are actually downloaded is described in 6.2.3. If a DRCS character has not been defined by the DEF DRCS command, it shall be displayed as if it were SPACE.

The sequence used to designate the DRCS set is ESC I 7/11, where I is 2/9 or 2/13 to indicate G1, 2/10 or 2/14 to indicate G2, or 2/11 or 2/15 to indicate G3 (see 4.3).

Exhibit 4
Page 000170

FLEMING 000110

# 6. Coding of C-Sets

## 6.1 C0 Control Set

**6.1.1** This clause describes the C0 control set (see Figure 64) that occupies columns 0 and 1 of the 7- and 8-bit in-use tables. The functions are as follows.

### 6.1.2 Format Effector Characters

**6.1.2.1 ACTIVE POSITION BACKWARD (APB).** This character (0/8) (backspace) is used to move the cursor a distance equal to the intercharacter spacing lying parallel to the character path in the direction opposite to the character path (ie, 180 degrees from the direction of the character path). If such a movement would cause any part of the full corresponding character field to be outside of the display area (or outside of the active field, if the character field was entirely within the active field immediately before the movement), then the cursor is instead moved to the opposite edge (along the character path) of the display area (or active field) and an automatic APU is executed.

**6.1.2.2 ACTIVE POSITION FORWARD (APF).** This character (0/9) (horizontal tab) is used to move the cursor a distance equal to the intercharacter spacing lying parallel to the character path in the direction of the character path. If such a movement would cause any part of the full corresponding character field to be outside of the display area (or outside of the active field, if the character field was entirely within the active field immediately before the movement), then the cursor is instead moved to the opposite edge (along the character path) of the display area (or active field) and an automatic APD is executed.

**6.1.2.3 ACTIVE POSITION DOWN (APD).** This character (0/10) (line feed) is used to move the cursor a distance equal to the interrow space lying perpendicular to the character path in a direction perpendicular to the character path (-90 degrees). If such a movement would cause any part of the full corresponding character field to be outside of the display area (or outside of the active field, if the character field was entirely within the active field immediately before the movement), then special action is taken that is dependent on whether or not scroll mode is in effect (see 6.2.7.13 and 6.2.7.14).

Exhibit 4
Page 000171

FLEMING 000111

ANSI Standard X3.110-1983/CSA Standard T500-1983

| $b_7$ | 0 | 0 |
|---|---|---|
| $b_6$ | 0 | 0 |
| $b_5$ | 0 | 1 |

| $b_4$ | $b_3$ | $b_2$ | $b_1$ | ROW / COLUMN | 0 | 1 |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | NUL | DLE |
| 0 | 0 | 0 | 1 | 1 | SOH | DC1 |
| 0 | 0 | 1 | 0 | 2 | STX | DC2 |
| 0 | 0 | 1 | 1 | 3 | ETX | DC3 |
| 0 | 1 | 0 | 0 | 4 | EOT | DC4 |
| 0 | 1 | 0 | 1 | 5 | ENQ | NAK |
| 0 | 1 | 1 | 0 | 6 | ACK | SYN |
| 0 | 1 | 1 | 1 | 7 | BEL | ETB |
| 1 | 0 | 0 | 0 | 8 | APB (BS) | CAN |
| 1 | 0 | 0 | 1 | 9 | APF (HT) | SS2 |
| 1 | 0 | 1 | 0 | 10 | APD (LF) | SDC |
| 1 | 0 | 1 | 1 | 11 | APU (VT) | ESC |
| 1 | 1 | 0 | 0 | 12 | CS (FF) | APS |
| 1 | 1 | 0 | 1 | 13 | APR (CR) | SS3 |
| 1 | 1 | 1 | 0 | 14 | SO | APH |
| 1 | 1 | 1 | 1 | 15 | SI | NSR |

**Figure 64**

**C0 Control Set**

Exhibit 4
Page 000172

FLEMING 000112

**6.1.2.4  ACTIVE POSITION SET (APS).**  This character (1/12) is used to set the cursor position without resetting any parameters or attributes.

The two bytes immediately following an APS shall both come from columns 2 through 7 or 10 through 15 of the in-use table. They represent the row address and column address, respectively, to which the cursor is to be moved. The row address is obtained from the first byte following an APS by taking the binary integer comprising bits b7 through b1 with b7 being the MSB, masking out b8, and subtracting 32. Similarly, the column address is obtained from the second byte following an APS by taking the binary integer comprising bits b7 through b1 with b7 being the MSB, and subtracting 32. This gives an address range from 0 through 95 inclusive for the row and column addresses. For example, the bit combination 3/6 yields the binary integer 54, which, after subtracting 32, gives the address 22. If either of the characters following the APS character is a C0 or C1 control, the APS is ignored and the C0 or C1 control is executed.

Rows and columns are numbered starting with row 0, column 0, in the lower leftmost character position of the display area, and refer to the nominal screen format established by the current character field size (with the default intercharacter and interrow spacing). The cursor is positioned assuming zero character rotation to establish the character field origin. Once the character field origin is established, the character field and cursor are rotated, if necessary.

**6.1.2.5  ACTIVE POSITION UP (APU).**  This character (0/11), (vertical tab) is used to move the cursor a distance equal to the interrow space lying perpendicular to the character path in a direction perpendicular to the character path (90 degrees). If such a movement would cause any part of the full corresponding character field to be outside of the display area (or outside of the active field, if the character field was entirely within the active field immediately before the movement), then special action is taken that is dependent on whether or not scroll mode is in effect (see 6.2.7.13 and 6.2.7.14).

**6.1.2.6  CLEAR SCREEN (CS).**  This character (0/12) is used to move the cursor to the upper left character position of the display area, in which the top of the character field coincides with the top boundary of the display area. In color modes 0 and 1, it clears the display area to nominal black. In color mode 2, it clears the display area to the background color.

**6.1.2.7  ACTIVE POSITION RETURN (APR).**  This character (0/13) (carriage return) is used to move the cursor to the first character position within the display area (or within the active field, should the full character field corresponding to the cursor lie entirely within the active field before the movement) along the character path.

**6.1.2.8  ACTIVE POSITION HOME (APH).**  This character (1/14) is used to move the cursor to the upper left character position in the display area, in which the top of the character field coincides with the top boundary of the display area.

Exhibit 4
Page 000173

FLEMING 000113

### 6.1.3  Code Extension Control Characters

**6.1.3.1  SHIFT-OUT (SO).**  This character (0/14) is used to invoke the G1 set into the in-use table (see 4.3.2 and 4.3.3).

**6.1.3.2  SHIFT-IN (SI).**  This character (0/15) is used to invoke the G0 set into the in-use table (see 4.3.2 and 4.3.3).

**6.1.3.3  SINGLE-SHIFT TWO (SS2).**  This character (1/9) is used to invoke the G2 set into the in-use table in a nonlocking manner (see 4.3.2 and 4.3.3).

**6.1.3.4  SINGLE-SHIFT THREE (SS3).**  This character (1/13) is used to invoke the G3 set into the in-use table in a nonlocking manner (see 4.3.2 and 4.3.3).

**6.1.3.5  ESCAPE (ESC).**  This character (1/11) is used for code extension (see 4.3.2 and 4.3.3).

**6.1.4  Transmission Control Characters.**  The transmission control characters, ie, SOH (0/1), STX (0/2), ETX (0/3), EOT (0/4), ENQ (0/5), ACK (0/6), DLE (1/0), NAK (1/5), SYN (1/6), and ETB (1/7), have no effect on the presentation layer and are reserved for use at other protocol layers. They may be embedded within any presentation layer sequence without affecting that sequence.

**6.1.5  Device Control Characters.**  The device control characters, ie, DC1(1/1), DC2(1/2), DC3(1/3), and DC4(1/4), have no effect on the presentation layer and are reserved for use at other protocol layers. They may be embedded within any presentation layer sequence without affecting that sequence.

### 6.1.6  Other Control Characters

**6.1.6.1  NULL (NUL).**  This character (0/0) has no effect on the presentation layer and is reserved for use at other protocol layers. It may be embedded within any presentation layer sequence without affecting that sequence.

**6.1.6.2  BELL (BEL).**  This character (0/7) is used to momentarily ring a bell or effect another transient indication.

**6.1.6.3  CANCEL (CAN).**  This character (1/8) is used to terminate processing of all currently executing macros. Execution is resumed at the next presentation layer character following the terminated macro call. The effect of CAN is immediate, ie, it is not put at the end of any existing queue of unprocessed presentation layer code. The operation of the CAN character is not guaranteed unless it is guaranteed to be delivered by the lower layers.

**6.1.6.4  SERVICE DELIMITER CHARACTER (SDC).**  This character (1/10) shall be executed as a null operation at the presentation layer and any other use is implementation-dependent (see Appendix D).

Exhibit 4
Page 000174

FLEMING 000114

**6.1.6.5 NON-SELECTIVE RESET (NSR).**    This character (1/15) serves two functions: it non-selectively resets the presentation process as defined below and it can be used as an alternative means to position the cursor.  When an NSR is received, the following action is taken:

(1)    The G0, G1, G2, G3, C0, and C1 sets are designated to their default states and the in-use code table is invoked to its default state, as described in 4.3.

(2)    The DOMAIN parameters are set to their default values, as described in 5.3.2.2.

(3)    The text parameters (from the TEXT opcode, from the C1 set and the active field), as described in 5.3.2.9.3, are set to their default values.

(4)    The TEXTURE parameters are set to their default values, as described in 5.3.2.4.  The programmable masks are not cleared.

(5)    The color mode is set to color mode 0 and the drawing color is set to nominal white.  The color map is not changed.

(6)    If the two bytes that immediately follow the NSR are both from columns 4 through 7 of the in-use table, the cursor is positioned.  These two bytes represent, in binary form (ie, the binary digit comprising the bits b6 through b1 with b6 being the MSB), the row and column address, respectively, to which the cursor should be moved.  Rows and columns are numbered starting with row 0, column 0 in the upper leftmost character position in the display area and refer to the nominal screen format established by the default character size. The top of the character field for row 0 coincides with the top boundary of the display area.  If either of the two bytes following the NSR is not from columns 4 through 7 (or columns 12 through 15) of the in-use table, the non-selective reset function of NSR is executed and the cursor is not repositioned. If the two bytes are from columns 2 and 3 (or columns 10 and 11), they are ignored.  If either of the two bytes are C0 or C1 control characters (columns 0, 1 or 8, 9), they terminate the NSR sequence and they are executed.

Exhibit 4
Page 000175

FLEMING 000115

| b8 | 1 | 1 |
|----|---|---|
| b7 | 0 | 0 |
| b6 | 0 | 0 |
| b5 | 0 | 1 |
|    | **8** | **9** |
| b7 | 1 | 1 |
| b6 | 0 | 0 |
| b5 | 0 | 1 |
|    | **4** | **5** |

| b4 | b3 | b2 | b1 | COLUMN / ROW | A | B |
|----|----|----|----|--------------|---|---|
| 0 | 0 | 0 | 0 | **0** | DEF MACRO | PROTECT |
| 0 | 0 | 0 | 1 | **1** | DEFP MACRO | EDC₁ |
| 0 | 0 | 1 | 0 | **2** | DEFT MACRO | EDC₂ |
| 0 | 0 | 1 | 1 | **3** | DEF DRCS | EDC₃ |
| 0 | 1 | 0 | 0 | **4** | DEF TEXTURE | EDC₄ |
| 0 | 1 | 0 | 1 | **5** | END | WORD WRAP ON |
| 0 | 1 | 1 | 0 | **6** | REPEAT | WORD WRAP OFF |
| 0 | 1 | 1 | 1 | **7** | REPEAT TO EOL | SCROLL ON |
| 1 | 0 | 0 | 0 | **8** | REVERSE VIDEO | SCROLL OFF |
| 1 | 0 | 0 | 1 | **9** | NORMAL VIDEO | UNDER LINE START |
| 1 | 0 | 1 | 0 | **10** | SMALL TEXT | UNDER LINE STOP |
| 1 | 0 | 1 | 1 | **11** | MED TEXT | FLASH CURSOR |
| 1 | 1 | 0 | 0 | **12** | NORMAL TEXT | STEADY CURSOR |
| 1 | 1 | 0 | 1 | **13** | DOUBLE HEIGHT | CURSOR OFF |
| 1 | 1 | 1 | 0 | **14** | BLINK START | BLINK STOP |
| 1 | 1 | 1 | 1 | **15** | DOUBLE SIZE | UNPRO-TECT |

**Definition of Columns A and B**

(1) If a C1 control function is represented by a 2-character escape sequence (in a 7-bit code), the table specifies the bit combination of the final character by taking A = 4 and B = 5.

(2) If a C1 control function is represented by a single 8-bit combination, the table specifies this combination by taking A = 8 and B = 9.

**Figure 65**

**C1 Control Set**

Exhibit 4
Page 000176

FLEMING 000116

## 6.2  C1 Control Set

**6.2.1**  The C1 control set (see Figure 65) is used to allow control over text format and also to create macros, DRCS, programmable texture masks, and unprotected fields. These capabilities are described in 6.2.2 to 6.2.6.

### 6.2.2  Macros: General

**6.2.2.1  DEF MACRO.**  This C1 control is used to define a macro. Bits b7 through b1 of the character following this control shall be in the range 2/0 to 7/15 and are the bit combination representing the macro being defined. All characters subsequent to this character are stored (but not executed) within the receiving device under the specified macro name. Definition of the macro terminates upon receipt of one of the following C1 controls: DEF MACRO, DEFP MACRO, DEFT MACRO, DEF DRCS, DEF TEXTURE, or END. Neither the terminating control character nor its preceding ESC character in a 7-bit environment is stored as part of the macro. If the character following the DEF MACRO control is not in this range, the entire command (ie, the C1 control and the out of range character) is in error and is executed as a null operation.

During the definition of a macro, a reference to a macro results in the storage of that reference only, not the expansion. The definition of a macro replaces any previously existing macro under the same name. A macro may be longer or shorter than the previously existing macro that it replaces. A null macro definition, ie, a macro definition in which there are no characters between the macro name and the terminating C1 character (or its preceding ESC character in a 7-bit environment) causes that macro to be deleted. Definition of a macro is independent of whether the macro set is invoked or not (though it must, of course, be invoked in order to actually execute the macro).

All macros may be simultaneously deleted with the RESET command.

**6.2.2.2  DEFP MACRO.**  The operation of this control character is identical to that of the DEF MACRO command, except that incoming characters that make up the macro definition are simultaneously executed and stored. A macro is considered to be undefined during definition until the definition is terminated. Therefore, if a DEFP MACRO command contains a reference to itself, or if it references another macro which references the one being defined, the reference to the macro being defined is executed as a null operation.

**6.2.2.3  DEFT MACRO.**  The DEFT MACRO control character is used to define a transmit-macro. Transmit-macros, when called, are not executed, but are transmitted in their entirety to the host computer or to a local application process. This could, for example, be used to provide a programmable-function key capability if one or more keys on the keyboard were capable of causing the execution of macros.

Transmit-macros are defined and deleted in a manner similar to that described for normal macros, and they share the same 96 macro names.

Exhibit 4
Page 000177

FLEMING 000117

**6.2.3 DEF DRCS.** The DEF DRCS command is used to start the downloading operation for one of the DRCS characters, of which a total of 96 are permitted. Bits b7 through b1 of the character following this control shall be in the range 2/0 to 7/15 and are the bit combination representing the DRCS character being defined. Next comes any valid stream of presentation layer code. The DRCS downloading command is terminated when an END, DEF MACRO, DEFP MACRO, DEFT MACRO, DEF TEXTURE, or another DEF DRCS command is received.

When the current DRCS downloading operation is terminated by another DEF DRCS command, the next character of the DRCS G-set (ie, in the circular sequence 2/0, 2/1, ... 2/15, 3/0, 3/1 .... 7/14, 7/15, 2/0, 2/1...) is defined by the presentation layer code immediately following this new DEF DRCS command. (This is the only time DEF DRCS is not followed by the DRCS character to be defined.) If bits b7 through b1 of the character following the DEF DRCS control are not in the range 2/0 to 7/15 and the DEF DRCS control is not terminating a previous DEF DRCS command, the entire command (ie, the C1 control and the out of range character) is in error and is executed as a null operation. If a DRCS definition is immediately terminated with no intervening presentation layer code, the buffer space allocated to that character is freed.

Definition of a DRCS set is independent of whether the set is invoked or not (though it must, of course, be accessed from the in-use table in order to actually display the character).

The presentation layer code defining the DRCS character shall be executed upon being received. It is executed within the unit screen but is not displayed in the display area. The effect of this execution is to modify a separate storage buffer that is used for any subsequent display of the DRCS character. The effect on the physical display screen of the redefinition or deletion of a DRCS character that is being displayed is undefined.

All presentation layer code shall have the usual effect on the state of the receiving device with the single exception that all drawing operations affect the DRCS storage buffer rather than the display area. For example, if the color map is changed, then any part of the physical display screen using that color map entry will change color. Any changes to the state of the receiving device, such as character field size, in-use G-sets, etc, shall persist after the completion of the DRCS definition.

Exhibit 4
Page 000178

FLEMING 000118

The aspect ratio of the storage buffer shall be the same as that of the character field dimensions when the DEF DRCS character is received. The lower left corner of the buffer shall coincide with the lower left corner of the unit screen. The larger buffer dimension (dx or dy) shall coincide with the entire corresponding axis of the unit screen. For example, a character field that is 6/256 (of the unit screen) wide and 10/256 high would cause the DRCS character shape to be defined only by code that writes into that portion of the unit screen in the range 0.0 to 0.6 in the X axis and 0.0 (inclusive) to 1.0 (noninclusive) in the Y axis. If the character field size is changed within the DRCS definition, it will have no effect on the aspect ratio and resolution of the storage buffer, but it will have an effect on the execution of subsequent characters within the unit screen.

The storage buffer for each DRCS character is divided into elements. Each element may be in either an off state or an on state. At the beginning of each DRCS definition, all of the elements in its storage buffer shall be set to the off state by the receiving device. The state of each element of the storage buffer shall be affected by presentation layer code that writes into that portion of the unit screen which coincides with the element during the DRCS definition. Each element that is affected shall be set to the on state, unless it is written into with nominal black, in which case it is set to the off state. The effective resolution of the storage buffer is implementation dependent.

After the downloading sequence has been terminated, the receiving device reverts to the normal procedure of mapping the unit screen to the physical display screen, with the drawing point reset to (0,0).

The entire DRCS character set may be cleared using the RESET command. Should a RESET that clears the DRCS be received during a downloading operation, it will clear the character pattern definition in progress, but the downloading operation will continue.

The effect of displaying a DRCS character shall be to scale the contents of its storage buffer to fit into the current character field. The elements in the on state shall be displayed in the drawing color at the time of display, not in the drawing color at the time of definition. In color mode 2, the elements in the off state shall be displayed in the background color. The display of DRCS characters shall be subject to all TEXT attributes. Note that if the current character field is neither the same size as, nor an integer multiple of, the character field size at the beginning of the DRCS definition, then some distortion may occur due to scaling and interpolation. Note also that a storage buffer as described here is not the only way to achieve the defined effects.

Exhibit 4
Page 000179

FLEMING 000119

**6.2.4  DEF TEXTURE.**  This command is used to define one of the four programmable texture masks described in 5.3.2.4.

Bits b7 through b1 of the character following this control shall be one of the following bit combinations: (4/1), (4/2), (4/3), (4/4), that causes mask A, B, C, or D, respectively, to be defined.  Any existing texture pattern associated with the specified mask is deleted.  The mask is cleared by terminating the command at this point.  If presentation layer code follows, it describes the texture mask in the same manner as DRCS characters, except that the texture mask size is used rather than the character field size.  The DEF TEXTURE command is terminated when an END, DEF MACRO, DEFP MACRO, DEFT MACRO, DEF DRCS, or another DEF TEXTURE command is received.  If bits b7 to b1 of the character following the DEF TEXTURE control are not in the range 4/1 to 4/4, the entire command (ie, the C1 control and the out of range character) is in error and is executed as a null operation.  At the end of the DEF TEXTURE command, the receiving device reverts to the normal procedure of mapping the unit screen to the physical display screen, with the drawing point reset to (0,0).

*Note:  The INCREMENTAL POINT command may scale the actual active field before execution (see 5.3.3.6.3), causing the actual area defined to be smaller than requested.*

**6.2.5  END.**  This command terminates the current DEF MACRO, DEFP MACRO, DEFT MACRO, DEF DRCS, or DEF TEXTURE operation.  It is also used in the transmission of data in an unprotected field (see 6.2.6).

**6.2.6  PROTECT/UNPROTECT.**  Unprotected fields are rectangular areas on the display into which the user may enter or edit data for possible subsequent transmission.  The method of entering and editing data into these fields is implementation-dependent.

By default, the entire unit screen is protected; ie, it is not possible for the user to enter or alter data that displays on the unit screen.  However, if the UNPROTECT command is given, the active field (as defined by the FIELD command described in 5.3.3.6.2) is made unprotected and the user may subsequently enter or locally edit data within that field.  Any number of unprotected fields may be defined (subject to implementation-dependent memory limitations) by defining an active field via a FIELD command and then issuing the UNPROTECT command.  Should an UNPROTECT command result in unprotecting a field that partially or wholly lies within an already unprotected field, the already unprotected field is made protected (without affecting the displayed contents) before the new field is made unprotected.  This prevents unprotected fields from overlapping.

Exhibit 4
Page 000180

FLEMING 000120

Data that are received and displayed in an unprotected field after it has been unprotected, and when that unprotected field coincides with the active field, can also be subsequently edited by the user. When the user initiates a transmission, the information in the unprotected field(s) is transmitted in conformance with this standard. The FIELD command containing the coordinates of the origin of the unprotected field as well as its dimensions is transmitted, followed by the contents of the field, and then by the END command. When more than one unprotected field is transmitted, the order of transmission is from the top to the bottom of the unit screen, using field origin points as a reference. If two or more field origins have the same Y coordinate, the order of transmission is leftmost first. The transmit presentation process and its associated state shall be maintained separately from the receive presentation process.

Unprotected fields may be reprotected via the PROTECT command. This command causes all unprotected fields of which any portion lies within the active field to be made protected. The RESET command may be used to protect all currently defined unprotected fields.

The use of unprotected fields does not preclude the use of other user input modes that are independent of and that do not affect the state of the unprotected fields. Such alternative input modes are implementation-dependent and may temporarily use the display area.

### 6.2.7 Text Controls

**6.2.7.1** This set of 20 controls allows simple textual functions to be implemented, some of which may also be performed via the TEXT or BLINK commands.

**6.2.7.2 REPEAT.** This command causes the immediately preceding byte to be repeated a specific number of additional times if the byte is SPACE or any spacing character from the primary, supplementary, DRCS, or mosaic sets. Otherwise, the command is in error and shall be executed as a null operation. Bits b6 to b1 of the character following the REPEAT character shall be interpreted as the repeat count. Bits b7 through b1 of this repeat count character shall be in the range 4/0 through 7/15; otherwise the command is in error and shall be executed as a null operation, and the count character is executed as a character from columns 0 to 3 or 8 to 11.

**6.2.7.3 REPEAT TO EOL.** This command causes the immediately preceding byte to be repeated until the last character position along the current character path is reached if the byte is SPACE or any spacing character from the primary, supplementary, DRCS, or mosaic sets. Otherwise the command is in error and shall be executed as a null operation. If the full character field corresponding to the text cursor lies entirely within the active field when this command is encountered, then characters are repeated only up to the last character position along the current character path within the active field.

Exhibit 4
Page 000181

**6.2.7.4  REVERSE VIDEO.**  This command causes the receiving device to enter reverse video mode in which any subsequently received alphanumeric text, mosaic, and DRCS characters are drawn so that the pixels surrounding the character shape in the character field are drawn in the drawing color. The pixels of the character shape are not drawn, except in color mode 2, when they are drawn in the background color.

**6.2.7.5  NORMAL VIDEO.**  This command causes the receiving device to exit reverse video mode. This is the default state.

**6.2.7.6  SMALL TEXT.**  This command causes the dimensions of the character field to be set to dx = 1/80 and dy = 5/128, consistent with the physical resolution.

**6.2.7.7  MEDIUM TEXT.**  This command causes the dimensions of the character field to be set to dx = 1/32 and dy = 3/64, consistent with the physical resolution.

**6.2.7.8  NORMAL TEXT.**  This command causes the dimensions of the character field to be set to their default value; that is, dx = 1/40 and dy = 5/128, consistent with the physical resolution.

**6.2.7.9  DOUBLE HEIGHT.**  This command causes the dimensions of the character field to be set to dx = 1/40 and dy = 5/64, consistent with the physical resolution.

**6.2.7.10  DOUBLE SIZE.**  This command causes the dimensions of the character field to be set to dx = 1/20 and dy = 5/64, consistent with the physical resolution.

Note that SMALL TEXT, MEDIUM TEXT, NORMAL TEXT, DOUBLE HEIGHT, and DOUBLE SIZE only affect the sign and magnitude of the character field dimensions. They do not affect rotation, character path, intercharacter and interrow spacing, reverse video, scroll, word wrap, underline, cursor state, cursor style, or move attributes.

**6.2.7.11  WORD WRAP ON.**  This command causes the receiving device to enter word wrap mode. In this mode, subsequently received alphanumeric text is buffered into words. A word is displayed on the current line only if the entire buffered word will fit into the space remaining on the current line within the unit screen (or within the active field, should the full character field corresponding to the text cursor lie entirely within the active field). If the word does not fit into the space remaining on the current line, an automatic APR APD is executed and the word is displayed. The SPACE character should be dropped if the last word on the line is terminated with a SPACE that does not fit on that line. For the purposes of this section, a word is defined as being an accumulation of characters between SPACE characters.

Exhibit 4
Page 000182

FLEMING 000122

Words consisting entirely of alphabetic characters (see Table 18) and one or more embedded (ie, not at the beginning or end of the word) special terminating characters (! " $ % ( ) [ ] < > { } ^ * + - / , . : ; = ? _ ~ ) may be broken between the special terminating character and the following character, which causes as much of the word to fit on the current line as possible. All other words shall be kept together on a single line.

A word is also terminated by a mosaic set character; a PDI; any C-set character defined at the presentation layer except SO, SI, SS2, and SS3; or any character that causes the length of the word to equal the maximum length of a line.

**6.2.7.12 WORD WRAP OFF.** This command causes the receiving device to exit word wrap mode. In this mode (the default mode), all text is broken on character boundaries whenever an automatic APR and APD are executed.

**6.2.7.13 SCROLL ON.** In this mode, a subsequently received APD or APU command or an automatic APR APD that would advance any part of the cursor out of the display area (or the active field, should the full character field corresponding to the cursor lie entirely within the active field) causes the entire display within the area or field to be scrolled. Scrolling occurs pixel-by-pixel in a direction perpendicular to the character path and far enough to bring the next intended character location just into the area or field. The color of background pixels scrolled into the area or field is nominal black in color modes 0 and 1 and the background color in color mode 2.

Buffering of data scrolled out of the display area or active field is implementation-dependent.

**6.2.7.14 SCROLL OFF.** In this mode (the default mode) an APD or APU command or an automatic APR APD that would advance any part of the cursor out of the display area (or the active field, should the full character field corresponding to the cursor lie entirely within the active field), causes the cursor to be repositioned to the opposite edge of the area or field such that the character field so defined lies entirely within the area or field.

**6.2.7.15 UNDERLINE START.** This command causes the receiving device to enter underline mode. In this mode, all subsequently received primary, supplementary, DRCS characters, and the SPACE character have a line added to their patterns. The line appears in the character field starting at the character field origin and extending across the entire width (dx dimension) of the character field, but not across the space between character fields when the intercharacter spacing is greater than one. Its thickness is determined by the vertical dimension (dy) of the logical pel size. The underline mode also causes subsequently received mosaic characters to be displayed in separated mode (see 5.4). Mosaic characters are not underlined.

Exhibit 4
Page 000183

ANSI Standard X3.110-1983/CSA Standard T500-1983

**6.2.7.16 UNDERLINE STOP.** This command causes the receiving device to exit underline mode. While in this mode (the default mode), characters from the mosaic set are displayed in contiguous mode, ie, the six mosaic elements composing each mosaic character completely span their normal element areas.

**6.2.7.17 FLASH CURSOR.** This command turns on the cursor display and causes it to flash intermittently and may enable user input (see 6.2.6) and user activation of linked macros (see 5.5).

**6.2.7.18 STEADY CURSOR.** This command turns on the cursor display, which remains constantly visible and may enable user input (see 6.2.6) and user activation of linked macros (see 5.5).

**6.2.7.19 CURSOR OFF.** This command causes the cursor to be made invisible (default mode). Note that the cursor still functions and moves as usual; it is just not visible while in this mode. Whether CURSOR OFF disables or buffers or has no effect on user input (see 6.2.6) and/or disables or has no effect on user activation of linked macros (see 5.5) is implementation-dependent.

### 6.2.8 OTHER CONTROLS

**6.2.8.1 BLINK START.** This command creates a blink process in which: the blink-from color is the drawing color; the blink-to color is nominal black in color modes 0 and 1 or the background color in color mode 2; the on and off intervals are implementation-dependent; and the phase delay is 0.

In color mode 0 the C1 BLINK START command establishes an automatic process that implicitly defines a blinking color. Note that objects drawn with the previous drawing color will remain not blinking, but objects subsequently drawn with the new drawing color will blink. If the drawing color is changed, the old color remains blinking and the new drawing color does not blink.

**6.2.8.2 BLINK STOP.** This command (the default condition) turns off any currently active blink processes utilizing the drawing color as the blink-from color.

**6.2.8.3 EXTENDED DEVICE CONTROLS (EDC1, EDC2, EDC3, and EDC4).** The precise meanings of EDC1, EDC2, EDC3, and EDC4 are reserved for future standardization, and are executed as null operations.

Exhibit 4
Page 000184

FLEMING 000124

## 7.  Graphic Character Repertoire

**7.1**    The repertoire of graphic characters and their coded representations are specified by Tables 18 to 26 and the characters of Table 27 when combined with SPACE.  The nonspacing characters of Table 27 may be used in combination with any graphic character of the repertoire, including an accented character.  However, such combinations or other combinations (such as using APB or other positioning commands) do not constitute characters of the repertoire.  Any character of the graphic character repertoire shall be displayed in all color modes.  This may require special attention in color mode 2 and in reverse video mode.  The presentation of characters that are not in the graphic character repertoire is implementation dependent.

**7.2**    In Tables 18 to 27, the Coded Representation column specifies the coded representation of the graphic characters for the 7-bit and 8-bit environments. The symbol S is used to identify that the immediately following bit combination represents an element of the supplementary set.  In the tables, the coded representations without the symbol S refer to characters in the primary set.  Where the coded representation consists of 2-bit combinations (eg, lower case a with acute accent: S 4/2  6/1), the left bit combination shall precede the right one in the information interchange.  In 7-bit and 8-bit environments, the elements of the primary set are represented by bit combinations in the range 2/1 to 7/14.  In the 7-bit environment, elements of the supplementary set shall be represented by SS2 or SS3 followed by 2/1 to 7/14 when the supplementary set is designated as G2 or G3, respectively.   In the 8-bit environment, elements of the supplementary set shall be represented either by SS2 followed by 2/1 to 7/14 when the supplementary set is designated as G2 or as 10/1 to 15/14 when the supplementary set is invoked into GR.  The actual number of bit combinations needed to code accented characters depends on the invocation sequence required (if any) to invoke the supplementary and primary sets.  The invocation sequence for the primary set may occur after the supplementary character, in the coding of accented characters.  This character repertoire is based on ANSI X3.4-1977, CSA Z243.4-1973, ISO 646-1983, CCITT S.100-1980, and ISO 6937-1982.

**7.3**    In Tables 18 to 27, the coded representations merely refer to the primary set and supplementary set without reference as to which G-sets these two sets are designated and invoked into.  In this standard, the primary set can be designated and invoked as a G0, G1, G2, or G3 set, with G0 as the default and the supplementary set can be designated and invoked as G0, G1, G2 or G3 set, with G2 as default.

Exhibit 4
Page 000185

FLEMING 000125

ANSI Standard X3.110-1983/CSA Standard T500-1983

## Table 18
### Latin Alphabetic Characters

| Graphic | Name or Description | Coded Representation |
|---|---|---|
| a | lower case a | 6/1 |
| A | upper case A | 4/1 |
| á | lower case a with acute accent | S 4/2  6/1 |
| Á | upper case A with acute accent | S 4/2  4/1 |
| à | lower case a with grave accent | S 4/1  6/1 |
| À | upper case A with grave accent | S 4/1  4/1 |
| â | lower case a with circumflex accent | S 4/3  6/1 |
| Â | upper case A with circumflex accent | S 4/3  4/1 |
| ä | lower case a with diaeresis or umlaut mark | S 4/8  6/1 |
| Ä | upper case A with diaeresis or umlaut mark | S 4/8  4/1 |
| ã | lower case a with tilde | S 4/4  6/1 |
| Ã | upper case A with tilde | S 4/4  4/1 |
| ă | lower case a with breve | S 4/6  6/1 |
| Ă | upper case A with breve | S 4/6  4/1 |
| å | lower case a with ring | S 4/10  6/1 |
| Å | upper case A with ring | S 4/10  4/1 |
| ā | lower case a with macron | S 4/5  6/1 |
| Ā | upper case A with macron | S 4/5  4/1 |
| ą | lower case a with ogonek | S 4/14  6/1 |
| Ą | upper case A with ogonek | S 4/14  4/1 |

*(Continued)*

Exhibit 4
Page 000186

FLEMING 000126

Videotex/Teletext Presentation Level Protocol Syntax
(North American PLPS)                                                                                                                            111

## Table 18 (Continued)

| Graphic | Name or Description | Coded Representation |
|---|---|---|
| æ | lower case æ dipthong | S 7/1 |
| Æ | upper case Æ dipthong | S 6/1 |
| b | lower case b | 6/2 |
| B | upper case B | 4/2 |
| c | lower case c | 6/3 |
| C | upper case C | 4/3 |
| ć | lower case c with acute accent | S 4/2  6/3 |
| Ć | upper case C with acute accent | S 4/2  4/3 |
| ĉ | lower case c with circumflex accent | S 4/3  6/3 |
| Ĉ | upper case C with circumflex accent | S 4/3  4/3 |
| č | lower case c with caron | S 4/15  6/3 |
| Č | upper case C with caron | S 4/15  4/3 |
| ċ | lower case c with dot | S 4/7  6/3 |
| Ċ | upper case C with dot | S 4/7  4/3 |
| ç | lower case c with cedilla | S 4/11  6/3 |
| Ç | upper case C with cedilla | S 4/11  4/3 |
| d | lower case d | 6/4 |
| D | upper case D | 4/4 |
| ď or d́ | lower case d with caron | S 4/15  6/4 |
| Ď | upper case D with caron | S 4/15  4/4 |

*(Continued)*

Exhibit 4
Page 000187

ANSI Standard X3.110-1983/CSA Standard T500-1983

## Table 18 (Continued)

| Graphic | Name or Description | Coded Representation |
|---------|--------------------|--------------------|
| đ | lower case d with stroke | S 7/2 |
| Đ | upper case D with stroke, Icelandic eth | S 6/2 |
| ð | lower case eth, Icelandic | S 7/3 |
| e | lower case e | 6/5 |
| E | upper case E | 4/5 |
| é | lower case e with acute accent | S 4/2  6/5 |
| É | upper case E with acute accent | S 4/2  4/5 |
| è | lower case e with grave accent | S 4/1  6/5 |
| È | upper case E with grave accent | S 4/1  4/5 |
| ê | lower case e with circumflex accent | S 4/3  6/5 |
| Ê | upper case E with circumflex accent | S 4/3  4/5 |
| ë | lower case e with diaeresis or umlaut mark | S 4/8  6/5 |
| Ë | upper case E with diaeresis or umlaut mark | S 4/8  4/5 |
| ě | lower case e with caron | S 4/15  6/5 |
| Ě | upper case E with caron | S 4/15  4/5 |
| ė | lower case e with dot | S 4/7  6/5 |
| Ė | upper case E with dot | S 4/7  4/5 |
| ē | lower case e with macron | S 4/5  6/5 |
| Ē | upper case E with macron | S 4/5  5/5 |
| ę | lower case e with ogonek | S 4/14  6/5 |
| Ę | upper case E with ogonek | S 4/14  4/5 |

*(Continued)*

Exhibit 4
Page 000188

FLEMING 000128

Videotex/Teletext Presentation Level Protocol Syntax
(North American PLPS)

113

## Table 18 (Continued)

| Graphic | Name or Description | Coded Representation |
|---|---|---|
| f | lower case f | 6/6 |
| F | upper case F | 4/6 |
| g | lower case g | 6/7 |
| G | upper case G | 4/7 |
| ǵ | lower case g with acute accent | S 4/2  6/7 |
| ĝ | lower case g with circumflex accent | S 4/3  6/7 |
| Ĝ | upper case G with circumflex accent | S 4/3  4/7 |
| ğ | lower case g with breve | S 4/6  6/7 |
| Ğ | upper case G with breve | S 4/6  4/7 |
| ġ | lower case g with dot | S 4/7  6/7 |
| Ġ | upper case G with dot | S 4/7  4/7 |
| Ģ | upper case G with cedilla | S 4/11  4/7 |
| h | lower case h | 6/8 |
| H | upper case H | 4/8 |
| ĥ | lower case h with circumflex accent | S 4/3  6/8 |
| Ĥ | upper case H with circumflex accent | S 4/3  4/8 |
| ħ | lower case h with stroke | S 7/4 |
| Ħ | upper case H with stroke | S 6/4 |
| i | lower case i | 6/9 |
| I | upper case I | 4/9 |
| í | lower case i with acute accent | S 4/2  6/9 |
| Í | upper case I with acute accent | S 4/2  4/9 |

*(Continued)*

Exhibit 4
Page 000189

FLEMING 000129

ANSI Standard X3.110-1983/CSA Standard T500-1983

Table 18 (Continued)

| Graphic | Name or Description | Coded Representation |
|---|---|---|
| ì | lower case i with grave accent | S 4/1  6/9 |
| Ì | upper case I with grave accent | S 4/1  4/9 |
| î | lower case i with circumflex accent | S 4/3  6/9 |
| Î | upper case I with circumflex accent | S 4/3  4/9 |
| ï | lower case i with diaeresis or umlaut mark | S 4/8  6/9 |
| Ï | upper case I with diaeresis or umlaut mark | S 4/8  4/9 |
| ĩ | lower case i with tilde | S 4/4  6/9 |
| Ĩ | upper case I with tilde | S 4/4  4/9 |
| İ | upper case I with dot | S 4/7  4/9 |
| ī | lower case i with macron | S 4/5  6/9 |
| Ī | upper case I with macron | S 4/5  4/9 |
| į | lower case i with ogonek | S 4/14  6/9 |
| Į | upper case I with ogonek | S 4/14  4/9 |
| ij | lower case ij ligature | S 7/6 |
| IJ | upper case IJ ligature | S 6/6 |
| ı | lower case i without dot | S 7/5 |
| j | lower case j | 6/10 |
| J | upper case J | 4/10 |
| ĵ | lower case j with circumflex accent | S 4/3  6/10 |
| Ĵ | upper case J with circumflex accent | S 4/3  4/10 |
| k | lower case k | 6/11 |
| K | upper case K | 4/11 |

(Continued)

Exhibit 4
Page 000190

Videotex/Teletext Presentation Level Protocol Syntax
(North American PLPS)

115

## Table 18 (Continued)

| Graphic | Name or Description | Coded Representation |
|---------|---------------------|---------------------|
| ķ | lower case k with cedilla | S 4/11  6/11 |
| Ķ | upper case K with cedilla | S 4/11  4/11 |
| ĸ | lower case k, Greenlandic | S 7/0 |
| l | lower case l | 6/12 |
| L | upper case L | 4/12 |
| ĺ | lower case l with acute accent | S 4/2  6/12 |
| Ĺ | upper case L with acute accent | S 4/2  4/12 |
| ľ or ĺ | lower case l with caron | S 4/15  6/12 |
| Ľ or Ĺ | upper case L with caron | S 4/15  4/12 |
| ļ | lower case l with cedilla | S 4/11  6/12 |
| Ļ | upper case L with cedilla | S 4/11  4/12 |
| ł | lower case l with stroke | S 7/8 |
| Ł | upper case L with stroke | S 6/8 |
| l· | lower case l with middle dot | S 7/7 |
| Ł· | upper case L with middle dot | S 6/7 |
| m | lower case m | 6/13 |
| M | upper case M | 4/13 |
| n | lower case n | 6/14 |
| N | upper case N | 4/14 |
| ń | lower case n with acute accent | S 4/2  6/14 |
| Ń | upper case N with acute accent | S 4/2  4/14 |

*(Continued)*

Exhibit 4
Page 000191

FLEMING 000131

ANSI Standard X3.110-1983/CSA Standard T500-1983

## Table 18 (Continued)

| Graphic | Name or Description | Coded Representation |
|---------|--------------------|--------------------|
| ñ | lower case n with tilde | S 4/4  6/14 |
| Ñ | upper case N with tilde | S 4/4  4/14 |
| ň | lower case n with caron | S 4/15  6/14 |
| Ň | upper case N with caron | S 4/15  4/14 |
| ņ | lower case n with cedilla | S 4/11  6/14 |
| Ņ | upper case N with cedilla | S 4/11  4/14 |
| ŋ | lower case eng, Lapp | S 7/14 |
| ŋ | upper case eng, Lapp | S 6/14 |
| 'n | lower case n with apostrophe | S 6/15 |
| o | lower case o | 6/15 |
| O | upper case O | 4/15 |
| ó | lower case o with acute accent | S 4/2  6/15 |
| Ó | upper case O with acute accent | S 4/2  4/15 |
| ò | lower case o with grave accent | S 4/1  6/15 |
| Ò | upper case O with grave accent | S 4/1  4/15 |
| ô | lower case o with circumflex accent | S 4/3  6/15 |
| Ô | upper case O with circumflex accent | S 4/3  4/15 |
| ö | lower case o with diaeresis or umlaut mark | S 4/8  6/15 |
| Ö | upper case O with diaeresis or umlaut mark | S 4/8  4/15 |
| õ | lower case o with tilde | S 4/4  6/15 |
| Õ | upper case O with tilde | S 4/4  4/15 |

(Continued)

Exhibit 4
Page 000192

Table 18 (Continued)

| Graphic | Name or Description | Coded Representation |
|---|---|---|
| ő | lower case o with double acute accent | S 4/13  6/15 |
| Ő | upper case O with double acute accent | S 4/13  4/15 |
| ō | lower case o with macron | S 4/5  6/15 |
| Ō | upper case O with macron | S 4/5  4/15 |
| œ | lower case œ ligature | S 7/10 |
| Œ | upper case Œ ligature | S 6/10 |
| ø | lower case o with slash | S 7/9 |
| Ø | upper case O with slash | S 6/9 |
| p | lower case p | 7/0 |
| P | upper case P | 5/0 |
| q | lower case q | 7/1 |
| Q | upper case Q | 5/1 |
| r | lower case r | 7/2 |
| R | upper case R | 5/2 |
| ŕ | lower case r with acute accent | S 4/2  7/2 |
| Ŕ | upper case R with acute accent | S 4/2  5/2 |
| ř | lower case r with caron | S 4/15  7/2 |
| Ř | upper case R with caron | S 4/15  5/2 |
| ŗ | lower case r with cedilla | S 4/11  7/2 |
| Ŗ | upper case R with cedilla | S 4/11  5/2 |
| s | lower case s | 7/3 |
| S | upper case S | 5/3 |

(Continued)

Exhibit 4
Page 000193

FLEMING 000133

## Table 18 (Continued)

| Graphic | Name or Description | Coded Representation |
|---|---|---|
| ś | lower case s with acute accent | S 4/2  7/3 |
| Ś | upper case S with acute accent | S 4/2  5/3 |
| ŝ | lower case s with circumflex accent | S 4/3  7/3 |
| Ŝ | upper case S with circumflex accent | S 4/3  5/3 |
| š | lower case s with caron | S 4/15  7/3 |
| Š | upper case S with caron | S 4/15  5/3 |
| ş | lower case s with cedilla | S 4/11  7/3 |
| Ş | upper case S with cedilla | S 4/11  5/3 |
| ß | lower case sharp s, German | S 7/11 |
| t | lower case t | 7/4 |
| T | upper case T | 5/4 |
| ť or ţ | lower case t with caron | S 4/15  7/4 |
| Ť | upper case T with caron | S 4/15  5/4 |
| ţ | lower case t with cedilla | S 4/11  7/4 |
| Ţ | upper case T with cedilla | S 4/11  5/4 |
| ŧ | lower case t with stroke | S 7/13 |
| Ŧ | upper case T with stroke | S 6/13 |
| þ | lower case thorn, Icelandic | S 7/12 |
| Þ | upper case thorn, Icelandic | S 6/12 |
| u | lower case u | 7/5 |
| U | upper case U | 5/5 |

*(Continued)*

Exhibit 4
Page 000194

FLEMING 000134

### Table 18 (Continued)

| Graphic | Name or Description | Coded Representation |
|---------|---------------------|---------------------|
| ú | lower case u with acute accent | S 4/2  7/5 |
| Ú | upper case U with acute accent | S 4/2  5/5 |
| ù | lower case u with grave accent | S 4/1  7/5 |
| Ù | upper case U with grave accent | S 4/1  5/5 |
| û | lower case u with circumflex accent | S 4/3  7/5 |
| Û | upper case U with circumflex accent | S 4/3  5/5 |
| ü | lower case u with diaeresis or umlaut mark | S 4/8  7/5 |
| Ü | upper case U with diaeresis or umlaut mark | S 4/8  5/5 |
| ũ | lower case u with tilde | S 4/4  7/5 |
| Ũ | upper case U with tilde | S 4/4  5/5 |
| ŭ | lower case u with breve | S 4/6  7/5 |
| Ŭ | upper case U with breve | S 4/6  5/5 |
| ű | lower case u with double acute accent | S 4/13  7/5 |
| Ű | upper case U with double acute accent | S 4/13  5/5 |
| ů | lower case u with ring | S 4/10  7/5 |
| Ů | upper case U with ring | S 4/10  5/5 |
| ū | lower case u with macron | S 4/5  7/5 |
| Ū | upper case U with macron | S 4/5  5/5 |
| ų | lower case u with ogonek | S 4/14  7/5 |
| Ų | upper case U with ogonek | S 4/14  5/5 |
| v | lower case v | 7/6 |
| V | upper case V | 5/6 |

*(Continued)*

Exhibit 4
Page 000195

FLEMING 000135

### Table 18 (Continued)

| Graphic | Name or Description | Coded Representation |
|---------|---------------------|----------------------|
| w | lower case w | 7/7 |
| W | upper case W | 5/7 |
| ŵ | lower case w with circumflex accent | S 4/3  7/7 |
| Ŵ | upper case W with circumflex accent | S 4/3  5/7 |
| x | lower case x | 7/8 |
| X | upper case X | 5/8 |
| y | lower case y | 7/9 |
| Y | upper case Y | 5/9 |
| ý | lower case y with acute accent | S 4/2  7/9 |
| Ý | upper case Y with acute accent | S 4/2  5/9 |
| ŷ | lower case y with circumflex accent | S 4/3  7/9 |
| Ŷ | upper case Y with circumflex accent | S 4/3  5/9 |
| ÿ | lower case y with diaeresis or umlaut mark | S 4/8  7/9 |
| Ÿ | upper case Y with diaeresis or umlaut mark | S 4/8  5/9 |
| z | lower case z | 7/10 |
| Z | upper case Z | 5/10 |
| ź | lower case z with acute accent | S 4/2  7/10 |
| Ź | upper case Z with acute accent | S 4/2  5/10 |
| ž | lower case z with caron | S 4/15  7/10 |
| Ž | upper case Z with caron | S 4/15  5/10 |
| ż | lower case z with dot | S 4/7  7/10 |
| Ż | upper case Z with dot | S 4/7  5/10 |

Exhibit 4
Page 000196

FLEMING 000136

Table 19

Decimal Digits

| Graphic | Name or Description | Coded Representation |
|---------|---------------------|----------------------|
| 1 | digit 1 | 3/1 |
| 2 | digit 2 | 3/2 |
| 3 | digit 3 | 3/3 |
| 4 | digit 4 | 3/4 |
| 5 | digit 5 | 3/5 |
| 6 | digit 6 | 3/6 |
| 7 | digit 7 | 3/7 |
| 8 | digit 8 | 3/8 |
| 9 | digit 9 | 3/9 |
| 0 | digit 0 | 3/0 |

Table 20

Currency Signs

| Graphic | Name or Description | Coded Representation |
|---------|---------------------|----------------------|
| ¤ | general currency sign | S 2/8 |
| £ | pound sign | S 2/3 |
| $ | dollar sign | 2/4;  S 2/4 |
| ¢ | cent sign | S 2/2 |
| ¥ | yen sign | S 2/5 |

Exhibit 4
Page 000197

FLEMING 000137

ANSI Standard X3.110-1983/CSA Standard T500-1983

## Table 21

## Punctuation Marks

| Graphic | Name or Description | Coded Representation |
|---|---|---|
| | space | 2/0 |
| ! | exclamation point | 2/1 |
| ¡ | inverted exclamation point | S 2/1 |
| " | quotation mark | 2/2 |
| ' | apostrophe | 2/7 |
| ( | opening parenthesis (left parenthesis) | 2/8 |
| ) | closing parenthesis (right parenthesis) | 2/9 |
| , | comma | 2/12 |
| ___ | underline | 5/15 |
| - | hyphen, minus sign | 2/13 |
| . | period (decimal point) | 2/14 |
| / | slant (solidus) | 2/15 |
| : | colon | 3/10 |
| ; | semicolon | 3/11 |
| ? | question mark | 3/15 |
| ¿ | inverted question mark | S 3/15 |
| « | angle quotation marks left | S 2/11 |
| » | angle quotation marks right | S 3/11 |
| ' | single quotation mark left | S 2/9 |
| ' | single quotation mark right | S 3/9 |
| " | double quotation marks left | S 2/10 |
| " | double quotation marks right | S 3/10 |

Exhibit 4
Page 000198

FLEMING 000138

**Table 22**

**Arithmetic Signs**

| Graphic | Name or Description | Coded Representation |
|---------|--------------------|--------------------|
| + | plus sign | 2/11 |
| ± | plus/minus sign | S 3/1 |
| < | less than sign | 3/12 |
| = | equals sign | 3/13 |
| > | greater than sign | 3/14 |
| ÷ | divide sign | S 3/8 |
| x | multiply sign | S 3/4 |

**Table 23**

**Subscripts and Superscripts**

| Graphic | Name or Description | Coded Representation |
|---------|--------------------|--------------------|
| 1 | superscript 1 | S 5/1 |
| 2 | superscript 2 | S 3/2 |
| 3 | superscript 3 | S 3/3 |

Exhibit 4
Page 000199

FLEMING 000139

Table 24

Fractions

| Graphic | Name or Description | Coded Representation |
|---------|---------------------|----------------------|
| 1/2 | fraction one-half | S 3/13 |
| 1/4 | fraction one-quarter | S 3/12 |
| 3/4 | fraction three-quarters | S 3/14 |
| 1/8 | fraction one-eighth | S 5/12 |
| 3/8 | fraction three-eighths | S 5/13 |
| 5/8 | fraction five-eighths | S 5/14 |
| 7/8 | fraction seven-eighths | S 5/15 |

Exhibit 4
Page 000200

## Table 25

### Miscellaneous Symbols

| Graphic | Name or Description | Coded Representation |
|---|---|---|
| # | number sign | 2/3; S 2/6 |
| % | per cent sign | 2/5 |
| & | ampersand | 2/6 |
| * | asterisk | 2/10 |
| @ | commercial at | 4/0 |
| [ | opening bracket (left square bracket) | 5/11 |
| \ | reverse slant (reverse solidus) | 5/12 |
| ] | closing bracket (right square bracket) | 5/13 |
| { | opening brace (left curly bracket) | 7/11 |
| \| | vertical line | 7/12 |
| } | closing brace (right curly bracket) | 7/13 |
| μ | micro sign | S 3/5 |
| Ω | ohm sign | S 6/0 |
| ° | degree sign | S 3/0 |
| o | masculine ordinal indicator | S 6/11 |
| a | feminine ordinal indicator | S 6/3 |
| § | section sign | S 2/7 |
| ¶ | paragraph sign, pilcrow | S 3/6 |
| · | middle dot | S 3/7 |
| ← | leftward arrow | S 2/12 |
| → | rightward arrow | S 2/14 |
| ↑ | upward arrow | S 2/13 |
| ↓ | downward arrow | S 2/15 |

(Continued)

Exhibit 4
Page 000201

FLEMING 000141

126                                           ANSI Standard X3.110-1983/CSA Standard T500-1983

**Table 25 (Continued)**

| Graphic | Name or Description | Coded Representation |
|---------|--------------------|--------------------|
| ® | registered sign | S 5/2 |
| © | copyright sign | S 5/3 |
| ™ | trade mark sign | S 5/4 |
| ♪ | musical note | S 5/5 |
| ` | grave accent | 6/0 |
| ^ | circumflex | 5/14 |
| ~ | tilde | 7/14 |
| ◿ | diagonal (see note 1) | S 5/8 |
| ◺ | reverse diagonal (see note 2) | S 5/9 |
| ◢ | filled diagonal (see note 3) | S 5/10 |
| ◣ | filled reverse diagonal (see note 4) | S 5/11 |
| ⊞ | cross (see note 5) | S 6/5 |
| ⊟ | full horizontal line (see note 6) | S 5/6 |
| �III | full vertical line (see note 7) | S 5/7 |
| ▬ | horizontal bar (see note 8) | S 5/0 |

**Notes:**
*(1)   The diagonal extends from the lower left corner of the character field to the upper right corner of the character field.*

*(2)   The reverse diagonal extends from the lower right corner of the character field to the upper left corner of the character field.*

*(3)   The filled diagonal is a filled triangle occupying the lower right half of the character field.*

*(4)   The filled reverse diagonal is a filled triangle occupying the lower left half of the character field.*

*(Continued)*

Exhibit 4
Page 000202

FLEMING 000142

**Table 25 (Continued)**

*(5)   The cross character is equivalent to overlaying the full horizontal
line character with the full vertical line character.*

*(6)   The full horizontal line extends from the middle of the left edge
of the character field to the middle of the right edge of the character field.*

*(7)   The full vertical line extends from the middle of the bottom edge
of the character field to the middle of the top edge of the character field.*

*(8)   The typical graphic representation of the horizontal bar is a horizontal
line about level with the middle of a capital letter.*

*The rectangles surrounding the characters described by notes (1) to (7) above
are for illustrative purposes only and are not part of the graphic symbols.*

Exhibit 4
Page 000203

FLEMING 000143

### Table 26

### Diacritical Marks

| Graphic | Name or Description | Coded Representation |
|---------|--------------------|----------------------|
| ´ | acute accent | S 4/2 2/0 |
| ` | grave accent | S 4/1 2/0 |
| ^ | circumflex | S 4/3 2/0 |
| ~ | tilde | S 4/4 2/0 |
| ¨ | diaeresis or umlaut mark | S 4/8 2/0 |
| ¸ | cedilla | S 4/11 2/0 |
| ̨ | ogonek | S 4/14 2/0 |
| ˘ | breve | S 4/6 2/0 |
| ˇ | caron | S 4/15 2/0 |
| ˝ | double acute accent | S 4/13 2/0 |
| ˙ | dot | S 4/7 2/0 |
| ¯ | macron | S 4/5 2/0 |
| ° | ring | S 4/10 2/0 |

*Note: The grave accent, circumflex, and tilde marks are also coded as 6/0, 5/14, and 7/14 respectively.*

Exhibit 4
Page 000204

FLEMING 000144

Table 27

Miscellaneous Nonspacing Characters

| Graphic | Name or Description | Code Representation |
|---|---|---|
| ☐ | nonspacing underline | S 4/12 |
| — | nonspacing vector overbar | S 4/0 |
| / | nonspacing slant | S 4/9 |

*Note:* *The graphic representation of nonspacing vector overbar is that of a vector arrow at just above the top of a capital letter. When nonspacing underline, nonspacing vector overbar, and nonspacing slant are used, their coded representations precede those of the characters in Tables 18 through 26.*

*The rectangle surrounding the nonspacing underline is for illustrative purposes only and is not part of the graphic symbol.*

Exhibit 4
Page 000205

FLEMING 000145

## 8. Conformance Requirements

**8.1 General.**  This standard provides a coding scheme by which specific information may be conveyed and correctly interpreted regardless of the hardware dependencies of particular receiving device configurations.  This provides manufacturers and information providers with the flexibility to develop a range of products and service offerings to address different segments of the market.  However, the existence of ranges of service causes problems both for the manufacturer and for the information provider. Receiving display device manufacturers may wish to interpret and display only the information that their products can handle, whereas information providers may wish all receiving devices to display all the information in a consistent manner.  These conformance requirements attempt to meet these separate objectives in a reasonable manner.

The conformance requirements specified here can be generally described as defining the rules (syntax) for conforming interchange at the coding interface, as well as the execution (semantics) to be applied by a conforming presentation process.  In order to ensure consistent and reliable interchange in both directions across the coding interface, it is essential that all interchange be in full compliance with the syntactical rules as defined in this standard (see Figure 66).  It is only in the area of semantic execution that a range of physical properties and display capabilities is possible, and thus requirements are necessary to define conformance.



**Figure 66**

**Relationship of Conforming Entities**

It is recognized that evolving technology and market forces may determine an implementation appropriate to particular segments of the videotex/teletext industry.  These implementations are to be known as service reference models (SRM's), which are not part of this standard.  A general SRM for videotex and a general SRM for teletext are in Appendix D and should serve as a guideline in defining additional SRM's.

Exhibit 4
Page 000206

FLEMING 000146

## 8.2 Conforming Interchange

**8.2.1**   The data stream comprising the exchange of presentation information across the coding interface is subject to certain syntactical restrictions in order to be conforming interchange according to this standard.   Conforming interchange:

(1)   Shall be a sequence of 7-bit or 8-bit bit combinations following the syntactic formats described throughout the body of this standard.

(2)   Shall not include any byte or value reserved for future standardization by this standard.   This is intended to facilitate forward compatibility with any future versions of this standard.

(3)   Shall not include any bit combinations allocated by this standard for any purpose other than that defined in this standard, unless they represent functions or elements of other code sets that have been invoked by code extension according to ISO 2022-1982, subject to mutual agreement between interchange parties.

(4)   Shall not include sequences that would result in an undefined presentation process or those which are indicated as errors in this standard; for example, a drawing point shall not be placed outside the unit screen.

(5)   Shall immediately follow sequences that result in an implementation dependent state of the presentation process, with those sequences that will reestablish the presentation process to a known state.   For example, the positioning with respect to automatic APR APD, word wrap, and proportional spacing is implementation-dependent.   Conforming interchange shall re-establish the position of the cursor and the graphic drawing point if tied to the cursor.

## 8.3 Conforming Presentation Process

**8.3.1**   Hereafter, the following definitions apply:

(1)   *Recognize* means to determine the syntactic form of a code sequence.

(2)   *Execute* means to process a code sequence to allow the display of information conveyed by the code sequence, if presented, and by subsequent code sequences, as specified in this standard (eg, computation of positional information).

(3)   *Present* means to display the information conveyed by a code sequence, and, in the case of a control function, to display subsequent information affected by the control function.

**8.3.2**   A receive presentation process conforming to this standard shall be capable of receiving all interchange and recognizing whether or not it is conforming (as defined in 8.2).   Nonconforming interchange shall be ignored, unless otherwise specified in this standard.   This is intended to facilitate backward compatibility in any future versions of this standard.

Exhibit 4
Page 000207

FLEMING 000147

**8.3.3**  A receiving display device conforming to this standard:

(1)  Shall execute all code extension sequences defined in this standard.

(2)  Shall execute and present all 94 characters of the primary set consistent with the text attributes implemented.

(3)  Shall execute all remaining characters of the graphic character repertoire (see 7.1) and present them exactly or in an approximate form or as a symbol(s) that cannot be confused with any character in the graphic character repertoire.

(4)  Shall execute and present all geometric graphic primitives (ie, POINT, LINE, ARC, RECTANGLE, POLYGON, and INCREMENTAL), shall execute and present the control function RESET, and shall execute the control functions DOMAIN and WAIT.

(5)  Shall execute all discrete values of the attribute control functions which affect the recognition and execution of subsequent code sequences, ie, single-value operand length (1 to 4), multi-value operand length (1 to 8), dimensionality (2, 3), and color modes (0, 1, and 2).

(6)  Shall execute all other control codes from the PDI set and shall present them consistently with the attributes implemented.

(7)  Shall execute and present all 65 codes of the mosaic set.

(8)  Shall execute and present all 96 macros, which are defined according to the procedures of this standard.

(9)  Shall execute and present all 96 DRCS characters, which are dynamically redefinable according to the procedure of this standard.

(10) Shall execute and present all C0 control functions defined in this standard.

(11) Shall execute all control codes from the C1 code set as defined in this standard, except for one-way services in which the following may not be required:  FLASH CURSOR, STEADY CURSOR, CURSOR OFF, PROTECT, and UNPROTECT.   The presentation of the C1 control codes is implementation-dependent except for REPEAT, REPEAT TO EOL, SCROLL ON, and SCROLL OFF, which shall be executed and presented.

Exhibit 4
Page 000208

FLEMING 000148

**8.3.4**   In a receiving display device conforming to this standard, attributes may be implemented to a variety of capabilities, as follows:

(1)  All parameters for drawing commands or attributes that are specified as continuous variables may be approximated with an implementation-dependent value or values, one value of which shall be the default value.

(2)  All parameters for drawing commands or attributes that may take on multiple (two or more) discrete values may be approximated with an implementation-dependent value or values, one value of which shall be the default value.

(3)  For the interpretation of all conforming interchange, the cursor and drawing point positions shall be calculated so as to minimize the accumulation of round-off error.

**8.3.5**   The default conditions of the attributes for all transmit and receive presentation processes conforming to this standard are summarized in Table 28.

Exhibit 4
Page 000209

FLEMING 000149

134                                    ANSI Standard X3.110-1983/CSA Standard T500-1983

Table 28

Default Conditions

| Parameters | Values |
|---|---|
| (a) Default condition on initialization and as reestablished by NSR. | |
| In-use table and active C- and G-sets: | As shown in Figures 4 and 6 |
| Color mode: | 0 |
| Drawing color: | White |
| Single-value length (color map address): | 1 byte |
| Multi-value length (coordinate data): | 3 bytes |
| Dimensionality: | 2 dimensions with Z = 0 |
| Logical pel size: | dx = 0, dy = 0 (origin at lower left) |
| Text rotation: | 0 degrees (relative to horizontal) |
| Character path: | To the right |
| Intercharacter spacing: | 1 (width of current character field) |
| Interrow spacing | 1 (height of current character field) |
| Move parameters: | Cursor and graphics drawing point move together. |
| Cursor and drawing point positions: | Undefined |
| Cursor style: | Underscore |
| Cursor display: | Off (invisible) |
| Character field dimensions: | dx = 1/40, dy = 5/128, consistent with the physical resolution |
| Line texture: | Solid |
| Highlight: | No highlight |
| Texture pattern: | Solid |
| Texture mask size: | dx = 1/40, dy = 5/128, consistent with the physical resolution |
| Active field: | The unit screen |
| Underline mode: | Off |
| Word wrap mode: | Off |
| Scroll mode: | Off |
| Reverse video mode: | Off |
| (b) Other default conditions on initialization. | |
| Color map: | Half grey scale, half saturated hues, as defined in 5.3.2.5.2 |
| Blink condition: | Off |
| Macros: | Null |
| DRCS: | Null |
| Programmable texture patterns: | Null |
| Unprotected fields: | None defined |

Exhibit 4
Page 000210

FLEMING 000150

## 9. Enhanced Capabilities

The future addition of enhanced capabilities is accommodated by the code extension techniques defined in this standard. New features could be grouped into logically consistent classes, which would then be used to define entire additional code sets that would be added to the existing repertory. The addition of new functionality within the C- and G-sets described herein beyond that already defined, for example, to PDI commands which are specified with fixed sequences or in commands indicated to be in error where the receiving device is to ignore the entire command, is reserved for future compatible extension to this standard.

Exhibit 4
Page 000211

FLEMING 000151

Appendix A

Layered Architecture Model

*Note:  This appendix is not a mandatory part of this standard.*

The Basic Reference Model for Open Systems Interconnection is described in ISO DIS 7498-1983.  A similar concept is also defined in CCITT (Provisional) Recommendation X.200.  The layered system architecture is an assembly of interrelated protocols required to define an entire communication system. The layered system architecture allows an "open systems interconnection" (ie, data exchange) between participating systems.  Each layer covers an independent aspect of a communications system in such a way that other protocols may be substituted at various layers in order to operate over different media.  Figure A1 illustrates the model.  The coding scheme described in this standard addresses itself to the user data conveyed by the presentation layer of the Basic Reference Model, and is independent of the protocols used to transfer data between systems.

Both videotex and teletext services make use of the same presentation layer protocol data syntax and semantics but may have different protocols at other layers.  The protocols for other layers for teletext are defined in CCIR Report 957, Characteristics of Teletext Systems, Document 11/5001-E, October 1981; Broadcast Specification BS-14, Department of Communications, Canada, Telecommunications Regulatory Service, June 1981; and the North American Basic Teletext Specification (NABTS).

The seven layers may be viewed in two major groupings.  Layers 1 to 4 treat the transference of data while layers 5 to 7 treat how the data is processed and used.

(1)  The physical layer provides mechanical, electrical and procedural functions in order to establish, maintain, and release physical connections.

(2)  The data link layer provides a data transmission link across one or several physical connections.  Error correction, sequencing, and flow control are performed in order to maintain data integrity.

(3)  The network layer provides routing, switching, and network access considerations in order to make invisible to the transport layer how underlying transmission resources are utilized.

(4)  The transport layer provides an end-to-end transparent virtual data circuit over one or several tandem network transmission facilities.

Exhibit 4
Page 000212

FLEMING 000152

(5) The session layer provides the means to establish a session connection and to support the orderly exchange of data and other related control functions for a particular communication service.

(6) The presentation layer provides the means to represent information in a data coding format in a way that preserves its meaning. The detailed coding formats for the scheme described in this document provide the basis of a presentation layer protocol data syntax for videotex, teletext, and related applications.

(7) The application layer is the highest layer in the reference model and the protocols of this layer provide the actual service sought by the end user. As an example, the information retrieval service commands of a videotex application form part of the application layer.

Exhibit 4
Page 000213

FLEMING 000153



Function

Provides appropriate
service for application

Provides data formatting

Provides service facilities
to the application

Provides for end-to-end data
transmission integrity

Switches and routes
information units

Provides transfer functions for
units of information to the other
end of the physical link

Transmits bit stream to
physical medium

END USER
APPLICATION
PROCESS

7 Application

6 Presentation

5 Session

4 Transport

3 Network

2 Data Link

1 Physical

Figure A1

The Seven Functionally Separate Layers of the OSI Model

Exhibit 4
Page 000214

FLEMING 000154

Appendix B

Coordinate System Concepts

*Note: This appendix is not a mandatory part of this standard.*

This standard makes use of the concept of the abstract Cartesian coordinate
system upon which all pictorial, textual, and incremental drawing operations
are defined. Normalized unit coordinates are used. In two dimensions, the
drawing plane consists of a square area, the unit screen, whose points along
the X and Y axes range from 0 (inclusive) to 1 (noninclusive). In three
dimensions, the drawing space consists of a cube whose points along the X, Y,
and Z axes also range from 0 to 1, where 0 is defined as the farthest point
along the Z axis from the viewer. No other details of the three-dimensional
mode have been defined.

Drawing commands and other operations make use of coordinate specifications
that are binary fractions of the unit screen. Drawing specifications outside
the unit screen either directly specified in the negative coordinate space
below or to the left of zero or specified by relative displacements outside the
unit screen are in error.

Coordinate specifications may be described to several levels of accuracy due
to their representations as fractions in this standard. These fractions are
written in the abstract terms of the unit drawing area only, in order not to
eliminate any possible implementations. However, these "natural" fractions
may not be exactly representable in the receiving device's "internal"
arithmetic, so some approximation is necessary. (Example - 1/40 is an
irrational fraction in binary representation.) This is done by eliminating
unrepresentable least significant bits by an implementation-dependent
truncation process. One way to achieve "consistent with the physical
resolution" for text and graphics, when a physical resolution of 256 pixels is
specified in the SRM, is to maintain at least 12 bits of precision in the
receiving device. For example, the NORMAL TEXT character width of 1/40 is
represented as 102/4096 at 12 bits of precision. Note that for higher physical
resolutions, correspondingly greater internal precision may be needed to
maintain consistency with the physical resolution.

Conceptually there are several numerical representations in use in this
communications process. First of all there is the theoretical or "natural"
infinite precision representation in which pictures are defined. This must be
represented within the limits of the syntax of this standard; that is, with a
specified DOMAIN for communications.

Within a receiving device, this numerical representation is mapped to the
"internal" precision of the device. Some precision may be lost at this stage.
Coordinates (or positions) are maintained in this internal resolution. Actual
drawing makes use of the physical display resolution. There is a mapping from
the internal representation to the physical representation with another
possible loss of precision.

Exhibit 4
Page 000215

FLEMING 000155

Those physical pixels are illuminated to which any portion of the internal representation of the drawing maps; for example, an internal representation of 12 bits accuracy might map to a physical resolution of 256 pixels (8 bits). The mapping in this case would simply be a truncation of the low order 4 bits. If the representations are not simply related by a power of 2, then the mapping is more complex.

The standard purposely does not specify relationships between the three representations, only that they must be consistent. This is to allow differing implementations to achieve the consistency specified in the SRM.

The standard is written in the abstract terms of the unit screen only, in order not to eliminate any possible implementation; however, this abstraction can cause confusion for the implementor and for the information provider. Since the service reference model for a particular service defines certain parameters such as resolution, it becomes possible to greatly clarify the actual display results that would occur on various types of hardware. An example is developed below that shows the physical display parameters that would result from the choice of a bit plane memory implementation with 256 pixels in the X axis and 4 bit planes of memory.

The standard indicates that the exact registration of the pictorial, textual, and photographic drawing techniques is only guaranteed to within certain limits. This is because, for certain display resolutions or when using certain display technologies, the number of physical display pixels does not exactly divide into the number of logical pels specified, that is, quantization error may result. Quantization error causes an effect similar to moiré patterns in optics, which may cause a severe degradation of a picture.

Jagged edges similar to those which occur in drawing line segments may occur in character drawing or elsewhere, primarily due to scaling transformations. This may be eliminated or minimized by various implementation techniques.

For example, examining the case of 256 physical pixels of resolution in each axis of a bit plane memory, one can map the unit screen of 0 (inclusive) to 1 (noninclusive) to it exactly. The binary representation of fractions map exactly to the pixel locations, with the result that a 45 degree line is smooth. Pixels must be square or very nearly square for there to be no appearance of geometric distortion. Circles must appear round. This means that in the vertical direction the physical pixels should align with the scan lines of the television display.

In the videotex and teletext SRM's, the default text size results in 40 characters per row and 20 rows guaranteed within the display area of a television display screen. The aspect ratio applies to the outer bounds of the television physical display screen. If a separate decoder and television display are used, then some allowance should be made in decoder design for overscan. See Society of Motion Picture and Television Engineers (SMPTE) Recommended Practice, Specifications for Safe Action and Safe Title Areas, Test Pattern for Television Systems, SMPTE RP 27.3-1972.

Exhibit 4
Page 000216

FLEMING 000156

The number 40 does not divide exactly into 256 and, when a character field width 1/40 of the unit screen is defined, there may be quantization error effects. For example, the 40 character positions might be defined to fit on the display screen in slightly fewer than 256 pixel elements in order to minimize quantization error effects.

Psychological studies have shown that the most readable characters in this size range are 6 pixels by 10 pixels. This, then, means that in the vertical direction 200 scan lines are required to produce 20 rows.

If pictures are drawn as pixel patterns using the INCREMENTAL POINT command, they cannot be scaled except by simple integer exact divisions or multiplications without resulting in quantization error. This means that such pictures may be reduced in size in a transformation from one piece of apparatus of one physical display density to another with a different and not simply related resolution. A similar effect causes the scaling of DRCS characters and definable texture masks to be limited to integer exact divisions or multiplications. Such scaling is required when a DRCS or texture mask is described by a character field or mask size that is greater than the physical limit implied by the memory size available.

The physical parameters for the display apparatus used in this example are:

(1)  256 pixels in the X axis by 200 pixels in the Y axis.

(2)  An aspect ratio of 0.78125.

(3)  Default character field physical dimensions of 102/4096 in X by 10/256 in Y.

Character sizes other than the default NORMAL text can also fit within this display area. Text of 32 character positions and 16 rows divides exactly into the 256 pixel positions in X and makes use of 192 scan lines in Y, with resulting physical character field dimensions of 12/256 in Y by 8/256 in X. Text of 40 character positions and 24 rows would result in 102/4096 in X by 8/256 in Y.

As another example, 240 physical pixels of resolution may be used over the full 0 to 1 range in the X axis, along with 200 pixels in the Y axis. The aspect ratio of 0.78125 remains the same as in the previous example. The default character field physical dimensions are 6/240 in the X axis by 10/256 in the Y axis. This yields exactly 40 columns of characters. The transformation from binary fraction specifications of coordinates into 240 physical pixels may not be exact and may result in quantization error.

Since the numbers used in the above examples may apply to the SRM(s), they can be used as a guideline for information providers to define pictures.

Exhibit 4
Page 000217

FLEMING 000157

Appendix C

Code Extension and 7-Bit/8-Bit Transform

*Note: This appendix is not a mandatory part of this standard.*

ISO 2022-1982, Information Processing— 7-Bit and 8-Bit Coded Character Sets—Code Extension Techniques (the corresponding ANSI and CSA standards are ANSI X3.41-1974 and CSA Z243.35-1976, respectively), specifies the structure of 7-bit and 8-bit coded character environments (see 4.3). Code extension refers to the means to represent more graphic characters and control functions than 128 or 256 in 7-bits or 8-bits, respectively. There are two means of extension: (1) changing the interpretation of a C- or G-set by invoking a different set, and (2) representing a graphic character or control function as a sequence of bytes. The first character of such a sequence is called an introducer since it alters the interpretation of following bytes. Each introducer has a specified syntax for following bytes.

In this standard, the sequences listed in table C1 are used to represent graphic characters or functions.

Table C1
Introducers

| Name of Introducer | Syntax Examples | Reference |
|---|---|---|
| ESCAPE | ESC I . . . I F | 4.3.2 |
| SS2, SS3 | SS2 G | 4.3.2 |
| Nonspacing accent | G G | 5.2 |
| PDI opcode | P D . . . D | 5.3 |
| APS | APS G G | 6.1.2.4 |
| NSR | NSR G G | 6.1.6.5 |
| DEF MACRO, DEFP MACRO, DEFT MACRO, DEF DRCS DEF TEXTURE | DEF MACRO M . . . END | 6.2.2 |
| REPEAT | REPEAT G | 6.2.7.2 |

The standard also specifies an error recovery if an unexpected character is received in the sequence. The recovery is to treat the partial sequence as a null operation and to execute the offending character.

ISO 2022-1982 specifies an algorithm to transform between 7-bit and 8-bit environments while making minimal assumptions about the coded character sets being transformed. Such transformations are typically performed at gateways between services. The assumptions are:

(1)  C-sets are columns 0-1 and 8-9.

(2)  G-sets are columns 2-7 and 10-15.

(3)  The C0 set contains ESC, SO, and SI coded as 1/11, 0/14, and 0/15 respectively.

Exhibit 4
Page 000218

(4)   Additional locking shifts are coded as ESC 6/14, ESC 6/15, ESC 7/14, ESC 7/13, and ESC 7/12.

(5)   Any other C0 or C1 character may be an introducer.

The simplest 7-bit to 8-bit transform merely adds b8 = 0 to the data.  This means that GR is unused and C1 controls are represented as 2-byte ESC $F_e$ sequences.

Consider the following example following the ISO 2022 transform:

7-bits: SI 4/1  SO 2/1  SS2 3/1

When transformed to 8-bits that puts G0 in GL and G1 in GR:

8-bits: 4/1  10/1  SS2  11/1

The byte following the SS2 has b8 set to 1, since the data stream is still in the shift out (G1) state.  (The transform algorithm doesn't know about SS2 or any other introducers except ESC.)  This is why the standard specifies that the 8th bit, b8, is to be ignored in operand bytes following an introducer.

*Note: For the bytes following the single operand byte after DEF's up to the END, bit b8 is significant.*

Consider the following example where G0 is in GL and G1 is in GR:

8-bits: 4/1  10/1  SS2  3/1

When transformed to 7-bits:

7-bits: 4/1  SO  2/1  SS2  SI  3/1

The transform algorithm puts an SI before the 3/1 since the 8-bit data stream went from G1 (GR) to G0 (GL).  Thus a locking shift was introduced between the introducer and its operand byte.  The developers of the standard consider it too complex to require a receiving device to be able to handle locking shifts between an introducer and its one or two bytes of operand data, especially since many of the locking shifts are 2-byte escape sequences themselves.

A preferred 8-bit to 7-bit transform algorithm would be to treat all C0 and C1 characters as if they were introducers and to always insert a locking shift before any C-set character followed by a G-set character that required a shift.  This does require that the 8-bit to 7-bit transform algorithms buffer one character ahead.

Exhibit 4
Page 000219

## Appendix D

### A General Service Reference Model (SRM) for Videotex and a General Service Reference Model (SRM) for Teletext

**Note:** *This appendix is not a mandatory part of this standard.*

### Scope

These Service Reference Models (SRM's) define the sets of specific implementation requirements for the videotex and teletext services. These sets of requirements represent the maximum functionalities that the information provider should assume when encoding text and pictorial information. These sets also represent the minimum functionalities that a receiving display device manufacturer should implement in order to ensure the satisfactory display of text and pictorial information. Equipment and information interchange meeting the requirements of these SRM's shall also meet the Conformance Requirements of this standard.

The SRM's are combined in Table D1. The requirements are identical in practically all cases. Where they differ, the particular parameters for the videotex and teletext services are specified separately. The minor differences arise primarily because of the one-way nature of the teletext service versus the two-way nature of the videotex service. Certain features, such as UNPROTECTED FIELD, are meaningful only in the videotex service and are therefore not used in the teletext service.

The requirements listed in Table D1 define the functionalities guaranteed (by a receiving display device that meets the requirements of the respective SRM) to the information provider and service operator for the generation and display of information. Normally, it is expected that the information provider would create information and the manufacturer would produce receiving display devices meeting these requirements. However, the following variants may arise:

(1) The information provider may create information exceeding the respective SRM requirements. In such a case, a receiving display device meeting the SRM requirements may be expected to display the additional features in a reasonably satisfactory manner. However, such display is not always guaranteed. For example, the information provider may reasonably use a color palette of 4096 colors if they are selected so that receiving display devices having a color palette of only 512 colors give a satisfactory display.

Exhibit 4
Page 000220

FLEMING 000160

(2)  A receiving display device may exceed the requirements of the respective SRM.  Such a receiving display device may produce a more pleasing display which does not depend upon direct utilization of the additional requirements in the information created by the information provider.  For example, a receiving display device that has a horizontal resolution of 512 pixels may produce more pleasing images than a receiving display device with a horizontal resolution of 256 pixels, even though the information provider is using an address range of only 256 pixels.

(3)  A receiving display device may implement features to a lesser extent than defined in the Service Reference Model and still conform to this standard just as a monochrome television set conforms to the National Television System Committee (NTSC) color television standard.  It is cautioned that in such a case some information may be lost just as a monochrome television receiver loses the color information.  Analogously, in both cases these standards have been organized in such a way that the essence of the information is preserved.

The parameters listed in Table D1 have been identified as necessary to define an SRM for videotex and an SRM for one-way teletext.  The conformance section of this standard indicates which functions shall be executed and presented exactly and which can be presented in an approximate form.



**Figure D1**

**Character Field Layout**

Exhibit 4
Page 000221

FLEMING 000161

ANSI Standard X3.110-1983/CSA Standard T500-1983

### Table D1

### General Videotex and Teletext Service Reference Models (SRM's)

| | Functions | Requirements |
|---|---|---|
| 1. | Code extension sequences | All code extension sequences defined in this standard (consistent with the lower layers of the service) shall be executed (see 8.3.3(1)). |
| 2. | Primary character set | All 94 primary characters shall be uniquely presented for character field sizes greater than or equal to dx = 6/256, dy = 8/256 (see 8.3.3(2)). The offset of the visual font baseline, ie, the apparent bottom of upper case alphabetic characters (see Figure D1) shall be 20% of the height (dy) of the current character field size, consistent with the physical resolution. The accent space (see Figure D1) shall be sufficient for a discernible, but not necessarily distinguishable, display. It is recommended that, if possible, the font be centered within the character field, leaving an equal amount of visual interfont space to the left and right of the font, but in any case, there shall be some such space to the right of the font. All other aspects of the character font are implementation-dependent. |
| 3. | All remaining characters of the graphic character repertoire | All remaining characters of the graphic character repertoire (see 7.1) shall be presented. Character font shall be visually consistent with the primary character set but depends on implementation (see 8.3.3(3)). |
| 4. | PDI set, geometric drawing primitives | All geometric drawing primitives shall be executed and presented as specified in 8.3.3(4). The limit on the number of vertices in a polygon and in a spline shall be 256. (See 5.3.3.3.1, 5.3.3.5.1. and 5.3.3.6.5) |

*(Continued)*

Exhibit 4
Page 000222

FLEMING 000162

## Table D1 (Continued)

| | Functions | Requirements |
|---|---|---|
| 5. | PDI set, attribute control functions | All attribute control functions shall be executed as specified in 8.3.3(4), (5), and (6), and presented as below: |
| | (1) DOMAIN | |
| | (a) Single-value operand length | All single-value operand lengths shall be executed. |
| | (b) Multi-value operand length | All multi-value operand lengths shall be executed. |
| | (c) Dimensionality | Shall execute and present both the two and the three-dimensional modes. However, the third dimension shall be ignored when in the three-dimensional mode. |
| | (d) Logical pel | The full range of logical pel heights and widths, consistent with the physical resolution, shall be executed and presented. |
| | (e) Drawing execution | The position of the drawing point and cursor shall be maintained, consistent with the physical resolution (see Item 10 of this Table and Appendix B). |
| | (2) TEXT | |
| | (a) Character rotation | All four orientations (ie, 0 degrees, 90 degrees, 180 degrees, and 270 degrees) shall be executed and presented. |
| | (b) Character path movement | All four directions (ie, left, right, up, and down) shall be executed and presented. |
| | (c) Intercharacter spacing | All four spacings (ie, 1, 5/4, 3/2, and proportional) shall be executed and presented, consistent with the physical resolution. The spacing of proportional spacing is implementation-dependent, as font is not defined. |
| | (d) Interrow spacing | All four spacings (ie, 1, 5/4, 3/2, and 2) shall be executed and presented, consistent with the physical resolution. |
| | (e) Move attributes | All four attribute combinations (ie, move together, cursor leads, drawing point leads, and move independently) shall be executed. |

*(Continued)*

Exhibit 4
Page 000223

FLEMING 000163

## Table D1 (Continued)

| Functions | Requirements |
|---|---|
| (f) Cursor style | All four styles (ie, underscore, block, cross-hair, and custom) shall be executed and presented. |
| (g) Character field sizes | All character field sizes greater than or equal to dx = 6/256, dy = 8/256 (see Appendix B) shall be executed and presented consistent with the physical resolution, which includes the following character display formats (column x row): 40 x 24, 40 x 20, 40 x 10, 32 x 16, 20 x 10. |
| (3) TEXTURE | |
| (a) Line texture | All four textures (ie, solid, dotted, dashed, and dotted-dashed) shall be presented. |
| (b) Texture pattern | All four defined masks (ie, solid, vertical hatching, horizontal hatching, and cross-hatching) shall be presented. The four programmable texture masks shall be presented up to a resolution of 16 x 16 stored elements. |
| (c) Highlight | The highlight attribute shall be executed as specified in 5.3.2.4.3 in all color modes. |
| (4) COLOR | All color modes (ie, 0, 1, and 2) shall be presented. Sixteen simultaneous colors out of a set of 512 obtained by allocating three bits each to G R & B shall be available. The exact values of the default colors are not guaranteed due to the round off errors in the color equation (see 5.3.2.5.2). The reference for the chrominance and luminance of the primary colors is that defined by the NTSC system (FCC Rules and Regulations, Part 73 Radio Broadcast Services, Subpart E). |
| (5) BLINK | BLINK commands from the PDI set and the C1 set shall be executed and presented. Sixteen blink processes shall be available. |

*(Continued)*

Exhibit 4
Page 000224

FLEMING 000164

## Table D1 (Continued)

| Functions | Requirements |
|-----------|--------------|
| (6)  WAIT | Videotex:  The duration of a minimum wait interval (operand of zero, see 5.3.2.8.2) shall be between 0 and 1/10 s, inclusive. |
|           | Teletext:  The duration of a minimum wait interval (operand of zero, see 5.3.2.8.2) shall be between two complete TV fields (approximately 1/30 s) and three complete TV fields, inclusive. |
| (7)  RESET | This command shall be executed and presented as described in 5.3.2.9. |
| 6.  Mosaic set | All separated and contiguous mosaics shall be uniquely presented for character field sizes greater than or equal to dx = 6/256, dy = 8/256 (see 8.3.3(7)). |
| 7.  Macro set | The number of macros definable shall be 96, subject to memory limitation.  Macros may be accessed by user input mechanisms, for example, keys. Transmit-macros that are linked to user input are always available for user activation.  Other macros that are linked to user input are only available for user activation when the cursor is on. Execution of a macro by user activation may result in an implementation-dependent state of the receive presentation process. A macro activated in this manner shall be executed in a contiguous sequence to completion.  It is the responsibility of the service provider to restore the receiving device to a known state, if desired. |
|           | Videotex:  A minimum of eight such linkages is required to activate macros 2/0 to 2/7.  It is recommended that the service provider define nonlinked macros starting at 7/15. A linkage may be represented, for example, by an individual key or a keying sequence.  A transmit-macro shall be considered as a communication to a host computer (see 8.3.3(8)). |

*(Continued)*

Exhibit 4
Page 000225

FLEMING 000165

ANSI Standard X3.110-1983/CSA Standard T500-1983

## Table D1(Continued)

| Functions | Requirements |
|---|---|
|  | Teletext:    A    transmit-macro    shall    be considered as a transmission to a local process (see 8.3.3(8)). |
| 8.    DRCS | The number of DRCS characters definable shall be 96, subject to memory limitation. The minimum resolution of the storage buffer shall be the minimum physical resolution (as specified in Item 10 of this Table) covered by the character field at the beginning of the DRCS definition.    For example, if the character field size is dx = 6/256 and dy = 10/256, then the storage buffer shall be an array of at least 6 elements horizontal by at least 10 elements vertical.    This minimum resolution is assumed by the memory requirements in Item 11 of this Table.    The TEXT attributes defined in Item 5(2) of this Table shall apply during definition and display of DRCS (see 8.3.3(9)). |
| 9.    C0 CONTROL set | The set shall be executed and presented as described in 8.3.3(10). |
|  | Videotex:    The lower layers of the service do not guarantee that the CAN character will be processed (see 8.3.3(10)) unless the CAN immediately follows the macro invocation. |
|  | Teletext:    The lower layers of the service do not guarantee that the CAN character will be processed (see 8.3.3(10)). |
| 10.    Physical display parameters | Resolution    shall    be    on    the    order    of 256 pixels horizontal by 200 pixels vertical. The full X dimension (width) of the unit screen, and the Y dimension (height) from 0.0 to 0.78125, shall be visible in the display area. Implementation of the border area is not guaranteed (see 4.2.2). |

*(Continued)*

Exhibit 4
Page 000226

## Table D1(Continued)

| Functions | Requirements |
|---|---|
| 11. Memory requirements | The receiving device shall provide at least 32 bytes of storage organized as 16 x 16 pixels for each programmable texture mask. This storage is not included in the totals described below.

Videotex: The total storage of macro definitions, DRCS characters, and unprotected fields shall not require more than 3 kilobytes (3072 bytes). This total does not include implementation overhead in the receiving device, and assumes the following:

(a) The storage of macro definitions requires one byte for each byte of defining code excluding the DEF and terminating codes.
(b) Three bytes of storage are required for each complete character cell in unprotected fields.
(c) The storage of DRCS is such as to allow 96 characters of NORMAL size to be defined in the shared memory and still leave 2 kilobytes (2048 bytes) of that memory for use by macro definitions and unprotected fields, provided that the total amount of presentation layer code defining the DRCS characters does not exceed 3 kilobytes (3072 bytes).

Teletext: The total storage of macro definitions and DRCS characters shall not require more than 3 kilobytes (3072 bytes). This total does not include implementation overhead in the receiving device. Assumptions similar to those made in the videotex SRM are made, but are more fully specified for this and other memory limitations in NABTS. |

*(Continued)*

Exhibit 4
Page 000227

FLEMING 000167

ANSI Standard X3.110-1983/CSA Standard T500-1983

### Table D1(Continued)

| Functions | Requirements |
|---|---|
| 12. C1 CONTROL set | Executes and presents the following: NORMAL TEXT, MEDIUM TEXT, DOUBLE HEIGHT, DOUBLE SIZE (see 8.3.3(11)). Characters following a SMALL TEXT control (4/10) shall be executed but may not be presented. Buffering of data scrolled out of the display area or active field shall not be required (see 8.3.3(11)).

Videotex: Executes all control codes from the C1 code set as defined in this standard.

Teletext: All control codes from the C1 set shall be executed except for the following whose execution is implementation-dependent:

5/0 PROTECT
5/15 UNPROTECT |
| (1) Unprotected fields | Teletext: Not applicable. The execution of the PROTECT and UNPROTECT commands shall have no effect.

Videotex: The number of unprotected fields available shall be 40, subject to memory limitation.
Only characters from the graphic character repertoire, from the mosaic set (including separated mosaics), and from the DRCS set may be stored for the purpose of editing and subsequent transmission (see note 1). Any such characters are required to have a uniform size that is the same as the text size established when the field was unpro-tected, as well as the default text attributes |

*(Continued)*

Exhibit 4
Page 000228

FLEMING 000168

## Table D1(Continued)

| Functions | Requirements |
|---|---|
| | for rotation, character path, intercharacter spacing, interrow spacing, and reflection in order to be guaranteed to be stored. This uniform character size defines a grid which is aligned with the field origin. Characters are guaranteed to be stored only when their respective character fields align with this grid (see note 2). The storage and display when such alignment does not occur is implementation-dependent, eg, the character may be moved into alignment and stored, or the character might not be moved or stored. In addition, it is only guaranteed that characters received from the host will be stored if the active field coincides with the unprotected field being written into by the host. Characters which fall in an unprotected field but do not satisfy the above condition concerning attributes may be handled in an implementation-dependent manner.<br><br>All other presentation level data are displayed according to the normal presentation display process but are not stored.<br><br>Color is permitted to be different for each character field within an unprotected field.<br><br>Color mode is permitted to be different for each character field within an unprotected field.<br><br>The colors stored for the color attribute in unprotected fields are the colors as they appear in the color map and appear to the user. The color map itself is only transmitted back to the host indirectly if and when color mode 0 is used for transmission. |

*(Continued)*

Exhibit 4
Page 000229

FLEMING 000169

### Table D1(Continued)

| Functions | Requirements |
|---|---|
| | DRCS pattern definitions need not be stored with an unprotected field or subsequently transmitted. Such definitions may not be interpreted if transmitted to a host. Only those unprotected fields which have been edited by user (keyboard) interaction need be transmitted (see note 3). |
| | Data can be entered and/or edited in unprotected fields by user interaction only if the display cursor is on. User entry of data into unprotected fields shall not interfere with the reception and proper interpretation of received presentation layer code. It is permissible for the transmission of the data in unprotected fields (initiated by the user) to turn the display cursor off. The contents of the unprotected field should be maintained until the unprotected field is protected. When no unprotected fields are defined, or when the display cursor is off, an implementation-dependent communications mode exists. |
| | The transmission format is shown in Table D2 (see notes 1 and 4). |
| | *Notes:* |
| | *(1) The transmission of data from the receiving display device to the host is a separate presentation level process independent of the host to receiving display device presentation process. Table D2 defines the presentation layer code that the terminal may use to transmit the data stored in the unprotected field and the maximum which a host is required to interpret. If additional codes are transmitted that exceed this SRM, a host may ignore them. A terminal should not send data in such a way that a host that interprets only up to the SRM limit will become confused by any additional data.* |

*(Continued)*

Exhibit 4
Page 000230

FLEMING 000170

Table D1(Concluded)

| Functions | Requirements |
|---|---|
| | **(2)** *The alignment of the size and position of characters within an unprotected field cannot be guaranteed if different multi-value operand lengths are used to specify the field and the character. If the size specified is NORMAL, SMALL, DOUBLE HEIGHT, or DOUBLE SIZE, alignment of positioning is only guaranteed if Format Effectors are used to position characters relative to the origin of the field.*<br><br>**(3)** *When the user initiates transmission of an unprotected field, at least the information required for every transmission should be sent (see Table D2), even if no unprotected fields are sent.*<br><br>**(4)** *Table D2 indicates the transmission format of the unprotected field information. As indicated in the condition column, some of the codes are optional and are only required when necessary to ensure that the code conforms to this standard and accurately represents the image stored in the unprotected field (within the constraints previously discussed). Different applications may have different input requirements. It is desirable for terminals to attempt to minimize the amount of transmitted code, and that each field be context-independent of other fields. In particular, reestablishment of the default designations and invocations of G-sets in each field is important for context independence.*<br><br>**(5)** *The coordinate specification of the origin of the field must be the same for transmission as that which was used to define the field.* |

Exhibit 4
Page 000231

FLEMING 000171

156                                    ANSI Standard X3.110-1983/CSA Standard T500-1983

## Table D2
### Unprotected Field Transmission Format

| Occurrence | Code | Condition (see note 4) |
|---|---|---|
| Per unprotected field block transmission | NSR | Required at the beginning of a transmission. Optional before other fields. |
| | DOMAIN | Required only if different from the default. |
| Per unprotected field | FIELD (see Note 5) | Required for each field. |
| | TEXT | Required only if text size is different from the default or that specified in the last field. |
| | POINT SET (or Format Effector) | Required only to locate the first character within the field if not already located. |
| Per character in an unprotected field | SELECT COLOR (or SET COLOR in color mode 0) | Required only if color changes. |
| | Character codes (including appropriate code extension sequences) and any of: | |
| | Format Effectors, SPACE, REPEAT, REPEAT TO EOL | Required only to position characters within the field. |
| | END | Required at the end of each field. |
| | ⋮ | |
| | POINT SET | Required to establish, for the host, the position where the next user input would occur. |
| | SDC | Required to logically delimit the end of the unprotected field transmission. |

Exhibit 4
Page 000232

FLEMING 000172

Appendix E

Future Developments

*Note: This appendix is not a mandatory part of this standard.*

## E1. Service Reference Models (SRM's) for Other Applications

Other Service Reference Models (SRM's) may be developed by the appropriate industrial committees and organizations. Such proposals shall be subject to the full ANSI and CSA processes for the revision of standards, to ensure joint agreement.

## E2. Maintenance

The continuing maintenance responsibilities for this standard shall remain with the organizations which jointly developed this standard in accordance with their rules and procedures to ensure continued joint agreement.

## E3. Alignment with Addendum to ISO 2022-1982

There is a draft proposed addendum to ISO 2022-1982 which adds the following functionality used by this standard:

(1) 96-character sets.
(2) G-set function.
(3) Macro capability.

In the draft proposed addendum, LS1R, LS2R, and LS3R (ESC 7/14, ESC 7/13, and ESC 7/12, respectively) are used for both 94- and 96-character sets as in this standard. Designating escape sequences for 94-character sets are ESC I F where I is 2/8 to 2/11 for G0, G1, G2, and G3, respectively, and for 96-character sets are ESC I F where I is 2/13 to 2/15 for G1, G2, and G3, respectively.

The draft proposed addendum to ISO 2022-1982 needs to be approved by ISO TC97/SC2 and TC97 member bodies. The approval is expected to be achieved in late 1983 or early 1984. In the meantime, certain dual codings will remain in the document (see 4.3).

This standard is compatible with ISO 2022-1982 by using the "complete code" mechanism. Using this mechanism it is possible to mix character sets defined in this standard with other coded character sets and not have ambiguous (confused) interchange.

Exhibit 4
Page 000233

FLEMING 000173

# Appendix F

## Publications for Further Reference

**Note:** *This appendix is not a mandatory part of this Standard.*

Bell System Videotex Standard Presentation Level Protocol. Parsippany, N.J. American Telephone and Telegraph Company; May 1981.

Bown, H.G.; Allard, P.E. On the Generation and Representation of Line Drawings. Ottawa, Canada. Department of Communications; February 1978; CRC Technical Note No. 689.

Bown, H.G.; O'Brien, C.D.; Sawchuk, W.; Storey, J.R. Picture Description Instructions (PDI) for the Telidon Videotex Systems. Ottawa, Canada. Department of Communications; November 1979; CRC Technical Note No. 699.

Computer Graphics Quarterly Report of SIGGRAPH-ACM, Status Report of the Graphics Standards Planning Committee. Volume 13, Number 3. New York, N.Y. Association for Computing Machinery; August 1979.

European Interactive Videotex Service Display Aspects and Transmission Coding. CEPT Sub-working Group CD/SE; June 1981; Recommendation No. T/CD 6-1.

North American Broadcast Teletext Specification. New York, N.Y. CBS Television Network; June 1981.

O'Brien, C.D.; Bown, H.G. A Perspective on the Development of Videotex in North America. IEEE Journal on Selected Areas in Communications, Vol. SAC-1,(2): pp 260-266; February 1983.

O'Brien, C.D.; Bown, H.G.; Smirle, J.C.; Lum, Y.F.; Kukulka, J.Z. Telidon Videotex Presentation Level Protocol: Augmented Picture Description Instructions. Ottawa, Canada. Department of Communications; February 1982; CRC Technical Note No. 709.

Society of Motion Picture and Television Engineers Recommended Practice, Specifications for Safe Action and Safe Title Areas, Test Pattern for Television Systems. SMPTE RP 27.3-1972.

Wetherington, J.D. The Story of PLP. IEEE Journal on Selected Areas in Communications, Vol. SAC-1,(2): pp 267-277; February 1983.

Exhibit 4
Page 000234

FLEMING 000174



Published jointly by
the American National Standards
Institute, Inc. and Canadian
Standards Association.

Exhibit 4
Page 000235