# Marina Declaration

# Exhibit 5

**VIDEOTEX** STANDARD

# PRESENTATION LEVEL PROTOCOL



EXHIBIT

_Fleming 3_
_1-12-06_

**May 1981**



FREZZA00404

Exhibit 5
Page 000236

# PRESENTATION LEVEL PROTOCOL


**VIDEOTEX** STANDARD

**May 1981**


**Bell System**

FREZZA00405

Exhibit 5
Page 000237

*NOTICE*

This document is published by the American Telephone and Telegraph Company as a guide for designers and manufacturers of terminal equipment and data bases, information providers, consultants, and suppliers of related services. The techniques and processes disclosed herein may be covered by patents of the Bell System or others. No license express or implied is hereby granted. American Telephone and Telegraph Company reserves the right to revise this document for any reason, including, but not limited to, conformity with standards promulgated by ANSI, CCITT, EIA, ISO, or similar agencies, or utilization of new advances in the state of the technical arts. Liability for difficulties arising from technical limitations is disclaimed.

If further information is required, please contact:
        Manager - Information Management Planning and Development
        American Telephone and Telegraph Company
        5 Wood Hollow Road
        Parsippany, New Jersey 07054

Copyright ℗ 1981 by American Telephone and Telegraph Company All rights reserved

FREZZA00406

Exhibit 5
Page 000238

CONTENTS

1. SCOPE .................................................................................. 1

2. DEFINITION OF TERMS ........................................................ 2

3. REFERENCES ...................................................................... 7

4. BASIC CODING SCHEME STRUCTURE ................................... 8
   4.1  Code extension in a 7-bit environment .............................. 8
   4.2  Code extension in an 8-bit environment ............................ 13

5. GRAPHIC SETS .................................................................... 17
   5.1  Text .......................................................................... 17
      5.1.1  ASCII Alphanumerics ............................................. 18
      5.1.2  Mosaics ................................................................ 20
      5.1.3  Supplementary Graphics Character Set ..................... 22
      5.1.4  Dynamically Redefinable Character Set (DRCS) .......... 24
   5.2  Picture Description Instruction (PDI) Set ........................... 24
      5.2.1  Controls ............................................................... 32
         5.2.1.1  DOMAIN ....................................................... 32
         5.2.1.2  TEXT ............................................................ 35
         5.2.1.3  TEXTURE ...................................................... 41
         5.2.1.4  Color Controls ................................................ 44
            5.2.1.4.1  SET COLOR ........................................... 45
            5.2.1.4.2  SELECT COLOR ..................................... 51
         5.2.1.5  BLINK ........................................................... 52
         5.2.1.6  CONTROL STATUS (WAIT) ............................. 54
         5.2.1.7  RESET .......................................................... 55
      5.2.2  Geometric Primitives .............................................. 59
         5.2.2.1  POINT .......................................................... 59
         5.2.2.2  LINE ............................................................ 61
         5.2.2.3  ARC ............................................................. 65
         5.2.2.4  RECTANGLE .................................................. 70
         5.2.2.5  POLYGON ..................................................... 74
         5.2.2.6  INCREMENTAL ............................................... 79
            5.2.2.6.1  FIELD .................................................. 79
            5.2.2.6.2  INCR.POINT ......................................... 80
            5.2.2.6.3  INCR.LINE ........................................... 83
            5.2.2.6.4  INCR.POLY (filled) ................................ 86

- i -

FREZZA00407

Exhibit 5
Page 000239

6. CONTROL SETS .................................................................. 88
   6.1  C0 Set ...................................................................... 88
   6.2  C1 Set ...................................................................... 92
      6.2.1  Macro-PDIs ...................................................... 94
      6.2.2  Transmit-Macros .............................................. 95
      6.2.3  DRCS Downloading ......................................... 96
      6.2.4  DEF TEXTURE ................................................ 98
      6.2.5  Unprotected Fields............................................ 99
      6.2.6  Text Control Characters ................................... 100
      6.2.7  Extended Device Control ................................. 104

7. ENHANCED CAPABILITIES................................................. 105

- ii -

FREZZA00408

Exhibit 5
Page 000240

# VIDEOTEX STANDARD

## PRESENTATION LEVEL PROTOCOL

### *ABSTRACT*

In order to promote the development and mutual compatibility of Videotex information systems, the Bell System has adopted, for the encoding of text, graphics, and display control information, the presentation level protocol described herein. This protocol conforms to the architecture defined in ISO's multi-layered reference model of open systems interconnection and is one of seven protocol specifications that would be required to completely define a Videotex standard.

The basic coding scheme is built upon the framework established by the CCITT S.100 standard. Operation in both a 7-bit and an 8-bit environment is accommodated. ASCII alphanumerics, a set of Supplementary Graphics Characters, and the Dynamically Redefinable Character Set (DRCS) are provided for the encoding of text. Both mosaic and geometric primitives, as well as the DRCS, can be used to create graphic displays. The mosaics are compatible with those mosaics used by the Prestel and Antiope coding schemes while the geometric primitives are compatible with the Picture Description Instructions (PDIs) defined by the Telidon coding scheme. Additional capabilities include color mapping, a controllable stroke width, macro-PDIs, continuous TEXT scaling, programmable texture masks, unprotected fields, partial screen scrolling, and incremental encoding for highly compact descriptions of certain classes of images.

- iii -

FREZZA00409

Exhibit 5
Page 000241

VIDEOTEX STANDARD
PRESENTATION LEVEL PROTOCOL

# 1. SCOPE

The sixth or presentation level protocol described herein comprises the formats, rules, and procedures adopted for the encoding of text, graphics, and display control information for Videotex applications. As such, it applies to the functional interface between the host computer and the user terminal. In a complete implementation, this protocol level must in turn be supported by lower protocol levels which ideally provide, among other functions, a transparent, error-free communications channel across some transport network. This specification conforms to the architecture described in ISO's reference model of open systems interconnection; hence, while being sensitive to the functions provided by the lower levels, it is independent of their particular implementation.

The body of the document is organized as follows. Section 4 describes the basic coding scheme structure and defines the code extension techniques to be used in both a 7-bit and an 8-bit environment. The choice of 7-bit or 8-bit mode must be made either by prior arrangement or must be selected on the session protocol level. The remainder of the specification applies equally to 7-bit or 8-bit mode without modification. Section 5 specifies the graphic code sets to be used. This is divided into a description of the TEXT sets, which include ASCII alphanumerics, Mosaics (which are treated as TEXT characters), Supplementary Graphics Characters, and the Dynamically Redefinable Character Set (DRCS); and a description of the Picture Description Instructions (PDIs), which include control codes, and the six geometric graphic primitives (POINT, LINE, ARC, RECTANGLE, POLYGON, and INCREMENTAL). Section 6 describes the control sets. This includes the ASCII control codes and additional control codes which are used to implement certain simple textual functions as well as define macro-PDIs, unprotected fields, and pel patterns for both DRCS characters and texture masks. Section 7 briefly describes how the protocol architecture provides for future additive enhancements.

FREZZA00410

Exhibit 5
Page 000242

## 2. DEFINITION OF TERMS

For the purpose of this specification, the following definitions apply:

absolute coordinates - an ordered pair, or triple, of signed numbers between -1 and 1 (non-inclusive) that specify the new location of the drawing point with respect to the origin of the unit screen. Note that only positive absolute coordinate specifications lie within the unit screen.

application level - the highest of seven protocol levels defined by ISO's Reference Model of Open System Interconnection. In this case, the application level (or layer) comprises the collection of information services known as Videotex.

attribute - a settable parameter to be applied to subsequent TEXT characters or geometric graphic primitives.

border area - the area of the physical display screen which is outside of the addressable display area.

C set - stands for control set. There are two control sets, C0 and C1, each of which comprise 32 character positions arranged in 2 columns by 16 rows.

character field - the rectangular display area within which a TEXT character is defined.

code extension - techniques for expanding the absolute character address space of a byte oriented code into a larger virtual address space.

code table - the set of unambiguous rules that define the mapping between received bit combinations and presentation level characters.

color entry address - an ordinal number associated with each pel in a stored digital image that determines the address in the color map at which the actual color value of that pel can be found. (This is sometimes abbreviated to simply "color" when it can be

FREZZA00411

Exhibit 5
Page 000243

- 3 -

done unambiguously.)

color map - a look up table which is used during scan conversion of the digital image that converts color entry addresses into actual color values.

color value - an entry in a color map that indicates the actual color of the pel to be displayed.

cursor - a logical indicator of the screen position at which the next TEXT character is to be deposited. This position may or may not be marked by a cursor symbol.

DRCS - Dynamically Redefinable Character Set. The DRCS contains a maximum of 96 custom definable TEXT characters whose pel patterns can be downloaded from the host.

designate - to identify a given set from the graphics repertory as either the G0, G1, G2, or G3 set.

display area - the addressable area of the physical display screen onto which the unit screen is mapped.

drawing point - a logical indicator of the screen position at which the next geometric graphic primitive will commence execution. This is not normally marked by a drawing point symbol.

escape sequence - a two or three character code extension command beginning with the ESC character. A three character escape sequence contains an intermediate character (I) and ends with a final character (F), and is used primarily to designate a set from the graphics repertory as one of the four active G sets. Two character escape sequences contain only a final character (F) and are one method by which code sets are invoked into the in-use table.

final character - the last character of a three character escape sequence that is primarily used to indicate the selected member of the

FREZZA00412

Exhibit 5
Page 000244

- 4 -

graphics repertory to be designated as one of the four active G sets.

G set - stands for graphic set. There are four G sets, G0, G1, G2, and G3, each of which comprises 96 character positions arranged in 6 columns by 16 rows.

geometric graphic primitive - a locally stored picture drawing algorithm that can be called via a specified op code and associated operand(s).

graphics repertory - the collection of available graphic sets that are subject to designation as one of the G sets.

in-use - refers to the code sets or attributes that will be used to interpret or be applied to subsequently received commands.

intermediate character - the second character in a three character escape sequence that is primarily used to indicate whether the G0, G1, G2, or G3 set is to be redesignated.

invoke - to bring one of the four active G sets into the in-use code table.

link level - the second of seven protocol levels defined by ISO's Reference Model of Open Systems Interconnection. The link level (or layer) is primarily responsible for establishing, maintaining, and clearing an error free communication path between network entities.

locking shift - an invocation of a code set into the in-use table that remains in effect until another code set is invoked in its place.

macro-PDI - a locally stored string of presentation code represented with a single character name. When the macro name is used, the locally stored string is processed in its place.

mosaic primitive - a rectangular matrix of six elements, each of which may be made up of multiple pels, which is processed as TEXT but can be used to construct block style graphic images.

FREZZA00413

Exhibit 5
Page 000245

- 5 -

op code - a one byte, presentation level character that initiates the execution of a locally stored geometric primitive or control operation. An op code may be followed by one or more operands.

operand - a single or multiple byte string from the numeric data field of the PDI code set that is used to specify control, attribute, or coordinate parameters required by the op code.

PDI - Picture Description Instruction.  A PDI is composed of an op code followed by one or more operands and constitutes an executable picture drawing or control command.

pel - Picture Element.  The physical pel is the smallest displayable unit on a given display device.  The logical pel is a geometric construct associated with the drawing point whose size determines the stroke width of graphics primitives.

presentation level - the sixth of seven protocol levels defined by ISO's Reference Model of Open Systems Interconnection.  The presentation level (or layer) is primarily responsible for the encoding of text, graphics, and display control information.

protocol - a set of formats, rules, and procedures governing the exchange of information between peer processes (levels).

relative coordinates - an ordered pair, or triple, of signed numbers between -1 and 1 (non-inclusive) that specify (in two's complement arithmetic) either the new location of the drawing point with respect to the old location of the drawing point, when used within a geometric primitive PDI, or the dimensions of a given field, when used with one of the control commands.

session level - the fifth of seven protocol levels defined by ISO's Reference Model of Open Systems Interconnection.  The session level (or layer) is primarily responsible for the binding and unbinding of two presentation entities.

FREZZA00414

Exhibit 5
Page 000246

- 6 -

single shift - an invocation of a code set into the in-use table that effects only the interpretation of the next character received. Interpretation then automatically reverts to the previous contents of the table. (This is also referred to as non-locking shift.)

TEXT - pre-defined pel patterns which, when called, are drawn with a set of pre-selected attributes at positions on the screen indicated by the cursor.

unit screen - the virtual display address space within which all PDIs are executed and TEXT characters are deposited. The dimensions of the unit screen are 0 to 1 in the horizontal (X), vertical (Y), and depth (Z) dimensions. (The latter is only defined in 3-D mode.)

FREZZA00415

Exhibit 5
Page 000247

- 7 -

## 3. REFERENCES

ISO/TC 97/SL 1G, "Reference Model of Open Systems Interconnection," Doc. N227, June 1979.

ISO 2022, "Code Extension Techniques for Use With the ISO 7-bit Coded Character Set," 1973.

ANSI X3.4, "American National Standard Code for Information Interchange," 1977.

H. G. Bown, C. D. O'Brien, W. Sawchuk, and J. R. Storey, "Picture Description Instructions (PDI) for the Telidon Videotex System," CRC Technical Note No. 699-E, Department of Communications Canada, November 1979.

"Status Report of the Graphics Standards Planning Committee," Computer Graphics quarterly report of SIGGRAPH-ACM, Vol. 13, No. 3, August 1979.

CCITT Recommendation S.100, "International Information Exchange for Interactive Videotex," Yellow Book, Volume VII.2, Geneva, 1980.

"SMPTE Recommended Practice: Specifications for Safe Action and Safe Title Areas, Test Pattern for Television Systems", Society of Motion Picture and Television Engineers, RP 27.3, 1972.

FREZZA00416

Exhibit 5
Page 000248

- 8 -

## 4.  BASIC CODING SCHEME STRUCTURE

The coding scheme structure employed is based on the techniques described in the ISO 2022 standard.  Operation in both a 7-bit and an 8-bit environment is accommodated.  The choice of operating environments may be made either by prior arrangement for a given service or dynamically, on the session level. Hence, only one mode will be utilized during a given session.

In both cases, data codes are formatted into 32-character control (C) sets and 96-character graphic (G) sets.  The contents of these sets are defined in sections 5 and 6 and apply to both the 7-bit and 8-bit modes without modification. These sets are manipulated, for the purpose of providing a virtual address space larger than the 128 or 256 characters available in a 7-bit or 8-bit code, via code extension techniques defined in the next two sections.

### 4.1  Code extension in a 7-bit environment

A code in which each data word (byte) consists of 7 information bits allows for the simultaneous representation of up to 128 characters.  This 128 character absolute address space can be extended into a much larger virtual address space via the code extension procedures described below.

A 128 character in-use table is defined, as shown in Figure 1.  Each incoming character is either decoded according to the current contents of this table or is used to change the contents of this table.  The table itself is organized into eight columns of sixteen rows, with bits 1 through 4 defining the row number and bits 5 through 7 defining the column number.  The in-use table always contains, in columns 0 and 1, the C0 set described in Section 6.1*.  Five characters of this set, escape (ESC or 1/11, i.e., column 1, row 11), shift-in (SI or 0/15), shift-out (SO or 0/14), single-shift 2 (SS2 or 1/9), and single-shift 3 (SS3 or 1/13), are used to control the contents of the remaining six columns of the

---

\* The definition of a larger repertory of control sets is left for future standardization and is included in Figure 2 for completeness only.

FREZZA00417

Exhibit 5
Page 000249

- 9 -

| $b_7$ | 0 | | 0 | | 0 | | 0 | | 1 | | 1 | | 1 | | 1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $b_6$ | 0 | | 0 | | 1 | | 1 | | 0 | | 0 | | 1 | | 1 | |
| $b_5$ | 0 | | 1 | | 0 | | 1 | | 0 | | 1 | | 0 | | 1 | |
| $b_4$ $b_3$ $b_2$ $b_1$ / COLUMN ROW | 0 | | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 | |

| $b_4$ | $b_3$ | $b_2$ | $b_1$ | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | | | | | | | |
| 0 | 0 | 0 | 1 | 1 | | | | | | | | |
| 0 | 0 | 1 | 0 | 2 | | | | | | | | |
| 0 | 0 | 1 | 1 | 3 | | | | | | | | |
| 0 | 1 | 0 | 0 | 4 | | | | | | | | |
| 0 | 1 | 0 | 1 | 5 | | | | | | | | |
| 0 | 1 | 1 | 0 | 6 | | | | | | | | |
| 0 | 1 | 1 | 1 | 7 | | | | | | | | |
| 1 | 0 | 0 | 0 | 8 | CO SET | | G SET | | | | | |
| 1 | 0 | 0 | 1 | 9 | | | | | | | | |
| 1 | 0 | 1 | 0 | 10 | | | | | | | | |
| 1 | 0 | 1 | 1 | 11 | | | | | | | | |
| 1 | 1 | 0 | 0 | 12 | | | | | | | | |
| 1 | 1 | 0 | 1 | 13 | | | | | | | | |
| 1 | 1 | 1 | 0 | 14 | | | | | | | | |
| 1 | 1 | 1 | 1 | 15 | | | | | | | | |

**FIGURE 1   7-BIT IN USE TABLE**

FREZZA00418

Exhibit 5
Page 000250

- 10 -



FIGURE 2   CODE EXTENSION IN A 7-BIT ENVIRONMENT

FREZZA00419

Exhibit 5
Page 000251

**FIGURE 2  CODE EXTENSION IN A 7-BIT ENVIRONMENT**

in-use table. The manner in which this is accomplished is graphically depicted in Figure 2 and is described below.

A single additional control set, the C1 set, and four active graphic sets, the G0, G1, G2, and G3 sets, are defined. The contents of the C1 set are fixed and are described in Section 6.2*. The contents of the G0, G1, G2, and G3 sets can be dynamically selected from the larger graphics repertory described in Sections 5 and 6 by using three character escape sequences. These sequences take the form ESC, (I), (F) where I is the intermediate character and F is the final character. The intermediate character determines which set is to be changed (re-designated). The table below shows the assignment of I characters to the sets to be designated.

| Intermediate character | Set to be designated |
|---|---|
| 2/1 | C0 * |
| 2/2 | C1 * |
| 2/8, 2/12 | G0 |
| 2/9, 2/13 | G1 |
| 2/10, 2/14 | G2 |
| 2/11, 2/15 | G3 |

Note that there are two I characters that will result in the re-designation of each of the four G sets. Only the first in each pair is used in this implementation.

The final character determines which set from the larger repertory is to be selected. Table 1 shows the F character name assigned to each graphic set. These are to be used in conjunction with the I characters 2/8, 2/9, 2/10, and 2/11. The F character for the ASCII alphanumerics, for example, is 4/2. The three character escape sequence ESC, 2/8, 4/2, therefore, designates the ASCII alphanumerics as the current G0 set.

FREZZA00420

Exhibit 5
Page 000252

- 12 -

Table 1

Final Character (F) Assignments

| Graphic Set | (F) |
|---|---|
| ASCII Alphanumerics | 4/2 |
| Mosaics | 7/13 |
| Supplementary Graphic Characters | 7/12 |
| DRCS | 7/11 |
| PDI Code Set | 5/7 |
| Macro-PDI Name Set | 7/10 |

The SI character is used to invoke the current G0 set into the in-use table where it remains until further control action is taken (i.e., it is invoked in a locking manner). The SO character is used to invoke the current G1 set into the in-use table in a locking manner. The sequence ESC, 6/14 is used to invoke the G2 set into the in-use table in a locking manner. The sequence ESC, 6/15 is used to invoke the G3 set into the in-use table in a locking manner. The single-shift characters, SS2 and SS3, are used to invoke, in a non-locking manner, the G2 or G3 set, respectively, into the in-use table. (The range of the single-shift characters extends only to the next character received, that is, the in-use table automatically reverts to its former state after the character immediately following the single-shift is interpreted.) Note that the PDI code set can only be single shifted into the in-use table in those cases where the PDI command is not to be followed by an associated numeric operand. The C1 set is never invoked into the in-use table in a locking manner. Rather, single characters from the C1 set are accessed via two character escape sequences. These sequences take the form, ESC, (F), where F is the desired character from the C1 set. This character, by definition, must have a bit combination corresponding to column 4 or 5 of the 7-bit code table. As with the single-shift characters, the in-use table is not changed by these two character escape sequences. The in-use table automatically reverts to its former state after the C1 command is executed. (Note that although the C1 controls

FREZZA00421

Exhibit 5
Page 000253

all consist of single characters, some commands may initiate multiple byte operations.) If any of the G sets are re-designated via a three character escape sequence while it is in the in-use table, the new code interpretations are simultaneously invoked, that is, a locking shift is not required for the change to take effect.

Upon initialization, the ASCII alphanumerics (see Section 5.1.1) are designated as the G0 set and the G0 set is invoked into the in-use table. The PDI codes (see Section 5.2) are designated as the G1 set, the Supplementary Graphics Characters (see Section 5.1.3) are designated as the G2 set, and the Mosaics (see Section 5.1.2) are designated as the G3 set.

## 4.2  Code extension in an 8-bit environment

When operating in an 8-bit environment, the 256 character absolute address space available can also be extended to a much larger virtual address space using similar code extension procedures. A 256 character in-use table is defined, as shown in Figure 3. Again, each incoming character is either decoded according to the contents of this table or is used to change the contents of this table. The table itself is organized into sixteen columns of sixteen rows, with bits 1 through 4 defining the row number and bits 5 through 8 defining the column number. The in-use table always contains the C0 set described in Section 6.1 in columns 0 and 1 and the C1 set described in Section 6.2 in columns 8 and 9*. Columns 2 through 7, which by convention will be called the GL (G-left) area, can accommodate any of the four active G sets (G0, G1, G2, G3). Columns 10 through 15, which will be called the GR (G-right) area, can accommodate the G1, G2, or G3 sets. The manner in which this is accomplished is graphically depicted in Figure 4 and is described below.

---

* The definition of a larger repertory of control sets is left for future standardization.

FREZZA00422

Exhibit 5
Page 000254

- 14 -



FIGURE 3   8-BIT IN-USE TABLE

FREZZA00423

Exhibit 5
Page 000255

- 15 -



FIGURE 3    8-BIT IN-USE TABLE

FIGURE 4    CODE EXTENSION IN AN 8-BIT ENVIRONMENT

FREZZA00424

Exhibit 5
Page 000256

- 16 -

The contents of the G0, G1, G2, and G3 sets can be dynamically selected from the larger graphics repertory described in Sections 5 and 6 by using the same three character escape sequences ESC, (I),(F), described for use in a 7-bit environment. These G sets can be invoked into the in-use table using the SI, SO, SS2, SS3, and several escape sequences described below.

The SI character is used to invoke, in a locking manner, the G0 set into GL. Note that G0 cannot be invoked into GR. The SO character is used to invoke, in a locking manner, the G1 set into GL. The escape sequence ESC, 6/11 is used to invoke, in a locking manner, the G1 set into GR. The escape sequences ESC, 6/14 and ESC, 6/12 are used to invoke, in a locking manner, the G2 set into GL and GR, respectively. Note also that the G2 set can be invoked into GL in a non-locking manner using the SS2 character, as described for use in a 7-bit environment. The escape sequences ESC, 6/15 and ESC, 6/13 are used to invoke, in a locking manner, the G3 set into GL and GR, respectively. Again, the G3 set can be invoked in a non-locking manner into GL using the SS3 character.

If any of the G sets are re-designated via a three character escape sequence while it is in the in-use table, the new interpretations are simultaneously invoked, that is, a locking shift is not required for the change to take effect.

Upon initialization, the ASCII alphanumerics are designated as the G0 set and the G0 set is invoked into GL. The PDI set is designated as the G1 set and the G1 set is invoked into GR. The Supplementary Graphics Characters are designated as G2 and the Mosaics are designated as G3.

FREZZA00425

Exhibit 5
Page 000257

- 17 -

## 5. GRAPHIC SETS

This section defines the graphic repertory that can be used in conjunction with both the 7-bit and 8-bit code extension schemes described in Section 4. Each graphic set consists of 96 character positions arranged in six columns by sixteen rows. Any one of these sets can be designated as any one of the four active G sets at any time. In a 7-bit environment these sets, when invoked, would occupy columns 2 through 7 of the in-use table. In an 8-bit environment, these sets would occupy columns 2 through 7, if invoked into GL, or columns 10 through 15, if invoked into GR.

### 5.1 Text

Four graphic sets in the graphic repertory are specifically designated as TEXT sets. These are the ASCII alphanumerics, the Mosaics, the Supplementary Graphics Characters, and the Dynamically Redefinable Character Set (DRCS). In each case, a given character in the set represents a pre-defined pel (picture element) pattern which, when called, is drawn with a set of pre-selected attributes at a position on the screen determined by a controllable text cursor. The selectable attributes include size, color, reverse video, underline, and orientation. These attributes are briefly introduced below and are covered in greater detail, along with the procedures for their selection, in Sections 5.2 and 6.2.

TEXT characters can be specified in a continuous range of sizes. The sizes are defined in terms of the width (dX) and the height (dY) of the character field, with dX and dY representing fractions of the unit screen (see Section 5.2). The character field maps to a rectangular matrix of pels within which the TEXT character is defined. The default character size, described in Section 5.2.1.2, will produce displays with a nominal screen format of 40 characters horizontal by 20 rows vertical on a standard rectangular CRT. (Note that absolute registration between TEXT and graphics is not guaranteed.)

The color attribute provides the capability to either define a foreground and background color for a character or define a foreground color only, with an implied "invisible" background. In the latter case, the character overwrites the existing contents of the display storage medium only at the locations

FREZZA00426

Exhibit 5
Page 000258

- 18 -

corresponding to the selected pel pattern. When the reverse video attribute is selected, the pel pattern is complemented within the defined character field prior to the writing process. Orientation refers to the rotation of the character with respect to the horizontal. Rotations of $0^{\circ}$, $90^{\circ}$, $180^{\circ}$, and $270^{\circ}$ can be selected.

### 5.1.1 ASCII Alphanumerics

Figure 5 shows the character assignments for the ASCII alphanumeric set. The particular pel patterns (font) chosen for the characters are not defined and are constrained only by the specified character field at each size for a given display resolution. Character legibility is not guaranteed at all sizes in all colors at all display resolutions. All display devices, however, must support at least the default character size.

The F character designation of the ASCII alphanumerics, which is used for code extension purposes as defined in Section 4, is 4/2.

FREZZA00427

Exhibit 5
Page 000259

- 19 -

| COLUMN<br>ROW | 10<br>2 | 11<br>3 | 12<br>4 | 13<br>5 | 14<br>6 | 15<br>7 |
|---|---|---|---|---|---|---|
| 0 | SPACE | 0 | @ | P | ` | p |
| 1 | ! | 1 | A | Q | a | q |
| 2 | " | 2 | B | R | b | r |
| 3 | # | 3 | C | S | c | s |
| 4 | $ | 4 | D | T | d | t |
| 5 | % | 5 | E | U | e | u |
| 6 | & | 6 | F | V | f | v |
| 7 | ' | 7 | G | W | g | w |
| 8 | ( | 8 | H | X | h | x |
| 9 | ) | 9 | I | Y | i | y |
| 10 | * | : | J | Z | j | z |
| 11 | + | ; | K | [ | k | { |
| 12 | , | < | L | \ | l | \| |
| 13 | – | = | M | ] | m | } |
| 14 | . | > | N | ^ | n | – |
| 15 | / | ? | O | — | o | ■ |

FIGURE 5     ASCII ALPHANUMERICS

FREZZA00428

Exhibit 5
Page 000260

- 20 -

**5.1.2 Mosaics**

Figure 6 shows the character assignments for the Mosaic graphic set. This comprises 64 2 X 3 block mosaic characters plus a second copy of the solid mosaic in position 5/15. The remaining character positions all correspond to the space character and are not to be used for other purposes. Mosaic graphics characters can be displayed in two modes, contiguous or separated, depending on the underline mode described in Section 6.2.6. In contiguous mode, the six mosaic elements that compose each character should completely span the given character field at any size. In separated mode, each of the mosaic elements that are illuminated are reduced in the horizontal dimension by the width, dX, of the *logical pel* size, and are reduced in the vertical dimension by the height, dY, of the *logical pel* size. (The *logical pel* is described in Section 5.2.1.2.) The reduced mosaic elements, in this case, are left and bottom justified within the normal element area, the remainder of the area being considered as "background".

The F character designation for the mosaic set is 7/13.

FREZZA00429

Exhibit 5
Page 000261

- 21 -



FIGURE 6    MOSAIC GRAPHICS

FREZZA00430

Exhibit 5
Page 000262

- 22 -

### 5.1.3 Supplementary Graphics Character Set

Figure 7 shows the character assignments for the Supplementary Graphics
Character Set. Again, the particular pel patterns (font) chosen for the charac-
ters are not defined and are constrained only by the specified character field at
each size for a given display resolution. The sixteen accent and symbol charac-
ters in column 4 of the table are treated differently from all of the other TEXT
characters in that they are non-spacing. That is, when one of these characters
is received, the cursor is not automatically advanced as it would be normally, as
described in Section 5.2.1.2.

The F character designation for the supplementary graphics character set is
7/12.

FREZZA00431

Exhibit 5
Page 000263

- 23 -



| COL/ROW | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|
|  | 2 | 3 | 4 | 5 | 6 | 7 |
| 0 | SPACE | ° | → | — | Ω | κ |
| 1 | ¡ | ± | ˘ | ¹ | Æ | æ |
| 2 | ¢ | ² | ´ | ® | Đ | đ |
| 3 | £ | ³ | ^ | © | a̲ | ǒ |
| 4 | $ | × | ~ | TM | Ħ | ħ |
| 5 | ¥ | µ | ‾ | ♪ | ╫ | ʟ |
| 6 | # | ¶ | ˘ | ┴ | IJ | ij |
| 7 | § | · | ˙ | │ | Ŀ | ŀ |
| 8 | ¤ | ÷ | ¨ | ╱ | Ł | ł |
| 9 | ' | ' | / | ◁ | Ø | ø |
| 10 | " | " | ° | ◣ | Œ | œ |
| 11 | << | >> | ♭ | ◥ | O̲ | ß |
| 12 | ← | ¼ | _ | ⅛ | Þ | þ |
| 13 | ↑ | ½ | " | ⅜ | Ŧ | ŧ |
| 14 | → | ¾ | L | ⅝ | ħ | h |
| 15 | ↓ | ḋ | v | ⅞ | ʼn | ■ |

**FIGURE 7    SUPPLEMENTARY GRAPHICS CHARACTERS**

FREZZA00432

Exhibit 5
Page 000264

- 24 -

### 5.1.4 Dynamically Redefinable Character Set (DRCS)

Unlike the other TEXT sets, whose pel pattern definitions are permanently stored in the terminal and can not be altered by the host computer, the Dynamically Redefinable Character Set (DRCS) provides a facility whereby a maximum of 96 custom defined pel patterns (arranged in the standard six columns of sixteen rows) can be downloaded and utilized as TEXT in an identical manner as the ASCII, Supplementary Graphics, and Mosaic sets. At display time, therefore, they are subject to the same TEXT attributes. The manner in which the pel patterns are actually downloaded is described in Section 6.2.3.

The F character designation for the DRCS is 7/11.

### 5.2 Picture Description Instruction (PDI) Set

The Picture Description Instruction (PDI) set, shown in Figure 8, comprises six geometric graphic primitives (POINT, LINE, ARC, RECTANGLE, POLYGON, and INCREMENTAL), each of which has four forms; eight control codes (RESET, DOMAIN, TEXT, TEXTURE, SET COLOR, CONTROL STATUS (WAIT), SELECT COLOR, and BLINK); and 64 character positions for numeric data (corresponding to a six bit data field in each information byte.) The PDI set can be fundamentally differentiated from the TEXT graphic sets in that it does not consist of pre-defined pel patterns, one per character, but executable drawing functions which produce an image not necessarily restricted to a single character field. The calling syntax, moreover, consists of multiple byte commands, unlike the TEXT sets in which each character produces a single pel pattern.

FREZZA00433

Exhibit 5
Page 000265

- 25 -

| COLUMN | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|
| ROW | 2 | 3 | 4 | 5 | 6 | 7 |
| 0 | C O N T R O L | R E C T | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | P O I N T | P O L Y | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | NUMERIC DATA | | | |
| 8 | L I N E | I N C R | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | A R C | C O N T R O L | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |

**FIGURE 8     PDI CODES**

FREZZA00434

Exhibit 5
Page 000266

- 26 -

A PDI is composed of an op code, which must be either one of the four forms of the six graphic primitives or one of the eight control codes, followed by one or more operands, each of which consists of one or more bytes of numeric data. (The former can always be distinguished from the latter by examining bit 7. If b7 is set to 0, an op code is indicated. If b7 is set to 1, numeric data (i.e., an operand) is indicated.) There are four types of operands: fixed format, string, single-value, and multi-value.

The fixed format operands consist of one or more bytes of numeric data whose length and interpretation depends on the op code with which they are used. The string operands are of indeterminate length, that is, they consist of any number of bytes of numeric data. Their interpretation also depends on the op code with which they are used, but in all cases they are decoded left to right, i.e., b6 to b1. The single-value operands consist of one, two, three, or four bytes of numeric data, as determined by the DOMAIN command described in Section 5.2.1.1. They are interpreted as unsigned integers (ordinal numbers) composed of the sequence of concatenated bits taken consecutively (high order bit or b6 to low order bit or b1) from the numeric data bytes as shown below.

### SINGLE-VALUE FORMAT



MSB – MOST SIGNIFICANT BIT OF OPERAND

LSB – LEAST SIGNIFICANT BIT OF OPERAND

FREZZA00435

Exhibit 5
Page 000267

The multi-value operands consist of one, two, three, four, five, six, seven, or eight bytes of numeric data, as determined by the DOMAIN command. These operands are used to specify coordinate information, when used in conjunction with the graphic primitives, or color information, when used in conjunction with the SET COLOR command.

The coordinate system utilized is based on the concept of the unit screen. Execution of the geometric primitives always occurs within the unit screen, whose horizontal (X), vertical (Y), and depth (Z)* coordinates range from 0 to 1. The unit screen is mapped to the physical display screen such that the origin (0,0) of the unit screen is mapped to the lower left corner of the display and the lower right (1,0) of the unit screen is mapped to the lower right corner of the display. On devices with a square display screen, the upper left corner of the unit screen (0,1) is mapped to the upper left corner of the display. On devices with a rectangular display screen, in particular the CRTs found in television sets which have a 4:3 aspect ratio, the upper left corner of the unit screen is mapped outside of the display area such that the upper left corner of the display actually corresponds to a Y coordinate, within the unit screen, of approximately .75. (This number may vary depending on the particular implementation, most importantly the number of scan lines included in the display.)

The coordinate data defined by the PDI operands can either be interpreted as the absolute coordinates within the unit screen of a logical drawing point or as displacements from the previous drawing point, depending on the context defined by the particular op code. This drawing point is then used in the execution of the geometric primitives, described in Section 5.2.2.

---

* The depth (Z) coordinate specification is only meaningful on terminals with a capability for operating in 3-D mode. It is allowed for in the data structures both for logical completeness and to facilitate the graceful introduction of this feature when the technology becomes available. Note that a Z value of 0 is interpreted as being farthest from the viewer, i.e., lowest order plane. In general, 2-D mode will be assumed, with complete specification of 3-D mode operation deferred for future standardization.

FREZZA00436

Exhibit 5
Page 000268

- 28 -

The representation of the coordinate data within the multi-value operand is shown below.



2-D MODE

3-D MODE

All coordinate operands are interpreted as signed, two's complement numbers, i.e., binary decimals where the MSB represents the digit just to the right of the decimal point. If a coordinate specification or a drawing operation causes the drawing point to move outside of the unit screen, then the PDI is considered to be in error. This PDI may either be rejected (i.e., executed as a null or no-op) or executed and clipped within the unit screen, depending on the implementation. It may in no cases be executed with an implied wrapping back into the unit screen, for example, a PDI that results in a circle with its center at the origin or (0,0) point may never be drawn as four quarter circles, one in each corner of the screen.

When the multi-value operand is used along with the SET COLOR control, described in Section 5.2.1.4, it specifies an unsigned color value in the RGB (red-green-blue) color system. The representation of the color data within the multi-value operand is shown below.

FREZZA00437

Exhibit 5
Page 000269

## COLOR VALUES



Note that each byte contains two three-tuples. Each three-tuple contains one bit for each of the three primary colors. These are specified in the order green, red, blue. A complete color value for each primary consists of the concatenated bits, taken one from each three-tuple, starting with the indicated MSB and proceeding, left to right, to the indicated LSB. The color value thereby obtained represents a binary fraction in which the MSB acts as the digit just to the right of the decimal point. A color value of 0 indicates off or 0 intensity. A color value of 1 represents on or full intensity.

Table 2 shows the type of operand used by each of the op codes. Figure 9 shows the detailed layout of the PDI coding table with each form of the geometric primitives and control codes identified.

FREZZA00438

Exhibit 5
Page 000270

- 30 -

TABLE 2

Operand Types

| Op Code | Operand |
|---|---|
| Reset | fixed |
| Domain | fixed/multi-value |
| Text | fixed/multi-value |
| Texture | fixed/multi-value |
| Set Color | multi-value |
| Control Status (Wait) | fixed |
| Select Color | single-value |
| Blink | single-value/fixed |
| Point | multi-value |
| Line | multi-value |
| Arc | multi-value |
| Rectangle | multi-value |
| Polygon | multi-value |
| Field | multi-value |
| Incremental Point | fixed/string |
| Incremental Line | multi-value/string |
| Incremental Poly (filled) | multi-value/string |

FREZZA00439

Exhibit 5
Page 000271

- 31 -

| COL (top)/ROW (bottom) | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | 6 | 7 |
| 0 | RESET | RECT (OUT-LINED) | | | | |
| 1 | DOMAIN | RECT (FILLED) | | | | |
| 2 | TEXT | SET & RECT (OUT-LINED) | | | | |
| 3 | TEXTURE | SET & RECT (FILLED) | | | | |
| 4 | POINT SET (ABS) | POLY (OUT-LINED) | | | | |
| 5 | POINT SET (REL) | POLY (FILLED) | | | | |
| 6 | POINT (ABS) | SET & POLY (OUT-LINED) | | | | |
| 7 | POINT (REL) | SET & POLY (FILLED) | | NUMERIC DATA | | |
| 8 | LINE (ABS) | FIELD | | | | |
| 9 | LINE (REL) | INCR POINT | | | | |
| 10 | SET & LINE (ABS) | INCR LINE | | | | |
| 11 | SET & LINE (REL) | INCR POLY (FILLED) | | | | |
| 12 | ARC (OUT-LINED) | SET COLOR | | | | |
| 13 | ARC (FILLED) | CONTROL STATUS (WAIT) | | | | |
| 14 | SET & ARC (OUT-LINED) | SELECT COLOR | | | | |
| 15 | SET & ARC (FILLED) | BLINK | | | | |

**FIGURE 9     PDI CODES**

FREZZA00440

Exhibit 5
Page 000272

- 32 -

### 5.2.1  Controls

The eight control codes of the PDI set are used primarily to control the attributes and display parameters of both TEXT and graphics as well as to control the length of the single and multi-value operand formats.  These codes are individually described below.

### 5.2.1.1  DOMAIN

The DOMAIN command is used to control operand parameters as well as the *logical pel* size.  Once set, these parameters do not change until acted upon by either the RESET command, another DOMAIN command, or the US control code described in Section 6.1.  The DOMAIN op code takes a one byte, fixed format operand, followed by a multi-value operand, whose interpretations are shown below.



FREZZA00441

Exhibit 5
Page 000273

- 33 -

Bits 1 and 2 of byte 1 determine the length (i.e., number of bytes) of the single-value format operands as specified in the following chart. The default length is one byte, as indicated by the *.

| b2 | b1 | # of bytes |
|----|----|-----------|
| 0 | 0 | 1 * |
| 0 | 1 | 2 |
| 1 | 0 | 3 |
| 1 | 1 | 4 |

Bits 3, 4, and 5 of byte 1 determine the length of the multi-value format operands as specified in the following chart. The default length is three bytes.

| b5 | b4 | b3 | # of bytes |
|----|----|----|-----------|
| 0 | 0 | 0 | 1 |
| 0 | 0 | 1 | 2 |
| 0 | 1 | 0 | 3 * |
| 0 | 1 | 1 | 4 |
| 1 | 0 | 0 | 5 |
| 1 | 0 | 1 | 6 |
| 1 | 1 | 0 | 7 |
| 1 | 1 | 1 | 8 |

If an operand following an op code is shorter than the length previously specified by the DOMAIN command (or the implicit length in the fixed format case), then the remainder of the operand is padded with zeroes, unless otherwise indicated in the definition of the command. If an operand following an op code is longer than the length previously specified by the DOMAIN command (or the implicit length), it is taken as an indication to repeat the execution of the op code with the subsequent numeric data taken as a new operand, unless otherwise indicated.

FREZZA00442

Exhibit 5
Page 000274

- 34 -

Bit 6 of byte 1 determines the dimensionality of the coordinate specification. A 0 indicates two dimensional (X,Y) mode, which is the default. A 1 indicates three dimensional (X,Y,Z) mode. The full definition of 3-D mode is reserved for future standardization.

The multi-value operand specifies the *logical pel* size to be used in the execution of the PDI drawing commands (i.e., POINT, LINE, ARC, RECT, POLY, and INCR). The *logical pel*, whose width (dX) and height (dY) are interpreted in the coordinate system defined by the unit screen, is associated with the drawing point, and in effect provides a controllable stroke width capability. (Note that this will not affect the display of TEXT characters.) This is accomplished by defining the drawing operations to affect all of those display pels that lie under any portion of the *logical pel* as it is mapped to the display screen. The *logical pel*, therefore, will always map to at least one and possibly many display pels. Note that if the width and height of the *logical pel* are both reduced to 0, the *logical pel* reduces to the dimensionless drawing point. The geometric alignment of the drawing point within the *logical pel* is a) lower left corner if dX and dY are both positive, b) lower right corner if dX is negative and dY is positive, c) upper left corner if dX is positive and dY is negative, and d) upper right corner if dX and dY are both negative. The default *logical pel* size is dX = +0, dY = +0.

If additional data follows the *logical pel* size operand it is ignored.

FREZZA00443

Exhibit 5
Page 000275

### 5.2.1.2 TEXT

The TEXT control is used to control parameters related to the attributes of TEXT characters as well as the cursor. The TEXT op code takes a two byte, fixed format operand, followed by a multi-value operand whose interpretations are shown below.



FREZZA00444

Exhibit 5
Page 000276

- 36 -

Bits 1 and 2 of byte 1 determine the rotation of the TEXT characters, as shown in the table below.

| b2 | b1 | rotation |
|----|----|----------|
| 0 | 0 | $0^{o}$ * |
| 0 | 1 | $90^{o}$ |
| 1 | 0 | $180^{o}$ |
| 1 | 1 | $270^{o}$ |

Rotation is defined as counter clockwise relative to horizontal within the unit screen and is independent of the *charpath*. When a character is rotated, the defined character field is also rotated. (This is reflected in the cursor move and text algorithms which will be defined below.) The default rotation is $0^{o}$.

Bits 3 and 4 of byte 1 determine the *charpath*, that is, the direction in which the cursor is automatically advanced after a character is deposited. The table below describes the four possible *charpaths*.

| b4 | b3 | charpath |
|----|----|----------|
| 0 | 0 | right * |
| 0 | 1 | left |
| 1 | 0 | up |
| 1 | 1 | down |

The *charpath* is defined relative to horizontal within the unit screen and is independent of the character rotation. The default *charpath* is right.

Bits 5 and 6 of byte 1 determine the inter-character spacing, i.e., they define the actual distance the cursor is moved when it is advanced along the *charpath*.

FREZZA00445

Exhibit 5
Page 000277

- 37 -

The cursor is advanced automatically after a character is deposited, as described above, or can be advanced using the horizontal tab or backspace characters, as defined in Section 6.1. The table below shows the four alternative inter-character spacings.

| b6 | b5 | inter-char spacing |
|----|----|----|
| 0 | 0 | 1 * |
| 0 | 1 | 1.25 |
| 1 | 0 | 1.5 |
| 1 | 1 | proportional |

The three fixed space mode spacings (1, 1.25, and 1.5) are interpreted as multi-plicative functions of the dimension of the current character field that lies paral-lel to the *charpath*. In proportional spaced mode, the inter-character spacing is a variable which may be a function of the width of the actual pel pattern depo-sited as well as the current character size and font style. The proportional spac-ing algorithm is not explicitly specified but is left to the design of the terminal manufacturer. The default inter-character spacing is a fixed space of 1.

Bits 1 and 2 of byte 2 determine the inter-row spacing, i.e., they define the rela-tive location of the cursor when it is advanced to a new line in a direction per-pendicular to the *charpath*, either automatically as described below or by the line feed or vertical tab characters, as defined in Section 6.1. The table below shows the alternative inter-row spacings, which are interpreted as multiplicative functions of the dimension of the character field that lies perpendicular to the *charpath*.

FREZZA00446

Exhibit 5
Page 000278

- 38 -

| b2 | b1 | inter-row spacing |
|----|----|-------------------|
| 0  | 0  | 1 *               |
| 0  | 1  | 1.25              |
| 1  | 0  | 1.5               |
| 1  | 1  | 2                 |

If the cursor is advanced along the *charpath* past the edge of the unit screen or the active drawing area (see Section 5.2.2.6 which describes the FIELD PDI), when using a fixed inter-character spacing, an automatic carriage return and line feed are executed. When using the proportional inter-character spacing, an automatic carriage return and line feed are executed only when the character to be deposited does not fit in the remaining space between the previous pel pattern and the edge of the unit screen or active drawing area. An inter-row spacing of 1, in which the character field on the current row abuts the character field of the previous row, is the default.

Bits 3 and 4 of byte 2 define the relation between the location of the TEXT cursor and the graphics drawing point, which is used to indicate the current drawing coordinates used by the geometric graphics primitives described in Section 5.2.2. (Note that the graphics drawing point itself is never displayed.) This relationship is defined in the table below.

| b4 | b3 | move parameters     |
|----|----|---------------------|
| 0  | 0  | move together  *    |
| 0  | 1  | cursor leads        |
| 1  | 0  | drawing point leads |
| 1  | 1  | move independently  |

If the move parameter is set to move together (0,0), then every time the cursor moves, the drawing point is moved along with it and vice versa. The

FREZZA00447

Exhibit 5
Page 000279

drawing point is aligned with the left end of the underscore cursor, the bottom left corner of the block cursor, the center (intersection) of the cross hair cursor, and the center (unspecified) of the custom cursor. (These are defined below.) If the move parameter is set to cursor leads (0,1) then every time the cursor moves, the drawing point is moved along with it but not vice versa. If the move parameter is set to drawing point leads (1,0) then every time the drawing point moves, the cursor is moved along with it but not vice versa. If the move parameter is set to move independently (1,1), then the motions of the cursor and drawing point are completely independent. The default move parameter is move together (0,0).†

Bits 5 and 6 of byte 2 determine the cursor display style, as specified in the table below.

| b6 | b5 | cursor style |
|----|----|--------------|
| 0 | 0 | underscore * |
| 0 | 1 | block |
| 1 | 0 | cross hair |
| 1 | 1 | custom |

---

† Note that an anomolous situation may arise with regard to cursor placement when the drawing point is moved to the boundary of the unit screen and the move parameter is set to either move together or drawing point leads. In these cases, the cursor is moved such that the character field indicated by the cursor always remains entirely within the unit screen and the distance between the alignment point on the cursor and the location indicated by the drawing point is minimized.

FREZZA00448

Exhibit 5
Page 000280

- 40 -

The underscore is a single line the width of the current character field. It marks the bottom of the character field in which the next TEXT character is to be deposited. The block cursor is a solid block the size of the current character field. The cross hair cursor is a vertical line the height of the current character field and a horizontal line the width of the current character field which intersect at the center of the current character field. The design of the custom cursor is left unspecified, to be selected by the terminal manufacturer. The default cursor style is the underscore.

The multi-value operand specifies the character field width (dX) and height (dY) which are interpreted in the coordinate system defined by the unit screen. The sign bits in both cases are used to reflect or invert the TEXT characters, i.e., if dX is negative, the character pel patterns are reflected about the vertical center axis within the character field and if dY is negative, the character pel patterns are inverted about the horizontal center axis within the character field. The default character field dimensions correspond to the decimal values of dX = .025 (i.e., dX $\simeq$ +.00000110 binary) and dY $\simeq$.04* (i.e., dY = +.00001010 binary). If the char field dimensions operand is omitted from the PDI, the operand is not padded with 0s but, rather, the current character field dimensions remain in use.

If additional data follows the multi-value operand, it is ignored.

_____

* The exact default value of dY will depend on the relationship between the unit screen and the display screen and may vary slightly depending on the implementation. These defaults will yield a nominal screen format of 40 characters by 20 rows on a standard rectangular CRT. (Note that because of the large variability in the overscan characteristics of existing television sets, care must be taken in the selection of the number of scan lines to be included in the addressable display area so that the image will remain within the SMPTE safe title area. In any event, sensitive information should not be placed in the corners of the display.)

FREZZA00449

Exhibit 5
Page 000281

- 41 -

### 5.2.1.3 TEXTURE

The TEXTURE command is used to set several texture attributes that are applied to subsequent drawing commands. The line texture attribute applies only to the LINE, RECT (outlined), ARC (outlined), POLY (outlined), and INCR.LINE primitives. The highlight attribute applies to the RECT (filled), ARC (filled), POLY (filled), and INCR.POLY (filled) primitives. The texture pattern attribute and mask size parameters apply to the RECT (filled), ARC (filled), POLY (filled), and INCR.POLY (filled) primitives. The TEXTURE op code takes a one byte, fixed format operand followed by a multi-value operand, as shown below.





FREZZA00450

Exhibit 5
Page 000282

- 42 -

Bits 1 and 2 of byte 1 determine the line texture attribute as specified in the table below.

| b2 | b1 | line texture |
|----|----|------------|
| 0 | 0 | solid * |
| 0 | 1 | dotted |
| 1 | 0 | dashed |
| 1 | 1 | dot-dashed |

The default line texture is solid. The dot size and spacing is equal to the size of the *logical pel*. The dash height is equal to the height of the *logical pel* and its length and spacing is equal to three times the width of the *logical pel*. In all cases, however, the end points of lines and arcs as well as the vertices of rectangles and polygons must be plotted. (Note that if the *logical pel* size is 0, solid lines will always result.)

Bit 3 of byte 1 determines the highlight attribute. If b3 is set to 0, then filled rectangles, arcs, and polygons are not highlighted when drawn. This is the default mode. If b3 is set to 1, then filled rectangles, arcs, and polygons are highlighted, i.e., their perimeters are drawn in nominal black in color modes 0 and 1 and in the background color in color mode 2, regardless of the fill color or pattern (see Section 5.2.1.4 for a description of the three color modes).

Bits 4, 5, and 6 determines the texture pattern for filled rectangles, arcs, and polygons. The fill algorithm, in both cases, is defined as a step-and-repeat process, which will be described in more detail below, which applies the in-use color(s) to a selected texture mask to create a fill pattern. The selection of texture patterns is shown in the table below.

FREZZA00451

Exhibit 5
Page 000283

- 43 -

| b6 | b5 | b4 | texture pattern |
|----|----|----|-----------------|
| 0 | 0 | 0 | solid * |
| 0 | 0 | 1 | vertical hatching |
| 0 | 1 | 0 | horizontal hatching |
| 0 | 1 | 1 | cross hatching |
| 1 | 0 | 0 | mask A |
| 1 | 0 | 1 | mask B |
| 1 | 1 | 0 | mask C |
| 1 | 1 | 1 | mask D |

The solid texture mask is the default. The width and spacing of the hatching lines in the vertical hatching mask is equal to the width of the *logical pel* and the height and spacing of the hatching lines in the horizontal hatching mask is equal to the height of the *logical pel*. The four programmable texture masks A, B, C, and D can be dynamically defined using the DEF TEXTURE command described in Section 6.2.4. They are used by the step and repeat process described below in the same manner as the standard texture masks.

The multi-value operand determines the mask size to be used in the step and repeat process. The width (dX) and height (dY) of the mask size are interpreted as relative coordinates in the coordinate system defined by the unit screen. The step and repeat process takes the selected texture mask, scales it to the specified mask size, (logically) covers the given object with contiguous copies of the mask, and then deposits the in-use color(s) in all of those pels indicated by the mask pattern. Registration of the pattern is maintained across figures at any given mask size by aligning the mask with the absolute coordinate system, i.e., the step and repeat process takes, as its initial reference, the origin or (0,0) point of the unit screen.

The default mask size is defined to be equal to the default character field size, i.e., dX = .025, dY ≈ .04. The sign bits are used to reflect or invert the mask pattern, i.e., if dX is negative, the mask pattern is reflected within the mask field and if dY is negative, the mask pattern is inverted. If the mask size operand is omitted from the PDI, the operand is not padded with 0s but,

FREZZA00452

Exhibit 5
Page 000284

- 44 -

rather, the current mask size remains in-use.

If additional data follows the mask size operand, it is ignored.

### 5.2.1.4 Color Controls

Three different color modes can be selected, the choice of which dictates the precise interpretation of the two color control op codes, SET COLOR and SELECT COLOR. The color mode can be set to either 0, 1, or 2 via the SELECT COLOR PDI as described below. Color mode 0 is designed to support implementations in which the in-use drawing color is explicitly specified as a color value. This includes terminals without color maps as well as terminals with color maps that are implicitly defined, i.e., not directly addressable by the application process. In this mode, the SET COLOR command, described in the next section, directly sets the value of the in-use drawing color that is applied to subsequently received TEXT and graphics drawing commands. Color modes 1 and 2 are designed to support implementations that include a color map, that is, terminals whose in-use drawing color is specified as an ordinal number that is used as an address into a look-up table that provides the actual color value.

The color map is used to convert, in real-time, the color entry address stored for each pel in the display storage medium into an actual color value for that pel. The number of bits(N) in the color entry address (i.e., the number of bits per pel in the display storage medium) is, by design, smaller than the number of bits(M) in the actual color value stored in the color map (i.e., the width of the color map). This provides, among other things, an increase in the total number of possible display colors (up to $2^M$) without an increase in the size of the display storage medium, with the constraint that not more than $2^N$ colors can be displayed simultaneously.

Completely defining a color in implementations in which an explicit color map is used takes two steps. The color values stored in the color map must be specified and the color entry address (i.e., the ordinal number) to be associated with the in-use drawing color must be specified. In color modes 1 and 2, the SET COLOR control performs the former function and the SELECT COLOR control performs the latter function. Note that the color map applies to the

FREZZA00453

Exhibit 5
Page 000285

- 45 -

entire display. A change in the color map will immediately be reflected in the color of all pels whose associated color entry address points to the color map entry that has been changed.

The following relation between the number of bits(N) in the color entry address and the number of bits(M) in the color values stored in the color map is recommended.

$$M \geq 3(N-1)$$

### 5.2.1.4.1 SET COLOR

The SET COLOR command is used to specify actual color values. The SET COLOR op code takes a multi-value operand and is shown below.



In color mode 0, this sets the in-use drawing color. This color remains in-use and is applied to subsequently received TEXT and graphics drawing commands until changed by either another SET COLOR command, the RESET command, described in Section 5.2.1.7, or the US control character, described in Section 6.1. The default drawing color in color mode 0 is white. A "background" color cannot be specified in color mode 0, that is, TEXT character pel patterns and graphics drawing commands merely overwrite the existing contents of the display storage medium. Note that a given implementation may support any number of colors as long as it at least supports black and white. It is the

FREZZA00454

Exhibit 5
Page 000286

- 46 -

responsibility of the terminal to choose the color that most closely approximates the specified drawing color if that particular drawing color is not available.

In color modes 1 and 2, the SET COLOR command is used to load color values into the color map. The address of the entry to be loaded is taken to be the one indicated by the in-use drawing color, (which must have been set previously with the SELECT COLOR command).

If the maximum size entry (i.e., number of bits) that the color map can accommodate is smaller than the number of bits provided by the SET COLOR operand, the operand is truncated and only the most significant bits are used. If the maximum size entry that the color map can accommodate is larger than the number of bits provided by the SET COLOR operand, the operand is padded with zeroes.

If the SET COLOR command is implicitly repeated via the sending of additional numeric data, the address of the color entry to be changed is automatically incremented prior to the execution of the new op code. This does not affect the in-use drawing color.

A color value of (0,0,0) in all color modes is assigned the special meaning of transparent. If transparent color is selected, then any lower order planes would show through the display. (These lower order planes could correspond to planes with a lower Z value in a multi-planar terminal architecture or an analog video signal in applications where the videotex display is superimposed over a standard television image for, for example, captioning.) If there are no lower order planes, then the transparent color shows as black.

The default contents of the color map are defined according to the algorithm described below:

$N$ = Number of bits in the color entry address
$2^N$ = Size of the color map
$M$ = Number of bits in the color values
  (i.e., width of the color map)
$M \geq 3(N-1)$ as specified previously

FREZZA00455

Exhibit 5
Page 000287

- 47 -

The first half of the default color map is used to store a complete, uniformly spaced grey scale. This comprises the ordered set of colors where R=G=B. (Note that if the above relation between N and M holds, there should be exactly $2^N/2$ grey levels including black, or transparent, and white.) The second half of the default color map is used to store a full range of hues equally spaced around the perimeter of the hue circle. The hue circle is shown in Figure 10 and is defined with the three primary colors (red, green, and blue) lying equidistant around the circle with blue at $0^0$, red at $120^0$, and green at $240^0$. All other hues can be obtained with various combinations of these three primaries mixed in proportions that are a function of the position of the desired hue on the hue circle. The algorithm for obtaining the RGB values for the default hues, which lie equally spaced around the hue circle starting at $0^0$ and proceeding counter-clockwise, is as follows:

Let

| | | |
|---|---|---|
| $h$ = | | desired hue |
| $\angle h$ = | | the angle of $h$ |
| $P_1$ = | | the closest primary to $h$ |
| $\angle P_1$ = | | the angle of $P_1$ |
| $P_2$ = | | the second closest primary to $h$ |
| $\angle P_2$ = | | the angle of $P_2$ |
| $P_3$ = | | the furthest primary from $h$ |

The values of the primaries in the RGB system which must be combined to give the hue h will be:

FREZZA00456

Exhibit 5
Page 000288

- 48 -

1)  $\qquad$ $P_1 = 1 \quad (i.e., \text{ all bits set } 1)$

2)  $\qquad$ $P_2 = \left| \dfrac{\measuredangle h - \measuredangle P_1}{\measuredangle h - \measuredangle P_2} \right|$

3)  $\qquad$ $P_3 = 0 \quad (i.e., \text{ all bits set } 0)$

Table 4 shows an example of a default color map for N=4 and M=9.

FREZZA00457

Exhibit 5
Page 000289

- 49 -

**HUE CIRCLE**



**FIGURE 10   SELECTION OF DEFAULT COLORS**

FREZZA00458

Exhibit 5
Page 000290

- 50 -



| ADDRESS | R | G | B | |
|---------|-----|-----|-----|---|
| 0 0 0 0 | 0 0 0 | 0 0 0 | 0 0 0 | TRANSPARENT (OR BLACK) |
| 0 0 0 1 | 0 0 1 | 0 0 1 | 0 0 1 | |
| 0 0 1 0 | 0 1 0 | 0 1 0 | 0 1 0 | |
| 0 0 1 1 | 0 1 1 | 0 1 1 | 0 1 1 | GREY SCALE |
| 0 1 0 0 | 1 0 0 | 1 0 0 | 1 0 0 | |
| 0 1 0 1 | 1 0 1 | 1 0 1 | 1 0 1 | |
| 0 1 1 0 | 1 1 0 | 1 1 0 | 1 1 0 | |
| 0 1 1 1 | 1 1 1 | 1 1 1 | 1 1 1 | WHITE |
| 1 0 0 0 | 0 0 0 | 0 0 0 | 1 1 1 | |
| 1 0 0 1 | 1 0 1 | 0 0 0 | 1 1 1 | |
| 1 0 1 0 | 1 1 1 | 0 0 0 | 1 0 0 | |
| 1 0 1 1 | 1 1 1 | 0 1 0 | 0 0 0 | |
| 1 1 0 0 | 1 1 1 | 1 1 1 | 0 0 0 | HUES |
| 1 1 0 1 | 0 1 0 | 1 1 1 | 0 0 0 | |
| 1 1 1 0 | 0 0 0 | 1 1 1 | 1 0 0 | |
| 1 1 1 1 | 0 0 0 | 1 0 1 | 1 1 1 | |

**TABLE 4**

**DEFAULT COLOR MAP FOR N = 4, M = 9**

FREZZA00459

Exhibit 5
Page 000291

- 51 -

### 5.2.1.4.2 SELECT COLOR

The SELECT COLOR command is used to set the color mode as well as select the in-use drawing color for mode 1 and the in-use colors for mode 2. The SELECT COLOR op code can take zero, one, or two single-value operands. Any additional numeric data is ignored. If the SELECT COLOR op code is followed by no operands, color mode 0 is indicated. (On terminals with implicitly defined color maps, this will also reinitialize the internal color map.) The terminal will remain in color mode 0 until either another SELECT COLOR command with operands is received or the color mode is changed with a RESET command (described in Section 5.2.1.7). While in color mode 0, the SET COLOR command is used to set the in-use drawing color, as described in the previous section, and the SELECT COLOR command is not used.

If the SELECT COLOR op code is followed by a single operand, color mode 1 is indicated. (This has no effect on the color map.) The terminal will remain in color mode 1 until either another SELECT COLOR command with 0 or 2 operands is received or the color mode is changed with a RESET or US command. While in color mode 1, the single operand following the SELECT COLOR op code is used to set the in-use drawing color that is applied to subsequently received TEXT and graphics drawing commands. Note, again, that the in-use drawing color in this case is an ordinal number that represents an address in the color map in which the actual color value was previously, or will later be, loaded with a SET COLOR command. A "background" color is not specified in color mode 1, rather, TEXT character pel patterns and graphics drawing commands merely overwrite the existing contents of the display storage medium.

If the SELECT COLOR op code is followed by two operands, color mode 2 is indicated. Again, the terminal will remain in color mode 2 until either another SELECT COLOR command with 0 or 1 operands is received or the color mode is changed with a RESET or US command. While in color mode 2, the first operand following the SELECT COLOR op code is used to set the in-use drawing color and the second operand is used to set the in-use "background" color. TEXT characters received while in color mode 2 will be drawn in the in-use

FREZZA00460

Exhibit 5
Page 000292

- 52 -

drawing color over the in-use "background" color, which occupies the remainder of the character field. For the special case in which the two operands are identical, i.e., the in-use drawing color is specified to be the same as the in-use background color, the in-use drawing color is, instead, left at its current value and only the in-use "background" color is changed to the value specified. The in-use "background" color also applies to the highlight as well as the alternating color in the line and area texture patterns, as described in Section 5.2.1.3.

The SELECT COLOR op code, which in this case is shown with two, one byte long single-value operands, is depicted below.



The default color mode is mode 0, which has a default in-use drawing color of white.

### 5.2.1.5 BLINK

The BLINK command is used to control a blink process which operates on the color map entry indicated by the current in-use drawing color. (This is called the blink-from color.) This process periodically overwrites the contents of the blink-from color with a color value selected from the current contents of any other entry in the color map. (This is called the blink-to color.) After a specified on interval has expired, it then restores the color value that was overwritten. After a specified off interval has expired, the process is repeated.

FREZZA00461

Exhibit 5
Page 000293

- 53 -

Multiple blink processes can be specified simultaneously that may or may not share common blink-from or blink-to colors, and each can be specified to begin with a defined phase delay measured from the beginning of the next on interval of the most recently received active blinking process. These four parameters, the blink-to color, the on interval, the off interval, and the phase delay, are controlled by the operands of the BLINK op code. The BLINK op code takes a single-value operand, which may be one or more bytes long depending on the domain, followed by a three byte, fixed format operand as shown below.



FREZZA00462

Exhibit 5
Page 000294

- 54 -

The byte(s) in the single value operand determine the blink-to color entry address. The first byte of the fixed format operand determines the on interval, in increments of $1/10^{th}$ of a second. An interval of zero is taken to mean blink off, and terminates any active blink process operating on the indicated blink-from/blink-to color pair. The second byte of the fixed format operand determines the off interval, in increments of $1/10^{th}$ of a second. The third byte of the fixed format operand determines the phase delay, in increments of $1/10^{th}$ of a second. (If there is no currently active blink process, this delay is ignored.) Note that if multiple blink processes have on or off intervals that expire simultaneously, they are processed sequentially starting with the most recently received blink process and proceeding to the least recently received process. Each blink process, in this case, takes as its input the color map that resulted from the previously executed blink process.

If the BLINK command is implicitly repeated via the sending of additional numeric data, the address of the blink-from color is automatically incremented prior to the execution of the new op code. This does not affect the in-use drawing color attribute.

Note that the phase delay byte can be omitted in a single blink specification if a delay of zero is desired. Note, also, that all of the operands can be omitted when all blink processes utilizing a single blink-from color are being terminated simultaneously. Setting a blink automatically terminates any previous active blink process operating on the same pair of blink-from and blink-to colors.

### 5.2.1.6 CONTROL STATUS (WAIT)

The CONTROL STATUS (WAIT) command is used to indicate a programmed delay in the execution of the presentation code. The CONTROL STATUS (WAIT) op code takes two one-byte, fixed format operands whose interpretations are shown below.

FREZZA00463

Exhibit 5
Page 000295

- 55 -



The CONTROL STATUS (WAIT) op code must be followed by a fixed format operand whose bit pattern corresponds to X1011100. If any other bit pattern follows, the WAIT command, along with any subsequent numeric data, is executed as a null or no-op. The second operand indicates the delay in units of $1/10^{th}$ of a second. The maximum delay from a single WAIT command is, therefore, approximately 6 seconds. If additional data bytes follow, they are treated as additional additive waits.

### 5.2.1.7 RESET

The RESET command is used to selectively reinitialize the control and attribute parameters to their default values, clear the screen, set the border color, home the cursor,    clear the    DRCS set, texture attributes, macro-PDIs,    and unprotected fields (described in Section 6.2). The RESET op code takes a two byte, fixed format operand. The order of execution of the resets is byte 1, low order bit (b1) to high order bit (b6), followed by byte 2, low order bit (b1) to high order bit. The reset op code and its operand is shown below.

FREZZA00464

Exhibit 5
Page 000296

- 56 -



If b1 of byte 1 is set to 0, the domain parameters are left unchanged. If b1 is set to 1, the domain parameters are set to their default values, as described in Section 5.2.1.1.

Bits 2 and 3 of byte 1 are used to set the color mode and/or in-use color according to the table below.

FREZZA00465

Exhibit 5
Page 000297

- 57 -

| b3 | b2 | action |
|----|----|--------|
| 0 | 0 | none |
| 0 | 1 | set color mode 0 & initialize implicit color map (if any) |
| 1 | 0 | set color mode 1 & set color map to default colors |
| 1 | 1 | set color mode 1, set color map to default colors, & set in-use drawing color to nominal white (i.e.,a 0 followed by all 1s) |

Bits 4, 5, and 6 of byte 1 are used to clear the screen and/or set the border color according to the table below. (The border surrounds the active display area and must be a single color chosen from the in-use color map or available colors.)

| b6 | b5 | b4 | action |
|----|----|----|--------|
| 0 | 0 | 0 | none |
| 0 | 0 | 1 | clear screen to nominal black |
| 0 | 1 | 0 | clear screen to in-use drawing color |
| 0 | 1 | 1 | set border to nominal black |
| 1 | 0 | 0 | set border to in-use drawing color |
| 1 | 0 | 1 | clear screen & border to in-use drawing color |
| 1 | 1 | 0 | clear screen to in-use drawing color & set border to nominal black |
| 1 | 1 | 1 | clear screen & border to nominal black |

FREZZA00466

Exhibit 5
Page 000298

If b1 of byte 2 is set to 0, the text parameters are left unchanged. If b1 is set to 1, the text parameters are set to their default values, as described in Section 5.2.1.2. The cursor is also sent home, which is defined as the top left character position on the screen.

If b2 of byte 2 is set to 0, currently active blink processes are not affected. If b2 is set to 1, all currently active blink processes are terminated.

If b3 of byte 2 is set to 0, unprotected fields, defined in Section 6.2.5, are not affected. If b3 is set to 1, all unprotected fields are made protected, i.e., their contents are not affected but the areas they occupy revert to protected status.

If b4 of byte 2 is set to 0, the current texture attributes are not changed. If b4 is set to 1, the current texture attributes are set to their default values, as described in Section 5.2.1.3. (Note that the four programmable masks are not cleared.)

If b5 of byte 3 is set to 0, currently defined macro-PDIs, described in Section 6.2, are not affected. If b5 is set to 1, all currently defined macro-PDIs (including transmit-macros) are cleared.

If b6 of byte 3 is set to 0, the DRCS is not affected. If b6 is set to 1, the entire DRCS is cleared, i.e., all the character positions are set to the space character.

If the RESET command is sent with no operand, a complete reset is indicated, i.e., the command is executed as if all bits in both bytes were 1s. If only a single byte of the operand is sent, the second byte is padded with 0s. If more than two bytes of data are sent, the additional data is ignored.

FREZZA00467

Exhibit 5
Page 000299

- 59 -

### 5.2.2 Geometric Primitives

The six geometric primitives of the PDI set are used to create graphic images within the unit screen and with the attributes specified by the current values of the control parameters. Each is defined in four forms, and hence requires four op codes. The graphic primitives are described individually below.

### 5.2.2.1 POINT

The POINT command is the most basic primitive and is used to set the coordinates at which to commence drawing (the current drawing point), and optionally draw a dot. The drawing point can be specified in absolute coordinates, i.e., referenced to (0,0) in the unit screen, or relative coordinates, i.e., interpreted as a displacement from the previous drawing point. All four forms of the POINT command take one multi-value operand, as shown below.



The POINT SET (absolute) command sets the drawing point at the absolute coordinates specified by the operand. It does not draw a dot.

FREZZA00468

Exhibit 5
Page 000300

- 60 -



The POINT SET (relative) command sets the drawing point at a displacement from the current drawing point specified by the operand. It does not draw a dot.



The POINT (absolute) command sets the drawing point at the absolute coordinates specified by the operand. It also draws a dot in the in-use drawing color whose size is determined by the *logical pel* size.

FREZZA00469

Exhibit 5
Page 000301



The POINT (relative) command sets the drawing point at a displacement from the current drawing point specified by the operand. It also draws a dot in the in-use drawing color.

### 5.2.2.2 LINE

The LINE command is the second most basic primitive and is used to draw a straight line, in the in-use color(s) and texture, between an initial drawing point and a final drawing point. The initial drawing point can be either explicitly specified within the LINE operand or taken as the current drawing point. The final drawing point can be either specified in absolute coordinates or specified in relative coordinates, as a displacement from the initial drawing point. After the LINE PDI is executed, the final drawing point becomes the new current drawing point. The four forms of the LINE command are shown below.

FREZZA00470

Exhibit 5
Page 000302



The LINE (absolute) command takes the current drawing point as the initial drawing point of the line and specifies the final drawing point, in absolute coordinates, in a single multi-value operand.



The LINE (relative) command takes the current drawing point as the initial drawing point of the line and specifies the final drawing point as a relative displacement from the initial drawing point in a single multi-value operand.

FREZZA00471

Exhibit 5
Page 000303



The SET and LINE (absolute) command specifies the initial drawing point of the line in absolute coordinates in a single, multi-value operand, and specifies the final drawing point in absolute coordinates in a second multi-value operand.

FREZZA00472

Exhibit 5
Page 000304



The SET and LINE (relative) command specifies the initial drawing point of the line in absolute coordinates, in a single multi-value operand. It specifies the final drawing point in relative coordinates, as a displacement from the initial drawing point, in a second multi-value operand.

FREZZA00473

Exhibit 5
Page 000305

- 65 -

### 5.2.2.3 ARC

The ARC command is used to draw circles or segments of circles, in the in-use color(s) and texture, from an initial drawing point to a final drawing point through a third point on the arc. The initial drawing point of the arc can either be explicitly specified within the ARC operand or taken as the current drawing point. The intermediate drawing point is specified in relative coordinates, as a displacement from the initial drawing point. The final drawing point is also specified in relative coordinates, as a displacement from the intermediate drawing point. If the three points defining the arc are co-linear, a straight line is drawn between the initial and final points. If the initial and the final drawing points are coincident, or the final drawing point operand is omitted, a circle is drawn, taking the intermediate point to lie halfway around the circle, i.e., on the diameter. If additional numeric data is transmitted beyond the final drawing point, a curvilinear spline is indicated. Each operand thereafter is taken to indicate the coordinates of the next point on the spline, specified as a displacement from the previous point. (The precise algorithm for the spline is reserved for future standardization.) The arc may be optionally filled, producing an area bounded by the arc and a chord joining the two end points. (Note that this chord is not considered part of the arc, so it is not highlighted in highlight mode.) After the ARC PDI is executed, the final drawing point becomes the new current drawing point except for the case of the circle, in which the new current drawing point is set to the initial drawing point. The four forms of the ARC command are shown below.

FREZZA00474

Exhibit 5
Page 000306

- 66 -



The ARC (outlined) command takes two multi-value operands. The first specifies the intermediate drawing point in relative coordinates, as a displacement from the initial drawing point. The second specifies the final drawing point in relative coordinates, as a displacement from the intermediate drawing point.

FREZZA00475

Exhibit 5
Page 000307

- 67 -



The ARC (filled) PDI is identical to the ARC PDI except it produces an arc filled in the in-use color(s) and texture in an area bounded by the arc and a chord joining the endpoints of the arc.

FREZZA00476

Exhibit 5
Page 000308

- 68 -



The SET AND ARC (outlined) command takes three multi-value operands. The first specifies the initial drawing point in absolute coordinates. The second specifies the intermediate drawing point in relative coordinates, as a displacement from the initial drawing point. The third operand specifies the final drawing point in relative coordinates, as a displacement from the intermediate drawing point.

FREZZA00477

Exhibit 5
Page 000309

- 69 -



The SET AND ARC (filled) command is identical to the SET AND ARC (outlined) command except it produces an arc filled in the in-use color(s) and texture in an area bounded by the arc and a chord joining the end points of the arc.

FREZZA00478

Exhibit 5
Page 000310

- 70 -

### 5.2.2.4 RECTANGLE

The RECT command is used to draw rectangles, in the in-use color(s) and texture, of a specified height and width starting at an initial drawing point. The initial drawing point can either be explicitly specified within the line operand or taken as the current drawing point. The height and width are specified in relative coordinates as displacements and are measured from the initial drawing point. The rectangle may be optionally filled. After the RECT PDI is executed, the new current drawing point is taken as the initial drawing point altered in X by an amount equal to the width displacement. The four forms of the RECT command are shown below.



The RECT (outlined) command takes the current drawing point as the initial drawing point and specifies both the width (dX) and the height (dY) of the rectangle in a single multi-value operand. An unfilled rectangle is drawn in the in-use color(s) and line texture.

FREZZA00479

Exhibit 5
Page 000311

- 71 -



The RECT (filled) command is identical to the RECT (outlined) command except it produces a rectangle filled in the in-use color and area texture.

FREZZA00480

Exhibit 5
Page 000312

- 72 -



The SET AND RECT (outlined) command specifies the initial drawing point in absolute coordinates in a single, multi-value operand, and specifies both the width (dX) and the height (dY) of the rectangle in a second multi-value operand. An unfilled rectangle is drawn in the in-use color(s) and area line texture.

FREZZA00481

Exhibit 5
Page 000313

- 73 -



SET AND RECT (FILLED)

INITIAL DRAWING POINT COORDINATES

AREA DIMENSIONS

The SET AND RECT (filled) command is identical to the SET AND RECT (outlined) command except it produces a rectangle filled in the in-use color(s) and area texture.

FREZZA00482

Exhibit 5
Page 000314

- 74 -

### 5.2.2.5 POLYGON

The POLY command is used to draw polygons, in the in-use color(s) and tex-
ture, from the initial drawing point, through a series of specified vertices, back
to the initial drawing point. The initial drawing point can either be explicitly
specified within the POLY operand or taken as the current drawing point. The
location of each vertex is specified in relative coordinates which are interpreted
as displacements from the previous vertex. The number of vertices is deter-
mined solely by the number of operands following the POLY op code. (Note
that all implementations must support at least 256 vertices.) The final drawing
point is implicitly taken to be the same as the initial drawing point. A polygon
may be optionally filled. The polygon specified in the filled versions of this
command must be a simple closed figure; that is, no two non-adjacent sides of
the polygon may cross at any point. After a POLY PDI is executed, the current
drawing point is set to the initial drawing point of the polygon. The four forms
of the POLY command are shown below.

FREZZA00483

Exhibit 5
Page 000315

- 75 -



The POLY (outlined) command takes the current drawing point as the initial drawing point of the polygon. The vertices are specified in multi-value operands and are interpreted as displacements from the previous vertex.

FREZZA00484

Exhibit 5
Page 000316

- 76 -



The POLY (filled) command is identical to the POLY (outlined) command except it produces a filled polygon in the in-use color(s) and area texture.

FREZZA00485

Exhibit 5
Page 000317

- 77 -



The SET AND POLY (outlined) command specifies the initial drawing point in absolute coordinates in a single, multi-value operand. The vertices are specified in subsequent multi-value operands and are interpreted as displacements from the previous vertex. An unfilled polygon is drawn in the in-use color(s) and line texture.

FREZZA00486

Exhibit 5
Page 000318

- 78 -



SET AND POLY (FILLED)

INITIAL DRAWING POINT COORDINATES

DISPLACEMENT OF VERTEX 1

DISPLACEMENT OF VERTEX N

The SET AND POLY (filled) command is identical to the SET AND POLY (outlined) command except it produces a rectangle filled in the in-use color(s) and area texture.

FREZZA00487

Exhibit 5
Page 000319

- 79 -

### 5.2.2.6 INCREMENTAL

The INCREMENTAL PDI comprises four op codes which provide the capability to describe, in a highly compact manner, images that consist of either sequences of points, sequences of lines, or filled polygons. These four op codes are described individually below.

### 5.2.2.6.1 FIELD

The FIELD command is used to establish a rectangular active drawing area that specifies a region of the unit screen within which the INCR.POINT command is to be executed. (It serves two additional purposes, which will be described in Section 6.1, of providing an active drawing area for columnated TEXT and identifying regions that may be unprotected by the application to allow for user input and local editing.) The FIELD op code takes two multi-value operands, as shown below.



FREZZA00488

Exhibit 5
Page 000320

The first operand specifies the origin of the rectangular drawing area in absolute coordinates. The second operand specifies the width (dX) and height (dY) of the drawing area measured as displacements from the origin point. Note that dX and/or dY may be positive or negative, so that the origin point may be placed in any of the four corners of the drawing area. After a FIELD PDI is executed, the current drawing point is set to the origin point of the area. Only one active drawing area may be defined at a time; i.e., execution of the FIELD PDI will undefine any previous active drawing area. If the FIELD PDI is followed by no operands, the active drawing area is set to the entire unit screen.

### 5.2.2.6.2 INCR.POINT

With the INCR.POINT command, an image can be described as a string of color specifications which are deposited in a raster-sequential manner within the active drawing area. These color specifications are stored in a string operand. In color mode 0, these will be interpreted as actual color values. In color modes 1 and 2, these will be interpreted as ordinal numbers, i.e., addresses into the color map. The algorithm by which the image is constructed is as follows: The operation starts at the current drawing point. The first color obtained from the string operand is deposited in the display memory location(s) corresponding to the pel(s) lying under the *logical pel*. The drawing point is then automatically moved in the X direction a distance equal to the width (dX) of the *logical pel*. Note that if dX is positive the drawing point moves to the right and if dX is negative the drawing point moves to the left. The next color is then obtained and the process is repeated. If a pel lies under the *logical pel* associated with the drawing point for more than one deposit operation, it retains the color deposited there last. When the drawing point meets or exceeds the vertical boundary of the active drawing area, it is automatically repositioned to the opposite boundary for the next drawing operation, if there is one, and has its Y value incremented by the height (dY) of the *logical pel*. Note that if dY is positive, the drawing point moves up and if dY is negative, the drawing point moves down. If the horizontal boundary of the active drawing area is met or exceeded, the Y value is, instead, left constant and the entire display image lying within the area of the screen defined by the active drawing area is scrolled in the opposite direction, i.e., a distance equivalent to -dY. The operation

FREZZA00489

Exhibit 5
Page 000321

- 81 -

continues (access/deposit/move) until the operand is terminated. The current drawing point is then set to the origin (0,0) of the active drawing area.

The INCR.POINT op code and its operands are shown below.



The INCR.POINT command takes two operands. The first is a single byte, fixed format operand that describes the packing counter. The packing counter is an unsigned integer that determines the number of consecutive bits to be taken from the string operand to make up a single color specification. (A packing counter of 0 is, by convention, taken to indicate a count of 64.) The second operand is a string operand of indeterminate length. It contains the color specifications, stored sequentially without regard to byte boundaries, high order bit (b6) to low order bit (b1) within the numeric data fields. In color mode 0 these color specifications are interpreted as actual color values; that is, a number of bits equal to the packing count is used to define the color applied to each drawing operation. As in the multi-value color specification, the bits are organized into three-tuples and the order of interpretation of the bits is G, R, B. Note that a single color specification may contain multiple three-tuples

FREZZA00490

Exhibit 5
Page 000322

- 82 -

depending on the packing count, in which case the first three-tuple contains the MSBs and the last contains the LSBs of the three primaries. For example, if the packing count were 6, the color specification for each drawing operation would look like GRBGRB and each primary would be specified to two bits of accuracy. If the packing count is not an integer multiple of three, then each primary will not be specified to an equal accuracy. For example, if the packing count were 4, the color specification for each drawing operation would look like GRBG. Note that these would be concatenated within the string operand without regard to byte boundaries. In this example, then, the bits in the string operand would look like GRBGGRBG....

In color modes 1 and 2, these color specifications are interpreted as ordinal numbers, i.e., as addresses into a previously loaded color map. Again, a number of bits equal to the packing count is used to define the color applied to each drawing operation. These specifications are concatenated in the string operand without regard to byte boundaries.

In each of the above cases, special action is taken in the interpretation of the string operand when the drawing point meets or exceeds the vertical boundary of the active drawing area and is to be repositioned to the opposite boundary. When this happens, any remaining bits in the byte of the string operand currently being interpreted are discarded, even if there is a sufficient number remaining to make up a complete color specification. Interpretation resumes at the first bit (i.e., b6) in the next complete byte. If there are no further data bytes, then the operation is terminated.

It may be desirable, depending on the relationship between the *logical pel* dimensions and the physical pel dimensions on an individual display device, to perform a pre-execution rescaling of both the *logical pel* dimensions and the active drawing area dimensions to avoid certain types of distortions that will result from a mismatch. The goal of this type of rescaling would be to make the *logical pel* dimensions become either integer multiples or integer fractions of the corresponding physical pel dimensions. (The active drawing area dimensions would have to be scaled equivalently in order to maintain line synchronism in the image.) This type of terminal dependent implementation is

FREZZA00491

Exhibit 5
Page 000323

- 83 -

permissible as long as 1) the *logical pel* dimensions and active drawing area dimensions are restored to their pre-scaled values after the INCR.POINT PDI completes execution, and 2) the resultant image is guaranteed to lie within the original active drawing area.

If an INCR.POINT PDI is received and there is an active drawing area defined but the initial drawing point lies outside of that area, the command is considered to be in error and is rejected in its entirety; i.e., it is executed as a no-op. If an INCR.POINT PDI is received and either or both dimensions of the *logical pel* are equal to 0, then these dimensions are set, for the duration of the command only, to the smallest positive value specifiable within the current domain. (For example, if the current multi-value domain length is 3 bytes, then the smallest specifiable value would be +.00000001, i.e., 1/256.)

### 5.2.2.6.3 INCR.LINE

The INCR.LINE command is used to describe, in a highly compact manner, images that consist of a sequence of lines drawn with a single set of in-use color(s) and texture. This drawing command is not restricted to produce images within the active drawing area. The line drawing begins at the initial drawing point, which is taken as the current drawing point, and proceeds from point to point with the relative coordinates of each successive point specified as a positive or negative step in X and/or Y from the previous point. The step size parameters (dX,dY) are specified at the beginning of the operation in a single multi-value operand, and remain constant in magnitude throughout the operation. The sequence of step directions which make up the image are encoded in a string variable. The INCR.LINE command and its operands are shown below.

FREZZA00492

Exhibit 5
Page 000324



The INCR.LINE command takes two operands. The first is a multi-value operand that specifies the step size parameters. The step size parameters are signed quantities (dX,dY) that represent a step size applied to the drawing operation. The second operand is a string operand which consists of an indeterminate number of bytes, each of which contains three two-bit nibbles in the numeric data field (b6 through b1) which are interpreted left to right. The sequence of these two-bit nibbles specifies the relative position of each successive point, as described below.

FREZZA00493

Exhibit 5
Page 000325

- 85 -

| b2 | b1 | primary instruction |
|----|----|---------------------|
| 0 | 0 | ESCAPE |
| 0 | 1 | take a step in X of dX |
| 1 | 0 | take a step in Y of dY |
| 1 | 1 | take a step in X of dX and Y of dY |

If the two bits are (0,0), then an escape is indicated. In this case, no drawing action is taken and the next nibble is accessed to determine what parameter changes should be made. If the two bits are (0,1), then the coordinates of the next point are set to the coordinates of the last point, with the X coordinate modified by addition of the current dX. If the two bits are (1,0), then the coordinates of the next point are set to the coordinates of the last point with the Y coordinate modified by the addition of the current dY. If the two bits are (1,1), then the coordinates of the next point are set to the coordinates of the last point with the X coordinate modified by the addition of the current dX and the Y coordinate modified by the addition of the current dY. After the next point has been established by one of these three actions, a line in the in-use color(s) and texture is drawn between the last point and the next point and the process is repeated. Note that the line so drawn may be two pels long, many pels long, or may even fall entirely within one pel, depending on the relation between the step size parameters and the display resolution.

The following table shows how the nibble following the ESCAPE code (0,0) is interpreted.

FREZZA00494

Exhibit 5
Page 000326

- 86 -

| b2 | b1 | ESCAPE instruction |
|----|----|--------------------|
| 0  | 0  | draw on/off |
| 0  | 1  | negate dX |
| 1  | 0  | negate dY |
| 1  | 1  | negate dX and dY |

If the two bits are (0,0), then the actual line drawing operation is turned off, if it is currently on, or it is turned on, if it is currently off. This does not affect the movement of the drawing point which continues as described in either case. (This capability will allow gaps to occur within a line drawing without necessitating the termination of the command.) The drawing operation is initialized to on when the command is initiated. If the two bits are (0,1), then the current dX is negated; that is, if it was positive it is made negative and if it was negative it is made positive. If the two bits are (1,0), then the current dY is negated. If the two bits are (1,1), then both the current dX and dY are negated.

When the string operand is terminated, the current drawing point is left as the final drawing point in the line drawing.

### 5.2.2.6.4 INCR.POLY (filled)

The INCR.POLY (filled) command is similar to the INCR.LINE command except it produces a polygon filled in the in-use color(s) and texture. The INCR.POLY (filled) op code takes a multi-value operand followed by a string operand, as shown below.

FREZZA00495

Exhibit 5
Page 000327

- 87 -



The multi-value operand indicates the step size and is interpreted the same as the step size parameter in the INCR.LINE PDI. The string operand contains the move instructions which are interpreted the same as the move instructions in the INCR.LINE PDI except that the drawing operation is always on; i.e., should the draw on/off instruction be received, it is interpreted as a null or no-op (note that the escape remains pending). The set of points so defined by these operands specify the vertices of the polygon to be drawn and are subject to the same restrictions as the POLY (filled) PDI vertices, as described in Section 5.2.2.5. The final drawing point is implicitly taken as the initial drawing point. After the INCR.POLY (filled) PDI is executed the initial drawing point becomes the new current drawing point.

FREZZA00496

Exhibit 5
Page 000328

- 88 -

## 6. CONTROL SETS

This section defines the control sets that can be used in conjunction with both the 7-bit and 8-bit code extension schemes described in Section 4. Each control set consists of 32 character positions arranged in two columns by sixteen rows. Only one C0 set and one C1 set are defined. Definition of a larger repertory of control sets, members of which can be invoked into the C0 or C1 set via procedures defined by ISO 2022, is left for future standardization. The C0 set occupies columns 0 and 1 of the in-use table, regardless of whether the 7-bit or 8-bit mode is used (see Figures 2 and 4). In a 7-bit environment, the C1 set corresponds to columns 4 and 5 of the in-use table but is never invoked in a locking manner into that table. Rather, single C1 set characters are accessed via a two-character escape sequence as specified in Section 4.1. In an 8-bit environment, the C1 set occupies columns 8 and 9 of the in-use table.

### 6.1 C0 Set

The C0 set contains the ASCII control characters as shown in Figure 11. The functions of the individual control characters are specified below.

NUL (0/0) - The null character has no function and is used for time or media fill.

$TC_1$-$TC_{10}$ (0/1-0/6, 1/0, 1/5-1/7) - These data link control characters have no function on the presentation level. They may or may not be used on lower protocol levels depending on the implementation.

BEL (0/7) - The bell control character is used to momentarily activate the terminal bell or beeper.

BS (APB) (0/8) - The backspace or active position backward control character causes the cursor to move in a direction opposite to the *charpath* a distance equal to the dimension of the current size character field that lies parallel to the *charpath*. If this causes the cursor to exceed the boundary of the unit screen or the active drawing area, if the

FREZZA00497

Exhibit 5
Page 000329

- 89 -

| COLUMN ROW | 0 | 1 |
|---|---|---|
| 0 | NUL | TC$_7$ (DLE) |
| 1 | TC$_1$ (SOH) | DC$_1$ |
| 2 | TC$_2$ (STX) | DC$_2$ |
| 3 | TC$_3$ (ETX) | DC$_3$ |
| 4 | TC$_4$ (EOT) | DC$_4$ |
| 5 | TC$_5$ (ENQ) | TC$_8$ (NAK) |
| 6 | TC$_6$ (ACK) | TC$_9$ (SYN) |
| 7 | BEL | TC$_{10}$ (ETB) |
| 8 | BS ( APB ) | CAN |
| 9 | HT (APF) | SS 2 |
| 10 | LF (APD) | SUB |
| 11 | VT (APU) | ESC |
| 12 | FF (CS) | FS |
| 13 | CR (APR) | SS3 |
| 14 | SO | RS (APH) |
| 15 | SI | US |

**FIGURE 11    CO CONTROL SET**

FREZZA00498

Exhibit 5
Page 000330

- 90 -

cursor lies within that area, the cursor is repositioned to the last character position along the *charpath* within the unit screen or drawing area and an automatic vertical tab (VT) is executed.

HT (APF) (0/9) - The horizontal tab or active position forward control character causes the cursor to move in the direction of the *charpath* a distance equal to the dimension of the current size character field that lies parallel to the *charpath*. If this causes the cursor to exceed the boundary of the unit screen or the active drawing area, if the cursor lies within that area, the cursor is repositioned to the first character position along the *charpath* within the unit screen or area and an automatic line feed (LF) is executed.

LF (APD) (0/10) - The line feed or active position down control character causes the cursor to move in a direction perpendicular to the *charpath* (in the $-90^{\circ}$ direction) a distance equal to the dimension of the current size character field that lies perpendicular to the *charpath*. If this causes the cursor to exceed the boundary of the unit screen or active drawing area, if the cursor lies within that area, the action taken will depend on the scroll mode, described in Section 6.2.

VT (APU) (0/11) - The vertical tab or active position up control character causes the cursor to move in a direction perpendicular to the char path (in the $+90^{\circ}$ direction) a distance equal to the dimension of the current size character field that lies perpendicular to the *charpath*. If this causes the cursor to exceed the boundary of the unit screen or active drawing area, if the cursor lies within that area, the action taken will depend on the scroll mode.

FF (CS) (0/12) - The form feed or clear screen control character moves the cursor to the upper leftmost character position on the display screen regardless of the *charpath*, and clears the screen to the current in-use drawing color in color modes 0 and 1, or the current in-use "background" color in color mode 2.

FREZZA00499

Exhibit 5
Page 000331

**CR (APR) (0/13)** - The carriage return or active position reset control character moves the cursor to the first character position on the current *charpath* within the currently defined active drawing area, if the cursor lies within that area. If the cursor lies outside of the active drawing area when either an explicit or automatic carriage return is executed, the cursor is moved, instead, to the first character position along the *charpath* within the unit screen.

**SO, SI, SS2, SS3, ESC (0/14, 0/15, 1/9, 1/13, 1/11)** - The shift-out, shift-in, single-shift 2, single-shift 3, and escape characters are used for code extension as specified in Section 4.

**$DC_1$-$DC_4$ (1/1-1/4)** - The device control characters have no function on the presentation level. They may or may not be used on lower protocol levels (e.g., to do flow control on the link level if a character asynchronous link protocol is used).

**CAN (1/8)** - The CAN control character is used as a priority interrupt to halt processing of a macro-PDI. When the CAN character is received, regardless of whether or not there is a queue of yet unprocessed presentation level code preceding it, processing of any macro currently being executed is immediately halted and execution is resumed at the next presentation character following that macro call.

**RS (APH) (0/14)** - The RS or active position home control character moves the cursor to the upper leftmost character position on the screen regardless of the *charpath*.

**US (1/15)** - The unit separator control character serves two functions; it acts as a non-selective reset and it can be used as an alternative means to position the TEXT cursor. When a US is received, the following action is taken:

FREZZA00500

Exhibit 5
Page 000332

1)  The four active G sets and the in-use coding table are set to their default states, as described in Section 4.

2)  The DOMAIN parameters are set to their default values, as described in Section 5.2.1.1.

3)  The TEXT parameters are set to their default values, as described in Section 5.2.1.2.

4)  The TEXTURE parameters are set to their default values, as described in Section 5.2.1.3.

5)  The color mode is set to color mode 0 and the in-use drawing color is set to white. (Note that the color map, if any, is not affected.)

The cursor is positioned using the two bytes immediately following the US control character. If the two bytes are both from columns 4 through 7 of the in-use coding table, then they are taken to represent, in binary form (i.e., the binary digit comprising the bits b6 through b1 with b6 being the MSB), the row and column address, respectively, to which the cursor should be moved. Rows and columns are numbered starting with row 0, column 0 in the upper leftmost character position on the display screen and refer to the nominal screen format established by the default character size. If the two bytes following the US control character are not both from columns 4 through 7 of the in-use coding table, they are both rejected (i.e., treated as a null or no-op) and the cursor is not repositioned.

SUB, FS (1/10, 1/12) - These ASCII control characters have no function on the presentation level.

### 6.2  C1 Set

The C1 set, shown in Figure 12, contains control characters that are used to 1) provide a macro-PDI capability, 2) control the downloading of DRCS pel

FREZZA00501

Exhibit 5
Page 000333

- 93 -

| COLUMN ROW | 8 | 9 | 8-BIT MODE |
|---|---|---|---|
| | 4 | 5 | 7-BIT MODE |
| 0 | DEF MACRO | PROTECT | |
| 1 | DEFP MACRO | $EDC_1$ | |
| 2 | DEFT MACRO | $EDC_2$ | |
| 3 | DEF DRCS | $EDC_3$ | |
| 4 | DEF TEXTURE | $EDC_4$ | |
| 5 | END | WORD WRAP ON | |
| 6 | REPEAT | WORD WRAP OFF | |
| 7 | REPEAT TO EOL | SCROLL ON | |
| 8 | REVERSE VIDEO | SCROLL OFF | |
| 9 | NORMAL VIDEO | UNDER LINE START | |
| 10 | SMALL TEXT | UNDER LINE STOP | |
| 11 | MED TEXT | FLASH CURSOR | |
| 12 | NORMAL TEXT | STEADY CURSOR | |
| 13 | DOUBLE HEIGHT | CURSOR OFF | |
| 14 | BLINK START | BLINK STOP | |
| 15 | DOUBLE SIZE | UNPRO-TECT | |

**FIGURE 12   C1 CONTROL SET**

FREZZA00502

Exhibit 5
Page 000334

patterns, 3) control the downloading of texture masks, 4) create unprotected
fields for user input and TEXT editing, and 5) provide some simple textual
control characters. These capabilities are described in the following sections.

### 6.2.1 Macro-PDIs

The macro-PDI capability provides applications with the tools to implement
several basic segmented display file functions. A macro-PDI consists of an
arbitrary string of locally buffered presentation level code characters that is
labeled with a name consisting of a single character. This name thereafter acts
as a substitute for the entire string of characters which make up that particular
macro. Thus, whenever the name character is processed, the entire buffered
string is processed in its place, exactly as if it had just been received by the ter-
minal. Up to 96 macro-PDIs can be defined simultaneously. They are named
with the 96 characters that occupy the macro-PDI name G set and are, by con-
vention, labeled M0 through M95 starting at the character position in the first
column, first row and proceeding row by row, column by column through the
96 character positions in the G set. A macro name can be used, thereby calling
the macro, at any time by invoking the macro-PDI name G set into the in-use
table and transmitting the macro name. A macro name may also be included
within any macro, thereby providing a nesting capability*. On terminals which
include such a function, a macro may be called by the user from the terminal
keyboard. (This could provide a selective conceal/reveal feature.)

A macro-PDI is defined with the DEF MACRO control character. This must
be immediately followed by the bit combination corresponding to the name to
be applied to the macro (e.g., 3/12 for M28). (Note that the macro-PDI name
set does not need to be resident in the in-use table when the macro is defined,
but only when it is called.) All characters subsequently received up to receipt of
the END command, or any other command from the first four positions of the

---

\* The application level assumes responsibility to avoid infinite looping.

FREZZA00503

Exhibit 5
Page 000335

- 95 -

first column of the C1 set (i.e., DEF MACRO, DEFP MACRO, DEFT MACRO, and DEF DRCS), are buffered rather than processed, and thereafter become the named macro. (Note that the END command as well as the four commands listed above require a preceding ESC when operating in a 7-bit environment. This ESC character is not included as part of the macro.) If a macro is defined with the same name as an existing macro, the old version is automatically deleted. Note that at the time a macro-PDI is defined, the receipt of the presentation code that makes up the macro will not alter the terminal state or any control or attribute parameters. This will occur only at execution time when the macro is called. Note, also, that when a macro is called it is executed in the environment defined by the current, in-use parameters.

The DEFP MACRO control character is identical in function and use as the DEF MACRO character except it simultaneously buffers and executes the incoming characters that make up the macro. The DEFP MACRO command cannot be used to define a macro that calls itself without resulting in an error.

Macros can be individually deleted (i.e., set to the NUL character, which is the default macro) by immediately following the macro name character with the END command. All of the currently defined macros can be simultaneously deleted with the RESET command described in Section 5.2.1.7.

The maximum number of characters that can be simultaneously stored in macros is not specified and will depend on the amount of memory allocated for that purpose in the particular terminal.

6.2.2 Transmit-Macros

The DEFT MACRO control character is used, in conjunction with the macro-PDI capability, to accommodate a transmit-macro feature. The DEFT MACRO character is used in a manner identical to the way in which the DEF MACRO character is used to create a macro. Macros and transmit-macros share the same 96 names within the macro-PDI name G set. Macros created in this manner, however, have the special property that when they are called they are not processed but are transmitted back to the host computer in their entirety. Any key on the terminal keyboard tied to the macro names, therefore, has the

FREZZA00504

Exhibit 5
Page 000336

capability of becoming a limited programmable function key. Note, also, that a transmit-macro can be called from another macro-PDI. This could be used, for example, to give confirmation of a conceal/reveal.

Transmit-macros can be individually deleted by following the macro name character with the END command. All of the transmit-macros can be deleted simultaneously using the RESET command described in Section 5.2.1.7.

### 6.2.3 DRCS Downloading

The use of the Dynamically Redefinable Character Set (DRCS) has been described in Section 5.1.4. This section describes how the pel patterns that make up the characters of this set are downloaded to the terminal.

The DEF DRCS command is used to initiate the downloading sequence for a single DRCS character. This is always followed, with a single exception that will be noted below, by the bit combination corresponding to the character position within the DRCS that is to be defined. For example, if the pel pattern for the character in the first row, first column of the DRCS is to be defined, a 2/0 would be sent. (Note that the DRCS G set does not need to be resident in the in-use table when the DRCS is defined, but only when it is called.) Any existing DRCS pel pattern already associated with that character position is automatically deleted. The pel pattern for the DRCS character can then be defined with any legal string of presentation code that follows, up to the receipt of the END command or any other command from the first four positions of the first column of the C1 set, as well as the DEF TEXTURE command, which also terminates the downloading sequence. If the downloading sequence is terminated with another DEF DRCS command, thereby initiating another downloading sequence, then the DEF DRCS is not followed by the bit combination of the desired character to be defined, as it would be normally. Rather, this is implicitly taken as the next character in the DRCS G set, proceeding row by row, column by column cyclically through the set (i.e., 7/15 is followed by 2/0). For example, if a downloading sequence for character position 2/5 is terminated with the DEF DRCS character, then the next sequence will define the pel pattern for character position 2/6.

FREZZA00505

Exhibit 5
Page 000337

The presentation code defining a DRCS character pel pattern is executed at the time it is received* within the unit screen. The unit screen, however, is not mapped to the display screen as it would be normally, but is mapped directly into a separate storage buffer. This buffer, one of which must be maintained for every DRCS character currently defined, is 1 bit deep, and has a width (i.e., pels horizontal), and height (i.e., pels vertical) equal to the width and height of the area of the display screen that lies within the current character field size. For example, if the current character field maps to a 6 X 10 matrix of pels on the physical display, the storage buffer used for that DRCS character pel pattern is 6 pels wide by 10 pels high by 1 bit deep. (Only a single bit per pel is required because only an on-off pel pattern is being stored. This pattern will ultimately be used, when the DRCS character is called as described in Section 5.1.4, in a manner identical to the permanently stored ASCII pel patterns, with the current TEXT attributes.)

The DRCS character storage buffer is initially cleared, i.e., set to all 0s. The in-use drawing "color" utilized for the execution of the downloading sequence is logical 1, regardless of the value of the current in-use color. All presentation level codes, i.e., code extension sequences, TEXT characters (including other currently defined DRCS characters), PDIs, and control codes will be executed during a DRCS downloading sequence. Note that although the PDI commands SELECT COLOR, SET COLOR, and BLINK will be executed should they be sent, perhaps changing the state of various attribute parameters, they will have no affect on the DRCS pel pattern being downloaded. Note, also, that while TEXT size can be respecified during a downloading sequence, it will not affect the size of the DRCS character buffer, once allocated. Once the downloading sequence is terminated, as described above, the terminal reverts to the normal procedure of mapping the unit screen to the display screen and the drawing point is set to (0,0).

---

* This distinguishes it from a macro-PDI definition, which is not executed until the macro is called.

FREZZA00506

Exhibit 5
Page 000338

- 98 -

Individual DRCS characters can be deleted (i.e., any associated buffer storage can be de-allocated) by following the DRCS name character that follows the DEF DRCS command with the END command. All of the DRCS characters can be deleted simultaneously using the RESET command described in Section 5.2.1.7. Note that should a RESET that clears the DRCS be received during a downloading sequence, it will clear the character pel pattern definition in progress, though the downloading process will continue.

The minimum amount of buffer space that must be allocated to storing DRCS pel patterns is not specified and will depend on the particular terminal implementation. It is recommended that if a DRCS is implemented, at least enough buffer space to accommodate 96 default size pel pattern definitions should be included.

### 6.2.4 DEF TEXTURE

The DEF TEXTURE command is used to initiate the downloading of texture masks which are used in conjunction with the texture attribute described in Section 5.2.1.3. Up to four programmable texture masks can be defined. The DEF TEXTURE control character should be immediately followed by the bit combination corresponding to the ASCII characters A (4/1), B (4/2), C (4/3), or D (4/4) to indicate which of the four masks is to be defined. (Note, again, that the ASCII set need not be currently invoked.) Any existing texture pattern already associated with the mask to be defined is automatically deleted. The pattern for the texture mask can then be defined with any legal string of presentation code that follows, in an identical manner as the downloading of a DRCS character pel pattern, i.e., the unit screen is mapped directly onto a separate storage buffer rather than onto the display screen. All of the definitions and special restrictions that apply to the downloading of DRCS pel patterns also apply to the downloading of texture masks. When the downloading sequence is terminated, the drawing point is set to (0,0).

Texture masks can be cleared individually by following the mask name that follows the DEF TEXTURE command with the END command.

FREZZA00507

Exhibit 5
Page 000339

- 99 -

### 6.2.5 Unprotected Fields

This section describes how unprotected fields can be established on the display. These fields are provided to accept user input from the terminal keyboard, for subsequent transmission to the host, as well as to support local editing by the user. Only the establishment and clearing of these fields as well as the format of data transmitted from these fields is specified in this document. The full range of input and editing capabilities available in any terminal may vary and is not specified herein.

The default condition of the display screen is protected; that is, the user cannot alter or add to the information in the active display area. This condition is removed, however, within unprotected fields. These fields are created using the UNPROTECT command. This command causes the portion of the display screen that lies within the current active drawing area to be defined as an unprotected field. Any number of unprotected fields may be defined, subject to terminal dependent memory limitations, by moving the active drawing area to the desired location via the FIELD PDI and transmitting the UNPROTECT command. Unprotected fields may not overlap. If an UNPROTECT command is received and any portion of an existing unprotected field lies within the current active drawing area, the old field is re-protected (i.e., the displayed contents remain unchanged but the area is set to protected) before the new field is established. If an UNPROTECT command is received and there is no active drawing area currently defined, the entire screen is unprotected.

Users can enter information into unprotected fields and edit this information using whatever local capabilities are available in the terminal. (If the host application enters information into an unprotected field, this must also be maintained in the same terminal-resident data structures in which user-entered data is maintained, in order that the information may be edited together.) When a

FREZZA00508

Exhibit 5
Page 000340

SEND transmission is initiated from the terminal, only the information*
entered into unprotected fields is transmitted. The contents of each field are
preceded by the FIELD PDI containing the coordinates of the origin of that
unprotected field as well as its dimensions, and are followed by the END con-
trol character. The order in which the unprotected fields and their contents are
transmitted, if there is more than one field on the screen when a SEND is ini-
tiated, is top left to bottom right.

The PROTECT command is used to re-protect unprotected fields. This does
not affect the display. When the PROTECT control character is received, all
unprotected fields of which any portion lies within the active drawing area are
made protected. If there is no active drawing area currently defined, the entire
screen is protected. All currently defined unprotected fields can be made pro-
tected simultaneously using the RESET command described in Section 5.2.1.7.

### 6.2.6 Text Control Characters

This section describes twenty C1 control characters that are used primarily to
implement simple textual functions. (Note that some of these functions are
also accessible via the TEXT or BLINK PDIs). The individual controls are
described below.

REPEAT - The repeat control character causes the last TEXT character
received, (i.e., any character from the ASCII, Mosaic, Supplemen-
tary Graphics Character, or DRCS sets) to be repeated a specified
number of times. This control character must be followed by a
character from columns 4 through 7 of the in-use table. This char-
acter is interpreted, regardless of the current contents of the in-use
table, as a binary number taken from the concatenated bits b6
through b1 (with b6 being the MSB) that specifies the number of

---

*Note that this data must conform to the presentation level protocol described
herein and that a transmit presentation process, with its associated states, must be
maintained independently from the receive presentation process.

FREZZA00509

Exhibit 5
Page 000341

times the last TEXT character should be repeated. If the repeat control character is followed by a character that is not from columns 4 through 7 of the in-use table, it is considered to be in error and is executed as a null or no-op.

REPEAT to EOL - The repeat to end of line control character causes the last TEXT character received to be repeated until the last character position along the current *charpath* within the unit screen or active drawing area (if any portion of the cursor started within that area) is reached.

REVERSE VIDEO - The reverse video character causes the terminal to enter reverse video mode. While in reverse video mode, any TEXT character accessed is complemented within the current character field prior to its display.

NORMAL VIDEO - The normal video character causes the terminal to terminate reverse video mode.

SMALL TEXT - The small text size control character sets the horizontal dimension of the character field to dX = .0125 (i.e., dX $\simeq$ +.00000011 binary) and sets the vertical dimension (dY) to its default value. Note that this provides a nominal 80 character per row display.

MED TEXT - The medium text size control character sets the horizontal dimension of the character field to dX = .03125 (i.e., dX = +.00001000 binary) and sets the vertical dimension to dY = .0625 (i.e., dY = +.00010000 binary). Note that this provides a nominal 32 X 16 screen format.

NORMAL TEXT - The normal text size control character sets the dimensions of the character field to their default values, as described in Section 5.2.1.2.

DOUBLE HEIGHT - The double height control character sets the vertical dimension of the character field to twice its default value and sets

FREZZA00510

Exhibit 5
Page 000342

- 102 -

the horizontal dimension to its default value.

DOUBLE SIZE - The double size control character sets both dimensions of the character field to twice their default values.

WORD WRAP ON - The word wrap on control character causes the terminal to enter wordwrap mode. While wordwrap is on, TEXT is not displayed one character at a time as it is received but is buffered into complete "words". A word is defined as the accumulation of contiguous TEXT characters beginning with any valid TEXT character and terminating either 1) when a space character, ASCII punctuation (i.e., ! " $ % () * + , - . / : ; < = > ? [ ] ^ { } _ _), Mosaic set character, PDI, or C set control character except SO, SI, SS2, or SS3, is encountered, or 2) when the length of the word is equal to the maximum length of a line. The entire buffered word is then printed on a single line. If the word does not fit, not including the space character if the word is terminated in that manner, in the space remaining on the current line within the unit screen or active drawing area, if the cursor lies within that area, it is repositioned beginning at the first character position on the next line within the screen or area. (Note that the space character should be dropped if the last word on the line is terminated with a space that does not fit on that line.)

WORD WRAP OFF - The word wrap off control character causes the terminal to exit wordwrap mode; i.e., TEXT will be broken on character boundaries whenever an automatic carriage return and line feed are executed.

SCROLL ON - The scroll on control character causes the terminal to enter scroll mode. In this mode, if the cursor is to be advanced in a direction perpendicular to the *charpath* using the LF or VT functions past the edge of the unit screen or active drawing area, if the cursor lies within that area, then the entire contents of the display lying within the screen or area, in the latter case, are, instead, scrolled in the opposite direction, pel at a time, a distance sufficient to bring the

FREZZA00511

Exhibit 5
Page 000343

intended character location back into the screen or area. (For example, if the cursor is at a Y position of 0, the *charpath* is to the right, the active drawing area is defined as the bottom half of the unit screen, and a line feed is executed while in scroll mode, then the contents of the display lying within the bottom half of the unit screen are scrolled toward the top of the active drawing area a distance equal to the dimension of the character field lying perpendicular to the *charpath*. Note that the data in the area of the display defined by the top half of the unit screen is not affected.) Data scrolled out of the screen or active drawing area may be lost or buffered. Whether and how much of this data is to be buffered is not explicitly specified but is left to the design of the manufacturer.

SCROLL OFF - The scroll off control character causes the terminal to exit scroll mode. In normal mode, if the cursor is to be advanced in a direction perpendicular to the *charpath* using the LF or VT functions past the edge of the unit screen or active drawing area, if the cursor lies within that area, then the cursor is, instead, automatically repositioned to the opposite edge of the screen or area, in the latter case, such that the character field so defined lies entirely within the screen or area.

UNDERLINE START - The underline start control character causes the terminal to enter underline mode. While in underline mode, <u>all</u> characters from the ASCII, Supplementary Graphics, or DRCS sets have added to their pel patterns, at the bottom of the character field and extending across the entire width of the character field, a line whose thickness is determined by the vertical dimension (dY) of the *logical pel* size. The Mosaic set is displayed in separated graphics mode, as described in Section 5.1.2.

UNDERLINE STOP - The underline stop control character causes the terminal to exit underline mode. The Mosaic set is also displayed in contiguous mode.

FREZZA00512

Exhibit 5
Page 000344

**FLASH CURSOR** - The flash cursor control character turns on the cursor display and causes it to flash intermittently.

**STEADY CURSOR** - The steady cursor control character turns on the cursor display and maintains it steadily visible.

**CURSOR OFF** - The cursor off control character causes the cursor display to be turned off, i.e., made invisible. (This does not affect the logical functions of the cursor as related to the positioning of TEXT.) This is the default mode for the cursor.

**BLINK START** - The blink start control character turns on a blinking process, as described in Section 5.2.1.5, utilizing the current in-use drawing color as the blink-from color. In color modes 0 and 1, nominal black is taken as the blink-to color and in color mode 2, the current in-use "background" color is taken as the blink-to color. The on and off intervals are set to a manufacturer determined default value. The phase delay is taken as zero.

**BLINK STOP** - The blink stop control character turns off any currently active blink processes utilizing the current in-use drawing color as the blink-from color.

**6.2.7 Extended Device Control**

Four extended device control characters ($EDC_1$, $EDC_2$, $EDC_3$, and $EDC_4$) are included within the C1 set. The precise meaning of these controls is reserved for future standardization.

FREZZA00513

Exhibit 5
Page 000345

## 7. ENHANCED CAPABILITIES

The future addition of enhanced capabilities is accommodated by this protocol via the code extension techniques defined in Section 4. New features could be grouped into logically consistent classes which would then be used to define entire additional G and C sets that would be added to the existing graphics and control repertories. The addition of new functionality within the G and C sets described herein beyond that already defined is considered a protocol violation.

FREZZA00514

Exhibit 5
Page 000346

# NOTES

FREZZA00515

Exhibit 5
Page 000347



FREZZA00516

Exhibit 5
Page 000348