# Marina Declaration

# Exhibit 7

WILLIAM A. FREZZA    CONFIDENTIAL    Page 1
ATTORNEY'S EYES ONLY    January 13, 2006

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF CALIFORNIA

 3                     02-CV-2060 B

 4   LUCENT TECHNOLOGIES,

 5       Plaintiffs and Counterclaim Defendants,

 6       v.

 7   GATEWAY, INC. and GATEWAY COUNTRY

 8   STORES, LLC,

 9       Defendants and Counter-claimants,

10       and

11   MICROSOFT CORPORATION,

12       Intervenor and Counter-claimant.

13   - - - - - - - - - - - - - - - - - - - - - - - -

14   MICROSOFT CORPORATION,

15       Intervenor and Counter-defendant,

16       v.

17   LUCENT TECHNOLOGIES,

18       Defendants and Counter-claimants,

19   - - - - - - - - - - - - - - - - - - - - - - - -

20   LUCENT TECHNOLOGIES, INC.,

21       Plaintiffs,

22       v.

23   DELL, INC.,

24       Defendant.
```

(210) 377-3027         ESQUIRE DEPOSITION SERVICES         FAX(210) 344-6016    Exhibit 7
7800 IH-10 WEST, SUITE 100    SAN ANTONIO, TEXAS 78230      (800) 969-3027     Page 000356

62b9f93e-dd7c-465f-9977-521b2c35f298

WILLIAM A. FREZZA  CONFIDENTIAL  January 13, 2006
ATTORNEY'S EYES ONLY

Page 2

1  VOLUME I                    Pages 1 - 128
2      VIDEOTAPED DEPOSITION of WILLIAM A. FREZZA,
3  a witness called by counsel for Gateway, taken
4  pursuant to the Federal Rules of Civil Procedure
5  before Jane M. Borrowman, RPR, No. 001420, and Notary
6  Public in and for the Commonwealth of Massachusetts,
7  at the law offices of Fish & Richardson, 225 Franklin
8  Street, Boston, Massachusetts, on Friday, January 13,
9  2006, commencing at 10:05 a.m.

Page 3

1  APPEARANCES:
2
3      KIRKLAND & ELLIS, LLP
4      By Brian P. Verminski, Esq.
5        Jon T. Hohenthaner, Esq.
6      Citigroup Center
7      153 East 3rd Street
8      New York, New York 10022-4611
9      212.446.4937
10     pverminski@kirkland.com
11     For Lucent Technologies and the Deponent.
12
13     ARNOLD & PORTER, LLP
14     By Sidney Rosenzweig, Esq.
15     555 12th Street, NW
16     Washington, DC 20004
17     202.942.6451
18     sidney_rosenzweig@aporter.com
19     For Dell, Inc.
20
21
22
23         -- appearances continued --

Page 4

1  APPEARANCES: (Continued.)
2
3      DEWEY BALLANTINE, LLP
4      By Ramzi Khazen, Esq.
5      401 Congress Avenue, Suite 3200
6      Austin, Texas 78701
7      512.226.0460
8      rkhazen@deweyballantine.com
9      For Gateway, Inc.
10
11
12  ALSO PRESENT: Don Dal-Cielo, Videographer.

Page 5

INDEX
WITNESS: WILLIAM A. FREZZA
Examination by Mr. Rosenzweig ...................... 8

EXHIBITS

NO. DESCRIPTION                               PAGE

1  US Patent No. 4,439,759                    49
2  Document Bate Stamped FREZZA00059-60       57
3  Document Bate Stamped LUC 004108-4190      69
4  Document Bate Stamped LUC 004305-4346      73
5  Document Bate Stamped LUC 004347-4385      80
6  Document Bate Stamped LUC 003903-4026      83
7  Document Bate Stamped FREZZA00404-516      88
8  Document Bate Stamped LUC 004191-4304      90
9  Document Bate Stamped LUC 002276-78        96
10 Document Bate Stamped GW-LT 253593-639     99
11 Document Bate Stamped GW-LT 253580-592     100
12 Document Bate Stamped LUC 013715-738       103

(210) 377-3027                ESQUIRE DEPOSITION SERVICES            FAX (210) 344-6016
7800 IH-10 WEST, SUITE 100    SAN ANTONIO, TEXAS 78230                   (800) 969-3027
2 (Pages 2 to 5)

Exhibit 7
Page 000357

62b9f93e-dd7c-465f-9977-521b2c35f298

1    advanced performance out of the higher modes.
2            As to how the three of us sort of
3    arrived at this compromise, I have no
4    recollection.
5  BY MR. ROSENZWEIG:
6  Q.  So you have no recollection when that
7    compromise was first reached?
8  A.  No.
9  Q.  Let's jump back to page Lucent 3904, which is
10    page 2 of the transmittal letter.  Do you
11    recognize the name H.L. Newman, N-E-W-M-A-N?
12  A.  No.
13          MR. ROSENZWEIG:  Let's -- the
14    videographer needs to switch tapes.  Let's
15    take a quick five minute break.
16          VIDEOGRAPHER:  The time is 1:24.
17    Going off the record.
18          (Brief pause.)
19          (Whereupon, Frezza Exhibit No. 7 was
20          marked for identification.)
21          VIDEOGRAPHER:  The time is 1:32 p.m.
22    We're back on the record.
23  BY MR. ROSENZWEIG:
24  Q.  During the break, the court reporter marked

```
 1         Exhibit No. 7, which bears Bates Nos. Frezza
 2         404 to Frezza 516, entitled "Videotex Standard
 3         Presentation Level Protocol, May 1981, Bell
 4         System."  Do you recognize this document?
 5    A.   Yes.  I do.
 6    Q.   Can you please tell me what this document is?
 7    A.   This was the ultimate published document
 8         representing the final output of all my work
 9         at Bell Labs.
10    Q.   Do you know what the purpose of this document
11         was?
12              MR. VERMINSKI:  Objection.  Vague
13         and to the extent it calls for speculation.
14   BY MR. ROSENZWEIG:
15    Q.   Please go ahead.
16    A.   Yes.
17    Q.   Okay.  What was the purpose?
18    A.   We were announcing this protocol at a trade
19         show in Canada and had these documents printed
20         up for distribution expressly for that
21         purpose.
22    Q.   Did you write this document?
23    A.   I was the author and the scribe.  Not every
24         idea in here is mine, but yes, I wrote the
```

```
 1      document.
 2  Q.  Before we discuss that one anymore, if we
 3      discuss it anymore, let's mark as Exhibit 8
 4      this document which bears Bates No. Lucent
 5      4192 (sic) through Lucent 4304, entitled
 6      "Videotex Standard Presentation Level
 7      Protocol," June 11, 1981.
 8              (Whereupon, Frezza Exhibit No. 8 was
 9              marked for identification.)
10  BY MR. ROSENZWEIG:
11  Q.  Bates Nos. 4191 through 4304.  Do you
12      recognize this document?
13  A.  No.  I mean I recognize the contents as being
14      identical to the published document, but I
15      don't recognize the cover or -- let me look at
16      the typesetting.  (Witness reviewing.)
17              I don't recognize this document.
18  Q.  If I could just point you to page 4304,
19      there's an acknowledgement page with the name
20      W.A. Frezza and a portion of a signature.  Is
21      there enough there for you to tell if that's
22      your signature?
23  A.  Yeah.  That looks like my signature.
24  Q.  Okay.  Based on that acknowledgement page, do
```

Confidential - Outside Attorneys' Eyes Only

Page 126

```
 1   COMMONWEALTH OF MASSACHUSETTS )
 2   SUFFOLK, SS:                  )
 3
 4              I, JANE M. BORROWMAN, Registered
 5   Professional Reporter and Notary Public in and
 6   for the Commonwealth of Massachusetts, do
 7   hereby certify that on January 13, 2006,
 8   WILLIAM A. FREZZA, the witness whose
 9   deposition is hereinbefore set forth, was duly
10   sworn by me and that such deposition is a true
11   record of the testimony given by the witness.
12              I further certify that I am neither
13   related to or employed by any of the parties
14   in or counsel to this action, nor am I
15   financially interested in the action.
16              In witness whereof, I have hereunto
17   set my hand and seal this 1st day of February
18   2006.        Jane M. Borrowman
19
20                           Notary Public
21                           RPR No. 001420
22
23   My commission expires:
24   28 September 2012
```