**Marina Declaration**

**Exhibit 8**



# COMPUTER GRAPHICS

## A QUARTERLY REPORT OF SIGGRAPH-ACM

Volume 13, Number 3, August 1979

Status Report
of the
Graphic Standards
Planning Committee



EXHIBIT

1

11-7-07

PENGAD 800-631-6989

GW-LT 253593

Exhibit 8
Page 000362

© Copyright 1979 by Association for Computing Machinery

All rights reserved. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, recording or by an information retrieval system, without permission in writing from:

ASSOCIATION FOR COMPUTING MACHINERY
1133 Avenue of the Americas
New York, New York 10036


Additional copies of this volume may
be purchased by prepaid order directed
to the ACM at the following address:

ACM
P. O. Box 12105
Church Street Station
New York, New York 10249

Prices are:

Members—$12.00
Non-Members—$16.00

GW-LT 253594

Exhibit 8
Page 000363

GENERAL BOOKBINDING CO.
80    441 ST    53    005    S    BP    2109
QUALITY CONTROL MARK

Preface

## PREFACE

### INTRODUCTION

Two years have passed since what has become known as the Core System was presented at SIGGRAPH '77 in San Jose. This separately-bound portion of the proceedings of SIGGRAPH '79 includes primarily the refinements and extensions of the Core System presented in the first draft of a proposed draft graphics standard. In the interval between SIGGRAPH '77 and SIGGRAPH '79, several related reports have been published in the SIGGRAPH quarterly, Computer Graphics, and a set of tutorials have appeared in ACM's Computing Surveys, Volume 10, Number 4, December 1978.

This volume of the proceedings includes:

    I.   Synopsis of the Core System Changes Since GSPC 77

    II.  General Methodology and the Proposed Core System Standard (Revised)

         Chapter  1:  Methodology
         Chapter  2:  Functional Specification for a Core System Graphics System
         Chapter  3:  Issues Considered Since GSPC 77
         Appendix A:  Functions Available by Level
         Appendix B:  Error Codes

    III. Raster Extensions to the Core System

         Chapter  1:  Raster Extensions
         Chapter  2:  Reference Manual
         Chapter  3:  Raster Issues
         Appendix A:  Introduction to Raster Graphics
         Appendix B:  Color Model Conversion Algorithms

    IV.  The GSPC Metafile Proposal

    V.   Distributed Graphics Systems - Draft Report

In the introduction to the SIGGRAPH '77 Core System publication it was stated that: "workers in a given field seek a standard when they recognize the field to be maturing and that separate and duplicate efforts are expended to arrive at common goals." That became the impetus for the work leading to the 1977 version of the Core System.

The ideas and concepts presented in 1977 have received national and international attention by those concerned with the design and use of computer graphics systems. The Graphics Standards Planning Committee (GSPC) sought and received comments and constructive criticism from application programmers, whose job is to create user-oriented systems with the aid of graphics packages, and from the graphics system designers, who must provide the application programmers with the appropriate graphics system packages. This volume presents refinements and extensions, based on these critiques, and new work by the Graphics Standards Planning Committee.

### HISTORY

The results reported herein derive from work begun at the ACM SIGGRAPH Workshop on Machine Independent Graphics, held at the National Bureau of Standards in April of 1974. The charge to the Planning committee" derived at that meeting established the ground rules for a future standard and included the need "to address accepted practices, existing standards or proposals . . . ." The scope then envisioned was restricted to primitive functions for two and three dimensional line drawings with text and viewing transformations, for both passive and interactive graphics. Initially excluded were such application dependent areas as high level plotting functions, hidden line and surface removal, and data structure support, as well as the then relatively new field of raster graphics.

1

GW-LT 253595

Exhibit 8
Page 000364

Subsequent to the NBS meeting, a SIGGRAPH Graphics Standards Planning Committee was established, and several working documents were produced by individuals and small working parties, but there was little focus and there were few tangible results. The standards effort remained essentially dormant until May of 1976 when, under Richard Guedj's leadership and IFIP WG 5.2 sponsorship, it was revitalized at a Workshop on Graphics Standards Methodology in Seillac, France, attended by representatives from Europe and North America. In what might be called the "spirit of Seillac," it was decided that it was of utmost importance to try to develop a sound methodology for Computer Graphics, and that, with the aid of such a methodology, it could make sense to define "Yet Another Graphics Package." Such a package might be implemented directly, or might simply serve as a strawman definition for purposes of generating discussion or as a basis for a proposed standard. Much was to be learned from the design and user experience of existing machine- and device-independent packages, such as GINO-F and GPGS. These existing packages could then be viewed and used in light of a more modern conceptual framework adopted for the proposed graphics package, and thereby increase their effectiveness for program portability. Thus, came the concept of a "two-pronged attack" on the problem: the development of a methodology and the design of a graphics package.

Four methodological themes were influential during and after Seillac, and are discussed in more detail in the chapter on Methodology:

1) Portability of programs (and programmers) is the most significant purpose of a standard.

2) Those issues which affect portability are those which affect application program structure, and therefore deserve the most attention.

3) Methodology of both design and use of a standard per se is as important as its semantics (functional capability). Syntax and specific calling sequences are much less important.

4) The functions of constructing and manipulating an object, and of producing a picture of the object, should be cleanly separated (probably in "Modelling" and "Core System" Graphics Packages respectively).

Not only did GSPC work on these topics, but spurred on by growing interest and recent developments, raster graphics is now included. Also, since the publication of the 1977 proceedings, workers in other countries have been busy. Consequently, a proposal for a draft standard has been developed in the Federal Republic of Germany and in Norway.

## FUTURE

This volume of the proceedings and its proposal for a draft standard are not claimed to be definitive, complete or polished. Rather, this is a solid draft, produced by a committee to serve as the basis for more and even wider discussion. It is hoped that a standard will be promulgated in the near future, and that additional standard work will soon follow to treat those issues deliberately not addressed to date. An equally important but difficult undertaking is the production of a companion Implementation Guide, which would contain such useful information for designers as implementation tecniques, algorithms, internal structure, and design tradeoffs. Other topics to be addressed: the Kernel of a Core System; additional raster graphics refinements; further work on the device-independent to device-dependent interface; distributed graphics systems with programmable function; and the binding of the Core System to specific languages.

In any case, this volume of the proceedings should provide guidance for the technical community concerned with computer graphics. It can also serve as the basis for discussion by international and national standards organizations. The International Standards Organization, through its Programming Language Standards group's Technical Committee's Sub-Committee, has appointed a Study Group, ISO/TC97/SC5/WG2, to consider the subject of Computer Graphics. This study group has reviewed some of the draft material and will study this volume of the proceedings. ISO has formed an Editorial Board with the objective to coordinate these efforts and to minimize avoidable differences.

GW-LT 253596

Exhibit 8
Page 000365

Preface

Similarly, the American National Standards Institute, through its Standards Planning and Requirements Committee of its Committee on Computers and Information Processing, has appointed a study group, ANSI X3 SPARC, on the same topic. This study group has recommended the establishment of a Technical Committee to work on graphics standards. This recommendation has been accepted by ANSI X3 and consequently ANSI Technical Committee X3H3, Computer Graphics Programming Languages, has been formed with Peter Bono as chairman. This new committee will meet in the Fall of 1979 and intends to use the GSPC publications about the Core System as the baseline departure point for its deliberations.

Obviously, the occasion of SIGGRAPH '79 and the publication of this volume of the proceedings is an opportune time for SIGGRAPH and GSPC to determine the nature of their next contribution.

ACKNOWLEDGEMENTS

To SIGGRAPH, our organization, chaired by James George, and to the ACM Council we, the Co-chairmen of GSPC, express thanks for financial and immeasurable moral support. We thank the Program Committee of SIGGRAPH '79 for the opportunity to present these results.

On behalf of the SIGGRAPH membership and the profession as a whole, we hereby seek to express appreciation to the many people who have participated in this work during the last two years.

GSPC SUBCOMMITTEES

1. Core System Refinements

   Elaine Sonderegger, Co-chairman
   Victor Wallace, University of Kansas, Co-chairman
   Ketil Bo, Trondheim University
   Michael Holly, Control Data Corporation
   Bruce Kingsley, Phillips Petroleum Corporation
   Anthony Lucido, Texas A and M University
   James Michener, Intermetrics, Incorporated
   Richard Puk, Megatek Corporation
   Theodore Reed, Los Alamos Scientific Laboratory
   Peter Sih, IBM Scientific Center
   William Young, Battelle Columbus Laboratories

3

GW-LT 253597

Exhibit 8
Page 000366

PART III

RASTER EXTENSIONS TO THE CORE SYSTEM

GW-LT 253598

Exhibit 8
Page 000367

TABLE OF CONTENTS

Preface.................................................................III-1

    Introduction.......................................................III-1

    Acknowledgements...................................................III-1


PART 1:  RASTER EXTENSIONS.............................................III-2

1  Introduction........................................................III-2
    1.1  Reasons for Extensions........................................III-2
    1.2  Design Criteria...............................................III-2

2  Raster Device Models................................................III-3
    2.1  Introduction..................................................III-3
    2.2  Raster Display Model..........................................III-3
    2.3  Raster Terminal Model.........................................III-4
    2.4  Computer Output on Microfilm (COM) Model......................III-4

3  Raster Extensions...................................................III-4
    3.1  Summary of Functional Capabilities............................III-4
    3.2  Polygonal Areas...............................................III-5
    3.3  Color and Intensity...........................................III-5
        3.3.1  Color Specification......................................III-6
            3.3.1.1  The RGB Color Model...............................III-6
            3.3.1.2  The HLS Color Model...............................III-6
        3.3.2  Color and Intensity Binding.............................III-7
    3.4  Pixel Arrays..................................................III-8
    3.5  Hidden Surface Removal........................................III-9
    3.6  Levels of the Raster Extensions...............................III-12


PART 2:  REFERENCE MANUAL..............................................III-13

2  Output Primitives...................................................III-13
    2.2  Functional Capabilities.......................................III-13
        #2.2.5  Polygon................................................III-13
        *2.2.6  (2.2.5)  Primitive Attributes.........................III-13

4  Attributes..........................................................III-14
    4.2  Functional Capabilities.......................................III-14
        4.2.1  Static Attributes.......................................III-14
            *4.2.1.1  Setting Primitive Static Attribute Values.......III-14
            *4.2.1.2  SET PRIMITIVE ATTRIBUTES 2.......................III-15
            *4.2.1.3  Inquiring Primitive Static Attribute Values.....III-15
        4.2.3  Attribute Value Ranges..................................III-16
            *4.2.3.1  Primitive Static Attributes......................III-16

7  Control.............................................................III-16
    7.2  Functional Capabilities.......................................III-16
        7.2.1  Initialization and Termination..........................III-16
            *7.2.1.1  INITIALIZE CORE..................................III-16
        7.2.2  View Surface Initialization and Selection...............III-17
            *7.2.2.1  INITIALIZE VIEW SURFACE..........................III-17
            *7.2.2.3  INQUIRE OUTPUT CAPABILITIES......................III-17
        7.2.3  Picture Change Control..................................III-18
            *7.2.3.4  Batching of Updates.............................III-18
            *7.2.3.6  END BATCH OF UPDATES............................III-18
        7.2.6  Color Models............................................III-18
            7.2.6.1  SET COLOR MODEL..................................III-18
            7.2.6.2  INQUIRE COLOR MODEL..............................III-18
        7.2.7  Auxiliary Control.......................................III-18
            7.2.7.1  SET BACKGROUND INDEX.............................III-18
            7.2.7.2  INQUIRE BACKGROUND INDEX.........................III-18
            7.2.7.3  SET DISPLAY MODE.................................III-19
            7.2.7.4  INQUIRE DISPLAY MODE.............................III-19
        7.2.8  Pixel Array Functions...................................III-19

GW-LT 253599

Exhibit 8
Page 000368

```
          7.2.8.1  SET PIXEL ARRAY..............................................III-19
          7.2.8.2  INQUIRE PIXEL ARRAY...........................................III-19
          7.2.8.3  SET PIXEL PATTERN ORIGIN 2....................................III-19
          7.2.8.4  INQUIRE PIXEL PATTERN ORIGIN 2................................III-20
      7.2.9  Index Table Functions...............................................III-20
          7.2.9.1  DEFINE COLOR INDEX............................................III-20
          7.2.9.2  DEFINE INTENSITY INDEX........................................III-20
          7.2.9.3  INQUIRE COLOR INDEX...........................................III-20
          7.2.9.4  INQUIRE INTENSITY INDEX.......................................III-21
          7.2.9.5  DEFINE COLOR INDICES..........................................III-21
          7.2.9.6  DEFINE INTENSITY INDICES......................................III-21
          7.2.9.7  INQUIRE COLOR INDICES.........................................III-21
          7.2.9.8  INQUIRE INTENSITY INDICES.....................................III-21
      7.2.10  Index Tables - Standard Assignment.................................III-21
          7.2.10.1  DEFINE STANDARD COLOR INDICES................................III-22
          7.2.10.2  DEFINE STANDARD INTENSITY INDICES............................III-22
          7.2.10.3  INQUIRE STANDARD COLOR INDICES...............................III-22
          7.2.10.4  INQUIRE STANDARD INTENSITY INDICES...........................III-23


PART 3:  RASTER ISSUES.......................................................III-24
      2  Output Primitives.....................................................III-24
      4  Attributes............................................................III-26
      7  Control...............................................................III-30


Appendix A:  Introduction to Raster Graphics.................................III-33


Appendix B:  Color Model Conversion Algorithms..............................III-37


References...................................................................III-39
```

GW-LT 253600

Exhibit 8
Page 000369

## 1  Introduction

In the summer of 1977, the Graphics Standards Planning Committee (GSPC) published its first major report [GSPC77], detailing what has come to be known as the Core System. The Core System report describes a rich subroutine package intended primarily for use in line drawing graphics. Indeed, the original charter to the committee specifically excluded a number of areas, including raster graphics [GUID74].

Since the publication of the original report, a number of subcommittees of GSPC have been active. This is the report of the Raster and Color Group of the Core Extensions Subcommittee. The primary objective of this group has been to develop extensions to the original Core System for use in raster graphics. Because of the high utilization of color and gray-scale (intensity) in raster graphics, the group has also dealt with how the attributes of color and intensity defined in the original Core System should, in fact, be implemented. This has led to some revisions in this area.

The Core Refinements Subcommittee has been working simultaneously on refining the original Core System. Their report appears elsewhere in this volume. Because the two subcommittees have not yet had the opportunity to meet together and discuss their respective work, some differences currently exist between the two reports. This is most evident in the area of color and intensity specification, though a number of other incompatibilities also exist. Some future work of the two subcommittees will address these issues.

This report is divided into three major parts. The first part contains a largely expository discussion of the major extensions to the Core System. The second part is in the form of a reference manual of the functions in the extensions and contains the detailed descriptions. The numbering system used in Part Two corresponds to the numbering used in chapter 2 of the Core Refinements Subcommittee report. The third part of the report contains some of the issues discussed during the development of these extensions.

### ACKNOWLEDGEMENTS

Many persons have contributed their time and energy to defining these raster extensions and producing this report. Though they are not all named here, we are grateful for their help and support.

A special and major debt of gratitude is owed to James D. Foley, James Templeman, and Dara Dastyar, authors of the "George Washington proposal" [FOLE78a], [FOLE78b]. Through their papers and through numerous meetings, they have shared their ideas with the members of the Raster and Color Group of the Core Extensions Subcommittee. They have also generously allowed us to incorporate substantial sections of their documents in this report.

GW-LT 253601

Exhibit 8
Page 000370

## PART 1: RASTER EXTENSIONS

## 1  INTRODUCTION

The objective of this work is to extend the original Core System [GSPC77] to include raster graphics in a fashion compatible with the design of the Core System itself. Appendix A provides an introduction to the field of raster graphics for those unfamiliar with this area.

### 1.1  REASONS FOR EXTENSIONS

Two trends in computer graphics have motivated the work reported here. The first trend is the development of portable, device-independent graphics subroutine packages for use with various line-drawing graphics devices, both passive and interactive. This trend has most recently focused on the Core System, which is making a substantial impact on the current development of national and international graphics standards.

The second trend is the rapid emergence of raster graphics hardware from its traditional domains of image display and process control into the world of interactive graphics. This has occurred because of the rapid change in the economics of large scale integrated circuits and because of user demand for color and shaded areas which are easy to provide with raster graphics. In many applications, raster graphics is a very natural complement to line-drawing graphics, while in other applications, raster graphics is likely to eventually replace line-drawing graphics. Still other applications that were never considered practical with line-drawing graphics are now becoming feasible with raster graphics.

Considerable effort has been devoted to developing standard software for line-drawing graphics. In the meantime, raster graphics has been growing at a rapid pace. This is not unexpected, because standards must, of necessity, lag the technology. It was in recognition of this necessary lag and of the rapid developments and changes in raster graphics that the original charter for the Graphics Standards Planning Committee explicitly excluded raster graphics [GUID74]. Now, however, there is both a modicum of stability in raster graphics concepts and a sizable base of installed raster displays. Hence, now is the time to start working toward standard software for raster graphics.

### 1.2  DESIGN CRITERIA

The design criteria for the Core System call for a rich, but not bloated, self-sufficient package of complete and consistent functions reflecting accepted practice, which can be reasonably supported by most existing graphics hardware and cannot be easily built "on top of" the Core System. These same criteria have guided the development of the raster extensions, though some compromises between "accepted practice" and newly developed practices have been made.

This proposal is a relatively modest one, with only a few fundamental extensions being proposed. Though other possible extensions were considered, some of which are discussed in the Issues section, they were ultimately rejected. This should allow initial discussion to focus on these fundamental areas.

Because raster graphics is still a rapidly developing field with a growing (and evolving) body of "accepted practice", the raster extensions to the Core System may be expected to grow and be modified over the next few years as standards development work continues in the national and international computer graphics communities.

GW-LT 253602

Exhibit 8
Page 000371

Raster Extensions                                    Raster Extensions

## 2 RASTER DEVICE MODELS

### 2.1 INTRODUCTION

In order to discuss raster extensions to the original Core System, it is desirable to provide one or more models of raster devices. This allows discussion on two separate and important issues:

1. The adequacy of the model(s), and
2. The appropriateness of the proposed extensions given the model(s).

To date, three raster device models have been identified. One, which is the best understood, is the raster display connected to a host computer over a relatively high bandwidth line. Typically each pixel value is individually computed in the host and transmitted to the display. The second, which corresponds to a rapidly expanding part of the market, is the raster display connected to a host computer via a low-speed link, typically a phone line.

In what follows, the first will be called a raster display model; the second will be called a raster terminal model. A third model is needed for computer output on microfilm (COM) devices.

In both the raster display and the raster terminal, color and gray scale are achieved in one of two ways. If the device has a look-up table, the value of a pixel is used to address (index) the look-up table. The contents of the addressed location then drive the color or gray-scale generation system. If the device does not have a look-up table, the value of the pixel directly drives the generation system.

### 2.2 RASTER DISPLAY MODEL

The raster display consists of an image creation system, refresh memory (the storage system), and, in many cases, look-up tables. The following points are pertinent:

* The display may have more than one refresh buffer, either physically or logically distinct.

* The (x,y) size of the refresh buffer may be larger than is displayed at one time.

* The z size of the refresh buffer (the bits per pixel) varies over a wide range, from 1 to 24, with 8 or less being "typical".

* The display may include one or more look-up tables, used to generate color and/or gray-scale images.

* The raster display consists mostly of memory, both in its refresh buffers and its look-up tables. Since the cost of memory continues to decrease rapidly, future raster displays will almost certainly

  - have more and/or larger look-up tables
  - have larger refresh buffers in all 3 dimensions, x, y, and z.

* The display is typically connected to a host computer by a high bandwidth link.

* Each pixel value is typically calculated by the host computer, though subsystems which draw lines, text, and figures are becoming more common.

* Pixels may be both written and read back from the refresh memories.

This model encompasses a wide range of existing equipment. For example, an image processing system may have 3-5 image refresh buffers, each 512 x 512 x 8 bits and a number of 512 x 512 x 1 bit refresh buffers used for graphic overlays. A simpler system, for graphics, might have a single 256 x 256 x 6 bit refresh buffer, with 2 bits of each pixel driving each of the red, blue, and green guns of the display.

III-3

**GW-LT 253603**

Exhibit 8
Page 000372

Raster Extensions                                                    Raster Extensions

## 2.3  RASTER TERMINAL MODEL

In the raster terminal model, as distinct from the raster display model, the device is normally remote from its host computer and is connected via a low bandwidth line. This type of connection precludes shipping all pixel values from the host and thus the terminal typically contains considerable intelligence. The following points are pertinent:

* The terminal typically has vector and character generators.

* The terminal may have some form of figure generator(s): rectangle, circle, regular polygon.

* The terminal may have some form of fill or flood capability, using patterns stored in the terminal.

* The terminal may use some form of coded storage, enabling it to have a physical refresh memory which is smaller than that implied by the device screen size.

* The value of a pixel often cannot be read back from the terminal.

* Hardware generated characters are sometimes treated in a special way. For example:

    - the position of characters may be restricted to device-specified "character locations" (e.g., a 24 line by 72 character grid).
    - the entire rectangular area on which a character is defined (e.g., 5x7 raster units; 7x9 raster units) may have precedence over graphics with pixels which are not used to define the character taking on a "text background" color.

## 2.4  COMPUTER OUTPUT ON MICROFILM (COM) MODEL

Computer-Output-on-Microfilm (COM) devices have some characteristics which differ considerably from those devices which are modeled above as raster displays and raster terminals. Black and white images on COM devices are produced either indirectly from a high precision CRT or directly with an electron beam. Color is produced on systems with CRTs by introducing one or more color filters in between the CRT and the film. As a result:

* When two gray-scale lines cross or overlap, the intensity of the resulting image (at this intersection or overlap) is greater than the intensity of either line.

* When two colored lines cross or overlap, the color of the resulting image at this intersection is the subtractive mixture of the two colors (rather than the color of the more recently drawn).

* Changes in the look-up table affect only the color (intensity) of lines and areas drawn after the change. This also means that the number of colors used in one image can exceed the size of the look-up table.

## 3  RASTER EXTENSIONS

## 3.1  SUMMARY OF FUNCTIONAL CAPABILITIES

To allow the Core System to be used for raster graphics, the extensions provide functions for:

    a)  Filled-in polygonal areas
    b)  Extensive color and intensity specifications
    c)  Display of patterns (pixel arrays) which are computer-generated.

GW-LT 253604

Exhibit 8
Page 000373

## 3.2  POLYGONAL AREAS

One of the major characteristics which differentiates raster graphics devices from  vector graphics devices is the  capability to fill areas with color or gray-scale (intensity). Accordingly, in addition to the ability to draw lines, markers,  and  text,  the  user  of raster  graphics typically needs to be able to define and fill areas.  This need is met in the extended Core System by the ability to define and fill planar polygons.

A planar polygon primitive may be defined in either two- or three-dimensions by specifying the coordinates of the vertices of the polygon, using either absolute  or  relative  world coordinate values.

The  POLYGON primitive has the static primitive attributes of PICK_ID, POLYGON_EDGE_STYLE, POLYGON_INTERIOR_STYLE, LINE_INDEX, FILL_INDEX, and VERTEX_INDICES.  The  attributes  of POLYGON_EDGE_STYLE  and  POLYGON_INTERIOR_STYLE control the appearance of the image of the polygon, i.e., the style for filling  the  polygon.  The  attributes of  LINE_INDEX  and FILL_INDEX  associate  an  index  value  (which  is  used  to specify color or intensity information, as described in Section 3.3) with, respectively, the edges (borders) of the polygon  and  the  interior  of the polygon.  The attribute of VERTEX_INDICES associates a (possibly different) index with each vertex of a polygon.

The interior of the polygon image, which is defined as the set of all pixels such  that  a line segment of arbitrary length starting at that pixel and going in any direction crosses the  image  of  the polygon boundary an odd number of times, may be filled in any of three different ways, depending on the value of the primitive attribute, POLYGON_INTERIOR_STYLE:

"plain"    - All of the pixels of the interior of the polygon image are assigned the same
             index value, as specified by FILL_INDEX.

"shaded"   - The interior of the polygon image is filled with pixel values that  are  the
             result of interpolating  the  index values of the vertices of the polygon.
             (The  vertex  indices  are  specified   by   using   VERTEX_INDICES.)   The
             interpolation  is a two step process.  First the edge values are determined
             by linear interpolation along the edges using the vertex values.   Next  the
             interior  values  are  determined  by linear interpolation from edge to edge
             along the scan lines that cover the interior of the polygon image.

"patterned" - Each pixel of the interior of the polygon image is assigned an  index  value
             by copying  the  value  from one element of an array of index values.  (The
             details are described in Section 3.4.)

The edges (borders) of the polygon image may be displayed in one of two ways, depending on the value of the primitive attribute, POLYGON_EDGE_STYLE:

"solid-line" - The edges of the polygon image are displayed as solid lines.   The  static
             attribute of LINE_INDEX applies to these lines.

"interior"  - The  edges  of  the polygon image are  displayed as the continuation (or
             closure) of the interior.

## 3.3  COLOR AND INTENSITY

Polygonal areas, as described  in Section 3.2,  may  be  filled-in  with  a  number  of techniques.  Depending on the application and the physical display, this filling may be in either  color  or gray-scale (intensity).  This section discusses two topics pertaining to the use of color and gray-scale:

          i.  how color is specified
     and  ii.  how color or gray-scale is associated with output primitives, i.e., binding.

GW-LT 253605

Exhibit 8
Page 000374

### 3.3.1  COLOR SPECIFICATION

Two different models of color are supported by the raster extensions to the Core System. One is the well-known RGB (red, green, blue) color model, which is directly supported by many of the existing color raster devices. The other is the HLS (hue, lightness, saturation) color model, which is one of a class of models that is growing in popularity. The user selects which color specification system is to be used, via the SET_COLOR_MODEL function, before any view-surface has been initialized. This selected color system is used for all view-surfaces and cannot be changed.

Appendix B shows how to convert between the RGB color cube model and the HLS double cone model.

### 3.3.1.1  THE RGB COLOR MODEL

Most existing color devices use an RGB (red, green, blue) specification, with a certain number of discrete intensity values for each color component. These colors are added together to give the color which appears on the view surface.

The color model used when RGB color specification is used is the color cube shown in Figure 1. Black is represented by (0, 0, 0) on the color cube and white by (1, 1, 1). The three additive primaries red, green, and blue are along the axes from the origin. Cyan, magenta, and yellow occupy the other three vertices of the color cube. All colors are specified by giving their red, green, and blue components. (Some hardcopy devices specify color with the subtractive primaries cyan, magenta, and yellow rather than the additive primaries red, green, and blue. This suggests a color model consisting of a color cube with white at the origin and cyan, magenta, and yellow along the axes from the origin. The transformation between the two models is very simple: $[R\ G\ B] = [1\ 1\ 1] - [C\ M\ Y]$.)



RGB Color Cube

FIGURE 1

### 3.3.1.2  THE HLS COLOR MODEL

Color may also be specified in a number of other ways. For example, [JOBL78] and [SMIT78] report on a number of ways of specifying color and on some corresponding color models. These color specification systems have more intuitive appeal than RGB since they do not require a knowledge of the effects of color mixing to synthesize a color.

GW-LT 253606

Exhibit 8
Page 000375

Raster Extensions

One system of this type is the HLS (Hue, Lightness, Saturation) system. Hue is the attribute which makes it possible to classify color as red, yellow, green, blue or intermediates of these. Hue is given as an angle with blue at 0 degrees, magenta (red + blue) at 60 degrees, red at 120 degrees, yellow (red + green) at 180 degrees, green at 240 degrees, and cyan (blue + green) at 300 degrees. Hues intermediate to these are appropriately spaced around the color circle. The complementary hue of any color is easily expressed as hue + 180 (mod 360). The lightness attribute can be described as ranging from black, through various grays, to white. Lightness is given as 0 for black, 0.5 for middle gray, and 1 for white. Saturation is the attribute which determines the degree to which a color differs from a gray of the same lightness. The saturation parameter is expressed in the range 0 (gray) to 1 (most highly saturated color for a given lightness level).

Geometrically, the family of colors can be described as a double cone shown in Figure 2. All colors on the surface of the color solid have a saturation of 1 because they contain the largest amount of the given hue possible at the given lightness level. Variations in saturation are represented along the radii of circular cross sections. The highest degree of saturation is perceived for medium lightness colors; as the lightness increases or decreases, the attainable saturation becomes less.



HLS Double Cone

FIGURE 2

### 3.3.2  COLOR AND INTENSITY BINDING

In these raster extensions to the Core System, the approach is to associate color or intensity with output primitives by index value and not directly. Thus, color and intensity are not static primitive attributes. In their place is a number of index values: LINE_INDEX, FILL_INDEX, VERTEX_INDICES, and TEXT_INDEX. Each index value is used to look up an associated color or intensity specification in a look-up table. (Each view surface has a color and intensity look-up table associated with it.)

GW-LT 253607

Exhibit 8
Page 000376

At the hardware level, not all devices have look-up tables, nor do all devices which have look-up tables behave in the same way. Many devices (e.g., raster displays and terminals without look-up tables) use a direct selection for color or intensity. Thus, the parameter(s) given to the device reflects the actual appearance of subsequent primitives. Other devices (e.g., COM devices) have an index table which allows the definitions of a set of colors to be used, but the definitions of the indices cannot be changed for primitives already displayed. In terms of capability, these devices are similar to the first category except that the range of colors that they can display at one time is likely to be greater than the number of indices which may be defined at any time. Still other devices (e.g., raster displays and terminals with a look-up table) have index tables which may be modified at any time, producing a change in the appearance of currently displayed primitives. Unlike the previous category, these devices are limited to displaying no more colors at one time than there are entries in the index table.

Because all color and intensity selection is by way of index values, those devices which do not have a hardware look-up table are provided with a software look-up table. A full set of functions is provided to define (and inquire about) the contents of the look-up table associated with a view surface. (There are parallel sets of calls for color and intensity since the color specification requires three parameter values while the intensity specification requires only one.)

The contents of a look-up table may be modified at any time. The effect of a re-specification of a look-up table entry depends on the characteristics of the device. There are two classes of devices:

"sequential"  - A change in the contents of the look-up table can affect only the images of primitives drawn after the change. This class of devices includes those which use direct selection of color (refresh raster devices without a look-up table) and hard copy devices (including COM devices).

"retroactive" - A change in the contents of the look-up table can affect the images of all primitives. Refresh devices with look-up tables are of this class.

Note that polygons whose interior style is "shaded" require interpolation to be performed. This interpolation is on vertex indices. In order for the result of this interpolation to result in smooth color (or intensity) interpolation, which is normally the desired result, the look-up table must be loaded appropriately. This is the responsibility of the application programmer. Two "standard assignment" functions are provided to assist the application programmer in this task (DEFINE_STANDARD_COLOR_INDICES, and DEFINE_STANDARD_INTENSITY_INDICES), or the application programmer may directly load the look-up table.

## 3.4 PIXEL ARRAYS

A pixel array is a two dimensional rectangular array of index values which is used to fill the image of polygons whose POLYGON_INTERIOR_STYLE attribute is "patterned". The contents of a pixel array will generally be a pattern or symbol that is to be mapped onto the interior of a polygon image. The mapping is a view surface operation where each pixel of the pixel array is mapped onto a pixel on the view surface such that adjacent pixels in the pixel array become adjacent pixels on the view surface. The origin of the pixel array may be positioned to an arbitrary position in NDC space using the function SET_PIXEL_PATTERN_ORIGIN_2.

Pixel arrays are defined as finite rectangular arrays. For the purpose of displaying, the pixel array is conceptually replicated in both the X and Y dimensions until each pixel of the polygon image has a corresponding pixel array element. In this manner, the interior of a polygon will always be entirely filled.

The result of mapping a pixel array to a view surface is called a pattern. A pattern is similar to a line style or a marker in that it is done with regard to the view surface's native coordinate system and as such is device dependent.

Because of the potential bulk of these pixel arrays, it may be necessary to specify file interfaces and data compaction algorithms. This is an implementation-dependent issue.

III-8

GW-LT 253608

Exhibit 8
Page 000377

## 3.5  HIDDEN SURFACE REMOVAL

As discussed in Section 3.2, the concept of a "surface" is a key part of raster graphics. With the definition of surfaces, even in the simplest two-dimensional case, comes the possibility that one surface may "hide" another. Thus, one must address the hidden surface removal problem. The solution to this problem should be one which satisfies a number of constraints:

* imposes little or no burden on the application which has no hidden surfaces
* provides for device-independence over the range of devices covered by the device models.
* fits within the structure of the existing Core System insofar as reasonable.

In this section, the problem of full 3D hidden surface removal is addressed first. Then, the other cases are considered.

The definition of what should be seen on the view surface includes two principal parts: the specification of the object(s) in the X, Y, Z world coordinate system and the specification of the viewing operation. This information, which is used by the Core System to create the image in NDC space, is exactly the information used by a hidden surface removal algorithm to create the proper image.

There is, however, a potential problem with multiple segments. In the Core System, many segments can simultaneously be displayed on the view surface, and each segment can have a different viewing specification. This complicates the situation somewhat.

The synthetic camera analogy of the Core System is useful in motivating the difficulty in dealing with multiple segments. Each segment and its viewing specification defines a "photograph" which is displayed within a viewport on the view surface. When several viewports overlap or are identical (frequently the case), the photographs overlap on the view surface. For line drawings, this is no problem, since each photograph is just a collection of lines, and one photograph does not obscure another. For raster graphics, a photograph can include filled areas, which can obscure lines and other filled areas. Hidden surface removal must consider all segments defining the object.

Hidden surface removal is accommodated by using the concept of a 3D normalized device coordinated space, first introduced into the Core System to allow image transformations. The viewing transformation specifies not a projection from 3D world coordinates into a rectangular 2D normalized device coordinate viewport on the view surface, but rather specifies a transformation from 3D world coordinates into a 3D solid rectangular viewport in 3D normalized device coordinates. The display on the view surface is then a parallel projection of the entire contents of 3D NDC space (the unit cube) onto the front plane of the unit cube with hidden surface removal performed on all of NDC space. Figure 3 shows two different view volumes being transformed into NDC space, and the subsequent projection of the 3D viewports onto the view surface. The hidden surface algorithm can operate on all of 3D NDC space and produce a single "photograph" on the view surface. If two output primitives have identical coordinates in 3D NDC space, then temporal priority is used to determine visibility, with the more recently created output primitive taking priority over others.

The transformation of a 3D view volume (the truncated pyramid of a perspective view or the solid rectangle of a parallel view) into a 3D unit cube is straightforward and is commonly used preparatory to use of a hidden surface algorithm. This concept is being extended here to multiple 3D viewports within a unit cube. In some cases, a single viewport would be used, with size equal to the unit cube. In others, several non-overlapping (as seen from the view surface) views would be used. If clipping is enabled while the output primitives are defined to the Core System, then in 3D NDC space all output primitives will be contained within 3D viewports. Hidden surface algorithms can use this knowledge to advantage, to avoid unnecessary comparisons between output primitives.

In summary, 3D hidden surface removal is done in 3D NDC space using three types of information supplied by the user:

* specification of the object(s) in 3D world coordinates
* viewing transformation(s)
* viewport specification in 3D NDC space.

III-9

GW-LT 253609

Exhibit 8
Page 000378

Raster Extensions



Creation of a Display From 2 View Volumes

FIGURE 3

III-18

GW-LT 253610

Exhibit 8
Page 000379

Raster Extensions                                          Raster Extensions

Note that hidden surface algorithms typically work in an integer space to determine how each individual pixel should be colored or intensified. Thus, the algorithms will normally be implemented at the interface between NDC space and the physical devices.

Since the hidden surface algorithms must operate on all the information describing the object(s) for which hidden surface removal is desired, the user must indicate to the system when the description begins and when it ends. The BEGIN_BATCH_OF_UPDATES, END_BATCH_OF_UPDATES mechanism provides the bracketing information for this purpose.

This discussion has focussed on the case where the object(s) is described in 3D world coordinates and transformed into 3D NDC space. Since the user has independent control of world coordinate space and NDC space, a number of other cases are both possible and useful.

If a 2D NDC space is used (i.e., the front face of the 3D NDC space), which is the default in the Core System, then output primitives have no depth after transformation to NDC space. Hidden surface algorithms thus have no basis for deciding which output primitives are visible. Temporal priority is applied to the projections of the output primitives onto the projection plane, and hence is usable either with 2D or 3D world coordinate output primitives which fall on the front of NDC space.

Another useful case is that in which the object is described in 2D world coordinates but a 3D NDC space is used. This provides for the case of explicit priority in which each segment has an explicit priority. Segment priorities in the range of 0-1 are used. A segment with priority P and a 2D viewport on the view surface defined by corner points (Xmin, Ymin) and (Xmax, Ymax) will be defined to have a 3D viewport defined by corner points (Xmin, Ymin, P) and (Xmax, Ymax, P). That is, the 3D viewport is in the Z=P plane. Hence, the effect of the explicit priority for a 2D segment is achieved by putting the image of the segment on the appropriate Z plane in NDC space. Once all the segments are defined, hidden surface removal is performed. Again, this is conveyed by the batching of updates information.

A novice programmer might have trouble using the facilities in the context of 3D viewports and NDC space, but a simple set of additional subroutines can be easily built on top of the extended Core System to make the facilities accessible in a more tractable form.

Outside of a batching of updates, no hidden surface removal is done. Consequently, the results are device dependent. (For example, two overlapping polygons will be displayed with temporal priority on most raster displays but will generate subtractive color mixing on a film recorder.) Many useful applications (e.g., charts and graphs) are likely to use this mode of operation.

A number of hidden surface removal algorithms have been implemented in recent years and new or improved algorithms continue to be developed. The information that is needed or useful differs from algorithm to algorithm (and even between implementations of the same basic algorithm). This presents some difficulties in defining an appropriate set of primitives, unless a particular hidden surface removal algorithm is specified (which seems premature and is probably undesirable).

Typically, hidden surface removal algorithms can work more efficiently when provided with additional appropriate information. For example, a preliminary back-facing surface cull can speed up further processing in most algorithms. In order to cull back-facing surfaces, the algorithm needs to know (or be able to derive) that a group of polygons make up a polyhedron, that the polygons are defined in a consistent way (clockwise or counter-clockwise), and the direction of each polygon surface normal (in or out). Convexity is helpful to some algorithms but not to others.

No "speed-up" information is included in this proposal since the necessary information varies from algorithm to algorithm.

The most common of the speed-up techniques, the back-facing-surface cull, can be built on top of the extended Core System with little difficulty. Only the current viewing transformation is needed from the Core to do this.

III-11

GW-LT 253611

Exhibit 8
Page 000380

### 3.6  LEVELS OF THE RASTER EXTENSIONS

As with the current Core System, implementation of the raster extensions has been divided into levels. As with the Core System, the levels correspond to increasing capability, with each level being a subset of the next higher level. Raster extensions adds the parameter of HIDDENSURFACE to the current Core System parameters of OUTLEVEL, INLEVEL, and DIMENSION.

The possible values for the parameter HIDDENSURFACE are "none", "temporal", "explicit", and "full". When combined with the possible values of the DIMENSION attribute ("2D" and "3D") a complete description of the hidden surface removal capability of the implementation is obtained.

An explanation of each of the HIDDENSURFACE levels follows:

"none"      – This allows a raster graphics implementation with no software for hidden surface removal. If the images of output primitives overlap on the view-surface, the result is device-dependent.

Some applications (such as 2D bar charting) naturally have little or no overlapping. These applications can thus be done without the overhead of hidden-surface removal software.

Note that on many common raster displays and raster terminals, the device-dependent result of overlapping will be what is commonly called "temporal priority", while on a COM device the result will be (subtractive) color mixing at the overlap.

"temporal" – For all output primitives within a batch-of-updates, the implementation guarantees that the images of the visible ones will be in strict temporal priority. Temporal priority is the order in which calls are made to the Core System output primitive functions. As described in Section 3.5, only a 2D NDC space is utilized, whether the output primitives are 2D or 3D.

"explicit" – This level of hidden surface removal is popularly known as 2 1/2 D. For all output primitives within a batch-of-updates, priority order, as determined by which Z-plane in NDC space the primitives have been transformed to, determines what will be seen on the view surface. In the case of conflicts of primitives with the same explicit priority, temporal priority is used. Either 2D or 3D output primitives may be transformed to the Z-planes in NDC space, though the common case is 2D output primitives.

"full"      – This level provides full 3D hidden surface removal for all output primitives within a batch of updates. Temporal priority is used to resolve conflicts in 3D NDC space.

III-12

GW-LT 253612

Exhibit 8
Page 000381

### PART 2:   REFERENCE MANUAL

NOTE: The section and subsection members used here correspond to the section and subsection numbers in Chapter 2: FUNCTIONAL SPECIFICATION FOR A CORE GRAPHICS SYSTEM of "The Revised Core System: A Report of the GSPC Core Refinements Subcommittee" [GSPC79].

- An asterisk (*) in front of a subsection number means that this subsection is a modified version of a subsection from Chapter 2 of the Core System report.

- A pound sign (#) in front of the subsection numbers means that this subsection forces a renumbering of Chapter 2. This subsection is inserted into Chapter 2 and subsequent subsections of Chapter 2 are renumbered.

- A second subsection number in parentheses gives the old subsection number for a subsection which had to be renumbered because of an insertion.

- Error numbers in the Raster Extensions do not follow the Core System numbering scheme.


## 2 OUTPUT PRIMITIVES

### 2.2 FUNCTIONAL CAPABILITIES

#### #2.2.5 POLYGON

```
POLYGON_ABS_2 (X_ARRAY, Y_ARRAY, N)
POLYGON_ABS_3 (X_ARRAY, Y_ARRAY, Z_ARRAY, N)
POLYGON_REL_2 (X_ARRAY, Y_ARRAY, N)
POLYGON_REL_3 (X_ARRAY, Y_ARRAY, Z_ARRAY, N)
```

These functions are used to define a polygon with a vertex list in world coordinates. The first N elements of the arrays define the polygon, which is the region enclosed by the connected sequence of lines that starts at the first vertex in the arrays, joins all the other vertices in order, then returns to the first vertex to close the area. Because closure is implied, the CP is set to the coordinates of the first vertex at the completion of the primitive.

The color (or intensity) pattern of the interior end of the boundary (edges) of the polygon will depend on the associated set of static primitive attributes.

Errors:
1. There is no open segment.
2. The number of vertices, N, is less than or equal to 2.
3. The vertices are not coplanar (beyond an as yet undefined epsilon). User control of this checking is very desirable as is user control of epsilon.
4. POLYGON_INTERIOR_STYLE is "shaded" and the number of vertices specified in the current vertex index list (see SET_VERTEX_INDICES) is not equal to N.


#### *2.2.6 (2.2.5) PRIMITIVE ATTRIBUTES

(Note: In the raster extensions, COLOR and INTENSITY are not static primitive attributes. They are replaced and augmented by LINE_INDEX, FILL_INDEX, TEXT_INDEX, and VERTEX_INDICES. Two additional static primitive attributes, POLYGON_INTERIOR_STYLE and POLYGON_EDGE_STYLE, are also added.)

The static primitive attributes contained in the Raster Extensions to the Core System are briefly described below. See Section 4 for a complete description of how these attribute values are assigned and manipulated.

GW-LT 253613

Exhibit 8
Page 000382

POLYGON_INTERIOR_STYLE indicates the method for filling the image of the interior of a visible polygon. POLYGON_INTERIOR_STYLE values only apply to POLYGON primitives.

POLYGON_EDGE_STYLE indicates the method for forming the image of the border (edges) of a visible polygon. POLYGON_EDGE_STYLE values apply only to POLYGON primitives.

LINE_INDEX indicates the index assigned to LINE, POLYLINE, MARKER, and POLYMARKER primitives. The index is used to select the color or intensity of the image of a visible primitive. LINE_INDEX is one of two indices assigned to POLYGON primitives. The index is used to select the color or intensity of the image of the edges of the POLYGON if the value of the attribute POLYGON_EDGE_STYLE is "solid-line".

FILL_INDEX indicates the second index assigned to POLYGON primitives. The index is used to select the color or intensity used to fill the image of the interior of the polygon if the value of the attribute POLYGON_INTERIOR_STYLE is "plain".

TEXT_INDEX indicates the index assigned to TEXT primitives. The index is used to select the color or intensity of the image of a visible primitive.

VERTEX_INDICES indicates a set of index values assigned to POLYGON primitives. The indices are used to select color or intensity values used for shading the image of polygons whose POLYGON_INTERIOR_STYLE attribute is "shaded".

## 4  ATTRIBUTES

### 4.2  FUNCTIONAL CAPABILITIES

#### 4.2.1  STATIC ATTRIBUTES

##### *4.2.1.1  SETTING PRIMITIVE STATIC ATTRIBUTE VALUES
(This is an addition to the current material.)

SET_POLYGON_INTERIOR_STYLE (INTERIOR_STYLE)

This function sets the current interior fill method for the polygon.

INTERIOR_STYLE may be "plain", "shaded", or "patterned". The image of a "plain" polygon is filled with the current fill index. The image of a "shaded" polygon is filled by linearly interpolating between the values specified at each vertex by the function SET_VERTEX_INDICES. The image of a "patterned" polygon is filled with the current pixel array, set with the SET_PIXEL_ARRAY function. This patterning is done according to the following rules:

1. Patterning is done at the raster unit level, not the world coordinate level.
2. The pixel array, also in raster units, is placed on the polygon in a modulo fashion. The position of the lower left corner of the pixel array may be specified using SET_PIXEL_PATTERN_ORIGIN_2.

Errors:
1. The attribute value is invalid.

SET_POLYGON_EDGE_STYLE (EDGE_STYLE)

This function sets the current edge-style filling method of the polygon.

EDGE_STYLE may be "solid-line" or "interior". If EDGE_STYLE is "solid-line", the image of the edge of the polygon is colored (or intensified) as specified by LINE_INDEX. If EDGE_STYLE is "interior", the image of the edge is colored (or intensified) as the interior of the polygon is colored (or intensified).

Errors:
1. The attribute value is invalid.

GW-LT 253614

Exhibit 8
Page 000383

Raster Extensions                                                    Reference Manual

SET_LINE_INDEX (LINE_INDEX)
SET_FILL_INDEX (FILL_INDEX)
SET_TEXT_INDEX (TEXT_INDEX)

Each function listed above sets the system-maintained current attribute value
corresponding to the primitive attribute specified by the function name.

Errors:
1.  The index value is invalid.

SET_VERTEX_INDICES (VERTEX_INDICES, N)

This function sets the indices to be used in selecting color or intensity values for
subsequent polygons of type "shaded". N values are specified in the array VERTEX_INDICES.

Errors:
1.  One or more index value are invalid.
2.  The number of vertices, N, is less than or equal to 2.


*4.2.1.2  SET_PRIMITIVE_ATTRIBUTES_2 (PRIMITIVE_ATTRIBUTE_ARRAY_2)
          SET_PRIMITIVE_ATTRIBUTES_3 (PRIMITIVE_ATTRIBUTE_ARRAY_3)


(In the two lists of attributes, COLOR and INTENSITY are replaced by

      POLYGON_INTERIOR_STYLE
      POLYGON_EDGE_STYLE
      LINE_INDEX
      FILL_INDEX
      TEXT_INDEX

Note that the static primitive attribute VERTEX_INDICES cannot be set with these calls.)


*4.2.1.3  INQUIRING PRIMITIVE STATIC ATTRIBUTE VALUES
          (This is an addition to the current material.)


INQUIRE_POLYGON_INTERIOR_STYLE (INTERIOR_STYLE)
INQUIRE_POLYGON_EDGE_STYLE (EDGE_STYLE)
INQUIRE_LINE_INDEX (LINE_INDEX)
INQUIRE_FILL_INDEX (FILL_INDEX)
INQUIRE_TEXT_INDEX (TEXT_INDEX)

Each function listed above copies the current attribute value corresponding to the
primitive attribute specified by the function name into the specified parameter.

Errors: None.

INQUIRE_VERTEX_INDICES (N, VERTEX_INDICES, NUMBER_OF_VERTICES)

N specifies the size of the array VERTEX_INDICES. The current values of the specified
primitive attribute are copied into the array VERTEX_INDICES. If N is less than the
number of current values, only the first N are returned, and an error is generated.  In
any case, NUMBER_OF_VERTICES is set to the actual number of indices in the current vertex
index array.

Errors:
1.  N is less than or equal to zero.
2.  VERTEX_INDICES is not large enough.

GW-LT 253615

Exhibit 8
Page 000384

4.2.3 ATTRIBUTE VALUE RANGES

*4.2.3.1 PRIMITIVE STATIC ATTRIBUTES

(Note: In the raster extensions, COLOR and INTENSITY are not static primitive attributes. They are replaced and augmented by LINE_INDEX, FILL_INDEX, TEXT_INDEX, and VERTEX_INDICES. Two additional static attributes, POLYGON_INTERIOR_STYLE and POLYGON_EDGE_STYLE, are also added.)

POLYGON_INTERIOR_STYLE – This is a discrete scalar attribute. It has three possible values: "plain", "shaded", and "patterned". The default value is "plain".

POLYGON_EDGE_STYLE – This is a discrete scalar attribute. It has two possible values: "solid-line" and "interior". The default value is "solid-line".

LINE_INDEX – This is a discrete scalar attribute. Values are integers ranging from 0 to an implementation-determined maximum. The default value is 1.

FILL_INDEX – This is a discrete scalar attribute. Values are integers ranging from 0 to an implementation-determined maximum. The default value is 1.

TEXT_INDEX – This is a discrete scalar attribute. Values are integers ranging from 0 to an implementation-determined maximum. The default value is 1.

VERTEX_INDICES – This is a discrete aggregate attribute. It is an array of values, each of which is an integer ranging from 0 to an implementation-determined maximum. The default value is an array of length zero.

7 CONTROL

7.2 FUNCTIONAL CAPABILITIES

7.2.1 INITIALIZATION AND TERMINATION

*7.2.1.1 INITIALIZE_CORE (OUTLEVEL, INLEVEL, DIMENSION, HIDDENSURFACE)

(Adds the parameter HIDDENSURFACE. See the Core System report for details of this function.)

The parameter HIDDENSURFACE specifies the level of hidden-surface removal support from the Core System which is required by the application program.

The legal values of HIDDENSURFACE are "none", "temporal", "explicit", and "full".

Errors: (add)
1. The specified hidden surface level cannot be supported.

GW-LT 253616

Exhibit 8
Page 000385

## 7.2.2 VIEW SURFACE INITIALIZATION AND SELECTION

### *7.2.2.1 INITIALIZE_VIEW_SURFACE (SURFACE_NAME, TYPE)

(Adds the parameter TYPE.  See the Core System report for details of this function.)

The TYPE parameter may be either "color" or "intensity", denoting whether the view surface is to be used for color output or gray-scale output.  Index values specified as primitive static attributes or control functions will select either color information or gray-scale information depending on the setting of this parameter.

If the type is "color", the first eight entries of the look-up table are initialized to specify Black, Red, Green, Blue, Cyan, Yellow, Magenta, and White. If the type is "intensity", the first two entries are initialized to specify Black and White.  The initial value of other entries in the look-up table is not specified.

Errors:  (add)
1.  Color is requested of view surface which is not capable of displaying color.
2.  The value of the TYPE parameter is invalid.

### *7.2.2.3 INQUIRE_OUTPUT_CAPABILITIES (SURFACE_NAME, LEVELS, PHYSICAL, SIZES, PRIM_ATTR, SEG_ATTR, BATCHING, INDEX_TABLES)

This function is used to describe the view surface SURFACE_NAME and its device driver to the application program.  Functional capabilities, physical details, and implementation strategies are copied into the specified parameters, as detailed below.

LEVELS is set to a triplet of values representing the highest Output Level, the highest Dimension Level, and the highest Hidden Surface Level supported by the device driver.  The first element of the triplet can be "basic", "buffered", "dynamic-a", "dynamic-b", or "dynamic-c".  The second element of the triplet can be "2D" or "3D".  The third element of the triplet can be "none", "temporal", "explicit", or "full".

PHYSICAL (no change from Core System)

SIZES (no change from Core System)

PRIM_ATTR is set to an array of data values describing the support of the primitive attributes.  The values are listed below, in an abbreviated form consisting of a primitive attribute name and a description or a keyword.  The two keywords have the following meaning: count is the number of values available for the primitive attribute and hard/soft indicates whether the support is via hardware or software. The values returned in the PRIM_ATTR array are:

COLOR_INDEX count (the number of color entries in the table)
INTENSITY_INDEX count.

INDEX_TABLES is an array of values which describes the structure and behavior of the look-up tables for color and intensity.  (Note that the sizes (lengths) of the tables are returned as part of the information on primitive attributes, in the PRIM_ATTR array.) The color look-up table is described by two entries:

GLOBAL_COLORS count (the number of colors which the device can produce)
COLOR_TYPE which is set to "sequential" or "retroactive" to describe the effect of changing the contents of the look-up table.

The intensity look-up table is described by two analogous entries:

GLOBAL_INTENSITIES count
INTENSITY_TYPE "sequential" or "retroactive".

III-17

GW-LT 253617

Exhibit 8
Page 000386

Raster Extensions                                                    Reference Manual

7.2.3  PICTURE CHANGE CONTROL

*7.2.3.4  BATCHING OF UPDATES

(Note  that a surface for which hidden surface removal is going to be performed must be of
the "defer-all" kind.  Alternately, if the  display mode  is  "hidden-line"  or  "hidden-
surface"  (see  Section  7.2.7.3)  when  a batching of updates begins, the surface must be
treated as if it were of the "defer-all" kind.)

*7.2.3.6  END_BATCH_OF_UPDATES ()

(Note that the picture resulting from  the  invocation  of an  END_BATCH_OF_UPDATES  will
differ  from  that  which  would  have  been  displayed without batching if hidden surface
removal has occurred.)

7.2.6  COLOR MODELS

7.2.6.1  SET_COLOR_MODEL (MODEL)

This function selects the color model.  MODEL is a discrete, scalar  parameter.   At  this
time, two possible values are defined:  "RGB" and "HLS".  The default value is "RGB".

Errors:
1.  The parameter value is invalid.
2.  A view surface has been initialized.

7.2.6.2  INQUIRE_COLOR_MODEL (MODEL)

This function copies the value of the color model parameter into MODEL.

Errors:  None.

7.2.7  AUXILIARY CONTROL

7.2.7.1  SET_BACKGROUND_INDEX (INDEX)

This  function  sets  the  background  index  to  INDEX.  No action is taken immediately;
however, as part of the next new-frame action, the background (i.e., all area on the  view
surface  not  covered by the image of a visible output primitive) will be set to the color
or intensity represented by the given index.

The default BACKGROUND_INDEX is 0.

Errors:
1.  The index value is out of range.

7.2.7.2  INQUIRE_BACKGROUND_INDEX (INDEX)

This function copies the value of the background index parameter into INDEX.

Errors:  None.

III-18

GW-LT 253618

Exhibit 8
Page 000387

Raster Extensions                                                    Reference Manual


7.2.7.3  SET_DISPLAY_MODE (MODE)


This function sets the display mode to:

"fast"            – Draw only the contour of the polygons or surrounding  boundary  of  the
                    painted polygon, i.e., produce a wire frame version.

"fill"            – Fill  polygons,  but  don't  do  hidden  surface  removal.  Results are
                    device-dependent.

"hidden-line"     – Hidden lines are removed from the wire frame version.    Processing  is
                    done only when the function END_BATCH_OF_UPDATES is invoked.

"hidden-surface"  – Remove  hidden  surfaces.  Hidden surface removal is done only when the
                    function END_BATCH_OF_UPDATES is invoked.

The default display mode is "fill".

Errors:
1.  The mode value is invalid.
2.  Hidden surface removal is requested, but is not supported by the implementation.
3.  A batching of updates is in progress.


7.2.7.4  INQUIRE_DISPLAY_MODE (MODE)


This function copies the display mode into MODE.

Errors:  None.


7.2.8  PIXEL ARRAY FUNCTIONS


7.2.8.1  SET_PIXEL_ARRAY (INDEX_ARRAY, COLUMNS, ROWS)


This function sets the current pixel array that will be used for filling polygon images if
POLYGON_INTERIOR_STYLE is "patterned".  The array is of size COLUMNS by ROWS.

The default pixel array is a one by one array of index 1.

Errors:
1.  COLUMNS < 1 or too large (implementation defined, 16 minimum required).
2.  ROWS < 1 or too large (implementation defined, 16 minimum required).


7.2.8.2  INQUIRE_PIXEL_ARRAY (COLUMNS, ROWS, INDEX_ARRAY, N_COLUMNS, N_ROWS)


COLUMNS and ROWS specify the size of the array INDEX_ARRAY.  The values of the pixel array
are copied into the array INDEX_ARRAY.  If COLUMNS or ROWS is too small, only those values
which fit are returned, and an error is generated.  In any case, N_COLUMNS and N_ROWS  are
set to the actual dimensions of the pixel array.

Errors:
1.  COLUMNS and/or ROWS < 1.


7.2.8.3  SET_PIXEL_PATTERN_ORIGIN_2 (X_ABS, Y_ABS)


This  function  establishes  the  origin  for  the transfer of the pixel array to the view
surface if POLYGON_INTERIOR_STYLE is "patterned".  The coordinates are in NDC space.   The
origin specifies the position of the element in the lower lefthand corner of the array.


                                        III-19


GW-LT 253619

Exhibit 8
Page 000388

The default pixel origin, (X_ABS, Y_ABS), is (0,0), which corresponds to the center of the lower lefthand pixel of the physical device.

Errors:
1. X_ABS and/or Y_ABS is outside NDC space.


7.2.8.4  INQUIRE_PIXEL_PATTERN_ORIGIN_2 (X_ABS, Y_ABS)


This function copies the pixel pattern origin into X_ABS, Y_ABS.

Errors: None.


### 7.2.9  INDEX TABLE FUNCTIONS


The functions in this section are used to read and write the contents of the view surface look-up tables. Because intensity look-up tables have a single parameter specification while color tables have three parameters, there are parallel sets for color and for intensity. The first four functions provide for the the reading/writing of single entries in the tables; the second four functions provide for the reading/writing of multiple entries in the tables by using arrays of values.


7.2.9.1  DEFINE_COLOR_INDEX (SURFACE_NAME, I, C1, C2, C3)


This function defines the entry I in the index table, with the given color parameters. C1, C2, and C3 are continuous scalar parameters. Each is a floating point number with values ranging from 0.0 to 1.0.

Errors:
1. The specified view-surface is not initialized.
2. The view-surface type is initialized to "intensity".
3. The index value is invalid.
4. The value of C1, C2, or C3 is invalid.


7.2.9.2  DEFINE_INTENSITY_INDEX (SURFACE_NAME, I, INTENSITY)


This function defines the entry I in the index table with the given intensity value. INTENSITY is a continuous scalar parameter, with a floating point value ranging from 0.0 (device minimum intensity) to 1.0 (device maximum intensity).

Errors:
1. The specified view-surface is not initialized.
2. The view-surface type is initialized to "color".
3. The index value is invalid.
4. The INTENSITY value is invalid.


7.2.9.3  INQUIRE_COLOR_INDEX (SURFACE_NAME, I, C1, C2, C3)


This function copies the color parameters of index I into C1, C2, C3.

Errors:
1. The specified view-surface is not initialized.
2. The view-surface type is initialized to "intensity".
3. The index value is invalid.


III-20

**GW-LT 253620**

Exhibit 8
Page 000389

### 7.2.9.4  INQUIRE_INTENSITY_INDEX (SURFACE_NAME, I, INTENSITY)

This function copies the value of index I into INTENSITY.

Errors:
1.  The specified view-surface is not initialized.
2.  The view-surface type is initialized to "color".
3.  The index value is invalid.

### 7.2.9.5  DEFINE_COLOR_INDICES (SURFACE_NAME, I1, I2, C1_ARRAY, C2_ARRAY, C3_ARRAY)

This function defines all of the indices in the color index table between I1 and I2 (inclusive) using the first (I2-I1+1) of each of the three arrays. The three arrays provide the values of the color parameters.

Errors:
1.  The specified view-surface is not initialized.
2.  The view-surface type is initialized to "intensity".
3.  The index value is invalid.
4.  The value of an element of the color arrays is invalid.

### 7.2.9.6  DEFINE_INTENSITY_INDICES (SURFACE_NAME, I1, I2, I_ARRAY)

This function defines the intensities of the indices I1 through I2 (inclusive), using the first (I2-I1+1) intensity values supplied in I_ARRAY.

Errors:
1.  The specified view-surface is not initialized.
2.  The view-surface type is initialized to "color".
3.  The index range is invalid.
4.  The value of an element of the intensity array is invalid.

### 7.2.9.7  INQUIRE_COLOR_INDICES (SURFACE_NAME, I1, I2, C1_ARRAY, C2_ARRAY, C3_ARRAY)

This function copies the color values of the indices from I1 through I2 into the three arrays.

Errors:
1.  The specified view-surface is not initialized.
2.  The view-surface type is initialized to "intensity".
3.  The index range is invalid.

### 7.2.9.8  INQUIRE_INTENSITY_INDICES (SURFACE_NAME, I1, I2, I_ARRAY)

This function copies the intensity values of the indices from I1 through I2 into I_ARRAY.

Errors:
1.  The specified view-surface is not initialized.
2.  The view-surface type is initialized to "color".
3.  The index range is invalid.

### 7.2.10  INDEX TABLES - STANDARD ASSIGNMENT

The functions in this section provide a standard family of assignments for loading both color and intensity look-up tables. Their primary purpose is to define smooth steps in the tables for such applications as polygon shading.

GW-LT 253621

Exhibit 8
Page 000390

7.2.10.1  DEFINE_STANDARD_COLOR_INDICES (SURFACE_NAME, L1, L2, L3, LOW1, LOW2, LOW3, HIGH1, HIGH2, HIGH3)

This function provides a standard assignment of the indices between 0 and L1*L2*L3-1 (i.e., loads the index table).  Ln is an integer representing the number of values of a given color parameter (R,G, or B; or R,L, or S).  LOWn and HIGHn represent the lowest and highest value for that parameter, in the range 0.0 to 1.0.  The range from LOWn to HIGHn is divided into Ln-1 steps starting at LOWn and ending at HIGHn.  Each device will approximate the actual value as nearly as it can.

The look-up tables are loaded with the specifications for each of the three colors according to the following:

        Cn(INDEX) = LOWn if Ln=1
                  = LOWn + (HIGHn - LOWn) * In/(Ln-1)  if Ln>1

    where INDEX = I1 + L1*(I2 + L2*I3).

For all view surfaces, the default values for the parameters Ln, LOWn, and HIGHn (n=1,2,3) are zeros, indicating that this function has not yet been invoked.

Errors:
1.  The specified view-surface is not initialized.
2.  The view-surface type is initialized to "intensity".
3.  Ln < 1.
4.  LOWn > HIGHn.
5.  LOWn or HIGHn is invalid.
6.  Ln = 1 and LOWn < HIGHn.
7.  L1*L2*L3 is greater than the range of the device.


7.2.10.2 DEFINE_STANDARD_INTENSITY_INDICES (SURFACE_NAME, L, LOW, HIGH)

This function provides a standard assignment of the indices between 0 and L-1.  LOW and HIGH are in the range 0 to 1.  Index 0 is defined as LOW, index L-1 as HIGH, and the indices between 0 and L-1 are equally spaced between LOW and HIGH.

For all view surfaces, the default values for L, LOW, and HIGH are zeros, indicating that this function has not been invoked.

Errors:
1.  The specified view-surface is not initialized.
2.  The view-surface type is initialized to "color".
3.  L < 1.
4.  LOW > HIGH.
5.  LOW or HIGH is invalid.
6.  L = 1 and LOW < HIGH.
7.  L is greater than the range of the device.


7.2.10.3  INQUIRE_STANDARD_COLOR_INDICES (SURFACE_NAME, L1, L2, L3, LOW1, LOW2, LOW3, HIGH1, HIGH2, HIGH3)

This function returns the nine parameters which describe the standard assignment of  color index values.

Errors:
1.  The specified view-surface is not initialized.
2.  The view-surface type is initialized to "intensity".

GW-LT 253622

Exhibit 8
Page 000391

Raster Extensions                                                    Reference Manual

7.2.10.4  INQUIRE_STANDARD_INTENSITY_INDICES (SURFACE_NAME, L, LOW, HIGH)

This  function  returns the parameters which describe the standard assignment of intensity
index values.

Errors:
1.  The specified view-surface is not initialized.
2.  The view-surface type is initialized to "color".

III-23

GW-LT 253623

Exhibit 8
Page 000392

## PART 3:  RASTER ISSUES

**1.1  ISSUE:  SHOULD A COM DEVICE MODEL BE ADDRESSED BY THE RASTER EXTENSIONS?**

Description:  The characteristics of graphic COM devices are different  enough  from  the
raster  device  models  so as to make important basic features unavailable.  The
necessary features cannot be built on top of either the Core System or the extensions.

Alternatives:
1.  Adopt a COM device model.
2.  Do not include COM as a device model.

Arguments:
a)  Pro 1:  Graphic COM is a widely used device with some very special graphics features.
b)  Pro 1:  The expense and slow turn around time for processing COM film requires a fast,
inexpensive preview facility.  This is particularly true for color COM.
c)  Pro 2:  Adding another device model will add yet another layer of complication.

Resolution:  Alternative 1:  Adopt a COM device model.


## 2  OUTPUT PRIMITIVES

**2.1  ISSUE:  SHOULD TEXT, WITH ALL OF ITS ATTRIBUTES, BE REQUIRED ON RASTER DEVICES?**

Description:  As shown in [CROW78], text on a raster device  can  become  badly  distorted
when  rotated at arbitrary angles.  Similarly, text at arbitrary magnifications can be
less legible.  Thus, "stroke-precision" text may be visually inferior to "character-
precision".

Alternatives:
1.  Require raster devices to conform to all text attribute requirements.
2.  Exempt raster devices from conforming to "stroke-precision" text requirements.

Arguments:
a)  Pro 1:  Raster  devices should be treated the same as other devices to achieve device-
independence.
b)  Pro 1:  The user can still get the best possible (visually) for the device  by  using
"character-precision".
c)  Pro 2:  Using  the stricter attribute value of "stroke-precision" should, intuitively,
produce, better-looking output.
d)  Pro 1, Con 2:  The attribute of CHARPRECISION governs how strictly the  text  conforms
to the other character attribute values, not how the results look.

Resolution:  Alternative 1:  Require  raster  devices  to  conform  to  all text attribute
requirements.  (Device drivers may elect to implement techniques such as those in
[CROW78] but are not required to.)


**2.2  ISSUE:  HOW SHOULD A FLAT SURFACE ELEMENT BE DESCRIBED?**

Description:  The  ability  to  display  surfaces  is one  of  the major capabilities not
addressed by the current Core System.  A planar polygon describes such a  surface
element.  Thus, some method of describing planar polygons needs to be chosen.

Alternatives:
1.  A  polygon  is  described  as  a  sequence of (existing) LINE primitives bracketed by
BEGIN_FILL, END_FILL.
2.  A polygon is described as a sequence of (new) EDGE primitives bracketed by BEGIN_FILL,
END_FILL.
3.  A polygon is described as a single (new) POLYGON primitive, with arrays of X, Y  (,Z)
vertices.
4.  As in 3., but require  the  vertices to be passed in a specified order (clockwise,
counterclockwise).

III-24

GW-LT 253624

Exhibit 8
Page 000393

Raster Extensions                                                    Issues

Arguments:
a) Con 1: The use of LINE for a second purpose could hinder debugging. The meaning of an isolated call to LINE would be dependent on whether or not a BEGIN_FILL was active.
b) Con 1,2: Describing each edge of a polygon in a separate call to a function is inefficient.
c) Pro 3: The capability being added is the description of area. The new primitive should, itself, be an area primitive.
d) Con 4: Ordering information is not necessary to describe the area. (See Issue 2.4 for discussion of hidden surface removal.)

Resolution: Alternative 3: A polygon is described as a single (new) POLYGON primitive, with arrays of X, Y (,Z) vertices.

2.3 ISSUE: SHOULD A NON-POLYGONAL OR NON-PLANAR SURFACE ELEMENT BE SUPPORTED AS A PRIMITIVE?

Description: Patches or other elements are used as surface elements in some applications.

Alternatives:
1. Only a planar polygon primitive to describe surfaces is supported.
2. Patches or some other non-planar or non-polygonal elements are supported in addition to planar polygons.

Arguments:
a) Con 2: These additional primitives would add considerable complexity to the implementations.
b) Con 2: Surface description is still an area of research.
c) Pro 1, Con 2: Planar polygons are adequate for most applications; other primitives can be added later, if usage requires them.

Resolution: Alternative 1: Only a planar polygon primitive to describe surface is supported.

2.4 ISSUE: SHOULD ADDITIONAL INFORMATION THAT WOULD AID HIDDEN SURFACE ALGORITHMS BE INCLUDED?

Description: Many hidden-surface algorithms operate more efficiently if supplied with more information than just the definition of the polygonal areas. Useful information may include description of polyhedrons (closed objects), convexity, and uniform direction of definition (clockwise or counterclockwise) of the vertices of the polygon.

Alternatives:
1. No additional information is included.
2. Additional information is included.

Arguments:
a) Con 2: The state-of-the-art is not stable enough to determine a standard set of additional information to deal with this problem satisfactorily.
b) Pro 1, Con 2: At least some of the important "speed-up" techniques, such as culling back-facing surfaces, can be built on top of the Core System.
Resolution: Alternative 1: No additional information is included.

2.5 ISSUE: SHOULD POLYGON CLOSURE BE EXPLICIT?

Alternatives:
1. The last vertex in the arrays is the same as the first vertex in the arrays, i.e., closure is explicit.
2. The last vertex in the arrays is not the same as the first, i.e., closure is implicit.

Arguments:
a) Pro 1, Con 2: Explicit closure is an accepted practice with some users.
b) Pro 2, Con 1: Explicit closure requires redundant information and introduces a new error condition.

III-25

GW-LT 253625

Exhibit 8
Page 000394

Raster Extensions                                                                    Issues

Resolution: Alternative 2:  The  last  vertex  in the array is not the same as the first,
     i.e., closure is implicit.


4  ATTRIBUTES

4.1  ISSUE:  SHOULD MAPPING OF PIXEL ARRAYS ONTO POLYGONS IN WORLD  COORDINATE  SPACE  BE
          SUPPORTED?

Description:  Mapping  of  pixel  arrays onto  polygons in world coordinates allows for a
     number of additional effects, including texturing and the inclusion of  digital data.
     Note that the pixel array would undergo the viewing transformation.

Alternatives:
1.  Mapping of pixel arrays onto polygons in world coordinate space is supported.
2.  Mapping of pixel arrays onto polygons in world coordinate space is not supported.

Arguments:
a)  Pro 1:  This capability cannot be built on top of the Core System.
b)  Con 1:  This  capability  is currently of limited use but requires considerable effort
     to implement.
c)  Con 1:  This is a modelling issue.

Resolution: Alternative 2:  Mapping of pixel arrays onto  polygons  in  world  coordinate
     space is not supported.


4.2  ISSUE:  SHOULD  MAPPING  OF PIXEL ARRAYS ONTO POLYGONS IN DEVICE SPACE (RASTER UNITS)
          BE SUPPORTED?

Description:  Mapping of pixel arrays onto polygons in NDC or raster space  allows  for  a
     number  of  additional  effects such as simulation of a wider color or intensity gamut
     through "half-toning" and placing a pattern on a polygon. Note that the pixel  array
     does not undergo the viewing transformation.

Alternatives:
1.  Mapping of pixel arrays onto polygons in device space (raster units) is supported.
2.  Mapping of pixel arrays onto polygons in device space (raster units) is not supported.

Arguments:
a)  Pro 1:  This is the surface-filling equivalent of line style for vectors.
b)  Pro 1:  This capability cannot be built on top of the Core System.

Resolution: Alternative 1:  Mapping of pixel arrays onto polygons in device-space (raster
     units) is supported.


4.3  ISSUE:  SHOULD  THE  INDEX  ATTRIBUTE  FOR  POLYGON  EDGES  BE  THE  SAME  AS THE INDEX
          ATTRIBUTE FOR LINES?

Alternatives:
1.  Line and edge indices are specified by a single attribute, LINE_INDEX.
2.  Line and edge indices are specified separately.

Arguments:
a)  Con 1, Pro 2:  Polygon edges are not lines and are not affected  by  line style.   If
     POLYGON_EDGE_TYPE  is  "interior",  polygon edges are the same as the interior.  Thus,
     the distinction between edges and lines should not be blurred.
b)  Pro 1:  Separation requires inclusion of  two  extra  functions.   Combining  the  two
     attributes is more convenient for application programmers who are using both polygons
     and lines.

Resolution: Alternative 1:  Line and edge indices are specified by  a  single  attribute,
     LINE_INDEX.


III-26

GW-LT 253626

Exhibit 8
Page 000395

4.4  ISSUE:  SHOULD VERTEX INDICES FOR SHADED POLYGONS BE INCLUDED IN THE PRIMITIVE,
      RATHER THAN AS AN ATTRIBUTE?

Alternatives:
1.  Vertex indices for shaded polygons are specified with the primitive.
2.  Vertex indices for shaded polygons are specified with an independent array of
    attribute indices.

Arguments:
a)  Pro 1:  In practice, the VERTEX_INDICES array is modified every time a new polygon is
    put out.
b)  Pro 1:  As an attribute, the array must be stored by the Core System, even though it
    probably is used only once.
c)  Pro 1:  The requirement that the length of the VERTEX_INDICES array be the same as the
    number of vertices in subsequent polygons is an unusual requirement for an attribute
    which is supposed to be global.
d)  Con 1:  Inclusion of the vertex indices in the primitive would result in a new
    primitive, SHADED_POLYGON.  For consistency, the other polygon types should be broken
    out as separate primitives (e.g., PATTERNED_POLYGON and PLAIN_POLYGON).
e)  Con 1:  In the Core System, information affecting the appearance of a primitive is
    conveyed as attributes.  Specifying vertex indices with the primitive would thus
    create a special case.

Resolution: Alternative 2:  Vertex indices for shaded polygons are specified with an
    independent array of attribute indices.


4.5  ISSUE:  HOW IS COLOR SPECIFICATION SUPPORTED?

Alternatives:
1.  Color is specified directly through a color attribute.
2.  Color is specified indirectly; the primitive attribute is an index value.
3.  Both direct specification and indirect specification are supported and available to
    the programmer at all times.
4.  Both direct and indirect specification are supported, but the application programmer
    must select one method at the "beginning" (either view surface initialization or "Core
    System" initialization.)

Arguments:
a)  Pro 3:  This approach provides the most flexibility to the application programmer.
b)  Con 3:  For a device which has an index table, direct specification may be impossible,
    or may result in a color which is not at all close to the desired one.
c)  Pro 4:  This approach eliminates the inconsistencies of alternative 3 in terms of
    changing direct and index specifications, while allowing the application programmer to
    use the technique most suited to his device.
d)  Con 4:  Many functions behave differently depending on whether indices or direct
    specifications are being used.  This requires explanation and can lead to astonishing
    results.
e)  Pro 2:  A direct specification mechanism can be built easily on top of the Core
    System.  The Core System is less complex, since a whole class of calls and
    explanations has been eliminated.
f)  Con 2:  For devices which do not have index tables, or applications which do not take
    advantage of them, direct specification of color is more natural and more nearly
    approximates the concept of a continuous color range.  Also, programs would be more
    transportable with more predictable color results.

Resolution: Alternative 2:  Color is specified indirectly; the primitive attribute is an
    index value.


4.6  ISSUE:  HOW IS INTENSITY SPECIFICATION SUPPORTED?

(This parallels the issue of color specification.)

Resolution:  Intensity is specified indirectly; the primitive attribute is an index value.


III-27

GW-LT 253627

Exhibit 8
Page 000396

4.7  ISSUE:  SHOULD FILLING TO AN ARBITRARY BOUNDARY BE SUPPORTED?

Description:  Some current devices have an algorithm which allows them to fill (flood)  an
         area of the screen to a boundary which has been previously drawn (e.g., via LINE
         commands).

Alternatives:
1.  Flooding to an existing boundary is supported.
2.  Flooding to an existing boundary is not supported.

Arguments:
a)  Pro 1:  Some devices support this.
b)  Pro 1:  It is a useful echo in some applications and difficult to implement on  top of
    the Core System.
c)  Con 1:  The result is dependent on the combination of segments that are visible at the
    time of the fill.

Resolution:  Alternative 2:  Flooding to an existing boundary is not supported.


4.8  ISSUE:  SHOULD THE POLYGON FILL STYLE "EMPTY" BE SUPPORTED?

Alternatives:
1.  The polygon fill style "empty is supported.
2.  The polygon fill style "empty" is not supported.

Arguments:
a)  Pro 1:  A wire frame model may be generated easily by attribute change.
b)  Con 1:  The pick may be difficult to implement.

Resolution:  Alternative 2:  The polygon fill style "empty" is not supported.


4.9  ISSUE:  SHOULD THE POLYGON FILL STYLE "PLAIN" BE SUPPORTED?

Alternatives:
1.  The polygon fill style "plain" is supported.
2.  The polygon fill style "plain" is not supported.

Arguments:
a)  Pro 1:  This is commonly available in devices and software.
b)  Con 1:  The  same  result  can  be achieved with the "patterned" style using a uniform
    pattern.

Resolution:  Alternative 1:  The polygon fill style "plain" is supported.


4.10  ISSUE:  SHOULD THE POLYGON FILL STYLE "SHADED" BE SUPPORTED?

Alternatives:
1.  The polygon fill style "shaded" is supported.
2.  The polygon fill style "shaded" is not supported.

Arguments:
a)  Pro 1:  This is a commonly used feature and cannot be built on top of the Core System.
b)  Con 1:  This is a special case of shading.
c)  Con 1:  Interpolation on vertex values puts a constraint on the use of the index look-
    up table.
d)  Pro 1:  Software built on top of the Core System can set the vertex values in  such  a
    way as to achieve most common shading techniques.

Resolution:  Alternative 1:  The polygon fill style "shaded" is supported.

GW-LT 253628

Exhibit 8
Page 000397

Raster Extensions                                                                 Issues

**4.11  ISSUE:  SHOULD THE POLYGON FILL STYLE "PATTERNED" BE SUPPORTED?**

Alternatives:
1.  The polygon fill style "patterned" is supported.
2.  The polygon fill style "patterned" is not supported.

Arguments:
a)  Pro 1:  This style cannot be built on top and is relatively easy to implement.
b)  Pro 1:  Half tone techniques can be used to extend the available colors.
c)  Con 1:  The result is device-dependent.

Resolution:  Alternative 1:  The polygon style "patterned" is supported.

**4.12  ISSUE:  SHOULD THE POLYGON FILL STYLE "PROJECTED" BE SUPPORTED?**

Alternatives:
1.  The polygon fill style "projected" is supported.
2.  The polygon fill style "projected" is not supported.

Arguments:
a)  Pro 1:  The result is device-independent (except for aliasing).
b)  Con 1:  The technique is computationally expensive.
c)  Pro 1:  Images may be manipulated in world space.
d)  Con 1:  The technique is difficult to implement and has limited usefulness.

Resolution:  Alternative 2:  The polygon fill style "projected" is not supported.

**4.13  ISSUE:  WHAT STATIC PRIMITIVE ATTRIBUTE SHOULD BE USED TO ASSOCIATE AN INDEX VALUE WITH TEXT?**

Alternatives:
1.  Use the static primitive attribute LINE_INDEX, which is used for lines, markers, etc., to associate an index value with text.
2.  Use a new static primitive attribute, TEXT_INDEX, to associate an index value with text.

Arguments:
a)  Pro 1:  There is no need for a separate attribute.
b)  Pro 2:  With the exception of PICK_ID, the static attributes of text are disjoint from those of lines, markers, etc. Introducing a single new attribute costs little and maintains this separation.

Resolution:  Alternative 2:  Use a new static attribute, TEXT_INDEX, to associate an index value with text.

**4.14  ISSUE  SHOULD POLYGONS HAVE AN ATTRIBUTE TO DEFINE FILL SPACING?**

Description:  Polygons on a COM device are usually filled with evenly spaced lines.  Gaps or blooming may occur unless the width and spacing of the fill lines is specified.

Alternatives:
1.  Define a fill spacing attribute for polygons.
2.  Do not define a fill spacing attribute for polygons.

Arguments:
a)  Pro 1:  Without this attribute, polygons may not fill properly on a COM device.
b)  Pro 1:  This feature cannot be built on top of the Core System.
c)  Con 1:  This feature is device-dependent.

Resolution:  Alternative 2:  Do not define a fill spacing attribute for polygons.  (The escape mechanism is used for devices requiring fill spacing specification.)

III-29

GW-LT 253629

Exhibit 8
Page 000398

## 7   CONTROL

### 7.1   ISSUE: WHAT COLOR MODEL(S) SHOULD BE SUPPORTED?

Description:  There are a number of different ways of describing color. Two of the more common ones are the RGB color cube and the HLS double cone. (The HLS double cone has been somewhat arbitrarily selected from a class of models which are similar and are perceptually based.)

Alternatives:
1.  Only the RGB color cube model is supported.
2.  Only the HLS double cone model is supported.
3.  Both the RGB and HLS color models are supported.

Arguments:
a)  Pro 1,3:  Most hardware supports RGB.
b)  Con 1:  It is difficult for most persons to synthesize a desired color in RGB.
c)  Pro 2,3:  It is easy for most persons to synthesize a desired color in HLS (or other perceptually based systems).
d)  Pro 2,3:  There is growing acceptance of HLS-type models, including their use in hardware.

Resolution:  Alternative 3:  Both the RGB and HLS models are supported.

### 7.2   ISSUE: HOW MANY VIEW SURFACES MAY BE SELECTED AT ONCE?

Alternatives:
1.  Allow the set of selected view surfaces to include any initialized view surface.
2.  Only allow one view surface to be selected at one time.
3.  Allow multiple view surfaces to be selected, but only if they are sufficiently alike in their color (or intensity) capabilities.

Arguments:
a)  Pro 1:  Consistency with the Core System is highly desirable.
b)  Con 1, Pro 2,3:  With multiple view surfaces of differing capability, handling the index tables is potentially more difficult.

Resolution:  Alternative 1:  Allow the set of selected view surfaces to include any initialized view surface.

### 7.3   ISSUE:  SHOULD REDEFINITION OF THE CONTENTS OF LOOK-UP TABLES BE SUPPORTED?

Alternatives:
1.  The contents of look-up tables may be changed.
2.  The contents of look-up tables may not be changed.

Arguments:
a)  Pro 1:  Many useful applications of refresh raster graphics require the changing of look-up tables.  The computational burden of regenerating an image just to change colors is too expensive.
b)  Con 1:  Though this technique is useful now, it is in response to current device deficiencies and will not stand the test of time.
c)  Pro 2:  Though color and intensity are specified indirectly, color and intensity should still act as static primitive attributes.
d)  Con 1:  Since not all devices refresh through a look-up table, the result is device-dependent.
e)  Pro 1:  Devices react in one of 2 well specified ways to a change in a look-up table and both are useful.

Resolution:  Alternative 1:  The contents of look-up tables may be changed.

GW-LT 253630

Exhibit 8
Page 000399

**7.4  ISSUE:  SHOULD THERE BE REFRESH BUFFER OPERATIONS?**

Alternatives:
1. Refresh buffer operations are supported.
2. Refresh buffer operations are not supported.

Arguments:
a) Pro 1: The refresh buffer is a large memory to which the applications programmer wants access.
b) Pro 2: Not all raster devices have a refresh buffer to read from; on others, the buffer exists but cannot be read. Thus, this is a device-dependent subject.

Resolution: Alternative 2: Refresh buffer operations are not supported.

**7.5  ISSUE:  SHOULD A DEVICE-DEPENDENT MODE OF SURFACE DISPLAY BE ALLOWED?**

Description: If no hidden surface removal algorithm is employed, devices react in quite different ways to overlapping images of output primitives. The result on refresh raster devices is frequently the same as "temporal" priority; the result on a COM unit is color or intensity mixing.

Alternatives:
1. A mode is supported in which no hidden surface removal is done, with device-dependent results.
2. No device-dependent mode is supported.

Arguments:
a) Pro 1: If no such mode exists, the computational burden of hidden surface removal will be required on some devices in even simple applications.
b) Pro 2: Allowing a device-dependent mode puts an extra burden on the user and will cause some surprises (e.g., when a microfilm copy is made of a refresh display image).

Resolution: Alternative 1: A mode is supported in which no hidden surface removal is done, with device-dependent results.

**7.6  ISSUE:  SHOULD THERE BE A WAY TO GET A WIREFRAME PICTURE OF AN OBJECT DEFINED USING SURFACES (POLYGONS)?**

Description: Calligraphics displays generally represent 3D objects by showing edges, possibly with hidden lines removed. While a raster device can show the areas of the surfaces, it can also show the edges only.

Alternatives:
1. Provide a mechanism for displaying the edges of polygons instead of filling the polygonal areas (wire-frame).
2. Provide a mechanism for displaying the edges of polygons in with hidden lines removed.
3. Provide mechanisms for displaying the edges of polygons in both wire frame and hidden lines removed modes.
4. Surfaces (polygons) are always displayed as defined by their primitive attibutes.

Arguments:
a) Con 4  A fast preview mechanism is desirable.
b) Pro 4: The wire frame model can be generated by using polylines instead of polygons.
c) Con 4: Providing a viewing mechanism is simpler that requiring applications to have one set of code for preview and one set for normal viewing.
d) Con 2: If speed is the motivation, hidden line removal should not be included.
e) Pro 2,3: In some situations, hidden line removal may be needed to reduce the complexity of the image.
f) Pro 2,3: It should be possible to see the same wire frame version on a raster device that will probably be seen on calligraphic devices.

Resolution: Alternative 3: Provide mechanisms for displaying the edges of polygons in both wire frame and hidden lines removed modes.

GW-LT 253631

Exhibit 8
Page 000400

7.7  ISSUE:  SHOULD  AN  ADDITIONAL OUTPUT LEVEL OR MODE THAT PROVIDES FOR COLOR MIXING OF
            OVERLAPPING IMAGES OF OUTPUT PRIMITIVES BE SUPPORTED?

Description:  On a COM device, overlapping colored areas result in a  (subtractive)  color
             mixing.

Alternatives:
1.  An  output  level or mode that displays a mixture of colors for overlapping primitives
    is supported.
2.  An output level or mode that displays a mixture of colors for  overlapping  primitives
    is not supported.

Arguments:
a)  Pro 1:  Common  accepted  practice  for  COM  graphics is to mix colors by overlapping
    polygons of different colors.
b)  Pro 1:  Unless this ability is specified as part of the Core System, then it will  not
    be possible to use a raster device for previewing COM output.
c)  Con 1:  The  use  of  color  mixing  is a device-dependent technique and should not be
    supported.
d)  Pro 2:  It may be very difficult to implement this level on a raster refresh device.

Resolution: Alternative 2:  An output level or mode that displays a mixture of colors for
           overlapping primitives is not supported.

GW-LT 253632

Exhibit 8
Page 000401

### APPENDIX A:  INTRODUCTION TO RASTER GRAPHICS

(adapted from [FOLE78], with permission)

## A.1  RASTER GRAPHICS:  WHAT IT IS

"Raster graphics" is based upon those technologies in which an image is represented as a two-dimensional array of discrete picture elements called "pixels", where each pixel has a specified intensity or color.

## A.2  RASTER-SCAN TECHNOLOGY

Raster graphics is an area of computer graphics based upon a particular technology for displaying images; the simple CRT raster scan used by the millions of TV sets around the world.  In a raster scan, the CRT's electron beam follows a fixed pattern, which is repeated about 30 times a second.  An image is created by varying the intensity of the electron beam and therefore the intensity of the resulting emitted light.  In simple systems the intensity variation is between the ON and OFF states, while more complex systems allow multiple levels of intensity and/or color.

A basic raster scan is shown in Figure A-1.  The CRT beam starts at the upper left of the screen, and moves horizontally to the right, defining a scan-line.  It is during the left-to-right sweep that the beam intensity is modulated.  At the right edge the beam is blanked, and repositioned to the left edge, down one unit from the previous scan, as shown by the dotted line.  After all scan lines have been drawn, the beam returns to the upper left corner.  While U.S. commercial TV operates with 525 scan-lines, raster graphics systems use anywhere from 100 to 1000 lines.

On a raster display the outline of a house would be drawn as shown in Figure A-2, which shows the scan-lines and the points at which they were intensified, but not the beam movement between scan-lines.

The raster-scan display method is in marked contrast to the more traditional use of random-scan or "vector" graphics to create line drawings.  Figure A-3 shows how a vector system would draw the same house outline.  The arrows again show CRT beam movements.

Raster-scan display technology is attractive for several reasons.  Full color is easily obtained using economical commercial shadow-mask CRT's, while random-scan displays have been limited, until recently, to the 3 or 4 colors of the more expensive beam-penetration CRT technology.  Complete areas can be filled in with a raster-scan display, while this is more difficult with random-scan displays.

The raster scan follows a fixed path each thirtieth of a second, no matter how complex the image being displayed.  On the other hand, the time needed to draw an image with a random scan is proportional to the complexity of the image.  If much more than a thirtieth of a second is needed, flicker will occur.

Most raster displays use either high-quality commercial TV's, or special studio-quality monitors.  In either case, the monitors are less expensive and much more reliable and maintainable than comparable-quality random-scan displays.

## A.3  A BASIC RASTER DISPLAY SYSTEM

A simple raster display system consists of an Image Storage System, an Image Display System, and a Display.  The image being displayed is stored in the Image Storage System, which is thought of as a two-dimensional memory.  Each memory location is referenced by an X coordinate and a Y coordinate.  Memory location (0,0) is in the upper left corner.  Each memory location has a direct one-to-one identification with the corresponding position on the display monitor, and is used to control the intensity of the CRT beam at that position.  The first row of memory corresponds to the first scan-line, etc.

GW-LT 253633

Exhibit 8
Page 000402



FIGURE A-1  RASTER SCAN PATTERN



FIGURE A-2  HOUSE DISPLAYED WITH RASTER SCAN



FIGURE A-3  HOUSE DISPLAYED WITH RANDOM SCAN

III-34

GW-LT 253634

Exhibit 8
Page 000403

Each memory location defines one small element of an image (or picture), so each location is often called a "pixel" or "pel", short for "picture element". Simple storage systems have one bit per pixel, thus defining a two-color (usually black and white) image. Most Image Storage Systems (also called "refresh buffers") are implemented with solid-state, random-access semi-conductor memories. A single 65K-bit memory chip can store an entire 256 x 256 x 1 bit/pixel image. Earlier raster displays used either mechanical drums or solid-state shift registers (i.e., delay lines) for image storage.

The job of the Image Display System is to cycle through the image storage row-by-row (hence scan-line by scan-line), thirty times a second. Memory reference addresses are generated in synchronism with the raster scan, with the contents of the memory used to switch the beam's intensity either on or off, or between two other states. The computer interface accesses the Image Display System to start and stop the display process. Frequently, the computer can be interrupted when a display cycle has been completed. The computer can then make changes in the Image Storage System during the short time taken by the electron beam to move from the lower-right to upper-left of the screen, or can stop the display if the changes will take longer. Changes can also be made while the display is in process.

## A.4   COLOR AND GRAY LEVEL RASTER DISPLAY SYSTEMS

Two-intensity images are adequate for some applications, but grossly unsatisfactory for others. Additional control over the intensity of each pixel is obtained by storing more than one bit of information for each pixel. Thus, two bits yields four intensities, and so on. The bits can be used to control not only intensity, but color as well.

How many bits per pixel are needed so a stored image is perceived by a viewer as having continuous shades of gray? Five or six bits is commonly suggested. For color, three times as many bits would be needed: five or six bits for each of the three primary colors.

Systems with 15 to 18 bits per pixel are still relatively expensive, despite the dramatic decreases in random-access, solid-state memory costs. Furthermore, many color applications of raster systems don't require $2^{15}$ to $2^{18}$ different colors in a single picture (which typically has between $2^{16}$ and $2^{18}$ pixels). On the other hand, there is frequent need for a relatively small number of colors in any one picture or application -- but with the colors changing from picture to picture or from application to application. Also, in many image analysis and enhancement applications, it is desirable to change the visual appearance of an image without changing the underlying data from which the image is composed. For example, all pixels with values below a threshold might be displayed as black, or an intensity range might be expanded.

For these various reasons, the Image Display System of many raster displays includes a so-called "video look-up table". A pixel's value is not routed directly to the display monitor, but is used instead as an index into the look-up table. The table entry's value is used to drive the display. For instance, with 8 bits per pixel, the table would have $2^8$ = 256 entries. A pixel value of 67 would cause the contents of table location 67 to be used for display. This look-up operation is done for each pixel and each display cycle, so the table must be quickly accessible. For a 512 x 512 display, 100 nanoseconds, on the average, is available to process each pixel.

Commercially available systems typically use look-up tables with 256 entries of 12 bits each while 24 bit entries are becoming available. For color use (the major application of such tables), the bits are evenly divided to control the red, green, and blue electron guns of the display monitor. The computer interface now accesses the Image Display System not only to start and stop the display, but also to load the look-up table.

GW-LT 253635

Exhibit 8
Page 000404

Raster Extensions

## A.5  IMAGE CREATION

The previous two sections have discussed the Image Storage System. Now, consider how an image is created in the first place. The images of real objects come directly or indirectly from a scanning device of some sort: film scanner, TV scanner, ultrasound scanner, or whatever. While there are numerous issues and problems associated with such scanning processes, we will concentrate on the creation of synthetic images, that is, images of objects which exist as abstract collections of lines, points, curves, surfaces, etc. in the computer's memory.

There is a fundamental mismatch between the representation of objects used to drive a raster system (an array of pixels) and the representation of objects stored and manipulated within the computer (the previously mentioned collection of lines, points, etc.). This mismatch does not occur with random-scan systems. The process of converting a line and point representation is commonly called "scan conversion".

Because scan conversion algorithms are almost universally needed, they are often incorporated into the raster display as another functional unit, the Image Creation System. Minicomputers, and more recently, microprocessors, are used to implement this system.

The basic function of the Image Creation System is to make the overall raster display system behave functionally like a random scan display, while still making available the raster system's unique capabilities. Just as the capabilities of random-scan systems vary, so too the exact functions of Image Creation Systems varies. It is common to find capabilities to specify 2D points, lines, conic sections, and text. Various attributes of these output primitives can be controlled such as color/intensity, line style, text spacing, orientation, font, and size. In some instances, the coordinates of primitives can be translated and scaled prior to scan conversion. Coordinates are in the coordinate system of the refresh buffer itself. If the buffer is 512 x 512, then the coordinates range from 0 to 511 in each dimension. Thus in these ways, the Image Creation System is functionally identical to many random-scan line-drawing systems. Indeed, it is just a matter of time until 3D primitives, world coordinates, and window and viewport transformations are included in displays to make the similarity even stronger.

The Image Creation System also typically has functions for accepting images which already exist in pixel form, such as images of real objects or previously-created images of synthetic objects. Often parts of the Image Storage System's memory (defined by a rectangular area) can be moved around in memory. The system also includes overall control capability for loading the video look-up table, starting and stopping the display, and directing the Interaction System which is usually an integral part of the same microcomputer.

III-36

GW-LT 253636

Exhibit 8
Page 000405

Raster Extensions

Appendix B

## APPENDIX B:  COLOR MODEL CONVERSION ALGORITHMS

### B.1  CONVERSION FROM RGB TO HLS

Given:  R, G, B, each on [0,1]

Desired:  H in [0,360];  L in [0,1];  S in [0,1]

0.  (Set-up calculations)
   a.  M = max(R,G,B);  m = min(R,G,B)
   b.  If M=m (i.e., R = G = B), go to Step 1.
   c.  r = (M-R)/(M-m); g = (M-G)/(M-m); b = (M-B)/(M-m)

   Note that at least one of the set (r,g,b) is 0 (corresponding to the maximum color(s)) and at least one of the set (r,g,b) is 1 (corresponding to the minimum color(s)).

1.  (Lightness calculation)
   L = (M+m)/2

2.  (Saturation calculation)
   If M = m (i.e., R = G = B) then S = 0
   else       if L <= .5        then S = (M-m)/(M+m)
   else                              S = (M-m)/(2-M-m)

3.  (Hue calculation)
   If S = 0 then h = 0
   else if R = M then h = 2+b-g
   else if G = M then h = 4+r-b
   else                h = 6+g-r

   H = h*60 (mod 360)

   (Note:  Hue at S = 0 is defined to be 0)

### REMARKS

1.  In constant hue cross sections, this model most closely resembles the Ostwald color model [JUDD75].

2.  In this model, all maximally saturated colors have the same lightness.  Some color theorists and workers in perception argue that there is a lightness ranking of the form Blue<Red<Magenta<Green<Cyan<Yellow.

3.  This model places blue at 0 degrees, red at 120 degrees, and green at 240 degrees. This is in agreement with practice in the television industry.  Other placements may be obtained by changing the additive constants in Step 3.

4.  While hue in both this section and section B.2 is described as being in the range [0,360], the raster extensions specify hue to be in the range [0,1].  The conversions are straightforward.

III-37

GW-LT 253637

Exhibit 8
Page 000406

Raster Extensions

**B.2  CONVERSION OF HLS TO RGB**

Given:  H in [0,360];  L,S each in [0,1]

Desired:  R, G, B in [0,1]

0.  (Set-up calculations)
    a.  If L<= .5 then M = L(1+S)
        else          M = L+S+L*S
    b.  m = 2*L-M

1.  (Compute Red using Value function)
    R=Value(m,M,H)

2.  (Compute Green using Value function)
    G=Value(m,M,H-120)

3.  (Compute Blue using Value function)
    B=Value(m,M,H-240)

Function Value(m, M, hue)
    a.  If hue < 0, then hue = hue+360
    b.  If        hue <  60,  then Value = m + (M-m)*hue/60
        else if hue < 180, then Value = M
        else if hue < 240, then Value = m + (M-m)*(240-hue)/60
        else                        Value = m

GW-LT 253638

Exhibit 8
Page 000407

## REFERENCES

[CROW78] Crow, F., "The Use of Grayscale for Improved Raster Display of Vectors and Characters", Proceedings of SIGGRAPH '78, published as Computer Graphics, Volume 12, Number 3 (August, 1978).

[FOLE78] Foley, J.D., "An Introduction to Raster Graphics", George Washington University, unpublished.

[FOLE79a] Foley, J.D., J. Templeman, and D. Dastyar, "Some Raster Graphics Extensions to the Core System", George Washington University (January, 1979) (accepted for publication in Proceedings of SIGGRAPH '79, to be published as Computer Graphics, Volume 12, Number 3 (August, 1979)).

[FOLE79b] Foley, J.D., J. Templeman and D. Dastyar, "Reference Manual: Raster Extensions to the Core Graphics System", George Washington University (January, 1979).

[GSPC77] "Status Report of the Graphics Standards Planning Committee of ACM/SIGGRAPH", published as Computer Graphics, Volume 11, Number 3 (Fall, 1977).

[GSPC79] "The Revised Core System: A Report from the GSPC Core Refinements Subcommittee", to be published in Computer Graphics.

[GUID74] "Guidelines for Initiation of a Program for Graphics Standards and a Graphics Standards Planning Committee", Computer Graphics, Volume 8, Number 2 (Summer, 1974).

[JOBL78] Joblove, G.H. and D. Greenberg, "Color Spaces for Computer Graphics", Proceedings of SIGGRAPH '78, published as Computer Graphics, Volume 12, Number 2 (August, 1978).

[JUDD75] Judd, D.B. and G. Wyszechi, "Color in Business, Science, and Industry", Wiley-Interscience, 1975.

[SMIT78] Smith, A.R., "Color Gamut Transform Pairs", Proceedings of SIGGRAPH '78, Published as Computer Graphics, Volume 12, Number 3 (August, 1978).



GW-LT 253639

Exhibit 8
Page 000408

Exhibit 8
Page 000409