# Marina Declaration

# Exhibit 9



VIEWDATA
PRESTEL
VIDEOTEX
ANTIOPE
VIEWDATA
TELIDON
VIDEOTEX
TELETEL
VIEWTRON
CAPTAIN
VISTA
DATAVISION
VIDON
VIDEOTEX
the new television-telephone information services
COMPUTING SCIENCES SERIES

Exhibit 9
Page 000410

GW-LT 444408



GENERAL MOTORS CORPORATION
LIBRARY
FEB 25 1982
RESEARCH LABORATORIES

Exhibit 9
Page 000411
GW-LT 444409

# VIDEOTEX

the new
television/telephone
information services

Exhibit 9
Page 000412 GW-LT 444410

COMPUTING SCIENCES SERIES
*Editor:* S. J. Orebi Gann

# VIDEOTEX

## the new television/telephone information services

ROGER WOOLFE
Butler Cox & Partners Limited
London

LONDON · PHILADELPHIA · RHEINE

Heyden & Son Ltd, Spectrum House, Hillview Gardens, London NW4 2JQ, UK
Heyden & Son Inc., 247 South 41st Street, Philadelphia, PA 19104, USA
Heyden & Son GmbH, Münsterstrasse 22, 4440 Rheine, West Germany

British Library Cataloguing in Publication Data
Woolfe, Roger
Videotex.
1. Viewdata (Data transmisssion system)
I. Title
348.55'4 TK1505 80-40758

ISBN 0-85501-493-8

© Heyden & Son Ltd, 1980

All Rights Reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission of Heyden & Son Ltd.

Typeset in Great Britain by Computacomp (UK) Ltd, Fort William, Scotland
Printed in Great Britain by Heffers Printers Ltd, Cambridge

## VIDEOTEX TERMINALS

### The TV raster

A TV picture is formed by a fast moving electron beam which illuminates small areas of phosphor deposited permanently on the back of the screen. The beam sweeps across the screen in a succession of horizontal scan lines, each displaced below the one above. The beam starts at the top sweeping from left to right. It is switched off during the return between lines. After reaching the foot of the screen, it returns to the top to repeat the sequence.

Along each scan line, the beam illuminates colour phosphor points called picture elements (*pixels* or *pels* for short, each a colour phosphor triplet). On a typical, good quality, large colour domestic set there are about 400 to 500 pels per line. The limit of horizontal resolution is set by the TV design, the screen quality (the density of pels along a scan line) and the information carrying capacity of the broadcast picture signal.

A complete series of horizontal scan lines filling the whole screen is called a *field*. On a normal TV, the lines of alternative fields are *interlaced* to increase the vertical resolution of the resulting picture. A cycle of two interlaced fields is called a *raster*. The raster has twice the number of scan lines of a single field. In North America, a raster of 525 lines is repeated 30 times per second. In Europe, a raster of 625 lines is repeated 25 times per second. The 'persistence of vision' of the human eye—the time for which it retains an image—is slightly longer than one twenty-fifth of a second, so the eye normally gains an impression of continuity.

Interlacing the fields improves the vertical resolution, but it can also cause a flickering effect, because it doubles the time (e.g. from one fiftieth to one twenty-fifth of a second on a European TV) available for the phosphorescent image to decay.

Not all the raster lines are visible on the screen. Even in a well-adjusted set some are lost above and below the picture. Typically, a North American set shows 400 lines; a European set about 500.

So the complete TV picture is composed from a number of illuminated pels. On a large domestic TV, the number is around 250,000 (about 500 × 500; higher quality monitors can show much more—e.g. one million pels). In a colour TV the beam can cause each pel to be illuminated red, green or blue, the three primary colours.

The beam in fact consists of three separate red, green and blue signals, each of which is generated by one of three electron guns of corresponding colours (the *RGB guns*), and each of which can excite a response from the corresponding colour in a phosphor pel triplet. Six colours, together with black and white, can

be mixed from these three primaries, if the intensity of each colour signal can be selected as being in either one of two states: on or off (see Table 2.1).

Further colours can be generated by varying the individual intensity of each colour signal. For example, if a third state is introduced (say half intensity), the number of colour hues increases to twenty-seven.

The text and graphic images of videotex have to be composed from illuminated pels in just the same way as the normal TV picture, as explained later.

Table 2.1.

| Colour | Red | Blue | Green |
|---|---|---|---|
| Red | On | Off | Off |
| Blue | Off | On | Off |
| Green | Off | Off | On |
| Yellow | On | Off | On |
| Magenta | On | On | Off |
| Cyan | Off | On | On |
| White | On | On | On |
| Black | Off | Off | Off |

## Adapting TVs for videotex

Regular TV sets cannot display videotex—they have to be adapted using a ***decoder*** (sometimes called an adapter). Decoders can be fitted to TVs in the field, or during the manufacturing process. The decoder allows a TV to display text and graphics from digital signals received down a telephone line, and for information entered through a keypad to be transmitted back up the line.

Although the design of decoders differs between videotex standards, and even for the same standard, there are some common elements:

*Modem,* to convey digital pulses on the analogue waveform of the telephone line.

*Processor,* to convert incoming data into characters and graphics.

*Memory,* to store characters and graphics so that the TV beam can repeatedly refresh the display.

*Display generator,* which transfers the memory information into pel patterns, generally making use of widely available character generator electronics.

*Keypad,* for control and data entry.

A decoder can be fitted internally or externally to the TV. If internal (usual with Prestel) it can be wired directly to the beam circuits—that is, to the RGB guns. If external, the same can be achieved if a special RGB socket is fitted to the