# Marina Declaration

# Exhibit 10



Exhibit 10
Page 000417    **GW-LT 428133**



# DEVICE-INDEPENDENT GRAPHICS
## WITH EXAMPLES FROM IBM® PERSONAL COMPUTERS

Exhibit 10
Page 000418   GW-LT 428134

# DEVICE-INDEPENDENT GRAPHICS

## WITH EXAMPLES FROM IBM® PERSONAL COMPUTERS

**Robert F. Sproull**
**W. R. Sutherland**
**Michael K. Ullner**

Sutherland, Sproull, and Associates
Pittsburgh, Pennsylvania

**McGRAW-HILL BOOK COMPANY**
New York  St. Louis  San Francisco  Auckland  Bogotá
Hamburg  Johannesburg  London  Madrid  Mexico  Montreal  New Delhi
Panama  Paris  São Paulo  Singapore  Sydney  Tokyo  Toronto

Exhibit 10
Page 000419    GW-LT 428135

Case 3:07-cv-02000-H-CAB   Document 150-5   Filed 12/14/2007   Page 5 of 7

This book was set in Optima by York Graphic Services, Inc.
The editor was Debbie K. Dennis;
the production supervisor was Joe Campanella.
The cover was designed by Frederick H. Carlson.
Project supervision was done by The Total Book.
Kingsport Press, Inc., was printer and binder.



**DEVICE-INDEPENDENT GRAPHICS**

**With Examples from IBM® Personal Computers**

Copyright © 1985 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0   KGPKGP   8 9 8 7 6 5

ISBN 0-07-060504-1

Library of Congress Cataloging in Publication Data

Sproull, Robert F.
   Device-independent graphics.

   Includes bibliographies and index.
   1. Computer graphics.   2. IBM Personal Computer—
Programming.   I. Sutherland, W. R.   II. Ullner,
Michael K.   III. Title.
T385.S67   1985      001.64'43      84-25003
ISBN 0-07-060504-1

Exhibit 10
Page 000420   GW-LT 428136

# A

## COLOR



Color can be a very effective tool for conveying information to a user. But color can also be misused and can confuse rather than enlighten. This appendix presents some guidelines for using color in schematic diagrams, charts, maps, and other abstract graphical presentations. Using color in shaded renderings or artistic illustrations is beyond the scope of our treatment.

Colors are specified in one of several *color spaces*, systematic arrangements of colors according to properties that are easy for humans to grasp or for displays to process. We shall describe two color spaces, the red-green-blue (RGB) space used to drive color displays and the hue-saturation-value (HSV) space designed to simplify human manipulation of color.

Color is a very complex subject, especially because of the many subtle effects in the human perception of color. For example, color swatches of different sizes appear to have different colors. Also, the color of a swatch appears to change when it is viewed against backgrounds of different brightnesses and colors. Exploring the properties of color and the ways to use color effectively is a major task—one that this appendix does not attempt.

### A.1 RED, GREEN, BLUE COLOR SPACE

The color space that is most commonly used to describe the color to show on a display is RGB—red, green, and blue. A color is specified by giving the intensities of red, green, and blue components that the display will mix together to produce the desired color.

RGB space can be characterized as a three-dimensional system with axes corresponding to red, green, and blue components (Figure A-1). An arbitrary color is specified by giving its red, green, and blue coordinates: $(r, g, b)$. The units of measurement along the axes are arbitrary—we will let $0 \leq r, g, b \leq 1$ to conform with the conventions used by the GKS function Set Color Representation.

485

Exhibit 10
Page 000421    GW-LT 428640

486   APPENDIXES

FIGURE A-1   The RGB color cube with vertex colors labeled.

A cube in RGB space encloses all the colors that can be specified. The vertices of the cube shown in Figure A-1 are labeled with names of the colors they represent. Most colors, of course, are mixtures represented by points inside the cube. For example, grays lie along the line from black, (0, 0, 0), to white, (1, 1, 1).

The RGB description of color cannot be regarded as a standard. Rather, it is a low-level specification used to control the color display hardware directly. Displays may use different phosphors and consequently may show different colors for the same $(r, g, b)$ coordinates. Colors obtained on color printers are likely to differ substantially from those obtained on displays, since the image-forming techniques and the colors of inks and dyes differ so much from their display counterparts. Careful calibration and color correction algorithms can bring displayed and printed colors into closer agreement, but these techniques are not widely used in computer graphics systems.

## A.2 HUE, SATURATION, VALUE COLOR SPACE

The hue, saturation, and value (HSV) space is designed to be easy for people to use rather than easy for hardware to interpret. HSV is based on familiar terms people sometimes use to characterize colors:

Exhibit 10
Page 000422   GW-LT 428641