# Marina Declaration

# Exhibit 11



```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF CALIFORNIA
 3
 4  LUCENT TECHNOLOGY,        )  Case No. 02CV2060-B(LAB)
                              )
 5           Plaintiff,       )  San Diego, California
                              )
 6  vs.                       )  Tuesday,
                              )  July 5, 2005
 7  GATEWAY, INC., et al.,    )  9:00 a.m.
                              )
 8           Defendants.      )
                              )
 9
10              TRANSCRIPT OF MARKMAN HEARING
11         BEFORE THE HONORABLE RUDI M. BREWSTER
                UNITED STATES DISTRICT JUDGE
12
    APPEARANCES:
13
    For the Plaintiff:        JOHN DESMARAIS, ESQ.
14                            ROBERT APPLEBY, ESQ.
                              BRIAN VERMINSKI, ESQ.
15                            Kirkland & Ellis, LLP.
                              153 East 53rd Street
16                            New York, New York 10022
                              (212) 446-4800
17

18  For the Defendants:       W. BRYAN FARNEY, ESQ.
                              JONATHAN BAKER, ESQ.
19                            JEFFREY PLIES, ESQ.
                              Dewey Ballantine, LLP.
20                            816 Congress Avenue
                              Suite 1900
21                            Austin, Texas 78701
                              (512) 226-0415
22

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

1  in Fleming does.
2           If the host computer requests aqua blue, but the
3  closest color in the pallet is light blue, the system will
4  then set the in-use color to the index number for light
5  blue. And that's what will now be the in-use foreground
6  color because that's the closest color to what the host
7  computer requested.
8           So this figure illustrates these three different
9  modes. Let me start by talking about mode one because
10 that's the easiest to understand. In that situation, the
11 host computer sends a message to the terminal processor
12 saying, set the in-use foreground color to color number two.
13          In that case, the terminal processor just simply
14 sets the in-use foreground color to number two. Likewise
15 for mode two, the host computer sends a message to the
16 terminal saying set the foreground color to color number two
17 and set the background color to color number seven.
18          In that case, the processor in the terminal simply
19 sets the in-use foreground color to two and the in-use
20 background color to seven. What happens in mode zero is
21 that instead of sending a command to set the color to a
22 particular index number, it sends an RGB value. For
23 example, it will say, set the in-use foreground color to
24 aqua blue, or more specifically the particular RGB value for
25 aqua blue.

230

1           What the terminal then has to do is figure out
2  whether it has aqua blue available.  So what it does is it
3  goes and looks in its color memory, you know, its color
4  pallet to see what colors it has.  And if that color is
5  there, fine, it'll use that color.  If not, it'll find the
6  closest color and use that color.
7           But in any case, what it does is it sets the in-
8  use foreground color to the closest color that's available
9  in the color pallet.  In this case, the closest color is
10 color number two, so it'll set the in-use foreground color
11 to number two.  What's important about this is in each case,
12 the terminal processor is always using the color pallet in
13 picking colors.
14          And then once you set the in-use foreground color
15 and possibly in-use background color, the next step is
16 actually to draw something on the screen and have it appear.
17 So the way that happens is that the host computer will then
18 send a draw command or a write command to draw a figure on
19 the screen or to put a character up on the screen.
20          So when the terminal processor receives the draw
21 command, what it does is it looks to see what the current
22 foreground and background colors are, you know, the in-use
23 foreground and in-use background colors, and it will write
24 into video memory in the particular pixels that the host
25 computer tells it to draw in certain color information.  And

231

1  it'll set the foreground color for character and video
2  memory to two and the background color to seven.
3          And then what happens is, in order to actually get
4  that information from video memory out to the display
5  screen, it has to pass through the color memory, which is
6  the color pallet.  And what the color memory does is it
7  translates from color number two into the particular RGB
8  value that the monitor needs in order to be able to actually
9  put that color up on the screen.
10         So the important point here is that all three of
11 the modes all involve utilizing the color information stored
12 in the color pallet.  And that's how the information gets up
13 onto the screen.
14         Now, another concept that Lucent touched on, which
15 is very important in understanding this patent, is the
16 distinction between direct color and index color.  And I
17 mentioned this briefly before, but originally, because
18 memory was expensive, you would always just store the RGB
19 values -- I'm sorry -- you store the RGB values in a color
20 map and only store index numbers in actual video memory.
21         But then later, when memory became cheaper, you
22 could actually store 24 or 32 bytes of RGB data directly in
23 video memory.  And in that case, you wouldn't need to go
24 through a color pallet because all the RGB information you
25 needed was directly in video memory.

1  And this figure illustrates it. This is a figure
2  from the patent, and it illustrates how index color works.
3  The video memory stores an index number. That index number
4  addresses a color map memory, and the color map memory
5  converts that index number to a particular RGB color value,
6  and that's what gets displayed out on the screen.
7  As you can see here by comparing these two
8  figures, direct color is quite different. Direct color, you
9  go right from the video memory out to the display screen.
10 You don't pass through a color map memory. Because video
11 memory actually directly stores the RGB values, and those go
12 right out to the video screen.
13 Now, it's important -- this figure here is not
14 from the patent. I mean, this figure was created by taking
15 this figure which is in the patent and just modifying it to
16 show what a direct color would look like. But direct color
17 was never shown in the patent and never discussed in the
18 patent.
19 I think that concludes our tutorial overview of
20 the key concepts that are going to come up in the claim
21 construction.
22         THE COURT: Thank you.
23         MR. BAKER: Thank you, your Honor.
24         THE COURT: Anybody else have any tutorial?
25         MR. FREED: I'd like to, your Honor, if that's

240

1     I certify that the foregoing is a correct
2  transcript from the electronic sound recording of the
3  proceedings in the above-entitled matter.

5  _____    7-20-05
   Transcriber                   Date

6  FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

8  _____
   L.L. Francisco, President
9  Echo Reporting, Inc.