# Marina Declaration

# Exhibit 12

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., | CASE No. 02-CV-2060 B (WMc) consolidated with |
| Plaintiff and Counter Defendant, | CASE No. 03-CV-699 B (WMc) |
| vs. | CASE No. 03-CV-1108 B (WMc) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **EXPERT REPORT OF DR. ROBERT G. WEDIG ON THE INVALIDITY OF U.S. PATENT NUMBER 4,439,759** |
| Defendants and Counter-Claimants | |
| and | |
| DELL, INC., | |
| Defendant and Counter-Claimant. | |
| And | |
| MICROSOFT CORPORATION | |
| Intervener and Counter-Claimant | |

-1-

Exhibit 12
Page 000429

1   be more choices of colors shown on the display screen. However, only the number of colors
2   determined by the number of Pixel values can be displayed at one time. For example, in a
3   particular image display system, if the Pixel value is 8 bits and the Color Memory holds 24 bit
4   Color Data Values, then at one time only 256 colors may appear on the screen, however these 256
5   colors may be chosen from a palette of 16,777,216 colors. The '759 patent recognizes that Color
6   Memories were previously known before the filing of the patent. Claims 1-4 of the '759 patent
7   discloses accessing the Color Memory in a way to achieve terminal independence. ('759 patent,
8   col. 1:28-65).
9         14.   In many image display systems, the idea of a foreground and background color is
10  used to help specify the image on the display. The application program issues a command to the
11  image display system and instructs the system that a foreground color is to be used for subsequent
12  drawing commands. The user can also issue a command that a particular background color is to be
13  used for all future drawing commands. Then, whenever a command to draw an object with
14  foreground and background characteristics is issued, the previously specified foreground and
15  background colors are used to determine the Pixel values in Video Memory to create the object on
16  the display. Claim 1 of the '759 patent relies on a predetermined command and data sequence to
17  select one of several modes of access to Color Data Values in a Color Memory wherein
18  foreground and background colors are specified in various ways. ('759 patent, col. 14:20 – 40).
19  **III.   THE '759 PATENT DISCLOSURE.**
20        15.   The '759 patent relates to a system for displaying a color image in a terminal
21  independent manner. At the time of the patent, it was well known how to provide color digital
22  image displays on video display screens. However, each manufacturer of color image displays had
23  its own technique for providing the display using its own design. This sometimes made it difficult
24  for software written for one proprietary display system to be used on another competing display
25  system. The '759 patent seeks to address this issue through a terminal independent system for
26  displaying a color image. ('759 patent, col. 1:11-65)
27        16.   At the time of the '759 patent, there had been proposed, under development and to
28  a limited extent available in the marketplace, consumer based video display terminals designed to

-6-

Exhibit 12
Page 000430

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March 2006 at Sunnyvale, California.

_____
DR. ROBERT G. WEDIG