1  David A. Hahn (SBN 125784)
   HAHN & ADEMA
2  501 West Broadway, Suite 1600
   San Diego, California  92101-3595
3  Telephone:  (619) 235-2100
   Facsimile:  (619) 235-2101
4
   Attorney for Plaintiffs *Lucent Technologies Inc.*
5
6              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
7

8  LUCENT TECHNOLOGIES INC. and          Case No. 07-CV-2000-H (CAB)
   MULTIMEDIA PATENT TRUST,
9                                         consisting of matters severed from
              Plaintiff,                   consolidated cases:
10       v.
                                          Case No. 02-CV-2060 B (CAB)
11 GATEWAY, INC., GATEWAY COUNTRY         Case No. 03-CV-0699 B (CAB)
   STORES LLC, GATEWAY COMPANIES,         Case No. 03-CV-1108 B (CAB)
12 INC., GATEWAY MANUFACTURING LLC
   and COWABUNGA ENTERPRISES, INC.,       **DECLARATION OF JEAN RENARD
13                                        WARD IN SUPPORT OF LUCENT'S
              Defendants,                 OPPOSITION TO MICROSOFT'S
14       and                              MOTION FOR SUMMARY
                                          JUDGMENT OF INVALIDITY OF
15 MICROSOFT CORPORATION,                 U.S. PATENT NO. 5,347,295**

16            Intervener.
                                          Date:       January 7, 2008
17 MICROSOFT CORPORATION,                 Time:       10:30 A.M.
                                          Courtroom:  13
18            Plaintiff,                  Judge:      Hon. Marilyn L. Huff
         v.
19
   LUCENT TECHNOLOGIES INC.,
20
              Defendant.
21
   LUCENT TECHNOLOGIES INC. and
22 MULTIMEDIA PATENT TRUST,

23            Plaintiff,
         v.
24
   DELL INC.,
25
              Defendant.
26

27

28 DECLARATION OF JEAN RENARD WARD IN SUPPORT OF                  Case No. 07-CV-2000-H (CAB)
   LUCENT'S OPPOSITION TO MICROSOFT'S MOTION FOR
   SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT
   NO. 5,347,295

I, Jean Renard Ward, hereby declare as follows:

1. I have been retained as an expert in this case by Lucent Technologies Inc.

2. I submit this Declaration in support of Lucent's opposition to Microsoft's motion for summary judgment of invalidity of U.S. Patent No. 5,347,295.

3. Attached hereto as Exhibit A and incorporated herein by reference is a true and correct copy of my October 12, 2007 Expert Report of Jean Renard Ward Relating To The Supplemental Expert Report of John P.J. Kelly, Ph.D. Regarding Lucent's Agulnick Patent in this case. The report accurately reflects my opinions and the bases therefore, and if called to testify as a witness, I could and would testify to the truth of each statement therein.

4. Attached hereto as Exhibit B and incorporated herein by reference is a true and correct copy of my May 12, 2006 Expert Report of Jean Renard Ward Relating To The Expert Report of John P.J. Kelly, Ph.D. Regarding Lucent's Agulnick Patent in this case. The report accurately reflects my opinions and the bases therefore, and if called to testify as a witness, I could and would testify to the truth of each statement therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 14th day of December 2007.

*Jean Renard Ward*

Jean Renard Ward