David A. Hahn (SBN 125784)
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

Attorney for Plaintiffs *Lucent Technologies Inc.*
and *Multimedia Patent Trust*
(*Additional counsel listed on the last page*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs,<br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants,<br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener. | Case No. 07-CV-2000-H (CAB)<br><br>consisting of matters severed from consolidated cases:<br><br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**DECLARATION OF ERIC D. HAYES IN SUPPORT OF LUCENT'S OPPOSITION TO MICROSOFT'S MOTION FOR SUMMARY JUDGMENT OF OBVIOUSNESS OF U.S. PATENT NO. 5,347,295**<br><br>Date:         January 7, 2008<br>Time:        10:30 A.M.<br>Courtroom:   13<br>Judge:       Hon. Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs,<br>v.<br><br>DELL INC.,<br><br>Defendant. | |

HAYES DECLARATION ISO LUCENT'S OPPOSITION TO MICROSOFT'S SUMMARY JUDGMENT BRIEF RE OBVIOUSNESS OF U.S. PATENT NO. 5,347,295

Case No. 07-CV-2000-H (CAB)

I, Eric D. Hayes, declare as follows:

1. I am an attorney and an associate in the law firm of Kirkland & Ellis LLP, counsel for Lucent Technologies Inc. ("Lucent") and Multimedia Patent Trust. If called to testify as a witness, I could and would competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the November 9, 2007 Deposition Transcript of John P.J. Kelly.

3. Attached hereto as Exhibit 2 is a true and correct copy of the March 31, 2006 Expert Report of Jean Renard Ward.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 5,347,295.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Court's February 24, 2004 Order Construing Claims for U.S. Patent No. 5,347,295.

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 5,060,135.

7. Attached hereto as Exhibit 6 is a true and correct copy of the October 12, 2007 Expert Report of Jean Renard Ward.

8. Attached hereto as Exhibit 7 is a true and correct copy of a document produced by Microsoft in this action bearing production numbers MSLT_1230903 - MSLT_1230914.

9. Attached hereto as Exhibit 8 is a true and correct copy of the May 12, 2006 Expert Report of Jean Renard Ward.

10. Attached hereto as Exhibit 9 is a true and correct copy of Dell's January 26, 2007 Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment of Non-Infringement on the Asserted Claims of U.S. Patent No. 5,347,295 to Agulnick et al.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Court's March 8, 2007 Order Granting Summary Adjudication of No Infringement of U.S. Patent No. 5,347,295.

HAYES DECLARATION ISO LUCENT'S OPPOSITION TO
MICROSOFT'S SUMMARY JUDGMENT BRIEF RE OBVIOUSNESS OF
U.S. PATENT NO. 5,347,295                              1                      Case No. 07-CV-2000-H (CAB)

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct and that this declaration was executed on this 14th day of December 2007 at
3   Chicago, Illinois.

By: _____
Eric D. Hayes

# Index

## Exhibits to Hayes Declaration In Support Of Lucent's Opposition To Microsoft's Motion for Summary Judgment of Obviousness of U.S. Patent No. 5,347,295

| Tab | Exhibit |
|-----|---------|
| 1 | Excerpts from the November 9, 2007 Deposition Transcript of John P.J. Kelly |
| 2 | March 31, 2006 Expert Report of Jean Renard Ward |
| 3 | U.S. Patent No. 5,347,295 |
| 4 | February 24, 2004 Order Construing Claims for U.S. Patent No. 5,347,295 |
| 5 | U.S. Patent No. 5,060,135 |
| 6 | October 12, 2007 Expert Report of Jean Renard Ward |
| 7 | Document produced by Microsoft in this action bearing production numbers MSLT_1230903 - MSLT_1230914 |
| 8 | May 12, 2006 Expert Report of Jean Renard Ward |
| 9 | Dell's January 26, 2007 Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment of Non-Infringement on the Asserted Claims of U.S. Patent No. 5,347,295 to Agulnick et al. |
| 10 | March 8, 2007 Order Granting Summary Adjudication of No Infringement of U.S. Patent No. 5,347,295 |