# Hayes Declaration

# Exhibit 1

Case 3:07-cv-02000-H-CAB     Document 154-2     Filed 12/14/2007     Page 1 of 6

Page 1

1         UNITED STATES DISTRICT COURT

2         SOUTHERN DISTRICT OF CALIFORNIA

3

4    - - - - - - - - - - - - - - - )

5    LUCENT TECHNOLOGIES INC.,      )

6               Plaintiff,          )

7    V.                             ) CASE NO.

8    GATEWAY, INC., et al.,         ) 02-CV-2060 B (CAB)

9               Defendants,         ) consolidated with

10                                  ) 03-CV-0699 B (CAB)

11   and                            ) 03-CV-1108 B (CAB)

12                                  )

13   MICROSOFT CORPORATION,         )

14               Intervenor.        )

15   - - - - - - - - - - - - - - - )

16   AND CONSOLIDATED ACTIONS.      )

17   - - - - - - - - - - - - - - - )

18   VIDEOTAPED DEPOSITION OF JOHN J.P. KELLY, Ph.D.

19         FRIDAY, NOVEMBER 9, 2007

20

21

22         BY: VICKI L. REED, CSR NO. 4634

23

24

25

ORIGINAL

```
 1   BY MR. DONOVAN:
 2       Q.   In one of your four expert reports?
 3       A.   Correct.
 4       Q.   Sir, do your opinions rely in any way on
 5   speculation?
 6            MR. SHARIFAHMADIAN:  Objection; vague.
 7            THE WITNESS:  Well, I have set forth what I
 8   believe would have been known to -- what one of ordinary
 9   skill in the art would have known to do.  I don't
10   consider that to be speculation.  That's my opinion of
11   what would have been obvious to one of ordinary skill,
12   but I don't know if that would meet your criterion or
13   not.
14   BY MR. DONOVAN:
15       Q.   Well, your reports contain your opinions, for
16   example, on the issue of obviousness and what one of
17   ordinary skill would be; correct?
18       A.   Correct.
19       Q.   And you understand that your opinions are, in
20   many instances, factually challenged by Lucent and its
21   expert, Mr. Ward; you have that understanding; correct?
22       A.   Yes, I do.
23       Q.   Are any of the opinions that you rely on --
24   excuse me.
25            Do any of the opinions that you express on the
```

```
 1      A.   That's what I can think of right now.
 2      Q.   How about rear-mounted digitizers, are there
 3   any advantages of rear-mounted digitizers over
 4   front-mounted digitizers?
 5      A.   Yes.
 6      Q.   What are those?
 7      A.   Those are, as I've set forth in my report,
 8   basically a front-mounted digitizer is an extra item of
 9   some sort that's in front of the actual display screen.
10   So getting rid of that is helpful in a number of ways.
11   And it reduces parallax, it increases the optical
12   clarity of the display, and it reduces the risk of
13   damage to the digitizer.
14      Q.   Anything else?
15      A.   Well, again, in terms of having multiple
16   technologies to choose from, its that same advantage.
17      Q.   Anything else?
18      A.   That's what I can think of sitting area.
19      Q.   Now, you said "parallax," what's parallax?
20      A.   When you look at -- basically when you are
21   trying to identify an item on the screen, if you are
22   touching something that is above what you're trying to
23   identify, there is a potential misconvergence, and
24   that's referred to as "parallax."  And it's caused by
25   our angle of view with respect to another reference
```

1    point.
2         Q.   And having the screen in front of the digitizer
3    reduces parallax?
4         A.   Having the screen in front, yes.
5         Q.   How about cost, in 1990 were there any
6    advantage or disadvantage in terms of cost between
7    front-mounted versus rear-mounted?
8         A.   I'm not sure what the -- I'm not sure.
9         Q.   How about weight, was there any advantage or
10   disadvantage between front-mounted versus rear-mounted
11   digitizers in the 1990 time frame?
12             MR. SIDDIQI:  I'm sorry, can you read that
13   back?
14             [Whereupon the record was read.]
15             MR. SHARIFAHMADIAN:  Objection; asked and
16   answered.
17             THE WITNESS:  I'm not sure.  Some of the
18   technologies had significant additional electronics
19   associated with them, but I'm not sure how that
20   translated into front and rear mounting.
21   BY MR. DONOVAN:
22        Q.   How about power consumption, was there a
23   difference between front and rear-mounted digitizers
24   with respect to power consumption in 1990?
25        A.   I'd have to see the specific examples to say

Page 210

```
1        STATE OF CALIFORNIA    )
2                               ) ss.
3        COUNTY OF SAN DIEGO    )
4
5        I hereby certify that the witness in the
6   foregoing deposition, JOHN J.P. KELLY, Ph.D., was by me
7   duly sworn to testify to the truth, the whole truth, and
8   nothing but the truth, in the within-entitled cause;
9   that said deposition was taken at the time and place
10  herein named; that the deposition is a true record of
11  the witness's testimony as reported by me, a duly
12  certified shorthand reporter and a disinterested person,
13  and was thereafter transcribed into typewriting by
14  computer.
15       I further certify that I am not interested in
16  the outcome of the said action, nor connected with, nor
17  related to any of the parties in said action, nor to
18  their respective counsel.
19       IN WITNESS WHEREOF, I have hereunto set my hand
20  this 12th day of November, 2007.
21
22            -------[signature]-------------
23             VICKI L. REED, CSR 4634
24             STATE OF CALIFORNIA
25
```