1  David A. Hahn (SBN 125784)
   HAHN & ADEMA
2  501 West Broadway, Suite 1600
   San Diego, California 92101-3595
3  Telephone: (619) 235-2100
   Facsimile: (619) 235-2101

4  Attorney for Plaintiffs *Lucent Technologies Inc.*
   and *Multimedia Patent Trust*
5  (*Additional counsel listed on the last page*)

6

7              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
8

9  LUCENT TECHNOLOGIES INC. and            Case No. 07-CV-2000-H (CAB)
   MULTIMEDIA PATENT TRUST,
10                                          consisting of matters severed from
              Plaintiffs,                   consolidated cases:
        v.
11                                          Case No. 02-CV-2060 B (CAB)
   GATEWAY, INC., GATEWAY COUNTRY          Case No. 03-CV-0699 B (CAB)
12 STORES LLC, GATEWAY COMPANIES,          Case No. 03-CV-1108 B (CAB)
   INC., GATEWAY MANUFACTURING LLC
13 and COWABUNGA ENTERPRISES, INC.,        **DECLARATION OF ERIC D. HAYES
                                           IN SUPPORT OF LUCENT'S
14            Defendants,                   OPPOSITION TO DEFENDANTS'
        and                                MOTIONS FOR SUMMARY
15                                         JUDGMENT OF INVALIDITY OF
   MICROSOFT CORPORATION,                  U.S. PATENT NO. 4,763,356**
16
              Intervener.
17                                          Date:        January 7, 2008
   MICROSOFT CORPORATION,                   Time:        10:30 A.M.
18                                          Courtroom:   13
              Plaintiff,                    Judge:       Hon. Marilyn L. Huff
19      v.
20 LUCENT TECHNOLOGIES INC.,
21            Defendant.
22 LUCENT TECHNOLOGIES INC. and
   MULTIMEDIA PATENT TRUST,
23
              Plaintiffs,
24      v.
25 DELL INC.,
26            Defendant.
27
28

I, Eric D. Hayes, declare as follows:

1.      I am an attorney and an associate in the law firm of Kirkland & Ellis LLP, counsel for Lucent Technologies Inc. ("Lucent") and Multimedia Patent Trust.  If called to testify as a witness, I could and would competently testify to the truth of each statement herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 4,763,356.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the January 5, 2006 Deposition Transcript of Benjamin W. Day.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Court's March 1, 2004 Amended Order Superceding the Order of October 29, 2003, Construing Claims for U.S. Patent No. 4,763,356.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Court's April 17, 2007 Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims of U.S. Patent No. 4,763,356.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Court's May 15, 2007 Order Granting Lucent's Motion to Strike and Denying Gateway's Motion for Summary Judgment for Invalidity of U.S. Patent No. 4,763,356.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the May 11, 2007 Motion Hearing Transcript.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Court's June 7, 2007 Scheduling Order for Groups 1, 4, 5 and 6 Patents.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the December 10, 2007 Deposition Transcript of Robert Long.

10.      Attached hereto as Exhibit 9 is a true and correct copy of the article "Touch Screens: Big Deal of No Deal," by Michael Tyler.

11.      Attached hereto as Exhibit 10 is a true and correct copy of the October 12, 2007 Expert Report of Bruce Tognazzini Relating to the Second Supplemental Expert Report of Dale Buscaino re Lucent's Day Patent.

1    12.    Attached hereto as Exhibit 11 is a true and correct copy of the Court's May 15, 2007

2    Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent

3    No. 4,763,356.

4    13.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the

5    September 23, 2003 Markman Hearing Transcript.

6    14.    Attached hereto as Exhibit 13 is a true and correct copy of the May 12, 2006 Expert

7    Report of Bruce Tognazzini Relating to the Expert Report of John P.J. Kelly, Ph.D. re Lucent's

8    Torok Patent and to the Expert Report of Dale Buscaino re Lucent's Day Patent.

9    15.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the

10   November 20, 2007 Deposition Transcript of Bruce Tognazzini.

11   16.    Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the

12   November 7, 2007 Deposition Transcript of Dale Edward Buscaino.

13   17.    Attached hereto as Exhibit 16 is a true and correct copy of a document produced by

14   Microsoft bearing production numbers MSLT_1233963 - MSLT_1233965.

15   18.    Attached hereto as Exhibit 17 is a true and correct copy of Microsoft Corporation's

16   Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Invalidity

17   of U.S. Patent No. 4,763,356, filed on January 26, 2007.

18   19.    Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the March

19   31, 2006 Expert Report of Dale E. Buscaino re Invalidity of U.S. Patent No. 4,763,356.

20   20.    Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the June 29,

21   2006 Deposition Transcript of Dale Edward Buscaino.

22   21.    Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the June 27,

23   2006 Deposition Transcript of Bruce Tognazzini.

24   22.    Attached hereto as Exhibit 21 is a true and correct copy of Lucent's Memorandum of

25   Points and Authorities in Opposition to Microsoft's Motion for Summary Judgment of Invalidity of

26   U.S. Patent No. 4,763,356, dated February 9, 2007.

27

28

23.    Attached hereto as Exhibit 22 is a true and correct copy of Declaration of Mr. Bruce Tognazzini In Support Of Lucent's Opposition To Defendants' Motions For Summary Judgment Of Invalidity Of Claims 19 & 21 Of U.S. Patent No. 4,763,356.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 14th day of December 2007 at Chicago, Illinois.

By: _____
Eric D. Hayes

# Index

## Exhibits to Hayes Declaration In Support Of Lucent's Opposition to Defendants' Motions for Summary Judgement of Invalidity of U.S. Patent No. 4,763,356

| Tab | Exhibit |
|---|---|
| 1 | U.S. Patent No. 4,763,356 |
| 2 | Excerpts from the January 5, 2006 Deposition Transcript of Benjamin W. Day |
| 3 | March 1, 2004 Amended Order Superceding the Order of October 29, 2003, Construing Claims for Patent No. 4,763,356 |
| 4 | April 17, 2007 Claim Construction Order Clarifying and Superceding the Order of March 1, 2004, Construing Claims of U.S. Patent No. 4,763,356 |
| 5 | May 15, 2007 Order Granting Lucent's Motion to Strike and Denying Gateway's Motion for Summary Judgment for Invalidity of U.S. Patent No. 4,763,356 |
| 6 | Excerpts from the May 11, 2007 Motion Hearing Transcript |
| 7 | June 7, 2007 Scheduling Order for Groups 1, 4, 5 and 6 Patents |
| 8 | December 10, 2007 Deposition Transcript of Robert Long |
| 9 | "Touch Screens: Big Deal of No Deal," by Michael Tyler |
| 10 | October 12, 2007 Expert Report of Bruce Tognazzini Relating to the Second Supplemental Expert Report of Dale Buscaino re Lucent's Day Patent |
| 11 | May 15, 2007 Order Denying Plaintiff's and Defendants' Cross-Motions Regarding the Invalidity of U.S. Patent No. 4,763,356 |
| 12 | Excerpts from the September 23, 2003 Markman Hearing Transcript |
| 13 | May 12, 2006 Expert Report of Bruce Tognazzini Relating to the Expert Report of John P.J. Kelly, Ph.D. re Lucent's Torok Patent and to the Expert Report of Dale Buscaino re Lucent's Day Patent |
| 14 | Excerpts from the November 20, 2007 Deposition Transcript of Bruce Tognazzini |
| 15 | Excerpts from the November 7, 2007 Deposition Transcript of Dale Edward Buscaino |
| 16 | Document produced by Microsoft bearing production numbers MSLT_1233963 - MSLT_1233965 |
| 17 | Microsoft Corporation's Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,763,356, filed on January 26, 2007 |
| 18 | Excerpts from the March 31, 2006 Expert Report of Dale E. Buscaino re Invalidity of U.S. Patent No. 4,763,356 |
| 19 | Excerpts from the June 29, 2006 Deposition Transcript of Dale Edward Buscaino |
| 20 | Excerpts from the June 27, 2006 Deposition Transcript of Bruce Tognazzini |
| 21 | Lucent's Memorandum of Points and Authorities in Opposition to Microsoft's Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,763,356, dated February 9, 2007 |
| 22 | Declaration of Mr. Bruce Tognazzini In Support Of Lucent's Opposition To Defendants' Motions For Summary Judgment Of Invalidity Of Claims 19 & 21 Of U.S. Patent No. 4,763,356 |