# Hayes Declaration

# Exhibit 2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LUCENT TECHNOLOGIES, INC., et al.,)
                                  )        **CONFIDENTIAL**
              Plaintiffs,         )
                                  )  02 CV 2060 (WMC)
         -against-                )  03 CV 0699 B (WMC)
                                  )  03 CV 1108 B (WMC)
GATEWAY, INC., et al,             )
                                  )
              Defendants.         )
_____)

\*\*\* CONFIDENTIAL - ATTORNEYS' EYES ONLY \*\*\*

VIDEOTAPED DEPOSITION OF BENJAMIN W. DAY
January 5, 2006
New York, New York



Eastwood-Stein
DEPOSITION MANAGEMENT

550 West C Street, Suite 600
San Diego, CA 92101
619-235-2400

Exhibit 2
Page 000028

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | ambiguous. | 12:06:46 |
| 2 | A. Yes. | 12:06:50 |
| 3 | Q. What did they say? | 12:06:51 |
| 4 | A. I can't think of the specific | 12:06:58 |
| 5 | words, but the tone was, "This is great. | 12:07:00 |
| 6 | I've never seen this before. This is | 12:07:05 |
| 7 | wonderful." Things like that. | 12:07:07 |
| 8 | Q. Would it be fair to say that you | 12:07:15 |
| 9 | would agree with that? | 12:07:16 |
| 10 | A. Yes. | 12:07:17 |
| 11 | Q. Do you have any idea, then, if | 12:07:19 |
| 12 | the technology was such that it had never | 12:07:20 |
| 13 | been seen before and was great, why it is | 12:07:25 |
| 14 | that it was not used in products? | 12:07:30 |
| 15 | MR. HAYES: Objection. Calls for | 12:07:40 |
| 16 | speculation. | 12:07:41 |
| 17 | A. No, I don't have any idea that it | 12:07:49 |
| 18 | wasn't. I'm not sure I agree with the | 12:07:52 |
| 19 | premise. I don't know that it wasn't. | 12:07:54 |
| 20 | Q. Do you recall ever seeing the | 12:08:17 |
| 21 | SLATE used by anyone else other than Salomon | 12:08:19 |
| 22 | Brothers? | 12:08:24 |
| 23 | MR. HAYES: Objection. Asked and | 12:08:24 |
| 24 | answered. | 12:08:25 |
| 25 | A. No, I don't recall. | 12:08:28 |

EASTWOOD-STEIN
Deposition Management (800) 514-2714

Exhibit 2
Page 000029

```
 1                    C E R T I F I C A T E
 2
 3         I, Linda J. Greenberg, Professional
 4    Shorthand Reporter and Notary Public in and
 5    for the State of New York, do hereby certify
 6    that, BENJAMIN W. DAY, the witness whose
 7    deposition is hereinbefore set forth, was
 8    duly sworn and that such deposition is a
 9    true record of the testimony given by the
10    witness to the best of my skill and ability.
11         I further certify that I am neither
12    related to or employed by any of the parties
13    in or counsel to this action, nor am I
14    financially interested in the outcome of
15    this action.
16         IN WITNESS WHEREOF, I have hereunto set
17    my hand this 16th day of January, 2006.
18
19                    _____
20                        Linda J. Greenberg
21
22    My commission expires:   May 17, 2007
23
24
25
```

Exhibit 2
Page 000030