# Hayes Declaration

# Exhibit 6

```
 1                UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF CALIFORNIA

 3

 4 LUCENT TECHNOLOGIES,       )  Case No. 02CV2060-B(CAB)
                              )          Consolidated with
 5          Plaintiff,        )          03CV0699-B(CAB)
                              )          03CV1108-B(CAB)
 6 vs.                        )          Related to:
                              )          06CV0684-B(CAB)
 7 GATEWAY, INC., et al.,     )
                              )  San Diego, California
 8          Defendants.       )
                              )  Friday,
 9                               May 11, 2007
                                 9:00 a.m.
10

11              TRANSCRIPT OF MOTION HEARING
          BEFORE THE HONORABLE RUDI M. BREWSTER
12                UNITED STATES DISTRICT JUDGE

13 APPEARANCES:

14 For the Plaintiff:
                              JOHN DESMARAIS, ESQ.
15                            ROBERT A. APPLEBY, ESQ.
                              JAMES MARINA, ESQ.
16                            Kirkland & Ellis, LLP.
                              153 East 53rd Street
17                            New York, New York 10022
                              (212) 909-3189
18
   For the Defendant:         W. BRYAN FARNEY, ESQ.
19                            JEFFREY B. PLIES, ESQ.
                              ANDREW N. THOMASES, ESQ.
20                            JOSHUA WALSH-BENSON, ESQ.
                              Dechert, LLP
21                            300 West Sixth Street
                              Suite 1850
22                            Austin, Texas 78701
                              (512) 394-3000
23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.
```

*Echo Reporting, Inc.*

Exhibit 6
Page 000055

62

1  before September, fine.  If we can't, we explicitly say
2  they'll move to Judge Huff.
3          THE COURT:  Yeah, don't worry about that.
4          THE LAW CLERK:  And motions can be refiled or
5  supplemented.
6          THE COURT:  I wouldn't worry about that.  You're
7  not going to be cut out of your day in court on the motion.
8          MR. MARINA:  Well, Mr. Freed just reminded me,
9  maybe we want to do expert reports on Group 1, KSR, also.
10         MR. FREED:  Yeah, we should, for the same reason
11 that we're doing it here.  It's a case that hasn't gone to
12 trial.  It's exactly the same situation.
13         THE LAW CLERK:  I think the suggestion is just to
14 say all obviousness issues for that MSJ group will be moved
15 to Judge Huff.  I mean, that's what we -- that's just a
16 possibility.
17         THE COURT:  Absolutely.  That would be obvious.
18 But, we're not going to -- if we can't -- if we can't get
19 the obviousness issues discovered, reported and deposed,
20 we're not in a position to have summary judgments on them.
21 So, they would have to -- the obvious motion on -- summary
22 judgment motions based on obviousness couldn't be heard.
23         MR. FREED:  The only question I have now is that,
24 I understood when you moved things to Judge Huff, that one
25 of the things that you also moved when you took off calendar

*Echo Reporting, Inc.*

Exhibit 6
Page 000056