# Hayes Declaration

# Exhibit 7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; MICROSOFT CORPORATION; and DELL, INC., <br><br> Defendants. | Civil No.   02cv2060-B (CAB) <br><br> **SCHEDULING ORDER FOR GROUPS 1, 4, 5 AND 6 PATENTS** |
| And related counterclaims. | |

On June 6, 2007, the Court held a discovery conference to discuss the scheduling of motions, pre-trial and trial schedules for the remaining patents in this case. After considering input from counsel, the Court sets the following schedule:

1. On **June 19 and 20, 2007**, at **9:00 a.m.**, motions for summary judgment on the Group 1/6 patents, excluding those involving issues of obviousness, shall be heard before Judge Brewster.

2. On **September 6, 2007**, at **9:00 a.m.**, motions regarding the trust/licensing, which will address Plaintiff's continued standing to assert the Group 1/6 patents, shall be heard before Judge Brewster.

3. On or before **September 14, 2007**, Defendants shall serve their supplemental expert reports on the obviousness defense for the Groups 1/6, 4 and 5 patents.

4. On or before **October 12, 2007**, Plaintiff shall serve its supplemental rebuttal expert report on the obviousness defense.

|   |   |
|---|---|
| 1 | 5. On or before **November 9, 2007**, expert depositions on the supplemental reports shall |
| 2 | be completed. |
| 3 | 6. On or before **November 30, 2007**, Defendants shall file opening briefs on the |
| 4 | obviousness defense as it relates to the Groups 1/6, 4 and 5 patents. |
| 5 | 7. On or before **December 14, 2007**, Plaintiff shall file opposition briefs on the |
| 6 | obviousness defense. |
| 7 | 8. On or before **December 21, 2007**, Defendants shall file reply briefs on the |
| 8 | obviousness defense. |
| 9 | 9. On **January 7, 2008**, at **10:30 a.m.**, the motion for summary judgment on the |
| 10 | obviousness defense shall be heard before Judge Huff. |
| 11 | 10. On or before **January 14, 2008**, all parties shall file Memoranda of Contentions of |
| 12 | Fact and Law in compliance with Local Rule 16.1(f)(2), as it relates to the Groups 1/6, 4 and 5 |
| 13 | patents. |
| 14 | 11. On or before **January 14, 2008**, all parties shall fully comply with the Pretrial |
| 15 | Disclosure requirements of Fed. R. Civ. P. 26(a)(3), as it relates to the Groups 1/6, 4 and 5 patents. |
| 16 | **Failure to comply with these disclosures requirements could result in evidence preclusion or** |
| 17 | **other sanctions under Fed. R. Civ. P. 37.** |
| 18 | 12. On or before **January 21, 2008**, counsel shall meet together and take the action |
| 19 | required by Local Rule 16.1(f)(4). At this meeting, counsel shall discuss and attempt to enter into |
| 20 | stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange |
| 21 | copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be |
| 22 | prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to |
| 23 | any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the |
| 24 | preparation of the proposed pretrial conference order. |
| 25 | 13. On or before **January 28, 2008**, the proposed final pretrial conference order, |
| 26 | including objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall |
| 27 | be prepared, served and lodged with the Clerk of the Court, and shall be in the form prescribed in |
| 28 | and in compliance with Local Rule 16.1 (f)(6). Counsel shall also bring a court copy of the pretrial |

1  order to the pretrial conference.

2      14.    The final pretrial conference shall be held before the **Honorable Marilyn L. Huff**,
3  United States District Court Judge, on **February 4, 2008**, at **10:30 a.m.**

4      15.    The trial on the Groups 1/6, 4 and 5 patents shall commence on **February 20, 2008**,
5  at **9:00 a.m.**

6      16.    The dates and times set forth herein will not be modified except for good cause
7  shown.

8      17.    Plaintiff's counsel shall serve a copy of this order on all parties that enter this case
9  hereafter.

10     **IT IS SO ORDERED.**

11  
12 DATED: June 7, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge