# Hayes Declaration

# Exhibit 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - -

LUCENT TECHNOLOGIES INC. and      )
MULTIMEDIA PATENT TRUST,          )
                                  )
Plaintiff and Counter-Defendant, ) Case No.:
                                  )
v.                                ) 07-CV-2000-H (CAB)
                                  ) 02-CV-2060-B (CAB)
GATEWAY, INC., GATEWAY COUNTRY    ) 03-CV-0699-B (CAB)
STORES LLC, GATEWAY COMPANIES,    ) 03-CV-1108-B (CAB)
INC., GATEWAY MANUFACTURING LLC   )
and COWABUNGA ENTERPRISES, INC.   )
                                  )
Defendants and Counter-Claimants,)
                                  )
and                               )
                                  )
MICROSOFT CORPORATION             )
                                  )
Intervenor and Counter-Claimant. )

- - - - - - - - - - - - - - - - - - -


DEPOSITION OF MR. ROBERT LONG
VOLUME I
Monday, December 10, 2007
AT: 10:05 a.m.

Taken at:
Dechert LLP
160 Queen Victoria Street
London EC4V 4BF
UNITED KINGDOM

Exhibit 8
Page 000060

1                        A P P E A R A N C E S

2

3       Appearing on behalf of Lucent Technologies:

4

               GREGORY F. CORBETT
5               Kirkland & Ellis LLP
               655 Fifteenth Street, N.W.
6               Washington, D.C. 20005
               Tel: (202) 879 5296

7

8               ERIC D. HAYES
               Kirkland & Ellis LLP
9               200 East Randolph Drive
               Chicago, IL 60601
10              Tel: (312) 861 2480

11

       Appearing on behalf of Gateway and the witness:

12

13              JONATHAN D. BAKER
               Dechert LLP
14              2440 W. El Camino Real, Suite 700
               Mountain View
15              California 94040-1499
               Tel: (650) 813 4800

16

17      Appearing on behalf of Microsoft and the witness:

18

               LARA S. GARNER
19              Fish & Richardson PC
               12390 El Camino Real
20              San Diego
               California 92130-2081
21              Tel: (858) 678 5070

22

       Also present:

23

24      Court reporter:

25              ROSE KAY
               European Deposition Services

Exhibit 8
Page 000061

```
 1          59 Chesson Road
            London
 2          W14 9QS
            UNITED KINGDOM
 3          Tel:  +44 (020) 7385 0077
 4

    Videographer:
 5

            SIMON ADDINSELL
 6          European Deposition Services
            59 Chesson Road
 7          London
            W14 9QS
 8          UNITED KINGDOM
            Tel:  +44 (020) 7385 0077
 9

10

    On behalf of TSG Reporting
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit 8
Page 000062

1                          I N D E X

2       DEPONENT                                          PAGE

3

4       ROBERT LONG ... ... ... ... ... ... ... ... ... ..    8

5       EXAMINATION BY MR. CORBETT: ... ... ... ... ... ..    8

6       EXAMINATION BY MR. BAKER: . ... ... ... ... ... ..   99

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 8
Page 000063

E X H I B I T S

| EXHIBIT NO | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 1 | Blown-up photograph . ... ... ... ... .. | 38 |
| EXHIBIT 2 | Claim construction .. ... ... ... ... .. order regarding patent no. 4,763,356 | 60 |
| EXHIBIT 3 | Letter to from Dechert .. ... ... ... .. LLP to Robert Long, dated October 26, 2007, Bates numbered Long 0001 through Long 0003 | 63 |
| EXHIBIT 4 | Subpoena of Robert .. ... ... ... ... .. Long, dated October 4, 2007 | 73 |
| EXHIBIT 5 | Subpoena of Robert .. ... ... ... ... .. Long, dated November 26, 2007 | 75 |
| EXHIBIT 6 | Article from Datamation . ... ... ... .. magazine entitled "Touch Screens: Big Deal Or No Deal?", Bates numbered Long 0004 through Long 0012 | 88 |
| EXHIBIT 7 | United States patent  ... ... ... ... .. no. 4,763,356, dated August 9, 1988 | 88 |
| EXHIBIT 8 | Declaration of Henry  ... ... ... ... .. Robert Long, dated November 29, 2007 | 92 |
| EXHIBIT 20 | Article from Datamation . ... ... ... .. magazine entitled "Touch Screens: Big Deal Or No Deal?", Bates numbered GW-LT | 101 |

Page 6

1               422215 through GW-LT 422224

2

    EXHIBIT 21        Article from Datamation . ... ... ... ..  102

3                     magazine entitled "Touch

                      Screens: Big Deal Or No

4                     Deal?", Bates numbered

                      MSLT_1228716 through

5                     MSLT_1228724

6

    EXHIBIT 22        Blown-up photograph . ... ... ... ... ..  103

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 8
Page 000065

Page 7

1                                        Monday, December 10, 2007

2      (10:05 a.m.)

3            THE VIDEOGRAPHER:  This is the beginning of tape

4      1, volume 1, of the deposition of Robert Long, in the matter

5      of Lucent Technologies Incorporated, a multimedia patent

6      trust, plaintiff and counter-defendant; versus Gateway Inc,

7      Gateway Country Stores LLC, Gateway Countries Inc, Gateway

8      Manufacturing LLC and Cowabunga Enterprises Incorporated,

9      defendants and counter-claimants; and Microsoft Corporation,

10     intervener and counter-claimant, as consolidated cases.

11           This matter is in the United States District

12     Court, Southern District of California.  The case number is

13     07-CV-2000-H (CAB), consisting of matters severed from

14     consolidated cases numbers 02-CV-2060-B (CAB), 03-CV-0699-B

15     and 03-CV-1108-B.

16           Today's date is the 10th December, 2007 the time

17     on the recording equipment is six minutes past 10.  Today's

18     deposition is taking part at the offices of Dechert in Queen

19     Victoria Street, London.

20           The court reporter is Rose Kay; the videographer

21     is Simon Addinsell, of European Deposition Services on

22     behalf of TSG.

23           Could counsel please put themselves on the record.

24           MR. CORBETT:  My name is Greg Corbett with

25     Kirkland & Ellis, on behalf of Lucent Technologies.  And

Exhibit 8
Page 000066

Page 8

1    with me is Eric Hayes, also with Kirkland & Ellis on behalf

2    of Lucent Technologies.

3            MR. BAKER:  I am Jonathan Baker from Dechert,

4    representing Gateway.

5            MS. GARNER:  Lara Garner from Fish & Richardson,

6    on behalf of Gateway and Mr. Long.

7            THE VIDEOGRAPHER:  Could the court reporter --

8            MS. GARNER:  Excuse me, on behalf of Microsoft and

9    Mr. Long.

10           THE VIDEOGRAPHER:  Could the court reporter please

11   swear in the witness.

12           MR. BAKER:  I'm sorry.  Before you do that,

13   I should say also for the record, I also am representing

14   Mr. Long in this deposition today, in addition to Gateway.

15                        ROBERT LONG

16                   having been duly sworn,

17                    testified as follows:

18           THE VIDEOGRAPHER:  It is seven minutes past 10.

19   Please begin.

20           MS. GARNER:  Before we begin, Microsoft will join

21   any Gateway objection.

22           MR. BAKER:  And Gateway will join any Microsoft

23   objection.

24   EXAMINATION BY MR. CORBETT:

25           BY MR. CORBETT:  Good morning.

Exhibit 8
Page 000067

Page 9

1          A.   Good morning.

2          Q.   Did you please state your name for the record?

3          A.   Henry Robert Long.

4          Q.   Could you please state your current address?

5          A.   West Highlands, Three Gates Lane, Haslemere,

6     Surrey.   Postcode GU27 2ET.

7          Q.   Are you currently employed?

8          A.   I run my own company and I am employed by my

9     own company.

10         Q.   And what is the name of your company?

11         A.   HRL Consultancy Limited.

12         Q.   And what is the business of your company?

13         A.   I am an interim IT director and I am currently

14    engaged with LV, one of the major insurance companies here

15    in the UK.

16         Q.   Okay.  Do you understand that you are

17    represented by counsel today in this deposition?

18         A.   I do.

19         Q.   And who are you -- which counsel are

20    representing you today?

21         A.   The colleagues to my left, Jonathan and Lara.

22         Q.   Mr. Long, have you ever been deposed before?

23         A.   No, I have not.

24         Q.   Okay.  I just want to go through a few things

25    to talk about the deposition.  Do you understand that you

Exhibit 8
Page 000068

Page 10

1    are under oath today?

2           A.  I do.

3           Q.  And do you understand that your testimony here

4    today is the same as if it was in a court of law?

5           A.  Absolutely.

6           Q.  Do you understand that the court reporter is

7    taking down the testimony?

8           A.  I do.

9           Q.  And do you understand that because of that,

10   everything needs to be said verbally.  There cannot be any

11   head shaking or nodding?

12          A.  I understand.

13          Q.  And it is best if one person speaks at a time,

14   and people try not to speak over each other.

15          A.  I understand.

16          Q.  If you don't understand any questions that

17   I ask today, please let me know.

18          A.  I will do.

19          Q.  And if you need a break at any time, please

20   let me know as well.

21          A.  Thank you.

22          Q.  At times, counsel may object to questions and

23   do you understand that unless counsel instructs you not to

24   answer, that you should answer a question even if there's

25   an objection?

Exhibit 8
Page 000069

Page 11

1           A.   I do understand.

2           Q.   Okay.  Is there any reason why you would not

3    be able to give full, fair and accurate testimony here

4    today?

5           A.   I do not believe so.

6           Q.   Are you on any medication?

7           A.   I am not on any medication.

8           Q.   Okay.  Do you have an understanding of why you

9    are here today?

10          A.   I do.

11          Q.   And what is your understanding of why?

12          A.   My understanding is to explain to the court

13   what we did in Chemical Bank with our systems, back in the

14   early 1980s.

15          Q.   Right.  We are going to talk a little bit

16   about that.  First of all, I want to --

17          A.   I understand.

18          Q.   -- understand a little bit of background about

19   yourself.

20          Can you tell me a little bit about your

21   educational background?

22          A.   I joined -- my education went through to high

23   school.  In the UK we have university entrance exams called

24   A-levels.  I passed A-levels in mathematics and physics.

25          I was due to go to university to read chemistry.

Exhibit 8
Page 000070

Page 12

1    I didn't make my chemistry.  There were family matters that

2    suggested I would go and find work, instead of going on to

3    university.  At that point, I joined Chemical Bank straight

4    out of -- in fact your equivalent of high school, our sixth

5    form, as a management trainee in 1973.

6              Q.  So you joined Chemical Bank in 1973?

7              A.  September 1973, yes.

8              Q.  And what was your position at the time you

9    joined?

10             A.  Management trainee, and it was in the

11   operations area of the bank.

12             Q.  How long did you work at Chemical Bank after

13   joining them in 1973?

14             A.  Some 14 years.  I left in the summer of 1988.

15             Q.  During your employment at Chemical Bank, where

16   were you stationed geographically?

17             A.  I was headquartered out of London, although

18   I travelled extensively with the bank.

19             Q.  You mentioned that you started as a management

20   trainee.  During your tenure at Chemical Bank, did you hold

21   other positions at Chemical Bank?

22             A.  I held a number of positions.  Within

23   18 months of joining the bank, I transitioned into the IT

24   department and I rose to Assistant Vice President, head of

25   European foreign exchange systems within the bank.

Exhibit 8
Page 000071

1    Q.  Okay.

2    And how long did you hold the position of Vice

3  President, head of European foreign exchange systems?

4    A.  Correction, it was Assistant Vice President

5  that I held.  It must have been some 18 months or so before

6  I left.

7    Q.  And what position did you hold next, after --

8    A.  After leaving the bank?

9    Q.  After leaving.  I am sorry.  You held

10 Assistant Vice President for 18 months?

11    A.  Some 18 months.

12    Q.  Okay.

13    A.  That was -- that was the end position.

14    Q.  Okay.  And when did you -- when were you

15 promoted to Assistant Vice President?

16    A.  It would have been some 18 months before 1988.

17    Q.  Okay.

18    A.  So looking back, that must have been some time

19 in 1986, but I don't remember the precise date.

20    Q.  Okay.  What position did you hold directly

21 before becoming Assistant Vice President?

22    A.  The bank had a number of corporate titles, as

23 well as role titles.  I was Project Manager for some

24 considerable time, starting off with the corporate title of

25 Assistant Manager, rising through Assistant Secretary and

Exhibit 8
Page 000072

Page 14

1    then into Assistant Vice President.  So you've got both --

2    at the bank at the time, they had both role titles and

3    corporate titles.

4              So in answer to your question, "Project Manager"

5    would probably be the most accurate description of my role

6    before.

7              Q.  Okay.  I want to talk a little bit about the

8    timeline of the Foreign Exchange Front End project.

9              A.  Mm-hm.

10             Q.  Do you recall when your work on the Foreign

11   Exchange Front End project began?

12             A.  It would have been early 1980s; possibly the

13   back end of 81/early 82.  Certainly throughout 83.

14             Q.  And what was your position with Chemical Bank

15   during the time you worked on this project?

16             A.  I was Project Manager for the project and

17   chief -- chief lead architect of the systems.

18             Q.  At what point did you stop working on the

19   Foreign Exchange Front End project?

20             A.  On this particular system, it would have been

21   in 84.  1984.

22             Q.  So is it fair to say -- well, let me back up

23   here.

24             We have been using the terminology "Foreign

25   Exchange Front End".  Do you have an understanding of what

Page 15

1    that means?  Is that fair to say?

2           A.  That was the name that we gave to a particular

3    system, abbreviated to "FXFE".

4           Q.  Was that the name that Chemical Bank used to

5    describe the Foreign Exchange Front End system?

6           A.  Yes, it was.

7           Q.  Was that name used by anyone outside of

8    Chemical Bank?

9           A.  Not that I'm aware of.  We certainly used it

10   universally within the bank.

11          Q.  Have you heard of the name Easel?

12          A.  Yes, I have.

13          Q.  Is that synonymous with Foreign Exchange Front

14   End?

15          A.  Easel is a software developer's tool kit that

16   was developed by a company called Interactive Images.  We

17   used that tool kit within the Foreign Exchange Front End

18   system.

19          Q.  I am going to talk a little bit about that

20   later, but I just wanted to understand the terminology as we

21   go forward throughout the deposition.

22          A.  I understand.

23          Q.  Do you have any legal experience?

24          A.  No, I do not.

25          Q.  Have you ever been involved in a litigation

Exhibit 8
Page 000074

Page 16

1    before?

2              A.   I have not.

3              Q.   And you said you have never been deposed

4    before?

5              A.   That's correct.

6              Q.   Do you have an understanding about patent law?

7              A.   Only as a layman.  I have not done any

8    detailed studies of it.

9              Q.   Do you own, hold any patents?  Are you --

10             A.   I do not.

11             Q.   Do you have an understanding about what it

12   means to construe the claims of a patent?

13             A.   I am sorry.  I don't understand the question.

14             Q.   Okay.  That's fine.

15             Talking a little bit about your role as the

16   Project Manager --

17             A.   Yes.

18             Q.   -- of the Foreign Exchange Front End.  What

19   were your responsibilities as Project Manager?

20             A.   As Project Manager and lead architect, I was

21   responsible for working with the business to understand

22   their requirements, to define their requirements, to

23   articulate those requirements to the technology team that

24   was building the system.  Actually to build the team, select

25   the players, select the members of the team.  Manage the

Exhibit 8
Page 000075

1    team on a day by day basis, manage the development on a day

2    by day basis and take the development through to

3    implementation.

4            Q.   Did you design the software involved with the

5    Foreign Exchange Front End system?

6            A.   At a high level architectural, yes.  We

7    clearly had programmers who were actually writing the code.

8            Q.   But you are not a code programmer?

9            A.   No.  None of the -- none of my programmes were

10   actually coded in this application.

11           Q.   How many members were there on your team for

12   the Foreign Exchange Front End system?

13           A.   In addition to myself, there were six others.

14           Q.   And what were the respective roles of the six

15   other people?

16           A.   With the -- the application was quite an

17   extensive application.  We broke it up into modules and

18   different members of the team developed different modules

19   within that application set.

20           Q.   Do you recall what some of the different

21   modules were?

22           A.   Well, one of the key was the touch screen

23   software itself.  There were a number of maintenance

24   utilities behind that.  There was the database field sitting

25   behind all of that.

Exhibit 8
Page 000076

Page 18

1          Q.  Any other modules?

2          A.  I would say they are probably the key ones.

3          Q.  So different members of your team were

4    responsible for those three different --

5          A.  Different components, yes.  And there was, of

6    course, an interface into the back office system as well

7    that needed to be created.  So that would be a further

8    module.

9          Q.  And you as the Project Manager, you were

10   responsible for the overall management of the different team

11   members on the different modules; is that fair?

12         A.  Yes, I think that is absolutely fair.  I think

13   we should use the word, we did use the word "team".  It was

14   operated as a team.  But I was clearly the person at the

15   bank that was being -- was having overall responsibility and

16   accountability for the project.

17         Q.  Did you ever consider seeking a patent on your

18   development of the Foreign Exchange Front End?

19         A.  No, that was not something that was common

20   currency in Chemical Bank, in any of our development

21   activities at the time.

22         Q.  Do you have an understanding of why you didn't

23   seek a patent?

24         A.  No, it was just -- it didn't seem to be raised

25   by the bank as something that was normal practice on any of

Exhibit 8
Page 000077

Page 19

1    the development activities we were doing.

2              Q.  Okay.  Let's talk a little bit about the

3    timeline of developing the Foreign Exchange Front End.

4    I think you said earlier that you started work in the early

5    1980s; is that fair?

6              A.  I think that's fair.  And to some -- to some

7    degree I am tracking to back to when the article, that we

8    will come on to later, was published.  And just knowing that

9    it would have taken us a good 18 months plus to have got the

10   system developed at that level, that it was demonstrable.

11             Q.  Do you recall when you first started work on

12   the system that you refer to as the "Foreign Exchange Front

13   End"?

14             A.  As I say, I believe it was probably late 1981,

15   and the reason that that date seems to stick, it was within

16   18 months of getting married.

17             Q.  Okay.  What was the first thing you remember

18   about working on the Foreign Exchange Front End system?

19             A.  High level architectural design, followed up

20   by presentations to the foreign exchange executive within

21   the bank, about the art of the possible.  To some degree

22   seeking funding; to a large degree, seeking funding.

23             Q.  What motivated you to begin the Foreign

24   Exchange Front End project?

25             A.  We, the bank, firmly believed that technology

Exhibit 8
Page 000078

Page 20

1    had reached the point that we could start to implement

2    technology actually on the trading desk.  Up until then, all

3    the trade capture had been done by clerks in the back office

4    on paper tickets, from paper tickets.

5            Q.  Do you recall who -- whose idea it was to

6    first develop the Foreign Exchange Front End?

7            A.  Specifically, no.  It came out of some

8    discussions, general digesting-type discussions within the

9    bank.

10           Q.  Was it your idea?

11           A.  I was certainly key in terms of understanding

12   that we believed that technology was possible to do such

13   things.  I wouldn't want to claim 100 per cent ownership of

14   that.

15           Q.  Do you think it would have been someone at

16   a higher level than you who directed the project to start,

17   or someone on your team?

18           A.  That would just be purely guesswork.  I don't

19   know.  It was a long time ago.

20           Q.  You mentioned that there were six team

21   members?

22           A.  Yes.

23           Q.  Do you recall the names of the six?

24           A.  A number of them, indeed I do.

25           Q.  Can you share some of the names with me?

Exhibit 8
Page 000079

1      A.  Yes, of course.  One of the lead technical

2  architects was a gentleman called Steve Foster.  Another was

3  a Chris Harrison.  The third was a Tony Brown.  The fourth

4  was Nigel, and it will come to me what his surname is.  He

5  will hate me for it, but I have forgotten his surname.

6      Q.  Nigel.

7      A.  And I am trying to think of the others, but

8  they were certainly the key developers.

9      Q.  If I could just briefly go through each

10  person, if you could tell me what each of those persons was

11  responsible for.

12      A.  Yes.

13      Q.  For example, Steve Foster, I think you

14  referred to him as the lead technical architect?

15      A.  The lead technical architect, absolutely.  And

16  one of the key developers in the touch screen system itself,

17  the touch screen modules, supported by Chris Harrison.

18      Q.  And when you say "lead technical architect",

19  what does that encompass?

20      A.  The system as written, not only using Easel as

21  a software developer, but also in C.  And Steve had

22  a strong -- both Steve and Chris had strong background in C

23  programming.

24      Q.  So the software was written in the C

25  programming language?

Exhibit 8
Page 000080

Page 22

1          A.   Yes.

2          Q.   Were there any other responsibilities that

3    Mr. Foster had, other than being the lead technical

4    architect?

5          A.   Well, he actually developed a large part of

6    the code.

7          Q.   Okay.  So he was the primary software

8    developer?

9          A.   As far as the -- as far as a combination of

10   the touch screen was concerned, and also some of the

11   networking.

12         Q.   And what about Chris Harrison?

13         A.   Chris Harrison was equally involved in the

14   networking and some of the touch screen modules.  The way

15   that we -- the way that we wrote the application, it was

16   very modular.  Nowadays, I think you would probably describe

17   it as "object-oriented".  In those days, it was described as

18   "structure programming".  So we broke it up into multiple

19   modules and different people developed different modules.

20         Q.   So Mr. Harrison developed the -- some of the

21   touch screen modules and some of the networking modules?

22         A.   That would be true.

23         Q.   Did Mr. Harrison, was he responsible for any

24   other programming modules?

25         A.   To -- it was so long ago, undoubtedly.

Exhibit 8
Page 000081

Page 23

1    I mean, it was a whole team of people working together.

2              Q.  Sure.

3              A.  So I could not say positively, categorically,

4    which particular module he would be working with.

5              Q.  I am just trying to understand.

6              A.  Absolutely, I understand.

7              Q.  Did Mr. Harrison work beneath Mr. Foster; is

8    that fair?

9              A.  No, I think it was very much a pretty flat

10   structured organization.  In fact --

11             Q.  Everyone on the team was --

12             A.  It was very much a flat structure.  I was

13   recognized as the Project Manager and everybody else was

14   operating at gear level.

15             Q.  What about Mr. Brown, Tony Brown?

16             A.  Tony Brown concentrated at the time on the --

17   what we would probably describe as the maintenance parts of

18   the system; building the mechanisms to take the static data,

19   the customer lists, and build those into the databases.

20   That development was done in Cobol.  You didn't need the

21   same level of performance every time you need to add a new

22   customer.

23             Q.  Did Mr. Brown have any other responsibilities?

24             A.  Undoubtedly, yes, he would have done.  It was

25   a pretty flat team and the technology sets were pretty well

Exhibit 8
Page 000082

Page 24

1    distributed across the team.  That is where Tony tended to

2    concentrate, along with Nigel.

3            Q.  You can see who I was getting to next.  Nigel,

4    so he also worked on the maintenance --

5            A.  Absolutely.

6            Q.  Did he concentrate on any other areas of the

7    system?

8            A.  The interfaces to the back office system would

9    have been written, but who wrote those, I don't remember.

10           Q.  Now, I am just trying to understand.  So we

11   talked a little bit about the Foreign Exchange Front End

12   versus Easel, and then some of the programming languages

13   used.  There is C plus and part of it was written in Cobol?

14           MR. BAKER:  Objection.

15           A.  That was just C.

16           MR. BAKER:  That misstates the testimony.

17           BY MR. CORBETT:

18           Q.  I apologize.  C.  And then was it all built

19   upon a Unix operating system?

20           MR. BAKER:  Objection.  I think that question is

21   kind of ambiguous and vague and a little muddled.

22           BY MR. CORBETT:

23           Q.  I can rephrase it.  Would that be helpful?

24           A.  The application, the operating system was

25   Unix.

Exhibit 8
Page 000083

Page 25

1          Q.   Okay.

2          A.   Yes.

3          Q.   So the operating system was Unix.  Can you

4    explain to me again what your characterization of the Easel

5    platform is?

6          A.   The --

7          MR. BAKER:  Objection, asked and answered.

8          A.   Easel was a software development tool kit,

9    designed by Interactive Images to enable software developers

10   to build touch screen-based applications.

11         BY MR. CORBETT:

12         Q.   Were there any other languages involved in

13   developing the software that went into the Foreign Exchange

14   Front End, besides -- you mentioned C and you mentioned

15   Cobol?

16         A.   The underlying components -- the operating

17   system was Unix.  The languages for the front end were

18   a combination of the software development tool kit, Easel

19   and C.  Most of the back end code was written in Cobol.

20   There was a database.  This was before relational databases

21   were fully available.  There was a sequential access

22   database tool that we used.  And the interface software to

23   interface this application with the downstream extant back

24   office system was again written in C.

25         Q.   And when you use the term "Foreign Exchange

Exhibit 8
Page 000084

1    Front End", is it fair to say that you are only referring to

2    the front end of the entire system?

3            A.   No.   The description "Foreign Exchange Front

4    End" referred to the entire system, because it sat in front

5    of the back office system, as -- in its entirety.

6            Q.   Okay.  So the "Foreign Exchange Front End"

7    encompasses all of the various components we have been

8    discussing?

9            A.   Absolutely.

10           Q.   Who is Interactive Images?

11           A.   Interactive Images was a U.S. corporation,

12   based out of Massachusetts, that had developed Easel.

13           Q.   And how did -- you mentioned that you

14   incorporated the Easel tool kit, the Easel software

15   development tool kit into your system; is that correct?

16           A.   That is right.

17           MR. BAKER:  Objection.  Mischaracterizes the

18   testimony.

19           MR. CORBETT:  I can repeat it.

20           A.   Would you rephrase it, so that I can answer?

21           BY MR. CORBETT:

22           Q.   Sure.  Is it fair to say that you incorporated

23   the Easel software development tool kit into the Foreign

24   Exchange Front End system?

25           MR. BAKER:  Same objection.

Exhibit 8
Page 000085

Page 27

1        A.  I think the easiest way to think of Easel is

2   it was a software developer's tool kit.  So it came with

3   a whole series of components that would allow us to build

4   applications.  So rather than saying: we have incorporated

5   it, it is probably more accurate to describe it as: we used

6   it as part of the development environment.

7        Q.  Do you have an understanding of how you came

8   to use the Easel tool kit?

9        A.  Yes.  We were looking at numerous technologies

10  available at the time, ranging from keyboards, tablets and

11  touch screens.  We looked at two or three different touch

12  screens technologies and, through trade press, came across

13  Easel.

14        So we -- we discovered Easel in an article.  Which

15  particular article, where, I don't remember; it was a long

16  time ago.  And put a call in to Interactive Images, in the

17  normal way of: this looks interesting, can we get together

18  and start talking about how we might use this?

19        Q.  So you reached out to Interactive Images?

20        A.  Yes, we did.

21        Q.  Do you recall when you reached out to

22  Interactive Images?

23        A.  No, but it would have been in that 1981/82

24  period.

25        Q.  Do you recall the name of anyone at

Exhibit 8
Page 000086

Page 28

1    Interactive Images who you dealt with?

2            A.  Yes, our prime contact there was a gentleman

3    called John Marino.

4            Q.  And who was Mr. Marino's prime contact on your

5    end of the project?

6            A.  Myself.

7            Q.  What role did Mr. Marino have in terms of

8    interacting with you in the Foreign Exchange Front End

9    project?

10           A.  I don't know John's exact title, but he was

11   performing the role of a sales executive for Interactive

12   Images.

13           Q.  Can you explain how you went from reaching out

14   to Interactive Images to actually deciding to incorporate

15   the Easel tool kit, or to use the Easel tool kit in

16   developing your system?

17           A.   It -- we flew to Boston, met with them, liked

18   what we saw in terms of the use of the tool kit.  And the

19   "we" in that case was certainly Steve Foster and myself.

20   I don't remember whether Chris Harrison joined me.

21   Certainly it was Steve and myself.  We made arrangements to

22   have a pilot copy of Easel available to us, and effectively

23   took the project from there.

24           Q.  Do you recall anything special about the tool

25   kit that led you to choose it over other possibilities?

Exhibit 8
Page 000087

Page 29

1          A.   Yes.  I think there was a couple of

2     fundamentals with regards to the way that Easel worked over

3     a number of the others.

4          Easel not only came as a software developer's tool

5     kit that easily allowed you to define areas on the screen

6     and give them characteristics.  All of the others were

7     fundamentally around a touch screen that you had to build

8     these underlying components yourself.  So Easel came with

9     the means by which you could describe quite easily on the

10    screen.

11         Q.   Do you recall the names of any of the other

12    systems you were considering at the time?

13         A.   No, I am sorry.  I don't.

14         Q.   So do you recall when Interactive actually

15    provided you with the Easel tool kit?

16         A.   It would have been in that 1981/82 period.

17    The exact date, I don't remember anymore.  But I do remember

18    that we had spent a number of months working with them,

19    developing it.

20         Q.   So just taking us through the timeline.  You

21    reached out to Interactive.  You decided to use the Easel

22    tool kit.  What happened next in the development of the

23    project?

24         A.   We took delivery of Easel.  We took delivery

25    of a prototype touch screen, back into London.  And then

1   worked actively -- excuse me.  And then worked actively

2   within the project, around the use of this, and had dialogue

3   back with Interactive Images about enhancements that we

4   would appreciate within the tool kit.

5           Q.  In terms of the development, once you took

6   delivery of Easel, was Interactive Images significantly

7   involved with the development of the Foreign Exchange Front

8   End?

9           A.  No, that would be unfair.  They were

10  significantly involved in the enrichment of the underlying

11  tool kit, but not the application.

12          Q.  And when you say they were involved in

13  enriching the underlying tool kit, what do you mean by that?

14          A.  Well, the tool kit came with a number of

15  features and we, particularly Steve, had dialogue about the

16  additional features that would be useful to us.  So there

17  was this ongoing conversation with the tool kit developers

18  on how we could -- how enrichment of that tool kit could be

19  used to embellish the application that we were wanting to

20  build.

21          Q.  So let's talk about some of the features that

22  the tool kit had.  I think you mentioned earlier that one of

23  the features of the tool kit that you appreciated was its

24  ability to delineate parts of the screen; is that fair?

25          A.  I don't think I actually used those words, but

Exhibit 8
Page 000089

1  it certainly allowed you to create boxes within the screen

2  or any -- any object within the screen; whether the boxes

3  had a line around them or not would be a characteristic that

4  you could turn on or turn off within the tool kit.

5          The tool kit would allow you to put values in the

6  boxes.  The tool kit would allow you that when you touched

7  it, it would identify which particular box had been touched

8  by way of its coordinates and also you could put in a string

9  of actions that you would want the application to take as

10  a result of touching that.  And all of that came effectively

11  out of the box within the tool kit, rather than to have to

12  develop it all yourself.

13          Q.  Okay.

14          A.  But at application level, all of the

15  applications, the definition of the boxes and the values to

16  put in and the actions were very much part of the project

17  itself.

18          Q.  All right.

19          A.  Developed by us.

20          Q.  What were some other features, either out of

21  the box or enhancements to the tool kit, that you found

22  helpful in the development of the project?

23          MR. BAKER:  Objection, vague and ambiguous.

24          A.  I think a couple of the key -- key components

25  is the fact that out of the box, when you touched an area of

Exhibit 8
Page 000090

Page 32

1    the screen, I mentioned you could cause it to have actions.

2    One of those actions could be to highlight, change color.

3    One of those actions could be to call another application

4    through the action list.

5           And just being able to do all of that really

6    straight out of the box meant to say that we quite

7    accelerated the application development timeline.

8           Before you ask your next question, could I have

9    a break for a glass of water?

10          MR. CORBETT:  Sure.  Let's go off the record.

11          THE VIDEOGRAPHER:  We are going off the record at

12   10:38.

13   (10:38 a.m.)

14                      (A short break)

15   (10:43 a.m.)

16          THE VIDEOGRAPHER:  We are back on the record at

17   10:43.

18          BY MR. CORBETT:

19          Q.  Mr. Long, just following up on a couple of

20   things we were talking about.  The names of the people from

21   your team, you have mentioned Mr. Foster and Mr. Brown,

22   Mr. Hanson?

23          A.  Harrison.

24          Q.  Harrison.  And then Nigel.  Do you recall the

25   names of the other remaining team members?

Exhibit 8
Page 000091

1          A.  No, I'm sorry.  I don't.

2          Q.  We were talking a little bit about the

3  development of the system.  Did it ever become a commercial

4  product?

5          A.  No, it did not.

6          Q.  Do you know why it didn't become a commercial

7  product?

8          A.  Chemical Bank is a bank and it develops

9  applications for internal use.  It had no appetite in

10  getting involved in making things commercial and onwardly

11  supporting them.

12          Q.  Did Chemical Bank use the Foreign Exchange

13  Front End system for its own internal use?

14          A.  The Foreign Exchange Front End system in its

15  wider sense, yes, it did.  We did not go into production

16  with the touch screen version.

17          Q.  Okay.  Do you know why you didn't go into

18  production with the touch screen version?

19          A.  One of economics, quite frankly.  The cost of

20  roll-out of that touch screen technology across an entire

21  trading room was going to be too expensive.

22          Q.  And that was primarily due to the cost of the

23  touch screen technology?

24          A.  Yes.  The touch screen technology required

25  a dedicated processor, each running in Unix, and a large

Exhibit 8
Page 000092

Page 34

1  monitor.  It was working out at an excess of £10,000 per

2  workstation to do that, by which time as we developed this,

3  IBM had come along with its PC.  So whilst it didn't have

4  the power to run touch screens, it certainly gave us a much

5  cheaper platform to go onto the trading desks.

6         Q.  Now, you said:

7         "In a wider sense, the Foreign Exchange Front End

8  was used internally."

9         Can you explain to me how the Foreign Exchange

10  Front End system was used internally, but without the touch

11  screen capabilities?

12         A.  As I mentioned earlier, the Foreign Exchange

13  Front End system was an entire front end to the back office

14  system that was being run within the bank.  We had built, in

15  addition to the touch screen, much faster trade capture

16  capabilities using the Foreign Exchange Front End system.

17  So we established a middle office to support that.  That was

18  how we actually deployed it in London, in front of the main

19  back office system.

20         Q.  But that deployment system did not use the

21  touch screen?

22         A.  That's correct, it did not use the touch

23  screen.

24         Q.  Do you know when, at what point in time the

25  decision was made not to proceed with the touch screen

Exhibit 8
Page 000093

Page 35

1    version?

2              A.  It would have been end Q1/early Q2, 1984.

3              Q.  Was the Foreign Exchange Front End technology

4    ever used outside of Chemical Bank?

5              A.  Not to my knowledge.  We certainly didn't sell

6    it.

7              Q.  When you chose not to proceed with the touch

8    screen version of FXFE, if I can refer to it as "FXFE" going

9    forward.

10             A.  That's fine.

11             Q.  You mentioned cost was a factor.  Was

12   usability of the touch screen system a factor as well?

13             A.  I think cost was undoubtedly the prime factor,

14   yes.  We certainly saw that the cost of roll-out was going

15   to be very, very -- very, very high.  We would have needed

16   to have done some tuning in terms of performance as well,

17   but the cost overwrote the desire to spend yet more money

18   tuning.

19             Q.  Did the system run faster or slower with the

20   touch screen capabilities?

21             A.  The system ran quite slow with the touch

22   screen capabilities.  That is true.  But the main function

23   was the fact that each touch screen required its own

24   dedicated Motorola 68000-based microprocessor.  These

25   microprocessors were, in those days, quite large and quite

Exhibit 8
Page 000094

1    expensive.

2           Q.  So let's talk a little bit about the hardware,

3    some of the hardware that was used.  With the touch screen

4    version of the Foreign Exchange Front End, it used

5    a Motorola processor?

6           A.  In fact, we used Motorola processors

7    throughout the application, for database servers, for

8    application servers, as well as driving the touch screens.

9    We had a rack mountable Motorola 68000.  So this was truly

10   a distributed processing architecture that we developed.

11          Q.  Do you know the processor speed?

12          A.  No, I don't remember the exact processor

13   speed.  We had them engineered by Plessey Microsystems for

14   this, to our spec, which again increased the cost.

15          Q.  Plessey?

16          A.  Plessey Microsystems.  It is a UK-based

17   manufacturer of computers, predominantly for the military in

18   those days.

19          Q.  What was a PDP 11?

20          A.  PDP 11 is a mini computer developed by DEC,

21   Digital Equipment Corporation, in the early/mid 1970s.

22          Q.  Did you ever use the Foreign Exchange Front

23   End system with a PDP 11?

24          A.  The PDP 11 systems that were referred to in

25   the article were the back office system, developed jointly

Exhibit 8
Page 000095

Page 37

1    by Chemical and a company called Arbat.  And the Foreign

2    Exchange Front End, FXFE, was to front-end that Arbat system

3    running on the PDP 11s.

4            Q.  Who manufactured the actual terminals, if you

5    recall?

6            A.  The -- we bought the terminals from

7    Interactive Images.  Who actually made the tubes, I don't

8    know.  But in addition to Easel, Interactive Images had

9    designed and manufactured a touch screen membrane to fit

10   over the monitors.

11           Q.  So Interactive provided not just the Easel

12   tool kit, but also the terminal and the touch screen

13   membrane; is that fair?

14           A.  Yes, effectively we bought the terminal -- the

15   monitors, I think it is probably easier to describe them as

16   "monitors" than "terminals", because that's all they were.

17   We bought the monitors with the touch screen membrane

18   already attached directly from Interactive Images.

19           Q.  Do you recall the resolution of the monitors?

20           A.  No, I do not.

21           Q.  Do you recall if the system was either

22   a bitmap display or a character-generated system?  Do you

23   understand the difference between --

24           A.  I absolutely understand the difference.  No,

25   I don't recall, other than the fact that because we could

Exhibit 8
Page 000096

Page 38

1    define a box and have that box drawn on the screen, I think

2    it is unlikely it was only a character.  But that is

3    reversing the logic as to how the application was actually

4    displayed.

5         Q.  Do you have an understanding of whether it

6    would have been possible to draw a box, using

7    character-generated?

8         A.  I don't know.

9         Q.  But sitting here today, you weren't sure that

10   if it was a bitmap system?

11        A.  Sitting here now today, I can't guarantee it

12   was not a bitmap system.

13        Q.  I am going to give you some pictures of the --

14   of a screenshot that we have.  I want to talk about the

15   picture.

16        (Exhibit 1 marked for identification)

17        Q.  Do you see the photograph I've identified as

18   exhibit 1 for the deposition?

19        A.  Yes, I do.

20        Q.  Have you seen this photograph before?

21        A.  Yes, I have.

22        Q.  When did you see the photograph?

23        A.  I saw it in the article.  It is a blow-up from

24   the article.  And to put things into context, that hand is

25   actually my hand.

Exhibit 8
Page 000097

1          Q.  Good.

2          All right.  So I want to talk about the display of

3     the system, using this photograph.  Let me draw on it to

4     help identify some points here.

5          Is it fair to say that there appear to be

6     different boxes?

7          MR. BAKER:  Objection, vague and ambiguous.  Can

8     you be a little more specific, counsel?

9          BY MR. CORBETT:

10         Q.  Is it fair to say that there appear to be

11    different boxes or regions dividing the screen into various

12    regions?

13         A.  Yes, I think it is fair to say that we have

14    zoned the screen.

15         Q.  Okay.  So actually, how would you characterize

16    the different parts of the screen?

17         A.  Can I hold this up?

18         Q.  Yes.

19         A.  So that it would probably help.

20         The way this particular version is showing is the

21    deal ticket area is here to the right hand side.  And then

22    effectively we have got a scratch pad available here,

23    whereby we inserted various tools.  In this example, we have

24    been searching an alpha character keyboard type tool.

25         Q.  Okay.  I am going to draw on this, so that it

Exhibit 8
Page 000098

Page 40

1    is clear for the record.  It is going to be hard, reading

2    the transcript later, to know exactly what you are talking

3    about.  So I am going to use my red pen here.

4            You referred to an area as the "deal ticket area"?

5            A.  Yes.

6            Q.  Could you just use my red pen and trace the

7    outline of what you are referring to as the "deal ticket

8    area"?

9            THE VIDEOGRAPHER:  Counsel, do you want me to zone

10   in on this picture if I can?

11           MR. CORBETT:  You don't need to do that.  We will

12   have it as an exhibit.

13           A.  The red pen is not really showing up on the

14   black background.

15           BY MR. CORBETT:

16           Q.  You can try the blue.

17           A.  No, that's not working either.  I am afraid

18   the glossy image of the black is not coping very well.

19   I can hold it up and point to this monitor if that would

20   help.

21           MR. CORBETT:  Let's take a quick break.

22           THE VIDEOGRAPHER:  Going off the record at 10:57.

23   (10:57 a.m.)

24                          (A short break)

25   (11:02 a.m.)

Exhibit 8
Page 000099

Page 41

1           THE VIDEOGRAPHER:  Back on the record at two

2    minutes past 11.

3           BY MR. CORBETT:

4           Q.  So if you could use the blue marker and trace

5    the area you referred to as the "deal ticket area".

6               (The witness drew on the diagram)

7           Q.  And if you could put the letter A to the right

8    of that blue box.  Okay.

9           And do you have the terminology to refer to the

10   row of cells in the middle?

11          A.  Do you mean this column here?

12          Q.  Yes, that column.

13          A.  They were just action buttons that would cause

14   events to happen.  As you can see, the top one is labelled

15   "buy".  The bottom one is labelled "sell".  The system was

16   designed for foreign exchange traders who are buying and

17   selling currency all day.  So ...

18          Q.  Could you just draw a line around the action

19   buttons?

20          A.  All of them?

21          Q.  All of them.  Just so we know what you are

22   referring to when you talk about these action buttons.  And

23   then put "B" above the action buttons.

24          And now, to the left of the action button column,

25   there's additional parts of the screen; is that fair?

Exhibit 8
Page 000100

Page 42

1        A.  You are referring to this area here?

2        Q.  Yes.

3        A.  Yes.

4        Q.  Do you have the terminology to refer to that

5    area?

6        A.  It was just a listing area where we would list

7    the old trades.  When I say "old trades", previous trades.

8    So if you like, that that I described as the "deal ticket"

9    is for those deals, that deal that the trader is currently

10   entering.  And then this was the means by which we would see

11   what they had previously done with up and down arrows to

12   allow them to scroll it up and down.

13       Q.  Okay.  Could you trace the blue around the old

14   trade display area?  Is that fair?

15       A.  That is a reasonable description.

16       Q.  And put the letter "C" above that.

17       And just to be clear, there's two little arrows to

18   the right of that box, the old trade display area.  Is it

19   fair to say that those are scroll buttons that would let you

20   go back and see the history of the previous trades?

21       A.  Yes, that is a fair way of describing it.

22   I think it is worth pointing out that we used different

23   zones on the screen for lots of different reasons.  So

24   whatever we were listing in that screen at that time was

25   available to be scrolled up and down, using those up and

Exhibit 8
Page 000101

Page 43

1   down arrows.

2           Q.  Okay.  Now, directly below that historical old

3   trade display area, how do you refer to that area?

4           A.  Well, I think the easiest thing is: think of

5   this as, there is a scratch pad.  It was an area whereby we

6   would put whatever was the relevant tool for the entry stage

7   that you were at, at the time.

8           In reality, we had full use of the whole screen,

9   but we tried to zone it so it didn't keep on flashing in

10  front of the traders.

11          Q.  And can you draw a box around what you refer

12  to as the "scratch pad area"?  Can you put the letter "D"

13  next to it.

14          Now, in the photograph you are holding, the

15  scratch pad area appears to be displaying a keyboard or

16  key --

17          A.  Yes.

18          Q.  -- letters.  Is that fair?

19          A.  Yes, that's right.  It is actually showing an

20  alpha character keyboard.

21          Q.  Okay.  And is it your understanding that that

22  keyboard is not always displayed?

23          A.  That is absolutely the case.  It was not

24  always displayed.

25          Q.  Okay.  When -- in what circumstances was it

Exhibit 8
Page 000102

1  displayed and in what circumstances was it not displayed?

2        A.  It was the user selection to call up the

3  keyboard and it was used when a name was not available from

4  a pick list.  We would produce, using this -- this area,

5  a dynamic pick list of suitable names.  If the name was not

6  available off that pick list, the user could cause

7  a keyboard to come up and then type in whatever they wanted.

8        Q.  Okay.  And how would the user cause the

9  keyboard to be displayed?

10       A.  On the pick list, there was another button,

11 another zone, which would allow them to call up the other

12 character list.

13       Q.  And, but the pick list was not displayed in

14 this photograph?

15       A.  In this version of the photograph, no, you are

16 right.  This is only showing the alpha character, not one of

17 the available pick lists.

18       Q.  Okay.  The row of buttons at the bottom of the

19 screen.

20       A.  Yes.

21       Q.  Do you have the terminology to refer to that?

22       A.  I don't remember what we actually called them

23 at the time, but fundamentally these are really controlling

24 buttons.

25       Q.  Mm-hm.

Exhibit 8
Page 000103

Page 45

1        A.   They are reading:

2        "Deal, display, service, cancel, log-out, lock."

3        So if you were halfway through keying in a trade

4   and you got it wrong, all you needed to do was to tap the

5   "cancel" button and it would get rid of that trade.

6        Q.   Okay.

7        A.   If you wanted to walk away from your desk,

8   because it was a trading desk, you could simply lock the

9   system by tapping the "lock" button.  The "deal" button

10  would be to cause the "deal" screen to come up.  So someone

11  would have put or touched the "deal" button simply to report

12  up the deal ticket in the first place.

13       Q.   Okay.  Could you draw a blue box around the

14  control row buttons at the bottom and label it "E"?

15       I am just trying to get a common terminology for

16  discussing this.  Okay, the area you labelled as the "deal

17  ticket" or "A".

18       A.   Yes.

19       Q.   There appear to be some words listed in that

20  area.  Do you see those?

21       A.   Yes, I do.  It is probably easier to describe

22  them, rather than just words, as "labels", because they are

23  labels associated with a field.

24       Q.   And can you tell me what those labels are?

25       A.   Unfortunately, the blue pen has obliterated

Exhibit 8
Page 000104

Page 46

1    some of them.  But from the top, it reads:

2              "Buy, sell, rate."

3              And then next to "rate", it reads "value".

4    I think the next one is "dollar rate" and the next one is

5    "dollar equivalent".  And then it's "broker, customer,

6    location".  I can't read the next two, but from memory they

7    would have been regarding settlement instructions.

8              Q.  And was this deal ticket screen, was this the

9    standard way it usually looked or did it change, based upon

10   the deal?

11             A.  It would change, based upon the deal.  This

12   particular display is for a spot foreign exchange trader.

13   We also built screens to handle forward foreign exchange

14   trades which would have two sets of dates accordingly.

15             Q.  Now, you --

16             A.  Swaps.

17             Q.  You referred to those different words as

18   "labels".

19             A.  Yes.

20             Q.  Was that the common terminology used at the

21   time?

22             A.  No, I am just trying to come up with

23   a terminology to describe the difference between the word --

24   there's lots of words on the screen -- and the associated

25   field that is associated with that.

Page 47

1          Q.  And you are using the word "associated field".

2    What are you referring to as an associated field?

3          A.  I think -- it is very difficult to see on

4    here, but if I highlight, if I use my finger, halfway down

5    there is a label that says "broker" and then very faint next

6    to it is actually the input field that would receive the

7    value for the broker.

8          Q.  So could you explain to me, if someone wanted

9    to change the broker, how they would do that by touching the

10   screen?

11         A.  They would simply touch the label labelled

12   "broker".

13         Q.  And what would happen when they touched the

14   word "broker"?

15         A.  Effectively three things would happen.  We

16   would highlight the fact they have touched "broker" on the

17   screens, by way of the feedback.  I mentioned earlier that

18   Easel gave you a very simple way to do that.  We would

19   highlight the field next to the broker, ready for -- to

20   receive the input.  And here, rather than an alpha pad, we

21   would come up with a pick list of broker names that the

22   trader could select, simply by touching them.

23         Q.  So the pick list would be displayed in the

24   region you have identified as "D"?

25         A.  In the area I have identified as "D", which is

Exhibit 8
Page 000106

Page 48

1    why I referred to it effectively as the "scratch pad area".

2    It is the area that all of the input we happened to overlay

3    into there.

4         Q.  How did you -- how was the system designed to

5    recognize touch areas?

6         MR. BAKER:  Objection, vague and ambiguous.

7         A.  I suppose, I don't quite understand the

8    question.  Could you be a bit more specific?

9         BY MR. CORBETT:

10        Q.  Sure.  Was the system designed to recognize

11   different buttons that could be touched?

12        A.  I think if -- clearly, yes.  But in a more

13   general sense, Easel came as a tool set that would allow you

14   to define an area of the screen, any area of the screen that

15   you want, and to give it characteristics when you touched

16   it.  All of the rest of it, we developed programmatically

17   within the development team.

18        Q.  So you used the Easel tool set to define

19   certain areas of the screen that could recognize touching?

20        A.  Yes, that's probably the easiest way.  To use

21   the example here, this big "buy" button on the top, we would

22   have defined that as a square, using Easel.  We would have

23   positioned it there on the screen, using Easel.  And we

24   would have given it various characteristics, but all of the

25   actions would have been written programmatically by us.  So

Exhibit 8
Page 000107

Page 49

1    effectively what Easel is doing is giving you an X and Y

2    coordinate defined within -- within it.

3              Q.   Mm-hm.

4              A.   That defines the square.  We happened to have

5    put a line round it, so it is easier for the user to see.

6    Does that answer your question?

7              Q.   Yes.  Would one have been able, in the picture

8    in front of you, would one have been able to touch any of

9    the words in the area marked as "A", the deal ticket area,

10   and have an action occur in response to that?

11             A.   Absolutely, yes.  It was done such that you

12   could pick any of the words in any order you liked.  It was

13   not -- it wasn't a sequence that you stepped through.  You

14   simply picked the value, the word, the label that you wanted

15   to have an action on.

16             Q.   And so going back to the example before.  You

17   said if someone pushed the word "broker", the first thing

18   that would happen is "broker", the word "broker" would

19   become highlighted or --

20             A.   We would highlight the word "broker".  We

21   would highlight the input field.  If -- if it was a new

22   ticket and there was no broker in there, it would just

23   highlight it as a blank, effectively a line.  If there was

24   already a broker name in there, then we would highlight that

25   broker name because of course you could change it.  And at

Exhibit 8
Page 000108

Page 50

1    the same time, in this area "D" on the screen, we would

2    produce a dynamic list of the brokers available to that

3    trader in that currency.

4            Q.  And in that broker list, the user could touch

5    one of the broker names in that list?

6            A.  Absolutely, that's the way it worked.

7            Q.  And what would happen if the user touched one

8    of the broker names in that broker list?

9            A.  Then the field next to "broker" would be

10   populated, so we would input it automatically into that

11   field.

12           Q.  Was there any action required by the user in

13   order to populate the information into the field?

14           A.  Other than touching it, no.

15           Q.  So the --

16           A.  All they needed to do was touch the

17   relevant -- if you can imagine, instead of on this keyboard

18   which has got A, B, C, there was just a list of brokers'

19   names in boxes, all you had to do was touch that relevant

20   "name box" zone of the screen and it would automatically

21   populate it back into the deal ticket.

22           Q.  The historical display area, I think you have

23   marked it as "C", could the user touch and interact with

24   that area of the screen?

25           A.  Yes, they could call a deal ticket back.

1          Q.  And how would the user do that?

2          A.  By touching them.  By touching the relevant

3     deal ticket.  It would be listed effectively as a one line,

4     and they would pick it back off the list and it would

5     populate it back into the deal ticket and make it available

6     for amendment.

7          Q.  So historical, by -- I want to say this

8     correctly.  By selecting an old deal ticket from the area C,

9     the user could touch that historical deal ticket and it

10    would populate area E with that deal ticket?

11         A.  Not area E, area A.

12         Q.  Area A.  Could the user then edit that

13    historical deal ticket?

14         A.  Absolutely, yes.  In fact, we made it such

15    that the dealer did not have to complete a deal ticket.  He

16    could -- he could put the raw, the basic values associated

17    with multiple deal tickets, store them here and then come

18    back and complete them when they were ready.

19         Q.  Where was the underlying information kept?

20         A.  On the database.

21         Q.  So the underlying database, was it on

22    a central server?

23         A.  Yes, there was a -- there was a database

24    server sitting within this network of computers.  I think

25    I described earlier that we had built a distributed

Exhibit 8
Page 000110

Page 52

1    system-based application here.

2         Q.  And how was the underlying -- do you know how

3    the underlying database was organized?

4         A.  It was a C-ISAM, so that is using C as the

5    language for access.  ISAM stands for "indexed sequential

6    access method", which is a purchase package as a database.

7         Q.  And you referred to different fields in that

8    database.  Were the fields in the underlying database, did

9    they line up with the words on region A of a deal ticket?

10        A.  I think that is not necessarily the way that

11   you would build a system, so there was no -- there was

12   clearly a one to one correlation, but we were building

13   a database.  So the database contained not only the deals,

14   but it contained the list of possible customers, possible

15   locations.  We also had the settlement instructions.  We had

16   the brokers' lists.  So all of that was held within the

17   database.

18        Q.  Okay.

19            You mentioned that you were using the word "label"

20   to refer to these words in region A.

21        A.  Indeed I did, yes.

22        Q.  But was it fair to say that that was not the

23   terminology used at the time?

24        A.  I don't remember whether we used "label".  It

25   seems a perfectly reasonable way of describing that you've

Exhibit 8
Page 000111

1   got, next to this, you've got a field so you would give that

2   field a name.

3           Q.  Would --

4           A.  And in this case, we are using the word

5   "label" to describe effectively a button that has an action

6   on a field.

7           Q.  And you are using the word "field" to refer to

8   additional information related to area A; is that correct?

9           A.  No, I don't -- sorry.

10          MR. BAKER:  Objection.  Mischaracterizes the

11  testimony.

12          A.  "Field" is a general, generally used computing

13  term for -- not necessarily for an input screen, but for

14  a value within a database.

15          BY MR. CORBETT:

16          Q.  Would you have referred to this system as

17  a "form entry system"?

18          A.  "Form", in the sense of: it was there to

19  create deal tickets, if that is what you mean.  Otherwise,

20  I am not sure I understand the question.

21          Q.  Do you have an understanding of what a form

22  entry system is?

23          A.  If you describe one to me, I will have

24  a better idea of what you mean.

25          Effectively, what had happened before we built

Exhibit 8
Page 000112

Page 54

1    this system was a dealer would have a paper deal ticket that

2    would -- he would write on, he or she would write on as he

3    was building the deal and then pass it down the line to

4    a back office.  If that you would describe as a form, it is

5    a ticket, a form, a perfectly reasonable way of describing

6    it, yes.  We were replacing that deal ticket with electronic

7    means to do so.

8         Q.  I want to turn now to a meeting you had with

9    a reporter by the name of Michael Tyler.

10        A.  Yes.

11        Q.  Do you recall that?

12        A.  I do.

13        Q.  Do you recall when that occurred?

14        A.  Exactly when, no.  The article came out in

15   January 1984, and the meeting must have occurred a few weeks

16   before then.  So that would have been the end of 1983.

17        Q.  Why did you have the meeting with Mr. Tyler?

18        A.  The bank quite liked the notion of being able

19   to publicise how it was using technology, particularly

20   leading edge technology, and asked us to make -- to go

21   across to New York and demo the system, as it was, to

22   Michael Tyler.

23        Q.  And you went to New York to meet with

24   Mr. Tyler?

25        A.  I did.

Exhibit 8
Page 000113

Page 55

1        Q.   And you did meet with Mr. Tyler?

2        A.   I did.

3        Q.   Can you describe for me the circumstances of

4    the meeting with Mr. Tyler?  That may be vague, let me --

5        A.   Yes.  Could you be a bit more specific?

6        Q.   Where did you meet Mr. Tyler?

7        A.   In Chemical Bank's offices in Manhattan, 277

8    Park Avenue.

9        Q.   Was Mr. Tyler the only representative from his

10   magazine?

11       A.   There was a photographer along as well.

12   I remember that.

13       Q.   Okay.

14       A.   Whether there was anybody else there, quite

15   frankly, I don't remember.  There were a number of us from

16   the bank.

17       Q.   Do you recall who else was there from the

18   bank?

19       A.   Most certainly Tony Herriott was there,

20   John Wilson was there, Steve Foster came with me out of

21   London.  And there was a Waite Rawls who was head of foreign

22   exchange in New York at the time, who would have been

23   present.

24       Q.   Did you bring a prototype with you to show to

25   Mr. Tyler?

Exhibit 8
Page 000114

Page 56

1        A.   Yes, we did.

2        Q.   Before you brought the prototype to New York

3   to show Mr. Tyler, were there any prototypes in New York or

4   in the United States?

5        A.   No, there weren't.

6        Q.   Was all the development, up until that time,

7   done in the UK?

8        A.   Yes, it was done in Chemical Bank's offices in

9   London.

10        Q.   How long did the meeting last with Mr. Tyler?

11        A.   I don't remember exactly.  These things

12   typically take -- typically take a couple of hours.

13        Q.   Okay.  And this photograph that we've been

14   looking at, that's a -- is it your understanding that that's

15   a photograph from Mr. Tyler's article?

16        A.   Indeed it is.  It is a blow-up of a larger

17   photograph, involving me sitting in front of the screen on

18   one of the trading desks in Chemical Bank.

19        Q.   How did you get the prototype working in

20   New York?  Did you have to hook it up to any special server

21   or did you just plug it in?

22        A.   We -- rather than move screens around, we had

23   Interactive Images ship a spare screen down, out of their

24   Boston office into New York.  We had a microcomputer, one of

25   these Motorola 68000-based microcomputers shipped across.

Exhibit 8
Page 000115

Page 57

1          We did not take the whole network across.  We took

2    a canned version of the database onto that server because it

3    was modular; it allowed us to do that.  So effectively we

4    had one computer running the whole -- the whole demo.  But

5    it was a full working version of the system.  It wasn't

6    a canned demo, per se.  We managed to squeeze it all on one

7    box and have that one box provide all of the services.

8          Q.  Did Mr. Tyler use the demo version?

9          A.  I don't remember.

10         Q.  But you certainly, that is your hand in the

11   picture?

12         A.  That is certainly my hand.  And as you go to

13   the actual article, you will see more of me.

14         Q.  Do you recall -- the demonstration you gave to

15   Mr. Tyler, that was before you decided not to proceed with

16   the touch screen version; is that correct?

17         A.  That's right.

18         Q.  Do you recall how much more development was

19   done on the project after you met with Mr. Tyler?

20         A.  I don't remember exactly how much more.  When

21   you say "the project", are you meaning specifically the

22   touch screen components or are you meaning the application

23   in its entirety?

24         Q.  The Foreign Exchange Front End system.

25         A.  The Foreign Exchange Front End system, as

Exhibit 8
Page 000116

Page 58

1    I mentioned, had a number of different front ends to it, of

2    which touch screen was but one.  There was more work because

3    we actually went live with it a few months later.

4            Q.  When you say you went live with it, what do

5    you mean by that?

6            A.  We put it into production and we delivered it

7    into the London office and it was used to catch all live

8    foreign exchange trades out of the London office.

9            Q.  Okay.  So it was used live in London a few

10   months after the meeting with Mr. Tyler?

11           A.  Yes, that would have been during 1984.

12   I don't remember the exact date.  I believe it -- from

13   memory, it was some time that summer.

14           Q.  Do you know, do you recall how long it was

15   used live?

16           A.  It was used live for probably about 18 months.

17   After this, we re-visited the application set.  As

18   I mentioned earlier, the IBM PC was available, running

19   Microsoft DOS, and we did re-engineering around the whole of

20   the front end using PCs.  And I project managed that

21   exercise as well.

22           Q.  So would it be fair to say that once you made

23   the switch to the PC system, you ended the development of

24   the previous system?

25           A.  Yes, with the qualification: it was

Exhibit 8
Page 000117

Page 59

1    a production system by now, so it needed to be supported.

2    But extensive enhancements were ceased.

3              Q.  And is it fair to say that the touch screen

4    version never went live?

5              A.  The touch screen system never went into

6    production.  We had it -- we had it fully working.

7              Q.  Sure.

8              A.  But it never went into live production.

9              Q.  So when you are talking about the system that

10   went live a few months after the meeting with Mr. Tyler, you

11   are not talking about the touch screen version?

12             A.  That's correct.

13             Q.  Were other members of the press invited to the

14   meeting with Mr. Tyler?

15             A.  I don't believe so, no.  I only remember

16   Datamation being involved in that exercise.

17             Q.  Do you recall why Datamation was invited?

18             A.  Specifically, no.  It was a reputable --

19   reputable magazine at the time, well-read by people within

20   the IT industry.

21             Q.  Is it fair to say, then, that it was a private

22   invitation to Mr. Tyler?

23             MR. BAKER:  Objection.  Calls -- may call for

24   a legal conclusion.

25             A.  I don't know whether he asked for the

Exhibit 8
Page 000118

Page 60

1   interview or whether we invited him.  All I know is I was

2   asked to provide the demo and make it happen.

3            BY MR. CORBETT:

4            Q.  I asked you earlier if you had an

5   understanding of patent claim construction.  Do you recall

6   that?

7            A.  I do recall.

8            Q.  And I think you said that you weren't -- well,

9   let me ask you this.

10           What is your understanding of patent claim

11  construction?

12           A.  I think my answer, if I can remember my

13  answer, was: no more than a layman.  So in that sense, no

14  more than any other person you would expect to find on the

15  street.  We know that patents exist but more than that, no

16  detail.

17           Q.  Are you aware that patents have something

18  called "claims" in them?

19           A.  No, I wasn't.

20           Q.  Are you aware that the court decides the

21  meaning and scope of the patent?

22           A.  No, I'm not sure I understand what you are

23  suggesting there.

24           Q.  We will mark this as exhibit number 2.

25               (Exhibit 2 marked for identification)

Exhibit 8
Page 000119

Page 61

1    Q.  I have handed you as exhibit number 2, it is

2    a claim construction order regarding the 356 patent in this

3    case.

4         A.  Mm-hm.

5         Q.  Have you ever seen this document before?

6         A.  No, I have not.

7         Q.  Are you aware that the words of a patent take

8    on a very special meaning in a patent case?

9         A.  Aware?  I can imagine, is probably a better

10   way of describing it.

11        Q.  Are you aware that the court in this case

12   defined certain words with respect to the 356 patent in this

13   case?

14        A.  Again, I can imagine.  I wasn't aware.

15        Q.  Have you ever -- what is your understanding of

16   the -- have you ever heard of the term "the 356 patent"

17   before?

18        A.  No, I have not.

19        Q.  Okay.  Have you ever seen a patent with

20   respect to this case?

21        A.  No, I have not.

22        Q.  Are you aware that there is a patent involved

23   with this case?

24        A.  I am now aware.

25        Q.  Were you aware before this deposition?

Exhibit 8
Page 000120

Page 62

1        A.   Before -- at the point that Dechert made

2   contact with me, it became obvious that a patent -- there

3   was a patent issue.  But I was totally unaware of that

4   before then.

5        Q.   When did Dechert first make contact with you?

6        A.   August of this year.

7        Q.   Do you recall the circumstances of their first

8   contact with you?

9        A.   Yes, I do.  I received an e-mail from an old

10  colleague, a boss of mine, saying that Dechert had made

11  contact with them regarding this FXFE system and asked me

12  whether I would make contact with Dechert direct.  He didn't

13  want to give my name and address away.  He was leaving that

14  to me, to make a decision as to whether I wanted to contact

15  them or not.  I did.

16        Q.   And subsequent to your contact with Dechert,

17  did you enter into a retention agreement with Dechert?

18        A.   If by that you are saying: have I retained

19  Dechert as my legal counsel?  Yes, I have.

20        Q.   But at the time of your first discussion with

21  Dechert, had you retained Dechert?

22        A.   At the time of?  No, I hadn't.  Very early in

23  those first conversations, they explained to me that they

24  could act for and on my behalf.

25        Q.   What did you discuss with Dechert in those

Exhibit 8
Page 000121

Page 63

1    early conversations before you retained them?

2         MR. BAKER:  Let me just caution the witness to be

3    sure that anything you disclose relates to discussions

4    before you retained us as counsel.

5         A.  The very first conversation concerned the --

6    what we had done in the Foreign Exchange Front End system.

7    I described the system much the same as we have just been

8    talking about today, in terms of what it was that we did and

9    when it was that we did it.

10        With reference to the Datamation article,

11   I confirmed to them that I understood that article existed,

12   because of course I did; I knew about it.  And to a large

13   extent, that was -- that was the understanding of the

14   conversation.

15        Dechert -- Dechert said that they could act on my

16   behalf and I sought a UK legal view as to the implications

17   of what that meant before I accepted them.

18             (Exhibit 3 marked for identification)

19        BY MR. CORBETT:

20        Q.  So before you is exhibit 3.  Do you recognize

21   this document?

22        A.  Yes, I do.

23        Q.  What is this?

24        A.  This is a letter from Dechert to myself,

25   setting out how I could work with -- for them, with them, as

Exhibit 8
Page 000122

Page 64

1    a consultant on this case.

2        Q.   Okay.  Is it fair to say that this letter is

3    dated October 26, 2007?

4        A.   Indeed it is.

5        Q.   Is it fair to say that this is also the same

6    time that you retained Dechert as your attorneys?

7        A.   Yes, it is.

8        MR. BAKER:  I am just going to object to the last

9    question as vague and ambiguous.

10       BY MR. CORBETT:

11       Q.   And this is also -- this letter is an

12   engagement letter, whereby you have agreed to assist Dechert

13   and Gateway as well; is that fair?

14       A.   That's right.

15       Q.   And what was your understanding of how you

16   would assist Gateway and Dechert?

17       A.   The -- this is really, as I mentioned earlier,

18   I am independent with my own company and this was to allow

19   Gateway, through Dechert, to reimburse me for expenses that

20   I incurred in assisting them in this exercise; and also to

21   recompense me for any time that I spent, because obviously

22   when I'm doing this week, I am losing fee income from my

23   other customers.  And that is the sum total of it.

24       Q.   So you are being paid as a consultant for

25   Gateway?

1        A.   I am being paid as a consultant for my time.

2        Q.   And do you know -- how much are you being

3   paid?

4        A.   It says here.  It is an interesting amount,

5   $230.78 an hour, which is derived from my UK charge rate of

6   £900 a day.

7        Q.   And is that your standard UK charge rate?

8        A.   That is.

9        Q.   Do you recall a conversation you had with

10  a consultant for Gateway in September of this year?

11       A.   Do I recall a conversation?  Not specifically

12  with a --

13       Q.   Okay.  Do you recall a conversation you had

14  with Mr. Buscaino?

15       A.   I had a conversation which was instigated by

16  Dechert with an external consultant who was looking to

17  understand what it was that we built.  I am afraid I do not

18  remember his name; therefore to say specifically whether

19  that was the individual, I can't -- I can't honestly say.

20  But there was certainly a consultant that Dechert introduced

21  me to.

22       Q.   Okay.  What do you recall about this

23  conversation with this consultant?

24       A.   Again, it was for me to give him an

25  understanding of what it was we had done at Chemical, back

Exhibit 8
Page 000124

Page 66

1    in the early 80s, on this Foreign Exchange Front End system;

2    specifically around the touch screen -- use of touch screen

3    technologies.

4            Q.  And who set up the call?

5            A.  Dechert.

6            Q.  And how long was that call, if you recall?

7            A.  Exactly, I don't.  It must have been in excess

8    of half an hour; maybe three quarters of an hour.  Of that

9    sort of duration, from memory.

10           Q.  Okay.  And were the Dechert attorneys also on

11   the phone?

12           A.  Yes, they were.

13           Q.  Did you talk to the Dechert attorneys in

14   advance of the call with the consultant?

15           MR. BAKER:  Objection, vague.

16           A.  I had had a number of conversations with

17   Dechert.  On this particular call, they asked, they set the

18   call up and they asked, would I speak to a consultant.  And

19   they gave me the brief only of: what we want to talk about

20   is the Foreign Exchange Front End system and how it worked.

21   Could you take the call and describe to this consultant?

22           BY MR. CORBETT:

23           Q.  Okay.  Before the call with the consultant,

24   did Dechert's attorneys give you an outline of the topics to

25   be discussed with the consultant?

Exhibit 8
Page 000125

Page 67

1       MR. BAKER:  I am going to object to this line of

2   questioning as calling for attorney/client privileged

3   communications and attorney work product.  You are asking

4   about communications with Dechert, so I am going to advise

5   the witness not to answer that question on the grounds of

6   attorney/client privilege and work product.

7       MR. CORBETT:  I think the witness testified that

8   the relationship with Dechert wasn't established until

9   October.  And I am asking about conversations that happened

10  in September, before the establishment of the

11  attorney/client relationship.

12      MR. BAKER:  Yes.  I think it is

13  a mischaracterization of the witness's testimony.  What he

14  testified was that during early conversations, that the

15  attorney/client privilege and consulting relationship was

16  established; not that it wasn't established until the date

17  of this letter.  So you may want to clarify that with the

18  witness, if you want.  But I think your understanding of his

19  testimony is not accurate.

20      BY MR. CORBETT:

21      Q.  Do you recall when you established the

22  attorney/client relationship with Dechert?

23      A.  I recall that we talked about it very early in

24  the conversations; and being that the conversations started

25  very early in August, that would have been the case.

Exhibit 8
Page 000126

Page 68

1    There was an implicit understanding on my part that they

2    would be representing me.  The paperwork followed on in due

3    course.

4          Q.  So a few moments ago when we were discussing

5    exhibit 3, and I asked you the question:

6          "Is it fair to say that this is also the same time

7    that you retained Dechert as your attorneys?"

8          And you answered:

9          "Yes, it is."

10         Is it fair to say that that may have been

11   mistaken?

12         A.  I think there is another document which is my

13   retention, or my -- of Dechert as my attorney in this

14   matter.  I can't remember the exact date of that.  It was,

15   you asked: is it about this time?  It was about this time

16   that I signed the letter, but there had been a number of

17   conversations around the principle of it, stemming back

18   from August.

19         Q.  Let me ask you.  At the time you had the

20   discussion with the consultant in September, had you

21   retained Dechert as your attorney?

22         A.  I would say I had implied.  We would have to

23   find the actual document with the date on it, to remember

24   the actual date I signed it.  But there was certainly an

25   implied understanding.

Exhibit 8
Page 000127

Page 69

1      Q.  Was your conversation with the consultant

2  scripted?

3      A.  Was my conversation scripted?  No.

4      Q.  Do you think the consultant's conversation was

5  scripted?

6      A.  I don't know.  It was done over the telephone.

7  He was in the U.S.  I was at home in the UK.

8      Q.  Were you aware of the questions that the

9  consultant was going to ask you, before he asked you them on

10  that conversation?

11      A.  No, I was not.

12      Q.  Who is Mr. Wigzell?

13      A.  John Wigzell was my boss at Chemical for

14  a number of years.  He is now retired.  He was -- when he

15  left, he was the Vice President, the Senior Vice President

16  of the bank.

17      Q.  What was his involvement in FXFE?

18      A.  At the time, he was the head of -- was he the

19  head of IT in the UK or had he just moved on to the States

20  at that point?  It was about that time that he was either

21  head of IT, effectively the IT director for all IT

22  activities in Europe, or he had moved on to another role in

23  the U.S.  But it was of that order.

24      Q.  And it was from him that you first learned of

25  this case?

Exhibit 8
Page 000128

Page 70

1      A.   It was from him that I first learned of this

2  case.

3      Q.   Do you know how Dechert found Mr. Wigzell?

4      A.   No, I do not.

5      Q.   Do you have more knowledge of FXFE than

6  Mr. Wigzell?

7      A.   Absolutely.

8      Q.   Is there anyone -- let me ask you this.  Are

9  you the person with the most knowledge about the FXFE

10 system?

11     A.   I would say, being that I was the prime

12 architect, the prime link to the business, I was the bridge

13 between understanding what the system needed to do.  I am

14 sure you could pick an individual programme and ask one of

15 the programmers who would undoubtedly have more detailed

16 knowledge about that.  But the overall construct of the

17 architectural level, I think that's me.

18     Q.   Are you aware that this case is going to trial

19 early next year?

20     A.   I am aware that it is likely to go to trial,

21 yes.

22     Q.   Okay.  Do you have an expectation that you

23 will go to that trial?

24     A.   I think that one is open at the moment.  It is

25 a question of whether this video recording is good enough or

Exhibit 8
Page 000129

Page 71

1   whether other people want me to go there.  I don't --

2   there's no decision on that, as far as I'm concerned.

3               Q.  If you were asked to go to trial, would you go

4   to trial?

5               A.  I would endeavour to create a space in my

6   diary to achieve that, yes.

7               Q.  And would you be paid as a consultant if you

8   went to trial?

9               A.  That would be my expectation; that the time

10  lost would be recompensed.

11              Q.  What did you do to prepare for today's

12  deposition?

13              A.  I met with Dechert yesterday and they

14  explained --

15              MR. BAKER:  Let me just caution the witness not to

16  disclose any communications between counsel and yourself.

17  You can say what you did, but don't disclose any

18  communications, please.

19              A.  What I did, I attended Dechert's offices here

20  in the UK and understood what the format of today was likely

21  to be.

22              BY MR. CORBETT:

23              Q.  And who did you meet with?

24              A.  I met with Bryan Atkinson and Lara from

25  Fish & Richardson.

Exhibit 8
Page 000130

Page 72

1        MR. BAKER:  Just to clarify.  I think you said

2   Bryan Atkinson.

3        A.  Sorry, I did not.  I apologize, let me correct

4   that.  Bryan Atkinson is another attorney.  His name is on

5   the top of this piece of paper.  So if I turn that over,

6   I met with Jonathan Baker and Lara yesterday.

7        BY MR. CORBETT:

8        Q.  And you met with them yesterday?

9        A.  Yesterday.

10       Q.  And how long did you meet with them?

11       A.  A number of hours.  From, I think it was

12   around 9:30 in the morning through to about 3:30 in the

13   afternoon, to be ...

14       Q.  And did you review any documents in your

15   meeting yesterday?

16       MR. BAKER:  You can answer that "yes" or "no".

17       A.  Sorry, I misunderstood.  Yes, we did review

18   some of the documents.

19       BY MR. CORBETT:

20       Q.  Do you recall which documents you reviewed?

21       MR. BAKER:  I am going to object to that as

22   calling for attorney/client privileged information and

23   I would advise the witness not to answer.

24       BY MR. CORBETT:

25       Q.  I think we are up to exhibit 4.

Exhibit 8
Page 000131

Page 73

1          (Exhibit 4 marked for identification)

2          Q.   Exhibit 4 is a subpoena issued in this case to

3     you.  Do you see that?

4          A.   I do.

5          Q.   Have you seen this subpoena before right now?

6          A.   Yes, I have.

7          Q.   And when did you first see the subpoena?

8          A.   I don't remember the exact day, but it would

9     have been a few days -- it would have been a couple of weeks

10    ago.  A week ago or so.

11         Q.   Okay.

12         A.   Of that order.

13         Q.   And were you aware that you were requested to

14    produce documents before this deposition as well?

15         A.   Yes, I was.

16         Q.   And did you search for documents in advance of

17    this deposition?

18         A.   There was no need to search.  All of the

19    documentation associated with the system was vested with

20    Chemical Bank and when I left their employment, obviously

21    I left all of their documentation behind.  So I've not been

22    in possession of any documentation to search for.

23         Q.   So you had no documents?

24         A.   I had no documents to search for.

25         Q.   Are you aware that your attorneys produced the

Exhibit 8
Page 000132

Page 74

1    Tyler article in response to the subpoena?

2            A.   No, I didn't know that they produced the Tyler

3    article in response to the subpoena.

4            Q.   Did you have the Tyler article in your

5    possession?

6            A.   At the point of the subpoena?

7            Q.   Yes.

8            A.   Yes, but it had been provided to me by

9    Dechert.

10           Q.   So you didn't have it on your own before?

11           A.   So I didn't have it on my own before.

12           Q.   Have you reviewed the document subpoena in

13   this case?

14           A.   When you say "the document subpoena", do you

15   mean this document?

16           Q.   Let me ask you this.  Are you aware that there

17   were two subpoenas issued to you?

18           A.   I saw a subpoena.

19           Q.   Okay.

20           A.   And I have to be honest, I believed it was

21   this one, but the one that I saw actually had a whole list

22   of attachments to it.  So I may have been mistaken.  It may

23   not have been this one.  It may have been the second, now

24   that you mention it.

25           Q.   Are we up to exhibit 5?

Exhibit 8
Page 000133

Page 75

1          (Exhibit 5 marked for identification)

2          Q.  Okay, so I have given you a second subpoena

3     that is related to the documents.  Do you see that?

4          A.  Indeed, I do.

5          Q.  And have you seen this subpoena before right

6     now?

7          A.  And I would like to correct my previous

8     statement.  Now that I have seen this version, this is the

9     one that I received, not the former.

10          Q.  Okay.  So in exhibit 5, the document subpoena,

11     did you review all of the categories of documents that were

12     requested in this case?

13          A.  I scan read, but knowing that I had no

14     documents, I knew that I had nothing to deliver.

15          Q.  Okay.  So you had no documents responsive to

16     any of these categories?

17          A.  I had no documentation at all out of this

18     system.

19          MR. CORBETT:  Okay.  I think we need to take

20     a tape change.  So let's go off the record.

21          THE VIDEOGRAPHER:  This is the end of tape 1 in

22     volume 1 of the deposition of Robert Long.  We are going off

23     the record at 11:55.

24     (11:55 a.m.)

25                    (A short break)

Exhibit 8
Page 000134

Page 76

1    (12:08 p.m.)

2            THE VIDEOGRAPHER:  This is the beginning of tape 2

3    in volume 1 of the deposition of Robert Long.  We are back

4    on the record at eight minutes past 12.

5            BY MR. CORBETT:

6            Q.  If I can direct your attention back to the

7    photograph that we've marked up.  I believe it is exhibit 1.

8            The field you referred to as the "scratch pad",

9    which I think we have identified as D.

10           A.  The area D.

11           Q.  The area D.  In this photograph, it depicts an

12   onscreen keyboard; is that fair?

13           A.  That's correct.

14           Q.  And I believe you said previously that one

15   could use that onscreen keyboard to type in the name of

16   a broker?

17           A.  No, I said to type in -- type in names.

18           Q.  Okay.

19           A.  The reason I am questioning that is we would

20   use it typically for typing the name of a customer.

21           Q.  Okay.

22           A.  It is unlikely that you would be typing in

23   a broker name, because there was a contractual relationship

24   between the bank and the broker.  Therefore, as soon as that

25   contractual relationship was established, it would have been

Exhibit 8
Page 000135

Page 77

1    in the database; as opposed to a customer effectively could

2    be anybody.

3              Q.  How would one type in the name of a customer,

4    using that keyboard shown in the picture in area D?

5              A.  I think the picture is actually quite useful

6    to show this.  I don't know if you have noticed.

7    Immediately above it, it has got the words "Chemical Bank".

8    That is actually the area that when you typed in the

9    letters, that is the area that would be populated.

10             Q.  Mm-hm.

11             A.  Because we knew it was a photo opportunity, we

12   put our name up on it.

13             Q.  So as a user touched --

14             A.  As you touched each individual letter,

15   character by character, so it would be built up in that

16   area.  Then you might notice, there is a button called

17   "return".  At the point you hit "return", it would then take

18   that value and put it into the field on the deal ticket;

19   next to, in this case, the customer.

20             Q.  Now, the onscreen keyboard that is depicted in

21   this photograph, could it only be used with the customer

22   field, or could it be used with others?

23             A.  No, it could be used with others.  There were

24   a number of other fields that it could be associated with.

25   The main ones would be customer, location or, more

Exhibit 8
Page 000136

Page  78

1    pertinent, settlement instructions.  If we were buying

2    Deutschemarks, for example, then we would be, by definition,

3    selling dollars.  And we would need to know where the

4    customer wanted their dollars paid to.

5         Q.  So is it fair to say that whenever the

6    onscreen keyboard would come up, it would always come up in

7    the same region in D?

8         A.  Yes and no.  Now, let me explain.  I don't

9    mean to be evasive.  We actually designed it so that we

10   could have a left handed person's screen or a right handed

11   person's screen.  So we could position the tiles, if you

12   like, anywhere on the screen we wished.  That was done

13   programmatically, and actually done programmatically based

14   upon the user's sign-on.  So as the user would sign on, it

15   would recognize their various characteristics and display

16   the system accordingly.

17        It happened that we chose to use this area, rather

18   than overlay the middle of another part of the screen that

19   the dealer may be wanting to look at.  So we

20   programmatically zoned it to make it easier for the dealer

21   to use.

22        Q.  When the keyboard is not shown in area D, do

23   you recall what was displayed in that area?

24        A.  You mean, what was the default?

25        Q.  What was the default?

Exhibit 8
Page 000137

Page 79

1          A.   There would be no default, because it was

2     absolutely pertinent upon the -- which field it is you are

3     looking to key in.

4          So let me explain.  If I keyed, if I touched

5     "rate", then the default would be to bring up a number pad

6     in that area.  If I touched "broker", the default would be

7     to bring up the list of brokers.  If I touched "customer",

8     it would be to bring up the likely customers that are going

9     to be trading that currency pair.  There's the high volume

10    customers in any particular market.

11         Q.   So then, for any default that used text

12    entering, the keypad would appear in area D?

13         MR. BAKER:  Objection, mischaracterizes the

14    testimony.

15         A.   I would actually want to qualify that.  What

16    I mean by that, we just talked about: if you want to put in

17    a customer's name in, yes.  The system actually knew the

18    list of the top 40, 50, 60 customers that would be likely to

19    be trading in the currency pair that this particular trader

20    has set up to trade in.

21         So if the example was: it was a spot Deutschemark

22    trader, the likely counterparties that you will be trading

23    with all day would include the Deutsche Banks, the

24    Dresdner Banks, the Commerzbanks, Citibank, and at the time

25    Chase and the like.  So there would be high volume houses

Exhibit 8
Page 000138

Case 3:07-cv-02000-H-CAB    Document 157-10    Filed 12/14/2007    Page 81 of 129

Page 80

1    trading in a particular currency pair.  Those would come up

2    as your dynamic pick list in the first instance.

3             If instead of being a Deutschemark trader you were

4    a Swiss franc trader, then the ones that would be high on

5    your list, would have been the Swiss Bank Corporation, UBS,

6    Credit Suisse as well.  So that was what I meant by "it was

7    dynamic".

8             Clearly, there are thousands of banks out there

9    that you can be trading with.  So we needed a means by which

10   you could go and pick a different name, other than through

11   your usual list.  And that is when, in addition to having

12   the list of all the names, there would be another button

13   that would cause the alpha pad to come up, and then you

14   could key it in.

15            Q.  And the alpha pad would replace the list that

16   previously was displayed there?

17            A.  Absolutely.  It would just overlay it in the

18   same area of the screen.

19            Q.  When you used the words "overlay it in the

20   same area of the screen", is it your understanding that the

21   list was underneath the alpha pad?

22            A.  I think that would be incorrect, inasmuch as

23   this of course pre-dated Windows and all of those other

24   tiling type capabilities.  So when I say "overlaid", it

25   replaced that on the screen.  So there was not a drag and

TSG Reporting - Worldwide    877-702-9580

Exhibit 8
Page 000139

1    drop capability available back in the early 80s.

2              Q.  The programming for the alpha pad, where was

3    that done?  Let me withdraw that question.

4              At what level of the programming of the Foreign

5    Exchange Front End system was the functionality of the

6    keyboard?  Was it done on the back end or at the system

7    level or the front end?

8              A.  I'm not sure that the question, if I can

9    describe what we did and then --

10             Q.  That might be the best way.

11             A.  And see if that answers your question.

12             The alpha pad that is displayed here, we wrote

13   that.  So we developed the alpha pad; using Easel to allow

14   us to define the individual boxes, so one box for the letter

15   A, one box for the letter B.  But we wrote that as

16   a programme.

17             We then defined that.  I mentioned before that we

18   used structured programming techniques.  Today, you would

19   describe that whole routine, of how to handle this, as an

20   object.  Effectively, that's exactly what we did before we

21   invented this concept, this labelling of object

22   encapsulation.  That is what really what we did.

23             Q.  So you wrote an object that acted as an alpha

24   pad?

25             A.  Absolutely.

Exhibit 8
Page 000140

Page 82

1          Q.  And you wrote an object that acted as a number

2     pad also?

3          A.  That's right.

4          Q.  And is it fair to say, and correct me if

5     I don't say it fairly, but is it fair to say that the way

6     you did that is you define for the alpha pad, define the

7     regions of the screen that corresponded to the different

8     letters.  And when those regions were touched, it would put

9     a letter into the area that says now "Chemical Bank"?

10         A.  That is absolutely a fair description.  That

11    is exactly what was going on.

12         Q.  And if it was a number pad, the same thing,

13    just --

14         A.  It would be a number that would be displayed.

15         Q.  Okay.  Was the same object -- let me withdraw

16    that.

17         With respect to the alpha pad object, was that

18    same object used across the various circumstances that might

19    require the alpha pad object?

20         A.  Absolutely, yes.

21         Q.  So it wasn't a different programme?

22         A.  No, it wasn't.  That is why I am describing it

23    as a tool, as a utility, as an object.  I am giving

24    2007-related labels to what we developed back in 1982/83.

25         Q.  Okay.

Exhibit 8
Page 000141

Page 83

1          When was the last time you have actually seen the

2     FXFE system working?

3          A.   When was the last time I actually saw the FXFE

4     system?  By that, do you mean the touch screen version or

5     the whole application?

6          Q.   Well, let's talk about both.

7          A.   Okay.  The touch screen system we had

8     available to us throughout 84.  Even though we canned the

9     project, we still had the tools available in the lab, in the

10    development area of the bank.  So it would have been

11    throughout 84.

12         The application, as I said, from not using the

13    touch screen front end, went live and was used for a number

14    of months until we replaced it.

15         Q.   And that ended in 86?

16         A.   The reason for the hesitation, I am trying to

17    get the dates right.  Following this exercise, I came to

18    New York and I built a team to build the PC-based

19    application in New York.  I was in New York for about

20    12 months before we then started to roll it back out into

21    the UK.  So --

22         Q.   When did you come to New York to start working

23    on the project?

24         A.   That would have been 85, yes.  End of 84/early

25    85.

Exhibit 8
Page 000142

Page 84

1          Q.   And so you worked in New York for a year?

2          A.   In total, I was back and forth to New York for

3     about 18 months.  I ended up having a team in New York and

4     a team in London and we were building this replacement for

5     this using PC technology in New York, and the team in London

6     was -- we were building an arbitrage system at the same

7     time.

8          Q.   When you stop working for Chemical Bank?

9          A.   The summer of 88.

10         Q.   And subsequent to that, what did you do for

11    employment?

12         A.   I went and joined a money broker.  I was head

13    hunted into a money broker here in London to head up their

14    systems area.

15         Q.   And what was the name of that money broker?

16         A.   The money broker was called Exco.

17         Q.   And how long did you work there?

18         A.   A number of years, through to -- what was it?

19    Six or eight years I was there?  So that would have been 88

20    through 94.  Yes, 94, because then I went to Warburgs.

21         Q.   And before you left Exco, you led their IT

22    systems?

23         A.   At Exco?

24         Q.   Yes.

25         A.   Yes, I was responsible for front end systems

Exhibit 8
Page 000143

Page 85

1    at Exco.

2         Q.  And then you went to Warbucks?

3         A.  Warburgs.  SG Warburgs, the investment bank.

4         Q.  Okay.  And how long were you at Warburgs?

5         A.  Well, Warburgs was bought by Swiss Bank

6    Corporation and I was at Warburgs for in excess of four

7    years.  I started as head of -- global head of architecture

8    for Warburgs.

9         Q.  And that was in 94?

10        A.  That would have been about 94.  No, it would

11   have been in the summer of 94.

12        Q.  And did you stay there after the acquisition

13   by Swiss Bank?

14        A.  Absolutely.

15        Q.  And did your responsibility there remain the

16   same after the acquisition by Swiss Bank?

17        A.  No, I took over -- I became global head of

18   a function called applications infrastructure, which is how

19   to glue all the bank systems together.

20        Q.  What year did that happen?

21        A.  That would have happened within -- I was at

22   Warburgs for nine months before we were bought by Swiss

23   Bank.  And within six months, I transitioned in as head of

24   applications infrastructure at Warburgs.

25        Q.  And then --

Page 86

1          A.   Sorry, SG -- by then it was SBC Warburg and we

2     then bought the American bank Dillon Reed.  So it was SBC

3     Warburg Dillon Reed.

4          Q.   How long did you work at SBC Warburg Dillon

5     Reed?

6          A.   I think it must have been four, maybe five

7     years.

8          Q.   What year was that, when you finished?

9          A.   I am trying to remember my CV now.  It was ...

10    I left Warburgs -- well, Swiss Bank -- about four months

11    after Swiss Bank had bought and merged with UBS.

12         Q.   Okay.  And then what did you do after that?

13         A.   I was head hunted into the Swiss Re, to head

14    up the UK IT across the Swiss Re.

15         Q.   And do you recall what year that was?

16         A.   The year I left UBS.  That must have been

17    1998.  I remember it because we were rapidly approaching the

18    year 2000 and they had some major year 2000 issues.

19         Q.   And how long were you in that position?

20         A.   I was there for four years.

21         Q.   Until 2002?

22         A.   2002.

23         Q.   And what did you do then?

24         A.   I then formed my own company, in the interim

25    management, and my first assignment was with a fund manager

Exhibit 8
Page 000145

Page 87

1    here in the UK called Morley Fund Management.  It was the

2    fund management arm of the Global Aviva Insurance Group.

3            Q.  And you have been there since?

4            A.  No, I went there for -- originally as an

5    interim for five months.  I then went permanent with them

6    for about 11 months, and then moved on.

7            Q.  Okay.  What year was that?

8            A.  What year is it now?  We are now 2007, so that

9    would have been 2005 or 6.  5, I think.

10           I had a year with an insurance company called NGM

11   Insurance and now I have taken my current role with -- I am

12   getting the dates wrong, aren't I?  Because I joined the

13   organization that I am currently with in April of last

14   year, so that was April 2006.  And I am still there.

15           Q.  So throughout the time that you left Chemical

16   Bank, up until very recently, did you have occasion to think

17   about the FXFE system or review the FXFE system?

18           A.  Not so much the FXFE system.  It's the system

19   that we used to supplement it, to replace it.

20           I had, as I mentioned before, I had a team in

21   New York and a team in London, and there would be usual

22   social gatherings where we would just compare notes about

23   what we were doing.  But in terms of technical details, no.

24   It was purely social.

25           Q.  Is there -- are there any physical systems

Page 88

1   left, that would have been possible for me today to see the

2   touch screen FXFE system in action?

3       A.  I do not know what Chemical Bank has or hasn't

4   retained since 1984.  I think it is most unlikely, quite

5   frankly, that there would be anything left there.

6       Q.  You are not aware of anything --

7       A.  I am absolutely not aware of anything.

8       Q.  Do you know who would be the best person to

9   talk to, to see if there was something there?

10      A.  No, because I don't think -- well, I think --

11  I know that none of the crew that were there in those days

12  are still there.  They have all left Chemical's employment

13  in the 20 odd years since then.

14      Q.  Exhibit 6.

15          (Exhibit 6 marked for identification)

16      Q.  And exhibit 7.

17          (Exhibit 7 marked for identification)

18      Q.  Let's start with 7, actually, which at the top

19  says "United States patent" and it has a patent number

20  4,763,356.

21      A.  Mm-hm.

22      Q.  Have you ever seen this patent?

23      A.  No, I have not.

24      Q.  Let's go back to exhibit 6, which is the Tyler

25  article in the Datamation magazine.  Have you seen this?

Exhibit 8
Page 000147

Page 89

1          A.  Yes, I have.

2          Q.  When is the first time you saw the Tyler

3     article?

4          A.  The first time I saw it was not long after it

5     was first published.  Looking at the title page here, it

6     reminds me that it was January 1984.

7          Q.  So you saw it shortly after it was published;

8     is that fair?

9          A.  That's true.

10         Q.  Since that time, did you have an opportunity

11    to review the Tyler article until the circumstances of this

12    case arose?

13         A.  No, not at all.

14         Q.  If you could turn to page Long 9.

15         A.  Okay.

16         Q.  Let me ask you this.  You've looked at this

17    recently; is that fair?

18         A.  Yes, I have.

19         Q.  Do you understand that the article does not

20    use the term "Foreign Exchange Front End" or "FXFE"

21    anywhere?

22         A.  I did not recognize the fact it did not

23    mention "Foreign Exchange Front End" or "FXFE" anywhere.

24         MR. BAKER:  Counsel, just to be clear.  You mean

25    the term, the --

Exhibit 8
Page 000148

Page 90

1          BY MR. CORBETT:

2          Q.  The term, the word, yes.  If you could just

3     page through it and I will represent that the article does

4     not use the words "Foreign Exchange Front End" or the

5     acronym "FXFE" anywhere.  Do you see that?

6          A.  No, it doesn't seem to make reference to that

7     particular name.  Regardless of that, that is what we call

8     the system.

9          Q.  I think instead, as you read it, you will see

10    that the author referred to it throughout as "the Easel

11    system".

12          MR. BAKER:  Objection.  I think that

13    mischaracterizes the article.

14          BY MR. CORBETT:

15          Q.  Do you see, there are several instances where

16    the author refers to "Easel systems", "Easel workstations"?

17          A.  It may well have referred to Easel, but that

18    was, as I said before, that was the software development

19    tool kit.

20          Q.  So --

21          A.  The system was absolutely known internally as

22    "Foreign Exchange Front End" or "FXFE".

23          Q.  For example, on page Long 009, in the third

24    column, in the fourth full paragraph, it says:

25          "In the first phase of Chemical's plan, the Easel

Exhibit 8
Page 000149

Page 91

1    workstations ..."

2            Do you see where he uses the term "Easel

3    workstations"?

4            A.  Indeed, I do.

5            Q.  And then in the second column, the second full

6    paragraph, the same page, Long 009, it refers to it as:

7            "The Easel terminal."

8            Do you see that?

9            A.  Yes.

10           Q.  Is the author of this article using a --

11   incorrectly referring to the system?

12           A.  I think -- I don't know, but I could surmise.

13   I don't know whether me surmising helps.

14           But having met with us, I could well imagine he

15   also met with Interactive Images and therefore got an

16   Interactive Images spin on the use of their Easel tool set.

17   I don't know that to be the case.  I know that this is the

18   system that we developed and we internally called it "FXFE".

19   We wrote the system, using the Easel software developer's

20   tool kit.

21           Q.  Datamation was -- this article is not

22   a technical specification of the system, is it?

23           A.  That's -- that's correct.

24           Q.  It is more of a general interest article about

25   how the system worked; is that fair?

Exhibit 8
Page 000150

1          A.  Yes, in the terms of: it was targeted,

2    I presume, and you would need to speak to the editors of

3    Datamation at the time; but I believe it was targeted more

4    at senior management, rather than the deep "techies".  As

5    a result, you would end up by putting an end user type

6    commentary to it.  That is exactly what is covered here.

7          Q.  I think we are up to exhibit 8.

8          (Exhibit 8 marked for identification)

9          Q.  I have marked, placed and given to you

10   exhibit 8.

11         A.  Yes.

12         Q.  "Declaration of H. Robert Long."  Do you

13   recognize this document?

14         A.  Indeed I do, yes.

15         Q.  Is this an affidavit that you gave in this

16   case?

17         A.  Yes, it is.

18         Q.  Did you write this affidavit?

19         A.  The actual words, no.  But I was certainly --

20   I had overall editorial rights to every word.

21         Q.  Is it fair to say that the attorneys wrote

22   this and gave it to you to sign?

23         MR. BAKER:  I am going to object.  That calls for

24   attorney/client privileged communications and I will advise

25   the witness not to answer the question.

Exhibit 8
Page 000151

Page 93

1          BY MR. CORBETT:

2          Q.  Are you going to follow your attorney's

3    instructions?

4          A.  Indeed I am.

5          Q.  Let me ask you this.  You said that you

6    didn't -- I am sorry.

7          You said that you had overall editorial rights,

8    even though you didn't write the actual words.  Which -- do

9    you recall which, if any, paragraphs you edited in this

10   affidavit?

11         A.  I don't recall.  I do know that we made a few

12   changes.  But the general sense was, it was a true and fair

13   representation.

14         Q.  Paragraph 5 in your affidavit says:

15         "The ..."

16         MR. BAKER:  Counsel, I am sorry to interrupt, but

17   you have been referring to it as an "affidavit".

18   Technically it is a declaration.  I am not sure if that

19   matters or not.  But just to be clear about what it is.

20         BY MR. CORBETT:

21         Q.  Paragraph 5 of your declaration says:

22         "The FXFE system was brought to the United States

23   no later than January 1984."

24         Do you see that?

25         A.  Absolutely.

Exhibit 8
Page 000152

Page 94

1    Q.  Did you write that sentence?

2    A.  Yes, inasmuch as it was left as blank as to

3  when it was brought to the U.S.  Quite frankly, in terms of

4  a declaration, I couldn't be explicit as to whether it was

5  December or November or even October 83.  So the logic

6  being if the article was published in January 84, it

7  certainly hadn't before then.

8    Q.  Why did you write that sentence?

9    A.  Because there was an understanding -- an

10  understanding that it was required that we actually did

11  bring it to the U.S. and, yes, we did.  So this was a simple

12  statement, a simple way of conveying that we had brought the

13  system to New York, to demonstrate it for the Datamation

14  article.

15    Q.  Paragraph 8, you say:

16    "The FXFE system described in the article and

17  demonstrated for Mr. Tyler included information fields

18  appearing on the right half of the display, such as the

19  broker and exchange rate fields as described in the Tyler

20  article."

21    Do you see that?

22    A.  Yes, I do.

23    Q.  Did you write that sentence?

24    MR. BAKER:  I am going to object, to the extent

25  that it calls for attorney/client privileged communication.

Exhibit 8
Page 000153

Page 95

1    I think you can answer that question either "yes" or "no",

2    without disclosing any confidential information -- any

3    attorney/client privileged communications.  If you can

4    answer that, will you please answer it like that.

5            A.  I don't -- I did not write these words, but

6    I would have written something remarkably similar, because

7    it was a fair encapsulation of what actually happened.

8            BY MR. CORBETT:

9            Q.  Okay.

10           We talked a little bit about how users of the FXFE

11   system would point to the various areas of the screen.

12   Maybe we could refer back to exhibit 1.

13           A.  For clarity, I think I should say "touch",

14   rather than "point".

15           Q.  "Touch", okay.

16           A.  Because I think the way that the system

17   worked, it actually required a physical contact with the

18   screen.

19           Q.  Could the system work by touching a keyboard,

20   a physical keyboard?  Did the system ever work with

21   a keyboard attached to it?

22           A.  The version that we went live with used the

23   keyboard.

24           Q.  And how, could you describe for me how the

25   keyboard, not the touch screen system, worked?  How did

Exhibit 8
Page 000154

Page 96

1    you -- how did the keyboard interact with what was on the

2    screen?

3           A.  It was a different screen.  It was a different

4    front end.

5           Q.  So it wouldn't have resembled what we see here

6    in exhibit 1?

7           A.  No, because there would be no point in

8    occupying the real estate of the screen with the keyboards,

9    when you have got one in front of you.

10          Q.  Do you have an understanding of what it means

11   to point to a selection on the screen?

12          A.  I --

13          MR. BAKER:  Objection, to the extent it calls for

14   a legal conclusion.  Go ahead.

15          A.  I would treat "point" and "touch" as being one

16   and the same.  If you pointed to the "buy" button or you

17   touched the "buy" button, I would view those two in the

18   context of the touch screen system as synonymous.

19          MR. CORBETT:  I am getting close to finishing up.

20   Why don't we take a five minute break and then we'll see how

21   much longer.

22          THE VIDEOGRAPHER:  Going off the record at 12:39.

23   (12:39 p.m.)

24                         (A short break)

25   (12:44 p.m.)

Exhibit 8
Page 000155

Page 97

1           THE VIDEOGRAPHER:  We are back on the record at

2     12:44.

3           BY MR. CORBETT:

4           Q.  Earlier in the deposition, you referred to

5     another document.  I am quoting:

6           "... another document which is my retention of

7     Dechert as my attorney in this matter.  I can't remember the

8     exact date of that."

9           Do you recall saying that?

10          A.  Yes, I did.

11          Q.  Is there a letter or a document where you

12    retained Dechert as your attorneys in this case?

13          A.  I believe -- I believe there was.

14          Q.  But it was not produced to us, pursuant to the

15    subpoena?

16          A.  What was produced to you and what was not,

17    I don't know.

18          MR. CORBETT:  I will just ask, for the record, to

19    produce the retention letter, in order to know the date that

20    the representation began, so that we can properly question

21    what is privileged and what is not.  Certain conversations

22    that occurred before that date would not be privileged, and

23    obviously ones after that date would be.  To the extent

24    there is a letter, produce it or a privileged log that has

25    the date of such a letter.

Exhibit 8
Page 000156

Page 98

1    MR. BAKER:  Okay.  If you send us a request for

2    that, we will consider logging it or producing perhaps

3    a redacted version to you.

4    MR. CORBETT:  Okay.

5    MR. BAKER:  So just send me a request, please.

6    MR. CORBETT:  Sure.  Technicalities.

7    A.  I understand.

8    BY MR. CORBETT:

9    Q.  Just going back to exhibit 8, which was your

10    declaration.

11    A.  Yes.

12    Q.  Going -- if you can look at paragraph 9 --

13    I am sorry, paragraph 8.  The second sentence where it says:

14    "A label appeared next to each field which

15    indicated the kind of information that was to be inserted

16    into each field."

17    Do you see that sentence?

18    A.  Yes.

19    Q.  Are you aware that that language is almost

20    identical to the language that comes out of the patent at

21    issue in this case?

22    A.  No, I was not aware of that.

23    Q.  Are you aware that various words in your

24    declaration have been given a very specific meaning by the

25    court in this case?

Exhibit 8
Page 000157

Page 99

1          A.   No, I was not aware of that.

2          MR. CORBETT:  I have no further questions.

3          MR. BAKER:  Okay.  So let's go off the record.

4          THE VIDEOGRAPHER:  Going off the record at 12:47.

5     (12:47 p.m.)

6                        (A short break)

7     (1:41 p.m.)

8          THE VIDEOGRAPHER:  We are back on the record at

9     1:41.

10    EXAMINATION BY MR. BAKER:

11         BY MR. BAKER:  Could you please tell us your name.

12         A.   Henry Robert Long.

13         Q.   Mr. Long, have you ever heard of a computer

14    system called the Foreign Exchange Front End?

15         A.   Yes, I have.

16         Q.   And can you describe generally what the

17    Foreign Exchange Front End is?

18         A.   It was a trade capture system we developed at

19    Chemical Bank for the foreign exchange traders, back in the

20    early 1980s.  It used touch screen technology, amongst other

21    input devices, to allow traders to capture trades directly

22    off the trading desk, and which sat as a front end to the

23    old back office system.

24         Q.   And just generally, what type of features were

25    provided for entering data into the system?

Exhibit 8
Page 000158

1        A.   The -- we developed both touch screen

2    capabilities, keyboard-based capabilities and we also

3    experimented with some graphics tablets.  But the main

4    exercise was around the touch screen.

5        Q.   And using the touch screen, just generally,

6    what kind of features were provided for allowing a user to

7    enter data?

8        A.   It would allow the user to input data in any

9    order they wished.  They would be able to touch a field or

10   a -- a name, a label on a screen and that would then call up

11   various tools that could then be used to input the specific

12   data; tools such as a broker's list or a keypad or a number

13   pad.

14       Q.   Mr. Long, how do you know about the Foreign

15   Exchange Front End?

16       A.   I was the Project Manager and chief architect

17   of that system.

18       Q.   What were your responsibilities as Project

19   Manager?

20       A.   As Project Manager, it was to run the project

21   team.  In addition to that, as I described, I was architect

22   and I was also the main analyst associated with the project

23   as well.  So working very closely both with the business and

24   with the programming resources to match those requirements

25   together to deliver the implementation -- deliver the

Exhibit 8
Page 000159

Page 101

1    system.

2              Q.   And how many people worked on your team?

3              A.   There was a total of about six, excluding

4    myself.  So six, plus one other.

5              Q.   And what years did you work at Chemical Bank?

6              A.   I worked at Chemical Bank from

7    September 1973 through to June, yes, June 1988.

8              Q.   And what positions did you hold at Chemical

9    Bank?

10             A.   Various positions.  I entered as a management

11   trainee in the operations area of the bank.  And by the end,

12   I was Assistant Vice President, head of foreign exchange

13   systems for Europe within the bank.

14             Q.   Was there any abbreviation that was used at

15   Chemical Bank to refer to the Foreign Exchange Front End?

16             A.   Yes, we simply used its -- the letters "FXFE".

17             Q.   That is the letters "FXFE"?

18             A.   "FX" is the foreign exchange.  "FE", front

19   end.

20             Q.   Mr. Long, let me show you an document that has

21   been marked as exhibit number 20.

22               (Exhibit 20 marked for identification)

23             Q.   Do you recognize this document?

24             A.   Yes, I do.

25             Q.   And can you please tell us what it is?

Page 102

1      A.  It is an article written in the Datamation

2   magazine back in January 1984, and the article in question

3   is titled "Touch Screens, Big Deal Or No Deal?" was ...

4   included material on the interview we gave to the author at

5   Chemical Bank about the Foreign Exchange Front End system.

6      Q.  And who is the author of the article?

7      A.  Michael Tyler.

8      Q.  And how do you recognize this article?

9      A.  Well, I recognize the article from back in

10  1984 when it was first published.  And since then, I have

11  revisited the article as a result of the enquiries around --

12  the recent enquiries around this case.

13      Q.  And how does this article relate to the FXFE

14  system?

15      A.  I think it covers rather well.  It actually

16  talks about, in quite a bit of detail, on the Chemical Bank

17  component in this article, about -- specifically it was

18  about the FXFE system, as we got it.

19      Q.  Now, Mr. Long, let me show you another exhibit

20  that has been marked as exhibit number 21.

21       (Exhibit 21 marked for identification)

22      Q.  Do you recognize this document?

23      A.  Yes, this is -- this is the self same article

24  from the self same magazine.

25      Q.  And how do you recognize this document?

Page 103

1          A.   It is the same as the previous one.

2          Q.   Okay.  Let me now show you a photograph that

3   has been marked as exhibit number 22.

4              (Exhibit 22 marked for identification)

5          Q.   Do you recognize this photograph?

6          A.   Yes, I do.

7          Q.   And what is it?

8          A.   It is a close-up of a shot actually from

9   within the article of the touch screen that we developed

10  through the FXFE system, and actually the hand that is on

11  the screen is me.  It is mine.  If we go back to the actual

12  article, you get a full face of me as well.

13         Q.   So I'll just take a quick look at that.  If

14  you turn back to exhibit number 20, will you look at the

15  second to last page.

16         A.   Yes.  That is a younger version of me.

17         Q.   Let me just ask you: who is the person in this

18  photograph?

19         A.   That is me.

20         Q.   Can you just hold it up so that we can see it?

21         Is that you sitting in front of the terminal?

22         A.   This is me here.

23         Q.   And how do you recognize -- well, let me turn

24  back to exhibit number 22, the close-up photograph.  And how

25  do you recognize this photograph?

Exhibit 8
Page 000162

1        A.  Well, I recognize it from the article, but

2   more than that, I actually recognize it as the screen that

3   we built for the Foreign Exchange Front End system.

4        Q.  And does this photograph fairly and accurately

5   show a screenshot of the FXFE system as it existed by

6   January 1984?

7        A.  Yes, it does.

8        Q.  So Mr. Long, I would like to ask you some

9   questions now about the operation of the FXFE system.  And

10  with reference to the photograph, can you please explain to

11  us: what is shown on the right half of the screen?

12       A.  On the right half of the screen, in this area,

13  we would refer to that as the "deal ticket".  The dealers

14  are obviously trading foreign exchange deals.  This was to

15  allow them to actually build a deal ticket up.

16       Q.  Okay.  Could I please ask you to use the

17  marker to draw a box around the area that you have referred

18  to as the "deal ticket".

19       And can you label that with the number 1 outside

20  the box.

21       Okay.  Can you describe to us what is shown within

22  the deal ticket?

23       A.  Well, within the deal ticket, there's

24  a combination of fields and labels attached to -- associated

25  with those fields.  So for example, "buy, sell, rate,

Exhibit 8
Page 000163

1   broker, customer", as examples of the labels.  And next to

2   those labels would be the value that we would put into the

3   field corresponding to that particular deal ticket.

4           Q.  And can you point out to us where the broker

5   label is?

6           A.  The broker label specifically is here.

7           Q.  Okay.  Can you draw a box around the "broker"

8   label?

9           A.  Just the label, or the label and the field?

10          Q.  Just the label first.  And can you label that

11  number 2?

12          And can you now show us where the broker field is

13  located?

14          A.  The field is immediately to the right of the

15  label.

16          Q.  And can you label that with number 3?

17          Next, could you show us where the exchange rate

18  label is?  And can you mark that with a number 4, please?

19          And then can you show us where the exchange rate

20  field is located?  And please mark that with a number 5.

21          Now, Mr. Long, could you please explain to us: how

22  could a user select a field in the FXFE system?

23          A.  Simply by touching the appropriate label.  So

24  for example, if I wanted to input the broker field, all

25  I needed to do was touch the broker label.  That would then

Exhibit 8
Page 000164

Page 106

1   highlight the field that was available for input.

2        Q.  Okay.  And specifically, what happened when

3   the user selected a field?

4        A.  Well, a combination of things.  The broker --

5   the broker label itself would be highlighted.  The field

6   would be highlighted next to it.  And in this area of the

7   screen, the appropriate tool would come up.  In the case of

8   a broker, it would be a list, a dynamic list of available

9   brokers that the trader could select from.

10        Q.  And could you draw a box in that photograph

11   around the area in which the tool would be displayed.  And

12   then please label that number 6.

13        Now, you mentioned that the field would be

14   highlighted when it was selected.  Could you explain to us

15   why the system highlighted the label when it was selected?

16        A.  Well, it was important for the trader to know

17   that the field that he thought he'd selected had actually

18   been selected by the application, and to make it clear what

19   the value was that was in there already, if there was any

20   value.

21        Q.  And is there any kind of visual feedback shown

22   in this photo, from the article?

23        A.  Yes, I think you can see quite clearly, along

24   the bottom here are a number of particularly large buttons.

25   And I've just touched the button labelled "service" and you

Exhibit 8
Page 000165

1    can see, I think, quite clearly that it has changed color.

2         Q.  How common was it in 1984 to provide some type

3    of visual feedback to indicate what was selected by a user?

4         A.  I think you always require feedback, back to

5    the user, regardless of whether it was a touch screen or any

6    other system.  It is important that the user knows that what

7    they have selected has been recognized by the programme.  So

8    absolutely common.

9         Q.  Now, can you explain to us whether there was

10   any relationship between fields and particular tools?

11        A.  Yes, there was.  There was an explicit

12   relationship between both fields and tools.

13        Q.  And what do you mean by "explicit

14   relationship"?

15        A.  Well, back to the example that we have just

16   talked about, which was: if I select a broker, it would

17   highlight the "broker" label.  It would highlight the broker

18   field.  And it would bring up the appropriate tool to select

19   the -- the broker's name.  That broker's name would be

20   pre-populated with the collection of brokers that that

21   particular trader would have traded through.

22        Q.  And how is that association between fields and

23   tools created?

24        A.  Within the software, the software developer's

25   environment, known as "Easel", it allowed you to have

Exhibit 8
Page 000166

Page 108

1    actions.  When you touched something, it would have an

2    action.  And then we wrote an application code sitting

3    behind all of that, which then delivered the tool up to the

4    screen.

5             Q.  So who programmed that association?

6             A.  We did at Chemical Bank.

7             Q.  Now, was there any particular order in which

8    the user had to fill in the fields in the ticket?

9             A.  No, not at all.  In fact, that was one of the

10   key features of the system.  It allowed the trader to keep

11   the -- to touch on any of the labels to input any of the

12   fields in any order that they so wished.

13            Q.  Let's talk about the broker field.  What tool

14   was displayed when the user selected the broker field?

15            A.  Simply in this area, it would come up with

16   a list of brokers' names that we had pre-programmed as

17   available to that trader.  Each one of those brokers' names

18   would be described in the box and available for selection by

19   the broker by touching the appropriate box.

20            Q.  And what would happen when the user touched

21   one of the broker names?

22            A.  Then the broker's name would then be taken

23   across and input automatically into the field associated

24   with the broker label, on the deal ticket.  So the dealer

25   would be able to see which broker had been selected.

Exhibit 8
Page 000167

Page 109

1      Q.   Okay.  Let me ask you a few questions about

2   the exchange rate field.  What tool was displayed when the

3   user selected the exchange rate field?

4      A.   The exchange rate field is up -- the exchange

5   rate label is up here, and the field associated with it.  By

6   touching the label, instead of an alpha pad which is

7   currently showing, it would show a number pad, so that the

8   trader could then key in the rate associated with that

9   particular trade.

10     Q.   And what would happen as the user would key in

11  the number?

12     A.   Up here on this image with the alpha pad, you

13  can actually see the words "Chemical Bank".  We typed that

14  in using the alpha pad because we knew there was a photo

15  opportunity.  In the rate -- in the case of a number pad,

16  the numbers would appear in there.

17     Q.   And what happened when the user completed

18  entry of the number?

19     A.   Well, you see on this one, there is a return

20  button.  It was a similar button on the number pad.  By

21  hitting "return", it would then take that value and insert

22  it into the field next to the appropriate label.

23     Q.   Now, I would like to ask you some questions

24  about the structure of the FXFE system.  Can you tell us,

25  what software components made up the FXFE system?

Exhibit 8
Page 000168

Page 110

1          A.   The underlying operating system was -- was

2     a flavour of Unix.  The touch screens were developed using

3     a combination of a product from a company called Interactive

4     Images called Easel which is a software developer's tool to

5     handle touch screens, and written in C.  So the application

6     itself would be written in C.

7          Q.   And did you use Easel to create the broker

8     list tool?

9          A.   Yes, in -- inasmuch as to define the boxes and

10    to accept the labels and handle the touch component, but

11    programmatically written in C, we would have populated that.

12         Q.   So to be a little more specific: what did you

13    have to do to get Easel to actually create the broker list

14    tool?

15         A.   You can see here, there are a number of boxes

16    described in the picture.  Simply what Easel allowed you to

17    do was to describe that box, position it on the screen and

18    accept a value programmatically into that box.  It would

19    then allow you also to have actions that, when that box was

20    touched, would cause various events to happen.

21              So for example, if I type on this one the letter

22    A, letter A will appear as the next available character on

23    that display.  If I hit "return", programmatically it would

24    then know to take that value and put it in the associated

25    field; whichever was the one that you used, to call up that

Exhibit 8
Page 000169

Page 111

1    tool in the first place.

2        Q.  So the team at Chemical Bank had to

3    programme --

4        A.  Absolutely.

5        Q.  Now, did you also use Easel to create the

6    numeric keypad tool?

7        A.  Yes, we did.

8        Q.  What did you have to do to get Easel to create

9    the numeric keypad tool?

10       A.  As you have got here with the alpha, then you

11   would create the boxes 1 through 0 with a return button

12   number as well.  So you actually have to describe within

13   Easel each one of those boxes, 1, 2, 3 as an individual

14   button and the actions that you want to have happen when

15   that button is pushed.

16           And then we would then combine all of that within

17   effectively one utility, one tool, to allow us to treat it

18   as a single object that was called when the appropriate

19   label was touched.

20       Q.  Now, was the FXFE system ever brought to the

21   United States?

22       A.  Yes, it was.

23       Q.  And when was that?

24       A.  It would have been the back end of 1983,

25   inasmuch as this Datamation article is dated January 1984.

Exhibit 8
Page 000170

Page 112

1    So it would have been at least a few weeks before then.

2         Q.  A few weeks before January 1984?

3         A.  Absolutely.

4         Q.  And where was this FXFE system brought in the

5    United States?

6         A.  It was brought to the Chemical offices in

7    New York, 277 Park Avenue.

8         Q.  And that is in Manhattan?

9         A.  Manhattan.

10        Q.  And why was the system brought to the

11   United States?

12        A.  It was brought specifically to run the

13   article.  There had been a request that we -- that we demo

14   the article to the author of the Datamation article.  So we

15   brought this system over to demonstrate it.

16        Q.  And who was the demonstration for?

17        A.  It was for a gentleman called Michael Tyler

18   who was the author of the Datamation article.

19        Q.  And what was Michael Tyler's job position at

20   the time?

21        A.  As far as I was aware, he was a journalist

22   working with Datamation.

23        Q.  And what was the purpose of doing

24   a demonstration for Michael Tyler from Datamation magazine?

25        A.  As far as the bank was concerned, the bank

Exhibit 8
Page 000171

Page 113

1    liked to be able to publicise what it was -- how it was

2    using advanced technologies.  So it was simply to get the

3    bank's name associated with modern technologies.

4         Q.  What was Chemical Bank's expectation of what

5    Mr. Tyler would do as a result of the demonstration for

6    Datamation magazine?

7         A.  That there would be an article in a subsequent

8    magazine; a subsequent edition of the magazine.

9         Q.  And when did the demonstration take place?

10        A.  As I said before, it would have been -- the

11   article was dated January 84.  I don't remember the exact

12   date, but it must have been a few weeks before then;

13   probably before Christmas.  So that would suggest the back

14   end of November/early December.

15        Q.  And what was your personal involvement in the

16   demonstration?

17        A.  I actually did the demonstration and the

18   article, along with the photograph, I think, proves that.

19        Q.  Was there any kind of confidentiality

20   agreement with Michael Tyler or Datamation magazine

21   regarding the demonstration of FXFE?

22        A.  No, not at all.

23        Q.  Did Chemical Bank have any expectation of

24   confidentiality regarding the demonstration of FXFE?

25        A.  No, not at all.

Exhibit 8
Page 000172

Page 114

1          Q.   What features of FXFE did you demonstrate for

2     Michael Tyler?

3          A.   Pretty much all of the major features

4     associated with the touch screen system.  The ability to

5     pick, build a trade up in any order, pick the labels,

6     populate those labels, the demonstration of the various

7     tools that we embedded within the application; like the

8     alpha pad, like the number pad, like the brokers' list, like

9     the customers' list.  So a pretty all encompassing version

10    of the system was demonstrated to him.

11         Q.   What about the broker field and the exchange

12    rate field you mentioned before?

13         A.   We would certainly have covered those.

14         Q.   And was the demonstration for Michael Tyler

15    successful?

16         A.   Yes, I believe it absolutely was.  The system

17    worked, it demonstrated what we wanted to demonstrate to

18    him.  He went away and wrote the article.  And I think our

19    collective view was that was a success.

20         Q.   Let me ask you some questions about the

21    Datamation article.  What is Datamation magazine?

22         A.   Datamation magazine is a magazine aimed at

23    what I would probably describe as the professional end of

24    the IT market; more around the senior management area.

25    A magazine of some standing.  We used to -- we used to

Exhibit 8
Page 000173

Page 115

1   circulate articles out of Datamation, both before and after

2   this article was written.

3           Q.   Okay.  Let me ask you to turn back to exhibit

4   number 20, which is the Datamation article.  And let me ask

5   you: have you had a chance to review this article?

6           A.   Yes, yes, I have.  I have looked at it again

7   recently as a result of this upcoming case.

8           Q.   When did you originally receive a copy of this

9   article?

10          A.   Not long after it had been first published, so

11  that would have been January/February 1984.

12          Q.   Let me ask you to please turn to page 148 of

13  the article.  Take a look at the third column, the second

14  full paragraph, starting with the last sentence that begins:

15          "The right half ..."

16          A.   Yes.

17          Q.   Do you see that?

18          A.   I do.

19          Q.   Can you please tell us: what does the article

20  say about the operation of the FXFE user interface?

21          A.   Would it be helpful if I read it?

22          Q.   Sure.  If you could please do that.

23          A.   Would that actually -- okay.  That last

24  sentence starts:

25          "The right half of the screen lists key

Exhibit 8
Page 000174

Page 116

1   information about the current transaction, including buyer

2   bank, seller bank, currency, exchange rate (in dollars and

3   the foreign currency), broker, bank customer, exchange

4   location and method of payment.

5           "When the trader touches the screen in one of

6   these areas, a list of potentially valid entries or

7   a numeric keypad appears on the left half, inviting the user

8   to choose from the information needed on the right.  For

9   instance, when the user hits the 'broker' cell on the right,

10  a list of brokers appears on the left; the trader then hits

11  the name of the broker to be involved in the current trade,

12  and that information is entered into the system.  For

13  exchange rates and other numerical data, the user hits the

14  proper cell on the right and then types in the numeric data

15  on the keypad that appears on the left.  In this way, an

16  entire transaction can be completed directly on the

17  workstation."

18          It then carries on:

19          "(A QWERTY layout can be called up on the left for

20  entry of non-standard or rare names -- an infrequently

21  traded currency, for example.)"

22          Q.  Mr. Long, could you please use the blue marker

23  to indicate, on the article that you are just reading, the

24  section that you just read from?

25          A.  Yes, of course.

Exhibit 8
Page 000175

1           Q.   If you just mark that, please.

2           A.   So it's going to be from there, through to

3      there.

4           Q.   Does this article accurately describe the

5      operation of the FXFE system as you demonstrated it to

6      Mr. Tyler?

7           A.   Yes, I think it does.

8           Q.   And if you turn, just for a moment, to exhibit

9      number 21 which is the other copy of the same article.  Does

10     your testimony about exhibit 20 also apply to exhibit 21?

11          A.   Absolutely.

12          Q.   Was the FXFE system with the touch screen ever

13     utilized in actual currency trading operations at Chemical

14     Bank?

15          A.   No, we never went live with the touch screen

16     version of the system.

17          Q.   Why not?

18          A.   Quite frankly, the costs proved too high.

19     Each touch screen required a dedicated microprocessor to

20     support it.  The screens themselves were expensive.  And the

21     thought of trying to roll that out across a whole trading

22     floor just proved too expensive.

23          Q.   Was the FXFE system with the touch screen

24     cancelled because it didn't work?

25          A.   No, it did work.  It was more a case, as

Exhibit 8
Page 000176

Page 118

1    I said earlier, that it was just going to be too expensive

2    to deploy it.

3            Q.  Mr. Long, do you have any financial interest

4    in the outcome of this case?

5            A.  I do not.

6            Q.  Are you receiving any reimbursement for your

7    time or expenses?

8            A.  Purely for time and expenses, as I incur them.

9    And the time is in recompense for revenue that I will lose

10   by servicing other customers.

11           Q.  What is your reimbursement rate for your work

12   in this matter?

13           A.  My reimbursement rate is derived from my

14   sterling charge rate which is £900 per working day, broken

15   into a dollar rate and agreed foreign exchange rate; I think

16   it equates to something like $230.78 an hour.

17           Q.  And how does that rate relate to the rates you

18   charge for other work you do?

19           A.  It is exactly in line with the £900 a day

20   I charge.

21           Q.  So that is your standard consulting rate?

22           A.  That is my standard consulting rate.

23           Q.  Is your reimbursement dependent on the

24   contents of your testimony or the outcome of this case?

25           A.  Not at all.

Exhibit 8
Page 000177

Page 119

1      Q.  So just to summarize.  Could you please just

2  summarize for us, what are some of the key features of the

3  FXFE user interface that you have been discussing?

4      A.  The key features of this touch screen allows

5  the trader to key in trades, using touch screen

6  technologies, to have pre-populated fields effectively

7  delivered to them, to be able to keep trading in any order

8  without having to scroll up and down or move up and down to

9  a screen.

10      And it was very much aimed at delivering that

11  functionality direct to the trading desk, rather than the

12  historic way of having to write a ticket out and pass it to

13  the back office.

14      Q.  Are there any particular onscreen tools that

15  you think are key features of this system?

16      A.  I would say the rapid pick mechanisms

17  associated with a broker or a customer would be -- would be

18  key.  Most of the previous systems used numbers values and

19  this actually used the names of banks, which made it much

20  easier to pick from.  I would say that those would be key.

21      And then the flexibility of actually being able to

22  turn the screen into a whole host of different features,

23  like the alpha pad, like the number pad, like these pick

24  lists.

25      MR. BAKER:  Thank you very much, Mr. Long.

Exhibit 8
Page 000178

Page 120

1          A.   Thank you.

2          MR. BAKER:  Let's go off the record.

3          THE VIDEOGRAPHER:  Okay.  We are going off the

4    record at seven minutes past 2.

5    (2:07 p.m.)

6                         (A short break)

7    (2:13 p.m.)

8          THE VIDEOGRAPHER:  We are back on the record at 13

9    minutes past 2.

10         BY MR. BAKER:

11         Q.  Mr. Long, I would like to ask you a couple of

12   questions, to try to clarify some of the responses you gave

13   earlier today when Lucent's counsel was asking you some

14   questions.

15         One thing is: in response to one of the questions,

16   you said something like, that you were not a programmer.

17   Can you please explain to us what you meant by that, and

18   what level of familiarity you have with the programming

19   tasks that were involved in developing the FXFE system?

20         A.  Yes, of course.  It is true, I wouldn't

21   describe myself as a programmer, even though I have

22   programmed in the past.  And in particular with regards to

23   this system, my role was Project Manager and architect.  But

24   having said that, I was directly involved in determining

25   with the team which components we should write in which

Exhibit 8
Page 000179

Page 121

1    language within the project.

2              I have had some training in programming.  There

3    would probably be some programmes around that I wrote in

4    BASIC and in ALGOL back in the very early 70s.  But by this

5    stage, I wasn't writing programmes anymore.

6              Q.  What was your role as a system architect?

7              A.  To define the system, the architecture of the

8    system.  I mentioned the selection of Easel.  That was key

9    in terms of picking, the selection of the Easel component.

10   The selection of the database tool that we use; I was

11   involved in that.  Actually, architecting the computers and

12   how we needed to work with the computers.  We actually had

13   Plessey build bespoke systems, bespoke computers for us.

14   And I was architecting part of that as well.

15             Q.  And what --

16             A.  So pretty technical throughout.

17             Q.  What was your level of familiarity with how

18   the C software that was developed at Chemical Bank

19   interfaced with the Easel system?

20             A.  Again, C was the -- was the obvious language

21   to use.  We wanted performance.  Easel came with a very easy

22   interfacing to C as well.  So the selection of C became

23   quite obvious.  I was not a C programmer, though.  That was

24   done by other members of the team.

25             Q.  But you are familiar with the interface?

Exhibit 8
Page 000180

1          A.   Oh, absolutely, yes.

2          Q.   And turning to another topic.  This morning,

3     there were some questions about whether the FXFE system was

4     bitmapped or character-based.  Did you have any further

5     thoughts on that matter?

6          A.   Yes, I did.  It occurred to me afterwards that

7     the underlying operating system was Unix.  Unix is

8     character-based -- sorry, is bitmapped-based structures.  So

9     it is much more advanced than the old character-based

10    systems.

11         So Unix as an underlying platform, of course,

12    would be able to support the bitmapped systems.

13         Q.   And this morning, you were talking about

14    programming objects.  Do you recall that discussion?

15         A.   Yes, I do.

16         Q.   And as part of that discussion, you said

17    something like: you were giving 2007 labels to what had been

18    done back in the 1980s.  Can you please explain what you

19    were referring to when you said that?

20         A.   Yes, I -- from memory, we actually were

21    talking about object orientation and encapsulation.  And

22    specifically, the use of those words that I was meaning,

23    object orientation and encapsulation were not a common

24    occurrence back in the 1980s.  They certainly are nowadays.

25         Q.   Now, turning to another topic.  This morning

Exhibit 8
Page 000181

Page 123

1    there was some discussion about your attorney/client

2    retention letter with Dechert and a consulting letter with

3    Dechert.  Do you recall that discussion?

4            A.  Yes, I do.

5            Q.  And there was a discussion about the dates of

6    those letters.  Do you remember that?

7            A.  Yes, I do.

8            Q.  What is your understanding of when the

9    attorney/client relationship started?

10           A.  Well, we started talking about it very early

11   on when we first made contact, which would have been early

12   August.  That was quite clear, that there was going to be

13   that relationship.  I took it as read that we had that

14   relationship.  And I took the letters as being more

15   formalizing that.

16           Q.  So that would have been several weeks before

17   the letter was signed?

18           A.  Oh, absolutely.

19           Q.  And what about the consulting relationship?

20           A.  The same.  There was a clear understanding

21   that I could charge for my time engaged in this exercise,

22   where it was removing me from my other duties, supporting

23   other customers.

24           Q.  So that was also several weeks before the

25   consulting letter was signed?

Exhibit 8
Page 000182

Page 124

1        A.  Back in August, when we -- when we first

2   started talking.

3        Q.  Now, turning to another topic.  This morning,

4   you used the phrase, when talking about the FXFE system, you

5   said something like "populate a field".  Can you explain,

6   what did you mean by when you said "populate a field"?

7        A.  Basically to input values into that field.  We

8   were talking about building up answers in the scratch pad

9   area and then when you hit the return, I said, used the

10  words "populate the field".  For that, read "input into that

11  field and display it back".

12       Q.  And you mean display it in that field?

13       A.  Display it in that field, precisely.

14       MR. BAKER:  Okay.  Thank you, Mr. Long.  Let's go

15  off the record.

16       THE VIDEOGRAPHER:  Okay.  Going off the record at

17  18 minutes past 2.

18  (2:18 p.m.)

19                    (A short break)

20  (2:19 p.m.)

21       THE VIDEOGRAPHER:  Back on the record at 19

22  minutes past 2.

23       MR. BAKER:  We have no further questions for

24  Mr. Long.  So that concludes the deposition for us.

25       MR. CORBETT:  And Lucent has no further questions

Page 125

1    as well.  Thank you for your time.

2              THE VIDEOGRAPHER:  This is the end of tape 2 in

3    volume 1 of the deposition of Robert Long.  We are going off

4    the record at 19 minutes past 2.  We are off the record.

5    (2:19 p.m.)

6              (The deposition concluded)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 8
Page 000184

Page 126

1

2                      CERTIFICATE OF DEPONENT

3

4     I, ROBERT LONG, hereby certify that I have read the
      foregoing pages, numbered 1 through 128, of my deposition of
5     testimony taken in these proceedings on Monday, December 10,
      2007, and, with the exception of the changes listed on the
6     next page and/or corrections, if any, find them to be a true
      and accurate transcription thereof.

7

8

9

10

11    Signed:  ........................

12    Name:    ROBERT LONG

13    Date:    ........................

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 8
Page 000185

Page 127

1                   CERTIFICATE OF COURT REPORTER

2

3     I, ROSE HELEN CLAIRE KAY, an Accredited LiveNote Reporter,
      hereby certify that the testimony of the witness ROBERT LONG
4     in the foregoing transcript, numbered pages 1 through 128,
      taken on Monday, December 10, 2007 was recorded by me in
5     machine shorthand and was thereafter transcribed by me; and
      that the foregoing transcript is a true and accurate
6     verbatim record of the said testimony.

7

8     I further certify that I am not a relative, employee,
      counsel or financially involved with any of the parties to
9     the within cause, nor am I an employee or relative of any
      counsel for the parties, nor am I in any way interested in
10    the outcome of the within cause.

11

12

13

14

15    Signed:  .......................

16    ROSE HELEN CLAIRE KAY

17    Dated:    Monday, December 11, 2007

18

19

20

21

22

23

24

25

Exhibit 8
Page 000186

Page 128

1

2                              E R R A T A

3                     Deposition of ROBERT LONG

4       Page/Line No.          Description          Reason for change

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21     Signed:      ....................

22     Name:     ROBERT LONG

23     Date:            ....................

24

25

Exhibit 8
Page 000187