# Hayes Declaration

# Exhibit 12

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3

 4  LUCENT TECHNOLOGY,           )  Case No. 02CV2060-B(LAB)
                                 )           03CV0699-B
 5           Plaintiff,          )           03CV1108-B
                                 )
 6  vs.                          )  San Diego, California
                                 )
 7  GATEWAY, INC., et al.,       )  Tuesday,
                                 )  September 23, 2003
 8           Defendants.         )  9:00 a.m.
    _____)

 9

10            TRANSCRIPT OF MARKMAN HEARING
         BEFORE THE HONORABLE RUDI M. BREWSTER
11              UNITED STATES DISTRICT JUDGE

12  APPEARANCES:

13  For the Plaintiff:          JOHN DESMARAIS, ESQ.
                                ROBERT APPLEBY, ESQ.
14                              Kirkland & Ellis, LLP.
                                153 East 53rd Street
15                              New York, New York 10022

16
    For the Defendants:         W. BRYAN FARNEY, ESQ.
17                              JONATHAN BAKER, ESQ.
                                Dewey Ballantine, LLP.
18                              816 Congress Avenue
                                Suite 1900
19                              Austin, Texas 78701
                                (512) 226-0415
20

21

22

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

Echo Reporting, Inc.

Exhibit 12
Page 000241

```
                                                              45
 1  "predefined tool," which is on the previous -- all we need
 2  to do now is come up with a definition of concurrently
 3  displaying, and we're done.  And I think you said yesterday
 4  you just wanted it to mean displaying at the same time as by
 5  a window overlaying a form.  And I'm happy with that.
 6          THE COURT:  Concurrently displaying means
 7  displaying at the time the form is displayed as by a window
 8  overlaying the form.
 9          MR. DESMARAIS:  I'm perfectly happy with that.
10  That's exactly what the patent discloses.
11          THE COURT:  Concurrently displaying means
12  displaying the overlay on a display of the form.
13  Concurrently display means displaying the overlay on a
14  display of the form.
15          MR. DESMARAIS:  That's even better.
16          THE COURT:  All right.  I'm convinced that it does
17  not require in response to and that the patent claims it
18  either way.  And I think that language is accurately
19  reflecting what I believe the patent claim says.  Now --
20          MR. FREED:  Your Honor, we understand your ruling.
21  We just want to state for the record that the Defendant's
22  position, at least Dell's position, is that concurrently
23  displaying is concurrently displaying with the indicating,
24  that those two things are the things that have to be
25  concurrent, the indicating and the displaying.  The
```

1  many, many other cases that I would otherwise have to
2  handle.
3          So I'm not objecting to your being here. I can't
4  believe I'm getting paid to handle this case. But in the
5  interest of justice and economy for all parties, it seems
6  obvious to me that settlement would be the -- if it could be
7  fair and just, it would be by far a money-making solution to
8  this case.
9          So I'll see you at 9:00 tomorrow morning.
10         MS. BROOKS: Thank you, your Honor.
11         MR. DESMARAIS: Thank you, your Honor.
12     (Proceedings concluded.)
13
14
15
16
17         I certify that the foregoing is a correct
18  transcript from the electronic sound recording of the
19  proceedings in the above-entitled matter.
20
21  _____     _1-30-09_____
    Transcriber                       Date
22
    FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
23
24  _____
    L.L. Francisco, President
25  Echo Reporting, Inc.