# Hayes Declaration

# Exhibit 16

SOFTWARE FOR THE IBM PC, PC/XT, PC AT, PCjr  $89.95

# J.K. LASSER'S YOUR MONEY MANAGER



## EASIEST, MOST COMPREHENSIVE WAY TO ORGANIZE YOUR FINANCES ON YOUR COMPUTER

*FROM THE EXPERTS IN MONEY MANAGEMENT*



THE J.K. LASSER TAX INSTITUTE
SIMON & SCHUSTER

Exhibit 16
Page 000307

MSLT_1233942

The program is designed to allow you to make menu selections in two ways: (1) Press the letter preceding the menu choice; or (2) use the arrow keys to highlight your choice, then press ENTER.

Sometimes more than one menu will appear on the screen at one time. For example, if you press E on the Main Menu to select Enter Transactions, a submenu with a further breakdown of choices will partially overlap the Main Menu (see the figure below). With both menus on screen, you can backtrack quickly and easily by pressing Esc.

Once you make a menu choice, there is always a one-line instruction, or question requiring a simple answer or key press, at the bottom of the screen that will help you know what to do next.



**Enter Transactions Menu**

24

Exhibit 16
Page 000308

MSLT_1233963

# • THE KEYS

The program's main keyboard operates like a typewriter keyboard. Following are explanations of the use of the special function keys, the cursor-control arrow keys, and the ENTER and ESCAPE (Esc) keys.

Pressing the UP and LEFT arrow keys moves the cursor upward on the menus or windows, and upward and/or to the left on forms. Use these keys to highlight your choice on a menu or window and to move from field to field on a form.



The RIGHT and DOWN arrow keys move the cursor downward on a menu or window, and downward and/or to the right on a form. Use these keys to highlight your choice on a menu or window and to move from field to field on a form.



The ENTER key instructs the program to accept information you enter on the screen, and moves the cursor forward to the next field in a form. ENTER also selects your choice from a menu or window after you highlight the choice with the arrow keys. ENTER must be pressed before the program will accept each piece of data or menu choice.



The ESCAPE has two functions depending upon when it is used: (1) If the cursor is on the first field of a form when Esc is pressed, the program presents a prior form or menu; and (2) if a form is incompletely filled out when Esc is pressed, the program deletes all the information on that form, abandons the form and returns to the previous screen.



The HOME and END keys move the cursor directly to the first and last fields of a transaction form, menu or window. When used in the Account Selection window, these keys move the cursor to the first and last items on the list even when the items are too numerous to appear on the screen at once.



25

Exhibit 16
Page 000309

MSLT_1233964



The PAGE UP (PgUp) and PAGE DOWN (PgDn) keys move the cursor to the first and last fields of a transaction form or menu. When used within the Account Selection window, they move the cursor to the first and last items already visible in the window.

The PRINT SCREEN (PrtSc) key is located in the lower right corner on the keyboard, to the left of the cursor-control arrow keys. Simultaneously press both the PrtSc key and the SHIFT key (the large up arrow key directly to the left of the PrtSc key) to print any screen on the monitor without interrupting the program.



F1 accesses HELP screens for each choice on any menu.



F2 accesses the on-screen calculator. (The calculator is only available if you are using an IBM PC or compatible with more than 128K RAM.) This key functions only when the cursor is in an Amount field of a form. Use the numeral keys across the top of the keyboard or press the NUM LOCK key first, then use the numerals on the keypad to the right of the main keyboard. If you press NUM LOCK, the secondary functions on the number pad keys, such as the arrows, will not work until you press NUM LOCK again. Use + for addition, − for subtraction, = or ENTER for total.

To keep the calculator from obstructing your work, use the arrow keys to move it up or down, right or left one line at a time across the screen. Use the PgUp and PgDn keys or the HOME and END keys to move the calculator to the top or bottom of the screen. Esc removes the calculator from the screen and automatically places the calculated amount in the form's Amount field.



F3 displays a list of Account Codes categories. When the cursor is in the Account or Allocation field within a Payments, Deposits, Charges or Other Transactions form, press F3 to access the Code List, which you use to identify your Account and Budget categories.



F4 displays the Multiple Allocation form. This form is used to distribute the amount of a payment, deposit or charge to multiple Account or Budget categories. The F4 key operates only in the Allocation field of Payments, Deposits, Charges or Other Transactions forms.



F9 automatically reproduces your current month's budgeted amount throughout the budget field of an Update Budget Category form. The blinking cursor must be directly to the left of the amount to be propagated throughout the form when F9 is pressed.



F10 saves your completed transactions and Account or Budget category entries and transfers them to the appropriate forms throughout the program.

Exhibit 16
Page 000310

MSLT_1233965