# Hayes Declaration

# Exhibit 18

```
 1 | John E. Gartman (SBN 152300)
   | Juanita R. Brooks (SBN 75934)
 2 | Christopher S. Marchese (SBN 170239)
   | Roger A. Denning (SBN 228998)
 3 | Fish & Richardson P.C.
   | 12390 El Camino Real
 4 | San Diego, California 92130
   | Telephone:  (858) 678-5070
 5 | Facsimile:   (858) 678-5099

 6 | Stephen P. McGrath (SBN 202696)
   | Microsoft Corporation
 7 | One Microsoft Way
   | Redmond, WA 98052
 8 | Telephone: (425) 882laims
   | -8080
 9 | Facsimile: (425) 936-7329

10 | Attorneys for Intervener/Counter-claimant
   | and Plaintiff/Counter-defendant
11 | MICROSOFT CORPORATION
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., | Case No. 02-CV-2060 B (CAB) consolidated with |
| Plaintiff and Counterclaim-defendant, | Case No. 03-CV-0699 B (CAB); and |
| v. | Case No. 03-CV-1108 B (CAB) |
| GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **EXPERT REPORT OF MR. DALE E. BUSCAINO RE INVALIDITY OF UNITED STATES PATENT NO. 4,763,356** |
| Defendants and Counter-claimants, | |
| and | |
| MICROSOFT CORPORATION, | |
| Intervenor and Counter-claimant. | |
| MICROSOFT CORPORATION, | |
| Plaintiff and Counter-defendant, | |
| v. | |
| LUCENT TECHNOLOGIES INC., | |
| Defendant and Counter-claimant, | |

Exhibit 18
Page 000338

Case No. 02-CV-2060 B (CAB)

1  For example, a numeric calculation performed using the on-screen calculator could then insert the
2  number result into a field in a form that would accept numbers as if it was typed on the physical
3  keyboard.  In a similar fashion, for example, the Key Caps on-screen keyboard could be used to
4  compose information by using the mouse to point and click on keys on the virtual keyboard, and
5  then allowing this composed information to be inserted into either a document or field in a form
6  that would accept this information.  Examination of the Home Accountant/Macintosh system; *see*
7  *also* MSLT_1060719-722.

8      56.   The Home Accountant Program can be run by inserting the Home Accountant
9  Program diskette into the floppy disk drive and selecting the icon corresponding to the Home
10 Accountant Program.  As mentioned above, the first version of the Home Accountant Program,
11 released as version 1.01, occurred in January 1985.  *See* Farmer Depo., 20:13-14, Ex. 1.  Further
12 revisions of the software were also released.  Around September of 1985, version 1.02 was
13 released, and in December of 1985, version 1.03 was released.  *See id*.  All of these versions
14 generally operated the same and only contained minor improvements.  The functionality in the
15 program was generally the same among the three different versions.  *See id*. at 81:17-82:9.

16     57.   The Home Accountant Program is an accounting program geared towards the
17 management of personal finances.  Features of the program include management of transactions
18 such as check writing, deposits, and credit card charges. The Home Accountant Program also has
19 tools for providing personal budgeting and loan and retirement planning.  *See* MSLT_1060811-
20 813.  In order to use the transaction capabilities of the Home Accountant Program, information
21 may be inputted through the use of a Personal Checkbook form.  Claim 1 of the '356 patent
22 requires "displaying on said display a pattern including a plurality of information fields and for
23 identifying for each field a kind of information to be inserted therein."  As required by Claim 1,
24 the Personal Checkbook form includes a plurality of information fields, such as the "Date" field,
25 the "Check #", the "Pay To" field, the "$" field, as well as other fields.  As is also required by
26 Claim 1, the type of information to be inserted in each field is identified.  Below is a figure
27 representing the Personal Checkbook form in the Home Accountant Program.
28



Home Accountant Figure 1: Personal Checkbook form with blinking cursor in the "Pay To" field.

58. If the user of the Home Accountant Program desired to enter a check register transaction, the user would select the "Transactions" menu on the top line of the display and then select "Bank Account." Once "Bank Account" is selected, the Personal Checkbook form would be displayed by the Home Accountant Program with the plurality of fields as shown above in Figure 1.

59. Claim 2 requires that one of the tools "display[] transitory information, said transitory information being changed periodically." Transitory information is displayed by some of the tools that can be used to fill out the Personal Checkbook form. For example, the blinking cursor would be automatically set to start in the first field Personal Checkbook form which is the "Date" field. Additionally, a tool within the Home Accountant Program will display the current date in the Date field. This current date is transitory information that will change based on the actual date that Personal Checkbook is displayed by the computer system. Similarly, the Home Accountant Program has a tool for providing the next check number in the sequence of unused checks in

"Check #" field. The information provided by this tool will change based on the next available check number. The user can either accept this transitory information or change the information if desired.

60. Claim 1 requires that "a particular one of said information fields into which information is to be inserted" be identified. One way to navigate from field to field within the form is to use the Tab or Enter key. Pressing the Tab or Enter key will select the next field in the form and the data in the next field will be highlighted to indicate that it is the currently selected field for inserting information. If the field is empty, then a blinking cursor will be displayed in the field indicating that the computer is ready to accept input for the selected field. Examination of the Home Accountant/Macintosh system.

61. By using the Tab or Enter key, the user can advance and indicate each field for inserting information in the Personal Checkbook form. Additionally, the user can directly navigate to any field on the form by using the mouse to select the desired field. Once selected, the field is ready to accept information to be inserted. *See* SSW000340-341. A third method for advancing from one field to the next involves using a tool within the Home Accountant Program that provides the ability for advancement to the next field in response to the insertion of information in the current field.

62. Once a field on the Personal Checkbook form has been indicated for inserting information, the user has several options for inserting information into the selected field. The first option is to use the physical keyboard to insert information into the field. As required by Claim 1, two other available options are to insert an entry from a list of alternatives or to insert information into a field by using a composition tool such as the Key Caps on-screen keyboard tool. The following will describe an example how each of these options could be used in the "Pay To" field of the Personal Checkbook form. The Home Accountant Program also has the following types of forms: Transaction and Adjustment Forms for Cash, Credit Card and Bank Accounts, as well as Loan Planning, Retirement Planning, Future Value/Goal Forms. Examination of the Home Accountant/Macintosh system.

opinions and testimony in response to Plaintiff's experts, and rebuttal testimony in response to any of Plaintiff's fact witnesses. Further, I reserve the right to use animations, demonstratives, enlargements of actual exhibits, and other information in order to illustrate my opinions.

164. At trial, I expect to demonstrate and testify about the prior art I have described in my report using actual physical computers and computer systems. In this way, I will demonstrate how the prior art anticipates and/or renders obvious the purported inventions in the asserted claims. For example, I expect to introduce and demonstrate working examples of Xerox Star, Apple Lisa, Apple Mac running Home Accountant, and HP 150. I reserve the right to demonstrate other prior art not listed here.

165. I expect to continue to develop my opinions discussed in this report. I also reserve the right to supplement my opinions based on information obtained from additional discovery or from Plaintiff's experts, as indicated above.

166. I declare under penalty of perjury under the laws of the United States of America that the foregoing report on behalf of Defendant is true and correct. Executed this 31st day of March 2006 in San Diego, California.

Dated: March 31, 2006

Respectfully submitted,

By: _____
Mr. Dale E. Buscaino