# Hayes Declaration

# Exhibit 19

```
 1                 UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF CALIFORNIA
 3
 4   LUCENT TECHNOLOGIES INC.,        )No. 02-CV-2060 B(CAB)
                                      )consolidated with
 5   Plaintiff/Counterclaim-defendant,)No. 02-CV-0699 B(CAB)
                                      )No. 02-CV-1108 B(CAB)
 6        v.                          )
                                      )
 7   GATEWAY, INC. and GATEWAY COUNTRY)
     STORES LLC, GATEWAY COMPANIES,   )
 8   INC., GATEWAY MANUFACTURING LLC  )
     and COWABUNGA ENTERPRISES, INC., )
 9                                    )
     Defendants/Counter-claimants,    )
10                                    )
          and                         )
11                                    )
     MICROSOFT CORPORATION,           )
12                                    )
     Intervenor/Counter-claimant.     )
13   _____)         ORIGINAL
     AND RELATED COUNTER-CLAIM.       )
14   _____)
15        VIDEOTAPED DEPOSITION OF DALE EDWARD BUSCAINO
16                    San Diego, California
17                   Thursday, June 29, 2006
18
19
20
21   Reported by:
     ANELA SHERADIN, RPR, CLR, CSR 9128
22   LAURA TAYLOR MARTIN, CSR 4158
     JOB NO. 185579
23
24
25
```

1     Q.    Okay.

2     A.    In this particular example, he could have used

3  the keyboard and key caps tool to construct the

4  information, but as a feature of the system it let's you

5  keep around information that you've used in case you'd

6  like to use it again, for example.

7     Q.    Right.  And that location for that information

8  was generally called the clipboard function on the

9  Macintosh.

10    A.    In the Macintosh, correct.

11    Q.    Okay.  If you could, I just want to make sure

12 that I walk through these steps one more time, make sure

13 I got them all right.

14          For a user to enter information into, for

15 instance, the "pay to" field on Home Accountant, the user

16 clicks in that field, clicks on the Apple icon, holds the

17 mouse button down, drags the mouse down to select the

18 choice they want, which is key caps in your example,

19 releases the mouse button, which brings up the key caps.

20          The user then clicks on the various letters or

21 numbers in key caps to create or compose the information.

22 The user then has to select the entire field in key caps,

23 go to the edit menu, click there, drag the mouse over

24 "copy" or "cut," release the mouse button, then either

25 close or move the key caps accessory if it is in the way,

Esquire Deposition Services
1-800-944-9454

Exhibit 19
Page 000344

1   as it was in our example; or if it is not in the way,

2   simply choose the "paste" function from the edit menu and

3   that will put the information into the field.

4          Did that sound like an accurate summary?

5          MR. MARCHESE:  Objection.  Mischaracterizes the

6   prior testimony.

7          MR. WEBB:  Same objection.

8          THE WITNESS:  That was a very long set of steps, and

9   I believe for the most part that was a very -- that was

10  an accurate description, a summary.

11         However, one of the things I do want to clarify

12  is that the user doesn't necessarily have to click into

13  the pay field, the "pay to" field.  He may be navigating

14  the form with the tab key and arrive at that field.  So

15  it's not just by clicking on it as you indicated.

16     Q.  Other than not just navigating to the various

17  fields by use of the mouse click, was there anything else

18  about this summary that you could think of that is not

19  correct?  And we can have the court reporter read it back

20  if you'd like.

21     A.  I believe it was accurate.  It was long.  I

22  believe it was accurate.  I didn't detect anything else

23  in there that wasn't what we had -- had discussed.

24     Q.  Okay.  Let's talk about the tab question that

25  you just brought up.

```
 1              I, the undersigned, a Certified Shorthand
 2     Reporter of the State of California, do hereby certify:
 3              That the foregoing proceedings were taken
 4     before me at the time and place herein set forth; that
 5     any witnesses in the foregoing proceedings, prior to
 6     testifying, were placed under oath; that a verbatim
 7     record of the proceedings was made by me using machine
 8     shorthand which was thereafter transcribed under my
 9     direction; further, that the foregoing is an accurate
10     transcription thereof.
11              I further certify that I am neither financially
12     interested in the action nor a relative or employee of
13     any attorney or any of the parties.
14              IN WITNESS WHEREOF, I have this date subscribed
15     my name.
16
17     Dated:  July 5, 2006
18
19
20                              _____
                                LAURA TAYLOR MARTIN
21                              CSR No. 4158
22
23
24
25
```