# Hayes Declaration

# Exhibit 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | 02-CV-2060-B(CAB) |
| GATEWAY, INC., GATEWAY COUNTRY) | consolidated with |
| STORES LLC, GATEWAY COMPANIES,) | 03-CV-0699-B(CAB) |
| INC., GATEWAY MANUFACTURING  ) | 03-CV-1108-B(CAB) |
| LLC and COWABUNGA ENTERPRISES,) | |
| INC., ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| MICROSOFT CORPORATION, ) | |
| ) | |
| Intervener. ) | |
| ) | |
| AND RELATED ACTIONS ) | |
| _____) | |

VIDEOTAPED DEPOSITION OF BRUCE TOGNAZZINI
Taken on Tuesday, June 27, 2006
555 California Street, Suite 2700
San Francisco, California 94104
9:46 a.m.

REPORTED BY: RACHEL FERRIER, CSR
LICENSE NO.: 6948



Eastwood-Stein
DEPOSITION MANAGEMENT

550 West C Street, Suite 600
San Diego, CA  92101
800-514-2714

Exhibit 20
Page 000347

```
1    Q    Did you ever testify against Microsoft?
2    A    No.
3    Q    Against Dell?
4    A    No.
5    Q    Against Gateway?                                09:53
6    A    No.
7    Q    You worked for Apple; right?
8    A    That's correct.
9    Q    14 years?
10   A    That's correct.                                 09:53
11   Q    What did you do there?
12   A    I was their first application software
13   programmer, and I did that for approximately three
14   years, after which I was a -- what was called at that
15   time a human interface designer, now called a        09:53
16   human-computer interaction designer.  And I did that,
17   along with being the human interface evangelist at
18   Apple, for the remainder of my tenure.
19   Q    What's a human interface evangelist?
20   A    My job was to go out and help companies in      09:53
21   trouble, review their software, review their
22   processes, figure out what was going wrong and help
23   them make it go right.
24   Q    You acted as a -- what did you call it?
25   Human-computer interface; is that right, HCI?        09:54
```

12

| | | |
|---|---|---|
| 1 | strictly for looking up fonts; right? | |
| 2 | A   That's correct. | |
| 3 | Q   But the Key Caps keyboard and the Mac | |
| 4 | that's been identified in the -- Mr. Buscaino's | |
| 5 | reports, it has a display field; right? | 12:15 |
| 6 | A   It -- well, you have to be able to see the | |
| 7 | font. | |
| 8 | Q   So you can take your mouse and you can | |
| 9 | click on the keys of the keypad and they will appear | |
| 10 | in the display; right? | 12:16 |
| 11 | A   That's correct. | |
| 12 | Q   And why would they do that? | |
| 13 | A   Well, first of all, if you are trying to | |
| 14 | decide on fonts, it's useful to be able to see the | |
| 15 | font, so that's the initial reason. | 12:16 |
| 16 | The second reason is certain special fonts, | |
| 17 | like Symbol and so forth where there's no mapping | |
| 18 | between the symbol that you are looking at, which | |
| 19 | might be a star shape or a heart shape or something, | |
| 20 | and what's written on your keyboard, so if you want | 12:16 |
| 21 | one of those -- there's a similar device in Windows. | |
| 22 | I'm not sure what it's called, but you might actually | |
| 23 | click on that, get that one symbol, cut and paste it | |
| 24 | into your document. | |
| 25 | Those were the two motivations for having | 12:16 |

1   Key Caps and for having half a display.  It was never

2   intended to have someone use that instead of a

3   keyboard.

4       Q    And I thought you said earlier that the

5   patent claims of the Day patent have no intent            12:16

6   requirement associated with it?

7            MR. BRIDGES:  Objection to form.

8            THE WITNESS:  And I think that's a fair

9   objection, but the fact is you can't type into that

10  field using Key Caps.  You would have to go to a          12:17

11  great deal of trouble to assemble a string, copy it

12  and paste it, or at least paste it.  I think you have

13  to both copy it and paste.

14  BY MR. MARCHESE:

15      Q    Let's take a look at the claim language          12:17

16  again.  Go to claim 1.

17           And the tool -- would you agree with me

18  that an on-screen keyboard allows a user to compose?

19           When you called out the keyboard from

20  the --                                                    12:17

21      A    Yes.

22      Q    -- from the Pocket PC; right?

23      A    Yes.

24      Q    So the key allows you to compose?

25      A    Yes.                                             12:17

127

```
1    STATE OF CALIFORNIA       )
                               :ss
2    COUNTY OF SAN FRANCISCO   )

3

4         I, the undersigned, a Certified Shorthand

5    Reporter of the State of California, do hereby

6    certify:

7         That the foregoing proceedings were taken

8    before me at the time and place herein set forth;

9    that any witnesses in the foregoing proceedings,

10   prior to testifying, were placed under oath; that a

11   verbatim record of the proceedings was made by me

12   using machine shorthand, which was thereafter

13   transcribed under my direction; further, that the

14   foregoing is an accurate transcription thereof.

15        I further certify that I am neither

16   financially interested in the action, nor a relative

17   or employee of any attorney or any of the parties.

18        IN WITNESS HEREOF, I have this date

19   subscribed my name.

20

21   Dated: July 3, 06

22

23

24   _____
     RACHEL FERRIER
25   CSR No. 6948
```