David A. Hahn (SBN 125784)
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101
Telephone:   (619) 235-2100
Facsimile:   (619) 235-2101

Attorneys for Lucent Technologies Inc. and
Multimedia Patent Trust

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>    Plaintiff,<br>  v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants,<br>  and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener. | Case No. 07-CV-2000 H (CAB)<br><br>**PROOF OF SERVICE** |
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant. | |
| LUCENT TECHNOLOGIES INC.,<br><br>    Plaintiff,<br>  v.<br><br>DELL INC.,<br><br>    Defendant. | |

Lucent Technologies Inc. v. Gateway, Inc., et al.
Case No. 07-CV-2000 H (CAB)

## PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is Hahn & Adema, 501 West Broadway, Suite 1600, San Diego, California 92101-8474.

On December 14, 2007, I served the within documents:

1. **LUCENT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356; and**
2. **DECLARATION OF ERIC D. HAYES IN SUPPORT OF LUCENT'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356**

X    by EFC, by causing a true and correct copy hereof to be transmitted to the parties listed above via the CASD ECF system as registered recipients as follows:

by placing the document(s) listed above in a sealed envelope via Federal Express Service at San Diego, California addressed as set forth below.

by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

by transmitting the document(s) listed above via electronic transmission to the addressee(s) as set forth below from electronic notification address sfrost@hahnadema.com. The transmission was reported completed without error.

| | |
|---|---|
| John E. Gartman<br>Christopher S. Marchese<br>**FISH & RICHARDSON P.C.**<br>12390 El Camino Real<br>San Diego, CA  92130<br>Telephone:    858-678-5070<br>Facsimile:      858-678-5099<br>marchese@fr.com<br>Attorneys for *Microsoft Corp.* | Ali Sharifahmadian<br>**Arnold & Porter LLP**<br>555 Twelfth Street, N.W.<br>Washington, DC  20004-1206<br>Telephone:    202-942-6370<br>Facsimile:      202-942-5999<br>Ali_sharifahmadian@aporter.com<br><br>Attorneys for *Dell Inc.* |

David J. Zubkoff
**SELTZER, CAPLAN, MCMAHON & VITEK**
750 "B" Street, Suite 2100
San Diego, CA  92101
Telephone:    619-685-3003
Facsimile:      619-702-6827
zubkoff@scmv.com
Attorneys for *Gateway, Inc., et al.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of

1

Lucent v. Gateway, et al.
PROOF OF SERVICE

Case No. 07-CV-2000 H (CAB)

1  the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

2

3  Executed on December 14, 2007, at San Diego, California.

4  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

5

6  X  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.

7

8  *Susan Frost*
Susan Frost

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

2

**COURTESY COPIES BY ELECTRONIC MAIL TO:**

Trial Counsel for Gateway:
Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX 78701
Tel:    512-394-3000
Fax:    512-394-3001
Email:    bryan.farney@dechert.com
            jeff.plies@dechert.com
            lawrence.fluker@dechert.com

Trial Counsel for Dell:
James S. Blackburn
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone:   213-243-4000
Facsimile:   213-243-4199
Email:       james_blackburn@aporter.com

Trial Counsel for Dell:
Joel Freed
**McDermott Will & Emery**
600 13th Street, N.W.
Washington, DC 20005-3096
Tel:    202-756-8000
Fax:    202-756-8087
Email:       jfreed@mwe.com

Courtesy emails include:

| | |
|---|---|
| **All documents filed served** | All pleadings filed or served were included in the email along with any exhibits. |
| **Main Pleading documents (without exhibits)** | All main pleading documents were included in the email except for exhibits. Exhibits were over 50 pages long. As per our service agreement, a hard copy will follow via overnight mail. |

3

Lucent v. Gateway, et al.                                             Case No. 07-CV-2000 H (CAB)
PROOF OF SERVICE