David A. Hahn (SBN 125784)
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

Attorney for Plaintiffs *Lucent Technologies Inc.*
and *Multimedia Patent Trust*
(*Additional counsel listed on the last page*)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　　　Plaintiff,<br>　　v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　　　Defendants,<br>　　and<br><br>MICROSOFT CORPORATION,<br><br>　　　　Intervener. | Case No. 07-CV-2000-H (CAB)<br><br>consisting of matters severed from consolidated cases:<br><br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**PLAINTIFFS' NOTICE OF PATENT CLAIMS EXPECTED TO BE ASSERTED AT TRIAL**<br><br>Date:　　　February 20, 2008<br>Time:　　　9:00 A.M.<br>Courtroom:　13<br>Judge:　　　Hon. Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　　　Defendant. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DELL INC.,<br><br>　　　　Defendant. | |

Pursuant to the Court's December 11, 2007 Order, Plaintiffs Multimedia Patent Trust and Lucent Technologies Inc. submit this notice to identify the patent claims that each currently expects to assert at the trial commencing February 20, 2008, as well as the operative claim-construction order for each claim.

## I. MULTIMEDIA PATENT TRUST'S IDENTIFICATION OF ASSERTED CLAIMS.

Multimedia Patent Trust currently expects to assert the following patent claims at trial.

### A. The Haskell '226 Patent (U.S. Patent No. 4,958,226)

Multimedia Patent Trust expects to assert **independent claim 12** at trial. The Court issued the operative claim-construction Order for this patent on July 13, 2005, docket entry no. 311. A copy of that Order is attached hereto as **Exhibit A**.

### B. The Netravali '272 Patent (U.S. Patent No. 4,383,272)

Multimedia Patent Trust expects to assert **independent claim 13** at trial. The Court issued the operative claim-construction Order for this patent on August 15, 2005, docket entry no. 329. A copy of that Order is attached hereto as **Exhibit B**.

## II. LUCENT'S IDENTIFICATION OF ASSERTED CLAIMS.

Lucent currently expects to assert the following patent claims at trial.

### A. The Day '356 Patent (U.S. Patent No. 4,763,356)

Lucent expects to assert **independent claim 19** and **dependent claim 21** at trial. The Court issued the operative claim-construction Order for this patent on April 17, 2007, docket entry no. 1552, which addresses claim 19 at pages 7-8 and claim 21 at page 8. A copy of that Order is attached hereto as **Exhibit C**.

### B. The Agulnick '295 Patent (U.S. Patent No. 5,347,295)

Lucent expects to assert **independent claim 1**, **dependent claim 3**, **dependent claim 4**, **dependent claim 6**, **dependent claim 12**, **independent claim 39**, **dependent claim 40**, **independent claim 41**, **dependent claim 43**, and **dependent claim 46** at trial. The Court issued the operative claim-construction Order for this patent on February 24, 2004, docket entry no. 172, which addresses claim 1 at pages 3-5, claim 3 at pages 5-6, claim 4 at page 6, claim 6 at page 7, claim 12 at

page 7, claim 39 at pages 7-9, claim 40 at page 9, claim 41 at pages 9-11, claim 43 at page 11, and claim 46 at page 11. A copy of that Order is attached hereto as **Exhibit D**.

### C. The Fleming '759 Patent (U.S. Patent No. 4,439,759)

Lucent expects to assert **independent claim 1**, **independent claim 2**, and **dependent claim 3** at trial. The Court issued the operative claim-construction Order for this patent on November 15, 2005, docket entry no. 371, which addresses claim 1 at pages 3-5, claim 2 at pages 5-6, and claim 3 at page 7. A copy of that Order is attached hereto as **Exhibit E**.

Dated: December 17, 2007

By: _____s/David A. Hahn_____

David A. Hahn (SBN 125784)
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

John M. Desmarais (admitted *pro hac vice*)
Robert A. Appleby (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for *Lucent Technologies Inc.* and *Multimedia Patent Trust*