USDC SCAN INDEX SHEET










```
MAM    2/26/04    8:20
3:02-CV-02060    LUCENT TECHNOLOGIES V. GATEWAY INC
*172*
*O.*
```

```
                                    04 FEB 25 PM 3:20
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY, INC AND GATEWAY COUNTRY STORES LLC; and, MICROSOFT CORPORATION; and, DELL, INC., <br><br> Defendants. | Civil No: 02CV2060-B(LAB); <br> 03CV0699-B(LAB); <br> 03CV1108-B(LAB) <br><br> **ORDER CONSTRUING CLAIMS FOR UNITED STATES PATENT NUMBER 5,347,295** |

Before the Court is the matter of claims construction for U.S. Patent Number 5,347,295 ("the Agulnick '295 Patent") in the above titled cases for patent infringement.[1] Pursuant to <u>Markman v. Westview Instruments, Inc.</u>, 517 U.S. 370 (1996), the Court

---

[1] Lucent originally filed two separate patent infringement actions, one against Defendant Gateway (02CV2060), and a second against Defendant Dell (03CV1108). Microsoft intervened in the action filed by Lucent against Gateway. Microsoft also filed a declaratory judgment action against Lucent (03CV0699) and Lucent filed counterclaims for patent infringement against Microsoft in that action. On July 7, 2003, the Court entered an order consolidating these three cases. There are a total of 15 different patents involved in these three cases collectively.

1 conducted a Markman hearing regarding construction of the disputed claim terms for the
2 Agulnick '295 Patent on September 24-25, 2003 and February 3-9, 2004. Plaintiff Lucent
3 Technologies, Inc. ("Lucent") was represented by the Kirkland & Ellis law firm, Defendant
4 Gateway Inc. ("Gateway") was represented by the Dewey Ballantine law firm, Defendant
5 Microsoft Corporation ("Microsoft") was represented by the law firm of Fish and
6 Richardson and Defendant Dell, Inc. ("Dell") was represented by the Arnold and Porter law
7 firm.

8 The purpose of the Markman hearing was for the Court, with the assistance of the
9 parties, to prepare jury instructions interpreting the pertinent claims for all claim terms at
10 issue in the Agulnick '295 Patent. Additionally, the Court and the parties prepared a "case
11 glossary" for terms found in the claims and the specification for the Agulnick '295 Patent,
12 considered to be technical in nature and which a jury of laypersons would not understand
13 clearly without specific definition. As the case advances, the parties may request additional
14 terms to be added to the glossary as to further facilitate the jury's understanding of the
15 disputed claims.

16 After careful consideration of the parties' arguments and the applicable statues and
17 case law, the Court **HEREBY CONSTRUES** all claim terms in dispute in the Agulnick
18 '295 Patent and **ISSUES** the relevant jury instructions as written in exhibit A, attached
19 hereto. Further, the Court **HEREBY DEFINES** all pertinent technical terms as written in
20 exhibit B, attached hereto.

21 **IT IS SO ORDERED**
22 Dated: 2-24-04

HON. RUDI M. BREWSTER
23 United States District Judge

24 cc: Hon. Leo S. Papas
    United States Magistrate Judge
25

26
    All Counsel of Record
27

28                                2                    02CV2060; 03CV0699; 03CV1108

# EXHIBIT A

| VERBATIM CLAIM ELEMENT[2] | MEANING AS DECIDED IN MARKMAN HEARING |
|---|---|
| **CLAIM 1** | |
| An Apparatus for controlling a computer system comprising a screen for displaying information and a **stylus** having a tip for inputting information into the computer, including: | As is.<br><br>**Stylus** - a pen-like object whose position and contact with a surface can be continuously detected electronically. |
| first detecting means coupled to said computer for detecting a **stroke** of the **stylus** tip in contact with the screen | Function: detecting a stroke of the stylus tip in contact with the screen.<br><br>Corresponding Structure: Pen position digitizer 20, as shown in figs. 2 and 3 and described in the specification at Col. 6: 21-22; and Col 6: 53-68.<br><br>**Stroke** - a single drawing movement, including a tap. |
| second detecting means coupled to said computer for detecting a departure of the **stylus** tip from the screen; | Function: detecting a departure of the stylus tip from the screen.<br><br>Corresponding Structure: Pen position digitizer 20, as shown in figs. 2 and 3 and described in the specification at Col. 6: 21-22; and Col. 6: 53-68. |

---

[2] All terms which are underlined and bold-faced in the verbatim column are clarified and/or defined in the corresponding "meaning" column.

| VERBATIM CLAIM ELEMENT | MEANING AS DECIDED IN MARKMAN HEARING |
|---|---|
| means coupled to said computer for defining termination of a **gesture** comprising at least one **stroke** in response to said departure of the **stylus** tip; | Function: defining termination of a gesture comprising at least one stroke in response to the departure of the stylus tip from the screen.<br><br>Corresponding Structure:<br>(1) Pen position digitizer 20, as shown in figs. 2 and 3 and described in the specification at Col. 6: 21-22; and Col. 6: 53-68; and<br><br>(2) Pen position digitizer co-processor 90, with software that determines that a gesture is complete, as shown in fig. 3 and described in the specification at Col. 6: 36-37, Col.1:65 - Col.2:5, and Col. 17:1-14.<br><br>**Gesture** - a symbol or mark. |
| means coupled to said computer for recognizing a plurality of said **gestures**, said recognizing means including means for comparing each said **gesture** to at least one predefined shape; | Function: recognizing a plurality of said gestures which function includes the availability of using means for comparing each said gesture to at least one predefined shape.<br><br>Corresponding Structure:<br>(1) Pen position digitizer co-processor 90, as shown in fig. 3 and described in the specification at Col. 6: 36-37;<br><br>Programmed with one of the following handwriting recognition algorithms:<br><br>(2) The techniques for recognizing gestures disclosed in "Automatic Recognition of Handprinted Characters - - The State of the Art," Proceedings of the IEEE, pages 469-487, Vol. 68, No. 4, April 1980 (see Col. 4:41-46); or<br><br>(3) the techniques for recognizing gestures disclosed in U.S. Patent No. 5,151,950 to Hullender, entitled "Method For Pattern Recognition" (see Col. 5:1-6); or<br><br>(4) The Handwriting Translation Subsystem, disclosed in Appendix I, Architecture Reference Manual, Part Five, Input and Handwriting Translation, Chapter 1.2, pp. 7-10 |

| VERBATIM CLAIM ELEMENT | MEANING AS DECIDED IN MARKMAN HEARING |
|---|---|
| **means** coupled to said computer for implementing each said recognized **gesture**, said implementing means including means for performing a predetermined action associated with each said predefined shape, said predetermined action being determined by the context in which said **gesture** was used, including a first context in which said action is executed upon an **operating system level object** and a second context in which said action is executed upon an **application level object**. | Function: implementing each said recognized gesture which function includes the availability of using means for performing a predetermined action associated with each said predefined shape<br><br>Corresponding Structure: CPU 50 programmed with algorithms known to persons skilled in the art for implementing gestures, as referenced in Col. 4:32-41 and Col. 4:49-56.<br><br>This paragraph specifically claims the system's design allowing use of a single set of gestures for identical executable commands at both the operating system level and the application level.<br><br>**Operating System Level Object** - an object that can be manipulated by a user, which is displayed outside the context of an application program<br><br>**Application Level Object** - an object that can be manipulated by a user, which is displayed within the context of an application program. |
| **CLAIM 3** | |
| The apparatus of claim 1, wherein: said second detecting means includes means for detecting proximity of the **stylus** tip to the screen; and | Function: detecting proximity of the stylus tip to the screen<br><br>Corresponding Structure: Complimentary electronic circuitry by which the proximity of the stylus tip to the computer is sensed, including:<br><br>(1) Stylus 4, including radio frequency inductor/capacitor circuit 42 and switch 44 (see Figs. 1-2; Col. 6:16-18; Col. 6: 26-31; Col. 1:18-21; and Abstract); and<br><br>(2) Pen position digitizer 20, as shown in Figs. 2 and 3 and described in the specification at Col. 6:21-22; and Col. 6:61-68. |

| VERBATIM CLAIM ELEMENT | MEANING AS DECIDED IN MARKMAN HEARING |
|---|---|
| said apparatus further includes means coupled to said computer for displaying an indicator of the proximity of the **stylus** tip to the screen | Function: Displaying an indicator of the proximity of the stylus tip to the screen<br><br>Corresponding Structure:<br><br>(1) Pen position digitizer co-processor 90 and CPU 50 (see Fig. 3; and Col. 6:33-34 and Col. 6:36-37)<br><br>(2) Display Controller 80 (see Fig. 3; Col. 6:36); and<br><br>(3) Liquid Crystal display 10 (see Figs. 2-3; Col. 6: 20-21; and Col. 6: 48-52). |
| **Claim 4** | |
| The apparatus of claim 1, further including third detecting means for detecting a direction of motion of said **gesture**. | Function: detecting a direction of motion of the gesture.<br><br>Corresponding Structure:<br>(1) Pen position digitizer 20 (see Figs. 2-3; Col. 6: 21-22; and Col. 6:53-68); and<br><br>(2) Pen position digitizer co-processor 90 (see Fig. 3 and Col. 6:36-37). |

| VERBATIM CLAIM ELEMENT | MEANING AS DECIDED IN MARKMAN HEARING |
|---|---|
| **Claim 6** | |
| The apparatus of Claim 1, further including means coupled to said computer for displaying on said screen a shape representing the actual **gesture** made by a user of the computer | Function: displaying on the screen a shape representing the actual gesture made by a user of the computer.<br><br>Corresponding Structure:<br>(1) Pen position digitizer co-processor 90 and CPU 50 (see Fig. 3 and Col. 6:33-34 and Col. 6:36-37)<br><br>(2) Display Controller 80 (see Fig. 3; Col. 6:36); and<br><br>(3) Liquid Crystal display 10 (see Figs. 2-3; Col. 6: 20-21; and Col. 6: 48-52). |
| **Claim 12** | |
| The apparatus of claim 3, further including means for terminating display of said indicator when the **stylus** tip departs from proximity to the screen. | Function: terminating display of said indicator when the stylus tip departs from proximity to the screen<br><br>Corresponding Structure:<br>(1) Pen position digitizer co-processor 90 and CPU 50 (see Fig. 3 and Col. 6:33-34 and Col. 6:36-37)<br><br>(2) Display Controller 80 (see Fig. 3; Col. 6:36); and<br><br>(3) Liquid Crystal display 10 (see Figs. 2-3; Col. 6: 20-21; and Col. 6: 48-52). |
| **Claim 39** | |
| An apparatus for controlling a computer system, the computer system compromising a screen for displaying information and a **stylus** having a tip for inputting information into the computer, including: | **Stylus** - a pen-like object whose position and contact with a surface can be continuously detected electronically. |
| detecting means coupled to said computer for detecting a **stroke** of the **stylus** tip in contact with the screen; | Function: detecting a stroke of the stylus tip in contact with the screen.<br><br>Corresponding Structure: Pen position digitizer 20, as shown in figs. 2 and 3 and described in the specification at Col. 6: 21-22; and Col 6: 53-68.<br><br>**Stroke** - a single drawing movement, including a tap. |

| **VERBATIM CLAIM ELEMENT** | **MEANING AS DECIDED IN MARKMAN HEARING** |
|---|---|
| means coupled to said computer for recognizing a **gesture** at least one **stroke** and an event indicating termination of the **gesture**, said recognizing means including means for comparing said **gesture** to at least one predefined shape and being for recognizing at least a first **gesture**, a second **gesture**, and a third **gesture** comprising said first and second **gestures**; and | **Gesture** - a symbol or mark<br><br>Function: recognizing a gesture comprising at least one stroke and an event indicating termination of the gesture, which function includes the availability of using means for comparing said gesture to at least one predefined shape and being for recognizing at least a first gesture, a second gesture, and a third gesture comprising the first and second gestures.<br><br>Corresponding Structure:<br>(1) Pen position digitizer co-processor 90, as shown in fig. 3 and described in the specification at Col. 6: 36-37;<br><br>Programmed with one of the following gesture termination algorithms (2 below) and one of the following handwriting recognition algorithms (3-5 below);<br><br>(2) Col.1:65 - Col. 2:5, and Col. 17:1-14; and<br><br>(3) The techniques for recognizing gestures disclosed in "Automatic Recognition of Handprinted Characters - - The State of the Art," Proceedings of the IEEE, pages 469-487, Vol. 68, No. 4, April 1980 (see Col. 4:41-46); or<br><br>(4) the techniques for recognizing gestures disclosed in U.S. Patent No. 5,151,950 to Hullender, entitled "Method For Pattern Recognition" (see Col.5:1-6); or<br><br>(5) The Handwriting Translation Subsystem, disclosed in Appendix I, Architecture Reference Manual, Part Five, Input and Handwriting Translation, Chapter 1.2, pp. 7-10. |

| VERBATIM CLAIM ELEMENT | MEANING AS DECIDED IN MARKMAN HEARING |
|---|---|
| implementing means coupled to said computer for implementing each recognized **gesture**, said implementing means including means for performing a first predetermined action associated with said first **gesture**, a second predetermined action associated with said second **gesture**, and a third predetermined action associated with third said **gesture**. | Function: implementing said recognized gesture which function includes the availability of using means for performing a first predetermined action associated with said first gesture, a second predetermined action associated with said second gesture, and a third predetermined action associated with said third gesture."<br><br>Corresponding Structure:<br>CPU 50 programmed with algorithms known to persons skilled in the art for implementing gestures, as referenced in Col. 4:32-41 and Col. 4:49-56. |
| **Claim 40** | |
| The apparatus of claim 39, wherein the shapes of said first and second **gestures** are substantially identical. | As is. |
| **Claim 41** | |
| An apparatus for controlling a computer system, the computer system comprising a screen for displaying information and a **stylus** having a tip for inputting information into the computer, including | **Stylus** - a pen-like object whose position and contact with a surface can be continuously detected electronically. |
| first detecting means coupled to said computer for detecting a **stroke** of the **stylus** tip in contact with the screen; | Function: detecting a stroke of the stylus tip in contact with the screen.<br><br>Corresponding Structure: Pen position digitizer 20, as shown in figs. 2 and 3 and described in the specification at Col. 6: 21-22; and Col 6: 53-68.<br><br>**Stroke** - a single drawing movement, including a tap. |

| VERBATIM CLAIM ELEMENT | MEANING AS DECIDED IN MARKMAN HEARING |
|---|---|
| means coupled to said computer for recognizing a **gesture** comprising at least one **stroke** and an event indicating termination of the **gesture**, said recognizing means including means for comparing said **gesture** to at least one predefined shape, each **stroke** of said **gesture** being located in substantially the same area of the screen: | **Gesture** - a symbol or mark<br><br>Function: recognizing a gesture comprising at least one stroke and an event indicating termination of the gesture, which function includes the availability of using means for comparing said gesture to at least one predefined shape, where each stroke of said gesture is located in substantially the same area of the screen<br><br>Corresponding Structure:<br>(1) Pen position digitizer co-processor 90, as shown in fig. 3 and described in the specification at Col. 6: 36-37;<br><br>Programmed with one of the following gesture termination algorithms (2 below) and one of the following handwriting recognition algorithms (3-5 below);<br><br>(2) Col.1:65 - Col. 2:5, and Col. 17:1-14; and<br><br>(3) The techniques for recognizing gestures disclosed in "Automatic Recognition of Handprinted Characters - - The State of the Art," Proceedings of the IEEE, pages 469-487, Vol. 68, No. 4, April 1980 (see Col. 4:41-46); or<br><br>(4) the techniques for recognizing gestures disclosed in U.S. Patent No. 5,151,950 to Hullender, entitled "Method For Pattern Recognition" (see Col.5:1-6); or<br><br>(5) The Handwriting Translation Subsystem, disclosed in Appendix I, Architecture Reference Manual, Part Five, Input and Handwriting Translation, Chapter 1.2, pp. 7-10. |

| VERBATIM CLAIM ELEMENT | MEANING AS DECIDED IN MARKMAN HEARING |
|---|---|
| second detecting means for detecting a direction of motion of the creation of said **gesture**, wherein the predefined shape of said recognized **gesture** also represents said direction of motion; and | Function: detecting a direction of motion of the creation of said gesture, wherein the predefined shape of said recognized gesture also represents said direction of motion<br><br>Corresponding Structure:<br>(1) Pen position digitizer 20 (see Figs. 2-3; Col. 6: 21-22; and Col. 6:53-68); and<br><br>(2) Pen position digitizer co-processor 90 (see Fig. 3 and Col. 6:36-37). |
| implementing means coupled to said computer for implementing said recognized **gesture**, said implementing means including means for performing a predetermined action associated with said predefined shape. | Function: implementing said recognized gesture which function includes the availability of using means for performing a predetermined action associated with said predefined shape<br><br>CPU 50 programmed with algorithms known to persons skilled in the art for implementing gestures, as referenced in Col. 4:32-41 and Col. 4:49-56. |
| **Claim 43** | |
| The apparatus of claim 41, further including means coupled to said computer for displaying on said screen a shape representing the actual **gesture** made by a user of the computer. | Function: displaying on the screen a shape representing the actual gesture made by a user of the computer.<br><br>Corresponding Structure:<br>(1) Pen position digitizer co-processor 90 and CPU 50 (see Fig. 3 and Col. 6:33-34 and Col. 6:36-37)<br><br>(2) Display Controller 80 (see Fig. 3; Col. 6:36); and<br><br>(3) Liquid Crystal display 10 (see Figs. 2-3; Col. 6: 20-21; and Col. 6: 48-52). |
| **Claim 46** | |
| The apparatus of claim 41, wherein said direction of motion of said **gesture** is associated with said predetermined action. | As is. |

# EXHIBIT B

**Stylus** - a pen-like object whose position and contact with a surface can be continuously detected electronically.

**Stroke** - a single drawing movement, including a tap.

**Gesture** - a symbol or mark.

**Operating System Level Object** - an object that can be manipulated by a user, which is displayed outside the context of an application program

**Application Level Object** - an object that can be manipulated by a user, which is displayed within the context of an application program.