1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　Intervenor and Counter-claimant, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB)<br>03-CV-1108 B (CAB)<br><br>**AMENDED JOINT NOTIFICATION OF TRIAL TIME ESTIMATE** |
| MICROSOFT CORPORATION,<br><br>　　Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　Defendant and Counter-claimant, | Date:　　　February 20, 2008<br>Time:　　　9:00 AM<br>Courtroom:　13<br>Judge:　　　Hon. Marilyn L. Huff |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 | Plaintiffs and Counterclaim-defendants, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 | Defendant and Counter-claimant. |

Case No. 07-CV-2000 H (CAB)

1  Pursuant to the Court's December 11, 2007 Order, the parties hereby submit an amended
2 trial estimate containing the number of court days.  The parties estimate that the trial will take
3 approximately **15 trial days** to complete.
4  Plaintiffs Lucent Technologies Inc. and Multimedia Patent Trust propose the following
5 estimate and breakdown of trial time:
6  **Plaintiffs: 45 hours**
7  **Defendants: 45 hours**
8  **Plaintiffs further note that the previous trial, while limited to two patents and one**
9 **defendant, included complicated defenses regarding co-ownership, standing, license, patent**
10 **reissues, and priority claims that are not present here.**
11  Defendants Gateway, Inc., Dell Inc. and Microsoft Corporation propose the following
12 estimate and breakdown of trial time:
13  **Plaintiffs: 5 days or 30 hours**
14  **Defendants: 10 days or 60 hours**
15  Defendants further note that the previous trial, which took approximately 12 court days to
16 complete, involved two patents, one technology (audio) and one defendant (Microsoft).  The trial
17 scheduled to begin on February 20 involves five patents, four different technologies, three
18 defendants (Microsoft, Dell and Gateway), and tort counterclaims by all defendants.   While
19 Lucent is correct that there were some issues in the first trial that will not be present in this trial,
20 the converse is also true.
21  Respectfully Submitted,
22 Dated:  December 17, 2007  FISH & RICHARDSON P.C.
23  /s/ Juanita R. Brooks
   Juanita R. Brooks
24  Attorneys for Microsoft Corporation
   brooks@fr.com
25
26 Dated:  December 17, 2007  McDERMOTT WILL & EMERY
   /s/ Joel S. Freed
27  Joel S. Freed
28  Attorneys for Dell, Inc.
   jfreed@mwe.com

   1  Case No. 07-CV-2000 H (CAB)

| | | |
|---|---|---|
| 1 | Dated:  December 17, 2007 | DECHERT LLP |
| 2 | | /s/Bryan Farney |
| | | Bryan Farney |
| 3 | | |
| 4 | | Attorneys for Gateway, Inc. |
| | | bryan.farney@dechert.com |
| 5 | Dated:  December 17, 2007 | KIRKLAND & ELLIS LLP |
| 6 | | /s/Robert A. Appleby |
| | | Robert Appleby |
| 7 | | |
| 8 | | Attorneys for Lucent Technologies, Inc. and Multimedia Patent Trust |
| | | rappleby@kirkland.com |
| 9 | | |

### DECLARATION OF CONSENT

I, Juanita Brooks, hereby attest:

Concurrence in the filing of the following document has been obtained from Robert Appleby, counsel for Lucent Technologies, Inc. and Multimedia Patent Trust, Joel Freed, counsel for Dell Inc., and Bryan Farney, counsel for Gateway, Inc. et al., which shall serve in lieu of their signatures on the document.

| | | |
|---|---|---|
| Dated: December 17, 2007 | | FISH & RICHARDSON P.C. |
| | | By:  /s/ Juanita R. Brooks |
| | |       Juanita R. Brooks |
| | | Attorneys for Microsoft Corporation |
| | | brooks@fr.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 17, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

   /s/ Juanita R. Brooks
Juanita R. Brooks
brooks@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION