# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al.*<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>SCHEDULING ORDER |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  To provide the parties with reasonable time for oral argument, the Court, on its own motion, continues the hearing currently set for January 7, 2008, at 10:30 AM to **January 8, 2008 at 9:30 AM**. This order pertains to all matters currently set for hearings on January 7, 2008, before Judge Huff. The briefing schedules for the relevant motions remain unchanged. The Court may set reasonable time limits for oral argument by a subsequent order.

IT IS SO ORDERED.

DATED: December 19, 2007

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.