FILED

2007 DEC 20  PM 4:21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>    vs.<br><br>GATEWAY, INC., _et al._<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counterclaimant | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>ORDER REGARDING JURY QUESTIONNAIRE |
| AND RELATED CLAIMS | |

    The Court has reviewed the parties' joint proposed jury questionnaire and related submissions regarding the anticipated length of trial. (See Doc Nos. 126-27, 133, 161.) The Court currently plans to screen jurors for availability from February 20, 2008, to April 4, 2008. The Court does not plan to hold any trial proceedings on Mondays, other than jury deliberations. Also, the Court will be unavailable for proceedings during the week beginning Monday, March 3, 2008.

/ / /

1    The Court attaches its questionnaire for the parties' reference. The Court shall

2  make arrangements for preparation and distribution of the questionnaire.

3

4    IT IS SO ORDERED.

5

6  Dated: 12/20/07

7                                    MARILYN L. HUFF, District Judge
                                     UNITED STATES DISTRICT COURT

8  COPIES TO:
   All parties of record.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA


JURY SCREENING QUESTIONNAIRE


This questionnaire relates to a civil case involving patents. You have been selected as part of the pool of people from which the jury will be selected. These questions will help the parties and the Court select a fair and impartial jury that is available to serve during the time required. The Court and the parties will keep all of your answers confidential.

The plaintiffs in this case are Lucent Technologies Incorporated and Multimedia Patent Trust. The plaintiffs are represented by the law firms of Kirkland and Ellis, LLP, and Hahn and Adema. The defendants are Microsoft Corporation, Dell Inc., Gateway, Inc. and Gateway Country Stores LLC. Defendant Microsoft Corporation is represented by the law firm of Fish & Richardson P.C. Defendant Dell Inc. is represented by the law firms of Arnold & Porter, LLP and McDermott Will & Emery LLP. Defendants Gateway, Inc. and Gateway Country Stores LLC are represented by Seltzer, Caplan, McMahon & Vitek and Dechert LLP.

Please answer all 23 questions below, unless instructed to skip a question, and sign at the end. If you do not have enough space, you may use the extra space provided on the last page or attach a letter explaining your answers. **You must return the completed questionnaire by [DATE].**

**Your Name (Print):** _____

**9-Digit Participant Number:**_____

## Availability

1.  The Court estimates that jurors selected for this case will need to serve from February 20, 2008 to approximately April 4, 2008. The Court currently plans to have no trial proceedings from Monday March 3, 2008 to Friday March 7, 2008, and jurors would be free during this time. Trials normally run only from Tuesday to Friday each week, leaving jurors free on Monday. Once the trial ends and jury deliberations begin, however, jurors must attend every day, including Monday (except Cesar Chavez Day, Monday March 31, 2008, which is a Court holiday). Although the Court aims to provide an accurate time estimate, the actual trial may be longer or shorter depending on a variety of factors. **Are you available to serve during these dates?**      Yes _____      No _____

2.  If your answer to question #1 was **no**, state your reasons below. Otherwise, you may skip this question.    Even if you answered no to question #1, you should complete the entire questionnaire. Financial hardship and job related issues are normally not an allowable excuse. An excuse from this case will not automatically excuse you from other jury service. For further instructions, see the attached letter from the Clerk's Office.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Other Questions

3.  What is your marital status?

    ___ Single and never married
    ___ Single, but living with partner for ___ years
    ___ Currently married, and have been for ___ years
    ___ Divorced/separated, but married in the past for ___ years
    ___ Widowed, but married in the past for ___ years

07cv2000

4.    Do you have any children?   Yes _____     No _____

If you answered **yes**, what are their genders, ages, and current employer or profession?

_____

_____

_____

_____

5.    How old are you?

___ 18-24          ___ 25-34          ___ 35-44
___ 45-54          ___ 55-64          ___ 65 or older

6.    Do you work, or have you worked at Lucent Technologies Inc.; Multimedia Patent Trust; Alcatel-Lucent; Microsoft Corporation; Dell Inc.; Acer, Inc.; Gateway Inc.; or Gateway Country Stores LLC?  (Check all that apply.)

| | | |
|---|---|---|
| Lucent | Yes ___ | No ___ |
| Multimedia Patent Trust | Yes ___ | No ___ |
| Alcatel-Lucent | Yes ___ | No ___ |
| Microsoft | Yes ___ | No ___ |
| Dell Inc. | Yes ___ | No ___ |
| Acer, Inc. | Yes ___ | No ___ |
| Gateway Inc. | Yes ___ | No ___ |
| Gateway Country Stores | Yes ___ | No ___ |

7.    Do you work, or have you ever worked for a company that competes with Lucent, Multimedia Patent Trust, Alcatel-Lucent, Microsoft, Dell, Acer, or Gateway?   Yes _____     No _____.

If you answered **yes** to question, please explain.

_____

_____

_____

8.    Have you read or heard anything about any litigation involving Lucent Technologies Inc.; Multimedia Patent Trust; Alcatel-Lucent; Microsoft Corporation; Dell Inc.; Acer, Inc., Gateway Inc.; or Gateway Country Stores LLC?  (Check all that apply.)

| | | |
|---|---|---|
| Lucent | Yes ___ | No ___ |
| Multimedia Patent Trust | Yes ___ | No ___ |
| Alcatel-Lucent | Yes ___ | No ___ |
| Microsoft | Yes ___ | No ___ |
| Dell | Yes ___ | No ___ |
| Acer, Inc. | Yes ___ | No ___ |
| Gateway Inc. | Yes ___ | No ___ |
| Gateway Country Stores | Yes ___ | No ___ |

1    If you answered **yes** to any of these, please answer question 8(a).  Otherwise, you may skip
question 8(a).

2

3    8(a).    Would anything you have read or heard limit your ability to be fair and impartial in this
case based upon the evidence received at trial?   Yes _____        No _____

4    If you answered **yes** to question 8(a), please explain.

5    _____

6    _____

7    _____

8    _____

9

10    9.    Do you, or to the best of your knowledge does any member of your family, own stock in
Lucent Technologies Inc.; Multimedia Patent Trust; Alcatel-Lucent; Microsoft Corporation;
Dell Inc.; Acer, Inc.; Gateway Inc., or Gateway Country Stores LLC.?  (Check all that apply.)

11

| | | |
|---|---|---|
| Lucent | Yes ___ | No ___ |
| Multimedia Patent Trust | Yes ___ | No ___ |
| Alcatel-Lucent | Yes ___ | No ___ |
| Microsoft | Yes ___ | No ___ |
| Dell | Yes ___ | No ___ |
| Acer, Inc. | Yes ___ | No ___ |
| Gateway Inc. | Yes ___ | No ___ |
| Gateway Country Stores | Yes ___ | No ___ |

16

17    10.    Do you know anyone who works for, consults for, or has ever done business with Lucent
Technologies Incorporated; Multimedia Patent Trust; Alcatel-Lucent; Microsoft Corporation;
Dell Inc.; Acer, Inc., Gateway Inc.; or Gateway Country Stores LLC?  (Check all that apply.)

18

| | | |
|---|---|---|
| Lucent | Yes ___ | No ___ |
| Multimedia Patent Trust | Yes ___ | No ___ |
| Alcatel-Lucent | Yes ___ | No ___ |
| Microsoft | Yes ___ | No ___ |
| Dell | Yes ___ | No ___ |
| Acer, Inc. | Yes ___ | No ___ |
| Gateway Inc. | Yes ___ | No ___ |
| Gateway Country Stores | Yes ___ | No ___ |

23    If you answered **yes** to any of these, please answer question 10(a).  Otherwise, you may skip
question 10(a).

24

25    10(a).    Would this relationship limit your ability to be fair and impartial in this case based
upon the evidence received at trial?   Yes _____        No _____

26    If you answered **yes** to question10(a), please explain.

27    _____

28    _____

_____

11.   Do you know or are you familiar with any of the law firms or attorneys listed below who are representing the parties in this case?     Yes _____     No _____

Representing Lucent
HAHN & ADEMA
David A. Hahn, Esquire

KIRKLAND & ELLIS LLP
John M. Desmarais, Esquire
Robert A. Appleby, Esquire
Paul A. Bondor, Esquire
Michael P. Stadnick, Esquire
James E. Marina, Esquire
Gregory F. Corbett, Esquire


Representing Gateway
SELTZER CAPLAN McMAHON & VITEK
David J. Zubkoff, Esquire

DECHERT LLP
Bryan Farney, Esquire
Steven R. Daniels, Esquire
Jeffrey B. Plies, Esquire
Jonathan D. Baker, Esquire
Andrew Thomases, Esquire

Representing Microsoft
FISH & RICHARDSON P.C.
Juanita Brooks, Esquire
Roger A. Denning, Esquire
John E. Gartman, Esquire
Thomas Melsheimer, Esquire
Gregory A. Madera, Esquire

Representing Dell
ARNOLD & PORTER LLP
James S. Blackburn, Esquire
Ali R. Sharifahmadian, Esquire
Matthew N. Bathon, Esquire
Joseph A. Micallef, Esquire

McDERMOTT WILL & EMERY LLP
Joel M. Freed, Esquire


If you answered **yes**, please circle the attorneys or law firms with whom you are familiar and explain how you are familiar with them.

_____

_____

_____

_____

_____


12.   In what area do you reside, and how long have you lived there?  (Do not list your address.)

_____

_____

_____

_____

07cv2000

13.   Please identify your current employer, your last employer if you are retired, and any previous employer for whom you worked for more than 5 years. Also, please list your job title, how long you have worked for the employer and briefly describe your job responsibilities:

_____

_____

_____

_____

_____

_____

_____

14.   Have you ever been employed by any local, state, or federal government (including the military)?   Yes _____     No _____

If you answered **yes**, please explain:

_____

_____

_____

_____

15.   If you are married, please list your spouse's current, or if retired most recent, employer and job title, length of employment, and a brief description of his or her job responsibilities.

_____

_____

_____

_____

16.   Starting with high school, please list all educational institutions that you attended, the years you attended, and any degrees earned.

_____

_____

_____

_____

17. Have you, or has anyone close to you, had any education, training, or work experience in: (Check all that apply.)

    a. The legal field?                    Yes ___    No ___
    b. Engineering?                        Yes ___    No ___
    c. Software development?               Yes ___    No ___
    d. Computer science?                   Yes ___    No ___
    e. Computers in general?               Yes ___    No ___
    f. Patents or Intellectual Property?   Yes ___    No ___

    If you answered **yes** to any of these, please explain:

    _____

    _____

    _____

18. Have you ever served on a jury before?    Yes ___    No ___

19. Have you, or has anyone you know well, ever received or attempted to get a patent, trademark, or copyright?    Yes ____    No _____

    If you answered **yes**, please explain:

    _____

    _____

    _____

20. Do you use a computer at work or home?    Yes ____    No _____

    If you answered **yes**, list here the purposes for which you use your computer and answer questions 19(a) and 19(b) below.  Otherwise, you may skip these questions.

    _____

    _____

    20(a).  How often do you use your computer at work or home?

    _____

    _____

    20(b).  What computer operating system(s) do you currently use?  (Check all that apply.)

    ___ Microsoft Windows       ___ Apple Macintosh        ___ Linux
    ___ Other (please describe) _____

07cv2000

21. Do you use any of the following?  (Check all that apply.)

       \_\_\_ Microsoft Money software?
       \_\_\_ Intuit Quicken software?
       \_\_\_ Microsoft Outlook software?
       \_\_\_ a PDA (personal digital assistant) with Microsoft Windows Mobile or Pocket PC software?
       \_\_\_ a handheld computer, such as a PDA or a Tablet PC with a pen or stylus?
       \_\_\_ Microsoft Windows Media Player software?
       \_\_\_ Microsoft Windows Moviemaker software?
       \_\_\_ Microsoft Xbox 360?
       \_\_\_ Your computer to play DVD movies?
       \_\_\_ Dell computers?
       \_\_\_ Gateway computers?

22. Have you, a family member, or a close friend ever been personally involved in a lawsuit(s)?
Yes \_\_\_\_     No \_\_\_\_\_

If you answered **yes**, answer 22(a) through 22(c).  Otherwise, you may skip these questions.

22(a).  Who was involved: you, a family member, or a close friend?

_____

22(b).  What was the role of the person involved?
\_\_\_ Plaintiff (filed lawsuit)     \_\_\_ Defendant (was sued)
\_\_\_ Witness                        \_\_\_ Other (please describe) _____

22(c).  What was the nature of the dispute(s)?

_____

_____

_____

23. Do you have any other personal experiences, specialized knowledge, or strongly-held opinions that would influence your service as a juror in a patent infringement dispute involving computers and software?  Yes \_\_\_\_\_     No \_\_\_\_\_

If you answered **yes**, please describe:

_____

_____

_____

_____

07cv2000

1   You may use the following additional space to complete any of your answers:

2   _____

3   _____

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19

20   **Sign and date the affirmation below before returning this form:**

21   **"I declare under penalty of perjury that my answers are true and correct."**

22

23   _____

24   Sign Here                     Date

25

26   _____

27   Print Your Name Here

28

07cv2000

**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
Attn:  Jury Department
880 Front Street, Suite 1265
San Diego, California 92101-9621
Phone: (800) 998-9035
(619) 557-5284

W. Samuel Hamrick, Jr.
Clerk of Court

Dear Prospective Juror:

You are currently summoned for jury service in the month of February, 2008.  You have now been
selected at random for screening on a specific trial during that month.

You are required to complete and return the enclosed questionnaire.  **YOU MUST ANSWER by
returning the questionnaire, completed and signed, in the self-addressed stamped envelope NO
LATER THAN __[day/date]_____.**

**IF YOU INDICATE THAT YOU *ARE* AVAILABLE for this trial**:  Disregard the original call-in date
of __[date]_____.  You are now to call for further reporting instructions on this specific trial by calling
the recorded message, 1 (800) 998-9035, after 6:00 P.M. on __[day/date]_____.  If the specific trial
schedule changes or if you are not selected for this specific trial, you are still on call and may be randomly
selected to report during the remainder of your one-month term.

**IF YOU INDICATE THAT YOU *ARE NOT* AVAILABLE for this trial**:  The judge assigned to this
case will review your request to be excused from this specific trial and will make the final decision
regarding your request.  *You will continue with the one-month term for which you were previously
summoned*.  *You will continue to call for further reporting instructions as stated in the original
summons by calling the recorded message*, 1 (800) 998-9035, after 6:00 P.M. on _[day/date]_____.
Please note:  The granting of an excuse by the Judge will apply **ONLY** to **THIS** case.  **You will remain
subject to call for other cases for the one-month term.**  If you have a compelling reason to request to be
excused from your entire one-month jury service,  you must provide a **separate letter** detailing your
request to be excused, and return that letter along with the attached questionnaire in the reply envelope
provided.

***\*\* REMINDER:  When you call the recorded message for updated reporting instructions, you must
have the 9-digit participant number, located just above your name and address on your summons and
also located directly below the bar-code on your Juror Identification Badge.***

Sincerely,
W. Samuel Hamrick, Jr.,  Clerk of Court

by _____
Jury Clerk