David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone (619) 235-2100
Facsimile  (619) 235-2101

Attorney for *Lucent Technologies Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>                     Plaintiffs,<br><br>     v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>                     Defendants,<br>and<br><br>MICROSOFT CORPORATION,<br><br>                     Intervener. | Case No. 07-CV-2000 H (CAB)<br>severed from<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**LUCENT'S COMBINED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON COUNTERCLAIMS AND DEFENSES RELATED TO MULTIMEDIA PATENT TRUST**<br><br>Date:              January 7, 2008<br>Time:             9:30 A.M.<br>Courtroom:     13<br><br>Honorable Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>                     Plaintiff,<br>     v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>                     Defendant. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>                     Plaintiffs,<br><br>     v.<br><br>DELL INC.,<br><br>                     Defendant. | |

LUCENT'S COMBINED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON COUNTERCLAIMS AND DEFENSES RELATED TO MULTIMEDIA PATENT TRUST

Case No. 07-CV-2000 H (CAB), severed from
Case No. 02-CV-2060 B (CAB), Case No. 03-CV-0699 B (CAB),
and Case No. 03-CV-1108 B (CAB)

1    Lucent files this combined opposition to Microsoft's Motion for Summary Judgment on

2  Counterclaims and Defenses Related to Multimedia Patent Trust (D.I. 112), Dell's Amended Motion

3  for Summary Judgment of Non-Infringement Based on the Defense of License (D.I. 118), and

4  Defendants' (Microsoft, Dell, and Gateway) respective joinders to the above motions.  (*See* D.I. 115,

5  D.I. 120, D.I. 122, D.I. 132.)

6    Microsoft's motion seeks summary judgment on its declaratory-judgment claim that Lucent's

7  assignment of the Netravali '272 and Haskell '226 patents was void *ab initio* as allegedly

8  constituting a breach of the Lucent/Alcatel merger agreement or, alternatively, on its claim that the

9  assignment was a fraudulent transfer in violation of the Delaware Uniform Fraudulent Transfer Act

10  ("DUFTA").  Dell's motion seeks summary judgment that assignment was a fraudulent transfer in

11  violation of DUFTA.

12    Lucent has filed its own motion for summary judgment on each of the foregoing claims (D.I.

13  123), and believes that summary judgment should be granted in its favor.  Regarding Microsoft's

14  declaratory-judgment claim, this Court ruled in its October 1, 2007 summary judgment Order (D.I.

15  2109 in case no. 02-CV-2060) that Lucent did not breach the Lucent/Alcatel merger agreement when

16  Lucent assigned patents to the Trust.  Defendants' even moved for reconsideration of that ruling,

17  which was denied.  (D.I. 113.)  Because the **sole basis** for Microsoft's declaratory judgment claim

18  has already been decided adversely to Microsoft, Lucent is entitled to summary judgment that the

19  assignment was not *void ab initio*, and Microsoft's motion summary judgment should be denied.

20  (*See* D.I. 2106 of case no. 02-CV-2060 at 23-25.)

21    Lucent should also be granted summary judgment on Microsoft's and Dell's DUFTA claims.

22  because at the time of the assignment none of the Defendants was a creditor of Lucent , nor was

23  Lucent a debtor of any of the Defendants, a fact fatal to any DUFTA claim.  (*See id*. at 25-27.)  At a

24  minimum, however, there are material issues of fact as to whether Lucent's assignment of the

25  Netravali '272 and Haskell '226 patents to the Trust defrauded Defendants within the meaning of

26  DUFTA.  (*See id*. at 27-28.)  Therefore, should the Court deny Lucent's motion for summary

27  judgment, it should deny Defendants' motion as well.

28

LUCENT'S COMBINED OPPOSITION TO DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT ON
COUNTERCLAIMS AND DEFENSES RELATED TO
MULTIMEDIA PATENT TRUST

1

Case No. 07-CV-2000 H (CAB), severed from
Case No. 02-CV-2060 B (CAB), Case No. 03-CV-0699 B (CAB),
and Case No. 03-CV-1108 B (CAB)

1    Lucent's opposition is based on and incorporates as if fully set forth herein the following:

2    1)  Multimedia Patent Trust's August 31, 2007 Opposition to Defendants' Motions for

3    Summary Judgment on Trust Related Issues (D.I. 2106 of Case No. 02-CV-2060 B (CAB)), Sections

4    I, II, III.C, III.D.

5    2)  Lucent's joinder of Multimedia Patent Trust's August 31, 2007 Opposition to Defendants'

6    Motions for Summary Judgment on Trust Related Issues. (D.I. 2107 of Case No. 02-CV-2060 B

7    (CAB).)

8    3)  Exhibits cited in the relevant sections of Multimedia Patent Trust's August 31, 2007

9    Opposition to Defendants' Motions for Summary Judgment on Trust Related Issues.

10   4)  The August 31, 2007 Declaration of James E. Marina in Support of Multimedia Patent

11   Trust's Opposition to Defendants' Motions for Summary Judgment on Trust-Related Issues and

12   associated exhibits.  (D.I. 2106 of Case No. 02-CV-2060 B (CAB).)

13   5)  The August 31, 2007 Declaration of Bernard Zucker in Support of Multimedia Patent

14   Trust's Opposition to Defendants' Motions for Summary Judgment on Trust-Related Issues.  (D.I.

15   2106 of Case No. 02-CV-2060 B (CAB).)

16   6)  The Court's October 1, 2007 Summary Judgment Order.  (D.I. 2109 in case no. 02-CV-

17   2060.)

18   Dated: December 21, 2007

19   By:  _____s/David A. Hahn_____
     David A. Hahn, SBN 125784
     HAHN & ADEMA
20   501 West Broadway, Suite 1600
     San Diego, California  92101-3595
21   Telephone:  (619) 235-2100
     Facsimile:  (619) 235-2101

22
     John M. Desmarais (admitted *pro hac vice*)
23   Robert A. Appleby (admitted *pro hac vice*)
     James Marina (admitted *pro hac vice*)
24   KIRKLAND & ELLIS LLP
     153 East 53rd Street
25   New York, New York  10022
     Telephone:  (212) 446-4800
26   Facsimile:  (212) 446-4900

27   Attorneys for *Lucent Technologies Inc.*

28