1 | David A. Hahn, SBN 125784
1 | HAHN & ADEMA
2 | 501 West Broadway, Suite 1600
2 | San Diego, California 92101-3595
3 | Telephone (619) 235-2100
3 | Facsimile  (619) 235-2101

4 | Attorney for *Multimedia Patent Trust*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>  Plaintiffs,<br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>  Defendants,<br>and<br><br>MICROSOFT CORPORATION,<br><br>  Intervener. | Case No. 07-CV-2000 H (CAB)<br>severed from<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**MULTIMEDIA PATENT TRUST'S NOTICE OF JOINDER TO LUCENT'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON COUNTERCLAIMS AND DEFENSES RELATED TO MULTIMEDIA PATENT TRUST**<br><br>Date:         January 8, 2008<br>Time:        9:30 A.M.<br>Courtroom:    13<br><br>Honorable Marilyn L. Huff |
| MICROSOFT CORPORATION,<br>  Plaintiff,<br>v.<br>LUCENT TECHNOLOGIES INC.,<br>  Defendant. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>  Plaintiffs,<br>v.<br>DELL INC.,<br><br>  Defendant. | |

28 | MULTIMEDIA PATENT TRUST'S NOTICE OF JOINDER TO LUCENT'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON COUNTERCLAIMS AND DEFENSES RELATED TO MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000 H (CAB)<br>severed from Case Nos. 02-CV-2060-B (CAB),<br>03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)

Multimedia Patent Trust respectfully joins Lucent's December 21, 2007 combined opposition to Microsoft's Motion for Summary Judgment on Counterclaims and Defenses Related to Multimedia Patent Trust (D.I. 112), Dell's Amended Motion for Summary Judgment of Non-Infringement Based on the Defense of License (D.I. 118), and Defendants' (Microsoft, Dell, and Gateway) respective joinders to the above motions. (D.I. 115, D.I. 120, D.I. 122, D.I. 132.) Multimedia Patent Trust joins in all declarations, exhibits, and supporting pleadings, to the extent Defendants' assert counterclaims against Multimedia Patent Trust.

Dated: December 21, 2007        By:    s/David A. Hahn
                                        David A. Hahn, SBN 125784
                                        HAHN & ADEMA
                                        501 West Broadway, Suite 1600
                                        San Diego, California 92101-3595
                                        Telephone: (619) 235-2100
                                        Facsimile: (619) 235-2101

                                        John M. Desmarais (admitted *pro hac vice*)
                                        Robert A. Appleby (admitted *pro hac vice*)
                                        James Marina (admitted *pro hac vice*)
                                        KIRKLAND & ELLIS LLP
                                        153 East 53rd Street
                                        New York, New York 10022
                                        Telephone: (212) 446-4800
                                        Facsimile: (212) 446-4900
                                        Attorneys for *Multimedia Patent Trust*