UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; MICROSOFT CORPORATION; and DELL, INC., <br><br> Defendants. | Civil No.   07cv2000-H (CAB) <br><br> **ORDER FOLLOWING 12-21-07 DISCOVERY CONFERENCE** |
| And related counterclaims. | |

On December 21, 2007, the Court held a telephonic conference regarding the schedule to complete supplementation and service of expert reports and expert depositions. Paul Bonder, Esq., appeared for Lucent. Brian Farney, Esq., and Steve Daniels, Esq., appeared for Gateway. John Gartman, Esq., and Joseph Reid, Esq., appeared for Microsoft. Joel Freed, Esq., and James Blackburn, Esq., appeared for Dell. Despite counsel's good faith efforts to complete the supplementation of reports and conduct depositions on the schedule previously set by the Court, the parties requested some brief extensions. The Court finds good cause to modify the schedule, and it **IS HEREBY ORDERED THAT**:

1. Lucent will serve its supplemental export report incorporating new damage calculations no later than **December 27, 2007.**

2. The deposition of Lucent's expert, Roger Smith, regarding his November 13, 2007 supplemental report will take place on **January 4, 2008.**

3. Microsoft, Dell and Gateway may serve supplemental expert reports responding to Mr. Smith's November 13th report and the new damage calculations no later than **January 8, 2008.**

4. Depositions, if any, of the defendants' rebuttal experts must be concluded no later than **January 28, 2008.**

**IT IS SO ORDERED.**

**DATED:  December 21, 2007**

_____
CATHY ANN BENCIVENGO
**United States Magistrate Judge**