# EXHIBIT 1

# TO DECLARATION OF JOHN E. GARTMAN IN SUPPORT OF MICROSOFT CORPORATION'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT RE TRUST ISSUES

# FILED UNDER SEAL