EXHIBIT 2

TO DECLARATION OF JOHN E. GARTMAN IN SUPPORT OF MICROSOFT CORPORATION'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT RE TRUST ISSUES

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al.*<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>ORDER REGARDING STATUS OF SUMMARY JUDGMENT ON CERTAIN AMENDED COUNTERCLAIMS |

On September 14, 2007, the Court granted leave for defendants to file amended pleadings. (<u>See</u> 02-CV-2060-B, Doc. No. 2076.) At that time, there were various summary judgment motions pending before the Court regarding claims and defenses related to Lucent's creation of MPT and assignment of patents to MPT. Upon granting leave to file the amended pleadings, the Court indicated that:

> [A]ny motions pertaining to defenses and/or counterclaims newly added, supplemented or amended as a result of the leave to amend granted herein will not be heard by this Court in the September 26, 2007 summary judgment hearing. Parties may re-file motions on such claims at a later date to be determined by the Court.

- 1 -

07cv2000

EXHIBIT 2 PAGE 3

1  (02-CV-2060-B, Doc. No. 2076.)  The Court's ruling of October 1, 2007, confirmed this approach.  (See 02-CV-02060-B, Doc. No. 2109 at 20 n.5 (stating that "summary judgment motions on these newly added counterclaims will not be addressed herein ").)  At this time, it does not appear that the parties have attempted to bring any such motions or that any date has been set for them.  The Court notes that extensive briefing may not be necessary for such motions to the extent that the parties have already had an opportunity to address similar issues at the hearing on September 26, 2007.  Accordingly the Court orders as follows:

- Any motions for summary judgment regarding newly added counterclaims that were excluded from consideration by the Court's orders of September 26 and October 1, 2007, must be filed on or before **December 10, 2007**.
- Responses opposing such motions may be filed on or before **December 21, 2007**.
- Replies, if any, shall be filed on or before **December 28, 2007**.
- The Court sets a hearing date for any such motions on **January 7, 2008 at 10:30 AM**, though the Court retains its discretion to submit the motions on the papers.
- In briefing these issues, the parties may incorporate by reference their prior briefs on these issues.
- This order only grants leave to file motions related to issues that were not addressed as a result of the orders referenced above.
- All other dates remain as set.

IT IS SO ORDERED.

DATED:  November 30, 2007

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.