John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Christopher S. Marchese (SBN 170239)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
Telephone:     (858) 678-5070
Facsimile:     (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
Telephone:     (425) 882-8080
Facsimile:     (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervenor and Counter-claimant, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB)<br>03-CV-1108 B (CAB)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION PURSUANT TO CIVIL LOCAL RULE 79-2 FOR LEAVE TO FILE UNDER SEAL** |
| MICROSOFT CORPORATION,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant and Counter-claimant, | Dated:         January 8, 2008<br>Time:          9:30 a.m.<br>Courtroom:  13<br>Judge:         Hon. Marilyn L. Huff |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 | Defendant. |

Case No. 07-CV-2000 H (CAB)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 8, 2008 at 9:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101-8900, Defendants will move, and hereby do move, pursuant to Civil Local Rule 79-2, to file under seal (1) Defendants' Memorandum of Points and Authorities in Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims ("Defendants' Opposition"); and (2) Exhibit 1 to the Declaration of John Gartman in Support of Defendants' Memorandum of Points and Authorities in Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims ("Gartman Dec."). A redacted public version of Defendants' confidential Opposition is being filed concurrently herewith.

As set forth in the memorandum, good cause exists for granting this request. Defendants' Opposition refers to the Deposition Transcript of William Carapezzi, dated May 1, 2007, (Exhibit 1), which has been designated "Confidential" by Lucent Technologies Inc. ("Lucent") under the Protective Order entered in this matter. By designating this deposition as confidential, Lucent has represented that it reasonably and in good faith believes that that testimony should be protected from public disclosure. Further, Defendants' Opposition refers to documents which were filed under seal by order of this Court as confidential exhibits to the Declaration of James S. Blackburn in Support of Dell's Motion on Behalf of All Defendants for Summary Judgment of Non-Infringement Based on the Defense of License, the Declaration of Christopher S. Marchese in Support of Microsoft Corporation's Opposition to Lucent Technologies, Inc.'s and Multimedia Patent Trust's Motion for Summary Judgment, and the Declaration of Christopher S. Marchese in Support of Microsoft Corporation's Motion for Summary Judgment on Counterclaims and Defenses Related to Multimedia Patent Trust. Accordingly, Defendants believe that good cause exists to file its Opposition and Exhibit 1 to the Gartman Dec. under seal.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof , and the Declaration of John Gartman filed concurrently herewith,

1 | the pleadings, records and files in this action, and upon such other and further evidence and
2 | argument as may properly be presented prior to and at the hearing on the Motion.

3 | Dated: December 21, 2007                    FISH & RICHARDSON P.C.

By: /s/ John E. Gartman
John E. Gartman (SBN 152300)
gartman@fr.com

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 21, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

 /s/ John E. Gartman
John E. Gartman
gartman@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10797785.doc