1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Christopher S. Marchese (SBN 170239)
3  Fish & Richardson P.C.
   12390 El Camino Real
4  San Diego, California  92130
   Telephone:    (858) 678-5070
5  Facsimile:    (858) 678-5099

6  Stephen P. McGrath (SBN 202696)
   Microsoft Corporation
7  One Microsoft Way
   Redmond, WA  98052
8  Telephone:    (425) 882-8080
   Facsimile:    (425) 936-7329
9
   Attorneys for Intervenor/Counter-claimant
10 and Plaintiff/Counter-defendant
   MICROSOFT CORPORATION
11
                    UNITED STATES DISTRICT COURT
12
                  SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  LUCENT TECHNOLOGIES INC. and<br>MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000 H (CAB)<br>consisting of matters severed from<br>consolidated cases: |
| 15         Plaintiff and Counterclaim-defendant, | 02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB) |
| 16  v. | 03-CV-1108 B (CAB) |
| 17  GATEWAY, INC. and GATEWAY<br>COUNTRY STORES LLC, GATEWAY | **MEMORANDUM OF POINTS AND<br>AUTHORITIES IN SUPPORT OF** |
| 18  COMPANIES, INC., GATEWAY<br>MANUFACTURING LLC and | **DEFENDANTS' MOTION PURSUANT<br>TO CIVIL LOCAL RULE 79-2 FOR** |
| 19  COWABUNGA ENTERPRISES, INC., | **LEAVE TO FILE UNDER SEAL** |
| 20         Defendants and Counter-claimants, | |
| 21  and | |
| 22  MICROSOFT CORPORATION, | |
| 23         Intervenor and Counter-claimant, | |
| 24  MICROSOFT CORPORATION, | **Dated:        January 8, 2008**<br>**Time:          9:30 a.m.** |
| 25         Plaintiff and Counter-defendant, | **Courtroom:   13**<br>**Judge:        Hon. Marilyn L. Huff** |
| 26  v. | |
| 27  LUCENT TECHNOLOGIES INC., | |
| 28         Defendant and Counter-claimant, | |

1     LUCENT TECHNOLOGIES INC. and
      MULTIMEDIA PATENT TRUST,

2
              Plaintiff,

3
      v.

4
      DELL, INC.,

5
              Defendant.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-CV-2000 H (CAB)

1   I.    **INTRODUCTION**

2        Defendants submit this memorandum of points and authorities in support of their Motion to

3   File Under Seal Pursuant to Civil Local Rule 79-2:  (1) Defendants' Memorandum of Points and

4   Authorities in Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on

5   Defendants' Remaining Trust-Related Counterclaims ("Defendants' Opposition"); and (2) Exhibit 1

6   to the Declaration of John Gartman in Support of Defendants' Memorandum of Points and

7   Authorities in Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on

8   Defendants' Remaining Trust-Related Counterclaims ("Gartman Dec.").

9        As set forth below, good cause exists for filing these documents under seal. Defendants'

10  Opposition refers to the Deposition Transcript of William Carapezzi, dated May 1, 2007, (Exhibit

11  1), which has been designated "Confidential" by Lucent Technologies Inc. ("Lucent") under the

12  Protective Order entered in this matter.  By designating this deposition as confidential, Lucent has

13  represented that it reasonably and in good faith believes that that testimony should be protected

14  from public disclosure.  Moreover, because this exhibit is designated "Confidential" under the

15  Protective Order, Defendants are obligated to seek leave of Court to file them under seal.

16  Defendants' Opposition is based, in significant part, on information contained in Exhibit 1.  Thus, it

17  is essential to Defendants' Opposition that this information be considered by the Court.

18  Accordingly, Defendants respectfully request that the Court grant its Motion to Seal its Reply and

19  Exhibit 1 to the Gartman Dec.

20  II.   **PROCEDURAL BACKGROUND**

21       On October 16, 2007, the Honorable Rudi M. Brewster issued an order severing certain

22  matters from cases (1) *Lucent Technologies, Inc., et al. v. Gateway, et al.*, Case No. 3:02-CV-2060

23  B (CAB), (2) *Microsoft Corporation v. Lucent Technologies, Inc., et al.*, Case No. 3:03-CV-0699 B

24  (CAB), and (3) *Lucent Technologies, Inc., et al. v. Dell Computer Corp.*, Case No. 3:03-CV-1108

25  B (CAB), thus creating this case**.**  Prior to the severing order, a Stipulated Protective Order between

26  Lucent and Microsoft in Case No. 02-CV-2060 B (LAB) [Docket No. 137] was filed with the Court

27  on September 16, 2003.  *See* Declaration of John Gartman in Support of Defendants' Motion to File

28  Under Seal ("Gartman Sealing Dec.") at Ex. A.  The parties agreed to prevent public disclosure of

1    materials marked by the producing party as either "Confidential" or "Outside Counsel Only" under

2    the Stipulated Protective Order. *See id.* Accordingly, Defendants are obligated to seek leave to file

3    such documents under seal. *Id*. (Ex. A at 17, ¶ 22). By designating documents and depositions as

4    "Confidential" or "Outside Counsel Only," Lucent impliedly represented that it reasonably and in

5    good faith believes that these documents should be protected from public disclosure. *Id.* (Ex. A at

6    8-9, ¶ 1(d)).

7           The Defendants' Opposition references Exhibit 1 to the Gartman Dec., or information

8    contained in those documents, at the following pages and lines:

9           **1.      p. 13, lines 1-5: Discusses the deposition testimony of William Carapezzi, which**

10                  **was designated as "Confidential" by Lucent.**

11          Defendants' Opposition also references confidential exhibits to the Declaration of James S.

12   Blackburn in Support of Dell's Motion on Behalf of All Defendants for Summary Judgment of

13   Non-Infringement Based on the Defense of License, the Declaration of Christopher S. Marchese in

14   Support of Microsoft Corporation's Opposition to Lucent Technologies, Inc.'s and Multimedia

15   Patent Trust's Motion for Summary Judgment, and the Declaration of Christopher S. Marchese in

16   Support of Microsoft Corporation's Motion for Summary Judgment on Counterclaims and Defenses

17   Related to Multimedia Patent Trust, or information contained in those documents, at the following

18   pages and lines:

19          **1.      p. 4, lines 21-23; page 5, lines 5-11, 26-27; p. 6, lines 1-2; p.7, lines 10-21; p. 8,**

20                  **lines 2-10, 16-20:  Discusses determinations made by Lucent concerning the**

21                  **MPEG LA licensing agreements and certain Lucent patents, which were**

22                  **designated "Confidential" by Lucent;**

23          **2.       p. 6, lines 26-28; p. 7, lines 1-2: Discusses Lucent's interests in Multimedia**

24                  **Patent Trust, which were designated "Confidential" by Lucent; and**

25          **3.      p. 9, lines 1-6:   Discusses the confidential treatment of Multimedia Patent**

26                  **Trust, which was designated "Confidential" by Lucent.**

27

28

                                                          2                      Case No. 07-CV-2000 H (CAB)

1    III.    ARGUMENT

2        "Protective orders and filings under seal are the primary means by which the courts ensure

3    full disclosure of relevant information, while still preserving the parties' (and third parties')

4    legitimate expectation that confidential business information, proprietary technology and trade

5    secrets will not be publicly disseminated." *In re Adobe Sys., Inc. Securities Litigation*, 141 F.R.D.

6    155, 161-162 (N.D. Cal. 1992) (citing cases).  Exhibit 1 to the Gartman Dec. was designated as

7    "Confidential" by Lucent pursuant to the protective order in *Lucent Technologies, Inc., et al. v.*

8    *Gateway, et al.*, Case No. 3:02-CV-2060 B.  Defendants' Opposition refers to information in this

9    "Confidential" exhibit.

10       By so designating this deposition testimony, Lucent has represented that it reasonably and

11   in good faith believes that such materials should be protected from public disclosure.  As such,

12   good cause exists to seal these materials to protect them from public disclosure.  *Synopsys, Unc. v.*

13   *Magma Design Automation, Inc.*, No. C04-03923 MMC, 2006 WL 997190 (N.D. Cal. 2006)

14   (granting motion to seal based on parties' designation of materials as confidential under a stipulated

15   protective order).

16       Furthermore, it is essential to Defendants' Opposition that this exhibit be accepted for filing

17   under seal by the Court.  Defendants' Opposition relies on information contained in this document

18   and deposition.

19   IV.    CONCLUSION

20       For the foregoing reasons, Defendants seeks an Order granting them permission to file

21   under seal the confidential Defendants' Opposition, as well as the confidential Exhibit 1 to the

22   Gartman Declaration.

23   Dated:  December 21, 2007                FISH & RICHARDSON P.C.

24

25                                            By:  /s/ John E. Gartman

26                                                 John E. Gartman (SBN 152300)
                                                   gartman@fr.com

27                                            Attorneys for Intervenor/Counter-claimant

28                                            and Plaintiff/Counter-defendant
                                              MICROSOFT CORPORATION

                                        3                    Case No. 07-CV-2000 H (CAB)

**<u>CERTIFICATE OF SERVICE</u>**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on December 21, 2007 to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any

other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.


                                         /s/ John E. Gartman_____
                                        John E. Gartman
                                        gartman@fr.com

                                        Attorney for Intervenor/Counter-claimant
                                        and Plaintiff/Counter-defendant
                                        MICROSOFT CORPORATION

10797760.doc

Case No. 07-CV-2000 H (CAB)