1  Bryan W. Farney *(pro hac vice)*
   Jeffrey B. Plies *(pro hac vice)*
2  DECHERT LLP
   300 West 6th Street, Suite 1850
3  Austin, Texas 78701
   Telephone: (512) 394-3000
4  Facsimile: (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN McMAHON VITEK
6  750 "B" Street, Suite 2100
   San Diego, CA 92101
7  Telephone: (619) 685-3003
   Facsimile: (619) 685-3100
8
   Attorneys for Defendants and Counterclaimants,
9  GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 LLC, AND COWABUNGA ENTERPRISES, INC.

11

12 **UNITED STATES DISTRICT COURT**

13 **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiff and Counter-Defendant, | Case No. 02-CV-2060-B (CAB) Case No. 03-CV-0699-B (CAB) |
| v. | Case No. 03-CV-1108-B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **PROOF OF SERVICE** **RE: GATEWAY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)** |
| Defendants and Counter-Claimants, | |
| and | |
| MICROSOFT CORPORATION | Date: January 7, 2008 Time: 10:30 a.m. Courtroom: 13, 5th Floor |
| Intervenor and Counter-Claimant. | Judge: Hon. Marilyn L. Huff |
| AND CONSOLIDATED CASES | |

PROOF OF SERVICE                                                Case No. 07-CV-2000- H (CAB)

I am a resident of the State of California, over the age of eighteen years, not a party to the within action, and am employed in Mountain View, County of Santa Clara, California. I served a copy of the following document(s):

1.   **GATEWAY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,439,759 (FLEMING)**

**BY FEDERAL EXPRESS:**  Copies of said documents were delivered to the parties listed below by Federal Express on December 21, 2007.

Counsel for Lucent:

David H. Hahn
Sue Frost
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:     (619) 235-2100

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:     (858) 678-5070

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:     (213) 243-4199

**ELECTRONIC MAIL:**      Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

    rappleby@kirkland.com
    jhohenthaner@kirkland.com
    akellman@kirkland.com
    dhahn@hahnadema.com
    sfrost@hahnadema.com

Counsel for Microsoft

    marchese@fr.com
    denning@fr.com
    barnes@fr.com
    brooks@fr.com
    srodriguez@fr.com

<u>Counsel for Dell</u>

jfreed@mwe.com
Ali.Sharifahmadian@aporter.com
james_blackburn@aporter.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Mountain View, California.

      /s/Carol Skogstrom
      Carol Skogstrom

13050167