Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMACHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST<br><br>Plaintiffs and Counter-Defendants<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000 H (CAB) *consisting of matters severed from the consolidated cases:*<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**GATEWAY'S NOTICE OF MOTION AND MOTION UNDER FED. R. CIV. P. 72(a) FOR REVIEW OF MAGISTRATE JUDGE'S RULING DENYING MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORT**<br><br>Date:       January 22, 2008<br>Time:      10:30 a.m.<br>Courtroom: 13, 5th floor<br>Judge:     Hon. Marilyn L. Huff |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1    Please take notice that Gateway, Inc.; Gateway Country Stores LLC; Gateway
2    Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway")
3    will and hereby does move the Court to grant its Motion Under Fed. R. Civ. P. 72(a) For Review
4    of Magistrate Judge's Ruling Denying Motion to Strike Untimely Supplemental Expert Report.
5    The instant motion is based upon the Federal Rules of Civil Procedure, the files and records in
6    this action, and any materials submitted to the Court on or before the time of its decision on this
7    matter, including the following documents (which are filed simultaneously with this motion):
8        1.    Gateway's Notice of Motion and Motion;
9        2.    Gateway's Memorandum of Points and Authorities in Support of this motion;
10       3.    Gateway's Notice of Lodgment of Exhibits Submitted Under Seal, with attached
11   Exhibits A and B, which was lodged with the Clerk of the Southern District of California;

Dated: December 21, 2007            DECHERT LLP

                                    By:    /s/   Steven R. Daniels
                                               Steven R. Daniels

                                    Attorneys For Defendants And Counterclaimants
                                    GATEWAY, INC. *et. al*.

- 2 -    GATEWAY'S NOTICE OF MOTION AND MOTION
         FOR REVIEW OF MAGISTRATE JUDGE'S RULING
         CASE NO. 07-CV-2000-H (CAB)