1 | Bryan W. Farney *(pro hac vice)*
  | Steven R. Daniels (SBN 235398)
2 | Jeffrey B. Plies *(pro hac vice)*
  | DECHERT LLP
3 | 300 W. Sixth Street, Suite 1850
  | Austin, Texas 78701
4 | Telephone: (512) 394-3000
  | Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN MCMAHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone:    (619) 685-3003
Facsimile:    (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000 H (CAB) *consisting of matters severed from the consolidated cases:* |
| Plaintiff and Counter-Defendant, | Case No. 02-CV-2060 B (CAB) |
| | Case No. 03-CV-699 B (CAB) |
| v. | Case No. 03-CV-1108 B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **PROOF OF SERVICE** |
| Defendants and Counter-Claimants, | Date:    January 22, 2008 |
| and | Time:    10:30 a.m. |
| | Courtroom:    13 |
| MICROSOFT CORPORATION | Judge:    Honorable Marilyn L. Huff |
| Intervenor and Counter-Claimant. | |
| AND CONSOLIDATED CASES | |

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. On December 21, 2007, I served a copy of the following documents:

1      <u>Filed electronically</u>

2

3      **GATEWAY'S NOTICE OF MOTION AND MOTION UNDER FED. R. CIV. P. 72(a) FOR REVIEW OF MAGISTRATE JUDGE'S RULING DENYING MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORT.**

4

5      **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(a) FOR REVIEW OF MAGISTRATE JUDGE'S RULING DENYING MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORT.**

6

7      **GATEWAY'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS SUBMITTED IN SUPPORT OF IT MOTION FOR REVIEW.**

8      **PROOF OF SERVICE**

9      <u>E-mailed to Judge Brewster's Clerk</u>

10

11      **ORDER GRANTING GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(a) FOR REVIEW OF MAGISTRATE JUDGE'S RULING DENYING MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORT.**

12

13      **ORDER FOR LEAVE TO FILE UNDER SEAL EXHIBITS SUBMITTED IN SUPPORT OF GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(a) FOR REVIEW OF MAGISTRATE JUDGE'S RULING DENYING MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORT.**

14

15      <u>Hand delivered to United States District Court Clerk</u>

16      **NOTICE OF LODGMENT OF DOCUMENTS SUBMITTED UNDER SEAL RE: GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(a) FOR REVIEW OF MAGISTRATE JUDGE'S RULING DENYING MOTION TO STRIKE UNTIMELY EXPERT REPORT.**

17

18      **[WITH EXHIBITS A - B]**

19

20      I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

21

22

23  **BY FEDERAL EXPRESS:** Said documents were served by Federal Express to the addresses stated below on December 21, 2007:

24  <u>Counsel for Lucent:</u>

25  David Hahn
Hahn & Adema
26  501 West Broadway, Suite 1730
San Diego, CA 92101
27  Telephone:  (619) 235-2100

28

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:     (858) 678-5070

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:     (213) 243-4199

**ELECTRONIC MAIL:**     Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

    rappleby@kirkland.com
    jhohenthaner@kirkland.com
    akellman@kirkland.com
    aadema@hahnadema.com

Counsel for Microsoft

    marchese@fr.com
    denning@fr.com
    barnes@fr.com
    brooks@fr.com
    srodriguez@fr.com

Counsel for Dell

    jfreed@mwe.com
    Ali.Sharifahmadian@aporter.com
    james_blackburn@aporter.com

    I declare that I am a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Austin, Texas

                                                  ___/s/ Steven R. Daniels___
                                                      Steven R. Daniels