1  Bryan W. Farney *(pro hac vice)*
   Steven R. Daniels (SBN 235398)
2  Jeffrey B. Plies *(pro hac vice)*
   DECHERT LLP
3  300 W. Sixth Street, Suite 1850
   Austin, Texas 78701
4  Telephone:  (512) 394-3000
   Facsimile:  (512) 394-3001
5
   David J. Zubkoff (SBN 149488)
6  SELTZER CAPLAN MCMAHON VITEK
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone:    (619) 685-3003
8  Facsimile:    (619) 685-3100

9  Attorneys for Defendants and Counterclaimants,
   GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10 GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
   LLC, AND COWABUNGA ENTERPRISES, INC.

11

**UNITED STATES DISTRICT COURT**

12

**SOUTHERN DISTRICT OF CALIFORNIA**

13

14

| | |
|---|---|
| 15 LUCENT TECHNOLOGIES INC. | Case No. 07-CV-2000 H (CAB) *consisting of matters severed from consolidated cases:* |
| 16   Plaintiff and Counter-Defendant, | Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-699 B (CAB) |
| 17   v. | Case No. 03-CV-1108 B (CAB) |
| 18 GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC | **GATEWAY'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS** |
| 19 and COWABUNGA ENTERPRISES, INC. | **SUBMITTED IN SUPPORT OF ITS MOTION FOR REVIEW** |
| 20   Defendants and Counter-Claimants, | |
| 21   and | Date:       January 22, 2008<br>Time:       10:30 a.m. |
| 22 MICROSOFT CORPORATION | Courtroom: 13, 5th Floor<br>Judge:      Honorable Marilyn L. Huff |
| 23   Intervenor and Counter-Claimant. | |
| 24 AND CONSOLIDATED CASES | |

25

26   Pursuant to Civil Local Rule 79-2, Gateway Country Stores LLC; Gateway Companies,

27 Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") files this

28

DECHERT LLP
ATTORNEYS AT LAW
AUSTIN

GATEWAY'S MOTION FOR LEAVE TO FILE
UNDER SEAL
Case No. 07-CV-2000 H (CAB)

motion for leave to file under seal the following documents, filed with the Court in support of Gateway's Motion Under Fed. R. Civ. P. 72(A) for Review of Magistrate Judge's Ruling Denying Motion to Strike Untimely Supplemental Expert Report.

1. Exhibit A is Defendants' Letter Brief dated November 27, 2007, to the Honorable Magistrate Judge Cathy Ann Bencivengo. This document has been designated "Confidential" because it discusses business practices and financial information that Dell, Inc., Microsoft Corporation and Gateway deem confidential, and because it includes exhibits that have been designated by a party or parties to this case as confidential, pursuant to the governing Protective Order.

2. Exhibit B is Defendants' Letter Brief, dated December 5, 2007, replying to Lucent's opposition letter brief. This letter brief has been designated "Confidential," because it discusses business practices and financial information that Dell, Inc., Microsoft Corporation and Gateway deem confidential.

Dated: December 21, 2007        DECHERT LLP


                                By:    /s/ Steven R. Daniels
                                       Steven R. Daniels

                                Attorneys For Defendants And Counterclaimants
                                GATEWAY, INC. *et. al*.

# CERTIFICATE OF SERVICE

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. I served a copy of the following document(s):

**GATEWAY'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS SUBMITTED IN SUPPORT OF ITS MOTION FOR REVIEW**

I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

**BY FEDERAL EXPRESS:** Said documents were served by Federal Express to the addresses stated below on December 21, 2007:

Counsel for Lucent:

David Hahn
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:   (619) 235-2100

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:   (858) 678-5070

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:   (213) 243-4199

**ELECTRONIC MAIL:**   Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

   rappleby@kirkland.com
   jhohenthaner@kirkland.com
   akellman@kirkland.com
   dhahn@hahnadema.com
   sfrost@hahnadema.com

Dechert LLP
Attorneys At Law
Austin

- 3 -

GATEWAY'S MOTION FOR LEAVE TO FILE
UNDER SEAL
Case No. 07-CV-2000 H (CAB)

Counsel for Microsoft

    marchese@fr.com
    denning@fr.com
    barnes@fr.com
    brooks@fr.com
    srodriguez@fr.com

Counsel for Dell

    jfreed@mwe.com
    Ali.Sharifahmadian@aporter.com
    james_blackburn@aporter.com

    I declare that I am a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Austin, Texas

                                              /s/ Steven R. Daniels
                                              Steven R. Daniels, Esq.

13048967.1.LITIGATION

Dechert LLP
Attorneys At Law
Austin

- 4 -

GATEWAY'S MOTION FOR LEAVE TO FILE
UNDER SEAL
Case No. 07-CV-2000 H (CAB)