John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Christopher S. Marchese (SBN 170239)
Lara S. Garner (SBN 234701)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
Telephone:    (858) 678-5070
Facsimile:    (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
Telephone:    (425) 882-8080
Facsimile:    (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWBUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counter-claimant,<br><br>MICROSOFT CORPORATION,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant and Counter-claimant, | Case No. 07-CV-2000 H (CAB)<br>consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB) and<br>03-CV-1108 B (CAB)<br><br>**DECLARATION OF LARA S. GARNER RE REPLY IN SUPPORT OF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356**<br><br>Date:         January 7, 2008<br>Time:        10:30 a.m.<br>Courtroom:  13<br>Judge:        Honorable Marilyn L. Huff |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC., |
| 2 |     Plaintiff, |
| 3 | v. |
| 4 | DELL, INC., |
| 5 |     Defendant. |

7  I, Lara S. Garner, provide the following declaration in the above-captioned matter based on my own personal knowledge except where stated otherwise, and if called to do so, could and would competently testify as follows:

10  1. I am an attorney in the law firm of Fish & Richardson P.C., counsel of record for Intervener and counter-claimant Microsoft Corporation ("Microsoft") in the above entitled matter.

12  2. I make this declaration based on my own knowledge and could and would testify competently to the matter contained therein.

14  3. Attached as Exhibit 1 are true and correct copies of screen-shots of screens displayed by J.K. Lasser's Your Money Manager on an MS DOS-based IBM PC compatible computer.

17  4. Attached as Exhibit 2 is a true and correct copy of excerpts from the August 19, 2003 Tutorial Transcript.

19  5. Attached as Exhibit 3 is a true and correct copy of excerpts from the December 1983 issue of Byte Magazine.

21  6. Attached as Exhibit 4 is a true and correct copy of excerpts transcript of the November 20, 2007 deposition of Lucent's expert Bruce Tognazzini.

23  7. Attached as Exhibit 5 is a true and correct copy of excerpts from the December 1983 issue of Personal Computing Magazine.

25  8. Attached as Exhibit 6 is a true and correct copy of excerpts from the December 1983 issue of PC Magazine.

27  9. Attached as Exhibit 7 is a true and correct copy of excerpts from the January 1985 issue of Byte.

1   10.  Attached as Exhibit 8 is a true and correct copy of excerpts from the June 1985 issue of PC Magazine.

2   11.  Attached as Exhibit 9 is a true and correct copy of excerpts from the January 1986 issue of PC Magazine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 21, 2007, in San Diego, California.

                                                  /s/ Lara S. Garner  
                                                  Lara S. Garner (SBN 234701)

10797659.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 21, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

 /s/ Lara S. Garner
Lara S. Garner (SBN 234701)
lgarner@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

# EXHIBIT LIST
# TABLE OF CONTENTS

| Exhibit | Page No(s). |
|---|---|
| EXHIBIT 1 | 1 |
| EXHIBIT 2 | 2-6 |
| EXHIBIT 3 | 7-19 |
| EXHIBIT 4 | 20-25 |
| EXHIBIT 5 | 26-28 |
| EXHIBIT 6 | 29-32 |
| EXHIBIT 7 | 33-36 |
| EXHIBIT 8 | 37-39 |
| EXHIBIT 9 | 40-43 |