# EXHIBIT 1







EXHIBIT 1  PAGE 1