# EXHIBIT 2

```
                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA


LUCENT TECHNOLOGIES,        ) Case No. 02CV2060-B(LAB)
                            )           03VC0699
          Plaintiff,        )           03CV1108
                            )
vs.                         ) San Diego, California
                            )
GATEWAY, INC., et al.,      ) Tuesday,
                            ) August 19, 2003
          Defendants.       ) 9:00 a.m.
                            )

                   TRANSCRIPT OF TUTORIAL
            BEFORE THE HONORABLE RUDI M. BREWSTER
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:          JANE HAHN, ESQ.
                            Hahn & Adema
                            501 West Broadway
                            Suite 1730
                            San Diego, California 92101
                            (619) 235-2100

                            JOHN M. DESMARAIS, ESQ.
                            ROBERT A. APPLEBY, ESQ.
                            JAMES T. BAILEY, ESQ.
                            ALAN S. KELLMAN, ESQ.
                            Kirkland & Ellis, LLP
                            Citigroup Center
                            153 East 53rd Street
                            New York, New York 10022
                            (212) 446-4664




Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

APPEARANCES:  (Cont'd.)

For Gateway:                JEFFREY PLIES, ESQ.
                            W. BRYAN FARNEY, ESQ.
                            JACINDA MARLEY, ESQ.
                            Dewey Ballantine LLP
                            816 Congress Avenue
                            Suite 1900
                            Austin, Texas 78701
                            (512) 226 0415

                            JONATHAN BAKER, ESQ.
                            Dewey Ballantine LLP
                            2300 Geng Road
                            Palo Alto, California 94303
                            (650) 845-7130

                            Page 1
```

EXHIBIT 2  PAGE 2

```
 9 to choose from like we just saw.  Some of them are called
10 transitory information tools which update information
11 periodically, like dates and times and things like that, and
12 then there's composition tools that allow the user to
13 compose the information such as calculators and on-screen
14 keyboards, and we'll show you some examples of that.
15          So we just talked about this one.  If you want to
16 input the model, you can get this model collection screen to
17 pop up in overly, and then you can select.  You -- this is
18 an example of a list tool where you would move your cursor
19 with your mouse or with your arrow keys over to the one you
20 want to select, and you click on it, and then the
21 convertible will pop into the model space on the form.
22          And then it goes on to the next field.  The next
23 field in this particular example is the year.  In this
24 system, one of the predefined tools is you'd call up for the
25 year field, and, again, it's a list of the available years,
```
                                                                -87-
```
 1 and you can click on the year.  You move your -- with your
 2 mouse you move the arrow over to year, and you click on it,
 3 and it goes into the year file, go to the year field.
 4          And then it moves on to the next one, the quantity
 5 field.  In the quantity field you might not want to use a
 6 list, but you might want to use something that helps you
 7 compose the data, and in this particular instance up pops
 8 this number entry system.  As you can see here, you can pick
 9 out the numbers one and zero, and then you push enter to
10 enter the one and zero into the form.
11          So now you've got a 10 in your quantity field.
12 The user selects the next field in which to enter the data
13 by pointing to the chosen field and clicking on it.  So
14 we're going to click on the bid date field.  Now --
```

EXHIBIT 2  PAGE 3

15          THE COURT:  What is that?
16          MR. DESMARAIS:  -- here this is --
17          THE COURT:  I can't read the -- I can't read very
18 well the screen.  What's the -- what's in yellow up there?
19 what does that say?
20          MR. DESMARAIS:  The bid date.
21          THE COURT:  What?
22          MR. DESMARAIS:  B-I-D date.
23          THE COURT:  Bid date?
24          MR. DESMARAIS:  Bid date, yeah.  So we're talking
25 about a convertible from 1986.  There's 10 of them, and

-88-

 1 what's the date of the transaction.  So --
 2          THE COURT:  You're bidding on a car?
 3          MR. DESMARAIS:  Right.  So you're going to -- so
 4 what is the date you want to put -- you want to put in
 5 today's date.
 6          THE COURT:  What's ES -- what does ES mean?
 7          MR. DESMARAIS:  Well, so the way it works is you
 8 would -- when you click on this bid date column, up pops
 9 this helpful tool which gives you the date and the time
10 automatically.  It automatically updates the date and the
11 time.
12          THE COURT:  That's the left box there?
13          MR. DESMARAIS:  Right.  That's the left boxes on
14 the date and time tool.  And then you can -- you have two
15 options in the patent.  You can click on E, which is enter,
16 and then it stays in that field, or you can click on ES
17 which is being shown here which is enter the data and skip
18 to the next field automatically.  So we'll then go to the
19 next box.

EXHIBIT 2  PAGE 4

20          THE COURT:  I see.  Okay.
21          MR. DESMARAIS:  So for the customer -- now it
22 comes up, so it would skip to the next one which is the
23 customer name field.  The form system highlights the field
24 and concurrently oversplays -- displays a predefined tool
25 like a keyboard.  So for a customer name, you know, you're

                                                         -89-

 1 not going to be able to use a predefined list or a
 2 predefined collection, and it's not like bid date which is
 3 information the computer can update automatically.  This is
 4 a field where you need to compose the data.  You need to
 5 make up the information.  So up pops a keyboard on your
 6 screen, and then you can use the keyboard to spell out the
 7 name.
 8          THE COURT:  Do you just touch that with your
 9 finger?  You type on it?
10          MR. DESMARAIS:  You can -- you can -- there's lots
11 of different ways you can do it.  You can do it with your
12 finger.  You can do it with a stylus or you can use the
13 arrow key.
14          THE COURT:  Hunt and peck or whatever you want.
15          MR. DESMARAIS:  Yeah, or you --
16          THE COURT:  But you have to touch those letters?
17          MR. DESMARAIS:  Or you can use a mouse --
18          THE COURT:  Just like --
19          MR. DESMARAIS:  -- to put your thing there and
20 click on it, and there's lots of different ways --
21          THE COURT:  But you have to use the keyboard to
22 spell out what you're doing?
23          MR. DESMARAIS:  Exactly.
24          THE COURT:  Okay.
25          MR. DESMARAIS:  In this particular field you would

EXHIBIT 2  PAGE 5

-90-

1  use the keyboard, and then you'd hit yes, and it will put in
2  the name and skip to the next frame.
3          THE COURT:  Is there a place to correct if you --
4          MR. DESMARAIS:  Yeah, you can go back and delete
5  and correct and all that sort of stuff.
6          THE COURT:  Where's the --
7          MR. DESMARAIS:  So, as -- as the previous examples
8  demonstrate, the system of the Day 356 patent enables the
9  user to rapidly enter data into the fields of a form through
10 this clicking and pointing and the touch screen stylus or
11 computer mouse.  You can use either one.  You can use your
12 fingers.  You can use the mouse.  You can use the touch
13 screen stylus for your -- you know, your --
14         THE COURT:  Uh-huh.
15         MR. DESMARAIS:  So in this manner the system
16 largely eliminates the time-consuming and error-prone task
17 of actually manually inputting all the data in all these
18 forms, and now we could go to, you know, essentially any
19 company that are using this sort of system to fill out the
20 forms and to put in the data.
21         And that leads us to the next -- so that's what
22 the Day Patent is about.  It's just how to fill in these
23 forms using these various tools that we saw.
24         The Agulnick Patent is another type of -- these
25 are called user interfaces, right, because they help the

-91-

1  user interface with the computer.  The Agulnick Patent is a
2  different type of interface.  It relates to stylus-
3  controlled computers.  It was filed in October of 1990.  It
4  issued in September of 1994 with 46 claims, and it expires

EXHIBIT 2  PAGE 6