# EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF CALIFORNIA
     --------------------------------X
 3   LUCENT TECHNOLOGIES, INC.          :
     and MULTIMEDIA PATENT TRUST,       :
 4            Plaintiffs                : Case No:
                  -vs-                  : 07-CV-2000-H (CAB)
 5   GATEWAY, INC., GATEWAY             :
     COUNTRY STORES, LLC, GATEWAY       : Consisting of
 6   COMPANIES, INC., GATEWAY           : matters severed
     MANUFACTURING, LLC, and            : from consolidated
 7   COWABUNGA ENTERPRISES, INC.,       : cases:
              Defendants                :
 8   and                                :
                                        : Case No.
 9   MICROSOFT CORPORATION,             : 02-CV-2060 B (CAB)
              Intervener                : Case No.
10   ----------------------------       : 03-CV-0699 B (CAB)
     MICROSOFT CORPORATION,             : Case No.
11            Plaintiff                 : 03-CV-1108 B (CAB)
                  -vs-                  :
12   LUCENT TECHNOLOGIES, INC.          :
              Defendant                 :
13   ----------------------------       :
     LUCENT TECHNOLOGIES, INC.          :
14   and MULTIMEDIA PATENT TRUST,       : Pages 1 - 279
              Plaintiffs                :
15                -vs-                  :
     DELL, INC.,                        :
16            Defendant                 :
                                        :
17   --------------------------------X
18        Videotape Deposition of Bruce Tognazzini
                     Washington, D.C.
19             Tuesday, November 20, 2007
20
21
     Reported by:  Kathleen M. Vaglica, RMR
22   Job No: 184311
```

Page 46

1  objects on screens to facilitate people being able
2  to enter information into a computer which is human
3  computer interaction.
4  BY MS. GARNER:
5     Q.  So do I understand you to say that the
6  field of data entry arrangements is the same thing
7  as the field of HCI?
8        MR. CORBETT:  Objection.
9  Mischaracterizes.
10       THE WITNESS:  The field of HCI is bigger
11 because it goes beyond just data entry, but, when
12 you speak of data entry arrangements, you are
13 speaking of the human computer interaction design of
14 a data entry system.
15 BY MS. GARNER:
16    Q.  So is the field of data entry arrangements
17 a subset of the field of HCI?
18       MR. CORBETT:  Objection.  Vague.  Beyond
19 the scope.
20       THE WITNESS:  I think that would be a fair
21 characterization.
22 BY MS. GARNER:

Page 47

1     Q.  In paragraph 29 you talk about what HCI
2  was like --
3     A.  I'm sorry.  Are we back at Exhibit --
4     Q.  I'm sorry.  Exhibit 2, paragraph 29.  You
5  refer to HCI at the time of the '356 patent's
6  invention, and you talk a little bit about that; is
7  that right?
8     A.  That's correct.
9     Q.  What time is that?  What time did you
10 refer to when you wrote your reports?
11       MR. CORBETT:  I'm going to object again.
12 We're still referring back to his first report.
13 Beyond the scope of supplemental report,
14 supplemental deposition to the extent he's already
15 given testimony on this in the first deposition.
16 I'll give a little more leeway, but if we can move
17 on to the subjects of the supplemental deposition
18 and supplemental report.
19       THE WITNESS:  I don't have the date of
20 filing for the Torok patent, but, essentially, it
21 was the period of time that included the data filing
22 of the Torok patent and the data filing of the Day

Page 48

1  patents.  And I believe the Torok patent was
2  earlier.
3  BY MS. GARNER:
4     Q.  So with respect just to the Day patent,
5  when you considered the state of the art with regard
6  to the Day patent, what time frame, the state of the
7  art at the time of the '356 patent invention, what
8  time frame were you considering?
9     A.  December 11, 1986, the filing date of the
10 patent and the period that preceded it.
11    Q.  How long a period preceding?
12       MR. CORBETT:  Objection.  Vague.  Asked
13 and answered.
14       THE WITNESS:  Well, again, I don't have
15 before me the filing date of the Torok patent or at
16 least I don't think I have it before me, so I can't
17 tell you that.  On the other hand, things were
18 improving, so that, essentially, they only would
19 have been worse in the earlier date than what I'm
20 suggesting here.  Okay.  It does say here around
21 1980 at the time of the '956 patent, so it is
22 covering that full time, so 1980 to 1986.

Page 49

1  BY MS. GARNER:
2     Q.  So, when you considered whether or not
3  something, whether or not the Day patent was
4  obvious, you considered what was going on in HCI in
5  1980; is that right?
6        MR. CORBETT:  Objection.  Mischaracterizes
7  his testimony.
8        THE WITNESS:  No, that is not correct.
9  When I consider what was obvious in terms of the Day
10 patent, I considered what was going on at the end of
11 1986.
12 BY MS. GARNER:
13    Q.  And what was going on in HCI in 1986?
14       MR. CORBETT:  Objection.  Vague.
15       THE WITNESS:  Well, in general terms there
16 was one computer system out there that had a mouse
17 as a standard part of the system, the Macintosh, and
18 there were many, many, many, many others that did
19 not, including a wide variety of, as I recall at
20 this time, and, again, I'm just working from memory,
21 a wide variety of companies making MS DOS compatible
22 machines.

13 (Pages 46 to 49)

Page 50

1    In addition to several other models of
2 Apples that did not ship with a mouse, there was an
3 initial release of Windows that was available at the
4 time, but was not, had almost no market penetration
5 because it didn't work particularly well and because
6 there were -- people typically didn't have a mouse,
7 so, essentially, it was a world still populated by
8 MS DOS and other menu-driven navigational interface
9 systems while over in the corner there was this
10 emerging mouse-based technology going on.  There was
11 also great hostility between the two camps.
12 BY MS. GARNER:
13    Q.  The mouse guys and the keyboard guys?
14    A.  Yes.
15    Q.  Other than that distinction, mice and
16 keyboards, were there any other changes going on in
17 the field of HCI in 1986?
18       MR. CORBETT:  Objection.  Vague.
19 Ambiguous.  Overbroad.
20       THE WITNESS:  That was the revolutionary
21 change.  There were evolutionary trends going on as
22 computers became more powerful, etc.

Page 51

1 BY MS. GARNER:
2    Q.  What kinds of evolutionary trends?
3    A.  Well, as you -- nothing, actually, there
4 wasn't too much that happened during this era.
5 About 1990 computers finally began to get up to
6 sufficient speed to begin to do new things, so this
7 was kind of an era where the text navigational menu
8 driven interfaces were at their peak trying to hang
9 on while the mouse was making inroads.  The mouse
10 systems were very weak at the time, which is why the
11 text systems were doing so well, and it would be
12 several more years before the horsepower really, of
13 the computers themselves got up there enough to
14 support the beginnings of the kinds of elaborate
15 software that we have today on mouse-based systems.
16       So you had one, the new camp, the mouse
17 camp in its infancy working, struggling to get every
18 last cycle out of the microprocessors and so forth
19 to support this much more elaborate interface, and
20 meanwhile you had these mature text-based systems
21 that were very efficient for the kind of work they
22 did carrying out much more complex tasks typically

Page 52

1 than the mouse-based systems, and it wouldn't be for
2 several more years again before these things took
3 over.
4       In terms of Windows, Microsoft was trying
5 to copy Apple always interface.  They got it wrong.
6 They got it wrong.  They got it wrong.  About
7 version three they began to get it right, but that
8 didn't come up until around 1990, which was, I
9 believe, the first time that any MS DOS machine
10 included a mouse in the box.  So you had a, just
11 a -- the Macintosh came out in 1984 with great
12 splash and then there was this kind of quiet period
13 as the hardware caught up with the vision of the
14 software that lasted up until about 1990.
15    Q.  So the Macintosh, the first computer with
16 a mouse standard, that came out in January of 1984;
17 is that right?
18       MR. CORBETT:  Objection.  Vague.
19 Mischaracterizes.
20       THE WITNESS:  Well, you, and compound
21 because the Mac was not the first computer with a
22 mouse.

Page 53

1 BY MS. GARNER:
2    Q.  Okay.  What was the first computer with a
3 mouse?
4    A.  The Xerox Star.
5    Q.  And you said in 1986 there was one
6 computer with a mouse standard.  What computer were
7 you referring to?
8    A.  The Macintosh.
9    Q.  The Star had a mouse at that point?
10    A.  The Star had died a bad death.
11    Q.  By what date?
12    A.  I think -- well, I'd have to look into it,
13 but I think by 1983.  I think so.  At any rate, it
14 never -- they sold very few machines ever, so it
15 never, never achieved profitability.  It never
16 achieved success.
17    Q.  But the Macintosh did?
18    A.  Ultimately.
19    Q.  And it was introduced in January of 1984;
20 is that right?
21    A.  Yes.
22    Q.  I think we all remember the Super Bowl

14 (Pages 50 to 53)

Page 70

1  you're asking me a question that has to do with the
2  internal architecture of Windows. I don't know that
3  Windows has a DOS emulator as opposed to access to
4  DOS, so I don't quite know how to answer your
5  question.
6  BY MS. GARNER:
7     Q.  Okay. Let me put it a different way then.
8  The machine on which you, the IBM PC compatible
9  machine on which you reviewed Your Money Manager, do
10 you think it was a modern machine or one from the
11 time period at which Your Money Manager software
12 first became available?
13    MR. CORBETT: Objection. Vague.
14 Ambiguous. Mischaracterizes. Asked and answered.
15    THE WITNESS: The second time I looked at
16 it it was a modern machine, and I don't really
17 remember the first machine, so --
18 BY MS. GARNER:
19    Q.  So the second time the computer was
20 running a version of Windows, and you got a separate
21 DOS window in which you ran the program, does that
22 sound right?

Page 71

1     A.  That's correct.
2     Q.  And the first time I think you said the
3  machine started up, and there was a DOS prompt. Did
4  I misunderstand that?
5     MR. CORBETT: Objection.
6  Mischaracterizes. Vague.
7     THE WITNESS: When I was prepared to run
8  YMM, there was a DOS prompt. However, Windows was
9  running on that system.
10 BY MS. GARNER:
11    Q.  So it was a DOS window in a Windows
12 program; is that right?
13    MR. CORBETT: Objection.
14 Mischaracterizes.
15    THE WITNESS: Well, again, I don't know.
16 I think at least earlier on you just simply got
17 below Windows to DOS which was lying underneath, and
18 I don't know what the current situation is, but,
19 yes, I was running in DOS on a system that also had
20 Windows.
21    MR. CORBETT: We've been going about two
22 hours. Does it make sense to take a break?

Page 72

1     MS. GARNER: That's fine. Break.
2     THE VIDEOGRAPHER: Going off the record at
3  10:52:33. We're off the record.
4     (Whereupon, a short recess was taken.)
5     THE VIDEOGRAPHER: Going on the record at
6  11:03:10. End of Tape 1. Going off the record at
7  11:03:15.
8     (Discussion held off the record.)
9     THE VIDEOGRAPHER: We're going back on the
10 record. The time is 11:18. This marks the
11 beginning of Videotape Number 2 of the deposition of
12 Bruce Tognazzini being taken at 655 15th Street,
13 Northwest, Washington, D.C. The Videographer is
14 Steve Schaal here on behalf of Esquire Deposition
15 Services located at 1020 19th Street, Northwest,
16 Washington, D.C. Counsel may proceed.
17 BY MS. GARNER:
18    Q.  Before the break, we were talking about
19 your review of Your Money Manager, and you said you
20 had reviewed it on a Commodore?
21    A.  That's correct.
22    Q.  Was that your Commodore machine?

Page 73

1     A.  It was not.
2     Q.  Where did you get that machine?
3     A.  I saw it at the offices of Kirland &
4  Ellis.
5     Q.  Back in 1986 at the time of the Day
6  patent, mice were available for IBC PC's or
7  PC-compatible computers?
8     A.  One could buy a mouse that could plug into
9  an IBM PC compatible?
10    Q.  From just one company?
11    A.  I don't know.
12    Q.  Do you know of any companies that sold
13 mice for IBM compatible PC's in 1986?
14    A.  No.
15    Q.  When was the first mouse available for an
16 IBM PC-compatible computer?
17    MR. CORBETT: Objection. Vague.
18    THE WITNESS: I can't tell you that.
19 BY MS. GARNER:
20    Q.  You know they were available by 1986, but
21 you don't know how much before that they were
22 available; is that right?

Page 74

1  A.  That's correct.
2      (Tognazzini Exhibit No. 5, PC Magazine
3  Article Pages, was marked for identification.)
4  BY MS. GARNER:
5  Q.  The Court reporter has handed you what's
6  been marked as Exhibit 5 which is some copies of
7  pages from a magazine called PC.  If you'll turn to
8  the second page toward the bottom, the title page
9  says "December of 1983"; is that right?
10 A.  That's correct.
11 Q.  And then if you'll take a look at the ad,
12 which is the two pages following that.
13     MR. CORBETT:  Objection to the extent this
14 hasn't been produced.  Has this been produced?
15     MS. GARNER:  No.
16 BY MS. GARNER:
17 Q.  This is an ad for a mouse to be used with
18 Microsoft Word on an IBM PC; is that right?
19     MR. CORBETT:  Object, again, to the extent
20 this hasn't been produced.  The witness hasn't seen
21 it, hasn't been relied on by any experts in this
22 case.  First time the witness has seen this.

Page 75

1      THE WITNESS:  I'm sorry.  What was the
2  question?
3      MS. GARNER:  Can we have the question read
4  back?
5      (The reporter read back as requested.)
6      MR. CORBETT:  Same objections.
7      THE WITNESS:  No.
8  BY MS. GARNER:
9  Q.  How is that wrong?
10 A.  It's an ad for a word processor.
11 Q.  That makes reference to a mouse to be used
12 with Word on an IBM PC?
13 A.  That's correct.
14 Q.  And IBM PC's operating systems were MS
15 DOS; is that right?
16     MR. CORBETT:  Objection.  Vague.
17     THE WITNESS:  IBM PC's used an operating
18 system called MS DOS.
19 BY MS. GARNER:
20 Q.  Did you know that mice were available for
21 use on IBM PC's in 1983?
22     MR. CORBETT:  Objection.  Vague.

Page 76

1      THE WITNESS:  Well, I'm not quite sure
2  what you mean by available for use.  This talks
3  about a dedicated device for a single application or
4  system.  It's not talking about a general purpose
5  device that would work on anything other than this
6  one program.
7  BY MS. GARNER:
8  Q.  Did you know before today that someone in
9  1983, in December of 1983, was selling a mouse that
10 was intended for use with an IBM PC?
11     MR. CORBETT:  Objection.  Foundation.  I'm
12 going to object to all questions related to this
13 reference to the extent it wasn't produced.  None of
14 the experts have looked at it before today or formed
15 any opinions related to this document.
16     THE WITNESS:  From what I draw from this
17 ad, they were not selling a mouse.
18 BY MS. GARNER:
19 Q.  Before today did you know whether a mouse
20 was available that was intended for use with an IBM
21 PC in December of 1983?
22     MR. CORBETT:  Same objections.

Page 77

1      THE WITNESS:  If you're asking me whether
2  sitting here today I recalled that, I didn't recall
3  exactly when a mouse could have been used under
4  something on an IBM PC.
5  BY MS. GARNER:
6  Q.  You didn't recall exactly when -- what do
7  you think the time frame was of the first use, the
8  first time mice became available for use with IBM
9  PC's?
10     MR. CORBETT:  Objection.  Asked and
11 answered.
12     THE WITNESS:  I did not recall exactly
13 when a mouse could have been used with an IBM PC.
14 BY MS. GARNER:
15 Q.  I understand that you don't remember
16 exactly when.  Do you remember generally the time
17 frame at which mice became available that were
18 intended for use with IBM PC's?
19 A.  Well, I don't know how much after this or
20 before this that might have occurred.  In this case,
21 this is not intended for use with IBM PC's per se,
22 but with a specific dedicated application.

Page 78

1    Q.  If you know, what is the general time
2   frame at which mice became available that were
3   intended for use with IBM PC's?
4    A.  I do not know.
5        MR. CORBETT:  Objection.  Vague.  Asked
6   and answered.
7   BY MS. GARNER:
8    Q.  Could you take a look at page two of your
9   report, Exhibit 1, and review paragraph seven,
10  please?
11   A.  Yes, I have reviewed it.
12       (Tognazzini Exhibit No. 6, Copy of
13  Deposition Transcript of Bruce Tognazzini of
14  6/27/06, was marked for identification.)
15       (Tognazzini Exhibit No. 7, Claim
16  Construction Order, was marked for identification.)
17       (Tognazzini Exhibit No. 8, Order Denying
18  Plaintiff's and Defendants' Cross-Motions Regarding
19  the Invalidity of U.S. Patent '356, was marked for
20  identification.)
21  BY MS. GARNER:
22   Q.  Could you take a look at Exhibit 7 that's

Page 79

1   been given to you?  I think it's this one over here.
2    A.  Okay.
3    Q.  And that's the Court claim construction
4   order.  Do you remember seeing that before?
5    A.  Yes.
6    Q.  Could you take a look at page eight of the
7   order?  Do you see under Claim 19 in the second
8   element that says "displaying on said display a
9   plurality of information fields"?
10   A.  Yes.
11   Q.  What is your understanding of information
12  field?
13   A.  An information field is a field on to
14  which you can enter information and read the
15  results.
16   Q.  In the next element the Court construed
17  concurrently displaying -- you can see the Court's
18  construction on the right-hand side -- as
19  "displaying at the same time as by a window
20  overlaying the form."  Do you see that?
21   A.  Yes, I do.
22   Q.  Do you remember at your last deposition

Page 80

1   talking about the Xerox Star with relation to this
2   construction and the fact that the Xerox Star
3   windows were tiled?  I'll just ask you if you
4   remember without consulting the deposition.  We can
5   take a look at that in a minute.
6    A.  I remember in general terms.
7    Q.  Okay.  Maybe you can take a look at the
8   deposition on page 166.  Why don't you just review
9   page 166 and anything before or after it that you'd
10  like to for context, and let me know when you're
11  done with that.
12       MR. CORBETT:  I'm going to object again to
13  the extent you're asking him questions about his
14  earlier deposition.  The scope of this deposition is
15  limited to Mr. Buscaino's supplemental report, and,
16  to the extent the questions are directed at that,
17  it's fine, but, to the extent you are asking for a
18  redo or rehash of things that were and should have
19  been discussed in the first deposition, I'm going to
20  object to that.
21       THE WITNESS:  Okay.
22  BY MS. GARNER:

Page 81

1    Q.  Do you remember opining with respect to
2   the Apple Lisa -- why don't I actually direct you to
3   Exhibit 2, page 40, please.  Do you have page 40
4   there?
5    A.  I'm sorry.  I'm looking at paragraph 40.
6    Q.  Sorry about that.  It's paragraph 160.
7   And do you see there about halfway through that
8   paragraph when you're talking about the Lisa
9   calculator, and you say 'The calculator cannot be
10  all things at once.  The Court's construction
11  interprets concurrently displaying as displaying at
12  the same time, as by a window overlaying the form.
13  Mr. Buscaino's example of this single entity
14  existing in a single window does not meet the
15  Court's definition."  Do you remember opining on
16  that?
17   A.  Yes.
18   Q.  Now, I'm going to ask you to take a look
19  at a whole 'nother exhibit again.  Sorry about that.
20  And that would be Exhibit Number 8.  Exhibit
21  Number 8 is the Court's order -- I'm missing a page.
22  Oh, here it is -- dated May 15, 2007.  It's the