# EXHIBIT 5

Case 3:07-cv-02000-H-CAB     Document 176-7     Filed 12/21/2007     Page 1 of 4

Talking Shop With Admiral Bobby Inman — page 267

A Hayden Publication   December 1983   $3.00

# PERSONAL COMPUTING

## Wishful Thinking: Your Dream Machine

**Overcoming Computer Resistance**

**The Bold New Message Of Electronic Mail**

**Dialing Into Data Bases**

**Computer Productivity: Measuring The Gain**

**Up-To-The-Minute Buyer's Guide To Dot Matrix Printers**

**WE REVIEW:**
- Apple Color Plotter
- Cache/Q
- Data General

In Computing

And Much More

MSLT_1236048

EXHIBIT 5  PAGE 26

# PERSONAL COMPUTING

**EDITOR/PUBLISHER**
Robert J. Lydon

**MANAGING EDITOR**
Ernest Baxter

**EXECUTIVE EDITOR**
James E. Fawcette

**SENIOR EDITORS**
David Gabel, Elli Holman

**ASSOCIATE EDITORS**
Paul Bonner, Arielle Emmett, James Keogh, Charles Rubin, Kevin Strehlo, Les Thi, Craig Zarley

**ASSISTANT MANAGING EDITOR**
Cecilia Wessner

**ASSISTANT EDITORS**
John F. King, Christopher O'Malley

**SENIOR COPY EDITOR**
Nora Georgas

**COPY EDITORS**
Joy Carlisle, Bob Sillery, Lori Sloan

**PRODUCTION ASSISTANT**
Patricia Callan

**EDITORIAL ADMINISTRATOR**
Joan Wright

**EDITORIAL ASSISTANTS**
Tina Fairfax, Lynn Walker

**DESIGN & ART CONSULTANT**
Robert G. Bryant

**PRODUCTION DIRECTOR**
Aldo Ullio

**ASSISTANT PRODUCTION MANAGER**
Marcy S. Friedman

**BUSINESS MANAGER**
Greg Miller

**CIRCULATION CONSULTANTS**
John D. Klingel, George Carleton & Assoc.

**CIRCULATION DIRECTOR**
William Hooven

**CIRCULATION**
Robert Paratore, James Moorehead, Siobhan Stewart, Michael Gumbinger, Phyllis Petrie

**ASSOCIATE PUBLISHER**
Louis George Pape

FOR SUBSCRIBER CHANGE OF ADDRESS: Fill out coupon in this issue. Attach old mailing label, or write in your subscriber ID# which appears above your name. Fill in new address information and send to Personal Computing, P.O. Box 2942, Boulder, CO 80322. Please allow 6 to 8 weeks to become effective. BACK ISSUES of PERSONAL COMPUTING are available on microfilm, microfiche, 16mm or 35mm roll film. They can be ordered from Order Dept., University Microfilms International, 300 North Zeeb Rd., Ann Arbor, MI 48106. HAYDEN PUBLISHING CO., INC. James S. Mulholland, Jr., President; Barbara Freundlich, Circulation Director; PUBLISHES: Electronic Design, Computer Decisions, MicroWaves, Personal Computing, Personal Software, Electronic Design's Gold Book, MicroWaves Products Data Directory, Hayden Books, Hayden Software. PERSONAL COMPUTING (ISSN 0192-5490) is published monthly by Hayden Publishing Company, Inc., 10 Mulholland Drive, Hasbrouck Heights, NJ 07604. James S. Mulholland, Jr., President. Printed at World Color Press, Inc., Mt. Vernon, IL. Second class postage paid at Hackensack, NJ and at additional mailing offices. Copyright© 1983, Hayden Publishing Company, Inc. All rights reserved. POSTMASTER: Please send form 3579 to PERSONAL COMPUTING, P.O. Box 2942, Boulder, CO 80322. Subscription rates: U.S. 1 year (12 issues) $18; 2 years (24 issues) $33; 3 years (36 issues) $45; Canada & Mexico, add $4/year for surface mail, $14/year for airmail. Other countries, add $6/year for surface mail, $32/year for airmail. Single copy: U.S. $2.50. All other countries $3.00/copy. Each issue is available to individual subscribers with prior permission granted by the copyright owner for libraries and others registered with the Copyright Clearance Center (CCC) for $1.10 per copy, plus $.25 per page. Payment should be sent directly to the CCC, 21 Congress Street, Salem, MA 01970. Copying done for other than personal or internal reference use without the express permission of Hayden Publishing Co. is prohibited. Send free code of 0192-5490/83 $1.10 + .25.



# So many gifts— in just one package!

Here's the ideal Christmas gift for the whole family. A gift membership in THE SOURCE delivers hundreds of programs and services—a world of communications and information, including SOURCEMAIL,(sm) one of the most versatile and easy-to-use electronic mail systems, continually updated business and financial news and analysis, stock, bond and commodity prices, travel services, bulletin boards, news and sports, games and a variety of consumer services.

All for just $100* at your computer dealer—or you can order by phone right now, TOLL FREE! Call 800-336-3366.

THE SOURCE is compatible with any popular personal computer and modem.

Your gift membership includes all this:

- A Sourcepak, with everything needed to sign on to THE SOURCE and begin using it immediately.
- A new member kit, with instructions, command guide, personalized membership card and other materials.
- Comprehensive User's Manual (a $19.95 value)
- A complimentary subscription to Sourceworld newsletter
- Continuing updates and mailings

Visit your nearest computer dealer or call this special toll-free number to place your order(s): 800-336-3366.

To guarantee delivery by Christmas, please call prior to December 15, 1983.

*Gift recipients pay only for the time they use THE SOURCE. Rates are $20.75 per hour on weekdays from 8:00 AM to 6:00 PM and $7.75 per hour all other times, charged by the minute. There is a $10.00 monthly minimum and payments are made only with a major credit card—Visa, Mastercard, or American Express.



**THE SOURCE**
AMERICA'S INFORMATION UTILITY

CIRCLE 161

(sm)"A service mark of Source Telecomputing Corporation, a subsidiary of The Reader's Digest Association, Inc. THE SOURCE information and communication services are offered in participation with Control Data Corporation. ℠ Source Telecomputing Corporation 1983

MSLT_1236049

EXHIBIT 5  PAGE 27



MSLT_1236050

EXHIBIT 5  PAGE 28