# EXHIBIT 6



QA76.8
I 1015
P38
v.2
no.7

PHYSICAL SCIENCES LIBRARY
UC DAVIS

ANNOUNCING PC Jr.

# PC

The Independent Guide to IBM Personal Computers
Volume 2 Number 7
December 1983  $2.95

## MAKING YOUR IBM EARN ITS KEEP

Assembly Language without Tears

LISP: The Language of Artificial Intelligence

PC Furniture

Dictionaries on Disks: Do They Help?

The IBM Makes Serious Music

Tallgrass Hard Disk 70 Megabytes Big!

MSLT_1236082

EXHIBIT 6 PAGE 29

# MicroSpooler® Saves Time

MicroSpoolers mean an end to waiting. The MicroSpooler stores data and feeds it to your printer as fast as it can handle it. You don't lose valuable computer time waiting for the printer to do its job.

Easy to install. Easy to use. Easy on the budget. These stand-alone MicroSpoolers can be installed in-line between virtually any printer and any computer.

**Features:**

● 16K memory (user expandable to 32K or 64K) ● Status readout ● Internal power supply ● Vertical mount configuration ● Independently selectable baud rates and handshaking ● Satisfaction guaranteed ● Priced from $219.00



*Send or call toll free for literature on our complete Spooler lines.*

## CONSOLINK CORPORATION

Dept. 2-48
1840 Industrial Circle
Longmont, CO 80501
(303) 651-2014
800-525-6705

CIRCLE 132 ON READER SERVICE CARD



*The Independent Guide to IBM Personal Computers*

| | |
|---|---|
| PUBLISHER | Jeff Weiner |
| EDITOR | Jonathan D. Lazarus |
| EXECUTIVE EDITOR | Corey Sandler |
| MANAGING EDITOR | Barry Owen |
| SENIOR EDITORS | Mike Edelhart, Connie Winkler |
| TECHNICAL EDITOR | Bill Machrone |
| STAFF EDITOR | Paul Somerson |
| SENIOR COPY EDITOR | Anne Freed |
| ASSISTANT EDITORS | Jennifer de Jong, Susan Hurley, Lisa Kleinman, James Langdell, David Obregón, Paul Ross |
| EDITORIAL ASSISTANTS | Karen Cook, Lisa Ellen, Nina Kirschner |
| ADMINISTRATIVE ASSISTANT | Iris Knittel |
| CONTRIBUTING EDITORS | Frank J. Derfler, Jr., Will Fastie, Stephen Manes, Peter Norton, Martin Porter, Winn L. Rosch, Jared Taylor, Lindsy Van Gelder |
| DESIGN DIRECTOR | Brian Dessin Day |
| ART DIRECTOR | Mitch Shostak |
| ASSISTANT ART DIRECTOR | Valerie Myers |
| PRODUCTION ARTISTS | Eddie Baumgarten, Herbert Pretel, Mary Tienken |
| ILLUSTRATORS | Stuart Bradford, Joe Ciardiello, Teresa Fasolino, Ponder Goembel, Jared D. Lee, Ivan Powell, Ed Soyka, Carol Wald |
| PHOTOGRAPHERS | Dennis Bettencourt, Randy Brandon, John Grossman, John Neville, Roberto Sandoval, Roman Sapecki, Alan Wiener, Scott Windus |
| SUBSCRIPTION DIRECTOR | Chet Klimuszko |
| TELEMARKETING MANAGER | Linda Rossiter |
| NEW BUSINESS MANAGER | Eric A. Bernhard |
| RENEWAL AND BILLING MANAGER | Shane Boel |
| DIRECT RETAIL SALES | Lynn Kujawa |
| ADVERTISING COORDINATOR | Karen Jacobs |
| DISTRICT MANAGERS | |
| SOUTHERN CALIFORNIA | Barbara Farkas (213) 387-2100 |
| NEW ENGLAND and NEW YORK | Ellen Atkinson (212) 725-7947 |
| MIDWEST | John Hemsath (312) 346-2600 |
| ACCOUNT SALES MANAGER | Pauline Scherer |
| ACCOUNT REPRESENTATIVES | Northwest and New York State Jane Anderson Mid-Atlantic and Southeast Arlene Steadman Midwest Patty Schwartz New England Jyll Holzman Northern California Jan Schultz Southern California Bob Ostrow New Business Lisa Kampfman |
| ADVERTISING OFFICE | Ziff-Davis Publishing Company, One Park Avenue, New York, NY 10016 (212) 725-7947 |
| FOUNDER | Anthony Gold |

### CONSUMER COMPUTERS & ELECTRONICS MAGAZINE DIVISION

| | |
|---|---|
| PRESIDENT | Larry Sporn |
| VICE PRESIDENT MARKETING | J. Scott Briggs |
| VICE PRESIDENT CIRCULATION | Carole Mandel |
| VICE PRESIDENT GENERAL MANAGER | Eileen G. Markowitz |
| CREATIVE DIRECTOR | Peter J. Blank |
| EDITORIAL DIRECTOR | Jonathan D. Lazarus |
| PROMOTION MANAGER | Ronni Sonnenberg |

### ZIFF-DAVIS PUBLISHING

President Richard P. Friese; President, Consumer Magazine Division Albert S. Traina; Executive Vice President, Marketing and Circulation Paul H. Chook; Senior Vice President Phillip T. Heffernan; Senior Vice President Sidney Holtz; Senior Vice President Edward D. Muhlfeld; Senior Vice President Philip Sine; Vice President Baird Davis; Vice President George Morrissey; Treasurer Selwyn Taubman; Secretary Bertram A. Abrams

PC: The Independent Guide to IBM Personal Computers ISSN (#0745-2500) is published bi-weekly for $34.97 for one year (26 issues), $61.97 for two years, and $81.97 for three years. Additional postage $44.00 for Canada and all other foreign countries. PC Communications Corp., a subsidiary of Ziff-Davis Publishing Co., One Park Ave., New York, NY 10016. Second-Class postage paid at New York, NY 10016 and at additional mailing offices. POSTMASTER: Address changes to PC, P.O. Box 2445, Boulder, CO 80322.

Editorial and Business Office: One Park Ave., New York, NY 10016. Editorial (212) 725-4694. Advertising (212) 725-7947. For subscription inquiries and service, write to PC Magazine, P.O. Box 2445, Boulder, CO 80322.

PC is an independent journal, not affiliated in any way with International Business Machines Corporation. IBM is a registered trademark of International Business Machines Corp. Entire contents Copyright © 1983 PC Communications Corp. All rights reserved; reproduction in whole or in part without permission is prohibited. The following are registered trademarks of PC Communications Corp.: PC, PC: The Independent Guide to IBM Personal Computers, PC Guide, PCM, PC Mart, Personal Computer Guide, Home Computer Guide, Computer Guide, The Computer Zone, Database Zero, PC-Lab, PC-Communiques, PC Playpen, Project PC, PC Tutor, Wish List, PC BlueBook, User-to-User.

Permissions: Material in this publication may not be reproduced in any form without permission. Requests for permission should be directed to Bette Amado, Ziff-Davis Publishing Company, New York, NY 10016.

Editorial Communications may be addressed to SOURCE BBB343 or CompuServe 71226,713.

▼BPA

# Undo. Windows.

New Microsoft® Word. It makes your IBM Personal Computer think it's better than a $10,000 word processor.

With Microsoft Word, what you see on the screen is what you get on the paper. So it's easy to spot mistakes. **Boldface**, <u>underline</u>, and *italics* look like this, not this: ^Bboldface^B, ^Sunderline^S, ^Iitalics^I.

And, when you make changes, paragraphs are automatically reformatted. Flush right, flush left, centered or justified. It even gives you several columns on a page, like a newspaper.

**Word forgives and doesn't forget.**

There's an "uh-oh" command called Undo. Make a mistake? Or just want to experiment? Hit Undo.



Microsoft is a registered trademark and MS is a trademark of Microsoft Corporation.

MSLT_1236084

EXHIBIT 6  PAGE 31

# Mouse. Finally.

Word undoes your last change and remembers things the way they were.

Word does windows. Up to eight, to be exact. So you can transfer or edit between eight different documents. Or between eight different pieces of the same document.

## Word travels fast.

Word has a Mouse, a handy little critter that lets you move copy, select commands and edit faster than you can say "cheese."

Word also lets you create your own style sheets, so you can standardize your documents, memos, files and letters.

It's not surprising that Microsoft has a way with Word. We designed the MS™-DOS operating system that tells the IBM® PC how to think. And we pioneered the first microcomputer BASIC, the language spoken by nine out of ten micros worldwide.

For a few final words, call 1-800-426-9400 (in Washington State call 206-828-8088) for a free Word brochure and the name of your nearest Microsoft dealer.

**MICROSOFT®**
The High Performance Software

MSLT_1236085

EXHIBIT 6  PAGE 32