# EXHIBIT 7



Inquiry 239



MicroTime
800-MICRO 84

SAVE ON ZENITH
PC150 SERIES

THE BEST IBM® COMPATIBLE
PC160 PORTABLE

SANYO 555 SERIES
PRICED TOO LOW TO PRINT
HAPPY NEW YEAR!
SANYO
EPSON

WE HAVE ALL EPSON PRINTERS IN STOCK AT LOW PRICES

IBM PC PC-AT $CALL

IOMEGA BERNOULLI BOX 20 MEGABYTE ULTRA FAST REMOVABLE STORAGE

COLUMBIA FRANKLIN COMPAQ NEC

OKIDATA AND DIABLO PRINTERS

WE SPECIALIZE IN SYSTEM SALES
CALL US FOR THE LOWEST PRICES ON ALL COMPUTER PRODUCTS
800-642-7684
IN ARIZONA 602-791-9030
IBM is a registered trademark of International Business Machines, Corp.
411 West Grant Road
Tucson, Arizona 85705

# BYTE

**EDITOR IN CHIEF**
Philip Lemmons
**MANAGING EDITOR**
Gene Smarte
**CONSULTING EDITORS**
Steve Ciarcia
Jerry Pournelle
**SENIOR TECHNICAL EDITORS**
G. Michael Vose, *Themes*
Gregg Williams
**TECHNICAL EDITORS**
Thomas R. Clune
Jon R. Edwards
Glenn Hartwig, *Reviews*
Richard Krajewski
Ken Sheldon
Richard S. Shuford
Jane Morrill Tazelaar
Stanley Wszola
Margaret Cook Gurney, *Associate*
Alan Easton, *Drafting*
**WEST COAST EDITORS**
Ezra Shapiro, *Bureau Chief, San Francisco*
John Markoff, *Senior Technical Editor, Palo Alto*
Phillip Robinson, *Senior Technical Editor, Palo Alto*
Donna Osgood, *Associate Editor, San Francisco*
Brenda McLaughlin, *Editorial Assistant, San Francisco*
**NEW YORK EDITOR**
Richard Malloy, *Senior Technical Editor*
**MANAGING EDITOR, USER NEWS**
George Bond
**USER NEWS EDITORS**
Anthony J. Lockwood, *What's New*
Mark Welch, *Microbytes*
**CONTRIBUTING EDITORS**
Dennis Allison, *at large*
Mark Dahmke, *video, operating systems*
Mark Haas, *at large*
Rik Jadrnicek, *CAD, graphics, spreadsheets*
Mark Klein, *communications*
Alan Miller, *languages and engineering*
John C. Nash, *scientific computing*
Dick Pountain, *U.K.*
William M. Raike, *Japan*
Perry Saidman, *computers and law*
Robert Sterne, *computers and law*
Bruce Webster, *software*
**COPY EDITORS**
Bud Sadler, *Chief*
Dennis Barker
Elizabeth Cooper
Anne L. Fischer
Nancy Hayes
Lynne M. Nadeau
Paula Noonan
Joan V. Roy
Warren Williamson
**ASSISTANTS**
Peggy Dunham
Martha Hicks
Beverly Jackson
Faith Kluntz, *Copyrights and Permissions*
Lisa Jo Steiner
**ART**
Rosslyn A. Frick, *Art Director*
Nancy Rice, *Assistant Art Director*
**PRODUCTION**
David R. Anderson, *Production Director*
Denise Chartrand
Michael J. Lonsky
Jan Muller
Sherry McCarthy, *Chief Typographer*
Nan Fornal
Len Lorette
Kathy Quist
Donna Sweeney

**PUBLISHER**
Gene W. Simpson
**ASSISTANT PUBLISHER**
Michele P. Verville
**PUBLISHER'S ASSISTANT**
Doris R. Gamble
**ADVERTISING SALES**
J. Peter Huestis, *Sales Manager*
Sandra Foster, *Administrative Assistant*
**ADVERTISING**
Lisa Wozmak, *Supervisor*
Robert D. Hannings, *Senior Account Manager*
Marion Carlson
Karen Cilley
Lyda Clark
Denise Proctor
**ADVERTISING/PRODUCTION**
Wai Chiu Li, *Quality Control Director*
Julie Nelson, *Advertising/Production Coordinator*
Linda J. Sweeney, *Advertising/Production Coordinator*
**CIRCULATION**
Gregory Spitzfaden, *Director*
Andrew Jackson, *Subscriptions Manager*
Cathy A. R. Drew, *Assistant Manager*
Laurie Seamans, *Assistant Manager*
Susan Boyd
Phil Dechert
Mary Emerson
Louise Menegus
Agnes E. Perry
Jennifer Price
James Bingham, *Single-Copy Sales Manager*
Linda Turner, *Assistant Manager*
Carol Aho
Claudette Carswell
Edson Ware
**MARKETING COMMUNICATIONS**
Horace T. Howland, *Director*
Vicki Reynolds, *Marketing Associate*
Priscilla Arnold, *Marketing Assistant*
Stephanie Warnesky, *Graphic Arts Supervisor*
Sharon Price, *Graphic Arts Designer*
Doug Webster, *Director of Public Relations*
Wilbur S. Watson, *Operations Manager, Exhibits*
Patricia Akerley, *Research Manager*
Cynthia Damato Sands, *Reader Service Coordinator*
**ACCOUNTING**
Daniel Rodrigues, *Business Manager/Controller*
Kenneth A. King, *Assistant Controller*
Vicki Weston, *Accounting Manager*
Linda Short, *D/P Manager*
Marilyn Haigh
Diane Henry
Vern Rockwell
JoAnn Walter
**BUILDING SERVICES/TRAFFIC**
Anthony Bennett, *Building Services Manager*
Brian Higgins
Mark Monkton
**RECEPTIONIST**
L. Ryan McCombs
**PERSONNEL**
Cheryl A. Hurd, *Office Manager*
Patricia Burke, *Personnel Coordinator*
**BYTE BUSINESS PHONES**
Gene Simpson, 603-924-9957
Pete Huestis, 603-924-6137
Horace Howland, 603-924-3424
Doug Webster, 603-924-9027
Brad Browne, 603-924-6616
Advertising, 603-924-6448
Circulation, 800-258-5485

Editorial and Business Office: 70 Main Street, Peterborough, New Hampshire 03458, (603) 924-9281.
West Coast Offices: McGraw-Hill, 425 Battery St., San Francisco, CA 94111, (415) 362-4600.
McGraw-Hill, 1000 Elwell Court, Palo Alto, CA 94303, (415) 964-0624.
New York Office: 1221 Avenue of the Americas, New York, NY 10020, (212) 512-2000.

Officers of McGraw-Hill Publications Company: President: John G. Wrede, Executive Vice Presidents: Paul F. McPherson, Operations: Walter D. Serwatka, Finance & Services. Senior Vice President-Editorial: Ralph R. Schulz. Senior Vice President Publishers: Harry L. Brown, David J. McGrath, James R. Pierce, Gene W. Simpson, John E. Slater. Vice President Publishers: Charlton H. Calhoun III, Richard H. Larsen, John W. Patten. Vice Presidents: Kemp Anderson, Business Systems Development: Shel F. Asen, Manufacturing: Peter J. Balestiero, Human Resources: John A. Bunyan, Electronic Information Services: George R. Elsinger, Circulation: Michael K. Hehir, Controller: Eric B. Herr, Planning and Development: H. John Sweger, Jr., Marketing.
Officers of the Corporation: Harold W. McGraw, Jr., Chairman: Joseph L. Dionne, President and Chief Executive Officer: Robert N. Landes, Senior Vice President and Secretary: Ralph J. Webb, Treasurer.

MSLT_1236068

EXHIBIT 7   PAGE 34

# Get yourself

This little critter comes with specially-designed software that flies through the maze of keystrokes on the most popular business programs faster than you can say "cheese."

Microsoft® Mouse puts the power to run Multiplan,® Lotus 1-2-3,™ VisiCalc® and WordStar® in the palm of your hand. Click the left button on the mouse, a custom menu appears. In English, not hieroglyphics. Click the right button and execute your command: move text or data, edit, format, print. All at blinding speed without touching the keyboard.

It also lets you create your own menus for editing and formatting existing application programs. So people can learn programs quicker and do more productive work as they learn.

## The mightiest mouse.

Microsoft Mouse runs circles around other mice. It is the high performance mouse for the IBM® PC and PC XT. From the company known for high

MSLT_1236069

EXHIBIT 7  PAGE 35

# trained mouse.



performance software. Microsoft BASIC is the language spoken by nine out of ten microcomputers worldwide. Our MS™ DOS operating system tells your IBM PC how to think.


MICROSOFT.
The High Performance Software

So don't monkey around with any other mouse. Call 800-426-9400 (in Washington State call 206-828-8088) for the name of your nearest Microsoft dealer. Then go with Microsoft Mouse. The mouse that soars.

Microsoft and Multiplan are registered trademarks and MS is a trademark of Microsoft Corporation. Lotus 1-2-3 is a trademark of Lotus Development Corporation. VisiCalc is a registered trademark of VisiCorp. WordStar is a registered trademark of MicroPro. IBM is a registered trademark of International Business Machines Corporation.


MSLT_1236070

EXHIBIT 7  PAGE 36