# EXHIBIT 8

THE INDEPENDENT GUIDE TO IBM PERSONAL COMPUTERS

# PC

Volume 4 Number 13
$2.95
June 25, 1985

MAKE YOUR OWN BAR CHARTS

# Dress Your AT For Success
- Power Add-ons for Power Users
- More High-Performance Graphics

Review:
Microsoft Word
FPS/Personal
Remote
IDEAdisk

Window into
WordStar with
Sidekick



MSLT_1236064

EXHIBIT 8  PAGE 37

# FREE
## DATABASE
**MANAGEMENT SYSTEM** ✱
Includes Accounting, Payroll,
Inventory & A/R Applications
**PROGRAMMABLE RELATIONAL**
**FULL VERSION NOT A DEMO**
- Report Generator
- Manual is on disk
- Customizable Screens
- ASCII Output
- Written in Basic for easy modification
- Tax Tables
- Creates Subfiles
- Sort on 3 Fields
- Recalculate Files
- Over 15,000 Lines of Source Code Given
- Form Generator
- Subrecords
- Numeric Ranges
- Subtotals
- 3 Files Open Simultaneously
- Global Field Changes
- Key strings to numbers
- Real time transfers between files
- Retrieve on conditions for each field
- Recommended by Barron's Microcomputing Journal, Houston Area League of PC Users & Fred Blechman in his new book.
- 14 Ways to Calculate Fields
- Transfer Data between files
- A user supported program
- Much More

## AND SPREADSHEET
**PROGRAMMABLE FULL VERSION NOT A DEMO**
- 21 ways to calculate numbers or write your own subroutines
- Written in basic for easy modification
- Compiled Version Provided (192K)
- Sample Checkbook & Income Tax Applications
- Numbers & Text may be placed anywhere on the screens
- Automatic Recalculation
- Source Code Given
- Graphics, Bar Charts
- Full Cursor Control

## AND EXPERT SYSTEM
**INFERENCE ENGINE**
**PROGRAMMABLE FULL VERSION NOT A DEMO**
- Design your own Expert Systems
- Diagnoses Multiple Problems
- Determines Multiple Solutions
- Assigns Probability with Rules
- Intelligent Search Pattern with Manual Override
- Logic Path through Subcategories displayed
- Detects Contradictory Evidence
- Explanation of Reasoning
- Accepts Unknown Input
- Source Code & Compiled Version (192K)
- Written in Basic for easy modifications
- Sample Application
- No Royalties on Applications

### SUPERIOR IN SEVERAL AREAS
You get the source code in Basic. We wrote the program in Basic because most users, like you, already know how to program in Basic. Why waste your time learning an inferior one package "language" like Fred™ or Macros.™ With the source code you can modify the system to do anything that can be done in Basic.

You do not have to be a software engineer to use the system. The entire system is menu driven. You do not have to learn hundreds of commands. You do not have to keep reading the manual since all the options are displayed on the screen.

If you write any application programs in basic you can reduce your programming time by 50% or more. You probably waste 50% to 80% of your time coding the inputting of data, storage of the data in files, retrieval of data, correction of data, screen design and other repetitious tasks. By using the database or spreadsheet to handle your repetitious tasks you will reduce your programming time by 50% or more. There are no royalties on applications.
- for IBM PC, XT or AT with 128K
  - PC Jr. with 128K & Cartridge Basic
  - Compatibles with 192K & Microsoft Basic

Learn advanced Basic programming techniques. By examining the source code, remark statements and documentation you can learn how we wrote these complex systems. You can use these advanced subroutines and techniques in your own programs.

### NO STRINGS ATTACHED
You do not have to buy anything else to use the system. We don't even sell any software (except for the cost of the disks & handling). We developed the programs in house for our own use. We are not selling the programs because we do not want to be in the software publishing business. We are giving the programs away as a public service & for the good publicity. The $20 fee covers the cost of the 4 disks and the advertising so we are not losing any money on this offer.

### PC-SIG DISKS 214, 215, 267, & 268

## PPE
**POTOMAC PACIFIC ENGINEERING INC.**
Box 2077 Gaithersburg, MD 20879 (301) 977-1499

- Copy the system from someone who already has one OR
- For the latest most powerful edition send $20 to cover the costs of 4 DSDD disks 1st class mail, reusable disk mailer, copying & handling
- Available on 8 SSDD disks $10 extra
- Outside USA add $3. MD residents add 5% tax
- Allow 2 to 3 weeks for delivery

Please send the "Database of Steel," the "Spreadsheet of Steel" & the "Expert System of Steel" to:

Name _____
Street _____
City/State/Zip _____

**MORE FREE SOFTWARE ON PAGE 213**



# PC
### The Independent Guide to IBM Personal Computers

| | |
|---|---|
| PUBLISHER | Jeff Weiner |
| EDITOR | Bill Machrone |
| EXECUTIVE EDITORS | Mike Edelhart, Paul Somerson |
| MANAGING EDITOR | Barry Owen |
| TECHNICAL EDITOR | Craig L. Stark |
| ASSISTANT MANAGING EDITORS | Luisa Simone, Gus Venditto |
| ASSOCIATE EDITORS | Jennifer de Jong, Lisa Kleinman, Barbara Krasnoff, Stephanie Stallings |
| SENIOR EDITOR, PC NEWS | Don Kennedy |
| SENIOR COPY EDITORS | Jean Atelsek, Janet Lewis |
| PRODUCT TESTING SUPERVISOR | Michael O'Cone |
| PRODUCTION EDITOR | Paul Ross |
| ASSISTANT EDITORS | Charles Bermant, Gerald Carney, Victoria Danoff, Virginia Dudek, Michael Espindle, Cheryl Goldberg, James Langdell, Jane Mintzer, David Obregón, Ann Ovodow, Fredric Paul |
| COORDINATING EDITOR | Greg Pastrick |
| EDITORIAL ASSISTANTS | David Baker, Christina Okang, Paul M. Stafford |
| OFFICE MANAGER | Iris Knittel |
| PROOFREADERS | M. Stephanie Ricks, Al Weisel |
| RECEPTIONIST | Karen D. Wilson |
| CONTRIBUTING EDITORS | Richard Aarons, Frank J. Derfler, Jr., John Dickinson, Glenn Hart, Steve Holzner, Stephen Manes, Peter Norton, Martin Porter, Winn L. Rosch, Craig Stinson, Jared Taylor, Robin Webster |
| ASSISTANT to the PUBLISHER | Suzanne N. Silver |
| DESIGN DIRECTOR | Peter J. Blank |
| ART DIRECTORS | Mary Zisk, Gerard Kunkel |
| ART EDITOR | Mariano Nicieza |
| ASSOCIATE ART DIRECTOR | Mark Jensen |
| ASSISTANT ART DIRECTOR | Louise White |
| MECHANICAL ARTISTS | Monique Cubicciotti, Ilissa Goodheart, Sara Whitford |
| PRODUCTION ARTIST | Susan Ahlman |
| ADMINISTRATIVE ASSISTANT | Lisa Barnaha |
| PUBLIC RELATIONS MANAGER | Jessica Kersey |
| SINGLE COPY SALES DIRECTOR | Bob Woltersdorf |
| CIRCULATION MANAGER | Lori A. Hellevig |
| CIRCULATION ASSISTANTS | Mickey Krueger, Robert Smahl |
| ADVERTISING OFFICE | Ziff-Davis Publishing Company, One Park Avenue, New York, NY 10016, (212) 503-5100 |
| FOUNDER | Anthony Gold |

### COMPUTER PUBLICATIONS DIVISION

| | |
|---|---|
| PRESIDENT | Kenneth H. Koppel |
| VICE PRESIDENT, EDITORIAL | Jonathan Lazarus |
| VICE PRESIDENT, PRODUCTION | Baird Davis |
| VICE PRESIDENT, LICENSING & SPECIAL PROJECTS | Jerry Schneider |
| VICE PRESIDENT, CREATIVE SERVICES | Herbert Stern |
| VICE PRESIDENT, CIRCULATION | Alicia Marie Ivans |
| VICE PRESIDENT, CIRCULATION SERVICES | James Ramaley |
| VICE PRESIDENT, MARKETING SERVICES | Ann Adelman |
| VICE PRESIDENT | Hugh Tietjen |
| MARKETING MANAGER | Ronnie Sonnenberg |
| BUSINESS MANAGER | Gary A. Gustafson |
| EDITORIAL DIRECTOR | Ernest F. Baxter |

### ZIFF-DAVIS PUBLISHING

President Richard P. Friese Senior Vice President Phillip T. Heffernan Senior Vice President Philip Sine Vice Presidents Rory Parisi, William Phillips Treasurer Selwyn Taubman Secretary Bertram Abrams

PC: The Independent Guide to IBM Personal Computers ISSN (#0745-2500) is published bi-weekly for $34.97 for one year (26 issues), $61.97 for two years, and $81.97 for three years. Additional postage $44.40 for Canada and all other foreign countries. PC Communications Corp., a subsidiary of Ziff-Davis Publishing Co., One Park Ave., New York, NY 10016. Second-Class postage paid at New York, NY 10016 and at additional mailing offices. POSTMASTER: Address changes to PC, The Independent Guide to IBM Personal Computers, P.O. Box 2445, Boulder, CO 80322. Editorial and Business Office: One Park Ave., New York, NY 10016. Editorial (212) 503-5255. Advertising (212) 503-5100. For subscription inquiries and service, write to PC Magazine, P.O. Box 2445, Boulder, CO 80322, (303) 447-9330. PC is an independent journal, not affiliated in any way with International Business Machines Corporation. IBM is a registered trademark of International Business Machines Corp. Entire contents Copyright © 1985 PC Communications Corp. All rights reserved; reproduction in whole or in part without permission is prohibited. The following are trademarks of PC Communications Corp.: PC, PC: The Independent Guide to IBM Personal Computers, PC Mart, PC-Lab, PC-Communiques, Project PC, PC Tutor, PC BlueBook, User-to-User, PC News, Power User. Permissions: Material in this publication may not be reproduced in any form without permission. Requests for permission should be directed to Jean Lamensdorf, Ziff-Davis Publishing Company, One Park Ave., New York, NY 10016. Editorial Communications may be addressed to SOURCE BBB143, CompuServe 71236,713, or MCI Mail 157-9301. PC InterActive Reader Service: (212) 696-0360

# Buy Mouse, Paint Free.

Now when you buy the Microsoft® Mouse, you get a dazzling new color paint program, PC Paintbrush,™ free.

PC Paintbrush supports a host of graphics cards (including the new IBM® EGA and Hercules™ Graphics Card) and over 30 printers and plotters.

Microsoft Mouse is the high performance mouse for the IBM Personal Computers. It puts the power to run Microsoft Multiplan,® Lotus® 1-2-3,® Microsoft Word and other popular programs in the palm of your hand. It's available in serial and bus versions.

So why monkey around with any other mouse. Call (800) 426-9400 for your nearest Microsoft dealer. In Washington State, Alaska, Hawaii and Canada, call (206) 828-8088.

**MICROSOFT.**
The High Performance Software™



Microsoft and Multiplan are registered trademarks and The High Performance Software is a trademark of Microsoft Corporation. Lotus and 1-2-3 are registered trademarks of Lotus Development Corporation. IBM is a registered trademark of International Business Machines Corporation. Hercules is a trademark of Hercules Computer Technology. PC Paintbrush is a trademark of ZSoft Corporation.

MSLT_1236066

EXHIBIT 8  PAGE 39