# EXHIBIT 9



THE INDEPENDENT GUIDE TO IBM PERSONAL COMPUTERS

PC

Volume 5 Number 1
$2.95

January 14, 1986

**Beyond 640K**
PC Labs Tests
Expanded/Extended
Memory Boards

**Paradox: A Database Manager with a Spreadsheet Format**

**The Copy Protection Wars: A Report from The Front**

*PC Magazine Picks the Most Memorable Hardware and Software Of the Year*

PHYSICAL SCIENCES LIBRARY
UC DAVIS

QA 76.8
I/1015
P38
v.5
n.1

MSLT_1236086

EXHIBIT 9  PAGE 40



The classic definitive work on the IBM PC—now fully revised and enlarged by the world's leading expert on IBM microcomputers.

**PETER NORTON**
**Inside the IBM PC**
ACCESS TO ADVANCED FEATURES AND PROGRAMMING

From the renowned IBM PC authority



- Now covers every model of the IBM micro (PC, PCjr, XT, and the new AT).
- Updated and revised—plus 100 pages of new information!
- The most complete guide to the IBM PC available anywhere!

A  BOOK

$19.95 at your book or computer store. Or order toll-free today:

In New Jersey: 800-624-0024

CIRCLE 302 ON READER SERVICE CARD

## PC
The Independent Guide to IBM Personal Computers

| | |
|---|---|
| PUBLISHER | William Lohse |
| EDITOR | Bill Machrone |
| EXECUTIVE EDITORS | Barry Owen, Paul Somerson |
| SPECIAL PROJECTS EDITOR | John Dickinson |
| SENIOR EDITOR | Bill Howard |
| TECHNICAL EDITOR | Craig L. Stark |
| ASSISTANT MANAGING EDITORS | Luisa Simone, Gus Venditto |
| MANAGER, COPY EDIT | Linda Louk |
| ASSOCIATE EDITORS | Charles Bermant, Jennifer de Jong, Lisa Kleinman, Barbara Krasnoff, Stephanie Stallings |
| SENIOR COPY EDITOR | Janet Lewis |
| PRODUCT TESTING EDITOR | Michael O'Cone |
| PRODUCTION EDITOR | Paul B. Ross |
| ASSISTANT EDITORS | Gerald Curney, Victoria Danoff, Virginia Dudek, Cheryl Goldberg, Jane Mintzer, David Obregón, Ann Ovodow |
| COORDINATING EDITOR | Greg Pastrick |
| EDITORIAL ASSISTANTS | David Baker, Christina Dyar, Christopher Johnston, Christina Okang, Paul M. Stafford, Al Weisel |
| BUSINESS MANAGER | Iris Knittel |
| PROOFREADERS | Michael Cohn, M. Stephanie Ricks |
| TECHNICIAN | Charles Rodriguez |
| RECEPTIONIST | Frieda T. Smallwood |
| CONTRIBUTING EDITORS | Richard Aarons, Frank J. Derfler, Jr., Glenn Hart, Steve Holzner, James Langdell, Stephen Manes, Peter Norton, Charles Petzold, Martin Porter, Winn L. Rosch, Craig Stinson, Jared Taylor, Robin Webster |
| ASSISTANT to the PUBLISHER | Suzanne N. Silver |
| DESIGN DIRECTOR | Peter J. Blank |
| ART DIRECTORS | Mary Zisk, Gerard Kunkel |
| ART EDITOR | Mariano Nicieza |
| ASSISTANT ART DIRECTORS | Monique Cubicciotti, Ilissa Goodhean |
| LAYOUT ARTISTS | Natalie Chu, Susan McGuire |
| ADMINISTRATIVE ASSISTANT | Jill Alexander |
| PUBLIC RELATIONS MANAGER | Jessica Kersey |
| PUBLIC RELATIONS ASSISTANT | Kimberly Humphries |
| SINGLE COPY SALES DIRECTOR | Bob Woltersdorf |
| ASSISTANT CIRCULATION MANAGER | Mickey Krueger |
| CIRCULATION COORDINATOR | Robert Smahl |
| ADVERTISING OFFICE | Ziff-Davis Publishing Company, One Park Avenue, New York, NY 10016, (212) 503-5100 |
| SENIOR AD. PRODUCTION MANAGER | Roberta Thomas |
| AD. PRODUCTION MANAGER | Patricia White |
| AD. PRODUCTION ASSISTANT | Christine LeBloas |
| SENIOR EDIT PRODUCTION COORDINATOR | Rosemary Taylor |
| EDIT PRODUCTION COORDINATOR | Randi C. Fox |

### COMPUTER PUBLICATIONS DIVISION

| | |
|---|---|
| PRESIDENT | Kenneth H. Koppel |
| VICE PRESIDENT, EDITORIAL | Jonathan Lazarus |
| VICE PRESIDENT, PRODUCTION | Baird Davis |
| VICE PRESIDENT, CREATIVE SERVICES | Herbert Stern |
| VICE PRESIDENT, CIRCULATION | Alicia Marie Ivans |
| VICE PRESIDENT, CIRCULATION SERVICES | James Ramaley |
| VICE PRESIDENT, MARKETING SERVICES | Ann Pollak Adelman |
| VICE PRESIDENT | Hugh Tietjen |
| MARKETING MANAGER | Ronnie Sonnenberg |
| BUSINESS MANAGER | Gary A. Gustafson |
| EDITORIAL DIRECTOR | Ernest F. Baxter |

### ZIFF-DAVIS PUBLISHING

President Richard P. Friese Senior Vice Presidents Philip Sine, Kenneth H. Koppel Vice Presidents Rory Parisi, William Phillips, J. Malcolm Morris Treasurer Selwyn Taubman Secretary Bertram Abrams

PC: The Independent Guide to IBM Personal Computers ISSN (#0745-2500) is published bi-weekly except in July and August for $34.97 for one year (22 issues), $61.97 for two years, and $81.97 for three years. Additional postage $15.00 for Canada and all other foreign countries. PC Communications Corp., a subsidiary of Ziff-Davis Publishing Co., One Park Ave., New York, NY 10016. Second-Class postage paid at New York, NY 10016 and at additional mailing offices. POSTMASTER: Address changes to PC, The Independent Guide to IBM Personal Computers, P.O. Box 2445, Boulder, CO 80322. Editorial and Business Office: One Park Ave., New York, NY 10016. Editorial (212) 503-5255, Advertising (212) 503-5100. For subscription inquiries and service, write to PC Magazine, P.O. Box 2445, Boulder, CO 80322, (303) 447-9330. PC Magazine is an independent journal, not affiliated in any way with International Business Machines Corporation. IBM is a registered trademark of International Business Machines Corp. Entire contents Copyright © 1986 PC Communications Corp. All rights reserved; reproduction in whole or in part without permission is prohibited. The following are trademarks of PC Communications Corp.: PC, PC: The Independent Guide to IBM Personal Computers, PC Magazine, PC Mart, PC Laboratory, PC Lab, PC Labs, PC-Communiqués, Project PC, PC Tutor, PC BlueBook, User-to-User, PC News, Power User, Spreadsheet Clinic, The PC Utilities, PC Lab Notes, Permissions: Material in this publication may not be reproduced in any form without permission. Requests for permission should be directed to Jean Lamensdorf, Ziff-Davis Publishing Company, One Park Ave., New York, NY 10016. Editorial Communications may be addressed to MCI Mail 157-9301. PC Interactive Reader Service: (212) 696-0360

MSLT_1236087

EXHIBIT 9  PAGE 41

# Why drive w

This is an ad to introduce the latest in mouse technology from Microsoft.

A device in which you need have no interest.

Unless you use Lotus® 1-2-3,® WordStar,® Multimate,® DisplayWrite,® VisiCalc,® Microsoft® Project, Word, Multiplan.® Or any of scores of other programs which run faster and more efficiently with the benefit of the Microsoft Mouse.

The Mouse, with its whimsical name, is somewhat misunderstood. But for those who find its name frivolous, we can assure you, its function is extremely practical.

### When pointing is quicker than typing.

The Mouse is not intended to replace your keyboard. But the fact is, there are many times when it can transport you from Point A to Point B considerably faster and more naturally than your fingers on a cursor key.

The Mouse skips through paragraphs. Highlights sentences or entire passages.

Instead of sliding like a cursor—right, left, up, down—the Mouse flies directly over a screen-full of cells to a pinpoint landing at your destination.

And because the Mouse substitutes for cursor keys, you can leave the numerical keypad in NUMLOCK to save yourself a lot of inefficient switching. In short, our Mouse makes shorter work of daunting projects.

### What's on the menu.

With the Mouse, you can initiate commands with a mere point-click.

And much of what you are doing by hand today can be automated through our Mouse Menus. They let you translate multiple key commands and



MSLT_1236088

EXHIBIT 9  PAGE 42

# n you can fly?

mouse moves into a one mouse-click operation.

We supply a roster of pre-programmed menus for such programs as WordStar, 1-2-3, Multiplan and VisiCalc. And it's a simple matter to customize your own menus for other programs.

### Fine points of the Microsoft Mouse.

Having been left to our own devices for several years now, we have raised them to a high degree of perfection.

Some evidence of excellence: Our new Microsoft Mouse delivers twice the resolution of most other mice—200 points per inch. An aid to faster, smoother, more precise pointing. All of which can be accomplished with just the merest movement of your wrist. And on any reasonable desk surface.

We've also engineered a new body. With wrap-around command buttons designed to fit naturally in the palm of any size hand. Details which may sound a bit droll. But the benefits are very practical.

### Take it for a test flight.

We're not suggesting you throw your keyboard overboard. But we are inviting you to try out our new Mouse at your Microsoft dealer. To see how effectively it can accelerate your personal computer operations.

From then on, you can wing it.

# Microsoft

The High Performance Software™

Microsoft Mouse also comes with
Microsoft Notepad, PC Paintbrush™ and Practice Programs.

For the name of your nearest Microsoft dealer, call (800) 426-9400. In Washington State and Alaska, (206) 828-8088. In Canada, call (416) 673-7638.



Microsoft and Multiplan are registered trademarks and The High Performance Software is a trademark of Microsoft Corporation. Lotus and 1-2-3 are registered trademarks of Lotus Development Corporation. WordStar is a registered trademark of MicroPro International Corporation. Multimate is a registered trademark of Multimate International. DisplayWrite is a registered trademark of International Business Machines Corporation. VisiCalc is a registered trademark of Visi Corp. PC Paintbrush is a trademark of Z Soft.

MSLT_1236089

EXHIBIT 9  PAGE 43