John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Owais A. Siddiqui, (SBN 230004)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
Telephone:     (858) 678-5070
Facsimile:     (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
Telephone:     (425) 882-8080
Facsimile:     (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counter-claimant, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB)<br>03-CV-1108 B (CAB)<br><br>**NOTICE OF ERRATA RE AMENDED DECLARATION OF OWAIS A. SIDDIQUI IN SUPPORT OF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF OBVIOUSNESS OF U.S. PATENT NO. 5,347,295** |
| MICROSOFT CORPORATION,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant and Counter-claimant, | Date: January 8, 2008<br>Time: 9:30 a.m.<br>Dept:   Courtroom 13<br><br>Hon. Marilyn L. Huff |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 | Defendant. |

Case No. 07-CV-2000 H (CAB)

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Declaration of Owais A. Siddiqui in Support of Microsoft Corporation's Motion for Summary Judgment of Obviousness of U.S. Patent 5,347,295 filed by Microsoft on November 30, 2007, in the above entitled action is hereby being revised to correct an inadvertent error pertaining to one of the exhibits on the record. The correction is appropriate and necessary for the Court and all Parties to identify the proper exhibits to the corresponding citation.

The corrections being made to the Declaration of Owais A. Siddiqui are as follows:

1. **Table of Contents on page 4, as originally filed, states**:

EXHIBIT LIST

TABLE OF CONTENTS

| Exhibit | Page No(s). |
|---|---|
| EXHIBIT A – U.S. Patent 5,347,295 bearing bates numbers MSLT_1044744-MSLT_1044828 | 1-40 |

2. **Table of Contents on page 4, as corrected, should state**:

EXHIBIT LIST

TABLE OF CONTENTS

| Exhibit | Page No(s). |
|---|---|
| EXHIBIT A – U.S. Patent 5,347,295 bearing bates numbers MSLT_1044744-MSLT_1044828 | 1-40.45 |

The changes, as indicated above, have been incorporated in the Amended Declaration of Owais A. Siddiqui in Support of Microsoft Corporation's Motion for Summary Judgment of Obviousness of U.S. Patent 5,347,295, which is being filed concurrently herewith. The Amended Declaration, with attached Exhibit A will be served on all parties to this action. Except as set forth herein, the Amended Declaration does not supersede the originally filed Declaration of Owais A. Siddiqui.

| | | |
|---|---|---|
| 1 | Dated: December 21, 2007 | FISH & RICHARDSON P.C. |
| | | |
| | | By: s/ Owais A. Siddiqui |
| | |     Owais A. Siddiqui, (SBN 230004) |
| | | |
| | | Attorneys for Intervenor/Counter-claimant and Plaintiff/Counter-defendant MICROSOFT CORPORATION |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 21, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

s/ Owais A. Siddiqui
Owais A. Siddiqui
siddiqui@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION