John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Owais Siddiqui (SBN 230004)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
Telephone:    (858) 678-5070
Facsimile:    (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
Telephone:    (425) 882-8080
Facsimile:    (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>  Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWBUNGA ENTERPRISES, INC.,<br><br>  Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>  Intervenor and Counter-claimant,<br><br>MICROSOFT CORPORATION,<br><br>  Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>  Defendant and Counter-claimant, | Case No. 07-CV-2000 H (CAB)<br>consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB) and<br>03-CV-1108 B (CAB)<br><br>**AMENDED DECLARATION OF OWAIS A. SIDDIQUI IN SUPPORT OF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF OBVIOUSNESS OF U.S. PATENT NO. 5,347,295**<br><br>Date:         January 7, 2008<br>Time:         10:30 a.m.<br>Courtroom:  13<br>Judge:        Honorable Marilyn L. Huff |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC., |
| 2 |     Plaintiff, |
| 3 | v. |
| 4 | DELL, INC., |
| 5 |     Defendant. |

    I, Owais A. Siddiqui, provide the following amended declaration in the above-captioned matter based on my own personal knowledge except where stated otherwise, and if called to do so, could and would competently testify as follows:

    1.    I am an attorney in the law firm of Fish & Richardson P.C., counsel of record for Intervenor and counter-claimant Microsoft Corporation in the above entitled matter.

    2.    Attached as Exhibit A is a true and correct copy of U.S. Patent 5,347,295 bearing bates numbers MSLT_1044744-MSLT_1044828.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2007, in San Diego, California.

                                    _s/ Owais A. Siddiqui_____
                                    Owais A. Siddiqui (SBN 230004)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 21, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

   s/ Owais A. Siddiqui
Owais A. Siddiqui (SBN 230004)
siddiqui@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

**EXHIBIT LIST**

**TABLE OF CONTENTS**

| Exhibit | Page No(s). |
|---|---|
| EXHIBIT A – U.S. Patent 5,347,295 bearing bates numbers MSLT_1044744-MSLT_1044828 | 1-40.45 |