Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone:   (512) 394-3000
Facsimile:   (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone:   (619) 685-3003
Facsimile:   (619) 702-6827

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY
STORES LLC, GATEWAY COMPANIES, INC.,
GATEWAY MANUFACTURING LLC, AND
COWABUNGA ENTERPRISES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000 H (CAB) *consisting of matters severed from the consolidated cases:*<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**DECLARATION OF JEFFREY B. PLIES IN SUPPORT OF GATEWAY'S OPPOSITION TO LUCENT'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' TRUST RELATED COUNTERCLAIMS**<br><br>Date:   January 8, 2008<br>Time:   9:00 a.m.<br>Courtroom:   13<br>Judge:   Honorable Marilyn L. Huff |

I, Jeffrey B. Plies, declare as follows:

1.   I am an attorney with the law firm Dechert LLP, which is counsel for Gateway,

Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and Cowabunga Enterprises, Inc. ("Gateway").

2.  I make this declaration in support of Gateway's Opposition to Lucent's Motion for Summary Judgment on Defendants' Trust Related Counterclaims. This declaration is based on my personal knowledge and I would testify to the matters set forth in this declaration if called upon as a witness.

3.  Attached as Exhibit 1 to the Notice of Lodgment of Documents Submitted Under Seal is a true and correct copy of Wayne A. Hoeberlein's Supplemental Expert Report Regarding Damages for Video Coding Patents, dated June 9, 2006.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 21, 2007          DECHERT LLP

                                  By: _____
                                       Jeffrey B. Plies, Esq.

                                  Attorneys For Defendants And Counterclaimants
                                  GATEWAY, INC. *et. al.*

## TABLE OF CONTENTS

| Exhibit No. | Pages |
|---|---|
| 1 | 4 – 14 |

13048885.1.LITIGATION