1 | Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
2 | Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
3 | 300 W. Sixth Street, Suite 1850
Austin, Texas 78701
4 | Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN MCMAHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000 H (CAB) *consisting of matters severed from the consolidated cases:* |
| Plaintiff and Counter-Defendant, | Case No. 02-CV-2060 B (CAB) |
| | Case No. 03-CV-699 B (CAB) |
| v. | Case No. 03-CV-1108 B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **PROOF OF SERVICE** |
| Defendants and Counter-Claimants, | Date: January 8, 2008 |
| | Time: 9:00 a.m. |
| and | Courtroom: 13 |
| | Judge: Honorable Marilyn L. Huff |
| MICROSOFT CORPORATION | |
| Intervenor and Counter-Claimant. | |
| AND CONSOLIDATED CASES | |

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. On December 21, 2007, I served a copy of the following documents:

1     <u>Filed electronically</u>

2

3     **GATEWAY'S OPPOSITION TO LUCENT'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' TRUST RELATED COUNTERCLAIMS.**

4     **DECLARATION OF JEFFREY B. PLIES IN SUPPORT OF GATEWAY'S OPPOSITION TO LUCENT'S MOTION FOR SUMMARY JUDGMENT ON**

5     **DEFENDANTS' TRUST RELATED COUNTERCLAIMS.**

6     **GATEWAY'S REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02.**

7

    **PROOF OF SERVICE**

8

9     <u>E-mailed to Judge Brewster's Clerk</u>

    **PROPOSED ORDER GRANTING GATEWAY'S MOTION TO FILE**

10     **UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02.**

11     <u>Hand delivered to United States District Court Clerk</u>

12     **NOTICE OF LODGMENT OF DOCUMENT SUBMITTED UNDER SEAL RE: GATEWAY'S OPPOSITION TO LUCENT'S MOTION FOR**

13     **SUMMARY JUDGMENT ON DEFENDANTS' TRUST RELATED COUNTERCLAIMS.**

14

    **[WITH EXHIBIT 1]**

15

16     I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for

17 facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

18

19 **BY FEDERAL EXPRESS:** Said documents were served by Federal Express to the addresses stated below on December 21, 2007:

20 Counsel for Lucent:

21 David Hahn
Hahn & Adema
22 501 West Broadway, Suite 1730
San Diego, CA 92101
23 Telephone:   (619) 235-2100

24 Counsel for Microsoft

25 Christopher S. Marchese
Fish & Richardson P.C.
26 12390 El Camino Real
San Diego, CA 92130
27 Telephone:   (858) 678-5070
Counsel for Dell

28

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:     (213) 243-4199

**ELECTRONIC MAIL:**     Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

   rappleby@kirkland.com
   jhohenthaner@kirkland.com
   akellman@kirkland.com
   aadema@hahnadema.com

Counsel for Microsoft

   marchese@fr.com
   denning@fr.com
   barnes@fr.com
   brooks@fr.com
   srodriguez@fr.com

Counsel for Dell

   jfreed@mwe.com
   Ali.Sharifahmadian@aporter.com
   james_blackburn@aporter.com

   I declare that I am a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Austin, Texas


                                    _____/s/ Jeffrey B. Plies_____
                                         Jeffrey B. Plies, Esq.