1  Bryan W. Farney *(pro hac vice)*
   Steven R. Daniels (SBN 235398)
2  Jeffrey B. Plies *(pro hac vice)*
   DECHERT LLP
3  300 W. Sixth Street, Suite 1850
   Austin, Texas 78701
4  Telephone:  (512) 394-3000
   Facsimile:  (512) 394-3001
5
   David J. Zubkoff (SBN 149488)
6  SELTZER CAPLAN MCMAHON VITEK
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone:    (619) 685-3003
8  Facsimile:     (619) 685-3100

9  Attorneys for Defendants and Counterclaimants,
   GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10 GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
   LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. | Case No. 07-CV-2000 H (CAB) *consisting of matters severed from the consolidated cases:* |
| Plaintiff and Counter-Defendant, | Case No. 02-CV-2060 B (CAB) |
| | Case No. 03-CV-699 B (CAB) |
| v. | Case No. 03-CV-1108 B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **GATEWAY'S REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02** |
| Defendants and Counter-Claimants, | **RE: GATEWAY'S OPPOSITION TO LUCENT'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' TRUST RELATED COUNTERCLAIMS** |
| and | |
| MICROSOFT CORPORATION | |
| Intervenor and Counter-Claimant. | Date:          January 8, 2008 |
| | Time:          9:00 a.m. |
| AND CONSOLIDATED CASES | Courtroom:  13 |
| | Judge:         Honorable Marilyn L. Huff |

Pursuant to Civil Local Rule 79-2, Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") hereby request

DECHERT LLP
ATTORNEYS AT LAW
AUSTIN

**GATEWAY'S REQUEST TO FILE UNDER SEAL
PURSUANT TO CIVIL LOCAL RULE 79-02
Case No. 07-CV-2000 H (CAB)**

1  an Order sealing the following document, which contains information that has been designated
2  confidential under the Protective Order entered into by and among the parties, and filed with the
3  Court:

5  1.  Exhibit 1, a true and correct copy of Wayne A. Hoeberlein's Supplemental Expert
6  Report regarding Damages for Video Coding patents, dated June 9, 2006.  This document has
7  been designated by Lucent as "Restricted Confidential – Subject to Protective Order."  The
8  protective order was entered into by and among the parties and filed with the Court.  Gateway
9  surmises that Exhibit 1 contains financial information and discloses confidential business
10  practices, including Mr. Hoeberlein's calculation of reasonable royalties (Ex. 1, p. 9), which
11  Gateway cites in its opposition.

Dated: December 21, 2007            DECHERT LLP

                                    By:    ____/s/ Jeffrey B. Plies_____
                                           Jeffrey B. Plies, Esq.

                                    Attorneys For Defendants And Counterclaimants
                                    GATEWAY, INC. *et. al.*

DECHERT LLP
ATTORNEYS AT LAW
AUSTIN

- 2 -

GATEWAY'S REQUEST TO FILE UNDER SEAL
PURSUANT TO CIVIL LOCAL RULE 79-02
Case No. 07-CV-2000 H (CAB)