1  Bryan W. Farney *(pro hac vice)*
   Jeffrey B. Plies *(pro hac vice)*
2  DECHERT LLP
   300 W. Sixth Street, Suite 1850
3  Austin, Texas 78701
   Telephone:    (512) 394-3000
4  Facsimile:    (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN MCMAHON VITEK
6  750 "B" Street, Suite 2100
   San Diego, California 92101
7  Telephone:    (619) 685-3003
   Facsimile:    (619) 685-3100
8
   Attorneys for Defendants and Counterclaimants,
9  GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 LLC, AND COWABUNGA ENTERPRISES, INC.

11
                **UNITED STATES DISTRICT COURT**
12
              **SOUTHERN DISTRICT OF CALIFORNIA**
13

14 ─────────────────────────────────
   LUCENT TECHNOLOGIES INC.                  )   Case No. 07-CV-2000-H (CAB)
15 and MULTIMEDIA PATENT TRUST,              )   consisting of matters severed from
                                             )   consolidated cases:
16          Plaintiffs and Counter-Defendants, )   Case No. 02-CV-2060-B (CAB)
                                             )   Case No. 03-CV-0699-B (CAB)
17    v.                                     )   Case No. 03-CV-1108-B (CAB)
                                             )
18 GATEWAY, INC., GATEWAY COUNTRY           )
   STORES LLC, GATEWAY COMPANIES,           )   **REPLY DECLARATION OF**
19 INC., GATEWAY MANUFACTURING LLC          )   **JONATHAN D BAKER IN SUPPORT**
   and COWABUNGA ENTERPRISES, INC.          )   **OF GATEWAY'S MOTION FOR**
20                                           )   **PARTIAL SUMMARY JUDGMENT OF**
           Defendants and Counter-Claimants, )   **INVALIDITY OF U.S. PATENT**
21                                           )   **NO. 4,763,356 (DAY)**
      and                                    )
22                                           )
   MICROSOFT CORPORATION                     )
23                                           )   Date:        January 8, 2008
        Intervenor and Counter-Claimant.     )   Time:        9:00 a.m.
24                                           )   Courtroom:   13, 5th floor
   ─────────────────────────────────        )   Judge:       Hon. Marilyn L. Huff
25 AND CONSOLIDATED CASES                    )
                                             )
26

27

28
────────────────────────────────────────────

1      I, Jonathan D. Baker, declare as follows:

2      1.     I am an attorney with the law firm Dechert LLP, which is counsel for Gateway,

3  Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and

4  Cowabunga Enterprises, Inc. ("Gateway").

5      2.     I make this declaration in support of Gateway's Motion for Partial Summary

6  Judgment of Invalidity of U.S. Patent No. 4,763,356 (Day).   This declaration is based on my

7  personal knowledge and I would testify to the matters set forth in this declaration if called upon as

8  a witness.

9      3.     Attached as <u>Exhibit 17</u> is a true and correct copy of the transcript of the December

10  10, 2007 deposition of Robert Long.

11      4.     Attached as <u>Exhibit 18</u> is a true and correct copy of Exhibit 22 of the December

12  10, 2007 deposition of Robert Long.

13      5.     Attached as <u>Exhibit 19</u> is a true and correct copy of the transcript of the December

14  20, 2005 deposition of Alexander Gillon **(Confidential and filed under seal)**.

15      6.     Attached as <u>Exhibit 20</u> is a true and correct copy of the transcript of the July 28,

16  2005 deposition of Raoul LeConte.

17      7.     Attached as <u>Exhibit 21</u> is a true and correct copy of the April 10, 2007 e-mail from

18  Erica Pascal, Law Clerk to the Honorable Rudi M. Brewster, to the parties.

19      8.     Attached as <u>Exhibit 22</u> is a true and correct copy of Gateway's Fourth

20  Supplemental Response to Lucent's Interrogatory No. 1.

21      9.     Attached as <u>Exhibit 23</u> is a true and correct copy of Gateway's Fifth Supplemental

22  Initial Disclosures.

23      10.    Attached as <u>Exhibit 24</u> is a true and correct copy of the December 7, 2007 letter

24  from Greg Corbett to Bryan Atkinson.

25      11.    Attached as <u>Exhibit 25</u> is a true and correct copy of the Subpoena to JP Morgan

26  Chase & Co. issued by Microsoft Corp.

27      12.    Attached as <u>Exhibit 26</u> is a true and correct copy of the July 26, 2007 letter from

28

REPLY DECLARATION OF JONATHAN D. BAKER IN SUPPORT
OF GATEWAY'S MOTION FOR PARTIAL SUMMARY
JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356     1
(DAY)                                        CASE NO. 07-CV-2000-H (CAB)

1   Tracy Cushing Gilliam of JP Morgan Chase & Co. to Owais Siddiqui.

2       13.     Attached as <u>Exhibit 27</u> is a true and correct copy of excerpts from the IBM

3   Personal Computer Technical Reference Manual, dated January 1983.

4       14.     Attached as <u>Exhibit 28</u> is a true and correct copy of excerpts from the transcript of

5   the June 27, 2006 deposition of Bruce Tognazzini.

6       I declare under the penalty of perjury under the laws of the United States of America that

7   the foregoing is true and correct.

8   Dated:  December 21, 2007          DECHERT LLP

9

10

11                                      By:    /s/ Jonathan D. Baker

12                                             Jonathan D. Baker

13                                      Attorneys For Defendants And Counterclaimants
                                        GATEWAY, INC. *et. al.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# TABLE OF CONTENTS

| Exhibit No. | Pages |
|---|---|
| 17 | 299 – 331 |
| 18 | 332 |
| 19 | 333 – 379 |
| 20 | 380 – 417 |
| 21 | 418 |
| 22 | 419 – 430 |
| 23 | 431 – 443 |
| 24 | 444 |
| 25 | 445 – 460 |
| 26 | 461 |
| 27 | 462 – 467 |
| 28 | 468 – 471 |

13050117.1

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REPLY DECLARATION OF JONATHAN D. BAKER IN SUPPORT
OF GATEWAY'S MOTION FOR PARTIAL SUMMARY
JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356
(DAY)

3

CASE NO. 07-CV-2000-H (CAB)