1  Bryan W. Farney *(pro hac vice)*
   Jeffrey B. Plies *(pro hac vice)*
2  DECHERT LLP
   300 W. Sixth Street, Suite 1850
3  Austin, Texas 78701
   Telephone:    (512) 394-3000
4  Facsimile:    (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN MCMAHON VITEK
6  750 "B" Street, Suite 2100
   San Diego, California 92101
7  Telephone:    (619) 685-3003
   Facsimile:    (619) 685-3100
8
   Attorneys for Defendants and Counterclaimants,
9  GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 LLC, AND COWABUNGA ENTERPRISES, INC.

11                **UNITED STATES DISTRICT COURT**

12              **SOUTHERN DISTRICT OF CALIFORNIA**

13

14 ———————————————————— )
   LUCENT TECHNOLOGIES INC.                     )   Case No. 07-CV-2000-H (CAB)
15 and MULTIMEDIA PATENT TRUST,                 )   consisting of matters severed from
                                                )   consolidated cases:
16            Plaintiffs and Counter-Defendants, )   Case No. 02-CV-2060-B (CAB)
                                                )   Case No. 03-CV-0699-B (CAB)
17     v.                                        )   Case No. 03-CV-1108-B (CAB)
                                                )
18 GATEWAY, INC., GATEWAY COUNTRY              )
   STORES LLC, GATEWAY COMPANIES,               )   **REPLY DECLARATION OF**
19 INC., GATEWAY MANUFACTURING LLC            )   **JONATHAN D BAKER IN SUPPORT**
   and COWABUNGA ENTERPRISES, INC.             )   **OF GATEWAY'S MOTION FOR**
20                                              )   **PARTIAL SUMMARY JUDGMENT OF**
              Defendants and Counter-Claimants, )   **INVALIDITY OF U.S. PATENT**
21                                              )   **NO. 4,763,356 (DAY)**
       and                                      )
22                                              )
   MICROSOFT CORPORATION                        )
23                                              )   Date:        January 8, 2008
              Intervenor and Counter-Claimant.  )   Time:        9:00 a.m.
24                                              )   Courtroom:   13, 5th floor
   ———————————————————— )   Judge:       Hon. Marilyn L. Huff
25 AND CONSOLIDATED CASES                       )
                                                )
26

27

28
   ————————————————————————————————
   REPLY DECLARATION OF JONATHAN D. BAKER IN SUPPORT
   OF GATEWAY'S MOTION FOR PARTIAL SUMMARY
   JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356        CASE NO. 07-CV-2000-H (CAB)
   (DAY)

1    I, Jonathan D. Baker, declare as follows:

2    1.    I am an attorney with the law firm Dechert LLP, which is counsel for Gateway,

3    Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and

4    Cowabunga Enterprises, Inc. ("Gateway").

5    2.    I make this declaration in support of Gateway's Motion for Partial Summary

6    Judgment of Invalidity of U.S. Patent No. 4,763,356 (Day).   This declaration is based on my

7    personal knowledge and I would testify to the matters set forth in this declaration if called upon as

8    a witness.

9    3.    Attached as <u>Exhibit 17</u> is a true and correct copy of the transcript of the December

10    10, 2007 deposition of Robert Long.

11    4.    Attached as <u>Exhibit 18</u> is a true and correct copy of Exhibit 22 of the December

12    10, 2007 deposition of Robert Long.

13    5.    Attached as <u>Exhibit 19</u> is a true and correct copy of the transcript of the December

14    20, 2005 deposition of Alexander Gillon **(Confidential and filed under seal)**.

15    6.    Attached as <u>Exhibit 20</u> is a true and correct copy of the transcript of the July 28,

16    2005 deposition of Raoul LeConte.

17    7.    Attached as <u>Exhibit 21</u> is a true and correct copy of the April 10, 2007 e-mail from

18    Erica Pascal, Law Clerk to the Honorable Rudi M. Brewster, to the parties.

19    8.    Attached as <u>Exhibit 22</u> is a true and correct copy of Gateway's Fourth

20    Supplemental Response to Lucent's Interrogatory No. 1.

21    9.    Attached as <u>Exhibit 23</u> is a true and correct copy of Gateway's Fifth Supplemental

22    Initial Disclosures.

23    10.    Attached as <u>Exhibit 24</u> is a true and correct copy of the December 7, 2007 letter

24    from Greg Corbett to Bryan Atkinson.

25    11.    Attached as <u>Exhibit 25</u> is a true and correct copy of the Subpoena to JP Morgan

26    Chase & Co. issued by Microsoft Corp.

27    12.    Attached as <u>Exhibit 26</u> is a true and correct copy of the July 26, 2007 letter from

28

1  Tracy Cushing Gilliam of JP Morgan Chase & Co. to Owais Siddiqui.

2        13.      Attached as <u>Exhibit 27</u> is a true and correct copy of excerpts from the IBM

3  Personal Computer Technical Reference Manual, dated January 1983.

4        14.      Attached as <u>Exhibit 28</u> is a true and correct copy of excerpts from the transcript of

5  the June 27, 2006 deposition of Bruce Tognazzini.

6        I declare under the penalty of perjury under the laws of the United States of America that

7  the foregoing is true and correct.

8  Dated:  December 21, 2007           DECHERT LLP

9

10

11                                        By:  ___/s/ Jonathan D. Baker_____
                                              Jonathan D. Baker
12
                                          Attorneys For Defendants And Counterclaimants
13                                        GATEWAY, INC. *et. al.*

14

1

# TABLE OF CONTENTS

2

| Exhibit No. | Pages |
|---|---|
| 17 | 299 – 331 |
| 18 | 332 |
| 19 | 333 – 379 |
| 20 | 380 – 417 |
| 21 | 418 |
| 22 | 419 – 430 |
| 23 | 431 – 443 |
| 24 | 444 |
| 25 | 445 – 460 |
| 26 | 461 |
| 27 | 462 – 467 |
| 28 | 468 – 471 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

13050117.1

19

20

21

22

23

24

25

26

27

28