

**Exhibit 18**
**Page 332**