**From:** Erica_Pascal@casd.uscourts.gov [mailto:Erica_Pascal@casd.uscourts.gov]
**Sent:** Tuesday, April 10, 2007 5:54 PM
**To:** aadema@hahnadema.com; jdesmarais@kirkland.com; Plies, Jeffrey; james.blackburn@aporter.com; gartman@fr.com; JFreed@mwe.com; pbondor@kirkland.com; marchese@fr.com; Joseph_Micallef@aporter.com; denning@fr.com; brooks@fr.com
**Subject:** 02cv2060 Group 4 April 27 motion in limine hearing

Counsel,

In preparation for the April 27th hearing on the motions in limine for Group 4, the Court would like to bring the following guidelines to your attention to assist with the high volume of motions to be heard on that date.

1.    No more than 20 total motions will be heard in oral argument. The remainder of the motions will be decided on the papers.

   **Each party may choose up to five (5) motions** to be heard.
   Please inform the Court **no later than April 23, 2007** which motions you have chosen for oral argument.
   Please use the email here (epascal@casd.uscourts.gov) to send this information to the Court.

2.    <u>For those motions in limine that pertain to discovery disputes</u>, these will be automatically taken on the papers and decided against the party who violated the discovery rules (regardless of any enforcement behavior or lack of same of the other party). The Court regrds the following motions as falling into this category: Dell nos. 17-18, Gateway no. 1, Lucent no. 10. The only exception (where such a motion may be chosen for oral argument) applies to circumstances where it is undetermined as to which party violated the discovery rules.

3.    <u>For those motions in limine that are "repeats"</u> of motions brought in the Group 2 or Group 3, these will generally be taken on the papers and the same rulings applied thereto. If, however, a change in facts or case law dictates that the Court should rule differently, a party may choose to designate such motion for oral argument.

Please let me know if you have any further questions.
Regards,

Erica Pascal

Law Clerk to the Honorable Rudi M. Brewster
United States District Court
Southern District of California
940 Front Street
San Diego, CA 92101

619-557-2931 (direct)
619-557-6190 (chambers)

Exhibit 21
Page 418