1 | Bryan W. Farney (SBN: 06826600 (TX)(*pro hac vice*)
Jeffrey B. Plies (SBN: 24027621)(*pro hac vice*)
2 | DECHERT LLP
300 W. 6th Street, Suite 1850
3 | Austin, Texas 78701
Telephone: (512) 394-3000
4 | Facsimile: (512) 394-3001

5 | David J. Zubkoff (SBN 149488)
SELTZER CAPLAN McMAHON VITEK
6 | A Law Corporation
750 "B" Street, Suite 2100
7 | San Diego, California 92101
Telephone: (619) 685-3003
8 | Facsimile: (619) 702-6827

9 | Attorneys for Defendants and Counter-Claimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10 | GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

11 |

12 | **UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

13 |

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. | Case No. 02-CV-2060 B (WMc) |
| | consolidated with |
| Plaintiff and Counter-Defendant, | Case No. 03-CV-699 B (WMc) |
| | Case No. 03-CV-1108 B (WMc) |
| vs. | |
| | **GATEWAY, INC.'S FIFTH** |
| GATEWAY, INC., GATEWAY COUNTRY | **SUPPLEMENTAL INITIAL** |
| STORES LLC, GATEWAY COMPANIES, | **DISCLOSURES** |
| INC., GATEWAY MANUFACTURING LLC | |
| and COWABUNGA ENTERPRISES, INC. | |
| | |
| Defendants and Counter-Claimants, | |
| | |
| and | |
| | |
| MICROSOFT CORPORATION | |
| | |
| Intervenor and Counter-Claimant. | |
| | |
| AND CONSOLIDATED CASES | |

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendants Gateway, Inc. and Gateway Country

Stores LLC ("Gateway") provides Lucent Technologies Inc. and Lucent Technologies

Guardian I LLC ("Lucent") with the following Fifth Supplemental Initial Disclosures based upon

---

GATEWAY, INC.'S FIFTH SUPPLEMENTAL INITIAL DISCLOSURES
Case No.: 02-CV-2060 B (WMc)

Exhibit 23
Page 431

reasonably available information at this time.  Gateway reserves the right to supplement or correct the disclosures to include information acquired hereafter under Fed. R. Civ. P. 26(e).

**INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT GATEWAY MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES**

After a reasonable inquiry, Gateway believes that the following individuals likely have discoverable information that Gateway may use to support its claims or defenses.  Gateway reserves the right to identify additional individuals at a later date.

| NAME | TOPIC |
|------|-------|
| 1. Arun N. Netravali<br>10 Byron Court<br>Westfield, NJ 07090<br>Telephone: 908-654-7763 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 2. John D. Robbins<br>100 Florence Avenue, 1A<br>Denville, NJ 07834<br>Telephone: 973-627-4129 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 3. Barin G. Haskell<br>1190 Fairbrook Drive<br>Mountain View, CA 94040 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 4. Atul Puri<br>19500 Pruneridge Avenue, #203<br>Cupertino, CA 95014 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 5. Nuggehally S. Jayant<br>4390 Candacraig<br>Alpharetta, Georgia 30022 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 6. Venkatasubbarao Ramamoorthy<br>6704 Paseo San Leon<br>Pleasanton, CA 94566 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 7. Benjamin W. Day, Jr.<br>1 Bingham Avenue<br>Rumson, NJ 07760<br>Telephone: 732-747-6142 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 8. William A. Frezza<br>83 Cambridge Parkway, #201<br>Cambridge, MA 02142<br>Telephone: 617-494-9290 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 9. Alexander C. Gillon<br>20 Longview Drive<br>Sedona, AZ 86336<br>Telephone: 928-282-1090 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 10. Raoul A. LeConte<br>10 Montery Court<br>Jackson, NJ 08527<br>Telephone: 732-833-7980 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |

**Exhibit 23**<br>**Page 432**

| **NAME** | **TOPIC** |
|---|---|
| 11. Carolyn A. Doughty<br>521 Wakeman Avenue<br>Wheaton, IL 60187<br>Telephone: 630-668-6534 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 12. Gabor P. Torok<br>31 Air Castle Isle<br>Andover, NJ 07821<br>Telephone: 973-770-5770 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 13. Andrew B. White | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 14. James R. Fleming<br>1412 Calcutta Lane<br>Naperville, IL 60563<br>Telephone: 630-717-1078 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 15. Gerald S. Soloway<br>6 Brookview Court<br>Holmdel, NJ 07733<br>Telephone: 732-946-2918 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 16. Frank Liebenow<br>Larson & Larson, PA<br>11199 69th Street N<br>Largo, FL 33773 | Products from vendors; Lucent and Gateway's pre-suit conduct. |
| 17. Mark S. Walker<br>Consulting Attorney<br>IBM Corp.<br>Intellectual Property Law - MS 4054<br>11400 Burnet Road<br>Austin, TX 78758<br>Tel: 512-823-5884 | Damages; Lucent and Gateway's pre-suit conduct. |
| 18. Kelly Thacker<br>Manager, Finance<br>Gateway, Inc.<br>14303 Gateway Place<br>Poway, CA 92064 | Damages |
| 19. Richard H. Ketchum<br>11S076 West<br>Naperville, IL 60565 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 20. Todd Agulnick<br>3701 Divisadero Street #303<br>San Francisco, CA 94123 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 21. Bishnu S. Atal<br>6226 95th Place SW<br>Mukilteo, Washington 98275 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice. |
| 22. Andrew Quinn, Esq.<br>Director, Law Department<br>Sony Electronics Inc.<br>16530 Via Esprillo, MZ-7345<br>San Diego, CA 92127<br>(858) 942-2466 | Release |

| | NAME | TOPIC |
|---|---|---|
| 23. | Gregory Call<br>14123 Via Corsini<br>San Diego, CA 92128 | Release, Gateway litigation conduct. |
| 24. | Richard Shoup<br>5273 Country Lane<br>San Jose, CA 95129 | Invalidity of '759 |
| 25. | Michael Arlen Davis, Jr.<br>9020 N. Capital of Texas Hwy.<br>Bldg. 1, Suite 375<br>Austin, Texas 78759<br>(512) 306-8324 | Invalidity of '226 |
| 26. | Takeo Kanade<br>Carnegie Mellon University<br>Robotics Institute<br>5000 Forbes Avenue<br>Pittsburgh, PA 15213 | Invalidity of '759 |
| 27. | Richard Gilly<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>(302) 652-5070 | Gateway's pre-suit conduct |
| 28. | Neal West<br>Gateway, Inc.<br>7565 Irvine Center Dr.<br>Irvine, CA 92618 | Gateway financials |
| 29. | Mike Flannery<br>Gateway, Inc.<br>610 Gateway Drive<br>North Sioux City, SD 57049 | Gateway engineering and manufacturing;<br>Gateway products |
| 30. | D.W. Anderson<br>Gateway, Inc.<br>610 Gateway Drive<br>North Sioux City, SD 57049 | Gateway engineering and manufacturing;<br>Gateway products |
| 31. | Douglas Gude<br>Gateway, Inc.<br>610 Gateway Drive<br>North Sioux City, SD 57049 | Gateway unit tracking and financial<br>information |
| 32. | Nick England | Invalidity of '759 |
| 33. | James Benster<br>40 4th Street, #255<br>Petaluma, CA 94952<br>(707) 780-1907 | Invalidity of '759 |
| 34. | Robert Carr<br>725 Euclid Avenue<br>San Francisco, CA 94108 | Invalidity, inequitable conduct, claim<br>construction, conception and reduction to<br>practice, diligence in reducing to practice |
| 35. | Tony Hoeber | Invalidity, inequitable conduct, claim<br>construction, conception and reduction to<br>practice, diligence in reducing to practice |
| 36. | S. Jerrold Kaplan<br>125 Stonehedge Road<br>Hillsborough, CA 94010 | Invalidity, inequitable conduct, claim<br>construction, conception and reduction to<br>practice, diligence in reducing to practice |

**Exhibit 23**
**Page 434**

| | NAME | TOPIC |
|---|---|---|
| 37. | David R. Low | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice |
| 38. | Michael Ouye | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice |
| 39. | Matthew Rainey<br>c/o Kirkland & Ellis<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice |
| 40. | Amir H. Raubvogel<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA 94041 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice |
| 41. | Frederick P. Luludis<br>3725 SE 12th Place<br>Cape Coral, FL 33904 | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice |
| 42. | Mitchell Kapor | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice |
| 43. | Steve Sakoman | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice |
| 44. | Peter Miller | Invalidity, inequitable conduct, claim construction, conception and reduction to practice, diligence in reducing to practice |
| 45. | Intuit, Inc. | Structure, function and operation of Quicken software product |
| 46. | PalmSource, Inc. | Structure, function and operation of Palm OS operating system |
| 47. | Palm, Inc. | Structure, function and operation of Palm PDA |
| 48. | PalmOne, Inc. | Structure, function and operation of Palm PDA |
| 49. | Dr. James D. Foley<br>College of Computing<br>Georgia Institute of Technology<br>Atlanta, GA 30332 | Invalidity of '759 |
| 50. | James Templeman<br>7914 Brompton St.<br>Springfield, VA 22152 | Invalidity of '759 |
| 51. | Steve Fox<br>Manager, Finance<br>Gateway, Inc.<br>610 Gateway Drive<br>North Sioux City, SD 57049 | Damages and Gateway financials. |
| 52. | John Schindler<br>Gateway, Inc.<br>7565 Irvine Center Dr.<br>Irvine, CA 92618 | Gateway Marketing |

Exhibit 23<br>Page 435

| | NAME | TOPIC |
|---|---|---|
| 53. | Jeff Plotnick<br>3 Persimmon Court<br>Medford, NJ 08055 | Fleming '759 Prior Art |
| 54. | Thomas Wehberg<br>Dept. of Communications Engineering<br>and Information processing<br>University of Hanover, Germany | Haskell '226 Prior Art |
| 55. | Helga Röper<br>(formerly?) Dept. of Communications Engineering<br>and Information processing<br>University of Hanover, Germany | Haskell '226 Prior Art |
| 56. | Dr. Jaswant R. Jain<br>25801 Hackamore Street<br>Tehachapi, California 93561 | Invalidity of '272 Patent |
| 57. | D.Kazakos<br>1100 Augusta Drive, Apt 72<br>Houston, Texas 77057 | Invalidity of '272 Patent, corroborating witness as to Dr. Jaswant R. Jain's conception and reduction to practice |
| 58. | Shenq H. Wang<br>4105 Glen Meadows Drive<br>Allen, Texas 75002 | Invalidity of '272 Patent, corroborating witness as to Dr. Jaswant R. Jain's conception and reduction to practice |
| 59. | Christopher Shook<br>Gateway, Inc.<br>610 Gateway Drive<br>North Sioux City, SD 57049 | Gateway web site |
| 60. | Dr. Patricia Wenner<br>Bucknell University<br>Lewisburg, PA 17837<br>(570) 577-1266 | Invalidity of '759 Patent |
| 61. | C. Douglas O'Brien<br>1390 Prince of Wales Dr.<br>Ottawa, Canada, K2C 3N6<br>(613) 233-8260 | Invalidity of '759 Patent |
| 62. | Jean Pec<br>Gelman Library<br>George Washington University<br>(202) 994-8886<br>(or alternative GWU/Gelman Librarian) | Invalidity of '759 Patent |
| 63. | Michael Tyler<br>1915 Straits View Drive<br>Belvedere-Tiburon, CA 94920-1820<br>(415) 288-2150 | Invalidity of Day '356 Patent |
| 64. | John Verity<br>377 Vose Ave.<br>South Orange, NJ 07079<br>(973) 763-1241 | Invalidity of Day '356 Patent |
| 65. | David Kessler<br>20 Barberry Road<br>Lexington, MA 02421<br>(781) 863-1140 | Invalidity of Day '356 Patent |
| 66. | Robert Long<br>West Highlands | Invalidity of Day '356 Patent |

**Exhibit 23**<br>**Page 436**

| NAME | TOPIC |
|---|---|
| Three Gates Lane<br>Haslemere,<br>Surry,<br>GU27 2ET<br>+44 7788 672 096 | |
| 67.   John Annaloro<br>4408 Shore Drive NW<br>Gig Harbor, WA  98335<br>(253) 224-5279 | Invalidity of Day '356 Patent |
| 68.   Steven Foster<br>161 Ingrave Rd.<br>Brentwood<br>Essex<br>CM13 2AA<br>+44 1277 225 625 | Invalidity of Day '356 Patent |

Other individuals not specifically known to Gateway may posses relevant information, particularly information relating to the invalidity of the patents-in-suit.  Such individuals include: (1) authors of prior art publications and patents relevant to the subject matter of the patent-in-suit; (2) individuals having knowledge of any prior art use, sale, offer to sell, or invention relevant to the subject matter of the patent-in-suit;  (3) individuals having knowledge of the level of ordinary skill in the art to which the alleged invention pertains; (4) individuals having knowledge of any license to the patent-in-suit, any offer to license or refusal to license the patent-in-suit; (5) individuals having knowledge of the circumstances or manner of the alleged invention disclosed in the patent-in-suit; (6) individuals having knowledge of the ownership or rights in the patent and/or the subject matter of the patent-in-suit; (7) individuals having knowledge of products developed and supplied to Gateway by third parties; (8) individuals having knowledge of the representations made in Lucent's advertising and marketing materials; and (9) individuals having knowledge concerning Lucent's knowledge of Gateway's products prior to this lawsuit.  Gateway expressly reserves the right to rely upon the testimony of any individual identified in the above list or who has been deposed in this case.  Gateway also expressly incorporates by reference all individuals identified in Microsoft's and Dell's Initial Disclosures and all supplements thereto.

Exhibit 23<br>Page 437

1

## DOCUMENTS AND THINGS

2     Gateway reserves the right to rely on all documents produced by Gateway, Microsoft,

3  Dell, Lucent, or any third-party during the course of this litigation. Gateway also intends to rely

4  on sales and financial information located in its databases (*e.g.*, JDE/AS400).

5  **US PATENTS**

6

| | | |
|---|---|---|
| 3,361,520 | 3,422,419 | 3,591,722 |
| 3,609,749 | 3,651,508 | 3,706,850 |
| 3,715,512 | 3,727,003 | 3,739,347 |
| 3,750,024 | 3,852,721 | 3,868,640 |
| 3,949,391 | 3,959,585 | 4,027,331 |
| 4,091,374 | 4,117,471 | 4,125,743 |
| 4,133,976 | 4,140,882 | 4,173,771 |
| 4,179,709 | 4,185,282 | 4,202,041 |
| 4,218,703 | 4,218,704 | 4,224,615 |
| 4,232,338 | 4,233,601 | 4,242,539 |
| 4,272,787 | 4,276,565 | 4,289,931 |
| 4,291,198 | 4,307,420 | 4,342,029 |
| 4,369,464 | 4,371,895 | 4,383,138 |
| 4,383,272 | 4,411,003 | 4,431,870 |
| 4,442,454 | 4,451,895 | 4,460,923 |
| 4,469,499 | 4,491,953 | 4,575,756 |
| 4,653,086 | 4,659,876 | 4,661,849 |
| 4,663,665 | 4,665,436 | 4,667,233 |
| 4,668,989 | 4,689,671 | 4,689,672 |
| 4,689,673 | 4,717,956 | 4,725,694 |
| 4,727,422 | 4,736,248 | 4,745,459 |
| 4,771,331 | 4,782,387 | 4,853,775 |
| 4,862,267 | 4,864,393 | 4,864,394 |
| 4,864,398 | 4,890,160 | 4,924,306 |
| 4,942,465 | 5,134,476 | 6,404,813 B1 |
| 5,001,560 | 4,575,756 | 4,202,011 |
| 4,858,005 | 4,979,020 | 3,736,373 |
| 4,771,331 | 4,788,589 | 4,890,160 |
| 5,113,255 | 4,710,813 | 5,027,206 |
| 4,862,267 | 4,837,632 | 4,723,161 |
| 4,460,923 | 4,371,895 | 4,805,017 |

23  **FOREIGN PATENTS**

24  EU 0082512
     FR 2183442
25  GER 2720435
     GER 3025462
26  GER 2538820
     JP 59-170929

27

28

**ARTICLES**

- "A Frame-Based Real-Time Graphic Interaction System" by Werner Horn, Robert Trappl, Dietmar Ulrich, and Gerhard Chroust, European Meeting on Cybernetics and Systems Research, 1984, pp. 825-830.

- "An Interactive Touch Phone for Future Offices", by To Russell Hsing, Hoa Anh Quach, Charles LeBlanc, Ralph Mednick, and Leonard Abraham, IEEE International Conference on Communications, 20th Amsterdam, May 14-17, 1984, pp. 272-275.

- "An Interactive Touch Phone for Office Automation" by To Russell Hsing, Hoa Anh Quach, Charles LeBlanc and James C. Stoddard, IEEE Communications Magazine, Feb. 1985- vol. 23, No. 2, pp. 21-26.

- "Movement-Compensated Frame-Frequency Conversion of Television Signals" by H. Yamaguchi, T. Sugi and K. Kinuhata, IEEE Transactions on Communications, vol. COM-35, No. 10, Oct. 1987, pp. 1069-1082.

- "System for Terminals Creates Keyboards Anyone Can Use" by Linda Lowe, Electronics, Jun. 5, 1980, pp. 39 and 40.

- "Interframe Adaptive Data Compression Techniques for Images" by Jaswant R. Jain, A Dissertation Submitted to the Faculty of the Graduate School of the State University of New York at Buffalo in Partial Fulfillment of the Requirements for the Degree of Doctor of Philosophy, Sept.. 1979-Chapter 2, pp. 23-47.

- "Television Band Compression by Contour Interpolation" by D. Gabor and P.C.J. Hill, He Institution of Electrical Engineers, Paper No. 3507 E, May 1961, pp.303-315.

- "Picture Coding: A Review" by Arun N. Netravali and John O. Limb, Proceedings of the IEEE, March 1980 vol. 68, No. 3, pp. 366-407.

- "Image Data Compression: A Review" by Anil K. Jain, Proceedings of the IEEE, March 1981 vol. 69, No. 3, pp. 349-389.

- "Digital Pictures Representation and Compression" by Arun n. Netravali and Barry G Haskell, Published 1988 by Plenum Press, Chapters 3, 5, and 6.

- "Fixed and Adaptive Predictors for Hybrid Predictiv/Transform Coding" by Staffan Ericsson, IEEE Transactions on Communications, vol. COM-33. No. 12, Dec. 1985, pp.1291-1302.

- "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding" by M. Tanimoto and T. Mori, The Transactions of the IEICE, vo. E 70, No. 7, July 1987, pp.611-613.

- MPEG Submission 89/182, "MCPIC - Motion Compensated Predictive-Interpolative Coding," Bellcore, October 1989

- MPEG Submission 89/189, Matsushita, October 1989.

- S. Sabri, K Cuffling and B. Prasada, *Coding of Video Signals at 50 Kb/s Using Motion Compensation Techniques*, 1983 IEEE Military Communications Conference

- Mathias Bierling & Robert Thoma, *Motion Compensated Field Interpolation Using A Hierarchically Structured Displacement Estimator, Signal Processing*, Vol. 11 (1986)

- Hans C. Bergman, *Motion Adaptive Frame Interpolation*, IEEE, Int'l Zurich Seminar on Digital Communications, March 1984

- CCITT SGXV Document #78 (MSLT 0625858-69)

- CCITT SGXV Document #81 (MSLT 0625891-94)

- Thomas Micke, "Comparison of a Predictive and an Interpolative Motion Compensated Coding Method for Television Video Signals," University of Hanover, April 1986 (GW-LT 255054-84)

- CCITT SGXV Document #43 (MSLT 0625571-85)


Gateway may also rely upon additional prior art or documents produced by Gateway or any other party or third-party in this litigation. Technical documentation and things related to products supplied to Gateway by third-parties, to the extent such items are in Gateway's possession, custody, and control, are located either in Gateway's California or its South Dakota facilities. Other documents and things not presently known to Gateway may contain information that Gateway may use to support its claims or defenses, particularly information relating to the invalidity of the patents-in-suit, and Gateway reserves all rights as to such information.

## DAMAGES

Gateway seeks judicial determination and declaration that it has not and is presently not infringing the patents-in-suit, and further that such patents be declared invalid. Accordingly, Gateway is not liable for damages arising from the alleged infringement.

To the extent that Gateway is found to infringe any valid patent, Lucent's recovery is limited to no more than a reasonable royalty which will be computed based upon the well-known *Georgia-Pacific* factors. Because fact and expert discovery are ongoing, a precise calculation will be presented in Gateway's expert damages report. Some data to be used in this calculation is located in Gateway's electronic databases (*e.g.*, JDE/AS400), which Lucent is invited to inspect.

## INSURANCE

Based on present information, Gateway has no insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which

**Exhibit 23**
**Page 440**

1  may be entered in this action, or to indemnify or reimburse Gateway for payments made to

2  satisfy such a judgment.

3

4  Dated:  September 7, 2007

DECHERT LLP

5

6

By:_____

7                Jeffrey B. Plies

8  ATTORNEYS FOR DEFENDANTS AND
   COUNTER-CLAIMANTS GATEWAY, INC.,
9  GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY
10  MANUFACTURING LLC AND
   COWABUNGA ENTERPRISES, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 23
Page 441

**CERTIFICATE OF SERVICE**

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. On September 7, 2007, I served a copy of the following document:

**GATEWAY'S FIFTH SUPPLEMENTAL INITIAL DISCLOSURES.**

I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

**BY FACSIMILE:**      Said document was served by facsimile to the addresses stated below:

Counsel for Lucent:

Alison P. Adema
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Facsimile:      (619) 235-2101

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Facsimile:      (858) 678-5099

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Facsimile:      (213) 243-4199

**ELECTRONIC MAIL:**      Courtesy copies of said documents have been served by electronic mail as stated below.

Counsel for Lucent

    rappleby@kirkland.com
    jhohenthaner@kirkland.com
    akellman@kirkland.com
    aadema@hahnadema.com

Counsel for Microsoft

    marchese@fr.com
    denning@fr.com

GATEWAY, INC.'S FIFTH SUPPLEMENTAL INITIAL DISCLOSURES
Case No.: 02-CV-2060 B (WMc)
-12-

**Exhibit 23**
**Page 442**

1    barnes@fr.com
     brooks@fr.com
2    srodriguez@fr.com

3  Counsel for Dell

4    jfreed@mwe.com
     Ali.Sharifahmadian@aporter.com
5    james_blackburn@aporter.com

6
          I declare that I am employed in the office of a member of the bar of this Court at whose
7  direction the service was made.  I declare under penalty of perjury under the laws of the United
   States of America that the above is true and correct.
8
   Executed in Austin, Texas
9

10

11                                         _Lawrence Fluker_
                                            Lawrence Fluker
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 23
Page 443