# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Gregory F. Corbett
To Call Writer Directly:
(202) 879-5296
gcorbett@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

December 7, 2007

**BY EMAIL**

Bryan Atkinson
Dechert LLP
300 W. 6th Street, Suite 1850
Austin, TX 78701

Re: *Lucent v. Gateway, Microsoft, et. al.*
USDC-S.D. Cal. - Case No. 02-CV-2060 B (WMC) consolidated with
Case No. 03-CV-0699 B (WMC) and Case No. 03-CV-1108 (WMC)

Dear Bryan:

I write in response to your December 6, 2007 letter regarding the stipulation pertaining to Mr. Verity. We maintain our position that the parties should be able to agree to a form of the stipulation sent to us on November 6th by Lara Garner, and thus avoid the need to take Mr. Verity's deposition or call him at trial.

Before we finalize and execute the stipulation, however, we need to proceed with Mr. Tyler's deposition concerning similar or overlapping subject matter. Assuming that no issues arise during Mr. Tyler's deposition that would need to be clarified by Mr. Verity, we would finalize and execute the stipulation. Accordingly, there is no need to proceed with Mr. Verity's deposition at this time. Please confirm.

To the extent you disagree, please let us know so that we can schedule a mutually agreeable date for Mr. Verity's deposition, as your proposed date of December 11th provides us with less than three business days notice. Please do not hesitate to call me with any questions.

Sincerely,

Gregory F. Corbett

Chicago    Hong Kong    London    Los Angeles    Munich    New York    San Francisco

Exhibit 24
Page 444