# JPMorganChase

Tracey Cushing Gilliam
Vice President and
Assistant General Counsel
Legal Department

July 26, 2007

***Via U.S. Mail***
Owais Siddiqui, Esq.
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130

Re: Non-party Subpoena For Lucent v. Gateway, Microsoft, et al., USDC – S.D. Cal. Case No. 02-CV-2060B (CAB)

Dear Mr. Siddiqui:

I am an attorney in the JPMorgan Chase Legal Department and am writing in response to the non-party subpoena dated July 9, 2007 and served on J.P. Morgan Chase & Co. ("JPMorgan") in connection with the above-referenced matter (the "Subpoena").

First, JPMorgan objects to the Subpoena's definition of "You" as overly broad insofar as it is directed to JPMorgan and purports to cover Chemical Banking Corp.'s "subsidiaries, parents, sisters, partnerships and affiliates and all persons acting on their behalf."

Second, JPMorgan objects to the Subpoena as overly broad and burdensome insofar as it seeks documents and information from a time period over twenty years ago.

Finally, I have performed a good faith search and have not located any documents responsive to the Subpoena. I have also been unable to locate an individual with personal knowledge of the subjects set forth in the Subpoena. Therefore, JPMorgan will not produce documents on August 2, 2007, nor will it produce an individual for a deposition on August 23, 2007, and it is JPMorgan's position that it has fulfilled its obligations in connection with the Subpoena.

Very truly yours,

[signature]

cc: Linda S. Lewis

159631

JPMorgan Chase Bank, N.A. • Litigation • Mail Code: NY1-A436, One Chase Manhattan Plaza, 26th Flr, New York, NY 10005
Telephone: 212 552 0947 • Facsimile: 212 552 1201
tracey.cushing.gilliam@jpmchase.com

Exhibit 26
Page 461