

# Technical Reference

*Personal Computer Hardware Reference Library*

Exhibit 27
Page 462

1525820

# LIMITED WARRANTY

The International Business Machines Corporation warrants this IBM Personal Computer Product to be in good working order for a period of 90 days from the date of purchase from IBM or an authorized IBM Personal Computer dealer. Should this Product fail to be in good working order at any time during this 90-day warranty period, IBM will, at its option, repair or replace this Product at no additional charge except as set forth below. Repair parts and replacement Products will be furnished on an exchange basis and will be either reconditioned or new. All replaced parts and Products become the property of IBM. This limited warranty does not include service to repair damage to the Product resulting from accident, disaster, misuse, abuse, or non-IBM modification of the Product.

Limited Warranty service may be obtained by delivering the Product during the 90-day warranty period to an authorized IBM Personal Computer dealer or IBM Service Center and providing proof of purchase date. If this Product is delivered by mail, you agree to insure the Product or assume the risk of loss or damage in transit, to prepay shipping charges to the warranty service location and to use the original shipping container or equivalent. Contact an authorized IBM Personal Computer dealer or write to IBM Personal Computer, Sales and Service, P.O. Box 1328-W, Boca Raton, Florida 33432, for further information.

ALL EXPRESS AND IMPLIED WARRANTIES FOR THIS PRODUCT INCLUDING THE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO A PERIOD OF 90 DAYS FROM THE DATE OF PURCHASE, AND NO WARRANTIES, WHETHER EXPRESS OR IMPLIED, WILL APPLY AFTER THIS PERIOD. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

IF THIS PRODUCT IS NOT IN GOOD WORKING ORDER AS WARRANTED ABOVE, YOUR SOLE REMEDY SHALL BE REPAIR OR REPLACEMENT AS PROVIDED ABOVE. IN NO EVENT WILL IBM BE LIABLE TO YOU FOR ANY DAMAGES, INCLUDING ANY LOST PROFITS, LOST SAVINGS OR OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OF OR INABILITY TO USE SUCH PRODUCT, EVEN IF IBM OR AN AUTHORIZED IBM PERSONAL COMPUTER DEALER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES FOR CONSUMER PRODUCTS, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH MAY VARY FROM STATE TO STATE.

Exhibit 27
Page 463

IBM

*Personal Computer Hardware Reference Library*

# Technical Reference

Exhibit 27
Page 464

# FEDERAL COMMUNICATIONS COMMISSION RADIO FREQUENCY INTERFERENCE STATEMENT

**Warning:** This equipment has been certified to comply with the limits for a Class B computing device, pursuant to Subpart J of Part 15 of FCC rules. Only peripherals (computer input/output devices, terminals, printers, etc.) certified to comply with the Class B limits may be attached to this computer. Operation with non-certified peripherals is likely to result in interference to radio and TV reception.

**Notice:** As sold by the manufacturer, the IBM Prototype Card does not require certification under the FCC's rules for Class B devices. The user is responsible for any interference to radio or TV reception which may be caused by a user-modified prototype card.

**CAUTION:** This product is equipped with a UL-listed and CSA-certified plug for the user's safety. It is to be used in conjunction with a properly grounded 115 Vac receptacle to avoid electrical shock.

**Revised Edition (January 1983)**

Changes are periodically made to the information herein; these changes will be incorporated in new editions of this publication.

Products are not stocked at the address below. Requests for copies of this product and for technical information about the system should be made to your authorized IBM Personal Computer dealer.

A Reader's Comment Form is provided at the back of this publication. If this form has been removed, address comment to: IBM Corp., Personal Computer, P.O. Box 1328-C, Boca Raton, Florida 33432. IBM may use or distribute any of the information you supply in any way it believes appropriate without incurring any obligations whatever.

© Copyright International Business Machines Corporation, 1981, 1982, 1983

Exhibit 27
Page 465

# IBM Color/Graphics Monitor Adapter

The IBM Color/Graphics Monitor Adapter is designed to attach to the IBM Color Display, to a variety of television-frequency monitors, or to home television sets (user-supplied RF modulator is required for home television sets). The adapter is capable of operating in black-and-white or color. It provides three video interfaces: a composite-video port, a direct-drive port, and a connection interface for driving a user-supplied RF modulator. In addition, a light pen interface is provided.

The adapter has two basic modes of operation: alphanumeric (A/N) and all-points-addressable graphics (APA). Additional modes are available within the A/N and APA modes. In the A/N mode, the display can be operated in either a 40-column by 25-row mode for a low-resolution monitor or home television, or in an 80-column by 25-row mode for high-resolution monitors. In both modes, characters are defined in an 8-wide by 8-high character box and are 7-wide by 7-high, with one line of descender for lowercase characters. Both uppercase and lowercase characters are supported in all modes.

The character attributes of reverse video, blinking, and highlighting are available in the black-and-white mode. In the color mode, sixteen foreground and eight background colors are available for each character. In addition, blinking on a per-character basis is available.

The monitor adapter contains 16K bytes of storage. As an example, a 40-column by 25-row display screen uses 1000 bytes to store character information, and 1000 bytes to store attribute/color information. This would mean that up to eight display screens can be stored in the adapter memory. Similarly, in an 80-column by 25-row mode, four display screens may be stored in the adapter. The entire 16K bytes of storage on the display adapter are directly addressable by the processor, which allows maximum software flexibility in managing the screen.

In A/N color modes, it is also possible to select the color of the screen's border. One of sixteen colors can be selected.

**Exhibit 27**
**Page 466**

In the APA mode, there are two resolutions available: a medium-resolution color graphics mode (320 PELs by 200 rows) and a high-resolution black-and-white graphics mode (640 PELs by 200 rows). In the medium-resolution mode, each picture element (PEL) may have one of four colors. The background color (color 0) may be any of the 16 possible colors. The remaining three colors come from one of the two software-selectable palettes. One palette contains green/red/brown; the other contains cyan/magenta/white.

The high-resolution mode is available only in black-and-white because the entire 16K bytes of storage in the adapter is used to define the on or off state of the PELs.

The adapter operates in noninterlace mode at either 7 or 14 MHz, depending on the mode of operation selected.

In the A/N mode, characters are formed from a ROM character generator. The character generator contains dot patterns for 256 different characters. The character set contains the following major groupings of characters:

- 16 special characters for game support
- 15 characters for word-processing editing support
- 96 characters for the standard ASCII graphics set
- 48 characters for foreign-language support
- 48 characters for business block-graphics support (allowing drawing of charts, boxes, and tables using single and double lines)
- 16 selected Greek characters
- 15 selected scientific-notation characters

The color/graphics monitor adapter function is packaged on a single card. The direct-drive and composite-video ports are right-angle mounted connectors on the adapter, and extend through the rear panel of the unit. The direct-drive video port is a 9-pin D-shell female connector. The composite-video port is a standard female phono-jack.

The display adapter is implemented using a Motorola 6845 CRT controller device. This adapter is highly programmable with respect to raster and character parameters. Therefore, many additional modes are possible with clever programming of the adapter.

Exhibit 27
Page 467

1-92  Color/Graphics Adapter