UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., ) | |
| Plaintiff, ) | |
| vs. ) | Case No. |
| ) | 02-CV-2060-B(CAB) |
| GATEWAY, INC., GATEWAY COUNTRY) | consolidated with |
| STORES LLC, GATEWAY COMPANIES,) | 03-CV-0699-B(CAB) |
| INC., GATEWAY MANUFACTURING ) | 03-CV-1108-B(CAB) |
| LLC and COWABUNGA ENTERPRISES,) | |
| INC., ) | |
| Defendants, ) | |
| and ) | |
| MICROSOFT CORPORATION, ) | |
| Intervener. ) | |
| AND RELATED ACTIONS ) | |

---

VIDEOTAPED DEPOSITION OF BRUCE TOGNAZZINI

Taken on Tuesday, June 27, 2006

555 California Street, Suite 2700

San Francisco, California 94104

9:46 a.m.

REPORTED BY: RACHEL FERRIER, CSR

LICENSE NO.: 6948

**Exhibit 28**
**Page 468**

1  before you read through them --
2         MR. BRIDGES: Wait, wait. I mean, do you
3  want to give him a chance to look at the claims like
4  he said he wanted to, or not?
5  BY MR. MARCHESE:                                    10:47
6    Q    Well, I'd like to just know -- before you
7  take a look at the claim, is it your position, if you
8  know, whether the claims encompass any of the
9  hardware or software?
10        MR. BRIDGES: Okay. Asked and answered.      10:47
11 He said he wanted to look at the claims.
12        THE WITNESS: They may very well encompass
13 it. There's nothing novel about pieces of hardware
14 and pieces of O/S.
15 BY MR. MARCHESE:                                    10:48
16   Q    How about the flow diagrams which we
17 described earlier which have something to do with
18 software; is there anything novel about those?
19   A    Yes. The human-computer interaction that's
20 captured in these flow diagrams is novel.           10:48
21   Q    How about --
22   A    Algorithm is generic.
23   Q    When you say the "algorithm," could you
24 tell me what you mean?
25   A    The actual steps of the flow. And this is   10:48

1  real straightforward stuff. It's what they are
2  putting on the screen, and these tools that pop up
3  that are associated specialize, and they are
4  associated with specific fields. That's what's
5  novel. This algorithm is just kind of Computer       10:49
6  Science 101.
7         We wanted to do a certain thing, so let's
8  figure out what the flow chart is that -- you know,
9  an HCI -- an HCI designer would draw such a flow
10 chart, hand it off to a programmer, and the          10:49
11 programmer would take that flow chart and either
12 implement it literally or implement something that
13 was more in keeping with the particular language they
14 were using or their own particular style where they
15 are going to get the same result.                    10:49
16        And that's what -- the patent is about the
17 result. The patent is about what happens once this
18 stuff shows up on the screen and the user interacts
19 with it, not the -- the exact way that -- the exact
20 piece of code that's going to put a particular pixel 10:50
21 in an exact X, Y location. That's not what it's
22 about.
23        MR. MARCHESE: Could you mark the Claim
24 Construction Order as Exhibit 5, please.
25    Q   Have you -- are you aware in this patent      10:39

```
1   STATE OF CALIFORNIA      )
                             :ss
2   COUNTY OF SAN FRANCISCO  )

3

4        I, the undersigned, a Certified Shorthand
5   Reporter of the State of California, do hereby
6   certify:
7        That the foregoing proceedings were taken
8   before me at the time and place herein set forth;
9   that any witnesses in the foregoing proceedings,
10  prior to testifying, were placed under oath; that a
11  verbatim record of the proceedings was made by me
12  using machine shorthand, which was thereafter
13  transcribed under my direction; further, that the
14  foregoing is an accurate transcription thereof.
15       I further certify that I am neither
16  financially interested in the action, nor a relative
17  or employee of any attorney or any of the parties.
18       IN WITNESS HEREOF, I have this date
19  subscribed my name.
20

21  Dated: _____
22

23

24       _____
            RACHEL FERRIER
25          CSR No. 6948
```