| | |
|---|---|
| 1 | Bryan W. Farney *(pro hac vice)* |
|   | Steven R. Daniels (SBN 235398) |
| 2 | Jeffrey B. Plies *(pro hac vice)* |
|   | DECHERT LLP |
| 3 | 300 W. Sixth Street, Suite 1850 |
|   | Austin, Texas 78701 |
| 4 | Telephone: (512) 394-3000 |
|   | Facsimile: (512) 394-3001 |
| 5 | |
| 6 | David J. Zubkoff (SBN 149488) |
|   | SELTZER CAPLAN MCMAHON VITEK |
|   | 750 "B" Street, Suite 2100 |
| 7 | San Diego, California 92101 |
|   | Telephone: (619) 685-3003 |
| 8 | Facsimile: (619) 685-3100 |
| 9 | Attorneys for Defendants and Counterclaimants, |
|   | GATEWAY, INC., GATEWAY COUNTRY STORES LLC, |
| 10 | GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING |
|   | LLC, AND COWABUNGA ENTERPRISES, INC. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiff and Counter-Defendant, | Case No. 02-CV-2060-B (CAB) |
|  | Case No. 03-CV-0699-B (CAB) |
| v. | Case No. 03-CV-1108-B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **PROOF OF SERVICE** |
|  | **RE: GATEWAY'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)** |
| Defendants and Counter-Claimants, | |
| and | |
| MICROSOFT CORPORATION | Date:      January 7, 2008 |
|  | Time:      10:30 a.m. |
| Intervenor and Counter-Claimant. | Courtroom: 13, 5th Floor |
|  | Judge:     Hon. Marilyn L. Huff |
| AND CONSOLIDATED CASES | |

PROOF OF SERVICE RE: GATEWAY'S MOTION TO FILE UNDER SEAL                                    Case No. 07-CV-2000-H (CAB)

1 | I am a resident of the State of California, over the age of eighteen years, not a party to the within action, and am employed in Mountain View, Santa Clara County, California. On December 21, 2007, I served a copy of the following documents in the manner described below:

1. **GATEWAY'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

2. **REPLY DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

3. **PROOF OF SERVICE**

**BY FEDERAL EXPRESS:**

Counsel for Lucent:

David H. Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:   (619) 235-2100

Counsel for Microsoft

Christopher S. Marchese
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:   (858) 678-5070

Counsel for Dell

James S. Blackburn
ARNOLD & PORTER
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:   (213) 243-4199

PROOF OF SERVICE RE: GATEWAY'S MOTION TO FILE UNDER SEAL      1      Case No. 07-CV-2000-H (CAB)

| | |
|---|---|
| 1 | **ELECTRONIC MAIL:** |
| 2 | <u>Counsel for Lucent</u> |
| 3 | rappleby@kirkland.com |
| 4 | jhohenthaner@kirkland.com<br>akellman@kirkland.com |
| 5 | dhahn@hahnadema.com<br>sfrost@hahnadema.com |
| 6 | <u>Counsel for Microsoft</u> |
| 7 | marchese@fr.com |
| 8 | denning@fr.com<br>barnes@fr.com |
| 9 | brooks@fr.com<br>srodriguez@fr.com |
| 10 | <u>Counsel for Dell</u> |
| 11 | jfreed@mwe.com |
| 12 | Ali.Sharifahmadian@aporter.com<br>james_blackburn@aporter.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in MountainView, California.

　　　　　　　　　　　　　　　　　　／s／ Elena R. Rivera
　　　　　　　　　　　　　　　　　　Elena R. Rivera

13031000.2.