Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN MCMAHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone:    (619) 685-3003
Facsimile:    (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**GATEWAY'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 19 SUBMITTED IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**<br><br>Date:         January 8, 2008<br>Time:         9:00 a.m.<br>Courtroom: 13, 5th Floor<br>Judge:        Hon. Marilyn L. Huff |

Pursuant to Civil Local Rule 79-2, Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") files this

DECHERT LLP
ATTORNEYS AT LAW
AUSTIN

GATEWAY'S MOTION FOR LEAVE TO FILE
UNDER SEAL
Case No. 07-CV-2000 H (CAB)

motion for leave to file under seal the following documents, filed with the Court in support of Gateway's Motion for Partial Summary Judgment of Invalidity of U.S. Patent No. 4,763,356 (Day).

1. Exhibit 19 is the transcript of the December 20, 2005 deposition of Alexander Gillon. This document has been designated confidential by a party or parties to this case pursuant to the governing Protective Order. Gateway surmises that the testimony contained on page 41 contains technical information deemed confidential by Lucent Technologies Inc.

Dated: December 21, 2007                DECHERT LLP

                                        By:   /s/ Jonathan D. Baker
                                              Jonathan D. Baker

                                        Attorneys For Defendants And Counterclaimants
                                        GATEWAY, INC. *et. al.*

13050236.1

Dechert LLP
Attorneys At Law
Austin

- 2 -

GATEWAY'S MOTION FOR LEAVE TO FILE
UNDER SEAL
Case No. 07-CV-2000 H (CAB)