1  Bryan W. Farney (pro hac vice)
   Steven R. Daniels (SBN 235398)
2  Jeffrey B. Plies (pro hac vice)
   DECHERT LLP
3  300 W. Sixth Street, Suite 1850
   Austin, Texas 78701
4  Telephone: (512) 394-3000
   Facsimile: (512) 394-3001
5
   David J. Zubkoff (SBN 149488)
6  SELTZER CAPLAN MCMAHON VITEK
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone: (619) 685-3003
8  Facsimile: (619) 685-3100

9  Attorneys for Defendants and Counterclaimants,
   GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10 GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
   LLC, AND COWABUNGA ENTERPRISES, INC.
11
                    **UNITED STATES DISTRICT COURT**
12
                    **SOUTHERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>Defendants and Counter-Claimants,<br><br>and<br><br>MICROSOFT CORPORATION<br><br>Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**PROOF OF SERVICE**<br><br>**RE: GATEWAY'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS SUBMITTED IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**<br><br>Date: January 7, 2008<br>Time: 10:30 a.m.<br>Courtroom: 13, 5th Floor<br>Judge: Hon. Marilyn L. Huff |

PROOF OF SERVICE RE: GATEWAY'S MOTION TO                Case No. 07-CV-2000-H (CAB)
FILE UNDER SEAL

I am a resident of the State of California, over the age of eighteen years, not a party to the within action, and am employed in Mountain View, Santa Clara County, California. On December 21, 2007, I served a copy of the following documents in the manner described below:

1. **GATEWAY'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 19 SUBMITTED IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

2. **NOTICE OF LODGMENT OF DOCUMENT SUBMITTED UNDER SEAL RE: GATEWAY'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 19 SUBMITTED IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

3. **[PROPOSED] ORDER TO FILE UNDER SEAL RE: GATEWAY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

4. **PROOF OF SERVICE**

**BY FEDERAL EXPRESS:**

Counsel for Lucent:

David H. Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:    (619) 235-2100

Counsel for Microsoft

Christopher S. Marchese
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:    (858) 678-5070

Counsel for Dell

James S. Blackburn
ARNOLD & PORTER
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:    (213) 243-4199

PROOF OF SERVICE RE: GATEWAY'S MOTION TO FILE UNDER SEAL    1    Case No. 07-CV-2000-H (CAB)

1 | **ELECTRONIC MAIL:**

2 | <u>Counsel for Lucent</u>

3 | rappleby@kirkland.com
jhohenthaner@kirkland.com
4 | akellman@kirkland.com
dhahn@hahnadema.com
5 | sfrost@hahnadema.com

6 | <u>Counsel for Microsoft</u>

7 | marchese@fr.com
denning@fr.com
8 | barnes@fr.com
brooks@fr.com
9 | srodriguez@fr.com

10 | <u>Counsel for Dell</u>

11 | jfreed@mwe.com
Ali.Sharifahmadian@aporter.com
12 | james_blackburn@aporter.com

13 |

14 |     I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

15 |     Executed in MountainView, California.

16 |

17 |                                           /s/ Elena R. Rivera
                                              Elena R. Rivera

18 | 13031000.1

19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

PROOF OF SERVICE RE: GATEWAY'S MOTION TO FILE UNDER SEAL     2     Case No. 07-CV-2000-H (CAB)