1  Bryan W. Farney *(pro hac vice)*
   Steven R. Daniels (SBN 235398)
2  Jeffrey B. Plies *(pro hac vice)*
   DECHERT LLP
3  300 W. Sixth Street, Suite 1850
   Austin, Texas 78701
4  Telephone:  (512) 394-3000
   Facsimile:  (512) 394-3001
5
   David J. Zubkoff (SBN 149488)
6  SELTZER CAPLAN McMACHON VITEK
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone:  (619) 685-3003
8  Facsimile:   (619) 685-3100

9  Attorneys for Defendants and Counterclaimants,
   GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10 GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
   LLC, AND COWABUNGA ENTERPRISES, INC.
11
                    **UNITED STATES DISTRICT COURT**
12
                    **SOUTHERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiff and Counter-Defendant, | Case No. 02-CV-2060 B (CAB) |
| v. | Case No. 03-CV-699 B (CAB) |
| | Case No. 03-CV-1108 B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **NOTICE OF JOINDER BY GATEWAY TO MICROSOFT CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO LUCENT TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' REMAINING TRUST-RELATED COUNTERCLAIMS** |
| Defendants and Counter-Claimants, | |
| and | |
| MICROSOFT CORPORATION | |
| Intervenor and Counter-Claimant. | |
| AND CONSOLIDATED CASES | Date:       January 8, 2008<br>Time:       9:00 a.m.<br>Courtroom: 13<br>Judge:      Honorable Marilyn L. Huff |

- 1 -

NOTICE OF JOINDER BY GATEWAY TO MICROSOFT
CORPORATION'S MEMORANDUM OF POINTS AND
AUTHORITIES IN OPPOSITION TO LUCENT
TECHNOLOGIES, INC.'S MOTION FOR SUMMARY
JUDGMENT ON DEFENDANTS' REMAINING TRUST-
RELATED COUNTERCLAIMS
CASE NO. 07-CV-2000-H (CAB)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Gateway, Inc.; Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") file this notice of joinder, and states that Gateway joins in the following motion, which was filed on December 21, 2007 in the referenced civil action:

1. Microsoft Corporation's Memorandum of Points and Authorities in Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims.

2. Any and all supporting declarations in support of Microsoft Corporation's Memorandum of Points and Authorities in Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims, including all exhibits and supporting documents.

4. Any pleadings, records and files in this action, any reply papers that may be filed and any other evidence that may be properly presented before and at the hearing on Microsoft Corporation's Memorandum of Points and Authorities in Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims.

Dated: December 21, 2007           DECHERT LLP


By:   ___/s/ Steven R. Daniels_____
            Steven R. Daniels

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al.*

- 2 -

NOTICE OF JOINDER BY GATEWAY TO MICROSOFT CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO LUCENT TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' REMAINING TRUST-RELATED COUNTERCLAIMS
CASE NO. 07-CV-2000-H (CAB)

# CERTIFICATE OF SERVICE

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. On December 21, 2007, I served a copy of the following document:

**NOTICE OF JOINDER BY GATEWAY TO MICROSOFT CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO LUCENT TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' REMAINING TRUST-RELATED COUNTERCLAIMS**

I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

**BY FACSIMILE:** Said document was served by facsimile to the addresses stated below:

Counsel for Lucent:

David Hahn
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Facsimile: (619) 235-2101

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Facsimile: (858) 678-5099

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Facsimile: (213) 243-4199

**ELECTRONIC MAIL:** Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
dhahn@hahnadema.com

- 3 -

NOTICE OF JOINDER BY GATEWAY TO MICROSOFT CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO LUCENT TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' REMAINING TRUST-RELATED COUNTERCLAIMS
CASE NO. 07-CV-2000-H (CAB)

1  sfrost@hahnadema.com

2  Counsel for Microsoft

3  marchese@fr.com
   denning@fr.com
4  barnes@fr.com
   brooks@fr.com
5  srodriguez@fr.com

6  Counsel for Dell

7  jfreed@mwe.com
   Ali.Sharifahmadian@aporter.com
8  james_blackburn@aporter.com

9       I declare that I am a member of the bar of this Court, and that the service was made at my direction. I declare under penalty of perjury under the laws of the United States of America that
10  the above is true and correct.

11  Executed in Austin, Texas

12

                                         _____/s/ Steven R. Daniels_____
13                                              Steven R. Daniels

- 4 -

NOTICE OF JOINDER BY GATEWAY TO MICROSOFT
CORPORATION'S MEMORANDUM OF POINTS AND
AUTHORITIES IN OPPOSITION TO LUCENT
TECHNOLOGIES, INC.'S MOTION FOR SUMMARY
JUDGMENT ON DEFENDANTS' REMAINING TRUST-
RELATED COUNTERCLAIMS
CASE NO. 07-CV-2000-H (CAB)