1  Bryan W. Farney (pro hac vice)
   Steven R. Daniels (SBN 235398)
2  Jeffrey B. Plies (pro hac vice)
   DECHERT LLP
3  300 W. Sixth Street, Suite 1850
   Austin, Texas 78701
4  Telephone:  (512) 394-3000
   Facsimile:  (512) 394-3001
5
   David J. Zubkoff (SBN 149488)
6  SELTZER CAPLAN McMACHON VITEK
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone:  (619) 685-3003
8  Facsimile:   (619) 685-3100

9  Attorneys for Defendants and Counterclaimants,
   GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10 GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
   LLC, AND COWABUNGA ENTERPRISES, INC.

11

12                    **UNITED STATES DISTRICT COURT**

13                   **SOUTHERN DISTRICT OF CALIFORNIA**

14 _____ )
   LUCENT TECHNOLOGIES INC.                )  Case No. 07-CV-2000-H (CAB) consisting
15                                          )  of matters severed from consolidated cases:
                Plaintiff and Counter-Defendant, )  Case No. 02-CV-2060 B (CAB)
16                                          )  Case No. 03-CV-699 B (CAB)
        v.                                  )  Case No. 03-CV-1108 B (CAB)
17                                          )
   GATEWAY, INC., GATEWAY COUNTRY          )
18 STORES LLC, GATEWAY COMPANIES,          )
   INC., GATEWAY MANUFACTURING LLC         )  **NOTICE OF JOINDER BY GATEWAY**
19 and COWABUNGA ENTERPRISES, INC.         )  **TO DELL INC.'S REPLIES RELATED**
                                            )  **TO U.S. PATENT 4,958,226, U.S.**
20             Defendants and Counter-Claimants, )  **PATENT 4,383,272, U.S. PATENT**
                                            )  **4,439,759 AND U.S. PATENT 4,763,356**
21        and                               )
                                            )
22 MICROSOFT CORPORATION                    )  Date:        January 8, 2008
                                            )  Time:        9:00 a.m.
23             Intervenor and Counter-Claimant. )  Courtroom:   13
   _____ )  Judge:       Honorable Marilyn L. Huff
24 AND CONSOLIDATED CASES                   )
   _____ )
25

26 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

- 1 -

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
REPLIES RELATED TO U.S. PATENT 4,958,226, U.S.
PATENT 4,383,272, U.S. PATENT 4,439,759 AND U.S.
PATENT 4,763,356CASE
NO. 07-CV-2000-H (CAB)

1       Please take notice that Gateway, Inc.; Gateway Country Stores LLC; Gateway

2    Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway")

3    file this notice of joinder, and states that Gateway joins in the following motion, which was filed

4    on December 21, 2007 in the referenced civil action:

5       1.    Dell Inc.'s Reply in Support of its Motions for Summary Judgment of Invalidity

6    on the Asserted Claims of U.S. Patent No. 4,958,226, to Haskell et al, all supporting declarations

7    and corresponding exhibits in support of Dell Inc.'s Reply, and all supporting documents related

8    to Dell Inc.'s Reply.

9       2.    Dell Inc.'s Reply in Support of its Motion for Summary Judgment that the

10    Asserted Claim of U.S. Patent No. 4,383,272 to Netravali et al, all supporting declarations and

11    corresponding exhibits in support of Dell Inc.'s Reply, and all supporting documents related to

12    Dell Inc.'s Reply.

13       3.    Dell Inc.'s Reply to Lucent's Opposition to Dell's Motion for Summary Judgment

14    of Invalidity of Claims 1-3 of U.S. Patent No. 4,439,759 to Fleming et al, all supporting

15    declarations and corresponding exhibits in support of Dell Inc.'s Reply, and all supporting

16    documents related to Dell Inc.'s Reply.

17       4.    Dell Inc.'s Reply in Support of Its Motion for Summary Judgment of Invalidity on

18    the Asserted Claims of U.S. Patent No. 4,763,356 to Day, et al, all supporting declarations and

19    corresponding exhibits in support of Dell Inc.'s Reply, and all supporting documents related to

20    Dell Inc.'s Reply.

21       5.    Any pleadings, records and files in this action, any reply papers that may be filed

22    and any other evidence that may be properly presented before and at the hearing on Dell Inc.'s

23    Replies Related to U.S. Patent 4,958,226, U.S. Patent 4,383,272, U.S. Patent 4,439,759 and U.S.

24    Patent 4,763,356.

25

26

1    Dated: December 21, 2007        DECHERT LLP

2

3                                    By:    ___/s/ Steven R. Daniels_____
                                            Steven R. Daniels

4
                                     Attorneys For Defendants And Counterclaimants
5                                    GATEWAY, INC. *et. al.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 3 -

1

## CERTIFICATE OF SERVICE

2

3    I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas.  On December 21, 2007, I served a copy of the following document:

4

5    **NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S REPLIES RELATED TO U.S. PATENT 4,958,226, U.S. PATENT 4,383,272, U.S. PATENT 4,439,759 AND U.S. PATENT 4,763,356**

6

7    I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services.  Said document was served as follows:

8

9    **BY FACSIMILE:**    Said document was served by facsimile to the addresses stated below:

10    Counsel for Lucent:

11    David Hahn
Hahn & Adema
12    501 West Broadway, Suite 1730
San Diego, CA 92101
13    Facsimile:    (619) 235-2101

14    Counsel for Microsoft

15    Christopher S. Marchese
Fish & Richardson P.C.
16    12390 El Camino Real
San Diego, CA 92130
17    Facsimile:    (858) 678-5099

18    Counsel for Dell

19    James S. Blackburn
Arnold & Porter
20    777 South Figueroa Street
Los Angeles, California 90017-5844
21    Facsimile:    (213) 243-4199

22    **ELECTRONIC MAIL:**    Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

23    Counsel for Lucent

24    rappleby@kirkland.com
jhohenthaner@kirkland.com
25    akellman@kirkland.com
dhahn@hahnadema.com
26    sfrost@hahnadema.com

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
REPLIES RELATED TO U.S. PATENT 4,958,226, U.S.
- 4 -    PATENT 4,383,272, U.S. PATENT 4,439,759 AND U.S.
PATENT 4,763,356CASE
NO. 07-CV-2000-H (CAB)

Counsel for Microsoft

    marchese@fr.com
    denning@fr.com
    barnes@fr.com
    brooks@fr.com
    srodriguez@fr.com

Counsel for Dell

    jfreed@mwe.com
    Ali.Sharifahmadian@aporter.com
    james_blackburn@aporter.com

        I declare that I am a member of the bar of this Court, and that the service was made at my direction.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Austin, Texas


                                         _____/s/  Steven R. Daniels_____
                                              Steven R. Daniels

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
REPLIES RELATED TO U.S. PATENT 4,958,226, U.S.
PATENT 4,383,272, U.S. PATENT 4,439,759 AND U.S.
PATENT 4,763,356CASE
NO. 07-CV-2000-H (CAB)