James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br> Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br> Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **NOTICE OF JOINDER BY DELL INC. TO REPLY BRIEFS AND OPPOSITION FILED BY MICROSOFT CORPORATION** <br><br> Judge Marilyn L. Huff |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, )<br>) |
| 2 | Plaintiff and Counter-defendant, )<br>) |
| 3 | v. )<br>) |
| 4 | LUCENT TECHNOLOGIES INC. and )<br>MULTIMEDIA PATENT TRUST, ) |
| 5 | ) |
| 6 | Defendants and Counter-claimants, ) |
| 7 | LUCENT TECHNOLOGIES INC. and )<br>MULTIMEDIA PATENT TRUST, ) |
| 8 | Plaintiffs and Counterclaim-defendants, ) |
| 9 | ) |
| 10 | v. )<br>DELL INC., ) |
| 11 | Defendant and Counter-claimant. ) |
| 12 | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Dell Inc. ("Dell") files this notice of joinder, and states that Dell joins in the following reply briefs and opposition, which were filed on December 21, 2007 in the referenced civil action:

1) Microsoft Corporation's Reply in Support of Its Motion for Summary Judgment of Obviousness of U.S. Patent No. 5,347,295

2) Reply In Support of Microsoft Corporation's Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,763,356

3) Memorandum of Points and Authorities In Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendant's Remaining Trust-Related Counterclaims

December 21, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: s/ James S. Blackburn
James S. Blackburn
james.blackburn@aporter.com
Attorney for Dell Inc.

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)