1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
   Los Angeles, California  90017-5844
3  Telephone:  (213) 243-4000
   Facsimile:  (213) 243-4199
4
   Joseph A. Micallef (admitted *pro hac vice*)
5  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
6  Washington, D.C.  20004-1206
   Telephone:  (202) 942-5000
7  Facsimile:  (202) 942-5999
8  Joel M. Freed (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
9  600 13th Street, N.W.
   Washington, D.C.  20005-3096
10 Telephone:  (202) 756-8000
   Facsimile:  (202) 756-8087
11
   Attorneys for *Dell Inc.*
12

13
                      **UNITED STATES DISTRICT COURT**
14
                     **SOUTHERN DISTRICT OF CALIFORNIA**
15

16

17 LUCENT TECHNOLOGIES INC. and        )   Case No. 07-CV-2000-H (CAB)
   MULTIMEDIA PATENT TRUST,            )   consisting of matters severed from
18                                     )   consolidated cases:
         Plaintiffs and Counterclaim-defendants, )   Case No. 02-CV-2060-B (CAB)
19                                     )   Case No. 03-CV-0699-B (CAB)
         v.                            )   Case No. 03-CV-1108-B (CAB)
20                                     )
   GATEWAY, INC. AND GATEWAY           )
21 COUNTRY STORES LLC, GATEWAY         )
   COMPANIES, INC., GATEWAY            )   **CERTIFICATE OF SERVICE**
22 MANUFACTURING LLC and               )
   COWABUNGA ENTERPRISES, INC.,        )
23                                     )
         Defendants and Counter-claimants, )
24                                     )
   and                                 )
25                                     )
   MICROSOFT CORPORATION,              )
26                                     )
         Intervener and Counter-claimant, )
27

28

1    MICROSOFT CORPORATION,                    )
                                              )
2              Plaintiff and Counter-defendant,    )
                                              )
3    v.                                        )
                                              )
4    LUCENT TECHNOLOGIES INC. and              )
     MULTIMEDIA PATENT TRUST,                  )
5                                              )
               Defendants and Counter-claimants,  )
6

7    LUCENT TECHNOLOGIES INC. and              )
     MULTIMEDIA PATENT TRUST,                  )
8                                              )
               Plaintiffs and Counterclaim-defendants,)
9                                              )
     v.                                        )
10                                             )
     DELL INC.,                                )
11                                             )
               Defendant and Counter-claimant. )
12                                             )

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I am a citizen of the United States, over the age of eighteen years, and I am not a party to the

3  foregoing action.  My business address is 777 South Figueroa Street, Los Angeles, California

4  90017.

5      I HEREBY CERTIFY that on this 21ST day of December 2007, in Case No. 07-CV-2000-H

6  (CAB) consisting of matters severed from consolidated cases: Case No. 02-CV-2060-B (CAB),

7  Case No. 03-CV-0699-B (CAB), and Case No. 03-CV-1108-B (CAB), I caused a copy of the

8  following document to be served on all counsel of record who are deemed to have consented to

9  electronic service via the Court's CM/ECF system per Civ. L. R. 5.4:

10      1.      Notice of Joinder by Dell Inc. to Reply Briefs and Opposition Filed by Gateway; and

11      2.      Notice of Joinder by Dell Inc. to Reply Briefs and Opposition Filed by Microsoft

12  Corporation.

13      A true and complete copy of the above named document was served on counsel listed below

14  by the indicated methods:

15

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

16
17
David Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California  92101-3595
Telephone:  (619) 235-2100
Facsimile:  (619) 235-2101
dhahn@hahnadema.com
sfrost@hahnadema.com

18
19
20
21

**VIA ELECTRONIC MAIL**

22
Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND &  ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY  10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com

23
24
25
26
27
28

- 1 -

jmafale@kirkland.com

Christopher S. Marchese
John E. Gartman
Jennifer Bettencourt
Susie Rodriguez
Donna Rousseau
John Thornburgh
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099
marchese@fr.com
gartman@fr.com
bettencourt@fr.com
srodriguez@fr.com
thornburgh@fr.com

Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
106 East 6th Street, Suite 800
Austin, TX  78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com
lawrence.fluker@dechert.com

David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com

I declare that I am a member of the bar of this Court at whose direction the service was

made.  I declare under penalty of perjury that the above is true and correct.  Executed on December

21, 2007, at Los Angeles, California.

By:  s/ James S. Blackburn\_\_\_\_\_
James S. Blackburn

- 2 -