1  | John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
2  | Roger A. Denning (SBN 228998)
Christopher S. Marchese (SBN 170239)
3  | Lara S. Garner (SBN 234701)
Fish & Richardson P.C.
4  | 12390 El Camino Real
San Diego, California  92130
5  | Telephone:     (858) 678-5070
Facsimile:      (858) 678-5099
6  |
7  | Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
8  | Redmond, WA  98052
Telephone:     (425) 882-8080
9  | Facsimile:      (425) 936-7329
10 | Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
11 | MICROSOFT CORPORATION

12 |                UNITED STATES DISTRICT COURT

13 |              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiff and Counterclaim-defendant, | 02-CV-2060 B (CAB) 03-CV-0699 B (CAB) 03-CV-1108 B (CAB) |
| v. | |
| GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **NOTICE OF JOINDER BY MICROSOFT CORPORATION TO GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(a) FOR REVIEW OF MAGISTRATE JUDGE'S RULING DENYING MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORT** |
| Defendants and Counter-claimants, | |
| and | |
| MICROSOFT CORPORATION, | |
| Intervenor and Counter-claimant, | |
| MICROSOFT CORPORATION, | Date:    January 22, 2008 Time:   9:30 a.m. Dept:   Courtroom 13 |
| Plaintiff and Counter-defendant, | |
| v. | Hon. Marilyn L. Huff |
| LUCENT TECHNOLOGIES INC., | |
| Defendant and Counter-claimant, | |

LUCENT TECHNOLOGIES INC. and
MULTIMEDIA PATENT TRUST,

      Plaintiff,

v.

DELL, INC.,

      Defendant.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Microsoft Corporation ("Microsoft") files this Notice of Joinder, and states that Microsoft joins in the following motion in brief which was filed on December 21, 2007 in this civil action:

    1.    Gateway's Motion Under Fed. R. Civ. P. 72(a) For Review Of Magistrate Judge's Ruling Denying Motion To Strike Untimely Supplemental Expert Report, and all supporting pleadings and exhibits.

Dated:  December 27, 2007          FISH & RICHARDSON P.C.

          By:  /s/ John E. Gartman
              John E. Gartman (SBN 152300)
              gartman@fr.com

          Attorneys for Intervenor/Counter-claimant
          and Plaintiff/Counter-defendant
          MICROSOFT CORPORATION

1

## **CERTIFICATE OF SERVICE**

2

3     The undersigned hereby certifies that a true and correct copy of the above and foregoing

4 document has been served on December 27, 2007 to all counsel of record who are deemed to have

5 consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any

6 other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

7

8                                                    /s/ John E. Gartman_____
                                                     John E. Gartman
9                                                    gartman@fr.com

10                                                   Attorney for Intervenor/Counter-claimant
                                                     and Plaintiff/Counter-defendant
11                                                   MICROSOFT CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28