James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**DELL INC.'S REPLY IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON THE DEFENSE OF LICENSE**<br><br>Judge Marilyn L. Huff<br><br>Hearing Date: January 8, 2008<br>Hearing Time: 10:30 a.m.<br>Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff and Counter-defendant, | ) |
| v. | ) |
| LUCENT TECHNOLOGIES INC., | ) |
| Defendant and Counter-claimant, | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Plaintiffs and Counterclaim-defendants, | ) |
| v. | ) |
| DELL INC., | ) |
| Defendant and Counter-claimant. | ) |

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Dell Inc. ("Dell") files this reply in response to the Opposition of Lucent Technologies Inc. ("Lucent") to Dell's Amended Motion for Summary Judgment in favor of Dell and against Lucent on Dell's counterclaim for Fraudulent Transfer In Violation of Delaware's Uniform Fraudulent Transfer Act, §§ 1300 *et seq.* (the "DUFTA Counterclaim").

Dell's motion was made on the grounds that the undisputed material facts establish that Lucent alleged assignment of U.S. Patent Nos. 4,958,226 and 4,383,272 (the "Video Coding Patents") to plaintiff and counterclaim-defendant Multimedia Patent Trust ("MPT") for the sole purpose of depriving Dell and the other defendants in this action of licenses to the Video Coding Patents pursuant to their respective Patent Portfolio Licenses with MPEG LA, L.L.C., and that Lucent's transfer constitutes a fraudulent transfer under Delaware's Uniform Fraudulent Transfer Act. In its Opposition, Lucent asserts that Dell's motion for summary judgment on the DUFTA Counterclaim should be denied, and Lucent's own motion for summary judgment on that counterclaim granted, because "at the time of the assignment none of the Defendants was a creditor of Lucent, nor was Lucent a debtor of any of the Defendants." (Lucent Opp. at 1). Lucent also asserts that there are material issues of fact as to whether Lucent's assignment of the Video Coding Patents defrauded Defendants within the meaning of DUFTA. *Id.* On each of these points, Lucent is simply wrong. As set forth in Dell's original summary judgment motion and its reply in support of that motion, and in Microsoft's December 21, 2007 Opposition to Lucent's Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims (submitted on behalf of all Defendants), Lucent's narrow reading of the terms "creditor" and "debtor" is contrary to DUFTA. Further, the evidence is uncontested that Lucent transferred the Video Coding Patents to MPT with "actual intent to hinder, delay or defraud" for purposes of DUFTA.

Dell's Reply is based on and incorporates as if fully set forth herein the following:

1. Dell's September 12, 2007 Reply in Support of its Motion on Behalf of All Defendants for Summary Judgment of Noninfringement Based on the Defense of License, Section I.D. (Filed under seal).

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

2. The September 12, 2007 Declaration of James S. Blackburn in Support of Dell Inc.'s Reply in Support of its Motion on Behalf of All Defendants for Summary Judgment of Noninfringement Based on the Defense of License, and associated exhibits. (Filed under seal).

3. Microsoft Corporation's December 21, 2007 Memorandum of Points and Authorities In Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims (filed on behalf of all Defendants), Sections I, II, III, and IV.A. (Docket No. 170).

4. The December 21, 2007 Declaration of John Gartman in Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims, and associated exhibits. (Docket No. 170).

5. Dell Inc.'s December 21, 2007 Notice of Joinder in Microsoft Corporation's Memorandum of Points and Authorities In Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims. (Docket No.193).

December 28, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: /s/James S. Blackburn
James S. Blackburn
james.blackburn@aporter.com
Attorney for Dell Inc.

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)