1   David A. Hahn, SBN 125784
    HAHN & ADEMA
2   501 West Broadway, Suite 1600
    San Diego, California 92101-3595
3   Telephone (619) 235-2100
    Facsimile  (619) 235-2101

4   Attorneys for *Multimedia Patent Trust*

5             UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
6

7   LUCENT TECHNOLOGIES INC. and          Case No. 07-CV-2000 H (CAB)
    MULTIMEDIA PATENT TRUST,               consisting of matters severed from
8                                          consolidated cases:
          Plaintiffs and Counterclaim-Defendants,   Case No. 02-CV-2060 B (CAB)
9                                          Case No. 03-CV-0699 B (CAB)
          v.                               Case No. 03-CV-1108 B (CAB)
10

11  GATEWAY, INC. and GATEWAY COUNTRY      **MULTIMEDIA PATENT TRUST'S**
    STORES LLC, GATEWAY COMPANIES, INC.,   **NOTICE OF JOINDER TO**
12  GATEWAY MANUFACTURING LLC and          **LUCENT'S REPLY IN SUPPORT**
    COWABUNGA ENTERPRISES, INC.,           **OF ITS MOTION FOR SUMMARY**
                                           **JUDGMENT ON DEFENDANTS'**
13                                         **REMAINING TRUST-RELATED**
          Defendants and Counter-claimants,    **COUNTERCLAIMS**
14

15  and                                    Date:            January 7, 2008
                                           Time:            10:30 A.M.
16  MICROSOFT CORPORATION,                 Courtroom:       13

          Intervenor and Counter-claimant,   Honorable Marilyn L. Huff
17
    MICROSOFT CORPORATION,
18
          Plaintiff and Counter-Defendant,
19
          v.
20

21  LUCENT TECHNOLOGIES INC.,

22        Defendant and Counter-claimant.,
    LUCENT TECHNOLOGIES INC. and
23  MULTIMEDIA PATENT TRUST,

24        Plaintiffs,

25        v.

26  DELL INC.,

27        Defendant.

28  MULTIMEDIA PATENT TRUST'S NOTICE OF JOINDER TO        Case No. 07-CV-2000 H (CAB)
    LUCENT'S REPLY IN SUPPORT OF ITS MOTION FOR           severed from Case Nos. 02-CV-2060-B (CAB),
    SUMMARY JUDGMENT ON DEFENDANTS' REMAINING             03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)
    TRUST RELATED COUNTERCLAIMS

1      Multimedia Patent Trust respectfully joins in Lucent's Reply In Support Of Its Motion For

2   Summary Judgment On Defendants' Remaining Trust-Related Counterclaims filed December 28,

3   2007 to the extent the Defendants' counterclaims are asserted against Multimedia Patent Trust.

4

5   Dated: December 28, 2007                          Respectfully submitted,

6
                                                      By:        s/David A. Hahn
7                                                         David A. Hahn, SBN 125784
                                                          HAHN & ADEMA
8                                                         501 West Broadway, Suite 1600
                                                          San Diego, California  92101-3595
9                                                         Telephone:  (619) 235-2100
                                                          Facsimile:  (619) 235-2101
10
                                                          John M. Desmarais (admitted *pro hac vice*)
11                                                        Robert A. Appleby (admitted *pro hac vice*)
                                                          James Marina (admitted *pro hac vice*)
12                                                        KIRKLAND & ELLIS LLP
                                                          153 East 53rd Street
13                                                        New York, New York  10022
                                                          Telephone:  (212) 446-4800
14                                                        Facsimile:  (212) 446-4900
                                                          Attorneys for *Multimedia Patent Trust*
15

16

17

18

19

20

21

22

23

24

25

26

27

28
     MULTIMEDIA PATENT TRUST'S NOTICE OF JOINDER TO        1          Case No. 07-CV-2000 H (CAB)
     LUCENT'S REPLY IN SUPPORT OF ITS MOTION FOR                     severed from Case Nos. 02-CV-2060-B (CAB),
     SUMMARY JUDGMENT ON DEFENDANTS' REMAINING                      03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)
     TRUST RELATED COUNTERCLAIMS