1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Christopher S. Marchese (SBN 170239)
3  Lara S. Garner (SBN 234701)
   Fish & Richardson P.C.
4  12390 El Camino Real
   San Diego, California  92130
5  Telephone:    (858) 678-5070
   Facsimile:    (858) 678-5099
6

7  Stephen P. McGrath (SBN 202696)
   Microsoft Corporation
   One Microsoft Way
8  Redmond, WA  98052
   Telephone:    (425) 882-8080
9  Facsimile:    (425) 936-7329

10 Attorneys for Intervenor/Counter-claimant
   and Plaintiff/Counter-defendant
11 MICROSOFT CORPORATION

12                    UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases: |
| 15  | 02-CV-2060 B (CAB) |
| 16        Plaintiff and Counterclaim-defendant, | 03-CV-0699 B (CAB) |
| 17  v. | 03-CV-1108 B (CAB) |
| 18  GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **NOTICE OF JOINDER BY MICROSOFT CORPORATION TO DELL INC.'S REPLY IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON THE DEFENSE LICENSE** |
| 19 | |
| 20 | |
| 21       Defendants and Counter-claimants, | |
| 22  and | |
| 23  MICROSOFT CORPORATION, | |
| 24       Intervenor and Counter-claimant, | |
| 25  MICROSOFT CORPORATION, | Date:   January 8, 2008 |
| 26       Plaintiff and Counter-defendant, | Time:   9:30 a.m. Dept:   Courtroom 13 |
| 27  v. | Hon. Marilyn L. Huff |
| 28  LUCENT TECHNOLOGIES INC., | |
|      Defendant and Counter-claimant, | |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 |     Plaintiff, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 |     Defendant. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Microsoft Corporation ("Microsoft") files this Notice of Joinder, and states that Microsoft joins in the following brief which was filed on December 28, 2007 in this civil action:

    1.    Dell Inc.'s Reply in Support of Its Amended Motion for Summary Judgment of Non-Infringement Based on the Defense of License (Docket No. 197), and all supporting pleadings and exhibits.

Microsoft also relies on and incorporates by reference Microsoft's Reply Brief In Support Of Its Motion For Summary Judgment On Counter-Counterclaims And Defenses Related To Multimedia Patent Trust, dated September 26, 2007.


Dated: December 28, 2007                      FISH & RICHARDSON P.C.


                                                  By: /s/ John E. Gartman
                                                        John E. Gartman (SBN 152300)
                                                        gartman@fr.com

                                               Attorneys for Intervenor/Counter-claimant
                                               and Plaintiff/Counter-defendant
                                               MICROSOFT CORPORATION

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 28, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ John E. Gartman
John E. Gartman
gartman@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10798833.doc