1  W. Bryan Farney *(pro hac vice)*
   Steven R. Daniels (SBN 235398)
2  Jeffrey B. Plies *(pro hac vice)*
   DECHERT LLP
3  300 W. Sixth Street, Suite 1850
   Austin, Texas 78701
4  Telephone: (512) 394-3000
   Facsimile: (512) 394-3001
5
   David J. Zubkoff (SBN 149488)
6  SELTZER CAPLAN McMACHON VITEK
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone: (619) 685-3003
8  Facsimile: (619) 685-3100

9  Attorneys for Defendants and Counterclaimants,
   GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10 GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
   LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>    Defendants and Counter-Claimants,<br><br>    and<br><br>MICROSOFT CORPORATION<br><br>    Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB) *consisting of matters severed from consolidated cases*:<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S REPLY IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON THE DEFENSE OF LICENSE**<br><br>Date:       January 8, 2008<br>Time:       9:00 a.m.<br>Courtroom: 13<br>Judge:      Honorable Marilyn L. Huff |

- 1 -

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
REPLY IN SUPPORT OF ITS AMENDED MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT
BASED ON THE DEFENSE OF LICENSE
NO. 07-CV-2000-H (CAB)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Gateway, Inc.; Gateway Country Stores LLC; Gateway Companies, Inc.; Gateway Manufacturing LLC; and Cowabunga Enterprises, Inc. ("Gateway") files this notice of joinder, and states that Gateway joins in the following reply, which was filed on December 28, 2007, as Docket No. 197, in the referenced civil action:

1. Dell Inc.'s Reply in Support of its Amended Motion for Summary Judgment of Non-Infringement Based on the Defense of License, including any supporting pleadings and exhibits.

Dated: December 31, 2007        DECHERT LLP


                                By:    /s/ Steven R. Daniels
                                            Steven R. Daniels

                                Attorneys For Defendants And Counterclaimants
                                GATEWAY, INC. *et. al*.

- 2 -

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
REPLY IN SUPPORT OF ITS AMENDED MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT
BASED ON THE DEFENSE OF LICENSE
NO. 07-CV-2000-H (CAB)

# CERTIFICATE OF SERVICE

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. On December 31, 2007, I served a copy of the following document:

**NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S REPLY IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON THE DEFENSE LICENSE**

I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight services. Said document was served as follows:

**BY FACSIMILE:**   Said document was served by facsimile to the addresses stated below:

Counsel for Lucent:

David Hahn
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101
Facsimile:   (619) 235-2101

Counsel for Microsoft

Christopher S. Marchese
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Facsimile:   (858) 678-5099

Counsel for Dell

James S. Blackburn
Arnold & Porter
777 South Figueroa Street
Los Angeles, California 90017-5844
Facsimile:   (213) 243-4199

**ELECTRONIC MAIL:**   Courtesy copies of said documents were transmitted on the same day as filing by electronic mail as stated below.

Counsel for Lucent

   rappleby@kirkland.com
   jhohenthaner@kirkland.com
   akellman@kirkland.com
   dhahn@hahnadema.com
   sfrost@hahnadema.com

- 3 -

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
REPLY IN SUPPORT OF ITS AMENDED MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT
BASED ON THE DEFENSE OF LICENSE
NO. 07-CV-2000-H (CAB)

Counsel for Microsoft

marchese@fr.com
denning@fr.com
barnes@fr.com
brooks@fr.com
srodriguez@fr.com

Counsel for Dell

jfreed@mwe.com
Ali.Sharifahmadian@aporter.com
james_blackburn@aporter.com

I declare that I am a member of the bar of this Court, and that the service was made at my direction. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Austin, Texas

_____/s/  Steven R. Daniels_____
Steven R. Daniels

- 4 -

NOTICE OF JOINDER BY GATEWAY TO DELL INC.'S
REPLY IN SUPPORT OF ITS AMENDED MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT
BASED ON THE DEFENSE OF LICENSE
NO. 07-CV-2000-H (CAB)