UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counter-claimant, | Case No. 07-CV-2000 H (CAB)<br>consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB)<br>03-CV-1108 B (CAB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-2**<br><br>**[Doc. No. 171]** |
| MICROSOFT CORPORATION,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant and Counter-claimant, | Date:        January 8, 2008<br>Time:       10:30 a.m.<br>Courtroom:  13<br>Judge:      Honorable Marilyn L. Huff |

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | |
| Plaintiff, | |
| v. | |
| DELL, INC., | |
| Defendant. | |

## **ORDER**

Having considered Microsoft's Request, and good cause appearing, IT IS HEREBY ORDERED that the following pleadings and exhibits are to be filed under seal:

1. Defendants' Memorandum of Points and Authorities in Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims.

2. Exhibit 1 to the Declaration of John Gartman in Support of Defendants' Memorandum of Points and Authorities in Opposition to Lucent Technologies, Inc.'s Motion for Summary Judgment on Defendants' Remaining Trust-Related Counterclaims

**IT IS SO ORDERED.**

Dated: January 2, 2008

Honorable Marilyn L. Huff
United States District Judge

1

Case No. 07-CV-2000 H (CAB)