# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>　　　Plaintiff and Counter-Defendant,<br><br>　　　v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>　　　Defendants and Counter-Claimants,<br><br>　　　and<br><br>MICROSOFT CORPORATION<br><br>　　　Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000 H (CAB) *consisting of matters severed from the consolidated cases:*<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**ORDER FOR LEAVE TO FILE UNDER SEAL EXHIBITS SUBMITTED IN SUPPORT OF GATEWAY'S MOTION UNDER FED. R. CIV. P. 72(a) FOR REVIEW OF MAGISTRATE JUDGE'S RULING DENYING MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORT**<br><br>**[Doc. No. 175.]**<br><br>Date:　　　January 22, 2008<br>Time:　　　10:30 a.m.<br>Courtroom: 13, 5th Floor<br>Judge:　　　Judge Marilyn L. Huff |

Having considered Gateway's motion, and good cause appearing, it is hereby

ORDERED that the following exhibits to Gateway's Motion Under Fed. R. Civ. P. 72(a) For

Review of Magistrate Judge's Ruling Denying Motion to Strike Untimely Supplemental Expert

Report be filed under seal:

1.    Exhibit 1, Defendants' Letter Brief and its exhibits, dated November 27, 2007, to the Honorable Magistrate Judge Cathy Ann Bencivengo.

2.    Exhibit 2, Defendants' Letter Brief dated December 5, 2007, replying to Lucent's opposition letter brief.

**IT IS SO ORDERED.**

Dated: January 2, 2008

_____
Marilyn L. Huff
United States District Judge