1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

LUCENT TECHNOLOGIES INC.                    )   Case No. 07-CV-2000 H (CAB) *consisting of*
                                            )   *matters severed from the consolidated cases:*
12          Plaintiff and Counter-Defendant,    )   Case No. 02-CV-2060 B (CAB)
                                            )   Case No. 03-CV-699 B (CAB)
13   v.                                      )   Case No. 03-CV-1108 B (CAB)
                                            )
14                                           )
GATEWAY, INC., GATEWAY COUNTRY              )
15   STORES LLC, GATEWAY COMPANIES,          )   **ORDER TO FILE UNDER SEAL**
INC., GATEWAY MANUFACTURING LLC            )   **RE: GATEWAY'S OPPOSITION TO**
16   and COWABUNGA ENTERPRISES, INC.          )   **LUCENT'S MOTION FOR SUMMARY**
                                            )   **JUDGMENT ON DEFENDANTS'**
17          Defendants and Counter-Claimants, )   **TRUST RELATED COUNTERCLAIMS**
                                            )
18   and                                     )   **[Doc. No. 180]**
                                            )
19   MICROSOFT CORPORATION                   )   Date:        January 8, 2008
                                            )   Time:        9:00 a.m.
20          Intervenor and Counter-Claimant.  )   Courtroom:   13
                                            )   Judge:       Honorable Marilyn L. Huff
21                                           )
AND CONSOLIDATED CASES                      )
22

23          Having considered Gateway's request, and good cause appearing, it is hereby

24          ORDERED that the following document be filed under seal:

25

26

27

28

1          1.     Exhibit 1, a true and correct copy of Wayne A. Hoeberlein's Supplemental Expert

2   Report regarding Damages for Video Coding Patents, dated June 9, 2006.

3         **IT IS SO ORDERED.**

4

5

6   Dated: January 2, 2008

                                   Honorable Marilyn L. Huff
United States District Judge

- 2 -