1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiff and Counter-Defendant, | Case No. 02-CV-2060-B (CAB) |
| v. | Case No. 03-CV-0699-B (CAB) |
| | Case No. 03-CV-1108-B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **ORDER TO FILE UNDER SEAL RE: GATEWAY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)** |
| Defendants and Counter-Claimants, | |
| and | **[Doc. No. 182]** |
| MICROSOFT CORPORATION | Date: January 8, 2008 |
| Intervenor and Counter-Claimant. | Time: 9:00 a.m. |
| | Courtroom: 13, 5th floor |
| AND CONSOLIDATED CASES | Judge: Hon. Marilyn L. Huff |

Having considered Gateway's request, and good cause appearing, it is hereby

ORDERED that the following documents be filed under seal:

**07cv2000**

1. Exhibit 19, a true and correct copy of the transcript of the December 20, 2005 deposition of Alexander Gillon.

**IT IS SO ORDERED.**

Dated: January 2, 2008

Honorable Marilyn L. Huff
United States District Judge