# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al*.<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>ORDER REGARDING TENTATIVE SUMMARY JUDGMENT RULINGS AND TIME LIMITS FOR HEARING OF JANUARY 8, 2008 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court currently has a hearing set for January 8, 2008 at 9:30 AM to hear argument on summary judgment motions related to the obviousness defense and trust-related issues not addressed by the Court's previous summary judgment orders. The Court sets the following time limits and makes tentative rulings to aid the parties in preparing for argument.

- The Court will first hear argument on the obviousness issue. The Court sets a time limit of two hours per side[1] on the motions related to obviousness [Doc. Nos. 66, 68-72, 83, 85]. The parties may allocate their time among the various patents as they see fit, including any time for replies.

- Defendants have raised arguments challenging validity on grounds other than obviousness, and Plaintiffs object that these arguments are outside the scope of leave granted to bring the present motions. Tentatively, the Court plans to exercise its discretion to address only the obviousness defense. The Court will, however, consider all arguments to the extent that they shed light on the parties' positions with respect to obviousness. The Court tentatively declines, therefore, to strike any aspect of the motions.

- Following argument on obviousness, the Court shall hear argument on the trust-related motions [Doc. Nos. 112, 118, 123]. The Court sets a time limit of 30 minutes per side on these motions, including time for replies.

- The Court's tentative ruling is to deny Plaintiffs' motion with respect to the tortious interference with prospective economic advantage claims. The Court continues to apply the rationale of Judge Brewster's order of October 1, 2007, in this regard.

- The Court's tentative ruling is to grant Plaintiffs' trust-related motion in all other respects, and to deny Defendants' corresponding motions.

/ / /

/ / /

---

[1] Dell, Gateway, and Microsoft must share the time allocated to one side, while Lucent and MPT must share the time allocated to the other side.

1  The Court may modify the above time limits based on the course of the
2  proceedings.  The Court provides these tentative rulings only to aid the parties in
3  preparing for the hearing.  Nothing in this order constitutes a finding or ruling on any
4  factual issue or pending motion.
5  IT IS SO ORDERED.

7  DATED: January 3, 2008

    */s/ Marilyn L. Huff*
    MARILYN L. HUFF, District Judge
    UNITED STATES DISTRICT COURT

11  COPIES TO:
    All parties of record.