1   David A. Hahn (SBN 125784)
    HAHN & ADEMA
2   501 West Broadway, Suite 1600
    San Diego, California  92101-3595
3   Telephone:  (619) 235-2100
    Facsimile:  (619) 235-2101
4

5   *Attorney for Lucent Technologies Inc.*
    *(Additional counsel listed on the last page)*
6

7

8                    **UNITED STATES DISTRICT COURT**

9                 **SOUTHERN DISTRICT OF CALIFORNIA**

10  LUCENT TECHNOLOGIES INC.,              Case No. 07-CV-2000-H (CAB)
                                           consisting of matters severed from consolidated
11                  Plaintiff,             cases:
                                           Case No. 02-CV-2060-B (CAB)
12         v.                              Case No. 03-CV-0699-B (CAB)
                                           Case No. 03-CV-1108-B (CAB)
13  GATEWAY, INC., GATEWAY COUNTRY
    STORES LLC, GATEWAY COMPANIES,
14  INC., GATEWAY MANUFACTURING LLC        **LUCENT'S *EX PARTE***
    and COWABUNGA ENTERPRISES, INC.,       **APPLICATION TO SUPPLEMENT**
15                                         **THE RECORD IN OPPOSITION TO**
                    Defendants,            **DEFENDANTS' MOTIONS FOR**
                                           **SUMMARY JUDGMENT OF**
16         and                             **INVALIDITY OF U.S. PATENT NO.**
                                           **4,763,356**
    MICROSOFT CORPORATION,
17
                    Intervener.            Date:          January 8, 2008
18                                         Time:          9:00 A.M.
                                           Courtroom:     13, 5th Floor
19  MICROSOFT CORPORATION,                 Judge:         Hon. Marilyn L. Huff

20                  Plaintiff,

21         v.

22  LUCENT TECHNOLOGIES INC.,

23                  Defendant.

24  LUCENT TECHNOLOGIES INC.,

25                  Plaintiff,

26         v.

27  DELL INC.,

28                  Defendant.

1       Pursuant to Civ.L.R. 83.3.h.2, Lucent Technologies Inc. applies *ex parte* for leave to

2  supplement the record in opposition to defendants' motions for summary judgment of invalidity of

3  U.S. Patent No. 4,763,356 ("the Day patent").   On November 30, 2007, defendants filed

4  supplemental motions seeking summary judgment that the '356 patent is invalid due to obviousness.

5  Plaintiff Lucent filed its opposition brief on December 14, 2007, and defendants filed their reply

6  briefs on December 21, 2007.  This Court has scheduled a summary judgment hearing for January 8,

7  2008.  Lucent now seeks to supplement the record in opposition to defendants' motions for summary

8  judgment with the following two items:

9       1.     The attached transcript excerpts from the December 27, 2007 deposition

10             testimony of Mr. Michael Tyler, the author of the Tyler Article relied on by defendants.  (Exhibit A).

11

12       2.     The attached January 3, 2008 declaration and testimony of Mr. Robert Jones,

13             the original software developer of the IBM PC version of the Your Money Manager ("YMM") software application relied on by defendants.  (Exhibit B).

14

15       With respect to the first item, subsequent to submission of briefing, the parties took the

16  deposition of Mr. Michael Tyler, the author of the Tyler Article relied upon by defendants to

17  purportedly describe the Foreign Exchange Front End ("FXFE") system.[1]   Excerpts from the

18  December 27, 2007 deposition transcript of Mr. Tyler, attached as Exhibit A hereto, are significant.

19  Specifically, Mr. Tyler's deposition testimony further supports the points made in Lucent's

20  opposition brief that FXFE was not publicly used in the United States.  For example, Mr. Tyler

21  agrees that he was shown FXFE as part of a private demonstration (Ex. A at 33:6-7, 44:17-21, 51:16-

22  18, 52:17-23, 59:6-18) and the demonstration he saw was only a "beta test" version.  (Ex. A at 42:4-

23  43:25, 48:12-19, 111:5-12).  Mr. Tyler also admitted that he did not review any code, he did not see

24

25  [1]  Lucent requested the deposition of Mr. Tyler on October 4, 2007, but he was not deposed until

26  December 27, 2007.  (Mr. Tyler has been retained by defendants, and is represented by counsel for defendants in this case.)

27

28  *EX PARTE* APPLICATION FOR LEAVE TO SUPPLEMENT      1      Case Nos. 02-CV-2060-B (CAB),
THE RECORD IN OPPOSITION TO DEFENDANTS' MOTIONS      03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)
FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S.
PATENT NO. 4,763,356

1  the back-end of the system, and he did not even use the FXFE system other than what he was shown.

2  (Ex. A at 45:15-46:18, 50:5-8).  In fact, Mr. Tyler admits that his article discusses the Easel toolkit—

3  not the FXFE system specifically—and his understanding regarding the difference between the

4  FXFE system and the Easel toolkit is inconsistent with Mr. Long's testimony and defendants'

5  position.  (Ex. A at 61:16-63:24).  Mr. Tyler's testimony further supports Lucent's opposition to

6  defendants' motion for summary judgment, and further demonstrates the existence of material facts

7  that would preclude summary judgment of obviousness with respect to the FXFE system and the

8  Tyler Article.

9       With respect to the second item, subsequent to the submission of Lucent's opposition brief,

10 Lucent discovered the identity of Mr. Robert Jones, the original software developer of the IBM PC

11 version of YMM.[2]  The January 3, 2008 declaration of Mr. Jones, attached as Exhibit B hereto, is

12 significant.  As the developer of YMM, Mr. Jones rebuts defendants' contention that YMM uses

13 graphical display keys or otherwise worked with a mouse, touchscreen, or pointing device.  (Ex. B

14 ¶¶ 6-12).  In fact, Mr. Jones makes clear that he did not and could not have even contemplated or

15 considered designing YMM to work with a mouse or pointing device.  (Ex. B ¶¶ 10-12).  Mr. Jones'

16 rebuttal testimony further supports Lucent's opposition to defendants' motion for summary judgment,

17 and further demonstrates the existence of material facts that would preclude summary judgment of

18 obviousness with respect to the YMM application.

19

20

---

21 [2]  Defendants first disclosed YMM as a prior art reference in their expert's September 14, 2007
22 expert report.  However, not until defendants' November 30, 2007 summary judgment brief and
   November 7, 2007 deposition of its expert was Lucent made aware of certain specific contentions
23 (*e.g.* how defendants contend that YMM discloses graphical display keys and the ability to point).
   Significantly, defendants failed to disclose the identity of Mr. Jones as someone knowledgeable
24 regarding YMM—despite the fact that *he was the developer* of the software program.  Nevertheless,
   Lucent expeditiously sought relevant discovery, recently discovered the identity of Mr. Jones, and
25 was able to obtain his attached declaration within the past few days.  (Lucent also notes that
26 defendants recently identified certain prior-art related individuals in their November 16, 2007 Ninth
   Supplemental Initial Disclosures.)

27

28

1   Accordingly, good cause exists for Lucent's *ex parte* application for leave to supplement the

2 record, such leave should be granted, and the attached January 3, 2008 Declaration of Mr. Robert

3 Jones (Exhibit B) and excerpts from the December 27, 2007 deposition transcript of Mr. Michael

4 Tyler (Exhibit A) should be entered into the record and considered in opposition to defendants'

5 motions for summary judgment.

6

7 Dated:  January 4, 2008

8                By:  /s/ David A. Hahn

9                 David A. Hahn (SBN 125784)
                  HAHN & ADEMA

10               501 West Broadway, Suite 1600
                 San Diego, California  92101-3595

11               Telephone:  (619) 235-2100
                 Facsimile:  (619) 235-2101

12               John M. Desmarais (admitted *pro hac vice*)
                 Robert A. Appleby (admitted *pro hac vice*)

13               Gregory F. Corbett (admitted *pro hac vice*)
                 KIRKLAND & ELLIS LLP

14               153 East 53rd Street
                 New York, New York  10022

15               Telephone:  (212) 446-4800
                 Facsimile:  (212) 446-4900

16

17               Attorneys for *Lucent Technologies Inc.*

18

19

20

21

22

23

24

25

26

27

28

*EX PARTE* APPLICATION FOR LEAVE TO SUPPLEMENT     3     Case Nos. 02-CV-2060-B (CAB),
THE RECORD IN OPPOSITION TO DEFENDANTS' MOTIONS       03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)
FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S.
PATENT NO. 4,763,356