David A. Adema, SBN 149285
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California  92101-3595
Telephone:  (619) 235-2100
Facsimile:  (619) 235-2101

*Attorney for Lucent Technologies Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　　　　Defendants,<br>　　and<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Intervener. | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**DECLARATION OF ERIC D. HAYES IN SUPPORT OF LUCENT'S APPLICATION TO SUPPLEMENT THE RECORD IN OPPOSITION TO DEFENDENTS' MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356**<br><br>Date:　　　　January 8, 2008<br>Time:　　　　9:00 A.M.<br>Courtroom:　　13, 5th Floor<br>Judge:　　　　Hon. Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　　　　Defendant. | |
| LUCENT TECHNOLOGIES INC.,<br><br>　　　　　Plaintiff, | |

HAYES DECLARATION ISO LUCENT'S APPLICATION TO SUPPLEMENT THE RECORD IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356

Case No. 07-CV-2000-H (CAB)
consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB),
AND CASE NO. 03-CV-1108-B (CAB)

1  
2  DELL INC.,  
3                                    Defendant.

v.

1

HAYES DECLARATION ISO LUCENT'S APPLICATION TO SUPPLEMENT
THE RECORD IN OPPOSITION TO DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO.
4,763,356

Case No. 07-CV-2000-H (CAB)
consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB),
AND CASE NO. 03-CV-1108-B (CAB)

I, Eric D. Hayes, declare as follows:

1. I am an attorney and an associate in the law firm of Kirkland & Ellis LLP, counsel for Lucent Technologies Inc. ("Lucent"). If called to testify as a witness, I could and would competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Michael Tyler Deposition held on December 27, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the January 3, 2008 Robert Jones Declaration.

4. Pursuant to Civ.L.R. 83.3.h.2, on January 4, 2008 at approximately 12:30 p.m. Central time, I e-mailed counsel for Gateway, Microsoft and Dell and gave notice that Lucent intended to file today an ex parte application to supplement the record in opposition to defendants' motions for summary judgment of invalidity of U.S. Patent No. 4,763,356.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 4th day of January 2008 at Chicago, Illinois.

By: _____
Eric D. Hayes

---

HAYES DECLARATION ISO LUCENT'S APPLICATION TO SUPPLEMENT THE RECORD IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356

1

Case No. 07-CV-2000-H (CAB)
consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB),
AND CASE NO. 03-CV-1108-B (CAB)

# Index

**Exhibits to Hayes' Declaration In Support Of Lucent's Application To Supplement The Record In Opposition To Defendants' Motions For Summary Judgment Of Invalidity Of U.S. Patent No. 4,763,356**

| Tab | Exhibit |
|---|---|
| A | Excerpts from the Michael Tyler Deposition held on December 27, 2007 |
| B | January 3, 2008 Robert Jones Declaration |