# Hayes Declaration

# Exhibit A

Page 1

1               UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF CALIFORNIA

3    - - - - - - - - - - - - - - - - -

4    LUCENT TECHNOLOGIES INC., and   ) CASE NO.

5    MULTIMEDIA PATENT TRUST,        ) 07-CV-2000 H (CAB)

6             Plaintiffs,            )   consolidated with

7    vs.                             ) 02-CV-2060 B (CAB)

8    GATEWAY, INC., et al.,          ) 03-CV-699 B (CAB)

9             Defendants,            ) 03-CV-1108 B (CAB)

10   and                             )

11   DELL INC.,                      )

12            Defendant,             )

13   and                             )

14   MICROSOFT CORPORATION,          )

15            Intervenor.            )

16   - - - - - - - - - - - - - - - - -

17   AND RELATED CROSS-ACTIONS.      )

18   - - - - - - - - - - - - - - - - -

19              DEPOSITION OF MICHAEL TYLER

20              THURSDAY, DECEMBER 27, 2007

21

22        BY:  MELINDA M. IBANEZ, CSR NO. 10686, CRP

23

24

25

Page 33

1        MICHAEL TYLER

2   been an agency person as well.

3       Q.   Okay.  Do you remember in this case, when

4   you were at Chemical Bank, were there any other

5   reporters from any other --

6       A.   No, this was not -- this was Datamation

7   only.

8            They may have later in the same day or

9   earlier in the same day or -- or at the same time

10  done similar demos with other people.  I have no

11  idea.

12      Q.   Okay.  Do you remember approximately how

13  many Chemical Bank folks were present at your viewing

14  or your meeting?

15      A.   I doubt more than two.  Probably just

16  Mr. Herriott and Mr. Long.

17      Q.   So is it fair to say there were

18  approximately two folks from Chemical Bank, you, and

19  then at least one or more people from Easel company,

20  but you can't remember their names at present, at

21  your meeting at Chemical Bank?

22      A.   That's correct.

23      Q.   I think this article was published

24  January -- this is January '84.

25      A.   Yes.

1                    MICHAEL TYLER

2   Merrill" --

3       A.   Mm-hmm.

4       Q.   Second line, you say "have acquired beta

5   test Easels."

6       A.   Yes.

7       Q.   Does that help you remember whether or not

8   they had actually started using the Easel system when

9   you visited?

10      A.   When you have a beta test, as a customer,

11  you won't have rolled it out to the entire user base,

12  but you may very well have rolled it out to some of

13  the users to see in production was it working

14  successfully and, if it wasn't, where the problems

15  were.

16      Q.   Okay.

17      A.   So it -- it's -- at the time that the

18  interview took place, they may have had some systems

19  in use for actual live trading.  It's plausible they

20  did not, that they were just at the beginning of that

21  process, but I -- I would think that, based on the

22  language that I used, i.e., "have acquired," that

23  they had already had a few systems at least in actual

24  use, making live trades.

25      Q.   But you're not 100 percent sure whether or

1                    MICHAEL TYLER

2    not --

3        A.   I'm not a hundred percent sure of that.

4        Q.   On the next page, which is MSLT_1228720, at

5    the bottom, in the column all the way to the right,

6    in the fourth full paragraph, you say, "In the first

7    phase of Chemical Bank's plan, the Easel workstations

8    will replace only the Arbat data entry system."

9             Does that suggest that they hadn't started

10   the first phase yet?

11       A.   It suggests -- no, it doesn't suggest that

12   at all.

13       Q.   Okay.

14       A.   It suggests that the first phase, when it's

15   completed, would have done so for all of the trading

16   systems.

17       Q.   Okay.

18       A.   They may very well have started that phase

19   in the way that I wrote the article.

20       Q.   But at least suggests they hadn't completed

21   the first phase of implementing these Easel

22   workstations?  Would you agree with that?

23       A.   I would agree that they -- yes, as I said,

24   it was a beta test, so that also suggests they had

25   not completely installed it across the entire

1        MICHAEL TYLER

2   system -- across the entire user base.

3        Q.   Okay.  Do you remember that day that you

4   were at Chemical Bank seeing actually -- any actual

5   trades made with the Easel system?

6        A.   In the sense of trades that were for real

7   money?

8        Q.   Yeah, for real money.

9        A.   I would not have been made privy to that.

10            Did I see the demonstration do things that

11   were it tied into the real system would have been for

12   real money?  Yes.

13            But I did not attempt to -- to verify that

14   this demonstration I saw was connected to a real live

15   trading platform and that real dollars were changing

16   hands.

17       Q.   So you just don't know whether or not the

18   demonstration you saw was a real live trade for real

19   money or just for demonstration purposes?

20       A.   I would have to imagine it was for

21   demonstration purposes only.

22       Q.   Okay.

23       A.   Because Chemical Bank's business -- or at

24   least that portion of their business was foreign

25   trading.  They're not going to conduct a live trade

1                    MICHAEL TYLER

2    just to show me how technology works.

3            But they might very well have set up -- and

4    probably did set up -- dummy accounts so that it

5    looked for all the world like a live trade, was tied

6    into the live system, but was keyed to account

7    numbers that didn't exist so that the bank's own

8    balance sheet and the bank's own assets and

9    liabilities were not actually being affected.

10       Q.   Okay.  Now, when you say tied into the real

11   system, what -- what system are you referring to?

12       A.   The back-end platform -- the back-end actual

13   trading system that connected to other brokers and

14   that actually transferred assets back and forth.

15       Q.   Did you see that back-end system the day

16   that you were there?

17       A.   I doubt it.  I don't think I would have been

18   interested.  I was really interested in the front-end

19   system.

20       Q.   Okay.  And what, in your words, constituted

21   the front-end system?

22       A.   The front end is -- is the stuff that you or

23   I, as users of technology, would use.  That's a

24   generic term within the -- the computer-information

25   industry.

1          MICHAEL TYLER
2          So I was interested in looking at what was
3    on the desk, what the trader would be using and
4    seeing, that one screen which the user would be able
5    to manipulate in order to conduct a trade.
6          What happened at the other end of the wires
7    to actually effect the trade was a separate issue
8    entirely.
9       Q.   Did you look inside?  And by that I mean did
10   you open up the front-end system at all and look
11   inside at the technology?
12      A.   You mean like unscrew the --
13      Q.   Yeah.
14      A.   No.
15      Q.   Okay.  So is it fair to say you just -- you
16   just watched the front end in operation, you didn't
17   actually open it up and look at the technology
18   inside?
19      MR. BAKER:  Objection, vague and ambiguous.
20          You mean after opening up the computer
21   hardware?  Is that --
22      MR. HAYES:  Yeah.
23      MR. BAKER:  -- what you're asking about?
24      MR. HAYES:  I'm just saying --
25      THE WITNESS:  No.  I didn't -- nobody in my

1  MICHAEL TYLER
2  BY MR. HAYES:
3  Q.  Sure.
4  A.  And there's just a man behind the curtain,
5  you know, like from the Wizard of Oz, doing a very
6  small set of things that they had ready at that time.
7       I don't like -- and I never did like --
8  reporting that as if it were ready, so I always went
9  to the step, as a matter of common reporting
10 practice, to engage in an off-the-cuff transaction
11 that nobody had prepared for, including me.
12 Q.  Would you be surprised to know that Mr. Long
13 testified that this Easel system never went into
14 production at Chemical Bank?
15 A.  It doesn't particularly surprise me.
16 Q.  And why is that?
17 A.  There are a lot of things that people beta
18 test all over the place, and some of them are
19 successful and are used, and some of them aren't.
20 Q.  Okay.
21 A.  And it could be for any number of reasons.
22 It could be for functionality; it could be that when
23 you try to scale up something from a beta test to a
24 full scale, it doesn't work as well; it could be for
25 cost.  It could be for any number of reasons.

1                    MICHAEL TYLER

2     to do specific functions on the machine; is that

3     right?

4          A.   Yes.

5          Q.   Do you remember whether or not you actually

6     operated it yourself?

7          A.   I don't remember whether I actually pushed

8     the buttons or not or whether I -- I simply pointed

9     at something and said, "Let's try to do this."

10         Q.   And when you were pointing at something,

11    asking them whether -- or to "try this," is that just

12    different types of features you wanted to see?  Is

13    that right?

14         A.   Yeah.  Or -- or a second example of the

15    same -- that they -- I don't remember precisely which

16    currency I wanted to see traded or what happens if

17    you hit a different broker from the one that they

18    suggested or whatever, but basically the -- the

19    intention was to -- let's see what happens if you go

20    off script a little bit.

21         Q.   Okay.

22         A.   Try something different.

23         Q.   And were you doing that for your kind of

24    research and reporting?

25         A.   Yes.  I wanted to verify that this was a

Page 51

1          MICHAEL TYLER

2   functional system, and I wanted to understand better,

3   as a user of the system, what the experience would be

4   like.

5        Q.   When you say what the experience would be

6   like, are you talking about the user's experience?

7        A.   Yes, yeah.  If I were pretending to be a

8   foreign-exchange trader instead of being a magazine

9   reporter, what would it be like to effect

10  transactions using a touch-sensitive screen instead

11  of using handwriting and paper and keyboard entry.

12       Q.   Did you talk to any foreign -- actual

13  foreign-exchange traders there at Chemical Bank

14  during your visit?

15       A.   I don't believe so, but I can't remember.

16       Q.   Okay.  While you were at Chemical Bank that

17  day, were you escorted at all times?

18       A.   I would imagine so.

19       Q.   Do you remember at all the -- having a

20  chance to kind of wander around by yourself and look

21  around without an escort?

22       A.   Again, banks generally tend not to like you

23  to do that, so I doubt it.

24       Q.   Right.  Okay.

25            Did you or your magazine pay Chemical Bank

1      MICHAEL TYLER

2  any money for your visit --

3      A.  No.

4      Q.  -- or --

5          No.

6      A.  Datamation never paid for access.

7      Q.  Was there anyone outside of Datamation

8  magazine or Chemical Bank aware of the meeting that

9  was going on the day you were there?

10     MR. BAKER:  Objection.  I think he testified

11 there may have been other people there as well, so --

12 asked and answered, misstates prior testimony.

13 BY MR. HAYES:

14     Q.  I'm not trying to misstate your prior

15 testimony.

16     A.  No.  I --

17     Q.  I'm saying outside of Chemical Bank or Easel

18 or Datamation, are you aware of anyone that was -- or

19 had knowledge of the meeting that was going on

20 that --

21     A.  I --

22     Q.  -- day?

23     A.  I have no personal knowledge.

24         Whether any of the other participants told

25 their friends, relatives, lawyers, bankers, who

Page 59

1         MICHAEL TYLER

2         Were you invited by either Easel or -- Easel

3    company or Chemical Bank to come and look at the

4    Chemical Bank Easel system?

5         A.   Well, yeah.  I didn't just barge in.

6         Q.   Okay.  Would you consider that a private

7    invitation?

8         A.   It was private in the sense that I was the

9    only reporter present at the time.  They may very

10   well have issued comparable invitations to other

11   journalists, and they certainly knew full well that

12   the only purpose of my doing so was that I was

13   reporting a story that would be published in a

14   national magazine.

15        Q.   But for your visit, you would consider your

16   invitation private?

17        A.   My personal showing?

18        Q.   Yes.

19        MR. BAKER:  I'm going to object to the extent it

20   calls for a legal objection.

21        THE WITNESS:  I don't know if there's particular

22   meaning to the word "private."

23             They -- I -- I asked to see -- I asked Easel

24   to see some version in some use somewhere, and they

25   complied with my request and if -- invited me to go

Page 61

1                    MICHAEL TYLER
2        Q.   Okay.
3        A.   Front end similarly means the part that you,
4   the trader, would be interfacing with, as opposed to
5   the back end, where the exchange is actually --
6   trading currencies or doing whatever it is that banks
7   do with their business.
8        Q.   I think -- if my memory serves me, I don't
9   think you used the term "foreign-exchange front end"
10  in your article.
11       A.   I don't believe I used that term
12  specifically.
13       Q.   And I think you said you used the term
14  "Easel"; is that correct?
15       A.   Yes.  Easel was a brand name.
16       Q.   What was the difference between Easel and
17  foreign-exchange front end?
18       A.   Easel was the hardware system that was
19  receptive to touch, that you would -- that could
20  detect your touching the computer -- computer screen
21  and the software that went with that, which was both
22  a development tool for applications to developers,
23  including Chemical and, presumably, others, as well
24  as the system that could recognize that if I touched
25  the screen 3 inches from the top and 4 inches from

1        MICHAEL TYLER

2   the right edge, that it knew I touched the screen

3   3 inches from the top and 4 inches from the right

4   edge and it would actually know what was being

5   displayed at that time at that particular point so

6   that it knew what I was trying to communicate.  So it

7   was -- it was both a hardware and software system.

8   That was what Easel was.

9            The front end -- the foreign-exchange front

10  end was Chemical Bank's application of the Easel

11  technology for a specific purpose, namely to enable

12  traders to -- to enter and transact foreign-exchange

13  transactions.

14       Q.   And your article is about the Easel system,

15  and not foreign-exchange front end, correct?

16       MR. BAKER:  Objection, misstates the record.

17  BY MR. HAYES:

18       Q.   Well, you --

19       A.   The article is about what's in the article.

20       Q.   Okay.

21       A.   I -- the -- the theme of it was the growing

22  use of touch-sensitive screens in modern commerce.

23       Q.   Mm-hmm.

24       A.   One very prominent example was that it was

25  used in foreign-exchange trading as a substantial

1                    MICHAEL TYLER

2    advance over what had been the previous way of doing

3    things.

4         Q.   So you --

5              So what's in your article is describing the

6    Easel system and the foreign-exchange front end; is

7    that right?

8         A.   In effect, I describe both, yes.

9         Q.   How would I --

10             How would a reader know, in your -- in

11   reading your article, when you are distinguishing --

12   or when you're talking about the Easel system and

13   when you're talking about the foreign-exchange front

14   end?

15        A.   Well, because when I talk about the Easel

16   system, I talk about it explicitly.

17             And then when I talk about the

18   foreign-exchange front end -- I'm just trying to find

19   the exact quotation, but there's a point at which I

20   said Chemical Bank and Merrill Lynch are using this

21   technology for their own ends, and then I described

22   what those banks are doing with it.

23             So I clearly describe what is -- what Easel

24   did and what is what the customers did.

25        Q.   Okay.

1  MICHAEL TYLER
2  not do any further research or reporting on it, so I
3  have no idea what they may have -- may or may not
4  have done since then.
5  Q. Would you be surprised to know that Mr. Long
6  testified that they did make additional changes to
7  the system after the demonstration to you in October
8  or September of '83?
9  A. Would I be surprised that they did make
10 changes?
11 Q. Yeah.
12 A. No, I wouldn't be surprised at all.
13 Q. Why is that?
14 A. That's what information systems departments
15 do. They always change. Technology is evolving.
16 You go from version 1 to version 1.1, 1.2, version 2,
17 eventually, if it's a big change, but that's --
18 that's how -- how companies evolve and how
19 applications get better and better over time.
20 Q. Okay. Changing subjects a little bit now, I
21 think this morning, when we were talking about how
22 you kind of started off in writing this article, you
23 said that you had seen -- or a press release or
24 something that got you interested in touch screens.
25    Do you remember any specific press release