# Hayes Declaration

# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LUCENT TECHNOLOGIES INC.,

Plaintiff,

v.

GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,

Defendants,

and

MICROSOFT CORPORATION,

Intervener.

Case No. 07-CV-2000-H (CAB)

consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB)
Case No. 03-CV-0699-B (CAB)
Case No. 03-CV-1108-B (CAB)

**DECLARATION OF MR. ROBERT JONES IN SUPPORT OF LUCENT'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT REGARDING U.S. PATENT NO. 4,763,356**

Date: January 8, 2008
Time: 9:00 A.M.
Courtroom: 13
Judge: Hon. Marilyn L. Huff

MICROSOFT CORPORATION,

Plaintiff,

v.

LUCENT TECHNOLOGIES INC.,

Defendant.

LUCENT TECHNOLOGIES INC.,

Plaintiff,

v.

DELL INC.,

Defendant.

I, Robert Jones, hereby declare as follows:

1. If called to testify as a witness, I could and would competently testify to the truth of each statement herein.

2. I am an accomplished senior software developer, manager, educator, speaker, consultant, and coach with over 40 years of experience in all aspects of the software industry. I have extensive experience designing and developing software products, business applications and web sites. I am currently the Owner and Co-Founder of The Socrates Group, an Information Systems consultancy. A copy of my resume is attached.

3. In 1983, I founded Amber Systems, a computer software company. I worked as VP of Development at Amber Systems until 1985. While at Amber Systems, I designed and implemented many different software applications. All software applications I designed at the time were designed to run under the MS DOS operating system found on many IBM personal computers of the mid-1980s. The MS DOS operating system was a substantially different operating system as compared to operating systems that are common today such as Microsoft Windows. In the 1984-1985 timeframe, applications running under the MS DOS operating system were generally not designed to work with a mouse or touch screen. Such software applications were generally designed to use the physical keyboard to do all navigation. All menus or accessories were text-driven and could only be used by pushing physical keys on a physical keyboard.

4. While working at Amber Systems, I designed and implemented the IBM PC version of Your Money Manager ("YMM") for Simon & Schuster under the J.K. Lasser label.

5. YMM was a personal finance program designed to work under the MS DOS operating system. I designed YMM with a character (text-based) interface to receive input from a user pressing physical keys on a physical keyboard.

6. In YMM, everything displayed on the user's screen was rendered as characters at a specific address on the screen which consisted of 25 rows of 80 column characters. Data on the screen was displayed using calls to the PC BIOS. YMM had no true graphical capability as we would think of a graphical user interface today. It simply displayed specific characters at specific

JONES DECLARATION ISO LUCENT'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SJ RE U.S. PATENT NO.4,763,356

1

Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)

Exhibit B
000018

locations on the 25x80 screen. I did not design YMM to utilize any of the graphical capabilities of the IBM PC, even for the display of graphs.

7. Menus and other accessories, including the on-screen calculator used in the YMM application, were invoked by a user pressing physical function keys on the physical keyboard. Menus and accessories were not designed to be invoked or operated using a mouse, touch screen, or any other common pointing device. Even if a user were to add a mouse, the PC could not display the mouse pointer while running YMM because YMM could only operate in character mode. It could not operate in graphic mode.

8. The on-screen calculator of YMM could be called up by a user pressing the "F2" function key on the physical keyboard when the Amount field was selected. The on-screen calculator was never designed to be invoked or operated by a computer mouse, touch screen, or any other pointing device. In fact, under the YMM program design, there was no way that the on-screen calculator could have responded to a mouse, touch screen, or other pointing device.

9. Further, the on-screen calculator of YMM did not include any notion of what we think of today as on-screen buttons or display keys. There were no defined coordinates or regions on the screen that a user could select with a mouse or pointing device in hopes of getting a response. The only way the YMM on-screen calculator could be called-up was by a user pushing a function key on the physical keyboard. Users could not "click" on a number on the screen. They had to press a number on the physical keyboard.

10. At the time that I designed YMM, the computer mouse was not generally integrated into MS DOS based software applications in any meaningful way. Instead, the design specifications for YMM were written to require the user to press certain defined physical keyboard keys to invoke a function. Thus, at the time I designed the YMM software application, I did not (and could not) contemplate designing the software to work with a mouse, touch screen, or other pointing device. It only responded to input from the keyboard.

11. YMM's access to the physical screen was handled by a base of code that I also wrote called "Virtual Screen Interface" which consisted of over 10,000 lines of code and was used by hundreds of other programs. Virtual Screen Interface ("VSI") only operated in character mode and

JONES DECLARATION ISO LUCENT'S OPPOSITION TO
DEFENDANTS' MOTIONS FOR SJ RE U.S. PATENT NO. 4,763,356       2       Case Nos. 02-CV-2060-B (CAB), 03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)

Exhibit B
000019

had no graphical capabilities. Neither did VSI have any code that supported the use of a mouse or a pointing device or a touch screen. In fact, VSI was "output only" and had no capability to recognize any input from any device. That was left entirely to the programs using VSI.

12. Since YMM depended entirely on VSI to handle all screen output, converting YMM to use a mouse or similar pointing device would have required a complete rewrite of the 10,000 lines of code in VSI as well as a rewrite of most of YMM. There was no way that I would have considered undertaking such a task at that time. Were I to have considered such a task, the effort required would have been huge. I would have had to start over with VSI which had taken me over six months to write originally, and design a user interface system that handled graphical input and output, and create programmatic interfaces to this system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on

1/3/08

Robert Jones

# Bob Jones

bob@ thesocratesgroup.com

## Summary

- **EXPERIENCED** – Accomplished senior software developer, manager, educator, speaker, consultant and coach with over 40 years of experience in all aspects of the software industry.
- **BUSINESS ANALYST** – Excellent analytical skills combined with extensive business experience, great interpersonal skills and plain common sense.
- **MANAGER** – Over 20 years of management experience. Led many teams and projects.
- **ARCHITECT** – Extensive experience designing and developing software products, business applications and web sites with strong grounding in software development lifecycle methodologies and techniques.
- **DEVELOPER** – Strong, broad technical skills – worked in a wide range of environments and with a broad range of hardware and software platforms, tools and languages. Built and published many software products and web sites.
- **CONSULTANT** – Adept at assessing projects, products and organizations.
- **TEACHER** – Developed and presented management and technical training to dozens of companies and thousands of students around the world.
- **FACILITATOR** – Excellent interpersonal, communications and conflict resolution skills.
- **COACH** – trained as a personal and professional coach.

## Employment History

2003 – Present – The Socrates Group: Owner and Co-Founder
Grew profitable business from two person startup to eight person team with over a dozen significant local clients.

Developed warehouse management system for a local 3rd party logistics company that runs their entire business. Initial results were a 400% improvement in production capacity with existing staff, over 95% reduction in time required to produce invoices for their clients, and dramatic improvements in customer service.

2002 – 2003 – Office Systems Northwest: Sales Engineer
Conceived and implemented all aspects of Managed Services Program that gave business entirely new revenue stream and helps increase engineer utilization.

Designed and developed engineer time and billing system that enabled engineers to easily enter their time and gave management visibility into utilization and billings. Cut processing time from two months to immediate. Resulted in savings of time and elimination of clerical work.

Responsible for both sales and delivery of technology infrastructure consulting services.

2000 – 2002 – Independent consultant and coach
Trained as a personal coach with Academy for Coach Training

Consulted with several small businesses to develop business process requirements.

**Bob Jones**

bob@thesocratesgroup.com

2000 – Analysts International: Consultant / Contractor
Performed business analysis and assessment of university departmental computing infrastructure and made recommendations for improvements.

Developed Visual Basic and SQL Server solutions for large multi-media database applications.

1999 – 2000 – Etelos Incorporated: Co-founder and Chief Technology Officer
Founded Etelos in June, 1999 with six other co-founders (Etelos acquired Socrates Group).

Worked with CEO, COO and other senior team members to define business vision.

Overall responsibility for all computer operations and software development activities.

Hired and directly managed over 15 systems administrators, software developers and consultants.

Defined development processes and procedures.

Implemented initial Etelos web site using ConneXions engine developed while at Socrates Group. Web site built using Microsoft IIS V4.0, SQL Server V7.0, and Visual Basic COM components.

Worked with external consultants and Etelos developers to add functionality to Etelos web site.

Worked with external financial consultants to develop technology budget.

Managed purchase and lease of close to $1m worth of computer equipment.

Managed design team that developed high-performance co-location infrastructure.

Directly led requirements analysis, database design and development of Referral Community (http://www.referralcommunity.com) web site. Site implemented using Microsoft IIS V4.0 and SQL Server 7.0 with extensive use of Transact SQL Stored Procedures. Use of custom COM components only to perform credit-card processing with CyberCash.

1991 – 1999 – The Socrates Group, Inc.: Founder & President

- 1998-1999: Developed ConneXions – an object-oriented database engine using Visual Basic COM components on top of MS Access and SQL Server 7.0 relational databases.
- 1997-1999: Used ConneXions to develop website for Earthstewards Network. Website allows Earthstewards to manage their worldwide membership remotely.
- 1997-1998: worked closely with KPMG senior partners to develop and present course to teach project managers how to develop software life cycle and work breakdown structures for various types of development engagements.
- 1995-1997: Invited as speaker at conferences hosted by KPMG, IHRM and other organizations.
- 1992-1999: Performed organizational, project and technology assessments for numerous clients including Ernst & Young, KPMG Peat Marwick, LLP, Intel Corporation, Fleet Services Corporation, Schneider National, Storage Technology, Ryder Systems, Department of Defense and the state of North Carolina (as subcontractor to KPMG).
- 1995: Developed Skills Navigator program for Intel Corporation. Skills Navigator enabled personal skills assessment and development plan creation for over 25,000 Intel employees. Program written in Visual Basic with Access database.
- 1993-1998: Developed and presented numerous emerging technology courses:
    - Client/Server Overview (1 day)
    - Client/Server and the Internet (1 day)

**Exhibit B**
**000022**

Bob Jones
bob@thesocratesgroup.com

- Client/Server Fundamentals (2 day)
- Understanding LANs and WANs (1 day)
- Client/Server Concepts & Issues (4 day)
- Multi-Tier Client/Server Architectures & Issues (3 day)
- System Implementation & Integration Guidelines (for KPMG, 5 days)

- 1993-1997: Developed full-time Internet presence (e-mail, ftp access and web-based database applications for the Socrates Group. Had 17 computers connected 24x7 to Internet using dual channel ISDN running out of my home by mid 1994.
- 1991-1993: Reviewed and analyzed Information Technology employee skills and developed retraining curriculums for many major corporate clients including Computer Task Group, Intel Corporation, Microsoft Consulting Services, British Columbia Assessment Authority.

1990 – 1991 – Microsoft Corporation: Director, Microsoft Consulting Services
Assisted with the creation of Microsoft Consulting Services organization.

Consulted directly with Microsoft Clients to help them solve technical problems.

Developed prototype "proof of concept" for Rockwell Aerospace. Work was so successful that Rockwell management publicly praised Microsoft senior management for this effort.

Developed and presented windows migration class to many companies around United States.

1987 – 1990 – Ford Aerospace: Supervisor, Software Productivity Laboratory
Supervised team of about 15 developers planning the SUN UNIX-based implementation of a CASE environment for use throughout Ford Aerospace.

Reviewed and evaluated complex technical products and software development tools. Worked with software vendors to help them make their products more effective.

Led a team of developers planning the SUN UNIX-based implementation of a CASE environment for use throughout Ford Aerospace.

Worked with management to define and develop support for Software Development Life Cycle (SDLC) process

Worked with CASE tool vendors and methodology experts to design a platform and environment that would allow engineers to achieve new levels of productivity and quality when developing large software applications.

1987 – 1990 – Micro Machines: Consultant
Implemented an API and support utilities to a high performance document image coprocessor board. Functionality included image scanning, printing, compression and decompression using CCITT group III and IV compression schemes.

Wrote API to read and write TIFF files using coprocessor functionality. API and utilities consisted of over 30K SLOC of Microsoft C.

Designed PC API to high performance document image coprocessor and designed and implemented major software enhancements to coprocessor functionality.

Developed tools and techniques to write C programs more effectively by treating C modules as distinct objects with clearly defined interfaces.

**Bob Jones**
bob@thesocratesgroup.com

www.theSocratesGroup.com

1986 – 1987 – Plexus Computers: Development Manager
Managed team of five who enhanced Informix RDBMS to include support for Binary Large Objects (BLOBS), which could store document images.

Designed interface to optical disk juke box and led team which added this functionality.

Participated in design of enhancements to SQL to support management of text and image BLOBS and participated in selection of Full Text Retrieval engine to support searching of text blobs.

Worked to resolve fundamental differences between transaction paradigm of SQL and browsing paradigm of FTR engines.

1985 – 1986 – Tandem Computers: Consultant
Designed and implemented enhancements to Tandem's Data Dictionary Language (DDL) compiler to support descriptions of network communications protocols.

1983 – 1985 – Amber Systems: Founder, VP Development
Designed and implemented Virtual Screen Interface (VSI) the first commercially available character-based windowing system for the IBM PC in 1983. Code was 10K SLOC in MASM with interfaces to C, Turbo Pascal, FORTRAN, COBOL, Basic and others.

Designed and implemented an Async Comm Manager which was sold to and is still marketed by Blaise Computing.

Designed and implemented Your Money Manager and parts of Your Income Tax, sold by Simon & Schuster under the J. K. Lasser label.

Designed and led the implementation team for Homebase, a TSR personal information manager that was selected by PC Magazine as one of the best products of 1985. Team consisted of five developers working mostly out of their houses.

1978 – 1983 – Tandem Computers: Programmer
Worked with Tandem's Guardian Operating System to develop support for On Line Transaction Processing (OLTP) applications.

Designed and implemented Tandem's Data Dictionary Language (DDL) compiler.

Conceived, designed and implemented portions of an integrated systems dictionary called Describe which provided universal naming services for all objects and defined and maintained relationships between objects.

1975 – 1978 – Interactive Information Systems: Development Manager
Hired and managed over 15 application developers who built custom applications for IIS clients.

Enhanced and rewrote code developed at Chrysler.

Enhanced "PAGE" editor and sold it as an application to many DEC RSTS/E users.

Designed and built numerous application development tools for use in the RSTS/E environment.

Developed Open-Item Accounts Payable system for local hotel chain.

Bob Jones

bob@thesocratesgroup.com

1973 – 1975 – Chrysler Corporation: Software Engineer
Designed and implemented online transaction processing system using DEC PDP/11 RSTS/E. System included inter-process message protocol, transaction scheduling and launching, operator services console, security and event logging.

Designed and implemented database management system to support transaction processing system.

Assisted in development of a visual "PAGE" editor to edit code. This was (to my knowledge) the first full screen text editor anybody had ever written.

Designed and implemented high level language (4gL) which generated basic code. Used this language to implement a factory inventory management system.

Installed inventory management system in Chrysler plant in Syracuse NY. System was used in production for over three years.

Negotiated rights to this software from Chrysler in exchange for agreement to maintain the code for three years.

1970 – 1973 – Ohio State University: Applications Programmer
Developed batch applications in IBM 360 COBOL/E to support student grade reporting for 50,000 students at The Ohio State University.

Wrote table searching routines in 360 Assembler that supported COBOL application developers.

Assisted with Ohio State's adoption of IBM CICS and IMS

Wrote applications CICS/IMS applications to support student records applications.

1969 – 1970 – IBM Corporation: Systems Engineer
Designed and implemented batch, tape-driven real property billing system for Lake County government in Painesville, OH. System was written in 360 Assembler and ran on IBM 360/25.

1968 – 1969 – Computer Usage Corporation: Consultant
Designed and implemented disk and tape batch student grade reporting and transcript system for Parma, Ohio City Schools. System implemented in 1401 Autocoder.

1967 – 1968 – Purdue Fredericks: Application Programmer
Started as a computer operator on Univac 1004 card-processing computer.

Learned Honeywell COBOL and implemented Accounts Receivable and Inventory systems.

## Personal Interests

Human development – I have completed numerous workshops and training programs including three year program by The Gestalt Institute of Seattle and the entire training program of the Academy for Coach Training in Bellevue, WA.

I am active in The Mankind Project, and international organization dedicated to empowering men to their full potential and fostering loving families, strong communities and lives of service.

Camping and Hiking – if I am not at home on a weekend, my wife and I are probably in the woods somewhere.

Bob Jones
bob@thesocratesgroup.com

## Programming Languages

| Skill | Years Experience | Last Used | Self-Assessment (1-5 scale) 1=passing knowledge, 5 = expert knowledge |
|---|---|---|---|
| ASP .NET/C# | 4 | 2007 | 3-4 (current) |
| HTML | 13 | 2007 | 4 (current) |
| JavaScript | 5 | 2005 | 2-3 (current) |
| Microsoft VB Script | 9 | 2005 | 4-5 (current) |
| MS IIS/ASP | 9 | 2005 | 4-5 (current) |
| MS SQL Server | 15 | 2007 | 4 (current) (used SQL 2005 for over 2 years) |
| Transact SQL | 12 | 2007 | 4 (current) (strong in stored procedures) |
| PHP | 2 | 2005 | 2-3 (current) |
| Visual Basic | 10 | 2001 | 4 (strong with components) |
| C & C++ | 10 | 1995 | 2-3 (wrote over 500k SLOC in C, minimal C++ |
| 8086 Assembler | 4 | 1986 | 2-3 |
| RSTS/E BASIC | 6 | 1978 | 4-5 |
| Tandem TAL | 5 | 1986 | 3-4 |
| FORTRAN | 1 | 1970 | 2 |
| COBOL | 5 | 1973 | 4-5 |
| PL/I | 1 | 1973 | 2-3 |
| IBM Assembler | 4 | 1973 | 4-5 |
| 1401 Autocoder | 2 | 1969 | 4-5 |

## Operating Systems

| Operating System | Years Experience | Last Used | Self-Assessment (1-5 scale) 1=passing knowledge, 5 = expert knowledge |
|---|---|---|---|
| Windows/NT, 2K, 2003 | 12 | 2007 | 4-5 (current) |
| Windows/95/XP/Vista | 12 | 2007 | 3-4 (current) |
| Windows 3.0/3.1 | 5 | 1995 | 4-5 |
| DOS | 19 | 2000 | 4-5 |
| SUN UNIX | 3 | 1990 | 2-3 |
| BSD UNIX | 1 | 1987 | 1-2 |
| Tandem Guardian | 5 | 1986 | 3-4 |
| DEC RSTS/E | 6 | 1978 | 4-5 |
| IBM MFT/MVT/CICS | 4 | 1973 | 3-4 |

Exhibit B
000026