# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>　　Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al.*<br><br>　　Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>ORDER GRANTING EX PARTE MOTION TO SUPPLEMENT RECORD ON SUMMARY JUDGMENT MOTIONS REGARDING INVALIDITY OF U.S. PATENT NO. 4,763,356<br><br>[Doc. No. 208] |

　　The Court has a hearing scheduled on January 8, 2008, on various summary judgment motions, including the alleged obviousness of U.S. Patent No. 4,763,356 ("'356"). On January 4, 2008, Lucent submitted an ex parte motion to supplement the record based on two recent matters: the December 27, 2007 deposition of Michael Tyler and the January 3, 2008 declaration of Robert Jones.

　　The Court grants the motion. Exhibits A and B to Lucent's motion [Doc. No. 208] are hereby considered part of the record for the motions regarding the '356 patent. Defendants may file supplemental replies addressing these documents before 9:00 AM

1  on January 8, 2008.  The body of any such reply shall not exceed four pages.
2      IT IS SO ORDERED.

3  DATED:  January 4, 2008

                                        /s/ Marilyn L. Huff
                                  MARILYN L. HUFF, District Judge
                                  UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.