# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al*.<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>ORDER STRIKING UNAUTHORIZED SUR-REPLY<br><br>[Doc. No. 207] |

On January 3, 2008, Gateway filed a sur-reply to Lucent's reply in support of its motion for summary judgment regarding trust-related claims and defenses. (See Doc. Nos. 198, 207.) Gateway did not obtain leave to file this pleading, and it is not authorized by the Local Rules. Accordingly, the Court strikes the sur-reply.

/ / /

/ / /

/ / /

Nothing in this order shall prevent Gateway from raising its arguments at oral argument.

IT IS SO ORDERED.

DATED: January 4, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.