James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br> Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br> Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **DELL'S SUBMISSION IN ACCORDANCE WITH ORDER GRANTING [LUCENT'S] EX PARTE MOTION TO SUPPLEMENT RECORD ON SUMMARY JUDGMENT MOTIONS REGARDING INVALIDITY OF U.S. PATENT NO. 4,763,356** <br><br> Judge Marilyn L. Huff <br><br> Hearing: January 8, 2008, 9:00 a.m. <br> Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, )<br>)|
| 2 |     Plaintiff and Counter-defendant, )<br>) |
| 3 | v. )<br>) |
| 4 | LUCENT TECHNOLOGIES INC. and )<br>MULTIMEDIA PATENT TRUST, ) |
| 5 | ) |
| 6 |     Defendants and Counter-claimants, )<br>) |
| 7 | LUCENT TECHNOLOGIES INC. and )<br>MULTIMEDIA PATENT TRUST, ) |
| 8 | ) |
| 9 |     Plaintiffs and Counterclaim-defendants, )<br>) |
| 10 | v. ) |
| 11 | DELL INC., ) |
| 12 |     Defendant and Counter-claimant. ) |

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Dell Inc. (Dell) submits this paper in accordance with the Court's Order Granting [Lucent's] Ex Parte Motion to Supplement Record on Summary Judgment Motions Regarding Invalidity of U.S. Patent No. 4,763,356. Dell's motion for summary judgment of invalidity argued that the '356 patent is rendered obvious based on the combination of the teachings of the Home Accountant software running on a Macintosh computer and the Tyler Article. The Tyler Article, of course, stands on its own and nothing contained in the deposition excerpts of Mr. Michael Tyler takes away from or affects what the Tyler Article would have taught or suggested to someone with ordinary skill in the art. Accordingly, Mr. Tyler's statements during his deposition are irrelevant to the arguments set forth in Dell's motion for summary judgment.

January 7, 2008

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed


By: /s/James S. Blackburn
    James S. Blackburn
    james.blackburn@aporter.com
    Attorney for Dell Inc.

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)