Bryan W. Farney *(pro hac vice)*
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN MCMAHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone:  (619) 685-3003
Facsimile:  (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiffs and Counter-Defendants,<br><br>    v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>    Defendants and Counter-Claimants,<br><br>    and<br><br>MICROSOFT CORPORATION<br><br>    Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**SUPPLEMENTAL REPLY DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**<br><br>Date:        January 8, 2008<br>Time:       9:00 a.m.<br>Courtroom:  13, 5th floor<br>Judge:      Hon. Marilyn L. Huff |

SUPPLEMENTAL REPLY DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)

CASE NO. 07-CV-2000-H (CAB)

1      I, Jonathan D. Baker, declare as follows:

2      1.     I am an attorney with the law firm Dechert LLP, which is counsel for Gateway, Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and Cowabunga Enterprises, Inc. ("Gateway").

3      2.     I make this declaration in support of Gateway's Motion for Partial Summary Judgment of Invalidity of U.S. Patent No. 4,763,356 (Day).   This declaration is based on my personal knowledge and I would testify to the matters set forth in this declaration if called upon as a witness.

4      3.     Attached as <u>Exhibit 29</u> is a true and correct copy of the transcript of the December 27, 2007 deposition of Michael Tyler.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 7, 2008          DECHERT LLP


By:     /s/ Jonathan D. Baker
          Jonathan D. Baker

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al*.

---

SUPPLEMENTAL REPLY DECLARATION OF JONATHAN D. BAKER IN
SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY                1            CASE NO. 07-CV-2000-H (CAB)
JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)

# TABLE OF CONTENTS

| Exhibit No. | Pages |
|---|---|
| 29 | 472 - 640 |

13056757.1

SUPPLEMENTAL REPLY DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)

2

CASE NO. 07-CV-2000-H (CAB)