1 | Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
2 | Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
3 | 300 W. Sixth Street, Suite 1850
Austin, Texas 78701
4 | Telephone:  (512) 394-3000
Facsimile:   (512) 394-3001
5 |
David J. Zubkoff (SBN 149488)
6 | SELTZER CAPLAN MCMAHON VITEK
750 "B" Street, Suite 2100
7 | San Diego, California 92101
Telephone:  (619) 685-3003
8 | Facsimile:   (619) 685-3100

9 | Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
10 | GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>    Defendants and Counter-Claimants,<br><br>    and<br><br>MICROSOFT CORPORATION<br><br>    Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**PROOF OF SERVICE**<br><br>**RE:  GATEWAY'S SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**<br><br>Date:           January 8, 2008<br>Time:          9:00 a.m.<br>Courtroom: 13, 5th Floor<br>Judge:         Hon. Marilyn L. Huff |

PROOF OF SERVICE RE: GATEWAY'S SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)

Case No. 07-CV-2000-H (CAB)

I am a resident of the State of California, over the age of eighteen years, not a party to the within action, and am employed in Mountain View, Santa Clara County, California. On December 21, 2007, I served a copy of the following documents in the manner described below:

1. **GATEWAY'S SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

2. **SUPPLEMENTAL REPLY DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

3. **PROOF OF SERVICE**

**BY FEDERAL EXPRESS:**

Counsel for Lucent:

David H. Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:    (619) 235-2100

Counsel for Microsoft

Christopher S. Marchese
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:    (858) 678-5070

Counsel for Dell

James S. Blackburn
ARNOLD & PORTER
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:    (213) 243-4199

**ELECTRONIC MAIL:**

<u>Counsel for Lucent</u>

    rappleby@kirkland.com
    jhohenthaner@kirkland.com
    akellman@kirkland.com
    dhahn@hahnadema.com
    sfrost@hahnadema.com

<u>Counsel for Microsoft</u>

    marchese@fr.com
    denning@fr.com
    barnes@fr.com
    brooks@fr.com
    srodriguez@fr.com

<u>Counsel for Dell</u>

    jfreed@mwe.com
    Ali.Sharifahmadian@aporter.com
    james_blackburn@aporter.com

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed in MountainView, California.

                                                  /s/ Elena R. Rivera
                                                    Elena R. Rivera

13057283.1.LITIGATION