John M. Desmarais (*pro hac vice*)
Paul A. Bondor (*pro hac vice*)
Elizabeth T. Bernard (*pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

Attorneys for Lucent Technologies Inc.
and Multimedia Patent Trust

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST<br><br>Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al.*<br><br>Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener and Counterclaimant.<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>**DECLARATION OF ELIZABETH T. BERNARD IN SUPPORT OF LUCENT TECHNOLOGIES INC. AND MULTIMEDIA PATENT TRUST'S OPPOSITION TO DEFENDANTS' MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING REGARDING SUPPLEMENTAL DAMAGES EXPERT REPORT** |

BERNARD DECLARATION ISO LUCENT AND MPT'S OPPOSITION TO DEFENDANTS' MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING REGARDING SUPPLEMENTAL DAMAGES EXPERT REPORT

Case No. 07--CV-2000-H (CAB)

I, Elizabeth. T. Bernard, declare as follows:

1. I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Lucent Technologies Inc. and Multimedia Patent Trust.

2. I make this declaration in support of Lucent Technologies Inc. and Multimedia Patent Trust's Opposition to Defendants' Motion for Review of Magistrate Judge's Ruling Regarding Supplemental Damages Expert Report. This declaration is based on my personal knowledge and I would testify to the matters set forth in this declaration if called upon as a witness.

3. Attached as Exhibit A is a true and correct copy of Lucent and MPT's December 4, 2007 letter brief to Magistrate Bencivengo in opposition to defendants' motion to strike the supplemental expert report of Roger Smith, with the following Exhibits:

- Attached as Exhibit 1 is a true and correct copy of excerpts from the April 27, 2007 motion hearing transcript before the Honorable Rudi M. Brewster.
- Attached as Exhibit 2 is a true and correct copy of a letter dated November 13, 2007 addressed from Elizabeth Bernard to Joseph P. Reid, Jonathan D. Baker and James S. Blackburn.
- Attached as Exhibit 3 is a true and correct copy of an email exchange dated November 15, 2007 between Elizabeth Bernard and Joseph P. Reid and copied to Jonathan D. Baker and James S. Blackburn.
- Attached as Exhibit 4 is a true and correct copy of the May 12, 2006 Expert Report of David P. Kaplan Related to the Fleming Patent. **[FILED UNDER SEAL]**
- Attached as Exhibit 5 is a true and correct copy of a letter dated November 27, 2007 addressed from Thomas Millikan to Gregory F. Corbett.

5. Attached as Exhibit B is a true and correct copy of a fax dated January 4, 2006 from Marc Sharp at the United States District Court, Southern District of California to Robert Appleby.

6. Attached as Exhibit C is a true and correct copy of the November 13, 2007 Second Supplemental Expert Report of Roger Smith Regarding Damages Issues. **[FILED UNDER SEAL]**

7. Attached as Exhibit D is a true and correct copy of Dell Inc.'s Amended Notice of Deposition of Roger Smith dated December 26, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 8, 2008, at New York, New York.

*Elizabeth Bernard*

Elizabeth T. Bernard

BERNARD DECLARATION ISO LUCENT AND MPT'S
OPPOSITION TO DEFENDANTS' MOTION FOR REVIEW OF
MAGISTRATE JUDGE'S RULING REGARDING
SUPPLEMENTAL DAMAGES EXPERT REPORT

2

Case No. 07--CV-2000-H (CAB)

**LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST v. GATEWAY, INC. and MICROSOFT CORP.**

**Case No. 07-CV-2000-H (CAB)**

**INDEX TO EXHIBITS TO DECLARATION OF ELIZABETH BERNARD**
**January 8, 2008**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **A** (pages 1-5) | Lucent and MPT's December 4, 2007 letter brief to Magistrate Bencivengo in opposition to defendants' motion to strike the supplemental expert report of Roger Smith |
| **A-1** (pages 6-12) | Lucent and MPT's December 4, 2007 letter brief exhibit 1: Excerpts from the April 27, 2007 motion hearing transcript before the Honorable Rudi M. Brewster |
| **A-2** (pages 13-14) | Lucent and MPT's December 4, 2007 letter brief exhibit 2: Letter dated November 13, 2007 addressed from Elizabeth Bernard to Joseph P. Reid, Jonathan D. Baker and James S. Blackburn |
| **A-3** (pages 15-18) | Lucent and MPT's December 4, 2007 letter brief exhibit 3: Email exchange dated November 15, 2007 between Elizabeth Bernard and Joseph P. Reid and copied to Jonathan D. Baker and James S. Blackburn **[FILED UNDER SEAL]** |
| **A-4** (pages 19-40) | Lucent and MPT's December 4, 2007 letter brief exhibit 4: May 12, 2006 Expert Report of David P. Kaplan Related to the Fleming Patent |
| **A-5** (pages 41-47) | Lucent and MPT's December 4, 2007 letter brief exhibit 5: Letter dated November 27, 2007 addressed from Thomas Millikan to Gregory F. Corbett |
| **B** (pages 48-49) | Fax dated January 4, 2006 from Marc Sharp at the United States District Court, Southern District of California to Robert Appleby |
| **C** (pages 50-57) | November 13, 2007 Second Supplemental Expert Report of Roger Smith Regarding Damages Issues **[FILED UNDER SEAL]** |
| **D** (pages 58-62) | Dell Inc.'s Amended Notice of Deposition of Roger Smith dated December 26, 2007 |