# EXHIBIT A-2

# Exhibit 2

**December 4, 2007 Letter from Bondor to Bencivengo**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Elizabeth T. Bernard
To Call Writer Directly:
(212) 446-4796
ebernard@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900
Dir. Fax: (212) 446-6460

November 13, 2007

**VIA EMAIL AND FED EX**

Joseph P. Reid, Esq.
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130

Jonathan D. Baker, Esq.
Dechert LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499

James S. Blackburn, Esq.
Arnold & Porter LLP
777 South Figueroa Street
Los Angeles, CA 90017-5844

Re: *Lucent v. Gateway, Inc. et al.*

Dear Counsel:

Please find enclosed a brief Second Supplemental Expert Report of Roger S. Smith. Lucent is willing to make Mr. Smith available for a half-day follow-up deposition in connection with this report. Mr. Smith is available for deposition on November 21st or November 30th in New York City. Please let Lucent know when defendants would prefer to proceed with the deposition.

Very truly yours,

*Elizabeth Bernard*

Elizabeth T. Bernard

Enclosure

cc:  Bryan Farney, Esq.
     Christopher Marchese, Esq.
     Joel Freed, Esq.
     Ali Sharifahmadian, Esq.

Chicago    Hong Kong    London    Los Angeles    Munich    San Francisco    Washington, D.C.