# EXHIBIT A-3

Case 3:07-cv-02000-H-CAB	Document 217-6	Filed 01/08/2008	Page 1 of 5

# Exhibit 3

December 4, 2007 Letter from Bondor to Bencivengo

| | | |
|---|---|---|
| Elizabeth Bernard/New York/Kirkland-Ellis<br>11/15/2007 04:10 PM | To | Lucent Microsoft Combo |
| | cc | |
| | bcc | |
| | Subject | Fw: Lucent v. Gateway |

----- Forwarded by Elizabeth Bernard/New York/Kirkland-Ellis on 11/15/2007 04:09 PM -----



| | | |
|---|---|---|
| "Joseph P. Reid"<br>&lt;Reid@fr.com&gt;<br>11/15/2007 04:08 PM | To | &lt;ebernard@kirkland.com&gt; |
| | cc | &lt;James_Blackburn@aporter.com&gt;,<br>&lt;jonathan.baker@dechert.com&gt; |
| | Subject | Re: Lucent v. Gateway |

Elizabeth-

Gateway has confirmed its availability for a call on Monday, but I have not heard from Dell yet.

Pursuant to my letter to you, Microsoft does not believe Mr. Smith's report is proper and therefore Lucent should withdraw it. Thus, Microsoft will not be commenting on any potential deposition until after the propriety of the underlying report is addressed and resolved.

Joe

----- Original Message -----
From: Elizabeth Bernard &lt;EBernard@kirkland.com&gt;
To: Joseph P. Reid
Cc: James Blackburn; jonathan.baker@dechert.com &lt;jonathan.baker@dechert.com&gt;
Sent: Thu Nov 15 13:02:17 2007
Subject: Re: Lucent v. Gateway

Joe-

Please let Lucent know when you confirm all defendants are available. Additionally, please confirm no later than 3pm EST tomorrow whether the defendants plan to go forward with the deposition of Roger Smith on November 21st.

Regards,

Elizabeth

"Joseph P. Reid" &lt;Reid@fr.com&gt;

11/15/2007 01:02 PM
To

cc          <ebernard@kirkland.com>

Subject     <James_Blackburn@aporter.com>, <jonathan.baker@dechert.com>

            Re: Lucent v. Gateway

Elizabeth-

Microsoft is available at the time you propose. I will see if I can determine whether Dell & Gateway are also free at that time so we can confirm it.

Regards,

Joe.

----- Original Message -----
From: Elizabeth Bernard <EBernard@kirkland.com>
To: Joseph P. Reid
Cc: James Blackburn; jonathan.baker@dechert.com <jonathan.baker@dechert.com>
Sent: Thu Nov 15 09:58:15 2007
Subject: Lucent v. Gateway


Joe:

I write in response to your letter yesterday requesting a meet and confer. Lucent is unavailable this Friday. Lucent proposes the parties meet and confer Monday, November 19th at 6pm EST. Please let Lucent know if defendants are available at this time.

Regards,

Elizabeth

Elizabeth Bernard
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022
Direct | 212.446.4796
Fax | 212.446.6460

*************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*