# EXHIBIT A-5

# Exhibit 5

**December 4, 2007 Letter from Bondor to Bencivengo**

Exhibit A-5
Page 000041

# FISH & RICHARDSON P.C.

12390 El Camino Real
San Diego, California
92130

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

VIA ELECTRONIC MAIL

November 27, 2007

Gregory F. Corbett
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   *Lucent v. Gateway*
      Case No. 07-CV-2000 H (CAB) consolidated with
      Case Nos. 02-CV-2060 B (CAB), 03-CV-0699 B (CAB) and
      Case No. 03-CV-1108 B (CAB)

Dear Mr. Corbett:

Your November 20, 2007 letter incorrectly states that Microsoft's Ninth Supplemental Initial Disclosures were untimely and improper. The individuals identified by Microsoft were already known to Lucent. Microsoft updated its initial disclosures as a courtesy and Lucent has no basis for its complaint.

Federal Rule of Civil Procedure 26(e)(1) states that a party has a duty to supplement its initial disclosures "if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing." The 1993 Advisory Committee Note explains that an example of information being "otherwise been made known" occurs "when a witness not previously disclosed is identified during the taking of a deposition..."

Your letter identifies four individuals that Lucent believes had not "otherwise been made known" - Joonki Kim, Paul Kosinski, Mar Van Deusen, and Kenji Sugyiama. First, each individual was identified during the KSR ordered discovery, which the parties have not yet completed. Second, as stated in Microsoft's Ninth Supplemental Initial Disclosures, Microsoft believes that the individuals identified were timely known to Lucent or MPT from the depositions, expert reports, and documents in this case. Each individual was previously identified as follows:

- Joonki Kim is one of only five people mentioned in the acknowledgements of the Paper-Like Interface article, which Dr. Kelly relied on in his March 31, 2006 expert report. Mr. Kim co-authored the article Paper-Like Interface for Educational Applications, which Microsoft produced at MSLT_1073277-1073286 in February of 2006. Dr. Kelly's September 14, 2007 supplemental expert report further analyzes the Paper-Like Interface article and the Paper-Like Interface for Educational Applications article.

FISH & RICHARDSON P.C.

Gregory F. Corbett
November 27, 2007
Page 2

- Paul Kosinski's name appears in the credits of the Paper-Like Interface video, which Dr. Kelly relied on in his March 31, 2006 expert report, and he was listed in Microsoft's "may call" list of witnesses in the May 7, 2007 joint proposed pretrial order. Dr. Kelly's September 14, 2007 supplemental expert report further analyzes the Paper-Like Interface video.

- Mary Van Deusen's name appears in the credits of the Paper-Like Interface video, which Dr. Kelly relied on in his March 31, 2006 expert report, and she was listed in Microsoft's "may call" list of witnesses in the May 7, 2007 joint proposed pretrial order. Dr. Kelly's September 14, 2007 supplemental expert report further analyzes the Paper-Like Interface video

- Kenji Sugiyama is identified in the September 14, 2007 expert report of Edward J. Delp regarding obviousness. Dr. Delp's expert report discusses Mr. Sugiyama's patents in detail.

Please contact me if you have additional questions. Microsoft will not withdraw its ninth supplemental initial disclosures.

Very truly yours,

*[signature]*

Thomas Millikan

10791010.doc

| | |
|---|---|
| 1 | David A. Hahn (SBN 125784) |
| 2 | HAHN & ADEMA<br>501 West Broadway, Suite 1600 |
| 3 | San Diego, California 92101<br>Telephone: (619) 235-2100 |
| 4 | Facsimile: (619) 235-2101 |
| 5 | Attorneys for Lucent Technologies Inc. and<br>Multimedia Patent Trust |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　　　　Defendants,<br>　　　　　and<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Intervener. | Case No. 07-CV-2000 H (CAB)<br><br>**PROOF OF SERVICE** |
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　　　　Defendant. | |
| LUCENT TECHNOLOGIES INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DELL INC.,<br><br>　　　　　Defendant. | |

Lucent Technologies Inc. v. Gateway, Inc., et al.
Case No. 07-CV-2000 H (CAB)

## PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is Hahn & Adema, 501 West Broadway, Suite 1600, San Diego, California 92101-8474.

On December 4, 2007, I served the within documents:

1. **LETTER BRIEF TO MAGISTRATE BENCIVENGO RE DEFENDANTS' MOTION TO STRIKE SUPPLEMENTAL REPORT FROM MR. SMITH**

   by EFC, by causing a true and correct copy hereof to be transmitted to the parties listed above via the CASD ECF system as registered recipients as follows:

   by placing the document(s) listed above in a sealed envelope via Federal Express Service at San Diego, California addressed as set forth below.

   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X  by transmitting the document(s) listed above via electronic transmission to the addressee(s) as set forth below from electronic notification address sfrost@hahnadema.com. The transmission was reported completed without error.

John E. Gartman
Christopher S. Marchese
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Telephone:   858-678-5070
Facsimile:    858-678-5099
marchese@fr.com
Attorneys for *Microsoft Corp.*

Ali Sharifahmadian
**Arnold & Porter LLP**
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Telephone:   202-942-6370
Facsimile:    202-942-5999
Ali_sharifahmadian@aporter.com

Attorneys for *Dell Inc.*

David J. Zubkoff
**SELTZER, CAPLAN, MCMAHON & VITEK**
750 "B" Street, Suite 2100
San Diego, CA 92101
Telephone:   619-685-3003
Facsimile:    619-702-6827
zubkoff@scmv.com
Attorneys for *Gateway, Inc., et al.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

1

Lucent v. Gateway, et al.
PROOF OF SERVICE

Case No. 07-CV-2000 H (CAB)

Exhibit A-5
Page 000045

| | |
|---|---|
| 1 | Executed on December 4, 2007, at San Diego, California. |
| 2 | (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 3  X | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made. |

*Susan Frost* (signature)
Susan Frost

Lucent v. Gateway, et al.
PROOF OF SERVICE

2

Case No. 07-CV-2000 H (CAB)

Exhibit A-5
Page 000046

**COURTESY COPIES BY ELECTRONIC MAIL TO:**

Trial Counsel for Gateway:
Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX  78701
Tel:     512-394-3000
Fax:    512-394-3001
Email:         bryan.farney@dechert.com
                   jeff.plies@dechert.com
                   lawrence.fluker@dechert.com

Trial Counsel for Dell:
James S. Blackburn
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone:   213-243-4000
Facsimile:    213-243-4199
Email:         james_blackburn@aporter.com

Trial Counsel for Dell:
Joel Freed
**McDermott Will & Emery**
600 13th Street, N.W.
Washington, DC  20005-3096
Tel:    202-756-8000
Fax:   202-756-8087
Email:         jfreed@mwe.com

Courtesy emails include:

| | |
|---|---|
| **All documents filed served** | All pleadings filed or served were included in the email along with any exhibits. |
| **Main Pleading documents (without exhibits)** | All main pleading documents were included in the email except for exhibits.  Exhibits were over 50 pages long.  As per our service agreement, a hard copy will follow via overnight mail. |

3

Lucent v. Gateway, et al.
PROOF OF SERVICE

Case No. 07-CV-2000 H (CAB)

Exhibit A-5
Page 000047