# EXHIBIT D

1   James S. Blackburn (State Bar No. 169134)
    ARNOLD & PORTER LLP
2   777 South Figueroa Street, 44th Floor
    Los Angeles, California  90017-5844
3   Telephone:  (213) 243-4000
    Facsimile:  (213) 243-4199
4
5   Joseph A. Micallef (admitted *pro hac vice*)
    ARNOLD & PORTER LLP
    555 Twelfth Street, N.W.
6   Washington, D.C.  20004-1206
    Telephone:  (202) 942-5000
7   Facsimile: (202) 942-5999

8   Joel M. Freed (admitted *pro hac vice*)
    McDERMOTT WILL & EMERY LLP
9   600 13th Street, N.W.
    Washington, D.C.  20005-3096
10  Telephone:  (202) 756-8000
    Facsimile:  (202) 756-8087
11
    Attorneys for *Dell Inc.*
12

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15

16

17  LUCENT TECHNOLOGIES INC. and      )   Case No. 07-CV-2000-H (CAB)
    MULTIMEDIA PATENT TRUST,          )   consisting of matters severed from
                                      )   consolidated cases:
18         Plaintiffs and Counterclaim-defendants, )   Case No. 02-CV-2060-B (CAB)
                                      )   Case No. 03-CV-0699-B (CAB)
19         v.                         )   Case No. 03-CV-1108-B (CAB)
                                      )
20  GATEWAY, INC. AND GATEWAY         )   **DELL INC.'S AMENDED NOTICE OF**
    COUNTRY STORES LLC, GATEWAY       )   **DEPOSITION OF ROGER SMITH**
21  COMPANIES, INC., GATEWAY          )
    MANUFACTURING LLC and             )
22  COWABUNGA ENTERPRISES, INC.,      )
                                      )
23         Defendants and Counter-claimants, )
                                      )
24  and                               )
                                      )
25  MICROSOFT CORPORATION,            )
                                      )
26         Intervener and Counter-claimant, )
                                      )
27  _____  )

28

Exhibit D
Page 000058

1    MICROSOFT CORPORATION,

2         Plaintiff and Counter-defendant,

3    v.

4    LUCENT TECHNOLOGIES INC.,

5         Defendant and Counter-claimant,

6

7    LUCENT TECHNOLOGIES INC. and
     MULTIMEDIA PATENT TRUST,

8         Plaintiffs and Counterclaim-defendants,

9    v.

10   DELL INC.,

11        Defendant and Counter-claimant.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Exhibit D
Page 000059

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2         PLEASE TAKE NOTICE that, pursuant to Rules 30(b)(l) and 45 of the Federal Rules of

3   Civil Procedure and the December 21, 2007 teleconference with Magistrate Bencivengo, Dell Inc.

4   ("Dell"), by its counsel, will take the deposition upon oral examination of Roger Smith at the

5   offices of Fish & Richardson, P.C., located at Citigroup Center, 153 East 53rd Street, 52nd Floor,

6   New York, New York 10022-4611, commencing on January 4, 2008 at 9:00 a.m.

7         The deposition will be taken before a notary public or other person authorized to administer

8   oaths under law.  Some or all of the deposition testimony may be recorded by stenographic, audio,

9   audiovisual, video, and/or real-time computer means.

10

11   December 26, 2007                  ARNOLD & PORTER LLP

12                              James S. Blackburn
                               Joseph A. Micallef

13                            McDERMOTT WILL & EMERY LLP

14                            Joel M. Freed

15                By:    *James Blackburn /kf*

16                          James S. Blackburn
                         Attorney for Dell Inc.

17

18

19

20

21

22

23

24

25

26

27

28

-1-

Exhibit D
Page 000060

1

**<u>CERTIFICATE OF SERVICE</u>**

2     I am a citizen of the United States, over the age of eighteen years, and I am not a party to the

3 foregoing action. My business address is 777 S. Figueroa Street, Suite 4400, Los Angeles,

4 California 90017.

5     I HEREBY CERTIFY that on this 13th day of December 2007, in case no. 07-CV-2000-H, a

6 copy of the following document has been served on all counsel of record who are deemed to have

7 consented to electronic service via the Court's CM/ECF system per CivLR 5.4:

8     DELL INC.'S NOTICE OF DEPOSITION OF ROGER SMITH PURSUANT TO FED. R.

9 CIV. P 30(b)(1)

10     A true and complete copy of the above named document was served on counsel for Lucent

11 Technologies, Inc. by Federal Express, and a true and complete copy of the above named document

12 was served by electronic mail to the following parties:

13

14
David Hahn
Sue Frost

15
HAHN & ADEMA
501 West Broadway, Suite 1730

16
San Diego, California 92101-3595
Telephone: (619) 235-2100

17
Facsimile: (619) 235-2101
aadema@hahnadema.com

18

19
Robert Appleby
Jon T. Hohenthaner

20
Alan Kellman
James Bailey

21
KIRKLAND & ELLIS, LLP
Citicorp Center

22
153 East 53rd Street

23
New York, NY 10022-4675
Telephone: (212) 446-4800

24
Facsimile: (212) 446-4900
rappleby@kirkland.com

25
jhohenthaner@kirkland.com
akellman@kirkland.com

26
jbailey@kirkland.com

27

28

-2-

Exhibit D
Page 000061

1

2

Christopher S. Marchese
John E. Gartman
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099
marchese@fr.com
gartman@fr.com

3

4

5

6

7

8

Bryan Farney
Jeffrey B. Plies
DECHERT LLP
106 East 6th Street, Suite 800
Austin, TX  78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com

9

10

11

12

13

14

David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com

15

16

17

18     I declare that I am employed in the office of a member of the bar of this Court by whose

19   direction the service was made.   I declare under penalty of perjury that the above is true and

20   correct.  Executed on December 26, 2007 at Los Angeles, California.

21

22                                             By: _____

23                                                        Leyla C. Cambel

24

25

26

27

28

- 3 -

Exhibit D
Page 000062