1  David Hahn, SBN 125784
   HAHN & ADEMA
2  501 West Broadway, Suite 1600
   San Diego, California 92101-3595
3  Telephone: (619) 235-2100
   Facsimile: (619) 235-2101
4

5  Attorneys for Lucent Technologies Inc. and
   Multimedia Patent Trust
6
   Additional counsel listed on the last page
7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al.*<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counterclaimant.<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>**LUCENT TECHNOLOGIES INC. AND MULTIMEDIA PATENT TRUST'S MOTION FOR LEAVE TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS SUBMITTED IN SUPPORT OF LUCENT TECHNOLOGIES INC. AND MULTIMEDIA PATENT TRUST'S OPPOSITION TO DEFENDANTS' MOTION FOR REVIEW OF MAGISTRATE JUDGE'S RULING REGARDING SUPPLEMENTAL DAMAGES EXPERT REPORT**<br><br>Date:     January 22, 2008<br>Time:     10:30 a.m.<br>Courtroom: 13<br>Judge:     Hon. Marilyn L. Huff |

Pursuant to Civil Local Rule 79-2, Lucent Technologies Inc. and Multimedia Patent Trust hereby seek leave to file under seal the below-identified exhibits lodged herewith to the Declaration of Elizabeth T. Bernard In Support Of Lucent Technologies Inc. and Multimedia Patent Trust's Opposition to Defendants' Motion for Review of Magistrate Judge's Ruling Regarding Supplemental Damages Expert Report.

1.  Exhibit 4 of Exhibit A is a true and correct copy of the May 12, 2006 Expert Report of David Kaplan Related to the Fleming Patent. This expert report has been designated by defendants as highly confidential because it contains information that each party has designated highly confidential under the Protective Order, including financial information and business practices of the parties. Lucent Technologies Inc. and Multimedia Patent Trust therefore move to file this document under seal on the grounds that the entire exhibit contains confidential information of all parties.

2.  Exhibit C is a true and correct copy of the November 13, 2007 Second Supplemental Expert Report of Roger Smith Regarding Damages Issues. This expert report has been designated by plaintiffs as highly confidential because it contains information that each party has designated highly confidential under the Protective Order, including business practices each defendant. Lucent Technologies Inc. and Multimedia Patent Trust therefore move to file this document under seal on the grounds that the entire exhibit contains confidential information of the defendants.

Dated: January 8, 2008

By:      s/David A. Hahn

David Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1730
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

John M. Desmarais (admitted *pro hac vice*)
Elizabeth T. Bernard (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Lucent Technologies Inc. and Multimedia Patent Trust