1  Bryan W. Farney *(pro hac vice)*
   Jeffrey B. Plies *(pro hac vice)*
2  DECHERT LLP
   300 W. Sixth Street, Suite 1850
3  Austin, Texas 78701
   Telephone:   (512) 394-3000
4  Facsimile:   (512) 394-3001

5  David J. Zubkoff (SBN 149488)
   SELTZER CAPLAN MCMAHON VITEK
6  750 "B" Street, Suite 2100
   San Diego, California 92101
7  Telephone:   (619) 685-3003
   Facsimile:   (619) 685-3100
8
   Attorneys for Defendants and Counterclaimants,
9  GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
   GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
10 LLC, AND COWABUNGA ENTERPRISES, INC.

11
                    **UNITED STATES DISTRICT COURT**
12
                    **SOUTHERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiffs and Counter-Defendants, | Case No. 02-CV-2060-B (CAB) Case No. 03-CV-0699-B (CAB) |
| v. | Case No. 03-CV-1108-B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S *EX PARTE* APPLICATION TO SUBMIT CITATIONS TO CASE LAW REGARDING ISSUE RAISED FOR THE FIRST TIME DURING SUMMARY JUDGMENT HEARING ON GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)** |
| Defendants and Counter-Claimants, | |
| and | |
| MICROSOFT CORPORATION | |
| Intervenor and Counter-Claimant. | |
| AND CONSOLIDATED CASES | Date:       January 8, 2008<br>Time:       9:30 a.m.<br>Courtroom:  13, 5th floor<br>Judge:      Hon. Marilyn L. Huff |

---

DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S
EX PARTE APPLICATION RE GATEWAY'S MOT. FOR PARTIAL
SUMMARY JUDGMENT OF INVALIDITY OF USP 4,763,356 (DAY)

CASE NO. 07-CV-2000-H (CAB)

1  I, Jonathan D. Baker, declare as follows:

2  1. I am an attorney with the law firm Dechert LLP, which is counsel for Gateway, Inc., Gateway Country Stores LLC, Gateway Companies, Inc., Gateway Manufacturing LLC and Cowabunga Enterprises, Inc. ("Gateway").

3  2. I make this declaration in support of Gateway's Ex Parte Application to Submit Citations to Case Law Regarding Issue Raised for the First Time During Summary Judgment Hearing on Gateway's Motion for Partial Summary Judgment of Invalidity of U.S. Patent No. 4,763,356 (Day). This declaration is based on my personal knowledge and I would testify to the matters set forth in this declaration if called upon as a witness.

4  3. On January 9, 2008, pursuant to Civil L.R. 88.3(h), I notified counsel for Lucent that Gateway would be making the present *ex parte* application.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 9, 2008         DECHERT LLP

By:  /s/ Jonathan D. Baker
     Jonathan D. Baker

Attorneys For Defendants And Counterclaimants
GATEWAY, INC. *et. al*.

13061573.1

---

DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S
EX PARTE APPLICATION RE GATEWAY'S MOT. FOR PARTIAL
SUMMARY JUDGMENT OF INVALIDITY OF USP 4,763,356 (DAY)

1

CASE NO. 07-CV-2000-H (CAB)