1  Bryan W. Farney *(pro hac vice)*
   Steven R. Daniels (SBN 235398)
2  Jeffrey B. Plies *(pro hac vice)*
   DECHERT LLP
3  300 W. Sixth Street, Suite 1850
   Austin, Texas 78701
4  Telephone:   (512) 394-3000
   Facsimile:   (512) 394-3001
5
   David J. Zubkoff (SBN 149488)
6  SELTZER CAPLAN MCMAHON VITEK
   750 "B" Street, Suite 2100
7  San Diego, California 92101
   Telephone:   (619) 685-3003
8  Facsimile:   (619) 685-3100

9  Attorneys for Defendants
   GATEWAY, INC., GATEWAY COUNTRY
10 STORES LLC, GATEWAY COMPANIES, INC.,
   GATEWAY MANUFACTURING LLC, AND
11 COWABUNGA ENTERPRISES, INC.

12                    UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  LUCENT TECHNOLOGIES INC. and<br>    MULTIMEDIA PATENT TRUST,<br>16<br>        Plaintiff and Counter-Defendant,<br>17<br>        v.<br>18<br>    GATEWAY, INC., GATEWAY COUNTRY<br>19  STORES LLC, GATEWAY COMPANIES,<br>    INC., GATEWAY MANUFACTURING LLC,<br>20  AND COWABUNGA ENTERPRISES, INC.,<br>21      Defendants and Counter-Claimants.<br>22      and<br>23  MICROSOFT CORPORATION<br>24      Intervenor and Counter-Claimant<br>25<br>    AND CONSOLIDATED CASES<br>26 | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from<br>consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br>**CORRECTED PROOF OF SERVICE**<br>**RE:  GATEWAY'S *EX PARTE*<br>APPLICATION TO SUBMIT<br>CITATIONS TO CASE LAW<br>REGARDING ISSUE RAISED FOR<br>THE FIRST TIME DURING<br>SUMMARY JUDGMENT HEARING<br>ON GATEWAY'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT<br>OF INVALIDITY OF U.S. PATENT<br>NO. 4,763,356 (DAY)**<br>**Date:       January 8, 2008**<br>**Time:       9:30 a.m.**<br>**Courtroom:  13, 5th Floor**<br>**Judge:      Hon. Marilyn L. Huff** |

27

28

1  I am a resident of the State of California, over the age of eighteen years, not a party to the within action, and am employed in Mountain View, Santa Clara County, California.  On January 9, 2008, I served a copy of the following documents in the manner described below:

**1. GATEWAY'S *EX PARTE* APPLICATION TO SUBMIT CITATIONS TO CASE LAW REGARDING ISSUE RAISED FOR THE FIRST TIME DURING SUMMARY JUDGMENT HEARING ON GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

**2. DECLARATION OF JONATHAN D. BAKER IN SUPPORT OF GATEWAY'S *EX PARTE* APPLICATION TO SUBMIT CITATIONS TO CASE LAW REGARDING ISSUE RAISED FOR THE FIRST TIME DURING SUMMARY JUDGMENT HEARING ON GATEWAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY)**

**3. PROOF OF SERVICE**

**BY FEDERAL EXPRESS:**

Counsel for Lucent:

David H. Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1730
San Diego, CA 92101
Telephone:     (619) 235-2100

Counsel for Microsoft

Christopher S. Marchese
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:     (858) 678-5070

Counsel for Dell

James S. Blackburn
ARNOLD & PORTER
777 South Figueroa Street
Los Angeles, California 90017-5844
Telephone:     (213) 243-4199

DECHERT LLP
ATTORNEYS AT LAW

CORRECTED PROOF OF SERVICE

1    CASE NO. 07-CV-2000-H (CAB)

**ELECTRONIC MAIL:**

Counsel for Lucent

rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
dhahn@hahnadema.com
sfrost@hahnadema.com

Counsel for Microsoft

marchese@fr.com
denning@fr.com
barnes@fr.com
brooks@fr.com
srodriguez@fr.com

Counsel for Dell

jfreed@mwe.com
Ali.Sharifahmadian@aporter.com
james_blackburn@aporter.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in MountainView, California.

_____/s/ Elena R. Rivera_____
Elena R. Rivera

13061523.1