# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GATEWAY, INC., *et al*.<br><br>    Defendants and Counterclaimants.<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counterclaimant<br><br>AND RELATED CLAIMS | CASE NO. 07-CV-2000-H (CAB) consisting of matters severed from the consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>ORDER REGARDING POSSIBLE SUPPLEMENTAL BRIEFING ON DELAWARE UNIFORM FRAUDULENT TRANSFER ACT ("DUFTA") CLAIMS |

On January 8, 2008, the Court heard oral argument on various summary judgment motions, including those related to the DUFTA counterclaims. The Court is still considering these issues. At the hearing, the question arose of whether the DUFTA counterclaims would be tried to the Court or a jury, should they survive summary judgment. The Court advises the parties that they should prepare to brief this question in an expedited manner in the event that the Court permits Defendants to proceed with the DUFTA counterclaims.

1 | The Court provides this order merely to advise the parties, and it does not
2 | authorize any supplemental briefing at this time. The parties shall await further order
3 | of the Court.

IT IS SO ORDERED.

DATED: January 10, 2008

*[signature: Marilyn L. Huff]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.