James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005-3096
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Attorneys for Dell Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LUCENT TECHNOLOGIES INC.  and
MULTIMEDIA PATENT TRUST,

  Plaintiffs and Counterclaim-defendants,

  v.

GATEWAY, INC. AND GATEWAY
COUNTRY STORES LLC, GATEWAY
COMPANIES, INC., GATEWAY
MANUFACTURING LLC and
COWABUNGA ENTERPRISES, INC.,

  Defendants and Counter-claimants,

and

MICROSOFT CORPORATION,

  Intervener and Counter-claimant,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 07-CV-2000-H (CAB)
consisting of matters severed from
consolidated cases:
Case No. 02-CV-2060-B (CAB)
Case No. 03-CV-0699-B (CAB)
Case No. 03-CV-1108-B (CAB)

**DELL INC.'S NOTICE OF MOTION
AND MOTION IN LIMINE NO. 3:
EXCLUDE DAMAGES TESTIMONY ON
QUICKEN, MONEY AND STAND-
ALONE OUTLOOK FROM THE
UNTIMELY SECOND SUPPLEMENTAL
EXPERT REPORT OF WAYNE A.
HOEBERLEIN AND VALIDITY
TESTIMONY FROM THE UNTIMELY
DECLARATION OF BERND GIROD**

Judge Marilyn L. Huff

Hearing:  February 11, 2008, 10:30 a.m.
Location: Courtroom 13, 5th Floor

MICROSOFT CORPORATION, )
)
     Plaintiff and Counter-defendant, )
)
v. )
)
LUCENT TECHNOLOGIES INC. and )
MULTIMEDIA PATENT TRUST, )
)
     Defendants and Counter-claimants, )
)

LUCENT TECHNOLOGIES INC. and )
MULTIMEDIA PATENT TRUST, )
)
     Plaintiffs and Counterclaim-defendants, )
)
v. )
)
DELL INC., )
)
     Defendant and Counter-claimant. )
)

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on February 11, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101, defendant and counterclaim-plaintiff Dell Inc. ("Dell") will move, and hereby does move, the Court to preclude plaintiffs and Lucent Technologies Inc.'s expert Mr. Wayne Hoeberlein from providing any testimony or argument at trial regarding damages based on Quicken, Money and stand-alone Outlook and precluding plaintiffs and plaintiffs' expert Mr. Bernd Girod from providing any testimony or argument at trial regarding the validity of the Haskell '226 patent on the issue of the coding of interpolation error.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declaration of James S. Blackburn in Support of Dell Inc.'s Motions in Limine Nos. 1-5 and accompanying exhibits, each of which are concurrently filed herewith, the pleadings, records, and files in this action, any reply papers that may be filed, and upon such other and further evidence and argument as may be properly presented prior to and at the hearing on the Motion.

January 14, 2008

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By:   /s/James S. Blackburn
James S. Blackburn
james.blackburn@aporter.com
Attorney for Dell Inc.

- 1 -