1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
3  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
4
5  Joel M. Freed (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
   600 Thirteenth Street, N.W.
6  Washington, D.C. 20005-3096
   Telephone: (202) 756-8000
7  Facsimile: (202) 756-8087

8  Joseph A. Micallef (admitted *pro hac vice*)
   ARNOLD & PORTER LLP
9  555 Twelfth Street, N.W.
   Washington, D.C. 20004-1206
10 Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
11
   Attorneys for Dell Inc.
12

13  **UNITED STATES DISTRICT COURT**

14  **SOUTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiffs and Counterclaim-defendants, | Case No. 02-CV-2060-B (CAB) Case No. 03-CV-0699-B (CAB) |
| v. | Case No. 03-CV-1108-B (CAB) |
| GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **DELL INC.'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 2: THE TESTIMONY OF ROGER SMITH REGARDING ROYALTY RATES AND ROYALTY BASE SHOULD BE EXCLUDED** |
| Defendants and Counter-claimants, | |
| and | Judge Marilyn L. Huff |
| MICROSOFT CORPORATION, | Hearing: February 11, 2008, 10:30 a.m. Location: Courtroom 13, 5th Floor |
| Intervener and Counter-claimant, | |

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff and Counter-defendant, | ) |
| v. | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Defendants and Counter-claimants, | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Plaintiffs and Counterclaim-defendants, | ) |
| v. | ) |
| DELL INC., | ) |
| Defendant and Counter-claimant. | ) |

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

1  TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, on February 11, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101, defendant and counterclaim-plaintiff Dell Inc. ("Dell") will move, and hereby does move, to exclude the testimony regarding royalty rates and royalty base by Lucent Technologies Inc.'s damages expert, Roger Smith, on the grounds that none of the opinions offered by Mr. Smith pass muster under the standard of admissibility of expert testimony set forth in *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declaration of James S. Blackburn in Support of Dell Inc.'s Motions in Limine Nos. 1-5 and accompanying exhibits, each of which are concurrently filed herewith, the pleadings, records, and files in this action, any reply papers that may be filed, and upon such other and further evidence and argument as may be properly presented prior to and at the hearing on the Motion.

January 14, 2008

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed


By:  /s/James S. Blackburn
     James S. Blackburn
     james.blackburn@aporter.com
     Attorney for Dell Inc.

- 3 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)