James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Dell Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br>     Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br>     Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br>     Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br> **DELL INC.'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 5: FED. R. EVID. 408 DOES NOT PRECLUDE DELL'S RELIANCE ON LUCENT LICENSING DOCUMENTS** <br><br> Judge Marilyn L. Huff <br><br> Hearing: February 11, 2008, 10:30 a.m. <br> Location: Courtroom 13, 5th Floor |

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff and Counter-defendant, | ) |
| v. | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Defendants and Counter-claimants, | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Plaintiffs and Counterclaim-defendants, | ) |
| v. | ) |
| DELL INC., | ) |
| Defendant and Counter-claimant. | ) |

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

1  TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, on February 11, 2008, at 10:30 a.m., or as soon thereafter as
3  the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States
4  District Court, located at 880 Front Street, San Diego, California 92101, defendant and
5  counterclaim-plaintiff Dell Inc. ("Dell") will move, and hereby does move, the Court for an order
6  that Federal Rule of Evidence 408 does not preclude Dell from relying at trial on documents
7  pertaining to Lucent's licensing practices that were produced by Lucent in this litigation.

8  This motion is based upon this Notice of Motion and Motion, the Memorandum of Points
9  and Authorities, and the Declaration of James S. Blackburn in Support of Dell Inc.'s Motions in
10 Limine Nos. 1-5 and accompanying exhibits, each of which are concurrently filed herewith, the
11 pleadings, records, and files in this action, any reply papers that may be filed, and upon such other
12 and further evidence and argument as may be properly presented prior to and at the hearing on the
13 Motion.

14 January 14, 2008

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed


By: /s/James S. Blackburn
James S. Blackburn
james.blackburn@aporter.com
Attorney for Dell Inc.

- 3 -