| | |
|---|---|
| 1 | James S. Blackburn (State Bar No. 169134) |
| | ARNOLD & PORTER LLP |
| 2 | 777 South Figueroa Street, 44th Floor |
| | Los Angeles, California  90017-5844 |
| 3 | Telephone:  (213) 243-4000 |
| | Facsimile:  (213) 243-4199 |
| 4 | |
| | Joseph A. Micallef (admitted *pro hac vice*) |
| 5 | ARNOLD & PORTER LLP |
| | 555 Twelfth Street, N.W. |
| 6 | Washington, D.C.  20004-1206 |
| | Telephone:  (202) 942-5000 |
| 7 | Facsimile:  (202) 942-5999 |
| 8 | Joel M. Freed (admitted *pro hac vice*) |
| | McDERMOTT WILL & EMERY LLP |
| 9 | 600 13th Street, N.W. |
| | Washington, D.C.  20005-3096 |
| 10 | Telephone:  (202) 756-8000 |
| | Facsimile:  (202) 756-8087 |
| 11 | |
| | Attorneys for *Dell Inc.* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiffs and Counterclaim-defendants, | Case No. 02-CV-2060-B (CAB) |
| | Case No. 03-CV-0699-B (CAB) |
| v. | Case No. 03-CV-1108-B (CAB) |
| GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **CERTIFICATE OF SERVICE** |
| Defendants and Counter-claimants, | |
| and | |
| MICROSOFT CORPORATION, | |
| Intervener and Counter-claimant, | |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
|     Plaintiff and Counter-defendant, | ) |
| v. | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
|     Defendants and Counter-claimants, | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
|     Plaintiffs and Counterclaim-defendants, | ) |
| v. | ) |
| DELL INC., | ) |
|     Defendant and Counter-claimant. | ) |

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 555 12th Street, N.W., Washington, DC 20004.

I HEREBY CERTIFY that on this 14th day of January 2008, in Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB), and Case No. 03-CV-1108-B (CAB), I caused a copy of the following documents to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L. R. 5.4:

1. Dell Inc.'s Notice of Motion and Motion in Limine No. 1: Exclude Damages Testimony on Quicken, Money and Stand-Alone Outlook from the Untimely Second Supplemental Expert Report of Wayne A. Hoeberlein and Validity Testimony from the Untimely Declaration of Bernd Girod;

2. Dell Inc.'s Notice of Motion and Motion in Limine No. 2: The Testimony of Roger Smith Regarding Royalty Rates and Royalty Base Should Be Excluded;

3. Dell Inc.'s Notice of Motion and Motion in Limine No. 3: Lucent Should Be Precluded from Arguing that an "In-Use Background Color" Must Be A Background Color Used By Text and Graphics Commands, with Respect to U.S. Patent No. 4,439,759;

4. Dell Inc.'s Notice of Motion and Motion in Limine No. 4: Lucent Should Be Precluded from Relying on Dell's Knowledge or Belief to Prove Actual Pre-Suit Notice with Respect to U.S. Patent Nos. 4,439,759, 4,958,226 and 4,383,272;

5. Dell Inc.'s Notice of Motion and Motion in Limine No. 5: Fed. R. Evid. 408 Does Not Preclude Dell's Reliance on Lucent Licensing Documents;

6. Memorandum of Point and Authorities in Support of Dell Inc.'s Motion in Limine No. 1: Exclude Damages Testimony on Quicken, Money and Stand-Alone Outlook from the Untimely Second Supplemental Expert Report of Wayne A. Hoeberlein and Validity Testimony from the Untimely Declaration of Bernd Girod;

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

7. Memorandum of Point and Authorities in Support of Dell Inc.'s Motion in Limine No. 2: The Testimony of Roger Smith Regarding Royalty Rates and Royalty Base Should Be Excluded **[Confidential version filed under seal; redacted version filed electronically.]**;

8. Memorandum of Point and Authorities in Support of Dell Inc.'s Motion in Limine No. 3: Lucent Should Be Precluded from Arguing that an "In-Use Background Color" Must Be A Background Color Used By Text and Graphics Commands, with Respect to U.S. Patent No. 4,439,759;

9. Memorandum of Point and Authorities in Support of Dell Inc.'s Motion in Limine No. 4: Lucent Should Be Precluded from Relying on Dell's Knowledge or Belief to Prove Actual Pre-Suit Notice with Respect to U.S. Patent Nos. 4,439,759, 4,958,226 and 4,383,272;

10. Memorandum of Point and Authorities in Support of Dell Inc.'s Motion in Limine No. 5: Fed. R. Evid. 408 Does Not Preclude Dell's Reliance on Lucent Licensing Documents;

11. Order Granting Dell Inc.'s Motion in Limine No. 1: Exclude Damages Testimony on Quicken, Money and Stand-Alone Outlook from the Untimely Second Supplemental Expert Report of Wayne A. Hoeberlein and Validity Testimony from the Untimely Declaration of Bernd Girod;

12. Order Granting Dell Inc.'s Motion in Limine No. 2: The Testimony of Roger Smith Regarding Royalty Rates and Royalty Base Should Be Excluded;

13. Order Granting Dell Inc.'s Motion in Limine No. 3: Lucent Should Be Precluded from Arguing that an "In-Use Background Color" Must Be A Background Color Used By Text and Graphics Commands, with Respect to U.S. Patent No. 4,439,759;

14. Order Granting Dell Inc.'s Motion in Limine No. 4: Lucent Should Be Precluded from Relying on Dell's Knowledge or Belief to Prove Actual Pre-Suit Notice with Respect to U.S. Patent Nos. 4,439,759, 4,958,226 and 4,383,272;

15. Order Granting Dell Inc.'s Motion in Limine No. 5: Fed. R. Evid. 408 Does Not Preclude Dell's Reliance on Lucent Licensing Documents;

16. Declaration of James S. Blackburn in Support of Dell Inc.'s Motions in Limine Nos. 1-5 with Exhibits 1-36 **[Confidential documents filed under seal; public version filed electronically.]**;

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

17. Dell Inc.'s Notice of Motion and Motion Pursuant to Civil Local Rule 79-2 for Leave to File Under Seal;

18. Declaration of James S. Blackburn in Support of Dell Inc's Motion Pursuant to Civil Local Rule 79-2 for Leave to File Under Seal, with Exhibit A; and

19. Order Granting Dell Inc.'s Motion Pursuant to Civil Local Rule 79-2 for Leave to File Under Seal.

True and complete copies of the above named documents were served on counsel listed below by the indicated methods:

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

David Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California  92101-3595
Telephone:  (619) 235-2100
Facsimile:  (619) 235-2101
dhahn@hahnadema.com
sfrost@hahnadema.com

**VIA ELECTRONIC MAIL**

Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND &  ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY  10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
jmafale@kirkland.com

Christopher S. Marchese
John E. Gartman
Jennifer Bettencourt
Susie Rodriguez
Donna Rousseau
John Thornburgh
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA  92130

- 3 -

Telephone: (858) 678-5070
Facsimile: (858) 678-5099
marchese@fr.com
gartman@fr.com
bettencourt@fr.com
srodriguez@fr.com
thornburgh@fr.com

Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
106 East 6th Street, Suite 800
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com
lawrence.fluker@dechert.com

David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com

I declare that I am a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on January 14, 2008 at Los Angeles, California.

By: __/s/James S. Blackburn_____
James S. Blackburn

- 4 -