Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN MCMAHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone:    (619) 685-3003
Facsimile:    (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>    Defendants and Counter-Claimants,<br><br>    and<br><br>MICROSOFT CORPORATION<br><br>    Intervenor and Counter-Claimant.<br><br>AND CONSOLIDATED CASES | Case No. 07-CV-2000 H (MLH) *consisting of matters severed from the consolidated cases:*<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**GATEWAY'S NOTICE OF MOTION AND MOTIONS IN LIMINE**<br><br>Date:         February 11, 2008<br>Time:        10:30 a.m.<br>Courtroom: 13<br>Judge:       Honorable Marilyn L. Huff |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on February 11, 2008, at 10:30 a.m., or as soon thereafter

as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101, defendant Gateway Inc. ("Gateway") will move, and hereby does move, the Court to:

Motion in Limine No. 1: Preclude the Opinions of Roger S. Smith Related to Reasonable Royalty.

Motion in Limine No. 2: Exclude the Licenses Gateway and Dell Entered Into With IBM as Alleged Reasonable Royalty Evidence.

Motion in Limine No. 3: Preclude Evidence or Argument Regarding Kenneth Rubenstein's Opinions About the Video-Coding Patents.

Motion in Limine No. 4: Preclude Lucent's Expert On the Fleming '759 Patent From Providing Analysis of GDI Source Code in an Effort to Support His Infringement Opinions.

Motion in Limine No. 5: Preclude Lucent's Expert on the Fleming '759 Patent from Providing Any Testimony Or Opinion Raised in His Untimely Declaration.

Motion in Limine No. 6: Preclude Lucent's Expert on the Fleming '759 Patent From Providing Any Testimony Or Opinion Regarding Conception, Diligence Or Reduction to Practice.

Motion in Limine No. 7: Preclude Lucent's Expert on the Fleming '759 Patent From Providing Any Testimony Regarding Secondary Considerations.

Motion in Limine No. 8: Preclude Evidence Or Argument Of Indirect Infringement Of Day Patent By Quicken New User Edition.

Motion in Limine No. 9: Preclude Lucent's Expert from Testifying Regarding Gateway Web Pages That Have Never Been Adequately Identified or Produced.

Motion in Limine No. 10: Preclude Lucent From Offering Evidence or Argument Of Conception or Reduction to Practice Prior To the Filing date of the Day '356 Patent.

Motion in Limine No. 11: Preclude Lucent and Its Expert From Offering Legally Irrelevant Evidence and Argument Regarding Alleged Prior Art to the Day '356 Patent.

Motion in Limine No. 12: Preclude Testimony or Argument Contrary to the Court's Claim Construction of the Day '356 Patent.

These motions are based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declaration of Jeffrey B. Plies in Support of Gateway's Motions in Limine Nos. 1-12 and accompanying exhibits, each of which are concurrently filed herewith or

1  attached to Notice of Lodgment, the pleadings, records, and files in this action, any reply papers
2  that may be filed, and upon such other and further evidence and argument as may be properly
3  presented prior to and at the hearing on the Motion.

Dated: January 14, 2008                DECHERT LLP

                                       By:    ___/s/ Jeffrey B. Plies_____
                                              Jeffrey B. Plies, Esq.

                                       Attorneys For Defendants And Counterclaimants
                                       GATEWAY, INC. *et. al*.

13070952.1.LITIGATION