## ENTIRE MARKET VALUE RULE EVIDENCE

| PATENT | SMITH'S ROYALTY OPINIONS | ALLEGEDLY INFRINGING FEATURE | LUCENT'S EVIDENTIARY INSUFFICIENCY |
|---|---|---|---|
| Video-Coding patents | Original: .5% of the entire Gateway computer system but no less than $1.50 minimum per infringing device<br><br>Alternative: $1.50 per unit/computer | Compression and decompression features in DVD players working in conjunction with certain Microsoft video products | • No evidence that features "drove sales" of Gateway computers<br>• No evidence that Gateway anticipated an increase in sales because of features<br>• No evidence that Gateway computers do not function without features<br>• No evidence of independent demand for patented features |
| Fleming patent | Original: 1% of entire Gateway computer system<br><br>Alternative: 8% of "patented feature of the computer system" identified by Smith as the Windows operating system or perhaps Outlook in his 1/4/08 deposition | Color selection feature utilized by software programmers | • No evidence of licensing Fleming over the life of the patent or any evidence of independent demand for patented feature<br>• No evidence that feature "drove sales" of Gateway computers<br>• No evidence that Gateway anticipated an increase in sales because of feature<br>• No evidence that Gateway computers do not function without this feature |
| Day patent | Original: 1% of entire Gateway computer system<br><br>Alternative: 8% of "patented feature of the computer system" that Smith equates with some | Pop-up feature in Quicken software | • No evidence that feature "drove sales" of Gateway computers<br>• No evidence that Gateway anticipated an increase in sales because of feature<br>• No evidence that Gateway advertised or promoted Quicken, let alone discrete feature, in conjunction with Gateway computers<br>• No evidence that Gateway computers do not function |

| PATENT | SMITH'S ROYALTY OPINIONS | ALLEGEDLY INFRINGING FEATURE | LUCENT'S EVIDENTIARY INSUFFICIENCY |
|---|---|---|---|
| | version of Quicken | | without Quicken software<br>• Affirmative evidence that selling Quicken was "not a big business" for Gateway; Schindler Trans. at 229-14-19.<br>• Affirmative evidence that Gateway preinstalled Quicken for free absent any requests; Gude Decl. p 6.<br>• Affirmative evidence that Quicken could be bought separately.<br>• Affirmative evidence that Gateway computers sold with Quicken were highly variable and phased out in 2004; Hoberlein Second Supp. Report re User Interface patents, Exhs. E-1—E-5.<br>• Affirmative evidence that Quicken and Gateway computers do not work together as a functional unit |
| Agulnick patent | Original: 1% of entire Gateway computer system<br><br>No alternative proposed. | Tablet PC? | • No evidence that feature "drove sales" of Gateway computers<br>• No evidence that Gateway anticipated an increase in sales because of feature<br>• No evidence that Gateway advertised or promoted feature in conjunction with Gateway computers<br>• No evidence that Gateway computers do not function without the feature |