052588

AGREEMENT dated as of June 1, 1988, between INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation (hereinafter called IBM), and DELL COMPUTER CORPORATION, a Delaware corporation (hereinafter called LICENSEE).

IBM has the right to license others under certain patents. LICENSEE desires to acquire a nonexclusive license under those patents. In consideration of the premises and mutual covenants herein contained, IBM and LICENSEE agree as follows:

Section 1. Definitions

1.1 "Information Handling System" shall mean any instrumentality or aggregate of instrumentalities primarily designed to compute, classify, process, transmit, receive, retrieve, originate, switch, store, display, manifest, measure, detect, record, reproduce, handle or utilize any form of information, intelligence or data for business, scientific, control or other purposes.

1.2 "IHS Product" shall mean:

1.2.1 an Information Handling System;



1.2.2 any instrumentality or aggregate of instrumentalities designed for incorporation into an Information Handling System;

1.2.3 a Program;

1.2.4 a Supply; or

1.2.5 any combination of any of the foregoing.

Manufacturing Apparatus shall not be considered an IHS Product.

1.3 "Program" shall mean a plurality of instructions capable of being executed by an Information Handling System, whether or not such instructions are in a machine-readable form.

1.4 "Supply" shall mean any article or matter designed for use in or by, and adapted to be effectively consumed in the course of operation of, another IHS Product licensed herein.

1.5 "Manufacturing Apparatus" shall mean any instrumentality or aggregate of instrumentalities primarily designed for use in the fabrication of an IHS Product licensed herein.

1.6 "Type Number" shall mean any combination of numbers, letters or words utilized by LICENSEE to identify a particular type or model of IHS Product.



1.7 "Licensed Patents" shall mean all patents, including utility models and including design patents and registrations for type fonts (but not including any other design patents or registrations), Issued or Issuing on patent applications entitled to an effective filing date prior to June 1, 1993, under which patents or the applications therefor IBM has the right, at any time during the term of this Agreement, to grant licenses to LICENSEE of the scope granted herein without such grant or the exercise of rights thereunder resulting in the payment of royalties or other consideration by IBM to third parties (except for payments to Subsidiaries of IBM, and payments to third parties for inventions made by said third parties while employed by IBM or any of its Subsidiaries). The term "Licensed Patents" shall also include any patent reissuing on any of the aforesaid patents.

1.8 "Patent Applications" shall mean all pending patent applications which have not Issued as patents, including those for utility models and including those for designs and registrations for type fonts (but not including any other patent applications for designs or registrations), entitled to an effective filing date prior to June 1, 1993, under which applications IBM has the right, at any time during the term of this Agreement, to grant rights to LICENSEE of the scope granted

herein without such grant or the exercise of rights thereunder resulting in the payment of royalties or other consideration by IBM to third parties (except for payments to Subsidiaries of IBM, and payments to third parties for inventions made by said third parties while employed by IBM or any of its Subsidiaries).

1.9 "Issued", "Issuing", "Issues" and "Issuance" shall refer to the awarding of a patent based upon a patent application, whether such awarding is effected by issuance, registration, deliverance, sealing, granting or any other act.

1.10 "Category I Licensed Patents" shall mean all Licensed Patents except Category II Licensed Patents. With respect to any unexpired Category II Licensed Patent which IBM hereafter deletes from Exhibit A, LICENSEE may continue to treat such Licensed Patent as a Category II Licensed Patent with respect to any Licensed Apparatus using or covered by such Licensed Patent for which LICENSEE has furnished a report pursuant to Sections 6.3 and 6.4 and identified such Licensed Patent pursuant to Section 6.4.3 prior to such deletion for so long as LICENSEE manufactures, uses, leases, sells or otherwise transfers such Licensed Apparatus.



Outside Counsel Only

1.11 "Category II Licensed Patents" shall mean those Licensed Patents now or hereafter listed in Exhibit A. With respect to any Category I Licensed Patent which IBM hereafter designates as a Category II Licensed Patent, except such a Category II Licensed Patent which Issues in the semiannual accounting period next preceding the furnishing of such listing to LICENSEE, LICENSEE may continue to treat such Licensed Patent as a Category I Licensed Patent with respect to any Licensed Apparatus using or covered by such Licensed Patent for which LICENSEE has furnished a report pursuant to Sections 6.3 and 6.4 and identified such Licensed Patent pursuant to Section 6.4.3 prior to such designation for so long as LICENSEE manufactures, uses, leases, sells or otherwise transfers such Licensed Apparatus.

1.12 "Licensed Apparatus" shall mean IHS Products and Manufacturing Apparatus.

1.13 "Patented Portion" shall mean that portion of a Licensed Apparatus which embodies or uses any invention protected by a Licensed Patent, or which is manufactured by or for LICENSEE under the license granted herein by the use of any such invention which is a method or process. However, where Manufacturing Apparatus uses a method or process protected by a Licensed Patent in the manufacture of an IHS Product, for the purposes of

Section 5 the Manufacturing Apparatus is not considered to have a Patented Portion merely because of such use. The invention protected by a Licensed Patent shall be determined by the terms of the claims.

1.14 "Subsidiary" shall mean a corporation, company or other entity:

1.14.1 more than fifty percent (50%) of whose outstanding shares or securities (representing the right to vote for the election of directors or other managing authority) are, now or hereafter, owned or controlled, directly or indirectly, by a party hereto, but such corporation, company or other entity shall be deemed to be a Subsidiary only so long as such ownership or control exists; or

1.14.2 which does not have outstanding shares or securities, as may be the case in a partnership, joint venture or unincorporated association, but more than fifty percent (50%) of whose ownership interest representing the right to make the decisions for such corporation, company or other entity is now or hereafter, owned or controlled, directly or indirectly, by a party hereto, but such corporation, company or other entity shall be deemed to be a Subsidiary only so long as such ownership or control exists.



1.15 "Manufacturing Cost" shall mean LICENSEE's total cost of direct materials, direct and indirect factory labor and factory overhead determined by LICENSEE in accordance with sound accounting principles. In the event Licensed Apparatus is manufactured by the use of a method or process which is protected by a Licensed Patent, the Manufacturing Cost shall be the aforesaid total cost incurred by LICENSEE through the completion of such method or process. In the case of any physical copy of a Program made by LICENSEE, such total cost shall include development costs of coding, describing (including specification and design), testing, integrating, documenting and printing said Program properly amortizable against said copy, as well as the costs of preparing and reproducing said copy and any documentation associated therewith.



1.16 "LICENSEE's Selling Price" shall mean the bona fide gross selling price, after prompt payment discounts (not to exceed 2%) and quantity discounts actually allowed, at which LICENSEE sells an IHS Product to other than its affiliate or, if the IHS Product is not separately sold and is incorporated in apparatus which itself is not an Information Handling System, such price at which LICENSEE so sells such apparatus. If said gross selling price includes the following items, they may be deducted only if separately stated: packing, transportation and insurance charges;



import, export, excise, sales, use and value added taxes; and customs duties. If LICENSEE so sells identical IHS Products at more than one such price, LICENSEE's Selling Price with respect to each such IHS Product shall mean the total revenue at such bona fide gross selling prices, adjusted as aforesaid for such sales of said IHS Products, in the relevant semiannual accounting period divided by the number of said IHS Products sold in said period.

1.17 "Royalty Portion Selling Price" shall mean the LICENSEE's Selling Price without allowance for quantity discounts multiplied by the ratio of the sum of the Manufacturing Costs of the Patented Portions of the IHS Product to the Manufacturing Cost of the IHS Product or apparatus in which such Patented Portions are included. In the event an item is included in two or more Patented Portions of the same IHS Product, the Manufacturing Cost of said item shall be counted in the Manufacturing Cost of each such Patented Portion for the purpose of computing the aforesaid sum.

Section 2. <u>License</u>

2.1 IBM grants to LICENSEE a worldwide, nonexclusive license under the Licensed Patents:





Outside Counsel Only



DELL 345064

2.1.1 to make, use, lease, sell and otherwise transfer IHS Products and to practice any method or process involved in the manufacture or use thereof;

2.1.2 to make, have made and use Manufacturing Apparatus and to practice and have practiced any method or process involved in the manufacture or use thereof; provided, however, that the rights granted in this Section 2.1.2 shall not serve to enlarge the scope of the rights granted in Section 2.1.3; and

2.1.3 to have made IHS Products by another manufacturer for the use, lease, sale or other transfer by LICENSEE, only when all of the following conditions are met:

2.1.3.1 the designs, specifications and working drawings for the manufacture of said IHS Products are furnished by, and originate with, LICENSEE;

2.1.3.2 said designs, specifications and working drawings are in sufficient detail that no additional designing by the manufacturer is required other than adaptation to the production processes and standards normally used by the manufacturer which changes the characteristics of the IHS Products only to a negligible extent; and

2.1.3.3 prior written authorization to manufacture such IHS Products under this Agreement has been given to said other manufacturer by LICENSEE.