UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

- - -

LUCENT TECHNOLOGIES INC.,   )
                     )
     Plaintiff,     )
                     )
   Vs.             )
                     )
GATEWAY, INC., GATEWAY COUNTRY )
STORES LLC, GATEWAY COMPANIES, )
INC., GATEWAY MANUFACTURING LLC ) Case No. 02-CV-2060B(CAB)
and COWABUNGA ENTERPRISES, INC.,)   consolidated with
                   ) Case No. 03-CV-0699B(CAB)
     Defendants.    ) Case No. 03-CV-1108B(CAB)
                   )
   and           ) Volume II
                   )
MICROSOFT CORPORATION,    )
                   )
     Intervener.    )
————————————————————————)
                   )
AND RELATED CROSS-ACTIONS.  )
————————————————————————)

DEPOSITION OF JAKE RICHTER

TAKEN ON

WEDNESDAY, NOVEMBER 14, 2007

Reported by:  LISA RAE SOMMERHAUSER

              CSR NO. 10985

Exhibit 4 Page 1

## Page 349

```
 1        UNITED STATES DISTRICT COURT
 2       SOUTHERN DISTRICT OF CALIFORNIA
 3               ---
 4  LUCENT TECHNOLOGIES INC.,     )
                                  )
 5      Plaintiff,                )
                                  ) Case No. 02-CV-2060B(CAB)
 6   Vs.          consolidated with )
                                  ) Case No. 03-CV-0699B(CAB)
 7  GATEWAY, INC., GATEWAY COUNTRY ) Case No. 03-CV-1108B(CAB)
    STORES LLC, GATEWAY COMPANIES, )
 8  INC., GATEWAY MANUFACTURING LLC )
    and COWABUNGA ENTERPRISES, INC.,)
 9      Defendants.               )
10      and                       )
11                                )
    MICROSOFT CORPORATION,         )
12                                )
        Intervener.               )
13  _____ )
14  MICROSOFT CORPORATION,         )
15      Plaintiff,                )
16      v.                        )
17  LUCENT TECHNOLOGIES INC.,     )
18      Defendant.                )
19  _____ )
    LUCENT TECHNOLOGIES INC.,     )
20      Plaintiff,                )
21      v.                        )
22  DELL INC.,                    )
23      Defendant.                )
24  _____ )
25
```

## Page 350

```
 1        UNITED STATES DISTRICT COURT
 2       SOUTHERN DISTRICT OF CALIFORNIA
 3               ---
 4  LUCENT TECHNOLOGIES INC.,     )
                                  )
 5      Plaintiff,                )
                                  ) Case No. 02-CV-2060B(CAB)
 6   Vs.          consolidated with )
                                  ) Case No. 03-CV-0699B(CAB)
 7  GATEWAY, INC., GATEWAY COUNTRY ) Case No. 03-CV-1108B(CAB)
    STORES LLC, GATEWAY COMPANIES, )
 8  INC., GATEWAY MANUFACTURING LLC )
    and COWABUNGA ENTERPRISES, INC.,)
 9      Defendants.               )
10      and                       )
11                                )
    MICROSOFT CORPORATION,         )
12                                )
        Intervener.               )
13                                )
14  AND RELATED CROSS-ACTIONS.    )
15
16
17     Deposition of JAKE RICHTER, Volume II, taken
18  on behalf of the Defendants, at Loews Santa Monica Beach
19  Hotel, 1700 Ocean Avenue, Santa Monica, California,
20  commencing at 1:10 p.m., Wednesday, November 14, 2007,
21  before Lisa Rae Sommerhauser, CSR No. 10985.
22
23
24
25
```

## Page 351

```
 1              A P P E A R A N C E S
 2  FOR THE PLAINTIFF LUCENT TECHNOLOGIES, INC.:
 3  KIRKLAND & ELLIS LLP
    By:  JAMES MARINA, ESQ.
 4  Citigroup Center
    153 East 53rd Street
 5  New York, New York 10022-4611
    (212)446-4877
 6
    FOR THE DEFENDANT DELL, INC.:
 7
    ARNOLD & PORTER LLP
 8  By:  JOSEPH A. MICALLEF, ESQ.
    555 Twelfth Street, Northwest
 9  Washington, DC 20004-1206
    (202)942-5721
10
    FOR THE DEFENDANT GATEWAY, INC.:
11
    DECHERT LLP
12  By:  ANDREW N. THOMASES, ESQ.
         JUSTIN BOYCE, ESQ.
13  2440 West El Camino Real
    Suite 700
14  Mountain View, California 94040-1499
    (650)813-4800
15
    ALSO PRESENT:
16
    INGA KORNEV, VIDEOGRAPHER
17  ROBERT G. WEDIG, Ph.D
18
19
20
21
22
23
24
25
```

## Page 352

```
 1              I N D E X
 2  WITNESS: JAKE RICHTER
 3  EXAMINATION              PAGE
 4   By Mr. Thomases:       355, 622
 5   By Mr. Micallef:       556
 6   By Mr. Marina:         618
 7  EXHIBITS
 8          DEFENDANTS'
 9  NUMBER    DESCRIPTION          PAGE
10  15   Photocopy of U.S. Patent 4,439,'759, 22  359
        pages
11
    16   Order Construing Claims for United     364
12       States Patent Number 4,439,'759, 9
        pages
13
    17   Supplemental Rebuttal Expert Report of 429
14       Jake Richter dated October 12, 2007, 22
        pages
15
    18   Second Supplemental Rebuttal Expert    442
16       Report of Jake Richter, 8 pages
17  19   Recommendation S.100, Bates labeled    446
        GW-LT 433374 through -415, 42 pages
18
    20   Dynamically Redefinable Character Sets 527
19       - D.R.C.S. by G.O. Crowther, 10 pages
20  21   Document entitled "Picture Description 543
        Instructions PDI for the Telidon
21       Videotex System," Bates stamped
        GW-LT437773 through 437844, 72 pages
22
    22   The NASA Final Report Bates Nos. DELL  576
23       366644 through 366799, 146 pages
24  23   Document bearing Bates Nos. LUC 003903 603
25       through 004026, 117 pages
```

Exhibit 4 Page 2

Page 353

INDEX
Continued

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 24 | Document Bates Nod. LUC 003903 through 004026, 125 pages | 606 |

Page 355

1    MR. WEDIG:  Robert Wedig, Wedig Consulting.
2    VIDEO OPERATOR:  The court reporter today is Lisa
3    Bettancourt of BenchmarkDepo.
4    THE REPORTER:  Sommerhauser.
5    VIDEO OPERATOR:  I'm sorry.  Lisa Sommerhauser.
6    Would the reporter please swear in the
7    witness.
8
9    JAKE RICHTER,
10    having first been duly sworn, was
11    examined and testified as follows:
12
13    EXAMINATION
14    BY MR. THOMASES:
15    Q  Good afternoon, Mr. Richter.
16    A  Good afternoon.
17    Q  My name is Andrew Thomases.  I'm an attorney
18    representing Gateway in this litigation.  And we're here
19    today to take your deposition.
20    Do you understand that?
21    A  I do.
22    Q  You've had your deposition taken before in
23    this case, so the procedures will be the same.  I will
24    ask you, though, if you don't understand any question,
25    please let me know.  If you answer a question, I will

Page 354

1    WEDNESDAY, NOVEMBER 14, 2007; LOS ANGELES, CALIFORNIA
2    VIDEO OPERATOR:  Here begins Volume II, Videotape
3    No. 1, in the deposition of Jake Richter in consolidated
4    cases, Lucent Technologies v. Gateway Inc., et al.,
5    United States District Court, Southern District of
6    California.  The case number is 07CV2000-H.
7    Today's date is November 14, 2007.  The
8    time on the video monitor is 1:10.  The video operator
9    today is Inga Kornev contracted by BenchmarkDepo.
10    This video deposition is taking place at
11    Lowe's Hotel at 1700 Ocean Avenue, Santa Monica,
12    California, and was noticed by Joe Micallef of Arnold &
13    Porter.
14    Counsel, please voice identify yourselves and
15    state whom you represent.
16    MR. THOMASES:  Andrew Thomases of Dechert LLP on
17    behalf of Gateway.
18    MR. BOYCE:  Justin Boyce of Dechert, also on behalf
19    of Gateway.
20    MR. MICALLEF:  Joe Micallef from Arnold & Porter
21    for Dell.
22    MR. MARINA:  James Marina from Kirkland & Ellis for
23    Lucent Technologies and the witness.
24    VIDEO OPERATOR:  Would all others please state your
25    name for the record.

Page 356

1    assume you have understood it.
2    Is that okay?
3    A  That is okay.
4    Q  Do you understand that you're under oath and
5    sworn to tell the truth today?
6    A  I do.
7    Q  Is there any reason why you cannot tell the
8    truth today?
9    A  Not that I'm aware of.
10    Q  Well, let's get right into it.  Do you have an
11    understanding of what a color map is?
12    A  In what context?
13    MR. MARINA:  Objection.  Vague.
14    THE WITNESS:  In what context?
15    BY MR. THOMASES:
16    Q  In the context of this litigation.
17    MR. MARINA:  Objection.  Vague.
18    THE WITNESS:  I know the term appears in the
19    specification and in the claim construction, I believe
20    as well.
21    BY MR. THOMASES:
22    Q  What is your understanding of the color map?
23    A  I would need to basically take a look at the
24    documents to basically refresh my memory as to what it
25    means in that context.

Exhibit 4 Page 3

1    Q    You don't have one off the top of your head?
2    A    I have one in general, but it may not be
3  appropriate in this context.
4    Q    I'm asking what your understanding is?
5    A    It's a map of colors.
6    Q    Do you have an understanding of what a color
7  lookup table is?
8    A    Again, in general terms, yes.
9    Q    What is your understanding, please?
10    A    It is a lookup table of colors, or it could be
11  a way of looking up colors.
12    Q    In the context of this patent, which of those
13  applies?
14    A    I don't believe this patent has that in the
15  claim construction, the terms.  So I don't know how it
16  would apply.
17    Q    Do you have an understanding of the word
18  "color table"?
19    A    It's the word color and table put together.
20  But again, in the context of this patent, we are going
21  to take a look at the specification.
22    Q    What is your understanding of color table
23  sitting here today?
24    A    It's a table of colors.
25    Q    Do these tables have to appear in memory?

1    A    In what context?
2    Q    In the context of this patent.
3    A    Well, since color table, I don't believe, is a
4  disputed term in the claim language, I don't know that
5  that would be something to deal with with respect to
6  memory.
7    Q    Can you explain that, please?
8    A    Well, my understanding here is that the claims
9  are at issues; is that correct?
10    Q    I'm asking for your understanding.
11    A    Well, okay.  So if the claim is at issue, I
12  don't believe the term "color tables" appears in there
13  anywhere.
14    Q    Well, based on your understanding of color
15  table, is it your understanding that a color table
16  resides in memory?
17    A    No.
18    MR. MARINA:  Objection.  Vague.
19    THE WITNESS:  A color table as a general purpose
20  term is a table of colors.
21  BY MR. THOMASES:
22    Q    Is it your understanding based on your review
23  of the Fleming '759 patent that a color map resides in
24  memory?
25    A    I believe so.  But again, I'd have to take a

1  look and see how it's used in various incarnations that
2  exist in there.
3    Q    And do you have a recollection of the patent
4  using the term "color memory, color map" and "color
5  table" interchangeably?
6    MR. MARINA:  Objection.  Misstates the patent.
7    THE WITNESS:  I don't recall.  I recall from my
8  previous deposition that I went through kind of a
9  paragraph and word analysis with counsel at that point
10  in time that looked at a variety of terms similar to
11  those and how they were used in the patent.  But I don't
12  exactly recall what the interchangeability was.
13    MR. THOMASES:  Why don't we mark as Richter depo
14  Exhibit 15 a copy of U.S. Patent 4,439,'759 which is
15  also known as the Flemming '759 patent.
16    (Defendants' Exhibit 15 was marked for
17      identification.)
18  BY MR. THOMASES:
19    Q    Mr. Richter, do you recognize
20  Exhibit Richter 15?
21    A    Hold on.  Yes, I do.
22    Q    Does that help refresh your memory about
23  whether the patent uses the terms "color memory, color
24  map" and "color table" interchangeably?
25    A    I would have to read through it again.

1    Q    Why don't I assist you.  If you look at column
2  1 of the patent around line 28, read that first
3  sentence.
4    A    I assume that you're going to walk me through
5  all the instances where the words "color" appears in
6  combination with those terms?
7    Q    I'm going to walk you through at least some of
8  them.
9    A    Okay.
10    Q    It says, "In the art of color computer
11  graphics, the terminal manufacturers generally employ a
12  color lookup table called a color map indexed by a
13  binary number."
14    A    Okay.
15    Q    So is it your understanding there that the
16  patent is using the word "color map" and "color lookup
17  table" interchangeably?
18    A    In that section, yes.
19    Q    Why don't we turn to column 4, lines 14, at
20  paragraph -- starting at the first sentence.
21    A    Hold on here.  Let me just -- okay.  Column 4
22  you said?
23    Q    Yeah, line 14.  And there's a paragraph there?
24    A    Okay.  What's the start?
25    Q    It says, "Color map memory 6a comprises a

Exhibit 4 Page 4

1  color map memory table and random access memory indexed
2  by a binary number of pel data entering the video
3  controller 6 by way of video bus 8."
4      A   Okay.
5      Q   And there it's referring to the color map
6  memory 6a as a color map memory table; is that right?
7      A   That's what it says.  Well, it says a color
8  map memory table.  Is that -- did you say color table or
9  color map memory table?
10     Q   I used the exact words of the patent.
11     A   Okay.
12     Q   Turn to column five again, or continuing on,
13 and around line 37 it says, "Binary index value 1011
14 representing the twelfth entry in the color map memory
15 table may, for example, represent the color data value,"
16 and it gives an example.
17         Do you see that?
18     A   Right.  The color data value 0011 1111 0000
19 and 0011.
20     Q   Again, is --
21     A   Sorry.  There's a semicolon there.
22     Q   There's a use in the patent referring to the
23 color memory as a color map memory table?
24     MR. MARINA:  Objection.  Misstates the document.
25     THE WITNESS:  Let's see.  Okay.  Could you repeat

1  your question, please.
2  BY MR. THOMASES:
3      Q   Is this an example in the patent of the patent
4  referring to the color memory as a color map memory
5  table?
6      A   This appears to be an example of the
7  specification referring to something called a color map
8  memory table.
9      Q   Do you have any understanding that that's
10 different than the color memory described elsewhere in
11 the patent?
12     A   I think for color memory don't we have to take
13 a look at the claim court's construction?
14     Q   I'm asking about the terms of the patent,
15 whether it's using these interchangeably?
16     A   I don't know because I haven't looked at all
17 the other instances.
18     Q   Do you recall the use of color memory that we
19 just --
20     A   Right.  But as I recall from my deposition a
21 year and a half ago, there were a number of other
22 instances where other terms were used in interchangeably
23 and not interchangeably.  And I just would like to just
24 confirm that for myself before I can tell you that
25 that's the same thing or not.

1      Q   And do you have a recollection of what the
2  claim construction is for color memory?
3      A   Off the top of my head, no.
4      Q   Can you turn to Figure 2 of the patent.  Now,
5  the text we just read at column 5, line 37, is referring
6  to the color map memory 6a; isn't that right?
7      MR. MARINA:  Objection.  Misstates the document.
8      THE WITNESS:  It doesn't claim to be.  The one that
9  was in column 4 referred to color map memory 6a, which
10 would certainly appear to reference this document.  The
11 section you read to me talks about picture data element
12 201 in the previous part which would be in -- there it
13 is.  It's also in Figure 2.  Okay.
14 BY MR. THOMASES:
15     Q   And the index number is 1011 just like the
16 text we read?
17     A   Yeah.  I see it's 1011 there, is the index
18 number in Figure 2.
19     Q   So in Figure 2 the color map memory is being
20 equated with the color map memory table; isn't that
21 right?
22     MR. MARINA:  Objection.  Misstates the document.
23     THE WITNESS:  Well, I suppose it could be inferred
24 that the color map memory 6a is the color map memory
25 table in that paragraph we just read.

1  BY MR. THOMASES:
2      Q   Do you have any reason to believe that the
3  color map memory shown in Figure 2 is not a color memory
4  as used in the patent claims?
5      A   Repeat the question, please.
6      Q   Do you have any reason to believe that the
7  color map memory shown in Figure 2 is not a color memory
8  as used in Claims 1, 2 and 3 of the '759 patent?
9      A   I would have to take a look again at the court
10 claims -- court's construction.
11     MR. THOMASES:  So we'll ask the court reporter to
12 mark as Richter Exhibit 16 a copy of an Order Construing
13 Claims for United States Patent Number 4,439,'759.
14     (Defendants' Exhibit 16 was marked for
15     identification.)
16 BY MR. THOMASES:
17     Q   Is that the order you were referring to,
18 Mr. Richter?
19     A   Yes, it is.
20     Q   And on the last page there's an Exhibit B at
21 page 9, which has kind of a glossary of United States
22 Patent No. 4,439,'759.
23     A   Okay.
24     Q   You see there the definition of color memory?
25     A   I do.

Exhibit 4 Page 5

Page 365

1    Q    With that definition, can you answer my
2  question?
3    A    The definition here is "a color map that
4  stores a table of color data values indexed by numbers."
5        And your question again was?
6    Q    Does the color map memory table described at
7  column 5, line 37, meet the definition of a color memory
8  in the claims?
9    A    Yes, that would appear to meet the definition
10  of, of the color memory as the court has construed it.
11    Q    Going back to the patent.
12    A    Mind you, of course, that the example that you
13  gave here is limited to four bits per color component
14  and so on.  So other variations certainly would be
15  possible.
16    Q    If you can turn to column 9 of the patent,
17  please.
18    A    Column 9.
19    Q    We're on line 33.  There's a statement
20  that says, "Referring to Fig. 8."
21    A    Okay.
22    Q    And you can turn to Fig. 8 if you need.  I was
23  about to move down the column.
24    A    Fig. 8.  Okay.  Okay.  What about it?
25    Q    At column 9, line 49, the first entry --

Page 366

1  sorry -- the paragraph begins talking about the third
2  entry, 803.
3    A    Uh-huh.
4    Q    "Is used to store the BLINK FROM COLOR, which
5  is a binary number index that acts as an index into the
6  color map memory table."
7        Do you see that?
8    A    I do.
9    Q    And in the figure itself, Figure 8, it refers
10  to that as a color table; is that right?
11    A    Well, in Figure 8 under 803 it talks about
12  binary number index into color table.  Is that what
13  you're asking?
14    Q    Yes.  So doesn't the patent equate color map
15  memory table with color table?
16    A    Oh, in this instance it's basically, I think,
17  referring to color map memory table in the text at line,
18  I guess, 51 to the color table in 803.
19    Q    So then the -- it uses the word "color table"
20  to refer to the color memory of the claims; isn't that
21  right?
22        MR. MARINA:  Objection.  Misstates the document.
23        THE WITNESS:  Well, actually, I don't know because
24  Figure 8 refers to the blinking feature of this
25  invention, which is not part of what's -- the claims at

Page 367

1  issue.
2  BY MR. THOMASES:
3    Q    Well, it's referring to the color map memory
4  table, which is described in patent as the same element
5  of Figure 2, 6a?
6    A    It doesn't say that here.
7    Q    Isn't the -- aren't the words the same?
8    A    The words are similar.  But there's no
9  indication that this is the same Figure 2 referenced
10  that we discussed earlier.
11    Q    Have you read through this entire patent?
12    A    I've read through the entire patent, but it
13  was some time ago.
14    Q    Do you have understanding of this entire
15  patent?
16    A    I have a basic understanding of the blinking
17  section.  The part that I focused on in greater detail
18  is the one that affects the claims at issue.
19    Q    And there's only one color map memory
20  discussed throughout the entire patent; isn't that
21  right?
22        MR. MARINA:  Objection.  Misstates the document.
23        THE WITNESS:  I don't specifically recall that
24  there was only one particular reference to color map
25  memory.

Page 368

1  BY MR. THOMASES:
2    Q    Do you have any reason to believe when the
3  patent refers to color map memory table in one part of
4  the specification it's different to when it refers to
5  color map memory table in another part of the
6  specification?
7    A    I don't specifically recall.  As I indicated
8  in my previous deposition, I went through with counsel
9  the variations of the words "color" and "map" and
10  "table" and so on that appeared in here.  And if I
11  recall correctly, there was some issue as to whether or
12  not things were the same or different.  And I don't
13  recall specifics.
14    Q    Do you have any recollection sitting here
15  today of whether any difference exists in the patent?
16    A    No.
17    Q    Looking at Figure 2 again, please.
18    A    Okay.
19    Q    Can you describe for the jury, please, what
20  Figure 2 is describing?
21        MR. MARINA:  Objection.  Document speaks for
22  itself.
23        THE WITNESS:  Let's see.
24        MR. MARINA:  Vague.
25        THE WITNESS:  According to the document

6 (Pages 365 to 368)

Exhibit 4 Page 6

1  specifications it says, "Figure 2 is an operational
2  diagram of the process for selecting a color data value
3  from a color map memory table for a display of a
4  particular picture element data" -- I'm sorry -- "of
5  particular picture element data." No "a" in front of
6  that.
7  BY MR. THOMASES:
8     Q   Do you have any other understanding of Figure
9  2 as the expert in this case?
10    A   I think the Figure 2 description seems to
11 describe it reasonably well.  And in the section that we
12 just read through previously in column 5 -- I think it
13 was column 5 -- it does so as well.
14    Q   Can you explain that for us in layperson
15 terms?
16    A   What?  The figure, the column 5 section?
17    Q   The description of Figure 2 or your
18 understanding of Figure 2.
19    A   Well, there's a video memory 4 from which
20 somewhere the Index No. 1011 is extracted.  It is passed
21 through the color map memory, outputs an RGB value,
22 which according to the description here is 0011 1111
23 000; although that's not in the figure.  And then places
24 the result of that onto the CRT, which would be, I
25 guess, CRT 7 is the block number.

1     Q   So in practice data is written into the video
2  memory; is that right?
3     MR. MARINA:  Objection.  Vague.
4     THE WITNESS:  It would somehow end up in the video
5  memory.
6  BY MR. THOMASES:
7     Q   And that data represents an image to be
8  displayed; is that right?
9     A   Presumably based on Figure 2.
10    Q   And the CRT is a raster scan device; is that
11 right?
12    A   Well, a CRT is cathode ray display tube, which
13 is a raster scanning thing with an electron beam and so
14 on.
15    Q   So how would the image from video memory in
16 Figure 2 be displayed in its entirety?  What is the
17 process?
18    MR. MARINA:  Objection.  Vague.
19    THE WITNESS:  I can't speak for Figure 2 in
20 general, but -- I mean, in specific.  But in general,
21 data is read out of the memory and then passed on to the
22 CRT in a scanning portion with an electron beam --
23 actually, three electron beams in color -- excite
24 phosphors inside the screen.
25    THE REPORTER:  Beams in color?

1     THE WITNESS:  Electron beams, which would be three
2  of them in a color system, basically excite the
3  phosphors in the inside of the CRT to basically light
4  them up with certain intensities.  And the eye blends
5  those to basically create a color.
6  BY MR. THOMASES:
7     Q   How would that work with a color map between
8  the video memory and CRT?
9     A   Again, in general terms, if a color map
10 memory, I guess, as described in Figure 2, or as shown
11 in Figure 2 here, described in column 5 existed, then
12 the process would still be the same.  It would be
13 basically video based.  It would be data out of video
14 memory that would then be translated into what gets put
15 out to the display.
16    Q   That's every pixel in the video memory would
17 have to be translated by the color map memory?
18    A   No.  Only the pixels are going to be
19 displayed.
20    Q   Are you talking about certain lines are not
21 being scanned on each --
22    A   No.  It, it depends.  In here there's no
23 detail in this document.  But even in, you know, modern
24 usage, there's off-screen video memory or windowing
25 systems.  There's all sorts of different ways of

1  handling video data in memory and to determine what part
2  of it would be displayed and what won't.
3     Q   Assume that the entire video memory is to be
4  displayed.  Every pixel, once it's read out of the video
5  memory, is passed through the color map memory and
6  translated into a color before it's gone --
7     A   You're saying, this hypothetical memory that
8  you're presenting here, that there's no off-screen
9  memory whatsoever?
10    Q   Yes.
11    MR. MARINA:  Objection.  Incomplete hypothetical.
12 Also misstates the patent.
13    THE WITNESS:  Okay.  And your question again is?
14 BY MR. THOMASES:
15    Q   Well, what is the process for all the -- let's
16 put it this way:  What is the process for all pixels
17 that are to be displayed from the video memory?  How do
18 they pass through the color map memory?
19    A   Assuming there's a color map memory of the
20 type described in here?
21    Q   Yes.
22    A   So for every pixel that's displayed it would
23 be passed through translated and then produced on the
24 display at some sort of corresponding location.
25    Q   And --

Exhibit 4 Page 7

Page 373

1    A    Again, that's, again, a general sense based on
2  your hypothetical you gave me.
3    Q    The system shown in Figure 2, that was known
4  in the prior art before the '759 patent; isn't that
5  true?
6    A    I don't know about this particular system, but
7  certainly the idea of using a color table and/or I guess
8  a color map would be.
9    Q    And if you call that block 6a a color
10  memory --
11    A    Uh-huh.
12    Q    -- as used in the Claims 1, 2 and 3 of the
13  '759 patent, the use of a color memory between the video
14  memory and the CRT was known in the prior art before the
15  '759 patent; isn't that true?
16    A    I wouldn't refer to that personally as a color
17  memory.  And if we're talking about what the claims at
18  issue deal with, it sounds to me like you're trying to
19  restrict it to basically specifically this embodiment in
20  another.  I guess with that, I wouldn't agree.
21    Q    You would not agree?
22    A    I would not agree.
23    Q    Why not?
24    A    Because this has a very fixed sort of
25  precedence as to where the color lookup occurs.  But

Page 374

1  this actually brings back some more memory of the
2  deposition.  I believe I was asked something to the
3  effect of whether the color map memory had to
4  specifically be in this location.  And I found
5  references in the specification that indicated actually
6  that that memory could be pretty much anywhere in the
7  system.
8    Q    I'm, I'm asking you about your understanding
9  of the prior art?
10    A    No.  You're asking me about this in the
11  context of the claims, which is a different situation.
12    Q    Well, the prior art is measured against the
13  claims?
14    A    Right.
15    Q    Prior to the claimed invention, Claims 1, 2
16  and 3 of the '759, were there any systems that had a
17  color memory between the video memory and the CRT?
18    A    There were systems that had a color map
19  between the memory and the CRT.
20    Q    And a color map is the same as a color memory;
21  is that right?
22    MR. MARINA:  Objection.  Misstates the court's
23  instruction.
24    THE WITNESS:  It depends what you're calling a
25  color memory.

Page 375

1  BY MR. THOMASES:
2    Q    Let me put it this way:  Based on your
3  knowledge of the prior arts and your preparation to be
4  an expert in this case, are you aware of any systems
5  prior to 1981 that used a color map that stores a table
6  of color data values indexed by numbers between the
7  video memory and the CRT?
8    A    Yes.
9    Q    What are those?
10    A    There was the one that I mentioned in the '78
11  SIGGRAPH paper.  I forget the author of that.  And there
12  were some past systems that I've seen in other cases.  I
13  don't recall off the top of my head the specific names
14  of those systems.  But certainly it was known in the
15  art.
16    Q    Isn't it true that prior to the '759 patent
17  color computer graphics -- in the art of color computer
18  graphics, terminal manufacturers usually employed a
19  color lookup table called a color map indexed by binary
20  numbers?
21    MR. MARINA:  Objection.  Misstates the document.
22    THE WITNESS:  I don't know about usually.  I'm
23  certain that some probably did.  But there were
24  certainly others that did not.
25  ///

Page 376

1  BY MR. THOMASES:
2    Q    Why don't we look at column 1 of the patent,
3  line 28 to 30, first sentence of that paragraph.
4    A    What line?
5    Q    28 to 30.
6    A    Okay.
7    Q    Read that to yourself.
8    A    Okay.
9    Q    Do you have any reason to dispute that
10  statement in the patent?
11    A    I might, I guess, take issue with it
12  generally.  But other than that, the rest of it looks
13  fine.
14    Q    And you take issue with it generally because
15  you thought it was very rare that terminal
16  manufacturers --
17    A    No; because generally it could be interpreted
18  across a whole scale of percentages.  So I don't know
19  what the number was.  But, you know, generally, if you
20  read generally, as a very generous, positive sort of
21  person, you could think 90 percent.  If you're a
22  pessimist, you basically could be looking at it as 30 to
23  40 percent.  I don't know what it is.
24    Q    Do you have an understanding of a color
25  reference table?

Exhibit 4 Page 8

1    A   In what context?
2    Q   In the context of the '759 patent and the art
3  described therein?
4    A   Well, those are two separate items, actually.
5  In terms of the patent itself, I don't believe that
6  terminology is used in here.  But I'm not entirely
7  certain without rereading it.
8    Q   In terms of the art that you've studied to be
9  an expert in this case, do you have an understanding of
10 the phrase "color reference table"?
11   A   I've seen it in some of the art that I've
12 studied.
13   Q   What is your understanding?
14   A   It all depends on the context it's used in.
15   Q   Do you have a general understanding of that
16 term?
17   A   No, actually, I don't.
18   Q   Do you understand that it could be used to
19 refer to a color map that stores a table of color data
20 values indexed by number?
21   A   That's certainly one possibility.
22   Q   Have you ever used the phrase "color lookup"?
23   A   Have I ever used it?
24   Q   Yes.
25   A   I'm sure I probably have.

1    Q   What did you mean when you used it?
2    A   I'd have to take a look at the references.
3  I'm sure it probably appears in one of my books.  And I
4  probably used it in the context of specific hardware
5  that I was writing about.
6    Q   Did you ever use it to mean shorthand for a
7  color lookup table?
8    A   It's possible.  I don't know.
9    Q   Is that something that would you be a
10 reasonable use of that term?
11   A   That would be one reasonable use for it.
12   Q   And --
13   A   In my writings, I should say.  I can't speak
14 for other people.
15   Q   Well, would it be one reasonable understanding
16 in the time frame 1981?
17   A   Possibly.
18   Q   Okay.  Why don't we turn to Claim 1 of the
19 '759 patent.
20   A   Okay.  Could we take a break before?  Is this
21 a new line?
22   Q   Sure.  You need to take a break?
23   A   Just a couple minutes.
24   VIDEO OPERATOR:  Going off the record.  The time is
25 1:40.

1    (Recess taken.)
2    VIDEO OPERATOR:  We're back on the record.  The
3  time is 1:45.
4  BY MR. THOMASES:
5    Q   Mr. Richter, can you turn to Claim 1 of the
6  '759 patent, please.  And if you need to, feel free to
7  consult the claim construction order at any time.
8    A   Okay.  Is it okay if I disassemble your
9  exhibit here just to rip the last page off?
10   Q   No.  Please keep it together.
11   A   Okay.
12   MR. MARINA:  You can bend it back if you want.
13   THE WITNESS:  Okay.
14 BY MR. THOMASES:
15   Q   If you want, we're going to hand the witness
16 an extra copy.
17   A   That would be great.  Thanks.  That would make
18 life easier.
19   Q   That way you have the glossary side by side.
20   A   Perfect.  Thank you.
21   Q   Yes.
22   A   Okay.
23   Q   If you look at Claim 1 there are three modes
24 of access, a first mode, a second mode, and a third
25 mode.  Do you see that?

1    A   I do.
2    Q   So in the first mode of access, can that be
3  met by a system in which the color is directly specified
4  as a color data value without ever using a color memory?
5    MR. MARINA:  Are you trying to -- are you going
6  back to the -- this deposition is limited to his second
7  supplemental report -- or his supplemental rebuttal
8  report.  It sounds to me like you're trying to revisit
9  infringement issues.  I just want to get the ground
10 rules straight.
11   MR. THOMASES:  I understand what it's limited to.
12 But claim construction applies to invalidity as well.
13   Do you need me to read the question or have
14 the court reporter read it back?
15   THE WITNESS:  Please go ahead.  Can you read it
16 back, please.
17   (The following testimony was read into
18    the record:
19    "Q   So in the first mode of access, can
20    that be met by a system in which the color is
21    directly specified as a color data value
22    without ever using a color memory?")
23   THE WITNESS:  And we're looking at this element
24 kind of in a vacuum by itself?
25   ///

Exhibit 4 Page 9

Page 381

1  BY MR. THOMASES:
2      Q   No. In the context of the whole claim.
3      A   Well, it kind of relies upon the prior element
4  then as well; and I guess pretty much the rest of the
5  claim as well. So I'm not sure how to answer your
6  question.
7      Q   In order to practice the first mode described
8  in the claim, do you need to retrieve any information
9  from a color memory?
10     A   So first mode of access wherein you use
11 foreground colors directly specified as a color data
12 value, is what we're referring to?
13     Q   Yes.
14     A   Okay. And then your question is that whether
15 this particular element, assuming that all the other
16 elements are in place; is that correct?
17     Q   Yes.
18     A   Does that particular element require the use
19 of a color memory as defined by the court.
20     Q   That's my question.
21     A   Is the color map that stores the table of
22 color data values indexed by numbers.
23     THE REPORTER: I'm sorry. That stores the table?
24     THE WITNESS: Sorry. That stores the table of
25 color data values indexed by numbers. Okay. That

Page 382

1  particular element does not explicitly require a color
2  map that stores a table of color data values indexed by
3  numbers.
4  BY MR. THOMASES:
5      Q   Is there anywhere in the patent where there is
6  a manner of retrieving color data values from, from
7  something other than a color memory?
8      A   Off the top of my head, I don't recall. I
9  would have to read through it.
10     Q   So if you look at Figure 2, is it your opinion
11 that that first mode would be met by a system that
12 bypasses the color map memory and takes data straight
13 from the video memory and goes to the CRT?
14     A   So that's no longer Figure 2 then if you take
15 out parts of it.
16     Q   Correct.
17     A   Okay. Again, with all the other caveats given
18 previously, that would be one possibility.
19     Q   And if you look at the second and third modes
20 of access, please, I assume you're familiar with those?
21     A   Yes, I am.
22     Q   In the third mode of access there's an in-use
23 foreground color and an in-use background color being
24 specified as indexes into the color memory. Do you
25 understand that?

Page 383

1      A   I do see that.
2      Q   And in the second mode of access there's an
3  in-use foreground color being specified as an index into
4  the color memory. Do you see that?
5      A   I do see that.
6      Q   Isn't the second mode met when the third mode
7  is met?
8      A   No. Because you basically need to have some
9  sort of distinction between the two elements; otherwise
10 why would you have two elements?
11     Q   And why do you think you need to have a
12 distinction between the two elements?
13     MR. MARINA: Objection. Asked and answered.
14     THE WITNESS: Because otherwise you wouldn't need
15 both elements.
16 BY MR. THOMASES:
17     Q   What is your understanding of the distinction?
18     A   Well, the distinction here is specifically the
19 terminology and an in-use background color. So the
20 difference between the second mode and third mode are
21 those terms.
22     Q   So --
23     A   That phrase.
24     Q   In the second mode of access you cannot
25 specify an in-use background color?

Page 384

1      A   Well, I think that you do not specify a
2  background color. If I take a look at the original
3  prosecution section I recall that the second mode of
4  access, there was some reference to actually setting a
5  transparency.
6      Q   And that was eliminated during a claim
7  amendment; isn't that correct?
8      A   I believe that was taken out.
9      Q   And it's not in the final claim?
10     A   It's not in the final claim.
11     Q   So given the claim that's been issued, isn't
12 it true that the second mode is met when you meet the
13 third mode?
14     A   I don't believe so, specifically on the
15 grounds that they need to be distinct elements.
16     Q   But if in the second mode you could specify an
17 in-use background color, isn't that the same as the
18 third mode?
19     A   Well, then why would there be two separate
20 elements?
21     Q   I'm asking you the questions.
22     A   I don't know. I'm not the patent examiner or
23 the -- I mean, there obviously is a reason for the fact
24 that this claim was issued with two elements that are
25 apparently distinct from one another. There's a

10 (Pages 381 to 384)

Exhibit 4 Page 10

Page 385

1 difference between them.
2    Q   Is the difference that in the second mode you
3 cannot specify an in-use background color?
4    MR. MARINA: Objection. Calls for a legal
5 conclusion.
6    THE WITNESS: I don't see that phrasing in there.
7 BY MR. THOMASES:
8    Q   Well, if you could specify an in-use
9 background color in the second mode, wouldn't it be the
10 same as the third mode?
11    A   Quite probably so.
12    Q   So again, I guess with that understanding,
13 isn't it true then in the second mode you cannot specify
14 an in-use background color?
15    A   No. I don't see that. I gave you another
16 example, which is basically the setting of transparency
17 for background. And just the fact that the applicant
18 went and removed a phrase from a claim and actually
19 broadened it as a result, I don't see that basically
20 prohibiting the consideration of transparency as an
21 option there.
22    Q   Are you familiar with the corresponding
23 structure identified by the court and shown in Figures 3
24 and 4 for Claim 1?
25    A   I've looked at it.

Page 386

1    Q   Let's look at Figure 4. This is the algorithm
2 for the select command. Do you recall that?
3    A   Yes.
4    Q   Now, in this corresponding structure, if you
5 identified a background color, what would happen?
6    MR. MARINA: Object to the form. Vague. This is
7 also not the corresponding structure. Let's get the
8 claim construction out and look what the corresponding
9 structure is.
10    MR. THOMASES: Counsel, I'd appreciate it if you
11 could --
12    MR. MARINA: I appreciate if you not mislead the
13 witness and representing that Figure 4 is the
14 corresponding structure when Figure 4 is clearly not any
15 corresponding structure identified by the court. Let's
16 play fair.
17    MR. THOMASES: I'd appreciate it if you just state
18 your objection for the record and not counsel or coach
19 the witness.
20    MR. MARINA: I'm not coaching the witness.
21 BY MR. THOMASES:
22    Q   Do you have the claim construction order in
23 front of you?
24    A   I do.
25    Q   You're familiar with that order?

Page 387

1    A   I am.
2    Q   Looking at the corresponding structure
3 identified in that order?
4    A   For?
5    Q   For the processing means limitation.
6    A   Okay.
7    Q   It identifies Figure -- portions of Figure 3
8 and portions of Figure 4; is that right?
9    A   It does.
10    Q   And the corresponding text or some of the
11 corresponding text in the patent specification?
12    A   That is correct.
13    Q   With that understanding, what would happen if,
14 using the select command of the corresponding structure,
15 if you identified a background color, a brand?
16    A   I'm not sure I understand your question.
17    Q   If you specified a background color with the
18 select command identified in this corresponding
19 structure --
20    MR. MARINA: Objection. Misstates the document.
21 BY MR. THOMASES:
22    Q   -- what would the result be?
23    MR. MARINA: Misstates the document.
24    THE WITNESS: I'm still not certain I follow
25 exactly what you're asking.

Page 388

1 BY MR. THOMASES:
2    Q   Do you understand how this algorithm works?
3    A   I understand the structure. And I've read the
4 specification some time ago as to how the structure
5 operates or how the figure is defined.
6    Q   So the first thing after start is it looks as
7 if you can find operand 1; is that correct?
8    A   Right. The same Box 402 -- actually, start in
9 401; and then 402, yes, "get operand 1 if possible."
10    THE REPORTER: And then 402 get?
11    THE WITNESS: Get operand or o-p-n-d 1, if
12 possible.
13 BY MR. THOMASES:
14    Q   That stands for operand 1; is that right?
15    A   Presumably.
16    Q   Next box, 43, asks if it's found; is that
17 correct?
18    A   Right. That's a decision box.
19    Q   If it's not found, it sets the color mode to
20 zero; is that correct?
21    A   That's what it says here.
22    Q   And then if you get operand 1 and it's found,
23 you go to Box 404; is that right?
24    A   That would appear to be the case, yes.
25    Q   And that says, "get operand 2 if possible"; is

Exhibit 4 Page 11

Page 389

1  that right?
2      A   That does say that.
3      Q   Okay.  And then the next query in 407 is
4  "operand 2 found"; is that right?
5      A   Yes.
6      Q   And then if, if it is not, it sets the color
7  mode to one; is that right?
8      A   That would be correct.
9      Q   And the color mode of one in the specification
10  equals the second mode in the claim; is that right?
11     A   I would presume that to be the case, but I'm
12  not entirely sure because the boxes that actually set
13  the foreground colors and background colors is actually
14  not included in the structure.  So I think basically
15  based on the structure in that particular element, we're
16  just looking at the decision tree, not the actual
17  setting or usage of the colors.
18     Q   But in the specification, when it refers to
19  color mode zero, that refers to a first mode in the
20  claim; and when it refers to color mode one, that refers
21  to the second mode of the claim; and when it refers to
22  color mode two, it refers to the third mode of the
23  claim; is that right?
24     A   I would have to look through the specification
25  again and see.  But I believe based on the court's

Page 390

1  construction and the instruction they used in the
2  processing means, that that's not quite complete.
3      Q   Why is that?
4      A   Well, in the sense that it's just an exemplary
5  embodiment of the invention, so --
6      Q   But it is the -- the boxes I pointed to so far
7  have all been identified by the judge as part of the
8  corresponding structure; is that true?
9      A   The boxes you've identified so far have all
10  the been part of the corresponding structure for the
11  processing means, not for the three mode elements.
12     Q   Doesn't the processing means select between
13  one of three mode elements?
14     A   I believe it does, yes.
15     Q   So with -- just let me finish I guess.  Box
16  407, if a second operand is found, there's a branch
17  called yes.  It says, "set color mode to two." Do you
18  see that?
19     A   Yes, I do see that.
20     Q   So in, in this algorithm, if you have two
21  operands, you go to a color mode two, which would be
22  specified in both an in-use foreground color and an
23  in-use background color; is that right?
24     A   Well, if there's an opnd 1 and an opnd 2, then
25  the decision tree would lead you down to Box 411.

Page 391

1      Q   With that in mind and your description to me
2  of the distinction between the second and third mode,
3  isn't it that the second mode cannot specify an in-use
4  background color operand because it would automatically
5  go to the third mode?
6      A   Say that again.
7      MR. THOMASES:  Can you read that back, please.
8          (The following testimony was read into
9          the record:
10         "Q   With that in mind and your
11         description to me of the distinction between
12         the third mode, isn't it that the second mode
13         cannot specify an in-use background color
14         operand because it would automatically go to
15         the third mode?")
16     MR. MARINA:  Objection.  Calls for a legal
17  conclusion.  Misstates the court's construction.
18     THE WITNESS:  Well, the specification of figures
19  seem to imply that.  But there's nothing in the claim
20  with respect to that.
21  BY MR. THOMASES:
22     Q   And what about within the claim construction's
23  corresponding structure?
24     A   Well, as I said, the corresponding structure
25  deals with the processing means, not the actual

Page 392

1  implementation of the three modes.
2      Q   But it is part of the judge's construction,
3  the boxes that we just read from from Figure 4; is that
4  right?
5      A   Right.  Boxes 401, 402, 403, 404, 405, 407,
6  408 and 411, which I think are the ones that we covered.
7      Q   All right.  Let's turn back to column 1 of the
8  '759 patent, please.  If you look at column 1 on 16 to
9  22, there's a sentence about the Telidon system.  I'll
10  just read it into the record: "For example, the Picture
11  Description Instructions PDI for the Telidon Videotex
12  System, CRC Technical Note No. 696-E, developed by the
13  Canadian Department of Communications describes a
14  specific color value selection method: a direct
15  selection of data values for the primary colors - red,
16  green and blue."
17         Do you see that?
18     A   I do.
19     Q   Do you believe that's an accurate statement?
20     A   Wasn't the specification No. 699?
21     Q   I believe that is correct.  Other than --
22     A   So, no, it's not an accurate statement.
23  Actually, I have no idea if it is because I have not
24  seen the Document 696-E.
25     Q   Other than that, do you believe it's an

12  (Pages 389 to 392)

Exhibit 4 Page 12

Page 393

1 accurate statement?
2    A    I have no way to base it.  I mean, I have no
3 way to base it because I have not looked at Document
4 696-E.
5    Q    Have you looked at document 699-E?
6    A    I have.
7    Q    Based on your understanding of document 699-E,
8 is this an accurate description of the Telidon videotex
9 system?
10    A    Again, I'm assuming it was developed by the
11 Canadian Department of Communications.  So I have no
12 reason to doubt that.  But in terms -- I'm assuming
13 you're asking with respect to the specific color value
14 selection method?  Is that what you're -- if you're
15 asking me to kind of opine on the whole statement, I
16 just assume there's a particular part of this you're
17 more interested than others.
18    Q    Well, does the Telidon videotex system
19 describe "a specific color value selection method: a
20 direct selection of data values for the primary colors
21 red, green and blue"?
22    MR. MARINA:  Objection.  Vague.
23    THE WITNESS:  It provides a method of specifying
24 colors in the red, green and blue components.
25 ///

Page 394

1 BY MR. THOMASES:
2    Q    And that meets the first mode of access of
3 Claim 1; is that right?
4    A    Well, if this specification actually met all
5 the other requirements of the claim, with that, I guess,
6 caveat again, then the first mode of access would be met
7 by using the direct specification of color data values.
8    Q    And the next sentence, column 1, line 22
9 through about 27 says, "the Prestel videotex customer
10 terminal developed by the British Post Office and the
11 Antiope terminal developed by the French CCETT employ a
12 technique for specifying both a foreground and a
13 background color by indexing a permanent read-only color
14 memory."
15       Do you understand that?
16    A    I do see what's written there.
17    Q    Is that an accurate reflection of your
18 understanding of the Prestel and Antiope systems?
19    A    I have no familiarity with the Prestel system,
20 so I can't address that.  And my familiarity with the
21 Antiope system is limited to a document that I believe
22 Dr. Wedig produced as part of his report.
23    Q    And based on that, is that an accurate
24 understanding -- sorry -- an accurate description of the
25 Antiope terminal --

Page 395

1    A    Based on that Antiope document that I've read,
2 no, it is not.
3    Q    So you think that the patent is erroneous?
4    A    I really can't say.  I have no idea what the
5 applicants or the inventors were referring to when they
6 wrote this.
7    Q    And when it says, "Specifying both a
8 foreground and a background color by indexing a
9 permanent read-only color memory," do you understand
10 that to mean a color memory as used in the claims?
11    A    I honestly don't know.  Based on the Antiope
12 specification that I've read, I really am not sure I
13 understand what they are trying to say here; because it
14 certainly doesn't mesh with my understanding of the
15 Antiope specification.
16    Q    Based on the, your reading of this text here
17 in the description of the prior art given by the
18 inventors, when it says, "specifying both a foreground
19 and a background color by indexing a permanent read-only
20 color memory, isn't that what is being described in the
21 third mode of access of Claim 1?
22    A    I don't know because I don't see the terms
23 "in-use foreground" and "in-use background color" here,
24 for example, so --
25    Q    All right.

Page 396

1    A    It could be what's being described there.  But
2 I have no basis to base that on.  Certainly the court
3 did not go and, you know, do specification,
4 specification construction.  They did a claim
5 construction, so --
6    Q    And if you read this text and it said, "both
7 an in-use foreground and an in-use background color by
8 indexing a permanent read-only color memory," wouldn't
9 that be describing a third mode of access?
10    A    Not necessarily; because it doesn't say, "a
11 color map that stores a table of color data values
12 indexed by numbers."
13    Q    So when it refers to color memory here, using
14 the exact same language of the claims, do you --
15    A    So we're into a hypothetical that you're
16 assuming that the claim construction is basically being
17 applied into the specification.
18    Q    No.  The word "color memory" appears here in
19 the text I just read; is that correct?
20    A    There's the phrase "color memory" in here,
21 that's correct.
22    Q    And then the third mode of access says, "a
23 third mode of access where an in-use foreground color
24 and in-use background color are specified as indexes
25 into the color memory"; is that correct?

Exhibit 4 Page 13

1    A    That's what the third mode of access reads,
2 that is correct.
3    Q    And isn't the use of the same phrase, "color
4 memory" in the patent implying that that is a color
5 memory as used in the claims here in column 1?
6    A    It could be. It might not be. I've seen many
7 claims and many patents where terminology was not
8 necessarily used entirely consistently between the
9 claims and the specifications, so. And based on the
10 fact that on the Antiope specification I've read, I'm
11 guessing they meant something difference here because
12 certainly the Antiope specification does not indicate a
13 memory that's indexed, so --
14    Q    Do you have any reason to believe, reading and
15 studying this patent, that there were color memory used
16 at column 1, lines 26 to 27, as being used differently
17 than it is being used as color memory in the claims?
18    A    I just gave you the reason. Based on the fact
19 that the Antiope specification doesn't seem to --
20 actually, not doesn't seem to -- it does not use some
21 sort of color map system; then I would have to say --
22 well, that you can't deny the fact that there's a
23 reference to the Antiope specification in here, the
24 Antiope terminal, so based on the read of this, in light
25 of what I know about Antiope based on the specification

1 you provided.
2    Q    Where is there reference to the Antiope
3 specification in this document?
4    A    It says, "the Antiope terminal."
5    Q    It's describing the Antiope terminal; is that
6 correct?
7    A    That is correct.
8    Q    They did not cite to an Antiope specification
9 when they submitted this patent; isn't that right?
10    A    That is apparently correct. I'd have to look
11 through them, but I don't believe they did.
12    Q    In this patent, in the text of this patent, do
13 you have any indication that the word "color memory"
14 used at column 1, lines 26 to 27, is used any
15 differently as the word "color memory" used in Claims 1,
16 2 and 3?
17    A    If I were to exclude everything on the outside
18 that I know, I don't have any reason to believe that
19 it's used any differently.
20    Q    Now, based on your review of materials cited
21 by Dr. Wedig -- well, let me step back.
22        Have you reviewed all the materials cited by
23 Dr. Wedig?
24    A    I've reviewed all the ones he cited in his
25 report, not the 300-some-odd that he had in his

1 appendix.
2    Q    Why didn't you review those?
3    A    Because they didn't appear to be pertinent to
4 his report. He basically described every one of the
5 documents in his report that he actually reviewed and
6 actually based his opinion on. So I'm assuming that
7 those were the ones that were pertinent.
8    Q    Did you review all the references cited in his
9 charts attached to his report?
10    A    I believe I did. I believe those were all the
11 same ones that were actually cited in his report as
12 well.
13    Q    So based on your understanding of those
14 materials that you did review, do you believe that the
15 Prestel system uses colors that, once they are set,
16 affect multiple text and mosaic commands that follow?
17    A    I don't recall reading any documents that
18 cover the Prestel system that were published prior to
19 the invention date or the date of the filing.
20    Q    Do you have an understanding of how the
21 Prestel system works?
22    A    I recall reading a later published document
23 that refers to an alphamosaic mode.
24    Q    Based on your understanding of the alphamosaic
25 serial mode, do you understand that that mode sets a

1 color attribute that is used for subsequent text and
2 mosaic command?
3    A    I don't specifically recall. But as far as I
4 know, I have not seen the document that -- from the
5 right time frame that specifies that Prestel used serial
6 alphamosaic.
7    Q    Do you have any -- I don't think that what was
8 my question. I said, based on your understanding of the
9 alphamosaic serial mode, do you have any understanding
10 that that serial mode uses color attributes that are
11 then used for subsequent text or mosaic commands?
12    A    I don't recall. I'd have to look at the
13 document in question.
14    Q    Based on the materials that you've reviewed,
15 do you understand that the alphamosaic parallel mode
16 identifies color attributes that are then used for
17 subsequent text and mosaic commands?
18    A    To some extent, yes.
19    Q    What do you mean by "to some extent"?
20    A    I'd have to take a look at the specification
21 and point it out to you.
22    Q    So to some extent you're talking about your
23 memory, or to some extent that was a correct statement
24 that I said?
25    A    Well, I can say both or yes. I'd have to take

Exhibit 4 Page 14

Page 401

1  a look at the specification to point out to you -- there
2  are some -- foreground/background are mentioned in the
3  document. But their uses are not quite as you stated.
4  But I'd have to give you a specific example as to why
5  not. I'd have to show you the specification or the
6  document.
7      Q  Does the '759 patent ever say that Prestel and
8  Antiope do not use in-use colors?
9      A  Yeah. Right in this front here it doesn't say
10  anything about in-use colors.
11      Q  Does it ever say that they do not use in-use
12  colors?
13      A  Is that like a double negative? As in the
14  exclusion of the word "in-use" by not mentioning it?
15  Doesn't that imply they don't use in-use?
16      Q  Are you saying that foreground color is the
17  opposite of in-use foreground color?
18      A  No. I guess I'm misunderstanding your
19  question then.
20      Q  Well, is foreground color a broader
21  description; and a subcategory of that could be an
22  in-use foreground color?
23      A  Yeah, I think that's possible.
24      Q  So does anywhere in the patent, the patent say
25  that Antiope and Prestel use colors that are not in-use

Page 402

1  foreground colors and background colors?
2      A  Do not use? As I just indicated, I think
3  foreground and background color is listed here in column
4  1, which we've read a number of times. Could be
5  supersets of in-use foreground and background. So to
6  answer your question, yes, I believe the document does
7  state that they may use things other than in-use
8  foreground and background color.
9      Q  But the reading of the document as you just
10  said, superset, could mean when they are describing
11  Antiope and Prestel using foreground/background colors,
12  those could be in-use foreground colors and background
13  colors; is that right?
14      A  Anything is within the realm of possibility.
15      Q  Now, assuming that Antiope and Prestel did use
16  in-use foreground and background colors, this part of
17  the patent would also meet the second mode of access;
18  isn't that correct?
19      A  So your hypothetical is that actually the
20  words "in-use" appear in here?
21      Q  Yes.
22      A  That they would meet the second mode of
23  access?
24      Q  Yes.
25      A  I don't know because this basically mentions

Page 403

1  using an in-use background color, which the second mode
2  of access does not. We're referring to the claim of
3  course.
4      Q  Yes. You didn't finish there. The second
5  mode of access does not permit the use of in-use --
6      A  No. Does not list the usage of in-use
7  background color.
8      Q  Well, if you're using Antiope and it is an
9  in-use foreground and in-use background color, wouldn't
10  that meet the second mode of access?
11      A  Again, with all the previous caveats about all
12  the other elements being met and so on, yadda, yadda,
13  this refers to -- this hypothetical refers to an in-use
14  foreground and in-use background, which are terms that
15  appear in the third element, not in the second element.
16      Q  So does that preclude this description of
17  Antiope and Prestel from meeting the second mode of
18  access?
19      A  I don't know. I don't have enough
20  information.
21      Q  What information do you need?
22      A  Looking at the specifications.
23      Q  Well, if you had a technique for specifying
24  both an in-use foreground and an in-use background color
25  by indexing a permanent read-only color memory, wouldn't

Page 404

1  that meet the second mode?
2      A  I think we discussed that earlier. Basically
3  there's a distinction that occurs between the second and
4  third modes in the claim.
5      Q  That means because this sentence says that
6  they use an in-use background color, that they couldn't
7  meet the second mode?
8      A  Well, there's, there's lack of information
9  here to determine how a second mode of operation access
10  could be met.
11      Q  What lack of information?
12      A  Well, as I have already repeatedly indicated,
13  this talks about both, in our hypothetical, of an in-use
14  foreground and of an in-use background. Those are terms
15  found in the third element.
16      I don't see anything here to basically point
17  out to me in this hypothetical that there would be a
18  second mode of access. There's not one that's listed
19  here. It's quite conceivable in this hypothetical
20  situation there could be. But I just don't have enough
21  information.
22      Q  Based on your review of the materials on, on
23  Antiope, do you understand that it does have a
24  transparent background mode?
25      A  I recall some reference to transparency. I

15  (Pages 401 to 404)

Exhibit 4 Page 15

Page 405

1    don't know the specifics off the top of my head.
2       Q   So if Antiope did have an in-use foreground
3    color and an in-use background color and the ability to
4    set the background to transparent, would it meet the
5    second mode of access?
6       A   Well, as I've already indicated in my reports
7    and earlier today, the Antiope specification I read does
8    not have, I guess, the color memory that's required by
9    the claims at issue.  So just by virtue of that, it
10   could not meet the second and third modes of access of
11   the claims.
12      Q   I'm talking about the description here in
13   column 1.
14      A   You just asked me to look at the specification
15   and remember the specification in this context, which I
16   find to be different from what's written here.
17      Q   I was asking you to assume that it had a
18   transparent background and otherwise would practice the
19   technique described in column 1 --
20      A   It seems like we're adding hypothetical on top
21   of hypotheticals.  At some point we'll get a
22   hypothetical that meets all the requirements.  I mean,
23   what's in here is just there's not enough information,
24   and it also contradicts what I read in the
25   specification.

Page 406

1       Q   But you do understand that there's a
2    transparency command in Antiope?
3       A   I don't know if it's a command per se.  I
4    recall some reference to transparency in there, in the
5    specification that I read.
6       Q   So it's very reasonable for me to ask you to
7    assume that there's an ability to do a transparent
8    background with Antiope?
9       A   Well, you've already pointed out to me
10   this says Antiope terminal.  What I was talking about
11   earlier was Antiope specification, which might or might
12   not be the same thing.
13      Q   Using this language about the Antiope terminal
14   and its technique for specifying both in-use foreground
15   and in-use background color by indexing a permanent
16   read-only color memory and the ability for Antiope to
17   set a transparent background, would that meet the second
18   mode of access?
19      MR. MARINA:  Objection.  Incomplete hypothetical.
20      THE WITNESS:  I would -- it's gotten too deep in
21   terms of all the hypotheticals.
22   BY MR. THOMASES:
23      Q   There's just two, the in-use foreground and
24   the transparent background.
25      A   Well, and then the assumption that basically

Page 407

1    has the processing means and also meets, you know, the
2    other requirements of Claim 1.  So per the court's
3    construction.
4       Q   Okay.  What's your answer then?
5       A   Well, that was, that was basically more a
6    question to you, is to -- there are -- a lot of things
7    are being built upon, upon levels of hypothetical-ness.
8       Q   So you can't answer that hypothetical?
9       A   Maybe if it were recast in a different way.
10      Q   Do you have an understanding that the Antiope
11   system must specify color for every text character or
12   mosaic graphic character written?
13      A   Are we going by the specification or this
14   hypothetical terminal?
15      Q   All the materials you've read.
16      A   Okay.  And the question again is?
17      Q   Do you have an understanding that the Antiope
18   system has to specify a color for every character or
19   mosaic that's written?
20      A   Per the Antiope specification I've read, I
21   don't believe that's the case.
22      Q   And why not?
23      A   Based on what I've read, I can point you to it
24   in the specification.
25      Q   What's your understanding based on what you

Page 408

1    read?
2       A   My understanding from the Antiope
3    specification is that a, a color control word or value
4    has to be specified for some number of characters to be
5    drawn.  But that's not an in-use foreground color per
6    the claim, of course, as -- for the, you know, second
7    and third modes of access because those don't exist.
8       Q   And -- well, first, what is the number of
9    characters that you are referring to?
10      A   I have to take a look at the specification.
11      Q   Why is it not an in-use foreground or
12   background color?
13      A   For modes two and three, because there's no
14   color memory, requiring a specification.
15      Q   Is that the only reason?
16      A   Well, and it doesn't meet the requirements of
17   what in-use is --
18      Q   Why not?
19      A   -- in terms of the court's specification.
20      Well, the court specified that an in-use
21   foreground color is, one, "a color that will be used as
22   a foreground color for subsequently received text and
23   graphics drawing commands until changed."
24      And I don't recall if this is specifically
25   just the background or the foreground color or both.

Exhibit 4 Page 16

Page 409

1  But I do recall reading something about the fact that
2  the colors are reset by the system at the end of a row
3  or beginning of a new row, or something like that. It's
4  in my report. And I could point that information out to
5  you in the specification.
6     Q   Why would that not meet the court's
7  construction of in-use?
8     A   Because that means you have to keep setting it
9  over and over again after some number of characters. As
10 in you don't just set it and it runs with it ad
11 infinitum.
12    Q   Where does it say here in the construction
13 that the in-use color must go ad infinitum?
14    A   It doesn't. It just says for subsequent
15 received. But it doesn't say for subsequent received
16 until changed by the system.
17    Q   But it says until changed?
18    A   Right. Until changed by another function to
19 basically change the in-use background color.
20    Q   Where does it say by another function
21 basically to change an in-use background color?
22    A   I believe I was inferring that until changed
23 meant until changed by some voluntary action as opposed
24 to involuntary action by the system; otherwise you'd end
25 up in a situation just like we described earlier where

Page 410

1  if you basically draw two characters and set the
2  foreground color to it, well, that satisfies your
3  interpretation of it, which I don't believe is the
4  intent of the claimed invention here.
5     Q   Well, so you're saying it could only be
6  changed by another setting of the background color or
7  setting of the foreground color?
8     A   Effectively.
9     Q   So if you had a system that had in it a reset
10 command that set in-use foreground and in-use background
11 colors to a default --
12    A   Uh-huh.
13    Q   -- that system would not meet this claim?
14    A   Would --
15 THE REPORTER: I'm sorry?
16 THE WITNESS: Would that be under program control
17 or involuntary?
18 BY MR. THOMASES:
19    Q   Any way.
20    A   If it's under program control, it would still
21 meet the requirements. If it was involuntary, then I
22 don't believe it would.
23    Q   So if you hit a carriage return, that's
24 involuntary?
25    A   No. This is user versus a program we're

Page 411

1  talking about; correct?
2     Q   No. A carriage return comes down the line.
3     A   Okay. Where does it come from?
4     Q   A database.
5     A   Okay. Which is still user function as opposed
6  to a program function.
7     Q   No. The data bases are written by
8  programmers.
9     A   It usually doesn't work real well. But if the
10 programmer is the one who specified a carriage return, I
11 don't know. I'd have to take a look at that in greater
12 detail. I haven't considered that option.
13    Q   Is that the only reason why you believe that
14 Antiope does not have an in-use foreground and an in-use
15 background color?
16    A   There's no requirement for in-use background
17 color in the first mode of access. And as I said, it
18 doesn't have the second and third modes per the
19 specification I read, so --
20    Q   I'm talking specifically about in-use. Okay.
21 Assume the jury finds that Antiope does use a color
22 memory, and it has a color that can be specified by a
23 command for an entire row until an end of row byte comes
24 down, you're saying that is not in-use foreground or
25 in-use background color? Is that your opinion?

Page 412

1     A   I'm saying that because the Antiope system on
2  a start of a new row resets the color automatically
3  without user intervention or program intervention, that
4  that's not in-use.
5     Q   Is that the only reason why you believe that
6  it's not in-use?
7     A   I believe there might be another one. But I
8  have to take a look at the specification.
9     Q   Why do you believe there might be another one?
10    A   My aging memory assumes to tell me that there
11 was.
12    Q   And if the setting of a new row is something
13 created by the programmer who created the database, then
14 it would meet your understanding of an in-use foreground
15 color; is that right?
16    A   It could. It would depend on the particular
17 scenario involved. Again, I'd have to analyze that
18 further.
19    Q   Can you look at the patent, column 4, please,
20 line 36 through 39. I'll read that into the record.
21 "Various modes of access to color memory, wherever
22 located, in a digital image display system, are employed
23 by the providers of viewdata and teletext services."
24    Do you have an understanding of what that
25 means?

17 (Pages 409 to 412)

Exhibit 4 Page 17

Page 413

1    A   Well, I can see what's written here.
2    Q   What is your understanding as an expert
3  witness in this case interpreting this patent?
4    A   Well, it seems to indicate that color memory
5  as written in the specification can reside pretty much
6  anywhere in the system, and that providers of viewdata
7  and teletext services employ those.
8    Q   And do you know what viewdata and teletext
9  services is referring to there?
10   A   Well, viewdata ended up being, I believe, a
11 trademark name for one service.  Teletext was used as a
12 generic term for teletext services.
13   Q   Which was a type of videotex that came over
14 the broadcast airways; is that right?
15   A   I believe so.
16   Q   Just to help you out, if you look back at
17 column 1, line 39 to 40, it says, "With the advent of
18 videotex, also known as viewdata, and
19 teletext services," does that help you refresh your
20 memory about what --
21   A   No.
22   Q   -- viewdata teletext is?
23   A   You know, at a later point in the mid-'80s I
24 was in Germany at my brother's house there.  And he had
25 a teletext based VCR which was pretty interesting too.

Page 414

1  And that was based on this, I guess, on the evolution of
2  this technology.
3    Q   So based on your understanding of Telidon,
4  that did not include a color memory; is that your
5  opinion?
6    A   Telidon?
7    Q   Yes.
8    A   So we're off Antiope now?
9    Q   For that question, yes.
10   A   Okay.  It's my understanding based on Note
11 699-E that there was no color memory as required by the
12 court's construction.
13   Q   So when this is talking about various modes of
14 access to color memory being employed by providers of
15 viewdata and teletext services, that's referring to
16 Antiope and Prestel; is that correct?
17   A   Well, that's certainly one interpretation.
18 The other could be that basically it's using color
19 memory in a different context than the claims, which
20 kind of leads back to our discussion from column 1 as to
21 Antiope and Prestel.
22   Q   Do you have anything in the patent that leads
23 you to believe that color memory is used in this
24 sentence we just read at column 4, line 36 -- is using
25 the word color memory differently than the claims?

Page 415

1    A   Well, actually this text itself kind of
2  implies that too.  What was that again?  That was in --
3    Q   Column 4, line 36 to --
4    A   36.  Yeah, I mean, it basically pointed out
5  some text that you believe equated a color map of Figure
6  2 to the term "color memory."  And if we were to
7  basically understand what's written here, it says it may
8  be located wherever in the system.  That would seem to
9  basically preclude this Figure 2 as being the only
10 possible version of what a color map memory is.
11   Q   That doesn't quite answer my question.
12   A   That doesn't?
13   Q   Do you have any reason to believe in these --
14 in this patent, Richter Exhibit 15, that the words
15 "color memory" being used here in column 4, line 36, is
16 being used differently than its usage in Claims 1, 2 and
17 3?
18   A   I think I just explained that.
19   Q   Your explanation is?
20   A   The explanation is that that section we just
21 read in column 436 through -- what is it? -- 39,
22 basically the indication here is that the color memory
23 this is talking about could be located in anyplace in
24 the system.  And it's not restricted to the color memory
25 map memory that's listed in Figure 2.

Page 416

1    Q   Is it your opinion that the claims are
2  listed -- are limited to the location of the color map
3  memory of Figure 2?
4    A   Not at all.
5    Q   So looking at the claims and the use of the
6  words "color memory," do you see anything in the patent
7  that indicates to you that the word "color memory" in
8  the claims is being used different than the word "color
9  memory" at column 4, line 36?
10   A   Yeah, because I don't know what this color
11 memory refers to specifically; whether it's -- it is
12 a -- what's the definition of the court provided here --
13 "a color map that stores a table of color data values
14 indexed by numbers."  Or if --
15   THE REPORTER:  Data values?
16   THE WITNESS:  "Color data values indexed by
17 numbers."  Sorry.
18       And you actually pointed out, for example, a
19 Telidon system, which does not include a color memory.
20 Perhaps the term "color memory" here is being used to
21 actually refer to frame buffers, which certainly would
22 be a possibility as well.
23 BY MR. THOMASES:
24   Q   Are you speculating there?  Is there anything
25 in the patent that indicates to you that there is a

Exhibit 4 Page 18

Page 417

1 different meaning when it uses color memory in column 4,
2 line 36, than when it uses color memory in the claims?
3    A    Well, viewdata I believe is a derivation of
4 the Telidon system.  And the Telidon system based on my
5 reading had only the -- if it did not offer a color
6 memory, then I would suspect that color memory here
7 referred to something even broader, including a frame
8 buffer.
9    Q    Where do you get your understanding that
10 viewdata is Telidon?
11    A    Just on the documents that I've read.
12    Q    Assuming you're incorrect and viewdata does
13 not refer to Telidon --
14    A    Another hypothetical.
15    Q    No, it's not a hypothetical.
16        Assuming you're incorrect and viewdata does
17 not refer to Telidon, is there anything in the patent
18 that indicates that the color memory being referred to
19 in column 4, line 36, is different than the color memory
20 in Claims 1, 2 and 3 of the patent?
21    A    Assuming that I'm wrong and that the viewdata
22 and teletext systems that are referred to in this
23 paragraph here do not refer to systems that don't have a
24 color memory, then the color memory that's ascribed
25 here, I suppose would not refer to a frame buffer, in

Page 418

1 which sense -- I don't know -- I suppose it is possible
2 that this color memory here could be similar to Claim 1
3 with all those restrictions in place.
4    Q    So Antiope, Prestel and Telidon were all in
5 the same field, videotex, as was the inventors of the
6 '759 patent when they were working on the invention
7 claimed here; is that right?
8    MR. MARINA:  Objection.  Vague.
9    THE WITNESS:  In the same field of?  Sorry.  Repeat
10 your question.
11 BY MR. THOMASES:
12    Q    Well, do you understand that the inventors of
13 the '759 patent were working on a videotex protocol?
14    A    I believe that's what they state here
15 somewhere.
16    Q    And I don't think this is, you know, in
17 dispute.  Prestel was also in the same field as
18 videotex?
19    A    Yes, in a general sense, yes.
20    Q    Telidon was a videotex protocol; is that
21 right?
22    A    Well, it was in the field of providing text on
23 new video, that is correct.
24    Q    And Antiope was also a videotex system; is
25 that right?

Page 419

1    A    In a similar fashion, yes.
2    Q    And S.100, Recommendation S.100, also was
3 describing videotex; is that correct?
4    A    It was recommending various components of
5 videotex.
6    Q    And the Canadian CRC 699-E was also describing
7 videotex; is that right?
8    A    Well, that was describing a particular
9 functionality of Telidon.
10    Q    Which was a videotex system; is that right?
11    A    Well, yes.
12    Q    So at the time the '759 patent was filed,
13 digital image display systems were known in the art; is
14 that right?
15    A    Digital image display systems as mentioned in
16 the claim?
17    Q    Yes.
18    A    "Hardware and software needed to achieve a
19 visual representation of information and data processing
20 system," yes.
21    Q    And prior to 1981 digital image display
22 systems that included a color memory were known in the
23 art; is that correct?
24    A    Ones that included a color map were known in
25 the art, that's correct.

Page 420

1    Q    Ones that included a color memory as defined
2 by the court's claim construction, those were known in
3 the art; is that right?
4    A    So basically a system including a color map
5 that stores a table of color data values indexed by
6 numbers.
7    Q    Yes?
8    A    Yes.
9    Q    Digital image display systems with processors
10 existed prior to 1981; is that right?
11    A    What are you referring to as processors?
12    Q    Microprocessor.
13    A    Yes.
14    Q    And digital image display systems with a
15 processor that can decode a predetermined command and
16 data sequence existed prior to 1981; isn't that correct?
17    A    In general terms, yes.  In terms of the claim
18 itself, per the construction, I don't know, actually, in
19 terms of the, in terms of the actual structure.
20    Q    Why is that?
21    A    Because so far, as far as I recall, I have not
22 seen specific systems, hardware systems off the top of
23 my head -- and I could be mistaken about this -- that
24 actually implement the structure as defined by the
25 court.

19 (Pages 417 to 420)

Exhibit 4 Page 19

Page 421

1  Q  Now, you have an opinion that the structure as
2  defined by the court is equivalent to what you call
3  qualitative algorithms; is that right?
4  A  That is correct.
5  Q  Using your understanding that qualitative
6  algorithms would meet the court's construction, digital
7  image display systems that included a processor that
8  decode predetermined command and data sequences existed
9  prior to 1981; is that correct?
10  A  Yeah, I believe so.
11  Q  And digital image display systems with
12  processors that were responsive to predetermined command
13  and data sequences existed prior to 1981; is that
14  correct?
15  A  I believe so.
16  Q  And digital image display systems with a
17  processor that could respond to predetermined command
18  and data sequences to select a mode of access to color
19  data values existed prior to 1981; isn't that correct?
20  A  I don't believe so.  I assume you're just
21  reading the claim back; is that correct?
22  Q  I'm reading you specific questions.  If you
23  need, we could reread it.
24  A  Let me just take a look, though.  If you could
25  repeat that.

Page 422

1  MR. THOMASES:  Can you read that back, please.
2  (The following testimony was read into
3  the record:
4  "Q  And digital image display systems
5  with a processor that could respond to
6  predetermined command and data sequences to
7  selecting mode of access to color data values
8  existed prior to 1981; isn't that correct?")
9  THE WITNESS:  I guess it's, it's too long for me to
10  kind of parse that into one thing without seeing
11  something written down or something like that.
12  BY MR. THOMASES:
13  Q  Do you need us to reread it back?
14  A  I don't know that that would necessarily help.
15  Q  Do you need to write it down?
16  A  Are we talking modes of access in terms of
17  what's in the claim?
18  Q  Yes.
19  A  I don't know.
20  Q  Are you familiar with the system described in
21  the NASA final report?
22  A  I am.
23  Q  And wouldn't that meet the description I just
24  asked you about?
25  A  I don't know because it's too long, and I kind

Page 423

1  of lost it.
2  Q  Would you like a pad of paper so you can write
3  it down?
4  A  Maybe someone with better handwriting could
5  write it down for me.
6  Q  I'll ask you to write it, or Mr. Marina can
7  write it.
8  A  So, probably --
9  MR. THOMASES:  I'll ask the court reporter, can you
10  read that back slowly for the witness, please.
11  (The following testimony was read into
12  the record:
13  "Q  And digital image display systems
14  with a processor that could respond to
15  predetermined command and data sequences to
16  selecting mode of access to color data values
17  existed prior to 1981; isn't that correct?")
18  (Discussion held off the record.)
19  MR. MARINA:  I would like the witness to read that
20  into the record in case there's a change in the rough
21  transcript.  I want a record of what the question he's
22  answering is.
23  THE WITNESS:  So what I've written down here in my
24  chicken scratch is, "In digital display systems with a
25  processor that could respond to predetermined command

Page 424

1  and data sequences to selecting a mode of access to
2  color data values existed prior to 1981; isn't that
3  correct?"
4  MR. MARINA:  Object to the form.  Vague.
5  THE WITNESS:  Actually, grammatically, it doesn't
6  make sense.  It starts off with "In digital image
7  systems."  Probably there should be something else
8  there?  Maybe did I miscopy that?  Was it "in" or "did"?
9  BY MR. THOMASES:
10  Q  I will reread the question.  And if you need
11  to, you can change it.  It's going to be almost
12  identical to what you have.  So you can change what's in
13  front of you.  And then you can reread it into the
14  record.
15  A  Okay.
16  Q  Digital image display systems with a processor
17  that could respond to predetermined command and data
18  sequences to select a mode of access to color data
19  values existed prior to 1981; isn't that correct?
20  A  Let me just -- I have to do systems in my mind
21  here.  That is correct.
22  Q  Digital image display systems wherein an
23  in-use foreground color was directly specified as a
24  color data value existed prior to 1981; isn't that
25  correct?

Page 425

1    A   Could you repeat that one more time.
2    Q   Digital image display systems wherein the
3  in-use foreground color was directly specified as a
4  color data value existed prior to 1981; isn't that
5  correct?
6    A   And we're using all the terminology from the
7  court here?
8    Q   Yes.
9    A   I believe so.
10   Q   Digital image display systems wherein an
11 in-use foreground color was specified as an index into a
12 color memory existed prior to 1981; isn't that correct?
13   A   Read it back one more time, please.
14   Q   Digital image display systems wherein an
15 in-use foreground color was specified as an index into a
16 color memory existed prior to 1981; isn't that correct?
17   A   I believe so.
18   Q   And digital image display systems wherein an
19 in-use foreground color and an in-use background color
20 were specified as indexes into color memory existed
21 prior to 1981; isn't that correct?
22   A   One more time.
23   Q   Digital image display systems wherein an
24 in-use foreground color and an in-use background color
25 were specified as indexes into a color memory existed

Page 426

1  prior to 1981; isn't that correct?
2    A   I don't believe so.
3    Q   You're not aware of any?
4    A   I'm not aware of any.
5    Q   Digital image display systems that had a
6  display responsive to the processor existed prior to
7  1981; isn't that correct?
8    A   That had a display responsive to the
9  processor?
10   Q   That had a display.  Would you like me to
11 reread it?
12   A   Yes.
13   Q   Digital image display systems that had a
14 display responsive to the processor existed prior to
15 1981; isn't that correct?
16   A   If we're talking in the concept of claims, I'm
17 not so sure.  Let's take a look at what -- if we're
18 talking in the context of the, of Claim 1 and the
19 court's interpretation, the answer to that would be no.
20   Q   Why is that?
21   A   Because that element requires displaying the
22 colors accessed by the selected mode, which means that
23 basically in order to have this element fulfilled, the
24 other elements have to be fulfilled too, as I understand
25 it.

Page 427

1    Q   I purposefully left that language out.
2    A   I understand that.  But you're saying it's in
3  the context of Claim 1.
4    Q   Okay.  But I'm taking a step at a time.
5    A   Okay.
6    Q   Just to see where we're going to focus on
7  here.
8        So digital image display systems that had a
9  display responsive to a processor existed prior to 1981;
10 isn't that correct?
11   A   Yeah, in general terms, yes.
12   Q   And those systems could display colors
13 associated with color data values previously accessed;
14 isn't that correct?
15   A   One more time, please.
16   Q   Those systems could display colors associated
17 with color data values previously accessed; isn't that
18 correct?
19   A   I believe so.
20   Q   And digital image display systems that had a
21 processor responsive to a command for setting a color
22 data value into a color memory existed prior to 1981;
23 isn't that correct?
24   A   One more time.
25   Q   Digital image display systems that had a

Page 428

1  processor responsive to a command for setting a color
2  data value into color memory existed prior to 1981;
3  isn't that correct?
4    A   Again, in general terms, I believe so.
5    Q   You say general terms.  I'm using color memory
6  as a --
7    A   I understand.  I'm saying general terms
8  because there are elements of the claim missing here,
9  which basically might have some other bearing on the, on
10 the question you're asking.
11   Q   But your caveat was not that you were
12 considering color memory to be other than a color map
13 that stores a table of color data values indexed by
14 numbers; is that right?
15   A   You've lost me now.  I'm sorry.
16   Q   Let me -- just for clarity --
17   A   Okay.
18   Q   Assuming a color memory is a color map that
19 stores a table of color data values indexed by number --
20   A   Okay.
21   Q   -- digital image display systems that had a
22 processor responsive to a command for setting a color
23 data value into that color memory existed prior to 1981;
24 isn't that correct?
25   A   I believe so.

21 (Pages 425 to 428)

Exhibit 4 Page 21

1    Q   And digital image display systems that had a
2   processor responsive to a command for setting plural
3   color data values into a color memory that meets the
4   court's claim construction existed prior to 1981; isn't
5   that correct?
6    A   With the same expansion on color memory, I
7   believe so.
8    MR. MARINA:  Could we take a break at some point?
9    MR. THOMASES:  Actually, this would be a good time
10  for a break.
11   VIDEO OPERATOR:  Going off the record.  The time is
12  2:47.
13   (Recess taken.)
14   VIDEO OPERATOR:  We are back on the record.  The
15  time is 2:59.
16   MR. THOMASES:  I'm going to ask the court reporter
17  to mark as Richter Depo Exhibit 17 the Supplemental
18  Rebuttal Expert Report of Jake Richter dated October 12,
19  2007.
20   (Defendants' Exhibit 17 was marked for
21   identification.)
22  BY MR. THOMASES:
23   Q   Mr. Richter, I assume you recognize this
24  Exhibit 17?
25   A   Let me take a look at it.  Yes, I do.

1    Q   And I think we already discussed, in preparing
2   for this supplemental rebuttal expert report, you said
3   you did not review all the materials cited in the
4   attachment to Dr. Wedig's supplemental report; is that
5   correct?
6    A   I did not review all the multiple hundreds of
7   documents they had.  Now, some of those I may have read
8   at a previous time if he had cited them previously.
9   Again, I'd have to take a look at the full list.  The
10  ones I focused on in his report were the ones that he
11  mentioned in the body of his report and the claim
12  charts.
13   Q   So you did review all of the prior references
14  that Dr. Wedig referenced in the body of his report and
15  the claim charts; is that correct?
16   A   That's correct.
17   Q   How much time did you spend reviewing those?
18   A   I don't recall.
19   Q   Approximately?
20   A   Could have been like 20 to 40 hours.
21   Q   Did you review the entirety of each of those
22  documents or only the portions that were -- the pages
23  specifically cited to by Dr. Wedig?
24   A   I believe I reviewed all the entire documents.
25  There's some sections I may have scanned over if they

1   didn't seem even remotely relevant to the topic at hand.
2   I think there were parts of them that basically dealt
3   with other subject matter.  But I believe I read them
4   all relatively thoroughly.
5    Q   And when did you -- let me ask you this:  Did
6   you draft Richter Exhibit 17 yourself?
7    A   I participated in its drafting.
8    Q   Were there any portions that you did not draft
9   yourself?
10   A   There is the section on legal principles that
11  I did not draft since I don't know I have a basis for --
12   THE REPORTER:  For?
13   THE WITNESS:  Sorry.  I mumbled again.
14   I don't have the legal background to, I guess,
15  opine on that subject matter to that extent.  So yeah,
16  that would be the -- that would be the only section.
17  BY MR. THOMASES:
18   Q   And when you said you participated in the
19  drafting, what do you mean?
20   A   I dictated.  And Mr. Marina over here was the
21  one working the keyboard.
22   Q   Were you in the same room at the time?
23   A   We were in the same room at the same time.
24   Q   Is there anything in this report that you
25  believe is no longer accurate?

1    A   Not that I'm aware of.
2    Q   Prior to signing Exhibit 17 did you seek to
3   talk to Dr. Foley at all?
4    A   I do not.
5    Q   Why not?
6    A   Well, because I didn't see any basis in
7   Dr. Wedig's report where I needed to actually discuss
8   anything with Dr. Foley.
9    Q   And did you at all ask that Dr. Foley's
10  deposition be taken before your expert report was
11  signed?
12   A   No.
13   Q   Have you ever seen any transcript of a
14  deposition of Dr. Foley?
15   A   I have not.
16   Q   And --
17   A   I'm sorry.  Hold on.  Not in this case.  I may
18  have seen one in a previous case.  But I don't believe
19  so.  I know his name has come up obviously in graphics
20  matters.
21   Q   Why has his name come up in graphics matters?
22   A   He had a book about graphics systems and
23  technology back in the early '80s.
24   Q   Prior to signing this report, Exhibit 17, did
25  you seek to talk to Mr. Doug O'Bryant at all?

Exhibit 4 Page 22

Page 433

1    A   I did not.
2    Q   Why not?
3    A   Again, the contents of Dr. Wedig's report did
4  not lead me to believe that that would be necessary.
5    Q   Did you ask that Lucent take Dr. -- sorry --
6  Mr. O'Bryant's deposition prior to the signing of this
7  report?
8    A   I did not.
9    Q   What is your understanding of Mr. O'Bryant's
10 role in the videotex field prior to 1981?
11   A   As far as I recall, he's the author of at
12 least one document that Dr. Wedig has cited.
13   Q   Was it only one?
14   A   The name sounds familiar. I believe there
15 might have been more. But I'm not sure.
16   Q   And you didn't think it was appropriate to
17 talk to him prior to formulating your opinions?
18   A   The only site that Dr. Wedig has in his report
19 basically was to affirm something that basically had to
20 do with a, I guess, a positioning of one of the
21 standards; I think it was of Telidon, I believe. I
22 don't recall specifically. There didn't seem to be any
23 other additional factual, technical content there that
24 needed to be further referenced.
25   Q   And have you ever seen any deposition

Page 434

1  transcript of Mr. O'Bryant?
2    A   I have not.
3    Q   And prior to formulating your opinions in
4  Richter Exhibit 17, you formulated those opinions
5  without an opportunity to talk to Dr. Foley; is that
6  right?
7    A   That is correct.
8    Q   And given his reputation in the field as
9  having written at least one textbook that you mentioned,
10 you still didn't want to talk to Dr. Foley prior to
11 formulating opinions?
12   A   I didn't feel I had a need to.
13   MR. MARINA: And I'm also going to -- you know,
14 this sort of shell game you play where you lock up fact
15 witnesses like Foley and O'Bryant, I assume -- but
16 Foley -- no --
17   MR. THOMASES: Excuse me.
18   MR. MARINA: I'm not coaching the witness. I'm
19 just telling you, you know, this kind of questioning is,
20 is, you know, when the guy is your consultant. You have
21 him locked up. And I couldn't ask him any questions
22 about what he talked about with you guys. The notion
23 that Mr. Richter could call him up and ask him questions
24 is a little strange to say the least. But I said my
25 peace.

Page 435

1    MR. THOMASES: Well, I'll respond that Lucent had
2  an opportunity to depose both those individuals before
3  Mr. Richter signed Richter Exhibit 17 and elected not
4  to.
5    MR. MARINA: That's not the case. They were
6  offered for deposition in November. So I'm not sure
7  what we're talking about here.
8  BY MR. THOMASES:
9    Q   Have you ever read any files from
10 Mr. O'Bryant -- sorry.
11       Have you ever read any documents from
12 Mr. O'Bryant's files?
13   A   I'm not sure what sort of documents you're
14 referring to.
15   Q   Any documents that were produced in this
16 litigation by Mr. O'Bryant?
17   A   I don't know. If I had, they would have been
18 listed in one of my reports as something I'd reviewed.
19   Q   Do you have any recollection of reviewing any
20 documents that had a Bates number at the bottom with
21 O'Bryant numbering?
22   A   No. Would it be in recent times or like a
23 year and a half ago?
24   Q   Recent times.
25   A   No. Recent being like in the last year.

Page 436

1    Q   Have you ever read the Supreme Court's
2  decision in "KSR v. Teleflex"?
3    A   I have not read the entire decision.
4    Q   Have you read any portions of it?
5    A   Portions that were cited on Web sites and so
6  on. I have not read the whole decision, or even close
7  to it, I believe.
8    Q   So did you obtain your understanding of the
9  law on obviousness solely from Lucent's counsel?
10   A   For my report, that is correct.
11   Q   Why did you give the caveat, for your report?
12   A   Well, because I've never opined on "KSR v.
13 Teleflex" in any sort of public forum. And basically,
14 you know, I didn't -- I have not read the decision. So
15 I don't know the full body of the decision other than
16 the fact that it dealt with obviousness.
17   Q   Is it your opinion that a prior reference must
18 be enabling to be part of an obviousness combination.
19   MR. MARINA: Objection. Calls for a legal
20 conclusion.
21   THE WITNESS: I think for obviousness -- I might be
22 wrong on this -- that basically the accommodation
23 references must be enabling.
24 BY MR. THOMASES:
25   Q   What do you mean by that?

Exhibit 4 Page 23

Page 437

1    A    As to what it is you're trying to show as the
2  obviousness item would have to basically be in some form
3  enabled in the same fashion that the patent is.  But
4  again, it's speculation on my part.
5    Q    Do you have an understanding that a person of
6  ordinary skill in the art can use creative inferences to
7  find an obviousness combination?
8    A    I have -- I don't know.
9    Q    Did you apply that understanding in your
10 opinions at all?
11   A    I applied in my opinions that there was a
12 certain level beyond basic obviousness that requires an
13 additional leap in order to basically determine whether
14 or not it would have been practical to combine
15 references.
16   Q    What do you mean by that?
17   A    Or viable.
18        Well, in my analysis, if you look in my
19 reports, you'll see that basically there's --
20 commentaries from Dr. Wedig's report -- my belief that
21 there would be no reason to combine certain references
22 with one another because there's no basis to do that.
23   Q    But in coming to your conclusions regarding
24 obviousness, did you apply an understanding that was not
25 mentioned in your report regarding a person of ordinary

Page 438

1  skill being able to use creative inferences?
2    A    Well, the legal principle section is what, I
3  guess, guides my obviousness analysis.
4    Q    And that doesn't mention that a person of
5  ordinary skill can use creative inferences and creative
6  steps; is that right?
7    A    I don't know.  I've not read this in a few
8  weeks, and been busy otherwise since.  So I can read
9  through it to see if that's mentioned there or not.
10   Q    You didn't read through this report to prepare
11 for today's deposition?
12   A    I scanned through it.  I've been traveling for
13 the last four weeks and have not really been in a
14 position to do a whole lot of work along the way except
15 for little bits and pieces here and there.
16   Q    Well, the report stands for itself.  So I will
17 not force you to read the boring legalese.
18        Now, did you personally ever work in the
19 videotex field?
20   A    No.
21   Q    Have you ever used a videotex terminal?
22   A    Yes.
23   Q    Which terminal?
24   A    I don't recall the specific terminal.  But I
25 did explore Annapolis as a videotex standard sometime

Page 439

1  ago for another case and also looked at it back when I
2  was playing around with computer technology and graphics
3  technology at some of my previous employers.
4    Q    Can you give me approximate time frame?
5    A    It would have been probably in the late '80s.
6    Q    Have you ever --
7    A    That was the earliest time.  And then of
8  course it was in other times over the last ten years or
9  so.
10   Q    Have you ever examined the schematics of a
11 videotex terminal's hardware?
12   A    I don't believe so.
13   Q    Have you ever designed any digital image
14 display systems hardware?
15   A    I was involved in that.  I was a project
16 manager for a graphics hardware subsystem, and part of
17 the system they went with back at No. 9 in the '86
18 through '88 time frame.
19        And then also I worked on the digital image
20 systems at, subsystems that Wang was developing too in
21 helping them improve their IBM compatibility with their
22 PCs.  That would have been in '85 and '86.
23   Q    And just to clarify for the jury, those
24 digital image systems that you did work on were not
25 videotex systems; is that correct?

Page 440

1    A    Well, not exactly.  The, viewing the work that
2  I did working at Annapolis was looking to provide
3  Annapolis support through a driver on top of our
4  graphics hardware No. 9.  So then --
5    Q    What time frame?
6    A    -- arguably that system would have been usable
7  for videotex.
8    Q    What time frame was that?
9    A    That would have been the '86 through '88 time
10 frame.
11        And you were designing a driver, but not the
12 hardware?
13   A    Well, I mean, videotex systems in general
14 are -- Annapolis in specific, there's a software
15 component that basically parses incoming information and
16 then tells the hardware what to do with it.
17        So it's not a pure hardware solution.  There's
18 some programing that goes on.  The programming can be
19 ROM, read-only memory.  It can be in RAM and loaded up
20 when the system starts up or some combination thereof.
21   Q    And what year and month did you start college?
22   A    Well, it would have been the summer of '81,
23 either August or September.
24   Q    And what was your GPA in college?
25   A    I don't recall what it was when I graduated.

24  (Pages 437 to 440)

Exhibit 4 Page 24

Page 441

1  I think my senior year was somewhere like a 3.5 or 4.0.
2     Q    Did you ever apply to grad school?
3     A    I did.
4     Q    Did you get in?
5     A    I applied only to RPI.  And I did not get in.
6     Q    Did you take the GRE, the graduate school
7  entrance exam?
8     A    I believe so.
9     Q    What was your percentile?
10    A    I don't know.  But that would have been 23
11  years ago.  I have no idea.
12    Q    And you took the patent bar to help with your
13  career as an expert witness; is that right?
14    A    Well, I took the patent bar because it was
15  something that I thought might be interesting to do.
16    Q    When was that?
17    A    That would have been in late 2001.
18    Q    Did you ever fail the patent bar?
19    A    No.
20    MR. THOMASES:  Why don't we take a break to change
21  tapes.
22    VIDEO OPERATOR:  This marks the end of Videotape
23  No. 1 in the deposition of Jake Richter.  Going off the
24  record.  The time is 3:15.
25        (Recess taken.)

Page 442

1     VIDEO OPERATOR:  We're back on the record.  Here
2  marks the beginning of Videotape No. 2 in the deposition
3  of Jake Richter.  The time is 3:21.
4        (Defendants' Exhibit 18 was marked for
5        identification.)
6  BY MR. THOMASES:
7     Q    Mr. Richter, I've asked the court reporter to
8  mark as Richter Exhibit 18 a copy of the Second
9  Supplemental Report of Jake Richter.
10       I'll ask you if you recognize that document?
11    A    I do.
12    Q    And this is a document that you signed on or
13  about November 11 of this year; is that right?
14    A    That is correct.  It was signed on
15  November 11.
16    Q    Where were you when you signed this document?
17    A    In my hotel room at the Hawaii Prince Waikiki
18  Hotel.
19    Q    Was Mr. Marina with you?
20    A    No, he was not.
21    MR. MARINA:  I wish.
22  BY MR. THOMASES:
23    Q    So when was this document first drafted?
24    A    I received a boilerplate, which is basically
25  just a cover sheet, from Mr. Marina, I think it would

Page 443

1  have been on Friday.  What day would that be?  Friday
2  would be the -- is that the 9th?
3     Q    I believe that's the 8th.
4     A    It was last Friday.  Today is the 14th.  Go
5  back seven.  It's the 9th.  Today is Wednesday; right?
6  Yeah, it would be the 9th of November while I was on the
7  Big Island.  And then that night I wrote all the
8  technical sections in here and then sent that back to
9  Mr. Marina.
10    Q    So these are -- all the paragraphs were
11  written by yourself?
12    A    That's correct.
13    Q    And --
14    A    Well, actually, other than the boilerplate,
15  which would have been like paragraph 1, I guess.
16    Q    And when did you first read the deposition of
17  Dr. Wedig?
18    A    I read that somewhere in the middle of the
19  Pacific Ocean in my cabin.  It would have probably been
20  somewhere at the very end of October or early November.
21  I don't, I don't think -- was it the 4th? 3rd?  Maybe
22  around Halloween sometime.
23    Q    And what was the purpose of the Second
24  Supplemental Report?
25    A    The purpose of the Second Supplemental Report

Page 444

1  was to address some issues in Dr. Wedig's deposition
2  where he provided additional opinions that he did not
3  provide in his expert report.
4     Q    Why do you believe that he provided opinions
5  in his deposition that were not in his expert report?
6     A    Well, actually rephrase that.  He provided
7  opinions in his expert report but provided no details as
8  to why his beliefs or why his opinions were that way.
9  So he elaborated somewhat more in his deposition.  And I
10  found a need to address that.
11    Q    Can you turn to page 4 of Exhibit 18, please,
12  beginning at paragraph 11.  It refers to --
13    A    Yes.
14    Q    It refers to some text from CRC 699-E?
15    A    That's correct.
16    Q    Wasn't that text cited in Dr. Wedig's
17  supplemental report?
18    A    The stuff that was cited there comes from
19  report -- from 699-E.  The part that's in quotes?
20    Q    Yes.
21       Wasn't that cited by Dr. -- that exact
22  paragraph cited by Dr. Wedig in his --
23    A    I believe so.
24    Q    And in this paragraph you don't refer to
25  anything new that was not mentioned in his report, do

25 (Pages 441 to 444)

Exhibit 4 Page 25

Page 445

1 you?
2   A   I think I should take a look at his report to
3 basically verify that. My understanding was -- or
4 recollection is that he opined without any specific
5 basis as to what the color lookup here meant to him;
6 that it only had one possible solution and one possible
7 definition --
8   Q   So couldn't you --
9   A   -- in his deposition.
10   Q   Couldn't you have raised the issue that you're
11 raising in paragraph 11 in response to his original
12 report?
13   A   I don't believe so because I think in his
14 report he did not actually specify why his belief was
15 the way it was; whereas, in his deposition he elaborated
16 on that.
17   Q   You do not attach any exhibits to this report;
18 is that correct?
19   A   There are no exhibits attached.
20   Q   Do you recall when Dr. Wedig's deposition was
21 taken?
22   A   I believe it was October 23, based on
23 paragraph 1 in my report.
24   Q   And were you asked to attend that deposition?
25   A   I was not.

Page 446

1   Q   Did you receive any rough transcript from that
2 deposition?
3   A   I have no idea if what I received was rough or
4 not.
5   Q   But you only received one transcript?
6   A   I only received one transcript.
7   Q   And that was --
8   A   It was not what I would consider a dirty. It
9 was a PDF file. But I've seen dirtier transcripts
10 before. This didn't look like one.
11   Q   And that was somewhere in the Pacific?
12   A   That was somewhere in the middle of the
13 Pacific.
14   MR. THOMASES: I'll ask the court reporter to mark
15 as Richter Exhibit 19 a copy of what we've been
16 referring to as Recommendation S.100 with the Bates
17 labels GW-LT 433374 through -415.
18     (Defendants' Exhibit 19 was marked for
19       identification.)
20 BY MR. THOMASES:
21   Q   Do you recognize that document, Mr. Richter?
22   A   This does look familiar. I will note for the
23 record, I guess, that this document starts at page 165.
24 And I, as far as I know, have not seen earlier pages
25 than this.

Page 447

1   Q   Are you familiar with the International
2 Telecommunication Union?
3   A   Referring to CCITT?
4   Q   No. ITU.
5   A   Oh, ITU. Yes.
6   Q   You're familiar with them?
7   A   I've heard of them.
8   Q   What is your understanding of ITU?
9   A   Basically that's an organization that deals
10 with telecommunications and international standards.
11   Q   Are you familiar with CCITT, also known in
12 English as the International Telegraph and Telephone
13 Consultative Committee?
14   A   I am.
15   Q   What is your understanding of the CCITT?
16   A   Similarly a standards body, but also where I
17 know them from in particular is that they have published
18 a widely used standard for fax content compression,
19 CCITT compression.
20   Q   And that's facsimile machines?
21   A   Facsimile machines, and also used in certain
22 graphics files on computers.
23   Q   Now, I'm going to refer to this document as
24 Recommendation S.100. Is that okay with you?
25   A   That's okay.

Page 448

1   Q   And have you read the entirety of
2 Recommendation S.100?
3   A   I have, yes. Actually, I have of what the
4 document is in front of me. I've not seen pages
5 whatever through 164.
6   Q   Do you have an understanding that the books
7 published by CCITT contain multiple recommendations?
8   A   I don't have any such understanding.
9   Q   Do you have any reason to believe that you do
10 not have the complete Recommendation S.100 in front of
11 you?
12   A   I have no basis to draw that conclusion on. I
13 will say that in this document it makes references to
14 other documents which I did not see in here; such as,
15 let's see, there were ISO 2022 standards. There was I
16 think some other ISO standards and things subject to ISO
17 approval that were referenced hereto, which has kind of
18 led me to believe that this was not entirely a complete
19 standard.
20   Q   Did you ask to review any of those ISO
21 standards?
22   A   Not specifically. I mentioned the fact that
23 they didn't exist.
24   Q   You didn't ask Lucent's counsel to provide you
25 copies?

Page 449

1  A  I did not.
2  MR. MARINA:  It's not our job to provide copies.
3  THE WITNESS:  That was kind of the answer I got,
4  so --
5  BY MR. THOMASES:
6  Q  The answer you got was it's Gateway's job to
7  provide you copies?
8  A  Well, basically what it came down to is
9  Dr. Wedig did not cite the other portions, other
10  sections in his report.  So it was deemed unnecessary
11  for me to basically go and try to dig these things up
12  which may or may not exist.
13  Q  Do you know whether they were produced by the
14  defendants in this case?
15  A  It is my belief they were not.
16  Q  And how did you obtain that belief?
17  A  I asked.
18  Q  So you asked if they were produced, but you
19  didn't ask --
20  A  I asked where the other pages were, and I was
21  told they were not produced.
22  Q  What was not produced?
23  A  The things I asked for.
24  Q  You said the other pages and --
25  A  The other pages and the referenced ISO and --

Page 450

1  because some of these things, there may not actually be
2  any paper documents for because they are subject to
3  approval, so --
4  Q  You did not seek ISO 2022?
5  A  I did not go out and try to seek ISO 22 --
6  2022.
7  Q  You were informed that ISO 2022 was not
8  produced by defendants?
9  A  When I asked about the other pages in the
10  document and the other references within, I believe I
11  was told that they were not produced by defendants.
12  Q  Did you ask to see Recommendation F.300?
13  A  I did not.
14  Q  Were you told that Recommendation F.300 was
15  not produced?
16  A  I did not because I didn't ask for it.
17  Q  How long did you spend studying Recommendation
18  S.100?
19  A  It would have been in that clump of the 20 to
20  48 hours that I initially spent.  And I probably spent
21  some additional time afterward looking at it as well as
22  I was preparing my report.
23  Q  Approximately how much extra?  Don't know?
24  A  Probably another 10 to 20 hours.
25  Q  And did you review the entirety of this

Page 451

1  document?
2  A  I believe so.
3  Q  Do you know?
4  A  Well, again, the entirety that we have in
5  front us today.
6  Q  Right.  Exhibit 19?
7  A  Yes.
8  Q  What is Recommendation S.100 in your mind?
9  A  In my mind it is a group of people having
10  gotten together and basically putting in a bunch of
11  different concepts and trying to put them into one
12  document that attempts to be cohesive.
13  Q  You kind of say this in a condescending way?
14  A  I do.  I used to work on standards committees
15  and was a chairman of one in the video electronics
16  industry.  And this basically looks like a, to me, a
17  document where basically you had a lot of -- I guess the
18  euphemism is a lost chefs and not a lot of -- I don't
19  know -- a lot of chiefs and very few Indians, basically.
20  A lot of people basically got together and
21  said I want to see this in there; I want to see this in
22  there; I want to see this in there, and they slapped it
23  all together with recommendations that maybe someone can
24  get this to work.
25  Q  Did you review any documents pertaining to the

Page 452

1  promulgation of Recommendation S.100?
2  A  I did not.  I think there was a reference to
3  the S.100 thing in one of the later cited documents from
4  Dr. Wedig.  But there was no inference in there that
5  actually -- anything ever had actually been built around
6  S.100.
7  Q  I was -- maybe you misunderstood my question.
8  Did you review any documents regarding how the CCITT
9  group derived S.100, Recommendation S.100 as a standard?
10  A  Unless they were produced by Dr. Wedig and
11  cited by him, no.
12  Q  Do you have an understanding of the process
13  for CCITT to issue a standard?
14  A  Well, this doesn't look like it's a standard.
15  It look likes it's a recommendation.  There's a
16  distinction between that.  I know at Vesa we issued --
17  THE REPORTER:  I know that?
18  THE WITNESS:  At Vesa, V-e-s-a.
19  We issued things that were akin to
20  recommendations as well.  And they did not have the
21  force or the bearing of standards.  Generally standards
22  had to be signed off by all of our member organizations.
23  And there was some commitment to go and implement these
24  standards as well.  And I don't know that that same
25  process exists with a recommendation from the CCITT.

27 (Pages 449 to 452)

Exhibit 4 Page 27

Page 453

BY MR. THOMASES:
2   Q   So you don't know; it could be considered a
3 standard under CCITT protocols; is that right?
4   A   It's possible. It seems unfinished to me. So
5 I would kind of doubt that unless they produced
6 unfinished standards, which I have my doubts about that.
7 But it's possible. Can't rule it out.
8   Q   In your mind you think this is an unfinished
9 standard?
10   A   In my mind I see this as a Recommendation that
11 still needs work.
12   Q   Lower case recommendation?
13   A   No. It's all upper case here. It says
14 Recommendations. That's what it says on the cover of
15 the document.
16   Q   But you're not sure that it's what you're
17 calling a recommendation or could be what you call a
18 standard; is that right?
19   A   It could be anything. My personal opinion is
20 that I doubt that it's a standard just based on the fact
21 that there are a number of things in here that are left
22 incomplete.
23   Q   Do you have a knowledge of how CCITT approved
24 recommendations in the 1979, 1980 time frame?
25   A   No.

Page 454

1   Q   Do you understand that a recommendation goes
2 through many levels of debate before being approved?
3   MR. MARINA: Assumes facts not in evidence.
4   THE WITNESS: I'm sure that's quite possible.
5 BY MR. THOMASES:
6   Q   Do you have an understanding what a plenary
7 assembly is with respect to CCITT?
8   A   No.
9   Q   Now, based on your review of this document,
10 does it pertain to videotex?
11   A   Yes.
12   Q   And based on your review of this document what
13 is it telling you about videotex?
14   MR. MARINA: Object to the form. Vague.
15   THE WITNESS: What it's saying about videotex
16 is that there are at least four different types of
17 mechanisms or options that have been put forth to
18 provide videotex-like services around the world. And it
19 presents four of them in this document.
20 BY MR. THOMASES:
21   Q   Do you recall the names of the four?
22   A   They are in Section 1.2.4. And there's mosaic
23 character sets, geometric systems, dynamically
24 redefinable character sets, and photographic
25 representation.

Page 455

1   Q   Do you see what the next sentence says? Can
2 you read that into the record?
3   A   "These options aren't mutually exclusive. And
4 it is possible that systems may develop using two or
5 more options," which is one reason I think this is an
6 incomplete document because it's more like a wish list
7 than actually some sort of recommendation to go ahead
8 and actually do the implementation.
9   Q   That's your opinion based on your knowledge
10 but not based on your understanding of any official
11 protocols of CCITT?
12   A   That is correct.
13   Q   What is your understanding of mosaic character
14 sets, the first item listed there?
15   A   Well, delving deeper into the S.100
16 Recommendation, that would seem to basically refer to
17 what they call, I think, the serial and parallel modes
18 of operation. Those are covered in Section 5, which
19 starts on page 172.
20   Q   And what is your understanding of the
21 geometric system?
22   A   Well, geometric system is what's described in
23 probably Section 6. Yeah, Section 6. It's what they
24 call the alphageometric option. That starts on page
25 185.

Page 456

1   Q   And what is your understanding of the
2 dynamically redefinable character sets?
3   A   That would be what they discuss in, I believe
4 it's Section 7 or 8 -- 7, which starts on page 196 and
5 ends the following page.
6   Q   And for the layperson, what is dynamically
7 redefined character sets?
8   A   Well, I can read to you what it says here. "A
9 DRCS" -- which is an abbreviation that they use for
10 dynamically redefinable character sets -- "is a set of
11 characters whose shapes are sent from the database and
12 down-loaded via the line. It may be used to represent
13 alphabetic characters, special symbols, or picture
14 element symbols for constructing fine graphics.
15   "Once loaded the DRCS are regarded as members
16 of a library that can be designated by appropriate ESC
17 sequences" -- that's ESC, capitals -- "as G0, G1, G2, G3
18 sets. Several schemes for the DRCS option are possible.
19 One scheme is described in Section 7 in the context of a
20 general architecture. When used in its alphanumeric
21 mode DRCS may be employed as part of the alphabetic
22 representations of any other Videotex option and in that
23 case the attributes associated with that option are to
24 be used."
25   Q   Do you have an understanding of escape

Exhibit 4 Page 28

Page 457

1  sequences and the G sets?
2      A   A basic understanding.
3      Q   What is your understanding?
4      A   That the G sets are different character sets
5  that one can select using escape sequences in the
6  videotex terminal or system.
7      Q   And do you have an understanding what C sets,
8  capital C?
9      A   It's my understanding those are control sets.
10     Q   And how are those called?
11     A   I think they are referred to as like C0 and
12  C1.  But it depends on the specific platform, I guess.
13  I don't recall if in all videotex systems are referred
14  to in the same way or not.
15     Q   Do you recall if they are invoked with escape
16  sequences?
17     A   Escape sequences are involved.  I believe that
18  might be like a shift-in, shift-out.  I would have to
19  take a look at the specification again, or
20  specifications.  Again, I don't think it's consistent
21  throughout.
22     Q   You don't think it's consistent?
23     A   I don't think that the loading of control sets
24  or what those control sets do is consistent throughout
25  all the different variants of videotex.

Page 458

1      Q   Do you have an understanding of the standard
2  for seven bit encoding that is being described as being
3  used by videotex?
4      A   I have had understanding.  Right now at this
5  table I probably need to refresh my memory as to the
6  details of it.
7      Q   When did you have your understanding?
8      A   Well, I mean, when I did more work on
9  Annapolis-type efforts back in the early '80s and also
10  even a year and a half ago when I was reviewing
11  materials for my previous reports.  I just haven't dealt
12  with it in at least a year and a half at this point.
13     Q   Do you have an understanding from your recent
14  review of S.100?
15     A   To the extent that it's covered there, yes.
16     Q   Well, what is your understanding of a
17  seven-bit coding scheme?
18     A   Well, that basically the seven bits of data
19  are provided.  I believe the last bit is used for parity
20  to ensure -- because at the time that these -- that
21  videotex was around, communications occurred via, say,
22  phone lines and other mechanisms, serial mechanisms
23  typically, which were not exactly reliable; as the
24  couldn't send through huge amounts of data and expect it
25  to come out exactly as it should at the other end.

Page 459

1      So that eighth parity bit would be used to
2  determine whether or not it's likely that one bit
3  changed or an odd number of bits changed and the seven
4  bits is actual data that was being passed along.  And
5  out of those seven bits then, based on their bit
6  patterns and so on, you could encode a variety of
7  information, whether it be text, commands, controls,
8  whatever.
9      Q   How would the receiving unit be able to
10  interpret that data coming down the line?
11     A   Well, assuming the data coming down the line
12  was in the format that it understood and the terminal
13  was programmed appropriately, it should -- it would be
14  able to decode it as it was intended to by whoever
15  designed the data.
16     Q   And do you understand that the videotex
17  systems discussed in S.100 were using that mechanism of
18  seven-bit encoding?
19     A   I believe they were.
20     Q   Do you know what physically happens when a
21  control set is invoked by a terminal?
22     MR. MARINA:  Objection.  Vague.
23     THE WITNESS:  What do you mean by "physically"?
24  BY MR. THOMASES:
25     Q   Well, is there a scratch pad, temporary memory

Page 460

1  where the control set is resident?
2      A   I don't knows about the specific
3  implementation on a per videotex terminal basis.  That
4  would certainly be one way to do it.
5      Q   Can you describe for the jury what is in a
6  control set of the videotex systems as described in
7  S.100?
8      MR. MARINA:  Objection.  Vague.
9      THE WITNESS:  Probably the easiest thing to do is
10  point you and the jury to the tables that exist in here.
11  For example, in Figure 2/S.100 on page 169, that would
12  actually be, I believe, the master control set that's
13  got the higher-level functions like shift-in, shift-out.
14  You take a look at the bottom lower left, SO and SI.
15      Those are used to invoke other sets to the
16  system.  Let's see.  I think those are all actually
17  documented here.  Yeah, if we look on page 171, let's
18  see, shift-out was a control character used in
19  conjunction with a shift-in the character -- which is
20  the next section down -- to load in the control set in
21  columns 2 to 7 of the code table.  Columns 2 to 7 are
22  what's blank in Figure 2/S.100.
23      Let's see.  There's a control set for the
24  serial mode on page 176, Figure 5/S.100.  There's
25  another one which is Figure 7/S.100 on page 181.

Exhibit 4 Page 29

Page 461

BY MR. THOMASES:

1  Q   Each of these figures that you looked at are
3  depicted as an eight-column table with 16 rows; is that
4  right?
5  A   Yeah. I mean, graphically in this document,
6  that's how they are depicted.
7  Q   And each entry into the table can be called by
8  a byte coming down the line; is that right?
9  A   Well, the documentation herein describes, when
10 you have a certain bit sequence that matches what's in
11 this table printed here, what that command or function
12 would do.
13 Q   Can you explain that a little more?
14 A   Sure. Basically these tables, what they do,
15 is they are basically a bit encoding. If you look at
16 the top of -- let's start back off with the very first
17 one here on page 169. If you take a look at the top --
18 let me get my glasses for this -- you have three bits
19 across the top which are bits 5, 8 -- sorry -- I guess
20 that would be, yeah, 5, 6, 7. And then along the
21 left-hand side you have bits 1, 2, 3, 4.
22     Do you see that?
23 Q   Uh-huh.
24 A   Okay. So this basically indicates what a
25 binary encoding would be of the particular function

Page 462

1  listed in this table that's presented here. So for
2  example, the shift-in function would basically have bits
3  5 through 7 set to 0, and bits 1 through 4 set to 15; or
4  in other words, in binary presentation it would be
5  000-1111. Okay. That would be the actual binary data
6  that would be received if someone wanted to initiate a
7  an SI instruction in this particular control set.
8  Q   So in columns 2 through 7, depending on what
9  escape sequences had gone before, different entries for
10 the table can be in each location; is that right?
11 A   Well, there are documents being there. But
12 what it really is is basically, it's presented in this
13 fashion for humans to be able to read it.
14 Q   Okay. But let's say if you had seven bits
15 coming down as 111-0000, what does that do?
16 A   It would be for whatever command set is
17 currently active. It would determine what's in that
18 position, basically what's been documented for that.
19 Q   And what do you mean by "currently active"?
20 A   Well, you can basically say is this -- the
21 reason that basically they had different control sets
22 available was because there would be times in certain
23 videotex implementations where they would have more
24 commands than they had bit combinations for. Okay. So
25 they needed a way to basically say, okay, well, I have,

Page 463

1  in this case, it would be 6 by 16. So I guess that
2  would be 96 different combinations available. Well, if
3  I have 98 different commands, I need a way to basically
4  access those other two.
5  Q   So well, let's look at page 173, Figure
6  3/S.100.
7  A   Okay.
8  Q   So if --
9  A   That's not a control set.
10 Q   Okay. That's a G set?
11 A   That's a graphic set, a G set, yeah.
12 Q   So if the G0 set is invoked --
13 A   Uh-huh.
14 Q   -- where is it residing in the terminal?
15 A   Well, I don't know. I mean, it's quite likely
16 that it exists in the terminal somewhere. And something
17 internally is saying, what mode are we in right now?
18 What type of command did I get to basically post an 8
19 character to the screen? Okay. Well, I'll go and grab
20 that character out of memory.
21 Q   Okay. So if the seven bits that I just
22 described come down in a byte, 111-0000, that would give
23 you a lower case P; is that right?
24 A   Right, if that's what you -- if you're in the
25 process of specifying a character. In this

Page 464

1  particular -- with this particular representation or
2  set, you would basically result with a P.
3  Q   But the same byte would give you another piece
4  of information if a different G set were in place; is
5  that right?
6  A   That's correct.
7  Q   So for example, let's look at page 182, which
8  is Figure 8/S.100; appears to be a set of mosaics?
9  A   Figure 8, okay.
10 Q   So the, a byte containing bits 1, 7 and --
11 111-0000, would give you the top right most mosaic; is
12 that right?
13 A   That would appear to be correct, yes.
14 Q   Where do these mosaics reside in the terminal?
15 A   Again, they are likely to be they're in there
16 somewhere already as bit patterns.
17 Q   What do you mean by bit patterns?
18 A   Well, in this particular case, because it's
19 displayable data, since there are six cells inside one
20 of these alphamosaic characters here, I would assume --
21 this is based on being a programmer -- that there would
22 be six bits defined somewhere for that particular value.
23 That would basically tell me that that's -- these bits
24 are off; these bits are on. And they would reproduce
25 this character when it was basically displayed.

30 (Pages 461 to 464)

Exhibit 4 Page 30

Page 465

1    Q    Would that exist in a ROM?
2    A    It could be in a ROM.  It could be in a RAM.
3  There's nothing in S.100 specification that specifically
4  dictates where and how it's supposed to be stored.  For
5  all I know it could basically -- every time you turn on
6  the terminal, I could basically download all this
7  information.  That's possible too.
8    Q    Looking at Figure 8, do you know why columns 4
9  and 5 are blank, except for one entry?
10    A    No.  I assume that they have some other use to
11  them.  Actually, if you look at Figure 6, it talks about
12  columns 4 and 5, for the serial mode to be used for
13  blast-through characters.
14    Q    Do you know what that refers to?
15    A    I wasn't quite sure.  I'm reading the
16  specification as to what that meant.
17    Q    Now, can you turn to Figure 7, which is on
18  page 181.
19    A    Uh-huh.
20    Q    And this is a control set for parallel mode;
21  is that right?
22    A    Let's see.  "Supplementary set of control
23  functions - parallel mode," yes.
24    Q    Known as a C1 set?
25    A    I don't know off the top of my head if this

Page 466

1  would be C1 or -- let's see.  Yup, that seems to be the
2  case.  There's a description of that table on, in
3  Section 5.4.1.3.
4    Q    That's page 179?
5    A    179.  And it does say that is a -- that is the
6  C1 set.
7    Q    Where does the C1 set reside prior to being
8  called or invoked?
9    A    Similar as before, it could basically already
10  be existing in the system, or it could be downloaded at
11  some point as well.
12    Q    And when you say, "existing in the system," it
13  could be ROM or RAM?
14    A    ROM, RAM.
15    Q    Where does it reside when it's invoked?
16    A    Well, again, looking at this as a programmer,
17  I would think that it wouldn't change where it resides;
18  unless it wasn't in the system in the first place and
19  needed to be downloaded.
20    Q    So looking at Figure 7, 16 of those specify a
21  color; is that right?
22    A    16 of those entries in this table that's shown
23  here on the page do specify it's -- yeah, color name.
24    Q    And nothing kind of locks any particular entry
25  in this C1 set table to a particular color except for

Page 467

1  the protocol; is that right?
2    A    No.  That's wrong.
3    Q    Why is that?
4    A    Well, if you take a look -- I mean, here --
5  and there's also reference later on in this document --
6  there's a very clear correlation between the b1, b2, and
7  b3 values with what the actual color is that's being
8  used.
9    Q    But you said in your second supplemental
10  report in front of you that those bits can be switched
11  to identify different colors; isn't that right?
12    A    You could change the meanings of those bits to
13  point to, in hardware, different output lines to monitor
14  and swap them.
15    Q    Couldn't you also download different colors
16  into the memory that holds the C1 set?
17    A    You could.  Again, anything is in the realm of
18  possibility.  But there's no functionality in here to
19  support that at this point.
20    Q    But there's no functionality to say that
21  that's doesn't happen?
22    A    That's true.
23    Q    So --
24    A    There are a lot of different options as I
25  pointed out.

Page 468

1    Q    Now, your opinion is that b1 goes straight to
2  the red gun?
3    A    Uh-huh.
4    Q    And b2 goes straight to the green gun; and b3
5  goes straight to a blue gun?
6    A    Well, let's say it goes to the particular
7  section in either the monitor or in the device that does
8  the digital analog conversion to set electron beam on.
9  But basically those three lines are passed along.  And
10  basically they are in the complete output stage of
11  whatever the hardware system is.
12        There were, back in this time frame, basically
13  two types of color monitors.  And there were two
14  tail-based monitors, which basically took a digital
15  signal in such as this would generate.  Okay.  And that
16  would basically drive either a zero or one in each one
17  of the three color lines.  And then the monitor
18  internally would say, okay, if this color line is on at
19  this point in time, I'm going to fire the red electron
20  gun with the appropriate voltage, so that basically a
21  red dot appears on the display; same thing for green;
22  same thing for blue.
23        Okay.  More advanced systems that typically
24  had more colors in them would actually do this
25  digital-to-analog conversion on the computer side of

31 (Pages 465 to 468)

Exhibit 4 Page 31

Page 469

1  things where the actual -- where there would actually be
2  a voltage level that would be output from the system to
3  whatever the attached display would be.
4      So in a typical CRT at the time, black -- I
5  shouldn't say black -- but no color for a color
6  component would be zero volts.  And full color, full
7  intensity, would be approximately .7 volts.  And you
8  could get, for example, half intensity red by basically
9  outputting an analog voltage signal of .35 volts,
10  approximately.  So that's how that worked.
11     Q   I do want to understand that a little more.
12  First of all, the first eight entries on column 4 of
13  Figure 7 --
14     A   Okay.
15     Q   -- say black foreground, and then there's
16  other colors: red, glean, yellow; they each have an F,
17  dot, dot, dot.  Is that your understanding that they all
18  indicate a foreground color?
19     A   I believe that the F stands for foreground, as
20  defined in this specification.
21     Q   The next column 5, the first eight entries say
22  black background, red B, continuing down with B, dot,
23  dot, dot.  Is it your understanding that those indicate
24  a background color?
25     A   Again, as that term is used in this.

Page 470

1      Q   And it's your understanding, I believe, that
2  the parallel mode described in S.100 sets a foreground
3  color and a background color and then sends some
4  character requests or mosaic requests; is that right?
5      A   Let me take a look.  I would say for the
6  foreground that is probably correct.  For the
7  background, I'm not quite so certain.
8      Q   Why are you saying that?
9      A   Well, they chose for whatever reason to use
10  different definitions for what happens when you use a
11  foreground color versus what I call a background color.
12     Q   Can you please state for the record where
13  you're looking in the document?
14     A   Sure.  The foreground color is described in
15  Section 5.4.2.2.1.  And there's a line of text there
16  that lists -- well, there's a listing of colors: black
17  foreground, red foreground, green foreground, yellow
18  foreground, blue foreground, magenta foreground, cyan
19  foreground, and white foreground.  And then next to that
20  one line it says, "Causes the following characters to be
21  written in the color indicated.
22     In Section 5.4.2.2.10, there's a similar
23  listing of color names.  But instead of being followed
24  by the word "foreground," it's followed by the word
25  "background."  And then the line of text next to that

Page 471

1  which appears to define what this is says, "Causes the
2  following characters to be displayed in their foreground
3  color on a background of the color indicated," so --
4      Q   Why do you think that that means that the
5  background doesn't persist for multiple characters?
6      A   That's not what I said.
7      Q   Then maybe I misunderstood.
8      A   I said that I don't believe that
9  foreground/background are treated the same way.
10     Q   Could you read back what I said about the
11  foreground background?
12     A   Maybe I misheard.  But while we're here, can
13  you elaborate on that?
14     A   Yeah.  That's what I was getting to.  You
15  asked me to read the section.
16     So the foreground section talks about
17  characters to be written in the color indicated.  Okay.
18  That implies a writes to frame buffer or whatever
19  mechanism is used to actually store the image that's
20  going to be displayed on the display; whereas, in the
21  other section under background, it says, "Causes the
22  following characters to be displayed in their foreground
23  color on a background of the color indicated."
24     It seems to be that they explicitly did not
25  use the word "written."  And I don't understand why that

Page 472

1  would be.  Because displayed and written definitely have
2  different meanings.
3      Q   Okay.  But for the foreground color you
4  understand that it affects subsequent characters'
5  foreground as it's written into video memory of some
6  sort?
7      A   That appears to be the implication.
8      Q   Is that also your understanding of background,
9  or you're saying you can't tell from the language?
10     A   I cannot tell from the language.
11     Q   Do you have any other reason to believe that
12  the background must be specified for each character that
13  is sent down the phone line?
14     A   And that question again, please?
15     Q   Do you have any specific reason to believe
16  that a background color must be specified for each
17  character that is sent down the phone line to a
18  terminal?
19     A   No.  But that's not the part that I'm
20  addressing.  You're asking a different question than
21  what I'm talking about.
22     Q   Okay.  Your answer, though, to me is that you
23  don't have any indication of that?
24     A   Ask the question again.
25     Q   Let me step back.  Based on your review of the

32 (Pages 469 to 472)

Exhibit 4 Page 32

Page 473

1  materials --
2      A    Uh-huh.
3      Q    -- do you believe that the background color,
4  once specified --
5      A    Uh-huh.
6      Q    -- affects the background of multiple
7  characters that follow the specification of the
8  background color?
9      A    According to the Recommendation S.100 in this,
10  in the parallel alphamosaic mode, it does say it "causes
11  the following characters, in plural, to be displayed in
12  their foreground color on the background of the color
13  indicated." So that would indicate to me that whatever
14  the background function does, it affects characters in
15  the plural.
16      Q    And you're not sure what the background
17  function does because it uses "displayed" in that
18  paragraph rather than "written"?
19      A    Correct.
20      Q    What are the options of what could be done
21  based on your understanding of that language?
22      A    Well, at least two things popped in mind. One
23  is that this could force a colored rectangle to be
24  written into the frame buffer first, and then the
25  character written over the top of that. Okay. So

Page 474

1  basically it's a separate function that occurs, a
2  rectangle drawing function. That's one possibility.
3          Another is that there could be some additional
4  overlay array that's in the system, or actually it's an
5  underlay; where you basically just set a value into it
6  like an attribute for that particular cell, and that
7  changes the material of that cell. And then the writing
8  of the character occurs in separate memory, and then
9  basically composites it on the way out.
10      Q    Do you have an understanding based on your
11  experience of how character cell systems worked prior to
12  1981?
13      A    I know how they worked in 1981 and in 1980 and
14  I think in '79 as well.
15      Q    Was it your understanding that they had a bit
16  map representing a rectangle, and zero would represent a
17  background, and one would represent a foreground?
18      A    Not always. I mean, zero tended to represent
19  a black; and one either -- the on color, whatever that
20  might be. It might be amber. It might be green, or
21  maybe white.
22      Q    Could zero be interpreted to represent
23  whatever was specified previously as a background color?
24      A    Zero could be used to interpret -- or to
25  basically be determined as a don't care. So as in like

Page 475

1  don't put anything here.
2      Q    Could zero be used to indicate put the
3  previously specified background color here?
4      MR. MARINA: Objection. Incomplete hypothetical.
5      THE WITNESS: Theoretically I suppose so. I don't
6  know off the top of my head systems that I worked with
7  that did that.
8  BY MR. THOMASES:
9      Q    Now, how would the foreground color persist in
10  the terminal for these subsequently sent characters?
11      A    Again, there's no guidance in the
12  Recommendation S.100 as to how the actual implementation
13  would occur. So I don't know specifically in this
14  system how it was intended to, to function in that
15  fashion.
16      Q    Would it be reasonable to say it's set in some
17  memory registers?
18      A    It could be in a register. It could just be
19  in a another memory location somewhere. I don't know.
20  It could be stored in any variety of methods or ways.
21      Q    Is that same true for a background color?
22      A    I suppose so.
23      Q    So given your opinion about what b1, b2 and b3
24  could represent --
25      A    Uh-huh.

Page 476

1      Q    -- how would that work in a system that had a
2  character stored in a bit map?
3      MR. MARINA: Object to the form. Vague.
4      THE WITNESS: I don't understand the question.
5  BY MR. THOMASES:
6      Q    Well, I'm trying to figure out your -- this
7  assumption that you have about b1, b2 and b3; how
8  physically b1 would be used to indicate a certain color,
9  and b2 would be used to indicate a certain color, and
10  b3?
11      A    Well, it's, it's not that they would be --
12  well, the way it works is that basically when you would
13  be writing data, say, pixel into the frame buffer, you
14  would look up what the current color value was. And you
15  would stuff those, in this case, three bits into that
16  position in the frame buffer.
17          Okay. So for example, if you look back at
18  Figure 7/S.100, the top values here, b5 through b7,
19  probably presumably b4 as well -- actually, no. Sorry.
20  Just -- yeah, actually it is b4 as well. But the
21  combination of b4 through b7 are like the control code
22  that basically says my lower three bits are a foreground
23  color or a background color.
24      Q    Does anything in this document call for the
25  seven bits, a control code?

Exhibit 4 Page 33

Page 477

1    A   I believe so.  It talks about this coding
2  represents --
3    Q   Isn't that the whole coding for the whole
4  table?
5    A   Pardon?
6    Q   Isn't that the whole coding for the whole
7  seven-bit code table?
8    A   Sure.  But that's the documentation.  These
9  are all codes.
10   Q   Nothing ever says bits 4, 5 and 6 are control
11 codes?
12   A   No.  But it's obvious from this table.
13   Q   Do you see any text in the document that says
14 that?
15   A   I see a text that says basically the lower
16 three bits are color values.
17   Q   So the document says the lower three bits are
18 color values?
19   A   Yeah.  It says in Section 9.3.1, I believe it
20 was.  Right here.  Let's see.  It says that "limiting
21 videotex to eight colors is unnecessary" --
22   THE REPORTER:  Limiting videotex?
23   THE WITNESS:  Actually, let me start at the
24 beginning of 9.3.1, read the whole thing into the
25 record.  9.3.1:  "Most of the currently planned and/or

Page 478

1  offered services utilize images created with only eight
2  colours, which are formed by the various combinations,
3  (on or off) of three primary colors - red, green and
4  blue.  Limiting videotex to eight colours is an
5  unnecessary restriction, since the electron -- the
6  electronic emission devices controlling the red, green
7  and blue colours can be caused to have more than just
8  the two states of on and off."  Okay.
9        So what this is saying here is that the
10 existing videotex systems at the time had only those
11 eight colors, and that those colors were controlled by
12 toggling three bits in an off position thing.  And they
13 were relating to red, green and blue; that there was a
14 direct correlation between them.
15 BY MR. THOMASES:
16   Q   No where in 9.3.1 does it mention three bits,
17 does it?
18   A   Sure, it does.  "Various combinations of the
19 on or off" -- on or off is a bit.  That's a binary
20 representation or binary bit of three primary colors,
21 red, green and blue.
22   Q   The word "bit" doesn't appear there?
23   A   The word "bit" expressly doesn't appear there.
24   Q   Or the word, "b1, b2" or "b3" doesn't appear
25 there, does it?

Page 479

1    A   No.
2    Q   So is it possible that the systems do have a
3  color memory as defined by the court?
4    A   No.
5    Q   You think it's impossible?
6    A   I think based on this specification of S.100
7  as to what's been described in Table 7 -- and I think
8  there was a Table 5 maybe -- it is not.
9    Q   Why not?
10   A   Well, first of all, if there were a table -- a
11 color memory as you've used terminology and the court
12 has -- then there are no functions to allow you to
13 change the contents of that.  Okay.  Which basically is
14 kind of obvious to me as to why they put in extra
15 hardware in the system where you don't actually use that
16 functionality.  As for this document, 9.3.1, laments to
17 the fact or laments to the fact that only those eight
18 colors are supported and no others.
19   Q   Have you heard of Gamma correction?
20   A   I have heard of Gamma correction.
21   Q   Is Gamma correction implemented using a table?
22   A   That's one possibility to implement in modern
23 systems.
24   Q   So even if a system had only the ability to
25 turn a color gun on or off --

Page 480

1    A   Uh-huh.
2    Q   -- that ability can still be achieved using a
3  color table for Gamma correction; isn't that right?
4    MR. MARINA:  Object to the form.  Vague.
5    THE WITNESS:  That's an extremely hypothetical
6  question because Gamma correction didn't really come
7  about in software or hardware for display systems until
8  at least the mid to late 1980s.
9  BY MR. THOMASES:
10   Q   You talked about the digital-to-analog
11 conversion?
12   A   Uh-huh.
13   Q   You understand that; right?
14   A   Yes.
15   Q   Even if red is specified --
16   A   Uh-huh.
17   Q   -- by a bit 1 under your hypothetical --
18   A   Uh-huh.
19   Q   -- there could be a table that is residing in
20 the digital analog converter that sets the voltage level
21 for the red gun; is that right?
22   A   It would be if we're talking about the
23 mid-'80s onward and when Brooktree first developed the
24 Ramdax; because those were the first devices to actually
25 integrate a color lookup table mechanism of some sort

34 (Pages 477 to 480)

Exhibit 4 Page 34

Page 481

1 inside a DTA converter as a single piece of silicon.
2 Q Okay. If you draw a box around two pieces of
3 silicon, did you ever hear of a table that would go into
4 the DTA converter that would specify a voltage less than
5 the maximum the gun could go even if the bit indicating
6 red is one?
7 A In that time frame, no.
8 Q What time frame?
9 A In the time frame of the invention.
10 Q Do you know that specifying bit 1, a parallel
11 mode terminal would set the voltage of the gun at
12 exactly .7 volts?
13 A I think it would depend on what the display
14 device was. It depends on what's inside. And also --
15 we used to have these long tools we used on monitors to
16 basically tune them and so on, so you didn't get
17 electrocuted because they were coded by rubber. You
18 could basically go in and increase or decrease the gun
19 levels in the monitor.
20 So basically what would happen would be the
21 signal would come in on a GTL line into the device. The
22 internal digital-to-analog converter would say, fire
23 this gun, and then there would be a potentiometer in
24 there that would allow you to basically specify --
25 THE REPORTER: There would be a?

Page 482

1 THE WITNESS: Potentiometer that would allow you to
2 specify what the actual voltage was; because one of the
3 things that happened, especially with the older
4 technology CRTs, is the phosphorus would tend to fade
5 more quickly and not -- they would actually require a
6 little bit of a boost in order to be as bright as they
7 once were.
8 BY MR. THOMASES:
9 Q Based on your hypothetical that b1 is red, and
10 b2 is green and b3 is blue, you said that all three of
11 those bits would be written into every pixel in the
12 frame buffer?
13 A Yes.
14 Q That's a very processor-intensive action back
15 in 1980; isn't that right?
16 A No. I'm sorry. Part of my laughter -- but
17 it's the -- or I should say amusement.
18 The fact is if you basically had a frame
19 buffer that it was only one bit for pixel and that
20 somehow it tried to basically say that that one bit
21 represented three bits on the output, but it was a
22 different one for each thing, that technically would not
23 work. That's what you're proposing.
24 Basically a frame buffer would have to store
25 three bits for every pixel that it's displaying and

Page 483

1 putting onto the display. You have to write --
2 basically, in the operation of writing three bits, it's
3 basically something that's basically done in parallel.
4 There's no additional use of cycles or anything else
5 that happens. You basically clock in the data into the
6 memory.
7 Q Is it possible the bit map for text
8 characters, for example, is like I described: Zeros and
9 ones would indicate the stroke of the font; like an A
10 would be diagonal ones down the line, and ones across --
11 A Sure. Your source data could be in binary
12 form.
13 Q Okay. And there's, in the video memory,
14 indication that As, the top left most character on the
15 top row of the dis- -- the visual display?
16 A Okay. So you're using a hypothetical example
17 that all the memory is used for display from this
18 morning or actually earlier today?
19 Q Right.
20 A For example. Okay.
21 Q Could it be that zero knows to go look at a
22 register that has been previously set to be the
23 background color, and that register is an index into a
24 color memory. And one indicates go look at a register
25 that's been set to be the foreground color. And the

Page 484

1 foreground color goes to the same eight-entry memory to
2 indicate the foreground color that would be drawn for
3 every raster scan?
4 MR. MARINA: Objection. Vague. Incomplete
5 hypothetical.
6 THE WITNESS: Well, it is a hypothetical. But two
7 things with that: One is you wouldn't waste your time
8 from both a hardware in a problematic perspective to
9 basically go and, as you are scanning out -- you're
10 talking about basically having a monochrome frame
11 buffer, where basically there are only ones and zeros
12 for each character -- for each pixel location, if I
13 understand correctly.
14 BY MR. THOMASES:
15 Q Assuming it's a frame buffer, character cells
16 use other types of things?
17 A I mean, yeah. You can just specify character
18 values too. But you wouldn't then go in the process of
19 rasterising that -- because I understand you were
20 talking about translating that into the frame buffer and
21 then output it into the display? Is that what you're
22 saying? I just want to make sure.
23 Q The zero tells you to go -- every where
24 there's a zero, put the value from the lookup table of
25 colors, which is indicated by what it was previously set

Page 485

1  as the background.
2      A   Okay.  So what that would mean -- because the
3  display updates at that point in time probably 30 times
4  a second -- that whatever value you had stored, wherever
5  you had it for the color, which would be the previous
6  bit that you stored, would basically affect all the
7  characters on the screen at the same time.
8          You wouldn't be able to change the color of
9  the characters from one position to the next.  You'd be
10  stuck with that one color for all the one bits of
11  characters that you're displaying and whatever you've
12  got set up for doing with the zero bits.
13     Q   So is there, in your mind, any system where
14  the three bits specified by the b1, b2 and b3 can be
15  used as an index into a table that had, for example, a
16  greater depth of color intensity?
17         MR. MARINA:  Objection.  Vague.  Incomplete
18  hypothetical.
19         THE WITNESS:  Sure.  That's theoretically possible.
20  I don't see that S.100 has that.
21  BY MR. THOMASES:
22     Q   Well, let's turn to the paragraph that you
23  read, 9.3.1, page 198 of Richter 19.  It discusses using
24  eight states for color.
25     A   Uh-huh.

Page 486

1      Q   Can you answer out loud?
2      A   Well, yes, yes.  It does say eight different
3  states of levels.  Can I read the rest of it out into
4  the record.
5      Q   Whatever you want.
6      A   It says, "Additionally, for those services
7  that use a matrix" -- sorry.  Wrong line.
8          "For example, with just eight different states
9  or levels a potential of 512 colors exist."  Let me
10  pause on that.  Okay.  Well, there's a couple things
11  wrong with this.  One is if you have eight different
12  binary states, you're maximum number of variations would
13  be 256.  So I don't know what they were talking about
14  here, whether this was just a typo, a miscalculation, or
15  they meant something entirely different.  So that's Item
16  1.
17         Item 2, is all they are saying here is if you
18  basically allocated eight bits of the -- to cover data
19  values, you would then be able to actually produce more
20  colors on the display.  And in fact, there were in this
21  time frame eight-bit color display systems where they
22  basically had hardwired like a 332 combination.  So it
23  would be like three bits for red, three bits for green,
24  actually, and two bits for blue; because the eye doesn't
25  sense differences in blue as much as it does in green

Page 487

1  and red.
2          So that would just be an issue of wiring those
3  bits to the particular inputs into this DDA.  And at
4  this point you would probably want to have your DDA on
5  the system side of things.
6      Q   There were also systems that had a color
7  lookup table that contained eight bits in each entry;
8  isn't that correct?
9      A   Yeah.  There certainly were.  However, if that
10  were the case, then they would probably be talking about
11  a hell of a lot more than 512 colors as being a possible
12  option.
13     Q   What if you had either a cost reason or
14  whatnot to have just an eight-bit or nine-bit wide color
15  memory?
16     A   I mean, if it's eight-bit wide and you're
17  putting eight bits in, I mean, while there is some usage
18  for that, it's not entirely practical.  You're not
19  buying yourself an awful lot of what you want to use a
20  color lookup table for.  If you look back to my original
21  report I think I cover some of the issues there.
22     Q   Why are you assuming an eight-bit in?
23     A   Because that's the example you just gave me.
24  And actually, that's the example that you were trying
25  to, I think, read into this.

Page 488

1      Q   No.  Eight-bit wide color memory with a
2  three-bit addressing system?
3      A   That wouldn't -- oh, you're just saying so
4  there's basically eight bits in there, basically
5  three -- so every one of the eight entries would have
6  eight bits as its translation?
7      Q   Yes.
8      A   You could do that.  But I mean -- sure.  It's
9  possible.
10     Q   So stepping back, 512 colors mentioned there.
11  It could be 256 foreground and 256 background; is that
12  right?
13     A   Well, it doesn't say combination to foreground
14  and background.
15     Q   It just says a potential of 512 colors exist?
16     A   Right.  So I mean, that to me reads 512 unique
17  colors.  What you're talking about is 256 unique colors
18  times two.
19     Q   Well, let's say you had two tables.
20     A   You could say a lot of things.
21     Q   You're an expert.  These are questions
22  appropriate for you.
23         You have one table for foreground that has
24  eight entries and eight bits wide, and another table for
25  background that has eight entries and eight bits wide.

36 (Pages 485 to 488)

Exhibit 4 Page 36

Page 489

1  How many colors, unique colors can you get on the screen
2  at one time?
3     A   256.
4     Q   Unique colors for foreground/background?
5     A   Sure. If basically I have my eight bits
6  defines; three are for red; two are for blue; two or
7  for -- three are for green, or some other combination.
8  Because if you look, using a lookup table, some number
9  of bits out of that lookup table memory have to
10 basically go to the red gun; some have to go to blue;
11 some have to go to green.
12        So you basically still end up with only 256
13 possible combinations that you could possibly have on
14 the screen, if you're changing things in between. If
15 your input is only eight bits -- I mean -- sorry --
16 three bits, then the maximum number of colors you could
17 show on the display out of that palette would only be
18 eight.
19    Q   But there are two different three-bit
20 combinations, one for -- specified three-bit foreground
21 and three different bits for background?
22    A   So there's two completely different lookup
23 tables?
24    Q   That's what I was saying, yes.
25    A   Then you could have 16 colors.

Page 490

1     Q   Now, then you have 512 colors?
2     A   No. You have 16 colors; because any data in
3  your frame buffer is only going to basically support
4  eight different settings for the foreground in this
5  hypothetical system you have and eight different
6  settings for your background. Okay.
7     Q   Two different tables, eight bits wide?
8     A   That's fine. You can have, you know, 2,000
9  bits wide. But if you're only selecting that content,
10 using three bits in --
11    Q   Okay.
12    A   -- you only have eight possible colors you can
13 display for foreground at any time during a frame
14 buffer --
15    Q   I understand the flow of my question now. At
16 any given time, yes.
17        Your total available colors in that situation
18 over the course of any time period is 512, though?
19    A   Over the course of a longer time period you
20 can choose from up to 512 -- no, actually, it's still
21 256; because there's only a limited number of things you
22 can select from eight bits. You still only have 256
23 colors.
24    Q   Okay. So 256 foreground and 256 background?
25    A   Right.

Page 491

1     Q   Okay.
2     A   But they'll still be the same. It's just --
3  it may change the sequence of them perhaps. If it's, if
4  it's --
5     Q   At any given time you could have eight
6  different colors of foreground displayed on the screen
7  and eight different colors of background?
8     A   In this hypothetical system.
9     Q   Okay. So given that it says 512 colors here,
10 you said may be a typo, and 256. How would you do that
11 in a seven-bit encoding scheme?
12    A   That's a good question. I hadn't actually
13 thought of how one would implement that. But one way to
14 do it would basically be that you expand the control set
15 to allow the specification of a low-order color nibble
16 and a high-order color nibble; a nibble being four bits
17 of data. So you basically send it along in two
18 commands.
19    Q   And you would have to change the parallel mode
20 protocols; is that right?
21    A   You would have to change the parallel mode
22 protocols to do it.
23    Q   Is it possible to have a rewritable color
24 memory used with a protocol, and when you send down the
25 bit that is represented in Figure 7/S.100 on page 181 at

Page 492

1  four -- column 4, row one --
2     A   What page are we on again?
3     Q   181.
4     A   Okay. I'm on that page.
5     Q   Is it possible to have the bit represent at
6  column 4, row 1, which is 100-0001, be an index into a
7  color table that is eight bits wide at that entry?
8        MR. MARINA: Objection. Incomplete hypothetical.
9        THE WITNESS: Anything is possible. I just don't
10 understand -- you're asking basically, instead of doing
11 what this is -- basically tells you that value is red;
12 that you're basically defining it as something else
13 using some sort of hypothetical color memory.
14 BY MR. THOMASES:
15    Q   It's a location column 4, row 1, in a Control
16 Set 1, whenever Control Set 1 is invoked, would mean use
17 the entry -- the index of the second entry of the color
18 table, and it has an eight-bit-wide color table?
19    A   As I said, anything is possible. I don't see
20 anywhere if the specification that's that is supported,
21 though, as a possibility. There's no way set up to, to
22 program a color table of any sort in here. And this
23 basically specifically says it's red. So yes, is it
24 possible? I'm sure it is in some form or fashion. Is
25 it defined or disclosed in this recommendation? No.

Page 493

1    Q   Now, you think that there is no color table
2  identified in this specification; is that right?
3    A   It is my belief based on everything I've read
4  here that the lower three bits of both these foreground
5  and background commands are used as is and sent out to
6  the -- well, put in a frame buffer or whatever mechanism
7  is used to basically store the images, but ultimately
8  those bits are used to control the guns on the display.
9  And there's a direct correlation between b1, b2 and b3
10  with red, green and blue respectively.
11    Q   And but it is possible that those bits can be
12  an index into a three-bit-wide color table; is that
13  right?
14    A   In a hypothetical situation, sure, I guess.
15  But it's not the case in this recommendation.
16    Q   And no where in this recommendation do they
17  say that there should be no color memory in the
18  videotex system?
19    A   No where in the specification does it say
20  there a color memory as defined by the court in the
21  system.
22    Q   No where in the specification does it say that
23  there is not a color memory to be used when implementing
24  the specification; is that right?
25    A   Sorry.  I think that we got double negatives

Page 494

1  going on there again.
2    Q   Well, you didn't quite answer my previous
3  question.  No where in this specification does it say
4  you should not use a color memory when implementing the
5  protocol?
6    A   I guess yes, but just as it doesn't say that
7  you have to use a color memory.  And as I said, to me,
8  as someone with experience in the area of computer
9  graphics, hardware and APIs and so on, there's nothing
10  here that leads me to believe that there was a color
11  memory as defined by the court in this document, in the
12  active use of the alphamosaic modes and so on.
13    Q   Now, there's nothing in S.100 that says you
14  must use a direct specification of color, is there?
15    A   There's nothing that explicitly says that.
16  But to me that is inherent in the document.
17    Q   Now, let's look at 9.3.2.
18    A   Okay.
19    Q   You're familiar with this paragraph?
20    A   I am.
21    Q   If we look at paragraph, subparagraph b.
22    A   Oh, while we have a chance, if I could get a
23  break too.
24    MR. THOMASES:  Why don't we take a break now.
25    VIDEO OPERATOR:  Going off the record.  The time is

Page 495

1  4:33.
2    (Recess taken.)
3    VIDEO OPERATOR:  We are back on the record.  The
4  time is 4:49.
5  BY MR. THOMASES:
6    Q   Mr. Richter, we were just about to turn to
7  9.3.2 of Recommendation S.100, which
8  is Richter Deposition Exhibit 19.
9    A   Okay.
10    Q   And subparagraph b says, "Dynamically altering
11  the colour of portions of the display image, making them
12  appear or disappear by redefining the color table (an
13  image disappears when its colour is set to the same
14  colour as the surrounding area)."  Do you see that?
15    A   I do.
16    Q   And you've analyzed that language?
17    A   I have.
18    Q   Now, in your opinion wouldn't redefining the
19  color table indicate that a color table already exists?
20    A   Well, possibly.  It just depends on what color
21  table actually means.  I mean, there's other typos in
22  this thing; as that 512 colors, for example, up above.
23  So maybe they meant to say "A."  Could be "the."
24    Q   They say "the," though, don't they?
25    A   They say 512 in the section above as well,

Page 496

1  which is incorrect, so --
2    Q   But here it says, "Redefining the colour
3  table"?
4    A   Uh-huh.
5    Q   Can you answer out loud, please.
6    A   Yes.  Sorry.
7    Q   And that could mean that there is a color
8  memory in the videotex system; is that right?
9    A   No.  That could mean that there is a,
10  something that they call a color table.
11    Q   And that could be a color memory as defined by
12  the court; isn't that true?
13    A   No.  I mean, as I told you before, I don't
14  believe based on my analysis of this and my
15  understanding of the technology that there is a color
16  memory as defined by the court in this specification.
17    Q   It could be referring to a color memory,
18  though; isn't that right?
19    A   I don't believe so.
20    Q   Well, isn't one way to achieve animation by
21  having a color memory as defined by the court and
22  changing dynamically the values at each of the index
23  locations?
24    A   That is one way to perform animation.
25    Q   And so when they are talking about performing

1  animation in paragraph 9.3.2 by dynamically altering the
2  color portions of the display image making them appear
3  or disappear by redefining the color table, that could
4  mean that it has a color memory that's rewritable, and
5  you write in a new value in an indexed location; isn't
6  that right?
7      A   No.  Actually, I would read that based on the
8  fact that the rest of the document does not indicate to
9  me there is a color memory; that this refers to a color
10  table that in some form or fashion is going to be used
11  for animation.
12      Q   You're using the word "color table" as
13  broadly?
14      A   I'm using the word that's a specimen in this
15  recommendation.
16      Q   But you're saying there are color tables that
17  do not meet the court's definition of color memory?
18      A   That's certainly true.
19      Q   Is that what you're saying in the last answer?
20      A   Sure.
21      Q   But there are color tables that do meet the
22  definition of the court's construction of color memory;
23  isn't that true?
24      A   That's true too.
25      Q   And this could be referring to one of those

1  types of color memory; isn't that true?
2      A   It could be.
3      Q   So you've opined on this statement in a second
4  supplemental report?
5      A   That's correct.
6      Q   Okay.  So that was previously marked as
7  Exhibit 18.  Why don't we pull that out.
8      A   Is that what we're moving to now?
9      Q   Yes.  But you should have this in front of you
10  because we do, I think, cite to that paragraph.
11      A   Okay.
12      Q   The first substantive page, page 1 of your
13  second supplemental report, paragraph 5, which goes on
14  to page 2.
15      A   Uh-huh.
16      Q   Do you need to review that?
17      A   I could.  Okay.
18      Q   Can you explain for us kind of in simple terms
19  what you're describing in that paragraph?
20      A   Paragraph 5?
21      Q   Yes.
22      A   Yeah.  It basically comes down to not having a
23  clear understanding based on what they are actually
24  specifically referring to as a color table.  I'm
25  actually providing three different possible

1  interpretations of what I think the color table could
2  mean in the context of 9.3.2(b).  So in paragraph 5,
3  going with your example here where it says, "the color
4  table," since I know based on my reading of this
5  specification that there is no color table in the sense
6  of a color memory as defined by the court there, it's
7  quite possible that they could have been referring to
8  the frame buffer itself as being the color table.
9      Q   Have you ever referred to the frame buffer
10  itself as being the color table?
11      A   It is a table filled with colors.  A table is
12  just a word for an array.
13      Q   Isn't it --
14      A   It's a color array.  And I've used that
15  terminology.
16      Q   Is it indexed by numbers where each number
17  contains a color data value?
18      A   It is indexed by memory location, just as any
19  memory is.
20      Q   So you don't cite to any publication from that
21  time frame that identifies the frame buffer as a color
22  table?
23      A   No.  I cite to my own personal experience of
24  an interpretation of what this means based on my
25  experience with animation in that time frame and era.

1      Q   But you don't cite to any publication that
2  calls a frame buffer a color table; is that right?
3      A   No, I do not.
4      Q   And the process -- let me step back.
5          You talked about a method you used yourself in
6  early 1980s?
7      A   Uh-huh.
8      Q   When was that?
9      A   I had done some work on my own working on
10  video games on a monochromatic system that actually used
11  alphamosaic characters as well, which is the Radio Shack
12  TRS80, back in the '79/'80 time frame.  I then moved on
13  to working on Apple II, doing some programming work on
14  that just for my own purposes.  And that was -- the game
15  players wanting to know how they worked as well on that
16  platform.
17          And then starting in the '81 and '82 time
18  frame I started working on IBM PCs, and ended up
19  developing games in the '82, '83, '84 time frame on PCs,
20  professionally.
21      Q   When was the first time you did the process
22  here of essentially changing the frame buffer to make a
23  rocket ship move across the screen?
24      A   Probably would have been 1980.
25      Q   What computer was that on?

Exhibit 4 Page 39

1      A   That probably was on the TRS80 or on an Apple
2   II. I don't recall. I did it on both of them. I don't
3   know which one I did first. I had both systems.
4      Q   And the TRS80 is monochromatic; right?
5      A   Monochromatic. And the graphics was done
6   using the base TRS80 utilizing the equivalent of
7   alphamosaic characters.
8      Q   And you wouldn't call a frame buffer, the
9   TRS80, a color table, would you?
10      A   No, not that one. That was the color
11   computer. I don't know when that came out, though.
12      Q   So this process would be essentially rewriting
13   certain pixels in the frame buffer?
14      A   Rewriting a certain rectangle portion
15   typically of the frame buffer.
16      Q   And that would essentially, just on the next
17   refresh, draw a background where the foreground was --
18      A   Well, it would, it would draw whatever color
19   you wanted put in there next time the raster line
20   intersected with the data that you had written.
21      Q   So it would just be updating -- you're
22   updating the frame buffer, or a portion of the frame
23   buffer and --
24      A   Uh-huh.
25      Q   -- displaying it?

1      A   Correct. It's being displayed automatically.
2   But it's updating a portion of the displayed frame
3   buffer.
4      Q   And you would call that redefining the color
5   table?
6      A   Based on my read of the specification, that is
7   one interpretation of what a color table could mean.
8      Q   Now, you also see paragraph a of 9.3.2 of
9   Recommendation S.100, Richter 19. Isn't that talking
10   about different frames?
11      A   That's talking about some technique for
12   animation known as page flipping or page swapping.
13   Basically what you do, if you have the graphics hardware
14   for it, you can basically -- and this is where this
15   requires off-screen memory.
16      So let's say hypothetically you have a frame
17   buffer that is twice the size of your display. What you
18   would do is you draw one image in the A portion, the top
19   portion of your frame buffer, which is the one currently
20   being displayed. You draw another image that's slightly
21   different in the B portion of your display. And then
22   you tell the display hardware for the next frame update
23   that you write out to display, instead of starting at
24   the top of the A portion, start at the top of the B
25   portion.

1      Q   And when B is being displayed you alter A?
2      A   Well, actually, that doesn't say this.
3   This says alternating between slightly different display
4   frames. So basically, keep in mind that the system
5   described here, but also the systems at the time, were
6   not particularly sophisticated, specifically in context
7   to what we have nowadays.
8      So the animation we had on them was not this
9   Halo-3-type shoot up the aliens thing where everything
10   is lifelike and realistic. You had extremely chunky
11   graphics, extremely limited color sets available to you.
12   And animation was anytime something changed on the
13   screen.
14      And from a programmer prospective you were
15   happy if it showed dramatic change. And this would be
16   one way to do that, basically. And then the other
17   techniques I showed you I talk about in here would be
18   another way to do that as well. That would be the
19   ultimate of it. But you can animate small portions of
20   the display as well.
21      Q   Now, in the method you described updating the
22   frame buffer?
23      A   In paragraph 5.
24      Q   Yes.
25      You have to do that during the vertical

1   refresh rate -- vertical refresh time; isn't that right?
2      A   You would want to do it -- well, not exactly.
3   There's the Atari 2600, for example, which came out, I
4   think, in like '77 or '78. And that was actually
5   updated on a scan line basis. You actually fed it
6   whatever it was canning out. There was only a one-line
7   frame buffer that had to generate things dynamically.
8   So that would be a situation where you actually
9   generated as it was scanning. So that was Option 1.
10      Option 2 would be some of these devices had
11   some sort of indicators how far down the display
12   occurrence scan was -- so I should go this way since
13   you're looking at me. And you could then determine
14   basically if you're above or below that; and based on
15   that, make a decision as to when to update.
16      Or you could do what a lot of people did,
17   which was basically not care about the -- where the
18   refresh beam was and deal with something called tearing;
19   which basically would kind of show a little bit of tear
20   in the image as you're animating it. And with the
21   slower systems that tended to be the only economical way
22   to do it because it took a fair amount of cycles to do
23   even, you know, just a handful of pixels on the screen.
24      So one horizontal line might be okay, but
25   doing a lot of verticals might not. And you would end

Exhibit 4 Page 40

Page 505

1  up with this little wiggly thing going across the
2  screen, where basically things don't quite animate
3  smoothly.  And that was commonly seen in animations at
4  the time.
5      Q    But if you used a color memory to animate, you
6  would just have to update the entries of the color
7  memory as opposed to the frame buffer entries; is that
8  right?
9      A    Well, if you used palette animation, which I
10  think is probably the more accurate term for the time,
11  palette animation would require you to basically
12  predetermine what was in the frame buffer and design it
13  in such a fashion that you could change the colors and
14  have some desired animation take place.  Okay.
15          It's kind of a different approach.  Doing the
16  thing with like maybe moving the spaceship across, while
17  possible with the palette animation, it would be a very
18  challenging thing to do.  And then you could not have
19  that intersect with other things along the way very
20  easily.
21          So it was a very prep time consuming activity
22  basically set up for palette animation.  If you wanted
23  to use if for, say, game animation and so on.  If you
24  just want to basically change colors rapidly and make
25  the screen flash, well, you could do that with palette

Page 506

1  animation.  It was good at that.
2      Q    And isn't what you're calling palette
3  animation what is described in '759 patent as blink?
4      A    I don't recall off the top of my head.  I
5  mean, what I'm referring to as palette animation is that
6  SIGGRAPH paper from '77 or '78 by -- I forget his name.
7      Q    But there is an animation discussed in the
8  '759 patent based on updating the entries of the color
9  memory; is that right?
10      A    I remember from this morning we were talking
11  about, I guess, Figure 8, that there was some mention of
12  updating a color table; is that right?  But again, I've
13  not looked at that section of the document in a year and
14  a half, so I don't know.
15      Q    Why don't you read through paragraph 6 of your
16  second supplemental report.
17      A    Okay.
18      Q    -- Richter Exhibit 18, please.
19      A    Okay.
20      Q    Just before we go on to paragraph 6, back to
21  the idea of paragraph 5, you never programmed this type
22  of animation in a videotex system prior to 1981; is that
23  right?
24      A    In a videotex system, no.
25      Q    And do you know whether this type of

Page 507

1  animation, rewriting the frame buffer or portions of the
2  frame buffer, was ever used in a videotex system prior
3  to 1981?
4      A    Prior to 1981, no, I don't know.
5      Q    Turn to paragraph 6.  Can you explain kind of
6  in layperson's terms what you're describing here?
7      A    Paragraph 6 discusses an alternative
8  interpretation of what a color table could be in the
9  sense that it would be some sort of hardware mechanism
10  that deals with the routing of the red, green and blue
11  lines of binary data that come out of the display.
12      Q    What do you mean by routing, hardware routing?
13      A    It would be like a multiplexer.  So basically
14  you could tell it in one setting the three bits go in;
15  they come out.  In the next one the three bits come in,
16  and they are reversed in some sequence or swapped in
17  some sequence.
18          There could be potentially additional settings
19  as well.  I mean, there's like with -- you could
20  basically, instead of doing red, green and blue, you
21  could do blue, green and red or green, red, blue.
22          And there was a mechanism in some early '80s
23  hardware, including some, some mid'80s hardware -- well,
24  actually, it was '81 -- where the IBM CGA had that
25  capability.

Page 508

1      THE REPORTER:  IBM?
2      THE WITNESS:  IBM PC, CGA, color graphics
3  adapter -- had the ability where you could actually
4  select how your output stage was going to work.  So, and
5  then the default graphics mode, which I recall being --
6  I think it was 320 by 200 resolution, two bits per
7  pixel.  You could either specify that those two bits
8  that you're specifying on the frame buffer just drive
9  the red and green guns.  Or if you basically set a
10  register to enable the second color set, then in
11  addition to the red and green, it would also turn on the
12  blue and provide you with a different color set based on
13  that.
14          So you could basically go from black, red,
15  yellow and green to, I think, it was black, cyan,
16  magenta and white or gray.  And there was another bit
17  you could actually set too that would basically also do
18  intensity, so basically create a brighter set of those
19  colors.  And that's because the monitors that were
20  attached to like an IBM CGA with the TTL-type monitors,
21  for example, I mentioned earlier.  So we actually had
22  four lines going into it.  It had an I line, an R line,
23  a G line and a B line.  And then it did its
24  digital-to-analog conversion inside a monitor.
25  ///

41  (Pages 505 to 508)

Exhibit 4 Page 41

Page 509

BY MR. THOMASES:

1    Q  What you described would change the color
3 displayed on the screen; is that right?
4    A  Correct.
5    Q  But it wouldn't be showing motion, would it?
6    A  Well, animation basically was the changing of
7 what was on the display. Keep in mind the primitive
8 systems we're dealing with at this time. And that's all
9 that was happening with the other animation methods as
10 well, is you're changing the display contents.
11      For example, one use of the, of this is this
12 color set change would be like if you're, you know,
13 you've got a space ship or something and an alien
14 destroys it; it would flash the screen between these two
15 modes for a second or so, 20, 30 times, whatever, to
16 basically indicate that the person's ship had basically
17 just exploded and died.
18    Q  But the ship wouldn't be moving. You would
19 just be changing color --
20    A  Well, you could actually have multiple types
21 of animation meshed together. But no, the most basic
22 form was just to flash the screen in a different color
23 to show something dramatic had just occurred.
24    Q  Do you have any knowledge if this method that
25 you just described in paragraph 6 was ever used in

Page 510

1 videotex?
2    A  I don't.
3    Q  And do you cite to any documents where this
4 method is described as redefining the color table?
5    A  I don't.
6    Q  Again, you refer to early 1980s. You mention
7 the CGA?
8    A  Uh-huh.
9    Q  What year was that?
10    A  That came out in 1981.
11    Q  Do you remember when in 1981?
12    A  No. That PC came out sometime I think in
13 early summer. And from what I know from internal work
14 for IBM, these would have been out in people's hands for
15 about a year prior to that.
16    Q  Do you have any proof of that?
17    A  I just know from the PC Junior, which I was
18 involved in early on as a consultant. And that came out
19 I think in like '83. And we were involved with it the
20 year before. And then also, I had early access to one
21 of their graphics board, which was code named Yoda.
22    Q  When you were in high school?
23    A  No. This was in college. We college was '81.
24 Then I had access to one of their graphics boards about
25 a year before that came out as a professional graphics

Page 511

1 controller. And again, we were doing development work
2 and providing feedback to IBM and so on. And this was a
3 typical procedure that they followed for releasing their
4 systems.
5    Q  And again, was that when you were in college?
6    A  That was in college.
7    Q  Was this a summer job?
8    A  No. I was -- during my time as student at the
9 college, I actually first worked a start-up company full
10 time on the side developing video games; and then later
11 on worked as a consultant to the university providing
12 computer consulting services to students and faculty.
13 And part of that was also to some of the business
14 partners of RPI, which is where I went.
15    Q  Can you read paragraph 7 of your Second
16 Supplemental Report, Richter 18, and let me know when
17 you're done.
18    A  Okay.
19    Q  Can you explain that paragraph kind of in
20 layperson's terms?
21    A  Sure. This addresses a type of color table
22 which would be stored in a -- presumably somewhere in
23 hardware. Well, it was stored somewhere in hardware.
24 I'm not sure if it was in registers or some sort of
25 special memory for this -- that would store the pixels

Page 512

1 that would be used to draw a, what's called a sprite on
2 the display. Sprights were used typically in game
3 systems or personal computers of the time that had
4 animation capabilities built into them.
5      So the idea would be that, for example, if
6 this is my screen over here, I would then define a
7 sprite enable it and position it. And I could have it
8 basically show up on the display wherever I wanted it to
9 overlaying what was underneath that. I could change the
10 spright's color values, redefine them to be something
11 else. So basically I could have a little spaceship that
12 pulsates as it goes across, like in "Space Invaders," if
13 you might remember that game. Kind of shrinks and pops
14 across the screen.
15      Some systems actually had multiple sprights
16 that you could use. Or you could basically define
17 multiple sprite arrays or tables, which you could then
18 switch between -- basically create this animation
19 without having to rewrite it all along the way.
20      And systems like that existed pre1981 in the
21 form of the Atari 800 -- I'm sorry -- 400. I believe
22 the VIC20 had them too, the Commodore VIC20. And then
23 after the fact the Atari 800. And there was the Atari
24 Jaguar which came out for a while. It was a successor
25 to the 2600, I think -- no. Jaguar was a 5200

42 (Pages 509 to 512)

Exhibit 4 Page 42

Page 513

1  successor. So there were a whole bunch of systems in
2  that time frame about '79, '80 onward that had sprights.
3       Q   Now, Atari 400 had a color memory; is that
4  right?
5       A   I don't recall.
6       Q   So you're saying that the updating of the bit
7  map, which represents the sprite --
8       A   Uh-huh.
9       Q   -- was what you considered redefining the
10  color table?
11      A   Yes. And I believe that's what I said in this
12  context here.
13      Q   You don't cite to any documents from that time
14  frame that use the idea of updating the bit map of a
15  sprite as we --
16      A   The sprights were --
17      THE REPORTER: You have to talk one at a time.
18      MR. THOMASES: Did you catch that?
19      THE REPORTER: Updating the bit map of a --
20      MR. THOMASES: I'll start over.
21      Q   You do not cite to any document from that time
22  frame that describes using a hardware sprite as
23  redefining the color table?
24      A   I do not.
25      Q   And was this concept of sprights ever used in

Page 514

1  the videotex field?
2       A   I'm not sure.
3       Q   Do you know whether it could even be used in
4  the videotex field?
5       A   In a hypothetical videotex system such as the
6  ones we've been discussing today, sure.
7       Q   Do you know whether it was ever used in any of
8  the Prestel, Antiope or Telidon systems?
9       A   I don't know.
10      Q   Now, let's turn back to S.100, which is
11  Richter 19.
12      A   Okay.
13      Q   Now, you studied the entire document; correct?
14      A   I reviewed the entire document.
15      Q   Okay. Page 175, that describes serial mode.
16      A   Okay.
17      Q   Do you see paragraph 5.3.2.2?
18      A   I will in a minute here. 5.3.2.2, yes.
19      Q   It describes eight different alphacolors?
20      A   Uh-huh.
21      Q   And it says, "Controls functions that cause
22  the currently designated and invoked alphanumeric set to
23  be displayed in the indicated colour until the
24  occurrence of an explicit colour control or the end of a
25  row"?

Page 515

1       A   Yes, I see that.
2       Q   In your mind would that be considered an
3  in-use color?
4       A   Based on our discussion previously, I do not
5  believe that that would be an in-use foreground color as
6  defined by the court.
7       Q   And that's because?
8       A   Because of the end-of-the-row item that's in
9  here.
10      Q   You think that end of the row would change the
11  color back to default; and therefore, doesn't meet the
12  until changed?
13      A   That's implied. I don't seem to recall having
14  seen exactly what happens at the end of the row. So I
15  don't know exactly what will happen at that point.
16      Q   So if the jury disagrees with you and
17  understands in-use color to include colors that are
18  changed by an end of the row, for example, would you
19  believe that S.100 discloses an in-use color?
20      A   In the context of Claim 1?
21      Q   Yes.
22      A   Probably under the first mode of access.
23      Q   If you turn to 184 of S.100, sorry, 183. Look
24  at paragraph 5.4.2.2.1, which discusses eight different
25  foreground colors. We looked at this earlier.

Page 516

1       A   Uh-huh.
2       Q   If the jury were to believe that the end of
3  the row would count as until changed, would you believe
4  that the parallel mode would disclose an in-use
5  foreground color?
6       A   I don't see that it says anywhere in here that
7  this does not or this does change at the end of the row.
8  That doesn't say that here.
9       Q   I thought you said that earlier. Am I
10  mistaken?
11      A   No. That might be in reference to a different
12  specification.
13      Q   Okay. All right. Let me step back then.
14  Looking at this paragraph, would you believe that this
15  describes an in-use foreground color?
16      A   I believe I answered that already earlier
17  today. But it's certainly possible.
18      Q   And --
19      A   Again, it would be under the first mode of
20  access since there's no color memory in S.100.
21      Q   And then on the 5 -- next page, 5.4.2.2.10,
22  there's a description of eight background colors and the
23  text we went over this morning. Would you believe that
24  this describes an in-use background color?
25      A   As I indicated this morning, I don't have

43  (Pages 513 to 516)

Exhibit 4 Page 43

Page 517

1   enough -- actually, it wasn't this morning.  It was
2   earlier this afternoon.  I don't have enough to go on
3   because of the term "displayed" in here.  I don't
4   understand what that means in context of writing from
5   the previous -- from the foreground item.
6       Q   And can you explain why that makes something
7   that's possibly not an in-use background color?
8       A   Well, I gave you some examples earlier of what
9   display could mean.  And it would, therefore, not be, as
10  I understand the court's construction, a background
11  color for subsequently received text and graphics
12  drawing commands since it will change.
13          It's my understanding that requires the
14  drawing of that with the text or graphics.  But be that
15  as it may, I mean, that's pretty much irrelevant because
16  there's no color memory as described by the court in the
17  S.100 recommendation.  So there's no mention of an
18  in-use background color or background color in the first
19  mode of access.
20      Q   Putting aside --
21      A   So adding more hypotheticals again.
22      Q   No, just putting aside your reading or trying
23  to interpret my questioning.  I'm just asking if you
24  considering this an in-use background color.  So it's
25  because of the word "display" as opposed to "written"?

Page 518

1       A   That would be correct.
2       Q   So if this sentence in 5.4.2.2.10 were to say,
3   "To be written in the foreground color on the background
4   of the color indicated," would that indicate an in-use
5   background color to you?
6       A   Still not necessarily because that would be
7   talking about writing the foreground color on the
8   background.  It doesn't talk about writing the
9   background.
10      Q   So how is the background written?
11      A   I don't know.  You tell me.
12      Q   It could be written at the same time as the
13  foreground is; is that right?
14      A   Well, in the realm of possibilities that's
15  certainly a possibility.
16      Q   Now, when the S.100 describes the parallel
17  mode of the alphamosaic videotex system, that is
18  describing Antiope; isn't that correct?
19      A   I have no evidence from that time frame that
20  supports that.
21      Q   Do you have any evidence that contradicts that
22  statement?
23      A   Well, if I take a look at the Antiope
24  specification which preceded the S.100, I don't see any
25  reference at all to a parallel alphamosaic mode in

Page 519

1   there.  So that terminology is not used.  So I don't
2   know.
3       Q   Well, sticking with S.100, do you see anything
4   in this document that says that the parallel mode
5   described in S.100 is not Antiope?
6       A   In -- I'd see nothing written in the
7   Recommendation S.100 that says it is not Antiope.  But I
8   also don't see it saying it is not this or not that.  I
9   mean, it's, it's a lot of things that might not be, or
10  it could be.  Probably less things it could be than it
11  isn't.
12      Q   Do you recall Dr. Wedig providing some support
13  for his understanding that parallel mode is Antiope?
14      A   The only support I recall was from a document
15  published in 1983 where someone made this statement or
16  observation two years after the invention -- application
17  for the invention was filed.
18      Q   Do you have any reason to doubt the
19  credibility of that publication?
20      A   I mean, I've -- I don't know how it's
21  relevant, I guess.
22      Q   Do you recall the name of that publication?
23      A   It was something about videotex or maybe
24  Telidon.  I don't recall.  But I remember the date was
25  1983.

Page 520

1       Q   So is it your opinion sitting here today that
2   the parallel mode is not the Antiope system?
3       A   I guess it is my, I guess, opinion that I
4   don't know if it's the Antiope system or not.  There are
5   differences in it.  As I recall, I don't specifically
6   recall what those are right now.  But I remember reading
7   through them; that they did not appear to be identical
8   to each other.
9       Q   Do you have an opinion that there were
10  different versions of Antiope?
11      A   I've not seen anything to lead me to believe
12  that there were different versions of Antiope.
13      Q   Do you know how S.100 describes selecting
14  between the different alphamosaic modes and
15  alphageometric modes?
16      A   There's a section in here somewhere that
17  covers some of that.  I don't seem to recall thinking it
18  was very detailed or entirely clear, especially since
19  they didn't actually have a recommendation of actually
20  how to combine all these together in one particular
21  hardware platform.
22      Q   Why do you say that last part?
23      A   Well, it's basically -- we'll go back down to
24  the language I read earlier that I basically had some
25  doubts about.  Let's see.  I think you had me read it

Page 521

1 into the record. Yeah, there we go. "It is possible
2 that systems may develop using two or more options."
3 This was in Section 1.2.4, page 166.
4      I mean, to me that sounds like, well, here you
5 go. Here's some options. And go at it, and see what
6 you can do with it. And as far as I know, no one ever
7 developed a viable S.100 system. I certainly never saw
8 anything in the literature that I read at the time or
9 given earlier in this case that referenced an S.100
10 videotex terminal.
11     Q   Is your opinion that in order to anticipate a
12 render obvious publication, the -- sorry -- a design
13 describing a publication must be built?
14     A   No. But it should be enabling to be built, to
15 anticipate, as far as I understand.
16     Q   Now, doesn't S.100 provide different protocols
17 for the different options listed in paragraph 1.2.4 and
18 escape sequences to get into those different options?
19     A   Let me see. I'd say to an extent. But again,
20 as I indicated earlier, there are gaps in how it going
21 back down to what we had discussed earlier with respect
22 to these ISO documents. For example, on Section 2.1.1,
23 it refers to ISO 6937 subject to ISO approval. So
24 that's not final.
25     If I go to the next page, on Section 2.5, I

Page 522

1 have this really detailed description of the invocation
2 of the alphaphotographic option. It says, "For further
3 study." That seems to me that basically there's stuff
4 missing from here in order to be able to combine all
5 these things together into a viable terminal.
6      Q   Well, how about the three options outside --
7 let's just say the first two options, alphamosaic and
8 geometric. There were escape sequences identified for
9 those, weren't there?
10     A   There appear to be, yes.
11     Q   And those would be commands that would set a
12 terminal to be able to receive alphamosaic information
13 from a database on one hand and alphageometric on
14 another; isn't that right?
15     A   Theoretically.
16     Q   Would you call that a qualitative algorithm?
17     A   That would appear to be a qualitative just
18 based on the actual data that's fed to it.
19     Q   How is that different from a quantitative
20 algorithm?
21     A   If we take a look at quantitative in the
22 context of the patent, that deals with counting the
23 number of control items that basically are fed in,
24 making a decision based on quantity over quality.
25     Q   Between quantitative and qualitative type

Page 523

1 algorithms, are there any other types?
2      A   Well, there's always the randomizing
3 algorithm, which basically performs -- is basically told
4 to perform some function based on some random parameter.
5 It could be a time count. It could be -- for example,
6 if you're populating a star field on a video game, you
7 basically end up with a situation there that basically
8 the actual content is random.
9      Q   In a videotex field, field of art, have you
10 ever heard of that type of algorithm?
11     A   No. Well, actually, that's not true. Not in
12 terms of interpreting videotex commands, but certainly
13 in terms of generating data to display on a videotex
14 system. The star fields were actually displayed on the
15 videotex terminals.
16     Q   Now, a videotex terminal would have to have a
17 processor that would receive these escape commands and
18 decode them; right?
19     A   Presumably, yes.
20     Q   And decoding them, it would then respond to
21 what the protocol indicates to respond to; is that
22 right?
23     A   That's right.
24     MR. THOMASES: Why don't we take a break to change
25 the tapes.

Page 524

1      VIDEO OPERATOR: This marks the end of Videotape
2 No. 2 in the deposition of Jake Ricker. Going off the
3 record. The time is 5:28.
4      (Recess taken.)
5      VIDEO OPERATOR: We're back on the record. Here
6 begins Videotape No. 3 in the deposition of
7 Jake Richter. The time is 5:38.
8 BY MR. THOMASES:
9      Q   Mr. Richter, returning to S.100, Richter
10 Deposition 19.
11     A   Oh, can I -- one thing, I was thinking about
12 what I just said after I left the room here. I don't
13 know if I made clear about the quantitative discussion
14 that we had; that that refers to the specification and
15 the -- I guess Figure 4 in there talks about quanitative
16 algorithm. I just wanted to clarify that I was
17 referring to -- when I said patent, I meant the patent
18 specification.
19     Q   Okay. Recommendation S.100, Exhibit 19,
20 paragraph 9.3.2.
21     A   What page was that on again?
22     Q   198 of the actual document.
23     A   Got it.
24     Q   So looking at that paragraph B there, which
25 has the redefining the color table, if the jury were to

Page 525

1  find that that is describing a color memory as defined
2  in the court's claim construction, wouldn't Claim 2 of
3  the patent be taught?
4      A  No; because in order to meet Claim 2's
5  requirements, you have to meet Claim 1 as well, the
6  modes of access. So it would have to meet all -- this
7  document would have to meet all of Claim 1 in order to
8  meet Claim 2 as based -- if you take a look at the
9  previous reports.
10     Q  But you have a color memory?
11     A  Uh-huh.
12     Q  You have a color memory is now an indexed
13  color map that stores a table of color data values
14  indexed by numbers. So what else would be missing?
15     A  Well, if we take a look under Claim 2, so
16  Claim 2's corresponding structure for the second
17  element, which is the processing means, refers to a
18  structure that is not entirely unlike the structure for
19  the processing means of Claim 1. And that would need to
20  be shown to exist in the S.100 document. And that
21  includes the -- let's see. Where is it here? --
22  selecting modes of -- selecting a mode of access to the
23  color memory.
24     Q  Anything else?
25     A  Well, the structure we discussed.

Page 526

1      Q  Okay. Any other items that you think are
2  missing in Claim 2?
3      A  Well, yeah, the other thing that would be
4  missing would be the structure for setting a color data
5  value in the color memory.
6      Q  If you have the ability to redefine a color
7  table, and assuming the jury finds that that means a
8  color memory, wouldn't there necessarily be a command to
9  redefine --
10     A  No.
11     Q  -- that color memory?
12        What other option is there?
13     A  I think I covered this in my previous
14  deposition too. But a color map could be dynamically
15  redefined at the start of every vertical refresh; that
16  way there's no command that's actually involved.
17        It basically takes the, say, arguably say
18  there's 16 entries in a color map. It would take the
19  first 16 bites of data or first 16 words of that data
20  come across during the vertical blank intervals; as many
21  videotex systems used to get their data, and say, oh,
22  this is my color information I'm going to put in the
23  color map. There's no command involved that
24  basically says, okay, well, here's the start; here's the
25  number; here's the -- load this up.

Page 527

1      Q  You're talking about a teletext system?
2      A  Uh-huh. Teletext systems used data during the
3  VBI, vertical blanking interval, as one of the
4  communications means, if you basically got data, say,
5  across a television signal or so on.
6      Q  But videotex that comes over a phone line
7  doesn't know anything about a vertical refresh; is that
8  right?
9      A  Videotex comes over a phone line probably
10  would not. It might. I mean, I don't know what other
11  frame commands there were in these systems. I don't
12  think the specifications here are thorough in terms of
13  covering all the capabilities of the systems.
14     Q  Are you familiar with an article by
15  Mr. Crowther?
16     A  If you're talking about the Crowther reference
17  that Dr. Wedig referred to in his report?
18     Q  Yes.
19     A  Yes.
20        MR. THOMASES: I'm going to mark that as Richter
21  Deposition Exhibit 20.
22        (Defendants' Exhibit 20 was marked for
23        identification.)
24        MR. THOMASES: And for the record, deposition
25  Exhibit 20 is an article called "Dynamically Redefinable

Page 528

1  Character Sets - D-R-C-S by G.O. Crowther. It was
2  produced with Bates labels GW-LT 437609 through 618.
3      Q  Are you familiar with this article?
4      A  Yes, I have reviewed it.
5      Q  How much time did you spend studying it?
6      A  I don't know. Probably from like one to three
7  hours. I'm not sure.
8      Q  And what does it describe?
9      A  Describes one potential type of implementation
10  of something called DRCS. Actually, probably more than
11  one. I think there's a couple variations.
12     Q  And is this teaching an improvement on a
13  videotex terminal?
14     A  It's talking about this as an extension to
15  teletext video, review data systems.
16     Q  Which were videotex --
17     A  In the category of videotex systems.
18     Q  So Crowther does teach a digital image display
19  system; is that right?
20     A  I mean, by himself he doesn't. He makes
21  reference to teletext viewdata services.
22     Q  Well, look at Figure 1, which is on the second
23  page, 708. They're showing a display and memory and
24  character control?
25     A  Okay. I see that.

46 (Pages 525 to 528)

Exhibit 4 Page 46

Page 529

1    Q    So does that, does that help you understand
2 that he is showing a digital image display system?
3    A    Yes.
4    Q    And Crowther also teaches a decoder; isn't
5 that right?
6    A    He does teach a decoder.
7    Q    And Crowther also teaches a color memory as
8 used and defined by the claim construction; is that
9 right?
10    A    I think in one of his variations he does.
11 Well, actually, what he teaches, yeah, he teaches a
12 color memory in Figure 4, color memory, 16 registers of
13 6 or 12 bits, it says.
14    Q    And that is a color map that stores a table of
15 color data values indexed by number; is that right?
16    A    I believe so.
17    Q    And he also teaches the storing of color data
18 values into this color memory; isn't that's right?
19    A    Well, kind of. He talks about 16 predefined
20 colors. And then I think there was somewhere else he
21 made comments to. Hold on. Repeat your question again,
22 please.
23    Q    The Crowther article teaches setting of color
24 data values into the color memory; isn't that correct?
25    A    Well, it teaches transmitting codes as part of

Page 530

1 D.R.C.S. as data defining the colors to be employed in
2 the particular picture.
3    Q    Where are you reading from, please?
4    A    That would be at the top of page 711.
5    Q    Would that meet your understanding of setting
6 color data values into the color memory?
7    A    I'd say loading them in. I don't know, I
8 don't know if there's a huge distinction between setting
9 or loading. But in my mind, the mechanism for loading a
10 color map that is described to, too, in terms of, say,
11 during the VBI, that could be utilized here as well. It
12 would be more of a load than a set in my mind; although,
13 probably not a huge distinction between the two.
14    Q    Are you saying that Crowther doesn't teach a
15 command for setting the color data values into color
16 memory?
17    A    I don't see one defined here anywhere. But I
18 don't see the structure of Claim 2 for setting a color
19 data value and a color memory.
20    Q    Do you understand what Figure 8 is showing on
21 page 713?
22    A    Yeah. That's showing the transferring of the
23 data of the DRCS characters pixel by pixel into the
24 system.
25    Q    And do you understand what Table 1 is showing?

Page 531

1 It's on page 715. And the text, by the way, if you need
2 to read it, is page 713 on the bottom of the left hand
3 column.
4    A    I'm sorry. I see the figure. What did you
5 want me to read?
6    Q    If you need to, the left-hand column at the
7 bottom of 713.
8    A    Uh-huh. Wait. Seven -- I'm sorry. Am I
9 looking at page 708 or -- I'm confused. I'm sorry. I
10 see the figure. Do you want me to read under the figure
11 or read a separate section somewhere else?
12    Q    I think you misheard me. Table 1, not Figure
13 1 --
14    A    Oh, okay.
15    Q    -- is at page 17. And text describing that
16 is on the bottom left-hand side of 713.
17    A    Okay. I see Table 1.
18    Q    Do you have an understanding of what that is
19 describing?
20    A    It looks like control set information
21 represented in a non-tabular portion, representation.
22    Q    Do you understand that these are the codes for
23 the decision process described in Figure 8?
24    A    Let me review this again. Okay. I see that.
25    Q    Does that indicate to you that there is a opt

Page 532

1 code for downloading the color data values into the
2 color memory?
3    A    No. What I see here is the ability to
4 specify -- I mean, if you take a look back through this
5 document here -- let me see where it was. The idea with
6 the DRCS as he proposed it from my recollection of
7 having read this earlier was that a given character cell
8 could be defined or would be defined where each one of
9 the dots in the cell would have, for example, 1 of 16
10 different colors.
11        Okay. So for -- if we take a look at the
12 example in Figure 3, do you see that? It's on page --
13 well, Bates No. 612. I can't see that number up on top.
14 It says, "Each dot is defined by four bits in the DRCS
15 memory. So it may have one of 16 different states. The
16 states are defined according to the color mode of the
17 cell."
18        So each one of the cells within this character
19 array basically can have 1 of 16 different values in it,
20 basically four bits per dot. If we look back at this
21 Figure 8 we were talking about -- actually, well, sorry.
22 There's discussion elsewhere in here, for example, at
23 the top of Bates No. page 613, that you could basically
24 select the 16 colors from a color chart -- 16 colors
25 could be selected or chosen from a larger color chart.

Exhibit 4 Page 47

Page 533

1  There's also commentary in here that could be chosen
2  from any of the larger -- well, right. So from a larger
3  color chart.
4      If I look at Figure 8, what I basically see is
5  the ability to specify the contents of that array of the
6  DRCS by one -- one of multiple -- one of several modes.
7  You can basically tell it that you're specifying it with
8  an RGB Gamma mode. That's the middle part of Figure 8.
9  You could basically say that your DRCS block, the
10 individual cells or pixels inside, are basically being
11 chosen from 64 colors where you provide four-bit value
12 that chooses one of the 64, or that it could be 16
13 colors of a larger number of colors in a different set
14 or the same set, which is just larger, of 4,096 colors.
15     Q  Wouldn't that require updating the color
16 memory in Figure 4?
17     A  It, it could. But there's reference to there
18 being predefined colors. So I'm assuming this could
19 also work with a static color set.
20     Q  But he's talking about 16 colors chosen from a
21 larger color chart which indicates --
22     A  Right. Which would reflect Figure 4. But
23 there's no, I guess, specific requirement that you must
24 be able to go and use the commands to go and load up
25 this color memory of 16 registers of 8, whatever, that's

Page 534

1  listed over in Figure 4.
2      Q  What is the RGB Gamma that you referenced when
3  describing Figure 8?
4      A  I don't know. I just saw there's an RGB, and
5  it looks like maybe a Gamma character. I can't tell.
6  It's way too small.
7      Q  Do you have an understanding of what DRCS
8  instructions are?
9      A  No. I guess, I mean, I would assume that this
10 is what we're talking about as far as the codes in Table
11 1. But I don't know for sure.
12     Q  Now, if a system was using a color memory that
13 was in ROM, let's say --
14     A  Uh-huh.
15     Q  -- and you wanted to be able to display the
16 same number of colors but from a different color
17 palette, a broader color palette?
18     A  The same number of colors as where?
19     Q  As your ROM.
20     A  Okay.
21     Q  Let's say ROM has eight entries. It's okay to
22 display eight at one time on the screen, but you want a
23 deeper palette, for example. And you wanted to maybe be
24 able to change the entries of each of those colors.
25 Would it make sense to, you know, change your system

Page 535

1  from a ROM to a RAM for the color memory?
2      A  I guess there's a bunch of different things
3  combined in here, which in some ways in my mind
4  conflict. So I don't know if you maybe can simplify the
5  question to focus on the part that you're asking about.
6      Q  Well, let me step back. In the 1980 time
7  frame if you wanted to be able to display more colors,
8  not necessarily at the same time, but to have the
9  capability to display different colors, would it be less
10 expensive to increase your frame buffer to include from,
11 let's say, three bit per pixel to eight bit per pixel,
12 or would it be less expensive to change your color
13 memory to a wider, more number of bits per indexed
14 entry?
15     A  So you're presuming you already started with a
16 color memory?
17     Q  Yeah.
18     A  Of the kind I've described in the court's
19 construction.
20     Q  Yeah.
21     A  So you already have that.
22     Q  Yes.
23     A  You have a three bits per pixel frame buffer.
24     Q  Yes.
25     A  That's what you're starting with. And you're

Page 536

1  talking would it be easier to add five more bits of
2  depth to your frame buffer or to use a bigger memory
3  with more entries for your color memory?
4      Q  Correct.
5      A  Okay. I suspect it would depend on your
6  display image size. If it was very small, you know, say
7  100 by 100, which were certainly used in some scenario
8  systems, then it might be easier to add more memory. If
9  you had a much higher resolution, probably the cost of
10 memory would be more expensive than increasing your
11 output section size.
12     So it really depends on the configuration of
13 the system. It also depends on what type of memories
14 you're buying; if you had bulk agreements with NEC,
15 which was one of the makers of memory at the time. So
16 there are a whole bunch of variables. See, there's no
17 cut answer that says yes, this would definitely be it,
18 you know.
19     Q  And if you had just a direct
20 frame-buffer-to-guns-type system with a three-bit frame
21 buffer, and you wanted the ability to show 256 colors,
22 not at any given time, but the ability to pick those,
23 from those, would it be cheaper to go to a eight-bit per
24 pixel frame buffer straight to the guns or to have those
25 three bits being an index into a redefinable color

Page 537

1  memory with eight bits per pixel at the each location?
2      MR. MARINA: Objection. Vague.
3      THE WITNESS: You were saying that it would not be
4  a requirement to show all 256 at once. I mean, that
5  design criteria itself would probably lend itself to
6  basically adding a color map to the system. But that's
7  irrelevant of the price. I mean, it depends on how many
8  colors you want to display on the screen at once. That
9  depends on your design criteria.
10  BY MR. THOMASES:
11     Q   Now, when you described Crowther in comparison
12  with S.100, you said it dealt with a different aspect of
13  DRCS?
14     A   Sure.
15     Q   What did you mean by that?
16     A   If you go to the S.100 specification, page
17  196, what seems apparent here is that the alpha
18  dynamically redefinable character sets of this Section 7
19  here is kind of a general, broad category of something
20  that this document refers to as DRCS based on the
21  abbreviation of the words used.
22         And that's, I guess, highlighted in here too
23  where it says in the middle of 7.1.1. It says several
24  schemes for the DRCS option are possible. And it then
25  proceeds to describe one particular scheme in the

Page 538

1  remainder of this Section 7 in the context of a general
2  architecture.
3         So, and then what is described here provides
4  kind of a higher-level description of what's the S.100
5  suggested DRCS implementation is. And while the
6  Crowther reference deals with a particular
7  implementation about the content type of DRCS, which is
8  really not addressed at all in the S.100 specification,
9  so it's not clear to me that necessarily the reference
10  to DRCS here relates specifically to Crowther's
11  document.
12     Q   And the section you just read where it talks
13  about several schemes for DRCS options are available, is
14  it your opinion that a person skilled in the art reading
15  this document would not look to see what some of those
16  other schemes of DRCS are?
17     A   Certainly possible that they would. But
18  whereas Crowther deals with, with this color map that it
19  has in Figure 4, the S.100 document deals with a direct
20  color system with no color map. So the idea of
21  combining two different types of color interpretations
22  systems into one -- and there's no support for that in
23  the S.100 document to basically say this is how you
24  would do it. So it's --
25     Q   Are you saying that there must be explicit

Page 539

1  teaching motivation or suggestion to combine?
2      A   I'm just saying that basically you have apples
3  over here, and kind of oranges over here. I mean, they
4  are both fruit, but --
5      Q   Now, the Crowther article does talk about
6  characters --
7      A   Yes, it does.
8      Q   -- in DRCS, does it not?
9      A   It does.
10     Q   So in that sense it is similar to the S.100
11  discussion of DRCS which talks about the characters; is
12  that right?
13     A   Well, I mean, you know, a lot of things talk
14  about characters. Books on writing plots for books talk
15  about characters too, but they are not the same thing.
16     MR. THOMASES: We previously discussed breaking at
17  6:00. Now is a good time.
18     MR. MARINA: If you want to finish Crowther, if you
19  want to.
20     MR. THOMASES: No. I'm at a breaking section.
21     VIDEO OPERATOR: Going off the record. The time is
22  6:03.
23     (Recess taken.)
24     VIDEO OPERATOR: We're back on the record. The
25  time is 6:49 p.m.

Page 540

1  BY MR. THOMASES:
2      Q   Good evening, Mr. Richter. I'm going to
3  return to Recommendation S.100, which
4  is Richter Deposition 19.
5      A   Okay.
6      Q   On page 198, in particular the paragraph 9.3.1
7  that we went through.
8      A   Uh-huh.
9      Q   And we discussed this earlier today. I think
10  I want to get your clarification. The paragraph says in
11  the second sentence, "Limiting videotex to eight colours
12  is an unnecessary restriction, since the electronic
13  emission devices controlling the red, green and blue
14  colours can be caused to have more than just the two
15  states of on and off. For example, with just eight
16  different states or levels, a potential of 512 colours
17  exist."
18         Now, upon rereading this, do you think that
19  the two sentences we just read refer to eight different
20  states or levels of each color gun?
21     A   Not likely, as that would produce
22  approximately 16.7 million possible color choices.
23     Q   Let me step back. Eight levels per gun is
24  just three bits.
25     A   Levels? Ah, you're saying as opposed to eight

Page 541

1 bits.
2        I'm not sure because it does say in the
3 previous line here that "the two states of on and off."
4 That seems to imply that they are referring to a state
5 as a binary condition.
6    Q    Which is one bit; isn't that right?
7    A    Right.  So that means we're talking eight
8 different states, eight different bits.
9    Q    No.  You're, you're saying it was one bit that
10 gives you two states on or off.  Didn't you say that
11 earlier?
12    A    Right, the two states of on or off.  So
13 basically the two states on or off basically refer to
14 one bit.
15    Q    And eight levels for each color means each
16 color can be represented by three bits; isn't that
17 right?
18    A    I suppose that's possible.
19    Q    If you have three bits of red and three bits
20 of green and three bits of blue, you have a potential
21 512 different colors; isn't that right?
22    A    If you have nine bits of color information,
23 then yes, you could have 512 colors.
24    Q    So the 512 that you said you thought was a
25 mistake earlier, is accurate; isn't that right?

Page 542

1    A    If states or levels is in fact three bits per
2 color component, then this would be accurate; if it's
3 binary states, then it was inaccurate before.
4        Now, what that seems to also then imply is
5 instead of referring it to -- I think you basically try
6 to imply this would basically deal with a lookup table
7 of some sort, like a color map -- that that would just
8 basically referring to an extended version of a direct
9 color mode.
10    Q    You're just speculating that that's what they
11 are referring to there?
12    A    Well, I mean, pretty much all of this is
13 speculation because there's not enough information in
14 this document to tell us exactly what's going on.
15    Q    Well, again, in order to have 512 different
16 possible colors, wouldn't you need 512 different entries
17 in a control set?
18    A    No, no.  You'd need to basically have three
19 lines going out to your digital analog converter for
20 red, three for green, three for blue.
21    Q    And how do you represent that in a seven-bit
22 encoding scheme?
23    A    This document provides no indication of how to
24 do that.
25    Q    But this could --

Page 543

1    A    I did provide for you an example of one way it
2 could be done.
3    Q    But this also could be that the three bits --
4 let me take that back -- that the eight control set
5 entries for foreground color in the C1 set, each one of
6 those can be pointing to a color memory that has a nine
7 bit entry; isn't that right?
8    A    That's pure speculation of course.  I mean,
9 that's possible.  Anything is within the realm of
10 possibilities.  But it certainly does not have any
11 indication in 9.3.1 that that's what it's talking about.
12        MR. THOMASES:  I'm going to ask the court reporter
13 to mark as Richter Exhibit 21 a copy of what we've been
14 referring to as CRC Technical Note No. 699-E.  For the
15 record, this was produced at GW-LT437773 through 437844.
16 And it is entitled "Picture Description Instructions PDI
17 for the Telidon Videotex System."
18        (Defendants' Exhibit 21 was marked for
19        identification.)
20 BY MR. THOMASES:
21    Q    And Mr. Richter, I assume you've read this
22 document; is that right?
23    A    I'll just verify it's the same one that I've
24 looked at.  Yes, this does appear to be the same
25 document that I reviewed.

Page 544

1    Q    Have you studied the entirety of the document?
2    A    I have read this document.
3    Q    And how long did you take to study this
4 document?
5    A    At least several hours.  I don't know
6 specifically how long.
7    Q    And in kind of layperson's terms, what is this
8 document discussing?
9    A    This document discusses the picture
10 description instructions for the Telidon videotex
11 system.
12    Q    Do you have an understanding that the Telidon
13 videotex system was a predecessor to Annapolis?
14    A    Predecessor in what sense?
15    Q    Did part of Annapolis incorporate any parts of
16 Telidon?
17    A    It's possible that it did.  I don't believe
18 Annapolis was developed by the Canadian Communications
19 Research Center; so, I mean, I'm -- I suspect some of
20 the ideas actually did move on to Annapolis.
21    Q    Now, the opinion that you've offered says that
22 699 does not disclose a color memory as defined by the
23 judge's claim construction; is that right?
24    A    That is correct.
25    Q    Now, let's turn first to page 50 of the

50  (Pages 541 to 544)

Exhibit 4 Page 50

Page 545

1  document.
2      A   Okay.
3      Q   And this has the explanation of the tonal
4  control, control status command?
5      A   Right. Which starts actually on page 49,
6  right.
7      Q   And the text on page 50 says, "The facility
8  bit b2 is reserved for possible future use with colour
9  reference tables."
10     And in your opinion color reference tables
11  does not include a color memory?
12     A   It could. But I don't know that it's
13  basically limited to that particular interpretation. In
14  fact, I find this documentation for this function to be
15  rather contradictory.
16     Q   Why don't we turn to your second
17  supplementary, second supplemental report. This
18  is Richter 18. I believe you comment on 699-E,
19  specifically paragraph 10 which is page 3.
20     A   Okay.
21     Q   Now, you say that the reference to a color
22  reference table could be the way to select a different
23  color scheme or system?
24     A   Color system or color model.
25     Q   And have you ever heard of a different color

Page 546

1  system to be selected by something called a color
2  reference table?
3      A   No. But I've not heard that not be the case
4  as well.
5      Q   Now, does 699-E ever say that the color
6  reference table is not a color map that stores a table
7  of color data values indexed by number?
8      A   No, but it also never says it is.
9      Q   Now, let's turn to page 70 of the Telidon
10  document 699-E.
11     A   Okay.
12     Q   There's a paragraph b) there that says,
13  "Colour Lookup," with initial caps, "could provide the
14  capability of defining specific colours such as flush
15  tones or shades of yellow to brown to extend a
16  terminal's color capability. Additional hardware is
17  required for this capability which is in the cost
18  effective at this time."
19     And the color lookup reference there could be
20  referring to a color map that stores a table of color
21  data values indexed by numbers; isn't that right?
22     A   Sure, that's possible.
23     Q   In your second supplemental report you said it
24  could also refer to other things; right?
25     A   Yes.

Page 547

1      Q   And you point to something that graphic
2  artists use?
3      A   Right, a color lookup system.
4      Q   And the, specifically the Pantone Matching
5  System?
6      A   That's an example of one such system.
7      Q   But that's the only example you give; is that
8  right?
9      A   Well, right. That is the only example I give.
10     Q   Okay. Now, the Pantone System was not
11  computerized at the time; isn't that right?
12     A   No, I don't believe it was.
13     Q   And the Pantone System did not provide RGB
14  values; is that right?
15     A   It did not provide RGB values; I don't believe
16  it did.
17     Q   And the Pantone System referred to ink colors;
18  is that right?
19     A   It actually refers to printing colors on
20  different types of stocks.
21     Q   But it doesn't refer to colors on a graphic
22  display system; is that right?
23     A   Pantone by itself at that time did not.
24     Q   And the Pantone System was in a printed book;
25  is that right?

Page 548

1      A   Well, the Pantone swatch books, as we used to
2  call them, basically came in a stack of basically a long
3  sheath of paper, very thick, basically leaf through.
4  And it still does actually to this day. You have
5  different versions of it depending if you use coded
6  stock or matte stock depending upon what you're printing
7  on and what you're printing with.
8      Q   The number that Pantone used was a proprietary
9  numbering system; isn't that right?
10     A   That is correct.
11     Q   Do you have any evidence that Pantone was ever
12  used in a videotex system?
13     A   I do not.
14     Q   Now, you also make reference to the sentence
15  that "additional hardware is required for a capability
16  which is not cost effective at this time, 699-E."
17     A   Uh-huh.
18     Q   And that could be referring to the addition of
19  a color memory as defined by the judge; is that right?
20     A   It's possible.
21     Q   But you say you think it might be a different
22  piece of hardware?
23     A   Well, no. I believe -- well, I guess it would
24  be a different piece of hardware. It would be the
25  addition of more memory into the system to provide more

Page 549

1  bit plans, which in turn provide more colors.
2      Q   How many bit planes did Telidon have at the
3  time that the 699 was written?
4      A   I don't know that it describes a specific
5  version; although, there's an indication that most
6  systems would only have eight colors.
7      THE REPORTER:  Remote systems?
8      THE WITNESS:  That most systems would have only the
9  basic eight colors we've been discussing today.  But the
10 Telidon -- the PDI description also provides the ability
11 to actually specify additional colors should the system
12 have additional bit planes of frame buffer.
13 BY MR. THOMASES:
14     Q   In fact, wasn't the Telidon protocol written
15 to be extensible in terms of the amount of bits of R, G
16 and B it could --
17     A   Yes, which is my belief as to why that's what
18 this refers to.
19     Q   But it was written such that it could have
20 worked in its first implementation in a 24 bit per pixel
21 frame buffer; isn't that right?
22     A   Conceivably it could have.
23     Q   You also make reference to a color table -- "a
24 table with color data values can be indexed by words."
25 In a computer system have you ever heard of a color

Page 550

1  table with color data values indexed by words?
2      A   Sure.
3      Q   And wouldn't those words have to be converted
4  to binary in order to index a color memory?
5      A   No.  Basically it becomes a two-entry table
6  where the first entry is the actual word value and a
7  comparison of that.  And if you find another match or a
8  match to that word, then the second entry of that table
9  is the value that you're looking for.
10     Q   So how would the comparison be done?
11     A   Some program languages take care of that for
12 you automatically.  They allow you to basically actually
13 create arrays of length parameters.  At the time of
14 this, Lisp did that, for example.
15     Q   Wouldn't the comparison be done in a processor
16 by comparing the binary version of the word?
17     A   I have no idea how the actual comparison would
18 be done on a per-language basis.
19     Q   Do you know of any microprocessor that can
20 accept words and actually perform logic on the words?
21     A   There are ways of comparing numerous
22 characters at the same time to other ones.  There is
23 functions in microprocessors that allow you to basically
24 compare, say, five character areas with other five
25 character areas, and they return in bit if they match or

Page 551

1  not.
2      Q   Wouldn't the comparison have to be comparing
3  some kind of binary number?
4      A   Well, at some point it's got to weed stuff out
5  of memory.  And everything in computers is going to be
6  reduced to some sort of bit pattern.
7      Q   Now, Telidon was in the videotex field; is
8  that right?
9      A   Yes, I believe so.
10     Q   And Antiope was in the videotex field; isn't
11 that correct?
12     A   I believe that's how they categorized
13 themselves.
14     Q   And if a company had coded significant
15 database of information for an Antiope type system, and
16 another company had coded information in the Telidon
17 protocol, and someone wanted to be able to acquire both
18 that information, wouldn't there be some kind of reason
19 to make a terminal that could accept both protocols?
20     A   Well, I mean, looking back to the Antiope
21 system, it was basically a dedicated French system;
22 whereas Telidon was at that point in time, I guess,
23 Canadian based.  In France their telephone system I
24 think was proprietary.  And this was -- I think Antiope
25 was proposed by their phone company.

Page 552

1      In any event, it was a similar proprietary
2  videotex system.  And it also did specify a particular
3  arrangement of an array of character cells for its
4  presentation of characters on the screen.
5      Telidon was a much more flexible system that
6  basically was more graphically oriented.  Could someone
7  want to basically devise a system to do this?  I mean,
8  people can want to do anything they want to, pretty
9  much, as long as it's legal, and then maybe not even
10 that.  Would there be a market reason to combine the two
11 in one system?  I don't think so.
12     Q   When you say Antiope was semi-proprietary, are
13 you talking about the physical layer of the telephone
14 system?
15     A   Well, it was -- for example, I remember
16 reading somewhere that Prestel, for example, had
17 actually licensed their videotex approach to like the
18 German government and other people like that.  France
19 had no such design wins.  And I don't know specifically
20 that they actually went and tried to market Antiope in
21 that time frame as a system that other people could use.
22     Q   But they did make their protocol public; isn't
23 that right?
24     A   I assume so.  I don't know that for a fact.
25     Q   Did you not read an article from that time

52  (Pages 549 to 552)

Exhibit 4 Page 52

Page 553

1  frame that discusses the the, the --
2      A  I saw the Antiope specification. I have no
3  idea whether -- how that was published or released to
4  people.
5      Q  Now, in Canada they speak French; isn't that
6  right?
7      A  No. They only speak that in the province of
8  Quebec. According to the French, it's not quite French,
9  so --
10     Q  But there is an interest perhaps in some
11  French-language-based information that would be stored
12  on a computer --
13     A  Right. But Telidon does not preclude the use
14  of French characters in their system. It's just a
15  different character set that would be used. The fact
16  that tele- -- that Antiope is a French system doesn't
17  bear on the fact that it basically deals with
18  French-speaking people, but more a general approach to
19  their technology and the fact that they had a controlled
20  system where they actually ultimately ended up providing
21  the terminals to the populous in France, and in the
22  final version of what Antiope ultimately became, I don't
23  recall the name, but --
24     Q  Well, if -- going back to the original
25  hypothetical, if a company developed at significant cost

Page 554

1  a large database of information, encyclopedia, for
2  example, in the Antiope system, say, even in the French
3  language, wouldn't there be a reason for someone in
4  Quebec to maybe have access to that because it's their
5  already-written wealth of knowledge in a videotex
6  standard?
7      A  Possibly. But the more likely way to do that
8  as opposed to burdening a system with the additional
9  expense, additional processing and other capabilities,
10  would be to basically just translate that database for
11  the appropriate type of system that that person in
12  Quebec would have.
13     Q  What is the burdening the system? If you send
14  over the Antiope information in the Antiope protocol to
15  a terminal that can accept Antiope protocol information,
16  but also can accept Telidon information, what is the
17  burden there?
18     A  Conceivably there would be additional
19  processor power, programming, and potentially other
20  hardware that might be required to support the
21  capabilities of both in one system.
22        I would pause that the Antiope system would
23  probably be a cheaper system to develop because it has
24  far less capabilities than the Telidon system. But
25  still, basically, the two are not inherently compatible

Page 555

1  in their competing specifications. So really, you end
2  up having to flick a switch between one mode of
3  operation and the other and basically end up having
4  technically two systems.
5      Q  Isn't that what S.100 is recommending; but
6  instead flipping a switch, you have an escape sequence?
7      A  Sure. But then it requires basically going in
8  and possibly changing all the existing Telidon and
9  Antiope code that's out there to make it work properly
10  under this hypothetical S.100 system, which I said I
11  don't believe anyone has actually ever developed a
12  system around.
13     Q  There's not a significant amount of coding.
14  You just need to include the escape sequence; isn't that
15  right?
16     A  Well, I know the S.100 specification talks
17  about these escape --
18        THE REPORTER: I'm sorry?
19        THE WITNESS: The S.100 specification or
20  recommendation talks about including these escape
21  sequences. But I have not confirmed that those escape
22  sequences are the same ones that exist are not in some
23  other way utilized or defined by Antiope or Telidon for
24  something else.
25  ///

Page 556

1  BY MR. THOMASES:
2      Q  Now, if there was a market demand to build a
3  terminal that could receive both Antiope and Telidon
4  information, it could be built; isn't that right?
5      A  Hypothetically. Again, anything could be
6  built for the right price.
7        MR. THOMASES: Why don't we take a break.
8        THE WITNESS: Okay.
9        VIDEO OPERATOR: Going off the record. The time is
10  7:13.
11        (Recess taken.)
12        VIDEO OPERATOR: We're back on the record. The
13  time is 7:19.
14
15              EXAMINATION
16  BY MR. MICALLEF:
17     Q  Mr. Richter, what units are RGB values in?
18     A  What units are RGB values in? In what
19  context?
20     Q  The context of this case.
21     A  I guess I need to understand the question
22  better.
23     Q  Well, are they meters? Ounces? Pounds?
24  Squirrels?
25     A  Well, in this case they are basically

Exhibit 4 Page 53

1  specified as integers in memory, which basically break
2  down into binary values of the same energy magnitude.
3     Q   Would it be fair to call them percentages?
4     A   No.
5     Q   Well, for a given color, red, green or blue in
6  an RGB value, doesn't the, that particular color data
7  value tell you how much of that red or that green or
8  that blue should be put into the color?
9     A   On the output side of things, perhaps.  But
10  the term "percentages" connotes that there's basically
11  some chance of minute variability from one level of,
12  say, red to the next one up that basically could be
13  infinitesimally small; where in fact, the hardware
14  basically has very significant gradations from one level
15  to the next.
16     Q   I didn't mean to suggest such an infinite
17  level of gradation.  So taking that away, then would it
18  be fair to call them percentages --
19     A   To me percentages imply that basically there's
20  no limits to the amount of detail that you can have in
21  something.  That's why I would not use that term.
22     Q   You would never use that term to, to describe
23  RGB values?
24     A   To describe RGB in the context of the patent,
25  no.

1     Q   That would be, that would be an erroneous use
2  of that term; is that right?
3     A   It's just one that I don't think is
4  appropriate.
5     Q   Why not appropriate?
6     A   For the reasons I just explained.
7     Q   Because it obscures the technology?
8     A   Because it, I guess, misrepresents how RGB
9  values are represented in the patent.
10     Q   And how are they represented in the patent?
11     A   As I indicated earlier, in integer form.
12     Q   And what does that, what does that integer
13  tell you?
14     A   That integer tells you what number is
15  basically willing to be sent to the digital-to-analog
16  unit, whether it be in the monitor or in the -- or the
17  graphic subsystem.
18     Q   What does the digital-to-analog unit do with
19  it?
20     A   It translates it to a voltage.
21     Q   A voltage.  And it would translate it to a
22  voltage that gets provided to what?
23     A   Ultimately to the electron beam or electron
24  gun that fires for that particular color on the CRT, if
25  we're dealing with a CRT.

1     Q   And doesn't it get sent -- or doesn't it
2  get -- excuse me -- translated to a voltage that is
3  commensurate with a certain percentage of the maximum
4  voltage that that gun can take?
5     A   In an abstract sense.
6     Q   What do you mean by that?
7     A   It's abstract because the actual voltage that
8  ends up being produced is governed by, as I mentioned
9  before, the settings of the potentiometers for the
10  individual electron guns on the display.  So there's not
11  a pure one to one digital value to one analog conversion
12  that's there.  It's going to vary from monitor to
13  monitor.
14     Q   I'm sorry?
15     A   It's going to vary from monitor to monitor.
16     Q   What is an output primitive?
17     A   Again, in what context?
18     Q   The context of this case.
19     A   Well, the patent I don't believe refers
20  specifically to an output primitive, so we have to --
21     Q   Do you know what an output privative is in any
22  context whatsoever?
23     A   I guess you might be referring to the NASA
24  specification which uses that terminology, I believe.
25     Q   In that specification, what does it mean?

1     A   In that specification, I believe it means --
2  again, I would need to know the specification to confirm
3  this -- but it relates to a vector-based graphics
4  drawing primitive.
5     Q   So an output primitive refers to a
6  vector-based drawing output primitive?
7     A   In that context of the NASA specification.
8     Q   So what's a primitive?
9     A   A primitive is basically something that's
10  subordinate to something greater.  It's a building
11  block.
12     Q   And is that what it means in the -- is that
13  your understanding of what it means in the NASA report?
14     A   I don't know all the different uses of it in
15  the NASA reports.  I'd have to take a look and see how
16  primitive is used in there.
17     Q   Can you give me an example of an output
18  primitive?
19     A   I believe there's a polygonal draw function.
20     Q   I'm sorry?
21     A   A polygonal drawing function.  I believe
22  that's referred to as a primitive.
23     Q   Is that a command to draw a polygon?
24     A   Yes, it is.
25     Q   So would an output, would you say an output

Exhibit 4 Page 54

1  primitive is a type of drawing command?
2     A  No.
3     Q  What's the difference?
4     A  A primitive or a -- I should say a graphics --
5  was it a graphics primitive we're talking about?
6     Q  Output primitive.
7     A  Output primitive would be the result of a
8  drawing command, for example.
9     Q  So if I had a drawing command to draw a line,
10  the line would be the output primitive?
11     A  Again, in general terms. I'd have to see the
12  NASA specification to determine if that's how they used
13  that terminology.
14     Q  So you don't know?
15     A  Well, people use different words in different
16  ways or the same words in different ways, so --
17     Q  What's a stroke primitive?
18     A  A stroke is something that was used as an
19  alternative word for vector.
20     Q  In what context?
21     A  In the context that was an alternative for
22  vector.
23     Q  In what context?
24     A  In what we're talking about as far as drawing,
25  I think, of the NASA specification.

1     Q  The NASA specification uses the term "stroke
2  primitive"?
3     A  I don't know if it does. I believe it uses
4  the word "stroke" somewhere in there.
5     Q  So what is it? In the context of the NASA
6  specification, what is it?
7     A  My understanding is it's a vector.
8     Q  Can you tell me what that is in ordinary
9  English?
10     A  A vector in traditional computer graphics is
11  basically a line with either a direction and a length or
12  a line drawn between two points.
13     Q  So what is a drawing command?
14     A  Again, in what context?
15     Q  The context of this case.
16     A  Well, okay. Are we talking the patent? Are
17  we talk the references? What are we talking about?
18     Q  I'd like to know every definition of drawing
19  command that you know. But if you want to give me the
20  ones you think are most relevant to all the things we've
21  been talking about today, I'm willing to take that
22  first.
23     A  Well, I guess in the most simplistic terms it
24  is something that basically performs some sort of
25  drawing.

1     Q  Performs it?
2     A  It's a command that initiates a drawing
3  operation, and potentially I suppose would complete it
4  as well.
5     Q  What is the function of an in-use color?
6     MR. MARINA: Objection. Vague.
7     THE WITNESS: Again, a function of in-use color in
8  what context?
9  BY MR. MICALLEF:
10     Q  The context that we've been talking about all
11  day in this case.
12     A  In that case, I will pick one which is the
13  claim language in the court's interpretation. The
14  court's defined an in-use foreground color as "a color
15  that would be used as a foreground color for
16  subsequently received text and graphics drawing commands
17  until changed."
18     Q  Now, that's the definition. Thank you. Now
19  what's the function of it?
20     A  The function of it is to basically specify the
21  foreground color for subsequently received text and
22  graphics drawing commands until changed.
23     Q  Is that a useful function?
24     MR. MARINA: Objection. Vague.
25     THE WITNESS: Useful for what?

1  BY MR. MICALLEF:
2     Q  For anything? Does it have any use?
3     A  Well, it's, it does in the sense this was
4  basically an inventive, the inventive concept here, one
5  of them, of the claims, so --
6     Q  What makes it useful?
7     A  The fact that you use this color for -- as the
8  in-use foreground color for drawing sub- -- using the
9  foreground color for subsequently received text and
10  graphics drawing commands until changed.
11     Q  That's the only thing that makes it useful?
12  Do you have any other explanation of why anybody would
13  want to actually use an in-use color?
14     A  Yeah. I mean, I guess one example comes up
15  from our earlier discussion today, is you can specify it
16  and not have to go and basically respecify it every time
17  you draw something on the screen.
18     Q  Efficiency?
19     A  Efficiency. That would be one, one important
20  reason for using that.
21     Q  Any others?
22     A  I would suppose it would depend also on how
23  the in-use foreground color is used. If you go and read
24  through the claim, you know, both directly specified
25  colors as well as colors that are provided, I guess.

Exhibit 4 Page 55

1 Well, what's the right language for this?  Specified,
2 let's say, as a color data value and also specified as
3 an index into the color memory.
4    Q    Why is that useful?
5    A    It was deemed to be useful by the inventors
6 for their particular application that they went and
7 ultimately filed the application for the patent on.
8    Q    Perhaps so.  But do you know why?
9    A    Because they felt that it should be there.
10   Q    Well, is that it?  Is there any other benefit
11 to doing that?
12   A    They obviously saw a benefit to it.
13   Q    And you don't know what is it?
14   A    Well, I don't know what was in their minds.
15   Q    Do you have any idea what benefit one could
16 obtain from using it?
17   A    Well, I think they describe some of the
18 benefits in the document.
19   Q    In what document?
20   A    In the patent.
21   Q    You think they describe benefits of in-use
22 color in the patent?
23   A    They describe the benefits of their invention.
24   Q    No.  But I'm talking about the benefits of
25 in-use colors, of using in-use colors.  Can you give me

1 any other benefits?
2    A    Well, the fact you can specify the in-use
3 colors in multiple ways so that you can basically access
4 or provide -- provide the color in multiple ways so it
5 can be used in different ways based on your system
6 requirements.
7    Q    Sorry.
8        Flexibility?
9    A    I think that would probably be one way to
10 define it.
11   Q    Do you have -- can you put your hand on the
12 Markman order?
13   A    Yes, I can.  What do you want Appendix B or --
14   Q    No.  First of all, tell me, just so the record
15 is clear, what did we mark that?  What exhibit number is
16 it?
17   A    16.
18   Q    Okay.  16.  I think Appendix B as well.
19   A    Okay.
20   Q    And I want to direct your attention to this
21 in-use background color definition that we've been
22 talking about for some time.
23   A    We've been discussing in-use foreground
24 colors.
25   Q    You're right.  But now I'd like to talk about

1 in-use background colors.
2    A    Okay.
3    Q    And I'm wondering if you would agree that this
4 interpretation requires that every subsequently received
5 text and graphics drawing command uses the in-use
6 background color until it's changed?
7    A    No, I don't.
8    Q    You don't?
9    A    It doesn't say for every.
10   Q    But it does say that this is a color that will
11 be used as the background color for subsequently
12 received text and graphics drawing commands until
13 changed?
14   A    It does say that.
15   Q    So why doesn't that require that once you set
16 an in-use background color, any command that comes down,
17 any text and graphics drawing command that comes down
18 the pipe, has to use that color as the background color,
19 at least until changed?
20   MR. MARINA:  Asked and answered.
21   THE WITNESS:  Well, because it doesn't say it's for
22 every.
23 BY MR. MICALLEF:
24   Q    So if, so if there's just a single one, a
25 single command that uses the color that says in-use

1 foreground color, then this language is satisfied;
2 right?
3    A    A single type of command.
4    Q    A single type of command?
5    A    Right.
6    Q    What do you mean by a type of command?
7    A    Well, for example, drawing graphical text.
8    Q    It doesn't say "type of command"?
9    A    Right.  It's basically, the type would be a
10 command that would use the in-use foreground color.
11   Q    I'm sorry.  Say that again.
12   A    It would be the type of command that would use
13 the in-use foreground color.
14   Q    But this doesn't say anything about -- this
15 interpretation doesn't say anything about a type of
16 command.  It says this color will be used --
17   A    Right.
18   Q    -- by --
19   A    By subsequently --
20   Q    -- by subsequently received text and graphics
21 commands until changed?
22   A    Right.  That's what it says.
23   Q    And so if I set an in-use background color --
24   A    Foreground --
25   THE REPORTER:  Wait.  I can't get both of you.

Exhibit 4 Page 56

1    MR. MICALLEF: I'm sorry.
2    Q   If I switched, I apologize.
3    A   Yeah, he was saying foreground color earlier.
4    Q   Let's switch with background.
5        If I set an in-use background color and I send
6    a drawing command that doesn't use that background
7    color, is this language satisfied?
8    A   So you've gone and set the in-use background
9    color per the entire claim here in a system that
10   basically is based on this invention; is that what
11   you're saying?
12   Q   Let's take the system described in the Fleming
13   patent. Let's say I put it into Mode 3.
14   A   Uh-huh.
15   Q   And I set the in-use background color, and I
16   set the in-use foreground color --
17   A   Uh-huh.
18   Q   -- and then a command comes down the pipe
19   that's a drawing command that causes an A to be drawn,
20   the letter A --
21   A   Uh-huh.
22   Q   -- in the foreground color, and nothing else,
23   would Claim 1 in the Fleming patent read on that system?
24   MR. MARINA: Calls for a legal conclusion.
25   Objection. Incomplete hypothetical.

1    THE WITNESS: Yeah, I mean, I don't know because
2    the Fleming patent as far as I know doesn't specify that
3    type of text drawing command.
4    BY MR. MICALLEF:
5    Q   So you don't know if Claim 1 would read on
6    that or not?
7    A   Off the top of my head, I don't.
8    Q   You can't tell me?
9    A   I cannot tell you because the basis for that
10   is faulty.
11   Q   So tell me why when it says, "will be used" in
12   the definition of in-use background color; that is, will
13   be used until changed, that doesn't mean that for every
14   command that follows it it has to use that particular
15   color?
16   A   Because it doesn't say that in the court's
17   construction.
18   Q   But it does say that it will be used until
19   changed?
20   A   It will be used for subsequently received text
21   and graphic drawing commands until changed.
22   Q   So every subsequently received text and
23   graphics drawing command will use the color that's
24   designated in-use background color until that color is
25   changed?

1    MR. MARINA:  Objection.
2    THE WITNESS:  It doesn't say every.
3    BY MR. MICALLEF:
4    Q   It says, "will be until changed"?
5    A   Well --
6    Q   Well, after you set it, wouldn't you agree
7    that every single drawing command you get is a
8    subsequently received drawing command?
9    A   In this context, no.
10   Q   In what context?
11   A   In the context that you're presenting.
12   Q   Why not?
13   A   Well, I mean, there could text and graphic
14   drawing commands that have absolutely no need for a
15   background color.
16   Q   Well, this doesn't say that the in-use
17   background color is a color that will be used as the
18   background color for subsequently received text and
19   graphics drawing commands that happen to need a
20   background color. There's no words in there that even
21   mean that; isn't that right?
22   A   Well, I mean, you can't use something for
23   something that doesn't actually explicitly require it.
24   Q   You mean you can't use something that doesn't
25   explicitly require it; is that right?  Is that what you

1    just said?
2    A   That's what I just said.
3    Q   You can't use something that -- where it's
4    implicitly required?
5    A   Well, I guess I would need an example of how
6    you're using the difference in the context of the patent
7    here between explicit and implicit text and graphics --
8    Q   So you can't answer my question?
9    MR. MARINA:  He answered your question.
10   BY MR. MICALLEF:
11   Q   Can you answer my question?
12   MR. MARINA:  He answered it.
13   THE WITNESS:  I answered it.
14   BY MR. MICALLEF:
15   Q   If something is implicitly required, you still
16   have to do it; right?
17   MR. MARINA:  Object to the form.  Vague.
18   THE WITNESS:  It depends on what it is.
19   BY MR. MICALLEF:
20   Q   So if something is implicitly required, you're
21   saying you don't necessarily have to do it?
22   A   It depends on what the implicit requirement
23   is.
24   Q   So your reading of this claim language is that
25   the in-use background color is a color that will be used

Exhibit 4 Page 57

1  only for drawing commands that explicitly require a
2  background color?
3     A   It will be used for those commands that
4  require that background color.
5     Q   But for a command that doesn't require any
6  background color, in your view, this interpretation
7  doesn't apply at all?
8     A   I'm really not sure what happens in that
9  situation.
10    Q   And what language of the interpretation leads
11 you to that conclusion?
12    A   Commonsense.
13    Q   Explain that to me.  What's so commonsense
14 about that?
15    A   I just did.  It has to do with basically the
16 fact that basically if something cannot use a particular
17 type of functionality, then I don't see how that
18 functionality can be forced upon it.
19    Q   What do you mean by "use"?
20    A   Basically in the context of the claims here.
21 So for example, that the in-use background color used
22 for subsequently received text and graphics drawing
23 commands until changed, if there basically is a text and
24 graphics drawing command that does not, there's no way
25 that that can use a background color, or that background

1  color; then I don't see how that could basically operate
2  in that fashion.
3     Q   Are you using the term "use" or "used" in this
4  context as in applied onto the screen?
5     A   It is my belief that the use of the in-use
6  foreground and background colors for the graphics
7  functions they apply to involves specifically a drawing
8  of those particular things as they apply to the various
9  claim elements that they relate to.
10    Q   So you have to --
11    A   I explained that earlier today with respect to
12 the -- I guess it was the S.100 specification.
13    Q   So you have to actually apply them to whatever
14 image is on the screen?
15    MR. MARINA:  Object to the form.  Vague.
16    THE WITNESS:  Well, basically, for those functions
17 that utilize the foreground and/or background color
18 that's specified, they need to be actively written as
19 part of that text or graphics drawing operation.
20 BY MR. MICALLEF:
21    Q   But you're excepting from that any kind of
22 text or drawing command, text or graphics drawing
23 command that doesn't explicitly require the application
24 of a background color to the screen?
25    MR. MARINA:  Objection.  Vague.

1     THE WITNESS:  I mean, I think I pretty much
2  answered already.  Basically my interpretation of
3  whether something can or cannot use the in-use
4  background color that's been specified.
5  BY MR. MICALLEF:
6     Q   I'm sorry?
7     A   I've already indicated basically what my
8  belief is on the use of the in-use background color as
9  specified by functions that cannot use that background
10 color.
11    Q   And your belief is that this interpretation is
12 inapplicable to commands that do not specify a
13 background color?
14    A   I don't know about inapplicable.  I just don't
15 understand what would necessarily happen in that
16 situation.
17    Q   I'm sorry?
18    A   I don't understand what would happen in that
19 situation.  I've not analyzed the paten for that
20 particular situation.
21    Q   You don't have an opinion on that?
22    A   Not at this moment.
23    Q   Now, if you could get ahold of your
24 supplemental report, I think it's been marked.
25    A   First one or second one?

1     Q   First one.
2     A   Okay.
3     MR. MICALLEF:  I'll tell you what, why don't we,
4  while you're getting that, why don't we mark an exhibit
5  because you might need it.
6     What exhibit number are we on?
7     THE REPORTER:  22.
8     MR. MICALLEF:  So let's mark as Exhibit 22 what
9  we've been referring to as the NASA final report.  It's
10 a document bearing Bates Nos. DELL 366644 through
11 366799.  And I'll have you take a look at that once
12 she --
13    (Defendants' Exhibit 22 was marked for
14       identification.)
15 BY MR. MICALLEF:
16    Q   Let me jump back before you jump into that
17 document, Mr. Richter.  What if a system has no text or
18 drawing commands that use a background color map?  In
19 such a system, is it possible to have the third mode of
20 Claim 1 of the Fleming patent?
21    A   I don't know.  I've not analyzed such systems
22 from a perspective of infringement.  But if the system
23 does not exhibit any functions it can use a in-use
24 background color, then I don't believe those systems
25 would be -- if they are prior art systems, I don't think

Exhibit 4 Page 58

Page 577

1  that they would read on this claim at issue here.
2     Q   Just prior art systems?
3     A   And if they are infringing systems, then I
4  suspect they probably would infringe for the same
5  reason.
6     Q   You mean if they are accused systems, they
7  would infringe for the same reason, is that what you
8  mean?
9     A   No.  I said if they are systems believed to
10 have infringed, that basically if they are incapable of
11 displaying anything in the background color for the
12 specified background color, then --
13    Q   So if you could grab your supplemental report,
14 Exhibit 17, and turn to page 16, paragraph 46.
15    A   Okay.  Supplemental report.  Okay.
16    Q   At the bottom of the page in paragraph 46 you
17 state that the NASA report indicates that these RGB
18 values are, are floating point numbers in the range of
19 zero to one.  Do you see that?
20    A   Yes, I do.
21    Q   What do you mean by a floating point number?
22    A   Well, in the specifications referred to as
23 real, it's in the NASA specification, which is another
24 term for floating point, and those are numbers that are
25 specified in number -- in a variety of different ways to

Page 578

1  provide a high level of detail or potentially accuracy
2  in the number.
3     Q   Well, I noticed you didn't cite any particular
4  page of the NASA final report for that particular
5  proposition.  And I was wondering if you could --
6     A   That's common knowledge that real numbers are
7  floating point numbers, even at the time of this.  I
8  mean, in programming, you basically go -- I think it was
9  in FORTRAN or some of the other program language at the
10 time -- and define a floating point number as a real
11 number versus integer.
12    Q   So the NASA final report doesn't actually use
13 the phrase "floating point numbers"?
14    A   I don't know.  I suspect somewhere in here it
15 talks about floating point.
16    Q   Well, I've looked, and I couldn't find the
17 phrase.  And you didn't give me a cite to it.  So is
18 there any way we could find it without you sitting here
19 until the morning comes looking through it?
20    A   Probably not.  I mean, I could start reading
21 the specification and let you know.
22    Q   Well, let me ask you to change -- turn in the
23 NASA final report to the page that's marked DELL 366737.
24 And now, actually before you look at that, let me ask
25 you a question.  Are you sure that the NASA final report

Page 579

1  uses the term "floating point"?
2     A   It uses the term "real."  I don't know about
3  the term "floating point."
4     Q   Okay.  So the floating point, that phrase was
5  a characterization that you put in your report that you
6  came up with?
7     A   At a minimum, yes.
8     Q   And so you think it uses the term "real" to
9  describe the RGB values?
10    A   Well, it does use the term "real" to describe
11 the RGB values.
12    Q   It does.  And by "real," what do you think it
13 means?
14    A   Floating point.
15    Q   Okay.  Now explain to me what, again, what a
16 floating point is?
17    A   A floating point number is one that is
18 represented in such a fashion that it -- there are
19 multiple standards for floating point.  But one example
20 would be where you might have a 16-bit floating point
21 number, and each bit of it -- one bit would represent a
22 sign, so whether it's positive or negative.  The next
23 bit would basically be -- have a value of one-half from
24 a fractional perspective.  The next one would be
25 one-fourth, one-eighth, and basically dividing down by

Page 580

1  two all the way across.
2        It would then basically convert that number;
3  because it's all basically fractional beyond the decimal
4  point, into -- internally that's how it's represented.
5  And in order to go and convert that number there's a
6  scaler as well, so you multiply by 10 to the Nth power.
7  So basically, that scaler then determines what the
8  actual value of that number is.
9        And if you want to apply it in some fashion,
10 you have to use a floating point processing system.  It
11 could either be hardware or software that does the
12 parsing for that number.  It's not a natural number for
13 an energy-based system used by itself.  There has to be
14 something else additional to help it.
15    Q   Is it your view the NASA final report has all
16 that detail in it?
17    A   It's my view that anyone who was programming
18 in the late '70s would know what a real number.
19    Q   Now, you seem to say that the first digit was,
20 did you say raised to one over the second power?
21    A   No, no.
22    Q   What did you say?
23    A   Basically, and again, I'm giving a
24 hypothetical.  There's actually, I think there was maybe
25 an example in the CRC document about what that floating

Exhibit 4 Page 59

Page 581

1    point representation was.
2         But one bit, potentially the most significant
3    bit or the first bit that you encounter would be a sign
4    bit. And then each successive bit of the fractional
5    portion of the floating point number in this one
6    exemplary way of representing floating point numbers
7    would be a fraction that would be basically 1 over 2 to
8    the power of that bit position; so 1 over 2, 1 over 4, 1
9    over 8, 1 over 16, 1 over 32 and so on, for as many bits
10   as were provided for the fractional portion.
11        And then there would be another portion of the
12   floating point number that would be a scaler that would
13   basically say how many decimal places of this exist in
14   front of the decimal point and how many are after.
15   Floating point number is basically meaning numbers where
16   you can specify programmatically some number that's
17   between 0.0 to some very large number that has data
18   after the decimal point as well as in front of the
19   decimal point; although the stuff in front of the
20   decimal point can also be zero.
21        Q    So there would be a sign bit, and then the
22   next bit would sort of be the most significant value
23   bit?
24        A    In one possible representation of it.
25        Q    And that would represent a value, for lack of

Page 582

1    a better term, to the right of a decimal point?
2         A    Prior to the application of the scaler.
3         Q    Prior to the application of the scaler.
4              And then the next bit over would represent --
5    it would be sort of like just putting the bits on the
6    right side of the decimal point and then multiplying it
7    by a scaler --
8         A    Not really because those bits don't translate
9    to an actual number directly. It's not like binary
10   coded decimal where you use some number bits, like four
11   bits to basically encode a number from 0 to 9. Each one
12   of those bits represents a fraction.
13             I don't know if you're -- I'm sure you've
14   heard like the math trick from, maybe from the math
15   teacher when you were in grade school. If I'm basically
16   running a race of a thousand feet, okay, a relay race.
17   And I basically relay runners set at half the distance
18   from where I am to the finish line, will I actually ever
19   reach the finish line? And the answer is no, you'll
20   basically end up approximating almost towards the end.
21   But you're always going to be half of the remaining
22   distance from that person to the finish line, even
23   though it might be, you know, a minute, minute amount.
24             And that, this basically, this one potential,
25   one exemplary embodiment of floating point numbers using

Page 583

1    computer systems utilizes that to basically try to get
2    as much accuracy as it has room for storage for the
3    floating point number.
4         Q    I see. Can you go back to the page in the
5    NASA final report that is marked Dell 366737.
6         A    I have that open.
7         Q    Okay. And the fourth full paragraph on that
8    page?
9         A    Uh-huh.
10        Q    I believe it's the fifth sentence, which says,
11   "The user may specify color directly with three
12   parameters between zero and one." Do you see that?
13        A    Yes, I do.
14        Q    And this is a description of the direct
15   specification of color; right?
16        A    Well, not really because floating point
17   numbers, which this is certainly what a parameter
18   between zero and one implies is a floating point number;
19   because you can't have an integer between zero and one.
20   It's either zero or one.
21        Q    So a fraction between zero and one implies a
22   floating point number?
23        A    This text implies a floating point number. It
24   doesn't actually say a fraction. It says a value, or
25   the parameter is between zero and one. And up above

Page 584

1    it says, "The user may specify intensity directly with
2    values between 0 and 1," talking about the intensity
3    version of the NASA specification.
4         Q    You can't have integers between zero and one;
5    right?
6         A    That's what I just said.
7         Q    It's got to be a fraction if it's a value
8    between zero and one; right?
9         A    It has to be in computing terms a floating
10   point number.
11        Q    If it's between zero and one, it has to be a
12   floating point number; that's your opinion?
13        A    Yes.
14        Q    It doesn't say floating point number?
15        A    Right.
16        Q    But that's your interpretation of --
17        A    That's my interpretation of that. I do know,
18   by the way -- this is kind of an interesting thing
19   here -- it does say the next sentence, "These parameters
20   may specify red, green and blue, or hue, lightness and
21   saturation," which is what I was referring to is the
22   other color models or color spaces in one of the
23   previous discussions.
24        Q    Do you think fractions between zero and one,
25   is it fair to characterize them as percentages?

Exhibit 4 Page 60

Page 585

1    A    Are we talking fractions from a math
2  perspective or trying to specify a fraction in such a
3  way that a computer can use it?
4    Q    Let's talk about any perspective. Isn't that
5  just another way --
6    A    A percentage in pure mathematical terms can be
7  represented as a fraction.
8    Q    And there's sort of a one to one
9  correspondence; right? .5 would be 50 percent? .5 is
10 never going to be anything but 50 percent?
11   A    Well, .5 is not a fraction. It's a floating
12 point number.
13   Q    One-half would be 50 percent?
14   A    One-half would be 50 percent. Two-fourths
15 would be 50 percent as well. So there's multiple ways
16 of representing it.
17   Q    Is it fair to say that floating point numbers
18 between zero and one represent percentages?
19   A    If that's what they are meant to represent,
20 then yes.
21   Q    You could do it that way?
22   A    Yes.
23   Q    Why do you believe -- well, let me just ask
24 you, do you think this disclosure on this page satisfies
25 the part of the claim that requires direct specification

Page 586

1  of a color by a color data value?
2    A    No, I don't.
3    Q    Why not?
4    A    Well, go to the claim language and I'll tell
5  you. Let's see. The claim language basically says,
6  "Where the in-use -- wherein the in-use foreground color
7  is directly specified as a color data value." If the
8  inventors had intended it for basically to be, you know,
9  indirectly specified, then I don't think they would have
10 actually used the word "directly" in the claim language.
11   Q    And from that, you mean, you think when
12 this says the user may specify color directly, you
13 mean -- you're interpreting that to mean that it's
14 specifying color indirectly?
15   A    Well, no, I mean, we're talking two different
16 directlys {sic}. We talking a "directly" that's used in
17 the claim language, which has a certain interpretation
18 based on the patent and the claims themselves. And
19 we're using "directly" here, which is basically used in
20 a different context.
21   Q    So your opinions depend on the fact that the
22 word "directly" is used in one way in the claim
23 interpretation and a different way in the NASA final
24 report; correct?
25   A    I don't know if it depends on, but that's

Page 587

1  certainly my belief that they are -- they mean different
2  things, or they are actually interpreted in different
3  fashions.
4    Q    And that's why you've concluded that the first
5  mode is not met by the NASA final report; right?
6    A    The issue of directly specified colors not
7  including floating points would be a reason.
8    Q    So why, why would what's disclosed here in the
9  NASA final report in your view be indirectly specifying
10 color?
11   A    I sorry. Say that again.
12   Q    Why would what's disclosed in the NASA final
13 report here on this page, Dell 366737, why in your view
14 is this indirectly specifying color?
15   A    Because it doesn't specify an integer number
16 for the color components.
17   Q    Why is that required for specifying directly?
18   A    Because I believe the use of the word
19 "directly" in the claim language requires it to be as
20 it's defined in the patent, which is to basically
21 directly specify the color data value.
22   Q    Does that mean that you have to specify
23 exactly the bits that come -- that are used to control
24 the guns?
25   A    I believe it means that you have to directly

Page 588

1  specify it as an integer value.
2    Q    Well, it doesn't say anything in the claim
3  interpretation about an integer value, does it?
4    A    It is a color that is used directly. It's
5  directly specified as a color data value. Color data
6  values based on my reading of the patent are
7  integer-based values.
8        I mean, if we take a look at color data value
9  from the court's description, it says, "Color component
10 of a particular color such as red, green and blue are to
11 be color components." Okay. So that, to me that
12 implies an integer color.
13   Q    So --
14   A    Component value. Sorry.
15   Q    And your opinions are based on your belief
16 that that requires integers; right?
17   A    That's correct.
18   Q    Why, why does it require integers?
19   A    That is my opinion based on having reviewed
20 the document.
21   Q    Can you give me any further explanation?
22   A    There's no reference to floating point as a
23 possible representation for RGB colors in the patent.
24   Q    Can you give me any further explanation?
25   A    Those would be it.

1    Q    If I specify RGB colors with a parameter
2  between zero and one, wouldn't that call for a
3  particular color?
4    A    Again, in what context?
5    Q    The context of this case.
6    A    Well, you don't specify color between zero and
7  one in the patent.  So where else?
8    Q    Anywhere else.  Would it at any time call for
9  a particular color?  Do you know?
10   A    Well, you can't specify a zero to one in the
11 patent.  So you can't specify something between zero and
12 one -- between zero and one there are no integers.
13   Q    Do you think the patent claim is limited to
14 exactly that which is described in the patent?
15   A    No.
16   Q    Okay.  So explain your last answer.
17   A    Well, my last answer basically comes back down
18 to the fact that the inventors obviously had something
19 specific in mind when they said the color is directly
20 specified as a color value.  If they --
21   Q    Did the inventors tell you that?
22   A    If they had intended to have it cover a
23 broader range of number systems, I believe they would
24 not have included the word "directly" in there.
25   Q    So you think --

1    A    They would have just said foreground color is
2  specified as a color data value.
3    Q    So you think the patent is limited to the use
4  of integers to specify a color data value; correct?
5    A    I believe that the term "directly specified as
6  color data values" precludes the usage of floating point
7  specified color components as part of the requirements
8  to basically -- to meet the requirements of that claim
9  element.
10   Q    Well, if I specify color data values using
11 values between zero and one, won't that call for a
12 particular color?
13   A    I mean, in the context of the NASA system, if
14 you specify your RGB components between zero and one and
15 provide three different numbers of those, based on how
16 the NASA system works as I understand it, then yes, you
17 would produce a particular color based on a combination
18 of those three numbers.
19   Q    If I used those same color data values the
20 next day, I would get -- with the same system, I would
21 get the same color called output; correct?
22   A    Close enough.  Depends whether you have drift
23 in your CRT.
24   Q    But it does call for a particular color?
25   A    Yes.

1    Q    Okay.  So just to make sure I understand your
2  position, you are not expressing the opinion that if
3  color data values need to be converted in some manner in
4  order to eventually output a color, that that has any
5  relevance to the claim; is that correct?  It's not your
6  opinion; right?
7    A    Well, my opinion is that for the first mode of
8  access, basically you have to directly specify the color
9  data values.
10   Q    And your opinion is that that requires
11 specifying using integers?
12   A    It requires specifying in some number system
13 that doesn't require a significant conversion to get to
14 something you can actually utilize in the hardware.
15   Q    Well, what's a significant conversion?
16   A    Floating point integer.
17   Q    What else would be a significant conversion?
18   A    I can't think of anything else off the top of
19 my head.
20   Q    The only thing you can think of is the one
21 that happens to be in this particular prior art
22 reference; right?
23   A    Well, it's probably by coincidence the most
24 extreme example that I can think of because doing
25 floating point in these systems in the early '80s and

1  late '70s required a lot of either hardware and/or
2  bandwidth basically to make the conversions.
3        Even in the regular PCs -- I don't know if you
4  recall the early days of the IBM PC -- you would
5  actually purchase a separate processor called a floating
6  point processor.  So you could actually perform these
7  operations somewhat more quickly than doing them in
8  software because they were so overwhelmingly a burden on
9  the system.
10   Q    How about converting to an index value?  Is
11 that a significant conversion?
12   A    Converting from what?
13   Q    From the color data values, RGB values to an
14 index?
15   A    Well, I don't know necessarily where that's
16 being done in the claims over here.
17   Q    But would you consider it a significant
18 conversion?
19   A    Explain to me what the process would be and
20 I'll tell you, if I can.
21   Q    The process would be just taking your RGB
22 values and washing them through some kind of
23 mathematical operation that outputs an index value.
24   A    It depends on how easy it is.  I mean, I can
25 convert from color to gray scale by dropping my reds and

1  blues and just leave the green.  And that provides a
2  gray scale.  I mean, that's, that's --
3      Q   So you can't answer the question?
4      A   Not without more parameters.
5      Q   Well, you can't answer the question based on
6  what the court has given you in that order?
7      A   The court hasn't basically discussed
8  specifically going in and translating color data values
9  into index values.
10     Q   So how is someone supposed to know whether or
11 not they infringed this patent if they can't tell
12 whether their conversion is significant enough without
13 finding Jake Richter and asking him whether it is or
14 not?
15     A   Well, I suppose they could ask Lucent.
16     Q   Oh, they could ask Lucent.  Don't you think
17 that maybe the court should be the one who says what the
18 scope of the claim is?
19     A   Certainly.
20     Q   The court hasn't said anything about a
21 conversion in the Markman order; right?
22     A   I don't know what the court is going to say
23 when this issue comes up at trial.
24     Q   If the court rules that one can directly
25 specify in the context of this patent, regardless of

1  conversion significant or otherwise, then your opinion
2  on the subject is wrong; right?
3      A   Well, I mean, it's basically -- you know, the
4  court will have made that decision.  The court is
5  entitled to make whatever decisions it makes based on
6  what it believes it should decide.
7      Q   About the meaning of the claim?
8      A   Sure.
9      Q   And about the meaning of the claim
10 interpretation?
11     A   Well, that is the court's jurisdiction as I
12 understand it.
13     Q   Let me get back to this significant
14 conversion.  How about, how about an integer that's
15 originally in a decimal format converted to an integer
16 in a binary format?  Is that a significant conversion?
17     A   I am not sure what you mean by integer in a
18 decimal format.
19     Q   The kind of numbers we usually use as human
20 beings.
21     A   Those are floating numbers.
22     Q   Base 10?
23     A   Those are floating point numbers.  They are
24 represented in the system --
25     Q   They could be --

1      A   -- in the way that I explained.
2      Q   Oh, so is 100, is 1-0-0, is that a floating
3  point number?
4      A   No.  That's just a pure integer.  If you have
5  100.0, that would actually become a floating point
6  number.
7      Q   That's what I meant by decimal.  Pure
8  integers?
9      A   Okay.  Well, those are -- from a program
10 concept those mean different things.
11     Q   So converting a pure integer to -- from a
12 decimal format, meaning base 10, to a binary format,
13 meaning base 2, is that a significant conversion?
14     A   Well, I guess I'm not getting your distinction
15 because integers, when they are stored in a computer,
16 are basically, they are integers.  So you know, 100
17 would be represented by the bits that make up 100.
18     Q   Yeah.  But when you write it in your checkbook
19 you don't right it -- maybe you do; I don't know -- you
20 don't write it in bits; right?  If you were to right me
21 a check for 100 bucks, you'd write a 1-0-0, and that's
22 base 10; right?
23     A   Well, yeah.
24     Q   And if -- so converting that number --
25     A   But there's no conversion involved.  What

1  happens --
2      Q   Let me finish my question.
3      A   I'm sorry.
4      Q   Converting that number to the binary version
5  of that, of that number that computers use, is that a
6  significant conversion?
7      A   Well, as I said, there's no actual conversion
8  per se that happens.  If I go in a program and specify
9  100, my compiler will automatically generate the binary
10 data that gets put in memory.  If I generate -- if I
11 basically put in a No. 100.1, which is a floating point
12 number, it's going to generate this large bit encoded
13 thing similar to what I described earlier.  And that was
14 the binary presentation of 100.1.
15     Q   Well, the compiler will convert it from one
16 format to another; right?
17     A   It will convert it from one format to another
18 at compiled time.
19     Q   Yeah, right.
20     A   Right.
21     Q   So you think that that's not a conversion?
22     A   That's a different kind of conversion.  The
23 conversion I was talking about with respect to floating
24 point is, I can write a program that basically goes and
25 draws a color ramp in the NASA system where I add .1 to

Exhibit 4 Page 63

Page 597

1  my ready component every time. And the compiler is not
2  going to basically interpret that conversion and produce
3  an integer for me. That has to be done at run time.
4      Q   So is what the compiler does, is that a
5  significant conversion or not?
6      A   No.
7      Q   How about converting to hexadecimal? Is that
8  a significant conversion?
9      A   Hexadecimal is just another format of reading
10  binary numbers.
11      Q   How about converting ASCII to integer? Is
12  that a significant conversion?
13      A   I'm not sure what you mean by converting ASCII
14  to integer.
15      Q   You don't know what an ASCII character is?
16      A   I do know what an ASCII character is.
17      Q   Is one an ASCII character?
18      A   It depends on how it's used. If it's used to
19  represent a bit, then no.
20      Q   Can it be used as an ASCII character?
21      A   Yeah, I think 31 hex.
22      Q   How about converting 1-0-0 as an ASCII
23  character to an integer? Is that a significant
24  conversion?
25      A   That would be considered a binary coded

Page 598

1  decimal. And I know at least the early Intel
2  processors, the X36 series of Intel processors had a BCE
3  conversion built right into the hardware.
4      Q   Is that a significant conversion?
5      A   No.
6      Q   But going to floating point to integer you say
7  is a significant conversion?
8      A   Sure. You take all those different fractional
9  bits representations, add them up, and then have
10  something that processes that to try and figure out how
11  to go and apply that to whatever you multiply it by, for
12  example, which is how you'd need to basically go and
13  figure out ultimately what integer number you'd want to
14  use in order to get your red, green, blue values that
15  the hardware can use.
16      Q   Intel processors have floating point units,
17  don't they?
18      A   At that time frame they did not. You had to
19  buy them separately. That's what I was pointing out
20  earlier.
21      Q   They were available, though?
22      A   Probably not until about 1984 or '5.
23      Q   You couldn't buy a floating point unit before
24  1984?
25      A   I don't think from Intel.

Page 599

1      Q   From anybody?
2      A   I, there were array processors, big boxes that
3  cost lots of money that could do reasonably fast
4  floating point for the time. The 8087 processor is what
5  that was, the Math Coprocessor, I believe is the model
6  number, the 8087.
7      Q   So what's your understanding of what the new
8  frame command does in the NASA final report?
9      A   Well, let's go find it. Do you have a page
10  reference there, or do you want me to look through --
11      Q   Well, there's some description of it on 46 --
12  I'm sorry. I'll give you the Bates No., DELL 366784.
13      A   Okay. So this is in the Appendix C portion of
14  this document.
15      Q   I think you're right.
16      A   Okay.
17      Q   Question is --
18      A   And where?
19      Q   About two-thirds of the way down.
20      A   I see the NEWFRM function.
21      Q   Yeah.
22      A   From this alone it's difficult to tell what
23  the New Frame function does; although, it's in the
24  device level. So it's a device driver level. So it's
25  called by some higher level function. And this implied

Page 600

1  here basically that either the user could do it or that
2  other core routines could do that as well, call this
3  function.
4      Q   But you don't have an understanding without
5  studying the document more --
6      A   Well --
7      Q   -- about --
8      A   I didn't find a reference to New Frame as a
9  documented item in this document in Appendix A, which is
10  where the New Frame function would be called from, so --
11      Q   Well, in your supplemental report, Exhibit 17,
12  at page 17 --
13      A   Uh-huh.
14      Q   -- paragraph 47, about five lines down you
15  say, "The NASA report states at page 20 of Appendix
16  A" --
17      A   Let's go take a look there. Okay.
18      Q   -- "that the function does not take effect
19  until a new frame occurs; and therefore, it's not used
20  as the background color for subsequently received," et
21  cetera, et cetera?
22      A   That's right.
23      Q   So can you explain -- now does that refresh
24  your recollection?
25      A   It does.

Exhibit 4 Page 64

1    Q    So what's the New Frame?
2    A    The New Frame function -- because Appendix A
3  as I understand it is basically a modification to, I
4  guess, the previous core interface. Basically the New
5  Frame function causes the display that's being drawn to
6  be cleared. And then in the case of the background, set
7  background color function, would go and fill the screen
8  with the specified color. And if you're working in a
9  segmented system where your list of drawing commands
10  have already been, I guess, put into a segment or
11  display list, then that would be redrawn over the top of
12  that.
13    Q    I'm going to ask you to take a look at one
14  page, Dr. Wedig's supplemental expert report which I
15  think was marked as Exhibit 100 at his deposition, the
16  Wedig deposition. I'm not going to mark it here because
17  it's just killing trees. And I only have one question.
18  So it's page 30 of that.
19    THE WITNESS: Is that okay with you?
20    MR. MARINA: That's okay with me. I just need a
21  copy of it.
22  BY MR. MICALLEF:
23    Q    Here. I opened it to page 30.
24    A    Okay.
25    Q    Near the top of page 30 at about line 5

1  there's a sentence that says, "Once a New Frame command
2  is received, the color identified by the index into the
3  color memory will be used as the background color for
4  subsequently received text and graphics drawing
5  commands." Do you see that sentence?
6    A    I do.
7    Q    Do you agree with that sentence?
8    A    Not exactly.
9    Q    In what way do you disagree?
10    A    Basically once a new frame command is
11  received, the color identified by the index into the
12  color memory is the background color for the entire
13  screen. And there's basically no -- it's not an in-use
14  background color because it's not used by the individual
15  functions.
16    Q    By that you mean it's not actively drawn on
17  the screen by the individual functions?
18    A    Correct, correct.
19    Q    Okay. That's all I was going to ask you about
20  that. Thank you.
21        So if I understand the NASA final report, that
22  this background back color and index into the background
23  color is stored in memory when the set background color
24  command is used, some index is stored in memory
25  somewhere. Does that make sense?

1    A    Well, the index that you would specify with a
2  set background, I guess it would -- it would have to be
3  with a set background color index function. Is that
4  what that said, the Wedig reference?
5    Q    Strike that. Strike that.
6        Let me mark -- I'd like to mark as Exhibit 23
7  a document bearing Bates Nos. LUC 003903 through 004026.
8  It's an extra page.
9        (Defendants' Exhibit 23 was marked for
10          identification.)
11    THE WITNESS: How much more time on tape?
12    VIDEO OPERATOR: Seven minutes.
13    MR. MICALLEF: Why don't we take a quick break.
14    VIDEO OPERATOR: This marks the end of Tape No. 3
15  in the deposition of Jake Richter. Going off the
16  record. The time is 8:20.
17        (Recess taken.)
18    VIDEO OPERATOR: We're back on the record. Here
19  begins Videotape No. 4 in the deposition of Jake
20  Richter. The time is 8:25.
21  BY MR. MICALLEF:
22    Q    I want to go back to this idea of significant
23  conversion; conversion that would in your view
24  demonstrate that certain color data values are not
25  directly specifying a color. Would it be a significant

1  conversion if you had to -- if you moved around the bits
2  and concatenated them together in a different pattern?
3    A    Such as?
4    Q    Do you know the difference between little
5  Indian and big Indian?
6    A    Yes.
7    Q    How about going from little Indian to big
8  Indian? Is that a significant conversion?
9    A    It depends on the processor. Some processors
10  actually have a bit reverse built right into them. So
11  that would just basically be, maybe two clock cycles on
12  a CPU.
13    Q    So no? Is that a no?
14    A    That would probably -- that's a qualified no.
15  It depends on the system. But typically that's a -- not
16  a majorly CPU-intensive function.
17    Q    How does anybody know whether they are
18  directly specifying color, if there's any conversion
19  whatsoever? What in the patent and in that Markman
20  order tells us whether it's too much conversion or not
21  too much conversion?
22    MR. MARINA: Objection. Calls for a legal
23  conclusion.
24    THE WITNESS: I don't know that there's anything
25  that specifically points this out. We've already

Page 605

1  discussed that. It's an issue of what is directly
2  specified as a color data value and what is not directly
3  specified as a color data value.
4  BY MR. MICALLEF:
5     Q    So it's go ask Jake Richter?
6     A    Or the court. I expect the court's answer
7  would be more authoritative in the long run.
8     MR. MICALLEF: What did we mark this last one as?
9     THE REPORTER: 23. Next one is 24.
10 BY MR. MICALLEF:
11    Q    So have you ever seen Richter Exhibit 23
12 before?
13    A    I don't know. Is it all one exhibit?
14    Q    It is now.
15    A    I do not specifically recall if I've seen this
16 or not. If I had, it would be listed as one of the
17 documents I've reviewed.
18    Q    I'd like to get you to turn to the page that
19 bears the Bates No. LUC 003957.
20    A    57. That's the blank page here?
21    Q    Do you have blank pages?
22    A    I have a whole bunch of blank pages.
23    Q    You do?
24    A    And 57 is one of those.
25    Q    It looks like we have a bad exhibit.

Page 606

1     A    It was a trick of some sort, wasn't it?
2     MR. MARINA: Do you want to just -- can I -- we'll
3  just mark it the next one. Let me mark another copy of
4  this document that goes from LUC 003903 through 004026.
5  And we'll make this Richter Exhibit 24.
6     (Defendants' Exhibit 24 was marked for
7        identification.)
8     MR. MICALLEF: And maybe you can take a look at
9  that one. Before we do --
10    THE WITNESS: You have to give it to her, not me.
11 I can pass it to her. Ironically these are the only
12 pages that are missing, three or four right around that
13 section.
14    MR. MICALLEF: Not ironically. Expectedly.
15    THE WITNESS: Double-sided. Less trees killed.
16 Okay. So that was 3957?
17 BY MR. MICALLEF:
18    Q    That's right.
19    A    Okay. So it's page 50 of this.
20    Q    Yes.
21    A    Okay.
22    Q    And there's a Section 5.2.1.4 called "Color
23 Controls."
24    A    Okay.
25    Q    At the bottom of that section -- and you're

Page 607

1  welcome to read more of it if you want -- but at the
2  bottom of that section, the last sentence and the very
3  last line refers to a lookup table. And all I want to
4  know is whether that reference to a lookup table refers
5  to the color memory that's recited in the claims?
6     MR. MARINA: Objection. Lacks foundation. Calls
7  for speculation.
8     THE WITNESS: I don't know. I don't know what the
9  whole context of this document is because I've not
10 reviewed it, so -- I mean, it seems to refer to a color
11 map. That's part of this. That's, I guess, halfway
12 through this sentence.
13    What was the question again?
14    MR. MICALLEF: Can you read it back.
15    (The following testimony was read into
16       the record:
17    "Q    At the bottom of that section -- and
18 you're welcome to read more of it if you want
19 -- but at the bottom of that section, the last
20 sentence and the very last line refers to a
21 lookup table. And all I want to know is
22 whether that reference to a lookup table refers
23 to the color memory that's recited in the
24 claims?")
25    THE WITNESS: Well, I mean, if we're going for "a

Page 608

1  color memory defines a color map that stores the table
2  of color data values indexed by numbers," that's
3  certainly within the realm of possibilities.
4  BY MR. MICALLEF:
5     Q    Can you say for sure?
6     MR. MARINA: Objection. Lacks foundation.
7     THE WITNESS: I don't know enough of this, this
8  specification to say if there might be some other
9  meaning to that.
10 BY MR. MICALLEF:
11    Q    That's a no; right?
12    A    What? Am I sure?
13    Q    I said can you say for sure?
14    A    I cannot say for sure.
15    Q    Thank you. Could you turn to the page bearing
16 Bates Nos. 003974. There's a -- this is in a section
17 called "Geometric Primitives." Do you see that?
18    A    I see section 5.2.2?
19    Q    Right. Below there there's a, there's a
20 description of something called the point command. Do
21 you see that?
22    A    I do.
23    Q    And one of the things the point command
24 optionally does is draws a dot. Do you see it there?
25    A    I see "optionally draw a dot." That's what

Exhibit 4 Page 66

Page 609

1  it says.
2      Q    That's what it says.  And over the next couple
3  of pages this point command is described.  And then if
4  you look at page LUC 003976, it talks about one version
5  of this point command called "point absolute."  Do you
6  see that?
7      A    That's at top of the page.
8      Q    That's right.
9      A    Okay.
10      Q    And the second sentence in that little
11  paragraph in the middle of that page says, "It also --
12  referring to point absolute -- "also draws a dot in the
13  in-use drawing color whose size is determined by the
14  'logical' pel size."  Do you see that?  Are you with me?
15      A    Yeah, I'm with you.
16      Q    Do you have any idea what the in-use drawing
17  color would be?
18      MR. MARINA:  Objection.  Lacks foundation.  Calls
19  for speculation.
20      THE WITNESS:  It looks like it would be an in-use
21  drawing color.  I don't -- I mean, I'm not sure what
22  you're asking.
23  BY MR. MICALLEF:
24      Q    What is an in-use drawing color?
25      A    I don't know.  Whatever this is.

Page 610

1      Q    No idea?
2      A    It would -- I mean, looking at the plain
3  English terminology here, it's basically saying it's
4  drawing the dot and whatever the in-use drawing color
5  is.
6      Q    You don't know what an in-use drawing color
7  is; correct?
8      MR. MARINA:  Objection.  Misstates his testimony.
9      THE WITNESS:  I've not reviewed this document.  So
10  I don't know in this context what it is.
11  BY MR. MICALLEF:
12      Q    You can't tell me what an in-use drawing color
13  is?
14      A    Not without reviewing the document first.
15      Q    Can you get your second supplemental report in
16  front of you?
17      A    Okay.
18      Q    Is that Exhibit 18?
19      A    Yes, it is.
20      Q    If you could turn to page 5.
21      A    Okay.
22      Q    Paragraph 13, there's a sentence that begins,
23  "Because the primitives."  Do you see that?
24      A    Yes.
25      Q    There's a phrase in the middle of that

Page 611

1  sentence that says, "would make no sense from a
2  technical perspective."  Do you see that?
3      A    I do.
4      Q    What did you mean by that?
5      A    Well, none of the primitives that I saw in the
6  NASA report had any sort of mechanism for where they
7  would require using any sort of background color for
8  drawing.
9      Q    Anything else?
10      A    That, that's -- I mean, I've covered what I
11  mean from that, what I just reiterated as well.  That is
12  the technical issue that I see with the NASA report with
13  respect to the background color.
14      MR. MICALLEF:  Could you read back that answer.
15      (The following testimony was read into
16      the record:
17      "A    That, that's -- I mean, I've covered
18      what I mean from that, what I just reiterated
19      as well.  That is the technical issue that I
20      see with the NASA report with respect to the
21      background color.")
22  BY MR. MICALLEF:
23      Q    Later on in the sentence you say -- you refer
24  to a predictable combination leading to predictable
25  results.  Do you see that?

Page 612

1      A    I do.
2      Q    What did you mean by that?
3      A    Well, if you combine something that can't use
4  something else with that something else, the results are
5  unpredictable because you don't know --
6      Q    What combination are you talking about here in
7  this paragraph 13?
8      A    This basically had to do with, I think, the
9  suggestion that the NASA report would be combined with
10  another reference -- I don't recall off the top of my
11  head which one it was -- that would provide the use of
12  an in-use background color.
13      Q    And you think one of ordinary skill in the art
14  in 1981 could not have done that?
15      A    Not without creating a whole new set of
16  graphics primitives that use a background color.  But
17  the NASA report, as specified, used stroke or vector
18  graphics.  There's no need for a background color in
19  those.  They don't use it.
20      Q    But a person who does create a whole new set
21  of output primitives, as you put it, could combine them;
22  right?
23      A    Well, why would they use a core as the basis
24  for that?  I mean, it doesn't make technical sense to do
25  it.

67  (Pages  609  to  612)

Exhibit 4 Page 67

Page 613

1    Q    But my question was, a person who wanted to do
2   that could combine them; right?
3    A    Again, a person with enough will can do
4   anything they want to pretty much.
5    Q    And could combine, perform that combination
6   that we're talking about, that you're referring to here;
7   right?
8    A    Hypothetically.  I don't know what they would
9   end up doing.
10    Q    You don't know --
11    A    I don't know exactly what they would end up
12   doing in order to make that happen.
13    Q    You don't have an opinion on that?
14    A    Well, my opinion is it's unpredictable.
15    Q    But someone could do it?
16    A    Well, again, someone can do pretty much
17   anything they want to within the realm of a possibility.
18    Q    Does the NASA final report disclose a
19   background color?
20    A    It discloses a background color in the terms
21   of the ones we discussed earlier where it sets basically
22   with a New Frame command the entire background of the,
23   of the display on a New Frame of command.
24    Q    So your view is that it doesn't disclose an
25   in-use background color as that term is used in the

Page 614

1   patent?
2    A    That is correct -- used in the claims at
3   issue, that is correct.
4    Q    So really, all somebody would have to do would
5   be to combine the in-useiveness -- the in-use
6   characteristic with the NASA final report in order to
7   get an in-use background color; right?
8    A    Well, I mean, you make that sound like it's a
9   real simple thing.  But the fact is there's no function
10   in the NASA report that would utilize an in-use
11   background color.
12    Q    But my question was, that all somebody would
13   have to do is to combine the in-use characteristic with
14   the NASA final report, and then what you say is missing
15   would be there; right?
16    A    And I, I guess I would like you to elaborate
17   how that would be done because I don't know.
18    Q    Okay.  I'm not going to tell you.  I'm not
19   going to elaborate.  I just want an answer.  However
20   it's done --
21    MR. MARINA:  He's answered your question.
22    MR. MICALLEF:  No, he hasn't.
23    Q    However it's done, that's all somebody would
24   have to do; however it might be done, that's all
25   somebody would have to do, is to add at the in-use

Page 615

1   characteristic to the background color that's already in
2   the NASA final report; right?
3    A    No; because none of the graphics drawing
4   primitives utilize an in-use background color.
5    Q    So then you would have to draw -- and you
6   think the claim requires that you have graphics
7   primitives that utilize an in-use background color?
8    A    I believe that an in-use background color, as
9   the court has defined it, a color that will be used as a
10   background color for subsequently received text and
11   graphics drawing commands until changed.
12    Q    You didn't answer my question.  You believe
13   that you have to actually have graphics primitives that
14   use the in-use background color in order to meet the
15   limitations of that Claim 1 of the Fleming patent?
16    A    Well, if you don't use an in-use background
17   color, then you don't fulfill that element.
18    Q    You actually have to operate a system and use
19   the color in order to infringe; is that your testimony?
20    A    I don't know about operate.  I'm just saying
21   to me it's -- the third mode of access it requires an
22   in-use background color as the court has defined it.
23    Q    But it doesn't require any kind of graphic
24   primitives, does it?
25    A    Well, I think the, the claim construction

Page 616

1   indicates that there are text and graphics drawing
2   commands that will utilize that in-use background color.
3    Q    Are they required by the claim or not?
4    A    I believe they are.
5    Q    You believe graphics primitives are required
6   by the claim?
7    A    I believe that an in-use background color,
8   which is a color that will be used as a background color
9   for subsequently received text and graphics drawing
10   commands until changed, is required.
11    Q    How many graphics primitives are required by
12   the claim?
13    A    It doesn't say a specific number.
14    Q    One?  Would that do it?
15    A    I don't know.  I've not analyzed it from that
16   perspective, so --
17    Q    Well, how could you come to a conclusion of
18   infringement if you don't know how many graphics
19   primitives this requires?
20    A    I don't think it requires basically an
21   infringement analysis to basically enumerate if it's one
22   specific primitive or not.  I provided my infringement
23   analysis a number of different primitives that basically
24   utilize foreground -- in-use foreground and in-use
25   background colors.

68  (Pages 613 to 616)

Exhibit 4 Page 68

Page 617

1    Q   How many?
2    A   Off the top of my head, I don't know.
3   Probably three.
4    Q   So the claim now requires at least three
5   graphics primitives, right --
6    MR. MARINA:  Objection.  Calls for speculation.
7    MR. MICALLEF:  -- in order to infringe?
8    THE WITNESS:  I didn't say that.
9   BY MR. MICALLEF:
10    Q   Well, you pointed to three?
11    A   I pointed to three.  I didn't say it required
12   at least three.
13    Q   So you don't know how many it requires?
14    A   More than zero.
15    Q   Do you have any further explanation about what
16   you mean about "would not have been a predictable
17   combination leading to predictable results" in paragraph
18   13?
19    A   Well, beyond what I've written in paragraph 13
20   and what we've discussed, no.
21    Q   Yes.
22       I don't have any further questions.
23    MR. MARINA:  Okay.  You're done, right,
24   Mr. Thomases?
25    MR. THOMASES:  I have two more hours.

Page 618

1    MR. MARINA:  Well, unless I have some questions.
2   Why don't we take a break.
3    VIDEO OPERATOR:  Are we still on the record?
4       Okay.  Should I conclude the depo or --
5    MR. MARINA:  No.  We're taking a break.
6    VIDEO OPERATOR:  Going off the record.  The time is
7   8:45.
8       (Recess taken.)
9    VIDEO OPERATOR:  We are back on the record.  The
10   time is 8:59.
11
12            EXAMINATION
13   BY MR. MARINA:
14    Q   Mr. Richter, could you look at Exhibit 16,
15   which is the court's claim construction order, right in
16   front of you.
17    A   Yes.
18    Q   And specifically the glossary.  And you'll see
19   there's a definition of in-use background color;
20   correct?
21    A   I see that.
22    Q   And it says, "A color that will be used as a
23   background color for subsequently received text and
24   graphics drawing commands until changed."  Do you see
25   that?

Page 619

1    A   I do.
2    Q   Is it your opinion that that construction will
3   be met where there is one type of drawing command that
4   is issued multiple times?
5    MR. MICALLEF:  Objection.  Leading.
6    THE WITNESS:  Yes, I do.
7   BY MR. MARINA:
8    Q   Can you explain that?
9    A   As I previously answered counsel on the other
10   side, I did say it basically had to be more than zero in
11   terms of the types of functions that utilize the in-use
12   background color.  And if we look at the definition, the
13   court's definition, it requires text and graphics
14   drawing commands in the plural.  So that would require a
15   plurality of those type of commands.
16    Q   So if I had, for example -- well, if I had
17   one, for example, text -- strike that.
18       If I had one command that drew a line, for
19   example, in an in-use foreground -- well, strike that.
20       If I had -- if I drew a letter, for example,
21   letter A, that used the background color, in-use
22   background color red, and then I drew the letter B that
23   had the in-use background color red, and I drew the
24   letter C that had the in-use background color red, would
25   that satisfy the court's construction of in-use

Page 620

1   background color?
2    MR. MICALLEF:  Objection.  Leading.  Vague.
3   Incomplete hypothetical.
4    THE WITNESS:  Should I presume that that drawing
5   command is one that in fact can utilize the in-use
6   background color?
7    MR. MARINA:  Yes.
8    MR. MICALLEF:  Same objections.
9    THE WITNESS:  In that case, yes.
10   BY MR. MARINA:
11    Q   Okay.  Turn to Exhibit 19, which is
12   Recommendation S.100, I believe.
13    A   Yes, it is.
14    Q   And specifically Figure 7/S.100 on page GW-LT
15   433391.
16    A   Okay.
17    Q   Could you explain because I'm not sure the
18   record is all that crystal clear, how, for example, a
19   foreground color of green would be set?
20    A   Okay.  A foreground color green in this table
21   here is represented in the third row down, fifth column
22   over.  So that would be a control code specified of 100,
23   which would be from the top part where this has the No.
24   4, a 0 for bit 4 on the left-hand side, followed by the
25   three bits for the color, which would be in this case

69 (Pages 617 to 620)

Exhibit 4 Page 69

Page 621

1  0 -- you said green? -- 010.
2      Okay.  And then the -- so when the system
3  receives that 1000 control code to indicate that a
4  foreground color was being specified, it would take
5  those three bits there, in some fashion store them
6  somewhere so it could utilize them as a drawing color
7  for -- I guess in this case would be a text.  And then
8  basically that one color basically would be put in the
9  frame buffer everywhere a color needed to be put for a
10 particular drawing operation.  And then at some point
11 when that is output to the display, those three bits
12 would then basically be fed right out into that DDA
13 section either in the monitor or in the graphic
14 subsystem.
15     Q   So my -- are you finished?
16     A   I think I pretty much had covered that
17 previously as well.
18     Q   So in the example of the color green, is it
19 true or not that the RGB value 010 corresponding to bits
20 1, 2 and 3 would be written into the frame buffer?
21     MR. THOMASES:  Objection.  Leading.
22     THE WITNESS:  It would be written into the frame
23 buffer for everywhere that a foreground pixel would be
24 written for the specified command.
25 ///

Page 622

1  BY MR. MARINA:
2      Q   Is there a lookup into color memory?
3      A   There's none.
4      MR. MARINA:  No further questions.
5      MR. MICALLEF:  I have got none.
6      MR. THOMASES:  I do have some.
7
8           EXAMINATION
9  BY MR. THOMASES:
10     Q   Mr. Richter, just following up on the
11 questions that Mr. Marina just asked you, are you
12 certain you know the hardware utilized by the parallel
13 mode of S.100?
14     A   I'm certain of what the specification
15 indicates and does not indicate.  And in this case, I'm
16 certain of what this figure represents.
17     Q   Does this figure represent any hardware?
18     A   It represents a mapping of bits 1, 2 and 3 to
19 the red, green and blue respectively output lines to the
20 monitor.
21     Q   Does it actually represent output lines to a
22 monitor?
23     A   Well, it's direct color.  So when you specify
24 these values, they get stored in the frame buffer.  The
25 frame buffer ultimately gets written out to the monitor.

Page 623

1      Q   Where in this figure does it talk about a
2  frame buffer?
3      A   It doesn't in the figure.  But it does in the
4  S.100 specification as far as what colors get output.
5      Q   Does it every say that the three bits, bits 1,
6  2 and 3, actually get put into the frame buffer?
7      A   It says it draws with that color.
8      Q   It draws with the color green?
9      A   It draws with the color specified by this
10 command.  And then as I believe I pointed to section
11 9.3.1 where it is my belief and understanding from that
12 section that there's a direct mapping of the color bits
13 represented by this table.
14     Q   Can you point to any text in S.100 that says
15 bits 1, 2 and 3 for the eight specific foreground colors
16 of the Control Set 1 are actually placed into a frame
17 buffer?
18     A   I cannot point to a specific text that says
19 exactly that.
20     Q   Can you point to any specific text in S.100
21 that says that bits 1, 2 and 3 of the eight locations in
22 the Cset for background color are ever put in a frame
23 buffer?
24     A   No, I cannot say there's one specific location
25 that is exactly that.

Page 624

1      Q   And as we went over earlier, you cannot point
2  to any text in S.100 that says a color memory is not
3  used; isn't that true?
4      A   I cannot point to any text that
5  explicitly says there's no color memory used.
6      Q   Can you point to any text in S.100 that says
7  bits 1, 2 and 3 are directly written to any digital
8  analog converter?
9      A   I cannot point to text in that document that
10 specifically says that.
11     MR. THOMASES:  I have no further questions.
12     MR. MARINA:  No questions.
13     THE REPORTER:  Stipulation?
14     MR. MARINA:  No stipulation.
15     VIDEO OPERATOR:  One second, please.  Here marks
16 the end of Volume II, Videotape No. 4, in the deposition
17 of Jake Richter.  The total amount of tapes used today
18 was four.  Going off the record -- the original
19 videotapes will be archived at BenchmarkDepo at 2049
20 Century Park East, Los Angeles, California.  Going off
21 the record.  The time is 9:07.
22     (Whereupon the deposition was concluded
23     at 9:07 p.m.)
24
25

Exhibit 4 Page 70

Page 625

1  STATE OF CALIFORNIA   )
                          ) SS.
2  COUNTY OF LOS ANGELES )
3
4       I, the undersigned, declare under penalty of
5  perjury that I have read the foregoing transcript, and I
6  have made any corrections, additions or deletions that I
7  was desirous of making; that the foregoing is a true and
8  correct transcript of my testimony contained therein.
9       EXECUTED this_____day
   of_____,
10
    20____, at_____.
11       (City)          (State)
12
13
14
15      _____
              JAKE RICHTER
16
17
18
19
20
21
22
23
24
25

Page 595

1           REPORTER'S CERTIFICATION OF CERTIFIED COPY
2
3
4
5
6       I, LISA RAE SOMMERHAUSER, CSR No. 10985, a
7  Certified Shorthand Reporter in the State of California,
8  certify that the foregoing constitute a true and correct
9  copy of the original deposition of JAKE RICHTER taken on
10 November 14, 2007.
11      I declare under penalty of perjury under the
12 laws of the State of California that the foregoing is
13 true and correct.
14
15      Dated this 16th day of November, 2007.
16
17      _____
18          LISA RAE SOMMERHAUSER, C.S.R. NO. 10985
19
20
21
22
23
24
25

Page 626

1           REPORTER'S CERTIFICATE
2
3
4       I, LISA RAE SOMMERHAUSER, CSR No. 10985,
5  Certified Shorthand Reporter, certify:
6       That the foregoing proceedings were taken
7  before me at the time and place therein set forth, at
8  which time the witness was put under oath by me;
9       That the testimony of the witness, the
10 questions propounded, and all objections and statements
11 made at the time of the examination were recorded
12 stenographically by me and were thereafter transcribed;
13      I further certify that I am not a relative or
14 employee of any attorney of the parties, nor financially
15 interested in the action.
16      I declare under penalty of perjury under the
17 laws of California that the foregoing is true and
18 correct.
19      Dated this 16th day of November, 2007.
20
21
22      _____
              LISA RAE SOMMERHAUSER, C.S.R. No. 10985
23
24
25

71 (Pages 625 to 595)

Exhibit 4 Page 71