# United States Patent [19]

## Fleming et al.

[11]   **4,439,761**

[45]   **Mar. 27, 1984**

[54] **TERMINAL GENERATION OF DYNAMICALLY REDEFINABLE CHARACTER SETS**

[75] Inventors: **James R. Fleming**, Indianapolis, Ind.; **William A. Frezza**, North Brunswick; **Gerald S. Soloway**, Holmdel, both of N.J.

[73] Assignee: **Bell Telephone Laboratories, Incorporated**, Murray Hill, N.J.

[21] Appl. No.: **265,338**

[22] Filed: **May 19, 1981**

[51] Int. Cl.³ .......................................... G09G 1/16
[52] U.S. Cl. ............................ 340/735; 340/790; 340/799; 340/747; 340/748; 358/147
[58] Field of Search .............. 340/706, 747, 748, 790, 340/735; 358/147; 178/30

[56]                  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,031,519 | 6/1977 | Findley | 178/30 X |
| 4,041,482 | 8/1977 | Freudeberg et al. | 178/30 X |
| 4,125,829 | 11/1978 | Kayashima | 178/30 X |

### OTHER PUBLICATIONS

H. G. Bown et al., Comparative Terminal Realizations with Alpha-Geometric Coding, IEEE Trans. on Consumer Electronics, vol. CE-26, No. 3, pp. 605-614, Aug. 1980.

*Primary Examiner*—David L. Trafton
*Attorney, Agent, or Firm*—David H. Tannenbaum

[57]                  **ABSTRACT**

A graphic display terminal is arranged to receive from a sending source drawing instructions containing the description of a display character. The terminal, under control independent from the sending source, interprets each received drawing instruction into a particular picture description bit pattern tailored to the characteristics of the terminal display device. The interpreted bits are then stored in a graphic repertory for subsequent retrieval under control of code received from the sending source. In this manner dynamically redefinable character sets may be created and used without regard to a particular terminal implementation.

**17 Claims, 9 Drawing Figures**



**Exhibit 8   Page 1**

**FLEMING 003159**



FIG. I

FLEMING 003160

Exhibit 8   Page 2

U.S. Patent     Mar. 27, 1984     Sheet 2 of 9     4,439,761



*FIG. 2*

Exhibit 8   Page 3                    FLEMING 003161



*FIG. 3*

Exhibit 8   Page 4

FLEMING 003162

U.S. Patent    Mar. 27, 1984    Sheet 4 of 9    4,439,761

*FIG. 4*

| | | | | | $b_7$ | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $b_6$ | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| | | | | | $b_5$ | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| $b_4$ | $b_3$ | $b_2$ | $b_1$ | COLUMN ROW | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 0 | 0 | 0 | 0 | 0 | | | | | | | | | |
| 0 | 0 | 0 | 1 | 1 | | | | | | | | | |
| 0 | 0 | 1 | 0 | 2 | | | | | | | | | |
| 0 | 0 | 1 | 1 | 3 | | | | | | | | | |
| 0 | 1 | 0 | 0 | 4 | | | | | | | | | |
| 0 | 1 | 0 | 1 | 5 | | | | | | | | | |
| 0 | 1 | 1 | 0 | 6 | | | | | | | | | |
| 0 | 1 | 1 | 1 | 7 | | CONTROL SET | | GRAPHICS SET | | | | | |
| 1 | 0 | 0 | 0 | 8 | | | | | | | | | |
| 1 | 0 | 0 | 1 | 9 | | | | | | | | | |
| 1 | 0 | 1 | 0 | 10 | | | | | | | | | |
| 1 | 0 | 1 | 1 | 11 | | | | | | | | | |
| 1 | 1 | 0 | 0 | 12 | | | | | | | | | |
| 1 | 1 | 0 | 1 | 13 | | | | | | | | | |
| 1 | 1 | 1 | 0 | 14 | | | | | | | | | |
| 1 | 1 | 1 | 1 | 15 | | | | | | | | | |

Exhibit 8   Page 5

FLEMING 003163

FIG. 5

| COLUMN ROW | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | |
| 1 | | | CONTROL | RECT | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | POINT | POLY | | | | |
| 6 | | | | | | | | |
| 7 | | | | | NUMERIC DATA | | | |
| 8 | | | | | | | | |
| 9 | | | LINE | INCR | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | ARC | CONTROL | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |

FLEMING 003164

Exhibit 8    Page 6

## FIG. 6



Exhibit 8   Page 7

FLEMING 003165

U.S. Patent    Mar. 27, 1984    Sheet 7 of 9    4,439,761

*FIG. 7*



Exhibit 8   Page 8

FLEMING 003166

FIG. 8



Exhibit 8   Page 9                    FLEMING 003167

*FIG. 9*



Exhibit 8   Page 10

FLEMING 003168

4,439,761

1

## TERMINAL GENERATION OF DYNAMICALLY REDEFINABLE CHARACTER SETS

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a video display system for the presentation of graphics and more particularly to a system for expanding the graphic capabilities of a terminal in an independent manner.

2. Discussion of the Context of the Invention

Computer-based information systems have now evolved to the stage where it is both desirable and feasible to allow the public access to the wealth of information stored in private or public data bases using commonly available display devices and communicating via existing channels. "Viewdata" or "videotex" are generic terms which have been used to describe systems enabling two-way, interactive communication between the user and the data base, generally communicating via telephone lines and using an ordinary but specially adapted television set for display of pictorial information. "Teletext" is another generic term used to describe one-way communication from the data base to the user, with transmission being accomplished in portions of the broadcast T.V. spectrum, and display again being on a specially adapted T.V. Both system types must have a large range of flexibility, since a number of alternatives exist with respect to various system components. For example, although a television set may be a preferred display device for home use, different terminals may access the data base in an office environment, such as bi-level (plasma) displays, and other special purpose CRTs. Additionally, other communication channels, such as dedicated coaxial, twisted pair cable, or satellite or land-based radio may interconnect the users who input or output information from the data base, and each type of channel has its own requirements and limitations.

In view of the fact that different types of equipment and facilities must interact to achieve satisfactory overall results, several attempts have been made to standardize the manner in which information (primarily pictorial as opposed to text) is encoded and decoded. The success of these systems, which include one described by the Communications Research Center of the Canadian Department of Communications, in CRC Technical Note No. 699-E published November 1979 in Ottawa, Canada, must be measured against several parameters. First, the procedure used to encode the pictorial information must make reasonably efficient use of the bandwidth available in the communication channel and the processing capability of the microprocessor usually located in the user's terminal. Second, the users of the system must, during both encoding and display operations, have a high degree of control and flexibility in specifying how the information will be processed. Finally, the techniques used must recognize that different equipment—particularly displays—will be used, some having non-standard resolution and other capabilities, and that all must operate satisfactorily using the same encoding/decoding strategy.

### DISCUSSION OF THE PROBLEM

In an attempt to standardize graphic display systems, there is presented the problem of graphic expansion so that a large variety of shapes can be displayed on the receiving terminal. These problems center around the

2

desire to have the transmitted data independent of the actual terminal so that any one of a number of terminals may be used interchangeably without regard to the resolution capability of the receiving terminal. In an attempt to achieve this result, the transmitted graphical data must either be tailored to fit the receiving terminal's resolution or must be generated to fit a so-called "standard" terminal.

The tailoring solution is not acceptable for communication among a number of different users having different terminals since it is not always possible to know in advance the terminal type of the receiving station. Such a solution is also not practical because terminals may change from time to time thereby requiring the reworking of all previously generated code. As discussed above, the standardization technique is not acceptable for general usage.

By way of example of the existing problem, let us consider a display having 200 picture elements (PELS) arranged into ten rows, each row having twenty elements. A PEL is the smallest displayable unit on a given display device. If it is desired to draw a line on the screen, the input code would specify the location of each PEL which should be lighted on the display. Thus, if the line were to be drawn across the top of the display, the address locations of the twenty PELs forming that row would be transmitted to the screen from the sending source. The screen would then display the line as a series of lighted PELs at the specified location. In this situation the received input code would contain the address locations for twenty light PELs.

Now assume that it is desired to use a terminal with more resolution, such as for example, a display having fifteen rows, each row having thirty PELs. With such a display (and assuming no change in the source transmission) the input from the sending source would only have instructions for twenty PELs in the top row instead of for the actual thirty PELs. Thus, the resulting displayed line would either be skewed left on the display or some form of compensating algorithm would be needed to readjust the incoming code so that all thirty top row PELs would be used.

A modified but still undesired technique is known for sending the PEL patterns which reduces the amount of code necessary but does not solve the terminal dependence problem. This technique uses dynamically redefinable character sets (DRCS) transmitted from the sending source at the beginning of each session or at the beginning of any phase of interaction within a session. The received character sets contain the actual PEL patterns that will be used in the message which is to follow. The received PEL patterns are then stored in designated repertory locations at the terminal, and once stored, the sending source need only specify the location of the stored PEL pattern in order to have the associated graphic character displayed on the screen.

Thus, in the case of a circle, the sending source would specify the address location of the priorly stored circle within the prestored PEL set. The sending source would also specify the location where the circle should be presented on the display. The terminal, in response to the specified storage locations, would then extract the prestored graphic from the file and map it to the display.

This arrangement can be used for foreign alphabets which initially might consist of a series of lines which then would be reduced at the sending end to a coded

Exhibit 8   Page 11

FLEMING 003169

4,439,761

3

series of address locations of lighted PELs within the character area. The coded series of addresses then would be stored at the designated file location in the receiving terminal.

This code expansion technique, while an improvement, suffers from the problem that it is terminal dependent since the actual PEL patterns are developed at the sending end for a so-called standard terminal or generated specifically for the specific end use terminal.

One system for overcoming the terminal dependent problem has been to transmit to the terminal the desired end result and then allow the terminal to establish the resultant graphic. Thus, for the presentation of a circle on the receiving screen, the sending source would generate a generalized command instruction for drawing a circle. The receiving terminal would then translate the received generalized command into a locally acceptable set of PEL patterns corresponding to a circle. The local set of patterns would then be tailored to the resolution of the terminal display. The generated PEL patterns would then be displayed. In this situation, the actual PEL control information is not transmitted from the source, but rather the instructions for the final result are transmitted. This technique requires large transmission times for complex graphics, such as text in foreign languages, where large numbers of instructions are necessary for each character.

## SUMMARY OF THE INVENTION

These and other problems are solved by the use of our invention wherein the receiving terminal is arranged to accept code representative of the desired character and to translate that code into a set of display control bit patterns for controlling the picture elements (PELs) of the display, each of the translated bit patterns being tailored to the resolution and other particular characteristics of the display associated with the terminal. The bit patterns, instead of being used immediately to create a graphic image, are used to create a graphic repertory or local data base at the terminal which can subsequently be retrieved under specific address instructions from the sending source. The retrieved bit patterns are mapped to the display in the same manner as are the PEL bits retrieved from the permanently stored data base. The retrieved PEL control code can be selectively scaled by attributes either locally generated or by attributes received from the sending source.

Using our arrangement, the receiving terminal interprets the received graphic command in accordance with any algorithm designated by the terminal user or by the terminal manufacturer. Thus, the graphic display system becomes fully terminal independent while also achieving economy of code transmission and generation. In one embodiment of our invention the terminal interprets the drawing code into actual PEL patterns, and in a second embodiment the incoming drawing code is changed into terminal commands tailored to the display. In both situations the input character can be adjusted under joint control of the source and the terminal. The adjustment may be of size, rotation, background or any other attribute.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above-discussed problems, as well as other problems and solutions, will become clearer from a view of the drawings in which

FIG. 1 shows an overall illustration of a typical teletext/videotex terminal;

4

FIG. 2 shows a portion of such a terminal utilized for our invention;

FIG. 3 is a conceptual view of the invocation of graphic sets from a graphic repertory to a memory for a processor;

FIG. 4 shows the rows and columns of typical inuse decoding table;

FIG. 5 shows the picture drawing instructions (PDI) table;

FIGS. 6 through 9 show flow charts of the algorithms used to control a data processor for our invention.

## GENERAL DESCRIPTION—BACKGROUND

Referring now to FIG. 1, there is shown a general block diagram of a digital image display system employing the principles of the present invention. The digital image display system comprises a dataprocessor 1 having bidirectional access to data bus 2. Timing module 3 provides the clock signals required for system operation. Timing module 3 also provides timing signals on video data bus 8 for use by video memory 4, and by digital to video converter 6.

Data processor 1 may be a microprocessor comprising program memory, read only memory 9 and scratch pad or random access memory 10. Data processor 1 responds to user input from a keyboard, light pen or other data input devices well known in the art. In its application with a viewdata or teletext terminal, data processor 1 may also respond to input provided from a remote or centralized data base such as one located at a television broadcast station or a provider of viewdata services. This input is received via communication line 11 and modem 13 or as a broadcast signal 12 via RF receiver 14 to communication interface 15. Input-output device 16 operates to control data from communications interface 15 or from peripheral device interface 17.

Data bus 2 is a bidirectional conduit through which data processor 1 controls video memory 4, timing generator 3 and video controller 6. Several bus structures may be adapted for use in the present invention. Whichever specific bus structure is chosen, the bus generally comprises address capability, a data path and control lines which may include interrupt, reset, clock (for synchronous use), wait (for asynchronous use), and bus request lines.

Timing module 3 may provide the timing signals on both the data bus 2 and the video data bus 8 and may comprise a chain of programmable logic circuits, digital dividers and counters for providing required timing signal outputs. These may, of course, be incorporated into data processor 1. For operation of video data bus 8, a number of different timing signals are required. Horizontal and vertical drive signals are provided in accordance with horizontal and field rates respectively. A dot clock signal is provided at the dot frequency (picture element or PEL rate) of the system. An odd/even field signal indicates if the odd or even field is to be displayed in an interlaced system. A composite blanking signal indicates if video is being displayed or if vertical or horizontal retrace is occurring. Also, a group clock signal or other signals may be provided. The group clock signal indicates when to access data for a new group of picture element data from memory. For example, picture element data in video memory having a slow access time may be serially provided in groups of 4, 8 or 16 picture elements. On the other hand, a parallel

FLEMING 003170

Exhibit 8   Page 12

4,439,761

5

data transmission scheme is possible, potentially increasing the requirements for leads of video data bus 8.

Digital to video converter 6 accepts digital image information from the video data bus 8, PEL-by-PEL, and converts the digital information, if necessary, to analog form for presentation on video display 7. The video converter may be in modular form and comprises three components: (1) color map memory, (2) digital to analog conversion and sample and hold circuits, if required by video display 7, and (3) a standard composite video encoder (for example, for providing NTSC standard video or red, green, blue RGB outputs) and RF modulator (if necessary, for antenna lead-in access to a television set display 7).

Video display 7 may either be a monitor or a television set or it may be other forms of graphic display known in the art, including a liquid crystal display, an LED display or a plasma panel display.

Definition of Terms

Before progressing further, it may be helpful for the reader to have the following glossary of terms for reference purposes:

attribute—a settable parameter to be applied to subsequent TEXT characters or geometric graphic primitives.

character field—the rectangular display area within which a TEXT character is defined.

code extension—techniques for expanding the absolute character address space of a byte oriented code into a larger virtual address space.

code table—the set of unambiguous rules that define the mapping between received bit combinations and presentation level characters.

designate—to identify a given set from the graphics repertory as either the G0, G1, G2, or G3 set.

display area—the addressable area of the physical display screen onto which the unit screen is mapped.

drawing point—a logical indicator of the screen position at which the next geometric graphic primitive will commence execution. This is not normally marked by a drawing point symbol.

escape sequence—a two or three character code extension command beginning with the ESC character. A three character escape sequence contains an intermediate character (I) and ends with a final character (F), and is used primarily to designate a set from the graphics repertory as one of the four active G sets. Two character escape sequences contain only a final character (F) and are one method by which code sets are invoked into the in-use table (shown in FIG. 3).

final character—the last character of a three character escape sequence that is primarily used to indicate the selected member of the graphics repertory to be designated as one of four active G sets.

G set—stands for graphic set. There are four G sets, G0, G1, G2, and G3, each of which comprises 96 character positions arranged in 6 columns by 16 rows.

geometric graphic primitive—a locally stored picture drawing algorithm that can be called via a specified op code and associated operand(s).

graphics repertory—the collection of available graphic sets that are subject to designation as one of the G sets.

in-use—refers to the code sets or attributes that will be used to interpret or be applied to subsequently received commands (shown in FIG. 4).

6

intermediate character—the second character in a three character escape sequence that is primarily used to indicate whether the G0, G1, G2, or G3 set is to be redesignated.

invoke—to bring one of the four active G sets into the in-use code table (shown in FIG. 3).

mosaic primitive—a rectangular matrix of six elements, each of which may be made up of multiple PELs, which is processed as TEXT but can be used to construct block style graphic images.

op code—a one byte, presentation level character that initiates the execution of a locally stored geometric primitive or control operation. An op code may be followed by one or more operands.

operand—a single or multiple byte string from the numeric data field of the PDI code set that is used to specify control, attribute, or coordinate parameters required by the op code.

PDI—Picture Description Instruction. A PDI is composed of an op code followed by one or more operands and constitutes an executable picture drawing or control command.

PEL—Picture Element. The physical PEL is the smallest displayable unit on a given display device. The "logical" PEL is a geometric construct associated with the drawing point whose size determines the stroke width of graphics primitives.

presentation level—a protocol level responsible for the encoding of text, graphics, and display control information

protocol—a set of formats, rules, and procedures governing the exchange of information between peer processes (levels).

relative coordinates—an ordered pair, or triple, of signed numbers between −1 and 1 (non-inclusive) that specify (in two's complement arithmetic) either the new location of the drawing point with respect to the old location of the drawing point, when used within a geometric primitive PDI, or the dimensions of a given field, when used with one of the control commands.

TEXT—pre-defined PEL patterns which, when called, are drawn with a set of pre-selected attributes at positions on the screen indicated by the cursor.

unit screen—the virtual display address space within which all PDIs are executed and TEXT characters are deposited. The dimensions of the unit screen are 0 to 1 in the horizontal (X), vertical (Y), and depth (Z) dimensions. (The latter is only defined in 3-D mode.)

General Description-System Operation Basic Coding Scheme Structure

The coding scheme structure employed is based on the techniques described in the ISO 2022 standard and is very similar to the same technique disclosed in Communications Research Center (CRC) Technical Note No. 699-E published November 1979, which is hereby incorporated by reference herein. The following discussion is a brief description of the information contained in the Canadian document. Those readers wishing an expanded discussion will find it in the Canadian publication, hereinafter called the CRC document. In addition, it must be borne in mind that graphic display systems, such as the Norpak Mark III Telidon terminal or the Advanced Electronic Design terminal number 512, are now commercially available, and our invention can be used in conjunction with any of these terminals by those skilled in the art. Much of the discussion from this point

Exhibit 8   Page 13

FLEMING 003171

4,439,761

7

in this description until the Detailed Description, with the exception of those sections discussing DRCS, are provided as illustrative examples of system capability which exists today and are not needed for an understanding of the invention.

Data codes are formatted into 32-character control (C) sets and 96-character graphic (G) sets as shown in FIG. 4. These sets are manipulated, for the purpose of providing a virtual address space larger than the 128 or 256 characters available in a 7-bit or 8-bit code, via code extension techniques.

### Code Extension for 7-Bit Environment

A code in which each data word (byte) consists of 7 information bits allows for the simultaneous representation of up to 128 characters. This 128 character absolute address space can be extended into a much larger virtual address space via the code extension procedures described below.

A 128 character in-use table is defined, as shown in FIG. 4 and represented graphically in FIG. 3 as box 302. Each incoming character is either decoded according to the current contents of this table or is used to change the contents of this table. The table itself (FIG. 4) is organized into eight columns of sixteen rows, with bits 1 through 4 defining the row number and bits 5 through 7 defining the column number. The in-use table always contains, in columns 0 and 1 the control code. Five characters of this control set, escape (ESC or 1/11, i.e., column 1, row 11), shift-in (SI or 0/15), shift-out (S0 or 0/14), single-shift 2 (SS2 or 1/9), and single-shift 3 (SS3 or 1/13), are used to control the contents of the remaining six columns of the in-use table. The manner in which this is accomplished is graphically depicted in FIG. 3.

As shown in FIG. 3, four active graphic sets, the G0, G1, G2, and G3 sets (305-308) are defined and can be dynamically selected from the larger graphics repertory 301 by using three character escape sequences as shown. These sequences take the form ESC, (I), (F) where I is the intermediate character and F is the final character. The intermediate character determines which set is to be changed (re-designated). The final character determines which set from graphics repertory 301 is to be selected. The F character (not shown) for the ASCII alphanumerics is assigned as 4/2. The three character escape sequence ESC, 2/8, 4/2, therefore, designates the ASCII alphanumerics as the current G0 set.

The SI character is used to invoke the current G0 set into the in-use table where it remains until further control action is taken (i.e., it is invoked in a locking manner). The SO character is used to invoke the current G1 set into the in-use table in a locking manner. The sequence ESC, 6/14 is used to invoke the G2 set into the in-use table in a locking manner. The sequence ESC, 6/15 is used to invoke the G3 set into the in-use table in a locking manner. The single-shift characters, SS2 and SS3, are used to invoke, in a non-locking manner, the G2 or G3 set, respectively, into the in-use table. (The range of the single-shift characters extends only to the next character received, that is, the in-use table automatically reverts to its former state after the character immediately following the single-shift is interpreted.) If any of the G sets are re-designated via a three character escape sequence while it is in the in-use table, the new code interpretations are simultaneously invoked, that is,

8

a locking shift is not required for the change to take effect.

Upon initialization, the ASCII alphanumerics are designated as the G0 set and the G0 set is invoked into the in-use table. The PDI codes are designated as the G1 set, Supplementary Graphics Characters are designated as the G2 set, and Mosaics are designated as the G3 set.

### Graphic Sets

This section defines the graphic sets that can be used in conjunction with the code extension schemes described. Each graphic set consists of 96 character positions arranged in six columns by sixteen rows. Any one of these sets can be designated as any one of the four active G sets at any time. In a 7-bit environment these sets, when invoked, would occupy columns 2 through 7 of the in-use table, FIG. 4.

### Text

Four graphic sets in graphic repertory are specifically designated as TEXT sets. These are ASCII alphanumerics, Mosaics, Supplementary Graphics Characters, and Dynamically Redefinable Character Sets (DRCS) which is the subject of this invention. In each case, a given character in the set represents a predefined image which, when called, is drawn or mapped with a set of selectable attributes at a position on the screen determined by a controllable text cursor. It is, of course, understood that the local data base memory, or graphic repertory, need not have all of these sets and may consist of only part of one set.

The selectable attributes include size, color, reverse video, underline, and orientation. These attributes are briefly introduced below and are covered in greater detail hereinafter, along with the procedures for their selection. The mapping routine is shown in our concurrently filed copending application, entitled "Pictorial Information Processing Technique," Ser. No. 265,338.

TEXT characters can be specified in a continuous range of sizes. The sizes are defined in terms of the width (dX) and the height (dY) of the character field, with dX and dY representing fractions of the unit screen. The character field maps to a rectangular matrix of PELs within which the TEXT character is defined. The default character size, will produce displays with a nominal screen format of 40 characters horizontal by 29 rows vertical on a standard rectangular CRT.

The coloring attribute provides the capability to either define a foreground and background color for a character or define a foreground color only, with an implied "invisible" background. In the latter case, the character overwrites the existing contents of the display storage medium only at the locations corresponding to the selected PEL pattern. When the reverse video attribute is selected, the PEL pattern is complemented within the defined character field prior to the writing process. Orientation refers to the rotation of the character with respect to the horizontal. Rotations of 0 degrees, 90 degrees, 180 degrees, and 270 degrees can be selected.

### ASCII Alphanumerics

FIG. 2 of the CRC document shows the character assignments for the ASCII alphanumeric set. The particular PEL patterns (font) chosen for the characters are not defined and are constrained only by the specified character field at each size for a given display reso-

Exhibit 8   Page 14

FLEMING 003172

4,439,761

9                                                    10

lution. Character legibility is not guaranteed at all sizes in all colors at all display resolutions. All display devices, however, must support at least the default character size.

Other character sets, such as Mosaics and supplementary graphic set as described in CCITT Recommendation S.100, "International Information Exchange for Interactive Videotex," Yellow Book, Vol. VII.2, Geneva, 1980, can also be part of the graphic repertory, each being invoked into the in-use table as needed. In this implementation, the mosaic set is assigned the F character, 7/13; and the supplementary graphic set is assigned F character 7/12.

### Dynamically Redefinable Character Set (DRCS)

As discussed previously, our invention is directed to the reception of a generalized drawing code from a sending source and then converting that drawing instruction to either a local data base of PEL patterns or to a series of unique stored terminal instructions for subsequent PEL point decoding when necessary. Once the drawing instructions are converted into PEL display codes, these codes can be downloaded into RAM, such as RAM 10 shown in FIG. 2. Thus, unlike the other TEXT sets, whose PEL pattern definitions are permanently stored in the terminal and cannot be altered by the host computer, the Dynamically Redefinable Character Set (DRCS) provides a facility whereby a maximum of 96 custom sending source defined images (arranged in the standard six columns of sixteen rows) can be downloaded into the terminal graphic repertory and utilized as TEXT in an identical manner to the permanently stored ASCII, Supplementary Graphics, and Mosaic sets. At display time, therefore, they are subject to the same TEXT attributes as are the permanently stored grpaphic sets. The manner in which the PEL patterns are actually downloaded will be discussed in the Detailed Description.

The F character designation for the DRCS is 7/11.

### Operands

The fixed format operands consist of one or more bytes of numeric data whose length and interpretation depends on the op code with which they are used. The string operands are of indeterminate length, that is, they consist of any number of bytes of numeric data. Their interpretation also depends on the op code with which they are used, but in all cases they are decoded left to right, i.e., b6 to b1. The single-valve operands consist of one, two, three, or four bytes of numeric data, as determined by the DOMAIN command. They are interpreted as unsigned integers (ordinal numbers) composed of the sequence of concatenated bits taken consecutively (high order bit or b6 to low order bit or b1) from the numeric data bytes.

The multi-value operands consist of one, two, three, four, five, six, seven, or eight bytes of numeric data, as determined by the DOMAIN command. These operands are used to specify coordinate information, when used in conjunction with the graphic primitives, or color information, when used in conjunction with the SET COLOR command.

### Picture Description Instruction (PDI) Set

The Picture Description Instruction (PDI) set, shown in FIG. 5, comprises six geometric graphic primitives (POINT, LINE, ARC, RECTANGLE, POLYGON, and INCREMENTAL), each of which has four forms;

eight control codes (RESET, DOMAIN, TEXT, TEXTURE, SET COLOR, CONTROL STATUS (WAIT), SELECT COLOR, and BLINK); and 64 character positions for numeric data (corresponding to a six bit data field in each information byte.) The PDI set can be fundamentally differentiated from the TEXT graphic sets in that it does not consist of pre-defined images, one per character, but executable drawing functions which produce an image not necessarily restricted to a single character field. The calling syntax, moreover, consists of multiple byte commands, unlike the TEXT sets in which each character produces a single PEL pattern.

A PDI is composed of an op code, which must be either one of the four forms of the six graphic primitives or one of the eight control codes, followed by one or more operands, each of which consists of one or more bytes of numeric data. (The former can always be distinguished from the latter by examining bit 7. If b7 is set to 0, an op code is indicated. If b7 is set to 1, numeric data ((i.e., an operand)) is indicated.) There are four types of operands: fixed format, string, single-value, and multi-value.

### Controls

The eight control codes of the PDI set are used primarily to control the attributes and display parameters of both TEXT and graphics as well as to control the length of the single and multi-value operand formats. These codes are individually described below.

### DOMAIN

The DOMAIN command is used to control operand parameters as well as the "logical" PEL size. Once set, these parameters do not change until acted upon by either the RESET command, or another DOMAIN command. The DOMAIN op code takes a one byte, fixed format operand, followed by a multi-value operand, whose interpretations are described below.

The fixed format operand is responsible for (1) setting the length of the single value operand, which can be one through four bits long, (2) setting the length of the multi-value operands, which can be one through eight bits long, and (3) setting the dimensionality mode, which can be 2D or 3D.

The multi-value operand specifies the "logical" PEL size to be used in the execution of the PDI drawing commands (i.e., POINT, LINE, ARC, RECT, POLY, and INCR). The "logical" PEL, whose width (dX) and height (dY) are interpreted in the coordinate system defined by the unit screen, is associated with the drawing point, and in effect provides a controllable stroke width capability. (Note that this will not affect the display of TEXT characters.) This is accomplished by defining the drawing operations to affect all of those display PELs that lie under any portion of the "logical" PEL as it is mapped to the display screen. The "logical" PEL, therefore, will always map to at least one and possibly many display PELs. Note that if the width and height of the "logical" PEL are both reduced to 0, the "logical" PEL reduces to the dimensionless drawing point. The geometric alignment of the drawing point within the "logical" PEL is (a) lower left corner if dX and dY are both positive, (b) lower right corner if dX is negative and dY is positive, (c) upper left corner if dX is positive and dY is negative, and (d) upper right corner if dX and dY are both negative. The default "logical" PEL size is dX = +0,dY = +0.

Exhibit 8    Page 15

FLEMING 003173

4,439,761

11

### TEXT

The TEXT control is used to control parameters related to the attributes of TEXT characters as well as the cursor. These attributes include current character size (dX, dY), rotation, character path, intercharacter spacing, inter-row spacing, cursor style, relationship between the cursor position and drawing point position.

### TEXTURE

The TEXTURE command is used to set several texture attributes that are applied to subsequent drawing commands. The line texture attribute applies only to the LINE, RECT (outlined), ARC (outlined), POLY (outlined), and INCR.LINE primitives. The highlight attribute applies to the RECT (filled), ARC (filled), POLY (filled), and INCR.POLY (filled) primitives. The texture pattern attribute and mask size parameters apply to the RECT (filled), ARC (filled), POLY (filled), and INCR.POLY (filled) primitives.

#### Color Controls

Three different color modes can be selected, the choice of which dictates the precise interpretation of the two color control op codes, SET COLOR and SELECT COLOR. This technique is the subject of our concurrently filed copending patent application titled, "Terminal Independent Color Memory for Digital Image Display System". The color mode can be set to either 0, 1, or 2 via the SELECT COLOR PDI as described below. Color mode 0 is designed to support implementations in which the in-use drawing color is explicitly specified as a color value. This includes terminals without color maps as well as terminals with color maps that are implicitly defined, i.e., not directly addressable by the application process. In this mode, the SET COLOR command, described in the next section, directly sets the value of the in-use drawing color that is applied to subsequently received TEXT and graphics drawing commands. Color modes 1 and 2 are designed to support implementations that include a color map, that is, terminals whose in-use drawing color is specified as an ordinal number that is used as an address into a look-up table that provides the actual color value.

#### SET COLOR

The SET COLOR command is used to specify actual color values. The SET COLOR op codes takes a multi-value operand.

In color mode 0, this sets the in-use drawing color. This color remains in-use and is applied to subsequently received TEXT and graphics drawing commands until changed by either another SET COLOR command, the RESET command, or the US control character. The default drawing color in color mode 0 is white. A "background" color cannot be specified in color mode 0, that is, TEXT character PEL patterns and graphics drawing commands merely overwrite the existing contents of the display storage medium. Note that a given implementation may support any number of colors as long as it at least supports black and white. It is the responsibility of the terminal to choose the color that most closely approximates the specified drawing color if that particular drawing color is not available.

#### SELECT COLOR

The SELECT COLOR command is used to set the color mode as well as select the in-use drawing color for

12

mode 1 and the in-use colors for mode 2. The SELECT COLOR op code can take zero, one, or two single-value operands. Any additional numeric data is ignored. If the SELECT COLOR op code is followed by no operands, color mode 0 is indicated. (On terminals with implicitly defined color maps, this will also reinitialize the internal color map.) The terminal will remain in color mode 0 until either another SELECT COLOR command with operands is received or the color mode is changed with a RESET command. While in color mode 0, the SET COLOR command is used to set the in-use drawing color, as described in the previous section, and the SELECT COLOR command is not used.

### BLINK

The BLINK Command is used to control a blink process which operates on the color map entry indicated by the current in-use drawing color. (This is called the blink-from color.) This process periodically overwrites the contents of the blink-from color with a color value selected from the current contents of any other entry in the color map. (This is called the blink-to color.) After a specified on interval has expired, it then restores the color value that was over-written. After a specified off interval has expired, the process is repeated. Multiple blink processes can be specified simultaneously that may or may not share common blink-from or blink-to colors, and each can be specified to begin with a defined phase delay measured from the beginning of the next on interval of the most recently received active blinking process. These four parameters, the blink-to color, the on interval, the off interval, and the phase delay, are controlled by the operands of the BLINK op code. The BLINK op code takes a single-value operand, which may be one or more bytes long depending on the domain, followed by a three byte, fixed format operand.

### CONTROL STATUS (WAIT)

The CONTROL STATUS (WAIT) command is used to indicate a programmed delay in the execution of the presentation code. The CONTROL STATUS (WAIT) op code takes two one-byte, fixed format operands.

### RESET

The RESET command is used to selectively reinitialize the control and attribute parameters to their default values, clear the screen, set the border color, home the cursor, clear the DRCS set, texture attributes, macro-PDIs, PFKs, and unprotected fields. The RESET op code takes a two byte, fixed format operand. The order of execution of the resets is byte 1, low order bit (b1) to high order bit (b6), followed by byte 2, low order bit (b1) to high order bit.

#### Geometric Primitives

The six geometric primitives of the PDI set are used to create graphic images within the unit screen and with the attributes specified by the current values of the control parameters. Each is defined in four forms, and hence requires four op codes. The graphic primitives, POINT, LINE, ARC, RECTANGLE, POLYGON, are identical to the description in the CRC document and this will not be described herein. The primitive INCREMENTAL is the subject of our two concurrently filed copending patent applications, entitled, "Pictorial Information Processing Technique," and

FLEMING 003174

Exhibit 8   Page 16

4,439,761

13

"Method and Apparatus for Providing a Video Display of Concatenated Lines and Filled Polygons," both of which are hereby incorporated by reference herein.

## DRCS Downloading

The DEF DRCS command is used to initiate the downloading sequence for a single DRCS character. This is always followed, with a single exception that will be noted below, by the bit combination corresponding to the character position within the DRCS that is to be defined. For example, if the PEL pattern for the character in the first row, first column of the DRCS is to be defined a 2/0 would be sent. (Note that the DRCS G set does not need to be resident in the in-use table when the DRCS is called, but only when it is called.) Any existing DRCS PEL pattern already associated with that character position is automatically deleted. The PEL pattern for the DRCS character can then be defined with any legal string of presentation code that follows, up to the receipt of the END command or any other command from the first five positions of the first column of the C1 set (FIG. 3), which terminates the downloading sequence. If the downloading sequence is terminated with another DEF DRCS command, thereby initiating another downloading sequence, then the DEF DRCS is not followed by the bit combination of the desired character to be defined, as it would be normally. Rather, this is implicitly taken as the next character in the DRCS G set, proceeding row by row, column by column cyclically through the set (i.e., 7/15 is followed by 2/0). For example, if a downloading sequence for character position 2/5 is terminated with the DEF DRCS character, then the next sequence will define the PEL pattern for character position 2/6.

The presentation code defining a DRCS character PEL pattern is executed at the time it is received within a unit coordinate system. The unit coordinate system, however, is not mapped to the display screen as it would be normally, but is mapped directly into a separate graphic repertoire at address locations therein obtained from the sending source. This buffer, one of which must be maintained for every DRCS character currently defined, is 1 bit deep, and has a width (i.e., PELs horizontal), and height (i.e., PELs vertical) equal to the width and height of the area of the display screen that lies within the current character field size. For example, if the current character field maps to a $6 \times 10$ matrix of PELs on the physical display, the storage buffer used for that DRCS character PEL pattern is 6 PELs wide by 10 PELs high by 1 bit deep. (Only a single bit per PEL is required because only a on-off PEL pattern is being stored. This pattern will ultimately be used, when the DRCS character is called, in a manner identical to the permanently stored ASCII pel patterns, with the current TEXT attributes.)

The DRCS character storage buffer is initially cleared, i.e., set to all 0s. The in-use drawing "color" utilized for the execution of the downloading sequence is logical 1, regardless of the value of the current in-use color. All presentation level codes, i.e., code extension sequences TEXT characters (including other currently defined DRCS characters), PDIs, and control codes will be executed during a DRCS downloading sequence. Note that although the PDI commands SELECT COLOR, SET COLOR, and BLINK will be executed should they be sent, perhaps changing the state of various attribute parameters, they will have no affect on the DRCS pel pattern being downloaded.

14

Note, also, that while TEXT size can be respecified during a downloading sequence, it will not affect the size of the DRCS character buffer, once allocated. Once the downloading sequence is terminated, the terminal reverts to the normal procedure of mapping the unit screen to the display screen and the drawing point is set to (0,0).

Individual DRCS characters can be deleted (i.e., any associated buffer storage can be de-allocated) by following the DRCS name character that follows the DEF DRCS command with the END command. All of the DRCS characters can be deleted simultaneously using the RESET command. Note that should a RESET that clears the DRCS be received during a downloading sequence, it will clear the character pel pattern definition in progress, though the downloading process will continue.

The minimum amount of buffer space that must be allocated to storing DRCS pels patterns is not specified and will depend on the particular terminal implementation.

## Detailed Description

Referring again to FIG. 2, it will be seen that processor 1 operates to accept the code coming from a sending source either via communication line 11, broadcast signal 12, or peripheral device interface 17 (all shown in FIG. 1.) The incoming code is decoded via a decoding process shown as 201. When the DRCS code is received, the system operates to decode the generalized drawing commands. These decoded drawing commands are then tailored to the terminal display screen 5 by a terminal graphic interpreter routine to be discussed and instead of being immediately displayed on the screen as in prior systems, these decoded instructions are stored in a local data base, or graphic repertory 10. Once stored, the Dynamically Redefinable Character Set (DRCS) can be invoked into the in-use table (FIG. 4) at any time by the sending source. Thus, the receiving terminal can have its graphic capability expanded without in any manner requiring a physical change to the terminal or to the display and without the sending source knowing the exact display characteristics.

When a character of the DRCS is retrieved and presented to the display, the decoded instructions may be adjusted or scaled by a mapping routine which can change the size, orientation, color, background, etc. of the retrieved graphic. The manner in which the storing and retrieving is accomplished in a typical system will now be discussed in detail with respect to FIGS. 6 through 9.

Turning now to FIG. 6, the INTERPRET process (601) obtains the next character from the incoming stream of presentation level code (602), and invokes the appropriate process to perform the function indicated by the character. If the character is any one of 96 from the DRCS G-set (603), the DRAWDRCS process is invoked with the character (C) as a parameter (604) to draw the character on the screen or into a buffer. When the DRAWDRCS process returns control to INTERPRET, the INTERPRET process returns control to the routine which called it (610). If the character is DEF DRCS from the C1 control set (605), the DEF DRCS process is invoked to define a downloaded character. When the DEF DRCS process returns control to INTERPRET, the INTERPRET process returns control to the routine which called it (610). If the character is

FLEMING 003175

Exhibit 8    Page 17

4,439,761

15

from the PDI set, for example SET and LINE (ABSO-LUTE) (607), the appropriate drawing routine is invoked to draw a geometric shape on the screen or into a buffer. In this case, SLINEABS process returns control to INTERPRET, the INTERPRET process again returns control to the routine which called it (616).

An actual INTERPRET process to interpret the entire presentation level protocol would continue on at (609) to test for each possible type of incoming character. In each case, INTERPRET obtains the next incoming character, invokes an appropriate process, and returns to its calling routine. The order of the tests for each type of character is not particularly important; neither is the fact that INTERPRET only processes one character at a time before returning.

Continuing in FIG. 7, the DEF DRCS process (700) is invoked to create and save a bit pattern which defines a DRCS character, and also to undefine and free storage space for DRCS characters which are no longer needed. DEF DRCS obtains the next character from the incoming stream of presentation level code (701) and interprets this as the name of one of 96 possible DRCS characters. It ignores the most significant bit (by setting it to zero), and subtracts 32 to map it into the range of 0 to 95. The resulting number, i, is used as an index into an array of pointers to buffers containing images of DRCS characters (702). If a buffer already exists for character i, it is de-allocated. The next character from the incoming stream of presentation level code is then obtained. If this character is the END character from the C1 control set (703), the intent of the command was simply to undefine the DRCS character and free the storage space used by its buffer, which has already been done. The current drawing point is set to (∅, ∅) (704), and DEF DRCS returns to its calling process (705). If the character was not END, the purpose of the command was to define a new DRCS pattern, so a new bit buffer is allocated corresponding to the character size currently in effect (706). This buffer in one embodiment is W bits wide by H bits high, where W and H are the number of PELs on the physical screen corresponding to the character width and height, dX, dY, respectively. Note that this character width and height must have been previously set using the TEXT command described priorly. Also note that the dimensions are interpreted in the coordinate system defined by the unit screen as it is normally mapped to the physical display screen. The buffer need only be a single bit deep, as only a simple on-off PEL pattern is used to define DRCS characters. The buffer is initialized to all zeroes and the array element DRCS (i) is made to point to it. The state of all drawing commands is now set to draw into this buffer rather than onto the physical display screen. Drawing commands will cause a 1 to be put into the bit buffer in each place a point is desired.

DEF DRCS now enters a loop to process all of the characters which will be used to define the DRCS character. Each character is first checked to see if it is the C1 control set END character (707). If it is, the DRCS definition is complete, so the drawing commands are made to once again draw out the physical display screen (709), the drawing point is reset to (∅, ∅) (704), and DEF DRCS returns (705). If not, the character is checked to see if it is any of the other characters in the first 5 positions of the C1 control set. These characters are shown in box 710, FIG. 7. If it is, the character is returned to the incoming stream of presentation level code (711) where it may be retrieved by the INTERPRET process

16

at a later time. Any of these characters also signal the end of the current DRCS character definition, so DEF DRCS terminates as before through (709), (704), and (705). The last special check on the character is to determine if it is the DEF DRCS character (712). If it is, it signals the end of the current DRCS character definition and the beginning of a definition of the next sequential DRCS character. The index i is incremented modulo 96 (713) so that character zero follows character 95. Control then returns to the previous point (702) where the definition process begins.

If the character fails all of the comparisons, it is put back into the incoming stream of presentation level code (708), and INTERPRET is called to process it. This may cause something to be drawn into the DRCS bit buffer or some change in the state of the presentation level process. When INTERPRET returns, the next character from the incoming stream of presentation level code is obtained, and the previous loop is re-entered to check for the characters which signal the end of the definition.

In this process, the details of the memory management of the bit buffers are not critical. A particular implementation may permanently assign buffer space to each of the 96 DRCS characters if it wishes. Also, the creation of the bit-buffer representation of the characters need not be done in real time. If the state of the presentation process is saved along with the sequence of defining characters, the bit-buffer representation may be created at any point up until the time it is first used. Lastly, the technique of passing parameters by putting them back onto the incoming stream is not required. Any equivalent scheme may be used.

As shown in FIG. 8, the SLINEABS process (800) is invoked to draw a straight line between two points expressed in absolute unit screen coordinates. It will draw either on the physical display screen or into a bit buffer, depending on the state of the presentation process. During the definition of a DRCS character, it "draws" with 1's into the bit buffer assigned to that character. SLINEABS first obtains the coordinates of the endpoints of the line from the incoming stream of presentation level code (801). The number of characters corresponding to each multi-value operand is determined by the current state of the presentation level process. The first multi-value operand contains XA and YA, the X and Y coordinates of the starting point of the lines. The second multi-value operand contains XB and YB, the X and Y coordinates of the end point of the line. Both XA and XB are in unit screen coordinates, and are multiplied by W, the number of PELs or bits in the width of the screen or buffer (whichever is currently being drawn into) to obtain the X coordinates of the start and end PEL or bit of the lines. Similarly, YA and YB are multiplied by H, the number of PELs or bits in the height of the screen or buffer, to obtain the Y coordinates of the start and end PEL or bit of the lines. Once these coordinates have been transformed, the rest of the procedure exactly follows the DDA algorithm as shown in Principles of Interactive Computer Graphics, W. M. Newman and R. F. Sproull, McGraw-Hill, first edition, page 44. This is only one of many algorithms for drawing straight lines on a raster device. The presentation level protocol does not specify which must be used.

DELTAX, the number of PELs or bits between the X-coordinates of the endpoints of the line, is initialized to XB-XA. DELTAY, the number of PELs or bits between the Y-coordinates of the endpoints of the line,

FLEMING 003176

Exhibit 8    Page 18

4,439,761

17

is initialized to YB–YA: REM, a fractional remainder to be used in subsequent calculations, is initialized to 0.5. If DELTAX is greater than zero (803), XCHANGE (a unit step in the X direction) is set to one (804). Otherwise, XCHANGE is set to negative one (802). Similarly, if DELTAY is greater than zero (806), YCHANGE (a unit step in the Y direction) is set to one (807). Otherwise, YCHANGE is set to negative one (805). The remaining steps of the algorithm are exactly symmetrical with respect to the X and Y axes, so only one case will be described. First, the direction of greatest change is determined, by comparing the absolute values of DELTAX and DELTAY (809). If DELTAX is greater, the SLOPE is set to the quotient of the absolute values of DELTAY and DELTAX and a STEPS counter is initialized to one (810). Next, the value of REM is increased by an amount equal to the SLOPE (812). If REM is now greater than or equal to one (817), it is time to take a step in the Y direction and draw a point. YA is changed by the positive or negative unit value of YCHANGE, and a point is drawn at the coordinates (XA, YA), or a one is entered in the bit buffer at that point (820). STEPS is incremented by one, and is compared to the absolute value of TELTAX (816). If STEPS is less, the procedure is repeated at the point where REM is increased by an amount equal to the slope (812). Otherwise, the line is completed and SLINEABS returns (821) to the procedure which called it.

Turning now to FIG. 10, the DRAW DRCS process (900) is used to draw DRCS characters, which have already been defined, onto the display screen or into another buffer. The character which is passed to this routine (C) first has its most significant bit set to zero, and then 32 is subtracted from it (901). The resulting number is used as an index into the DRCS array to obtain the bit buffer containing the PEL pattern of DRCS character C. This pattern must be mapped into a character cell of the current size, regardless of whether this is the same size by which the character was originally defined. In order to determine which stored bits to map into each PEL on the display (or into each bit of the new buffer), two dimensions are computed. DX is set equal to the ratio of W, the number of bits in the width of the stored bit buffer, to W'; the number of PELs corresponding to the width of the character size currently in effect (or the number of bits in the width of the new bit buffer). Likewise, DY is set equal to the ratio of H, the number of bits in the height of the stored bit buffer, to H', the number of PELs corresponding to the height of the character size currently in effect (or the number of bits in the height of the new bit buffer). Two counters are initialized to a value of one, ROW and COL (902). A loop is entered to test each PEL (or bit) in the character cell on the screen (or in the new buffer) to see whether it should be turned on. If any part of any 1 bit in the stored DRCS character definition buffer is within a square bounded by the diagonal vertices [(COL–1)DX, (ROW–1)DY] and [COL×DX, ROW×DY], where (0,0) is the coordinate of the lower left bit of the buffer (903), the PEL with coordinates (ROW, COL) within the character cell on the screen is set to the current drawing color, or bit (ROW, COL) in the new bit buffer is set to 1 (904). Next, the COL counter is incremented by one (905). If COL is not greater than the width of the character being drawn (906), the loop is repeated for the next PEL (or bit) in the row. If COL is greater than W', the ROW counter is incremented by one (907). If ROW is not greater than

18

the height of the character being drawn (908), the loop is repeated for the next row with COL set back to one (902). In this manner, the algorithm goes column by column, row by row through each PEL (or bit) of the character being drawn and determines whether that PEL (or bit) should be turned on. When the row counter exceeds the height of the character, the drawing is done and the DRAW DRCS process returns to the process which called it (909).

This method for mapping stored bits onto the screen or into a buffer of a potentially different size is one of many possible algorithms. The presentation level protocol does not specify which must be used. The responsibility for choosing an algorithm appropriate to a given display device or application is left to the implementor.

## Conclusion

While the invention claimed has been shown in a particular embodiment having several fonts of possible graphics, it is to be understood that the invention is equally applicable to situations where there is no priorly stored graphic patterns. It is, of course, also to be understood that the term "graphics" includes alphanumerics, mosaic patterns, symbols, words, as well as graphical elements, such as lines, circles, and polygons.

It should also be understood that our invention is not limited to situations where the graphics must be tailored to a display only to solve resolution problems, but may be used in other situations where tailoring is necessary, such as for example, where the output is a printer and where the specific bit patterns must control the printing mechanism. In such a system the use of our invention would allow for complete freedom for the end user to select the receiving mode best suited for the purpose while allowing the sender freedom to transmit code without regard to the display medium. It is important to remember also that the remote source may be a keyboard connected directly to the terminal, or connected via a transmission medium, or the source may be a local or remote computer or other sending device.

It is also to be understood that the claimed invention can be used with any definable character set where the display terminal interprets the received command and generates the actual picture element bit patterns. Thus, the actual algorithms shown can easily be changed to fit the desired system without in any manner departing from the spirit and scope of our invention.

What is claimed is:

1. A communication terminal including a system for mapping characters onto a display, said system comprising

means for receiving from a sending source a generalized drawing instruction, in conjunction with a designated address, said generalized instruction specifying an image,

characterized in that the system also includes

means for translating each received generalized drawing instruction into a drawing instruction uniquely associated with said terminal display, each said unique drawing instruction operative, when presented to said display, for presenting to a viewer said image, and

means for storing said translated unique drawing instruction at said designated address locations within a graphic repertory.

2. The invention set forth in claim 1 further comprising means responsive to subsequently received designated address locations from a sending source for pres-

Exhibit 8    Page 19

FLEMING 003177

4,439,761

**19**

enting the unique drawing instruction stored at said location corresponding to said subsequently retrieved address.

3. The invention set forth in claim 2 wherein said translated unique drawing instruction is a PEL bit pattern.

4. The invention set forth in claim 1 wherein said translating means is independent from said sending source.

5. The invention set forth in claim 4 wherein said translating means and said presenting means each include a unit display mapping routine uniquely associated with said terminal.

6. The invention set forth in claim 5 wherein said translating means is viewer rearrangeable.

7. The invention set forth in claim 1 wherein said translating means includes means for retrieving from a graphic repertory priorly stored unique drawing instructions.

8. The invention set forth in claim 1 wherein said presenting means includes scaling means operative in response to received instructions from a sending source for scaling said character prior to presentation to said display.

9. A communication terminal,
an information channel for receiving code from a remote source,
a display,
means for receiving both a generalized drawing instruction descriptive of images to be presented on said display and a specific storage address for each said received instruction,
means for generating from said received generalized drawing instruction bit patterns corresponding to said images,
a memory,
means for storing each said generated bit pattern in said memory at said specific storage addresses therein corresponding to said received address,
means operative in response to code received over said information channel specifying the address at a particular bit pattern for retrieving said bit pattern from said memory, and
means for mapping said retrieved bit pattern to said display.

10. The invention set forth in claim 9 wherein said mapping means is responsive to said received code for adjusting said retrieved bit pattern.

**20**

11. A communication terminal including an arrangement for mapping characters onto a display, said arrangement comprising
means for receiving from a sending source a drawing instruction, said instruction containing a description of a character,
means for translating, under control of a stored graphic interpreter, each received drawing instruction into individual bit patterns each uniquely associated with said display of said terminal, each said bit pattern operative, when presented to said display, for presenting to a viewer an image of said associated character,
means controlled by an instruction received from said sending source for preventing the presentation of said translated bit patterns to said display and for storing said translated bit patterns at designated addresses within a graphics repertory, and
means responsive to received designated repertory address locations from a sending source for presenting to said display the bit pattern stored at said designated address locations.

12. The invention set forth in claim 11 wherein said presenting means is responsive to received instructions for adjusting said presented bit patterns.

13. The method of mapping characters onto a display, said method comprising the steps of
receiving from a sending source a universal drawing instruction containing a description of a character and also containing a memory storage location therefore,
translating each received drawing instruction into drawing instructions uniquely associated with said display, each said unique drawing instruction operative, when presented to said display, for presenting to a viewer an image of said associated character, and
storing each said unique drawing instruction at said storage location within a memory.

14. The invention set forth in claim 13 further comprising the step of presenting, in response to a received address locations from a sending source, the drawing instruction stored at said address.

15. The invention set forth in claim 14 wherein said translating means is user rearrangeable.

16. The invention set forth in claim 14 wherein said presenting step includes the step of adjusting said unique drawing instruction in accordance with instructions received from a sending source.

17. The invention set forth in claim 14 wherein said translated unique drawing instructions comprise a set of bits having a correspondence with the display PELs.

* * * * *

FLEMING 003178

Exhibit 8   Page 20

United States Patent [19] [11] 4,396,989
Fleming et al. [45] Aug. 2, 1983

[54] METHOD AND APPARATUS FOR PROVIDING A VIDEO DISPLAY OF CONCATENATED LINES AND FILLED POLYGONS

[75] Inventors: James R. Fleming, Indianapolis, Ind.; William A. Frezza, North Brunswick; Gerald S. Soloway, Holmdel, both of N.J.

[73] Assignee: Bell Telephone Laboratories, Incorporated, Murray Hill, N.J.

[21] Appl. No.: 265,346

[22] Filed: May 19, 1981

[51] Int. Cl.³ .......... G06F 3/153
[52] U.S. Cl. .......... 364/521; 340/739; 364/719
[58] Field of Search .......... 364/520, 521, 718, 719; 340/730, 739, 750, 799

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,952,297 | 4/1976 | Stauffer et al. | 364/521 X |
| 4,027,148 | 5/1977 | Rosenthal | 364/719 |
| 4,056,713 | 11/1977 | Quinn | 364/521 |
| 4,115,863 | 9/1978 | Brown | 364/719 X |
| 4,272,808 | 6/1981 | Hartwig | 364/718 |

OTHER PUBLICATIONS

P. Baudelaire et al., "Techniques for Interactive Raster Graphics", *Computer Graphics*, Quarterly Report of Siggraph-ACM, 7-1980, pp. 314-320.

Tektronix, Inc.'s 4027 Color Graphics Terminal Operator's Manual, Sep., 1978, pp. 6-7 and 6-8.

Principles of Interactive Computer Graphics, Second Edition, 1979, McGraw-Hill, Inc., pp. 20-28 and 232-239, William M. Newman and Robert F. Sproull.

Communications Research Centre, Dept. of Communications, Canada, Picture Description Instructions (PDI) for the Telidon Videotex System-CRC Technical Note No. 699-E, pp. 27-28, 34-35, H. G. Bown, C. D. O'Brien, W. Sawchuk and J. R. Storey.

*Primary Examiner*—Jerry Smith
*Attorney, Agent, or Firm*—S. R. Williamson

[57] ABSTRACT

A method and apparatus for compactly describing an image made up of concatenated lines or filled polygons. The drawing of lines for the image begins at an initial drawing point determined in a coordinate system defined by a unit screen and proceeds from point to point with the relative coordinates of each successive point specified as a positive or negative step in the horizontal and/or the vertical direction from the previous point. The step size parameters which separately define both the amount of a change in the horizontal direction and the amount of a change in the vertical direction are initially specified in fractional parts of the unit screen and remain constant in magnitude throughout the operation. The image is reflected about the horizontal axis and about the vertical axis simply by changing the sign of the step sizes. Turning on and off the drawing process is also facilitated.

10 Claims, 4 Drawing Figures

FLEMING 003129

U.S. Patent    Aug. 2, 1983    Sheet 1 of 4    4,396,989



FIG. 1

Exhibit 8   Page 22

FLEMING 003130

U.S. Patent     Aug. 2, 1983     Sheet 2 of 4     4,396,989



FIG. 2

Exhibit 8   Page 23

FLEMING 003131



FIG. 3

Exhibit 8   Page 24

FLEMING 003132

U.S. Patent     Aug. 2, 1983     Sheet 4 of 4     4,396,989



F/G. 4

FLEMING 003133

Exhibit 8   Page 25

4,396,989

1

## METHOD AND APPARATUS FOR PROVIDING A VIDEO DISPLAY OF CONCATENATED LINES AND FILLED POLYGONS

### BACKGROUND OF THE INVENTION

#### 1. Technical Field

This invention relates to video display systems and, more particularly, to a method and apparatus for providing concatenated lines and filled polygons in a video display.

#### 2. Description of the Prior Art

Various display systems have been proposed and used heretofore employing interactive computer systems wherein the user manipulates the information stored in or generated by a computer. This information may constitute text, graphics, facsimile, video and the like. In the recent past the advent of very large scale integrated circuitry has made possible the wide use of low cost microcomputer systems. With such a system it is now cost effective to maintain central data bases from which information can be accessed by the general public.

Two information systems using central databases, viewdata and teletext, are currently being considered for wide use in the telecommunications industry. In the viewdata system, the consumer is provided a two-way interactive service capable of displaying pages of text and pictorial materials on a video display. In the teletext system, the consumer is provided with a one-way broadcast information service for displaying pages of text and graphic material on a video display.

In both the viewdata and teletext systems it is necessary to include an electronics module at the consumer end that provides the display control information. In the present invention this module provides the necessary control to the consumer display terminal (such as an ordinary television set) for assembling and displaying an image made up of concatenated lines and filled polygons.

One scheme for providing the control for this type of display is implemented by using a chain link encoding technique wherein the chain link code gives the starting coordinates of a point on an image and then sequences through the coordinates of each subsequent point in defining the lines or border of a polygon. In a rectilinear display array there are eight possible directions that a display point can move to an adjoining point in defining a line or border of a polygon. And three bits of data are generally used to indicate the location of the coordinates for the next point. In an effort to minimize the number of bits in defining the direction of the display point, some arrangements are designed to use two bits rather than three. These arrangements still require the third bit or additional data. However, to provide information as to whether the line defined by the display point as it moves from one set of coordinates to another is written or not written onto the screen. While such arrangements have been found satisfactory where there is both ample bandwidth for transmitting and memory available for storing the data, in those systems where cost is a consideration it is desirable to minimize the total amount of data requirements required to describe an image.

### SUMMARY OF THE INVENTION

In accordance with the current invention, an electronics module describes in a compact manner a graphic image made up of filled polygons of concatenated lines

2

and allows for the concatenated lines to be interspersed with gaps by turning the writing means on and off as required. The module also provides a coding arrangement that allows for easy reflections of the image. In applicant' inventive arrangement the line drawing begins at an initial drawing point determined within a coordinate system defined by a unit screen and proceeds from point to point with the relative coordinates of each successive point specified as a positive or negative step in a horizontal or X-direction and/or a vertical or Y-direction from the previous point. The step size parameters which separately define the amount of the change in the X-direction and the change in the Y-direction are specified at the beginning of the operation in a single operand of predetermined length and remain constant in magnitude throughout the operation. The sequence of step directions which make up the image are encoded in a second operand whose length depends only on the amount of data transmitted.

The advantages of the foregoing arrangement and other advantages of the invention will be more fully understood from the following description of an illustrative embodiment taken in conjunction with the accompanying drawing.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a block diagram of an image display system according to the present invention;

FIG. 2 is an illustration of a picture description instructions coding structure used in the present invention;

FIG. 3 depicts a flowchart disclosing the method of describing an image made up of concatenated lines in accordance with this invention; and

FIG. 4 depicts a flowchart disclosing a method of describing an image made up of a filled polygon in accordance with this invention.

### DETAILED DESCRIPTION

Referring now to FIG. 1 of the drawing, there is shown a general block diagram of an image display system comprising an electronics module and employing the principles of the present invention. The elements employed in the image display system are computer 10, timing generator 14, video memory 15, video controller 16, video display terminal 17 with a display screen 18, communications modem 19, RF receiver module 20 and control interface modules 21, 22, and 23.

The videotex input to the system is provided over a two-way communications line 25 to the communications modem 19. Commands from the computer 10 are sent to a remote computer (not shown) over the communication line 25 and the request information is similarly returned over this line to the communications modem 19. The teletext input to the system is provided via the RF receiver module 20. This module provides a one-way communications medium for the system for receiving a broadcast signal 28 from a remote data bank. The viewdata and teletext information are both coupled to the communications interface 21 for inputting to the computer 10. The peripheral control module 22 couples user input such as that obtained from a keyboard, keypad, floppy disk or other peripheral data input device to the computer 10 in accordance with the service desired. The peripheral control module 22 is bidirectional in that data is also coupled from the computer 10 to a peripheral memory attached thereto. Input/output controller

Exhibit 8   Page 26

FLEMING 003134

4,396,989

3

module 23 is under the control of the system user and provides selectable access to the viewdata and teletext signals from communications interface module 21 as well as to user provided inputs from the peripheral control interface module 22. The control module 23 provides a data link between these modules and the processor data bus 26 which connects to the computer 10.

Contained in the computer 10 are a data processor 11, random access memory 12 and read only memory 13. This processor responds to data inputted into input/output control module 23. And with input from random access memory 12 and read only memory 13, processor 11 also provides the processed digital data to the processor bus 26 for loading the video memory 15 and for responding in one of the two-way communications arrangements.

Connected to the video memory 15 via a video data bus 27 is the video controller 16. This controller accepts digital image information from the video memory 15 and provides it in a form suitable for displaying on the display screen 18 of video display terminal 17. The timing for the elements supplying signals to the video data bus and the processor data bus are provided by timing generator 14.

The image display system of FIG. 1 is usually remotely located with respect to the central data bases from which it accesses information. The system is arranged to receive the encoded information from the data base in the form of picture description instructions (PDIs). These are a compact set of commands for picture drawing or control. Each command consists of an opcode followed by one or more operands (bytes of data). The coding system using PDIs have essentially three modes of operation. They are: alphanumeric which includes characters and numbers, geometric which includes primitives of point, line, arc, rectangle and polygon, and finally photographic which is fac-simile-like operation describing an image in a point by point encoded manner.

Referring to FIG. 2, there is shown an example of a PDI code in accordance with the international standard CCITT-S.100 "International Information Exchange for Interactive Videotex," Yellow Book, Volume VII.2, Geneva, 1980 techniques. The PDI code consists of an 8-bit data byte. Bits are numbered B1 to B8 with B8 occupying the most significant position. The bit B8 is either used for code extension or used to describe parity, while the other 7 bits are used as an index to a character code table. There are, therefore, 7 bits of data in each byte. The format for PDI drawing commands is a 6-bit data field and a 1-bit flag field. The flag field or bit 7 is used to indicate whether the byte represents a command opcode or data set forth in operands that follow the opcode. The opcode is a 1-byte data character that initiates the execution of a locally stored geometric primitive or control operation and always has a 0 for its flag field. The operands follow the opcode and can be a single or multiple byte string from the numeric data field of the PDI code. The operand is thus identified with a particular opcode, and action taken on the data contained therein is interpreted in accordance with that opcode. The flag field is always a 1 for each operand.

The image display system utilizes the basic format for PDI codes and the unit screen coordinate system as is described in a document entitled "Picture Description Instruction PDI for the Telidon Videotext System," by H. G. Brown, C. D. O'Brien, W. Sawchuk and J. R.

4

Story, dated November, 1979 and originated by Department of Communications/Communications Research Centre as Document No. CRC Technical Note No. 699-E. The unit screen is defined as a coordinate space whose dimension runs from 0 to 1 in the horizontal or X direction and from 0 to 1 in the vertical or Y direction. This coordinate space is mapped to the physical display of screen 18 with the origin or (0, 0) point being in the lower left corner of the display and the (1, 1) point being in the upper right corner of the display. All coordinate specifications are given, therefore, as fractional distances in the unit screen. For example, the point $(\frac{1}{2}, \frac{1}{2})$ would be in the center of the display.

The image display system of FIG. 1 is arranged to receive from a data base images made up of concatenated incremental lines and filled polygons described in a highly compact manner. The line drawing begins at an initial drawing point specified in the coordinate system defined by the unit screen and proceeds from one line end point to another of multiple line end points with the relative coordinates of each successive end point being specified as a positive or negative step in a horizontal or X-direction and/or a vertical or Y-direction from the previous point. The step size parameters which separately define the amount of the change in the X-direction and the change in the Y-direction are specified at the beginning of the operation in a single operand and remain constant in magnitude throughout the operation.

The incremental line command takes two operands. The first operand specifies the step size parameters which are signed quantities (dx, dy,) that represent a step size applied to the drawing operation. These bytes (a total of 18 useful bits) are used to create the step size parameters dX and dY. It should be noted that the number of bytes can be increased or decreased depending on the desired resolution in the step sizes. The horizontal step size (dX) is taken as the concatenation of the first three bits (b6–b4) taken from each of the three bytes (byte 1–byte 3). The first bit (b6 of byte 1) is taken as a sign bit, 0 for positive and 1 for negative. The remaining bits are interpreted as a binary fraction with b5 of byte 1 being the Most Significant Bit (MSB) and b4 of byte 3 being the Least Significant Bit (LSB). The MSB, therefore, represents the halve's place, the next bit (b4 of byte 1) representing the quarter's place, and so on until the LSB which represents the 1/256th's place. This binary function specifies the horizontal step size (dX) as a fraction of the total horizontal dimension of the active display area onto which is mapped the unit screen. By way of example, if dX were +0.00000011, the horizontal step size (dX) of the operation would be 3/256ths of the horizontal dimension of the active display area of the unit screen. The vertical step size (dY) is interpreted in a similar manner and taken from the last three bits (b3–b1) of each of the three bytes (byte 1–byte 3). In this case, the vertical dimension of the active display area, onto which the unit screen is mapped, is taken as a reference.

The second operand in the incremental line command is an operand which consists of an indeterminate number of bytes, each of which contains three 2-bit nibbles in the numeric data field (b6–b1). The sequence of these 2-bit nibbles specifies the move instructions for the operation selected as described in the table below and more fully explained herein with reference to the flow diagram of FIG. 3.

FLEMING 003135

Exhibit 8   Page 27

4,396,989

5

| Nibble | Primary Instruction |
|--------|---------------------|
| 0 0 | ESCAPE |
| 0 1 | take a step in X of DX |
| 1 0 | take a step in Y of DY |
| 1 1 | take a step in X of dX and Y of dY |

As seen in the table above, if the 2 bits are (0, 0), then an escape is indicated. In this case, no drawing action is taken and the next nibble is accessed and interpreted in accordance with the following table to determine what parameter changes should be made. The escape instruction is also more fully explained with reference to the flow diagram of FIG. 3.

| Nibble | ESCAPE Instruction |
|--------|---------------------|
| 0 0 | draw on/off |
| 0 1 | negate dX |
| 1 0 | negate dY |
| 1 1 | negate dX and dY |

The incremental polygon (filled) command takes two operands and is similar to the incremental line command except that the polygon command produces a polygon filled in the in use color(s) and texture of the display system. The first operand indicates the step size and is interpreted the same as the step size parameter in the incremental line PDI code. The second operand contains the move instructions which are also interpreted in a very similar manner to the move instructions in the incremental line PDI code. The set of points defined by these operands specify the vertices of the polygon to be drawn, and the final drawing point is implicitly taken as the initial drawing point. The incremental polygon fill command and its operation are more fully explained and literally understood when reference is made to the flow diagrams of FIGS. 3 and 4.

It is to be noted that if the sign(s) of the step size parameters dX and/or dY in either the incremental line command or the incremental polygon (filled) command are changed with the data describing the move instructions in the second operand left the same, the resulting image will be reflected about the corresponding axis. Also, if the magnitudes of dX and/or dY are changed with the data in the second operand left the same, the resultant image will be scaled in the horizontal and/or vertical dimensions.

FIG. 3 is a flowchart illustrating the operation of the video image display system in executing the incremental line operation. The functions provided by data processor 11 are advantageously determined by a process or program stored in read only memory 13. The process is entered at 301 where the initializing parameters are set. These include setting the draw line operation on, providing the initial coordinates of X and Y, also setting the line color, line thickness and line texture. The next step is to read in the step sizes of changes in X or dX and changes in Y or dY. After the step size is read into the process at 302, the integer value i is set at 0 in 303 reflecting that the line drawing begins at this initial drawing point.

The process advances to the decision 304 to check for more data. If there is no more data available in the move instruction operand, the program is exited at exit 305. If there is data present then the process reads the next 2 bit nibble at 306. With this 2 bit nibble, a branch instruction with four possible results is executed at decision 307. It

6

is at this location that the primary instructions are executed. If the primary instruction is 0 and 1 (the first number referred to being the Y bit and the second number referred to being the X bit here and throughout the remainder of this specification), then the process proceeds to 308 where a step is taken in X and Y remains unchanged. If the primary instruction is 1 and 0 then the process proceeds to 309 where a step is taken in Y and X remains unchanged. If the primary instruction is 1 and 1, then the process proceeds to 310 where a step is taken in both X and Y. Finally if the primary instruction is 0 and 0 then an escape is indicated and the process proceeds to 311.

If the nibble in the primary instruction is such that X or Y, or X and Y are incremented, then the process moves to the decision 312 where a check is made to determine whether the draw parameter is on or off. If the draw parameter is on, the process proceeds to 313 and a line is drawn from the old point to the new point displaced in an X direction or Y direction or both X and Y directions as previously defined. But if the draw parameter is off then the process advances to 314 and the X or Y, or X and Y points are incremented just the same without drawing a line from the old to the new point. The draw parameter can be executed using many of the line drawing techniques known in the art. An example of one such technique is described by W. Newman and R. Sproull in Principles of Interactive Computer Graphics, McGraw-Hill, 1973.

After execution of the line draw parameters, the process next returns to decision 304 where a check for more data is made. If more data is present the subroutine is repeated, if no data is present the program is exited at 305.

If at the decision 307 an escape (0,0) is indicated, the process moves to branch 311 where again a check is made for data. If no data is present the program is exited, but if data is present the process proceeds to 315 and the next 2-bit nibble, which provides escape instructions, is read. With this 2 bit nibble, a branch instruction with four possible results is executed at decision 316. It is at this location that the escape instructions are executed. If the escape instruction is 0 and 1, then the process proceeds to 317 and the current X step size is negated, i.e., if it was positive, it is made negative and if it was negative it is made positive. If the escape instruction is 1 to 0, then the process moves to 318 and the current Y step size is negated. If the escape instruction is 1 and 1, then the process moves to 319 and the current steps in both the X and Y directions are negated. Finally, if the escape instruction is 0 and 0, the process moves to 320 and the line drawing operation is turned off if it is currently on, or turned on if it is currently off. The process next leaves the escape instructions and returns to the decision 304 where a check is again made for data. If more data is present the primary instructions are again read and executed. If no data is present the program is exited at 305.

Referring next to FIG. 4, there is shown a flowchart illustrating the operation of the video image display system in executing the incremental polygon filled operation. The incremental polygon filled flowchart is similar to the incremental line flowchart of FIG. 3 except that the drawing operation remains turned off until a list containing all the data points has been filled. Upon completion of the list a polygon is drawn that is filled

Exhibit 8   Page 28

FLEMING 003136

4,396,989

7

with the in use color(s) and texture being used in the system.

The incremental polygon program is entered at 401 where the initializing parameters are set. In addition, the program or process includes creating a list at 402 for storing the values of X and Y. The step size is read in at 403 and the initial point is set at 404. The process advances to the decision 405 where upon seeing data advances through this sub-routine to stages 406 through 413 in the same manner as in the incremental line program and are thus not described in detail here. As earlier indicated, the one difference being the incremental lines in the polygon filled operation are not drawn until the operation is complete. Similarly, the stages 415 through 419 follow the same principles set forth with respect to practicing the present invention as similarly stages in the incremental line program and are thus not further described.

If the process is at decision 405 with no data present or at decision 411 with no data present, the process advances to 414 where the initial Y and X data points are entered again at the end of the list. The process next proceeds to subroutine 420 where the polygon is drawn with the data points taken from the list and filled with the in use color(s) and texture. Subroutine 420 is generally well known in the art and can be executed, for example, by using an ordered edge list polygon fill algorithm as described by W. Newman and R. Sproull in *Principles of Interactive Computer Graphics*, McGraw-Hill, 1973.

It is to be understood that an incremental polygon operation may be practiced within the principles of this invention by having the drawing operation always on as the data points are accessed rather than creating a list for storing the data points. In this type of arrangement, a polygon filling operation such as described by N. Weste and B. Ackland in the *SIGGRAPH 1980 Conference Proceedings*, Volume 14, No. 3, July 1980, pages 182–188, or as described by them in the 17th Design *Automation Conference Proceedings*, Minneapolis, Minn., June 1980, pages 285–291, is suitable. It is apparent also, that the present invention can be successfully practiced in either a hardware mode or a program mode, and that the programming may be implemented in programmable logic arrays, read only memories and the like.

Thus while the invention has been particularly shown and described with reference to specific embodiments, it will be understood that various modifications may be made without departing from the spirit and scope of this invention.

What is claimed is:

1. A video image display for assembling data received from an external data source and for displaying this data in the form of character and graphic drawings on a video display terminal, the display system comprising:

system input means for receiving the data from an external data source and for coupling the data onto a processor data bus;

a computer including a data processor and a memory portion, the data processor being coupled to the processor data bus and receiving signals from the system input means over the processor data bus. the data processor producing in response to a timing generator and the memory portion, digital image data representative of the data received from the external data source and providing this digital image data to the processor data bus in a time period determined by the timing generator; and

8

a video image processor means connected between the video display terminal and the processor data bus and responsive to the digital image data received from the data processor, the image processor means producing an image signal defined by the digital image data for display on the video display terminal, the image comprising a series of lines being drawn sequentially from one to another of multiple points over the display area of the terminal, the size and sign of a step between points in the horizontal direction and in the vertical direction being independently specified in the data received from the external data source.

2. The video image display system of claim 1 wherein the video image processor means provides a color control signal to the video display terminal for placing a selected color and texture within the area bounded by the series of lines outlining the image.

3. The video image display system of claim 1 or 2 wherein the video image processor means provides a separate direction change command signal for both the horizontal direction and for the vertical direction, the direction change command signal modifying the direction of the series of lines being drawn on the video display terminal and providing for the reflection of the image.

4. The video image display system of claim 3 wherein the direction change command signal further provides for turning on and off the drawing of the image allowing for gaps to occur between the lines being drawn.

5. The video image display system of claim 4 wherein the direction change command signal comprises a two-bit nibble.

6. A method of assembling data received from an external data source and for displaying this data in the form of character and graphic drawings on a video display terminal in a video image display system, the method comprising the steps of:

receiving the data from the external data source,

coupling the data received from the external data source to a computer having a data processor and a memory portion, the data processor producing in response to a timing generator and the memory portion, digital image data representative of the data received from the external data source, the video image processor being coupled both to the computer and the video display terminal and responsive to the digital image data received from the data processor, the image processor producing an image signal defined by the digital image data for display on the video display terminal;

writing the image onto a specific location of the video display terminal, the image comprising a series of lines being drawn sequentially from one to another of multiple points over the display area of the terminal, the size and sign of a step between points in the horizontal direction and in the vertical direction being independently specified in the data received from the external data source.

7. A method of assembling data in accordance with claim 6 and further comprising the step of inserting a selected color and texture within the area bonded by the series of lines outlining the image.

8. A method of assembling data in accordance with claims 6 or 7 and further comprising the step of providing a separate direction change command signal for both the horizontal direction and for the vertical direction in addition to the image signal in the video image

FLEMING 003137

Exhibit 8   Page 29

4,396,989

9

processor, the direction change command signal modifying the direction of the series of lines being drawn on the video display terminal and providing for the reflection of the image.

9. A method of assembling data in accordance with claim 8 wherein the step of providing the direction change command signal also includes turning on and off

10

the writing of the image allowing for gaps to occur between the lines being drawn.

10. A method of assembling data in accordance with claim 9 wherein the direction change command signal comprises a two-bit nibble.

* * * * *

Exhibit 8   Page 30

FLEMING 003138

INVENTOR'S FILE

# United States Patent [19]

## Fleming et al.

[11]  **4,454,593**

[45]  **Jun. 12, 1984**

[54] **PICTORIAL INFORMATION PROCESSING TECHNIQUE**

[75] Inventors: James R. Fleming, Indianapolis, Ind.; William A. Frezza, North Brunswick; Gerald S. Soloway, Holmdel, both of N.J.

[73] Assignee: Bell Telephone Laboratories, Incorporated, Murray Hill, N.J.

[21] Appl. No.: 265,069

[22] Filed: May 19, 1981

[51] Int. Cl.³ .................... G06F 3/14; G06F 15/20; G06K 15/20

[52] U.S. Cl. ........................ 364/900; 340/703; 340/723; 340/750; 364/521

[58] Field of Search ............... 364/518, 521, 578, 200, 364/900; 340/703, 709, 720, 723, 724, 750; 358/10

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| Re. 30,785 | 10/1981 | Lovercheck et al. | 340/723 X |
| 3,646,571 | 2/1972 | Kurata | 364/300 |
| 3,973,245 | 8/1976 | Belser | 364/200 |
| 3,976,982 | 8/1976 | Eiselen | 364/900 |
| 4,145,754 | 3/1979 | Utzerath | 340/750 X |
| 4,146,877 | 3/1979 | Zimmer | 340/723 |
| 4,177,462 | 12/1979 | Chung | 340/723 X |
| 4,204,207 | 5/1980 | Bakula et al. | 340/723 |
| 4,262,302 | 4/1981 | Sexton | 358/10 |
| 4,301,514 | 11/1981 | Eifuku et al. | 364/900 |
| 4,303,986 | 12/1981 | Lans | 340/703 X |
| 4,342,029 | 7/1982 | Hofmann et al. | 340/703 |

**OTHER PUBLICATIONS**

Brown et al.: Picture Description Instructions for the Telidon Videotex System, CRC Technical Note No. 699–E, Nov. 1979.

*Primary Examiner*—Felix D. Gruber
*Attorney, Agent, or Firm*—Barry H. Freedman

[57] **ABSTRACT**

A technique for processing pictorial information to enable its display on a desired display device independent of the latter's resolution characteristics includes a unique encoding procedure and a corresponding decoding and display procedure. Attributes of each element of a picture or image (such as its color) are specified by a group of N bits. The bits are assembled to form M-bit active portions of a series of bytes. M and N need not be integrally related. Ones of the words also define the size of the elements with respect to a unit display space (the horizontal and vertical dimensions of each element can be different), the order in which the elements are arranged in the picture (e.g., left to right or vice versa) and the value of N. The bytes are decoded and the picture displayed by locating each pel in the unit screen coordinate space, mapping each location to a corresponding storage location in an array formed by a frame memory, writing the attributes of each pel in one or more of the storage locations, and sequentially reading the contents of the memory and applying the output to the display device.

14 Claims, 10 Drawing Figures



Exhibit 8    Page 31

FLEMING 003281



FIG. 1

Exhibit 8   Page 32

FLEMING 003282

Case 3:07-cv-02000-H-CAB    Document 236-11    Filed 01/14/2008    Page 33 of 47

FIG. 2



FIG. 3



Exhibit 8   Page 33

FLEMING 003283

*FIG. 4*



*FIG. 6*



Exhibit 8   Page 34

FLEMING 003284



FIG. 5

Exhibit 8   Page 35

FLEMING 003285

U.S. Patent    Jun. 12, 1984    Sheet 5 of 7    4,454,593

FIG. 7



Exhibit 8   Page 36

FLEMING 003286



FIG. 8



FIG. 9

Exhibit 8   Page 37

FLEMING 003287

FIG. 10



Exhibit 8   Page 38

FLEMING 003288

1

2

## PICTORIAL INFORMATION PROCESSING TECHNIQUE

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates generally to the processing of pictorial information and, in particular, to a technique for encoding information describing a picture in a manner that permits its display on devices having different resolution characteristics.

#### 2. Description of the Prior Art

Computer-based information systems have now evolved to the stage where it is both desirable and feasible to allow access to the wealth of information stored in private or public data bases to the public, using commonly available display devices and communicating via existing channels. "Viewdata" or "videotex" are generic terms which have been used to describe systems enabling two-way, interactive communication between the user and the data base, generally communicating via telephone lines and using an ordinary but specially adapted television set for display of pictorial information or text. "Teletext" is another generic term used to describe one-way communication from the data base to the user, with transmission being accomplished in portions of the broadcast T.V. spectrum and display again being on a specially adapted T.V. Both system types must have a large range of flexibility, since a number of alternatives exist with respect to various system components. For example, although a television set may be a preferred display device for home use, different terminals may access the data base in an office environment, such as bi-level (plasma) displays, and other special purpose CRTs. Additionally, other communication channels, such as dedicated coaxial, twisted pair cable, or satellite or land-based radio may interconnect the users who input or output information from the data base, and each type of channel has its own requirements and limitations.

In view of the fact that different types of equipment and facilities must interact to achieve satisfactory overall results, several attempts have been made to standardize the manner in which information (primarily pictorial as opposed to text) is encoded and decoded. The success of these systems, which include one described by the Communications Research Center of the Canadian Department of Communications, in CRC Technical Note No. 699-E published November 1979 in Ottawa, Canada, must be measured against several parameters. First, the procedure used to encode the pictorial information must make reasonably efficient use of the bandwidth available in the communication channel and the processing capability of the microprocessor usually located in the user's terminal. Second, the users of the system must, during both encoding and display operations, have a high degree of control and flexibility in specifying how the information will be processed. Finally, the techniques used must recognize that different equipment—particularly displays—will be used, some having nonstandard resolution and other capabilities, and that all must operate satisfactorily using the same encoding/decoding strategy.

While the Canadian and other systems have been somewhat successful in achieving the capabilities just described, it still remains that the efficiency, flexibility, interchangeability and universality of the technique can be improved.

### SUMMARY OF THE INVENTION

In accordance with the present invention, pictorial information is processed using a unique encoding procedure and a corresponding decoding and display procedure which is efficient and which enables flexibility including display of the picture on a device independent of the device's resolution characteristics.

During encoding, attributes of each element of a picture or image (such as its color) are specified by a group of N bits. The bits are assembled to form M-bit active portions of a series of data words (bytes). M and N need not be integer multiples, i.e., evenly divisible by each other. Ones of the words also define the size of the elements with respect to a so-called "unit screen coordinate space" (the horizontal and vertical dimensions—dx and dy, respectively—of each element can be different), the order in which the elements are arranged within the active portion of the unit screen (e.g., left to right or vice versa), the value of N, as well as information specifying the boundary values or dimensions of the active area and the starting point in the active area for the first pel in the sequence being processed.

During the decoding, the attributes of each picture element are extracted from the data word stream and the location of the pel is determined with respect to the unit screen coordinate space. This is done by locating the first pel at the specified starting point and locating succeeding pels in adjacent positions along a series of parallel scan lines, in the order specified. During this part of the decoding procedure, when a pel being processed lies in a position on the unit screen which meets or exceeds the boundaries of the active area, a predetermined incrementing procedure is followed.

After the location of each pel with respect to the unit screen has been determined, the attributes of that pel are mapped to and written in one or more storage locations in a frame memory, and the procedure repeated for the next pel in the sequence. The frame memory includes an array of storage locations which are read sequentially in order to actually display the picture on a display device. During mapping, if a succeeding pel is entered in one or more previously written storage locations in the frame memory, the existing contents of that memory element are overwritten.

### BRIEF DESCRIPTION OF THE DRAWING

The present invention will be more clearly appreciated by consideration of the following detailed description when read in light of the accompanying drawing in which:

FIG. 1 is an overall block diagram of an image display system which employs the principles of the present invention;

FIG. 2 illustrates the spatial relationships of the picture elements and scan lines in a picture being encoded;

FIG. 3 is a block diagram of one embodiment of pictorial information encoding apparatus arranged to implement the processing technique of the present invention;

FIG. 4 illustrates a series of bytes used in communication between the apparatus of FIG. 3 and the terminal of FIG. 1;

FIG. 5 illustrates an example of the types and sequence of the information coded in the apparatus of FIG. 3 in accordance with the present invention;

FLEMING 003289

Exhibit 8   Page 39

4,454,593

3

FIG. 6 graphically illustrates the coordinate space established by the unit screen and active drawing area used to define encoded pictorial information;

FIG. 7 is a flowchart illustrating the steps in a procedure in accordance with the present invention for drawing or locating the information representing the encoded picture with respect to the unit screen;

FIGS. 8 and 9 illustrate the mapping of logical pels of different sizes onto an array representing the physical display screen; and

FIG. 10 is a flowchart illustrating the steps in a procedure for mapping as illustrated in FIGS. 8 and 9.

DETAILED DESCRIPTION

The present invention will be better appreciated when first put in proper perspective with respect to an overall image display system which embodies the present invention. As shown in FIG. 1, such a system includes a data processor 1 having bidirectional access to data bus 2. Timing module 3 provides the clock signals required for system operation. Timing module 3 also provides timing signals on video data bus 8 for use by video memory 4, and by digital to video converter 6.

Data processor 1 may be a microprocessor comprising program memory, read only memory 9 and scratch pad or random access memory 10. Data processor 1 responds to user input from a keyboard, light pen or other data input devices well known in the art. In its application with a viewdata or teletext terminal, data processor 1 may also respond to input provided from a remote or centralized data base such as one located at a television broadcast station or a provider of viewdata services. This input is received via communication line 11 and modem 13 or as a broadcast signal 12 via RF receiver 14 to communication interface 15. Input-output device 16 operates to control data from communications interface 15 or from peripheral device interface 17.

Data bus 2 is a bidirectional conduit through which data processor 1 controls video memory 4, timing generator 3 and video controller 6. Several bus structures may be adapted for use in the present invention. Whichever specific bus structure is chosen, the bus generally comprises address capability, a data path and control lines which may include interrupt, reset, clock (for synchronous use), wait (for asynchronous use), and bus request lines.

Timing module 3 may provide the timing signals on both the data bus 2 and the video data bus 8 and may comprise a chain of programmable logic circuits, digital dividers and counters for providing required timing signal outputs. These may, of course, be incorporated into data processor 1. For operation of video data bus 8, a number of different timing signals are required. Horizontal and vertical drive signals are provided in accordance with horizontal and field rates respectively. A dot clock signal is provided at the dot frequency (picture element or PEL rate) of the system. An odd/even field signal indicates if the odd or even field is to be displayed in an interlaced system. A composite blanking signal indicates if video is being displayed or if vertical or horizontal retrace is occurring. Also, a group clock signal or other signals may be provided. The group clock signal indicates when to access data for a new group of picture element data from memory. For example, picture element data in video memory having a slow access time may be serially provided in groups of 4, 8 or 16 picture elements. On the other hand, a parallel

4

data transmission scheme is possible, potentially increasing the requirements for leads of video data bus 8.

Digital to video converter 6 accepts digital image information from the video data bus 8, pel-by-pel, and converts the digital information, if necessary, to analog form for presentation on video display 7. The video converter may be in modular form and comprises three components: (1) color map memory, (2) digital to analog conversion and sample and hold circuits, if required by video display 7, and (3) a standard composite video encoder (for example, for providing NTSC standard video or red, green, blue RGB outputs) and RF modulator (if necessary, for antenna lead-in access to a television set display 7).

Video display 7 may either be a monitor or a television set or it may be other forms of graphic display known in the art, including a liquid crystal display, an LED display or a plasma panel display.

Pictorial information which is to be displayed on CRT 7 or any other display device within a terminal such as that shown in FIG. 1 is encoded for display by a user who may be remotely located from the terminal. The user is furnished with certain information to guide him in making critical choices in the encoding procedure, but is advantageously allowed a great deal of flexibility. When desired, the encoded information may be transmitted to the terminal of FIG. 1 (via communications line 11 or as a broadcast signal 12), decoded in a manner described hereinafter, and eventually displayed on CRT 7 independent of its resolution characteristics.

An image or picture as shown in FIG. 2 can be encoded, for example, using the system shown in FIG. 3. Camera 301 is arranged to scan picture 201 along a series of generally parallel scan lines, such as lines 202-1, 202-2 and 202-3, at a scan rate determined by a control signal applied to camera 301 on line 302a. The spacing between adjacent lines, shown greatly exaggerated in FIG. 2, is also controllable by the user, via a control signal on line 302b. The output of camera 301 on line 310 is an electrical signal which represents the attributes of picture 201, such as its luminance and chrominance, and it is these attributes which must be encoded, in the correct spatial relation, to enable reconstruction and display of picture 201.

The camera output is sampled by sample and hold circuit 303, at a rate determined by an input on line 304, and each such sample is converted from analog to digital form in an A/D converter 305. Each parallel output from converter 305 on lines 306-1 to 306-n thus represents the attributes of a particular element (pel) of picture 201, and these multibit values are entered in a random access memory 350 via a processor 308. The addresses at which the picture information is stored in memory 350 are provided by the processor, which may be part of a microcomputer or minicomputer such as a Digital Equipment Corp. PDP 11/23. Numerous alternative techniques exist for obtaining information describing elements in a picture, and these can also be used to obtain the values entered in memory 350.

The picture elements which are defined as a result of the scanning and sampling processes are illustrated in FIG. 2. As shown, when picture 201 is scanned along line 202-2, sampling may occur at instants marked by points 212a, 212b and 212c. Corresponding vertically displaced sampling points 213a, 213b and 213c are also shown on scan line 202-3. The picture element 222b corresponding to sampling point 212b is a rectangle of width x (measured in the direction of the scan lines) and

Exhibit 8    Page 40

FLEMING 003290

5

height y (measured in the direction perpendicular to the scan lines), centered at point 212b. Its vertical edges are located halfway between point 212b and the preceding and succeeding points 212a and 212c, respectively, while its horizontal edges lie halfway between scan line 202-2 and the preceding and following lines 202-1 and 202-3, respectively. Thus, it is seen that pel 222b abuts the preceding and succeeding pels 222a and 222c along common vertical sides, and also abuts pels 221b and 223b on preceding and succeeding scan lines along common horizontal edges. The picture elements thus form a generally rectilinear array which completely cover and define the picture 201 being encoded.

In accordance with the present invention, the system user is enabled to independently define, together with the encoded picture attributes, information indicating the width and height dimensions of the picture elements *relative* to the overall size of a so-called "unit screen", which is described hereafter. This allows a good deal of flexibility when the picture is displayed, as will be illustrated by several examples.

In the "normal" case, when it is desired that the picture 201 fill substantially the entire screen in the display device, the relative width and height values dx and dy, are set at 1/P and 1/L, respectively, where P is the number of samples (of width x) on each of L scan lines (spaced from each other by distance y). This establishes a 1 to 1 correspondence between each element of picture 201 and the elements, called logical pels, in the unit screen, and this insures that when the unit screen is subsequently mapped onto the physical display (such as CRT 7) the entire picture will be reproduced. If it is desired that only the bottom half of the display be used, dx is still set at 1/P (since the full screen width is used) but dy is reduced to ½L, to compress the relative heights of each pel that will be displayed. Information indicating the coordinates of a starting point $X_s, Y_s$ on the unit screen where the picture display is to begin (in this case, at the midpoint) is also encoded, as are coordinates $(X_a, X_b)$ and $(Y_a, Y_b)$ indicating the vertical and horizontal boundaries of a rectangular "active region" within the unit screen, to which display is confined. This active area will be described more fully below.

While the previously described scanning procedure used in camera 301 is conventional, it is sometimes desirable for the user to scan from right to left (instead of from left to right) and/or from bottom to top. Either of these situations is communicated to the terminal of FIG. 1 by treating dx and dy as signed, two's complement numbers, i.e., binary decimals where the most significant bit represents the digit just to the right of the decimal point. When dx is positive, scanning is from left to right, while negative dx indicates the reverse. When dy is positive, scanning proceeds from bottom to top, and a negative dy indicates conventional top down scanning. Thus, as an example, if dx is specified as 0.001010, the leftmost bit indicates a positive number of decimal value ¼+1/32=0.15625 indicating that scanning is from left to right and that the width of each pel relative to the unit screen is 15.625%. Similarly, if dy is specified as 1.000101, the scanning lines proceed from top to bottom (dy negative) and the pel height is 1/16+1/64=0.078125.

Information specifying the sign and magnitude of dx and dy, the values of other user specified variables such as $X_s, Y_s, X_a, X_b, Y_a$ and $Y_b$ as well as other control information described below, are entered in memory 350. The input may be made on a keyboard 312, and

6

entered via processor 308 in certain preselected locations in memory 350 which are later accessed when the information is read from the memory, assembled, and transmitted to the terminal of FIG. 1. The data read from memory 350 may be conditioned for application to communication line 11 using a conventional modem 315. If no information has been entered in certain memory locations, a default condition is recognized in the processor, whereupon predetermined "common" values may be used to indicate the user specified variables involved.

One example illustrating the arrangement of data in accordance with the present invention as it is read from memory 350 and applied to communication line 11, is shown in FIGS. 4 and 5. The data consists of a series of multibit words (bytes) of a fixed predetermined length "agreed upon" in advance by the encoder of FIG. 3 and the decoder described hereinafter, at least with respect to each communication session. Typically, a 7 or 8-bit code may be used, and the latter is illustrated in FIG. 4. It is noted that the basic coding scheme described herein is built upon the framework established by CCITT Recommendation S.100, "International Information Exchange for Interactive Videotex," Yellow Book, Volume VII.2, Geneva, 1980. Within each word, such as words 401, 402, 403, M-bits (M is shown as 6) are considered to be active, while the remaining bits (two in FIG. 4) are used for parity, error correction and other control purposes.

The order or sequence in which words in FIG. 4 describe the user specified variables (such as but not limited to dx, dy, $X_s, X_b, Y_a$ and $Y_b$) must also be agreed in advance between the encoder and the terminal. The CRC Technical Note identified above and incorporated herein by reference, describes one protocol or standard which may be followed. However, the present invention is not limited or confined to use with a particular standard, and the illustrative order shown in FIG. 5 is assumed to have been agreed upon by the encoder of FIG. 3 and the decoder portion of the terminal of FIG. 1.

In FIG. 5, the first information conveyed (block 501) describes the sign and magnitude of dx and dy, thus defining the "logical pel" size and the scanning direction used to obtain the picture information. This information may require use of the active M-bit portions of several bytes (such as 8-bit words 501-1 through 501-5). Next, information (block 502) is entered indicating the coordinates $X_s, Y_s$ in the unit screen, of the starting point of the display. Again, several bytes 502-1 through 502-3 may specify this information. The starting coordinates are followed, in turn, by coordinate definitions (block 503) of the active portion of the unit screen that will be used to display the picture attributes which follow. Each of the four values may illustratively require several bytes 503-1, 503-2, et cetera.

The next type of user specified information (block 504) is called a packing counter count N, which is an unsigned integer that describes the number of consecutive bits to be taken from the active portions of successive picture attribute words (block 505) to make up a specification of a single pel. M and N need not be integer multiples of each other, so that a given pel may be described in terms of bits derived from more than one byte. This arrangement is advantageous, in that flexibility is provided in the specification of the picture attribute information and the number of bits transmitted is used efficiently.

Exhibit 8    Page 41

FLEMING 003291

4,434,393

7

Many alternatives exist concerning the description of pel attributes. For example, code words can be used to describe percentage luminance values or color values can be described in terms of the primary colors or in terms of a table look-up scheme in which certain pre-agreed codes are communicated in advance, to both the encoder and display terminal. The codes can represent either a predefined series of colors or alternatively color information in a predefined specification scheme. The latter type of technique is fully described in a concurrently filed application by the same inventors as in the instant application, entitled "Terminal Independent Color Memory For A Digital Image Display System" which is incorporated herein by reference.

An example of the manner in which the active portions of the bytes in block 505 specify a particular attribute—color—of the pels being processed will be helpful. As mentioned previously, the color specifications for the pels in picture 210 are represented sequentially in the active portions of the bytes (such as bytes 505-1. 505-2), without regard to byte boundaries. In one arrangement, the bits are used, N at a time, to define the color; for this purpose, the bits are organized into three tuples representing the three primary colors, and the order of interpretation of the bits is green-red-blue. The color specification for a single pel may contain multiple three-tuples, depending on the packing count N. For N>3, the first three-tuple contains the MSBs, and the last contains the LSBs of the three primaries. For example, if the packing count is N=6, the color specification for each pel would look like GRBGRB, and each primary color would be specified to two bits of accuracy. In some instances, it is desirable that the packing count N is not an integer multiple of three, so that each primary is not specified to an equal accuracy. For example, if the packing count N=4, the color specification for each pel would look like GRBG. The bits in the active portion of the bytes would look like GRBGGRBG . . .

The word string of FIG. 5 is assembled in the correct sequence under control of processor 308, which includes instructions for sequentially reading from memory 350 the contents of the preselected registers which contain the appropriate user specified variables, followed by the registers which contain the pel attribute (color) information. The instruction set is straightforward, and many alternatives will be apparent to those skilled in the art.

Display of the pictorial information encoded using the procedure just described will be appreciated by first considering the "unit screen", mentioned earlier and illustrated in FIG. 6, which is defined as the virtual address space 601 within which the picture is to be displayed, having dimensions 0 to 1 in both the horizontal (x) and vertical (y) directions. The active portion of the unit screen, defined by the user selected variables $X_a$, $X_b$, $Y_a$ and $Y_b$, is a rectangular portion 602 of the screen, as, for example, the rectangle having vertices at coordinates $(X_a, Y_a)$, $(X_b, Y_a)$ $(X_b, Y_b)$ and $(X_a, Y_b)$ as shown in FIG. 6. It is convenient to define $X_a$ and $Y_a$ as the boundaries away from which scanning occurs: for dx positive, $X_a$ is to the left of $X_b$, but for negative dx, the positions are opposite. Similarly, for positive dy, $Y_a$ is the bottom of the active area and $Y_b$ the top, with the opposite for negative dy. In the example shown in FIG. 6, scanning is from left to right and bottom to top. The values of all four variables lie between zero and one (i.e., $0 \le x < 1$ and $0 \le y < 1$). In the most normal case,

8

when it is desired that the encoded picture fill substantially the entire screen available on the display device, the active area will be co-extensive with the unit screen, when the display device is square. When the physical display has the conventional 4:3 rectangular aspect ratio and scanning is from left to right and top to bottom, active area settings of $X_a = 0$, $X_b = 0.999 \ldots$, $Y_a = 0.75$ and $Y_b = 0.0$ would fill the entire screen. This is because the mapping procedure from the unit screen to the physical display, which will be described more fully below, is arranged so that the origin (0,0) of the unit screen is mapped to the lower left corner of the physical display, and the lower right (1,0) of the unit screen is mapped to the lower right corner of the display. With this mapping fixed, the upper left corner (1,0) of the unit screen would be mapped outside of the physical display area; by limiting the active area the y coordinate of approximately 0.75 on the unit screen would correspond to the top of the display, and all information would be displayed.

Several further examples will illustrate the relationship between the unit screen, the active area, and the logical pel size, all of which are user defined. In these examples, it is assumed that dx is positive and dy negative, and that the physical display is square, so that the active display area limitation mentioned above for a rectangular display device is not needed. For display of the entire picture on the entire bottom half of the screen, the user would set $X_a = 0$, $X_b = 0.999 \ldots$, $Y_a = 0.5$ and $Y_b = 0.0$. If the height dy of the logical pel is $1/L$, where L is the number of scan lines in the original picture and is not divided by a factor of 2, then only the top half of the picture would be displayed in the bottom half of the display, but it will be compressed in a 2:1 ratio in the vertical direction. As will be described below, scrolling (line by line movement of the display picture in the vertical direction) can be used to display the second half of the picture. As an alternative, if dy=$\frac{1}{2}$L, the entire picture would appear in the bottom half of the display. As a second example, if it is desired to display the picture in the upper left quadrant of the display, then the entire area is defined as $X_a = 0$, $X_b = 0.5$, $Y_a = 0.999 \ldots$ and $Y_b = 0.5$. To properly scale the picture, both dimensions of the logical pel should also be reduced by a factor of 2, i.e. dy=$\frac{1}{2}$L and dx=$\frac{1}{2}$P, where L and P are the number of lines per frame and pels per line in the original picture, respectively.

It is also to be noted that $X_a$ and $Y_b$, the X and Y coordinates of the starting point of the display with respect to the unit screen may be independently specified by the user. In the first example given above, $X_a = 0$ and $Y_b = 0.5$ would be appropriate. In the second example (active area in the upper left quadrant), $X_a = 0$ and $Y_a = 0.999 \ldots$ would be used.

The ability of the user in accordance with the invention, to specify the active area dimensions (which need not be quadrants but can be any fractions of the unit screen) independently of the logical pel size, gives much flexibility in achieving certain types of special effects. However, appropriate coordination between these values is normally required.

When encoded pictorial information is received at the terminal of FIG. 1 via communication line 11, it is appropriately demodulated in modem 13 and applied to communications interface 15. In instances where radio transmission is used, the broadcast signal is demodulated in receiver 14 before being input to interface 15.

FLEMING 003292

Exhibit 8    Page 42

4,454,593

9                                                                    10

Functions performed in the interface include demultiplexing, error correction, retiming and so on, and are well known to those skilled in the art. The output of interface 15 is coupled through input/output circuit 16 and the information shown in FIG. 5 is applied to various registers in random access memory 18, under control of data processor 1. For this purpose, the terminal includes appropriate program information stored in ROM 9 to recognize the order in which the information is presented, and to correctly interpret control signals encoded together with the pictorial data. A description of the general characteristics of a videotex system is contained in a simultaneously filed application entitled "Terminal Generation of Definable Character Sets" filed by the same inventors as in the present application.

As the user specified inputs and the picture attributes are entered in RAM 18, they may be concurrently processed for display, or they may be stored for later use. In either event, the decoding procedure of the present invention includes the following steps. First, the location of each picture element with respect to the unit screen is determined. Second, each pel location on the unit screen is mapped to one or more corresponding locations in a video memory 4, and the attributes describing the pel written in the location(s). Next, the contents of memory 4 are read sequentially. Depending on the type of display device used, the memory output may be converted to conventional video format in converter 6. Finally, the video signal is applied to display device 7.

The flowchart of FIG. 7 illustrates the steps followed in accordance with the present invention in order to locate each received pel with respect to the coordinate of the unit screen. This procedure is in effect determines where on the unit screen each logical pel belongs: each location is expressed as coordinates x, y referenced to the unit screen.

In the first step 701, the user specified values $X_o$, $X_b$, $Y_o$ and $Y_b$ which define the active area on the unit screen are initialized as are $X_c$ and $Y_c$, the starting x and y coordinates. This information is obtained from the input information, blocks 502 and 503, and stored in specified locations in RAM 10. The next step, 730, reads the logical pel size dx and dy from the incoming data, and stores these values in RAM 10. If both dx and dy are zero (step 731), a default condition is recognized, whereupon dx and dy are set (step 732) to the smallest positive definable value permitted by the number of bits which define those variables. For example, if dx includes a sign bit and 7 two's complement magnitude bits, then the smallest definable value is 1/128. If either dx or dy is non-zero, then in step 702, the packing count N is read (as obtained from block 504) and stored in memory. A branch step 703 next determines if a default condition exists: if N=0, a default packing count N, example, N=64, is set in step 704, while otherwise, the processing proceeds to step 706.

In the remaining portion of the process shown in FIG. 7, the series of input bytes containing information describing the picture attributes (block 505 in FIG. 5) are processed to re-assemble the active bits, N at a time, with each group of N bits representing the attributes of a single logical pel at coordinates x, y on the unit screen.

In step 706, a process variable C is set equal to N, the number of bits which define the attributes of each pel. Thereafter, in steps 707–710, the bits in the active portions of picture attribute words (block 505 in FIG. 5) are assembled, N at a time. Specifically, step 707 is a

branch point depending upon whether C=0. If not, and bits in the last byte extracted from the incoming datastream still remain to be processed (step 708), the next bit is read from the register which contained the byte. The bits that have been read are assembled in an in-process register, and C is then decremented to C=C−1 (step 710). If no bits are left in the byte being processed, but it is determined in step 720 that other bytes are available, the next one is read (step 721) and the process continues at step 709.

When C=0 occurs, N bits have been assembled in the in-process register. Step 711 compares the present X coordinate to $X_b$, to determine if the X-direction boundary of the active drawing area has been met or exceeded. If not, the logical pel is drawn or mapped into memory 4 (step 712) in a manner described hereinafter, at the currently specified x and y coordinates. The value of x is then incremented by the value dx (which may be positive or negative) of the logical pel (step 713) and the process repeated from step 706. If dx is positive, the next pel lies to the right of the previous pel, but if dx is negative, the next pel lies to the left.

When the value of X equals or exceeds the value of $X_b$, the active area boundary has been met. Step 711 produces a positive branch which, in step 714 sets Y to Y +dy (dy may be positive or negative) thus incrementing the scan line position and X is set to $X_o$, thus restarting the X position on the new line. If dy is positive, the next line is above the previous line, but when dy is negative, it is below the previous line. After being incremented, the new value Y is compared to $Y_b$ (step 715) to insure that the horizontal boundary (top or bottom) of the active area has not been met or exceeded. If not, the pel is drawn (step 716) in the same manner as in step 712, to be explained below. However, by convention, if any bits are left in the byte presently being processed, they are discarded (step 717) and the next byte read (step 718) before returning to step 706.

When the branch at step 715 indicates that the top or bottom of the active area has been met or exceeded, the entire display lying within the area of the screen defined by the active display area is scrolled by −dy in step 719. This is done by sending a control signal to memory 4 to perform a mass shift of the appropriate portion of its contents in a vertical direction. Thus, if writing is proceeding down the screen, scrolling is up, and viceversa. Thereafter, in step 722, the value of Y is reduced by dy, to in effect cancel the last Y direction increment in step 714, and the pel is drawn in step 716.

When all bytes have been read, the picture has been fully processed, and the variables X and Y are reset in step 750 prior to exiting from the process of FIG. 7. The X and Y values used for resetting are the coordinates of the lower left corner of the active drawing region. This allows subsequent drawing operations to commence from a precisely specified point.

When steps 712 and 716 in FIG. 7 are performed, the N-bit attribute value (color, etc.) for the present pel, just extracted from the byte sequence being processed, is written or mapped into one or more storage locations in video memory 4 of FIG. 1. This mapping procedure will be explained by reference to FIGS. 8–10, the first two of which graphically illustrate mapping with different logical pel sizes, and the latter of which is a flowchart of the steps used in mapping.

Video memory 4 is usually a frame memory (RAM) having a rectilinear array of storage locations or registers each capable of storing the attributes of one display

FLEMING 003293

Exhibit 8    Page 43

4,454,593

| 11 | 12 |

element (display pel) that can be presented on display device 7. It is anticipated that memory 4 will be made as large as possible, given constraints of economy and the inherent resolution capability of the display 7, so that a reasonable visual resolution may be obtained. As an example, if display 7 is a CRT, a frame memory for storing any array of 256 by 256 display pels would be common. Alternatively, if display 7 is a bi-level device such as a plasma panel, the on-off attribute of each pel is represented by only one bit, and a greater resolution (say, 512 by 512 pels) can be expected.

A portion of the array (801) of storage locations in video memory 4 is represented in FIGS. 8 and 9 as a plurality of individual rectangles positioned in a series of rows and a series of columns. Where the picture attributes are represented by multiple bits (N>1), memory 4 may include several memory planes, one for each bit. The other memory planes are illustrated in FIG. 8 by showing small portions of two other arrays 810 and 820.

When it is desired to enter the attributes of a logical pel (such as pel 802 in FIG. 8) into the appropriate storage location in memory 4, the logical pel is mapped or superimposed on the array of FIGS. 8 or 9. Three sets of variables control the mapping process: (1) the current X, Y position of the pel; (2) its size, specified by $dx$ and $dy$; and (3) the size of the memory array. In determining position, the geometric alignment of the X, Y position within the logical pel is predefined by convention. For example, the location used is (a) lower left corner if $dx$ and $dy$ are both positive, (b) lower right corner if $dx$ is negative and $dy$ is positive, (c) upper left corner if X is positive and $dy$ is negative, and (d) upper right corner if $dx$ and $dy$ are both negative. Thus, in FIGS. 8 and 9, assuming that $dx$ and $dy$ are both positive, a relatively large pel 802 in FIG. 8 and a relatively small pel 902 in FIG. 2 have commonly located lower left hand corners at coordinates X=9/32, Y=10/21.

In order to determine the coordinates $X_a$, $Y_a$ of the lower left hand corner of a storage location in array 801 which corresponds to a pel in the unit screen at coordinates X, Y, a linear mapping is performed from the unit screen to the array, such that

$$X_a = W \cdot X \text{ and} \qquad (1)$$

$$Y_a = H \cdot Y \qquad (2)$$

where H is the total number of storage locations in each column of the array and W is the total number of storage locations in each row of the array. In FIGS. 8 and 9, W=8 and H=7. Thus, for this example,

$$X_a = 8(9/32) = 2.25 \text{ and}$$

$$Y_a = 7(10/21) = 3.33.$$

A similar mapping is next performed to locate the coordinates $X_{a1}$, $Y_{a1}$ of the diagonally opposite corner of the logical pel with respect to the array. This is done by realizing that the coordinates of this far corner in the unit screen are $x+dx$ and $y+dy$. In the example shown in FIG. 8, $dx=9/32$ and $dy=7/21$. Thus, using Equations (1) and (2):

$$X_{a1} = W(x+dx) = 8(9/32+9/32) = 4.5 \text{ and}$$

$$Y_{a1} = H(y+dy) = 7(10/21+7/21) = 5.66.$$

After the coordinates of the diagonally opposite corners of the logical pel have been mapped to the memory array, the storage locations into which the attribute value for that pel are to be entered can be determined, using several different strategies.

In accordance with one strategy, if any portion of a storage location in the array is "covered" or included in the mapping, the pel attributes are written into that location. This strategy assures that each "logical pel" will always map to at least one (but possibly many) display pels. Other strategies could depend on the percentage of coverage. Using "any portion" strategy in FIG. 8, the attributes for pel 802 are entered in the 9 storage locations in columns 3, 4 and 5 at rows 4, 5 and 6. These are shown shaded in FIG. 8. The attributes for pel 902 of FIG. 9, when similarly processed, are loaded in one memory location in column 3, line 3. If the next pel being processed (as pel 803 in FIG. 8) "covers" any previously written storage locations (such as those in column 5, rows 4, 5 and 6) the information stored at that location is overwritten. If either the width or the height of the logical pel is specified as zero, only a line will be drawn. If both the width and height of the "logical pel" are specified as 0, the "logical pel" reduces to a dimensionless drawing point. This invokes the default condition explained in connection with FIG. 7.

The mapping procedure just described can also be explained by reference to the flowchart of FIG. 10. To repeat, during each mapping operation, it is desired to identify the coordinates of one or more storage locations in video memory 4 that correspond to the logical pel being processed. This is done as a function of the coordinates X, Y of the logical pel, with respect to the unit screen, its size $dx$, $dy$, also with respect to the unit screen, and the total number W and H of storage locations (one for each display pel in device 7) in each row and column of the memory array, respectively.

In the first step (1000) the current values of $x$ and $y$ are saved in registers so that they may be correctly restored at the end of the routine. In the next step 1001, the coordinates $X_1$, $Y_1$ with respect to the unit screen of the corner of the logical pel diagonally opposite to the corner at location X, Y are calculated, using

$$X_1 = X + dx \text{ and} \qquad (3)$$

$$Y_1 = Y + dy. \qquad (4)$$

In the next steps 1002 and 1003, a determination is made as to whether $dx$ or $dy$ are negative. If $dx$ is negative, X and $X_1$ are switched (step 1004) and, if $dy$ is negative, Y and $Y_1$ are switched (step 1005). This is done so that the truncation and boosting in steps 1006 and 1007 are always in the correct sense. Next, in steps 1006 and 1007, the coordinates of both corners are mapped to the storage location array, defining coordinates $X_a$, $Y_a$ and $X_{a1}$ and $Y_{a1}$, respectively. The coordinates $X_a$, $Y_a$ are determined from Equations (1) and (2) above. In these multiplications, any fractions are truncated, so that $X_a$, $Y_a$ maps "down and to the left" as shown by arrow 850 in FIG. 8. When $X_{a1}$ and $Y_{a1}$ are mapped in step 1003, the equations used correspond to Equations (1) and (2), namely:

$$X_{a1} = W \cdot X_1 \qquad (5)$$

$$Y_{a1} = H \cdot Y_1. \qquad (6)$$

FLEMING 003294

Exhibit 8   Page 44

13

However, if any fractions result from these multiplications, the result is boosted to the next higher integer. This has the effect of mapping the diagonally opposite corner "up and to the right" as shown by arrow 860 in FIG. 8. After truncation and boosting in the example of FIG. 8, $X_{el} = 2$; $Y_{el} = 3$; $X_{el} = 5$ and $Y_{el} = 6$.

With the mapping of the diagonal corners thus complete, all that remains in the procedure is to identify the storage locations in the memory array into which the attributes are to be written. First, the value of $X_d$ is saved in a register (step 1008) and the attribute value being processed is then written (step 1009) in the storage location at $X_d$, $Y_d$. In the example of FIG. 8, this would be the location in row 4, column 3, since by convention coordinates (2, 3) specify the lower left corner of this location.

The value of $X_d$ is next incremented (step 1010) by one, and a test performed (step 1011) to see if the current value of $X_d$ is less than the value $X_{el}$. If it is, the write process step 1009 is repeated for the incremented value. This corresponds to the storage location in row 4, column 4 in FIG. 8.

When $X_d$ is not less than $X_{el}$, the value of $X_d$ previously saved in step 1008 is restored (step 1012) and $Y_d$ is then incremented by one in step 1013. A test is then made (step 1014) to insure that the new $Y_d$ is less than $Y_{el}$. If so, the procedure returns to step 1008, and the process repeats for the storage locations in the next row (row 5 in FIG. 8). When $Y_d$ is not less than $Y_{el}$, the original values of x and y are restored (step 1015) and the mapping procedure for the current logical pel has been completed. The entire process of FIG. 10 is then repeated in order to enter the attributes of the corresponding locations in the memory array. As mentioned before, overwriting of some information may occur.

It may be desirable, depending on the relationship between the "logical pel" dimensions and the physical pel dimensions on an individual display device, to perform a pre-execution rescaling of both the "logical pel" dimensions and the active drawing area dimensions to avoid certain types of distortions that will result from a mismatch. The goal of this type of rescaling would be to make the "logical pel" dimensions become either integer multiples or integer fractions of the corresponding physical pel dimensions. (The active drawing area dimensions would have to be scaled equivalently in order to maintain line synchronism in the image.) This type of rescaling is terminal dependent, but is permissible as long as the "logical pel" dimensions and active drawing area dimensions are restored to their prescaled values after the picture has been processed and displayed. In the rescaling, care must be taken to insure that the resultant image lies within the original active drawing area.

The technique for processing pictorial information for display described above is primarily intended for use in conjunction with a videotex or other computer-based information system which can operate in a variety of modes and which can accommodate a variety of information types other than pictures. This information can include text, line drawings, mosaics, special purpose characters and the like. For this reason, the terminal of FIG. 1 will include operating and support programs usually stored in ROM 9, for performing various functions such as mode control (i.e., text, line drawing modes, et cetera) input/output control, and so on. The control bit portions of each word shown in FIG. 4 contain information recognized and used in controlling overall system operation, such as switching between

14

modes, activating input/output sequences, and so on. By virtue of the flexibility built into the terminal of FIG. 1, it is possible for the picture entered in memory 4 to be further processed prior to display. A remapping of the stored pel attributes can change the colors of the display, the texture of the picture, or its relative dimensions, to give just a few examples.

Various modifications and adaptations of the present invention will be readily recognized by those skilled in the art. For this reason, it is intended that the invention be limited only by the appended claims. For example, while a video camera is shown as the input device in FIG. 3, picture information can come from a facsimile terminal, a video tape scanner, or other device capable of representing a picture as a raster scanned sequence of attributes including but not limited to black/white values, gray levels, luminance/chrominance values, et cetera. Similary, it is to be clearly understood that many different display devices can easily be substituted for the CRT of FIG. 1.

What is claimed is:

1. A method for displaying a picture on a display device comprising the steps of:

defining said picture in terms of a unit screen coordinate space comprising a plurality of generally rectangular logical picture elements (pels) having a predefined width dx and a predefined height dy, each of said pels having an associated N-bit code word indicating its visual attributes;

mapping the location of a first one of said logical pels from said unit screen coordinate space to a corresponding location in a display memory which includes an array of discrete storage locations arranged in a plurality of rows and columns;

writing the N-bit code word associated with said first logical pel in storage locations identified in said mapping step;

repeating said mapping and writing steps for each of said logical pels defining said picture; and

sequentially applying the contents of said display memory to a display device,

wherein said defining step includes:

generating a series of samples each representing the attributes of a particular element of said picture, said elements lying along a plurality of generally parallel raster scan lines;

converting each of said samples to an N-bit digital word;

sequentially assembling each of said words in the M-bit active portions of a stream of bytes, where M and N need not be interger multiples;

encoding an indication of the value of N; and

encoding the values of said predefined width dx and said prefined height dy as signed numbers which indicate: (1) the direction in which said picture is scanned, and (2) the values of said width dx and height dy as a fraction of said unit screen coordinate space, such that said picture is entirely displayed as long as dx = 1/P and dy = 1/L, where P is the number of said samples on each of said scan lines and L is the number of lines scanned.

2. The method of claim 1 wherein said defining step further includes specifying horizontal and vertical boundaries of an active area within said unit screen, said active area defining a portion of said display memory within which said picture will be mapped, and said mapping step includes:

Exhibit 8   Page 45

FLEMING 003295

(1) locating said first one of said logical pels at a predetermined starting location in said active area,

(2) locating the next one of said logical pels at a location spaced dx from said starting location,

(3) repeating said last mentioned locating step (2) until one of said vertical boundaries of said active region is met or exceeded,

(4) locating the next one of said logical pels at a position adjoining the other one of said vertical boundaries but spaced dy from the line defined by the last processed pels, and

(5) repeating step (2).

3. The method of claim 2 wherein said mapping step further includes scrolling the pels in said active area when one of said horizontal boundaries is met or exceeded in said last-mentioned locating step (4), wherein scrolling includes shifting all priorly determined locations in the portion of said display memory defined by said active area by an amount $(-dy)$.

4. A method for displaying a picture on a display device comprising the steps of:

defining said picture in terms of a unit screen coordinate space comprising a plurality of generally rectangular logical picture elements (pels) having a predefined width dx and a predefined height dy, each of said pels having an associated N-bit code word indicating its visual attributes;

mapping the location of a first one of said logical pels from said unit screen coordinate space to a corresponding location in a display memory which includes an array of discrete storage locations arranged in a plurality of rows and columns;

writing the N-bit code word associated with said first logical pel in storage locations identified in said mapping step;

repeating said mapping and writing steps for each of said logical pels defining said picture; and

sequentially applying the contents of said display memory to a display device,

wherein said mapping step includes:

(a) determining the coordinates $(X, Y)$ and $(X_1, Y_1)$ of diagonally opposite corners of said pel with respect to said unit screen coordinate space, where $X_1 = X + dx$ and $Y_1 = Y + dy$,

(b) forming for each set of coordinates a corresponding set of coordinates $(X_a, Y_a)$ and $(X_{a1}, Y_{a1})$ in said display memory array, where

$$X_a = W \cdot X \qquad (1)$$

$$Y_a = H \cdot Y \qquad (2)$$

$$X_{a1} = W \cdot X_1 \text{ and} \qquad (3)$$

$$Y_{a1} = H \cdot Y_1 \qquad (4)$$

and where W is the number of storage locations in each of said rows and H is the number of storage location in each of said columns.

5. The method of claim 4 wherein said forming step includes:

(a) truncating the fractional portion of the products formed using Equations (1) and (2); and

(b) boosting to the next highest integer any fractional portion of the products formed using Equations (3) and (4); and

said writing step includes identifying said storage locations using the coordinates formed in said boosting and truncating steps.

6. A method of displaying an encoded representation of a picture on a display device independent of the device's resolution characteristics, said picture including a plurality of elements lying along a series of generally parallel scan lines, comprising the steps of:

(1) forming said representation by encoding

(a) the attributes of a plurality of said elements of said picture,

(b) the boundaries of the active area of a unit screen coordinate space which defines a portion of a display memory into which said elements of said picture are to be mapped, and

(c) the location of the first of said elements of said picture in said active area;

(2) locating the coordinates of each of said elements of said picture with respect to said unit screen coordinate space;

(3) mapping the coordinates of each element of said picture formed in the last mentioned step to a rectilinear array representing storage locations in said display memory;

(4) writing said attributes of each said element of said picture into at least one of the storage locations mapped in said last mentioned step; and

(5) sequentially reading said attributes stored in said memory to form a signal for application to said display,

wherein said locating step includes:

(A) locating the next of said picture elements adjacent to said first picture element at a specified displacement dx along the same scan line;

(B) repeating the last mentioned locating step for successive picture elements until one of said boundaries of said active region is met or exceeded,

(C) locating the next of said picture elements at the opposite one of said boundaries on a scan line displaced from said same scan line by a specified displacement dy, and

(D) repeating steps (B) and (C) above until a different one of said boundaries is met or exceeded.

7. The method defined in claim 6 wherein said forming step includes encoding the sign and magnitude of said displacements dx and dy.

8. The method defined in claim 6 wherein said locating step further includes:

(E) shifting the locations of all previously processed picture elements in the portion of said display memory defined by said active area by an amount $(-dy)$ when said different one of said boundaries is met or exceeded.

9. A method of displaying an encoded representation of a picture on a display device independent of the device's resolution characteristics, said picture including a plurality of elements lying along a series of generally parallel scan lines, comprising the steps of:

(1) forming said representation by encoding

(a) the attributes of a plurality of said elements of said picture,

(b) the boundaries of the active area of a unit screen coordinate space which defines a portion of a display memory into which said elements of said picture are to be mapped, and

(c) the location of the first of said elements of said picture in said active area;

Exhibit 8   Page 46

FLEMING 003296

4,454,593

**17**

(2) locating the coordinates of each of said elements of said picture with respect to said unit screen coordinate space;

(3) mapping the coordinates of each element of said picture formed in the last mentioned step to a rectilinear array representing storage locations in said display memory;

(4) writing said attributes of each element of said picture into at least one of the storage locations mapped in said last mentioned step; and

(5) sequentially reading said attributes stored in said memory to form a signal for application to said display,

wherein said mapping step includes:

(A) calculating the coordinates (X, Y) of one corner of each pel using the coordinates $(X_1, Y_1)$ of the diagonally opposite corner, where

$$X_1 = X + dx \text{ and}$$

$$Y_1 = Y + dy,$$

and where dx and dy are the width and height, respectively, of each of said picture elements expressed as a fraction of said unit screen coordinate space,

(B) multiplying each of said X, $X_1$ coordinates by the number W of storage locations in each row of said array, and

(C) multiplying each of said Y, $Y_1$ coordinates by the number H of storage locations in each column of said array.

10. The method of claim 9 wherein said mapping step further includes:

(D) truncating any fractional portion of the products X·W and Y·H to obtain first coordinates $(X_o, Y_o)$ in said array;

(E) boosting to the next higher integer any fractional portion of the products $X_1 \cdot W$ and $Y_1 \cdot H$ to obtain second coordinates $(X_{o1}, Y_{o1})$ in said array; and

(F) selecting as said corresponding location all locations in said array within the rectangle having diagonal corners defined by said first and second coordinates $(X_o, Y_o)$ and $(X_{o1}, Y_{o1})$.

11. A system for displaying a picture on a display device comprising:

means for defining said picture in terms of a unit screen coordinate space comprising a plurality of generally rectangular logical picture elements (pels) having a predefined width dx and a predefined height dy, each of said pels having an associated N-bit code word indicating its visual attributes;

means for mapping the location of each of said logical pels from said unit screen coordinate space to a corresponding location in a display memory which includes an array of discrete storage locations arranged in a plurality of rows and columns;

means for writing the N-bit code word associated with each of said logical pels in storage locations identified by said mapping means; and

means for sequentially applying the contents of said display memory to a display device,

wherein said defining means includes:

means for generating a series of samples each representing the attributes of a particular element of said picture, said elements lying along a plurality of generally parallel raster scan lines;

means for converting each of said samples to an N-bit digital word; and

**18**

means for sequentially assembling each of said words in the M-bit active portions of a stream of bytes, where M and N need not be integer multiples.

12. The system of claim 11 wherein said defining means further includes:

means for encoding an indication of the value of N; and

means for encoding the values of said predefined width dx and said predefined height dy as sign numbers which indicate: (1) the direction in which said picture is scanned, and (2) the values of said width dx and height dy as a fraction of a unit screen, such that said picture is entirely displayed as long as $dx = 1/P$ and $dy = 1/L$, where P is the number of said samples on each of said scan lines and L is the number of lines scanned.

13. Apparatus for encoding a picture for display on a display device, comprising:

means for defining the attributes of each of a plurality of elements of said picture by an associated N-bit code word, said elements lying along a series of generally parallel scan lines which traverse said picture;

means for sequentially assembling said N-bit code words in predefined portions of M-bit bytes, where M and N need not be integer multiples of each other; and

means for encoding said bytes together with an indication of (1) the value of N, (2) the size of said elements, (3) the order in which ones of said elements on each of said scan lines are arranged, and (4) the direction in which said scan lines traverse said picture.

14. A system for displaying an encoded representation of a picture on a display device independent of the device's resolution characteristics, comprising:

(1) means for forming said representation by encoding

(a) the attributes of a plurality of elements of said picture, said elements lying along a series of generally parallel scan lines,

(b) the boundaries of the active area of a unit screen coordinate space which defines a portion of a display memory into which said pels are to be mapped, and

(c) the location of the first of said picture elements in said active area;

(2) means for locating the coordinates of each of said pels with respect to said unit screen coordinate space;

(3) means for mapping the coordinates of each pel formed by the last mentioned means to a rectilinear array representing storage locations in said display memory;

(4) means for writing said attributes of each pel into at least one of the storage locations mapped in said last mentioned means; and

(5) means for sequentially reading said attributes stored in said memory to form a signal for application to said display,

wherein said location means is arranged to:

(A) locate the next of said picture elements adjacent to said first picture element at a specified displacement dx along the same scan line;

(B) repeat the last mentioned locating step for successive picture elements until one of said boundaries of said active region is met or exceeded;

(C) locate the next of said picture elements at the opposite one of said boundaries on a scan line displaced from said same scan line by a specified displacement dy, and

(D) repeat steps (B) and (C) above until a different one of said boundaries is met or exceeded.

* * * * *

Exhibit 8   Page 47

FLEMING 003297