# COMPUTERWORLD

## THE NEWSWEEKLY FOR THE COMPUTER COMMUNITY

Weekly Newspaper    Second-class postage paid at Framingham, Mass. and additional mailing offices ©1983 by CW Communications Inc.

$44/year    March 28, 1983    Vol. XVII, No. 13

## AT&T: Monster Or Martyr?

By Bruce Heard
CW Staff

MIAMI BEACH, Fla. — Depending on whom you believed, AT&T is either an avaricious monster bent on exploiting ratepayers or just an emergent communications competitor fighting off the shackles of overzealous regulation.

*Interface '83 coverage continues on Pages 10-13.*

These two opinions bracketed a wide range of comments, delivered by a panel of six experts during a session on communications deregulation at the Interface '83 conference and exposition here last week.

- Albert H. Kramer, an attorney with the law firm of Cohn and Marks in Washington, D.C., hammered away at AT&T, accusing the world's largest corporation of multiple and dubious offenses. For instance, Kramer claimed
*(Continued on Page 8)*

## Standards Program Jeopardized
# Reagan Reconsidering NBS Cuts

By Jake Kirchner
CW Washington Bureau

WASHINGTON, D.C. — The Reagan administration said last week it is reconsidering its plan to eliminate most of the National Bureau of Standards' DP standards program.

Under the budget submitted to Congress by the Reagan administration, funds for the NBS Institute for Computer Sciences and Technology would be cut by 70%, leaving it only $3 million for fiscal 1984. The institute would stop its standards development activities and concentrate on adopting appropriate standards for federal use from national and international standards-setting organizations [CW, Feb. 28].

The budget cuts have been strongly criticized by members of Congress, the scientific community and some representatives of the DP industry. At a hearing last week on the proposed ICST budget, NBS director Dr. Ernest Ambler told a House of Representatives science and technology subcommittee that the Commerce Department, the NBS' parent agency, is reviewing "all [Commerce] programs relevant to telecommunications and information systems with the intention of improving cooperative efforts and information exchange and policy planning."

As part of this review, he said, "additional resources for ICST are being discussed within the administration."

At a second hearing on the ICST budget last week, Douglas T. Ross, chairman of the National Academy of Sciences' ICST Evaluation Panel, said that rather than reduce the institute's funds, the government should appropriate at least $15 million for its 1984 activities.

Ross, founder and chairman of Softech, Inc. in Waltham, Mass., said of the White House belief that the
*(Continued on Page 5)*

# AT&T Agrees to License Videotex Technology Free

By Phil Hirsch
CW Washington Bureau

MIAMI — AT&T will license its videotex display technology on a royalty-free basis, it was learned here last week.

The news that the company would license its videotex technology at all — permitting, work on a proposed North American videotex standard to go forward — came earlier this month from the American National Standards Institute's legal counsel [CW, March 21].

The future of the proposed standard, known officially as the North American Presentation Level Protocol Syntax, had been in doubt because its underlying technology is the subject of pending AT&T patent applications. Ansi rules allow patented technology to be standardized, but only if the patent owner agrees to license the patent on reasonable terms.

Word that AT&T would not charge for licensing its videotex technology was received at a meeting here last week of X3L2, the Ansi
*(Continued on Page 5)*

# DP Managers Encouraging Personal Computing . . .

By Marguerite Zientara
CW Staff

Personal computers, networked to a common database, are the future of DP, Tim Sagsetter, DP coordinator for Wausau Metals Corp. in Wausau, Wis., believes. "As soon as full-functioned communications become available ... we will jump in with both feet."

"The [personal computer] is the key to decentralizing the DP work load," Sagsetter said. "All that is needed for successful implementation is a well-coordinated plan of purchase and support."

That about sums up the prevailing attitude toward personal computers in the work place, judging from a recent mail survey of 500 *Computerworld* subscribers who are DP managers in U.S. firms of all sizes. Two hundred twenty subscribers responded, for a 44% response rate.

To be sure, many DP managers are not as forward-looking as Tim Sagsetter, but a majority of respondents (137, or 62.3%) said they encourage the use of personal computers by end users, whether they are having problems using them and whether they are having problems. Only 26 managers said they discourage the use of personal computers, and 30 were indifferent.

Almost twice as many of stand-alone, remotely linked to a mainframe or a combination of the two.

Respondents usually indicated there are only a handful of personal computers in each company, but 11 firms have over 100 personal computers and three very large companies (24,000 to 90,000 employees) are using several thousand personal computers.

The majority (95, or 65.5% of the 145 personal computer users) have stand-alone personal computers only, and 43
*(Continued on Page 14)*



**SPECIAL REPORT**

*Inside: Micros in Big Business: Opening the DP Window*

# . . . But E.F. Hutton Rejects Micros for Terminal Net

By Jeffry Beeler
CW West Coast Bureau

SAN FRANCISCO — One of the leading brokerage houses in the U.S. has rejected conventional microcomputers as the chief vehicle for delivering personal computing power to its users.

Although personal computing figures prominently in E.F. Hutton, Inc.'s long-range systems strategy, the company opposes the large-scale installation of personal computers themselves. Hutton's executives instead envision a network of dumb terminals and time-shared superminis as the cornerstone of its future personal computing environment. Epstein said an estimated 180 attendees at a Fortune 1,000 Personal Computer Market Forum sponsored by Richardson, Texas-based Future Computing, Inc.

Rather than replacing its existing network of 5,000 dumb terminals with large numbers of personal computers, Hutton plans soon to conduct a ...

GW-LT 446803

**Exhibit 9    Page 1**

## Under Study

(Continued from Page 1) governmental rely on the private sector for standards development. "It simply is not true; it can't be done."

The Reagan proposal to cut the ICST budget, he said, "demonstrates a fundamental lack of understanding of what the critical function of ICST is all about."

ICST's "real function," according to Ross, "is rapidly evolving to be more of a center of expertise, a center for information, a technical resource for analysis [and] research and to act as an ombudsperson, for weak or diffused segments of vendors and users of everything related to computers and their use. No other government or private-sector organization, duplicates or can take over this unique role."

Supporting Ross' argument, Florida State Sen. George Stuart Jr., who chairs a committee on the Florida legislature's use of DP, told the House subcommittee the ICST has been invaluable to his state's DP and telecommunications planning. "No single state could afford the luxury of a standards-setting agency," Stuart said. "If the institute were not in existence ... who would we turn to for these standards?"

## License Free For Videotex

(Continued from Page 1) technical committee developing the standard. During that meeting, Ed Baldwin, the phone company's director of technology licensing, read a legal draft of the licensing terms.

According to Tom Hastings, committee chairman, the draft reads as follows: "Upon request, AT&T will grant immediate royalty-free license under its patents to make, have made and use equipment solely to the extent necessary to implement the standard, but on condition that the requester grants to AT&T, for itself and its subsidiaries, royalty-free licenses of the same scope under the requester's patents."

This offer will be submitted to Ansi "within the next few days," Hastings said. He expects AT&T's terms to satisfy Ansi's requirement for reasonable licensing terms.

Hastings said a draft of the proposed standard should be completed by the end of May, as planned. It will have to be considered by several other groups, but final adoption of NAPLPS as a U.S. videotex display standard is likely by next summer.



# Is Every Month-End A Challenge At The OK Corral?

When you're up against an outdated, financial software dinosaur, month-end is a no-win situation.

Trial balances involve too much trial and too little balance. Closings lag three or four weeks behind month-end. Even worse, managers are forced back in time, basing decisions on month-old data.

**MONTH-END NEED NOT BE A CRISIS AT HIGH NOON**

Walker's integrated, interactive Financial Systems (IIFS) give you all the ammunition you need to maintain ongoing control over your business, eliminating month-end showdowns.

IIFS lets you replace "seat of the pants" management, which used fossilized financial records or guesswork, with sophisticated management, using real time information. The IIFS Closing Management Facility accelerates closings from weeks, to days, following period-end. All in a system, designed for your mainframe, but as adaptable and responsive as a personal computer.

IIFS . . . YOUR SURE-FIRE SOLUTION FOR MANAGEABLE MONTH-ENDS

Free Financial Seminars. For More Information, Call Barbara Bond at (415) 495-8811.

# WALKER

WALKER INTERACTIVE PRODUCTS, 100 MISSION STREET, SAN FRANCISCO, CALIFORNIA 94105    (415) 495-8811

## FINANCIAL SOFTWARE SEMINARS    CW7

### REGISTRATION

| EAST | CENTRAL | WEST |
|---|---|---|
| PHILADELPHIA March 14 | DALLAS March 24 | SAN FRANCISCO March 31 |
| WASHINGTON, D.C. April 12 | DETROIT March 30 | DENVER April 21 |
| NEW YORK April 20 | CHICAGO April 14 | LOS ANGELES May 12 |
| TORONTO April 27 | CLEVELAND April 27 | SEATTLE May 19 |
| ATLANTA May 18 | ST. LOUIS April 28 | |
| BOSTON May 25 | MINNEAPOLIS May 18 | |

Name _____
Title _____
Company _____
Address _____
City _____
State _____ Zip _____
Phone _____
Computer _____ Op Sys _____
VP Version _____

☐ I cannot attend your seminar but would like more information on:
☐ Accounts Payable    ☐ Materials Management
☐ Accounts Receivable and Credit    ☐ Purchase Order
☐ General Ledger

WALKER INTERACTIVE PRODUCTS
100 Mission Street, San Francisco, CA 94105    (415) 495-8811

**Exhibit 9    Page 2**

GW-LT 446804