# Dechert
LLP

300 W. 6th Street
Suite 1850
Austin, TX 78701
+1 512 394 3000  Main
+1 512 394 3001  Fax
www.dechert.com

STEVEN R. DANIELS

steven.daniels@dechert.com
+1 512 394 3015  Direct

January 19, 2007

Mr. Jon T. Hohenthaner
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Dear Mr. Hohenthauer:

In Mr. Tognazzini's expert report related to Lucent's allegations of infringement of the Torok and Day patents, Mr. Tognazzini cites to urls which he claims to be the addresses of Gateway web pages. (See footnotes 48-50). However, the exhibits to Mr. Tognazzini's report do not include copies of many of these pages. For example, the alleged Gateway web pages cited in footnote 49 and 50 are not attached to Mr. Tognazzini's report and do not appear anywhere else in Lucent's production. Similarly, the alleged announcement of Gateway's "Pocket PC" cited in footnote 48 is not attached or otherwise produced.

Please provide us with copies no later than Tuesday, January 23, 2007, of any and all Gateway web pages cited in Mr. Tognazzini's expert report, including all available information related to when these pages were purportedly posted on Gateway's website and, if posted, when they were last updated.

Thank you for your prompt attention to this matter.

Sincerely,

Steven R. Daniels

SRD/ig

643171.1.ADMINISTRATION 1/19/2007 2:08 PM

U.S. Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC   EUROPE  Brussels  Frankfurt  London  Luxembourg  Munich  Paris

Exhibit 10   Page 1