# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Eric David Hayes
To Call Writer Directly:
312 861-2480
ehayes@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

Dir. Fax: 312 861-2200

January 23, 2007

**BY FACSIMILE**

Steven R. Daniels, Esq.
Dechert LLP
300 W. 6th Street
Suite 1850
Austin, TX 78701

Dear Mr. Daniels:

    I write in response to your January 19, 2007 letter to Mr. Hohenthaner. Your letter requests that Lucent provide Gateway with copies of Gateway web pages cited in Mr. Tognazzini's expert report. Your letter also asks that Lucent provide Gateway with information regarding Gateway's web pages, for example, when the pages were posted and when last updated.

    The Gateway web pages that you ask Lucent to provide were repeatedly sought by Lucent during discovery in this case. *See, e.g.*, Document Request Nos. 185-190. Gateway did not produce copies of these web pages or any information pertaining thereto. Gateway is asking Lucent to provide information Gateway is currently and always been in a superior position to provide. Further, the web pages and information Gateway seeks is evidence in an on-going litigation that Gateway has a duty to preserve, and thus Lucent assumes it is not Gateway's position that Lucent should have maintained them.

    If you have any questions, please do not hesitate to contact me.

Sincerely,

Eric D. Hayes

EDH/jnw

Hong Kong     London     Los Angeles     Munich     New York     San Francisco     Washington, D.C.

Exhibit 11   Page 1

# KIRKLAND & ELLIS LLP

*Fax Transmittal*

200 East Randolph Drive
Chicago, Illinois 60601
Phone: 312 861-2000
Fax: 312 861-2200

---

Please notify us immediately if any pages are not received.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AT:
312 861-2356.

| To: | Company: | Fax #: | Direct #: |
|---|---|---|---|
| Steven R. Daniels, Esq. | Dechert LLP | 512/394-3001 | |
| From: | Date: | Pages w/cover: | Fax #: | Direct #: |
| Eric D. Hayes | January 23, 2007 | 2 | 312 861-2200 | 312 861-2480 |

Message:

Exhibit 11   Page 2