

300 W. 6th Street
Suite 1850
Austin, TX 78701
+1 512 394 3000 Main
+1 512 394 3001 Fax
www.dechert.com

STEVEN R. DANIELS

steven.daniels@dechert.com
+1 512 394 3015 Direct

January 24, 2007

**VIA FACSIMILE & REGULAR MAIL**
Mr. Eric Hayes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Re: Civil Action No. 02-cv-2060; *Lucent Technologies, Inc. v. Gateway, Inc., et. al.*; in the United States District Court for the Southern District of California (San Diego)

Dear Mr. Hayes:

I am in receipt of your letter today regarding the Gateway web pages cited and purportedly relied upon by Lucent's expert, Bruce Tognazzini, which I requested in my letter of January 19.

Your position on producing these web pages is curious. Mr. Tognazzini cites them in his expert report, so, presumably, he actually had them at the time the report was written (the alternative is troubling). The parties agreed that any documents cited in the expert reports that had not previously been produced would be attached to the reports. Nonetheless, Mr. Tognazzini cited Gateway web pages, but no corresponding pages were attached to his report. Now, your response is that Lucent has never had these web pages. If that is the case, what did Mr. Tognazzini review?

With respect to your claim that Gateway is in a "superior position" to provide the web pages, I can only note that the contents of Gateway's web site are in the public domain and thus Lucent thus has precisely the same access to them that Gateway has. Nonetheless, Mr. Tognazzini claims to have reviewed the web pages, so this point seems moot. If Lucent and Mr. Tognazzini do not, in fact, possess these web pages, please simply confirm that fact so that we may act accordingly.

I look forward to your response.

Sincerely yours,

Steven R. Daniels

U.S. Austin Boston Charlotte Harrisburg Hartford New York Newport Beach Palo Alto Philadelphia Princeton San Francisco Washington DC    EUROPE Brussels Frankfurt London Luxembourg Munich Paris

Exhibit 12   Page 1