# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Eric D. Hayes
To Call Writer Directly:
312 861-2480
ehayes@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

Dir. Fax: 312 861-2200

January 25, 2007

**BY FACSIMILE**

Steven R. Daniels, Esq.
Dechert LLP
300 W. 6th Street
Suite 1850
Austin, TX 78701

Dear Mr. Daniels:

I write in response to your January 24, 2007 letter.

My January 23, 2007 letter did not state or suggest that Lucent or Mr. Tognazzini never had the Gateway web pages cited in his report. My letter intended to inform you that Lucent was not compelled by Gateway's request to produce information—Gateway's own web pages—that Gateway already had in its possession. Or, as you state in yesterday's letter, information accessible to Gateway in the public domain.

Sincerely,

Eric D. Hayes

EDH/jnw

Hong Kong    London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.

Exhibit 13   Page 1

# KIRKLAND & ELLIS LLP

*Fax Transmittal*

200 East Randolph Drive
Chicago, Illinois 60601
Phone: 312 861-2000
Fax: 312 861-2200

---

Please notify us immediately if any pages are not received.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY US IMMEDIATELY AT:
312 861-2356.

| To: | Company: | Fax #: | Direct #: |
|---|---|---|---|
| Steven Daniels | Dechart LLP | 512-394-3001 | 512-394-3000 |
| From: | Date: | Pages w/cover: | Fax #: | Direct #: |
| Eric David Hayes | January 25, 2007 | 2 | 312 861-2200 | 312 861-2480 |

Message:

Exhibit 13   Page 2