1 | Bryan W. Farney *(pro hac vice)*
Steven R. Daniels (SBN 235398)
2 | Jeffrey B. Plies *(pro hac vice)*
DECHERT LLP
3 | 300 W. Sixth Street, Suite 1850
Austin, Texas 78701
4 | Telephone: (512) 394-3000
Facsimile: (512) 394-3001

David J. Zubkoff (SBN 149488)
SELTZER CAPLAN MCMAHON VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys for Defendants and Counterclaimants,
GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING
LLC, AND COWABUNGA ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST | Case No. 07-CV-2000 H (MLH) *consisting of matters severed from the consolidated cases:* |
| Plaintiff and Counter-Defendant, | Case No. 02-CV-2060 B (CAB) |
| | Case No. 03-CV-699 B (CAB) |
| v. | Case No. 03-CV-1108 B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | **PROOF OF SERVICE** |
| Defendants and Counter-Claimants, | Date: February 11, 2008 |
| and | Time: 10:30 a.m. |
| | Courtroom: 13 |
| MICROSOFT CORPORATION | Judge: Honorable Marilyn L. Huff |
| Intervenor and Counter-Claimant. | |
| AND CONSOLIDATED CASES | |

I am a resident of the State of Texas, over the age of eighteen years, not a party to the within action, and am employed in Austin, Travis County, Texas. On January 14, 2008, I served a copy of the following documents:

1     <u>Filed electronically</u>

2         **GATEWAY'S NOTICE OF MOTION AND MOTIONS IN LIMINE**

3         **GATEWAY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION IN LIMINE.**

4

5         **DECLARATION OF JEFFREY B. PLIES IN SUPPORT OF GATEWAY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTIONS IN LIMINE.**

6

        **[WITH EXHIBITS 1-16]**

7

8         **GATEWAY'S REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02.**

9         **PROOF OF SERVICE**

10     <u>E-mailed to Judge Brewster's Clerk</u>

11         **PROPOSED ORDER REGARDING GATEWAY'S MOTIONS IN LIMINE**

12         **PROPOSED ORDER GRANTING GATEWAY'S MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-02.**

13

14     <u>Hand delivered to United States District Court Clerk</u>

15         **NOTICE OF LODGMENT OF EXHIBITS SUBMITTED UNDER SEAL RE: GATEWAY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTIONS IN LIMINE.**

16

        **[WITH EXHIBITS A-G]**

17

18     I am readily familiar with the business practice at Dechert LLP regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express, Express Mail, or other overnight

19 services. Said document was served as follows:

20

21 **BY FEDERAL EXPRESS:** Said documents were served by Federal Express to the addresses stated below on January 14, 2008:

    <u>Counsel for Lucent</u>:

22

23 David Hahn
Hahn & Adema
501 West Broadway, Suite 1730

24 San Diego, CA 92101
Telephone: (619) 235-2100

25

    <u>Counsel for Microsoft</u>

26

Christopher S. Marchese

27 Fish & Richardson P.C.
12390 El Camino Real

28 San Diego, CA 92130

1  Telephone: (858) 678-5070

2  Counsel for Dell

3  James S. Blackburn
   Arnold & Porter
4  777 South Figueroa Street
   Los Angeles, California 90017-5844
5  Telephone: (213) 243-4199

6
   **ELECTRONIC MAIL:**   Courtesy copies of said documents were transmitted on the same
7                         day as filing by electronic mail as stated below.

8  Counsel for Lucent

9    rappleby@kirkland.com
     jhohenthaner@kirkland.com
10   akellman@kirkland.com
     dhahn@hahnadema.com
11
   Counsel for Microsoft
12
     marchese@fr.com
13   denning@fr.com
     barnes@fr.com
14   brooks@fr.com
     srodriguez@fr.com
15
   Counsel for Dell
16
     jfreed@mwe.com
17   Ali.Sharifahmadian@aporter.com
     james_blackburn@aporter.com
18

19     I declare that I am a member of the bar of this Court at whose direction the service was
   made. I declare under penalty of perjury under the laws of the United States of America that the
20 above is true and correct.

21 Executed in Austin, Texas

22
                                                  ____/s/ Jeffrey B. Plies_____
23                                                    Jeffrey B. Plies, Esq.

24 13068125.1.LITIGATION

25

26

27

28