

1   David A. Hahn, SBN 125784
    HAHN & ADEMA
2   501 West Broadway, Suite 1600
    San Diego, California 92101-3595
3   Telephone (619) 235-2100
    Facsimile  (619) 235-2101

4   Attorneys for *Lucent Technologies Inc.*
    *and Multimedia Patent Trust*
5

6               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA

7   LUCENT TECHNOLOGIES INC. and              Case No. 07-CV-2000 H (CAB)
8   MULTIMEDIA PATENT TRUST,                  consisting of matters severed from
                                              consolidated cases:
9        Plaintiffs and Counterclaim-Defendants,    02-CV-2060 B (CAB)
                                                   03-CV-0699 B (CAB)
10                                                 03-CV-1108 B (CAB)
         v.
11                                            **EXHIBIT A TO LUCENT'S**
    GATEWAY, INC. and GATEWAY COUNTRY         **MEMORANDUM OF**
12  STORES LLC, GATEWAY COMPANIES, INC.,      **CONTENTION OF FACT AND**
    GATEWAY MANUFACTURING LLC and             **LAW**
13  COWABUNGA ENTERPRISES, INC.,
                                              Date:          February 20, 2008
14       Defendants and Counter-claimants,    Time:          9:00 A.M.
                                              Courtroom:     13, 5th Floor
15  and
                                              Honorable Marilyn L. Huff
16  MICROSOFT CORPORATION,

17       Intervenor and Counter-claimant,
18  MICROSOFT CORPORATION,

19       Plaintiff and Counter-Defendant,

20       v.
21
    LUCENT TECHNOLOGIES INC.,
22
         Defendant and Counter-claimant.,
23  LUCENT TECHNOLOGIES INC. and
24  MULTIMEDIA PATENT TRUST,

25       Plaintiffs,
         v.
26
    DELL INC.,
27
         Defendant.
28

Case No. 07-CV-2000 H (CAB), consisting of matters severed
from consolidated cases:  02-CV-2060 B (CAB),
03-CV-0699 B (CAB), 03-CV-1108 B (CAB)

I.      **U.S. Patent No. 5,347,295 ("Agulnick")**

   A.      **Microsoft's Infringement of the '295 Patent**

   The following products infringe one or more of claims 1, 3, 4, 6, 12, 39–41, 43 and 46 of

U.S. Patent No. 5,347,295:

   - Each version of Microsoft Windows XP Tablet PC Edition operating system software that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Microsoft, infringes claims 1, 3, 4, 6, 12, 39–41, 43 and 46.

   Lucent contends that Microsoft induces infringement of the asserted claims of the '295

patent by supplying Windows XP Tablet PC Edition operating system software, for use with

stylus-based computing devices such as Tablet PCs, to customers and providing manuals,

tutorials, help files, documentation, and other product support to customers that provide

information on how to use these products, including the accused capabilities.  This software, as

sold, when run as intended on a Tablet PC computer, leads to the practice of all of the elements

of the asserted claims of the '295 patent.  Microsoft encouraged its customers to run this software

on Tablet PCs as intended.  Microsoft knew, or should have known, that its actions would induce

actual infringements, and acted with affirmative intent to cause direct infringement.  By way of

example, and without limitation to evidence establishing infringement, the following claim

charts summarize how each such apparatus or method satisfies each element or limitation of

claims 1, 3, 4, 6, 12, 39–41, 43 and 46.

   B.      **Gateway's Infringement of the '295 Patent**

   The following products infringe one or more of claims 1, 3, 4, 6, 12, 39–41, 43 and 46 of

U.S. Patent No. 5,347,295:

   - Stylus-based computing devices (including without limitation tablet PCs) incorporating Microsoft Windows XP Tablet PC Edition operating system software, that were made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Gateway, infringe claims 1, 3, 4, 6, 12, 39–41, 43 and 46.

Lucent contends that Gateway directly infringes the asserted claims of the '295 patent by making, using, selling, offering for sale in the United States, distributing, and/or importing into the United States, stylus-based computing devices such as Tablet PC computer systems running Windows XP Tablet PC Edition operating system software.  In addition, Lucent contends that Gateway induces infringement of the asserted claims of the '295 patent by supplying Tablet PC computers running Windows XP Tablet PC Edition operating system software to customers and providing manuals, tutorials, help files, documentation, and other product support to customers that provide information on how to use these products, including the accused capabilities.  The Tablet PC computers running Windows XP Tablet PC Edition operating system software, as sold, running as intended in normal use, lead to the practice of all of the elements of the asserted claims of the '295 patent.  Gateway encouraged its customers to use the Tablet PC computers running this software as intended.  Gateway knew, or should have known, that their actions would induce actual infringements, and acted with affirmative intent to cause direct infringement.  By way of example, and without limitation to evidence establishing infringement, the following claim charts summarize how each such apparatus or method satisfies each element or limitation of claims 1, 3, 4, 6, 12, 39–41, 43 and 46.

### C.      Dell's Infringement of the '295 Patent

The following products infringe one or more of claims 1, 3, 4, 6, 12, 39–41, 43 and 46 of U.S. Patent No. 5,347,295, literally or under the doctrine of equivalents:

- Stylus-based computing devices (including without limitation tablet PCs) incorporating Microsoft Windows XP Tablet PC Edition operating system software, that were made, used, sold, or offered for sale in the United States, by or for Dell, or imported into the United States, infringe claims 1, 3, 4, 6, 12, 39–41, 43 and 46.

Lucent contends that Dell directly infringes the asserted claims of the '295 patent by making, using, selling, offering for sale in the United States, distributing, and/or importing into

2

the United States, stylus-based computing devices such as Tablet PC computer systems running

Windows XP Tablet PC Edition operating system software.  In addition, Lucent contends that

Dell induces infringement of the asserted claims of the '295 patent by supplying Tablet PC

computers running Windows XP Tablet PC Edition operating system software to customers and

providing manuals, tutorials, help files, documentation, and other product support to customers

that provide information on how to use these products, including the accused capabilities.  The

Tablet PC computers running Windows XP Tablet PC Edition operating system software, as

sold, running as intended in normal use, lead to the practice of all of the elements of the asserted

claims of the '295 patent.  Dell encouraged its customers to use the Tablet PC computers running

this software as intended.  Dell knew, or should have known, that their actions would induce

actual infringements, and acted with affirmative intent to cause direct infringement.  By way of

example, and without limitation to evidence establishing infringement, the following claim

charts summarize how each such apparatus or method satisfies each element or limitation of

claims 1, 3, 4, 6, 12, 39–41, 43 and 46.

       **1.**       **Stylus-Based Computing Devices Incorporating Microsoft Windows XP Tablet PC Edition**

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| 1.  An apparatus for controlling a computer system, the computer system comprising a screen for displaying information and a stylus having a tip for inputting information into the computer, including: | Windows XP Tablet PC Edition software, herein "Tablet PC software," is designed for use with computers such as tablet PCs ("accused products") that include circuitry for controlling the computer system.  Each accused product has a screen such as an LCD that displays information, and also includes a stylus with a tip.  The stylus is a pen-like object whose position and contact with a surface can be continuously detected electronically.  The stylus is used for inputting information into the tablet PC.  *See, e.g.,* LUC 1302236-39, 45. |

3

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| first detecting means coupled to said computer for detecting a stroke of the stylus tip in contact with the screen; | Each accused product includes a pen position digitizer (or equivalent) coupled to the computer that functions to detect a stroke (*e.g.,* a single drawing movement, such as a tap) of the stylus tip in contact with the screen.  For example, tablet PCs include a touch sensitive screen on which a user makes a stroke.  A digitizer — *e.g.,* employing a resistive, transparent layer — detects the drawing movements of the stroke made by the stylus tip on the touch sensitive screen. *See, e.g.,* P. Slavik Dep. Tr. 20-22 (stating that the input to gesture recognizer is essentially a set of strokes); LUC 1302256.  "Tablet PCs have . . . been designed to operate with an electromagnetic digitizer."  LUC 1302238, 1302246, 1302253.  "Windows XP Tablet PC Edition operating system captures pen motion coordinates on the screen, renders and stores the pen motion as "ink," and then passes these groups of pen strokes to a 'recognizer,' which in turn interprets them as writing.  Tablet PC also includes support for gestures.  By making a gesture on the screen with the pen, the user can execute many different commands.  Gestures can be used for a variety of common actions or commands and can be invoked by making an ink mark with the pen in one or more locations on the Tablet PC screen."  LUC 1302246. |
| second detecting means coupled to said computer for detecting a departure of the stylus tip from the screen; | Each accused product includes a pen position digitizer (or equivalent) coupled to the computer that functions to detect a departure of the stylus tip from the screen.  For example, tablet PCs include a touch sensitive screen on which a user makes a stroke.  A digitizer detects the drawing movements of the stroke made by the stylus tip on the touch sensitive screen.  "Tablet PCs have . . . been designed to operate with an electromagnetic digitizer."  LUC 1302245-46.  The digitizer also detects the absence of the stylus tip, thereby indicating departure of the stylus tip from the touch sensitive screen.  "Windows XP Tablet PC Edition operating system captures pen motion |

4

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | coordinates on the screen, renders and stores the pen motion as 'ink,' and then passes these groups of pen strokes to a 'recognizer,' which in turn interprets them as writing.  Tablet PC also includes support for gestures.  By making a gesture on the screen with the pen, the user can execute many different commands.  Gestures can be used for a variety of common actions or commands and can be invoked by making an ink mark with the pen in one or more locations on the Tablet PC screen."  LUC 1302246. |
| means coupled to said computer for defining termination of a gesture comprising at least one stroke in response to said departure of the stylus tip; | Each accused product includes a pen position digitizer and a pen position digitizer co-processor (or equivalent) coupled to the computer, with software for defining termination of a gesture (*e.g.,* a symbol or mark) consisting of one or more strokes when the stylus tip is removed from the screen.  For example, tablet PCs include a touch sensitive screen on which a user makes a stroke.  A digitizer detects the drawing movements of the stroke made by the stylus tip on the touch sensitive screen.  "Tablet PCs have . . . been designed to operate with an electromagnetic digitizer."  LUC 1302245-46.  The digitizer also detects the absence of the stylus tip, thereby indicating departure of the stylus tip from the touch sensitive screen.  In combination with the digitizer, a processor executing gesture recognizer software detects a departure of the stylus tip from the touch sensitive screen and defines termination of the gesture.  *See, e.g.,* P. Slavik Dep. Tr. 21-22 (stating that, for example, a stroke is created when a user takes a stylus, draws a line on the screen and lets up).  "Windows XP Tablet PC Edition operating system captures pen motion coordinates on the screen, renders and stores the pen motion as 'ink,' and then passes these groups of pen strokes to a 'recognizer,' which in turn interprets them as writing.  Tablet PC also includes support for gestures.  By making a gesture on the screen with the pen, the user can execute many different commands. |

5

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | Gestures can be used for a variety of common actions or commands and can be invoked by making an ink mark with the pen in one or more locations on the Tablet PC screen." LUC 1302246. |
| means coupled to said computer for recognizing a plurality of said gestures, said recognizing means including means for comparing each said gesture to at least one predefined shape; | Each accused product includes a pen position digitizer co-processor (or equivalent) coupled to the computer. The pen position digitizer co-processor is programmed with, for example, gesture or handwriting recognition algorithms for recognizing more than one gesture, including comparing the gestures to at least one predefined shape. For example, tablet PC software incorporates gesture recognizer software that includes techniques for comparing a gesture to a predefined shape, for example, the gesture recognizer looks at the strokes being inputted and uses rules to determine, or recognize, the gesture. *See, e.g.,* P. Slavik Dep. Tr. 65-66, 70-71, 100-101.<br><br>In particular, tablet PC software implements a gesture recognizer that receives as input "either one or two strokes," each stroke being a "sequence of points" containing x, y values. *See, e.g.,* P. Slavik Dep. Tr. 21, 22, 51-52, 62. In tablet PC software, "from the time the pen touches the screen till the time the pen is lifted, that's considered one stroke." P. Slavik Dep. Tr. 22. The array of x, y values defining a stroke is processed by the gesture recognizer using two modules. *See, e.g.,* P. Slavik Dep. Tr. 65. The first module is a rule-based module that compares the x, y values to a set of simple gestures. *See, e.g.,* P. Slavik Dep. Tr. 65, 69-70. If that does not succeed, then a second neural-net-based module is used to compare the x, y values to a set of more complicated gestures. *See, e.g.,* P. Slavik Dep. Tr. 65, 69-70; *see also* source code files twister.c, moth.c, grouse.c, taps. c, caligest.cpp, caligest.c. The rule-based module represents a shape-matching algorithm that assesses the geometrical and topological features described by the x, y array to |

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | recognize the gesture. The neural-net-based module represents a pattern-matching algorithm to recognize a gesture. These algorithms fall within the class of algorithms described in "Automatic Recognition of Handprinted Characters — The State of The Art," Proceedings of the IEEE, pp. 469-487, Vol. 68, No. 4 April 1980, which the Court included in its identification of corresponding structure for this element. |
| means coupled to said computer for implementing each said recognized gesture, said implementing means including means for performing a predetermined action associated with each said predefined shape, said predetermined action being determined by the context in which said gesture was used, including a first context in which said action is executed upon an operating system level object and a second context in which said action is executed upon an application level object. | Each accused product includes a CPU (or equivalent) coupled to the computer programmed with an algorithm for implementing each of the recognized gestures, including performing a predetermined action associated with each predefined shape. The context in which the gesture is used determines the predetermined action. For example, tablet PC software has separate gesture recognizers for recognizing system and application gestures. *See, e.g.,* P. Slavik Dep. Tr. 105-107. Furthermore, the same gestures provide the same commands at the system and application level. As a further example, at the operating system level, one predetermined action is made upon an operating system level object (*e.g.,* an object that can be manipulated by a user, which is displayed outside the context of an application program). At the application level, another predetermined action is made upon an application level object (*e.g.,* an object that can be manipulated by a user, which is displayed within the context of an application program). Thus, a single set of gestures can be used for identical executable commands at both the operating system level and the application level. As another example, a tap on a program icon or associated text at the initial display screen (operating system context) operates to open an application. The same gesture in a text application window (application level context) operates to relocate the cursor. As another example, a line drawn from right to left is associated with a backspace in a text |

7

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | application, whereas the same gesture used in a context with system folders takes the user to the next higher level folder. |

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| 3.  The apparatus of claim 1, wherein: | |
| said second detecting means includes means for detecting proximity of the stylus tip to the screen; and | Each accused product includes a stylus with a radio frequency inductor/capacitor circuit and switch and a pen position digitizer (or equivalent) that function to detect proximity of the stylus tip to the screen.  For example, tablet PCs include a touch sensitive screen on which a user makes a stroke.  A digitizer detects the drawing movements of the stroke made by the stylus tip on or in proximity to the touch sensitive screen.  *See, e.g.,* P. Slavik Dep. Tr. 20-22 (stating that the input to gesture recognizer is essentially a set of strokes). "Tablet PCs have therefore been designed to operate with an electromagnetic digitizer instead of a resistive-touch screen such as those typically found in personal digital assistants (PDAs) and other devices with small screens.  An electromagnetic digitizer accepts input from a special pen containing an electromagnetic coil.  The electromagnetic digitizer enhances the inking experience by preventing contact between the user's hand and the screen from inadvertently moving the cursor.  It also enhances screen life by enabling the user to move the cursor without making direct physical contact with the screen surface. This 'hovering' ability also lets the user move the cursor quickly and easily."  LUC 1302246. |

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| said apparatus further includes means coupled to said computer for displaying an indicator of the proximity of the stylus tip to the screen. | Each accused product includes a pen position digitizer co-processor, CPU, display controller, and liquid crystal display ("LCD") (or equivalent) coupled to the computer.  The pen position digitizer co-processor, CPU, display controller, and LCD function to display an indicator of the proximity of the stylus tip to the screen.  For example, when the stylus is in proximity to the screen, a cursor or visible "dot" on the LCD indicates where the stylus tip is in relation to the screen. |

9

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| 4. The apparatus of claim 1, further including third detecting means for detecting a direction of motion of said gesture. | Each accused product includes a pen position digitizer and a pen position digitizer co-processor (or equivalent) which detect the direction of motion of the gesture. For example, tablet PCs include a touch sensitive screen on which a user makes a stroke. A digitizer detects the drawing movements of the stroke made by the stylus tip on the touch sensitive screen. "Tablet PCs have . . . been designed to operate with an electromagnetic digitizer." LUC 1302245-46. "Windows XP Tablet PC Edition operating system captures pen motion coordinates on the screen, renders and stores the pen motion as 'ink,' and then passes these groups of pen strokes to a 'recognizer,' which in turn interprets them as writing. Tablet PC also includes support for gestures. By making a gesture on the screen with the pen, the user can execute many different commands. Gestures can be used for a variety of common actions or commands and can be invoked by making an ink mark with the pen in one or more locations on the Tablet PC screen." LUC 1302246. In combination with the digitizer, a processor executing gesture recognizer software detects the direction of motion in which a user makes a stroke, for example, from left to right or right to left on the touch sensitive screen. *See, e.g.,* P. Slavik Dep. Tr. 70-74 (stating that, for example, Tablet PC recognizes and distinguishes as gestures horizontal line right, horizontal line left, SemiCircleLeft, and SemiCircleRight). |

10

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| 6. The apparatus of claim 1, further including means coupled to said computer for displaying on said screen a shape representing the actual gesture made by a user of the computer. | Each accused product includes a pen position digitizer co-processor, CPU, display controller, and liquid crystal display ("LCD") (or equivalent). The pen position digitizer co-processor, CPU, display controller, and LCD function to display on the screen a shape representing the actual gesture made by the user. For example, the actual gesture made by the user to insert a backspace (or move to a higher level folder) is displayed on the screen within the Input Panel. As another example, as a user writes on a tablet PC screen, the actual gesture made by the user is displayed on the screen. |

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| 12. The apparatus of claim 3, further including means for terminating display of said indicator when the stylus tip departs from proximity to the screen. | Each accused product includes a pen position digitizer co-processor, CPU, display controller, and liquid crystal display ("LCD") (or equivalent). The pen position digitizer co-processor, CPU, display controller, and LCD function to terminate display of the indicator when the stylus tip departs from proximity to the screen. For example, each accused product includes a stylus with a radio frequency inductor/capacitor circuit and switch and a pen position digitizer or equivalent, that function to detect proximity of the stylus tip to the screen. A digitizer detects the drawing movements of the stroke made by the stylus tip on the touch sensitive screen. "Tablet PCs have therefore been designed to operate with an electromagnetic digitizer instead of a resistive-touch screen such as those typically found in personal digital assistants (PDAs) and other devices with small screens. An electromagnetic digitizer accepts input from a special pen containing an electromagnetic coil. The electromagnetic digitizer enhances the inking experience by preventing contact between the user's hand and the screen from inadvertently moving the cursor. It also enhances screen life by enabling the user to move the cursor without making direct |

11

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | physical contact with the screen surface. This 'hovering' ability also lets the user move the cursor quickly and easily." LUC 1302246. The digitizer also detects the absence of the stylus tip, thereby indicating departure of the stylus tip from the touch sensitive screen. In combination with the digitizer, a processor executing gesture recognizer software detects a departure of the stylus tip from the touch sensitive screen and defines termination of the gesture. |

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| 39. An apparatus for controlling a computer system, the computer system comprising a screen for displaying information and a stylus having a tip for inputting information into the computer, including: | Windows XP Tablet PC Edition software, herein "Tablet PC software," is designed for use with computers such as tablet PCs ("accused products") that include circuitry for controlling the computer system. Each accused product has a screen such as an LCD that displays information, and also includes a stylus with a tip. The stylus is a pen-like object whose position and contact with a surface can be continuously detected electronically. The stylus is used for inputting information into the tablet PC. *See, e.g.,* LUC 1302236-39, 45. |
| detecting means coupled to said computer for detecting a stroke of the stylus tip in contact with the screen; | Each accused product includes a pen position digitizer (or equivalent) coupled to the computer that functions to detect a stroke (*e.g.,* a single drawing movement, such as a tap) of the stylus tip in contact with the screen. For example, tablet PCs include a touch sensitive screen on which a user makes a stroke. A digitizer detects the drawing movements of the stroke made by the stylus tip on the touch sensitive screen. *See, e.g.,* P. Slavik Dep. Tr. 20-22 (stating that the input to gesture recognizer is essentially a set of strokes); LUC 1302256. "Tablet PCs have . . . been designed to operate with an electromagnetic digitizer." LUC 1302238, 1302246, 1302253. "Windows XP Tablet PC Edition operating system captures pen motion coordinates on the screen, renders and stores the pen motion as 'ink,' and |

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | then passes these groups of pen strokes to a 'recognizer,' which in turn interprets them as writing. Tablet PC also includes support for gestures. By making a gesture on the screen with the pen, the user can execute many different commands. Gestures can be used for a variety of common actions or commands and can be invoked by making an ink mark with the pen in one or more locations on the Tablet PC screen." LUC 1302246. |
| means coupled to said computer for recognizing a gesture comprising at least one stroke and an event indicating termination of the gesture, said recognizing means including means for comparing said gesture to at least one predefined shape and being for recognizing at least a first gesture, a second gesture, and a third gesture comprising said first and second gestures; and | Each accused product includes a pen position digitizer and a pen position digitizer co-processor (or equivalent) coupled to the computer. The pen position digitizer co-processor is programmed with, for example, gesture or handwriting recognition algorithms for recognizing a gesture, including comparing the gesture to at least one predefined shape, and to recognize at least three different gestures: a first gesture, a second gesture, and a third gesture made up of the first and the second gestures. For example, a first gesture such as a single tap, a second gesture such as a double tap, and a third gesture such as a triple tap (comprised of a single tap and a double tap) can be recognized in text editing applications. As another example, the gesture recognizer recognizes a first gesture "Left" as backspace, a second gesture "Right" as space, and a third gesture "LeftRight" as a cuts the selection. The LeftRight gesture comprises the first and second gestures. *See, e.g.,* P. Slavik Dep. Tr. 80-81, Ex. 3. The pen position digitizer co-processor is also programmed with, for example, software for defining termination of a gesture (*e.g.,* a symbol or mark) consisting of one or more strokes when the stylus tip is removed from the screen. For example, tablet PCs include a touch sensitive screen on which a user makes a stroke. A digitizer detects the drawing movements of the stroke made by the stylus tip on the touch sensitive screen. "Tablet PCs have . . . been designed to operate with an electromagnetic digitizer." LUC 1302238, 1302246, 1302253. The digitizer |

13

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | also detects the absence of the stylus tip, thereby indicating departure of the stylus tip from the touch sensitive screen. "Windows XP Tablet PC Edition operating system captures pen motion coordinates on the screen, renders and stores the pen motion as 'ink,' and then passes these groups of pen strokes to a 'recognizer,' which in turn interprets them as writing. Tablet PC also includes support for gestures. By making a gesture on the screen with the pen, the user can execute many different commands. Gestures can be used for a variety of common actions or commands and can be invoked by making an ink mark with the pen in one or more locations on the Tablet PC screen." LUC 1302246. The devices also include gesture recognizer software that includes techniques for comparing a gesture to a predefined shape, for example, the gesture recognizer looks at the strokes being inputted and uses rules to determine, or recognize, the gesture. *See, e.g.,* P. Slavik Dep. Tr. 65-66, 70-71, 100-101. In particular, tablet PC software implements a gesture recognizer that receives as input "either one or two strokes," each stroke being a "sequence of points" containing x, y values. *See, e.g.,* P. Slavik Dep. Tr. 21, 22, 51-52, 62. In tablet PC software, "from the time the pen touches the screen till the time the pen is lifted, that's considered one stroke." P. Slavik Dep. Tr. 22. The array of x, y values defining a stroke is processed by the gesture recognizer using two modules. *See, e.g.,* P. Slavik Dep. Tr. 65. The first module is a rule-based module that compares the x, y values to a set of simple gestures. *See, e.g.,* P. Slavik Dep. Tr. 65, 69-70. If that does not succeed, then a second neural-net-based module is used to compare the x, y values to a set of more complicated gestures. *See, e.g.,* P. Slavik Dep. Tr. 65, 69-70; *see also* source code files twister.c, moth.c, grouse.c, taps. c, caligest.*cpp*, caligest.c. The rule-based module represents a shape-matching algorithm that assesses the geometrical and |

14

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | topological features described by the x, y array to recognize the gesture. The neural-net-based module represents a pattern-matching algorithm to recognize a gesture. These algorithms fall within the class of algorithms described in "Automatic Recognition of Handprinted Characters — The State of The Art," Proceedings of the IEEE, pp. 469-487, Vol. 68, No. 4 April 1980, which the Court included in its identification of corresponding structure for this element.<br><br>In combination with the digitizer, a processor executing the gesture recognizer software detects a departure of the stylus tip from the touch sensitive screen and defines termination of the gesture. *See, e.g.,* P. Slavik Dep. Tr. 21-22 (stating that, for example, a stroke is created when a user takes a stylus, draws a line on the screen and lets up). |
| implementing means coupled to said computer for implementing each recognized gesture, said implementing means including means for performing a first predetermined action associated with said first gesture, a second predetermined action associated with said second gesture, and a third predetermined action associated with said third gesture. | Each accused product includes a CPU (or equivalent) coupled to the computer programmed with an algorithm for implementing each of the recognized gestures, for example, the Tablet PC software gesture recognizer. The CPU and algorithm implement the recognized gestures, including performing a predetermined action associated with the first gesture, another predetermined action associated with the second gesture, and yet another predetermined action associated with the third gesture. For example, in Microsoft Word, the first gesture positions the cursor (single tap), the second gesture selects a word (double tap), and the third gesture selects a sentence or a paragraph (triple tap). As another example, the first gesture "Left" generates a backspace, a second gesture "Right" generates a space, and a third gesture "LeftRight" cuts the selection. |

15

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| 40. The apparatus of claim 39, wherein the shapes of said first and second gestures are substantially identical. | Each accused product includes gestures wherein the shapes of the first and second gestures are substantially identical. For example, the first gesture may position the cursor (single tap), and the second gesture may select a word (double tap). As another example, the shapes of the first gesture "Left" and the second gesture "Right" are substantially identical. *See, e.g.,* P. Slavik Dep. Tr. 21-22. |

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| 41. An apparatus for controlling a computer system, the computer system comprising a screen for displaying information and a stylus having a tip for inputting information into the computer, including: | Windows XP Tablet PC Edition software, herein "Tablet PC software," is designed for use with computers such as tablet PCs ("accused products") that include circuitry for controlling the computer system. Each accused product has a screen such as an LCD that displays information, and also includes a stylus with a tip. The stylus is a pen-like object whose position and contact with a surface can be continuously detected electronically. The stylus is used for inputting information into the tablet PC. *See, e.g.,* LUC 1302236-39, 45. |
| first detecting means coupled to said computer for detecting a stroke of the stylus tip in contact with the screen; | Each accused product includes a pen position digitizer (or equivalent) coupled to the computer that functions to detect a stroke (*e.g.,* a single drawing movement, such as a tap) of the stylus tip in contact with the screen. For example, tablet PCs include a touch sensitive screen on which a user makes a stroke. A digitizer detects the drawing movements of the stroke made by the stylus tip on the touch sensitive screen. *See, e.g.,* P. Slavik Dep. Tr. 20-22 (stating that the input to gesture recognizer is essentially a set of strokes); LUC 1302256. "Tablet PCs have . . . been designed to operate with an electromagnetic digitizer." LUC 1302238, 1302246, 1302253. "Windows XP Tablet PC Edition operating system captures pen motion coordinates on the screen, renders and stores the pen motion as 'ink,' and then passes these groups of pen strokes to a |

16

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | 'recognizer,' which in turn interprets them as writing. Tablet PC also includes support for gestures. By making a gesture on the screen with the pen, the user can execute many different commands. Gestures can be used for a variety of common actions or commands and can be invoked by making an ink mark with the pen in one or more locations on the Tablet PC screen." LUC 1302246. |
| means coupled to said computer for recognizing a gesture comprising at least one stroke and an event indicating termination of the gesture, said recognizing means including means for comparing said gesture to at least one predefined shape, each stroke of said gesture being located in substantially the same area of the screen: | Each accused product includes a pen position digitizer and a pen position digitizer co-processor (or equivalent) coupled to the computer. The pen position digitizer co-processor is programmed with, for example, gesture or handwriting recognition algorithms for recognizing a gesture, including comparing the gesture to at least one predefined shape, with each stroke of the gesture being located in substantially the same area of the screen. The pen position digitizer co-processor is also programmed with, for example, software for defining termination of a gesture (*e.g.,* a symbol or mark) consisting of one or more strokes when the stylus tip is removed from the screen. For example, tablet PCs include a touch sensitive screen on which a user makes a stroke. A digitizer detects the drawing movements of the stroke made by the stylus tip on the touch sensitive screen. "Tablet PCs have . . . been designed to operate with an electromagnetic digitizer." LUC 1302245-46. The digitizer also detects the absence of the stylus tip, thereby indicating departure of the stylus tip from the touch sensitive screen. "Windows XP Tablet PC Edition operating system captures pen motion coordinates on the screen, renders and stores the pen motion as 'ink,' and then passes these groups of pen strokes to a 'recognizer, which in turn interprets them as writing. Tablet PC also includes support for gestures. By making a gesture on the screen with the pen, the user can execute many different commands. Gestures can be used for a variety of common actions or commands and can be invoked by making an |

17

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | ink mark with the pen in one or more locations on the Tablet PC screen." LUC 1302246. The devices also include gesture recognizer software that includes techniques for comparing a gesture to a predefined shape, for example, the gesture recognizer looks at the strokes being inputted and uses rules to determine, or recognize, the gesture. *See, e.g.,* P. Slavik Dep. Tr. 65-66, 70-71, 100-101.<br><br>In particular, tablet PC software implements a gesture recognizer that receives as input "either one or two strokes," each stroke being a "sequence of points" containing x, y values. *See, e.g.,* P. Slavik Dep. Tr. 21, 22, 51-52, 62. In tablet PC software, "from the time the pen touches the screen till the time the pen is lifted, that's considered one stroke." P. Slavik Dep. Tr. 22. The array of x, y values defining a stroke is processed by the gesture recognizer using two modules. *See, e.g.,* P. Slavik Dep. Tr. 65. The first module is a rule-based module that compares the x, y values to a set of simple gestures. *See, e.g.,* P. Slavik Dep. Tr. 65, 69-70. If that does not succeed, then a second neural-net-based module is used to compare the x, y values to a set of more complicated gestures. *See, e.g.,* P. Slavik Dep. Tr. 65, 69-70; *see also* source code files twister.c, moth.c, grouse.c, taps. c, caligest.*cpp*, caligest.c. The rule-based module represents a shape-matching algorithm that assesses the geometrical and topological features described by the x, y array to recognize the gesture. The neural-net-based module represents a pattern-matching algorithm to recognize a gesture. These algorithms fall within the class of algorithms described in "Automatic Recognition of Handprinted Characters — The State of The Art," Proceedings of the IEEE, pp. 469-487, Vol. 68, No. 4 April 1980, which the Court included in its identification of corresponding structure for this element.<br><br>In combination with the digitizer, a processor |

18

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| | executing the gesture recognizer software detects a departure of the stylus tip from the touch sensitive screen and defines termination of the gesture. *See, e.g.,* P. Slavik Dep. Tr. 21-22 (stating that, for example, a stroke is created when a user takes a stylus, draws a line on the screen and lets up). |
| second detecting means for detecting a direction of motion of the creation of said gesture, wherein the predefined shape of said recognized gesture also represents said direction of motion; and | Each accused product includes a pen position digitizer and a pen position digitizer co-processor (or equivalent), which detect the direction of motion as a gesture is created.  For example, tablet PCs include a touch sensitive screen on which a user makes a stroke.  A digitizer detects the drawing movements of the stroke made by the stylus tip on the touch sensitive screen.  "Tablet PCs have . . . been designed to operate with an electromagnetic digitizer."  LUC 1302245-46.  "Windows XP Tablet PC Edition operating system captures pen motion coordinates on the screen, renders and stores the pen motion as 'ink,' and then passes these groups of pen strokes to a 'recognizer,' which in turn interprets them as writing.  Tablet PC also includes support for gestures.  By making a gesture on the screen with the pen, the user can execute many different commands.  Gestures can be used for a variety of common actions or commands and can be invoked by making an ink mark with the pen in one or more locations on the Tablet PC screen."  LUC 1302246.  Tablet PC software includes a gesture recognizer that recognizes the direction of motion of the gesture.  *See, e.g.,* P. Slavik Dep. Tr. 70-74 (stating that, for example, Tablet PC recognizes and distinguishes as gestures horizontal line right, horizontal line left, SemiCircleLeft, and SemiCircleRight). Further, for example, a line drawn from left to right is associated with a shape that represents motion in the direction of left to right, and a line drawn from right to left is associated with a shape that represents motion in the direction of right to left. |

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| implementing means coupled to said computer for implementing said recognized gesture, said implementing means including means for performing a predetermined action associated with said predefined shape. | Each accused product includes a CPU (or equivalent) coupled to the computer programmed with an algorithm for implementing the recognized gesture, for example, the Tablet PC software gesture recognizer. The Tablet PC gesture recognizer includes a list of predefined gestures that it recognizes, each with separate meaning, carrying out separate actions. *See, e.g,* P. Slavik Dep. Tr. 62-67 for an explanation of gesture recognition and meaning. Thus, the CPU and algorithm implement the recognized gesture, including performing a predetermined action that is related to the predefined shape. For example, the insertion of a space is associated with drawing a line from left to right, and the insertion of a backspace is associated with drawing a line from right to left. |

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| 43. The apparatus of claim 41, further including means coupled to said computer for displaying on said screen a shape representing the actual gesture made by a user of the computer. | Each accused product includes a pen position digitizer co-processor, CPU, display controller, and liquid crystal display ("LCD") (or equivalent). The pen position digitizer co-processor, CPU, display controller, and LCD function to display on the screen a shape representing the actual gesture made by the user. For example, the actual gesture made by the user to insert a backspace (or move to a higher level folder) is displayed on the screen within the Input Panel. As another example, as a user writes on a tablet PC screen, the actual gesture made by the user is displayed on the screen. |

| U.S. Patent No. 5,347,295 ("Agulnick") | Accused Products |
|---|---|
| 46. The apparatus of claim 41, wherein said direction of motion of said gesture is associated with said predetermined action. | Each accused product recognizes the direction of motion of a gesture and associates it with a predetermined action. For example, the Tablet PC software includes a gesture recognizer that recognizes the direction of motion of the gesture. *See, e.g.,* P. Slavik Dep. Tr. 70-74 (stating that, for example, Tablet PC recognizes and distinguishes as gestures horizontal line right, horizontal line left, SemiCircleLeft, and SemiCircleRight). The recognized direction of motion is associated with a predetermined action. As another example, a line drawn from left to right is associated with inserting a space that moves the cursor to the right, and a line drawn from right to left is associated with inserting a backspace that moves the cursor to the left. |