

1  David A. Hahn, SBN 125784
   HAHN & ADEMA
2  501 West Broadway, Suite 1600
   San Diego, California 92101-3595
3  Telephone (619) 235-2100
   Facsimile  (619) 235-2101

4
   Attorney for *Lucent Technologies Inc.*
5  and *Multimedia Patent Trust*

6              **UNITED STATES DISTRICT COURT**
            **SOUTHERN DISTRICT OF CALIFORNIA**
7

8  LUCENT TECHNOLOGIES INC. and        Case No. 07-CV-2000 H (CAB)
   MULTIMEDIA PATENT TRUST,                     severed from
                                       Case No. 02-CV-2060 B (CAB)
9                       Plaintiffs,    Case No. 03-CV-0699 B (CAB)
                                       Case No. 03-CV-1108 B (CAB)
10         v.
                                       **PLAINTIFFS' COMBINED TRIAL**
11  GATEWAY, INC., GATEWAY COUNTRY     **WITNESS LIST**
    STORES LLC, GATEWAY COMPANIES, INC.,
12  GATEWAY MANUFACTURING LLC and      Date:        February 20, 2008
    COWABUNGA ENTERPRISES, INC.,       Time:        9:00 A.M.
13                                     Courtroom:   13
                        Defendants,
14  and                                Honorable Marilyn L. Huff

15  MICROSOFT CORPORATION,

16                       Intervener.

17  MICROSOFT CORPORATION,

18                       Plaintiff,

19         v.

20  LUCENT TECHNOLOGIES INC.,

21                       Defendant.

22

23  LUCENT TECHNOLOGIES INC. and
    MULTIMEDIA PATENT TRUST,
24

25                       Plaintiffs,
           v.
26

27  DELL INC.,

28                       Defendant.

PLAINTIFFS' COMBINED TRIAL WITNESS LIST         Case No. 07-CV-2000 H (CAB), severed from
                                        Case No. 02-CV-2060 B (CAB), Case No. 03-CV-0699 B (CAB),
                                                    and Case No. 03-CV-1108 B (CAB)

1    Plaintiffs Lucent Technologies Inc. and Multimedia Patent Trust submit this combined trial

2    witness list identifying those witnesses that Plaintiffs expect to call or that Plaintiffs may call at the

3    trial scheduled to commence February 20, 2008.  Plaintiffs also reserve the right to call any person

4    on Defendants' Trial Witness Lists.

5    Plaintiffs note that this trial witness list has been prepared without the benefit of any pretrial

6    disclosures from Defendants.  Accordingly, Plaintiffs reserve the right to amend or supplement this

7    trial witness list in response to Defendants' disclosures.

8    **I.    WITNESSES THAT PLAINTIFFS EXPECT TO CALL AT TRIAL**

9        **A.    Fact Witnesses That Plaintiffs Expect To Call In Person**

10        Plaintiffs expect to call the following fact witnesses in person (or by deposition, if

11   unavailable).

12   **Gerard A. deBlasi**
13   613 Sunrise Way
     Nashamic Station, NJ  08853
14   (908) 546-5980

15   **Christopher Godziela**
16   Alcatel-Lucent
     600 Mountain Avenue
17   Murray Hill, NJ  07974-0636
     (908) 582-8500

18
     **Nikil Jayant**
19   4390 Candacraig
     Alpharetta, GA  30022
20   (678) 393-1701

21       **B.    Expert Witnesses That Plaintiffs Expect To Call In Person**

22       Plaintiffs expect to call the following expert witnesses in person (or by deposition, if

23   unavailable).

24

25

26

27

28

**Bernd Girod**
790 Mayfield Avenue
Stanford, CA 94305
(650) 813-9260

Dr. Girod is a tenured Full Professor of Electrical Engineering in the Information Systems Laboratory of Stanford University, California. He directs the Stanford Center for Image Systems Engineering (SCIEN) and the Max-Planck Center for Visual Computing and Communication at Stanford. He has over 25 years of experience in the area of video compression. In that time, Dr. Girod has authored or co-authored over 400 scientific publications, the majority of them related to video compression. He is a named inventor of more than 20 patents, most relating to video compression, with several others pending. Dr. Girod was elected Fellow of the IEEE in 1998, received the Technical Achievement Award of the European Signal Processing Society EURASIP in 2004, and was elected Member of the German Academy of Sciences Leopoldina in 2007. Dr. Girod holds a Master of Science degree in Electrical Engineering from Georgia Institute of Technology, awarded in 1980, and a doctorate in Electrical Engineering from the University of Hannover, Germany, awarded in 1987.

Professor Girod is expected to testify that Microsoft, Dell, and Gateway directly and/or indirectly infringe claim 12 of U.S. Patent No. 4,958,226 ("the '226 patent") by making, using, testing, selling, offering for sale, importing, and/or distributing products that decode MPEG-1, MPEG-2, and/or WMV-9/VC-1 video, and by encouraging use of those products through the distribution of manuals, instructions, games, and other materials. Professor Girod is also expected to testify that Dell and Gateway directly and/or indirectly infringed claim 13 of U.S. Patent No. 4,383,272 ("the '272 patent") by making, using, testing, selling, offering for sale, importing, and/or distributing products that decoded MPEG-1 and/or MPEG-2 video, and by encouraging use of those products through the distribution of manuals, instructions, games, and other materials. Professor Girod is also expected to provide background testimony regarding the '226 and '272 patents, video-coding technology, the MPEG-1, MPEG-2, WMV-9, and VC-1 standards and technology, the accused products, and the level of skill in the art. Professor Girod is also expected to testify in rebuttal to evidence and testimony introduced by Defendants in support of any allegation that the

'226 and '272 patents are invalid.  Professor Girod may also provide testimony in rebuttal to allegations of inequitable conduct — in particular, allegations of materiality — and in rebuttal to aspects of Defendants' damages theories.  Professor Girod may further testify about any of the other topics discussed in his expert reports, expert declarations, and depositions.

**Lawrence J. Goffney, Jr.**
120 Waterford Place
Alexandria, VA  22314
(703) 518-0217

Mr. Goffney is a former Assistant Commissioner of Patents and Trademarks of the United States and Acting Deputy Assistant Secretary of Commerce and Deputy Commissioner of Patents and Trademarks of the United States, the third and second ranked executive positions in the PTO, respectively.  Mr. Goffney has had over 30 years experience as a law professor teaching patent-prosecution, as a patent-examiner in the PTO, as a patent-prosecution practitioner, and as a patent-practice expert consultant and witness in federal court proceedings.  Mr. Goffney is licensed to practice law before the state and federal courts of the State of Michigan and before other federal courts, including the U.S. Court of Appeals for the Federal Circuit.  Mr. Goffney is active in the intellectual-property bar, having served as a committee chairman and committee member in various intellectual-property associations, and has lectured frequently about patent law, patent policy, and policy and procedures of the PTO to local, state, national, and foreign bar associations, and to scientific and technical communities.

Mr. Goffney is expected to testify regarding alleged inequitable conduct, patent-office practice and procedures, the prosecution of the patents-in-suit, and other related topics, in particular in rebuttal to any testimony that the Court permits Defendants to elicit from any patent-law expert.  Mr. Goffney may also testify about any of the other topics discussed in his expert reports and depositions.

**Wayne A. Hoeberlein**
UHY Advisors FLUS, Inc.
1177 Avenue of the Americas
New York, NY  10036
(646) 746-1120

Mr. Hoeberlein is an accounting expert.  Mr. Hoeberlein received his Bachelor of Business Administration in Accounting from Hofstra University, and a J.D. from the Hofstra University School of Law in 1977.  He is a Certified Public Accountant and a member of the American Institute of CPAs.  Since 1982, he has worked exclusively in the area of litigation consulting, providing financial consulting, damages analysis, and expert testimony in connection with commercial litigation.  Mr. Hoeberlein is currently a Managing Director with UHY Advisors FLVS, Inc., located in New York, New York.  Prior to joining UHY Advisors in October 2007, he was Managing Director at Aon Consulting, Inc. from February 2006 to October 2007, a Managing Director at Kroll, Inc. from July 1999 to January 2006, and a member of the litigation consulting firm of Hoeberlein Associates, LLC from April 1996 to June 1999.  From 1977 to March 1996 he was associated with Arthur Andersen, LLP, including ten years as a partner in that firm's litigation consulting practice.

Mr. Hoeberlein is expected to testify regarding the appropriate calculation of damages to be assessed against each of the Defendants in this case.  Mr. Hoeberlein's testimony is expected to include the application of appropriate royalty rates to the appropriate royalty base of infringing products.  Mr. Hoeberlein is also expected to testify in rebuttal to any evidence Defendants introduce in support of their damages theories.

**Jake Richter**
266 Horse Corner Road
Chichester, NH  03258
(603) 513-1612

Jake Richter is the president of Patent Logistics, LLC.  Mr. Richter has worked in the field of display technology for nearly three decades, ranging from the development of video games and 3D graphics rendering to writing display driver software for AutoCAD and Windows.  Over the last 20 years, Mr. Richter has written over 400 articles and papers on technical issues, the vast majority of which deal with display technologies.  Mr. Richter's articles have appeared in consumer and industry publications ranging from BYTE, PC Week, InfoWorld, ComputerLife, and PC Magazine, to

Desktop Engineering, Computer Aided Engineering, PC Graphics Report/The Peddie Report, and TechWatch, among many others. Mr. Richter has also authored and co-authored three books, and contributed to several more, all in the field of PC graphics, AutoCAD, and programming.

Mr. Richter also has extensive experience with display hardware design and programming, including working in computer game development at Mirror Images Software from 1982 to 1985; working at Wang Labs from 1985 to 1986, where he was responsible for helping Wang make their personal computers more IBM PC compatible in the area of video BIOS support; working at Number Nine Computer Corporation from 1986 to 1988 developing graphical driver software and designing graphics boards; and founding and running Panacea Inc. from 1989-1995, a consulting and software development company that specialized in the development of software and technology for PC-based graphics hardware technology. While at Panacea, Mr. Richter was a member of the Video Electronics Standards Association (VESA), the leading standards organization in the area of display technology at the time, and continued on as an annually re-elected board member until 1994.

From 1995 to 1996, Mr. Richter was the East Coast Editor of PC Graphics Report, a bi-weekly industry newsletter about advances in display hardware technology, and from 1996-98 he was a freelance journalist in the video display field. From 1998 to the present, Mr. Richter has been a consultant in the video display field. Mr. Richter has a Bachelor of Science degree in Computer Science from Rensselaer Polytechnic Institute (RPI), and is a co-inventor on U.S. Patent No. 5,101,444 dealing with $n$-dimensional display list processing.

Mr. Richter is expected to testify that all computer systems made, used, sold or offered for sale in the United States, or imported into the United States, by Gateway and Dell between 1998 and May 19, 2001, and that included a Windows operating system (collectively the "Accused Products") infringed claims 1 through 3 of the Fleming '759 patent. Mr. Richter is also expected to testify at trial that Dell and Gateway induced and contributed to the infringement of claims 1-3 to the extent they sold computers without displays and that Dell and Gateway also encouraged their customers to connect their computer units to displays. Mr. Richter is also expected to provide background testimony regarding the Fleming '759 patent, video-display technology, the Accused Products, and

the level of skill in the art.  Mr. Richter is also expected to testify in rebuttal to evidence and

testimony introduced by Dell or Gateway in support of any allegation that the Fleming '759 patent is

invalid.  Mr. Richter may also provide testimony, in rebuttal to allegations of inequitable conduct —

in particular, allegations of materiality — and in rebuttal to Dell's and Gateway's damages theories.

Mr. Richter may further testify about any of the topics discussed in his expert reports, expert

declarations, and depositions.

**Roger S. Smith**
7258 Marlow Place
University Park, FL  34201-2268
(941) 359-0166
and
221 Sixth Street
Beach Haven, NJ  08008
(609) 492-9985

Roger Smith is a licensing expert who has been engaged in the practice of intellectual-

property law for nearly fifty years.  Mr. Smith received his bachelor's degree in electrical

engineering from Gonzaga University in 1954, and his J.D., also from Gonzaga University, in 1958.

Following his graduation from Gonzaga, Mr. Smith began a 37-year career with the IBM Company,

joining IBM as a patent attorney in 1958.  In 1971, he became responsible for patent licensing in the

United States, and in 1973, for worldwide patent licensing.  In 1982, he became head of IBM's

worldwide IP function, a position he held until his retirement from IBM.  During his IBM career,

Mr. Smith personally negotiated and prepared scores of IP license agreements in the U.S. and

elsewhere, and he participated in, oversaw and reviewed hundreds more.  In addition, Mr. Smith was

involved over the years in refining IBM's licensing practices, and was responsible for creating or

approving all modifications to IBM's licensing practices from the early 1970s until his retirement.

After retiring as Assistant General Counsel for the IBM Company with worldwide

responsibility for its intellectual-property (IP) affairs, in 1995 Mr. Smith became counsel to the law

firm of Morgan and Finnegan, L.L.P. in its New York office.  At Morgan and Finnegan, his

activities included interfacing with IBM lawyers in cases handled by Morgan and Finnegan,

counseling the firm's lawyers in areas of need, including licensing, and representing the firm in law

association activities.  He has also been active in consulting with other law firms as an expert witness, and has acted as an arbitrator.  Although he retired from Morgan and Finnegan in December 2007, he has continued to act as an independent licensing consultant.  Over the course of his career, Mr. Smith has spoken on various patent law and practice matters both in the U.S. and abroad, and has testified on IP matters before committees of the U.S. House of Representatives and the U.S. Senate.

Mr. Smith is expected to testify regarding the appropriate reasonable royalty and royalty base to be applied in assessing damages in this case.  Mr. Smith's testimony is expected to include a discussion of the relevant *Georgia-Pacific* factors and the policies and rates applicable in the relevant markets and industry.  His testimony is expected to include explanation of both Lucent's licensing policies and practices, as well as the IBM licensing policies and practices from which they (and common industry practice) derived.  Mr. Smith is also expected to testify in rebuttal to any evidence introduced by Defendants in support of any damages or license claims by Defendants. Mr. Smith may also testify about any of the other topics discussed in his expert reports and depositions.

**Bruce Tognazzini**
2 Medway Road
Woodside, CA 94062
(650) 224-9482

Mr. Tognazzini is a principal with the Nielsen Norman Group, a pre-eminent firm in the area of human-computer interaction.  Mr. Tognazzini has nearly 30 years of experience in the field of human-computer interaction, including consulting, designing, and computer programming.  Mr. Tognazzini was one of the original employees at Apple Computer, where he worked in the field of human-computer interaction for 14 years.  While there, Mr. Tognazzini developed Apple's first human-computer interface guidelines, and he founded Apple's Human Interface team.  Mr. Tognazzini also worked at Sun Microsystems, where he was recognized as the Distinguished Engineer for Strategic Technology.  Mr. Tognazzini has more than 50 patents issued in his name, and has spoken worldwide, including at universities and institutions such as MIT, Stanford, the

University of California, Moscow State University, the University of Zurich, and the University of Rome.  Mr. Tognazzini is the author of textbooks in the area of human-computer interaction, including "Tog on Interface" and "Tog on Software Design."

Mr. Tognazzini is expected to testify that Microsoft, Dell and Gateway indirectly infringe claims 19 and 21 of U.S. Patent No. 4,763,356 ("the '356 patent") by making, using, testing, selling, offering for sale, importing, and/or distributing products such as Microsoft Outlook, Microsoft Money, Intuit Quicken, Windows Mobile, and Word Mobile, which use the system and tools claimed by the '356 patent, and by encouraging use of those products through the distribution of manuals, instructions, and other materials.  Mr. Tognazzini is also expected to provide background testimony regarding the '356 patent, the prosecution history of the '356 patent, human-computer interaction (HCI), Microsoft's software, Dell's and Gateway's computers, the use of forms, fields, and on-screen tools in Microsoft's software products and Dell's and Gateway's computers, the accused products, and the level of skill in the art.  Mr. Tognazzini is also expected to testify in rebuttal to evidence and testimony introduced by Microsoft, Dell or Gateway in support of their respective allegations that the '356 patent is invalid and not infringed.  Mr. Tognazzini may also testify about any of the other topics discussed in his expert reports, expert declarations, and depositions.

**Jean Renard Ward**
59 Coolidge Road
Arlington, MA 02476
(781) 648-8057

Jean Renard Ward is an independent software development contractor and consultant.  Mr. Ward has over 30 years of experience in the area of pen computing.  In that time, Mr. Ward designed the original Pencept technology, implementing all functionality including character recognition algorithms in one of the early pen computers.  Mr. Ward also has extensive experience in pen-computer hardware design and development.  In the late 1980s, Mr. Ward was the lead developer for digitizer and controller/driver software to provide enhanced functionality to a portable computer as part of the "Freestyle" digitizer-based computer applications family.  In the 1990s, Mr. Ward

developed innovative tablet and pen computing application products for the Microsoft Pen Windows and Go PenPoint pen-computing operating systems. In addition to his extensive hands-on industry experience, Mr. Ward has served on numerous industry organizations. Mr. Ward has published numerous articles on pen computing. Mr. Ward has also chaired an industry standardization effort for electronic ink data format and compression storage, and has made presentations to the PHIGS standardization committee on pen-computing and handwriting-recognition input devices.

Mr. Ward is expected to testify that Microsoft, Dell, and Gateway directly and/or indirectly infringe claims 1, 3, 4, 6, 12, 39, 40, 41, 43, and 46 of U.S. Patent No. 5,347,295 ("the '295 patent") by making, using, testing, selling, offering for sale, importing, and/or distributing Tablet PC devices including Microsoft Windows XP Tablet PC Edition software, and by encouraging use of those products through the distribution of manuals, instructions, and other materials. Mr. Ward is also expected to provide background testimony regarding the '295 patent, pen-computing technology, digitizer technology, handwriting-recognition algorithm technology, the accused products, and the level of skill in the art. Mr. Ward is also expected to testify in rebuttal to evidence and testimony introduced by Defendants in support of their allegations that the '295 patent is invalid and not infringed. Mr. Ward may also testify about any of the other topics discussed in his expert reports, expert declarations, and depositions.

**C.    Witnesses That Plaintiffs Expect To Call By Deposition**

Plaintiffs expect to call the following witnesses by deposition (by reading the transcript or showing the videotape of designated portions of the transcript), including, as applicable, in their capacity as Rule 30(b)(6) witnesses.

David W. Anderson
Gateway Inc.

Adam Berns
Microsoft Corp.

Jan Nils Bjernfalk
Evans & Sutherland

1    Todd Bowra
     Microsoft Corp.
2

3    David Chiappini
     Matrox
4

5    Karlton Coffin
     Intel

6    Chris Davis
     Dell Inc.
7

8    Brian Decker
     Dell Inc.
9

10   David Fester
     Microsoft Corp.

11   Mike Flannery
     Gateway Inc.
12

13   Steven Fox
     Gateway Inc.
14

15   Henry Garrana
     Dell Inc.
16

17   Doug Gude
     Gateway Inc.

18   Doug Hollenbeck
     Dell Inc.
19

20   Andy Hung
     InterVideo
21

22   Rodney Jenkins
     Microsoft Corp.
23

24   William Kennedy
     Microsoft Corp.

25   Kevin Kettler
     Dell Inc.
26

27   George Kokkosoulis
     Dell Inc.
28

1  Ping Ting Lin
   Cyberlink
2

3  Wayne Louie
   ATI Technologies
4

   Mark Nielson
5  Microsoft Corp.

6  Jeffrey Norris
   Microsoft Corp.
7

8  Takeshi Numoto
   Microsoft Corp.
9

   Timothy Onders
10 Microsoft Corp.

11
   Kevin O'Neil
12 ATI Technologies

13 Eric Parthe
   Dell Inc.
14

15 Russell Paul-Jones
   Microsoft Corp.
16
   Lulu Peng
17 Cyberlink

18 Albert Penello
   Microsoft Corp.
19

20 Stan Pennington
   Microsoft Corp.
21

22 Stephen Pettigrew
   NVIDIA
23
   David Pike
24 Microsoft Corp.

25 Jordi Ribas
   Microsoft Corp.
26

27 John Schindler
   Gateway Inc.
28

Sudheer Sirivara
Microsoft Corp.

Scott Skroupa
Microsoft Corp.

Petr Slavik
Microsoft Corp.

Frederick Smith
Microsoft Corp.

Sridhar Srinivasan
Microsoft Corp.

Scott Stamps
Microsoft Corp.

Barry Steinglass
Microsoft Corp.

Gary Sullivan
Microsoft Corp.

Kenneth Sykes
Microsoft Corp.

Joseph Terry
Creative Technologies

Honder Tzou
Cyberlink

Gilman Wong
Microsoft Corp.

## II.     WITNESSES THAT PLAINTIFFS MAY CALL AT TRIAL

### A.     Witnesses That Plaintiffs May Call In Person

In addition to the witnesses identified above, Plaintiffs may call, and therefore reserve the

right to call, any of the following witnesses in person (or by deposition, if unavailable).

1  Rod Alferness
   Alcatel-Lucent
2  600 Mountain Avenue
   Murray Hill, NJ  07974-0636
3  (908) 582-8500

4
   David Bishop
5  Alcatel-Lucent
   600 Mountain Avenue
6  Murray Hill, NJ  07974-0636
   (908) 582-8500
7

8  Boaz Brickman
   Alcatel-Lucent
9  600 Mountain Avenue
   Murray Hill, NJ  07974-0636
10 (908) 582-8500

11
   William Carapezzi
12 14 Spring Lake Drive
   Far Hills, NJ  07931
13 (908) 582-8504

14
   Robert Carr
15 725 Euclid
   San Francisco, CA 94118
16 (415) 752-9302

17 Frank D'Amelio
   Alcatel-Lucent
18 600 Mountain Avenue
   Murray Hill, NJ  07974-0636
19 (908) 582-8500

20
   Benjamin Day
21 1 Bingham Avenue
   Rumson, NJ  07760
22 (732) 747-6142

23
   Donald Dinella
24 Alcatel-Lucent
   600 Mountain Avenue
25 Murray Hill, NJ  07974-0636
   (908) 582-8500
26

27

28

1  Joseph Feil
   Wilmington Trust Company
2  Rodney Square North
3  1100 North Market Street
   Wilmington, DE  19890-0001
4  (302) 651-1606

5  Barry Freedman
   Alcatel-Lucent
6  600 Mountain Avenue
7  Murray Hill, NJ  07974-0636
   (908) 582-8500
8
   William Frezza
9  Adams Capital Management
   245 First Street
10 18th Floor
11 Cambridge, MA 02142
   (617) 444-8620
12
   Alexander Gillon
13 20 Longview Drive
   Sedona, AZ  86336
14 (928) 282-1090

15
   Eugene Indyk
16 Alcatel-Lucent
   600 Mountain Avenue
17 Murray Hill, NJ  07974-0636
   (908) 582-8500
18
19 Thomas Jackson
   Powell Goldstein LLP
20 901 New York Avenue, NW
   Washington, DC 20001-4413
21 (202) 347-0066

22
   Robert Jones
23 1609 Broadway
   Suite 205
24 Bellingham, WA  98225
   (360) 671-1847
25
26 Jerrold Kaplan
   124 Stonehedge Road
27 Hillsborough, CA  94010
   (650) 340-9686
28

1   Laura Kaster
    84 Heather Lane
2   Princeton, NJ 08540
    (908) 230-1666
3

4   Barbara Landmann
    Alcatel-Lucent
5   600 Mountain Avenue
    Murray Hill, NJ  07974-0636
6   (908) 582-8500

7
    Christopher McCarthy
8   Alcatel-Lucent
    600 Mountain Avenue
9   Murray Hill, NJ  07974-0636
    (908) 582-8500
10

11  Arun Netravali
    10 Byron Court
12  Westfield, NJ  07090
    (908) 654-7763
13

14  William O'Shea
    61 Butternut Lane
15  Basking Ridge, NJ

16  Lawrence Padilla
    21 Argow Place
17  Nanuet, NY 10954

18
    Atul Puri
19  RealNetworks
    2601 Elliott Ave, Ste 1000
20  Seattle, WA 98121-3306
    (206) 674-2700
21

22  John Robbins
    24 Mountain Road
23  Ledgewood, NJ  07852
    (973) 252-7262
24

25  Stephen D Samuels
    10 Carbury Road
26  Ocean, NJ  07712
    (732) 493-8709
27

28

---

1    Bruce Schneider
     1153 Long Hill Road
2    Stirling, NJ  07980
3    (908) 647-4580

4    Roger Stricker
     IPLM Associates LLC
5    6 Kenneth Place
     Hampton, NJ  08827
6    (908) 730-6028

7
     James Tierney
8    15 Palma Vly
     Trabuco Canyon, CA 92679
9    (949) 459-9978

10
     Bernard Zucker
11   Alcatel-Lucent
     600 Mountain Avenue
12   Murray Hill, NJ  07974-0636
     (908) 582-8500
13
              **B.      Witnesses That Plaintiffs May Call By Deposition**
14
              Plaintiffs may call the following witnesses by deposition (by reading the transcript or
15
     showing the videotape of designated portions of the transcript) including, as applicable, in the
16
     capacity as Rule 30(b)(6) witnesses.  Plaintiffs also reserve the right to call any of the persons
17
     identified above by deposition if unavailable or otherwise appropriate.
18
     Todd Agulnick
19   3701 Divisadero Street,  #303
     San Francisco, CA  94123
20   (415) 885-8519

21
     Michael Barry
22   Gateway Inc.

23
     Henry Brendzel
24   5 Gilbert Place
     Milburn, NJ  07041
25
     Geoff Dunbar
26   Microsoft Corp.

27

28

1    Staffan Ericsson
     79 Carlton Street
2    Brookline, MA 02446

3
     Michael Farmer
4    Survivor Software

5    James Fleming
     1412 Calcutta Lane
6    Naperville, IL  60563
7    (630) 717-1078

8    Baryn Futa
     MPEG LA
9

10   Diana Gerhardt
     IBM

11
     Richard Gilly
12   525 Montgomery Road
     Lower Gwynedd, PA 19002
13

14   Geoff Harris
     Microsoft Corp.

15
     Barry Haskell
16   Apple Inc.

17   Tony Hoeber
     21786 Via Regina
18   Saratoga, CA  95070
19   (408) 868-9008

20   Scott Hung
     National Semiconductor
21

22   Kapu Kumar
     IPValue
23

24   Raoul LeConte
     10 Monterey Court
     Jackson, NJ  08527-4460
25   (732) 833-7980

26
     Frederick Luludis
27   3725 Southeast 12th Place
     Cape Coral, Florida 33904
28

1   Frank Liebenow
    Gateway Inc.
2

3   David Lowe
    Nimblefish
4   149 New Montgomery Street
    6th Floor
5   San Francisco, CA 94105
    (415) 247-7014
6

7   Robert Moline
    PricewaterhouseCoopers
8

    Harry Newman
9   220 Rock Ridge Drive
    Sedona, Arizona 86336
10  (928) 282-2072

11
    Michael Ouye
12  PSS Systems, Inc.
    535 Middlefield Road, Suite 120
13  Menlo Park, CA  94025
    (650) 752-0960, ext. 119
14

15  Marshall Phelps
    Microsoft Corp.
16

    Matt Rainey
17  Intellectual Ventures
    1756 114th Ave SE, Suite 110
18  Bellevue, WA 98004
    (425) 467-4749
19

20  Amir Raubvogel
    Fenwick & West LLP
21  801 California Street
    Mountain View, CA 94041
22

23  David Rossmere
    Lumanate, Inc.
24

    Ken Rubenstein
25  MPEG LA

26
    Richard Scharphorst
27  259 Wyncote Road
    Jenkintown, PA
28



1   John Sideris

2   Gerald Soloway
3   6 Brookview Court
    Holmdel, NJ  07733
4   (732) 946-2918

5   Mary Van Deusen
    34 Archer Street, P.O. Box 1080
6   Wrentham, Massachusetts 02093

7
    William Verplank
8   Stanford University

9   Joseph Vierra
    2567 Phelan Avenue
10  Hayward, CA 94545

11
    Mark Walker
12  IBM

13  John Weresh
    Microsoft Corp.
14

15  Bradley Williamson
    Microsoft Corp.
16
    Peter Williamson
17  Microsoft Corp.

18  Keith Wilson
    IPValue
19

20  Leonard Zwik
    Dell Inc.
21
    Dated: January 14, 2008
22

23                                          Respectfully submitted,
24
                              By:          s/David A. Hahn
25                                   David A. Hahn, SBN 125784
                                     HAHN & ADEMA
26                                   501 West Broadway, Suite 1600
                                     San Diego, California  92101-3595
27                                   Telephone:  (619) 235-2100
                                     Facsimile:  (619) 235-2101
28

PLAINTIFFS' COMBINED TRIAL WITNESS LIST          19          Case No. 07-CV-2000 H (CAB), severed from
                                                             Case No. 02-CV-2060 B (CAB), Case No. 03-CV-0699 B (CAB),
                                                             and Case No. 03-CV-1108 B (CAB)

1

2          John M. Desmarais (admitted *pro hac vice*)
           Robert A. Appleby (admitted *pro hac vice*)
3          James E. Marina (admitted *pro hac vice*)
           KIRKLAND & ELLIS LLP
4          153 East 53rd Street
           New York, New York  10022
5          Telephone:  (212) 446-4800
           Facsimile:  (212) 446-4900

6          Attorneys for *Lucent Technologies Inc.*
           and *Multimedia Patent Trust*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28