| | |
|---|---|
| 1 | David A. Hahn, SBN 125784 |
| | HAHN & ADEMA |
| 2 | 501 West Broadway, Suite 1600 |
| | San Diego, California 92101-3595 |
| 3 | Telephone (619) 235-2100 |
| | Facsimile  (619) 235-2101 |

Attorneys for *Lucent Technologies Inc.*
*and Multimedia Patent Trust*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases: |
| Plaintiffs and Counterclaim-Defendants, | 02-CV-2060 B (CAB) |
| | 03-CV-0699 B (CAB) |
| v. | 03-CV-1108 B (CAB) |
| GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., | **PLAINTIFFS' COMBINED TRIAL EXHIBIT LIST** |
| | Date:        February 20, 2008 |
| | Time:        9:00 A.M. |
| | Courtroom:   13, 5th Floor |
| Defendants and Counter-claimants, | Honorable Marilyn L. Huff |
| and | |
| MICROSOFT CORPORATION, | |
| Intervenor and Counter-claimant, | |
| MICROSOFT CORPORATION, | |
| Plaintiff and Counter-Defendant, | |
| v. | |
| LUCENT TECHNOLOGIES INC., | |
| Defendant and Counter-claimant., | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | |
| Plaintiffs, | |
| v. | |
| DELL INC., | |
| Defendant. | |

PLAINTIFFS' COMBINED TRIAL EXHIBIT LIST

Case No. 07-CV-2000 H (CAB), consisting of matters severed from consolidated cases:  02-CV-2060 B (CAB), 03-CV-0699 B (CAB), 03-CV-1108 B (CAB)

1  Attached hereto as Exhibit A is Plaintiffs' Combined Trial Exhibit List. Lucent and
2  Multimedia Patent Trust ("Plaintiffs") reserve the right to offer any exhibit listed on Defendants'
3  Trial Exhibit Lists. Plaintiffs further reserve the right to supplement this Exhibit List after reviewing
4  Defendants' pretrial disclosures, including Defendants' Memoranda of Contentions of Fact and Law
5  and Defendants' Trial Exhibit Lists.

Dated: January 14, 2008

By:     s/David A. Hahn
David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

John M. Desmarais (admitted *pro hac vice*)
Robert A. Appleby (admitted *pro hac vice*)
James Marina (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for *Lucent Technologies Inc. and Multimedia Patent Trust*