James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C.  20005-3096
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

Attorneys for *Dell Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br>    Plaintiffs and Counterclaim-defendants, <br><br>v. <br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br>    Defendants and Counter-claimants, <br><br>and <br><br>MICROSOFT CORPORATION, <br><br>    Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br>Case No. 02-CV-2060-B (CAB) <br>Case No. 03-CV-0699-B (CAB) <br>Case No. 03-CV-1108-B (CAB) <br><br>**NOTICE OF ERRATA CORRECTING AND RESUBMITTING (1) DELL INC.'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 AND (2) THE CONFIDENTIAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DELL INC.'S MOTION IN LIMINE NO. 2** <br><br>Judge Marilyn L. Huff <br><br>Hearing: February 11, 2008, 10:30 a.m. <br>Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 | Plaintiff and Counter-defendant, |
| 3 | v. |
| 4 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 5 | |
| 6 | Defendants and Counter-claimants, |
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 8 | |
| 9 | Plaintiffs and Counterclaim-defendants, |
| 10 | v. |
| 11 | DELL INC., |
| 12 | Defendant and Counter-claimant. |

**PLEASE TAKE NOTICE** that Dell Inc. ("Dell") submits this Notice of Errata correcting and resubmitting its Notice of Motion and Motion in Limine No. 1: Exclude Damages Testimony on Quicken, Money and Stand-Alone Outlook from the Untimely Second Supplemental Expert Report of Wayne A. Hoeberlein and Validity Testimony from the Untimely Declaration of Bernd Girod ("Motion in Limine No. 1") and its confidential Memorandum of Point and Authorities in Support of Dell Inc.'s Motion in Limine No. 2: The Testimony of Roger Smith Regarding Royalty Rates and Royalty Base Should Be Excluded ("Memo in Support of Motion in Limine No. 2").

The document title of the Motion in Limine No. 1 incorrectly stated that it was the Notice of Motion and Motion in Limine No. 3.  Likewise, the document title for the confidential Memo in Support of Motion in Limine No. 2, which was filed with the Clerk's office this afternoon, incorrectly stated that it was the Memorandum of Points and Authorities in Support of Dell Inc.'s Motion in Limine No. 4.  The title of the redacted, publicly filed version of this document is correct. Only the titles of the documents were changed.

Dell hereby resubmits and respectfully requests that the Court accept the corrected Motion in Limine No. 1, filed concurrently with this Notice.  Dell will file a corrected version of its confidential Memo in Support of Motion in Limine No. 2 with the Clerk's office tomorrow morning.

January 14, 2008                           ARNOLD & PORTER LLP
                                           James S. Blackburn
                                           Joseph A. Micallef

                                           McDERMOTT WILL & EMERY LLP
                                           Joel M. Freed


                                           By:  James S. Blackburn
                                                James S. Blackburn
                                                james.blackburn@aporter.com
                                                Attorney for Dell Inc.

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)