1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
3  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
4

5  Joel M. Freed (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
   600 Thirteenth Street, N.W.
6  Washington, D.C. 20005-3096
   Telephone: (202) 756-8000
7  Facsimile: (202) 756-8087

8  Joseph A. Micallef (admitted *pro hac vice*)
   ARNOLD & PORTER LLP
9  555 Twelfth Street, N.W.
   Washington, D.C. 20004-1206
10 Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
11
   Attorneys for Dell Inc.
12

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>　　Plaintiffs and Counterclaim-defendants,<br><br>　　v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060-B (CAB)<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**DELL INC.'S CORRECTED NOTICE OF MOTION AND MOTION IN LIMINE NO. 1: EXCLUDE DAMAGES TESTIMONY ON QUICKEN, MONEY AND STAND-ALONE OUTLOOK FROM THE UNTIMELY SECOND SUPPLEMENTAL EXPERT REPORT OF WAYNE A. HOEBERLEIN AND VALIDITY TESTIMONY FROM THE UNTIMELY DECLARATION OF BERND GIROD**<br><br>Judge Marilyn L. Huff<br><br>Hearing: February 11, 2008, 10:30 a.m.<br>Location: Courtroom 13, 5th Floor |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff and Counter-defendant, | ) |
| v. | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Defendants and Counter-claimants, | ) |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) |
| Plaintiffs and Counterclaim-defendants, | ) |
| v. | ) |
| DELL INC., | ) |
| Defendant and Counter-claimant. | ) |

1  TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, on February 11, 2008, at 10:30 a.m., or as soon thereafter as
3  the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States
4  District Court, located at 880 Front Street, San Diego, California 92101, defendant and
5  counterclaim-plaintiff Dell Inc. ("Dell") will move, and hereby does move, the Court to preclude
6  plaintiffs and Lucent Technologies Inc.'s expert Mr. Wayne Hoeberlein from providing any
7  testimony or argument at trial regarding damages based on Quicken, Money and stand-alone
8  Outlook and precluding plaintiffs and plaintiffs' expert Mr. Bernd Girod from providing any
9  testimony or argument at trial regarding the validity of the Haskell '226 patent on the issue of the
10 coding of interpolation error.

11 This motion is based upon this Notice of Motion and Motion, the Memorandum of Points
12 and Authorities, and the Declaration of James S. Blackburn in Support of Dell Inc.'s Motions in
13 Limine Nos. 1-5 and accompanying exhibits, each of which are concurrently filed herewith, the
14 pleadings, records, and files in this action, any reply papers that may be filed, and upon such other
15 and further evidence and argument as may be properly presented prior to and at the hearing on the
16 Motion.

17

18 January 14, 2008                          ARNOLD & PORTER LLP
                                             James S. Blackburn
19                                           Joseph A. Micallef

20                                           McDERMOTT WILL & EMERY LLP
                                             Joel M. Freed
21

22
                                             By: /s/James S. Blackburn
23                                               James S. Blackburn
                                                 james.blackburn@aporter.com
24                                               Attorney for Dell Inc.

25

26

27

28

- 1 -