James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, <br><br> Plaintiffs and Counterclaim-defendants, <br><br> v. <br><br> GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br> Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervener and Counter-claimant, | Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: <br> Case No. 02-CV-2060-B (CAB) <br> Case No. 03-CV-0699-B (CAB) <br> Case No. 03-CV-1108-B (CAB) <br><br><br> **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, ) |
| 2 | )  Plaintiff and Counter-defendant, ) |
| 3 | v. ) |
| 4 | LUCENT TECHNOLOGIES INC. and ) MULTIMEDIA PATENT TRUST, ) |
| 5 | ) |
| 6 | Defendants and Counter-claimants, ) |
| 7 | LUCENT TECHNOLOGIES INC. and ) MULTIMEDIA PATENT TRUST, ) |
| 8 | Plaintiffs and Counterclaim-defendants, ) |
| 9 | v. ) |
| 10 | DELL INC., ) |
| 11 | Defendant and Counter-claimant. ) |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 555 12th Street, N.W., Washington, DC 20004.

I HEREBY CERTIFY that on this 14th day of January 2008, in Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB), and Case No. 03-CV-1108-B (CAB), I caused a copy of the following documents to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L. R. 5.4:

1. Notice of Errata Correcting and Resubmitting (1) Dell Inc.'s Notice of Motion and Motion in Limine No. 1 and (2) the Confidential Memorandum of Points and Authorities in Support of Dell Inc.'s Motion in Limine No. 2;

2. Dell Inc.'s Corrected Notice of Motion and Motion in Limine No. 1: Exclude Damages Testimony on Quicken, Money and Stand-Alone Outlook from the Untimely Second Supplemental Expert Report of Wayne A. Hoeberlein and Validity Testimony from the Untimely Declaration of Bernd Girod; and

3. The confidential Corrected Memorandum of Point and Authorities in Support of Dell Inc.'s Motion in Limine No. 2: The Testimony of Roger Smith Regarding Royalty Rates and Royalty Base Should Be Excluded.

A true and complete copy of the above named document was served on counsel listed below by the indicated methods:

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

David Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101
dhahn@hahnadema.com
sfrost@hahnadema.com

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

**VIA ELECTRONIC MAIL**

Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND & ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY  10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
jmafale@kirkland.com


Christopher S. Marchese
John E. Gartman
Jennifer Bettencourt
Susie Rodriguez
Donna Rousseau
John Thornburgh
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099
marchese@fr.com
gartman@fr.com
bettencourt@fr.com
srodriguez@fr.com
thornburgh@fr.com


Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
106 East 6th Street, Suite 800
Austin, TX  78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com
lawrence.fluker@dechert.com


David J. Zubkoff
SELTZER, CAPLAN, MCMAHON & VITEK
750 "B" Street, Suite 2100
San Diego, California 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

1
2         I declare that I am a member of the bar of this Court at whose direction the service was
3    made. I declare under penalty of perjury that the above is true and correct. Executed on January
4    14, 2007 at Los Angeles, California.
5
6                        By:   /s/James S. Blackburn
                          James S. Blackburn
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)