David A. Hahn (SBN 125784)
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

Attorney for Plaintiffs *Lucent Technologies Inc.*
and *Multimedia Patent Trust*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs,<br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants,<br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener. | Case No. 07-CV-2000-H (CAB)<br><br>consisting of matters severed from consolidated cases:<br><br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0699 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**DECLARATION OF JENNIFER J. SCHMIDT IN SUPPORT OF LUCENT'S AND MULTIMEDIA PATENT TRUST'S MOTIONS IN LIMINE**<br><br>Date:       February 11, 2008<br>Time:       10:30 A.M.<br>Courtroom:  13<br>Judge:      Hon. Marilyn L. Huff |
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs,<br>v.<br><br>DELL INC.,<br><br>Defendant. | |

I, Jennifer J. Schmidt, declare as follows:

1. I am an attorney and an associate in the law firm of Kirkland & Ellis LLP, counsel for Lucent Technologies Inc. ("Lucent") and Multimedia Patent Trust. If called to testify as a witness, I could and would competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Lucent's February 24, 2004 First Set of Interrogatories to Dell (Nos. 1-21).

3. Attached hereto as Exhibit 2 is a true and correct copy of Lucent's February 24, 2004 First Set of Interrogatories to Gateway (Nos. 1-20).

4. Attached hereto as Exhibit 3 is a true and correct copy of Lucent's February 24, 2004 First Set of Interrogatories to Microsoft (Nos. 1-19).

5. Attached hereto as Exhibit 4 is a true and correct copy of Lucent's Group 2 Motion in Limine No. 6 to Preclude Expert Testimony re Microsoft's Conclusory and Unsupported Allegations of Non-Infringing Alternatives.

6. Attached hereto as Exhibit 5 is a true and correct copy of Lucent's Group 3 Motion in Limine No. 6 to Preclude Expert Testimony re Allegations of Non-Infringing Alternatives.

7. Attached hereto as Exhibit 6 is a true and correct copy of Lucent's Group 4 Motion in Limine No. 6 to Preclude Expert Testimony re Allegations of Non-Infringing Alternatives.

8. Attached hereto as Exhibit 7 is a true and correct copy of Lucent's Group 2 Motion in Limine No. 7 to Preclude Microsoft from Presenting Evidence and Argument re Future Trials.

9. Attached hereto as Exhibit 8 is a true and correct copy of Lucent's May 27, 2004 First Supplemental Response to Interrogatory Nos. 1, 2, 7 and 8 from Microsoft, Dell, and Gateway.

10. Attached hereto as Exhibit 9 is a true and correct copy of Lucent's May 21, 2004 Second Set of Interrogatories to Dell (Nos. 22-23).

11. Attached hereto as Exhibit 10 is a true and correct copy of Dell's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,383,272 to Netravali, et al.

12. Attached hereto as Exhibit 11 is a true and correct copy of Dell's October 16, 2007 Eighth Supplemental Response to Lucent's First Set of Interrogatories **[FILED UNDER SEAL]**.

13. Attached hereto as Exhibit 12 is a true and correct copy of Dell's December 21, 2007 [Ninth] Eighth Supplemental Response to Lucent's First Set of Interrogatories.

14. Attached hereto as Exhibit 13 is a true and correct copy of Dell's December 6, 2005 Fifth Supplemental Response to Lucent's First Set of Interrogatories (Nos. 1-21).

15. Attached hereto as Exhibit 14 is a true and correct copy of Dell's September 2, 2005 Fourth Supplemental Response to Lucent's First Set of Interrogatories (No. 15) **[FILED UNDER SEAL]**.

16. Attached hereto as Exhibit 15 is a true and correct copy of Dell's January 27, 2006 Second Supplemental Response to Lucent's Second Set of Interrogatories (Nos. 22-23).

17. Attached hereto as Exhibit 16 is a true and correct copy of Dell's Memorandum of Points and Authorities in Support of Its Motion of Non-Infringement on the Asserted Claims of U.S. Patent No. 5,347,295 to Agulnick et. al.

18. Attached hereto as Exhibit 17 is a true and correct copy of Dell's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment on the Asserted Claims of U.S. Patent No. 4,439,759 to Fleming, et. al.

19. Attached hereto as Exhibit 18 is a true and correct copy of Gateway's December 19, 2007 Supplemental Response to Lucent's Interrogatory Nos 1, 2 and 4 **[FILED UNDER SEAL]**.

20. Attached hereto as Exhibit 19 is a true and correct copy of Gateway's March 29, 2004 Objections and Responses to Lucent's First Set of Interrogatories to Gateway (Nos. 1-20).

21. Attached hereto as Exhibit 20 is a true and correct copy of Gateway's April 13, 2007 Objections and Responses to Multimedia Patent Trust's First Set of Interrogatories and Lucent's Fourth Set of Interrogatories.

22. Attached hereto as Exhibit 21 is a true and correct copy of Gateway's October 9, 2007 Supplemental Response to Lucent's Interrogatory Nos. 1, 2 and 4 **[FILED UNDER SEAL]**.

23. Attached hereto as Exhibit 22 is a true and correct copy of Gateway's Group 4 Motion in Limine No. 3: Lucent Should be Precluded from Seeking Damages for the Day Patent on the Entire Computer.

24. Attached hereto as Exhibit 23 is a true and correct copy of Microsoft's October 5, 2007 Eighth Supplemental Response to Lucent's First Set of Interrogatories (No. 1).

25. Attached hereto as Exhibit 24 is a true and correct copy of Microsoft's November 16, 2007 Ninth Supplemental Initial Disclosures.

26. Attached hereto as Exhibit 25 is a true and correct copy of Microsoft's July 25, 2005 Responses to Topics in Stadnick 6/24/05 Letter **[FILED UNDER SEAL]**.

27. Attached hereto as Exhibit 26 is a true and correct copy of Microsoft's Memorandum of Points and Authorities in Support of Its Group 2 Motion in Limine No. 4: Lucent Should be Precluded from Presenting a Damages Model Based on the Price of Third Party Computers Rather than Microsoft's Software.

28. Attached hereto as Exhibit 27 is a true and correct copy of Microsoft's Group 4 Motion in Limine No. 6: Lucent Should be Precluded from Presenting an Entire Market Value Theory of Damages at Trial.

29. Attached hereto as Exhibit 28 is a true and correct copy of a December 30, 2005 Letter from Scott Samay to Bryan Farney, Christopher Marchese and Joel Freed.

30. Attached hereto as Exhibit 29 is a true and correct copy of the Court's February 24, 2004 Order Construing Claims for U.S. Patent No. 5,347,295.

31. Attached hereto as Exhibit 30 is a true and correct copy of the Court's November 15, 2005 Order Construing Claims for U.S. Patent No. 4,439,759.

32. Attached hereto as Exhibit 31 is a true and correct copy of the Court's August 9, 2005 Order Granting-in-Part and Denying-in-Part Microsoft's Motion for Partial Summary Judgment that Claims 13, 14, 15, 16, and 17 of U.S. Patent No. 5,227,878 are Invalid under 35 U.S.C. § 112(2).

33. Attached hereto as Exhibit 32 is a true and correct copy of a January 4, 2006 fax from the Court to Robert Appleby attaching a new trial schedule in Case No. 02cv2060.

34. Attached hereto as Exhibit 33 is a true and correct copy of the Court's January 9, 2006 Order Following Discovery Conference.

35. Attached hereto as Exhibit 34 is a true and correct copy of the Court's June 7, 2007 Scheduling Order for Groups 1, 4, 5 and 6 Patents.

36. Attached hereto as Exhibit 35 is a true and correct copy of the U.S. Patent and Trademark's October 5, 2007 Order Granting the Request for Ex Parte Reexamination of U.S. Patent No. 4,958,226.

37. Attached hereto as Exhibit 36 is a true and correct copy of the U.S. Patent and Trademark's August 16, 2007 Order Granting the Request for Ex Parte Reexamination of U.S. Patent No. 4,363,272.

38. Attached hereto as Exhibit 37 is a true and correct copy of the Court's January 8, 2007 Order on Motions in Limine for Group 2 Trial.

39. Attached hereto as Exhibit 38 is a true and correct copy of the Court's February 16, 2007 Minute Order on Motions in Limine for Group 3 Trial.

40. Attached hereto as Exhibit 39 is a true and correct copy of the Court's April 30, 2007 Order on Motions in Limine for the Group 4 Trial Concerning U.S. Patent Nos. 4,763,356 and 5,347,295.

41. Attached hereto as Exhibit 40 is a true and correct copy of the Court's March 8, 2007 Order Granting Summary Adjudication of No Infringement of U.S. Patent No. 5,347,295.

42. Attached hereto as Exhibit 41 is a true and correct copy of the Court's May 15, 2007 Order Granting Lucent's Motion to Strike and Denying Gateway's Motion for Summary Judgment for Invalidity of U.S. Patent No. 4,763,356.

43. Attached hereto as Exhibit 42 is a true and correct copy of the Court's May 15, 2007 Order Granting Summary Judgment of No Infringement of U.S. Patent No. 4,582,956 and Mooting Parties' Cross-Motions on the Affirmative Defense of Implied License.

44. Attached hereto as Exhibit 43 is a true and correct copy of the October 12, 2007 Supplemental Rebuttal Expert Report of Professor Bernd Girod re Validity of Lucent's 4,383,272 and 4,958,226 Patents.

45. Attached hereto as Exhibit 44 is a true and correct copy of the March 31, 2006 Expert Report of Edward J. Delp III **[FILED UNDER SEAL]**.

46. Attached hereto as Exhibit 45 is a true and correct copy of the September 14, 2007 Expert Report of Edward J. Delp III re Obviousness.

47. Attached hereto as Exhibit 46 is a true and correct copy of the October 16, 2007 Supplemental Expert Report of the Honorable Gerald J. Mossinghoff on U.S. Patent No. 4,958,226 granted to Haskell et al.

48. Attached hereto as Exhibit 47 is a true and correct copy of October 16, 2007 Supplemental Expert Report of the Honorable Gerald J. Mossinghoff on U.S. Patent No. 4,383,272 granted to Netravali et al.

49. Attached hereto as Exhibit 48 is a true and correct copy of the December 27, 2007 Third Supplemental Expert Report of Wayne A. Hoeberlein re Damages for Video Coding Patents **[FILED UNDER SEAL]**.

50. Attached hereto as Exhibit 49 is a true and correct copy of the December 27, 2007 Third Supplemental Expert Report of Wayne A. Hoeberlein re Damages for User Interface Patents **[FILED UNDER SEAL]**.

51. Attached hereto as Exhibit 50 is a true and correct copy of the May 12, 2006 Rebuttal Expert Report of Dr. Robert G. Wedig on the Noninfringement of U.S. Patent No. 4,439,759 **[FILED UNDER SEAL]**.

52. Attached hereto as Exhibit 51 is a true and correct copy of the September 14, 2007 Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent No. 4,439,759.

53. Attached hereto as Exhibit 52 is a true and correct copy of the October 12, 2007 Expert Report of Jean Renard Ward relating to the Supplemental Expert Report of John P.J. Kelly, Ph.D. re Lucent's Agulnick Patent.

54. Attached hereto as Exhibit 53 is a true and correct copy of the September 14, 2007 Supplemental Expert Report of John P.J. Kelly, Ph.D. on Invalidity of U.S. Patent No. 5,347,295.

55. Attached hereto as Exhibit 54 is a true and correct copy of the May 12, 2006 Expert Report of David P. Kaplan re User Interface Patents **[FILED UNDER SEAL]**.

1      56.     Attached hereto as Exhibit 55 is a true and correct copy of the May 12, 2006 Expert
2  Report of David P. Kaplan re Video Coding Patents **[FILED UNDER SEAL]**.
3      57.     Attached hereto as Exhibit 56 is a true and correct copy of document produced by
4  Gateway in this action bearing production numbers GW-LT 422215-24.
5      58.     Attached hereto as Exhibit 57 is a true and correct copy of the January 9, 2008
6  Supplemental Expert Report of David P. Kaplan re Video Coding Patents, Day Patent, Agulnick
7  Patent, and Fleming Patent **[FILED UNDER SEAL]**.
8      59.     Attached hereto as Exhibit 58 is a true and correct copy of the May 12, 2006 Expert
9  Report of Brian W. Napper re U.S. Patent 4,763,356 **[FILED UNDER SEAL]**.
10     60.     Attached hereto as Exhibit 59 is a true and correct copy of the May 12, 2006 Expert
11 Report of Brian W. Napper re U.S. Patent 5,347,295 **[FILED UNDER SEAL]**.
12     61.     Attached hereto as Exhibit 60 is a true and correct copy of the May 12, 2006 Expert
13 Report of Brian W. Napper re Video Coding Patent **[FILED UNDER SEAL]**.
14     62.     Attached hereto as Exhibit 61 is a true and correct copy of the August 11, 2006
15 Expert Report of Brian W. Napper re Microsoft's XBox 360 Console Alleged Use of Video Coding
16 Patent **[FILED UNDER SEAL]**.
17     63.     Attached hereto as Exhibit 62 is a true and correct copy of the January 9, 2008
18 Supplemental Expert Report of Brian W. Napper re Video Coding Patent 4,958,226 and Patents
19 4,763,356 and 5,347,295 **[FILED UNDER SEAL]**.
20     64.     Attached hereto as Exhibit 63 is a true and correct copy of Exhibit 30 to the August
21 11, 2006 Expert Report of Brian W. Napper re Microsoft's XBox 360 Console Alleged Use of Video
22 Coding Patent **[FILED UNDER SEAL]**.
23     65.     Attached hereto as Exhibit 64 is a true and correct copy of Exhibit 95 to the May 12,
24 2006 Expert Report of Brian W. Napper re Video Coding Patent **[FILED UNDER SEAL]**.
25     66.     Attached hereto as Exhibit 65 is a true and correct copy of excerpts from the January
26 3, 2007 Pretrial Conference Hearing Transcript.
27     67.     Attached hereto as Exhibit 66 is a true and correct copy of excerpts from the February
28 16, 2007 Pretrial Conference Hearing Transcript.

68. Attached hereto as Exhibit 67 is a true and correct copy of excerpts from the March 15, 2007 Telephonic Status Hearing Transcript.

69. Attached hereto as Exhibit 68 is a true and correct copy of excerpts from the May 11, 2007 Motion Hearing Transcript.

70. Attached hereto as Exhibit 69 is a true and correct copy of excerpts from the September 8, 2004 Markman Hearing Transcript.

71. Attached hereto as Exhibit 70 is a true and correct copy of excerpts from the April 5, 2006 deposition transcript of David Bishop **[FILED UNDER SEAL]**.

72. Attached hereto as Exhibit 71 is a true and correct copy of excerpts from the January 23, 2006 deposition transcript of Staffan Ericcson.

73. Attached hereto as Exhibit 72 is a true and correct copy of excerpts from the December 15, 2005 deposition transcript of Barry Haskell **[FILED UNDER SEAL]**.

74. Attached hereto as Exhibit 73 is a true and correct copy of excerpts from the August 25, 2005 deposition transcript of George Kokkosoulis **[FILED UNDER SEAL]**.

75. Attached hereto as Exhibit 74 is a true and correct copy of excerpts from the June 29, 2006 deposition transcript of Brian Napper **[FILED UNDER SEAL]**.

76. Attached hereto as Exhibit 75 is a true and correct copy of excerpts from the March 14, 2006 deposition transcript of Takeshi Numoto **[FILED UNDER SEAL]**.

77. Attached hereto as Exhibit 76 is a true and correct copy of excerpts from the May 3, 2006 deposition transcript of William O'Shea **[FILED UNDER SEAL]**.

78. Attached hereto as Exhibit 77 is a true and correct copy of excerpts from the November 8, 2007 deposition transcript of Jean Pec.

79. Attached hereto as Exhibit 78 is a true and correct copy of a document produced by Dell in this action bearing production number DELL 366800.

80. Attached hereto as Exhibit 79 is a true and correct copy of excerpts from the January 12, 2006 deposition transcript of Richard Scharphorst **[FILED UNDER SEAL]**.

81. Attached hereto as Exhibit 80 is a true and correct copy of excerpts from the January 11, 2006 deposition transcript of James Tierney taken by Dell, Inc **[FILED UNDER SEAL]**.

82. Attached hereto as Exhibit 81 is a true and correct copy of excerpts from the December 17, 2007 deposition transcript of Mary Van Deusen.

83. Attached hereto as Exhibit 82 is a true and correct copy of excerpts from the October 23, 2007 deposition transcript of Robert Wedig **[FILED UNDER SEAL]**.

84. Attached hereto as Exhibit 83 is a true and correct copy of Exhibit 41 to the Declaration of Jordan Malz in Support of Lucent's Motions in Limine re '457 and '080 Patents.

85. Attached hereto as Exhibit 84 is a true and correct copy of Exhibit 72 to the Declaration of Jordan Malz in Support of Lucent's Motions in Limine re '457 and '080 Patents.

86. Attached hereto as Exhibit 85 is a true and correct copy of the July 12, 2007 Request for Ex Parte Reexamination of U.S. Patent No. 4,383,272.

87. Attached hereto as Exhibit 86 is a true and correct copy of the July 16, 2007 Request for Ex Parte Reexamination of U.S. Patent No. 4,958,226.

88. Attached hereto as Exhibit 87 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 0018322-23 **[FILED UNDER SEAL]**.

89. Attached hereto as Exhibit 88 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 0019142-46 **[FILED UNDER SEAL]**.

90. Attached hereto as Exhibit 89 is a true and correct copy of a document produced by Lucent in this action bearing production number LUC 0027163A **[FILED UNDER SEAL]**.

91. Attached hereto as Exhibit 90 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1000102-07 **[FILED UNDER SEAL]**.

92. Attached hereto as Exhibit 91 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1000198-99 **[FILED UNDER SEAL]**.

93. Attached hereto as Exhibit 92 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1000208-11 **[FILED UNDER SEAL]**.

94. Attached hereto as Exhibit 93 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1000463-66 **[FILED UNDER SEAL]**.

95. Attached hereto as Exhibit 94 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1002823-46 **[FILED UNDER SEAL]**.

96. Attached hereto as Exhibit 95 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1005664-84 **[FILED UNDER SEAL]**.

97. Attached hereto as Exhibit 96 is a true and correct copy of a document produced by Lucent in this action bearing production number LUC 1027961 **[FILED UNDER SEAL]**.

98. Attached hereto as Exhibit 97 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1032024-29 **[FILED UNDER SEAL]**.

99. Attached hereto as Exhibit 98 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1043505-08 **[FILED UNDER SEAL]**.

100. Attached hereto as Exhibit 99 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1043769-72 **[FILED UNDER SEAL]**.

101. Attached hereto as Exhibit 100 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1044049-54 **[FILED UNDER SEAL]**.

102. Attached hereto as Exhibit 101 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1053033-49 **[FILED UNDER SEAL]**.

103. Attached hereto as Exhibit 102 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1055620-31 **[FILED UNDER SEAL]**.

104. Attached hereto as Exhibit 103 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1069933-46 **[FILED UNDER SEAL]**.

105. Attached hereto as Exhibit 104 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1073266-92 **[FILED UNDER SEAL]**.

106. Attached hereto as Exhibit 105 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1083707-08 **[FILED UNDER SEAL]**.

107. Attached hereto as Exhibit 106 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1125884-907 **[FILED UNDER SEAL]**.

108. Attached hereto as Exhibit 107 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1127856-58 **[FILED UNDER SEAL]**.

109. Attached hereto as Exhibit 108 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1279688-91 **[FILED UNDER SEAL]**.

110. Attached hereto as Exhibit 109 is a true and correct copy of a document produced by Microsoft in this action bearing production number MSLT_0115294 **[FILED UNDER SEAL]**.

111. Attached hereto as Exhibit 110 is a true and correct copy of a document produced by Microsoft in this action bearing production numbers MSLT_0746585-630 **[FILED UNDER SEAL]**.

112. Attached hereto as Exhibit 111 is a true and correct copy of a document produced by Microsoft in this action bearing production number MSLT_1220331 **[FILED UNDER SEAL]**.

113. Attached hereto as Exhibit 112 is a true and correct copy of a document produced by Microsoft in Civil Action No. 06-cv-0684 bearing production number CCMS_0128826 **[FILED UNDER SEAL]**.

114. Attached hereto as Exhibit 113 is a true and correct copy of a document produced by Microsoft in Civil Action No. 06-cv-0684 bearing production number CCMS_0129887 **[FILED UNDER SEAL]**.

115. Attached hereto as Exhibit 114 is a true and correct copy of a document produced by Microsoft in Civil Action No. 06-cv-0684 bearing production numbers CCMS_0132004-05 **[FILED UNDER SEAL]**.

116. Attached hereto as Exhibit 115 is a true and correct copy of Dell's January 11, 2008 Notice of Subpoena and Deposition of OCLC Online Computer Library Center, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6).

117. Attached hereto as Exhibit 116 is a true and correct copy of the May 12, 2006 Expert Report of David P. Kaplan re Fleming Patent **[FILED UNDER SEAL]**.

118. Attached hereto as Exhibit 117 is a true and correct copy of a document produced by Lucent in this action bearing production numbers LUC 1314252-411.

119. Attached hereto as Exhibit 118 is a true and correct copy of Dell's Reply in Support of Its Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,958,226; 4,383,272; and 4,763,356.

120.   Attached hereto as Exhibit 119 is a true and correct copy of Dell's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment on the Asserted Claim of U.S. Patent No. 4,958,226 to Haskell.

121.   Attached hereto as Exhibit 120 is a true and correct copy of the Court's July 5, 2007 Order Granting-in-Part, Denying-in-Part and Deferring-in-Part- Dell's Motions for Summary Judgment on U.S. Patent Nos. 4,958,226 and 4,383,272.

122.   Attached hereto as Exhibit 121 is a true and correct copy of the March 31, 2006 Expert Report of Jake Richter **[FILED UNDER SEAL]**.

123.   Attached hereto as Exhibit 122 is a true and correct copy of the Court's May 16, 2007 Order Granting-in-Part and Denying-in-Part Dell's and Gateway's Motions for No Infringement of U.S. Patent No. 4,439,759.

124.   Attached hereto as Exhibit 123 is a true and correct copy of excerpts from the December 10, 2007 deposition transcript of Robert Long.

125.   Attached hereto as Exhibit 124 is a true and correct copy of the July 3, 2007 Request for Ex Parte Reexamination of U.S. Patent No. 4,763,356.

126.   Attached hereto as Exhibit 125 is a true and correct copy of the July 24, 2007 Request for Ex Parte Reexamination of U.S. Patent No. 4,439,759.

127.   Attached hereto as Exhibit 126 is a true and correct copy of the October 26, 2007 Supplemental Expert Report of the Honorable Gerald J. Mossinghoff on U.S. Patent No. 4,439,759 granted to Fleming et al.

128.   Attached hereto as Exhibit 127 is a true and correct copy of the U.S. Patent and Trademark's June 14, 2007 Order Granting the Request for Ex Parte Reexamination of U.S. Patent No. 4,763,356.

129.   Attached hereto as Exhibit 128 is a true and correct copy of the U.S. Patent and Trademark's October 22, 2007 Order Granting the Request for Ex Parte Reexamination of U.S. Patent No. 4,439,759.

130.   Attached hereto as Exhibit 129 is a true and correct copy of the May 3, 2007 Request for Ex Parte Reexamination of U.S. Patent No. 4,763,356.

131. Attached hereto as Exhibit 130 is a true and correct copy excerpts from the January 8, 2008 motion hearing transcript.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 14th day of January 2008 at New York, New York.

By: *Jennifer Schmidt*

Jennifer J. Schmidt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Index

| Tab | Exhibit |
|---|---|
| 1 | Lucent's February 24, 2004 First Set of Interrogatories to Dell (Nos. 1-21) |
| 2 | Lucent's February 24, 2004 First Set of Interrogatories to Gateway (Nos. 1-20) |
| 3 | Lucent's February 24, 2004 First Set of Interrogatories to Microsoft (Nos. 1-19) |
| 4 | Lucent's Group 2 Motion in Limine No. 6 to Preclude Expert Testimony re Microsoft's Conclusory and Unsupported Allegations of Non-Infringing Alternatives |
| 5 | Lucent's Group 3 Motion in Limine No. 6 to Preclude Expert Testimony re Allegations of Non-Infringing Alternatives |
| 6 | Lucent's Group 4 Motion in Limine No. 6 to Preclude Expert Testimony re Allegations of Non-Infringing Alternatives |
| 7 | Lucent's Group 2 Motion in Limine No. 7 to Preclude Microsoft from Presenting Evidence and Argument re Future Trials |
| 8 | Lucent's May 27, 2004 First Supplemental Response to Interrogatory Nos. 1, 2, 7 and 8 from Microsoft, Dell, and Gateway |
| 9 | Lucent's May 21, 2004 Second Set of Interrogatories to Dell (Nos. 22-23) |
| 10 | Dell's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment of Invalidity on the Asserted Claim of U.S. Patent No. 4,383,272 to Netravali, et al |
| 11 | Dell's October 16, 2007 Eighth Supplemental Response to Lucent's First Set of Interrogatories **[FILED UNDER SEAL]** |
| 12 | Dell's December 21, 2007 [Ninth] Eighth Supplemental Response to Lucent's First Set of Interrogatories |
| 13 | Dell's December 6, 2005 Fifth Supplemental Response to Lucent's First Set of Interrogatories (Nos. 1-21) |
| 14 | Dell's September 2, 2005 Fourth Supplemental Response to Lucent's First Set of Interrogatories (No. 15) **[FILED UNDER SEAL]** |
| 15 | Dell's January 27, 2006 Second Supplemental Response to Lucent's Second Set of Interrogatories (Nos. 22-23) |
| 16 | Dell's Memorandum of Points and Authorities in Support of Its Motion of Non-Infringement on the Asserted Claims of U.S. Patent No. 5,347,295 to Agulnick. et. al |
| 17 | Dell's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment on the Asserted Claims of U.S. Patent No. 4,439,759 to Fleming, et. al |
| 18 | Gateway's December 19, 2007 Supplemental Response to Lucent's Interrogatory Nos 1, 2 and 4 **[FILED UNDER SEAL]** |
| 19 | Gateway's March 29, 2004 Objections and Responses to Lucent's First Set of Interrogatories to Gateway (Nos. 1-20) |

| 20 | Gateway's April 13, 2007 Objections and Responses to Multimedia Patent Trust's First Set of Interrogatories and Lucent's Fourth Set of Interrogatories |
|---|---|
| 21 | Gateway's October 9, 2007 Supplemental Response to Lucent's Interrogatory Nos. 1, 2 and 4 **[FILED UNDER SEAL]** |
| 22 | Gateway's Group 4 Motion in Limine No. 3: Lucent Should be Precluded from Seeking Damages for the Day Patent on the Entire Computer |
| 23 | Microsoft's October 5, 2007 Eighth Supplemental Response to Lucent's First Set of Interrogatories (No. 1) |
| 24 | Microsoft's November 16, 2007 Ninth Supplemental Initial Disclosures |
| 25 | Microsoft's July 25, 2005 Responses to Topics in Stadnick 6/24/05 Letter **[FILED UNDER SEAL]** |
| 26 | Microsoft's Memorandum of Points and Authorities in Support of Its Group 2 Motion in Limine No. 4: Lucent Should be Precluded from Presenting a Damages Model Based on the Price of Third Party Computers Rather than Microsoft's Software |
| 27 | Microsoft's Group 4 Motion in Limine No. 6: Lucent Should be Precluded from Presenting an Entire Market Value Theory of Damages at Trial |
| 28 | December 30, 2005 Letter from Scott Samay to Bryan Farney, Christopher Marchese and Joel Freed |
| 29 | February 24, 2004 Order Construing Claims for U.S. Patent No. 5,347,295 |
| 30 | November 15, 2005 Order Construing Claims for U.S. Patent No. 4,439,759 |
| 31 | August 9, 2005 Order Granting-in-Part and Denying-in-Part Microsoft's Motion for Partial Summary Judgment that Claims 13, 14, 15, 16, and 17 of U.S. Patent No. 5,227,878 are Invalid under 35 U.S.C. § 112(2) |
| 32 | January 4, 2006 fax from the Court to Robert Appleby attaching a new trial schedule in Case No. 02cv2060 |
| 33 | January 9, 2006 Order Following Discovery Conference |
| 34 | June 7, 2007 Scheduling Order for Groups 1, 4, 5 and 6 Patents |
| 35 | U.S. Patent and Trademark's October 5, 2007 Order Granting the Request for Ex Parte Reexamination of U.S. Patent No. 4,958,226 |
| 36 | U.S. Patent and Trademark's August 16, 2007 Order Granting the Request for Ex Parte Reexamination of U.S. Patent No. 4,363,272 |
| 37 | January 8, 2007 Order on Motions in Limine for Group 2 Trial |
| 38 | February 16, 2007 Minute Order on Motions in Limine for Group 3 Trial |
| 39 | April 30, 2007 Order on Motions in Limine for the Group 4 Trial Concerning U.S. Patent Nos. 4,763,356 and 5,347,295 |
| 40 | March 8, 2007 Order Granting Summary Adjudication of No Infringement of U.S. Patent No. 5,347,295 |
| 41 | May 15, 2007 Order Granting Lucent's Motion to Strike and Denying Gateway's Motion for Summary Judgment for Invalidity of U.S. Patent No. 4,763,356 |
| 42 | May 15, 2007 Order Granting Summary Judgment of No Infringement of U.S. Patent No. 4,582,956 and Mooting Parties' Cross-Motions on the Affirmative Defense of Implied License |
| 43 | October 12, 2007 Supplemental Rebuttal Expert Report of Professor Bernd Girod re Validity of Lucent's 4,383,272 and 4,958,226 Patents |
| 44 | March 31, 2006 Expert Report of Edward J. Delp III **[FILED UNDER SEAL]** |
| 45 | September 14, 2007 Expert Report of Edward J. Delp III re Obviousness |

| 46 | October 16, 2007 Supplemental Expert Report of the Honorable Gerald J. Mossinghoff on U.S. Patent No. 4,958,226 granted to Haskell et al |
|---|---|
| 47 | October 16, 2007 Supplemental Expert Report of the Honorable Gerald J. Mossinghoff on U.S. Patent No. 4,383,272 granted to Netravali et al |
| 48 | December 27, 2007 Third Supplemental Expert Report of Wayne A. Hoeberlein re Damages for Video Coding Patents **[FILED UNDER SEAL]** |
| 49 | December 27, 2007 Third Supplemental Expert Report of Wayne A. Hoeberlein re Damages for User Interface Patents **[FILED UNDER SEAL]** |
| 50 | May 12, 2006 Rebuttal Expert Report of Dr. Robert G. Wedig on the Noninfringement of U.S. Patent No. 4,439,759 **[FILED UNDER SEAL]** |
| 51 | September 14, 2007 Supplemental Expert Report of Dr. Robert G. Wedig on the Invalidity of U.S. Patent No. 4,439,759 |
| 52 | October 12, 2007 Expert Report of Jean Renard Ward relating to the Supplemental Expert Report of John P.J. Kelly, Ph.D. re Lucent's Agulnick Patent |
| 53 | September 14, 2007 Supplemental Expert Report of John P.J. Kelly, Ph.D. on Invalidity of U.S. Patent No. 5,347,295 |
| 54 | May 12, 2006 Expert Report of David P. Kaplan re User Interface Patents **[FILED UNDER SEAL]** |
| 55 | May 12, 2006 Expert Report of David P. Kaplan re Video Coding Patents **[FILED UNDER SEAL]** |
| 56 | Document produced by Gateway in this action bearing production numbers GW-LT 422215-24 |
| 57 | January 9, 2008 Supplemental Expert Report of David P. Kaplan re Video Coding Patents, Day Patent, Agulnick Patent, and Fleming Patent **[FILED UNDER SEAL]** |
| 58 | May 12, 2006 Expert Report of Brian W. Napper re U.S. Patent 4,763,356 **[FILED UNDER SEAL]**. |
| 59 | May 12, 2006 Expert Report of Brian W. Napper re U.S. Patent 5,347,295 **[FILED UNDER SEAL]** |
| 60 | May 12, 2006 Expert Report of Brian W. Napper re Video Coding Patent **[FILED UNDER SEAL]** |
| 61 | August 11, 2006 Expert Report of Brian W. Napper re Microsoft's XBox 360 Console Alleged Use of Video Coding Patent **[FILED UNDER SEAL]** |
| 62 | January 9, 2008 Supplemental Expert Report of Brian W. Napper re Video Coding Patent 4,958,226 and Patents 4,763,356 and 5,347,295 **[FILED UNDER SEAL]** |
| 63 | Exhibit 30 to the August 11, 2006 Expert Report of Brian W. Napper re Microsoft's XBox 360 Console Alleged Use of Video Coding Patent **[FILED UNDER SEAL]** |
| 64 | Exhibit 95 to the May 12, 2006 Expert Report of Brian W. Napper re Video Coding Patent **[FILED UNDER SEAL]** |
| 65 | Excerpts from the January 3, 2007 Pretrial Conference Hearing Transcript |
| 66 | Excerpts from the February 16, 2007 Pretrial Conference Hearing Transcript |
| 67 | Excerpts from the March 15, 2007 Telephonic Status Hearing Transcript |
| 68 | Excerpts from the May 11, 2007 Motion Hearing Transcript |
| 69 | Excerpts from the September 8, 2004 Markman Hearing Transcript |

| 70 | Excerpts from the April 5, 2006 deposition transcript of David Bishop **[FILED UNDER SEAL]** |
|---|---|
| 71 | Excerpts from the January 23, 2006 deposition transcript of Staffan Ericcson |
| 72 | Excerpts from the December 15, 2005 deposition transcript of Barry Haskell **[FILED UNDER SEAL]** |
| 73 | Excerpts from the August 25, 2005 deposition transcript of George Kokkosoulis **[FILED UNDER SEAL]** |
| 74 | Excerpts from the June 29, 2006 deposition transcript of Brian Napper **[FILED UNDER SEAL]** |
| 75 | Excerpts from the March 14, 2006 deposition transcript of Takeshi Numoto **[FILED UNDER SEAL]** |
| 76 | Excerpts from the May 3, 2006 deposition transcript of William O'Shea **[FILED UNDER SEAL]** |
| 77 | Excerpts from the November 8, 2007 deposition transcript of Jean Pec |
| 78 | Document produced by Dell in this action bearing production number DELL 366800 |
| 79 | Excerpts from the January 12, 2006 deposition transcript of Richard Scharphorst |
| 80 | Excerpts from the January 11, 2006 deposition transcript of James Tierney taken by Dell, Inc **[FILED UNDER SEAL]** |
| 81 | Excerpts from the December 17, 2007 deposition transcript of Mary Van Deusen |
| 82 | Excerpts from the October 23, 2007 deposition transcript of Robert Wedig **[FILED UNDER SEAL]** |
| 83 | Exhibit 41 to the Declaration of Jordan Malz in Support of Lucent's Motions in Limine re '457 and '080 Patents |
| 84 | Exhibit 72 to the Declaration of Jordan Malz in Support of Lucent's Motions in Limine re '457 and '080 Patents |
| 85 | July 12, 2007 Request for Ex Parte Reexamination of U.S. Patent No. 4,383,272 |
| 86 | July 16, 2007 Request for Ex Parte Reexamination of U.S. Patent No. 4,958,226 |
| 87 | Document produced by Lucent in this action bearing production numbers LUC 0018322-23 **[FILED UNDER SEAL]** |
| 88 | Document produced by Lucent in this action bearing production numbers LUC 0019142-46 **[FILED UNDER SEAL]** |
| 89 | Document produced by Lucent in this action bearing production number LUC 0027163A **[FILED UNDER SEAL]** |
| 90 | Document produced by Lucent in this action bearing production numbers LUC 1000102-07 **[FILED UNDER SEAL]** |
| 91 | Document produced by Lucent in this action bearing production numbers LUC 1000198-99 **[FILED UNDER SEAL]** |
| 92 | Document produced by Lucent in this action bearing production numbers LUC 1000208-11 **[FILED UNDER SEAL]**. |
| 93 | Document produced by Lucent in this action bearing production numbers LUC 1000463-66 **[FILED UNDER SEAL]** |
| 94 | Document produced by Lucent in this action bearing production numbers LUC 1002823-46 **[FILED UNDER SEAL]** |

| | |
|---|---|
| 95 | Document produced by Lucent in this action bearing production numbers LUC 1005664-84 **[FILED UNDER SEAL]** |
| 96 | Document produced by Lucent in this action bearing production number LUC 1027961 **[FILED UNDER SEAL]** |
| 97 | Document produced by Lucent in this action bearing production numbers LUC 1032024-29 **[FILED UNDER SEAL]** |
| 98 | Document produced by Lucent in this action bearing production numbers LUC 1043505-08 **[FILED UNDER SEAL]** |
| 99 | Document produced by Lucent in this action bearing production numbers LUC 1043769-72 **[FILED UNDER SEAL]** |
| 100 | Document produced by Lucent in this action bearing production numbers LUC 1044049-54 **[FILED UNDER SEAL]** |
| 101 | Document produced by Lucent in this action bearing production numbers LUC 1053033-49 **[FILED UNDER SEAL]** |
| 102 | Document produced by Lucent in this action bearing production numbers LUC 1055620-31 **[FILED UNDER SEAL]** |
| 103 | Document produced by Lucent in this action bearing production numbers LUC 1069933-46 **[FILED UNDER SEAL]** |
| 104 | Document produced by Lucent in this action bearing production numbers LUC 1073266-92 **[FILED UNDER SEAL]** |
| 105 | Document produced by Lucent in this action bearing production numbers LUC 1083707-08 **[FILED UNDER SEAL]** |
| 106 | Document produced by Lucent in this action bearing production numbers LUC 1125884-907 **[FILED UNDER SEAL]** |
| 107 | Document produced by Lucent in this action bearing production numbers LUC 1127856-58 **[FILED UNDER SEAL]** |
| 108 | Document produced by Lucent in this action bearing production numbers LUC 1279688-91 **[FILED UNDER SEAL]** |
| 109 | Document produced by Microsoft in this action bearing production number MSLT_0115294 **[FILED UNDER SEAL]** |
| 110 | Document produced by Microsoft in this action bearing production numbers MSLT_0746585-630 **[FILED UNDER SEAL]** |
| 111 | Document produced by Microsoft in this action bearing production number MSLT_1220331 **[FILED UNDER SEAL]** |
| 112 | Document produced by Microsoft in Civil Action No. 06-cv-0684 bearing production number CCMS_0128826 **[FILED UNDER SEAL]** |
| 113 | Document produced by Microsoft in Civil Action No. 06-cv-0684 bearing production number CCMS_0129887 **[FILED UNDER SEAL]** |
| 114 | Document produced by Microsoft in Civil Action No. 06-cv-0684 bearing production numbers CCMS_0132004-05 **[FILED UNDER SEAL]** |
| 115 | Dell's January 11, 2008 Notice of Subpoena and Deposition of OCLC Online Computer Library Center, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) |
| 116 | May 12, 2006 Expert Report of David P. Kaplan re Fleming Patent **[FILED UNDER SEAL]** |
| 117 | Document produced by Lucent in this action bearing production numbers LUC 1314252-411 |

| 118 | Dell's Reply in Support of Its Motion for Partial Summary Judgment of No Willful Infringement of the Asserted Claims of U.S. Patent Nos. 4,958,226; 4,383,272; and 4,763,356 |
|---|---|
| 119 | Dell's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment on the Asserted Claim of U.S. Patent No. 4,958,226 to Haskell |
| 120 | July 5, 2007 Order Granting-in-Part, Denying-in-Part and Deferring-in-Part-Dell's Motions for Summary Judgment on U.S. Patent Nos. 4,958,226 and 4,383,272 |
| 121 | March 31, 2006 Expert Report of Jake Richter **[FILED UNDER SEAL]** |
| 122 | May 16, 2007 Order Granting-in-Part and Denying-in-Part Dell's and Gateway's Motions for No Infringement of U.S. Patent No. 4,439,759 |
| 123 | Excerpts from the December 10, 2007 deposition transcript of Robert Long |
| 124 | July 3, 2007 Request for Ex Parte Reexamination of U.S. Patent No. 4,763,356 |
| 125 | July 24, 2007 Request for Ex Parte Reexamination of U.S. Patent No. 4,439,759 |
| 126 | October 26, 2007 Supplemental Expert Report of the Honorable Gerald J. Mossinghoff on U.S. Patent No. 4,439,759 granted to Fleming et al. |
| 127 | U.S. Patent and Trademark's June 14, 2007 Order Granting the Request for Ex Parte Reexamination of U.S. Patent No. 4,763,356 |
| 128 | U.S. Patent and Trademark's October 22, 2007 Order Granting the Request for Ex Parte Reexamination of U.S. Patent No. 4,439,759 |
| 129 | May 3, 2007 Request for Ex Parte Reexamination of U.S. Patent No. 4,763,356. |
| 130 | Excerpts from the January 8, 2008 motion hearing transcript |