# SCHMIDT DECLARATION EXHIBIT 24

1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Christopher S. Marchese (SBN 170239)
3  Fish & Richardson P.C.
   12390 El Camino Real
4  San Diego, California 92130
   Telephone:   (858) 678-5070
5  Facsimile:   (858) 678-5099

6  Stephen P. McGrath (SBN 202696)
   Microsoft Corporation
7  One Microsoft Way
   Redmond, WA 98052
8  Telephone:   (425) 882-8080
   Facsimile:   (425) 936-7329
9
   Attorneys for Intervenor/Counter-claimant
10 and Plaintiff/Counter-defendant
   MICROSOFT CORPORATION
11
                    UNITED STATES DISTRICT COURT
12
                   SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases: |
| 15       Plaintiff and Counterclaim-defendant, | 02-CV-2060 B (CAB) |
| | 03-CV-0699 B (CAB) |
| 16  v. | 03-CV-1108 B (CAB) |
| 17  GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY | **MICROSOFT CORPORATION'S NINTH SUPPLEMENTAL INITIAL** |
| 18  COMPANIES, INC., GATEWAY MANUFACTURING LLC and | **DISCLOSURES** |
| 19  COWABUNGA ENTERPRISES, INC., | |
| 20       Defendants and Counter-claimants, | |
| 21  and | |
| 22  MICROSOFT CORPORATION, | |
| 23       Intervenor and Counter-claimant, | |
| 24  MICROSOFT CORPORATION, | |
| 25       Plaintiff and Counter-defendant, | |
| 26  v. | |
| 27  LUCENT TECHNOLOGIES INC., | |
| 28       Defendant and Counter-claimant, | |

Exhibit 24
Page 000452

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and |
| 2 | MULTIMEDIA PATENT TRUST, |
| 3 |     Plaintiff, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 |     Defendant. |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Microsoft Corporation makes the following Ninth Supplemental Initial Disclosures.

## GENERAL STATEMENT

Microsoft reserves the right to further supplement or review the information disclosed below, consistent with the Federal Rules of Civil Procedure and any applicable Court orders. By making these disclosures, Microsoft does not waive any applicable privilege, work product, objections made in Microsoft's previous initial disclosures, or other objection, and reserves its right to object to the production or admissibility of any information included in the categories described below.

**A.    Identification of Individuals- Rule 26(a)(1)(A).**

In addition to the individuals listed in Microsoft's previous initial disclosures, Microsoft believes the following individuals have discoverable information that Microsoft may use to support its claims or defenses. Microsoft further believes that these individuals are already known to Lucent or MPT from the depositions, expert reports, and documents in this case. Nevertheless, Microsoft supplements its initial disclosures to clearly identify the additional witnesses that may have relevant information and to notify Lucent and MPT of witnesses that may be called at trial by Microsoft. Microsoft reserves the right to supplement this list and identify additional individuals at a later date.

/ / /

/ / /

/ / /

/ / /

Exhibit 24
Page 000453

| NAME | CONTACT INFORMATION | SUBJECT |
|---|---|---|
| Hans-Georg Musmann | Dept. of Communications Engineering and Information Processing University of Hanover Germany | Haskell '226 Prior Art; Dr. Musmann will testify re the Micke Thesis and the accessibility of the TNT library at the University of Hanover |
| Kenji Sugiyama | Kenji Sugiyama Faculty of Science and TechnologySeikei UniversityMusashino-shi, Japan | Haskell '226 Prior Art |
| Larry Horn Ken Rubenstein | 250 Steele Street, Suite 300, Denver, CO 80206 303-331-1879 | MPEG LA MPEG-2 patent pool; AT&T, Alcatel, and Lucent's involvement in same |
| Gerard deBlasi | 991 Route 22 West Bridgewater, NJ 08807 | Licensing Trustee and Litigation Trustee for MPT; information regarding the formation, operation, purpose and/or maintenance of MPT. Executive at IP Value Management, Inc., knowledgeable about the licensing and/or enforcement of the patents-in-suit and other patents owned by MPT. |
| Kupa Kumar | 991 Route 22 West Bridgewater, NJ 08807 | Executive at IP Value Management, Inc., knowledgeable about the licensing and/or enforcement of the patents-in-suit and any other patents owned by MPT. |
| Laura Kaster | AT&T Corp. One AT&T Way Bedminster, NJ 07921 | Trust Advisor for MPT; information regarding the formation, operation, purpose and/or maintenance of MPT. Knowledgeable about the licensing and/or enforcement of the patents-in-suit and other patents owned by MPT. |

3    Case No. 07-CV-2000 H (CAB)

Exhibit 24
Page 000454

| NAME | CONTACT INFORMATION | SUBJECT |
|------|--------------------|---------|
| Joseph B. Feil | Wilmington Trust Company<br>Rodney Square North<br>1100 N. Market Street<br>Wilmington, DE  19890 | Administrative Trustee of the MPT information regarding the formation, operation, purpose and/or maintenance of MPT.<br><br>Knowledgeable about the licensing and/or enforcement of the patents-in-suit and other patents owned by MPT. |
| Boaz Brickman<br>Barbara Landmann<br>Christopher Malvone<br>Christopher McCarthy<br>Gregory Murgia<br>Ozer Teitelbaum<br>Bernard Zucker<br>William Carapezzi<br>Frank D'Amelio | Lucent Technologies, Inc.<br>600 Mountain Avenue<br>Murray Hill, NJ 07974<br>908-582-8500 | Formation, operation, purpose, and/or maintenance of MPT.<br><br>Knowledgeable about the licensing and/or enforcement of the patents-in-suit and other patents owned by MPT. |
| John Sideris | Lucent Technologies, Inc.<br>600 Mountain Avenue<br>Murray Hill, NJ 07974<br>908-582-8500 | Formation, operation, purpose and/or maintenance of MPT. Alcatel and Alcatel-Lucent's participation in the MPEG LA.<br><br>Knowledgeable about the licensing and/or enforcement of the patents-in-suit and other patents owned by MPT. |
| Francois Brun | Alcatel-Lucent, France; Baker Botts LLP | Lucent – Alcatel Merger, Alcatel's participation in MPEG-LA, settlement discussions, licensing, enforcement, and negotiations between Microsoft and Alcatel. |
| Ulrecht Knecht | Alcatel-Lucent, France; Baker Botts LLP | Lucent – Alcatel Merger, Alcatel's participation in MPEG-LA, settlement discussions, licensing, enforcement, and negotiations between Microsoft and Alcatel. |

Exhibit 24
Page 000455

| NAME | CONTACT INFORMATION | SUBJECT |
|---|---|---|
| Oliver Beaujaurd | Alcatel-Lucent, France; Baker Botts LLP | Lucent – Alcatel Merger, Alcatel's participation in MPEG-LA, settlement discussions, licensing, enforcement, and negotiations between Microsoft and Alcatel. |
| William Lise | Rm 405, 1-403-4 Kosugimachi Nakahara-ku Kawasaki 211-0063, Japan | Translation of foreign prior art documents related to the video patents |
| Noriko Shiraishi | 1·3·6 Asagaya-Minami, Suginami-ku, Tokyo, Japan | Translation of foreign prior art documents related to the video patents |
| Michael Tyler | 1915 Straits View Drive Belvedere-Tiburon, CA 94920-1820 (415) 288-2150 | Invalidity of the '356 Day patent |
| John Verity | 377 Vose Ave. South Orange, NJ 07079 (973) 763-1241 | Invalidity of the '356 Day patent |
| Robert Long | West Highlands Three Gates Lane Haslemere, Surry, GU27 2ET +44 7788 672 096 | Invalidity of the '356 Day patent |
| John Annaloro | 4408 Shore Drive NW Gig Harbor, WA 98335 (253) 224-5279 | Invalidity of the '356 Day patent |
| Paul Kosinski | 34 Archer Street, #1080 Wrentham, MA 02093 (508) 384-2526 | Prior art witnesses for the '295 patent |
| Joonki Kim | 146 Barton Road White Plains, NY 10605 (914) 997-1081 | Prior art witnesses for the '295 patent |
| Mary Van Deusen | 34 Archer Street, #1080 Wrentham, MA 02093 (508) 384-2526 | Prior art witnesses for the '295 patent |

Exhibit 24
Page 000456

Microsoft's identifications are not an admission that these individuals' testimony would be admissible evidence or that discovery may properly be sought from them consistent with Rule 26. In addition, no direct contact with Microsoft employees is authorized.

Dated: November 16, 2007

FISH & RICHARDSON P.C.

By: /s/ Thomas N. Millikan
Thomas N. Millikan (SBN 234430)

Attorneys for Intervener, Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

The certify that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 5.4. Any other counsel of record will be served by facsimile, overnight delivery, or other overnight service.

On November 16, 2007, I caused a copy of the following document(s):

**MICROSOFT CORPORATION'S NINTH SUPPLEMENTAL INITIAL DISCLOSURES**

to be served on the interested parties in this action as follows:

| | |
|---|---|
| David A. Hahn<br>Hahn & Adema<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Telephone: (619) 235-2100<br>Facsimile: (619) 235-2101<br>**VIA FACSIMILE & ELECTRONIC MAIL** | Attorneys for Plaintiffs<br>MULTIMEDIA PATENT TRUST;<br>LUCENT TECHNOLOGIES INC.<br><br>Email: dhahn@hahnadema.com |
| David J. Zubkoff<br>Seltzer, Caplan, McMahon & Vitek<br>2100 Symphony Towers<br>750 B Street, Suite 2100<br>San Diego, CA 92101<br>Telephone: (619) 685-3003<br>Facsimile: (619) 702-6827<br>**VIA FACSIMILE & ELECTRONIC MAIL** | Attorneys for Defendants<br>GATEWAY, INC. and GATEWAY<br>COUNTRY STORES LLC<br><br>Email: zubkoff@scmv.com |
| James S. Blackburn<br>Arnold & Porter LLP - (L.A.)<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>**VIA FACSIMILE & ELECTRONIC MAIL** | Attorneys for Defendant<br>DELL INC.<br><br>Email: james_blackburn@aporter.com |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on November 16, 2007, at San Diego, California.

_Alma Truax-Padilla_

Exhibit 24
Page 000458

**COURTESY COPIES BY ELECTRONIC MAIL TO:**

Trial Counsel For Multimedia/Lucent:
John M. Desmarais/Paul Bondor/Michael Stadnick/Gregory Corbett
Kirkland & Ellis LLP
Citicorp Center
153 East 53rd Street
New York, NY 10022-4675
E-mail: jdesmarais@kirkland.com; pbondor@kirkland.com; gcorbett@kirkland.com; mstadnick@kirkland.com; jmafale@kirkland.com

Trial Counsel for Gateway:
Bryan Farney / Steven R. Daniels / Jeffrey B. Plies / Lawrence Fluker
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, TX 78701
Email:       bryan.farney@dechert.com; steven.daniels@dechert.com; jeff.plies@dechert.com; lawrence.fluker@dechert.com

Trial Counsel for Dell:
Ali R. Sharifahmadian, Esq.
Matthew Bathon, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
E-mail:       ali_sharifahmadian@aporter.com; Matthew_Bathon@aporter.com; Thomas_Wischer@aporter.com

Trial Counsel for Dell:
Joel Freed, Esq.
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Email:       jfreed@mwe.com


Courtesy Emails include:

| [XX] | **All documents filed/served** | All Pleadings filed or served were included in the email along with any exhibits |
| [ ] | **Main Pleading documents (without exhibits)** | All Main Pleading documents were included in the email, except for exhibits. Exhibits were over 50 pages long. As per our service agreement, a hard copy will follow via overnight mail. |