# SCHMIDT DECLARATION EXHIBIT 28

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Scott R. Samay
To Call Writer Directly:
(212) 446-4736
ssamay@kirkland.com

212 446-4800

www.kirkland.com

Facsimile:
212 446-4900
Dir. Fax: (212) 446-6460

December 30, 2005

**Via Facsimile and E-Mail**

Brian Farney, Esq.
Trent Campione, Esq.
Dewey Ballantine LLP
401 Congress Avenue
Suite 3200
Austin, Texas 78701

Christopher Marchese, Esq.
Justin M. Barnes, Esq.
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130

Joel Freed, Esq.
Sidney A. Rosenzweig, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1208

   Re: *Lucent v. Gateway, Inc. et al.*, Case No. 02-CV-2060-B (WMc),
     consolidated with Case No. 03-CV-0699-B (WMc) and
     Case No. 03-CV-1108-B (WMc)

Counsel:

   Pursuant to Magistrate Bencivengo's order, and based on discovery to date, Lucent discloses its current contentions relating to the actual notice of infringement provided to defendants with respect to the patents at issue in this litigation. Lucent reserves its right to modify or supplement these contentions as discovery progresses. To the extent that defendants agree with Lucent's notice dates as set forth below, please contact me so that the parties can enter an appropriate stipulation and avoid additional discovery relating to these matters:

   With respect to the Netravali '272 patent, Lucent provided Gateway with notice of its infringement by at least as early as April 2, 1998 at an in-person meeting at Gateway's Headquarters between, among others, Joseph Braski, James Tierney, David Rosenblatt and David Padnes for Lucent and George Clark, Mark Borgman and Michael Grubbs for Gateway. Lucent confirmed its assertions to Gateway in a letter dated May 7, 1998 from Tierney to Clark. (LUC 1000208-211) Lucent provided notice to Dell of its infringement at least as early as

Chicago  London  Los Angeles  Munich  San Francisco  Washington, D.C.

Exhibit 28
Page 000500

## KIRKLAND & ELLIS LLP

December 30, 2005
Page 2

October 20, 1998 at an meeting between, among others, Braski and Tierney for Lucent and Henry Garrana and Diana Roberts for Dell. The assertions were repeated in detail on December 16, 1998 in a follow-up meeting which also involved David Rosenblatt on behalf of Lucent. Lucent has not asserted the Netravali patent against Microsoft in this litigation.

With respect to the Haskell '226 patent, Lucent provided Gateway with notice of its infringement by at least as early as April 2, 1998 at an in-person meeting at Gateway's Headquarters between, among others, Braski, Tierney, Rosenblatt and Padnes for Lucent and Clark, Borgman and Grubbs for Gateway. Lucent confirmed its assertions to Gateway in a letter dated May 7, 1998 from Tierney to Clark. (LUC 1000208-211) Lucent provided notice to Dell of its infringement at least as early as October 20, 1998 at a meeting between, among others, Braski and Tierney for Lucent and Henry Garrana and Diane Roberts for Dell. The assertions were repeated in detail on December 16, 1998 in a follow-up meeting which also involved David Rosenblatt on behalf of Lucent. Although Microsoft was well aware of infringement beforehand by virtue of its indemnification obligations to accused computer manufacturers, Lucent provided additional notice of infringement to Microsoft on January 13, 2003 in a letter from Lucent's licensing agent to Dan Crouse of Microsoft. (MSLT 0446324-27) Fully aware of the accusations Lucent had made against computer manufacturers incorporating Microsoft products, Microsoft intervened in the original action against Gateway and brought declaratory judgment claims with respect to the alleged infringement of this patent on March 18, 2003. At the latest, Microsoft's filing is effective notice for damages purposes under 35 U.S.C. section 287.

With respect to the Jayant '676 patent, Lucent provided Gateway with notice of its infringement by at least as early as April 2, 1998 at an in-person meeting at Gateway's Headquarters between, among others, Braski, Tierney, Rosenblatt and Padnes for Lucent and Clark, Borgman and Grubbs for Gateway. Lucent confirmed its assertions to Gateway in a letter dated May 7, 1998 from Tierney to Clark. (LUC 1000208-211) Lucent provided notice to Dell of its infringement by at least as early as July 31, 2001 at a meeting in Austin, Texas between, among others, Stephen Samuels for Lucent and Garrana for Dell. Lucent's assertions were explained again at a follow-up meeting on January 10, 2002. Although Microsoft was well aware of infringement beforehand by virtue of its indemnification obligations to accused computer manufacturers, Lucent provided additional notice of infringement to Microsoft on January 13, 2003 in a letter from Lucent's licensing agent to Dan Crouse of Microsoft. (MSLT 0446324-27) Fully aware of the accusations Lucent had made against computer manufacturers incorporating Microsoft products, Microsoft intervened in the original action against Gateway and brought declaratory judgment claims with respect to the alleged infringement of this patent on March 18, 2003. At the latest, Microsoft's filing is effective notice for damages purposes under 35 U.S.C. section 287.

Exhibit 28
Page 000501

## KIRKLAND & ELLIS LLP

December 30, 2005
Page 3

      With respect to the Atal '954 patent, Lucent provided Gateway with notice of its infringement by at least as early as July 17, 2001 in correspondence from Samuels to, among others, Mark Walker (LUC 18694, 1000229, 1053144). Lucent provided notice to Dell of its infringement by at least as early as July 31, 2001 at a meeting in Austin, Texas between, among others, Samuels for Lucent and Garrana for Dell. Lucent's assertions were explained again at a follow-up meeting on January 10, 2002. Microsoft's April 8, 2003 filing of a declaratory judgment action relating to its infringement of the Atal '954 patent in this case is effective notice for damages purposes under 35 U.S.C. section 287.

      With respect to the Ketchum '781 patent, Lucent provided Gateway with notice of its infringement by at least as early as July 17, 2001 in correspondence from Samuels to, among others, Walker (LUC 18694, 1000229, 1053144). Lucent provided notice to Dell of its infringement by at least as early as July 31, 2001 at a meeting in Austin, Texas between, among others, Samuels for Lucent and Garrana for Dell. Lucent's assertions were explained again at a follow-up meeting on January 10, 2002. Microsoft's April 8, 2003 filing of a declaratory judgment action relating to its infringement of the Ketchum '781 patent in this case is effective notice for damages purposes under 35 U.S.C. section 287.

      With respect to the Torok '956 patent, Lucent provided Gateway with notice of its infringement by at least as early as April 2, 1998 at an in-person meeting at Gateway's Headquarters between, among others, Braski, Tierney, Rosenblatt and Padnes for Lucent and Clark, Borgman and Grubbs for Gateway. Lucent confirmed its assertions to Gateway in a letter dated May 7, 1998 from Tierney to Clark. (LUC 1000208-211) Lucent provided notice to Dell of its infringement at least as early as October 20, 1998 at a meeting between, among others, Braski and Tierney for Lucent and Garrana and Roberts for Dell. The assertions were repeated in detail on December 16, 1998 in a follow-up meeting which also involved David Rosenblatt on behalf of Lucent. Fully aware of the accusations Lucent had made against computer manufacturers incorporating Microsoft products, Microsoft intervened in the original action against Gateway and brought declaratory judgment claims with respect to the alleged infringement of this patent on March 18, 2003. At the latest, Microsoft's filing is effective notice for damages purposes under 35 U.S.C. section 287.

      With respect to the Hall '457 patent, Lucent has not asserted that patent against Gateway or Dell in this litigation. Although Microsoft was well aware of infringement beforehand by virtue of its indemnification obligations to accused computer manufacturers, Lucent provided additional notice of infringement to Microsoft on January 13, 2003 in a letter from Lucent's licensing agent to Dan Crouse of Microsoft. (MSLT 0446324-27). Microsoft's April 8, 2003 filing of a declaratory judgment action relating to its infringement of the Hall '457

Exhibit 28
Page 000502

# KIRKLAND & ELLIS LLP

December 30, 2005
Page 4

patent in this case is (at the very latest) effective notice for damages purposes under 35 U.S.C. section 287.

      With respect to the Johnston '938 patent, Lucent has not asserted that patent against Gateway or Dell in this litigation. Microsoft's April 8, 2003 filing of a declaratory judgment action relating to its infringement of the Johnston '938 patent in this case is effective notice for damages purposes under 35 U.S.C. section 287.

      With respect to the Ackerman '131 patent, Lucent has not asserted that patent against Gateway in this litigation. With respect to Dell and Microsoft, the Ackerman '131 patent is a patent containing only method claims and thus 35 U.S.C. section 287 does not restrict Lucent's ability to recover damages. Nonetheless, Lucent provided Dell with notice of its infringement of this patent at least as early as July 20, 2001 in an email from Samuels to, among others, Garrana (LUC 1049476). Additional details regarding Lucent's assertion were provided at a meeting July 31, 2001 in Austin, Texas between, among others, Samuels for Lucent and Garrana for Dell. Lucent provided Microsoft with notice of its infringement on January 13, 2003 in a letter from Lucent's licensing agent to Dan Crouse of Microsoft. (MSLT 0446324-27) On March 12, 2003, Lucent's agent presented in detail allegations of infringement against Microsoft products to Microsoft.

      With respect to the Agulnick '295 patent, Lucent informed Gateway on July 14, 2003 via letter from Maxine Graham to Steven Daniels that Lucent was adding allegations of infringement to the action filed on June 20, 2002. This notice to amend the complaint serves as notice of Gateway's infringement pursuant to 35 U.S.C. section 287. Lucent's filing of its complaint against Dell on February 20, 2003 serves as notice of Dell's infringement pursuant to 35 U.S.C. section 287. Although Microsoft was well aware of infringement beforehand by virtue of its indemnification obligations to accused computer manufacturers, Lucent provided additional notice of infringement to Microsoft on January 13, 2003 in a letter from Lucent's licensing agent to Dan Crouse of Microsoft. (MSLT 0446324-27). On March 12, 2003, Lucent's agent presented in detail allegations of infringement against Microsoft products to Microsoft.

      With respect to the Day '356 patent, Lucent provided Gateway with notice of its infringement by at least as early as August 7, 2001 during a telephone conference including, among others, Samuels and Indyk from Lucent and Walker and Gilly for Gateway. Lucent provided notice to Dell of its infringement by at least as early as July 31, 2001 at a meeting in Austin, Texas between, among others, Samuels for Lucent and Garrana for Dell. Lucent's assertions were explained again at a follow-up meeting on January 10, 2002. Although Microsoft was well aware of infringement beforehand by virtue of its indemnification obligations

Exhibit 28
Page 000503

## KIRKLAND & ELLIS LLP

December 30, 2005
Page 5

to accused computer manufacturers, Lucent provided additional notice of infringement to Microsoft on January 13, 2003 in a letter from Lucent's licensing agent to Dan Crouse of Microsoft. (MSLT 0446324-27). On March 12, 2003, Lucent's agent presented in detail allegations of infringement against Microsoft products to Microsoft. Six days later, on March 18, 2003, Microsoft intervened in the original action against Gateway and brought declaratory judgment claims with respect to the alleged infringement of this patent. At the very latest, Microsoft's filing is effective notice for damages purposes under 35 U.S.C. section 287.

      With respect to the Doughty '956 patent, Lucent provided Gateway with notice of its infringement by at least as early as April 2, 1998 at an in-person meeting at Gateway's Headquarters between, among others, Braski, Tierney, Rosenblatt and Padnes for Lucent and Clark, Borgman and Grubbs for Gateway. Lucent confirmed its assertions to Gateway in a letter dated May 7, 1998 from Tierney to Clark. (LUC 1000208-211) Lucent provided notice to Dell of its infringement at least as early as October 20, 1998 at a meeting between, among others, Braski and Tierney for Lucent and Garrana and Roberts for Dell. The assertions were repeated in detail on December 16, 1998 in a follow-up meeting which also involved David Rosenblatt on behalf of Lucent. Lucent has not asserted the Doughty '956 patent against Microsoft in this litigation.

      With respect to the Fleming '759 patent, Lucent provided Gateway with notice of its infringement by at least as early as April 2, 1998 at an in-person meeting at Gateway's Headquarters between, among others, Braski, Tierney, Rosenblatt and Padnes for Lucent and Clark, Borgman and Grubbs for Gateway. Lucent confirmed its assertions to Gateway in a letter dated May 7, 1998 from Tierney to Clark. (LUC 1000208-211) Lucent provided notice to Dell of its infringement at least as early as October 20, 1998 at a meeting between, among others, Braski and Tierney for Lucent and Garrana and Roberts for Dell. The assertions were repeated in detail on December 16, 1998 in a follow-up meeting which also involved David Rosenblatt on behalf of Lucent. Lucent has not asserted the Fleming '759 patent against Microsoft in this litigation.

Exhibit 28
Page 000504

## KIRKLAND & ELLIS LLP

December 30, 2005
Page 6

For ease of reference, Lucent summarizes below its current contentions regarding when notice of infringement was provided to each party for each applicable patent:

| **Patents-in-Suit** | **Notice to Gateway** | **Notice to Dell** | **Notice to Microsoft** |
|---|---|---|---|
| Netravali '272 | April 2, 1998 | October 20, 1998 | N/A |
| Haskell '226 | April 2, 1998 | October 20, 1998 | January 13, 2003 |
| Jayant '676 | April 2, 1998 | July 31, 2001 | January 13, 2003 |
| Atal '954 | July 17, 2001 | July 31, 2001 | April 8, 2003 |
| Ketchum '781 | July 17, 2001 | July 31, 2001 | April 8, 2003 |
| Torok '956 | April 2, 1998 | October 20, 1998 | March 18, 2003 |
| Hall '457 | N/A | N/A | January 13, 2003 |
| Johnston '938 | N/A | N/A | April 8, 2003 |
| Ackerman '131 | N/A | July 20, 2001 | January 13, 2003 |
| Agulnick '295 | July 14, 2003 | February 20, 2003 | January 13, 2003 |
| Day '356 | August 7, 2001 | July 31, 2001 | January 13, 2003 |
| Doughty '956 | April 2, 1998 | October 20, 1998 | N/A |
| Fleming '759 | April 2, 1998 | October 20, 1998 | N/A |

Sincerely,

Scott R. Samay

Exhibit 28
Page 000505