# SCHMIDT DECLARATION
# EXHIBIT 30



U.S. District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

FAX-IN-TIME NOTICE:
This fax is an official communication of the U.S. District Court for the Southern District of California. Please be aware that these are the only copies of these documents that you will receive unless specifically requested.

To: Robert Appleby

From: Clerk U.S. District Court

Date 11/17/05

Page 1 of 10

Fax queued: 11/17/05 at 09:39:10

CASE: 022060-CV #00371

CONFIDENTAL

Any questions about missing pages or unreadable copy, please call (619) 557-7667. The information contained in this facsimile message is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. If you have received this communication in error, please call us immediately. Thank you.

IMAGES OF CASE FILINGS NOW AVAILABLE ON THE INTERNET!

Web PACER provides users with browser access to dockets and scanned images of filed documents without leaving the comfort of their office/home. Document copies can now be obtained more quickly and without making a trip to the ClerkÆs Office. Users with a PACER account can visit http://pacer.casd.uscourts.gov/index.php via user i.d. and password for immediate Web PACER access to the Southern District of CAÆs docket and case filings. Links to other courtsÆ Web PACER sites can be found at http://pacer.psc.uscourts.gov/cgi-bin/links.pl. An access fee of $.07 per page viewed will be assessed. Those interested in establishing a PACER account can contact the PACER Service Center at (800) 676-6856 or register on line at www.pacer.psc.uscourts.gov.

Mail & fax related issues, such as incomplete or illegible pages, should be directed to
(619)557-7667.

FILED

05 NOV 16 AM 10:55

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LUCENT TECHNOLOGIES, INC.,

Plaintiff,

v.

GATEWAY, INC AND GATEWAY COUNTRY STORES LLC; and, MICROSOFT CORPORATION; and, DELL, INC.,

Defendants.

Civil No: 02CV2060-B(WMc); 03CV0699-B(WMc); 03CV1108-B(WMc)

**ORDER CONSTRUING CLAIMS FOR UNITED STATES PATENT NUMBER 4,439,759**

Before the Court is the matter of claims construction for U.S. Patent Number 4,439,759 ("the '759 Patent") in the above titled cases for patent infringement.[1] Pursuant to Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996), the Court conducted a

[1]Lucent originally filed two separate patent infringement actions, one against Defendant Gateway (02CV2060), and a second against Defendant Dell (03CV1108). Microsoft intervened in the action filed by Lucent against Gateway. Microsoft also filed a declaratory judgment action against Lucent (03CV0699) and Lucent filed counterclaims for patent infringement against Microsoft in that action. On July 7, 2003, the Court entered an order consolidating these three cases. There are a total of 15 different patents involved in these three cases collectively.

371

Markman hearing regarding construction of the disputed claim terms for the '759 Patent on July 6 and 7, 2005. Plaintiff Lucent Technologies, Inc. ("Lucent") was represented by the Kirkland & Ellis law firm, Defendant Gateway Inc. ("Gateway") was represented by the Dewey Ballantine law firm, Defendant Microsoft Corporation ("Microsoft") was represented by the law firm of Fish and Richardson and Defendant Dell, Inc. ("Dell") was represented by the Arnold and Porter law firm.

The purpose of the Markman hearing was for the Court, with the assistance of the parties, to prepare jury instructions interpreting the pertinent claims for all claim terms at issue in the '759 Patent. Additionally, the Court and the parties prepared a "case glossary" for terms found in the claims and the specification for the '759 Patent, considered to be technical in nature and which a jury of laypersons would not understand clearly without specific definition. As the case advances, the parties may request additional terms to be added to the glossary to further facilitate the jury's understanding of the disputed claims.

After careful consideration of the parties' arguments and the applicable statutes and case law, the Court **HEREBY CONSTRUES** all claim terms in dispute in the '759 Patent and **ISSUES** the relevant jury instructions as written in exhibit A, attached hereto. Further, the Court **HEREBY DEFINES** all pertinent technical terms as written in exhibit B, attached hereto.

IT IS SO ORDERED.

DATED: 11-15-05

[signature]
UNITED STATES SENIOR DISTRICT JUDGE

cc: All Parties
The Honorable William McCurine, Jr., United States Magistrate Judge

**EXHIBIT A**[2]

**UNITED STATES PATENT NUMBER 4,439,759**

| VERBATIM CLAIM LANGUAGE | COURT'S CLAIM CONSTRUCTION |
|---|---|
| **CLAIM 1**<br>In a digital image display system: | **CLAIM 1**<br>In a digital image **display system** [*hardware and software, needed to achieve a visible representation of information in a data-processing system*]: |
| a memory for storing color data values; | a **memory** [*a color map that stores a table of color data values indexed by numbers*] for storing **color data values** [*color components of a particular color (such as the red, green and blue (RGB) color components)*]; |
| processing means responsive to a predetermined command and data sequence comprising at least one command, the processing means decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values, the modes comprising | processing means responsive to a **predetermined command and data sequence** [*a command and data pattern having a known encoded meaning*] **comprising** [*including, but not limited to*] at least one command, the processing means **decoding** [*interpreting*] the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of **modes of access to** [*manners of retrieving*] color data values, the modes comprising<br><br>"Processing Means"<br>**Function:**<br>The function of this element is decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values |

[2]All terms appearing in bold face type and underlined have been construed by the court and appear with their definitions in the glossary in Exhibit B. The definition for each construed term appears in italics after its first use in the patent.

| | |
|---|---|
| | **Structure:** Data processor 1 programmed to perform the algorithm of boxes 301, 302, and 303 of Figure 3 and boxes 401, 402, 403, 404, 405, 407, 408, and 411 of Figure 4 (*See*, Col.5, line 60 - Col.6, line 19, Col.6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), lines 33-43). |
| a first mode of access wherein an in-use foreground color is directly specified as a color data value; | a first **mode of access** [*manner of retrieving*] wherein an **in-use foreground color** [*a color that will be used as the foreground color for subsequently received text and graphics drawing commands until changed*] is directly **specified as** [*called for by*] a **color data value**; |
| a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and | a second **mode of access** wherein the **in-use foreground color** is **specified as** an index into the **color memory** [*a color map that stores a table of color data values indexed by numbers*]; and |
| a third mode of access wherein the in-use foreground color and an in-use background color are specified as indexes into the color memory; and | a third **mode of access** wherein the **in-use foreground color** and an **in-use background color** [*a color that will be used as the background color for subsequently received text and graphics drawing commands until changed*] are **specified as** indexes into the **color memory**; and |
| display means responsive to the processing means, the display means displaying the colors associated with the color data values accessed by the selected mode. | display means responsive to the processing means, the display means displaying the colors associated with the **color data values** accessed by the selected mode.<br><br>"Display means"<br>**Function:**<br>The function of this element is displaying the colors associated with the color data values |

| | |
|---|---|
| | accessed by the selected mode '<br><br>**<u>Structures</u>:**<br>(1) monitor;<br>(2) television set;<br>(3) video projection system;<br>(4) a liquid crystal display; or<br>(5) an LED display (*See e.g.*, Col. 4, lines 50-55). |
| **CLAIM 2**<br>A digital image display system comprising: | **CLAIM 2**<br>A digital image **<u>display system</u>** comprising: |
| a color memory for storing color data values; | a **<u>color memory</u>** for storing **<u>color data values</u>**; |
| processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | processing means responsive to **<u>predetermined command and data sequences</u>**, the processing means, responsive to a first command, selecting a **<u>mode of access</u>** to the **<u>color memory</u>**; and responsive to a second command, **<u>setting</u>** [*storing*] a **<u>color data value</u>** in the **<u>color memory</u>**; and<br><br>"Processing means"<br>**<u>Function</u>:**<br>The function of this element is:<br>(a) selecting a mode of access to the color memory; and<br>(b) setting a color data value in the color memory.<br>**<u>Structure</u>:**<br>(a) structure for selecting a mode of access to the color memory is:<br>Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (*See*, Col.5, line 60 - Col.6, line 19, Col.6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and |

Exhibit 30
Page 000523

| | |
|---|---|
| | the background and foreground color"), and lines 33-43)); (b) structure for setting a color data value in the color memory is: Data processor 1 programmed to perform the algorithm shown in Fig. 5: boxes 501, 504, 506, 508, and 510 (*See*, Col. 7, lines 14-17 (except for "or (2) in color mode 0, for setting"), Col. 7, lines 53-64 (except for "The sequence of boxes 504, 506, 508, and 510 is")). |
| display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode. | display means responsive to the processing means, the display means displaying a color associated with the **color data value** accessed by the selected mode. "Display means" Function: The function of this element is displaying the colors associated with the color data values accessed by the selected mode Structures: (1) monitor; (2) television set; (3) video projection system; (4) a liquid crystal display; or (5) an LED display (*See e.g.*, Col. 4, lines 50-55). |

| | |
|---|---|
| **CLAIM 3**<br>A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory. | **CLAIM 3**<br>A **display system** as recited in claim 2, wherein the processing means responsive to a second command **sets** plural **color data values** in **color memory**.<br><br>"Processing means":<br>**Function:**<br>The function of this element is sets plural color data values in color memory.<br><br>**Structure:**<br>Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (*See* Col. 7 Lns. 14-17 [except for "or (2) in color mode 0, for setting"], Col. 7, Lns. 53-65). |
| **CLAIM 4**<br>In a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source, the method comprising the steps of: | **CLAIM 4**<br>In a video image **display system** having a **color memory**, a method for displaying a color image in a **terminal independent manner** [*meaning that terminals having varying color capabilities are able to receive common input information and each terminal provides a color display that within its capabilities most closely matches that input information*] responsive to commands and data received from a command and data source, the method comprising the steps of: |
| receiving commands and data from the command and data source; | receiving commands and data from the command and data source; |
| reading a first command for selecting a mode of access to the color memory, and responsive to data following the first command, selecting the mode of access to the color memory; | reading a first command for selecting a **mode of access** to the **color memory**, and **responsive to data following the first command** [*taking some action based on the data following the first command*], selecting the **mode of access** to the **color memory**; |

| | |
|---|---|
| reading a second command for setting color data values in the color memory and, responsive to data following the second command, setting the color data values in the color memory, | reading a second command for setting **<u>color data values</u>** in the **<u>color memory</u>** and, **<u>responsive to data following the second command</u>** [*taking some action based on the data following the second command*], **<u>setting</u>** the **<u>color data values</u>** in the **<u>color memory</u>**, |
| reading a third command for accessing color data values in the color memory, and | reading a third command for **<u>accessing</u>** [*retrieving*] **<u>color data values</u>** in the **<u>color memory</u>**, and |
| displaying a color image associated with the color data values accessed by the third command on a video display terminal. | displaying a color image associated with the **<u>color data values accessed</u>** [*retrieved*] by the third command on a video display terminal. |

**EXHIBIT B**

**GLOSSARY FOR UNITED STATES PATENT NUMBER 4,439,759**

| TERM | DEFINITION |
|---|---|
| color data value | color component of a particular color (such as the red, green and blue (RGB) color components) |
| color memory | a color map that stores a table of color data values indexed by numbers |
| comprising | including, but not limited to |
| decoding | interpreting |
| display system | hardware and software needed to achieve a visible representation of information in a data-processing system |
| in-use background color | a color that will be used as the background color for subsequently received text and graphics drawing commands until changed |
| in-use foreground color | a color that will be used as the foreground color for subsequently received text and graphics drawing commands until changed |
| memory | a color map that stores a table of color data values indexed by numbers |
| mode of access | manner of retrieving |
| predetermined command and data sequence | a command and data pattern having a known encoded meaning |
| responsive to data following the first command | taking some action based on the data following the first command |
| setting | storing |
| specified as | called for by |
| terminal independent manner | meaning that terminals having varying color capabilities are able to receive common input information and each terminal provides a color display that within its capabilities most closely matches that input information |