# SCHMIDT DECLARATION EXHIBIT 32

FACSIMILE TRANSMITTAL

To: _Robert Appleby_

Location: _____

Telephone: FAX: _(212) 446-4900_

VOICE: _(212) 446-4762_

FROM: _Marc Sharp_
Hon. Rudi M. Brewster
U.S. District Court Judge
940 Front Street, CR#2
San Diego, CA 92101-8902

FACSIMILE NUMBER:   (619) 702-9927

Telephone: _(619) 557-6190_ (VOICE VERIFICATION)

COMMENTS:

_New trial schedule in 02cv2060 Lucent v. Gateway_

TODAY'S DATE: _1-4-06_          TIME: _____

NUMBER OF PAGES _____1_____ (Excluding Cover)

Exhibit 32
Page 000537

FYI: After further consideration of its schedule the Court has decided to adopt the following trial schedule for the five groups of patents in Lucent v. Gateway (Case No. 02cv2060).

| Patent Group For Trial | Last Day to File Summary Judgment Motions | Summary Judgment Motion Hearing Date | Pre-trial Conference and in limine Motion Hearing | Trial |
|---|---|---|---|---|
| 1: "Video Coding" Patent Nos. 4,383,272 and 4,958,226 | August 7, 2006 | September 11, 2006 | November 1, 2006 | November 20-December 14, 2006 |
| 2: "Audio Coding" Patent Nos. 5,341,457 and 5,627,938 | October 2, 2006 | November 6, 2006 | January 4, 2007 | January 22-February 15, 2007 |
| 3: "Speech Coding" Patent Nos. 4,617,676, 4,910,781, and 4,701,954 | December 4, 2006 | January 8, 2007 | February 28, 2007 | March 19-April 12, 2007 |
| 4: "User Interfaces" Patent Nos. 4,763,356, 5,649,131, 5,347,295, and 4,317,956 | January 29, 2007 | March 5, 2007 | May 2, 2007 | May 21-June 14, 2007 |
| 5: "Fleming and Doughty" Patent Nos. 4,439,759 and 4,582,956 | April 2, 2007 | May 7, 2007 | July 9, 2007 | July 16-August 9, 2007 |

1) Each trial will consist of four four-day weeks (Monday-Thursday 9:00 a.m.-5:00 p.m. with a lunch break)
2) In each trial group each side (plaintiff and defendants) will receive a total of 30 hours for opening statements, presentation of evidence, and closing arguments
3) For all parties this schedule permits a designated attorney to represent the client as lead counsel at all hearings on summary judgment motions, at all pre-trial conferences, and at trial.

Exhibit 32
Page 000538