# SCHMIDT DECLARATION EXHIBIT 34

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LUCENT TECHNOLOGIES, INC., | Civil No. 02cv2060-B (CAB) |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER FOR GROUPS 1, 4, 5 AND 6 PATENTS** |
| GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; MICROSOFT CORPORATION; and DELL, INC., | |
| Defendants. | |
| And related counterclaims. | |

On June 6, 2007, the Court held a discovery conference to discuss the scheduling of motions, pre-trial and trial schedules for the remaining patents in this case. After considering input from counsel, the Court sets the following schedule:

1. On **June 19 and 20, 2007**, at **9:00 a.m.**, motions for summary judgment on the Group 1/6 patents, excluding those involving issues of obviousness, shall be heard before Judge Brewster.

2. On **September 6, 2007**, at **9:00 a.m.**, motions regarding the trust/licensing, which will address Plaintiff's continued standing to assert the Group 1/6 patents, shall be heard before Judge Brewster.

3. On or before **September 14, 2007**, Defendants shall serve their supplemental expert reports on the obviousness defense for the Groups 1/6, 4 and 5 patents.

4. On or before **October 12, 2007**, Plaintiff shall serve its supplemental rebuttal expert report on the obviousness defense.

Exhibit 34
Page 000541

1      5.     On or before **November 9, 2007**, expert depositions on the supplemental reports shall
2 be completed.

3      6.     On or before **November 30, 2007**, Defendants shall file opening briefs on the
4 obviousness defense as it relates to the Groups 1/6, 4 and 5 patents.

5      7.     On or before **December 14, 2007**, Plaintiff shall file opposition briefs on the
6 obviousness defense.

7      8.     On or before **December 21, 2007**, Defendants shall file reply briefs on the
8 obviousness defense.

9      9.     On **January 7, 2008**, at **10:30 a.m.**, the motion for summary judgment on the
10 obviousness defense shall be heard before Judge Huff.

11      10.     On or before **January 14, 2008**, all parties shall file Memoranda of Contentions of
12 Fact and Law in compliance with Local Rule 16.1(f)(2), as it relates to the Groups 1/6, 4 and 5
13 patents.

14      11.     On or before **January 14, 2008**, all parties shall fully comply with the Pretrial
15 Disclosure requirements of Fed. R. Civ. P. 26(a)(3), as it relates to the Groups 1/6, 4 and 5 patents.
16 **Failure to comply with these disclosures requirements could result in evidence preclusion or**
17 **other sanctions under Fed. R. Civ. P. 37.**

18      12.     On or before **January 21, 2008**, counsel shall meet together and take the action
19 required by Local Rule 16.1(f)(4). At this meeting, counsel shall discuss and attempt to enter into
20 stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange
21 copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be
22 prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to
23 any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the
24 preparation of the proposed pretrial conference order.

25      13.     On or before **January 28, 2008**, the proposed final pretrial conference order,
26 including objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall
27 be prepared, served and lodged with the Clerk of the Court, and shall be in the form prescribed in
28 and in compliance with Local Rule 16.1 (f)(6). Counsel shall also bring a court copy of the pretrial

Exhibit 34
Page 000542

1 | order to the pretrial conference.

2 |     14. The final pretrial conference shall be held before the **Honorable Marilyn L. Huff**,

3 | United States District Court Judge, on **February 4, 2008**, at **10:30 a.m.**

4 |     15. The trial on the Groups 1/6, 4 and 5 patents shall commence on **February 20, 2008**,

5 | at **9:00 a.m.**

6 |     16. The dates and times set forth herein will not be modified except for good cause

7 | shown.

8 |     17. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case

9 | hereafter.

10 | **IT IS SO ORDERED.**

11 | DATED: June 7, 2007

                                                            **CATHY ANN BENCIVENGO**
United States Magistrate Judge

- 3 -      02cv2060

Exhibit 34
Page 000543