# SCHMIDT DECLARATION EXHIBIT 37

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br> Plaintiff and Counterclaim-defendant,<br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br> Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br> Intervenor and Counter-claimant, | Civil No: 02CV2060-B(CAB)<br>consolidated with<br>Civil No: 03CV0699-B (CAB) and<br>Civil No: 03CV1108-B (CAB)<br><br>**ORDER ON MOTIONS IN LIMINE FOR GROUP 2 TRIAL** |
| MICROSOFT CORPORATION,<br><br> Plaintiff and Counterclaim-defendant,<br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br> Defendant and Counter-claimant | |
| LUCENT TECHNOLOGIES INC.,<br><br> Plaintiff,<br>v.<br><br>DELL, INC.,<br><br> Defendant. | |

On January 3, 2007, the Court heard motions *in limine* for the upcoming trial on Group 2 patents, U.S. Patent Nos. 5,341,457 ("the '457 patent") and RE 39,080 ("the '080 patent"), at issue between Lucent and Microsoft. Based on the arguments presented and the briefs submitted by the parties, the Court hereby rules on these motions as follows:

| Motion No. | Motion *in limine* | Ruling |
|---|---|---|
| Lucent No. 1 [Docket No. 615] | Preclude testimony of James D. Johnston | **GRANTED-IN-PART/DENIED-IN-PART;** Inventor may not testify as to any issues of invalidity. |
| Lucent No. 2 [Docket No. 616] | Preclude expert testimony of John Rogitz on inequitable conduct, ownership, inventorship and USPTO procedures | **DENIED** |
| Lucent No. 3 [Docket No. 617] | Preclude testimony on Lucent's ePAC software as an embodiment | **DENIED** |
| Lucent No. 4 [Docket No. 618] | Preclude testimony, evidence re *Dolby* case | **GRANTED;** Prior statements may be used for purposes of impeachment but no references may be made to the Dolby case, opinions, judgments thereon. |
| Lucent No. 5 [Docket No. 619] | Preclude testimony on Lucent's unrelated legal matters | **GRANTED** |
| Lucent No. 6 [Docket No. 620] | Preclude expert testimony of unsupported allegations of non-infringing alternatives | **GRANTED** |
| Lucent No. 7 [Docket No. 621] | Preclude Microsoft from presenting evidence about future trials | **GRANTED;** Statements made in reference to issues presented in other trials may be admissible for impeachment but no reference may be made to the future trials. |
| Lucent No. 8 [Docket No. 622] | Preclude Microsoft from presenting evidence and argument regarding settlement negotiations | **GRANTED** |

Exhibit 37
Page 000578

| Motion No. | Motion *in limine* | Ruling |
|---|---|---|
| Lucent No. 9 [Docket No. 623] | Preclude Microsoft from presenting evidence and argument regarding Lucent's market capitalization, licencing revenues or valuation | **GRANTED** |
| Lucent No. 10 [Docket No. 624] | Preclude Microsoft from presenting evidence not disclosed in discovery (foreign distribution of software) | **GRANTED** |
| Lucent No. 11 [Docket No. 625] | Preclude testimony of untimely disclosed witnesses | **DENIED**; all witnesses disclosed before close of discovery may testify; Dr. Quackenbush also may testify; Lucent may depose these witnesses as necessary before trial. |
| Lucent No. 12 [Docket No. 626] | Preclude evidence offered in Napper's 10/23/06 supplemental expert report and 11/10/06 deposition | **DENIED** |
| Lucent No. 13 [Docket No. 627] | Preclude testimony regarding alleged "design-arounds" | **DENIED** |
| Lucent No. 14 [Docket No. 628] | To bifurcate equitable defenses into a separate bench trial and preclude jury from hearing evidence, argument or reference to the equitable issues | **DENIED** |
| Lucent No. 15 [Docket No. 629] | Preclude elicitation of duplicative testimony from multiple experts at trial | **GRANTED** |
| Lucent No. 16 [Docket No. 630] | Preclude evidence or argument on documents first produced on Dec. 10, 2006 | **DENIED** |
| Microsoft No. 1 [Docket No. 637] | Preclude mention of other legal proceedings regarding Microsoft | **DENIED**; Prior statements may be used but no references may be made to the other proceedings, opinions, judgments thereon. |
| Microsoft No. 2 [Docket No. 639] | Preclude reference to Microsoft's unaccused products | **DENIED** |
| Microsoft No. 3 [Docket No. 641] | Preclude Lucent from arguing that its inventions drive sales of Windows or computer systems | **DENIED** |

| Motion No. | Motion *in limine* | Ruling |
|---|---|---|
| Microsoft No. 4 [Docket No. 643] | Preclude presentation of a damages model that depends on price of third party computers rather than Microsoft's software | **DENIED** |
| Microsoft No. 5 [Docket No. 645] | Preclude Roger Smith from testifying about IBM's licensing policy or "the industry's" purported adoption of such | **DENIED** |
| Microsoft No. 6 [Docket No. 647] | Preclude testimony about IBM's licensing policy or "the industry's" purported adoption of such | **DENIED** |
| Microsoft No. 7 [Docket No. 649] | Preclude Lucent's damage experts from endorsing the work of others | **GRANTED**; Expert may base his or her opinion on calculations of another but may not vouch for those calculations. |
| Microsoft No. 8 [Docket No. 651] | Preclude testimony on Lucent's damages theories | **DENIED** |
| Microsoft No. 9 [Docket No. 653] | Preclude testimony on the number of accused '457 units | **GRANTED** |
| Microsoft No. 10 [Docket No. 655] | Exclude testimony on the number of accused '080 units | **DENIED** |
| Microsoft No. 11 [Docket No. 657] | Exclude Nov 6 2006 supplemental report of expert Jayant and all opinions and deposition testimony thereon | **DENIED** |
| Microsoft No. 12 [Docket No. 659] | Preclude Lucent from discussing (1) the AHT of the HQ encoder; (2) the "short blocks" for the fast encoder and HQ encoders and the operation of the HQ encoder | **GRANTED-IN-PART/DENIED-IN-PART**; Experts may testify only to opinions contained in their expert reports. |
| Microsoft No. 13 [Docket No. 661] | Preclude introduction of Lucent's tests concerning the HQ encoder | **GRANTED** |
| Microsoft No. 14 [Docket No. 663] | Exclude reference to patent application no. 11/248,622 | **GRANTED** |
| Microsoft No. 15 [Docket No. 665] | Preclude Lucent from alleging an error was made in the '938 patent beyond what is stated in the file history | **GRANTED** |

| Motion No. | Motion *in limine* | Ruling |
|---|---|---|
| Microsoft No. 16 [Docket No. 667] | Preclude opinions or evidence on unreliability of debugger on Microsoft's secure computer | **DENIED** |
| Microsoft No. 17 [Docket No. 669] | Preclude argument or suggestion that Microsoft's removal of HQ encoder in WMP11 is an admission of liability of infringement | **GRANTED** |
| Microsoft No. 18 [Docket No. 671] | Preclude Lucent from alleging that Johnston was hired by Microsoft to defend this case | **GRANTED** |
| Microsoft No. 19 [Docket No. 673] | Preclude suggestion that Microsoft's lack of an opinion of counsel indicates anything regarding willfulness | **DENIED** |
| Microsoft No. 20 [Docket No. 675] | Preclude Lucent from mentioning whether its experts have been retained by Fish & Richardson in other cases | **DENIED** |
| Microsoft No. 21 [Docket No. 677] | Preclude Lucent from mentioning the irrelevant Intel/Broadcom litigation or any portion thereof | **DENIED** |
| Microsoft No. 22 [Docket No. 679] | Preclude Lucent from mentioning the existence and contents of draft expert reports | **GRANTED** |
| Microsoft No. 23 [Docket No. 681] | Preclude Lucent from discussing the value of cross-licenses | **DENIED** except that experts may testify to desirability of cross-licenses; experts may not testify to any monetary figures. |
| Microsoft No. 24 [Docket No. 683] | Preclude Lucent from introducing evidence or argument regarding Microsoft's foreign sales | **DENIED** |

**IT IS SO ORDERED**

DATED: January 8, 2007

Hon. Rudi M. Brewster
United States Senior District Judge

cc: Hon. Cathy Ann Bencivengo
    United States Magistrate Judge

    All Counsel of Record

02CV2060-B (CAB)

Exhibit 37
Page 000581