# SCHMIDT DECLARATION
# EXHIBIT 38

| | | |
|---|---|---|
| 02/16/2007 | 1175 | Minute Entry for proceedings held before Judge Rudi M. Brewster: Pretrial Conference reset for 3/1/07 at 9:00 A.M. Motion Hearing held on 2/16/2007. Joint MOTION 852 in Limine GROUP 3 No. 1 to Exclude Evidence or Argument re Microsoft's Valuation, Revenues, and Cash Reserves - GRANTED. Joint MOTION 853 in Limine GROUP 3 No. 2 to Exclude Evidence or Argument From Other Legal Proceedings Involving Microsoft - GRANTED. SEALED Joint MOTION 881 in Limine GROUP 3 No. 2 to Preclude Lucent from Mentioning the Existence and Content of Draft Expert Reports - GRANTED. Joint MOTION 854 in Limine GROUP 3 No. 4 to Preclude Lucent's Damages Experts From Endorsing the Work of Others - GRANTED. MOTION 855 in Limine NO. 1: Lucent Should Be Precluded From Relying On Dr. Kabal's Testimony on Secondary Considerations of Nonobviousness - GRANTED. MOTION 856 in Limine NO. 2: Lucent Should Be Precluded From Relying on Dell's Knowledge or Belief to Prove Actual Pre-suit Infringement - GRANTED. MOTION 857 in Limine NO. 3: Lucent Should Be Precluded From Relying on Communications That Do Not Identify U.S. Patent No. 4,701,954 to Prove Actual Notice - GRANTED. MOTION 878 in Limine to Preclude from Relying on Documents and Testimony That Do Not Identity U.S. Patent No. 4,701,954 as Allegedly Supporting Lucent's Actual Notice Contentions - GRANTED. SEALED MOTION 885 in Limine 1 to Preclude Evidence Testimony or Argument Concerning Lucent's Assertion and Voluntary Dismissal of Claims on Against the Defendants Alleging Infringement of U.S. Patent Nos 4,910,781 & 4,617,676 - GRANTED IN PART/DENIED IN PART. SEALED MOTION 886 in Limine 2 to Preclude Defendants from Presenting Evidence and Argument Regarding Pre-suit Discussions Between Elemedia and Microsoft - DENIED. SEALED MOTION 887 in Limine 3 to Preclude Microsoft From Eliciting Expert Testimony Concerning Purported Surveys - GRANTED. SEALED MOTION 888 in Limine 4 to Preclude Testimony that the Atal '954 Patent is "Optional" to the G.723.1 Standard - DENIED. SEALED MOTION 889 in Limine 5 to Exclude Evidence or Argument Regarding Lucent's Unrelated Legal Matters - GRANTED. SEALED MOTION 890 in Limine 6 to Preclude Expert Testimony Regarding Allegations of Non-Infringing Alternatives - GRANTED. SEALED MOTION 891 in Limine 7 to Preclude Defendant's From Presenting Evidence and Argument Regarding Future Trials - GRANTED. SEALED MOTION 892 in Limine 8 to Preclude Defendant's From Presenting Evidence and Argument Regarding Settlement Negotiations - GRANTED. SEALED MOTION 893 in Limine 9 to Exclude Evidence or Argument Regarding Lucent's Market Capitalization, Licensing Revenues, and "Valuation" - GRANTED. SEALED MOTION 894 in Limine 10 to Preclude Defendants from Presenting Any Undisclosed Evidence Regarding Software Distribution Abroad and Argument That the Facts Disclosed are Different Than Eolas V. Microsoft and AT&T v. Microsoft - GRANTED. SEALED MOTION 895 in Limine 11 to Preclude Expert Testimony of David Kaplan That Dell and Gateway are Not Liable for Damages - GRANTED IN PART. (Court Reporter Jennifer Hinkle). (Lucent Attorneys Robert A. Appleby, Paul A. Bondor, John M. Desmarais, |

Exhibit 38
Page 000582

| | | Edward Donovan, Karen Robinson). (Microsoft Attorneys Frank J. Albert, John W. Thornburgh, Jason W. Wolff, Shekhar Vyas). (Gateway Attorneys W. Bryan Farney, Jeffrey B. Plies). (Dell Attorney Joel Freed). (mjm) (Entered: 02/20/2007) |

Exhibit 38
Page 000583