1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Christopher S. Marchese (SBN 170239)
3  Fish & Richardson P.C.
   12390 El Camino Real
4  San Diego, California  92130
   Telephone:    (858) 678-5070
5  Facsimile:    (858) 678-5099

6  Stephen P. McGrath (SBN 202696)
   Microsoft Corporation
7  One Microsoft Way
   Redmond, WA  98052
8  Telephone:    (425) 882-8080
   Facsimile:    (425) 936-7329
9
   Attorneys for Intervenor/Counter-claimant
10 and Plaintiff/Counter-defendant
   MICROSOFT CORPORATION

11

12                     UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases: |
| 15       Plaintiffs and Counterclaim-defendants, | 02-CV-2060 B (CAB) 03-CV-0699 B (CAB) |
| 16  v. | 03-CV-1108 B (CAB) |
| 17  GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY | **MICROSOFT'S MOTION IN LIMINE NO. 2 TO PRECLUDE LUCENT AND** |
| 18  COMPANIES, INC., GATEWAY MANUFACTURING LLC and | **MULTIMEDIA PATENT TRUST FROM INTRODUCING A HEARSAY** |
| 19  COWABUNGA ENTERPRISES, INC., | **TIME MAGAZINE ARTICLE REGARDING THE XBOX 360** |
| 20       Defendants and Counter-claimants, | |
| 21  and | |
| 22  MICROSOFT CORPORATION, | |
| 23       Intervenor and Counter-claimant, | |
| 24  MICROSOFT CORPORATION, | **Date:         February 11, 2008** |
| 25       Plaintiff and Counter-defendant, | **Time:         10:30 a.m.** **Courtroom:    13** |
| 26  v. | **Hon. Marilyn L. Huff** |
| 27  LUCENT TECHNOLOGIES INC., | |
| 28       Defendant and Counter-claimant, | |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 | Defendant. |

Case No. 07-CV-2000 H (CAB)

## I. INTRODUCTION

In 2005, Time Magazine published an article entitled, *Out of the XBox* that purportedly described the creation of the Xbox 360 inside Microsoft. *Out of the XBox* is probably an entertaining read for video game enthusiasts and quite possibly sold a lot of magazines. But the article is pure hearsay, its dramatic nature makes it inherently untrustworthy, and it would mislead the jury. Accordingly, *Out of the XBox* should be excluded from this trial.

## II. ARGUMENT

### A. *Out of the XBox* Is Pure Hearsay

All of the statements in *Out of the XBox* are hearsay. [Ex. 1[1] (*Out of the Xbox*).] The author, Lev Grossman, has not been deposed and will not be at trial. None of his opinions will be subjected to cross-examination, and they do not fall under any hearsay exception. Lucent and MPT (collectively "Lucent") have already shown a propensity to rely on Mr. Grossman's statements and opinions for the truth of the matter asserted. [*See* Ex. 2 (7/21/06 Smith Suppl. Exp. Rpt. re Xbox 360 at 8, "[t]he importance of the Xbox 360's DVD playback functionality is underscored by the '*Book of Xenon*,' which is described in a Time Magazine article as a 'top-secret' internal document at Microsoft that 'spells out the company's entire strategy' for the Xbox 360.").] Mr. Grossman's statements, opinions, and suppositions in *Out of the XBox* are thus hearsay and should be excluded under Federal Rule of Evidence 802.

Lucent may point to alleged statements by Bill Gates in *Out of the XBox* as admissions by a party opponent, an exception to the hearsay rule. But that argument falls short, because anything Mr. Grossman asserts that Bill Gates said is hearsay within hearsay. *Cf.* Fed. R. Evid. 803. The first hearsay is the alleged statement by Bill Gates. The second hearsay is Mr. Grossman relaying the alleged statements by Bill Gates. There is no exception that would allow the second hearsay, so the alleged statements by Bill Gates must also be excluded along with the rest of *Out of the XBox*.

### B. *Out of the XBox* Will Mislead the Jury

*Out of the XBox* does not mention the accused technology, e.g. MPEG-1, MPEG-2, WMV-9, or VC-1, except to say that the Xbox 360 plays DVDs, which requires the use of MPEG-2. But

---

[1] All references to "Ex." refer to the exhibits listed in the Declaration of John E. Gartman in Support of Microsoft Corporation's Motions in Limine Nos.1 to 8.

1  that fact is uncontested and can be found in numerous other documents produced by Microsoft in
2  this case.  In other words, *Out of the XBox* provides no probative value to the jury.

3        The sensationalized statements in *Out of the XBox* are far more likely to mislead the jury
4  than be relevant.  Mr. Grossman infuses the article with his personal views concerning Bill Gates,
5  Microsoft, and the Xbox 360.  Regarding Bill Gates, Mr. Grossman says, "In person Gates is not at
6  all the stiff, unsmiling mandroid people make him out to be, or at least he isn't at this exact
7  moment.  He's loose and happy, cracking jokes and making fun of himself and talking smack about
8  his competitors.  True, his hair is weird, and his voice sounds as if still changing even though he's
9  49."  [Ex. 1 at MSLT_1219048.]  Mr. Grossman also writes that "Microsoft, known more for its
10 bullying business tactics than its technological innovation, is trying to act in a very un-Microsoft
11 fashion.  It's trying to be quick and nimble, radically innovative, and play well with others."  [*Id.* at
12 MSLT_1219048-49.]    Finally, Mr. Grossman fantasizes that Microsoft has Machiavellian
13 intentions: "Let's not miss what's happening here.  Microsoft, a company known primarily for
14 making highly profitable business software, has put a box in your living room.  It entered your
15 house under the humble pretense of being a game machine, a toy for the kids, but it just ate your
16 CD player and your DVD player, and it's looking hungrily at your telephone… Games are just the
17 condiment.  This is the main course, and it's what Gates is really after.  Games just get you in the
18 door."  [*Id.* at MSLT_1219052.]

19       Mr. Grossman's speculations and suppositions can only distract and mislead.  *Out of the*
20 *XBox* should be excluded as irrelevant and unduly prejudicial under Rules 402-403.

21 **III.    CONCLUSION**

22       *Out of the XBox* should be excluded pursuant to Rules 402, 403, and 802.  Lucent and its
23 witnesses should be precluded from mentioning or introducing *Out of the XBox* during this trial.

24 Dated:  January 14, 2008           FISH & RICHARDSON P.C.

25               By:  /s/ John E. Gartman
26                  John E. Gartman (SBN 152300)
                 gartman@fr.com

27               Attorneys for Intervenor/Counter-claimant
28               and Plaintiff/Counter-defendant
              MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 14, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    /s/ John E. Gartman
John E. Gartman
gartman@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10796832.doc