# SCHMIDT DECLARATION EXHIBIT 65

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3

 4  LUCENT TECHNOLOGIES,        )  Case No. 02CV2060-B(CAB)
                                )          Consolidated with:
 5              Plaintiff,      )          03CV0699-B(CAB)
                                )          03CV1108-B(CAB)
 6  vs.                         )  Related to:
                                )          06CV0684-B(CAB)
 7  GATEWAY, INC., et al.,      )
                                )  San Diego, California
 8              Defendants.     )
    _____)  Wednesday,
 9                                 January 3, 2007
                                   9:00 a.m.
10

11          TRANSCRIPT OF PRETRIAL CONFERENCE
            BEFORE THE HONORABLE RUDI M. BREWSTER
12              UNITED STATES DISTRICT JUDGE

13  APPEARANCES:

14  For the Plaintiff:       JOHN M. DESMARAIS, ESQ.
                             ROBERT A. APPLEBY, ESQ.
15                           MICHAEL P. STADNICK, ESQ.
                             PAUL A. BONDOR, ESQ.
16                           Citigroup Center
                             153 East 53rd Street
17                           New York, New York  10022
                             (212) 446-4946
18

19  For the Defendant:       W. BRYAN FARNEY, ESQ.
                             Dechert, LLP
20                           300 West Sixth Street
                             Suite 1850
21                           Austin, Texas 78701
                             (512) 394-3000
22

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

Echo Reporting, Inc.

Exhibit 65
Page 001512

1  the barn and look out.
2          MR. BERNSTEIN:  I'll try, your Honor.
3          THE COURT:  Because we're not talking about
4  settlement negotiations which they may have attempted with
5  other parties to get different terms than they ended up
6  getting settlements or getting licenses.
7          You can introduce evidence of their prior licenses
8  and contemporaneous licenses.  You can do that.  But you
9  can't introduce evidence that they tried to settle with
10 somebody for this and that and the other thing and failed,
11 that they tried -- that they made better offers on this deal
12 but they didn't get them, and so they -- they just failed.
13 You cannot introduce evidence of settlement negotiations
14 which did not mature into a license.  You can introduce
15 evidence of the license if one was reached to show their
16 policy about licensing.  You're not going to introduce
17 evidence of failed negotiations where they -- where they
18 took a lower posture to try and get -- or took a higher
19 posture to try and get something.
20         I don't care what posture they took in settlement
21 negotiations.  That won't come in.  But what licenses they
22 made are <u>Georgia Pacific</u> factors.
23         MR. BERNSTEIN:  Your Honor, I understand that, and
24 if I could just clarify, if Lucent or its experts get on the
25 stand and say that Lucent does not have a policy of, say,

1    MR. DESMARAIS:  And then it's 9:00 to 5:00 with --
2    THE COURT:  9:00 to 5:00 and 11:30 to 2:00 on
3 Thursdays.  One Tuesday a month it's 11:30 to 2:00,
4 otherwise 9:00 to 5:00 -- 9:00 to 12:00 and 1:30 to 5:00.
5 That's basically about the housekeeping that I can think of.
6    MR. DESMARAIS:  Okay.  Thank you.
7    THE COURT:  So I'll see you at 9:00 tomorrow
8 morning.  Court's in recess.
9    (Proceedings concluded.)
10
11
12
13
14
15
16    I certify that the foregoing is a correct
17 transcript from the electronic sound recording of the
18 proceedings in the above-entitled matter.
19
20 _____   1-12-07_____
   Transcriber                    Date
21
22 FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
23
24 _____
   L.L. Francisco, President
25 Echo Reporting, Inc.