# SCHMIDT DECLARATION

# EXHIBIT 66

1                    UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF CALIFORNIA

3

4  LUCENT TECHNOLOGY,              )   Case No. 02CV2060-B(CAB)
                                   )             Consolidated with:
5            Plaintiff,            )             03CV0699-B(CAB)
                                   )             03CV1108-B(CAB)
6  vs.                             )             Related to:
                                   )             06CV0684-B(CAB)
7  GATEWAY, INC., et al.,          )
                                   )   San Diego, California
8            Defendants.           )
   _____  )   Friday,
9                                      February 16, 2007
                                       2:00 p.m.
10

11

        TRANSCRIPT OF PRETRIAL CONFERENCE/MOTIONS IN LIMINE
12            BEFORE THE HONORABLE RUDI M. BREWSTER
                 UNITED STATES DISTRICT JUDGE
13
   APPEARANCES:
14
   For the Plaintiff:              JOHN DESMARAIS, ESQ.
15                                 ROBERT APPLEBY, ESQ.
                                   PAUL A. BONDOR, ESQ.
16                                 KAREN ROBINSON, ESQ.
                                   Kirkland & Ellis, LLP.
17                                 153 East 53rd Street
                                   New York, New York 10022
18

19 For Gateway:                    W. BRYAN FARNEY, ESQ.
                                   JEFFREY PLIES, ESQ.
20                                 Dechert, LLP
                                   300 W. 6th Street
21                                 Suite 1850
                                   Austin, Texas  78701
22                                 (512) 394-3000

23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.

                                        Echo Reporting, Inc.

Exhibit 66
Page 001515

232

1          THE COURT:  Well, that's what you --

2          MR. FARNEY:  You're really granting it in part.

3          THE COURT:  You shouldn't write your title if it

4  doesn't describe what --

5          MR. FARNEY:  It's their motion.  It's their

6  motion.

7          MR. FREED:  That's -- he's good at that, you know.

8          MR. FARNEY:  It's not our motion.

9          THE COURT:  It's your fault.

10          MR. FARNEY:  You're granting it in part.  You're

11  granting it in part.

12          THE COURT:  All right.  I'll grant it in part.

13          MR. FREED:  Kaplan can't say the moon is made out

14  of green cheese, and therefore he can't give an opinion on

15  anything.

16          THE COURT:  I'll grant it in part in the sense

17  that I'll let Doctor Kaplan testify.

18          MR. DESMARAIS:  Yes.

19          THE COURT:  I think that concludes -- now, here's

20  a question.  How much time is this case going to take?

21          MR. DESMARAIS:  This one will be a lot less time

22  than the last one.

23          THE COURT:  How many hours?  Twenty hours each

24  side?

25          MR. DESMARAIS:  That will be good.

Exhibit 66
Page 001516

253

1          I certify that the foregoing is a correct

2   transcript from the electronic sound recording of the

3   proceedings in the above-entitled matter.

4

5   _Shonna Mowrer_____        _4/16/07_____

    Transcriber                    Date

6

    FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

7

8   _Francisco_____

    L.L. Francisco, President

9   Echo Reporting, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Echo Reporting, Inc.

Exhibit 66
Page 001517