# SCHMIDT DECLARATION

# EXHIBIT 67



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LUCENT TECHNOLOGY,                    )    Case No. 02CV2060-B(CAB)
                                      )            Consolidated with:
              Plaintiff,              )            03CV0699-B (CAB)
                                      )            03CV1108-B (CAB)
vs.                                   )            Related to:
                                      )            06CV0684-B (CAB)
GATEWAY, INC.,                        )
                                      )    San Diego, California
              Defendant.              )
_____)    Thursday,
                                           March 15, 2007
                                           10:30 a.m.

                TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
                BEFORE THE HONORABLE RUDI M. BREWSTER
                     UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:              JOHN DESMARAIS, ESQ.
                                ROBERT APPLEBY, ESQ.
                                Kirkland & Ellis, LLP.
                                153 East 53rd Street
                                New York, New York 10022
                                (212) 446-4800

For the Defendant:              STEVEN R. DANIELS, ESQ.
                                JEFFREY B. PLIES, ESQ.
                                Dechert, LLP
                                300 West Sixth Street
                                Suite 1850
                                Austin, Texas 78701
                                (512) 394-3000

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

Echo Reporting, Inc.

Exhibit 67
Page 001518

24

1  discovery cutoff in there, and I'm wondering can we take

2  follow-on discovery concerning the trust after May 1 in the

3  second case.

4          THE COURT:  In some other group or is that in the

5  same group?

6          UNIDENTIFIED SPEAKER:  It's an entirely separate

7  litigation between Lucent and Microsoft involving one of the

8  video patents that has this same issue.  It was assigned to

9  the trust.

10          THE COURT:  It's not in this same group?

11          UNIDENTIFIED SPEAKER:  It is not.  It's in a

12  separate group, in a separate case entirely.

13          THE COURT:  What group is it in?

14          UNIDENTIFIED SPEAKER:  It's not in any group.

15  It's in a --

16          UNIDENTIFIED SPEAKER:  Group six I think.  If

17  there is a group, it's a separate case.  It's group six I

18  guess.

19          THE COURT:  Well, when is it -- does it have a

20  trial date?

21          UNIDENTIFIED SPEAKER:  No, there's no trial date

22  whatsoever, and we, in fact, are just getting the Markman

23  this summer.

24          THE COURT:  Okay.  Well --

25          UNIDENTIFIED SPEAKER:  Discovery cutoff yet

Echo Reporting, Inc.

Exhibit 67
Page 001519

36

1       I certify that the foregoing is a correct

2   transcript from the electronic sound recording of the

3   proceedings in the above-entitled matter.

4

5   *Jordan Keilty*                    3/16/07
    Transcriber                        Date

6

7   FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

8

9   *L.L. Francisco*
    L.L. FRANCISCO, President
10  Echo Reporting, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Echo Reporting, Inc.

Exhibit 67
Page 001520