# SCHMIDT DECLARATION EXHIBIT 77

1          JEAN A. PEC

2     UNITED STATES DISTRICT COURT

3     FOR THE DISTRICT OF COLUMBIA    **ORIGINAL**

4

5

6     - - - - - - - - - - - x

7     LUCENT TECHNOLOGIES,   :

8     INCORPORATED, ET AL.,  :

9           Plaintiffs,      :   Case Number

10      vs.                   :   07-CV-2000 HCAD

11    GATEWAY INTERNATIONAL, :

12    INCORPORATED, ET AL.,  :

13          Defendants.      :

14    - - - - - - - - - - - x

15

16          VIDEO DEPOSITION OF JEAN A. PEC

17

18

19             Washington, DC

20             Thursday, November 8, 2007

21

22

23    REPORTED BY:

24       CARMEN SMITH

25

1              JEAN A. PEC
2  that people wishing to see U.S. government documents
3  be allowed to do that.
4      Q    So U.S. government documents refers to
5  material produced by the U.S. government?
6      A    Yes, published by the U.S. government.
7      Q    Within Gelman Library, now directing our
8  attention to the special collections, these are not
9  open shelved collections, as you stated earlier?
10     A    That is correct, these are not open
11 shelves.
12     Q    Who would have physical access to the
13 special collections holdings?
14     A    Staff that work in special collections
15 department.
16     Q    And to the best of your knowledge, would
17 anybody other than staff have access to the special
18 collections department?
19     A    Of course, if the library director came,
20 he would have access.  Library staff would have
21 access.  But special collections staff would know
22 where materials were.
23     Q    So outside of library employees, general
24 members of the public could not get into the special
25 collections?

1          JEAN A. PEC
2    A    No.
3    Q    Do you know what the policies are for the
4  special collections department for checking out
5  materials?
6    A    I believe that materials are not allowed
7  to be circulated.
8    Q    By "circulated," you mean they're not
9  allowed to leave the library premises?
10   A    Yes.  They -- not allowed to leave the
11 room, unless permission would be given to move the
12 material, say, to the reference department or
13 somewhere else.  But they definitely would not be
14 permitted to leave the building.  That's why they're
15 special.
16        (Laughter.)
17   Q    So say a library patron, a George
18 Washington student, desired to get access to
19 something in the special collections department.
20 How would they go about that process?
21   A    They would first determine if the material
22 were in special collections by checking the Aladdin
23 catalog.  Then they would go to the special
24 collections department and say "I want" whatever.
25   Q    Do you know if members of the general

1                  JEAN A. PEC

2  you mean by that, and so I can't --

3      Q    Maybe -- I am probably using the wrong

4  terminology to refer to library material.

5      A    I'm not understanding what you mean by the

6  term "original material."

7      Q    Within the special collections department,

8  there are physical materials?

9      A    Yes.

10     Q    Would those physical materials ever be

11  sent outside of Gelman Library via interlibrary

12  loan, to the best of your --

13     A    To the best of my knowledge, no.

14     Q    And I believe you testified earlier that

15  it might be possible to have reproductions made of

16  this material if they were requested via

17  interlibrary loan?

18     A    Yes.

19     Q    Do you know what the policies are for the

20  special collections department for photocopying

21  material?

22     A    No, I don't.

23     Q    And is it correct that you're not aware

24  what the policies were in 1980 or 1981 for --

25     A    Yes, it is correct that I do not know what

Exhibit 77
Page 001578

1  JEAN A. PEC
2  the policies were in 1980 or 1981.
3      Q    If someone who was physically at Gelman
4  Library went to the special collections department
5  to request access to material, do you understand
6  what the policies or criteria would be for granting
7  access to that individual?
8      A    No, I don't.
9      Q    Are you aware generally what the
10 interlibrary loan policy of George Washington
11 University was in 1980 or 1981?
12     A    No.
13     Q    Regarding physical access to Gelman
14 Library, are there student IDs or other
15 identification that must be shown to qualify
16 somebody as being within one of the groups you said
17 has access to the library?
18     A    Yes, there is security in the building.
19     Q    Switching topics to OCLC in particular,
20 first of all, I don't know if you've already stated
21 this for the record, but do you know what OCLC
22 stands for?
23     A    No, I couldn't tell you what the
24 initialism stands for.
25     Q    Actually, it might be in your affidavit,

1       JEAN A. PEC

2       (Recess.)

3       VIDEO OPERATOR: The time is 12:18 p.m.
4  This is the beginning of tape number 2 in the
5  deposition of Jean Pec.

6       BY MR. GILMAN:
7       Q    Turning back to Pec Exhibit 2, the
8  bibliographic data for the report that's Pec Exhibit
9  1, who maintains this record? Is this maintained on
10 an OCLC database?
11      A    Yes, it is. And then Gelman's version
12 of -- Gelman's copy of the record is maintained in
13 Aladdin and is maintained by my department.
14      Q    And Gelman's copy of the record is, I
15 forget the term you used, is different than the
16 bibliographic record? It's --
17      A    Gelman's copy of the record is a copy of
18 the bibliographic record used in the current
19 Endeavor software.
20      Q    Okay. Just to make sure I have it clear,
21 this record, Pec Exhibit 2, was accessed from a
22 database maintained by OCLC?
23      A    Yes.
24      Q    And you're not personally involved in how
25 OCLC maintains its databases?

1                    JEAN A. PEC
2        A    No, I am not.
3        Q    You're not aware of the physical equipment
4   they use, their methodology, their processes and
5   procedures?
6        A    As such, no.
7        Q    At the top of Pec Exhibit 2, there are two
8   entries, one that reads "Entered" and then
9   "19800930"?
10       A    Yes.
11       Q    And do you believe this reflects the date
12  the entry was first created?
13       A    I know that it reflects the date that the
14  entry was first created.
15       Q    To the best of your knowledge, who creates
16  the information that's provided in that "entered"
17  field?
18       A    The computer at OCLC creates that.
19       Q    And do you know how the computer at OCLC
20  creates that date?
21       A    No, I don't, sir.
22       Q    Do you know -- let me back up one second.
23            Are changes ever made to entries in the
24  OCLC database?
25       A    Changes can be made to entries in the OCLC

1            JEAN A. PEC
2        (Discussion off the record.)
3        VIDEO OPERATOR:  Time is 12:24.  We're
4   back on the record.
5        BY MR. GILMAN:
6   Q    Do you know in the 1980/81 time frame, how
7   long it would have taken for a card catalog entry to
8   be generated by OCLC and sent to a library after the
9   information was uploaded into OCLC?
10  A    No, I don't.
11  Q    For the information on Pec Exhibit 2, next
12  to the entered date, there's a field called
13  "Replaced"?
14  A    Yes.
15  Q    And after "Replaced," there's a string of
16  numbers, 20040322?
17  A    Uh-huh.
18  Q    Does that mean that this record was
19  replaced on March 22, 2004?
20  A    Yes, it does.  It means something in the
21  record was changed, but I couldn't tell you what,
22  and I couldn't tell you who.
23  Q    Is there any indication in the
24  bibliographic information as to what fields might
25  have been altered?

```
 1                    JEAN A. PEC
 2           BY MR. GILMAN:
 3      Q    You don't know one way or the other?
 4      A    I don't know.
 5      Q    What about the "replace" command?
 6      A    I could not tell you.
 7      Q    Do you know if anybody at George
 8   Washington University has ever used the "replace"
 9   command?
10      A    No, I don't.
11      Q    Does the entry at the top of the page that
12   lists the date after the replaced field indicate
13   that somebody at some time used the "replace"
14   command?
15      A    I don't know.
16      Q    So you don't know who may have replaced
17   portions of this entry on March 22, 2004?
18      A    No, I do not know who or what may have
19   replaced.
20      Q    So you don't know whether it was George
21   Washington or somebody outside of George Washington
22   who did that?
23      A    I have no idea.
24      Q    Do you know who would have access to this
25   record to be able to replace information?
```

1                    JEAN A. PEC
2       A    No, I don't.
3       Q    Are you aware if any or all of the fields
4  can be or are capable of being replaced, other than
5  the enter date, which you testified about
6  previously?
7            MR. SMITH: I'm sorry, but I think that
8  question is vague and may mischaracterize testimony.
9            THE WITNESS: I'm not exactly sure, you
10 know, how to answer that question.
11           BY MR. GILMAN:
12      Q    Then I'll try to make it a better
13 question.
14      A    Say it another way.
15      Q    The record indicates that some information
16 was replaced on March 22, 2004; is that correct?
17      A    It does not necessarily say that some
18 information was replaced. It said something was
19 done to it. It doesn't necessarily say that
20 information was replaced.
21      Q    Something was done to it in 2004.
22      A    Excuse me. Yes, something was done to it
23 in 2004. Excuse me, I'm getting tired.
24      Q    You can't tell from the entry itself what
25 that something was that was done in 2004?

Case 3:07-cv-02000-H-CAB   Document 250-7   Filed 01/14/2008   Page 12 of 17

Page 87

```
 1                    JEAN A. PEC
 2       A    No.
 3       Q    Do you know which fields or which
 4  information that something could have been done to
 5  in 2004?
 6       A    No, I don't.
 7       Q    Do you know whether anyone has ever
 8  requested a copy of Pec Exhibit 1 via interlibrary
 9  loan?
10       A    No, I do not.
11       Q    Do you know whether anybody has ever
12  requested a copy of Pec Exhibit 1 at the special
13  collections department of Gelman Library?
14       A    No, I do not.
15       Q    I have just a few follow-up questions
16  about OCLC.
17       A    Okay.
18       Q    This information -- or sorry, this
19  document that's Pec Exhibit 2.
20       A    Yes.
21       Q    This is what -- let me strike that and
22  start over.
23            Pec Exhibit 2 reflects the bibliographic
24  information for Pec Exhibit 1?
25       A    Yes, it does.
```

TSG Reporting - Worldwide    877-702-9580

Exhibit 77
Page 001585

1                    JEAN A. PEC
2    year and a half ago; is that correct?
3         A    Yes.
4         Q    Are you aware of other institutions or
5    libraries switching to OCLC at some time?
6         A    Switching to OCLC.  Do you mean switching
7    from -- from another vendor, such as RLG, which New
8    York Public Library was, or switching in another
9    way?
10        Q    I guess in both senses, switching from
11   another vendor or using OCLC as their first online
12   vendor.
13        A    I am not specifically aware of specific
14   libraries.
15        Q    Presumably, libraries that have been in
16   existence for some time that are now members of OCLC
17   at some point chose to become members of OCLC?
18        A    Yes.
19        Q    And at that time, they would have to
20   convert their records or may choose to convert their
21   records to OCLC records?
22        A    It's possible that they could.  It may be
23   that they only start using it from a certain point
24   forward, rather than converting the records.
25        Q    Do you know what the entered date in a

1          JEAN A. PEC
2   bibliographic record from OCLC would indicate for a
3   record that was converted to OCLC?
4       A    If a record was converted from a library
5   or from another system?
6       Q    Why don't we start with from a library.
7       A    The entered date would be the entered date
8   of the bibliographic record, not the date that
9   another library chose to utilize that record.  The
10  entered date would still be the entered date the
11  record originally went into the system.
12      Q    If it were switched over from another
13  vendor, do you believe the situation would be the
14  same or different?
15      A    I --
16      Q    Or do you not know?
17      A    I honestly don't know.  I would have to
18  examine some records that came from RLG.  But I
19  believe -- no, I won't speculate.  I could, but I
20  won't.
21      Q    If a library had an internal computerized
22  system that included an entered date and then joined
23  OCLC and converted those files to OCLC files
24  somehow, you believe that a new entered date would
25  be created by OCLC?

1           JEAN A. PEC
2  system?
3       A    No, I'm not specifically aware.
4       Q    Regarding the special collections
5  department, are you aware for the 1980 to 1981 time
6  frame how long it took them to process a document
7  when they got it back from CMS or the equivalent
8  entity in those days?
9       A    No, I'm not personally aware.
10      Q    Do you know how long it would have taken
11 for that item to end up on the shelves, once it had
12 been cataloged?
13      A    No, I'm not personally aware of how long
14 it would take to have shelved the document.
15      Q    Do you know how long it would usually take
16 special collections to respond to requests for
17 documents in the 1980/1981 time frame?
18      A    I can make an assumption based on
19 current -- or what I assume to be current service
20 requirements, or that when someone asked for
21 something, a staff member would go and get it.  So
22 it would be a matter of minutes.
23      Q    But you're not aware if there were
24 different procedures or timing in 1980 or 1981?
25      A    No, I'm not specifically aware.

1          JEAN A. PEC
2  used in the record and then a call number that would
3  be reflective of that.
4       Q    And is it OCLC database searchable by that
5  subject matter?
6       A    It is now searchable by subject matter.  I
7  don't know if it was searchable by subject matter
8  always.
9       Q    What is your earliest knowledge of it
10 being searchable by subject matter?  What date is
11 the earliest?
12      A    I would have to estimate subject --
13      Q    To your knowledge.
14      A    Sometime in the 1990s for subject
15 searching.
16      Q    And OCLC is searchable by other fields
17 here; is that correct?
18      A    Yes.  It's -- as far as I know, it has
19 always been searchable by the author and by the
20 title, which is in the 245 field.
21      Q    If you would please refer back to your
22 affidavit at Pec Exhibit Number 4.  After the
23 questions I've just asked you, do you see a need to
24 change any of your testimony in your affidavit,
25 notwithstanding the one change that you mentioned

Exhibit 77
Page 001589

Case 3:07-cv-02000-H-CAB    Document 250-7    Filed 01/14/2008    Page 17 of 17

Page 130

JEAN A. PEC

CERTIFICATE OF NOTARY PUBLIC & REPORTER

I, CARMEN SMITH, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn; that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

---------- [signature] ----------

Notary Public in and for the
District of Columbia

My Commission Expires:   MARCH 14, 2008