# SCHMIDT DECLARATION EXHIBIT 78

OCLC Connexion                                                      Page 1 of 1

OCLC 6769699 Held by DGW - no other holdings

---

| | | | | | |
|---|---|---|---|---|---|
| Rec stat c | Entered 19800930 | | Replaced 20040322 | | |
| Type a | ELvl I | Srce d | Audn | Ctrl | Lang eng |
| BLvl m | Form | Conf 0 | Biog | MRec | Ctry dcu |
| | Cont | GPub o | LitF 0 | Indx 0 | |
| Desc i | Ills a | Fest 0 | DtSt s | Dates 1980 , | |

---

| | | |
|---|---|---|
| 040 | | DGW ǂc DGW |
| 090 | | T385 ǂb .F63 |
| 090 | | ǂb |
| 049 | | DGWW |
| 100 | 1 | Foley, James D. |
| 245 | 1 0 | Extension of the core graphics system for raster graphics display : ǂb final report, NASA grant NSG 1508 / ǂc James D. Foley, principal investigator ; research team, Dara Dastyar, James Templeman, Patricia Wenner. |
| 260 | | Washington : ǂb George Washington University, [School of Engineering and Applied Science, ǂc 1980] |
| 300 | | 141 leaves in various foliations : ǂb ill. ; ǂc 30 cm. |
| 500 | | "Report covers the period March 15, 1978 to March 31, 1980." |
| 650 | 0 | Computer graphics. |
| 700 | 1 | Dastyar, Dara. |
| 700 | 1 | Templeman, James. |
| 700 | 1 | Wenner, Patricia. |
| 710 | 2 | George Washington University. ǂb School of Engineering and Applied Science. |
| 710 | 1 | United States. ǂb National Aeronautics and Space Administration. |

---

Delete Holdings- Export- Label- Produce- Submit- Replace- Report Error- Update Holdings- Validate-

Workflow-In Process



DEPOSITION EXHIBIT

**DELL366800**

about:blank                                                          8/21/2007

Exhibit 78
Page 001591