# SCHMIDT DECLARATION
# EXHIBIT 81

1

```
 1            UNITED STATES DISTRICT COURT

 2           SOUTHERN DISTRICT OF CALIFORNIA

 3    - - - - - - - - - - - - - - - - -

 4    LUCENT TECHNOLOGIES INC.,      :

 5             Plaintiff,           :

 6    VS.                           : CASE NO.

 7    GATEWAY, INC., GATEWAY        : 02-CV-2060-B(CAB)

 8    COUNTRY STORES LLC, GATEWAY   : consolidated with

 9    COMPANIES, INC., GATEWAY      : CASE NO.

10    MANUFACTURING LLC and         : 03-CV-0699-B(CAB)

11    COWABUNGA ENTERPRISES, INC., : 03-CV-1108-B(CAB)

12             Defendants,          :

13          and                    :

14    MICROSOFT CORPORATION,        :

15             Intervener.          :

16    - - - - - - - - - - - - - - - - -

17    MICROSOFT CORPORATION,        :

18             Plaintiff,           :

19    VS.                           :

20    LUCENT TECHNOLOGIES INC.,     :

21             Defendant.           :

22    - - - - - - - - - - - - - - - - -

23

24
```

**Esquire Deposition Services**
**800.829.6159**

Exhibit 81
Page 001604

2

1    - - - - - - - - - - - - - - - -

2    LUCENT TECHNOLOGIES INC.,      :

3            Plaintiff,            :

4    VS.                           :

5    DELL INC.,                    :

6            Defendant.            :

7    - - - - - - - - - - - - - - - -

8

9        VIDEOTAPED DEPOSITION OF MARY VAN DEUSEN,

10   a witness called by and on behalf of Microsoft,

11   taken pursuant to the applicable provisions of

12   the Federal Rules of Civil Procedure, before

13   Sandra L. Bray, Registered Diplomate Reporter,

14   CSR Number 103593, and Notary Public in and for

15   the Commonwealth of Massachusetts, at the

16   offices of HQ Business Center, 945 Concord

17   Street, Framingham, Massachusetts, on Monday,

18   December 17, 2007, commencing at 12:29 p.m.

19

20

21

22

23

24

Exhibit 81
Page 001605

1           Interface was the first video made to voice that

2           I ever made.

3    Q.     And the Paper-like Interface video ran in the

4           IBM lobby?

5    A.     Yes.

6    Q.     It was sort of on a continuous loop type thing?

7    A.     No, it's interactive, and it has little pieces.

8           I had to play with that because if you notice in

9           the video, when it runs straight, it does

10          overlap of audio to video, and you can't do that

11          if you break it into pieces, so you have to play

12          around actually when you're making an

13          interactive piece of it so you don't hear

14          overlap.  But there's an interactive version.

15          You push a button.  One button would say

16          Paper-like Interface.  You push that.  Then it

17          might have different parts of the video --

18          different parts of the structure.  Even though

19          it's only a five-minute video or something, it

20          still has an internal structure, and that

21          internal structure could be watched separately

22          just as these days you wouldn't really want to

23          bear through most video.  You really want to

24          have the option of seeing only parts of things.

Exhibit 81
Page 001606

33

1           kiosk in the IBM lobby?

2    A.     In a kiosk in the IBM lobby.  So you'd go up to

3           the computer that had something swirling in the

4           front so you'd be attracted to walk to it.  Then

5           you'd see menus like you would in a grocery

6           store kiosk where you'd want to find out what

7           aisle the butter is in.  You'd just press and it

8           would play the sound.  So we had the kiosk

9           designed for the magazine.  It was really fun.

10   Q.     So did you have other video on the kiosk or was

11          it just --

12   A.     Only the magazine, and the magazine was four

13          videos with the music video of Zurich that was

14          glorious.

15   Q.     Do you remember when the Paper-like Interface

16          was put into the IBM lobby in a kiosk?

17   A.     No.

18   Q.     I should rephrase.  Do you remember when the

19          Paper-like Interface video was put into the IBM

20          lobby --

21   A.     No, no, you said it correctly the first time.

22          That was fine.  The thing is I'm always -- when

23          you're producing things, you're at different

24          stages in everything.  So there's a point where

Exhibit 81
Page 001607

37

1        Abe telling computer science about the magazine,

2        and we did have an announcement when it went

3        into the lobby.  It was exciting.

4  Q.  An internal announcement at IBM?

5  A.  For the computer science.

6  Q.  By computer science, you mean the computer

7        science department?

8  A.  Yes.  We're a subset of research -- were.

9  Q.  Do you have any recollection of what the weather

10       was like when you had that unveiling ceremony,

11       what season it was?

12           MR. HAYES:  Same objection to the

13       extent it calls for speculation.

14  A.  No.

15  Q.  Okay.  And we've been talking about the IBM

16       lobby.

17  A.  Yes.  IBM Hawthorne building lobby.  Research

18       started in New York in the T. J. Watson

19       building, which was a huge semicircle of glass

20       built by Eero Saarinen, absolutely glorious

21       building on I think 200 acres with a creek at

22       the bottom.  No window office of anywhere of

23       anyone in the entire building.  They're all on

24       color-changing aisles with walls that can move

Exhibit 81
Page 001608

39

1      that calls for a legal conclusion.

2   A.   I believe that there would be no confusion at

3        all.  We had no guard on our driveway.  There

4        would be a receptionist in the building, but, in

5        fact, the receptionist is further than the kiosk

6        was.  So any person who chose to enter the

7        building could see the kiosk without being

8        stopped by IBM.  I don't see why anyone would

9        bother, but...

10  Q.   Other than the swirls on the computer that would

11       attract somebody there?

12  A.   It's called an attract screen for a reason.

13  Q.   Did you ever know of any member of the public to

14       enter -- strike that.  Have you ever heard of

15       any member of the public ever entering the lobby

16       in IBM's Hawthorne building while you were

17       there?

18              MR. HAYES:  I'm going to object again

19       to the extent that calls for speculation or a

20       legal conclusion.

21  A.   No.

22  Q.   But they could if they wanted to?

23  A.   They could if they wanted to.  You will find a

24       picture of the lobby without the kiosk in the

Exhibit 81
Page 001609

58

1    And I think we saw the video of it just a little

2    while ago.

3  A.  Yes, we saw the video.  They wanted to show an

4    updated hardware, but I didn't have the time in

5    my schedule to give them a complete video that

6    would be a repeat of a video I had already made.

7    So the compromise was a music video.  And there

8    were three music videos I made at the same time,

9    and that was one of them.  We did it over a

10   two-day or three-day video.

11 Q.  And when you say there were three videos that

12   you made, were they all about the Paper-like

13   Interface?

14 A.  No.

15 Q.  This was the only one about the Paper-like

16   Interface?

17 A.  Correct.

18 Q.  So --

19 A.  It might not be clear from the video, but what's

20   going on there is it's a doctor's office.  So

21   it's trying to show medications coming up and

22   choosing medications or getting rid of

23   medications and searching for blood pressure

24   information.  So it was still trying to show

59

1    gestures as a usable application but in a

2    different application that wasn't in the list of

3    application areas the first time through.

4             If I could look at the transcript, the

5    first time through, the application shown, which

6    is in Paragraph 4 on the first page of

7    Exhibit 2, lists sketch, math, music, Lotus

8    1-2-3, OTC tickets, a map, and it was actually

9    training sessions, not training seminars, and

10   terminal emulator, but medical wasn't part of it

11   at that point.  Medical became an application in

12   the next version.

13  Q.  And when you say next version --

14  A.  Of the hardware.

15  Q.  Of the hardware.  That's what you're talking

16      about.

17  A.  But the software, of course, would have changed

18      to support the new hardware.

19  Q.  Do you have an idea of the time frame of this

20      next version?

21             MR. HAYES:  Objection to the extent it

22      calls for speculation.

23  A.  The way I would date it is to see if I

24      incorporated any of the video in the 25th

Exhibit 81
Page 001611

68

1   A.   No, he's part of the interactivity that

2        surrounded the magazine.

3   Q.   Okay.  I understand.  Thanks.

4   A.   But you upped your audience.  Besides, it makes

5        them feel good.

6   Q.   When you made your video in 1988, do you

7        remember there being multiple versions of the

8        Paper-like Interface?

9   A.   No.

10  Q.   There was only one version?

11  A.   The only thing I knew in the time that I was

12       watching it, because I'm external to the

13       project, was I recognized when the name changed

14       from Papyrus, which you still see in the video,

15       to Paper-like Interface because people would

16       understand it.

17  Q.   And that was just a name change?

18  A.   That was only a name change.  What would have

19       happened underneath in any other regard would

20       have been invisible to me.

21  Q.   As far as you know in 1988, there was only one

22       Paper-like Interface?

23  A.   Yes, I'm sure of that.  And the fact that an IBM

24       VP contacted Hamed tells you also that he's the

Exhibit 81
Page 001612

83

1          everything.  The pharaohship of Egypt descends

2          through the wife, not the husband -- through the

3          daughter, not the son.  Random information is

4          fascinating.

5     Q.   So let me ask you about --

6     A.   Do I get to keep these?

7     Q.   These right here actually are going to be part

8          of the official record.

9     A.   No, but could I get copies?

10    Q.   I could certainly get you copies.

11    A.   God bless you.  Thank you.

12    Q.   Let's start with Exhibit 6.

13    A.   Yes.

14    Q.   If you could turn two pages in.

15    A.   Yes.

16    Q.   And you'll see it's titled On-Line Gesture

17         Recognition By Feature Analysis.

18    A.   Yes.

19    Q.   And it's by Joonki Kim?

20    A.   Yes.

21    Q.   Do you recognize the name Joonki Kim?

22    A.   Only by the credit list in the video.

23    Q.   Do you ever remember meeting --

24    A.   No.

Exhibit 81
Page 001613

84

1   Q.   -- Joonki Kim?  Do you remember ever seeing the

2        name before?

3   A.   No, not outside of the video.

4   Q.   So where did you get that credit list from?

5   A.   Hamed.

6   Q.   You gave you a list of people?

7   A.   Absolutely.

8   Q.   You didn't meet each one of those?

9   A.   No.

10  Q.   Who are the people you did meet?

11  A.   The three that are shot, and then later when the

12       second version of the tablet, that's another

13       person.  So I only knew four members of the

14       team.

15  Q.   And so in the first video, Exhibit 4, you met

16       Hamed Elozzy, Catherine --

17  A.   Catherine.

18  Q.   -- Wolf and?

19  A.   My mind blanks, but you'll find his name

20       repeated in the credits for the video is how

21       you'd identify it.

22  Q.   Okay.  Well, let's move on to Exhibit 7.  It's

23       another paper.

24                 MR. SIDDIQUI:  Actually, let me

Exhibit 81
Page 001614

85

1　　　　just -- for the record, Exhibit 6 is

2　　　　Bates-stamped MSLT 1231069 through 75, Exhibit 7

3　　　　is Bates-stamped MSLT 1073277 through 86, and

4　　　　Exhibit 8 is Bates-stamped MSLT 1059916 through

5　　　　25.

6　Q.　　And so back to Exhibit 7, again, if you flip

7　　　　past the first two pages and you get to the

8　　　　title page or a page that has a title,

9　　　　"Paper-like Interface for educational

10　　　　applications," do you see that?

11　A.　　Yes.

12　Q.　　And we see Joonki Kim here again, but we also

13　　　　see Doris Chow.  Does that name sound familiar?

14　A.　　It's almost tingling in the back of my mind, but

15　　　　it's not making a connection.  The synapses are

16　　　　not closing.

17　Q.　　My other question is on both Exhibit 6 and

18　　　　Exhibit 7, the address underneath the authors is

19　　　　in Yorktown Heights, New York.

20　A.　　Yes, that was our address.  It all went to the

21　　　　Watson building and was distributed from there.

22　Q.　　Okay.  So the fact --

23　A.　　That's the Watson building.

24　Q.　　So the fact this says Yorktown Heights does not

Exhibit 81
Page 001615

86

1    mean these people didn't work in the Hawthorne

2    building?

3  A.  Oh, no, no.  They're part of the research group.

4    That was my post office box number too.  That

5    was all of us, and they would distribute it by

6    name.

7  Q.  Would you mind flipping to toward the end of

8    this Exhibit 7.

9  A.  Yes.

10  Q.  Just take a look at the figures, and see if any

11    of the figures look familiar to you.

12  A.  No -- yes, the last one, the music scale.

13  Q.  And how does that look familiar to you?

14  A.  Because it was an application that ran on the

15    Paper-like Interface that we used to start the

16    video, though we didn't explain it.  We thought

17    it was self-explanatory and pretty, but I never

18    saw the crossword puzzle application.

19  Q.  Does this last figure in Exhibit 7 that's on

20    page Bates-stamped MSLT 1073286, does that

21    figure --

22  A.  Say again the figure number.

23  Q.  Figure 9.

24  A.  Figure 9, yes.

Exhibit 81
Page 001616

87

1  Q.  So I'll ask the question again.  Is Figure 9 of

2      Exhibit 7 consistent with your recollection of

3      what the musical notation application looked

4      like on the Paper-like Interface system in 1988?

5  A.  I would not be able to tell you that without

6      looking at the video again so that I could check

7      the commands at the bottom.  My instinct is that

8      it's the same, but I would never swear to that

9      without looking for sure.

10 Q.  Okay.  We can do that in a second.  Let's just

11     finish with the rest of these.

12 A.  Yeah.

13 Q.  And let's take a look at Exhibit 6 as well, and

14     just flip to the figures and let me know if any

15     of them seem familiar.  So I think they're on

16     the last pages of this exhibit.

17 A.  Well, some of the gestures, of course, are

18     familiar.

19 Q.  Can you tell me the ones that look familiar to

20     you?

21 A.  Just some of the gestural variations where

22     they're showing a -- number -- let's see.

23     Figure 3 -- we copied -- we chose some of the

24     interesting shapes to give as examples of what

88

```
 1           gestures might look like when we were defining

 2           them, but it would be parts -- Figure 3, not

 3           Figure 6.

 4      Q.   Okay.  How about Figures 1 or 8, the ones on the

 5           previous page?

 6      A.   Never saw 8.  Never saw 1.  Well, actually, it

 7           looks an awful lot like the spreadsheet, so I'd

 8           have to look in close.  I never paid tremendous

 9           attention to the labels in the spreadsheet.

10      Q.   The spreadsheet meaning the spreadsheet that's

11           depicted --

12      A.   Lotus 1-2-3 that's depicted in the video.

13      Q.   The spreadsheet that's depicted in the video?

14      A.   Yes, because those are clearly spreadsheets, but

15           I don't know -- in the same way that the notes

16           in Exhibit 7 would not be the notes in my video,

17           it might be a different spreadsheet text in

18           this, but spreadsheet, yes.

19      Q.   And Figure 3, you said, are some of the gestures

20           that are depicted in your video?

21      A.   Yes.

22      Q.   Now, let's move on to Exhibit 8, please.

23      A.   Yes.

24      Q.   And --
```

Exhibit 81
Page 001618

89

1    A.    These are marvelous.

2    Q.    Same deal.  After the first two pages, there's a

3          page with the title and the authors, and this

4          paper is entitled The Paper-like Interface

5          simply.

6    A.    James Ryan, that's the third name.

7    Q.    That's the third name?

8    A.    That's the third person in the video.

9    Q.    So the authors of this paper are Catherine Wolf,

10         James Ryan, and Hamed Elozzy?

11   A.    The three that you saw in the video, and that's

12         probably -- they -- the reason somebody

13         volunteered to have the video is usually because

14         a conference is coming up, and it's nice that

15         other people will find out in research what

16         they're doing, but the big thing is they can

17         make use of it when they go to a conference.

18         There's always self-interest.

19   Q.    And so if you could flip through this exhibit

20         and tell me whether any of these figures look

21         familiar to you.

22   A.    That spreadsheet.

23   Q.    Which figure are you looking at?

24   A.    I'm sorry.  Figure 2.  Figure 3.  The sketch

90

```
 1          down -- I don't recognize these shapes as ones
 2          that we used as examples in the video, though we
 3          did have a sketch demo.  So the application we
 4          had, just different shapes inside of it, and the
 5          same with music.
 6    Q.    And you're talking about Figures 4 and 5?
 7    A.    I'm sorry.  Figures 4 and 5.
 8    Q.    That's okay.  Nothing to apologize for.
 9    A.    And we also did the math demo, so I've seen
10          that.
11    Q.    And that's Figure 6?
12    A.    Yes.  So, therefore, all the examples here were
13          used in the video as well, which says it's
14          probably around the same point in time because
15          their minds are there.
16    Q.    And you see how this paper is entitled The
17          Paper-like Interface?
18    A.    Yes.
19    Q.    Do you have any doubt that this is referring to
20          the same system that is in your video?
21    A.    Oh, absolutely it is the same.
22    Q.    Back to Figures --
23    A.    And you can actually -- one of the things that
24          you'll get out of this paper is you'll find out
```

Exhibit 81
Page 001620

123

1      folks that worked in the Hawthorne building,

2      were they required to have a security badge?

3   A.  Yes.

4           MR. SIDDIQUI:  Just give me a second.

5      I'll object --

6           THE WITNESS:  I'm sorry.

7           MR. SIDDIQUI:  -- as to vague as to

8      which IBM folks we're talking about.

9   Q.  IBM employees that worked in the Hawthorne

10     building in IBM, were they required to have an

11     IBM security badge?

12  A.  Yes, and at one point, we were even told we had

13     to show them, had to wear them.  It was very

14     embarrassing.

15  Q.  Was there anybody that worked in the Hawthorne

16     building that was not required to have a

17     security badge?

18          MR. SIDDIQUI:  Object, lacks

19     foundation and the witness hasn't demonstrated

20     personal knowledge.

21  A.  Security badge, I suppose that's the name of the

22     little IBM thingy, which I never turned in, and

23     for the most part, it wasn't that anybody wore

24     them.  They really were kept usually somewhere

Exhibit 81
Page 001621

131

```
 1        employees?

 2   A.   And friends, yes.

 3   Q.   Okay.  I think you mentioned --

 4   A.   I would stop people in hallways to show them

 5        things, yes.  They knew I was coming.

 6   Q.   And now, when you say you stopped them in the

 7        hallway, I assume you must have had to take them

 8        somewhere to see the video, right?

 9   A.   Yes, either to the lab or -- before the kiosk

10        went up, I would take them to the lab.

11   Q.   And now when you say take them to the lab, is

12        that your lab at IBM?

13   A.   Yes.

14   Q.   So did you ever show this video to friends in a

15        setting other than your lab at IBM?

16   A.   Yes.

17   Q.   And where would that have been?

18   A.   My home or their home.

19   Q.   So in your personal home or in their personal

20        home?

21   A.   Yes.  And I showed it in no auditoriums.

22   Q.   That was my next question.  I think you said

23        earlier you never showed it in a public

24        auditorium?
```

Exhibit 81
Page 001622

202

1                        CERTIFICATE

2

3      COMMONWEALTH OF MASSACHUSETTS

4      SUFFOLK, SS

5            I, Sandra L. Bray, Registered Diplomate

6      Reporter and Notary Public in and for the

7      Commonwealth of Massachusetts, do hereby

8      certify:

9            That MARY VAN DEUSEN, the witness whose

10     deposition is hereinbefore set forth, was duly

11     sworn by me and that such deposition is a true

12     record of my stenotype notes taken in the

13     foregoing matter, to the best of my knowledge,

14     skill and ability.

15           IN WITNESS WHEREOF, I have hereunto set

16     my hand this 27th day of December, 2007.

17

18         _____

           Sandra L. Bray, RDR

19         Registered Diplomate Reporter

20

21

22

23

24

Exhibit 81
Page 001623