# SCHMIDT DECLARATION EXHIBIT 83

# Malz Declaration

# Exhibit 41

Exhibit 83
Page 001634

| Home | Solutions and Products | Customer Support | Bell Labs | About Lucent | | Glossary |

Search
[ ] [Go]
Advanced search

Lucent Techn
Bell Lab

About Lucent:
News & Events
- Press Releases
  - Press Archive
- Features
- Events/Speakers
- Webcasts
- Photo Gallery
- Press Contacts
- Corrections and Clarifications

Investor Relations
Industry Analyst Relations
Company Information
Social Responsibility
WorkatLucent
Solutions Partners
Market Advantage Programs

[Select Month] [Go]
Search press releases
[ ] [Go]

## Alcatel and Lucent Technologies to Merge and Form World's Leading Communication Solutions Provider

FOR RELEASE SUNDAY APRIL 02, 2006

- Combined company will have strong financial base and revenues of approximately Euro 21 billion (USD25 billion) based on calendar 2005 results
- Creates new growth opportunities and identifies annual pre-tax cost synergies of approximately Euro 1.4 billion (USD1.7 billion) within three years
- Creates global convergence leader with most comprehensive wireless, wireline and services portfolio in the industry
- Features one of the largest global R&D capabilities in communications
- Serge Tchuruk to be non-executive chairman, Patricia Russo to be CEO, based in Paris; equal board representation from both companies in merger of equals

Paris and Murray Hill, N.J., April 2, 2006 - Alcatel (Paris: CGEP.PA, NYSE: ALA) and Lucent Technologies (NYSE: LU) today announced that they have entered into a definitive merger agreement to create the first truly global communications solutions provider with the broadest wireless, wireline and services portfolio in the industry. The primary driver of the combination is to generate significant growth in revenues and earnings based on the market opportunities for next-generation networks, services and applications, while yielding significant synergies. The combined company's increased scale, scope and global capabilities will enhance its long-term value for shareowners, customers and employees. The transaction, which was approved by the boards of directors of both companies, will build upon the complementary strengths of each company to create a global leader in the transformation of next-generation wireless, wireline and converged networks.

### Strategic Fit Creates Global Leader in Next-Generation Networks and Services

"This combination is about a strategic fit between two experienced and well-respected global communications leaders who together will become the global leader in convergence," said Serge Tchuruk, chairman and CEO of Alcatel who will become non-executive chairman of the

Exhibit 83
Page 001635

Exhibit 41
Page 000678