# SCHMIDT DECLARATION

# EXHIBIT 84

# Malz Declaration

# Exhibit 72

Exhibit 84
Page 001636



Subscribe to our free newsletters

- FIND IT ON FUSION
- HELP
- GO
- HOME
- NEWS
  - Netflash:Daily News
  - International News
- THIS WEEK
- FEATURES
- RESEARCH
  - Buyer's Guides
  - Reviews
  - Technology Primers
- OPINIONS/FORUMS
- COLUMNISTS
- CAREERS
- FREE NEWSLETTERS
- SUBSCRIPTION CNTR
- SEMINARS/EVENTS
- REPRINTS/LINKS
- VENDOR WHITE PAPERS
- SITE MAP
- CONTACT US
- VENDOR PRODUCT SHOWCASE

NEWSLET
Get free news on key networ technologies. Sign up!

ADVERTISE

STOCK
How's your ve doing? Get sto prices and bac info on scores networking ve Click!

## Top 50 companies as ranked by market capitalization, 1999
Click on a company name to bring up more details.

| Company | market cap. | Rank | '99 rev. |
|---|---|---|---|
| Microsoft | 500,320 | 1 | 7,785 |
| Cisco | 470,200 | 2 | 2,096 |
| Intel | 398,410 | 3 | 7,314 |
| Oracle | 228,370 | 4 | 1,290 |
| Lucent | 226,310 | 5 | 4,766 |
| IBM | 194,680 | 6 | 7,712 |
| AT&T | 174,350 | 7 | 5,450 |
| Sun | 171,860 | 8 | 1,031 |
| Nortel Networks | 164,080 | 9 | -170 |
| SBC Communications | 155,430 | 10 | 8,159 |
| Hewlett-Packard | 138,830 | 11 | 3,491 |
| MCI WorldCom | 135,000 | 12 | 3,865 |
| AOL | 131,490 | 13 | 762 |
| EMC | 119,680 | 14 | 1,180 |
| Dell | 118,640 | 15 | 1,460 |
| Motorola | 106,780 | 16 | 817 |
| Qualcomm | 93,400 | 17 | 201 |
| BellSouth | 86,560 | 18 | 3,448 |
| Bell Atlantic | 85,890 | 19 | 4,202 |
| GTE | 63,650 | 20 | 3,412 |

Exhibit 72
Page 001070

| Company | Market Cap | Rank | |
|---|---|---|---|
| Sprint | 60,990 | 21 | 1,567 |
| Veritas Software | 57,630 | 22 | -503 |
| SAP | 55,075 | 23 | 581 |
| Qwest Communications | 47,870 | 24 | 459 |
| Compaq | 44,730 | 25 | 569 |
| Level 3 Communications | 42,910 | 26 | -487 |
| US West | 38,120 | 27 | 1,102 |
| Computer Associates | 32,790 | 28 | 626 |
| EDS | 30,720 | 29 | 421 |
| Network Appliance | 30,450 | 30 | 36 |
| Siebel Systems | 28,660 | 31 | 122 |
| 3Com | 28,440 | 32 | 404 |
| Exodus Communications | 26,930 | 33 | -130 |
| VeriSign | 25,470 | 34 | 4 |
| Micron Technology | 25,270 | 35 | -69 |
| Foundry Networks | 23,780 | 36 | 23 |
| Tibco | 22,110 | 37 | -7 |
| Gateway | 22,040 | 38 | 428 |
| Tellabs | 21,900 | 39 | 559 |
| BroadVision | 21,030 | 40 | 19 |
| Apple | 20,690 | 41 | 601 |
| BEA Systems | 20,430 | 42 | -52 |
| Citrix Systems | 19,420 | 43 | 117 |
| Alltel | 19,130 | 44 | 822 |
| Inktomi | 18,480 | 45 | -24 |
| Comverse Technology | 17,370 | 46 | 112 |
| Check Point Software | 17,162 | 47 | 96 |
| Brocade Communications | 16,980 | 48 | 3 |
| Hughes Electronics | 16,930 | 49 | -270 |
| Lexmark International | 15,310 | 50 | 319 |

Next 50 companies

Do another search

| | | |
|---|---|---|
| **Home** | Free newsletters | Seminars & Events |
| Contact us | Forums | Advertiser Index |
| Site Map | Opinions | Product Showcase |
| Today's news | Careers | Vendor white papers |
| This week in NW | Terms of Service | How to Advertise |
| Research | Network World, Inc. | NW Subscriptions |

Copyright, 1995-2000 Network World, Inc. All rights reserved.

Exhibit 72
Page 001071

http://www.networkworld.com/bg/nw200/mar1.jsp?_tablename=nw200    6/9/2006

Exhibit 84
Page 001638