# SCHMIDT DECLARATION
# EXHIBIT 86

| | | | | | | |
|---|---|---|---|---|---|---|
| Applicant: | **HASKELL, et al** | | Docket No. | **075543-0016** | Serial No. | |

| | | | |
|---|---|---|---|
| Title: | **CONDITIONAL MOTION COMPENSATED INTERPOLATION OF DIGITAL MOTION VIDEO** | Patent No. | **4,958,226** |

Date Sent: **7/16/2007** ☒  ☐ Hand Carried  ☐ Fax  ☐ Electronic  ☐ Cert. of Mailing  ☐ 1st Class Mail  ☐ Express Mail No. _____

☒ Transmittal Letter

New Patent App  ☐ Utility  ☐ Design  ☐ Cont.  ☐ CIP  ☐ Div.  ☐ PCT  ☐ RCE  ☐ Prov

☐ Other: _____
- pages of Specification
- pages of Claims
- pages of Abstract
- pages of Formal/Informal Drawings

☐ Small Entity  ☐ Large Entity
☐ Declaration/Power of Attorney
☐ Recordation of Assignment/Security Agreement
☒ Information Disclosure Statement
   1    Form PTO 1449
   7    copies of cited references
☐ Preliminary Amendment
☐ Response to Missing Parts Notice
☐ Resp. to Notice to Correct App. Papers
☐ Certified Copy of Priority Doc.
☐ Claim for Convention Priority
☐ Response/Amendment to Office Action of _____
☐ Request for _____ month Extension of Time

☐ Letter submitting _____ pages of drawings
☐ Req. for Approval of Drawing Amendments
☐ Req. for Oral Hearing
☐ Not. of Appeal  ☐ Appeal Brief  ☐ Reply Brief
☐ Rule 312 Amendment/Letter
☐ Req. for Acknowledgement of Cited Art
☐ Issue Fee
☐ Publication Fee
☐ Req. for Certificate of Correction
☐ Maintenance Fee for _____ years after grant
☐ Fee Address Indication Form _____
☐ Terminal Disclaimer
☐ Petition to Commissioner
☒ Certificate of Service
☒ Other  Request for Ex Parte Reexam, including 14 Exhibits

| Check for | $ | ☒ Charge Deposit Acct. 500417 | $ 2,520.00 | Atty Init. | KLC | Tkpr. # | 3324 | Secy. or PL: | RGarrison |
|---|---|---|---|---|---|---|---|---|---|

CMS Descrip.: **25-2,520.00** _____

THE PATENT AND TRADEMARK OFFICE DATE STAMPED HEREON IS ACKNOWLEDGEMENT THAT THE ITEMS, CHECKED ABOVE, WERE RECEIVED BY THE PTO ON THE DATE STAMPED.

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Applicant: | **HASKELL, et al** | | Docket No. | **075543-0016** | Serial No. | |

| | | | |
|---|---|---|---|
| Title: | **CONDITIONAL MOTION COMPENSATED INTERPOLATION OF DIGITAL MOTION VIDEO** | Patent No. | **4,958,226** |

Date Sent: **7/16/2007** ☒  ☐ Fax  ☐ Electronic  ☐ Cert. of Mailing  ☐ 1st Class Mail  ☐ Express Mail No. _____

☒ Transmittal Letter

New Patent App  ☐ Utility  ☐ Design  ☐ Cont.  ☐ CIP  ☐ Div.  ☐ PCT  ☐ RCE  ☐ Prov

☐ Other: _____
- pages of Specification
- pages of Claims
- pages of Abstract
- pages of Formal/Informal Drawings

☐ Small Entity  ☐ Large Entity
☐ Declaration/Power of Attorney
☐ Recordation of Assignment/Security Agreement
☒ Information Disclosure Statement
   1    Form PTO 1449
   7    copies of cited references
☐ Preliminary Amendment
☐ Response to Missing Parts Notice
☐ Resp. to Notice to Correct App. Papers
☐ Certified Copy of Priority Doc.
☐ Claim for Convention Priority
☐ Response/Amendment to Office Action of _____
☐ Request for _____ month Extension of Time

☐ Letter submitting _____ pages of drawings
☐ Req. for Approval of Drawing Amendments
☐ Req. for Oral Hearing
☐ Not. of Appeal  ☐ Appeal Brief  ☐ Reply Brief
☐ Rule 312 Amendment/Letter
☐ Req. for Acknowledgement of Cited Art
☐ Issue Fee
☐ Publication Fee
☐ Req. for Certificate of Correction
☐ Maintenance Fee for _____ years after grant
☐ Fee Address Indication Form _____
☐ Terminal Disclaimer
☐ Petition to Commissioner
☒ Certificate of Service
☒ Other  Request for Ex Parte Reexam, including 14 Exhibits

| Check for | $ | ☒ Charge Deposit Acct. 500417 | $ 2,520.00 | Atty Init. | KLC | Tkpr. # | 3324 | Secy. or PL: | R. Garrison |
|---|---|---|---|---|---|---|---|---|---|

CMS Descrip.: **25-2,520.00** _____

THE PATENT AND TRADEMARK OFFICE DATE STAMPED HEREON IS ACKNOWLEDGEMENT THAT THE ITEMS, CHECKED ABOVE, WERE RECEIVED BY THE PTO ON THE DATE STAMPED.

WDC99 1421192-1.075543.0016

Exhibit 86
Page 001693

Attorney Docket No. 75543-016

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In the Reexamination of: ) | |
| ) | |
| HASKELL, et al. ) | |
| ) | |
| U.S. Patent No.: 4,958,226 ) | |
|     Filed: September 27, 1989 ) | Examiner: |
|     Issue Date: September 18, 1990 ) | |
| ) | Group Art Unit: |
| For:   CONDITIONAL MOTION ) | |
|       COMPENSATED INTERPOLATION ) | |
|       OF DIGITAL MOTION VIDEO ) | |
| ) | |
| Reexamination Proceeding ) | |
|     Control No.: ) | |
|     Filed: ) | |

Mail Stop Ex Parte Rexam
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Transmitted herewith is a **REQUEST FOR** *EX PARTE* **REEXAMINATION OF U.S. PATENT NO. 4,958,226 UNDER 35 U.S.C. §§ 302-307 AND 37 C.F.R. § 1.510. Also enclosed are the following attachment(s):** [ ] Exhibits, Information Disclosure Statement, PTO-1449 and Certificate of Service.

☐      No additional fee is required.
☐      Applicant is entitled to small entity status under 37 CFR 1.27
☐                Also attached:

☒      Please charge my Deposit Account No. <u>500417</u> in the amount of $2,520.00. An additional copy of this transmittal sheet is submitted herewith.

☒      The Commissioner is hereby authorized to charge payment of any fees associated with this communication or credit any overpayment, to Deposit Account No. 500417, including any filing fees under 37 CFR 1.16 for presentation of extra claims and any patent application processing fees under 37 CFR 1.17.

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

Kenneth L. Cage
Registration No. 26,151

600 13th Street, N.W.
Washington, DC 20005-3096
Phone: 202.756.8000 KLC:MAM/llg
Facsimile: 202.756.8087
**Date: July 16, 2007**
WDC99 1421091-1.075543.0016

**Please recognize our Customer No. 20277 as our correspondence address.**

Exhibit 86
Page 001694

Attorney Docket No. 75543-016

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In the Reexamination of: )<br><br>HASKELL, et al. )<br><br>U.S. Patent No.: 4,958,226 )<br>    Filed:  September 27, 1989 )<br>    Issue Date: September 18, 1990 )<br><br>For:   CONDITIONAL MOTION )<br>    COMPENSATED INTERPOLATION )<br>    OF DIGITAL MOTION VIDEO )<br><br>Reexamination Proceeding )<br>    Control No.: )<br>    Filed: )| Examiner:<br><br>Group Art Unit: |

---

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing Request for Ex Parte Reexamination of U.S. Patent

No. 4,958,226, Information Disclosure Statement, and  PTO-1449 were served by first class mail

this 16th day of July, 2007 to:

Counsel for Lucent
Alison P. Adema
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101-3595

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

Kenneth L. Cage
Registration No. 26,151

600 13th Street, N.W.
Washington, DC  20005-3096
Phone:  202.756.8000 KLC:MAM/lg
Facsimile:  202.756.8087
**Date:  July 16, 2007**
WDC99 1421105-1.075543.0016

**Please recognize our Customer No. 20277 as
our correspondence address.**

Exhibit 86
Page 001695

Attorney Docket No. 75543-016

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In the Reexamination of:                                              ) | |
|                                                                       ) | |
| Haskell et al.                                                        ) | |
|                                                                       ) | |
| U.S. Patent No.: 4,958,226                                            ) | |
|           Filed:  September 27, 1989                                  ) | Examiner: |
|           Issue Date: September 18, 1990                              ) | |
|                                                                       ) | Group Art Unit: |
| For:    CONDITIONAL MOTION                                            ) | |
|         COMPENSATED INTERPOLATION                                     ) | |
|         OF DIGITAL MOTION VIDEO                                       ) | |
|                                                                       ) | |
|                                                                       ) | |
| Reexamination Proceeding                                             ) | |
|           Control No.:                                                ) | |
|           Filed:                                                      ) | |

---

### REQUEST FOR *EX PARTE* REEXAMINATION
### OF U.S. PATENT NO. 4,958,226
### UNDER 35 U.S.C. §§ 302-307 AND 37 C.F.R. § 1.510

Mail Stop Ex Parte Reexam
Honorable Commissioner For Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Exhibit 86
Page 001696

# TABLE OF CONTENTS

**Page**

I.     SUMMARY OF REEXAMINATION REQUEST ........................................... 1

II.    SUMMARY OF THE '272 PATENT ...................................................... 1

III.   PRIOR AND CONCURRENT PROCEEDINGS ......................................... 2

IV.    BASIS FOR REEXAMINATION........................................................... 2

     A.    Statement Pointing Out Substantial New Question Of Patentability..................... 2
          1.   Request For Reexamination....................................................... 3
          2.   Identification Of Claims For Which Reexamination Is Requested
              And Explanation Of The Pertinency And Manner Of Applying The
              Cited Prior Art................................................................... 3

V.     THE APPLICABLE LEGAL STANDARDS ............................................. 4

     A.    The Law of Anticipation............................................................ 4
     B.    The Law of Obviousness ........................................................... 5
     C.    Means Plus Function ................................................................ 6

VI.    DISCUSSION OF THE PRIOR ART ................................................... 6

     A.    Ericsson.............................................................................. 6
     B.    Hinman............................................................................... 7
     C.    Lodge I and II....................................................................... 9
     D.    Digital Pictures..................................................................... 10

VII.   APPLICATION OF THE PRIOR ART TO THE CLAIMS ......................... 11

     A.    Ericsson............................................................................. 11
     B.    Hinman.............................................................................. 21
     C.    Lodge I ............................................................................. 38
     D.    Lodge II............................................................................. 44
     E.    Digital Pictures..................................................................... 53

VIII.  CONCLUSION......................................................................... 61

Exhibit 86
Page 001697

## EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 1 | U.S. Patent No. 4,958,226 ("Conditional Motion Compensated Interpolation of Digital Motion Video", Barin G. Haskell, Atul Puri, Sept. 18, 1990) |
| 2 | U.S. Patent No. 4,849,810 ("Hierarchical Encoding Method and Apparatus for Efficiently Communicating Image Sequences", S. Staffan Ericsson, Jul. 18, 1989) |
| 3 | U.S. Pat. No. 4,858,005 ("System for Encoding Broadcast Quality Television Signals to Enable Transmission as an Embedded Code", N.K. Lodge, Aug. 15, 1989) |
| 4 | N.K. Lodge, "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures," Second International Conference on Image Processing and Its Applications, Vol. 265, 24-26 June 1986. |
| 5 | U.S. Pat. No. 4,703,350 ("Method and Apparatus for Efficiently Communicating Image Sequences", Brian L. Hinman, Oct. 27, 1987) |
| 6 | July 13, 2005 Order Construing Claims for United States Patent Number 4,958,226 |
| 7 | Staffan Ericsson, "Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding," IEEE Transactions on Communications, Vol. COM-33, No. 12, December 1985 |
| 8 | U.S. Pat. No. 4,754,492 ("Method and System for Adapting a Digitized Signal Processing System for Block Processing With Minimal Blocking Artifacts", Henrique S. Malvar, Jun 28, 1988) |
| 9 | ARUN N. NETRAVALI & BARRY G. HASKELL, DIGITAL PICTURES: REPRESENTATION AND COMPRESSION (1988) |
| 10 | Yoshiyuki Yashima & Katsutoshi Sawada, "A Highly Efficient Coding Method for HDTV Signals," Proceedings of the IEEE, Vol. 1, June 8, 1987 |
| 11 | Masayuki Tanimoto, "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Transactions of the IEICE, Vol. E.70, No. 7, July 1987 |
| 12 | Copyright Registration No. TX 2,347,303 for DIGITAL PICTURES |
| 13 | U.S. Pat. No. 4,727,422 ("Method and Apparatus for Efficiency Communicating Image Sequence Having Improved Motion Compensation", Brian L. Hinman, Feb. 23, 1988) |
| 14 | U.S. Pat. No. 4,575,756 ("Decoder for a Frame or Field Skipped TV Signal With a Representative Movement Vector Used for Individual Vectors", Akihiro Furukawa, Mar. 11, 1986) |

Exhibit 86
Page 001698

# REQUEST FOR *EX PARTE* REEXAMINATION
## OF U.S. PATENT NO. 4,958,226
### UNDER 35 U.S.C. §§ 302-307 AND 37 C.F.R. § 1.510

Mail Stop Ex Parte Reexam
Honorable Commissioner For Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The undersigned respectfully requests reexamination of claim 12 of U.S. Pat. No. 4,958,226 (hereafter "the '226 patent") (Exhibit 1), titled "CONDITIONAL MOTION COMPENSATED INTERPOLATION OF DIGITAL MOTION VIDEO," which issued on September 18, 1990, to Barin G. Haskell and Atul Puri, under the provisions of 35 U.S.C. § 302 *et seq*. The purported patent owner is Multimedia Patent Trust ("MPT").

## I.   SUMMARY OF REEXAMINATION REQUEST

This request for reexamination provides significant prior art, not previously considered by the USPTO, which raises a new question of patentability of claim 12 of the '226 patent. In particular, this new art anticipates or renders obvious claim 12.

The real party in interest making this request is Dell Inc. Thus, the "Requester" referred to herein should be considered Dell Inc.

## II.   SUMMARY OF THE '272 PATENT

The '226 patent relates to a method and apparatus for encoding and decoding video signals of moving images. ('226 patent at 1:7-8). Claim 12 is directed to a circuit responsive to coded video signals that includes means for developing block approximations from codes that describe deviations from approximated blocks. The claimed circuit further includes means responsive to the block approximations and to codes that describe deviations from interpolated blocks to develop interpolated blocks.

-1-

Exhibit 86
Page 001699

## III.    PRIOR AND CONCURRENT PROCEEDINGS

The '226 patent issued from U.S. Patent Application Serial Number 413,520 ("the '520 application"), filed September 27, 1989 and assigned to Bell Telephone Laboratories, Inc. Further, the '226 patent issued on September 18, 1990, with claims 1-12.

The '226 patent is currently the subject of litigation before the United States District Court for the Southern District of California, where MPT has accused Requester of patent infringement, in a proceeding styled *Lucent Technologies, Inc. and Multimedia Patent Trust v. Gateway, Inc. et al.*, Case No. 02-CV-2060 B (CAB) consolidated with Case Nos. 03-CV-699 B (CAB) and 03-CV-1108 B (CAB).

## IV.    BASIS FOR REEXAMINATION

Reexamination of claim 12 is requested based on the prior art publications set forth in this request, or any other basis that the Commissioner may deem appropriate.

### A.    Statement Pointing Out Substantial New Question Of Patentability

35 U.S.C. § 303(a) states, in part: "Within three months following the filing of a request for reexamination under the provisions of section 302 of this title, the Commissioner will determine whether a substantial new question of patentability affecting any claim of the patent concerned is raised by the request . . . ." 35 U.S.C. § 304 states as follows: "If, in a determination made under the provisions of subsection 303(a) of this title, the Commissioner finds that a substantial new question of patentability affecting any claim of a patent is raised, the determination will include an order for reexamination of the patent for resolution of the questions."

A substantial question of patentability is established by the following test:

> A prior art patent or printed publication raises a substantial question of patentability where there is a substantial likelihood that a reasonable examiner would consider the prior art patent or printed publication important in deciding whether or not the claim is patentable.

MPEP § 2242. Certainly, if an Examiner would have rejected a claim based on the reference identified in this request, "there is a substantial likelihood that a reasonable Examiner would consider the prior art patent or printed publication important in deciding whether or not the claim

Exhibit 86
Page 001700

is patentable." *Id.* However, as stated in MPEP § 2242, it is not necessary that a *"prima facie"* case of unpatentability exist as to the claim in order for "a substantial new question of patentability" to be present as to the claim. Thus, "a substantial new question of patentability" as to a patent claim could be present even if the examiner would not necessarily reject the claim as either fully anticipated by, or obvious in view of, the prior patents or printed publications. As to the importance of the difference between "a substantial new question of patentability" and a *"prima facie"* case of unpatentability, *see generally In re Etter*, 756 F.2d 852, 857, n. 5, 225 USPQ 1,4 n.5 (Fed. Cir. 1985).

1.    **Request For Reexamination**

This reexamination request relies on prior art not previously considered by the USPTO. Accordingly, Requester urges that a substantial new question of patentability is raised by this reexamination request.

2.    **Identification Of Claims For Which Reexamination Is Requested And Explanation Of The Pertinency And Manner Of Applying The Cited Prior Art**

Claim 12 is anticipated by Ericsson (Exhibit 2), Lodge I and II (Exhibits and 4), and Digital Pictures (Exhibit 9), as detailed in the claim charts below. Furthermore, claim 12 is obvious over Hinman (Exhibit 5) in combination with other prior art of record, as detailed in the claim charts below. Claim 12 is also obvious over Ericsson, Lodge I and II, and Digital Pictures, either alone, or in combination with other prior art of record and/or the knowledge of one of ordinary skill in the art, as detailed in the claim charts below.

Requester notes that according to MPEP § 2258(I)(G), during reexamination, claim 12 should be given the broadest reasonable interpretation consistent with the specification, and that limitations in the specification are not to be read into claim 12.

- 3 -

Exhibit 86
Page 001701

## V.    THE APPLICABLE LEGAL STANDARDS

### A.    The Law of Anticipation

Under 35 U.S.C. § 102, an invention must be "novel," *i.e.*, it must be new at the time the invention is made. A patent claim is anticipated under 35 U.S.C. § 102, and therefore invalid, if each element of the claim in issue can be found, either expressly described or under principles of inherency, in a single prior art reference. *Kalman v. Kimberly-Clark Corp.*, 713 F.2d 760 (Fed. Cir. 1983). A "prior art reference" for purposes of the statute is subject matter that has been patented or described in a printed publication prior to the date of invention by the patentee or more than one year prior to the application filing date, or in public use or on sale in the United States more than one year prior to the patent application filing date. Regarding the '226 patent, the critical date for determining whether a reference is prior art is September 27, 1988, since this date is one year prior to the filing date of the application that led to the '226 patent.

Pertinent language of § 102 is quoted as follows:

A person shall be entitled to a patent unless--

*****

    (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for patent in the United States, or

*****

Novelty of claimed subject matter is judged by a comparison of the properly construed claim with a single piece of prior art. *Lindemann Mashinenfabrik v. American Hoist & Derrick*, 730 F.2d 1452, 1458 (Fed. Cir. 1984). A reference anticipates a claimed invention if it discloses the claimed invention "such that a skilled artisan could take its teachings in combination with his own knowledge of the particular art and be in possession of the invention." *In re Graves*, 69 F.3d 1147 (Fed. Cir. 1995) (*citing In re LeGrice*, 301 F.2d 929, 936 (CCPA 1962)); *In re Donohue*, 766 F.2d 531, 533 (Fed. Cir. 1985).

- 4 -

Exhibit 86
Page 001702

B.    **The Law of Obviousness**

Even if a single prior art reference does not disclose each and every limitation of the claimed invention, the claim may still be invalid as obvious under 35 U.S.C. § 103 if "the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art." *SIBIA Neurosciences, Inc. v. Cadus Pharmaceutical Corp.*, 225 F.3d 1349, 1355 (Fed. Cir. 2000) (affirming jury verdict that patent was obvious in light of art that was before the examiner), quoting 35 U.S.C. § 103(a) (1994). A determination of obviousness requires an "expansive and flexible approach." *KSR Int'l Co. v. Teleflex Inc.,* 127 S. Ct. 1727, 1739 (2007). "[T]he combination of familiar elements according to known methods is likely to be obvious when it does no more than yield predictable results," *id.*, thus the question is "whether the improvement is more than the predictable use of prior art elements according to their established functions." *Id.* at 1740. Obviousness is based on underlying factual inquiries regarding "the scope and content of the prior art, the level of ordinary skill in the field of the invention, the differences between the claimed invention and the prior art, and any objective evidence of non-obviousness such as long-felt need, and commercial success." *Id.* (referring to the "*Graham* factors" as recited in *Graham v. John Deere*, 383 U.S. 1, 17 (1966)).

In *KSR,* the Supreme Court determined that the rigid application of the teaching-suggestion-motivation to combine test commonly applied by the Federal Circuit was inconsistent with the flexible approach to obviousness outlined in earlier Supreme Court cases such as *Graham v. John Deere.  See KSR,* 1727 S. Ct. at 1739. Where the possible combinations and permutations are limited, obviousness may be established by "showing that the combination of elements was 'obvious to try.'" *Id.* at 1742. "When a patent 'simply arranges old elements with each performing the same function it had been known to perform' and yields no more than one would expect from such an arrangement, the combination is obvious." *Id.* at 1740 (*citing Sakraida v. AG Pro, Inc.,* 425 U.S. 273, 282 (1976)). "Granting patent protection to advances

- 5 -

Exhibit 86
Page 001703

that would occur in the ordinary course without real innovation retards progress and may, in the case of patents combining previously known elements, deprive prior inventions of their value or utility." *KSR*, 1727 S. Ct. at 1741. The Court further stated that "[r]igid preventative rules that deny factfinders recourse to common sense...are neither necessary under our case law nor consistent with it." *Id.* at 1742-43.

Moreover, the presumption of patent validity is diminished, and Defendants' burden of proof more easily carried, when the invalidating prior art was not before the examiner. *American Hoist & Derrick Co. v. Sowa & Sons, Inc.*, 725 F.2d 1350, 1359-60 (Fed. Cir. 1984).

### C.   **Means Plus Function**

Paragraph 6 of Section 112 of the patent code permits an element in a claim to be expressed as a means or step for performing a specified function. The statute provides that: "An element in a claim for a combination may be expressed as a means or step for performing a specified function without recital of structure, material or acts in support therefore, and such claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof." 35 U.S.C. § 112, ¶ 6.

## VI.   **DISCUSSION OF THE PRIOR ART**

### A.   **Ericsson**

This reference is U.S. Pat. No. 4,849,810 titled "Hierarchical Encoding Method and Apparatus for Efficiently Communicating Image Sequences" ("Ericsson"), with S. Staffan Ericcson listed as the inventor. Ericsson discloses a decoder circuit responsive to coded video signals where the video signals comprise successive frames. *See, e.g.*, Fig 3; col. 2, lines 53-58. Each of the frames includes a plurality of blocks. *See, e.g.*, col. 5, line 59 – col. 6, line 2. The video signals are coded using various methods, including the discrete cosine transform, or DCT, method. *See, e.g.*, col. 6, lines 31-32 ("One preferred lossy compression circuitry employs a

- 6 -

Exhibit 86
Page 001704

discrete cosine transform…"); *see also* col. 7, lines 40-47; col. 10, lines 14-16; col. 5, lines 30-34.

The coded video signals include codes that describe deviations from approximated blocks. *See, e.g.*, col. 12, line 67 – col. 13, line 2; col. 18, lines 18-21 (top level difference image signal "representing the error" from predicted blocks); Fig. 12 (output of arithmetic encoder 520). The coded video signals also include codes that describe deviations from interpolated blocks. See, e.g., col. 13, lines 30-31; col. 18, lines 25-28 (lower level difference image signal "representing the error" from blocks that have been interpolated by interpolation circuitry 526 and 527 of Fig. 12); Fig. 12 (output of vector quantization circuit 536).

As detailed in the claim chart below, every element required by claim 12 is included, either explicitly or inherently, in Ericsson.

## B.  Hinman

This reference is U.S. Pat. No. 4,703,350 titled "Method and Apparatus for Efficiently Communicating Image Sequences" ("Hinman"), with Brian L. Hinman listed as the inventor. Hinman discloses a video compression technique that encodes frames of video using motion compensated prediction. The system calculates prediction error, encodes the prediction error using a Discrete Cosine Transform (DCT),[1] and transmits the prediction error and motion vectors to the receiver. The transmitter also drops every other frame from the video sequence.

---

[1] The literal terms of claim 12 do not require a DCT, but the Court, as shown in the *Markman* Order, has interpreted the claim under 35 U.S.C. § 112, ¶ 6 to require an inverse DCT to decode error information. Hinman and Ericsson explicitly disclose use of the DCT to encode error information. *See* Hinman, col. 7, lines 2-6; Ericsson, col. 7, lines 40-47 and col. 10, lines 14-16. An earlier paper from the inventor of the Ericsson patent does as well. *See* Staffan Ericsson, "Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding," IEEE Transactions on Communications, Vol. COM-33, No. 12, December 1985, 1291, 1293 (Exhibit 7). U.S. Pat. No. 4,754,492 to Malvar ("Malvar") (Exhibit 8) is an even fuller description of the prior art use of the DCT. Indeed, Mr. Haskell, in his prior art texbook on video coding – a text which he never disclosed to the examiner during the original examination – specifically states that "the DCT has become the most widely used of the unitary transforms." ARUN N. NETRAVALI & BARRY G. HASKELL, DIGITAL PICTURES: REPRESENTATION AND COMPRESSION 400 (1988) (Exhibit 9). In fact, even apart from Ericsson and Hinman, others in the prior art encoded error information with the DCT. *See, e.g.*, U.S. Patent No. 4,833,535 to Ozeki, et al. at col. 8, lines 7-9; col. 13, line 60 - col. 14, line 2.

Exhibit 86
Page 001705

Figure 3 of Hinman discloses a receiver that decodes prediction error information that had been encoded by a DCT. *See* col. 7, lines 2-6 and lines 37-42. The receiver of Figure 3 also uses the motion vectors to create a prediction of every other frame and adds the decoded error information to the predicted frames. The intervening ("dropped") frames are then reconstructed by motion compensated interpolation performed by interpolator 88.

Thus, Hinman by itself discloses everything in claim 12 of the '226 patent, except for the use of interframe interpolation error. The addition of interframe interpolation error to the Hinman system would have been obvious for several reasons. First, Ericsson[2] employs *intra*frame interpolation error in a system that includes the same configuration as Hinman's (the patents share many of the same figures and, in fact, Ericsson discloses the same frame interpolator at col. 8, lines 26-31). Where *intra*frame interpolation is employed, it would have been obvious to calculate and transmit "codes that describe deviations from interpolated blocks," such as *inter*frame interpolation error. Second, it was well-known in the prior art that when *inter*frame interpolation was employed, the interpolation might be inaccurate, therefore causing the interpolation error to be large. In such situations it was known that side information (*i.e.*, "codes that describe deviations from interpolated blocks") would necessarily have to be transmitted to the receiver. Indeed, Mr. Haskell's own prior art textbook – which for some reason Haskell never disclosed to the examiner of the '226 patent – explicitly makes this point in a section entitled "Motion Adaptive Interpolation":

> In this as well as other interpolation schemes, since at times the interpolation may be inaccurate, techniques have been devised where the quality of interpolation is checked at the transmitter, and if the interpolation error is larger than a threshold, side information is transmitted to the receiver. It appears that due to unavoidable inaccuracies of the displacement estimator (e.g. complex translational and rotational motion) and the segmentation process, such side information would be necessary to reduce artifacts that may otherwise be introduced due to faulty interpolation.

---

[2] *See infra* footnote 7.

- 8 -

Exhibit 86
Page 001706

DIGITAL PICTURES 473.[3]  Finally, it was well-known and a common practice in the prior art, where interpolation of video signals was employed, to check the quality of the interpolation at the transmitter, and if the interpolation error was above a threshold, code and transmit the interpolation error to the transmitter. *See, e.g.,* U.S. Pat No. 4,858,005 to Lodge ("Lodge I") at col. 4, lines 58-63; Arun N. Netravali & John O. Limb, "Picture Coding: A Review," Proceedings of the IEEE, Vol. 68, No. 3, March 1980 at 366, 400-401; John O. Limb, et al., "Combining Intraframe and Frame-to-Frame Coding for Television," The Bell System Technical Journal, Vol. 53, No. 6, July-August 1974 at 1137, 1153; N K Lodge, "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures," Second International Conference on Image Processing and Its Applications, Vol. 265, 24-26 June 1986, 242, 243 ("Lodge II"); Masayuki Tanimoto, "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Transactions of the IEICE, Vol. E.70, No. 7, July 1987, 611, 612.[4]

## C.     Lodge I and II

Lodge I is U.S. Pat. No. 4,858,005, titled "System for Encoding Broadcast Quality Television Signals to Enable Transmission as an Embedded Code" with Nicolas K. Lodge listed as the inventor, and Lodge II is a technical paper titled "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures," Second International Conference on Image Processing and Its Applications, Vol. 265, 24-26 June 1986. Lodge I and II disclose a coding algorithm for the transmission of distribution quality broadcast

---

[3] DIGITAL PICTURES was first published on May 6, 1988. *See* TX 2,347,303 (Copyright registration for DIGITAL PICTURES) (Exhibit 12).

[4] Indeed, systems that employ both "codes that describe deviations from approximated blocks" (*e.g.*, prediction error) and "codes that describe deviations from interpolated blocks" (*e.g.*, interpolation error) were well-known in the prior art. *See* N K Lodge, "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures," Second International Conference on Image Processing and Its Applications, Vol. 265, 24-26 June 1986, 242, 243-45; Yoshiyuki Yashima & Katsutoshi Sawada, "A Highly Efficient Coding Method for HDTV Signals," Proceedings of the IEEE, Vol. 1, June 8, 1987, 0125, 0126 (Exhibit 10); U.S. Pat No. 4,858,005 to Lodge at col. 4, line 41 - col. 5, line 2 and col. 9, line 61 - col. 10, line 5, col. 11, line 65 - col. 12, line 2; Masayuki Tanimoto, "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Transactions of the IEICE, Vol. E.70, No. 7, July 1987, 611, 611-12 (Exhibit 11); Ericsson, col. 7, lines 33-40; col. 12, lines 8-13; col. 13, lines 11-13.

Exhibit 86
Page 001707

television. (Lodge I at 11:44-45; Lodge II at p. 245).   More specifically, Lodge I and II disclose a hybrid technique of interpolative and predictive coding both of which are explicitly controlled by a 3-state descriptor signal, transmitted in place of alternate source samples.  (Lodge I at 11:48-51; Lodge II at p. 245).  As described in Lodge I and II, the descriptor defines adaptive interpolation of the omitted samples; controls inter/intraframe-contour adaptive prediction; and is used to control assignment of entropy codes to quantized errors which are used to adjust subjectively inadequate interpolated pels.  (Lodge I at 11:55-60; Lodge II at p. 245).

As detailed in the claim charts below, every element required by claim 12 is included, either explicitly or inherently in each of Lodge I and II.

### D.     Digital Pictures

This reference is a book by Arun N. Netravali & Barry G. Haskell titled DIGITAL PICTURES: REPRESENTATION AND COMPRESSION (1988).  Chapter 5 of this book, Basic Compression Techniques, describes various coding schemes, including predictive coding and interpolative/extrapolative coding, and states that the latter is "heavily used for interframe systems in conjunction with predictive coding."  (Digital Pictures at 301, 303).

Furthermore, Digital Pictures further discloses that in basic predictive coding systems, an approximate prediction of the sample to be encoded is made from previously coded information that has been transmitted.  (See Digital Pictures at Fig. 5.2.1).  As stated in Digital Pictures, "[t]he error (or *differential* signal) resulting from the subtraction of the prediction the actual value of the pel is quantized into a set of $L$ discrete amplitude levels.  These levels are then represented as binary words of fixed or variable word-lengths and sent to the channel coder for transmission."  (Digital Pictures at 313).

Regarding interpolative coding, Digital Pictures describes that since interpolation may be inaccurate, "techniques have been devised where the quality of interpolation is checked at the transmitter, and if the interpolation error is larger than a threshold, side information.  It appears that due to unavoidable inaccuracies of the displacement estimator (e.g., complex translational

- 10 -

Exhibit 86
Page 001708

and rotational motion) and the segmentation process, such side information would be necessary to reduce artifacts that may otherwise be introduced due to faulty interpolation." (Digital Pictures at 473).

As detailed in the claim charts below, every element required by claim 12 is included, either explicitly or inherently in Digital Pictures.

## VII.   APPLICATION OF THE PRIOR ART TO THE CLAIMS

Claim 12 is anticipated by Ericsson, Lodge I and II, and Digital Pictures, as detailed in the claim charts below.  Furthermore, claim 12 is obvious over Hinman in combination with other prior art of record, as detailed in the claim charts below.  Claim 12 is also obvious over Ericsson, Lodge I and II, and Digital Pictures, as well as Ericsson either alone, or in combination with other prior art of record and/or the knowledge of one of ordinary skill in the art, as detailed in the claim charts below.  Note that the Federal District Court where MPT has accused Requester of patent infringement has construed claim 12 in its July 13, 2005 Order Construing Claims for United States Patent Number 4,958,226 (the "*Markman* Order") (Exhibit 6).  The claim charts below incorporate the *Markman* Order.  In particular, the bolded terms in the left column are claim terms that have been construed in the *Markman* Order—with the Court's construction of these terms appearing in brackets and in italics.

### A.   Staffan Ericsson, U.S. Patent No. 4,849,810, Hierarchical encoding method and apparatus for efficiently communicating image sequences

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | STAFFAN ERICSSON, U.S. PATENT NO. 4,849,810, HIERARCHICAL ENCODING METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES ("ERICSSON") |
|---|---|
| A **circuit** [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise **successive frames** [*one frame following another; consecutive frames*] and each frame includes a plurality of **blocks** [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where the **coded** | Ericsson discloses a device that is responsive to coded video signals where the video signals comprise successive frames, each frame including a plurality of blocks, and the coded video signals comprise codes that describe deviations from predicted blocks and codes that describe deviations from interpolated blocks.<br><br>Ericsson discloses a decoder circuit responsive to |

- 11 -

Exhibit 86<br>Page 001709

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | STAFFAN ERICSSON, U.S. PATENT NO. 4,849,810, HIERARCHICAL ENCODING METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES ("ERICSSON") |
|---|---|
| [*change from one form of representation to another*] video signals comprise codes that describe deviations from **approximated blocks** [*predicted blocks*] and codes that describe **deviations** [*differences*] from interpolated blocks, comprising: | coded video signals where the video signals comprise successive frames. *See, e.g.*, Fig 3; col. 2, lines 53-58. Each of the frames includes a plurality of blocks. *See, e.g.*, col. 5, line 59 – col. 6, line 2. The video signals are coded using various methods, including the discrete cosine transform, or DCT, method. *See, e.g.*, col. 6, lines 31-32 ("One preferred lossy compression circuitry employs a discrete cosine transform…"); *see also* col. 7, lines 40-47; col. 10, lines 14-16; col. 5, lines 30-34.<br><br>The coded video signals include codes that describe deviations from approximated blocks. *See, e.g.*, col. 12, line 67 – col. 13, line 2; col. 18, lines 18-21 (top level difference image signal "representing the error" from predicted blocks); Fig. 12 (output of arithmetic encoder 520). The coded video signals also include codes that describe deviations from interpolated blocks. See, e.g., col. 13, lines 30-31; col. 18, lines 25-28 (lower level difference image signal "representing the error" from blocks that have been interpolated by interpolation circuitry 526 and 527 of Fig. 12); Fig. 12 (output of vector quantization circuit 536).<br><br>Ericsson additionally discloses the following:<br><br>"The invention relates to a method and apparatus for encoding interframe error data in an image transmission system, and in particular, in a motion compensation image transmission system, for transmitting a sequence of image frames from a transmitter station to a receiver station." [Col. 2, lines 53-58; Fig. 3.]<br><br>"Typically, and in the illustrated embodiment, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images…." [Col. 5, line 59 - col.6, line 2.]<br><br>"One preferred lossy compression circuitry employs |

- 12 -

Exhibit 86<br>Page  001710

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | STAFFAN ERICSSON, U.S. PATENT NO. 4,849,810, HIERARCHICAL ENCODING METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES ("ERICSSON") |
|---|---|
| | a discrete cosine transform...." [Col. 6, lines 31-32.]<br><br>"A channel encoder 18 channel encodes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21." [Col. 5, lines 30-34.]<br><br>"The difference image, representing the error at that top level, is quantized and the quantized information is directed to the encoder 18 for transmission to the receiver." [Col. 12, line 67 – col. 13, line 2.] *[See also* Fig. 12, output of arithmetic encoder 520.]<br><br>"At the top level, the quantized difference image is decoded and added to the warped image at that level (in selective adder 100 which includes decimation circuitry)." [Col. 18, lines 18-21.]<br><br>"Thereafter, the steps for generating the difference signal at this lower level are the same as those at the top level, that is, the current level prediction image is subtracted from the current level original image and that difference is quantized and transmitted to the receiver." [Col. 13, lines 27-31.]<br><br>"The lower levels are then reconstructed (by adder 100) by first forming the prediction using the transmitted blur information available over lines 84 from reconstruction circuitry 76 and then decoding the difference image and selectively adding it to the prediction image to form a newly reconstructed image for that level." [Col. 18, lines 22-28.] *[See also* Fig. 12, output of vector quantization circuit 536.] |
| means for developing **block approximations** [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing | **Ericsson discloses a device for developing blocks of image information from predicted blocks and codes that describe deviations from predicted blocks, such as prediction error information.**<br><br>The decoder of Figure 3 of Ericsson includes circuitry for performing the function of developing block approximations (that is, the combination of predicted blocks [called a "warped image" in the |

- 13 -

Exhibit 86<br>Page 001711

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | STAFFAN ERICSSON, U.S. PATENT NO. 4,849,810, HIERARCHICAL ENCODING METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES ("ERICSSON") |
|---|---|
| **block approximations** [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure:  Decoder 22, DCT$^{-1}$ 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | '810 patent[5]] with differences between actual blocks and the predicted blocks) from the codes that describe deviations from approximated blocks [called a "difference image" in the Ericsson patent[6]].  *See, e.g.*, Fig. 3; col. 18, lines 13-22 ("At the top level, the quantized difference image is decoded and added to the warped image at that level (in selective adder 100 which includes decimation circuitry)."); *see also* col. 8, lines 6-52.<br><br>The circuitry disclosed in the Ericsson patent for performing this function includes channel decoder circuitry 70.  *See* Fig. 3; col. 8, lines 6-12 ("At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitry 76, motion compensator 99, and reconstruction circuitry 78 respectively.").  The structure further includes reconstruction circuits 76 and 78, which include inverse DCT circuitry, *i.e.*, a DCT$^{-1}$.  *See, e.g.*, col. 8, lines 12-17 ("The reconstruction circuitries 76 and 78 each provide for decoding the codes employed by the transmitter to effect the operations performed by reconstruction circuitries 48 and 34, respectively, of the transmitter, as described in more detail hereinafter."); col. 10, lines 20-22 ("In this circumstance, the reconstruction circuitry 34 then employs the inverse discrete cosine transform as is well known in the art."); col. 7, lines 52-55 ("The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides an operation which is the inverse to that imposed by the lossy compressor 46."); col. 6, |

---

[5] *See, e.g.*, col. 12, lines 22-24 ("Referring now to FIG. 10, the estimated receiver image over line 51 (often referred to as the 'warped' image)...").

[6] *See, e.g.*, col. 3, lines 25-30 ("In another aspect of the invention, the method features the steps of forming a difference image representing, on a pixel-bypixel [sic] basis, the difference between a predicted image data for a current image frame and an uncoded current image data representing the uncoded current image frame.").

Exhibit 86
Page 001712

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | STAFFAN ERICSSON, U.S. PATENT NO. 4,849,810, HIERARCHICAL ENCODING METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES ("ERICSSON") |
|---|---|
| | lines 31-32; col. 7, lines 40-47.<br><br>The structure also includes Adder 100, *see* Figure 3, and shift circuitry, as included in motion compensation loop 80 of Figure 3.  *See*, e.g., col. 9, lines 36-49:<br><br>"The full motion compensation circuits 42 and 80, using incoming frame image data from frame buffers 44 and 98 respectively and the motion field interpolator output data, effect, in the transmitter, generation of the estimated receiver image over lines 51, and in the receiver, the received estimated image over lines 82.  The motion compensation circuitry maps each output pixel location to a location in the previous frame as indicated by the displacement vector value associated with that output pixel location.  The displacement vectors are specified by the motion field interpolation circuitry associated therewith.  In particular, referring to FIG. 4, this is the output of vector interpolator 134."<br><br>Ericsson discloses a device for developing blocks of image information from predicted blocks and codes that describe deviations from predicted blocks, such as prediction error information using structure – decoder 70, reconstruction circuits 76 and 78, adder 100, and the shift circuitry of motion compensation loop 80 – that is identical or at least equivalent to the corresponding structure of this limitation of claim 12.<br><br>Ericsson additionally discloses the following:<br><br>"Referring to FIG. 3, at the receiver, the transmitted and coded data is decoded and the new frame generated.  In particular, the data representing the resolution pyramids is decoded by reconstruction circuitry 76 level by level from the top of the pyramid down to the bottom.  At the top level, the quantized difference image is decoded and added to the warped image at that level (in selective adder |

- 15 -

Exhibit 86<br>Page 001713

| U.S. Patent No. 4,958,226<br>Claim 12 | Staffan Ericsson, U.S. Patent No. 4,849,810, Hierarchical Encoding Method and Apparatus for Efficiently Communicating Image Sequences ("Ericsson") |
|---|---|
| | 100 which includes decimation circuitry). Thereby, the output image at the top level is reconstructed." [Col. 18, lines 13-22; Fig. 3.]<br><br>"At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitry 76, motion compensator 99, and reconstruction circuitry 78 respectively. The reconstruction circuitries 76 and 78 each provide for decoding the codes employed by the transmitter to effect the operations performed by reconstruction circuitries 48 and 34 respectively, of the transmitter,...." [Col. 8, lines 6-52.]<br><br>"In this circumstance, the reconstruction circuitry 34 then employs the inverse discrete cosine transform as is well known in the art." [Col. 10, lines 20-22.]<br><br>"The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides an operation which is the inverse to that imposed by the lossy compressor 46." [Col. 7, lines 52-55.]<br><br>"One preferred lossy compression circuitry employs a discrete cosine transform...." [Col. 6, lines 31-32.]<br><br>"The lossy compressor 46 in the above referenced Ericsson patent application is a two-dimensional block encoder which employs a quantizer having a uniform quantization step size; and the output of the block transform can be advantageously further reduced in bandwidth and encoded according to the process described above in connection with the lossy compressor 28." [Col. 7, lines 40-47.]<br><br>"The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 51 in the transmitter, and is delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines |

- 16 -

Exhibit 86<br>Page 001714

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | STAFFAN ERICSSON, U.S. PATENT NO. 4,849,810, HIERARCHICAL ENCODING METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES ("ERICSSON") |
|---|---|
| | 84." [Col. 8, lines 35-40; Fig. 3.] |
| means responsive to said **block approximations** [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br>Function: The function is to develop said interpolated blocks responsive to said **block approximations** [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure: Decoder 25, DCT[-1] 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | **Ericsson discloses a device for developing interpolated blocks responsive to predicted blocks that have been combined with codes describing deviations from predicted blocks, such as prediction error information, and to codes that describe deviations from interpolated blocks.**<br><br>Ericsson discloses a device for developing interpolated blocks responsive to predictive blocks that have been combined with codes describing deviations from predicted blocks, such as prediction error information, and to codes that describe deviations from interpolated blocks. Ericsson also discloses in one of the patents that it incorporates by reference[7] a system that performs temporal frame interpolation by scaling the motion bectors for a predictive frame, just as described in the Haskell patent. See col. 1, line 65 – col. 2, line 4.<br><br>Note that the interpolation in Ericsson is intraframe interpolation. Claim 12, however, refers only to "interpolated blocks" and does not specify any particular type of interpolation.<br><br>The receiver of Figure 3 includes circuitry for performing the function of developing interpolated blocks responsive to said block approximations and to said codes that describe deviations from interpolated blocks. *See, e.g.*, col. 18, lines 22-28 ("The lower levels are then reconstructed (by adder 100) by first forming the prediction using the transmitted blur information available over lines 84 from reconstruction circuitry 76 and then decoding the difference image and selectively adding it to the |

[7] U.S. Patent No. 4,849,810 to Ericsson ("Ericsson") expressly incorporates by reference U.S. Patent No. 4,816,914 to Ericsson, *see* Ericsson at col. 2, lines 31-33; U.S. Patent No. 4,703,350 to Hinman ("Hinman"), *see* Ericsson at col. 6, lines 54-61; col. 8, lines 41-52; and U.S. Patent No. 4,754,492 to Malvar ("Malvar"), *see id.* at col. 6, lines 31-40. These four patents may be considered as a single prior art reference for purposes of an anticipation analysis. *See Ultradent Prods., Inc. v. Life-Like Cosmetics, Inc.*, 127 F.3d 1065, 1069 (Fed. Cir. 1997); *Aventis Pharms., Inc. v. Barr Labs., Inc.*, 335 F. Supp.2d 558, 583 (D.N.J. 2004).

- 17 -

Exhibit 86<br>Page 001715

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | STAFFAN ERICSSON, U.S. PATENT NO. 4,849,810,<br>HIERARCHICAL ENCODING METHOD AND<br>APPARATUS FOR EFFICIENTLY COMMUNICATING<br>IMAGE SEQUENCES ("ERICSSON") |
|---|---|
| | prediction image to form a new reconstructed image for that level."); col. 13, lines 27-31.<br><br>The circuitry disclosed in Ericsson for performing this function includes decoder 70. *See, e.g.*, Figure 3; col. 8, lines 6-12. The circuitry further includes reconstruction circuits 76 and 78, which include $DCT^{-1}$ circuits. *See, e.g.*, col. 8, lines 12-17; col. 10, lines 20-22; col. 7, lines 52-55; col. 6, lines 31-32; col. 7, lines 40-47.<br><br>The circuitry also includes Adder 100, see Figure 3, and Shift Circuitry, as included in motion compensation loop 80 of Figure 3. *See, e.g.*, col. 9, lines 36-49. The circuitry further includes interpolation circuits 526 and 527 of Figure 12. *See, e.g.*, col. 15, lines 23-41; col. 5, lines 5-6 ("FIG. 12 is a detailed electrical block diagram of lossy compressor 46 according to the invention."); col. 18, lines 45-49 ("Looking in more detail at the generation of the resolution pyramids and decoding thereof [in the decoder of Figure 3], the process follows the inverse of the method used in lossy compressor 46. Thus since the receiver decoding process follows the encoding process of the transmitter,...."). Interpolation circuits 526 and 527 perform the same function as Averager 32 in the Haskell patent.<br><br>Ericsson additionally discloses the following:<br><br>"The lower levels are then reconstructed (by adder 100) by first forming the prediction using the transmitted blur information available over lines 84 from reconstruction circuitry 76 and then decoding the difference image and selectively adding it to the prediction image to form a new reconstructed image for that level." [Col. 18, lines 22-28; FIG. 3.]<br>"Thereafter, the steps for generating the difference signal at this lower level are the same as those at the top level, this is, the current level prediction image |

- 18 -

Exhibit 86<br>Page 001716

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | STAFFAN ERICSSON, U.S. PATENT NO. 4,849,810, HIERARCHICAL ENCODING METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES ("ERICSSON") |
|---|---|
| | is subtracted from the current level original image and that difference is quantized and transmitted to the receiver." [Col. 13, lines 27-31.]<br><br>"At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitry 76, motion compensator 99, and reconstruction circuitry 78 respectively." [Col. 8, lines 6-12; FIG. 3.]<br><br>"The reconstruction circuitries 76 and 78 each provide for decoding the codes employed by the transmitter to effect the operations performed by reconstruction circuitries 48 and 34, respectively, of the transmitter, as described in more detail hereinafter." [Col. 8, lines 12-17.]<br><br>"In this circumstance, the reconstruction circuitry 34 then employs the inverse discrete cosine transform as is well known in the art." [Col. 10, lines 20-22.]<br><br>"The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides an operation which is the inverse to that imposed by the lossy compressor 46." [Col. 7, lines 52-55.]<br><br>"One preferred lossy compression circuitry employs a discrete cosine transform...." [Col. 6, lines 31-32.]<br><br>"The lossy compressor 46 in the above referenced Ericsson patent application is a two-dimensional block encoder which employs a quantizer having a uniform quantization step size; and the output of the block transform can be advantageously further reduced in bandwidth and encoded according to the process described above in connection with the lossy compressor 28." [Col. 7, lines 40-47.]<br><br>"The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 51 in the transmitter, and is |

- 19 -

Exhibit 86<br>Page 001717

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | STAFFAN ERICSSON, U.S. PATENT NO. 4,849,810, HIERARCHICAL ENCODING METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES ("ERICSSON") |
|---|---|
| | delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines 84." [Col. 8, lines 35-40; Fig. 3.]<br><br>"The full motion compensation circuits 42 and 80, using incoming frame image data from frame buffers 44 and 98 respectively and the motion field interpolator output data, effect, in the transmitter, generation of the estimated receiver image over lines 51, and in the receiver, the received estimated image over lines 82. The motion compensation circuitry maps each output pixel location to a location in the previous frame as indicated by the displacement vector value associated with that output pixel location. The displacement vectors are specified by the motion field interpolation circuitry associated therewith. In particular, referring to FIG. 4, this is the output of vector interpolator 134." [Col. 9, lines 36-49; FIG. 3.]<br><br>"Considering the lower levels in more detail, the prediction image is generated by combining the warped image at the current level with the output and warped images from the next higher level. Specifically, the interpolation error of the warped image is generated using the warped image 524 at the current level and an interpolated version of the warped image from the next higher level (interpolated by circuitry 526). That interpolation error is thus the difference between the current level warped image and the same image that has been decimated and interpolated. As noted above, it contains the details of the warped image that were lost in the decimation to form the next higher level image. The output image from the next higher level is then interpolated at interpolation circuitry 527 to obtain an image at the current level. Thereafter, the warped interpolation error over line 528 is conditionally added by adder 530 to the interpolated output image to form the prediction." [Col. 15, lines 23-41; FIG. 12.]<br><br>"FIG. 12 is a detailed electrical block diagram of |

- 20 -

Exhibit 86<br>Page 001718

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | STAFFAN ERICSSON, U.S. PATENT NO. 4,849,810, HIERARCHICAL ENCODING METHOD AND APPARATUS FOR EFFICIENTLY COMMUNICATING IMAGE SEQUENCES ("ERICSSON") |
|---|---|
| | lossy compressor 46 according to the invention." [Col. 5, lines 5-6.]<br><br>"Looking in more detail at the generation of the resolution pyramids and decoding thereof [in the decoder of Figure 3], the process follows the inverse of the method used in lossy compressor 46.  Thus, since the receiver decoding process follows the encoding process of the transmitter,...." [Col. 18, lines 45-49.] |

### B.    U.S. Patent No. 4,703,350 (Hinman)

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
| A **circuit** [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise **successive frames** [*one frame following another; consecutive frames*] and each frame includes a plurality of **blocks** [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where the **coded** [*change from one form of representation to another*] video signals comprise codes that describe deviations from **approximated blocks** [*predicted blocks*] and codes that describe **deviations** [*differences*] from interpolated blocks, comprising: | **Hinman discloses a device that is responsive to coded video signals where the video signals comprise successive frames, each frame including a plurality of blocks, and the coded video signals comprise codes that describe deviations from predicted blocks and codes that describe deviations from interpolated blocks.**<br><br>*See, e.g.,* "An apparatus and method for communicating image sequences through a bandwidth limited channel have circuitry for estimating, for successive images of the sequence, a motion vector field. The motion vector field measures the motion displacement between successive images of the sequence for block regions of the image. A lossy coding circuitry represents the sequentially generated motion vector field for an image as a coded motion signal. An error reconstruction circuitry generates an error signal in response to the vector field coded motion signal and a channel encoder transmits the motion vector field coded signals and the error coded signals over the channel to a receiver. At the receiver, the transmitted error and motion coded signals are |

Exhibit 86
Page 001719

| U.S. PATENT No. 4,958,226<br>CLAIM 12 | U.S. PATENT No. 4,703,350 (HINMAN) |
|---|---|
| | received and decoded, and a received image is derived therefrom. The lossy coding circuitry can be any of a number of different circuitries, and in particular, block transform coding can be employed. The transformed coding methods and apparatus are selected to avoid artifacts in the motion vector field and coding process such as blocking effects." Hinman, Abstract.<br><br>"The invention relates to an image sequence transmission apparatus and method for communicating a sequence of images over a channel. The apparatus for transmitting the sequence of images features circuitry for estimating, for successive images of the sequence, a measure of the motion displacement between the images. A lossy coding and compression circuitry represents the sequentially generated measures for an image as a coded motion signal representation. Further circuitry generates, using the coded motion signal representation, an error reconstruction signal; and transmitting apparatus takes the coded motion signal representation and the error reconstruction signal, and combines them for transmission over a channel."  Hinman, Col. 2, ll. 52-65.<br><br>"In a preferred aspect of the invention, the generating circuitry features a motion reconstruction element, for generating motion reconstruction signals in response to the coded motion signal representation, and a motion compensation loop which modifies an input frame in accordance with the motion reconstruction signals for generating the error reconstruction signal. The loop features an input frame buffer having a frame output for successively storing images representative of the input image sequence, a motion compensator responsive to the motion reconstruction signals and a frame buffer output for constructing an estimated receiver image signal, a lossy compression circuitry responsive to a difference between the estimated receiver image signal and a corresponding input image for generating the error reconstruction signal, |

- 22 -

Exhibit 86<br>Page 001720

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
|  | a reconstruction circuitry for constructing an error reconstruction image from the error reconstruction signal, and an adder responsive to the reconstruction circuitry and the estimated receiver image signal for generating an estimated previous receiver image for storage in the frame buffer." Hinman, Col. 3, ll. 4-24.<br><br>"In another aspect of the invention, an image sequence communications method relates to transmitting and receiving a sequence of images over a channel using a minimum channel bandwidth requirement. The method features the steps of estimating, for successive images of the sequence, a measure of the motion displacement between the successive images; representing the sequentially generated measures for an image as a lossy coded motion signal representation; generating, using the coded motion signal representation, an error reconstruction signal; and transmitting over the channel the coded motion signal representation and the error reconstruction signal. In a particular embodiment, the method further features the steps of generating motion reconstruction signals in response to the coded motion signal representation; and modifying, using a feedback loop, an input frame in response to the motion reconstruction signals for generating the error reconstruction signal." Hinman, Col. 3, ll. 46-64.<br><br>"The method further features a receiver for receiving the transmitted images over the channel. The receiver method features the steps of constructing an error image representation from a received error reconstruction signal, constructing a motion field measure from a received coded motion signal representation, and generating a reconstructed image sequence from the receiver error representation and receiver motion field measure. In a particular aspect of the method, at the receiver, the receiver generating step has the steps of interpolating the motion field measure; generating a first image sequence from the interpolated motion |

- 23 -

Exhibit 86<br>Page 001721

| U.S. PATENT NO. 4,958,226 CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
| | field measure and the error image representation; and temporally interpolating and inserting at least one motion interpolated image between successive images of the first image sequence for generating a second image sequence in response to the motion field interpolation signals." Hinman, Col. 4, ll. 16-32. |
| | "The entire coding and motion compensation process takes place in the digital domain. The transmitter has an error signal circuitry 14 and a motion estimation and coding circuitry 16. A channel encoder 18 codes the outputs of the error circuitry 14 and motion estimation and coding circuitry 16 and passes the thus encoded data onto a channel 20 for transmission to a receiver 21." Hinman, Col. 5, ll. 19-25. |
| | "The output of the motion estimator 26 is a field of 'motion vectors' which, as noted above, provide a measure of the motion displacement between input frames. This vector field provides a description of how to map a previous input frame or input image from buffer 24 into the best approximation of the present input frame or image over lines 22. By 'best' is meant an error metric such as, for example, a mean-squared-error error measure. Typically, the motion estimator uses a region matching technique between non-overlapping blocks of the previous and present input images. Should motion occur for a region in the previous image, the estimator will determine which block in the present image is the best match for the block in the previous image, and the value of the displacement is the difference between a new coordinate pair for the block in the present image and the original coordinate pair for the block in the earlier image. That determination provides the motion vector to be associated with the block in the previous image." Hinman, Col. 5, ll. 40-59. |
| | "Noting the similarity between motion vector field and natural images, predictive, transform, or |

- 24 -

Exhibit 86
Page 001722

| U.S. PATENT NO. 4,958,226 CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
| | interpolative coding of the two independent components of the vector field can be employed by the lossy compressor 28.

Thus the lossy compressor circuitry 28 is employed for coding the motion vector field available over lines 32, and provides, over lines 30, a coded motion signal representative of the motion vectors. This output of the lossy compressor, as noted above, will not, upon decoding, exactly reproduce the signals over lines 32 (which provide the measure of motion displacement) and, therefore, have some error signal associated with them. Nevertheless, the reduction in the data requirements of a lossy compressor, when compared to, for example, a PCM exact coding method, are so substantial, that the use of a lossy compressor is a significant advance in the art. One preferred lossy compression circuitry employs a discrete cosine transform and the circuitry incorporates a processing method described in co-pending application, U.S. Ser. No. 740,806, entitled Method and System for Adapting a Digitized Signal Processing System for Block Processing With Minimal Blocking Artifacts and filed on even date herewith. The inventor is Henrique Malvar. That application, assigned to the assignee of the present application, is incorporated herein, in its entirety, by reference.

The output of the lossy compressor circuitry over lines 30, as noted above, is passed to the encoder 18. In addition, those signals are employed by the error circuitry 14 for determining what the receiver would have seen, absent any errors in the channel, and thereby providing the mechanism for determining the error reconstruction signal, that is, the signal representing the difference between what the receiver would have predicted based upon the coded motion signal representation over lines 30, and the true image input.

The output of the lossy compressor over lines 30 is used by a reconstructor circuitry 34 for producing, at |

- 25 -

Exhibit 86
Page 001723

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
| | its output, a signal representative of the measure of motion displacement, the motion vectors, on lines 32. The difference between the signals over lines 36, the output of the reconstruction circuitry, and the signals over lines 32, represents the coding error introduced by the lossy compression apparatus 28. The output of the reconstruction apparatus 34, over lines 36, is directed to a motion field interpolation circuitry 38 which operates in the spatial domain to associate with each picture element a motion displacement vector. Thus, while the input signals over lines 36 represent motion displacements for groups or regions of elements, for example, the picture elements of a 4.times.4 block, the motion field interpolator, as described in more detail below, resolves that data so that there is associated with each picture element, a motion displacement vector. The resulting output of the motion field interpolator, over lines 40, is designated the motion reconstruction signal.<br><br>The motion recontruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, and a reconstruction circuitry 48. The input to the lossy compression circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders such as a transform or DPCM encoder, and is preferably the encoder described in Malvar's co-pending application Ser. No. 740806, referred to above. The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output |

- 26 -

Exhibit 86<br>Page 001724

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
|  | of the motion compensator, (which is the estimated receiver image over lines 56) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44." Hinman, Col. 6, l. 3 - Col. 7, l. 16; Fig. 2.<br><br>"At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitries 76 and 78 respectively. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the successive received frames over line 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing.<br><br>The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames." Hinman, Col. 7, ll. 37-61; Fig. 3.<br><br>"The Motion Field Interpolator (38, 96)<br><br>Referring to FIG. 7, the motion field interpolator 38 receives from the reconstruction circuitry 34, a motion displacement vector over lines 36 for each block region of the image. For example, for a color |

- 27 -

Exhibit 86<br>Page 001725

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
| | television video signal, a typical luminance image can have a block size of 8.times.8 pixels while a typical chrominance image can have a block size of 4.times.4 pixels. The motion field interpolator, employing a selected interpolation method, then associates with each pixel of the frame, an interpolated motion vector displacement value." Hinman, Col. 8, ll. 54-64.<br><br>"In the illustrated embodiment of the invention, the receiver also employs the output of motion field interpolator to create one or more frames between those which are actually transmitted. In accordance with this aspect of the invention, the temporal frame interpolator 88, in the illustrated embodiment, receives the values of the motion field interpolation circuitry to determine the image values for a frame positioned in time, in the particular illustrated embodiment, one-half the distance between the transmitted and received frames. In the illustrated embodiment, this function is performed by halving the output displacement vectors from the motion field interpolator 96. Thus, if a picture element, from one transmitted frame to the next, were displaced two pixel positions in the X direction and 4 pixel positions in the Y direction, the temporal frame interpolator would provide an intermediate frame wherein that picture element was displaced one position in the X direction and two positions in the Y direction. In this manner, a frame half way between two received frames can be added to the picture image sequence to provide a better visual rendition." Hinman, Col. 9, l. 65 - Col. 10, l. 18.<br><br>"In the illustrated embodiment of the invention, the lossy compression circuitry can be a discrete cosine transform operating on the displacement vector output of the motion estimation circuitry 26 to provide coefficient data which is then adaptively quantized in accordance with a Max Quantizer as is well known in the art. In this circumstance, the reconstruction circuitry 34 then becomes the inverse discrete cosine transform as is well known in the |

- 28 -

Exhibit 86<br>Page 001726

| U.S. Patent No. 4,958,226<br>Claim 12 | U.S. Patent No. 4,703,350 (Hinman) |
|---|---|
| | art." Hinman, Col. 10, ll. 41-49. |
| means for developing **block approximations** [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing **block approximations** [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure: Decoder 22, DCT$^{-1}$ 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | **Hinman discloses a device for developing blocks of image information from predicted blocks and codes that describe deviations from predicted blocks, such as prediction error information.**<br><br>"Noting the similarity between motion vector field and natural images, predictive, transform, or interpolative coding of the two independent components of the vector field can be employed by the lossy compressor 28.<br><br>Thus the lossy compressor circuitry 28 is employed for coding the motion vector field available over lines 32, and provides, over lines 30, a coded motion signal representative of the motion vectors. This output of the lossy compressor, as noted above, will not, upon decoding, exactly reproduce the signals over lines 32 (which provide the measure of motion displacement) and, therefore, have some error signal associated with them. Nevertheless, the reduction in the data requirements of a lossy compressor, when compared to, for example, a PCM exact coding method, are so substantial, that the use of a lossy compressor is a significant advance in the art. One preferred lossy compression circuitry employs a discrete cosine transform and the circuitry incorporates a processing method described in co-pending application, U.S. Ser. No. 740,806, entitled Method and System for Adapting a Digitized Signal Processing System for Block Processing With Minimal Blocking Artifacts and filed on even date herewith. The inventor is Henrique Malvar. That application, assigned to the assignee of the present application, is incorporated herein, in its entirety, by reference.<br><br>The output of the lossy compressor circuitry over lines 30, as noted above, is passed to the encoder 18. In addition, those signals are employed by the error circuitry 14 for determining what the receiver would have seen, absent any errors in the channel, and thereby providing the mechanism for determining |

- 29 -

Exhibit 86<br>Page 001727

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
| | the error reconstruction signal, that is, the signal representing the difference between what the receiver would have predicted based upon the coded motion signal representation over lines 30, and the true image input.<br><br>The output of the lossy compressor over lines 30 is used by a reconstructor circuitry 34 for producing, at its output, a signal representative of the measure of motion displacement, the motion vectors, on lines 32. The difference between the signals over lines 36, the output of the reconstruction circuitry, and the signals over lines 32, represents the coding error introduced by the lossy compression apparatus 28. The output of the reconstruction apparatus 34, over lines 36, is directed to a motion field interpolation circuitry 38 which operates in the spatial domain to associate with each picture element a motion displacement vector. Thus, while the input signals over lines 36 represent motion displacements for groups or regions of elements, for example, the picture elements of a 4.times.4 block, the motion field interpolator, as described in more detail below, resolves that data so that there is associated with each picture element, a motion displacement vector. The resulting output of the motion field interpolator, over lines 40, is designated the motion reconstruction signal.<br><br>The motion reconstruction signal is applied to a motion compensation apparatus 42 which forms part of an error reconstruction loop 43. The error reconstruction loop includes a frame buffer 44, a lossy compression circuitry 46, and a reconstruction circuitry 48. The input to the lossy compression circuitry 46, over lines 50, is the error signal which is to be transmitted to the receiver. That error signal is coded to reduce its bandwidth and the resulting signal, the error reconstruction signal over lines 52, is delivered to the channel encoder 18. The lossy compressor 46 can be any of the two-dimensional block encoders such as a transform or DPCM encoder, and is preferably the encoder described in |

- 30 -

Exhibit 86<br>Page 001728

| U.S. PATENT NO. 4,958,226 CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
| | Malvar's co-pending application Ser. No. 740806, referred to above. The error reconstruction signal is also sent to the reconstruction apparatus 48 which provides the inverse operation of the lossy compressor 46. There results, therefore, at the output of the reconstruction apparatus 48, an error reconstruction image over lines 54. The error reconstruction image is added to the expected output of the motion compensator, (which is the estimated receiver image over lines 56) and the resulting signal, an estimated previous receiver image (the predicted receiver image for the previous frame), is stored in the frame buffer 44." Hinman, Col. 6, l. 3 - Col. 7, l. 16; Fig. 2.

"At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitries 76 and 78 respectively. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the successive received frames over line 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing.

The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames." Hinman, Col. 7, ll. 37- |

- 31 -

Exhibit 86
Page 001729

| U.S. PATENT No. 4,958,226<br>CLAIM 12 | U.S. PATENT No. 4,703,350 (HINMAN) |
|---|---|
| | 61; Fig. 3. |
| means responsive to said **block approximations** [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br>Function: The function is to develop said interpolated blocks responsive to said **block approximations** [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure: Decoder 25, DCT⁻¹ 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | **Hinman discloses a device for developing interpolated blocks responsive to predicted blocks that have been combined with codes describing deviations from predicted blocks, such as prediction error information, and to codes that describe deviations from interpolated blocks.**<br><br>Figure 3 of Hinman discloses a receiver that decodes prediction error information that had been encoded by a DCT. *See* col. 7, lines 2-6 and lines 37-42. The receiver of Figure 3 also uses the motion vectors to create a prediction of every other frame and adds the decoded error information to the predicted frames. The intervening ("dropped") frames are then reconstructed by motion compensated interpolation performed by interpolator 88.<br><br>Thus, Hinman by itself discloses everything in claim 12 of the '226 patent, except for the use of interframe interpolation error. The addition of interframe interpolation error to the Hinman system would have been obvious for several reasons. First, Ericsson[8] employs *intra*frame interpolation error in a system that includes the same configuration as Hinman's (the patents share many of the same figures and, in fact, Ericsson discloses the same frame interpolator at col. 8, lines 26-31). Where *intra*frame interpolation is employed, it would have been obvious to calculate and transmit "codes that describe deviations from interpolated blocks," such as *inter*frame interpolation error. Second, it was well-known in the prior art that when *inter*frame interpolation was employed, the interpolation might be inaccurate, therefore causing the interpolation error to be large. In such situations it was known that side information (*i.e.*, "codes that describe deviations from interpolated blocks") would necessarily have to be transmitted to the receiver. |

---

[8] *See* footnote 7.

Exhibit 86<br>Page 001730

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
| | Indeed, Mr. Haskell's own prior art textbook – which for some reason Haskell never disclosed to the examiner of the '226 patent – explicitly makes this point in a section entitled "Motion Adaptive Interpolation":<br><br>"In this as well as other interpolation schemes, since at times the interpolation may be inaccurate, techniques have been devised where the quality of interpolation is checked at the transmitter, and if the interpolation error is larger than a threshold, side information is transmitted to the receiver. It appears that due to unavoidable inaccuracies of the displacement estimator (e.g. complex translational and rotational motion) and the segmentation process, such side information would be necessary to reduce artifacts that may otherwise be introduced due to faulty interpolation."<br><br>DIGITAL PICTURES 473.[9] Finally, it was well-known and a common practice in the prior art, where interpolation of video signals was employed, to |

[9] DIGITAL PICTURES was first published on May 6, 1988. *See* TX 2,347,303 (Copyright registration for DIGITAL PICTURES).

[10] "A third stage in the coding is used to check the quality of the interpolated samples reproduced at the receiver. This is done by locally decoding the transmitted signal at the coder and applying the error signal to a visual model in the manner of an interpolative coding process." Lodge I at col. 4, lines 58-63.

[11] "A third stage in the coding is used to check the quality of the interpolated samples reproduced at the receiver. This is done by locally decoding the transmitted signal at the coder and applying the error signal to a visual model in the manner of an interpolative coding process [8]. The model attempts to locate interpolated samples which have not been reconstructed well enough subjectively, in the context of their surroundings. These are adjusted by the transmission of an error signal which is sufficient to ensure that the model's fidelity criterion is met at the receiver." Lodge II at 243.

[12] Indeed, systems that employ both "codes that describe deviations from approximated blocks" (*e.g.*, prediction error) and "codes that describe deviations from interpolated blocks" (*e.g.*, interpolation error) were well-known in the prior art. *See* N K Lodge, "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures," Second International Conference on Image Processing and Its Applications, Vol. 265, 24-26 June 1986, 242, 243-45; Yoshiyuki Yashima & Katsutoshi Sawada, "A Highly Efficient Coding Method for HDTV Signals," Proceedings of the IEEE, Vol. 1, June 8, 1987, 0125, 0126 (Exhibit 10); U.S. Pat No. 4,858,005 to Lodge at col. 4, line 41 - col. 5, line 2 and col. 9, line 61 - col. 10, line 5, col. 11, line 65 - col. 12, line 2; Masayuki Tanimoto, "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Transactions of the IEICE, Vol. E.70, No. 7, July 1987, 611, 611-12 (Exhibit 11); Ericsson, col. 7, lines 33-40; col. 12, lines 8-13; col. 13, lines 11-13.

[13] See footnote 7.

- 33 -

Exhibit 86<br>Page 001731

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | U.S. PATENT NO. 4,703,350 (HINMAN) |
|---|---|
| | check the quality of the interpolation at the transmitter, and if the interpolation error was above a threshold, code and transmit the interpolation error to the transmitter. *See, e.g.,* U.S. Pat No. 4,858,005 to Lodge ("Lodge I")[10] at col. 4, lines 58-63; Arun N. Netravali & John O. Limb, "Picture Coding: A Review," Proceedings of the IEEE, Vol. 68, No. 3, March 1980 at 366, 400-401; John O. Limb, et al., "Combining Intraframe and Frame-to-Frame Coding for Television," The Bell System Technical Journal, Vol. 53, No. 6, July-August 1974 at 1137, 1153; N K Lodge, "A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures," Second International Conference on Image Processing and Its Applications, Vol. 265, 24-26 June 1986, 242, 243 ("Lodge II")[11]; Masayuki Tanimoto, "A Hybrid Scheme of Subsampled DPCM and Interpolative DPCM for the HDTV Coding," Transactions of the IEICE, Vol. E.70, No. 7, July 1987, 611, 612.[12]<br><br>In addition, Hinman discloses the following:<br><br>"The invention relates to an image sequence transmission apparatus and method for communicating a sequence of images over a channel. The apparatus for transmitting the sequence of images features circuitry for estimating, for successive images of the sequence, a measure of the motion displacement between the images. A lossy coding and compression circuitry represents the sequentially generated measures for an image as a coded motion signal representation. Further circuitry generates, using the coded motion signal representation, an error reconstruction signal; and transmitting apparatus takes the coded motion signal representation and the error reconstruction signal, and combines them for transmission over a channel." Hinman, Col. 2, ll. 52-65.<br><br>"The method further features a receiver for receiving the transmitted images over the channel. |

- 34 -

Exhibit 86
Page 001732

| U.S. Patent No. 4,958,226 | U.S. Patent No. 4,703,350 (Hinman) |
| --- | --- |
| Claim 12 | |
| | The receiver method features the steps of constructing an error image representation from a received error reconstruction signal, constructing a motion field measure from a received coded motion signal representation, and generating a reconstructed image sequence from the receiver error representation and receiver motion field measure. In a particular aspect of the method, at the receiver, the receiver generating step has the steps of interpolating the motion field measure; generating a first image sequence from the interpolated motion field measure and the error image representation; and temporally interpolating and inserting at least one motion interpolated image between successive images of the first image sequence for generating a second image sequence in response to the motion field interpolation signals." Hinman, Col. 4, ll. 16-32. |
| | "At the receiver 21, referring to FIG. 3, the data from the channel is decoded by a channel decoder circuitry 70 and the resulting receiver error reconstruction signal over lines 72 and receiver coded motion signal representation over lines 74 are delivered to reconstruction circuitries 76 and 78 respectively. The output of the error reconstruction circuitry 76 is delivered to a recovery loop 80 in which motion compensating signals over lines 82 are added to the error image representation over lines 84 to produce a reconstructed receiver signal over lines 86. That signal is delivered to a temporal frame interpolator 88, which can add one or more frames between the successive received frames over line 86, for delivery to a digital-to-analog circuitry 90 and from there to a monitor 92 for viewing. |
| | The frame interpolator 88 interpolates in the temporal domain in accordance with motion reconstruction signals received over lines 94. Those signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. That motion field interpolator, as noted above, provides a motion vector for each |

- 35 -

Exhibit 86
Page 001733

| U.S. Patent No. 4,958,226<br>Claim 12 | U.S. Patent No. 4,703,350 (Hinman) |
|---|---|
| | picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames." Hinman, Col. 7, ll. 37-61; Fig. 3.<br><br>"The Motion Field Interpolator (38, 96)<br><br>Referring to FIG. 7, the motion field interpolator 38 receives from the reconstruction circuitry 34, a motion displacement vector over lines 36 for each block region of the image. For example, for a color television video signal, a typical luminance image can have a block size of 8.times.8 pixels while a typical chrominance image can have a block size of 4.times.4 pixels. The motion field interpolator, employing a selected interpolation method, then associates with each pixel of the frame, an interpolated motion vector displacement value." Hinman, Col. 8, ll. 54-64.<br><br>"In the illustrated embodiment of the invention, the receiver also employs the output of motion field interpolator to create one or more frames between those which are actually transmitted. In accordance with this aspect of the invention, the temporal frame interpolator 88, in the illustrated embodiment, receives the values of the motion field interpolation circuitry to determine the image values for a frame positioned in time, in the particular illustrated embodiment, one-half the distance between the transmitted and received frames. In the illustrated embodiment, this function is performed by halving the output displacement vectors from the motion field interpolator 96. Thus, if a picture element, from one transmitted frame to the next, were displaced two pixel positions in the X direction and 4 pixel positions in the Y direction, the temporal frame interpolator would provide an intermediate frame wherein that picture element was displaced one position in the X direction and two positions in the Y direction. In this manner, a frame half way between two received frames can be added to the |

- 36 -

Exhibit 86<br>Page 001734

| U.S. Patent No. 4,958,226<br>Claim 12 | U.S. Patent No. 4,703,350 (Hinman) |
|---|---|
|  | picture image sequence to provide a better visual rendition." Hinman, Col. 9, l. 65 - Col. 10, l. 18.<br><br>*See also* Ericsson. Ericsson incorporates Hinman by reference in its entirety, thus for purposes of an anticipation analysis, Ericsson and Hinman may be considered as a single prior art reference.[13]<br><br>"This encoding method provides a substantial reduction in output bits, over, for example, the output of the system described in the co-pending application of Hinman, Ser. No. 740,898, entitled "A Method and Apparatus for Efficiently Communicating Image Sequences," filed June 3, 1985. That application, assigned to the assignee of the present application, is incorporated herein, in its entirety, by reference." Ericsson, Col. 6, ll. 54-61.<br><br>"Motion reconstruction signals are generated by a motion field interpolator 96 corresponding to the motion field interpolator 38 of the FIG. 2. The motion field interpolator, as noted above, provides a motion vector for each picture element of the image and hence allows the frame interpolator to accurately predict what the image would have been at any selected time between received frames. The reconstructed receiver images over lines 86 are successively stored in a frame buffer 98 and are delivered to a motion compensator 99 which also receives signals from the motion field interpolator 96. The output of the motion compensator, representing the expected receiver image in the absence of an error correction, corresponds to the signal over lines 51 in the transmitter, and is delivered to the adder 100 for combination with the output of the error reconstruction circuitry over lines 84." Ericsson, Col. 8, ll. 24-40; Fig. 2. |

- 37 -

Exhibit 86<br>Page 001735

C.    N. K. Lodge, U. S. Patent No. 4,858,005, System for Encoding Broadcast Quality Television Signals to Enable Transmission as an Embedded Code

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, U. S. PATENT NO. 4,858,005, *SYSTEM FOR ENCODING BROADCAST QUALITY TELEVISION SIGNALS TO ENABLE TRANSMISSION AS AN EMBEDDED CODE* ("LODGE I") |
|---|---|
| A **circuit** [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise **successive frames** [*one frame following another; consecutive frames*] and each frame includes a plurality of **blocks** [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where the **coded** [*change from one form of representation to another*] video signals comprise codes that describe deviations from **approximated blocks** [*predicted blocks*] and codes that describe **deviations** [*differences*] from interpolated blocks, comprising: | Lodge I teaches, discloses, and/or suggests a device that is responsive to coded video signals where the video signals comprise successive frames and the coded video signals comprise codes that describe deviations from predicted picture elements and codes that describe deviations from interpolated picture elements.<br><br>*See, e.g.*, "This invention provides a system of encoding broadcast-quality television signals to enable their transmission as an embedded code." [Abstract]<br><br>"Source luminance samples are split into two groups according to a grid with a 2 frame structure FIG. 1, which separates alternate samples with a line and frame offset. One group is to form an interpolated set, but in order to obtain a higher spatio-temporal resolution than fixed interpolation would permit, a 3-state interpolator selection signal is retained at each site. Redundancy is removed from this selection signal and it is conveyed to the receiver. Values of this 3-state selector act as a descriptor at sites surrounding a sample to be predicted (the other group), and control selection of one of a set of 3 dimensional prediction functions, ranging from purely temporal in static areas to contour-adaptive in moving areas. Since the predictor choice is explicitly defined by the descriptors, recovery from channel errors is assured. Prediction error is quantized and coded for transmission.<br><br>A third stage in the coding is used to check the quality of the interpolated samples reproduced at the receiver. This is done by locally decoding the transmitted signal at the coder and applying the error signal to a visual model in the manner of an interpolative coding process. The model attempts to locate interpolated samples which have not been reconstructed well enough subjectively, in the |

- 38 -

Exhibit 86
Page 001736

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, U. S. PATENT NO. 4,858,005, *SYSTEM FOR ENCODING BROADCAST QUALITY TELEVISION SIGNALS TO ENABLE TRANSMISSION AS AN EMBEDDED CODE* ("LODGE I") |
|---|---|
|  | context of their surroundings. These are adjusted by the transmission of an error signal which is sufficient to ensure that the model's fidelity criterion is met at the receiver." [4:41-4:68]<br><br>"FIG. 1(*a*) shows the structure of the set of samples to be predicted, for convenience neither the interlaced fields nor the true vertical sample spacing is shown. The interpolated set of samples resides between the samples shown. In static areas of the picture, full source resolution can be reconstructed by temporal interpolation.<br><br>$$I_{ij}^{\ T} = (S_{ij2} + S_{ij-2})/2$$<br><br>To ensure that this interpolator will be selected for such areas it is necessary to determine reliably at the source, which samples belong to moving and which to static regions. This segmentation is however, made difficult by two factors, one is that these decisions must be made on a very localized basis (i.e. at every interpolated sample site) and the other is that noise present in the source video results in a wide probability density function of frame-to-frame differences in static areas. For this reason, attempting to segment by thresholding frame differences is an unacceptable solution. A better approach is to average the modulus of many such differences in a locality in order to reduce the variance of the probability density function due to noise. Thresholding then becomes more reliable. In the context of this coding technique two frames are available at the source for movement detection, one before and one after that currently being coded." [5:8-5:32]<br><br>"To determine which interpolator is better in moving areas, we compute the error resulting from application of each, $\left\| S_{ij} - I_{ij}^{\ H} \right\|$ and $\left\| S_{ij} - I_{ij}^{\ V} \right\|$ and select the lower. To code this information we could simply assign a binary state to each choice, however the same information can be conveyed by signaling |

- 39 -

Exhibit 86<br>Page 001737

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, U. S. PATENT NO. 4,858,005, *SYSTEM FOR ENCODING BROADCAST QUALITY TELEVISION SIGNALS TO ENABLE TRANSMISSION AS AN EMBEDDED CODE* ("LODGE I") |
|---|---|
|  | whether the better interpolation is higher or lower than $\left( I_{ij}^{\ H} + I_{ij}^{\ V} \right)/2$. Since surrounding samples are available at the receiver (albeit with some quantization error) the interpolator D.<br><br>In many low activity picture regions there is no significant difference between one interpolator and another so we are free to choose one which increases the run-length of similar choices. An algorithm has been developed which optimally positions the end of runs amongst these "don't care" choices to minimize some function of interpolation error. This is performed with a single forward and backward pass of each picture line and is real-time implementable." [7:9-7:27]<br><br>"Our adaptive interpolator can therefore form a very good basis for an interpolative receiver-model coding strategy (J. Limb 'Picture Coding: The Use of a Viewer Model in Source Encoding', BSTJ, 52, 8, 1271-1302, 1973). To realize this we locally decode the transmitted symbols to reconstruct a received picture at the encoder and compute the coding error due to both interpolated and predicted components. This error at the interpolated pels is 'viewed' in the context of the background picture itself by a visual model which attempts to detect visible picture impairment. If an offending interpolation is found, a differential terms is generated and coded to improve the subjective reproduction of that pel in the receiver. This improved interpolation is also incorporated back into the visual model because its quality has a bearing on the visibility of future interpolation errors." [9:57–10:5]<br><br>"A coding algorithm has been described for the transmission of distribution quality broadcast television at 34M bit/s which can form the basis of an embedded code for providing a numerically higher fidelity at 68M bit/s. The technique is a hybrid of interpolative and predictive coding both of which are explicitly controlled by a 3-state |

Exhibit 86
Page 001738

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, U. S. PATENT NO. 4,858,005, *SYSTEM FOR ENCODING BROADCAST QUALITY TELEVISION SIGNALS TO ENABLE TRANSMISSION AS AN EMBEDDED CODE* ("LODGE I") |
|---|---|
| | descriptor signal, transmitted in place of alternate source samples. This ensures a rapid recovery from the effects of channel errors. The channel capacity expended on this descriptor is justified by exploiting it in three was, first it defines adaptive interpolation of the omitted samples, second it controls inter-/intraframe-contour adaptive prediction and third it is used to control assignment of entropy codes to quantized errors which are used to adjust subjectively inadequate interpolated pels. An important aspect of the algorithm is that when channel capacity is insufficient to convey the highest quality reproduction, a model of the human visual system is used to partition available capacity for minimum subjective distortion.<br><br>Any form of coding may be applied to the descriptor, predictive error, or interpolative error.<br><br>An efficient form of transmitting the interpolation error is to interleave it with the prediction error. A spare state in the quantizer can be assigned to the signaling of this." [11:44–12:2]<br><br>"A diagram of a luminance decoder suitable for use with the preferred encoding algorithm is shown in FIG. 8." [12:38-40] |
| means for developing **block approximations** [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing **block approximations** [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br><u>Corresponding structure:</u>  Decoder 22, | **Lodge I teaches, discloses, and/or suggests a device for developing image information from predicted picture elements and codes that describe deviations from predicted picture elements, such as prediction error information.**<br><br>*See, e.g.,* "Source luminance samples are split into two groups according to a grid with a 2 frame structure FIG. 1, which separates alternate samples with a line and frame offset. One group is to form an interpolated set, but in order to obtain a higher spatio-temporal resolution than fixed interpolation would permit, a 3-state interpolator selection signal is retained at each site. Redundancy is removed from this selection signal and it is conveyed to the |

- 41 -

Exhibit 86<br>Page 001739

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, U. S. PATENT NO. 4,858,005, *SYSTEM FOR ENCODING BROADCAST QUALITY TELEVISION SIGNALS TO ENABLE TRANSMISSION AS AN EMBEDDED CODE* ("LODGE I") |
|---|---|
| DCT$^{-1}$ 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | receiver. Values of this 3-state selector act as a descriptor at sites surrounding a sample to be predicted (the other group), and control selection of one of a set of 3 dimensional prediction functions, ranging from purely temporal in static areas to contour-adaptive in moving areas. Since the predictor choice is explicitly defined by the descriptors, recovery from channel errors is assured. Prediction error is quantized and coded for transmission." [4:41-4:57]<br><br>"A coding algorithm has been described for the transmission of distribution quality broadcast television at 34M bit/s which can form the basis of an embedded code for providing a numerically higher fidelity at 68M bit/s. The technique is a hybrid of interpolative and predictive coding both of which are explicitly controlled by a 3-state descriptor signal, transmitted in place of alternate source samples. This ensures a rapid recovery from the effects of channel errors. The channel capacity expended on this descriptor is justified by exploiting it in three was, first it defines adaptive interpolation of the omitted samples, second it controls inter-/intraframe-contour adaptive prediction and third it is used to control assignment of entropy codes to quantized errors which are used to adjust subjectively inadequate interpolated pels. An important aspect of the algorithm is that when channel capacity is insufficient to convey the highest quality reproduction, a model of the human visual system is used to partition available capacity for minimum subjective distortion.<br><br>Any form of coding may be applied to the descriptor, predictive error, or interpolative error.<br><br>An efficient form of transmitting the interpolation error is to interleave it with the prediction error. A spare state in the quantizer can be assigned to the signaling of this." [11:44–12:2]<br><br>"A diagram of a luminance decoder suitable for use with the preferred encoding algorithm is shown in |

- 42 -

Exhibit 86<br>Page 001740

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, U. S. PATENT NO. 4,858,005, *SYSTEM FOR ENCODING BROADCAST QUALITY TELEVISION SIGNALS TO ENABLE TRANSMISSION AS AN EMBEDDED CODE* ("LODGE I") |
|---|---|
| | FIG. 8." [12:38-40] |
| means responsive to said **block approximations** [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br>Function: The function is to develop said interpolated blocks responsive to said **block approximations** [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure: Decoder 25, DCT[-1] 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | Lodge I teaches, discloses, and/or suggests a **device for developing interpolated picture elements responsive to predicted picture elements that have been combined with codes describing deviations from predicted picture elements, such as prediction error information, and to codes that describe deviations from interpolated picture elements.**<br><br>*See, e.g.,* "Our adaptive interpolator can therefore form a very good basis for an interpolative receiver-model coding strategy (J. Limb 'Picture Coding: The Use of a Viewer Model in Source Encoding', BSTJ, 52, 8, 1271-1302, 1973). To realize this we locally decode the transmitted symbols to reconstruct a received picture at the encoder and compute the coding error due to both interpolated and predicted components. This error at the interpolated pels is 'viewed' in the context of the background picture itself by a visual model which attempts to detect visible picture impairment. If an offending interpolation is found, a differential terms is generated and coded to improve the subjective reproduction of that pel in the receiver. This improved interpolation is also incorporated back into the visual model because its quality has a bearing on the visibility of future interpolation errors." [9:57–10:5]<br><br>"A coding algorithm has been described for the transmission of distribution quality broadcast television at 34M bit/s which can form the basis of an embedded code for providing a numerically higher fidelity at 68M bit/s. The technique is a hybrid of interpolative and predictive coding both of which are explicitly controlled by a 3-state descriptor signal, transmitted in place of alternate source samples. This ensures a rapid recovery from the effects of channel errors. The channel capacity expended on this descriptor is justified by exploiting it in three was, first it defines adaptive interpolation |

- 43 -

Exhibit 86<br>Page 001741

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, U. S. PATENT NO. 4,858,005, *SYSTEM FOR ENCODING BROADCAST QUALITY TELEVISION SIGNALS TO ENABLE TRANSMISSION AS AN EMBEDDED CODE* ("LODGE I") |
|---|---|
|  | of the omitted samples, second it controls inter-/intraframe-contour adaptive prediction and third it is used to control assignment of entropy codes to quantized errors which are used to adjust subjectively inadequate interpolated pels.  An important aspect of the algorithm is that when channel capacity is insufficient to convey the highest quality reproduction, a model of the human visual system is used to partition available capacity for minimum subjective distortion.<br><br>Any form of coding may be applied to the descriptor, predictive error, or interpolative error.<br><br>An efficient form of transmitting the interpolation error is to interleave it with the prediction error.  A spare state in the quantizer can be assigned to the signaling of this." [11:44–12:2]<br><br>"A diagram of a luminance decoder suitable for use with the preferred encoding algorithm is shown in FIG. 8." [12:38-40] |

**D.**   **N. K. Lodge, A Hybrid Interpolative and Predictive Code for Embedded Transmission of Broadcast Quality Television Pictures, Second International Conference on Image Processing and its Applications**

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, *A HYBRID INTERPOLATIVE AND PREDICTIVE CODE FOR EMBEDDED TRANSMISSION OF BROADCAST QUALITY TELEVISION PICTURES, SECOND INTERNATIONAL CONFERENCE ON IMAGE PROCESSING AND ITS APPLICATIONS* ("LODGE II") |
|---|---|
| A **circuit** [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise **successive frames** [*one frame following another; consecutive frames*] and each frame includes a plurality of **blocks** [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where the **coded** [*change from one form of representation* | **Lodge II teaches, discloses, and/or suggests a device that is responsive to coded video signals where the video signals comprise successive frames, and the coded video signals comprise codes that describe deviations from predicted picture elements and codes that describe deviations from interpolated picture elements.**<br><br>*See, e.g.,* "So if the broadcaster wishes to convey pictures between studios, to radio transmitters or |

- 44 -

Exhibit 86<br>Page 001742

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, *A HYBRID INTERPOLATIVE AND PREDICTIVE CODE FOR EMBEDDED TRANSMISSION OF BROADCAST QUALITY TELEVISION PICTURES*, SECOND INTERNATIONAL CONFERENCE ON IMAGE PROCESSING AND ITS APPLICATIONS ("LODGE II") |
|---|---|
| to another] video signals comprise codes that describe deviations from **approximated blocks** [*predicted blocks*] and codes that describe **deviations** [*differences*] from interpolated blocks, comprising: | perhaps directly to the home using these links he is faced with the task of converting his source rate to conform to one of the levels in the telecoms multiplex hierarchy." [p. 242]<br><br>"The broadcaster can however identify two distinct levels of reproduction fidelity required from a coding algorithm, these are 'contribution' quality for interstudio traffic and 'distribution' quality for traffic destined for the home." [p. 242]<br><br>"Contribution material should be of studio resolution and of such numerical fidelity that it can withstand post processing, for example by standards conversion, chromakey or multiple passes through the same coding algorithm. We might aim for a transmission rate of 68Mbit.s $^{-1}$ for this. Distribution material (and perhaps news contribution from remote locations) need not be post-processed, but instead conveyed directly to the viewer." [p. 242]<br><br>"A coding algorithm has been described for the transmission of distribution quality broadcast television at 34Mbit.s $^{-1}$." [p. 245]<br><br>"Since it is not generally possible to interpolate coded symbols, conversion to the contribution standard will require decoding and recoding. Interpolation by these ratios is clumsy and may even have to be performed in a future home receiver if the manufacturer has sought to be compatible with other broadcast standards." [p. 242]<br><br>"It has, for example, been popular to adapt the predictor of a predictive coder to better exploit local picture statistics, according to previously received pels [1.5], often in the region of edges [6]." [p. 242]<br><br>"Source luminance samples are split into two groups according to a grid with a 2 frame structure fig 1, which separates alternate samples with a line and frame offset (Dubois' HEX4 pattern [7]). One group are to form an interpolated set, but in order to obtain a higher spatio-temporal resolution than fixed |

- 45 -

Exhibit 86<br>Page 001743

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, *A HYBRID INTERPOLATIVE AND PREDICTIVE CODE FOR EMBEDDED TRANSMISSION OF BROADCAST QUALITY TELEVISION PICTURES,* SECOND INTERNATIONAL CONFERENCE ON IMAGE PROCESSING AND ITS APPLICATIONS ("LODGE II") |
|---|---|
|  | interpolation would permit, a 3-state interpolator selection signal is retained at each site. Redundancy is removed from this selection signal and it is conveyed to the receiver. Values of this 3-state selector act as a descriptor at sites surrounding a sample to be predicted, and control selection of one of a set of 3 dimensional prediction functions, ranging from purely temporal in static areas to contour-adaptive in moving areas." [p. 243]<br><br>"Since the predictor choice is explicitly defined by the descriptors , recovery from channel errors is assured. Prediction error is quantized and coded for transmission." [p. 243]<br><br>"A third stage in the coding is used to check the quality of the interpolated samples reproduced at the receiver. This is done by locally decoding the transmitted signal at the coder and applying the error signal to a visual model in the manner of an interpolative coding process [8]." [p. 243]<br><br>"The model attempts to locate interpolated samples which have not been reconstructed well enough subjectively, in the context of their surroundings. These are adjusted by the transmission of an error signal which is sufficient to ensure that the model's fidelity criterion is met at the receiver." [p. 243]<br><br>"Fig. 1(a) shows the structure of the set of samples to be predicted, for convenience neither the interlaced fields nor the true vertical sample spacing is shown." [p. 243]<br><br>"The interpolated set of samples resides between the samples shown. In static areas of the picture full source bandwidth can be reconstructed by temporal interpolation $I_{ij}^T = \left(S_{ij2} + S_{ij-2}\right)/2$ . In moving areas however this is not acceptable and intrafield interpolation must be performed. [pg. 243]<br><br>The simplest form of switched horizontal and |

- 46 -

Exhibit 86<br>Page 001744

| U.S. PATENT NO. 4,958,226 CLAIM 12 | N. K. LODGE, *A HYBRID INTERPOLATIVE AND PREDICTIVE CODE FOR EMBEDDED TRANSMISSION OF BROADCAST QUALITY TELEVISION PICTURES*, SECOND INTERNATIONAL CONFERENCE ON IMAGE PROCESSING AND ITS APPLICATIONS ("LODGE II") |
|---|---|
| | vertical interpolators is [EQUATION] [5]." [p. 243]<br><br>"We have found that higher order classical Newtonian midpoint interpolation outperforms these interpolators but for our purposes interpolators [5] will be used in the following discussions. To determine which interpolator is better in moving areas, we compute the error resulting from application of each $S_{ij} - l_{ij} H$ and $S_{ij} - l_{ij} V$, and select the lower. To code this information we could simply assign a binary state to each choice, however the same information can be conveyed by signaling whether the better interpolation is higher or lower than [EQUATION]. Since surrounding samples are available at the receiver (albeit with some quantization error) the interpolator yielding the higher or lower output can be selected. In other words for the interpolators [5] we retain the sign of: [EQUATION] which is the familiar form of the discrete Laplacian operator." [pp. 243-4]<br><br>"In many low activity picture regions there is no significant difference between one interpolator and another so we are free to choose one which increases the run-length of similar choices. An algorithm has been developed which optimally positions the end of runs amongst these 'don't care' choices to minimize some function of interpolation error." [p. 244]<br><br>"The 3-state descriptor is transmitted in advance of surrounding predicted samples to control the prediction process itself from the future as well as the past." [p. 244]<br><br>"The prediction function applied for a particular logical function is designed by assessing the cross-correlation of the predicted sample location with previous samples in the neighborhood where the logical function applies, over a set of image sequences." [p. 244]<br><br>"Histograms of interpolation error, even due to 2 |

- 47 -

Exhibit 86
Page 001745

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, *A HYBRID INTERPOLATIVE AND PREDICTIVE CODE FOR EMBEDDED TRANSMISSION OF BROADCAST QUALITY TELEVISION PICTURES*, SECOND INTERNATIONAL CONFERENCE ON IMAGE PROCESSING AND ITS APPLICATIONS ("LODGE II") |
|---|---|
| | dimensional interpolation alone, show a remarkably high concentration about zero despite the fact that an open-loop process has been employed so far.  Most of the interpolation errors which are present occur where the localized samples are simultaneously changing their slope in two dimensions, because our interpolators cannot respond to second-differences." [p. 244] |
| | "Our adaptive interpolator can therefore form a very good basis for an interpolative receiver-model coding strategy [8].  To realize this we locally decode the transmitted symbols to reconstruct a received picture at the encoder and compute the coding error due to both interpolated and predicted components.  The error at the interpolated pels is 'viewed' in the context of the background picture itself by a visual model which attempts to detect visible picture impairment.  If an offending interpolation is found, a differential term is generated and coded to improve the subjective reproduction of that pel in the receiver.  This improved interpolation is also incorporated back into the visual model because its quality has a bearing on the visibility of future interpolation errors."  [p. 244] |
| | "Limb proposed a 'free-running' interpolative coding method, which although not real-time implementable, produced a saving in coding entropy of some 20% over previous-element DPCM for the same subjective quality.  He does however report similar performance with his 'grid' algorithm, where samples are alternately predictively coded and interpolated in one dimension."  [p. 244] |
| | "The technique is a hybrid of interpolative and predictive coding both of which are explicitly controlled by a 3-state descriptor signal, transmitted in place of alternate source samples."  [p. 245] |
| means for developing **block approximations** [*the combinations of* | Lodge II teaches, discloses, and/or suggests a device for developing image information from |

- 48 -

Exhibit 86<br>Page 001746

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | N. K. LODGE, *A HYBRID INTERPOLATIVE AND PREDICTIVE CODE FOR EMBEDDED TRANSMISSION OF BROADCAST QUALITY TELEVISION PICTURES*, SECOND INTERNATIONAL CONFERENCE ON IMAGE PROCESSING AND ITS APPLICATIONS ("LODGE II") |
|---|---|
| *predicted blocks with differences between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing **block approximations** [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure:  Decoder 22, DCT$^{-1}$ 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | **predicted picture elements and codes that describe deviations from predicted picture elements, such as prediction error information.**<br><br>*See, e.g.,* "Source luminance samples are split into two groups according to a grid with a 2 frame structure fig 1, which separates alternate samples with a line and frame offset (Dubois HEX4 pattern [7]).  One group are to form an interpolated set, but in order to obtain a higher spatio-temporal resolution than fixed interpolation would permit, a 3-state interpolator selection signal is retained at each site.  Redundancy is removed from this selection signal and it is conveyed to the receiver.  Values of this 3-state selector act as a descriptor at sites surrounding a sample to be predicted, and control selection of one of a set of 3 dimensional prediction functions, ranging from purely temporal in static areas to contour-adaptive in moving areas." [p. 243]<br><br>"Since the predictor choice is explicitly defined by the descriptors , recovery from channel errors is assured.  Prediction error is quantized and coded for transmission." [p. 243]<br><br>"The 3-state descriptor is transmitted in advance of surrounding predicted samples to control the prediction process itself from the future as well as the past." [p. 244]<br><br>"Let us examine the causal neighborhood of elements just prior to the coding of $S_{00}$:($p_{ij}$: previously predicted and reconstructed pels, $D_{ij}$ values of the 3-state descriptor)." [p. 244]<br><br>"Logical operators can be written for the choice of one from a large set of predictors.  For example, if interpolations surrounding $S_{00}$ are all temporal, then we apply a purely temporal prediction.  As an example of spatial prediction consider the logical expression: [EQUATIONS] which determines a vertical edge and applies at points indicated in fig. 5. |

- 49 -

Exhibit 86
Page 001747

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, *A HYBRID INTERPOLATIVE AND PREDICTIVE CODE FOR EMBEDDED TRANSMISSION OF BROADCAST QUALITY TELEVISION PICTURES, SECOND INTERNATIONAL CONFERENCE ON IMAGE PROCESSING AND ITS APPLICATIONS* ("LODGE II") |
|---|---|
| | At first sight it may appear that prediction by this process is upset by the striations in Laplacian descriptors due to artificial extensions of run-lengths. This is not so since runs are only extended in low activity regions. The previous sample prediction suggested by a horizontal striation will be as good as (if not better than) any other in these regions." [p. 244] |
| | "The prediction function applied for a particular logical function is designed by assessing the cross-correlation of the predicted sample location with previous samples in the neighborhood where the logical function applies, over a set of image sequences." [p. 244] |
| | "Limb proposed a 'free-running' interpolative coding method, which although not real-time implementable, produced a saving in coding entropy of some 20% over previous-element DPCM for the same subjective quality. He does however report similar performance with his 'grid' algorithm, where samples are alternately predictively coded and interpolated in one dimension." [p. 244] |
| | "The technique is a hybrid of interpolative and predictive coding both of which are explicitly controlled by a 3-state descriptor signal, transmitted in place of alternate source samples." [p. 245] |
| means responsive to said **block approximations** [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br><u>Function</u>: The function is to develop said interpolated blocks responsive to said **block approximations** [the combinations of predicted blocks with | **Lodge II teaches, discloses, and/or suggests a device for developing interpolated picture elements responsive to predicted picture elements that have been combined with codes describing deviations from predicted picture elements, such as prediction error information, and to codes that describe deviations from interpolated picture elements.**<br><br>*See, e.g.,* "Source luminance samples are split into two groups according to a grid with a 2 frame structure fig 1, which separates alternate samples |

- 50 -

Exhibit 86<br>Page 001748

| U.S. Patent No. 4,958,226<br><br>Claim 12 | N. K. Lodge, *A Hybrid Interpolative and Predictive Code for Embedded Transmission of Broadcast Quality Television Pictures,* Second International Conference on Image Processing and its Applications ("Lodge II") |
|---|---|
| differences between the actual blocks and the predicted blocks] and to said codes that describe deviations from interpolated blocks.<br><br>Corresponding structure: Decoder 25, DCT$^{-1}$ 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | with a line and frame offset (Dubois' HEX4 pattern [7]). One group are to form an interpolated set, but in order to obtain a higher spatio-temporal resolution than fixed interpolation would permit, a 3-state interpolator selection signal is retained at each site. Redundancy is removed from this selection signal and it is conveyed to the receiver. Values of this 3-state selector act as a descriptor at sites surrounding a sample to be predicted, and control selection of one of a set of 3 dimensional prediction functions, ranging from purely temporal in static areas to contour-adaptive in moving areas." [p. 243]<br><br>"A third stage in the coding is used to check the quality of the interpolated samples reproduced at the receiver. This is done by locally decoding the transmitted signal at the coder and applying the error signal to a visual model in the manner of an interpolative coding process [8]." [p. 243]<br><br>"The model attempts to locate interpolated samples which have not been reconstructed well enough subjectively, in the context of their surroundings. These are adjusted by the transmission of an error signal which is sufficient to ensure that the model's fidelity criterion is met at the receiver." [p. 243]<br><br>"In many low activity picture regions there is no significant difference between one interpolator and another so we are free to choose one which increases the run-length of similar choices. An algorithm has been developed which optimally positions the end of runs amongst these 'don't care choices to minimize some function of interpolation error." [p. 244]<br><br>"Histograms of interpolation error, even due to 2 dimensional interpolation alone, show a remarkably high concentration about zero despite the fact that an open-loop process has been employed so far. Most of the interpolation errors which are present occur where the localized samples are simultaneously |

- 51 -

Exhibit 86
Page 001749

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, *A HYBRID INTERPOLATIVE AND PREDICTIVE CODE FOR EMBEDDED TRANSMISSION OF BROADCAST QUALITY TELEVISION PICTURES,* SECOND INTERNATIONAL CONFERENCE ON IMAGE PROCESSING AND ITS APPLICATIONS ("LODGE II") |
|---|---|
| | changing their slope in two dimensions, because our interpolators cannot respond to second-differences." [p. 244]<br><br>"Our adaptive interpolator can therefore form a very good basis for an interpolative receiver-model coding strategy [8]. To realize this we locally decode the transmitted symbols to reconstruct a received picture at the encoder and compute the coding error due to both interpolated and predicted components. The error at the interpolated pels is 'viewed' in the context of the background picture itself by a visual model which attempts to detect visible picture impairment. If an offending interpolation is found, a differential term is generated and coded to improve the subjective reproduction of that pel in the receiver. This improved interpolation is also incorporated back into the visual model because its quality has a bearing on the visibility of future interpolation errors." [p. 244]<br><br>"Limb proposed a 'free-running' interpolative coding method, which although not real-time implementable, produced a saving in coding entropy of some 20% over previous-element DPCM for the same subjective quality. He does however report similar performance with his 'grid' algorithm, where samples are alternately predictively coded and interpolated in one dimension." [p. 244]<br><br>"Although details of the visual model of the coder in this paper have yet to be determined at the time of writing, it should be noted that the interpolation is 3 dimensional and significantly better than has been used before, a 'grid' structure is used which makes for easier implementation of the visual filter and masking effects can be exploited temporally as well as spatially because of previous-frame source samples are available." [p. 244]<br><br>"Adapting a (one-dimensional) visual filter to encompass large spreads (Netravali's best used 3, 5, |

- 52 -

Exhibit 86<br>Page 001750

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | N. K. LODGE, *A HYBRID INTERPOLATIVE AND PREDICTIVE CODE FOR EMBEDDED TRANSMISSION OF BROADCAST QUALITY TELEVISION PICTURES*, SECOND INTERNATIONAL CONFERENCE ON IMAGE PROCESSING AND ITS APPLICATIONS ("LODGE II") |
|---|---|
| | 7, 11 elements) does cause some implementational difficulties because of the need to consider the affect of adjusting an interpolated pel on the visibility of future interpolation errors." [p. 245]<br><br>"This will involve some parallel considerations of the potential adjustment of $l_{-20}$, two conditions are fairly clear:<br><br>A)  If interpolative error at $l_{00}$ is acceptable with $l_{-20}$ interpolated:  do not adjust $l_{00}$.<br><br>B)  If interpolative error at $l_{00}$ not is acceptable even if $l_{-20}$ were adjusted:  adjust $l_{00}$.<br><br>C)  The interpolative error at $l_{00}$ is acceptable only if $l_{-20}$ is adjusted." [p. 245]<br><br>"The technique is a hybrid of interpolative and predictive coding both of which are explicitly controlled by a 3-state descriptor signal, transmitted in place of alternate source samples." [p. 245]<br><br>"The channel capacity expended on this descriptor is justified by exploiting it in three ways, first it defines adaptive interpolation of the omitted samples, second it controls inter/intraframe −contour adaptive prediction and third it is used to control assignment of entropy codes to quantized errors which are used to adjust subjectively inadequate interpolated pels." [p. 245] |

E.    **Arun N. Netravali and Barry G. Haskell, *Digital Pictures, Representation and Compression* (1988).**

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | ARUN N. NETRAVALI AND BARRY G. HASKELL, *DIGITAL PICTURES, REPRESENTATION AND COMPRESSION* (1988) ("DIGITAL PICTURES") |
|---|---|
| A **circuit** [*any path that can carry electrical current*] responsive to coded video signals where the video signals comprise **successive frames** [*one frame following another; consecutive frames*] | Digital Pictures teaches, discloses, and/or suggests a device that is responsive to coded video signals where the video signals comprise successive frames, each frame including a plurality of blocks, and the coded video signals |

- 53 -

Exhibit 86<br>Page 001751

| U.S. PATENT NO. 4,958,226 | ARUN N. NETRAVALI AND BARRY G. HASKELL, |
|---|---|
| CLAIM 12 | *DIGITAL PICTURES, REPRESENTATION AND COMPRESSION* (1988) ("DIGITAL PICTURES") |
| and each frame includes a plurality of **blocks** [*sets of pixels (picture elements also called pels) that constitute a portion of a frame*] and where the **coded** [*change from one form of representation to another*] video signals comprise codes that describe deviations from **approximated blocks** [*predicted blocks*] and codes that describe **deviations** [*differences*] from interpolated blocks, comprising: | **comprise codes that describe deviations from predicted blocks and codes that describe deviations from interpolated blocks.** |
| | *See, e.g.*, "Interframe prediction, in general, uses a combination of pels from the present field as well as previous fields (see Section 3.2.5). For scenes with low detail and small motion, frame difference prediction appears to be the best. In scenes with higher detail and motion, field difference prediction does better than frame difference prediction. [5.2.8] As the motion in the scene is increased further, intrafield predictors do better. This is largely due to two reasons: 1) for higher motion, there is less correlation between the present pel and either the previous field or previous frame pel, and 2) due to the time integration of the signal in the video camera, the spatial correlation of the television signal in the direction of motion is increased. For the same reasons, predictors that produce an element or line difference of frame or field differences also perform better for higher motion. Recapping the results of Sec. 3.2.5, a typical variation of entropy of the prediction error for elements that have changed significantly since the previous frame (called the 'moving area pels') is shown in Fig. 5.2.14a-g as a function of different predictors and motion of the object in the scene." [Page 330.] |
| | "In Chapter 3 we saw that there is a strong correlation between adjacent pels that are spatially, as well as temporally, close to each other. Predictive correlation exploits this correlation. In basic predictive coding systems, [5.2.1] an approximate prediction of the sample to be encoded is made from previously coded information that has been transmitted (Fig. 5.2.1). The error (or *differential* signal) resulting from the subtraction of the prediction the actual value of the pel is quantized into a set of $L$ discrete amplitude levels. These levels are then represented as binary words of fixed or variable word-lengths and sent to the channel coder for transmission." [Page 313.] |

- 54 -

Exhibit 86
Page 001752

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | ARUN N. NETRAVALI AND BARRY G. HASKELL, *DIGITAL PICTURES, REPRESENTATION AND COMPRESSION* (1988) ("DIGITAL PICTURES") |
|---|---|
| | "An adaptive interpolation that is becoming popular is called *motion adaptive* interpolation. Earlier in this section (Fig. 5.6.2) we described linear interpolation of dropped fields and remarked that four way linear average reduces spatial as well as temporal resolution. In some cases, it is possible to improve the quality of interpolation by using estimates of motion of objects in the scene. Figure 5.6.4 shows an example where frame ($k$-1) is skipped and is reconstructed at the receiver by using the frames transmitted at instants ($k$-2) and ($k$). In this case, linear interpolation for a pel at location ($x_1y_1$) in frame ($k$-1) would be a simple average of pels at the same location in frames ($k$-2) and ($k$). This would blur the picture since, pels from background and moving object are averaged together. If however, the moving object was undergoing pure displacement as shown in the figure, then a pel at position ($x_1 + dx/2, y_1 + dy/2$) in the skipped frame should be interpolated using pels ($x_1, y_1$) and ($x_1 + dx, y_1 + dy$) in frames ($k$-2) and ($k$), respectively. This is indicated by arrows in the figure." [Page 472.]<br><br>"In this as well as other interpolation schemes, since at times the interpolation may be inaccurate, techniques have been devised where the quality of interpolation is checked at the transmitter, and if the interpolation error is larger than a threshold, side information is transmitted to the receiver. It appears that due to unavoidable inaccuracies of the displacement estimator (e.g., complex translational and rotational motion) and the segmentation process, such side information would be necessary to reduce artifacts that may otherwise be introduced due to faulty interpolation." [Page 473.]<br><br>"With block methods, it is assumed that the object displacement is constant within a small two-dimensional block $B$ of pels. This assumption presents difficulties in scenes with multiple moving objects or in scenes in which different parts of the same object move with different displacements. If the size of the block is decreased then this |

- 55 -

Exhibit 86
Page 001753

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | ARUN N. NETRAVALI AND BARRY G. HASKELL,<br>*DIGITAL PICTURES, REPRESENTATION AND COMPRESSION* (1988) ("DIGITAL PICTURES") |
|---|---|
|  | assumption become more valid; however, then the overhead of computation and transmission of displacement information increases.<br><br>The displacement **D** can be estimated by correlation or matching techniques. Thus, **D** can be chosen such that it minimizes some measure of the prediction error such as<br><br>$$PE(D) = \sum N(b(z,t) - b(z - D, t - r))$$<br><br>where N() is a distance metric such as the magnitude or the square function. Having found the best **D**, all pels [EQUATION] are predicted, coded and transmitted using that value of **D**." [Page 335.]<br><br>***See also*** **the following references, in combination with Digital Pictures, to show obviousness of this element:**<br><br>• **Lodge – U.S. Patent No. 4,858,005 (***see e.g.***, abstract, 4:41-68, 5:8-32, 7:9-27, 9:57-10:5, 11:44-12:2, 12:38-40)**<br><br>• **Hinman – U.S. Patent No. 4,727,422 (Exhibit 13) (***see e.g.***, abstract, 3:5-28, 3:34-49,4:59-64, 7:9-42, 9:3-9, 9:37-58, Figures 1, 3)**<br><br>• **Furukawa – U.S. Patent No. 4,575,756 (Exhibit 14) (***see e.g.***, 1:7-17, 1:48-68, 2:24-33, 9:26-34)**<br><br>• **Lodge – A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures (***see e.g.***, 242-45)**<br><br>**These references disclose compression of information associated with a video signal, including coding strategies.**<br><br>**It would have been obvious to combine each of these references with Digital Pictures because Digital Pictures and these references relate to the compression of video signals.**<br><br>**In addition, these references (except for U.S. Pat.** |

- 56 -

Exhibit 86<br>Page 001754

| U.S. Patent No. 4,958,226<br><br>Claim 12 | Arun N. Netravali and Barry G. Haskell, *Digital Pictures, Representation and Compression* (1988) ("Digital Pictures") |
|---|---|
| | No. 4,727,422) were not considered by the Examiner during the original prosecution of the '272 patent. |
| means for developing **block approximations** [*the combinations of predicted blocks between the actual blocks and the predicted blocks*] from said codes that describe deviations from approximated blocks; and<br><br>Function: The function is developing **block approximations** [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] from said codes that describe deviations from approximated blocks.<br><br>Corresponding structure: Decoder 22, DCT⁻¹ 24, Adder 27, and Shift Circuit 26, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 3-10, 26-32, Col. 4, line 63 to Col. 5, line 7). | **Digital Pictures teaches, discloses, and/or suggests a device for developing blocks of image information from predicted blocks and codes that describe deviations from predicted blocks, such as prediction error information.**<br><br>*See, e.g.,* "Interframe prediction, in general, uses a combination of pels from the present field as well as previous fields (see Section 3.2.5). For scenes with low detail and small motion, frame difference prediction appears to be the best. In scenes with higher detail and motion, field difference prediction does better than frame difference prediction. [5.2.8] As the motion in the scene is increased further, intrafield predictors do better. This is largely due to two reasons: 1) for higher motion, there is less correlation between the present pel and either the previous field or previous frame pel, and 2) due to the time integration of the signal in the video camera, the spatial correlation of the television signal in the direction of motion is increased. For the same reasons, predictors that produce an element or line difference of frame or field differences also perform better for higher motion. Recapping the results of Sec. 3.2.5, a typical variation of entropy of the prediction error for elements that have changed significantly since the previous frame (called the 'moving area pels') is shown in Fig. 5.2.14a-g as a function of different predictors and motion of the object in the scene." [Page 330.]<br><br>"In Chapter 3 we saw that there is a strong correlation between adjacent pels that are spatially, as well as temporally, close to each other. Predictive correlation exploits this correlation. In basic predictive coding systems, [5.2.1] an approximate prediction of the sample to be encoded is made from previously coded information that has been transmitted (Fig. 5.2.1). The error (or *differential* signal) resulting from the subtraction of |

- 57 -

Exhibit 86<br>Page 001755

| U.S. PATENT NO. 4,958,226<br><br>CLAIM 12 | ARUN N. NETRAVALI AND BARRY G. HASKELL, *DIGITAL PICTURES, REPRESENTATION AND COMPRESSION* (1988) ("DIGITAL PICTURES") |
|---|---|
| | the prediction the actual value of the pel is quantized into a set of $L$ discrete amplitude levels. These levels are then represented as binary words of fixed or variable word-lengths and sent to the channel coder for transmission." [Page 313.]<br><br>"With block methods, it is assumed that the object displacement is constant within a small two-dimensional block $B$ of pels. This assumption presents difficulties in scenes with multiple moving objects or in scenes in which different parts of the same object move with different displacements. If the size of the block is decreased then this assumption become more valid; however, then the overhead of computation and transmission of displacement information increases.<br><br>The displacement $\mathbf{D}$ can be estimated by correlation or matching techniques. Thus, $\mathbf{D}$ can be chosen such that it minimizes some measure of the prediction error such as<br><br>$$PE(D) = \sum N(b(z,t) - b(z - D, t - r))$$<br><br>where N() is a distance metric such as the magnitude or the square function. Having found the best $\mathbf{D}$, all pels [EQUATION] are predicted, coded and transmitted using that value of $\mathbf{D}$." [Page 335.]<br><br>***See also*** the following references, in combination with Digital Pictures, to show obviousness of this element:<br><br>• **Lodge – U.S. Patent No. 4,858,005** (*see e.g.*, 4:41-57, 11:44-12:2, 12:38-40)<br><br>• **Hinman – U.S. Patent No. 4,727,422** (*see e.g.*, 5:47-68, 6:32-56, Figures 3, 5, 6)<br><br>• **Furukawa – U.S. Patent No. 4,575,756** (*see e.g.*, 7:56-8:21)<br><br>• **Lodge – A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures** (*see e.g.*, 243-45) |

Exhibit 86<br>Page 001756

| U.S. PATENT NO. 4,958,226<br>CLAIM 12 | ARUN N. NETRAVALI AND BARRY G. HASKELL, *DIGITAL PICTURES, REPRESENTATION AND COMPRESSION* (1988) ("DIGITAL PICTURES") |
|---|---|
|  | These references disclose compression of information associated with a video signal, including coding strategies.<br><br>It would have been obvious to combine each of these references with Digital Pictures because Digital Pictures and these references relate to the compression of video signals.<br><br>In addition, these references (except for U.S. Pat. No. 4,727,422) were not considered by the Examiner during the original prosecution of the '272 patent. |
| means responsive to said **block approximations** [*the combinations of predicted blocks with differences between the actual blocks and the predicted blocks*] and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.<br><br><u>Function</u>: The function is to develop said interpolated blocks responsive to said **block approximations** [the combinations of predicted blocks with differences between the actual blocks and the predicted blocks] and to said codes that describe deviations from interpolated blocks.<br><br><u>Corresponding structure</u>:  Decoder 25, DCT$^{-1}$ 34, Adder 35, and Shift Circuits 31 and 39, and Averager 32, including all inputs and outputs of these elements related to the claimed function (*See* Fig. 2; Col. 4, lines 63-65; Col. 5, lines 7-23 [description of the structure and inputs that correspond to these elements is at Col. 4, lines 38-50]). | **Digital Pictures teaches, discloses, and/or suggests a device for developing interpolated blocks responsive to predicted blocks that have been combined with codes describing deviations from predicted blocks, such as prediction error information, and to codes that describe deviations from interpolated blocks.**<br><br>*See, e.g.*, "An adaptive interpolation that is becoming popular is called *motion adaptive* interpolation.  Earlier in this section (Fig. 5.6.2) we described linear interpolation of dropped fields and remarked that four way linear average reduces spatial as well as temporal resolution.  In some cases, it is possible to improve the quality of interpolation by using estimates of motion of objects in the scene.  Figure 5.6.4 shows an example where frame ($k$-1) is skipped and is reconstructed at the receiver by using the frames transmitted at instants ($k$-2) and ($k$).  In this case, linear interpolation for a pel at location ($x_1 y_1$) in frame ($k$-1) would be a simple average of pels at the same location in frames ($k$-2) and ($k$).  This would blur the picture since, pels from background and moving object are averaged together.  If however, the moving object was undergoing pure displacement as shown in the figure, then a pel at position ($x_1 + dx/2$, $y_1 + dy/2$) in the skipped frame should be interpolated using pels ($x_1$, $y_1$) and ($x_1 + dx$, $y_1 + dy$) in frames ($k$-2) and ($k$), respectively.  This is indicated by arrows in the |

Exhibit 86<br>Page 001757

| U.S. Patent No. 4,958,226 Claim 12 | Arun N. Netravali and Barry G. Haskell, *Digital Pictures, Representation and Compression* (1988) ("Digital Pictures") |
|---|---|
| | figure." [Page 472.] |
| | "In this as well as other interpolation schemes, since at times the interpolation may be inaccurate, techniques have been devised where the quality of interpolation is checked at the transmitter, and if the interpolation error is larger than a threshold, side information is transmitted to the receiver. It appears that due to unavoidable inaccuracies of the displacement estimator (e.g., complex translational and rotational motion) and the segmentation process, such side information would be necessary to reduce artifacts that may otherwise be introduced due to faulty interpolation." [Page 473.] |
| | "With block methods, it is assumed that the object displacement is constant within a small two-dimensional block $B$ of pels. This assumption presents difficulties in scenes with multiple moving objects or in scenes in which different parts of the same object move with different displacements. If the size of the block is decreased then this assumption become more valid; however, then the overhead of computation and transmission of displacement information increases. |
| | The displacement **D** can be estimated by correlation or matching techniques. Thus, **D** can be chosen such that it minimizes some measure of the prediction error such as |
| | $$PE(D) = \sum N(b(z,t) - b(z - D, t - r))$$ |
| | where N() is a distance metric such as the magnitude or the square function. Having found the best **D**, all pels [EQUATION] are predicted, coded and transmitted using that value of **D**." [Page 335.] |
| | ***See also*** **the following references, in combination with Digital Pictures, to show obviousness of this element:** |
| | • **Lodge – U.S. Patent No. 4,858,005 (***see e.g.***, 9:57-10:5, 11:44-12:2, 12:38-40)** |
| | • **Hinman – U.S. Patent No. 4,727,422 (***see*** |

- 60 -

Exhibit 86
Page 001758

| U.S. Patent No. 4,958,226<br><br>Claim 12 | Arun N. Netravali and Barry G. Haskell, *Digital Pictures, Representation and Compression* (1988) ("Digital Pictures") |
|---|---|
| | *e.g.*, 5:47-68, 7:9-42, 9:37-58, Figures 3, 6)<br><br>• Furukawa – U.S. Patent No. 4,575,756 (*see e.g.*, 4:54-5:37, 9:26-34)<br><br>• Lodge – A Hybrid Interpolative and Predictive Code for the Embedded Transmission of Broadcast Quality Television Pictures (*see e.g.*, 243-45)<br><br>These references disclose compression of information associated with a video signal, including coding strategies.<br><br>It would have been obvious to combine each of these references with Digital Pictures because Digital Pictures and these references relate to the compression of video signals.<br><br>In addition, these references (except for U.S. Pat. No. 4,727,422) were not considered by the Examiner during the original prosecution of the '272 patent. |

## VIII.   CONCLUSION

The Requester respectfully submits that the '226 patent be reexamined in view of the showing in this Request that a substantial new question of patentability is present.

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

Kenneth R. Cage
Registration No. 26,151

600 13th Street, NW
Washington, D.C.  20005
Phone:  (202) 756-8000
Facsimile:  (202) 756-8087
Date:

**Please recognize our Customer No. 20277 as our correspondence address.**

Exhibit 86
Page 001759