# SCHMIDT DECLARATION

# EXHIBIT 123

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) Case No.: ) |
| v. | ) 07-CV-2000-H (CAB) ) 02-CV-2060-B (CAB) |
| GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC. | ) 03-CV-0699-B (CAB) ) 03-CV-1108-B (CAB) ) ) ) |
| Defendants and Counter-Claimants, | ) ) |
| and | ) ) |
| MICROSOFT CORPORATION | ) ) |
| Intervenor and Counter-Claimant. | ) |

- - - - - - - - - - - - - - - - - - -


DEPOSITION OF MR. ROBERT LONG
VOLUME I
Monday, December 10, 2007
AT:  10:05 a.m.


Taken at:
Dechert LLP
160 Queen Victoria Street
London EC4V 4BF
UNITED KINGDOM

Exhibit 123
Page 002358

1  a production system by now, so it needed to be supported.

2  But extensive enhancements were ceased.

3          Q.  And is it fair to say that the touch screen

4  version never went live?

5          A.  The touch screen system never went into

6  production.  We had it -- we had it fully working.

7          Q.  Sure.

8          A.  But it never went into live production.

9          Q.  So when you are talking about the system that

10 went live a few months after the meeting with Mr. Tyler, you

11 are not talking about the touch screen version?

12         A.  That's correct.

13         Q.  Were other members of the press invited to the

14 meeting with Mr. Tyler?

15         A.  I don't believe so, no.  I only remember

16 Datamation being involved in that exercise.

17         Q.  Do you recall why Datamation was invited?

18         A.  Specifically, no.  It was a reputable --

19 reputable magazine at the time, well-read by people within

20 the IT industry.

21         Q.  Is it fair to say, then, that it was a private

22 invitation to Mr. Tyler?

23         MR. BAKER:  Objection.  Calls -- may call for

24 a legal conclusion.

25         A.  I don't know whether he asked for the

Exhibit 123
Page 002359

1          CERTIFICATE OF COURT REPORTER

2

3     I, ROSE HELEN CLAIRE KAY, an Accredited LiveNote Reporter,

      hereby certify that the testimony of the witness ROBERT LONG

4     in the foregoing transcript, numbered pages 1 through 128,

      taken on Monday, December 10, 2007 was recorded by me in

5     machine shorthand and was thereafter transcribed by me; and

      that the foregoing transcript is a true and accurate

6     verbatim record of the said testimony.

7

8     I further certify that I am not a relative, employee,

      counsel or financially involved with any of the parties to

9     the within cause, nor am I an employee or relative of any

      counsel for the parties, nor am I in any way interested in

10    the outcome of the within cause.

11

12

13

14

15    Signed:  ........................

16    ROSE HELEN CLAIRE KAY

17    Dated:    Monday, December 11, 2007

18

19

20

21

22

23

24

25

Exhibit 123
Page 002360