# SCHMIDT DECLARATION

# EXHIBIT 125

| Applicant: | FLEMING, et al | | | | Docket No. | 075543-0014 | | | Serial No. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Title: | TERMINAL INDEPENDENT COLOR MEMORY FOR A DIGITAL IMAGE DISPLAY SYSTEM | | | | | | | | Patent No. | 4,439,759 |
| Date Sent: | 7/24/2007 | ☒ Hand Carried | ☐ Fax | ☐ Electronic | ☐ Cert. of Mailing | ☐ 1st Class Mail | ☐ Express Mail No. | | | |

☒ Transmittal Letter

New Patent App    ☐ Utility    ☐ Design    ☐ Cont.    ☐ CIP    ☐ Div.    ☐ PCT    ☐ RCE    ☐ Prov

☐ Other:

|  |  |
|---|---|
| pages of Specification | ☐ Letter submitting _____ pages of drawings |
| pages of Claims | ☐ Req. for Approval of Drawing Amendments |
| pages of Abstract | ☐ Req. for Oral Hearing |
| pages of Formal/Informal Drawings | ☐ Not. of Appeal    ☐ Appeal Brief    ☐ Reply Brief |
| ☐ Small Entity    ☐ Large Entity | ☐ Rule 312 Amendment/Letter |
| ☐ Declaration/Power of Attorney | ☐ Req. for Acknowledgement of Cited Art |
| ☐ Recordation of Assignment/Security Agreement | ☐ Issue Fee |
| ☒ Information Disclosure Statement | ☐ Publication Fee |
| 1    Form PTO 1449 | ☐ Req. for Certificate of Correction |
| 10    copies of cited references | ☐ Maintenance Fee for _____ years after grant |
| ☐ Preliminary Amendment | ☐ Fee Address Indication Form |
| ☐ Response to Missing Parts Notice | ☐ Terminal Disclaimer |
| ☐ Resp. to Notice to Correct App. Papers | ☐ Petition to Commissioner |
| ☐ Certified Copy of Priority Doc. | ☒ Certificate of Service |
| ☐ Claim for Convention Priority | ☒ Other  Request for Ex Parte Reexam, including 13 Exhibits |
| ☐ Response/Amendment to Office Action of | |
| ☐ Request for _____ month Extension of Time | |

| Check for | $ | ☒ Charge Deposit Acct. 500417 | $ 2,520.00 | Atty Init. | KLC | Tkpr. # | 3324 | Secy. or PL: | RGarrison |
|---|---|---|---|---|---|---|---|---|---|

CMS Descrip.:    25-2,520.00

THE PATENT AND TRADEMARK OFFICE DATE STAMPED HEREON IS ACKNOWLEDGED THAT THE ITEMS, CHECKED ABOVE, WERE RECEIVED BY THE PTO ON THE DATE STAMPED.

---

| Applicant: | FLEMING, et al | | | | Docket No. | 075543-0014 | | | Serial No. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Title: | TERMINAL INDEPENDENT COLOR MEMORY FOR A DIGITAL IMAGE DISPLAY SYSTEM | | | | | | | | Patent No. | 4,439,759 |
| Date Sent: | 7/24/2007 | ☒ | ☐ Fax | ☐ Electronic | ☐ Cert. of Mailing | ☐ 1st Class Mail | ☐ Express Mail No. | | | |

☒ Transmittal Letter

New Patent App    ☐ Utility    ☐ Design    ☐ Cont.    ☐ CIP    ☐ Div.    ☐ PCT    ☐ RCE    ☐ Prov

☐ Other:

|  |  |
|---|---|
| pages of Specification | ☐ Letter submitting _____ pages of drawings |
| pages of Claims | ☐ Req. for Approval of Drawing Amendments |
| pages of Abstract | ☐ Req. for Oral Hearing |
| pages of Formal/Informal Drawings | ☐ Not. of Appeal    ☐ Appeal Brief    ☐ Reply Brief |
| ☐ Small Entity    ☐ Large Entity | ☐ Rule 312 Amendment/Letter |
| ☐ Declaration/Power of Attorney | ☐ Req. for Acknowledgement of Cited Art |
| ☐ Recordation of Assignment/Security Agreement | ☐ Issue Fee |
| ☒ Information Disclosure Statement | ☐ Publication Fee |
| 1    Form PTO 1449 | ☐ Req. for Certificate of Correction |
| 10    copies of cited references | ☐ Maintenance Fee for _____ years after grant |
| ☐ Preliminary Amendment | ☐ Fee Address Indication Form |
| ☐ Response to Missing Parts Notice | ☐ Terminal Disclaimer |
| ☐ Resp. to Notice to Correct App. Papers | ☐ Petition to Commissioner |
| ☐ Certified Copy of Priority Doc. | ☒ Certificate of Service |
| ☐ Claim for Convention Priority | ☒ Other  Request for Ex Parte Reexam, including 13 Exhibits |
| ☐ Response/Amendment to Office Action of | |
| ☐ Request for _____ month Extension of Time | |

Accounting

| Check for | $ | ☒ Charge Deposit Acct. 500417 | $ 2,520.00 | Atty Init. | KLC | Tkpr. # | 3324 | Secy. or PL: | R. Garrison |
|---|---|---|---|---|---|---|---|---|---|

CMS Descrip.:    25-2,520.00

THE PATENT AND TRADEMARK OFFICE DATE STAMPED HEREON IS ACKNOWLEDGED THAT THE ITEMS, CHECKED ABOVE, WERE RECEIVED BY THE PTO ON THE DATE STAMPED.

Exhibit 125
Page 002384

Attorney Docket No. 75543-014

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In the Reexamination of: | ) |
| | ) |
| Fleming et al. | ) |
| | ) |
| U.S. Patent No.: 4,439,759 | ) |
|     Filed: May 19, 1981 | )    **Examiner:** |
|     Issue Date: March 27, 1984 | ) |
| | )    **Group Art Unit:** |
| For: **TERMINAL INDEPENDENT COLOR** | ) |
|       **MEMORY FOR A DIGITAL** | ) |
|       **IMAGE DISPLAY SYSTEM** | ) |
| | ) |
| | ) |
| **Reexamination Proceeding** | ) |
|     **Control No.:** | ) |
|     **Filed:** | ) |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing replacement Request for Ex Parte Reexamination of

U.S. Patent No. 4,439,759, Information Disclosure Statement, and PTO-1449 were served by

first class mail this 19th day of June, 2007 to:

Counsel for Lucent
Alison P. Adema
Hahn & Adema
501 West Broadway, Suite 1730
San Diego, CA 92101-3595

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

Kenneth L. Cage
Registration No. 36,151

600 13th Street, N.W.
Washington, DC 20005-3096
Phone: 202.756.8000 KLC:MAM/llg
Facsimile: 202.756.8087
**Date: July 24, 2007**

**Please recognize our Customer No. 20277 as
our correspondence address.**

Exhibit 125
Page 002385

Attorney Docket No. 75543-014

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In the Reexamination of: | ) |
| | ) |
| Fleming et al. | ) |
| | ) |
| U.S. Patent No.: 4,439,759 | ) |
|     Filed:  May 19, 1981 | )    **Examiner:** |
|     Issue Date: March 27, 1984 | ) |
| | )    **Group Art Unit:** |
| For:   **TERMINAL INDEPENDENT COLOR** | ) |
|     **MEMORY FOR A DIGITAL** | ) |
|     **IMAGE DISPLAY SYSTEM** | ) |
| | ) |
| | ) |
| Reexamination Proceeding | ) |
|     Control No.: | ) |
|     Filed: | ) |

Mail Stop Ex Parte Rexam
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

In response to the Notice of Failures to Comply with *Ex Parte* Reexamination Request Filing Requirements, transmitted herewith is a replacement **REQUEST FOR *EX PARTE* REEXAMINATION OF U.S. PATENT NO. 4,439,759 UNDER 35 U.S.C. §§ 302-307 AND 37 C.F.R. § 1.510, replacing the original request for reexamination filed on June 15, 2007.** Also enclosed are the following replacement attachment(s):  [13] Exhibits, Information Disclosure Statement, PTO-1449 and Certificate of Service.

☐ No additional fee is required.
☐ Applicant is entitled to small entity status under 37 CFR 1.27
☐     Also attached:

☒ Please charge my Deposit Account No. <u>500417</u> in the amount of $2,520.00.  An additional copy of this transmittal sheet is submitted herewith.

☒ The Commissioner is hereby authorized to charge payment of any fees associated with this communication or credit any overpayment, to Deposit Account No. 500417, including any filing fees under 37 CFR 1.16 for presentation of extra claims and any patent application processing fees under 37 CFR 1.17.

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

Kenneth L. Cage
Registration No. 26,157
**Please recognize our Customer No. 20277 as our correspondence address.**

600 13th Street, N.W.
Washington, DC  20005-3096
Phone:  202.756.8000 KLC:MAM/llg
Facsimile:  202.756.8087
**Date:  July 24, 2007**

Exhibit 125
Page 002386

Attorney Docket No. 75543-014

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In the Reexamination of: | ) | |
| | ) | |
| Fleming et al. | ) | |
| | ) | |
| U.S. Patent No.: 4,439,759 | ) | |
|     Filed: May 19, 1981 | ) | Examiner: |
|     Issue Date: March 27, 1984 | ) | |
| | ) | Group Art Unit: |
| For:   TERMINAL INDEPENDENT COLOR | ) | |
|     MEMORY FOR A DIGITAL | ) | |
|     IMAGE DISPLAY SYSTEM | ) | |
| | ) | |
| | ) | |
| Reexamination Proceeding | ) | |
|     Control No.: | ) | |
|     Filed: | ) | |

### REQUEST FOR *EX PARTE* REEXAMINATION
### OF U.S. PATENT NO. 4,439,759
### UNDER 35 U.S.C. §§ 302-307 AND 37 C.F.R. § 1.510

Mail Stop Ex Parte Reexam
Honorable Commissioner For Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Exhibit 125
Page 002387

# TABLE OF CONTENTS

Page

I.     SUMMARY OF REEXAMINATION REQUEST ........................................... 1

II.    SUMMARY OF THE '759 PATENT ....................................................... 1

III.   PRIOR AND CONCURRENT PROCEEDINGS ...................................... 3

IV.    BASIS FOR REEXAMINATION ........................................................... 4
       A.    Statement Pointing Out Substantial New Question Of Patentability ..... 4
             1.    Request For Reexamination ................................................. 5
             2.    Identification Of Claims For Which Reexamination Is Requested
                   And Explanation Of The Pertinency And Manner Of Applying The
                   Cited Prior Art ............................................................... 6
                   a.    During Reexamination Involving an Expired Patent, Claims
                         Are To Be Given Their Ordinary and Customary Meaning
                         in Determining Whether a Substantial New Question of
                         Patentability is Present ............................................ 6
                   b.    Ordinary and Customary Meanings of Claim Terms ......... 6

V.     THE APPLICABLE LEGAL STANDARDS ........................................... 7
       A.    The Law of Anticipation ..................................................... 7
       B.    The Law of Obviousness ..................................................... 8
       C.    Means Plus Function ......................................................... 9
       D.    Admissions of Patent Owner ................................................ 10

VI.    LUCENT'S ADMISSIONS REGARDING THE '759 PATENT CLAIMS .......... 10

VII.   DISCUSSION OF THE PRIOR ART .................................................. 12
       A.    The Foley Paper ............................................................... 12
       B.    The GSPC Articles ........................................................... 13
       C.    The Mueller Patent ........................................................... 16
       D.    The AED512 ................................................................... 16
       E.    Ramtek: "9000 Series Graphic Display System Programming Manual" ... 18
       F.    ADI: "LIGHT 50 User's Manual" ........................................ 19
       G.    Kanade: "Image I/O Device for Image Processing: Color TV Display and
             TV Camera Input" ........................................................... 20
       H.    Sloan: "Color Map Techniques" .......................................... 20

VIII.  APPLICATION OF THE PRIOR ART TO THE CLAIMS ......................... 20

IX.    CONCLUSION .............................................................................. 102

-i-

Exhibit 125
Page 002388

## EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 1 | U.S. Patent No. 4,439,759<br>("Terminal Independent Color Memory for a Digital Image Display System", James R. Fleming, William A. Frezza, Gerald S. Soloway, Mar. 27, 1984) |
| 2 | Order of November 15, 2005, Construing Claims for Patent Number 4,439,759 |
| 3 | D. Foley, James Templeman, Dara Dastyar, *Raster Graphics Extensions to the Graphics Compatibility System (GCS)*, March 1979. |
| 4 | D. Foley, James Templeman, Dara Dastyar, *Some Raster Graphics Extensions to the Graphics Compatibility System,* August 1979 issue of Computer Graphics, A Quarterly Report of SIGGRAPH-ACM, Vol. 13, No. 2 ("GSPC-1") |
| 5 | *Status Report of the Graphic Standards Planning Committee,* August, 1979 issue of Computer Graphics, A Quarterly Report of SIGGRAPH-ACM, Vol. 13, No. 3 ("GSPC-2") |
| 6 | U.S. Patent No. 4,213,189<br>("Reactive Computer System Adaptive to a Plurality of Program Inputs", David J. Mueller, Daniel G. Prysby, John V. Moravec, George A. Watson, July 15, 1980) |
| 7 | Table of Lucent's admissions during litigation regarding claim scope of the '759 patent |
| 8 | AED512 Color Graphics Terminal – Terminal Command Protocol |
| 9 | AED512 Color Graphics & Imaging Terminal |
| 10 | Ramtek Programming Manual 9000 Series (RM 9100, 9200, 9300) Graphic Display System |
| 11 | ADI User's Guide – LIGHT 50 |
| 12 | Image I/O Device for Image Processing: Color TV Display and TV Camera Input |
| 13 | "Color Map Techniques" by Kenneth R. Sloan, Jr. and Christopher M. Brown |

Exhibit 125
Page 002389

**REQUEST FOR *EX PARTE* REEXAMINATION**
**OF U.S. PATENT NO. 4,439,759**
**UNDER 35 U.S.C. §§ 302-307 AND 37 C.F.R. § 1.510**

Mail Stop Ex Parte Reexam
Honorable Commissioner For Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The undersigned respectfully requests reexamination of claims 1–4 of U.S. Pat. No.

4,439,759 (hereafter "the '759 patent") (Exhibit 1), entitled TERMINAL INDEPENDENT

COLOR MEMORY FOR A DIGITAL IMAGE DISPLAY SYSTEM, which issued on

March 27, 1984, to James R. Fleming, William A. Frezza, and Gerald S. Soloway, under the

provisions of 35 U.S.C. § 302 *et seq.* The patent owner is Lucent Technologies Inc. ("Lucent").

## I.    SUMMARY OF REEXAMINATION REQUEST

This request for reexamination provides significant prior art, not previously considered

by the USPTO, which raises a new question of patentability of claims 1–4 of the '759 patent. In

particular, this new art anticipates or renders obvious claims 1–4.

The real party in interest making this request is Dell Inc. Thus, the "Requester" referred

to herein should be considered Dell Inc.

## II.    SUMMARY OF THE '759 PATENT

The '759 patent relates to a system for displaying a color image in a terminal independent

manner. At the time of the patent, it was well known how to provide color digital image displays

on video display screens. ('759 patent, col. 1:11-12). Compatibility among digital image display

systems was purportedly problematic, however, due to the "great variety of methods and

apparatus for providing the color images." ('759 patent, col. 1:13-16). As the background of the

'759 patent explains, one such method was a specific color value selection—a direct selection of

data values for the primary colors, red, green and blue. ('759 patent, col. 1:20-22). Another

- 1 -

Exhibit 125
Page 002390

method was specifying a foreground and a background color by indexing a permanent read-only color memory. ('759 patent, col. 1:25-27). In addition, the '759 patent explains that compatibility issues arose in systems that employed a color look-up table called a color map—which expands the repertory of available colors for display—indexed by a binary number. ('759 patent, col. 1:28-32).

The '759 patent seeks to address the above compatibility issues through a particular terminal independent system for displaying a color image. ('759 patent, col. 1:49-52). More specifically, as explained in the '759 patent, "[i]n accordance with the present invention, the known modes of color access are incorporated into the present algorithm for selecting a particular mode of color memory access, for setting a particular color in a color map memory table or for setting foreground or background in-use drawing color." ('759 patent, col. 1:55-61).

Claims 1–4 of the '759 patent focus on operating in different modes which affect the way Color Memory is accessed. For example, in one disclosed mode, indices into a Color Map for the foreground and background colors are specified to determine which particular Color Data Values are accessed for displaying the foreground and background portions of the displayed object.

Claim 1 of the '759 patent calls out a digital image display system with a Color Memory that holds Color Data Values with three modes of access to the Color Data Values in the Color Memory. The first mode of access requires that the foreground color be directly specified as a Color Data Value. The specification makes clear that the specific color identified by the Color Data Value or the closest color to it found in the Color Memory should be used for all display commands involving objects with foreground characteristics. ('759 patent, col. 1:55-65, 7:32-34). For example, if the Color Data Value teal is directly specified as the foreground color but teal does not exist in the Color Memory, then the closest color that is found in the Color Memory, for example, cyan, should be used as the foreground color for all subsequent display commands.

Exhibit 125
Page 002391

When operating in the second mode, the foreground color is specified by a particular entry or index in the Color Memory. Therefore, in such a system, when operating in the second mode, if the system specifies the Color Data Value at index 3, for example, in the Color Memory as the foreground color, all subsequent draw commands which require a foreground color will use whatever color is specified at index 3 in the Color Memory. When operating in the third mode, both the foreground and background colors are specified by indices into the Color Memory. These foreground and background colors would then be used by subsequent display commands until changed.

Claim 2 calls for a Color Memory for storing Color Data Values and selection of a mode of access to the Color Memory. Furthermore, claim 2 calls for setting a Color Data Value in the Color Memory. Claim 3 is dependent on claim 2 and adds the limitation of a command for setting multiple Color Data Values in the Color Memory. Claim 4 is a method claim for displaying a color image in a terminal independent manner through the use of a Color Memory and three commands. The first command selects a mode of access to the Color Memory. The second command sets Color Data values in the Color Memory and the third command reads the Color Data Values from the Color Memory to produce a display.

## III.    PRIOR AND CONCURRENT PROCEEDINGS

The '759 patent issued from U.S. Patent application Serial Number 06/265,195 ("the '195 application"), filed May 19, 1981 and assigned to Bell Telephone Laboratories, Inc.

U.S. Patent 4,439,759 issued on March 27, 1984, with claims 1-10. The '759 patent expired on May 19, 2001, twenty years from the date of filing of the '195 application.

The '759 patent is currently the subject of litigation before the United States District Court for the Southern District of California, where Lucent has accused Requestor of patent infringement, in a proceeding styled *Lucent Technologies, Inc. v. Gateway, Inc. et al.*, Case No. 02-CV-2060 B (WMc) consolidated with Case Nos. 03-CV-699 B (WMc) and 03-CV-1108 B (WMc). Accordingly, even though more than six years has passed since the May 19, 2001

- 3 -

Exhibit 125
Page 002392

expiration date of the '759 patent, the timing of this request is still appropriate. *See* MPEP §
2211 ("if litigation is instituted within the period of the statute of limitations, requests for
reexamination may be filed after the statute of limitations has expired, as long as the patent is
still enforceable against someone").

## IV.    BASIS FOR REEXAMINATION

Reexamination of claims 1–4 is requested based on the prior art publications set forth in
this request, or any other basis that the Commissioner may deem appropriate.

It is important to note that while the procedural rules in reexamination proceedings before
the USPTO involving claims of an expired patent require that the examiner give the words of the
claims "their ordinary and customary meaning" any statements to that effect by Requester in this
request are only made as a recognition that such a procedural tool is required in reexamination
proceedings. Accordingly, any statements by Requester as to the "ordinary and customary
meaning" of claim terms are not and should not be considered as any admission or estoppel that
Requester agrees that such a claim construction is mandated for use before a Court of the United
States. Requester has sought and obtained claim construction of the '759 patent claims 1–4 in a
*Markman* hearing before the Federal District Court where Lucent has accused Requester of
patent infringement. A copy of the Order of November 15, 2005 Construing Claims for United
States Patent Number 4,439,759 ("the *Markman* Order") is attached hereto as Exhibit 2, and is
incorporated in the claim charts below.

The pertinency and manner of applying the cited prior art to each of the above claims for
which reexamination is requested under 35 U.S.C. § 302 *et seq* and 37 C.F.R. § 1.510 is set forth
below.

### A.    Statement Pointing Out Substantial New Question Of Patentability

35 U.S.C. § 303(a) states, in part: "Within three months following the filing of a request
for reexamination under the provisions of section 302 of this title, the Commissioner will
determine whether a substantial new question of patentability affecting any claim of the patent

- 4 -

Exhibit 125
Page 002393

concerned is raised by the request . . . ." 35 U.S.C. § 304 states as follows: "If, in a determination made under the provisions of subsection 303(a) of this title, the Commissioner finds that a substantial new question of patentability affecting any claim of a patent is raised, the determination will include an order for reexamination of the patent for resolution of the questions."

A substantial question of patentability is established by the following test:

> A prior art patent or printed publication raises a substantial question of patentability where there is a substantial likelihood that a reasonable examiner would consider the prior art patent or printed publication important in deciding whether or not the claim is patentable.

MPEP § 2242. Certainly, if an Examiner would have rejected a claim based on the reference identified in this request, "there is a substantial likelihood that a reasonable Examiner would consider the prior art patent or printed publication important in deciding whether or not the claim is patentable." *Id.* However, as stated in MPEP § 2242, it is not necessary that a "*prima facie*" case of unpatentability exist as to the claim in order for "a substantial new question of patentability" to be present as to the claim. Thus, "a substantial new question of patentability" as to a patent claim could be present even if the examiner would not necessarily reject the claim as either fully anticipated by, or obvious in view of, the prior patents or printed publications. As to the importance of the difference between "a substantial new question of patentability" and a "*prima facie*" case of unpatentability, *see generally In re Etter,* 756 F.2d 852, 857, n. 5, 225 USPQ 1,4 n.5 (Fed. Cir. 1985).

### 1.    Request For Reexamination

This reexamination request relies on prior art not previously considered by the USPTO. Accordingly, Requester urges that a substantial new question of patentability is raised by this reexamination request.

Exhibit 125
Page 002394

2.   **Identification Of Claims For Which Reexamination Is Requested And Explanation Of The Pertinency And Manner Of Applying The Cited Prior Art**

Claims 1–4 are anticipated by Foley, GSPC, and AED512 as detailed in their respective claim charts below. In addition, claims 2–4 are anticipated by ADI and Ramtek, and claims 2–3 are anticipated by Mueller and Kanade. Furthermore, claims 1–4 are obvious over Foley, GSPC, Mueller, AED512, Ramtek, ADI, Kanade and Sloan, either alone, or in combination with other prior art of record and/or the knowledge of one of ordinary skill in the art, as detailed in the claim charts below.

a.   **During Reexamination Involving an Expired Patent, Claims Are To Be Given Their Ordinary and Customary Meaning in Determining Whether a Substantial New Question of Patentability is Present**

The statutory presumption of validity, 35 U.S.C. § 282, has no application in reexamination. *See* MPEP § 2258(I)(G), *citing In re Etter*, 756 F.2d 852, 225 USPQ 1 (Fed. Cir. 1985). According to MPEP § 2258(I)(G), "[i]n a reexamination proceeding involving claims of an expired patent, claim construction pursuant to the principle set forth by the court in *Phillips v. AWH Corp.*, 415 F.3d 1303, 1316, 75 USPQ2d 1321, 1329 (Fed. Cir. 2005) (words of a claim "are generally given their ordinary and customary meaning" as understood by a person of ordinary skill in the art in question at the time of the invention) should be applied since the expired claims are not subject to amendment."

b.   **Ordinary and Customary Meanings of Claim Terms**

In construing a claim term, the ordinary and customary meaning(s) as set forth in a dictionary or encyclopedia is the starting point. It may be necessary to refer to the special evidence of standard dictionaries, both to fully understand the meaning of the patent claim terms and to interpret the asserted prior art consistent with the knowledge of one of ordinary skill in the art. *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (en banc) *affirming Markman v.*

- 6 -

Exhibit 125
Page 002395

*Westview Instruments, Inc.*, 52 F.3d 967, 979-981 (Fed. Cir. 1995) (en banc), affirmed 517 U.S. 370 (1996).

In a lawsuit, the judge can enter a ruling as to the interpretation of various limitations of the claims of the patent-in-suit.  However, as per MPEP § 2286, non-final decisions are not binding on the Patent Office with regard to a reexamination.  As such, Requestor believes that the Patent Office is required to interpret the claims of the '759 patent per MPEP § 2258(I)(G), *i.e.* giving the words of the claims their ordinary and customary meaning.

## V.    THE APPLICABLE LEGAL STANDARDS

### A.    The Law of Anticipation

Under 35 U.S.C. § 102, an invention must be "novel," *i.e.*, it must be new at the time the invention is made.  A patent claim is anticipated under 35 U.S.C. § 102, and therefore invalid, if each element of the claim in issue can be found, either expressly described or under principles of inherency, in a single prior art reference.  *Kalman v. Kimberly-Clark Corp.*, 713 F.2d 760 (Fed. Cir. 1983).  A "prior art reference" for purposes of the statute is subject matter that has been patented or described in a printed publication prior to the date of invention by the patentee or more than one year prior to the application filing date, or in public use or on sale in the United States more than one year prior to the patent application filing date.  Regarding the '759 patent, the critical date for determining whether a reference is prior art is May 19, 1980, since this date is one year prior to the filing date of the application that led to the '759 patent.

Pertinent language of § 102 is quoted as follows:

A person shall be entitled to a patent unless--

*****

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for patent in the United States, or

*****

- 7 -

Exhibit 125
Page 002396

Novelty of claimed subject matter is judged by a comparison of the properly construed claim with a single piece of prior art. *Lindemann Mashinenfabrik v. American Hoist & Derrick*, 730 F.2d 1452, 1458 (Fed. Cir. 1984). A reference anticipates a claimed invention if it discloses the claimed invention "such that a skilled artisan could take its teachings in combination with his own knowledge of the particular art and be in possession of the invention." *In re Graves*, 69 F.3d 1147 (Fed. Cir. 1995) (*citing In re LeGrice*, 301 F.2d 929, 936 (CCPA 1962)); *In re Donohue,* 766 F.2d 531, 533 (Fed. Cir. 1985). Further, "recourse to extrinsic evidence is proper to determine whether a feature, while not explicitly discussed, is necessarily present in a reference." *Telemac Cellular Corp. v. Topp Telecom, Inc.*, 247 F.3d 1316, 1328 (Fed. Cir. 2001).

### B.     The Law of Obviousness

Even if a single prior art reference does not disclose each and every limitation of the claimed invention, the claim may still be invalid as obvious under 35 U.S.C. § 103 if "the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art." *SIBIA Neurosciences, Inc. v. Cadus Pharmaceutical Corp.*, 225 F.3d 1349, 1355 (Fed. Cir. 2000) (affirming jury verdict that patent was obvious in light of art that was before the examiner), *quoting* 35 U.S.C. § 103(a) (1994). A determination of obviousness requires an "expansive and flexible approach." *KSR Int'l Co. v. Teleflex Inc.*, 127 S. Ct. 1727, 1739 (2007). "[T]he combination of familiar elements according to known methods is likely to be obvious when it does no more than yield predictable results." *Id.* Thus, the question is "whether the improvement is more than the predictable use of prior art elements according to their established functions." *Id.* at 1740. Obviousness is based on underlying factual inquiries regarding "the scope and content of the prior art, the level of ordinary skill in the field of the invention, the differences between the claimed invention and the prior art, and any objective

- 8 -

Exhibit 125
Page 002397

evidence of non-obviousness such as long-felt need, and commercial success." *Id.* (referring to the "*Graham* factors" as recited in *Graham v. John Deere*, 383 U.S. 1, 17 (1966)).

In *KSR,* the Supreme Court determined that the rigid application of the teaching-suggestion-motivation to combine test commonly applied by the Federal Circuit was inconsistent with the flexible approach to obviousness outlined in earlier Supreme Court cases such as *Graham v. John Deere. See KSR,* 1727 S. Ct. at 1739. Where the possible combinations and permutations are limited, obviousness may be established by "showing that the combination of elements was 'obvious to try.'" *Id.* at 1742. "When a patent 'simply arranges old elements with each performing the same function it had been known to perform' and yields no more than one would expect from such an arrangement, the combination is obvious." *Id.* at 1740 (*citing Sakraida v. AG Pro, Inc.*, 425 U.S. 273, 282 (1976)). "Granting patent protection to advances that would occur in the ordinary course without real innovation retards progress and may, in the case of patents combining previously known elements, deprive prior inventions of their value or utility." *KSR*, 1727 S. Ct. at 1741. The Court further stated that "[r]igid preventative rules that deny factfinders recourse to common sense…are neither necessary under our case law nor consistent with it." *Id.* at 1742-43.

Moreover, the presumption of patent validity is diminished, and Defendants' burden of proof more easily carried, when the invalidating prior art was not before the examiner. *American Hoist & Derrick Co. v. Sowa & Sons, Inc.*, 725 F.2d 1350, 1359-60 (Fed. Cir. 1984).

C.    **Means Plus Function**

Paragraph 6 of Section 112 of the patent code permits an element in a claim to be expressed as a means or step for performing a specified function. The statute provides that: "An element in a claim for a combination may be expressed as a means or step for performing a specified function without recital of structure, material or acts in support therefore, and such claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof." 35 U.S.C. § 112, ¶ 6.

- 9 -

Exhibit 125
Page 002398

### D.    Admissions of Patent Owner

Consideration of a request for reexamination under 35 U.S.C. §303 is limited to prior art patents and printed publications; thus, an admission may not be the basis for establishing a substantial new question of patentability. However, an admission by the patent owner in the file or in a court record may be utilized in combination with a patent or printed publication. MPEP § 2258(F)(1).

## VI.    LUCENT'S ADMISSIONS REGARDING THE '759 PATENT CLAIMS

The prior art discussed below raises a new question of patentability, especially when considering Lucent's admissions relating to claims 1–4 of the '759 patent. For example, claim 1 requires, among other things, processing means responsive to a predetermined command and data sequence, with the predetermined command and data sequence selecting one of a plurality of modes of access to color data values. The '759 patent teaches that the "predetermined command and data sequence" is an opcode possibly followed by one or more operands. The '759 patent specification explains that the "color mode is determined by the number of operands following the opcode for selecting the mode of access." ('759 patent, col. 6:37-40). The '759 patent describes that a data processor 1 first attempts to locate an opcode (see Fig. 3, box 301), and determines if the opcode entered is one for selecting a mode of color memory access. ('759 patent, col. 5:3-10; Fig. 3, box 302). If so, the algorithm shown in Fig. 4 for selecting a mode from a plurality of modes of color memory access is employed. In accordance with Fig. 4, the data processor 1 essentially counts the number of operands that follow the opcode. When no operands are found, the color mode is set to 0; if one operand is found, the color mode is set to 1; and if two operands are found, the color mode is set to 2. ('759 patent, col. 33-43).

In asserting that Requestor infringes claim 1 of the '759 patent, Lucent maintains that the phrase "predetermined command and data sequence selecting one of a plurality of modes of access to color data values" reads on opcodes having a fixed number of parameters to perform a desired operation, where the value of the operands that follow the opcode cause the operation. More specifically, Lucent asserts that this phrase is satisfied by the Windows GDI (graphics

- 10 -

Exhibit 125
Page 002399

device interface) commands "SetTextColor," "SetDCBrushColor," "SetDCPenColor", "SetBkMode," and "SetBkColor". *See* Exhibit 7, Table of Lucent's admissions during litigation regarding claim scope of the '759 patent, at 3 ("The algorithm run the by Microsoft GDI to decode the SetBkMode, SetTextColor, and SetBkColor commands, on the other hand, uses a qualitative algorithm, where mode selection is based on the value of the operands that follow the commands."). Each of these commands takes exactly two parameters—a display context and a color.[1]

Claim 1 of the '759 patent further requires three modes of access to specify an in-use foreground color either directly as a color data value or as an index into the color memory. During litigation, Lucent has taken the position that the "first mode of access wherein an in-use foreground color is directly specified as a color data value" is not limited to the use of a color data value stored in the claimed color memory.

> If you look at the very first mode of access, it says a first mode of access wherein an in use foreground color is directly specified as a color data value. It doesn't say go retrieve it from a memory. It says we're going to tell you the RGB values. So the very first mode is directly specified.

*See* Exhibit 7 at 1. Thus, under Lucent's view of the claim, the first mode need not retrieve the color data value from a memory, but instead only requires direct specification of the color, such as by an RGB value.

Claim 2 requires, among other things, processing means responsive to predetermined command and data sequences, with the predetermined command and data sequences selecting a mode of access to color memory, and setting a color data value in the color memory. As with

---

[1] In litigation Lucent has taken the position that computers running GDI instructions are "responsive to a predetermined command and data sequence" as required by the claims of the '759 patent because those GDI instructions must be entered in a certain format or "fail." *See* Exhibit 7 at 2 ("For example, if the precise command and data pattern of "SetTextColor" followed by an "hdc" value and a "crColor" value is not followed, then the command will fail. If, on the other hand, the command and data pattern is followed, then the command will succeed. Thus, the computer processor, which interprets the commands and data, is necessarily responsive to the command and data pattern."). Thus, under Lucent's view of the claims, any computer that accepts commands and data and does not "fail" would be responsive to the "sequence" of those commands and data as required by the claims of the '759 patent.

Exhibit 125
Page 002400

claim 1, Lucent maintains that the phrase "predetermined command and data sequence" reads on the Windows GDI commands discussed above. *See* Exhibit 7 at 3. With respect to the phrase "setting a color data value in the color memory, the '759 patent teaches that the data processor determines whether an entered opcode is for setting a color data value. ('759 patent, col. 6:13-15; Fig. 3, box 305). If so, an algorithm for a color setting process is employed in accordance with Fig. 5. ('759 patent, col. 6:15-17). As shown in Fig. 5, the algorithm counts the number of operands that follow the opcode to affect how many elements should be loaded into the color memory. The first step is to set the index to the current foreground color index. (See Fig. 5, box 501). Then, a possible operand is fetched (box 504), and if found, the operand is loaded into the color memory at the location identified by the current index value (Box 508). The index is then incremented to point to the next color memory location. (Box 510). The sequence of boxes 504, 506, 508, and 510 is repeated as long as operands are available. ('759 patent, col. 7:64-65). The algorithm of Fig. 5 counts the number of operands to affect how many elements should be loaded into the color memory. Lucent maintains that the phrase "setting a color data value in the color memory" reads on opcodes with a fixed number of operands.

## VII.    DISCUSSION OF THE PRIOR ART

### A.    The Foley Paper

This reference is a technical paper titled "Raster Graphics Extensions to the Graphics Compatibility System (GCS)" by D. Foley, James Templeman, and Dara Dastyar ("Foley") (Exhibit 3). This paper, dated March 1979, was written for the Chief of Engineers of the US Army, and approved for public release with an unlimited distribution. The May 19, 1981 priority date of the '759 patent is more than a year later.

Foley discloses a digital image display system that is able to process lines, text, points and areas specified in 2D. (Foley, p. 20-22, Figure 1). Foley also discloses a memory for storing Color Data Values. This memory is a Color Memory that contains Color Data Values used to

- 12 -

Exhibit 125
Page 002401

provide color information for the display screen.  (Foley, p. 10, 22, "An optional look-up table in this system can dynamically assign intensities or colors to pixel values.", also p. 39).

Foley also discloses a processing means responsive to predetermined commands and data comprising at least one command, the processing means decoding the predetermined commands and data, the predetermined commands and data selecting one of a plurality of modes of access to Color Data Values.  In the CORE System as disclosed by Foley, an image creation system is able to process lines, text, points, and areas specified in 2D using commands and data.  (Foley, p. 20-22, Figure 1, p. 10, 39-40, 64, 68, 72).  An image creation system is a processing means responsive to commands and data.

Foley also discloses the use of different modes for controlling access to the Color Memory.  (Foley, p. 10, 14, 39-40, 68-72).  Foley discloses that a user may select a display mode to implement various hidden surface algorithms.  (Foley, p. 14).  Foley also describes the SELECT_VIEW_SURFACE(SURFACE_NAME, COLOR) command which determines if a color or gray-scale display is to be produced by setting the COLOR parameter.  (Foley, p. 64).  Furthermore, Foley discloses commands and data for setting the display mode using the "SET_DISPLAY_MODE(MODE)" command and the SET_VIEW_SURFACE_OVERLAY_MODE(MODE) COMMAND.  (Foley, p. 68, 72).  Furthermore, Foley discloses commands and data for selecting modes of access to the Color Memory associated with the foreground and background color selections.  (Foley, p. 10).

### B.    The GSPC Articles

The first of these references is a technical journal article titled "Some Raster Graphics Extensions to the CORE System" by D. Foley, James Templeman, and Dara Dastyar.  This article appeared in the August, 1979 issue of Computer Graphics, A Quarterly Report of SIGGRAPH-ACM, Volume 13, Number 2 ("GSPC-1") (Exhibit 4).  This issue of the Computer Graphics Journal contained the proceedings of the Sixth International Conference on Computer Graphics. Published at the same time was a companion report in a separate issue of the same

- 13 -

Exhibit 125
Page 002402

journal titled "Status Report of the Graphic Standards Planning Committee." This report, published as a separate issue in three parts, also appeared in the August, 1979 issue of Computer Graphics, A Quarterly Report of SIGGRAPH-ACM, Volume 13, Number 3 ("GSPC-2") (Exhibit 5). These two issues were published together and GSPC-1 specifically references GSPC-2 while GSPC-2 cites GSPC-1 in its list of references. (GSPC-1, p. i, "The Status Report of the Graphics Standards Planning Committee of ACM/SIGGRAPH was also presented at SIGGRAPH '79, and it is published in Computer Graphics, Volume 13, Number 3."). (GSPC-2, p. III-39, "[Foley79a]"). Because both of these references were published together and each references the other, they are considered to be one reference which will be referred to as "GSPC". However, even if these references were considered two separate references, their joint publication and their mutual references to each other provides a motivation to combine these references.[2] Both of these articles were published in August 1979, predating the May 19, 1981 priority date of the '759 patent by more than a year.

GSPC-1 is a paper presented at the Sixth Annual Conference on Computer Graphics by Foley, James Templeman, and Dara Dastyar. This paper provides an overview of the raster graphics extensions to the CORE standard. GSPC-2 is a status report of the Graphics Standard Planning Committee and it includes a report of the Raster and Color Group of the CORE Extensions subcommittee based on the work of James D. Foley, James Templeman, and Dara Dastyar. (GSPC-2, p. III-1). GSPC-2 is broken into three sections. The first part is a review of the state of the art in graphics software packages. The second part is the CORE Software graphics system first developed in 1977. The CORE system was designed primarily for graphics

---

[2] Furthermore, it is believed that GSPC-1, GSPC-2, and Foley should constitute one anticipatory piece of prior art, since each of the references are written in reference to the CORE system. At a minimum, however, the references render claims 1–4 of the '759 patent obvious in combination with one another as they refer to and cross reference each other in various manners and clearly suggest combination with one another. (Foley, p. 4). Further, the references are instructive in defining what one of ordinary skill in the art would understand the other references to disclose.

- 14 -

Exhibit 125
Page 002403

systems which utilize vector graphics. The third part of the special issue is the raster extensions to the CORE system.

GSPC is designed to operate on the same type of digital image display system as is discussed in the '759 patent. GSPC is specified to be used on a variety of graphic display systems. However, one particular system called out is a raster display system which communicates with the host computer over a low-speed link such as a phone line. (GSPC-2, p. III-3). This is the same type of system disclosed in the '759 patent for which the patent is intended to be used. ('759 patent, col. 1:39-46). GSPC discloses a memory for storing Color Data Values. This memory is a Color memory or Look-up Table and it contains Color Data Values used to provide color information for the display screen. (GSPC, p. III-3, "The display may include one or more look-up tables, used to generate color and/or gray-scale images.", also p. III-8).

GSPC also discloses a processing means responsive to predetermined commands and data comprising at least one command, the processing means decoding the predetermined commands and data, the predetermined commands and data selecting one of a plurality of modes of access to Color Data Values. GSPC discloses the use of minicomputers and microprocessors to control the image display system. (GSPC-2, p. III-36). Minicomputers and microprocessors are responsive to commands and data. Furthermore, GSPC discloses the use of a host computer that generates commands and data to be received and processed by the display system. (GSPC-2, III-3).

GSPC also discloses the use of different modes of access to the Color Memory. (GSPC-2, p. III-6, III-18, "7.2.6.1 SET_COLOR_MODEL."). GSPC commands and data can determine if a color or gray-scale display is to be produced by setting the TYPE parameter of the "INITIALIZE_VIEW_SURFACE" command. (GSPC-2, p. III-17). Furthermore, GSPC can set the display mode using "SET_DISPLAY_MODE(MODE)". (GSPC-2, p. III-19). Furthermore, GSPC discloses selecting modes of access to the Color Memory associated with the foreground and background color selection as discussed below.

- 15 -

Exhibit 125
Page 002404

## C.    The Mueller Patent

This reference is U.S. Pat. No. 4,213,189 ("'189 patent") titled "Reactive Computer System Adaptive to a Plurality of Program Inputs." David J. Mueller, Daniel G. Prysby, John V. Moravec and George A. Watson are listed as inventors. ("Mueller") (Exhibit 6). The '189 patent was filed on June 13, 1977 and was issued as a United States Patent on July 15, 1980. This issue date predates the priority date of the '759 patent of May 19, 1981. Mueller discloses the same type of display system as is discussed in the '759 patent and discloses a computer system with a random access memory which holds an image of a graphic display which the computer can change to alter the displayed image. (Mueller, abstract, col. 4:1-28, 7:28-36). An image can be formed by a textual display in one mode and a graphic or "paint" mode of display in another mode. (Mueller, col. 4:29-60). Mueller also discloses a Color Memory for storing Color Data Values. (Mueller, col. 7:49-52, 17:14-23). The Color Memory described in Mueller has the capacity to store eight Color Data Values and each Color Data value has the ability to display any of 64 different colors. (Mueller, col. 7:49-59).

## D.    The AED512

This reference is a manual titled "AED512 Color Graphics Terminal – Terminal Command Protocol" ("AED512-1") (Exhibit 8). Every page of AED512-1 has a date "3/81" provided at the bottom of each page which Requester understands to be March, 1981 predating the priority date of the '759 patent of May 19, 1981. Requester also submits as Exhibit 9 the technical brochure titled "AED512 Color Graphics & Imaging Terminal" ("AED512-2") which is undated. Requester notes that the "AED512 Color Graphics & Imaging Terminal" technical brochure specifically lists the table of contents of a User's Manual which contains the "AED512 Color Graphics Terminal – Terminal Command Protocol" as Appendix 1 and Appendix 2. Therefore, Requester understands that AED512-2 was published on or before March 1981, the

- 16 -

Exhibit 125
Page 002405

date of AED512-1. Accordingly, Requester submits that AED512-1 and AED512-2 constitute one reference referred to as "AED512", which anticipates claims 1-4 of the '759 patent, as detailed in the claim charts below. However, even if these references were considered two references, AED512-2's listing of a table of contents that includes the AED512-1 reference provides a reason to combine AED512-1 and AED512-2, thereby rendering obvious claims 1-4. In any event, as detailed in the claim charts below, Requester believes that AED512-1 by itself anticipates claims 1-4 of the '759 patent.

AED512 discloses the same type of system as is discussed in the '759 patent in that the AED512 can be used as a graphics telecommunications terminal. (AED512-1, TCP-1, "Terminal Control States...Upon receipt of the ESC code (27), the terminal enters graphic Interpreter Mode. Rather than being displayed, the next character received is interpreted as a 'function code'."). Furthermore, the AED512-2 brochure confirms that the AED512 display system is meant to be used as a graphics telecommunications terminal. (AED512-2, Applications and Features, "Another large class of applications uses the AED512 as a telecommunications terminal through an RS232-C interface.").

AED512 discloses a Color Memory for storing Color Data Values. (AED512-1, TCP-2, "Color Lookup Table, Initially the color lookup table is set up for three primary colors (red-green-blue), three secondary colors (yellow-cyan-magenta), black and white as follows (definitions in hex):"). Furthermore, the AED512-2 brochure supports this understanding that the AED512 has a Color Memory. (AED512-2, System Architecture – Video Storage, "The video screen is refreshed through the contents of the video memory planes through the read masks and the color lookup table (red, green, and blue maps)."). The Color Memory of the

Exhibit 125
Page 002406

AED512 contains 256 Color Data Values with each Color Data Value made up of 8 bits of Red, 8 bits of Green and 8 bits of Blue color description. (AED512-1, TCP-2, "Color Lookup Table").

AED512 further discloses a set of commands and data that are interpreted by the processing means to produce a graphics display. (AED512-1, TCP-1, "Upon receipt of the ESC code (27), the terminal enters graphic Interpreter Mode."). Furthermore, the AED512-2 brochure discloses that the display system is controlled by a 6502A microprocessor. (AED512-2, Systems Architecture – Communications, "All data transfers and functions of the AED512 are controlled by a 6502A microprocessor with the associated microcode memory (RAM and ROM)."). A 6502A is a microprocessor which acts as a processing means responsive to commands and data.

E.     **Ramtek: "9000 Series Graphic Display System Programming Manual"**

This reference is a manual titled "Ramtek Programming Manual 9000 Series (RM 9100, 9200, 9300) Graphic Display System" ("Ramtek Manual") (Exhibit 10). This manual has a date on the inside cover of March, 1977 predating the priority date of the '759 patent of May 19, 1981 by more than a year. (GW-LT 264951). The Ramtek Manual describes the instruction programming of a digital image display system developed by Ramtek in 1977. The Ramtek Manual anticipates claims 2-4 of the '759 patent, as detailed in the claim charts below.

The Ramtek system is a display system which can interpret data and compose an image in refresh memory. (Ramtek Manual, p. 1-1). The Ramtek system discloses that the RM-V2 video generator has a 1024 x 12 bit Color Look-up Table or Color Memory which contains Color Data Values. (Ramtek Manual, p. 2-11). The Color Memory is accessed by the Video Memory to provide Color Data Values to the graphics display. (Ramtek Manual, p. 1-1, p. A-1). The Ramtek Manual also discloses an Intel 8080 microprocessor which is responsible to control the generation of display data to the refresh memory. (Ramtek Manual, p. 2-10). Furthermore, the

- 18 -

Exhibit 125
Page 002407

Ramtek Manual discloses the use of different modes of operation. (Ramtek Manual, p. 3-17 to 3-19, Table 3-1 and 3-2 at p. 3-18 to 3-19).

      **F.**     **ADI: "LIGHT 50 User's Manual"**

      This reference is a manual titled "ADI User's Guide – LIGHT 50" ("ADI") (Exhibit 11). This manual has a copyright date on the inside cover of 1980 predating the priority date of the '759 patent of May 19, 1981. ADI is the user's programming manual of the LIGHT 50 digital image display system developed by Applied Dynamics International in 1980. ADI anticipates claims 2-4 of the '759 patent, as detailed in the claim charts below.

      ADI discloses a digital image display system as is discussed in the '759 patent. In particular, this reference discloses a display system which can attach directly to a minicomputer via a parallel interface serving a frame buffer, graphics processor, and/or image processor. (ADI, p. 1). ADI also discloses a memory for storing Color Data Values, and a video look-up table loaded under control of the LIGHT firmware is used to map or encode data values [Pixel Values] into colors [Color Data Values]. (ADI, p. 7). The Color Memory is accessed by the Video Memory to provide Color Data Values to the graphics display. (ADI, p. 7). ADI discloses that commands are followed by a string of operands. (ADI, p.2). Further, ADI discloses a TMS9900 microprocessor which is responsive to commands and data. (ADI, p. 2). ADI also discloses different modes of operation. Specifically, ADI discloses the "$F" command which sets various modes such as trace mode, display enable, clipping or various overlay modes. (ADI, p. 22). Also, the XY command selects a particular Color Memory which selects a display mode using a selected Color Memory. (ADI, p. 36-37).

- 19 -

Exhibit 125
Page 002408

G.    **Kanade: "Image I/O Device for Image Processing: Color TV Display and TV Camera Input"**

This reference is a technical paper titled "Image I/O Device for Image Processing: Color TV Display and TV Camera Input" ("Kanade") (Exhibit 12). This paper was published in Interface on August 1, 1976 which predates the priority date of the '759 patent of May 19, 1981 by more than a year. Kanade anticipates claims 2-3 of the '759 patent, as detailed in the claim charts below.

Kanade discloses a digital image display system as is discussed in the '759 patent made up of a Color TV Display Unit, 3 display modes, a Color specification joystick and a Cursor Control joystick. (Kanade, Figures 1, 2). Kanade also discloses a memory for storing Color Data Values. Kanade discloses a Video Memory which uses a 32 bits x 8K word MOS/RAM Toko TM350 memory system and a Color Memory made up of 15 bits x 256 small capacity Schottky bipolar RAM (defind by Kanade as the "submemory"). The Color Memory is accessed by the Video Memory to provide Color Data Values to the graphics display. (Kanade, Figure 4).

H.    **Sloan: "Color Map Techniques"**

This reference is a technical journal article titled "Color Map Techniques" by Kenneth R. Sloan, Jr. and Christopher M. Brown. ("Sloan"). This article appeared in the October, 1979 issue of Computer Graphics and Image Processing predating the priority date of the '759 patent of May 19, 1981. The Sloan article makes obvious claims 2-3 of the '759 patent, as detailed in the claim charts below.

## VIII.    APPLICATION OF THE PRIOR ART TO THE CLAIMS

It is believed that claims 1–4 are anticipated by Foley, GSPC, and AED512; claims 2–4 are anticipated by ADI and Ramtek; and claims 2–3 are anticipated by Mueller and Kanade. Furthermore, claims 1–4 are obvious over Foley, GSPC, Mueller, AED512, Ramtek, ADI,

Exhibit 125
Page 002409

Kanade and Sloan, each either alone, or in combination with other prior art of record and/or the knowledge of one of ordinary skill in the art, as detailed in the claim charts below. The middle column of the charts includes the substance of the Court's Order Construing Claims for U.S. Patent No. 4,439,759, filed November 15, 2005, for the Examiner's convenience. Further, terms in this column that are underlined and in bold are claim terms that have been construed in the November 15, 2005 Order—with the Court's construction of these terms appearing in brackets and in bold.

### U.S. Patent 4,439,759 Claim Charts[3]

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| **Claim 1** | | |
| In a digital image display system: | In a digital image **display system** [hardware and software, needed to achieve a visible representation of information in a data-processing system]: | Foley discloses a digital image display system. *See, e.g.*, Foley at p. 20, "The image creation system is often able to process lines, text, points, and areas specified in 2D. Its output is placed in the refresh buffer as the pixel values needed to cause the appropriate entities to be displayed." <br><br> "The prototypical Raster Graphics system for which the extensions are designed is shown in Figure 1." Foley, p. 20. Figure 1, "Prototype Raster Graphics Display System." Foley, p. 21. |
| a memory for | a **memory** [a color map | Foley discloses a memory for storing color data values |

---

[3] These claim charts should be read in conjunction with section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims. Additionally, Requester's invalidity contentions should not be construed as an admission by Requestor of the proper interpretation or application of these claims to a product for infringement purposes.

To the extent that any of the prior art references disclosed by Requestor do not anticipate the asserted claims, it would have been obvious to combine these references since they all relate to graphics display systems and provide for various modes of accessing color data values in a color memory. One of ordinary skill in the art would have been motivated to combine these references to allow for greater product flexibility and platform independence.

[4] James D. Foley, et al., *Raster Graphics Extensions to the Graphics Compatibility System (GCS)*, Misc. Paper 0-79-3, Final Report, (1979), Prepared for: Office, Chief Engineers, U.S. Army, Washington, D.C. 20314 ("Foley"). In addition to this reference, there are two related references, James D. Foley, et al., *Some Raster Graphics Extensions to the Core System*, Computer Graphics, Vol. 13, No. 2, p. 15, (1979) and *Status Report of the Graphics Standards Planning Committee*, Computer Graphics, Vol. 13, No. 3, (1979) ("GSPC Report"). These references separately anticipate each of the recited claims. In addition, each of the references are written in reference to the core system and thus all together constitute one anticipatory piece of prior art. Further, the references render the claims obvious in combination with one another as they refer to and cross reference each other in various manners and clearly suggest combination with one another. Finally, the references are instructive in defining what one of skill in the art would understand the other references to disclose.

Exhibit 125
Page 002410

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| storing color data values; | that stores a table of color data values indexed by numbers] for storing <u>color data values</u> [color components of a particular color (such as red, green and blue (RGB) color components);] | (the color lookup table). The color data values stored in the color memory are indexed by numbers. The color data values are color components of particular colors such as red, green, and blue.<br><br>*See, e.g.,* Foley at p. 10, "In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by <u>R</u>ed, <u>G</u>reen, and <u>B</u>lue primaries, if the exact (R,G,B) triplet specified is not in the active color set (the set of colors the device is capable of displaying simultaneously) values are rounded to the nearest color displayable on the view surface. In the second way (by index), we can specify that the I[th] color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute.<br><br>The concept can be extended to a color lookup table. A lookup table is the set of colors that the display surface is capable of displaying simultaneously, and is a subset of the global color set."<br><br>"An optional look-up table in this system can dynamically assign intensities or colors to pixel values." Foley, p. 22.<br><br>"With a look-up table, the previously-described active color set is a subset of the <u>global</u> <u>color</u> <u>set</u>. The size of the active color set is just the size of the universe of colors which can be placed in the look-up table, and is usually two raised per entry in the table." Foley, p. 39. |
| processing means responsive to a predetermined command and data sequence comprising at least one command, the processing means decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access | processing means responsive to a <u>predetermined</u> <u>command and data</u> <u>sequence [a command</u> <u>and data pattern having</u> <u>a known encoded</u> <u>meaning] comprising</u> [including, but not limited to] at least one command, the processing means <u>decoding</u> [interpreting] the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of <u>modes of</u> | Foley discloses a processing means responsive to a command and data sequence comprising at least one command, the processing means decoding the command and data sequence, the command and data sequence selecting one of a plurality of modes of access to color data values. If this claim limitation is applied in the manner described in section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims – then the structure of the processing means disclosed in Foley is the same or equivalent to the structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access to color data values including display modes of access and view surface modes of access as well as various direct and indirect modes of access to the color look-up table.<br><br>*See e.g.,* Foley at p. 14, "In order to avoid this expense when doing real time work, there should be an |

- 22 -

Exhibit 125<br>Page 002411

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| to color data values, the modes comprising | access to [manners of retrieving] color data values, the modes comprising<br><br>"Processing Means"<br><br>Function:<br><br>The function of this element is decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of boxes 301, 302, and 303 of Figure 3 and boxes 401, 402, 403, 404, 405, 407, 408, and 411 of Figure 4 (See, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), lines 33-43). | alternative display method, and the user should be able to choose which display mode is appropriate."<br><br>"In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by Red, Green, and Blue primaries, ...(R,G,B).... In the second way (by index), we can specify that the Ith color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute. Foley, p. 10.<br><br>"The color attribute for output primitives is specified in one of two ways: by value, and by index. The function SET_CURRENT_COLOR (R,G,B) specifies the current value of the color attribute.... Alternatively, the function SET_CURRENT_COLOR_INDEX (I) specifies that the I[th] triple from the ordered set is to be used as the color attribute." Foley, p. 39.<br><br>"This conceptual model for working with the color attribute is usable with a wide range of systems, from the inexpensive two to eight color systems (one to three bits per pixel) without lookup table, through the typical eight bit per pixel system with a 256 entry look-up table of twelve bits per pixel, up to the 24 to 36 bit per pixel systems." Foley, p. 40.<br><br>"SELECT_VIEW_SURFACE (SURFACE_NAME, COLOR).<br><br>This function selects the logical view surface SURFACE_NAME for all subsequent graphic output.... The COLOR parameter specifies whether the view surface is used to display intensities (Black and White), or color (Red, Green, Blue)." Foley, p. 64.<br><br>"SET_DISPLAY_MODE (MODE)." Foley, p. 68.<br><br>"SET_VIEW_SURFACE_OVERLAY_MODE (MODE)." Foley, p. 72. |
| a first mode of access wherein an in-use foreground color is directly specified as a color data value; | a first mode of access [manner of retrieving] wherein an in-use foreground color [a color that will be used as a foreground color for subsequently received text and graphics drawing commands until changed] is directly | Foley discloses a first mode of access in which the in-use foreground color is directly specified as a color data value. The color is directly called for by a color data value. The color data values are color components of particular colors such as red, green, and blue.<br><br>See e.g., Foley at p. 39, "The color attribute for output primitives is specified in one of two ways: by value, and by index. The function SET_CURRENT_COLOR (R,G,B) specifies the current value of the color attribute." |

Exhibit 125
Page 002412

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| | specified as [called for by] a color data value [color component of a particular color (such as the red, green and blue (RGB) color components]; | "SET_CURRENT_COLOR (R,G,B). This is the currently defined procedure for setting the color attribute." Foley, p. 53. "SET_CURRENT_INTENSITY (INTENSITY)." Foley, p. 54. "REDEFINE_COLOR (R,G,B , R',G',B'). All the output primitives displayed on the selected view surface with color of R,G,B will be changed to have the color of R'G'B'." Foley, p. 62. |
| a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and | a second mode of access [manner of retrieving] wherein the in-use foreground color [a color that will be used as the foreground color for subsequently received text and graphics drawing commands until changed] is specified as [called for by] an index into the color memory [a color map that stores a table of color data values indexed by numbers]; and | Foley discloses a second mode of access in which the in-use foreground color is specified as an index into the color memory. *See, e.g.*, Foley at p. 39, "Alternatively, the function SET_CURRENT_COLOR_INDEX (I) specifies that the Iᵗʰ triple from the ordered set is to be used as the color attribute. This concept can be extended, as an option, for use with color look-up tables." "An active color (an entry in the look-up table) can be changed in two ways: by value and by index, similarly to setting the value of the color attribute. REDEFINE_COLOR_INDEX (J,R,G,B) changes the Jth active color to (R,G,B). If (R,G,B) is not in the set of global colors, a best fit is performed." Foley, p. 40. "SET_CURRENTINTENSITY_INDEX (I)." Foley, p. 54. "SELECT_VIEW_SURFACE (SURFACE_NAME, COLOR). This function selects the logical view surface SURFACE_NAME for all subsequent graphic output.... The COLOR parameter specifies whether the view surface is used to display intensities (Black and White), or color (Red, Green, Blue)." Foley, p. 64. |
| a third mode of access wherein the in-use foreground color and an in-use background color are specified as indexes into the color memory; | a third mode of access wherein the in-use foreground color and in an in-use background color [a color that will be used as the background color for subsequently received text and graphics | Foley discloses a third mode of access in which the in-use foreground color and the in-use background color are specified as indexes into the color memory. See, e.g., Foley at p. 65, "SET_BACKGROUND_COLOR_INDEX (INDEX)." SET_BACKGROUND_INTENSITY_INDEX (INDEX)." Foley, p. 65. "[T]he function SET_CURRENT_COLOR_INDEX (I) |

- 24 -

Exhibit 125
Page 002413

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| and | **drawing commands until changed] are specified as indexes into the color memory; and** | specifies that the I[th] triple from the ordered set is to be used as the color attribute." Foley, p. 39.<br><br>"SELECT_VIEW_SURFACE (SURFACE_NAME, COLOR).<br><br>This function selects the logical view surface SURFACE_NAME for all subsequent graphic output.... The COLOR parameter specifies whether the view surface is used to display intensities (Black and White), or color (Red, Green, Blue)." Foley, p. 64.<br><br>"Indicating the portion of the pixel array to be ignored can be done in several ways. A special pixel value meaning "ignore me" might be used, or as is done in the extensions, a polygon can be used to circumscribe that part of the pixel array to be displayed." Foley, p. 42. |
| display means responsive to the processing means, the display means displaying the colors associated with the color data values accessed by the selected mode. | display means responsive to the process means, the display means displaying the colors associated with the **color data values** accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system;<br>(4) a liquid crystal display; or<br>(5) an LED display (*See e.g.*, Col. 4, lines 50-55). | Foley discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color values accessed by the selected mode are displayed on a computer monitor raster display.<br><br>*See, e.g.*, Foley at p. 10, "In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by Red, Green, and Blue primaries, if the exact (R,G,B) triplet specified is not in the active color set (set of colors the device is capable of displaying simultaneously) values are rounded to the nearest color displayable on the view surface. In the second way (by index), we can specify that the I[th] color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute."<br><br>"In all cases, the basic intent is to deal with computer synthesized images, taking advantage of the raster display's ability to draw (possibly colored) solid areas." Foley, p. 18.<br><br>Figure 1, Foley, p. 21. |
| **Claim 2** | | |
| A digital image display system comprising: | A digital image **display system [hardware and software needed to achieve a visible representation of** | Foley discloses a digital image display system.<br><br>*See, e.g.*, Foley at p. 20, "The image creation system is often able to process lines, text, points, and areas specified in 2D. Its output is placed in the refresh buffer as the pixel values needed to cause the appropriate |

- 25 -

Exhibit 125<br>Page 002414

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| | **information in a data-processing system]** comprising; | entities to be displayed." |
| | | "The prototypical Raster Graphics system for which the extensions are designed is shown in Figure 1." Foley, p. 20. |
| | | Figure 1, "Prototype Raster Graphics Display System." Foley, p. 21. |
| a color memory for storing color data values; | a **color memory** for storing **color data values**; | Foley discloses a color memory for storing color data values. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue. |
| | | *See, e.g.*, Foley at p. 10, "In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by Red, Green, and Blue primaries, if the exact (R,G,B) triplet specified is not in the active color set (the set of colors the device is capable of displaying simultaneously) values are rounded to the nearest color displayable on the view surface. In the second way (by index), we can specify that the I$^{th}$ color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute. |
| | | The concept can be extended to a color lookup table. A lookup table is the set of colors that the display surface is capable of displaying simultaneously, and is a subset of the global color set." |
| | | "An optional look-up table in this system can dynamically assign intensities or colors to pixel values." Foley, p. 22. |
| | | "With a look-up table, the previously-described active color set is a subset of the global color set. The size of the active color set is just the size of the universe of colors which can be placed in the look-up table, and is usually two raised per entry in the table." Foley, p. 39. |
| processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode | processing means responsive to **predetermined command and data sequences**, the processing means, responsive to a first command, selecting a **mode of access** to the **color memory**; and responsive to a second | Foley discloses a processing means responsive to command and data sequences, the processing means, responsive to a first command selecting a mode of access to the color memory; and responsive to a second command setting a color data value in the color memory. If this claim limitation is applied in the manner described in section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims – then the structure of the processing means disclosed in Foley is the same or equivalent to the structure |

- 26 -

Exhibit 125
Page 002415

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | command, **setting [storing]** a **color data value** in the **color memory**; and

"Processing means"

Function:

The function of this element is:

(a) selecting a mode of access to the color memory; and

(b) setting a color data value.

Structure:

(a) structure for selecting a mode of access to color memory is:

Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (*See*, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), and lines 33-43));

(b) structure for setting a color data value is: Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 304 and 305; and Fig. 5: boxes 501, 504, 506, 508 and 510 (See, Col. 5, lines 60-64; Col. 6, lines 12-17; Col. 7, lines 14-17 (except for "or (2) in | identified in the Court's claim construction order. The processing means selects from a plurality of modes of access to color data values including display modes of access and view surface modes of access as well as various direct and indirect modes of access to the color look-up table. The processing means is responsive to first command to select one such mode of access.

*See e.g.*, Foley at p. 14, "In order to avoid this expense when doing real time work, there should be an alternative display method, and the user should be able to choose which display mode is appropriate.

"In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by <u>R</u>ed, <u>G</u>reen, and <u>B</u>lue primaries, ...(R,G,B).... In the second way (by index), we can specify that the I[th] color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute." Foley, p. 10.

"The color attribute for output primitives is specified in one of two ways: by value, and by index. The function SET_CURRENT_COLOR (R,G,B) specifies the current value of the color attribute.... Alternatively, the function SET_CURRENT_COLOR_INDEX (I) specifies that the I[th] triple from the ordered set is to be used as the color attribute." Foley, p. 39. "This conceptual model for working with the color attribute is usable with a wide range of systems, from the inexpensive two to eight color systems (one to three bits per pixel) without lookup table, through the typical eight bit per pixel system with a 256 entry look-up table of twelve bits per pixel, up to the 24 to 36 bit per pixel systems." Foley, p. 40.

"SELECT_VIEW_SURFACE (SURFACE_NAME, COLOR).

This function selects the logical view surface SURFACE_NAME for all subsequent graphic output.... The COLOR parameter specifies whether the view surface is used to display intensities (Black and White), or color (Red, Green, Blue)." Foley, p. 64.

"SET_DISPLAY_MODE (MODE)." Foley, p. 68.

"SET_VIEW_SURFACE_OVERLAY_MODE (MODE)." Foley, p. 72.

The processing means is also responsive to a second command including the various REDEFINE and SET |

- 27 -

Exhibit 125
Page 002416

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| | color mode 0, for setting"), Col. 7, lines 53-64 (except for "The sequence of boxes 504, 506, 508, and 510 is")). | commands to set a color data value in the color memory. Just as set out in the specification, the second command loads the RGB operand into the color map entry Index.<br><br>*See e.g.*, Foley at p. 62, "REDEFINE_COLOR _INDEX (I,R,G,B)...<br><br>This function changes the color value whose index is Ito R,G,B."<br><br>"SET_VERTEX_COLORS_BY_INDEX (INDEX_ARRAY, N)...<br><br>This function sets the array containing the indices of colors (intensities) of different vertices of a shaded polygon." Foley, p. 55. |
| display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode. | display means responsive to the processing means, the display means displaying a color associated with the **color data value** accessed by the selected mode.<br><br>Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode.<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system<br>(4) a liquid crystal display; or<br>(5) an LED display (See e.g., Col. 4, lines 50-55). | Foley discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue.<br><br>*See, e.g.*, Foley at p. 10. "In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by Red, Green, and Blue primaries, if the exact (R,G,B) triplet specified is not in the active color set (set of colors the device is capable of displaying simultaneously) values are rounded to the nearest color displayable on the view surface. In the second way (by index), we can specify that the I[th] color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute."<br><br>"In all cases, the basic intent is to deal with computer synthesized images, taking advantage of the raster display's ability to draw (possibly colored) solid areas." Foley, p. 18.<br><br>Figure 1, Foley, p. 21. |
| **Claim 3** | | |
| A display system as recited in claim 2, wherein the processing means responsive to a second command sets | A **display system** as recited in claim 2, wherein the processing means responsive to a second command **sets** plural **color data values** | Foley discloses a processing means responsive to a second command; the processing means responsive to a second command sets plural color data values in color memory by setting a color data value for each index value that is passed to it.<br><br>*See, e.g.*, Foley at p. 62, "REDEFINE_COLOR_INDEX |

Exhibit 125
Page 002417

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| plural color data values in color memory. | in **color memory**.<br><br>"Processing means":<br><br>Function:<br><br>The function of this element is sets plural color data values in color memory.<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (See Col. 7 ln. 14-17 [except for "or (2) in color mode 0, for setting"], Col. 7, lns. 53 65). | (I,R,G,B)...<br><br>This function changes the color value whose index is I to R,G,B.... If the value of the current color attribute has the index of I, then the current color attribute is also changed."<br><br>"SET_VERTEX_COLORS_BY_INDEX (INDEX_ARRAY, N)...<br><br>This function sets the array containing the indices of colors (intensities) of different vertices of a shaded polygon." Foley, p. 55.<br><br>*See also* GSPC Report[5], e.g., "DEFINE_COLOR_INDICES (SURFACE_NAME, I1, I2, C1_ARRAY, C2_ARRAY, C3_ARRAY)<br><br>This function defines all of the indices in the color index table between I1 and I2 (inclusive) using the first (I2-I1+1) of each of the three arrays. The three arrays provide the values of. the color parameters." GSPC, p.1 1-21. |
| **Claim 4** | | |
| In a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source, the method comprising the steps of: | In a video image **display system** having a **color memory**, a method for displaying a color image in a **terminal independent manner** [meaning that terminals having varying color capabilities are able to receive common input information and each terminal provides a color display that within its capabilities most closely matches that input information] responsive to commands and data received from a command and data source, the method comprising the steps of: | Foley discloses a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source.<br><br>*Video image display system*<br><br>*See, e.g.*, Foley at p. 20, "The image creation system is often able to process lines, text, points, and areas specified in 2D. Its output is placed in the refresh buffer as the pixel values needed to cause the appropriate entities to be displayed."<br><br>"The prototypical Raster Graphics system for which the extensions are designed is shown in Figure 1." Foley, p. 20.<br><br>Figure 1, "Prototype Raster Graphics Display System." Foley, p. 21.<br><br>*The video image display system of Foley has a color memory*<br><br>*See, e.g.*, Foley at p. 10, "In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by |

[5] *Status Report of the Graphic Standards Planning Committee ("GSPC"), Vol. 13, No. 3, August 1979.*

Exhibit 125
Page 002418

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| | | Red, Green, and Blue primaries, if the exact (R,G,B) triplet specified is not in the active color set (the set of colors the device is capable of displaying simultaneously) values are rounded to the nearest color displayable on the view surface. In the second way (by index), we can specify that the I[th] color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute.<br><br>The concept can be extended to a color lookup table. A lookup table is the set of colors that the display surface is capable of displaying simultaneously, and is a subset of the global color set."<br><br>"An optional look-up table in this system can dynamically assign intensities or colors to pixel values." Foley, p. 22.<br><br>"With a look-up table, the previously-described active color set is a subset of the global color set. The size of the active color set is just the size of the universe of colors which can be placed in the look-up table, and is usually two raised per entry in the table." Foley, p. 39.<br><br>*Method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source*<br><br>*See e.g.*, Foley at p. 16, "Two trends in computer graphics have motivated the work reported here. The first trend is the development of portable, device independent graphics subroutine packages for use with various line drawing graphics devices, both passive and interactive."<br><br>"Because the specific ranges of colors and intensities can vary greatly from one raster display to another and are so important to many applications, only one view surface may be selected at a time." Foley, p. 38. |
| receiving commands and data from the command and data source; | receiving commands and data from the command and data source; | Foley discloses receiving commands and data from a command and data source. Each of the many commands and all of the data described in the reference is received from the command and data source.<br><br>*See e.g.*, Foley at pp. 3, 50-72. |
| reading a first command for selecting a mode of access to the color memory, and responsive to | reading first command for selecting a **mode of access** to the **color memory**, and **responsive to data following the first command [taking** | Foley discloses reading a first command for selecting a mode of access to the color memory, and responsive to data following the first command, taking the action of selecting the mode of access to the color memory based on that data. |

Exhibit 125
Page 002419

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| data following the first command, selecting the mode of access to the color memory; | some action based on the data following the first command], selecting the **mode of access** to the **color memory**; | *See e.g.*, Foley at p. 14, "In order to avoid this expense when doing real time work, there should be an alternative display method, and the user should be able to choose which display mode is appropriate."<br><br>"In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by R̲ed, G̲reen, and B̲lue primaries, ...(R,G,B).... In the second way (by index), we can specify that the I[th] color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute." Foley, p. 10.<br><br>"The color attribute for output primitives is specified in one of two ways: by value, and by index. The function SET_CURRENT_COLOR (R,G,B) specifies the current value of the color attribute.... Alternatively, the function SET_CURRENT_COLOR_INDEX (I) specifies that the I[th] triple from the ordered set is to be used as the color attribute." Foley, p. 39.<br><br>"This conceptual model for working with the color attribute is usable with a wide range of systems, from the inexpensive two to eight color systems (one to three bits per pixel) without lookup table, through the typical eight bit per pixel system with a 256 entry look-up table of twelve bits per pixel, up to the 24 to 36 bit per pixel systems." Foley, p. 40.<br><br>"SELECT_VIEW_SURFACE (SURFACE_NAME, COLOR).<br><br>This function selects the logical view surface SURFACE_NAME for all subsequent graphic output.... The COLOR parameter specifies whether the view surface is used to display intensities (Black and White), or color (Red, Green, Blue)." Foley, p. 64.<br><br>"SET_DISPLAY_MODE (MODE)." Foley, p. 68.<br><br>"SET_VIEW_SURFACE_OVERLAY_MODE (MODE)." Foley, p. 72. |
| reading a second command for setting color data values in the color memory and, responsive to data following the second command, setting | reading a second command for setting **color data values** in the **color memory** and, **responsive to data following the second command** [taking some action based in the data following the second | Foley discloses reading a second command for setting color data values in the color memory and, responsive to data following the second command, taking the action of setting the color data values in the color memory based on that data.<br><br>*See e.g.*, Foley at p. 13, "The user should also be able to change the active color table (both by value, and by index). This could be done by REDEFINE function |

- 31 -

Exhibit 125
Page 002420

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| the color data values in the color memory, | command], setting the color data values in the color memory, | calls."<br><br>"An active color (an entry in the look-up table) can be changed in two ways: by value and by index, similarly to setting the value of the color attribute. REDEFINE_COLOR_INDEX(J,R,G,B) changes the J[th] active color to (R,G,B)." Foley, p. 40.<br><br>"REDEFINE_COLOR_INDEX (I,R,G,B)...<br><br>This function changes the color value whose index is I to R,G,B.... If the value of the current color attribute has the index of I, then the current color attribute is also changed." Foley, p. 62.<br><br>*See also,* GSPC Report:<br><br>*For example,* GSPC at p. III-21, "DEFINE_COLOR_INDICES (SURFACE_NAME, I1, I2, Cl_ARRAY, C2_ARRAY, C3_ARRAY)<br><br>This function defines all of the indices in the color index table between I1 and I2 (inclusive) using the first (I2-I1+1) of each of the three arrays. The three arrays provide the values of the color parameters."<br><br>*and,*<br><br>"DEFINE_STANDARD_COLOR_INDICES (SURFACE_NAME, L1, L2, L3, LOW1, LOW2, LOW3, HIGH1, HIGH2, HIGHS)<br><br>This function provides a standard assignment of the indices between 0 and L1 *L2*L3-1 (i.e., loads the index table)." GSPC, p. III-22. |
| reading a third command for accessing color data values in the color memory, and | reading a third command for **accessing** [retrieving] color data values in the color memory, and | Foley discloses reading a third command for accessing (retrieving) color data values in the color memory in accordance with Claim 4.<br><br>*See, e.g.,* Foley at p. 54, "SET_VERTEX_COLORS (R_ARRAY, G_ARRAY, B_ARRAY, N)...<br><br>This function sets the arrays containing colors (intensities) of different vertices of a shaded polygon.... These R,G,B's (intensities) are rounded by the core system to the nearest color (intensity) displayable on the selected view surface."<br><br>"SET_VERTEX_COLORS_BY_INDEX (INDEX_ARRAY, N)...<br><br>This function sets the array containing the indices of colors (intensities) of different vertices of a shaded polygon." Foley, p. 55. |

- 32 -

Exhibit 125
Page 002421

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| | | "INQUIRE_VERTEX_COLORS (R_ARRAY, G_ARRAY, B_ARRAY, N)...

This function returns the colors (intensities) of the vertices of the current shaded polygon set by the SET_VERTEX command. R,G,B's (intensities) are in the range of 0,1." Foley, p. 60.

"INQUIRE_VERTEX_COLORS_BY_INDEX (INDEX_ARRAY, N)...

This function returns the indices of the colors (intensities) of the vertices of the current shaded polygon set by the SET_VERTEX command." Foley, p. 60.

"Alternatively, the function SET_CURRENT_COLOR_INDEX (I) specifies that the I[th] triple from the ordered set is to be used as the color attribute.

This concept can be extended, as an option, for use with color look-up tables." Foley, p. 39.

"An active color (an entry in the look-up table) can be changed in two ways: by value and by index, similarly to setting the value of the color attribute. REDEFINE_COLOR_INDEX (J,R,G,B) changes the Jth active color to (R,G,B). If (R,G,B) is not in the set of global colors, a best fit is performed." Foley, p. 40.

"SET_CURRENT_INTENSITY_INDEX (I)." Foley, p. 54.

"The color attribute for output primitives is specified in one of two ways: by value, and by index. The function SET_CURRENT_COLOR (R,G,B) specifies the current value of the color attribute." Foley, p. 39.

"SET_CURRENT_COLOR (R,G,B)

This is the currently defined procedure for setting the color attribute." Foley, p. 53.

"SET_BACKGROUND_COLOR_INDEX (INDEX)." Foley, p. 65.

"SET_BACKGROUND_INTENSITY (INTENSITY)." Foley, p. 65. |
| displaying a color image associated with the color data values accessed by the | displaying a color image associated with the **color data values accessed [retrieved]** by the third command on a video | Foley discloses displaying a color image associated with the color data values accessed by the third command on a video display terminal. See descriptions of the various third commands listed above, for example, |

- 33 -

Exhibit 125
Page 002422

| Claim | Court's Claim Construction | Foley[4] |
|---|---|---|
| third command on a video display terminal. | display terminal. | *See, e.g.,* Foley at p. 39, "the function SET_CURRENT_COLOR_INDEX (I) specifies that the I[th] triple from the ordered set is to be used as the color attribute.<br><br>This concept can be extended, as an option, for use with color look-up tables."<br><br>*See also, e.g.,* "SET BACKGROUND_COLOR_INDEX (INDEX) Foley, p. 65<br><br>SET_BACKGROUND_INTENSITY_INDEX (INDEX)"<br><br>The global background color (intensity) is set to the color (intensity) with the index of INDEX. This action does not take effect until a new frame occurs."<br><br>*The set colors are displayed on a video display terminal*<br><br>*See e.g.,* Foley at p. 10, "In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by Red, Green, and Blue primaries, if the exact (R,G,B) triplet specified is not in the active color set (set of colors the device is capable of displaying simultaneously) values are rounded to the nearest color displayable on the view surface. In the second way (by index), we can specify that the I[th] color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute."<br><br>"In all cases, the basic intent is to deal with computer synthesized images, taking advantage of the raster display's ability to draw (possibly colored) solid areas." Foley, p. 18.<br><br>Figure 1, Foley, p. 21. |

| Claim | Court's Claim Construction | Foley in view of Mueller[6] |
|---|---|---|
| **Claim 1** | | |
| In a digital image display system: | In a digital image **display system [hardware and software, needed to** | Foley discloses a digital image display system.<br><br>*See, e.g.,* Foley at p. 20, "The image creation system is often able to process lines, text, points, and areas |

---

[6] As shown in the previous claim chart, Requester believes that Foley anticipates claim 1 of the '759 patent. To whatever extent, however, it is believed that Foley does not include an in-use foreground color, this claim chart demonstrates that this feature would have been obvious over Foley in view of Mueller.

Exhibit 125
Page 002423

| Claim | Court's Claim Construction | Foley in view of Mueller[6] |
|---|---|---|
| | achieve a visible representation of information in a data-processing system]: | specified in 2D. Its output is placed in the refresh buffer as the pixel values needed to cause the appropriate entities to be displayed." |
| | | "The prototypical Raster Graphics system for which the extensions are designed is shown in Figure 1." Foley, p. 20. Figure 1, "Prototype Raster Graphics Display System." Foley, p. 21. |
| a memory for storing color data values; | a **memory [a color map that stores a table of color data values indexed by numbers]** for storing **color data values** [color components of a particular color (such as red, green and blue (RGB) color components);] | Foley discloses a memory for storing color data values (the color lookup table). The color data values stored in the color memory are indexed by numbers. The color data values are color components of particular colors such as red, green, and blue. |
| | | *See, e.g.,* Foley at p. 10, "In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by Red, Green, and Blue primaries, if the exact (R,G,B) triplet specified is not in the active color set (the set of colors the device is capable of displaying simultaneously) values are rounded to the nearest color displayable on the view surface. In the second way (by index), we can specify that the I[th] color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute. |
| | | The concept can be extended to a color lookup table. A lookup table is the set of colors that the display surface is capable of displaying simultaneously, and is a subset of the global color set." |
| | | "An optional look-up table in this system can dynamically assign intensities or colors to pixel values." Foley, p. 22. |
| | | "With a look-up table, the previously-described active color set is a subset of the global color set. The size of the active color set is just the size of the universe of colors which can be placed in the look-up table, and is usually two raised per entry in the table." Foley, p. 39. |
| processing means responsive to a predetermined command and data sequence comprising at least one command, the processing means decoding the | processing means responsive to a **predetermined command and data sequence** [a command and data pattern having a known encoded meaning] **comprising** [including, but not limited to] at least one | Foley discloses a processing means responsive to a command and data sequence comprising at least one command, the processing means decoding the command and data sequence, the command and data sequence selecting one of a plurality of modes of access to color data values. If this claim limitation is applied in the manner described in section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims – then the structure of the processing means disclosed in Foley is the same or equivalent to the |

- 35 -

Exhibit 125
Page 002424

| Claim | Court's Claim Construction | Foley in view of Mueller[6] |
|---|---|---|
| predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values, the modes comprising | command, the processing means **decoding** **[interpreting]** the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of **modes of access to [manners of retrieving]** color data values, the modes comprising<br><br>"Processing Means"<br><br>Function:<br><br>The function of this element is decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of boxes 301, 302, and 303 of Figure 3 and boxes 401, 402, 403, 404, 405, 407, 408, and 411 of Figure 4 (See, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), lines 33-43). | structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access to color data values including display modes of access and view surface modes of access as well as various direct and indirect modes of access to the color look-up table.<br><br>*See e.g.*, Foley at p. 14, "In order to avoid this expense when doing real time work, there should be an alternative display method, and the user should be able to choose which display mode is appropriate."<br><br>"In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by <u>R</u>ed, <u>G</u>reen, and <u>B</u>lue primaries, ...(R,G,B).... In the second way (by index), we can specify that the Ith color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute. Foley, p. 10.<br><br>"The color attribute for output primitives is specified in one of two ways: by value, and by index. The function SET_CURRENT_COLOR (R,G,B) specifies the current value of the color attribute.... Alternatively, the function SET_CURRENT_COLOR_INDEX (I) specifies that the I[th] triple from the ordered set is to be used as the color attribute." Foley, p. 39.<br><br>"This conceptual model for working with the color attribute is usable with a wide range of systems, from the inexpensive two to eight color systems (one to three bits per pixel) without lookup table, through the typical eight bit per pixel system with a 256 entry look-up table of twelve bits per pixel, up to the 24 to 36 bit per pixel systems." Foley, p. 40.<br><br>"SELECT_VIEW_SURFACE (SURFACE_NAME, COLOR).<br><br>This function selects the logical view surface SURFACE_NAME for all subsequent graphic output.... The COLOR parameter specifies whether the view surface is used to display intensities (Black and White), or color (Red, Green, Blue)." Foley, p. 64.<br><br>"SET_DISPLAY_MODE (MODE)." Foley, p. 68.<br><br>"SET_VIEW_SURFACE_OVERLAY_MODE (MODE)." Foley, p. 72. |
| a first mode of access wherein an | a first **mode of access** **[manner of retrieving]** | Foley discloses a first mode of access in which the in-use foreground color is directly specified as a color data |

- 36 -

Exhibit 125
Page 002425

| Claim | Court's Claim Construction | Foley in view of Mueller[6] |
|---|---|---|
| in-use foreground color is directly specified as a color data value; | wherein an <u>in-use foreground color</u> [a color that will be used as a foreground color for subsequently received text and graphics drawing commands until changed] is directly <u>specified as</u> [called for by] <u>a color data value</u> [color component of a particular color (such as the red, green and blue (RGB) color components]; | value. The color is directly called for by a color value. The color data values are color components of particular colors such as red, green, and blue.<br><br>*See e.g.*, Foley at p. 39, "The color attribute for output primitives is specified in one of two ways: by value, and by index. The function SET_CURRENT_COLOR (R,G,B) specifies the current value of the color attribute."<br><br>"SET_CURRENT_COLOR (R,G,B).<br><br>This is the currently defined procedure for setting the color attribute." Foley, p. 53.<br><br>"SET_CURRENT_INTENSITY (INTENSITY)." Foley, p. 54.<br><br>"REDEFINE_COLOR (R,G,B , R',G',B').<br><br>All the output primitives displayed on the selected view surface with color of R,G,B will be changed to have the color of R'G'B'." Foley, p. 62.<br><br>To whatever extent it is believed that Foley does not disclose an in-use foreground color, this feature would have been obvious over Foley in view of Mueller. More specifically, Mueller discloses using a previously loaded foreground register to determine a particular color pointer, (Color Memory index), to select for display on the screen. (*see* 20:34-54). Furthermore, Mueller discloses loading the foreground color register using the "LOAD NEW COLOR POINTERS" command. (*see* 21:38 – 22:31)<br><br>In addition, *see, e.g.*, Mueller at 20:16-24, "The controller 81 further includes a latch and parallel to serial convertor 88 that acts as a foreground/background decoder whereby the color pointers of these portions of the displayed image, as shown generally in 5C, may be identified. In FIG. 5C, there is shown a character "A" which is colored with a foreground color against a particular background color surrounded by an edge of a still different color."<br><br>Mueller at 20:34-54, "The latch controller 90 receives the data of the second look-up derived from the latch 88 and acts as a decoder for energizing selectively one of the foreground or background drivers 84, thereby to apply the corresponding color pointers that have been stored previously into the latch color pointer 82, via color pointer bus 78 and the select address circuit 65 to address and to read out from the addressed location of |

- 37 -

Exhibit 125
Page 002426

| Claim | Court's Claim Construction | Foley in view of Mueller[6] |
|---|---|---|
| | | the text memory 62b, the selected color signals.... In this manner, the previously-stored color pointers of the foreground and background are read out through selectively actuated drivers and applied to the color pointer bus 78." |
| | | Mueller at 22:21-31: "In a still further operation, if the latch control bits R1, R2 and R3 are respectively "1", "1" and "1", the controller 90, after loading the new bits, then is enabled to modify the existing set of color pointers, the controller 90 acts to toggle the least significant bit of the foreground and background pointers within the register 82 and further applies the actual six bit code or dots, i.e. d6-d1, via the drivers 84, the bus 78 and the select address circuit 65 to the text memory 62B." |
| | | *See also, e.g.,* generally, columns 20-22 and Figure 5a, including color pointer latch 82, drivers 84, and conduits 95a and 95C. |
| | | It would have been obvious to combine Foley and Mueller because both references relate to digital image display systems. Moreover, it would have been obvious to implement a terminal independent system such as the CORE standard as disclosed in Foley on the display system disclosed by Mueller because one of ordinary skill in the art would have known that a graphics standard such as CORE could be implemented on graphics systems. |
| a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and | a second **mode of access** [manner of retrieving] wherein the **in-use foreground color** [a color that will be used as the foreground color for subsequently received text and graphics drawing commands until changed] is **specified as** [called for by] an index into the **color memory** [a color map that stores a table of color data values indexed by numbers]; and | Foley discloses a second mode of access in which the in-use foreground color is specified as an index into the color memory. *See, e.g.,* Foley at p. 39, "Alternatively, the function SET_CURRENT_COLOR_INDEX (I) specifies that the I[th] triple from the ordered set is to be used as the color attribute. This concept can be extended, as an option, for use with color look-up tables." "An active color (an entry in the look-up table) can be changed in two ways: by value and by index, similarly to setting the value of the color attribute. REDEFINE_COLOR_INDEX (J,R,G,B) changes the Jth active color to (R,G,B). If (R,G,B) is not in the set of global colors, a best fit is performed." Foley, p. 40. "SET_CURRENTINTENSITY_INDEX (I)." Foley, p. |

- 38 -

Exhibit 125
Page 002427

| Claim | Court's Claim Construction | Foley in view of Mueller[6] |
|---|---|---|
| | | 54.<br><br>"SELECT_VIEW_SURFACE (SURFACE_NAME, COLOR).<br><br>This function selects the logical view surface SURFACE_NAME for all subsequent graphic output.... The COLOR parameter specifies whether the view surface is used to display intensities (Black and White), or color (Red, Green, Blue)." Foley, p. 64. |
| a third mode of access wherein the in-use foreground color and an in-use background color are specified as indexes into the color memory; and | a third mode of access wherein the in-use foreground color and in an in-use background color [a color that will be used as the background color for subsequently received text and graphics drawing commands until changed] are specified as indexes into the color memory; and | Foley discloses a third mode of access in which the in-use foreground color and the in-use background color are specified as indexes into the color memory.<br><br>See, e.g., Foley at p. 65, "SET_BACKGROUND_COLOR_INDEX (INDEX)."<br><br>SET_BACKGROUND_INTENSITY_INDEX (INDEX)." Foley, p. 65.<br><br>"[T]he function SET_CURRENT_COLOR_INDEX (I) specifies that the I[th] triple from the ordered set is to be used as the color attribute." Foley, p. 39.<br><br>"SELECT_VIEW_SURFACE (SURFACE_NAME, COLOR).<br><br>This function selects the logical view surface SURFACE_NAME for all subsequent graphic output.... The COLOR parameter specifies whether the view surface is used to display intensities (Black and White), or color (Red, Green, Blue)." Foley, p. 64.<br><br>"Indicating the portion of the pixel array to be ignored can be done in several ways. A special pixel value meaning "ignore me" might be used, or as is done in the extensions, a polygon can be used to circumscribe that part of the pixel array to be displayed." Foley, p. 42.<br><br>To whatever extent it is believed that Foley does not disclose an in-use foreground color, this feature would have been obvious over Foley in view of Mueller. More specifically, Mueller discloses using a previously loaded foreground register to determine a particular color pointer, (Color Memory index), to select for display on the screen. (*see* 20:34-54). Furthermore, Mueller discloses loading the foreground color register using the "LOAD NEW COLOR POINTERS" command. (*see* 21:38 – 22:31)<br><br>In addition, *see, e.g.*, Mueller at 20:16-24, "The controller 81 further includes a latch and parallel to serial convertor 88 that acts as a foreground/background |

- 39 -

Exhibit 125<br>Page 002428

| Claim | Court's Claim Construction | Foley in view of Mueller[6] |
|---|---|---|
| | | decoder whereby the color pointers of these portions of the displayed image, as shown generally in 5C, may be identified. In FIG. 5C, there is shown a character "A" which is colored with a foreground color against a particular background color surrounded by an edge of a still different color."<br><br>Mueller at 20:34-54, "The latch controller 90 receives the data of the second look-up derived from the latch 88 and acts as a decoder for energizing selectively one of the foreground or background drivers 84, thereby to apply the corresponding color pointers that have been stored previously into the latch color pointer 82, via color pointer bus 78 and the select address circuit 65 to address and to read out from the addressed location of the text memory 62b, the selected color signals.... In this manner, the previously-stored color pointers of the foreground and background are read out through selectively actuated drivers and applied to the color pointer bus 78."<br><br>Mueller at 22:21-31: "In a still further operation, if the latch control bits R1, R2 and R3 are respectively "1", "1" and "1", the controller 90, after loading the new bits, then is enabled to modify the existing set of color pointers, the controller 90 acts to toggle the least significant bit of the foreground and background pointers within the register 82 and further applies the actual six bit code or dots, i.e. d6-d1, via the drivers 84, the bus 78 and the select address circuit 65 to the text memory 62B."<br><br>*See also, e.g.*, generally, columns 20-22 and Figure 5a, including color pointer latch 82, drivers 84, and conduits 95a and 95C.<br><br>It would have been obvious to combine Foley and Mueller because both references relate to digital image display systems.  Moreover, it would have been obvious to implement a terminal independent system such as the CORE standard as disclosed in Foley on the display system disclosed by Mueller because one of ordinary skill in the art would have known that a graphics standard such as CORE could be implemented on graphics systems. |
| display means responsive to the processing means, the | display means responsive to the process means, the display means displaying the colors associated with | Foley discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color values accessed by the selected mode are |

Exhibit 125
Page 002429

| Claim | Court's Claim Construction | Foley in view of Mueller[6] |
|---|---|---|
| display means displaying the colors associated with the color data values accessed by the selected mode. | the **color data values** accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system;<br>(4) a liquid crystal display; or<br>(5) an LED display (*See e.g.*, Col. 4, lines 50-55). | displayed on a computer monitor raster display.<br><br>*See, e.g.*, Foley at p. 10, "In the Core System the color attribute... is specified in two ways: by value and by index. In the first way, the color attribute is specified by Red, Green, and Blue primaries, if the exact (R,G,B) triplet specified is not in the active color set (set of colors the device is capable of displaying simultaneously) values are rounded to the nearest color displayable on the view surface. In the second way (by index), we can specify that the I[th] color/intensity from the ordered set of available colors/intensities, is to be used as the color/intensity attribute."<br><br>"In all cases, the basic intent is to deal with computer synthesized images, taking advantage of the raster display's ability to draw (possibly colored) solid areas." Foley, p. 18.<br><br>Figure 1, Foley, p. 21. |

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| **Claim 1** | | |
| In a digital image display system: | In a digital image **display system [hardware and software, needed to achieve a visible representation of information in a data-processing system]:** | GSPC discloses a digital image display system.<br><br>*See. e.g.*, GSPC at p. 111-4, "In the raster terminal model, as distinct from the raster display model, the device is normally remote from its host computer and is connected via a low bandwidth line."<br><br>"To allow the Core System to be used for raster |

---

[7]  *Status Report of the Graphics Standards Planning Committee*, Computer Graphics, Vol. 13, No. 3, (1979) ("GSPC")

In addition to this reference, there are two related references, James D. Foley, et al., *Some Raster Graphics Extensions to the Core System*, Computer Graphics, Vol. 13, No. 2, p. 15, (1979) and James D. Foley, et al., *Raster Graphics Extensions to the Graphics Compatibility System (GCS)*, Misc. Paper O-79-3, Final Report, (1979). These references separately anticipate each of the recited claims. In addition, each of the references are written in reference to the core system and thus all together constitute one anticipatory piece of prior art. Further, the references render the claims obvious in combination with one another as they refer to and cross reference each other in various manners and clearly suggest combination with one another. Finally, the references are instructive in defining what one of skill in the art would understand the other references to disclose.

Exhibit 125
Page 002430

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| | | graphics, the extensions provide functions for:<br><br>a) Filled-in polygonal areas<br><br>b) Extensive color and intensity specifications<br><br>c) Display of patterns (pixel arrays) which are computer-generated." GSPC, p. III-4. |
| a memory for storing color data values; | a **memory** [a color map that stores a table of color data values indexed by numbers] for storing **color data values** [color components of a particular color (such as red, green and blue (RGB) color components)]; | GSPC discloses a memory for storing color data values (the color look-up table). The color data values stored in the color memory are indexed by numbers. The color data values are color components of particular colors such as red, green, and blue.<br><br>*See, e.g.*, GSPC at p. 111-3, "The display may include one or more look-up tables, used to generate color and/or gray-scale images.<br><br>The raster display consists mostly of memory, both in its refresh buffers and its look-up tables."<br><br>"In both the raster display and the raster terminal, color and gray scale are achieved in one of two ways. If the device has a look-up table, the value of the pixel is used to address (index) the look-up table." GSPC, p. 111-3. |
| processing means responsive to a predetermined command and data sequence comprising at least one command, the processing means decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values, the modes comprising | processing means responsive to a **predetermined command and data sequence** [a command and data pattern having a known encoded meaning] **comprising** [including, but not limited to] at least one command, the processing means **decoding** [interpreting] the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of **modes of access to** [manners of retrieving] color data values, the modes comprising<br><br>"Processing Means"<br><br>Function: | GSPC discloses processing means responsive to a command and data sequence comprising at least one command, the processing means decoding the command and data sequence, the command and data sequence selecting one of a plurality of modes of access to color data values. If this claim limitation is applied in the manner described in section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims – then the structure of the processing means disclosed in GSPC is the same or equivalent to the structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access to color data values including color model modes of access, view surface and display modes of access as well as direct and indirect modes of access to the color look-up table.<br><br>*See, e.g.*, GSPC at p. 111-3, "Typically, each pixel value is individually computed by the host [computer] and transmitted to the display."<br><br>"SET_COLOR_MODEL (MODEL)<br><br>This function selects the color model. MODEL is a discrete, scalar parameter. At this time, two possible values are defined: 'RGB' and 'HLS'. The default |

- 42 -

Exhibit 125<br>Page 002431

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| | The function of this element is decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of boxes 301, 302, and 303 of Figure 3 and boxes 401, 402, 403, 404, 405, 407, 408, and 411 of Figure 4 (See, Col. 5, line 60 — Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), lines 33-43). | value is 'RGB'." GSPC, p. 111-18.<br><br>"INITIALIZE_VIEW_SURFACE (SURFACE_NAME, TYPE)...<br><br>The TYPE parameter may be either "color" or "intensity", denoting whether the view surface is to be used for color output or gray-scale output." GSPC, p. III-17.<br><br>INDEX_TABLES is an array of values which describes the structure and behavior of the look-up tables for color and intensity.... The color look-up table is described by two entries:<br><br>GLOBAL_COLORS count (the number of colors which the device can produce).<br><br>COLOR_TYPE which is set to 'sequential' or 'retroactive' to describe the effect of changing the contents of the look-up table." GSPC, p. III-17.<br><br>"SET_DISPLAY_MODE (MODE)." GSPC, p. 111-19.<br><br>"In both the raster display and the raster terminal, color and gray scale are achieved in one of two ways. If the device has a look-up table, the value of the pixel is used to address (index) the look-up table. The contents of the addressed location then drive the color or gray-scale generation system. If the device does not have a look-up table, the value of the pixel directly drives the generation system." GSPC, p. 111-3. |
| a first mode of access wherein an in-use foreground color is directly specified as a color data value; | a first **mode of access [manner of retrieving]** wherein an **in-use foreground color [a color that will be used as a foreground color for subsequently received text and graphics drawing commands until changed]** is directly **specified as [called for by] a color data value [color component of a particular color (such as the red, green and blue (RGB) color components];** | GSPC discloses a first mode of access in which the in-use foreground color is directly specified as a color data value. The in-use foreground color is used as foreground color for subsequently received text and graphics drawing commands until changed. The color is directly called for by a color data value. The color data values are color components of particular colors such as red, green, and blue.<br><br>See e.g., GSPC at p. III-3, "In both the raster display and the raster terminal, color and gray scale achieved in one of two ways. If the device has a look-up table, the value of the pixel is used to address (index) the look-up table. The contents of the addressed location then drive the color or gray-scale generation system. If the device does not have a look-up table, the value of the pixel directly drives the generation system." |

- 43 -

Exhibit 125<br>Page 002432

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and | a second **mode of access** [**manner of retrieving**] wherein the **in-use foreground color** [a color that will be used as the foreground color for subsequently received text and graphics drawing commands until changed] is **specified as** [called for by] an index into the **color memory** [a color map that stores a table of color data values indexed by numbers]; and | GSPC discloses a second mode of access in which the in-use foreground color is specified as an index into the color memory.<br><br>*See e.g.,* GSPC at p. 111-3, "In both the raster display and the raster terminal, color and gray scale achieved in one of two ways. If the device has a look-up table, the value of the pixel is used to address (index) the look-up table. The contents of the addressed location then drive the color or gray-scale generation system. If the device does not have a look-up table, the value of the pixel directly drives the generation system." |
| a third mode of access wherein the in-use foreground color and an in use background color are specified as indexes into the color memory; and | a third **mode of access** wherein the **in-use foreground color** and in an **in-use background color** [a color that will be used as the background color for subsequently received text and graphics drawing commands until changed] are **specified** as indexes into the **color memory**; and | GSPC discloses a third mode of access in which the in-use foreground color and the in-use background color are specified as indexes into the color memory.<br><br>*See e.g.,* GSPC at p. III-3, "In both the raster display and the raster terminal, color and gray scale achieved in one of two ways. If the device has a look-up table, the value of the pixel is used to address (index) the look-up table. The contents of the addressed location then drive the color or gray-scale generation system. If the device does not have a look-up table, the value of the pixel directly drives the generation system."<br><br>"Hardware generated characters are sometimes treated in a special way. For example:...<br><br>the entire rectangular area on which a character is defined (e.g., 5x7 raster units, 7x9 raster units) may have precedence over the graphicswith pixels which are not used to define the character taking on a "text background" color." GSPC, p. III-4.<br><br>"SET_BACKGROUND_INDEX (INDEX)." GSPC, p. III-18. |
| display means responsive to the processing means, the display means displaying the colors associated with the color data values accessed by the | display means responsive to the process means, the display means displaying the colors associated with the **color data values** accessed by the selected mode.<br><br>"Display means" | GSPC discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color values accessed by the selected mode are displayed on a computer monitor raster display.<br><br>*See, e.g.,* GSPC at p. 11I-3, The raster display consists of an image creation system, refresh memory, (the storage system), and, in many cases, look-up tables." |

- 44 -

Exhibit 125<br>Page 002433

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| selected mode. | Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system;<br>(4) a liquid crystal display; or<br>(5) an LED display (See e.g., Col. 4, lines 50-55). | "The display may include one or more look-up tables, used to generate color and/or gray-scale images." GSPC, p. III-3.<br><br>"For these various reasons, the Image Display System of many raster displays includes a so-called "video look-up table". A pixel's value is not routed directly to the display monitor, but is used instead as an index into the look-up table. The table's entry value is used to drive the display. For instance, with 8 bits per pixel, the table would have $2^8 = 256$ entries." GSPC, p. III-35. |
| **Claim 2** | | |
| A digital image display system comprising: | A digital image **display system [hardware and software needed to achieve a visible representation of information in a data-processing system]** comprising; | GSPC discloses a digital image display system.<br><br>*See. e.g.*, GSPC at p. III-4, "In the raster terminal model, as distinct from the raster display model, the device is normally remote from its host computer and is connected via a low bandwidth line."<br><br>"To allow the Core System to be used for raster graphics, the extensions provide functions for:<br><br>a) Filled-in polygonal areas<br><br>b) Extensive color and intensity specifications<br><br>c) Display of patterns (pixel arrays) which are computer-generated." GSPC, p. III-4. |
| a color memory for storing color data values; | a **color memory** for storing **color data values**; | GSPC discloses a color memory for storing color data values. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue.<br><br>*See, e.g.*, GSPC at p. III-3, "The display may include one or more look-up tables, used to generate color and/or gray-scale images.<br><br>The raster display consists mostly of memory, both in its refresh buffers and its look-up tables."<br><br>"In both the raster display and the raster terminal, color and gray scale are achieved in one of two ways. If the device has a look-up table, the value of the pixel is used to address (index) the look-up table." GSPC, p. III-3. |

- 45 -

Exhibit 125
Page 002434

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | processing means responsive to **predetermined command and data sequences**, the processing means, responsive to a first command, selecting a **mode of access** to the **color memory**; and responsive to a second command, **setting [storing] a color data value** in the **color memory**; and<br><br>Processing means"<br><br>Function:<br><br>The function of this element is:<br><br>(a) selecting a mode of access to the color memory; and<br><br>(b) setting a color data value.<br><br>Structure:<br><br>(a) structure for selecting a mode of access to color memory is:<br><br>Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (*See,* Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), and lines 33-43));<br><br>(b) structure for setting a | GSPC discloses a processing means responsive to command and data sequences, the processing means, responsive to a first command selecting a mode of access to the color memory; and responsive to a second command setting a color data value in the color memory. If this claim limitation is applied in the manner described in section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims – then the structure of the processing means disclosed in GSPC is the same or equivalent to the structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access to color data values including color model modes of access, view surface and display modes of access as well as direct and indirect modes of access to the color look-up table.<br><br>*processing means, responsive to a first command, selecting a mode of access to the color memory*<br><br>*See, e.g.*, GSPC at p. 111-3, "Typically, each pixel value is individually computed by the host [computer] and transmitted to the display."<br><br>"SET–COLOR_MODEL (MODEL)<br><br>This function selects the color model. MODEL is a discrete, scalar parameter. At this time, two possible values are defined: 'RGB' and 'HLS'. The default value is 'RGB'." GSPC, p. I11-18.<br><br>"INITIALIZE–VIEW–SURFACE (SURFACE_NAME, TYPE)...<br><br>The TYPE parameter may be either "color" or "intensity", denoting whether the view surface is to be used for color output or gray-scale output." GSPC, p. III-17.<br><br>INDEX_TABLES is an array of values which describes the structure and behavior of the look-up tables for color and intensity.... The color look-up table is described by two entries:<br><br>GLOBAL_COLORS count (the number of colors which the device can produce).<br><br>COLOR_TYPE which is set to 'sequential' or 'retroactive' to describe the effect of changing the contents of the look-up table." GSPC, p. III-17.<br><br>"SET_DISPLAY_MODE (MODE)" GSPC, p. III-19.<br><br>"In both the raster display and the raster terminal, color |

- 46 -

Exhibit 125<br>Page 002435

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| | color data value is: Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 304 and 305; and Fig. 5: boxes 501, 504, 506, 508 and 510 (*See*, Col. 5, lines 60-64; Col. 6, lines 12-17; Col. 7, lines 14-17 (except for or (2) in color mode 0, for setting"), Col. 7, lines 53-64 (except for "The sequence of boxes 504, 506, 508, and 510 is")). | and gray scale are achieved in one of two ways. If the device has a look-up table, the value of the pixel is used to address (index) the look-up table. The contents of the addressed location then drive the color or gray-scale generation system. If the device does not have a look-up table, the value of the pixel directly drives the generation system." GSPC, p. 111-3. |
| | | *Processing means is responsive to a second command setting a color data value in the color memory* |
| | | *See e.g.*, GSPC at p. III-20, "DEFINE_COLOR_INDEX (SURFACE_NAME, I, Cl, C2, C3) |
| | | This function defines the entry I in the index table, with the given color parameters." |
| | | "DEFINE_INTENSITY_INDEX (SURFACE_NAME, I INTENSITY)" GSPC, p. 111-20. |
| | | "Hardware generated characters are sometimes treated in a special way. For example:... |
| | | the entire rectangular area on which a character is defined (e.g., 5x7 raster units, 7x9 raster units) may have precedence over the graphicswith pixels which are not used to define the character taking on a "text background" color. GSPC, p. III-4. |
| | | "SET_BACKGROUND_INDEX (INDEX)." GSPC, p. III-18. |
| | | "DEFINE_COLOR_INDICES (SURFACE_NAME, II, I2, Cl_ARRAY, C2_ARRAY, C3_ARRAY)" GSPC, p. III-21. |
| | | "DEFINE_INTENSITYNDICES (SURFACE_NAME, II, I2, I_ARRAY)" GSPC, p. III-21.· |
| | | "DEFINE_STANDARD_COLOR_INDICES (SURFACE_NAME, LI, L2, L3, LOW1, LOW2, LOW3, HIGH1, HIGH2, HIGH3)" GSPC, p. III-22. |
| display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected | display means responsive to the processing means, the display means displaying a color associated with the **color data value** accessed by the selected mode.<br><br>"Display means" | GSPC discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode.<br><br>*See, e.g.*, GSPC at p. III-3, "The raster display consists of an image creation system, refresh memory, (the storage system), and, in many cases, look-up tables."<br><br>"The display may include one or more look-up tables, used to generate color and/or gray-scale images." |

- 47 -

Exhibit 125
Page 002436

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| mode. | Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode.<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system<br>(4) a liquid crystal display; or<br>(5) an LED display (*See e.g.*, Col. 4, lines 50-55). | GSPC, p. III-3.<br><br>"For these various reasons, the Image Display System of many raster displays includes a so-called "video look-up table". A pixel's value is not routed directly to the display monitor, but is used instead as an index into the look-up table. The table's entry value is used to drive the display. For instance, with 8 bits per pixel, the table would have 28 = 256 entries." GSPC, p. III-35. |
| **Claim 3** | | |
| A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory. | A **display system** as recited in claim 2, wherein the processing means responsive to a second command **sets** plural **color data values in color memory**.<br><br>"Processing means":<br><br>Function:<br><br>The function of this element is sets plural color data in color memory.<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (*See* Col. 71n. 14-17 [except for "or (2) in color mode 0, for setting"], Col. 7,1ns. 53-65). | GSPC discloses a processing means responsive to a second command sets plural color data values in color memory.<br><br>*See, e.g.*, GSPC at p. III-21, "DEFINE_COLOR_INDICES (SURFACE_NAME, I1, I2, Cl_ARRAY, C2_ARRAY, C3_ARRAY)<br><br>This function defines all of the indices in the color index table between I1 and I (inclusive) using the first (12-I1+1) of each of the three arrays. The three arrays provide the values of the color parameters."<br><br>"DEFINE_INTENSITY_INDICES (SURFACE_NAME, I1, I2, I_ARRAY)" GSPC, p. III-21.<br><br>"DEFINE_STANDARD_COLOR_INDICES (SURFACE_NAME, L1, L2, L3, LOW1, LOW2, LOW3, HIGH1, HIGH2, HIGH3)" GSPC, p. III-22. |
| **Claim 4** | | |
| In a video image display system having a color | In a video image **display system** having a **color memory**, a method for | GSPC discloses a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to |

- 48 -

Exhibit 125<br>Page 002437

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source, the method comprising the steps of: | displaying a color image in a **terminal independent manner [meaning that terminals having varying color capabilities are able to receive common input information and each terminal provides a color display that within its capabilities most closely matches that input information]** responsive to commands and data received from a command and data source, the method comprising the steps of: | commands and data received from a command and data source. *Video image display system* *See, e.g.,* GSPC at p. III-3, "The raster display consists of an image creation system..." "The display may include one or more look-up tables, used to generate color and/or gray-scale images. The raster display consists mostly of memory, both in its refresh buffers and its look-up tables." GSPC, p. III-3. "In the raster terminal model, as distinct from the raster display model, the device is normally remote from its host computer and is connected via a low bandwidth line." GSPC, p. III-4. "To allow the Core System to be used for raster graphics, the extensions provide functions for: a) Filled-in polygonal areas b) Extensive color and intensity specifications c) Display of patterns (pixel arrays) which are computer-generated." GSPC, p. III-4. *Displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source* *See, e.g.,* GSPC at p. III-2, "The first trend is the development of portable, device-independent graphics subroutine packages for use with various line drawing graphics devices, both passive and interactive." "In both the raster display and the raster terminal, color and gray scale are achieved in one of two ways. If the device has a look-up table, the value of the pixel is used to address (index) the look-up table. The contents of the addressed location then drive the color or gray-scale generation system. If the device does not have a look-up table, the value of the pixel directly drives the generation system." GSPC, p. III-3. |
| receiving commands and data from the command and data source; | receiving commands and data from the command and data source; | GSPC discloses receiving commands and data from a command and data source. Each of the many commands and all of the data described in the reference is received from the command and data source. *See e.g.,* GSPC at p. III-3, "the raster display [is] connected to a host computer over a relatively high |

- 49 -

Exhibit 125
Page 002438

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| | | Bandwidth line. Typically, each pixel value is individually computed in the host and transmitted to the display. The second, which corresponds to a rapidly expanding part of the market, is the raster display connected to a host computer via a low-speed link, typically a phone line." *See also* specific commands and data received from the command and data source listed below. |
| reading a first command for selecting a mode of access to the color memory, and responsive to data following the first command, selecting the mode of access to the color memory; | reading first command for selecting a **mode of access** to the **color memory**, and **responsive to data following the first command** [taking some action based on the data following the first command], selecting the **mode of access** to the **color memory**; | GSPC discloses reading a first command for selecting a mode of access to the color memory, and responsive to data following the first command, taking the action of selecting the mode of access to the color memory based on that data. *See, e.g.*, "SET_COLOR MODEL (MODEL) This function selects the color model. MODEL is a discrete, scalar parameter. At this time, two possible values are defined: 'RGB' and 'HLS'. The default value is 'RGB'." GSPC, p. III-18. "INITIALIZE_ VIEW_ SURFACE (SURFACE_NAME, TYPE)... The TYPE parameter may be either "color" or "intensity", denoting whether the view surface is to be used for color output or gray-scale output." GSPC, p. III-17. INDEX_TABLES is an array of values which describes the structure and behavior of the look-up tables for color and intensity.... The color look-up table is described by two entries: GLOBAL_COLORS count (the number of colors which the device can produce). COLOR_TYPE which is set to 'sequential' or 'retroactive' to describe the effect of changing the contents of the look-up table." GSPC, p. I11-17. "SET_DISPLAY_MODE (MODE)." GSPC, p. III-19. "In both the raster display and the raster terminal, color and gray scale are achieved in one of two ways. If the device has a look-up table, the value of the pixel is used to address (index) the look-up table. The contents of the addressed location then drive the color or gray-scale generation system. If the device does not have a look-up table, the value of the pixel directly drives the generation system." GSPC, p. III-3. |

Exhibit 125
Page 002439

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| reading a second command for setting color data values in the color memory and, responsive to data following the second command, setting the color data values in the color memory, | reading a second command for setting color data values in the color memory and, responsive to data following the second command [taking some action based in the data following the second command], setting the color data values in the color memory, | GSPC discloses reading a second command for setting color data values in the color memory and, responsive to data following the second command, taking the action of setting the color data values in the color memory based on that data.<br><br>*See, e.g.*, GSPC at p. III-20, "DEFINE COLOR_INDEX (SURFACE_NAME, I, Cl, C2, C3)<br><br>This function defines the entry I in the index table, with the given color parameters."<br><br>"DEFINE_INTENSITY_INDEX (SURFACE_NAME, I INTENSITY)" GSPC, p. III-20.<br><br>"DEFINE_COLOR_INDICES (SURFACE_NAME, I1, I2, C1_ARRAY, C2_ARRAY, C3_ARRAY)" GSPC 11I-21<br><br>"DEFINE_INTENSITY_INDICES (SURFACE_NAME, I1, I2, I_ARRAY)" GSPC, p. I1I-21.<br><br>"The contents of a look-up table may be modified at any time." GSPC, p. 111-8.<br><br>"DEFINE_STANDARD_COLOR_INDICES (SURFACE_NAME, L1, L2, L3, LOW1, LOW2, LOW3, HIGH1, HIGH2, HIGH3)" GSPC, p. III-22. |
| reading a third command for accessing color data values in the color memory, and | reading a third command for accessing [retrieving] color data values in the color memory, and | GSPC discloses reading a third command for accessing (retrieving) color data values in the color memory in accordance with Claim 4.<br><br>*See, e.g.*, GSPC at p. III-15, "SET_VERTEX – INDICES (VERTEX_INDICES, N)<br><br>This function sets the indices to be used in selecting color or intensity values for subsequent polygons of type "shaded". N values are specified in the array VERTEX_INDICES."<br><br>"INQUIRE_COLOR_INDICES (SURFACE_NAME, I1, 12, C1_ARRAY, C2_ARRAY, C3_ARRAY)<br><br>This function copies the color values of the indices from I1 through I2 into the three arrays." GSPC, p. 111-21.<br><br>"SET_BACKGROUND_INDEX (INDEX)." GSPC, p. 111-18. |
| displaying a color image associated with the color | displaying a color image associated with the color data values accessed | GSPC discloses displaying a color image associated with the color data values accessed by the third command on a video display terminal. See descriptions |

- 51 -

Exhibit 125
Page 002440

| Claim | Court's Claim Construction | GSPC[7] |
|---|---|---|
| data values accessed by the third command on a video display terminal. | [retrieved] by the third command on a video display terminal. | of the various third commands listed above.<br><br>*See, e.g.*, GSPC at p. III-15, "SET_VERTEX_INDICES (VERTEX_INDICES, N)<br><br>This function sets the indices to be used in selecting color or intensity values for subsequent polygons of type "shaded". N values are specified in the array VERTEX_INDICES."<br><br>"The raster display consists of an image creation system..." GSPC, p. 111-3.<br><br>"The display may include one or more look-up tables, used to generate color and/or gray-scale images.<br><br>The raster display consists mostly of memory, both in its refresh buffers and its look-up tables." GSPC, p. 111-3.<br><br>"In the raster terminal model, as distinct from the raster display model, the device is normally remote from its host computer and is connected via a low bandwidth line." GSPC, p. 111-4.<br><br>"To allow the Core System to be used for raster graphics, the extensions provide functions for:<br><br>a) Filled-in polygonal areas<br><br>b) Extensive color and intensity specifications<br><br>c) Display of patterns (pixel arrays) which are computer-generated." GSPC, p. 111-4.<br><br>The functions in this section are used to read and write the contents of the view surface look-up tables." GSPC, p. III-20. |

| Claim | Court's Claim Construction | Mueller |
|---|---|---|
| **Claim 1** | | |
| In a digital image display system: | In a digital image **display system [hardware and software, needed to achieve a visible representation of information in a data-processing system]:** | Mueller discloses a digital image display system.<br><br>*See, e.g.*, Mueller, Abstract, "a computer system including a storage means such as a random access memory (RAM) for receiving data to be displayed upon a display means" |
| a memory for | a **memory [a color map** | Mueller discloses a memory for storing color data values |

Exhibit 125
Page 002441

| | | |
|---|---|---|
| storing color data values; | that stores a table of color data values indexed by numbers] for storing color data values [color components of a particular color (such as red, green and blue (RGB) color components)]; | (the color lookup table). The color data values stored in the color memory are indexed by numbers. The color data values are color components of particular colors such as red, green, and blue.<br><br>See, e.g., Mueller at 7:49-52; Fig. 5A, "In particular, the color processor 32 includes a color memory (to be described) capable of storing a finite number of colors, e.g. eight, from which the colors for a given frame or colored image may be chosen.<br><br>Mueller at 17:14-19, "As will be described, the address or color pointer signals are applied via the color pointer bus 78 and the A or B select address circuit 65 to the color memory 62, to address one of the eight locations within either memory 62A or 62B to read out its corresponding color signal."<br><br>Mueller at 17:19-23, "In an illustrative embodiment of this invention, each of the eight memory locations has room to store eight bits, two bits for each |
| processing means responsive to a predetermined command and data sequence comprising at least one command, the processing means decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values, the modes comprising | processing means responsive to a predetermined command and data sequence [a command and data pattern having a known encoded meaning] comprising [including, but not limited to] at least one command, the processing means decoding [interpreting] the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to [manners of retrieving] color data values, the modes comprising<br><br>"Processing Means"<br><br>Function:<br><br>The function of this element is decoding the predetermined command and data sequence, the | Mueller discloses a processing means responsive to a command and data sequence comprising at least one command, the processing means decoding the command and data sequence, the command and data sequence selecting one of a plurality of modes of access to color data values. If this claim limitation is applied in the manner alleged by Lucent in its infringement contentions, then the structure of the processing means disclosed in Mueller is the same or equivalent to the structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access including text modes of access and paint modes of access.<br><br>See e.g., Mueller, Fig. 5A.<br><br>Mueller at 6:68 - 7:5, As will become clear from further explanation, the computer system 10 is a multiplexed system wherein the transfer of data and the subsequent control operations are effected in a timed sequence, with each such data transfer or control step occurring in a sequenced time slot."<br><br>Mueller at 7:28-36, "As shown in FIG. 1, the color processor 32 receives image data in a dot-by-dot fashion, as read out from selected portions of the RAM 16 to be sequentially displayed as the cathode ray beam is scanned in a vertical and horizontal raster pattern by the CRT 34. Further, as will be explained in detail later, the color processor 32 stores a plurality of color or chroma data signals, from which the various portions of the |

Exhibit 125
Page 002442

| | predetermined command and data sequence selecting one of a plurality of modes of access to color data values<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of boxes 301, 302, and 303 of Figure 3 and boxes 401, 402, 403, 404, 405, 407, 408, and 411 of Figure 4 (See, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for and for setting foreground and background in-use colors for two of these modes"), lines 24 29, 29-32 (except for and the background and foreground color"), lines 33 43). | displayed image f may be variously colored."<br><br>Mueller at 8:59-63, "The microprocessor 12 performs mathematical operations on eight bits of data in its accumulator, sending out control signals via the RAM 16 to the color processor 32 and also to the audio circuit 58. In addition, the microprocessor 12 scans or activates the keyboard and/or control stick 30 to interpret view input and based upon its control operation, sends appropriate signals in eight-bit bytes to the RAM 16 via the address interface 36 and the data interface 38."<br><br>Mueller at 9:56-59, "As will become clear from a further description, the color processor 32 may be operated in a first or text mode, or in a second or paint mode."<br><br>Mueller at 16:55-61, (stating that data is transferred to the color processor 32); 17:1-5 (stating that "color command signals" are transferred to color processor 32); see also, infra, for the specific command and data sequences of the primary colors, red (R1, RO), green (G1, GO) and blue (B I, BO), and two spares." |
| a first mode of access wherein an in-use foreground color is directly specified as a color data value; | a first **mode of access** **[manner of retrieving]** wherein an **in-use** **foreground color** [a color that will be used as a foreground color for subsequently received text and graphics drawing commands until changed] is directly **specified as** [called for by] a **color data value** [color component of a particular color (such as the red, green and blue (RGB) color components];** | Mueller discloses a first mode of access in which the in-use foreground color is directly specified as a color data value. The color is directly called for by a color data value. The color data values are color components of particular colors such as red, green, and blue.<br><br>If the accused systems meet this element through the provision of the GDI instructions cited by Lucent, then Mueller also meets this element.<br><br>*See e.g.*, Mueller at 14:3-41, "...In one program termed "PAINTBOX", a paintbox of colors is displayed upon the CRT 34, whereby the viewer, via the keyboard 30, may select one or more of the displayed colors and draw pictures on the video screen with the selected colors...."<br><br>Mueller at 10:50-64, "In the second or paint mode of operation, the image is made up of square arrays, as shown in FIG. 5B, each array comprised of three squares. ... In this mode of operation, the timing system 18 provides direct addresses to the RAM 16 during first and second look-ups to provide data in the form of three color pointers, one for each of the three squares or dot patterns of the square array as seen in FIG. 5B."<br><br>Mueller at 17:5-23, "As will be explained in detail later, corresponding address signals are selectively read out and applied via the color pointer bus 78 to the color |

- 54 -

Exhibit 125<br>Page 002443

<table>
<tr><td></td><td></td><td>memory 62, to derive a selected color signal. As seen in FIG. 5A, the color memory 62 is divided into a text memory 62B having eight addressable locations for storing eight colors, from which the image is formed in either the text or paint mode, and a second or symbol memory 62A, into which eight colors may similarly be stored. As will be described, the address or color pointer signals are applied via the color pointer bus 78 and the A or B select address circuit 65 to the color memory 62, to address one of the eight locations within either memory 62A or 62B to read out its corresponding color signal. In an illustrative embodiment of this invention, each of the eight memory locations has room to store eight bits, two bits for each of the primary colors, red (R1, RO), green (G1, GO) and blue (B 1, BO), and two spares."</td></tr>
<tr><td>a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and</td><td>a second **mode of access** [manner of retrieving] wherein the **in-use foreground color** [a color that will be used as the foreground color for subsequently received text and graphics drawing commands until changed] is **specified as** [called for by] an index into the **color memory** [a color map that stores a table of color data values indexed by numbers]; and</td><td>Mueller discloses a second mode of access in which the in-use foreground color is specified as an index into the color memory.

If the accused systems meet this element, then Mueller also meets this element.

*See, e.*g., *Fig.* 5B.

Mueller at 4:12-29, "Color or chroma data is supplied from the limited storage unit in terms of control data to the RAM, whereby the color of various portions of the displayed image may be changed periodically in accordance with the control program data as derived from the limited storage unit. A set or plurality of selected colors from a larger number thereof of which the system is capable of reproducing, is transferred from the storage unit to the RAM and then is transferred from the RAM to be stored in a suitable color memory in the color processing circuit whereby the image then being displayed may be selected from that. set of colors. If it is desired to display a different image with different colors, a new set of colors may be loaded into RAM 16 to be transferred from there to the color memory and new image data may also be loaded into the RAM 16, all under the control of the program control data."

Mueller at 20:34-54, "The latch controller 90 receives the data of the second look-up derived from the latch 88 and acts as a decoder for energizing selectively one of the foreground or background drivers 84, thereby to apply the corresponding color pointers that have been stored previously into the latch color pointer 82, via color pointer bus 78 and the select address circuit 65 to address and to read out from the addressed location of the text memory 62b, the selected color signals. ... In this manner, the previously-stored color pointers of the</td></tr>
</table>

- 55 -

Exhibit 125
Page 002444

foreground and background are read out through
selectively actuated drivers and applied to the color
pointer bus 78."

Mueller at 20:55 - 21:21, "In the text mode, the color
pointers for each of the background, edge and
foreground portions of the image as shown in FIG. 5C
are formed of but two designated bits, shown as follows:

| Pointers | | | | | | Color Memory |
|---|---|---|---|---|---|---|
| Edge | | Background | | Foreground | | Address |
| e1 | e0 | b1 | b0 | f1 | f0 | |
| 1 | 1 | -- | -- | 1 | 1 | 7 |
| 1 | 0 | -- | -- | 1 | 0 | 6 |
| -- | -- | -- | -- | 0 | 1 | 5 |
| -- | -- | -- | -- | 0 | 0 | 4 |
| -- | -- | 1 | 1 | -- | -- | 3 |
| -- | -- | 1 | 0 | -- | -- | 2 |
| 0 | 1 | 0 | 1 | -- | -- | 1 |
| 0 | 0 | 0 | 0 | -- | -- | 0 |

As indicated above, the foreground pointer is partially
formed of those two bits f0 and f1 as indicated, and the
third bit f2 (not shown above) is selected as a "1". Thus,
the color pointer for the foreground could illustratively
be 111 to address that color signal within that location of
the text color memory 62b. Similarly, the background
color pointers b0 and b1 are combined with a preselected
bit b2 of "0" to address those locations within the text
color memory 62b, while the edge bits e1 and e0 are
combined with a bit e2 which is either a "0" or a "1" in
order to be the same as e1. In this manner, a limited
amount of data permits each of the edge, background and
foreground portions of the image as shown in FIG. 5C to
be colored with any one of four colors."

Mueller at 22:11-15: "If the control bits R1, R2 and R3
are, respectively, "1", "0" and "1", the latch controller 90
stores the new bits into the latch 82 and energizes the
foreground driver of the drivers 84 to apply the
foreground corresponding f1, f0 pointers to the text
memory 62B."

Similarly, when not accessing the foreground color the
Mueller system can switch to a "paint mode" whereby
color pointers not associated with either foreground or
background colors can be accessed from RAM.

| a third mode of access wherein the in use foreground color and an in-use background color are specified as indexes into the | a third mode of access wherein the in-use foreground color and in an in-use background color [a color that will be used as the background color for subsequently | If the accused systems meet this element, then Mueller also meets this element. Mueller discloses a third mode of access in which the in-use foreground color and the in-use background color are specified as indexes into the color memory. |
|---|---|---|

Exhibit 125
Page 002445

| color memory; and | received text and graphics drawing commands until changed] are **specified as** indexes into the **color memory**; and | *See, e.g., Fig. 5C.*<br><br>Mueller at 20:16-24, "The controller 81 further includes a latch and parallel to serial convertor 88 that acts as a foreground/background decoder whereby the color pointers of these portions of the displayed image, as shown generally in 5C, may be identified. In FIG. 5C, there is shown a character "A" which is colored with a foreground color against a particular background color surrounded by an edge of a still different color."<br><br>Mueller at 20:34-54, "The latch controller 90 receives the data of the second look-up derived from the latch 88 and acts as a decoder for energizing selectively one of the foreground or background drivers 84, thereby to apply the corresponding color pointers that have been stored previously into the latch color pointer 82, via color pointer bus 78 and the select address circuit 65 to address and to read out from the addressed location of the text memory 62b, the selected color signals.... In this manner, the previously-stored color pointers of the foreground and background are read out through selectively actuated drivers and applied to the color pointer bus 78."<br><br>Mueller at 22:21-31: "In a still further operation, if the latch control bits R1, R2 and R3 are respectively "1", "1" and "1", the controller 90, after loading the new bits, then is enabled to modify the existing set of color pointers, the controller 90 acts to toggle the least significant bit of the foreground and background pointers within the register 82 and further applies the actual six bit code or dots, i.e. d6-d1, via the drivers 84, the bus 78 and the select address circuit 65 to the text memory 62B." |
| display means responsive to the processing means, the display means displaying the colors associated with the color data values accessed by the selected mode. | display means responsive to the process means, the display means displaying the colors associated with the **color data values** accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode | Mueller discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color values accessed by the selected mode are displayed on a computer monitor raster display. See, e.g., Mueller, Figs. 1 and 5A. a Mueller, Abstract, "a computer system including a storage means such as a       i random access memory (RAM) for receiving data to be displayed upon a display means" Mueller at 4:29-47, "Further, the image formed is formed in a first or text mode of operation, of a plurality of 'characters' that are assembled in accordance with the control data. In this fashion, the limited storage unit can provide the basic data in the form of a set or library of characters to the RAM, which are selectively read out and applied through a color processing circuit to the color CRT whereby a variety of color images may be displayed from a limited amount of data. In particular, |

Exhibit 125
Page 002446

| | | |
|---|---|---|
| | **Structures:**<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system;<br>(4) a liquid crystal display; or<br>(5) an LED display (See e.g., Col. 4, lines 50-55). | indirect addresses are provided from a timing system and applied to a first portion of the RAM. During display, the indirect addresses are read out and applied to a timing circuit, whereby data indicative of the vertical line position of the CRT are applied thereto, to provide new addresses, which are used to read out from a second portion of the RAM a series of characters in terms of dot patterns, to control the display of images upon the color CRT. Thus, a limited number of characters may be assembled to form a variety of images."<br><br>Mueller at 10:50-64, "In the second or paint mode of operation, the image is made up of square arrays, as shown in FIG. 5B, each array comprised of three squares. Each square is comprised illustratively of a dot matrix, illustratively two dots wide and three raster lines high. In this mode of operation, the timing system 18 provides direct addresses to the RAM 16 during first and second look-ups to provide data in the form of three color pointers, one for each of the three squares or dot patterns of the square array as seen in FIG. 5B. Each color pointer identifies the color for which its square is to be colored and in effect provides an address within the color memory of the color processor 32 from which that color may be addressed and read out, to be applied to the color CRT 34." |
| **Claim 2** | | |
| A digital image display system comprising | A digital image **display system** [hardware and software needed to achieve a visible representation of information in a data-processing system] comprising; | Mueller discloses a digital image display system.<br><br>*See, e.g.,* Mueller, Abstract, "a computer system including a storage means such as a random access memory (RAM) for receiving data to be displayed upon a display means" |
| a color memory for storing color data values; | a **color memory** for storing **color data values**; | Mueller discloses a color memory for storing color data values. The color data values stored in the color memory are indexed by numbers.<br><br>*See, e.g.,* Mueller at 7:49-52; Fig. 5A, "In particular, the color processor 32 includes a color memory (to be described) capable of storing a finite number of colors, e.g. eight, from which the colors for a given frame or colored image may be chosen.<br><br>Mueller at 17:14-19, "As will be described, the address or color pointer signals are applied via the color pointer bus 78 and the A or B select address circuit 65 to the color memory 62, to address one of the eight locations within either memory 62A or 62B to read out its |

- 58 -

Exhibit 125<br>Page 002447

| | | |
|---|---|---|
| | | corresponding color signal." |
| | | Mueller at 17:19-23, "In an illustrative embodiment of this invention, each of the eight memory locations has room to store eight bits, two bits for each of the primary colors, red (R1, R0), green (G1, G0) and blue (B1, B0), and two spares." |
| processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | processing means responsive to **predetermined command and data sequences**, the processing means, responsive to a first command, selecting a **mode of access** to the **color memory**; and responsive to a second command, **setting [storing] a color data value** in the **color memory;** and<br><br>"Processing means"<br><br>Function:<br><br>The function of this element is:<br><br>(a) selecting a mode of access to the color memory; and<br>(b) setting a color data value.<br><br>Structure:<br>(a) structure for selecting a mode of access to color memory is:<br>Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (See, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background | Mueller discloses a processing means responsive to command and data sequences, the processing means, responsive to a first command selecting a mode of access to the color memory; and responsive to a second command setting a color data value in the color memory. If this claim limitation is applied in the manner alleged by Lucent in its infringement contentions, then the structure of the processing means disclosed in Mueller is the same as or equivalent to the structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access including text modes and paint modes of access to the color look-up table. The processing means is responsive to first command to select one such mode of access.<br><br>The processing means is responsive to a first command, selecting a mode of access to a color memory.<br><br>*See e.g.*, Mueller at 12:35-40, "Thus, it can be seen that the trains of pulses as shown in FIG. 3F are applied via the bus 26 to each of the components to selectively enable the decoder of a selected component to enable its tri-state driver during one of the time slots, as shown in FIG. 3H<br><br>Mueller at 9:56-59, "As will become clear from a further description, the color processor 32 may be operated in a first or text mode, or in a second or paint mode." *See, also,* Mueller, Fig. 5A.<br><br>Mueller at 20:55-21:21, "In the text mode, the color pointers for each of the background, edge and foreground portions of the image as shown in FIG. 5C are formed of but two designated bits, shown as follows... As indicated above, the foreground pointer is partially formed of those two bits f0 and f1 as indicated, and the third bit f2 (not shown above) is selected as a "1". Thus, the color pointer for the foreground could illustratively be 111 to address that color signal within that location of the text color memory 62b. Similarly, the background color pointers b0 and b1 are combined with a preselected bit b2 of "0" to address those locations within the text color memory 62b, while the edge bits e1 and e0 are combined with a bit e2 which is either a "0" or a "1" in order to be the same as e1. In this manner, a limited amount of data permits each of the edge, |

- 59 -

Exhibit 125<br>Page 002448

| | | |
|---|---|---|
| | and foreground color"), and lines 33-43)); <br><br> (b) structure for setting a color data value is: Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes erf and 305; and 04 Fig. 5: boxes 501, 504, 506, 508 and 510 (See, Col. 5, lines 60 64; Col. 6, lines 12-17; Col. 7, lines 14- 17 (except for "or (2) in color mode 0, for setting"), Col. 7, lines 53-64 (except for "The sequence of boxes 504, 506, 508, and 510 is")), | background and foreground portions of the image as shown in FIG. 5C to be colored with any one of four colors." <br><br> Mueller at 10:50-64, "In the second or paint mode of operation, the image is made up of square arrays, as shown in FIG. 5B, each array comprised of three squares. Each square is comprised illustratively of a dot matrix, illustratively two dots wide and three raster lines high. In this mode of operation, the timing system 18 provides direct addresses to the RAM 16 during first and second look-ups to provide data in the form of three color pointers, one for each of the three squares or dot patterns of the square array as seen in FIG. 5B. Each color pointer identifies the color for which its square is to be colored and in effect provides an address within the color memory of the color processor 32 from which that color may be addressed and read out, to be applied to the color CRT 34." <br><br> Mueller at 13:2-8, "In the next timing period . . . signals indicative of the colors . . . are transferred to a memory within the color processor 32 and form a palette of colors from which the characters C may be selectively colored ...." *See also* Fig. 4. <br><br> Mueller at 20:34-54, "The latch controller 90 receives the data of the second look-up derived from the latch 88 and acts as a decoder for energizing selectively one of the foreground or background drivers 84, thereby to apply the corresponding color pointers that have been stored previously into the latch color pointer 82, via color pointer bus 78 and the select address circuit 65 to address and to read out from the addressed location of the text memory 62b, the selected color signals. ... In this manner, the previously-stored col, r pointers of the foreground and background are read out through selectively actuated drivers and applied to the color pointer bus 78." <br><br> When not accessing the foreground color the Mueller system can switch to a "paint mode" whereby color pointers not associated with either foreground or background colors can be accessed from RAM. *See, e.g.,* Mueller at 10:50-64, "In the second or paint mode of operation, the image is made up of square arrays, as shown in FIG. 5B, each array comprised of three squares. ... In this mode of operation, the timing system 18 provides direct addresses to the RAM 16 during first and second look-ups to provide data in the form of three color pointers, one for each of the three squares or dot patterns of the square array as seen in FIG. 5B." |

Exhibit 125
Page 002449

Mueller at 16:55-61, (stating that data is transferred to the color processor 32); 17:1-5 (stating that "color command signals" are transferred to color processor 32).

Mueller at 19:29-33, "In either the PAINT DOT process or LOAD NEW kl COLOR POINTERS process, a display strobe is applied to the select address circuit 65 to enable the color pointer bus 78 to address the color memory 62."

The processing means is responsive to a second command, setting a color data value in the color memory.

*See, e.g.*, Mueller at 7:32-36, "Further, the set of colors as stored within a color memory of the color processor 32 may be selectively changed from time to time so that the next, subsequently displayed image may be formed of a different set of colors." See, also, Fig. 5A, the "LOAD STROBE."

Mueller at 19:34-47, "The loading of color data and in particular the color signals into the color memory 62 from the RAM 16 is accomplished via the I/O data bus 22 into the memory 62 during the vertical scan I/O time slot as shown in FIG. 3H. In particular, the output of the vertical counter is applied via the timing bus 26A to the A or B select address circuit 65, as enabled by a load strobe applied thereto, to selectively address those locations within the memory 62 to receive the corresponding color signals applied thereto via bus 22. In this regard, the output of the vertical counter also is applied to the RAM 16 as an address signal to address those selected portions within RAM 16 to read out therefrom the color signals to be loaded into the memory 62."

Mueller at 28:51-29:18, "The command decoder 203 is responsive to the control commands as transmitted via the 1/0 data bus 22 to actuate the tape drive control circuit 225 to perform the following operations upon the storage unit 29:

(A) Stop the tape;

(B) Stop the tape and retract the recording heads 228 and 230;

(C) Direct the tape at a fast forward speed of 10 inches/second, as opposed to the normal speed of 33/4 inches/second;

(D) Rewind the tape:

(E) Read data from the first track of the tape as from

- 61 -

Exhibit 125
Page 002450

| | | |
|---|---|---|
| | | recording head 230; |
| | | (F) Read data from the first track and in response to a resync, timing signal, as will be described; |
| | | (G) Read data from the first track as by recording head 230 and further to play or to read audio information as derived from the second track as by recording head 228; |
| | | (H) Resync the timing system 18; |
| | | (I) Write digital data on the second track as by recording head 228; |
| | | (J) Read data from the second track of the tape as by recording head 228, to read data from the second track and to resync the timing system 18. |
| | | The data recorded upon the storage medium, e.g. the tape of the storage unit 29, is disposed in first and second tracks, the first track receiving a self clocking signal, program data and block gaps, while the second track receives audio information and digital self-clocking data. More specifically, the program data includes information identifying the set or library of characters to be displayed upon the color CRT 34, as illustrated in FIG. 2, and the palette of colors from which these characters are colored." |
| display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode. | display means responsive to the processing means, the display means displaying a color associated with the **color data value** accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode.<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system<br>(4) a liquid crystal display; or<br>(5) an LED display (*See e.g.,* Col. 4, lines 50-55). | Mueller discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color data values stored in the color memory are indexed by numbers.<br><br>*See, e.g.,* Mueller, Abstract, "a computer system including a storage means such as a random access memory (RAM) for receiving data to be displayed upon a display means"<br><br>Mueller at 4:29-47, "Further, the image formed is formed in a first or text mode of operation, of a plurality of 'characters' that are assembled in accordance with the control data. In this fashion, the limited storage unit can provide the basic data in the form of a set or library of characters to the RAM, which are selectively read out and applied through a color processing circuit to the color CRT whereby a variety of color images may be displayed from a limited amount of data. In particular, indirect addresses are provided from a timing system and applied to a first portion of the RAM. During display, the indirect addresses are read out and applied to a timing circuit, whereby data indicative of the vertical line position of the CRT are applied thereto, to provide new addresses, which are used to read out from a second |

Exhibit 125
Page 002451

<table>
<tr><td></td><td></td><td>portion of the RAM a series of characters in terms of dot patterns, to control the display of images upon the color CRT. Thus, a limited number of characters may be assembled to form a variety of images."

Mueller at 10:50-64, "In the second or paint mode of operation, the image is made up of square arrays, as shown in FIG. 5B, each array comprised of three squares. Each square is comprised illustratively of a dot matrix, illustratively two dots wide and three raster lines high. In this mode of operation, the timing system 18 provides direct addresses to the RAM 16 during first and second look-ups to provide data in the form of three color pointers, one for each of the three squares or dot patterns of the square array as seen in FIG. 5B. Each color pointer identifies the color for which its square is to be colored and in effect provides an address within the color memory of the color processor 32 from which that color may be addressed and read out, to be applied to the color CRT 34."</td></tr>
<tr><td colspan="3"><b>Claim 3</b></td></tr>
<tr><td>A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory</td><td>A <b>display system</b> as recited in claim 2, wherein the processing means responsive to a second command sets plural <b>color data values</b> in <b>color memory</b>.

"Processing means":

Function

The function of this element is sets plural color data values in color memory.

Structure:

Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (See Col. 7 ln. 14- 17 [except for "or (2) in color mode 0, for setting"), Col. 7,    S. 53-65).</td><td>Mueller discloses a processing means responsive to a second command; the processing means responsive to a second command sets plural color data values in color memory by setting a color data value for each index value that is passed to it.

Mueller at 4:17-28, "A set or plurality of selected colors from a larger number thereof of which the system is capable of reproducing, is transferred from the storage unit to the RAM and then is transferred from the RAM to be stored in a suitable color memory in the color processing circuit whereby the image then being displayed may be selected from that set of colors. If it is desired to display a different image with different colors, a new set of colors may be loaded into RAM 16 to be transferred from there to the color memory and new image data may also be loaded into the RAM 16, all under the control of the program control data."

*See, e.g.*, Mueller at 17:9-14, "As seen in FIG. 5A, the color memory 62 is divided into a text memory 62B having eight addressable locations for storing eight colors, from which the image is formed in either the text or paint mode, and a second or symbol memory 62A, into which eight colors may similarly be stored." Each of those values will be set into the color memory using the LOAD STROBE command. *See supra.*

Mueller at 28:51-29:18, "The command decoder 203 is responsive to the control commands as transmitted via the I/O data bus 22 to actuate the tape drive control</td></tr>
</table>

- 63 -

Exhibit 125
Page 002452

| | | |
|---|---|---|
| | | circuit 225 to perform the following operations upon the storage unit 29: |
| | | (A) Stop the tape; |
| | | (B) Stop the tape and retract the recording heads 228 and 230; |
| | | (C) Direct the tape at a fast forward speed of 10 inches/second, as opposed to the normal speed of 33/4 inches/second; |
| | | (D) Rewind the tape: |
| | | (E) Read data from the first track of the tape as from recording head 230; |
| | | (F) Read data from the first track and in response to a resync, timing signal, as will be described; |
| | | (G) Read data from the first track as by recording head 230 and further to play or to read audio information as derived from the second track as by recording head 228; |
| | | (H) Resync the timing system 18; |
| | | (I) Write digital data on the second track as by recording head 228; |
| | | (J) Read data from the second track of the tape as by recording head 228, to read data from the second track and to resync the timing system 18. |
| | | The data recorded upon the storage medium, e.g. the tape of the storage unit 29, is disposed in first and second tracks, the first track receiving a self clocking signal, program data and block gaps, while the second track receives audio information and digital self-clocking data. More specifically the program data includes information identifying the set or library of characters to be displayed upon the color CRT 34, as illustrated in FIG. 2, and the palette of colors from which these characters are colored." |
| **Claim 4** | | |
| In a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from | In a video image **display system** having a **color memory**, a method for displaying a color image in a **terminal independent manner** [meaning that terminals having varying color capabilities are able to receive common input information and each terminal provides a color | Mueller discloses a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source. Mueller discloses a video image display system having a color memory. *See, e.g.*, Mueller, Abstract, "a computer system including a storage means such as a random access memory (RAM) for receiving data to be displayed upon a display means" |

- 64 -

Exhibit 125
Page 002453

| a command and data source, the method comprising the steps of: | display that within its capabilities most closely matches that input information] responsive to commands and data received from a command and data source, the method comprising the steps of: | Mueller at 7:49-52; Fig. 5A, "In particular, the color processor 32 includes a color memory (to be described) capable of storing a finite number of colors, e.g. eight, from which the colors for a given frame or colored image may be chosen. |
|---|---|---|
| | | Mueller at 17:14-19, "As will be described, the address or color pointer signals are applied via the color pointer bus 78 and the A or B select address circuit 65 to the color memory 62, to address one of the eight locations within either memory 62A or 62B to read out its corresponding color      si signal." |
| | | Mueller at 17:19-23, "In an illustrative embodiment of this invention, each of the eight memory locations has room to store eight bits, two bits for each of the primary colors, red (R1, R0), green (G1, G0) and blue (B1, B0), and two spares." |
| | | Mueller discloses a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source. |
| | | *See, e.g.,* Mueller at 6:68 - 7:5, "As will become clear from further explanation, the computer system 10 is a multiplexed system wherein the transfer of data and the subsequent control operations are effected in a timed sequence, with each such data transfer or control step occurring in a sequenced time slot." |
| | | Mueller at 7:28-36, "As shown in FIG. 1, the color processor 32 receives image data in a dot-by-clot fashion, as read out from selected portions of the RAM 16 to be sequentially displayed as the cathode ray beam is scanned in a vertical and horizontal raster pattern by the CRT 34. Further, as will be explained in detail later, the color processor 32 stores a plurality of color or chroma data signals, from which the various portions of the displayed image may be variously colored." |
| | | Mueller at 8:59-63, "The microprocessor 12 performs mathematical operations on eight bits of data in its accumulator, sending out control signals via the RAM 16 to the color processor 32 and also to the audio circuit 58. In addition, the microprocessor 12 scans or activates the keyboard and/or control stick 30 to interpret view input and based upon its control operation, sends appropriate signals in eight-bit bytes to the RAM 16 via the address interface 36 and the data interface 38." |
| | | Mueller at 16:55-61, (stating that data is transferred to the color processor 32); 17:1-5 (stating that "color command signals" are transferred to color processor 32); |

- 65 -

Exhibit 125
Page 002454

| | | |
|---|---|---|
| | | *see also, infra,* for the specific command and data sequences and the modes they select.<br><br>Mueller at 19:29-33, "In either the PAINT DOT process or LOAD NEW COLOR POINTERS process, a display strobe is applied to the select address circuit 65 to enable the color pointer bus 78 to address the color memory 62." |
| receiving commands and data from the command and data source; | receiving commands and data from the command and data source; | Mueller discloses receiving commands and data from a command and data source. Each of the many commands and all of the data described in the reference is received from the command and data source.<br><br>*See, e.g.,* Mueller at 6:68 - 7:5, As will become clear from further explanation, the computer system 10 is a multiplexed system wherein the transfer of data and the subsequent control operations are effected in a timed sequence, with each such data transfer or control step occurring in a sequenced time slot."<br><br>Mueller at 7:28-36, "As shown in FIG. 1, the color processor 32 receives image data in a dot-by-dot fashion, as read out from selected portions of the RAM 16 to be sequentially displayed as the cathode ray beam is scanned in a vertical and horizontal raster pattern by the CRT 34. Further, as will be explained in detail later, the color processor 32 stores a plurality of color or chroma data signals, from which the various portions of the displayed image may be variously colored."<br><br>Mueller at 8:59-63, "The microprocessor 12 performs mathematical operations on eight bits of data in its accumulator, sending out control signals via the RAM 16 to the color processor 32 and also to the audio circuit 58. In addition, the microprocessor 12 scans or activates the keyboard and/or control stick 30 to interpret view input and based upon its control operation, sends appropriate signals in eight-bit bytes to the RAM 16 via the address interface 36 and the data interface 38."<br><br>Mueller at 16:55-61, (stating that data is transferred to the color processor 32); 17:1-5 (stating that "color command signals" are transferred to color processor 32).<br><br>Mueller at 19:29-33, "In either the PAINT DOT process or LOAD NEW COLOR POINTERS process, a display strobe is applied to the select address 1 circuit 65 to enable the color pointer bus 78 to address the color memory 62." |
| reading a first command for selecting a mode of access to the | reading first command for selecting a **mode of access to the color memory, and responsive to data** | Mueller discloses reading a first command for selecting a mode of access to the color memory, and responsive to data following the first command, taking the action of selecting the mode of access to the color memory based |

- 66 -

Exhibit 125<br>Page 002455

| color memory, and responsive to data following the first command, selecting the mode of access to the color memory; | **following the first command** [taking some action based on the data following the first command], selecting the **mode of access** to the **color memory**; | on that data. |
|---|---|---|
| | | *See e.g.*, Mueller at 12:35-40, "Thus, it can be seen that the trains of pulses as shown in FIG. 3F are applied via the bus 26 to each of the components to selectively enable the decoder of a selected component to enable its tri-state driver during one of the time slots, as shown in FIG. 3H." |
| | | Mueller at 12:40-45, "Though similar, the actual transfer of data is shown in FIG. 3J, whereby after a component's tri-state driver is enabled, the data is transferred via the data bus 22. As a comparison of FIGS. 3I and 3H reveals, the timing or address signals first are applied and in the subsequent time slot, the transfer of data occurs." |
| | | Mueller at 9:56-59, "As will become clear from a further description, the color processor 32 may be operated in a first or text mode, or in a second or paint mode." *See, also*, Mueller, Fig. 5A. |
| | | Mueller at 16:55-61, (stating that data is transferred to the color processor 32); 17:1-5 (stating that "color command signals" are transferred to color processor 32). |
| | | Mueller at 19:29-33, "In either the PAINT DOT process or LOAD NEW COLOR POINTERS process, a display strobe is applied to the select address circuit 65 to enable the color pointer bus 78 to address the color memory 62." |
| reading a second command for setting color data values in the color memory and, responsive to data following the second command, setting the color data values in the color memory, | reading a second command for setting **color data values** in the **color memory** and, **responsive to data following the second command** [taking some action based in the data following the second command], setting the **color data values** in the **color memory**, | Mueller discloses reading a second command for setting color data values in the color memory and, responsive to data following the second command, taking the action of setting the color data values in the color memory based on that data. |
| | | *See e.g.*, Mueller at 19:34–47, "The loading of color data and in particular the color signals into the color memory 62 from the RAM 16 is accomplished via the I/O data bus 22 into the memory 62 during the vertical scan I/O time slot as shown in FIG. 3H. |
| | | In particular, the output of the vertical counter is applied via the timing bus 26A to the A or B select address circuit 65, as enabled by a load strobe applied thereto, to selectively address those locations within the memory 62 to receive the corresponding color signals applied thereto via bus 22. In this regard, the output of the |
| | | vertical counter also is applied to the RAM 16 as an address signal to address those selected portions within RAM 16 to read out therefrom the color signals to be loaded into the memory 62." (Emphasis added.) Mueller, Fig. 5A, the "LOAD STROBE." |

Exhibit 125
Page 002456

| | | Mueller at 28:51-29:18, "The command decoder 203 is responsive to the control commands as transmitted via the I/O data bus 22 to actuate the tape drive control circuit 225 to perform the following operations upon the storage unit 29: |
|---|---|---|
| | | (A) Stop the tape; |
| | | (B) Stop the tape and retract the recording heads 228 and 230; |
| | | (C) Direct the tape at a fast forward speed of 10 inches/second, as opposed to the normal speed of 33/4 inches/second; |
| | | (D) Rewind the tape: |
| | | (E) Read data from the first track of the tape as from recording head 230; |
| | | (F) Read data from the first track and in response to a resync, timing signal, as will be described; |
| | | (G) Read data from the first track as by recording head 230 and further to play or to read audio information as derived from the second track as by recording head 228; |
| | | (H) Resync the timing system 18; |
| | | (I) Write digital data on the second track as by recording head 228; |
| | | (J) Read data from the second track of the tape as by recording head 228, to read data from the second track and to resync the timing system 18. |
| | | The data recorded upon the storage medium, e.g. the tape of the storage unit 29, is disposed in first and second tracks, the first track receiving a self clocking signal, program data and block gaps, while the second track receives audio information and digital self-clocking data. More specifically, the program data includes information identifying the set or library of characters to be displayed upon the color CRT 34, as illustrated in FIG. 2, and the palette of colors from which these characters are colored." |
| reading a third command for accessing color data values in the color memory, and | reading a third command for **accessing [retrieving] color data values** in the **color memory,** and | Mueller discloses reading a third command for accessing (retrieving) color data values in the color memory in accordance with Claim 4. |
| | | *See, e.g.,* Mueller, Fig. 5A, the "DISPLAY STROBE" |
| | | Mueller at 20:55-21:21, In the text mode, the color pointers for each of the  : background, edge and foreground portions of the image as shown in FIG. 5C are formed of but two designated bits, shown as follows... As indicated above, the foreground pointer is |

Exhibit 125
Page 002457

<table>
<tr><td></td><td></td><td>partially formed of those two bits f0 and f1        ( as indicated, and the third bit f2 (not shown above) is selected as a "1". Thus, f the color pointer for the foreground could illustratively be 111 to address that color signal within that location of the text color memory 62b. Similarly the background color pointers b0 and bl are combined with a preselected bit b2 of "0" to address those locations within the text color memory 62b, while g the edge bits el and e0 are combined with a bit e2 which is either a "0" or a "1" in order to be the same as el. In this manner, a limited amount of data permits each of the edge, background and foreground portions of the image as shown in FIG. 5C to be colored with any one of four colors."

Mueller at 10:50-64, "In the second or paint mode of operation, the image is made up of square arrays, as shown in FIG. 5B, each array comprised of three squares. Each square is comprised illustratively of a dot matrix, illustratively two dots wide and three raster lines high. In this mode of operation, the timing system 18 provides direct addresses to the RAM 16 during first and second look-ups to provide data in the form of three color pointers, one for each of the three squares or dot patterns of the square array as seen in FIG. 5B. Each color pointer identifies the color for which its square is to be colored and in effect provides an address within the color memory of the color processor 32 from which that color may be addressed and read out, to be applied to the color CRT 34."</td></tr>
<tr><td>displaying a color image associated with the color data values accessed by the third command on a video display</td><td>displaying a color image associated with the color **data values accessed** [retrieved] by the third command on a video display terminal.</td><td>Mueller discloses displaying a color image associated with the color data values accessed by the third command on a video display terminal.

*See, e.g.,* Mueller, Fig. 5A, the "DISPLAY STROBE"

Mueller at 20:55-21:21, "In the text mode, the color pointers for each of the background, edge and foreground portions of the image as shown in FIG. 5C are formed of but two designated bits, shown as follows... As indicated above, the foreground pointer is partially formed of those two bits f0 and f1 as indicated, and the third bit f2 (not shown above) is selected as a "1". Thus, the color pointer f o r the foreground could illustratively be 111 to address that color signal within that location of the text color memory 62b. Similarly, the background color pointers b0 and bl are combined with a preselected hit b2 of "0" to address those locations within the text color memory 62b, while the edge bits e1 and e0 are combined with a bit e2 which is either a "0" or a "1" in order to be the same as el. In this manner, a limited amount of data permits each of the edge,</td></tr>
</table>

- 69 -

Exhibit 125
Page 002458

|  |  | background and foreground portions of the image as shown in FIG. 5C to be colored with any one of four colors." |
|  |  | Mueller at 10:50-64, "In the second or paint mode of operation, the image is made up of square arrays, as shown in FIG. 5B, each array comprised of three squares. Each square is comprised illustratively of a dot matrix, illustratively two dots wide and three raster lines high. In this mode of operation, the timing system 18 provides direct addresses to the RAM 16 during first and second look-ups to provide data in the form of three color pointers, one for each of the three squares or dot patterns of the square array as seen in FIG. 5B. Each color pointer identifies the color for which its square is to be colored and in effect provides an address within the color memory of the color processor 32 from which that color may be addressed and read out, to be applied to the color CRT 34." |

| Claim | Court's Claim Construction. | AED512[8] |
|---|---|---|
| **Claim 1** |  |  |
| In a digital image display system: | In a digital image **display system** [hardware and software, needed to achieve a visible representation of information in a data-processing system]: | AED512 discloses a digital image display system. *See, e.g.,* AED512-2, Introduction/Overview, The AED512 Color Graphics/Imaging Terminal is a powerful tool for displaying data in a variety of applications." "Terminal Control States…Upon receipt of the ESC code (27), the terminal enters graphic Interpreter Mode.  Rather than being displayed, the next character received is interpreted as a 'function code'." AED512-1 at p. TCP-1. |
| a memory for storing color data values; | a **memory** [a color map that stores a table of color data values indexed by numbers] for storing **color data values** [color components of a particular color (such as red, green and blue (RGB) | AED512 discloses a memory for storing color data values (the color lookup table). The color data values stored in the color memory are indexed by numbers. The color data values are color components of particular colors such as red, green, and blue. *See, e.g.,* AED512-2, Introduction/Overview – |

---

[8] "AED512-1" in this claim chart refers to the "AED512 Color Graphics Terminal – Terminal Command Protocol", included in this reexamination request as Exhibit 8.  "AED512-2" in this claim chart refers to "AED512 Color Graphics & Imaging Terminal" included in this reexamination request as Exhibit 9.  As explained above, Requester submits that AED512-1 and AED512-2 constitute one reference, which is referred to in this claim chart as "AED512".

- 70 -

Exhibit 125
Page 002459

| Claim | Court's Claim Construction | AED512[8] |
|---|---|---|
| | color components)]; | System Architecture/Video Storage, "Data entered through the channels mentioned above are transferred through the video memory bus switch and the write mask into the video memory planes.... The video screen is refreshed from the contents of the video memory planes through the read mask and the color lookup table (red, green, and blue maps)." |
| | | "The resultant analog video display signal is created by mapping of the video memory contents through the color map settings." AED512-2, Introduction/Overview – System Architecture/Video Storage. |
| | | "Color Lookup Table, Initially the color lookup table is set up for three primary colors (red-green-blue), three secondary colors (yellow-cyan-magenta), black and white as follows (definitions in hex):". AED512-1 at p. TCP-2. |
| processing means responsive to a predetermined command and data sequence comprising at least one command, the processing means decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values, the modes comprising | processing means responsive to a **predetermined command and data sequence** [a command and data pattern having a known encoded meaning] **comprising** [including, but not limited to] at least one command, the processing means **decoding** [interpreting] the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of **modes of access to** [manners of retrieving] color data values, the modes comprising<br><br>"Processing Means"<br><br><u>Function</u>:<br><br>The function of this element is decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values | AED512 discloses a processing means responsive to a command and data sequence comprising at least one command, the processing means decoding the command and data sequence, the command and data sequence selecting one of a plurality of modes of access to color data values.<br><br>The function of the processing means in AED512 is to decode the predetermined command and data sequences specified in the disclosure. If this claim limitation is applied in the manner described in section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims – then the structure of the processing means disclosed in AED512 is the same or equivalent to the structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access to color data values including direct, indexed, background, foreground, graphic, Tektronix and SUPEROAM.<br><br>*See, e.g.*, AED512-2, Introduction/Overview – System Architecture/Communications, "All data transfers and functions of the AED512 are controlled by a 6502A microprocessor with the associated microcode memory (RAM and PROM)."<br><br>"The planes are configured into adjacent stacks of 4 planes, each 512 x 512 pixels in area, with a total of 4 bits of depth (16 colors).... |

- 71 -

Exhibit 125
Page 002460

| Claim | Court's Claim Construction | AED512[8] |
|---|---|---|
| | **Structure:**<br><br>Data processor 1 programmed to perform the algorithm of boxes 301, 302, and 303 of Figure 3 and boxes 401, 402, 403, 404, 405, 407, 408, and 411 of Figure 4 (See, Col. 5, line 60  Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), lines 33-43). | Keystroke and software code sequences for implementing SUPEROAM® in 1024 x 1024 x 2 as well as the 512 x 512 x 4 configuration illustrated here, are given in the complete USERS MANUAL." AED512-2, Introduction/Overview – System Architecture/SUPEROAM®.<br><br>*See* also, AED512-1 at p. TCP-5 , "SUB<br><br>Enter Tektronix compatible Graphic Input Mode."<br><br>"TEKTRONIX EMULATION....<br><br>Additional commands to control unique terminal functions (e.g. color definition), can be integrated into most implementations without modification to existing host graphics software....<br><br>For maximum flexibility, Tektronix emulation modes can be entered from either alphanumeric mode or from the graphics interpreted." AED512-1, p. TCP-7.<br><br>"SEC color<br><br>Set current color..." AED512-1, p. TCP-2.<br><br>"SBC color<br><br>Set background color." AED512-1, p. TCP-2.<br><br>"SCT addr n (ri gi bi)<br><br>Set up color lookup table" AED512-1, p. TCP-2.<br><br>"DIRECT VIDEO MEMORY ACCESS....<br><br>WRD<br><br>Write raster direct" AED512-1, p. TCP-9. |
| a first mode of access wherein an in-use foreground color is directly specified as a color data value; | a first **mode of access [manner of retrieving]** wherein an **in-use foreground color [a color that will be used as a foreground color for subsequently received text and graphics drawing commands until changed]** is directly <u>**specified as**</u> [called for by] <u>**a color data value**</u> **[color component of a particular color (such as the red, green and blue (RGB) color components]**; | AED512 discloses a first mode of access in which the in-use foreground color is directly specified as a color data value. The in-use foreground color is used as foreground color for subsequently received text and graphics drawing commands until changed. The color is directly called for by a color data value. The color data values are color components of particular colors such as red, green, and blue.<br><br>*See, e.g.,* AED512-1 at p. TCP-2, "SCT adds n (ri gi bi)<br><br>Set up color lookup table"<br><br>"DIRECT VIDEO MEMORY ACCESS....<br><br>WRD |

- 72 -

Exhibit 125<br>Page 002461

| Claim | Court's Claim Construction | AED512[8] |
|---|---|---|
| | | Write raster direct." AED512-1, p. TCP-9. |
| a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and | a second **mode of access** [**manner of retrieving**] wherein the **in-use foreground color** [**a color that will be used as the foreground color for subsequently received text and graphics drawing commands until changed**] is **specified as** [**called for by**] an index into the **color memory** [**a color map that stores a table of color data values indexed by numbers**]; and | AED512 discloses a second mode of access in which the in-use foreground color is specified as an index into the color memory.<br><br>*See, e.g.*, AED512-1 at p. TCP-2, "SEC color<br><br>Set current color for drawing of vectors, characters, multiple pixels, circles, and filled areas." |
| a third mode of access wherein the in-use foreground color and an in-use background color are specified as indexes into the color memory; and | a third **mode of access** wherein the **in-use foreground color** and in an **in-use background color** [**a color that will be used as the background color for subsequently received text and graphics drawing commands until changed**] are **specified as** indexes into the **color memory**; and | AED512 discloses a third mode of access in which the in-use foreground color and the in-use background color are specified as indexes into the color memory.<br><br>*See, e.g.*, AED512-1 at p. TCP-2, "SBC color<br><br>Set background color."<br><br>"SEC color<br><br>Set current color for drawing of vectors, characters, multiple pixels, circles, and filled areas." AED512-1, p. TCP-2. |
| display means responsive to the processing means, the display means displaying the colors associated with the color data values accessed by the selected mode. | display means responsive to the process means, the display means displaying the colors associated with the **color data values** accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system; | AED512 discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode.<br><br>*See, e.g.*, AED512-2, Introduction/Overview, "The AED512 Color Graphics/Imaging Terminal is a powerful tool for displaying data in a variety of applications."<br><br>"The resultant analog video display signal is created by mapping of the video memory contents through the color map settings." AED512-2, Introduction/Overview – System Architecture/Video Storage.<br><br>"Color Lookup Table,...., Video Memory Plane Masking Registers". AED512-1 at p. TCP-2. |

- 73 -

Exhibit 125
Page 002462

| Claim | Court's Claim Construction | AED512[8] |
|---|---|---|
| | (4) a liquid crystal display; or (5) an LED display (*See* e.g., Col. 4, lines 50-55). | |
| **Claim 2** | | |
| A digital image display system comprising: | A digital image **display system [hardware and software needed to achieve a visible representation of information in a data-processing system]** comprising; | AED512 discloses a digital image display system. *See, e.g.,* AED512-2, Introduction/Overview, "The AED512 Color Graphics/Imaging Terminal is a powerful tool for displaying data in a variety of applications." "The resultant analog video display signal is created by mapping of the video memory contents through the color map settings." AED512-2, Introduction/Overview – System Architecture/Video Storage. "Terminal Control States…Upon receipt of the ESC code (27), the terminal enters graphic Interpreter Mode. Rather than being displayed, the next character received is interpreted as a 'function code'." AED512-1 at p. TCP-1. |
| a color memory for storing color data values; | a **color memory** for storing **color data values**; | AED512 discloses a color memory for storing color data values. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue. *See, e.g.,* AED512-2, Introduction/Overview – System Architecture/Video Storage, "Data entered through the channels mentioned above are transferred through the video memory bus switch and the write mask into the video memory planes…. The video screen is refreshed from the contents of the video memory planes through the read mask and the color lookup table (red, green, and blue maps)." "The resultant analog video display signal is created by mapping of the video memory contents through the color map settings." AED512-2, Introduction/Overview – System Architecture/Video Storage. "Color Lookup Table, Initially the color lookup table is set up for three primary colors (red-green-blue), three secondary colors (yellow-cyan-magenta), black and white as follows (definitions in hex):". AED512-1 at p. TCP-2. |
| processing means | processing means responsive | AED512 discloses a processing means responsive |

- 74 -

Exhibit 125
Page 002463

| Claim | Court's Claim Construction | AED512[8] |
|---|---|---|
| responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | to **predetermined command and data sequences**, the processing means, responsive to a first command, selecting a **mode of access** to the **color memory**; and responsive to a second command, **setting [storing]** a **color data value** in the **color memory**; and<br><br>"Processing means"<br><br>Function:<br><br>The function of this element is:<br><br>(a) selecting a mode of access to the color memory; and<br>(b) setting a color data value.<br><br>Structure:<br><br>(a) structure for selecting a mode of access to color memory is: Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (See, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), and lines 33-43));<br><br>(b) structure for setting a color data value is: Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 304 and 305; and Fig. 5: boxes 501, 504, 506, 508 and 510 (See, Col. 5, lines 60-64; Col. 6, lines 12-17; Col. 7, lines 14-17 (except for "or (2) in color mode 0, for setting"), Col. 7, lines 53-64 (except for "The sequence | to command and data sequences, the processing means, responsive to a first command selecting a mode of access to the color memory; and responsive to a second command setting a color data value in the color memory. If this claim limitation is applied in the manner described in section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims – then the structure of the processing means disclosed in AED512 is the same or equivalent to the structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access to color data values including direct, indexed, background, foreground, graphic, Tektronix and SUPEROAM. The processing means is responsive to first command to select one such mode of access.<br><br>*See, e.g.,* AED512-2, Introduction/Overview – System Architecture/Communications, "All data transfers and functions of the AED512 are controlled by a 6502A microprocessor with the associated microcode memory (RAM and PROM)."<br><br>"The planes are configured into adjacent stacks of 4 planes, each 512 x 512 pixels in area, with a total of 4 bits of depth (16 colors)....<br><br>Keystroke and software code sequences for implementing SUPEROAM® in 1024 x 1024 x 2 as well as the 512 x 512 x 4 configuration illustrated here, are given in the complete USERS MANUAL." AED512-2, Introduction/Overview – System Architecture/SUPEROAM®.<br><br>*See also,* AED512-1 at p. TCP-5, "SUB<br><br>Enter Tektronix compatible Graphic Input Mode."<br><br>"TEKTRONIX EMULATION....<br><br>Additional commands to control unique terminal functions (e.g. color definition), can be integrated into most implementations without modification to existing host graphics software....<br><br>For maximum flexibility, Tektronix emulation modes can be entered from either alphanumeric mode or from the graphics interpreted." AED512-1, p. TCP-7.<br><br>*responsive to a second command setting a color* |

- 75 -

Exhibit 125
Page 002464

| Claim | Court's Claim Construction | AED512[8] |
|---|---|---|
| | of boxes 504, 506, 508, and 510 is")). | *data value in the color memory*<br><br>*See, e.g.*, AED512-1 at p. TCP-2, "SEC color<br><br>Set current color..."<br><br>"SBC color<br><br>Set background color." AED512-1, p. TCP-2.<br><br>"SCT addr n (ri gi bi)<br><br>Set up color lookup table" AED512-1, p. TCP-2.<br><br>"DIRECT VIDEO MEMORY ACCESS....<br><br>WRD<br><br>Write raster direct." AED512-1, p. TCP-9. |
| display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode. | display means responsive to the processing means, the display means displaying a color associated with the <u>color data value</u> accessed by the selected mode.<br><br>Display means"<br><br><u>Function:</u><br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode.<br><br><u>Structures:</u><br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system<br>(4) a liquid crystal display; or<br>(5) an LED display (*See* e.g., Col. 4, lines 50-55). | AED512 discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue.<br><br>*See, e.g.*, AED512-2, Introduction/Overview, "The AED512 Color Graphics/Imaging Terminal is a powerful tool for displaying data in a variety of applications."<br><br>"The resultant analog video display signal is created by mapping of the video memory contents through the color map settings." AED512-2, Introduction/Overview – System Architecture/Video Storage.<br><br>"Color Lookup Table,…., Video Memory Plane Masking Registers". AED512-1 at p. TCP-2. |
| **Claim 3** | | |
| A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory. | A <u>display system</u> as recited in claim 2, wherein the processing means responsive to a second command <u>sets</u> plural <u>color data values</u> in <u>color memory</u>.<br><br>"Processing means":<br><br><u>Function:</u><br><br>The function of this element | AED512 discloses a processing means responsive to a second command; the processing means responsive to a second command sets plural color data values in color memory.<br><br>*See, e.g.*, AED512-1 at p. TCP-2, "SCT addr n (ri gi bi)<br><br>Set up color lookup table"<br><br>Additionally, it would be obvious to one of skill in the art of computer graphics to include the ability |

Exhibit 125<br>Page 002465

| Claim | Court's Claim Construction | AED512[8] |
|---|---|---|
| | is sets plural color data values in color memory.<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (*See* Col. 71n. 14-17 [except for "or (2) in color mode 0, for setting"], Col. 7, lns. 53-65). | to set plural entries a color map entry in light of the level of skill in the art of computer graphics. |
| **Claim 4** | | |
| In a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source, the method comprising the steps of. | In a video image **display system** having a **color memory**, a method for displaying a color image in a **terminal independent manner** [meaning that terminals having varying color capabilities are able to receive common input information and each terminal provides a color display that within its capabilities most closely matches that input information] responsive to commands and data received from a command and data source, the method comprising the steps of: | AED512 discloses a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source.<br><br>*See, e.g.*, AED512-2, Introduction/Overview, The AED512 Color Graphics/Imaging Terminal is a powerful tool for displaying data in a variety of applications."<br><br>"Data entered through the channels mentioned above are transferred through the video memory bus switch and the write mask into the video memory planes.... The video screen is refreshed from the contents of the video memory planes through the read mask and the color lookup table (red, green, and blue maps)." AED512-2, Introduction/Overview – System Architecture/Video Storage.<br><br>"The resultant analog video display signal is created by mapping of the video memory contents through the color map settings." AED512-2, Introduction/Overview – System Architecture/Video Storage.<br><br>"All data transfers and functions of the AED512 are controlled by a 6502A microprocessor with the associated microcode memory (RAM and PROM)." AED512-2, Introduction/Overview – System Architecture/Communications.<br><br>*See* Tektronix Emulation, AED512 at p. TCP-7. |
| receiving commands and data from the | receiving commands and data from the command and data source; | AED512 discloses receiving commands and data from a command and data source. Each of the many commands and all of the data described in |

- 77 -

Exhibit 125<br>Page 002466

| Claim | Court's Claim Construction | AED512[8] |
|---|---|---|
| command and data source; | | the reference is received from the command and data source.<br><br>*See, e.g.*, AED512-2, Introduction/Overview – System Architecture/Communications, "All data transfers and functions of the AED512 are controlled by a 6502A microprocessor with the associated microcode memory (RAM and PROM)." |
| reading a first command for selecting a mode of access to the color memory, and responsive to data following the first command, selecting the mode of access to the color memory; | reading first command for selecting a **mode of access** to the **color memory**, and **responsive to data following the first command** [taking some action based on the data following the first command], selecting the **mode of access** to the **color memory**; | AED512 discloses reading a first command for selecting a mode of access to the color memory, and responsive to data following the first command, taking the action of selecting the mode of access to the color memory based on that data.<br><br>*See, e.g.*, AED512-1 at p. TCP-5, "SUB<br><br>Enter Tektronix compatible Graphic Input Mode."<br><br>"GS<br><br>Enter Tektronix-compatible vector drawing mode" AED512-1, p. TCP-3.<br><br>"For maximum flexibility, Tektronix emulation modes can be entered from either alphanumeric mode or from the graphics interpreted." AED512-1, p. TCP-7.<br><br>*See* also, AED512, Introduction/Overview – System Architecture/SUPEROAM®, "The planes are configured into adjacent stacks of 4 planes, each 512 x 512 pixels in area, with a total of 4 bits of depth (16 colors)....<br><br>Keystroke and software code sequences for implementing SUPEROAM® in 1024 x 1024 x 2 as well as the 512 x 512 x 4 configuration illustrated here, are given in the complete USERS MANUAL." |
| reading a second command for setting color data values in the color memory and, responsive to data following the second command, setting the color data values in the | reading a second command for setting **color data values** in the **color memory** and, **responsive to data following the second command** [taking some action based in the data following the second command], **setting** the **color data values** in the **color memory**, | AED512 discloses reading a second command for setting color data values in the color memory and, responsive to data following the second command, taking the action of setting the color data values in the color memory based on that data,<br><br>*See, e.g.*, AED512-1 at p. TCP-2, "SCT addr n (ri gi bi)<br><br>Set up color lookup table" |

- 78 -

Exhibit 125<br>Page 002467

| Claim | Court's Claim Construction | AED512[8] |
|---|---|---|
| color memory, | | |
| reading a third command for accessing color data values in the color memory, and | reading a third command for **accessing [retrieving] color data values** in the **color memory**, and | AED512 discloses reading a third command for accessing (retrieving) color data values in the color memory in accordance with Claim 4.<br><br>*See, e.g.*, AED512-1 at p. TCP-2, "SEC color<br><br>Set current color..."<br><br>"SBC color<br><br>Set background color." AED512-1, p. TCP-2.<br><br>"DIRECT VIDEO MEMORY ACCESS....<br><br>WRD<br><br>Write raster direct." AED512-1, p. TCP-9. |
| displaying a color image associated with the color data values accessed by the third command on a video display terminal. | displaying a color image associated with the **color data values accessed [retrieved]** by the third command on a video display terminal. | AED512 discloses displaying a color image associated with the color data values accessed by the third command on a video display terminal.<br><br>*See, e.g.*, AED512-2, Introduction/Overview — System Architecture/Video Storage, "The resultant analog video display signal is created by mapping of the video memory contents through the color map settings." |


| Claim | Court's Claim Construction | Ramtek 9000 Ser. Programming Manual |
|---|---|---|
| **Claim 2** | | |
| A digital image display system comprising: | A digital image **display system [hardware and software needed to achieve a visible representation of information in a data-processing system]** comprising; | The 9000 Ser. Prog. Manual discloses a digital image display system.<br><br>*See, e.g.*, 9000 Ser. Prog. Manual at p. 1-1, It is the function of the RM 9000 display system to interpret data from the host computer in a specified binary format and compose an image in refresh memory."<br><br>*See* also, " 9000 Ser. Prog. Manual at p. 1-2, "SYSTEM OVERVIEW<br><br>"The overall display system in the normal implementation consists of four major components: the host processor (computer), the computer interface, the RM-9000 display processor and refresh memory, and the display monitor or CRT " 9000 Ser. Prog. Manual, p. 1-2. |
| a color memory for | a **color memory** for storing | The 9000 Ser. Prog. Manual discloses a color |

- 79 -

Exhibit 125<br>Page 002468

| Claim | Court's Claim Construction | Ramtek 9000 Ser. Programming Manual |
|-------|---------------------------|-------------------------------------|
| storing color data values; | **color data values;** | memory for storing color data values. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue.<br><br>*See, e.g.*, 9000 Ser. Prog. Manual at p. A-1, "VIDEO LOOK-UP TABLE" |
| processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | processing means responsive to **predetermined command and data sequences**, the processing means, responsive to a first command, selecting a **mode of access** to the **color memory**; and responsive to a second command, **setting [storing]** a **color data value** in the **color memory**; and<br><br>"Processing means"<br><br>Function:<br><br>The function of this element is:<br><br>(a) selecting a mode of access to the color memory; and<br><br>(b) setting a color data value.<br><br>Structure:<br><br>(a) structure for selecting a mode of access to color memory is:<br><br>Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (*See*, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), and lines 33-43));<br><br>(b) structure for setting a color data value is:<br><br>Data processor 1 programmed | The 9000 Ser. Prog. Manual discloses a processing means responsive to command and data sequences, the processing means, responsive to a first command selecting a mode of access to the color memory; and responsive to a second command setting a color data value in the color memory. If this claim limitation is applied in the manner described in section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims – then the structure of the processing means disclosed in the 9000 Ser. Prog. Manual is the same or equivalent to the structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access to color data values including Graphics Data, Image Data, Text Data, and Raster Data modes of access to the color memory. The processing means is responsive to first command to select one such mode of access.<br><br>processing means responsive to command and data sequences<br><br>*See, e.g.*, 9000 Ser. Prog. Manual at p. 1-2, "The overall display system in the normal implementation consists of four major components: the host processor (computer), the computer interface, the RM-9000 display processor and refresh memory, and the display monitor or CRT."<br><br>responsive to a first command selecting a mode of access to the color memory<br><br>*See, e.g.*, 9000 Ser. Prog. Manual at p. 1-4, "DATA DISPLAY TYPES"<br><br>*See also*, 9000 Ser. Prog. Manual at p. 3-17, "RM-9000 DATA MODES" and Table 3 1 at p. 3 18.<br><br>responsive to a second command setting a color |

Exhibit 125<br>Page 002469

| Claim | Court's Claim Construction | Ramtek 9000 Ser. Programming Manual |
|---|---|---|
| | to perform the algorithm shown in Fig. 3: boxes 304 and 305; and Fig. 5: boxes 501, 504, 506, 508 and 510 (*See*, Col. 5, lines 60-64; Col. 6, lines 12-17; Col. 7, lines 14-17 (except for "or (2) in color mode 0, for setting"), Col. 7, lines 53-64 (except for "The sequence of boxes 504, 506, 508, and 510 is")). | data value in the color memory<br><br>*See, e.g.*, 9000 Ser. Prog. Manual at pp. A-1– A-2, ""TYPE II VIDEO LOOK-UP TABLE"<br><br>"The low-ordered byte of the word 0 of the LAM instruction defines the VLT to be loaded." 9000 Ser. Prog. Manual, p. A-2. |
| display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode. | display means responsive to the processing means, the display means displaying a color associated with the **color data value** accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode.<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system<br>(4) a liquid crystal display; or<br>(5) an LED display (*See e.g.*, Col. 4, lines 50-55). | The 9000 Ser. Prog. Manual discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue.<br><br>*See, e.g.*, 9000 Ser. Prog. Manual at p. 1-1, "It is the function of the RM 9000 display system to interpret data from the host computer in a specified binary format and compose an image in referesh memory."<br><br>*See* also, 9000 Ser. Prog. Manual at p. 1-2, "SYSTEM OVERVIEW"<br><br>"The overall display system in the normal implementation consists of four major components: the host processor (computer), the computer interface, the RM-9000 display processor and refresh memory , and the display monitor or CRT." 9000 Ser. Prog. Manual, p. 1-2. |
| **Claim 3** | | |
| A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory. | A **display system** as recited in claim 2, wherein the processing means responsive to a second command **sets** plural **color data values** in **color memory**.<br><br>"Processing means":<br><br>Function:<br><br>The function of this element is sets plural color data values in color memory. | The 9000 Ser. Prog. Manual discloses a processing means responsive to a second command sets plural color data values in color memory.<br><br>*See, e.g.*, 9000 Ser. Prog. Manual at p. A-1 – A-2, "TYPE II VIDEO LOOK-UP TABLE"<br><br>"The low-ordered byte of the word 0 of the LAM instruction defines the VLT to be loaded." 9000 Ser. Prog. Manual, p. A-2. |

- 81 -

Exhibit 125<br>Page 002470

| Claim | Court's Claim Construction | Ramtek 9000 Ser. Programming Manual |
|---|---|---|
| | Structure:<br><br>Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (*See* Col. 71n. 14-17 [except for "or (2) in color mode 0, for setting"], Col. 7, Ins. 53-65). | |
| **Claim 4** | | |
| In a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data | In a video image **display system** having a **color memory**, a method for displaying a color image in a **terminal independent manner** [meaning that terminals having varying color capabilities are able to receive common input information and each terminal provides a color display that within its capabilities most closely matches that input information] responsive to commands and data received from a command and data source, the | The 9000 Ser. Prog. Manual discloses a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source.<br><br>*See, e.g.*, 9000 Ser. Prog. Manual at p. 1-1, "It is the function of the RM 9000 display system to interpret data from the host computer in a specified binary format and compose an image in refresh memory."<br><br>*See also*, 9000 Ser. Prog. Manual at p. 1-2, "SYSTEM OVERVIEW" |
| received from a command and data source, the method comprising the steps of: | method comprising the steps of: | "The overall display system in the normal implementation consists of four major components: the host processor (computer), the computer interface, the RM-9000 display processor and refresh memory, and the display monitor or CRT." 9000 Ser. Prog. Manual, p. 1-2.<br><br>*See also*, 9000 Ser. Prog. Manual, p. A-1 "VIDEO LOOK-UP TABLE" |
| receiving commands and data from the command and data source; | receiving commands and data from the command and data source; | The 9000 Ser. Prog. Manual discloses receiving commands and data from a command and data source. Each of the many commands and all of the data described in the reference is received from the command and data source.<br><br>*See, e.g.*, 9000 Ser. Prog. Manual at p. 1-2, "The overall display system in the normal implementation consists of four major components: the host processor (computer), the computer interface, the RM-9000 display processor and refresh memory, and the display |

- 82 -

Exhibit 125<br>Page 002471

| Claim | Court's Claim Construction | Ramtek 9000 Ser. Programming Manual |
|---|---|---|
| | | monitor or CRT." |
| reading a first command for selecting a mode of access to the color memory, and responsive to data following the first command, selecting the mode of access to the color memory; | reading first command for selecting a **mode of access** to the **color memory**, and **responsive to data following the first command** [taking some action based on the data following the first command], selecting the **mode of access** to the **color memory**; | The 9000 Ser. Prog. Manual discloses reading a first command for selecting a mode of access to the color memory, and responsive to data following the first command, taking the action of selecting the mode of access to the color memory based on that data. *See, e.g.*, 9000 Ser. Prog. Manual at p. 1-4, "DATA DISPLAY TYPES" *See also*, 9000 Ser. Prog. Manual at p. 3-17, "RM-9000 DATA MODES" and Table 3-1 at p. 3-18. |
| reading a second command for setting color data values in the color memory and, responsive to data following the second command, setting the color data values in the color memory, | reading a second command for setting **color data values** in the **color memory** and, **responsive to data following the second command** [taking some action based in the data following the second command], **setting** the **color data values** in the **color memory**, | The 9000 Ser. Prog. Manual discloses reading a second command for setting color data values in the color memory and, responsive to data following the second command, taking the action of setting the color data values in the color memory based on that data. *See, e.g.*, 9000 Ser. Prog. Manual at p. A-1— A-2, "TYPE II VIDEO LOOK-UP TABLE" "The low-ordered byte of the word 0 of the LAM instruction defines the VLT to be loaded." 9000 Ser. Prog. Manual, p. A-2. |
| reading a third command for accessing color data values in the color memory, and | reading a third command for **accessing** [retrieving] **color data values** in the **color memory**, and | The 9000 Ser. Prog. Manual discloses reading a third command for accessing (retrieving) color data values in the color memory in accordance with Claim 4. *See, e.g.*, 9000 Ser. Prog. Manual at p. 3-65, "PERTINANT PARAMETER OPERANDS" *See also*, 9000 Ser. Prog. Manual at p. 3-65, "FOREGROUND" and "BACKGROUND" "Image data is loaded directly into the refresh memory using the WRITE IMAGE normal-format instructions (*See* Section 3-36)." 9000 Ser. Prog. Manual, p. 1-4. |
| displaying a color image associated with the color data values accessed by the third command on a video display terminal. | displaying a color image associated with the **color data values accessed** [retrieved] by the third command on a video display terminal. | The 9000 Ser. Prog. Manual discloses displaying a color image associated with the color data values accessed by the third command on a video display terminal. *See, e.g.*, 9000 Ser. Prog. Manual at p. 1-1, "It is the function of the RM 9000 display system to interpret data from the host computer in a specified binary format and compose an image |

Exhibit 125
Page 002472

| Claim | Court's Claim Construction | Ramtek 9000 Ser. Programming Manual |
|---|---|---|
| | | in referesh memory."<br><br>*See* also, 9000 Ser. Prog. Manual at p. 1-2, "SYSTEM OVERVIEW"<br><br>"The overall display system in the normal implementation consists of four major components: the host processor (computer), the computer interface, the RM-9000 display processor and refresh memory, and the display monitor or CRT." 9000 Ser. Prog. Manual, p. 1-2. |

| Claim | Court's Claim Construction | ADI |
|---|---|---|
| **Claim 2** | | |
| A digital image display system comprising: | A digital image **display system** [**hardware and software needed to achieve a visible representation of information in a data processing system**] comprising; | ADI discloses a digital image display system.<br><br>*See, e.g.*, ADI at p. 1, "LIGHT is a family of totally compatible display generators with common interfaces, command sets, packaging, and option modules. The product line at present is based on a medium resolution color display generator, Model LIGHT 50."<br><br>"A DISPLAY PERIPHERAL directly attached to a minicomputer via a parallel interface serving as a frame buffer, graphics processor, and/or image processor." ADI, p. 1. |
| a color memory for storing color data values; | a **color memory** for storing **color data values**; | ADI discloses a color memory for storing color data values. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue.<br><br>*See e.g.*, ADI at p. 7, "Resolution cells within the Image contain data which are meaningful as numeric values. There is no inherent relationship between any data value and a specific color on the display screen. Instead, a video look-up table, loaded under control of the LIGHT firmware is used to map or encode data values into colors. During the image refresh process, each data value from the image being displayed is used to address a location in the video look-up table. The data obtained in the video look-up table is used to generate color in the corresponding pixel or pixels on the display |

- 84 -

Exhibit 125
Page 002473

| Claim | Court's Claim Construction | ADI |
|---|---|---|
| | | screen." |
| processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | processing means responsive to **predetermined command and data sequences**, the processing means, responsive to a first command, selecting a **mode of access** to the **color memory**; and responsive to a second command, **setting [storing] a color data value** in the **color memory**; and

"Processing means"

Function:

The function of this element is: (a) selecting a mode of access to the color memory; and (b) setting a color data value.

Structure: (a) structure for selecting a mode of access to color memory is: Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (See, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in-use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background and foreground color"), and lines 3343));

(b) structure for setting a color data value is: Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 304 and 305; and Fig. 5: boxes 501, 504, 506, 508 and 510 (See, Col. 5, lines 60-64; Col. 6, lines 12-17; Col. 7, lines 14 17 (except for "or (2) in color mode 0, for setting"), Col. 7, lines 53-64 (except for "The sequence of boxes 504, 506, | ADI discloses a processing means responsive to command and data sequences, the processing means, responsive to a first command selecting a mode of access to the color memory; and responsive to a second command setting a color data value in the color memory. If this claim limitation is applied in the manner described in section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims – then the structure of the processing means disclosed in ADI is the same or equivalent to the structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access to color data values including the various modes set by the flags associated with each ICB, NTSC mode, IHS, RGB, data transfer, and video look-up table. The processing means is responsive to first command to select one such mode of access.

*a processing means responsive to predetermined command and data sequences*

*See, e.g.,* ADI at p. 1, "The LIGHT command set is homogeneous (uniform) not only for all of the display generators in the product line but, also for all input ports of each device. This means that the command set is identical regardless of which source the command and data stream is coming from."

"Commands begin with a one or two character command code and are followed by a string of operands." ADI, p. 2.

"Since this transfer mode is primarily used for data, it is still the case that commands to initial local functions within LIGHT are routed to the TMS9900 [microprocessor]." ADI, p. 2.

"In general, this means that the application program can send commands to the display generator without concern for how long they might take to execute." ADI, p. 3.

The processing means, responsive to a first command, selecting a mode of access to the color memory including a number of modes such as transfer modes (14) overlay modes (22) look-up table (36) RGB (42) IHS (45) and |

Exhibit 125
Page 002474

| Claim | Court's Claim Construction | ADI |
|---|---|---|
| | 508, and 510 is")). | NTSC (46) modes.<br><br>*The processing means is responsive to a first command selecting a mode of access to the color memory*<br><br>*See e.g.*, ADI at p. 22, "In many cases, the size of the Image or Image memory may not conform to the size of the coordinate space used in a particular application....<br><br>There are 32 flags associated with each ICB. These flags are used to determine various options for the Image. The flags currently are:<br><br>a.   cursor;<br><br>b.   trace mode;<br><br>c.   display enable;<br><br>d.   clipping;<br><br>e.   user coordinate transform;<br><br>f.   dot size selection for XA and XP commands;<br><br>g.   overlay 0 to color display;<br><br>h.   overlay 0 to video look-up table;<br><br>i.   overlay 1 to color display; and<br><br>j.   overlay 2 to video look-up table.<br><br>These flags are set on or off with the F command."<br><br>**"9. SELECTING THE VIDEO LOOKUP TABLE (THE XY COMMAND)"** ADI, p. 36.<br><br>**"7. DATA TRANSFER MODES"** ADI, p. 14.<br><br>**"2. THE RGB PRIMARY COLOR SYSTEM"** ADI, p. 42.<br><br>**"3. THE INTENSITY, HUE, SATURATION COLOR SPECIFICATION"** ADI, p. 45.<br><br>**"4. NTSC COLOR SYSTEM"** ADI, p. 46.<br><br>*The processing means is responsive to a second command for setting a color data value in the color memory*<br><br>*See, e.g.*, ADI at p. 43, "The E command of the LIGHT firmware supports the RGB primary encoding method. To assign a color to a data |

- 86 -

Exhibit 125<br>Page 002475

| Claim | Court's Claim Construction | ADI |
|---|---|---|
| | | value, you need to specify four items – the data value, its red component, its green component, and its blue component. The items are listed in the order that the E command expects its operands."<br><br>"The XE command is used whenever a color system other than the RGB primary color system is used to specify the color encoded for a data value.<br><br>Since the XE command can support several different color systems, the syntax of this command will vary from system to system....<br><br>The XE command syntax for the intensity, hue, saturation system is as follows:<br><br>XEv[n₁n₂n₃]" ADI, p. 49. |
| display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode. | display means responsive to the processing means, the display means displaying a color associated with the **color data value** accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode.<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system<br>(4) a liquid crystal display; or<br>(5) an LED display (*See e.g.,* Col. 4, lines 50 55). | ADI discloses a display means responsive to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue.<br><br>*See, e.g.,* ADI at p. 7, "Resolution cells within the Image contain data which are meaningful as numeric values. There is no inherent relationship between any data value and a specific color on the display screen. Instead, a video look-up table, loaded under control of the LIGHT firmware is used to map or encode data values into colors. During the image refresh process, each data value from the image being displayed is used to address a location in the video look-up table. The data obtained in the video look-up table is used to generate color in the corresponding pixel or pixels on the display screen."<br><br>"While the RGB primary color signals are the principle means for generating displays by the LIGHT unit, the hardware also generates a video signal known as NTSC. NTSC video is the type of signal used in broadcast television." ADI, p. 46. |
| **Claim 3** | | |
| A display system as | A **display system** as recited in | ADI discloses processing means responsive to |

Exhibit 125
Page 002476

| Claim | Court's Claim Construction | ADI |
|---|---|---|
| recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory | claim 2, wherein the processing means responsive to a second command **sets** plural **color data values** in **color memory**. "Processing means": Function: The function of this element is sets plural color data values in color memory. Structure: Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (See Col. 7 In. 14 - 17 [except for "or (2) in color mode 0, for setting"), Col. 7, Ins. 53-65). | a second command setting plural color data values in color memory. *See, e.g.,* ADI at p. 47, "The E command supports setting the video look-up table to several standard palettes. If the data value specified in the E Command is a negative number, which is normally an illegal data value, the E command interprets it as selecting one of six options. A data value of -1 set s the first first 16 locations of the current video look-up table to a 16 level grey scale.... A data value of -2 sets the first sixteen locations of the current video look-up table to 16 distinct colors, listed in Table 1." |
| **Claim 4** | | |
| In a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source, the method comprising the steps of: | In a video image **display system** having a **color memory**, a method for displaying a color image in a **terminal independent manner** [meaning that terminals having varying color capabilities are able to receive common input information and each terminal provides a color display that within its capabilities most closely matches that input information] responsive to commands and data received from a command and data source, the method comprising the steps of: | ADI discloses a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source. *ADI discloses a video image display system* *See, e.g.,* ADI at p. 1, "LIGHT is a family of totally compatible display generators with common interfaces, command sets, packaging, and option modules. The product line at present is based on a medium resolution color display generator, Model LIGHT 50. " "A DISPLAY PERIPHERAL directly attached to a minicomputer via a parallel interface serving as a frame buffer, graphics processor, and/or image processor." ADI, p. 1. *ADI discloses the video image display system having a color memory* *See, e.g.,* ADI at p. 7, "Resolution cells within the Image contain data which are meaningful as numeric values. There is no inherent relationship between any data value and a specific color on the display screen. Instead, a video look-up table, loaded under control of the |

- 88 -

Exhibit 125
Page 002477

| Claim | Court's Claim Construction | ADI |
|---|---|---|
| | | LIGHT firmware is used to map or encode data values into colors. During the image refresh process, each data value from the image being displayed is used to address a location in the video look-up table. The data obtained in the video look-up table is used to generate color in the corresponding pixel or pixels on the display screen." |
| | | *ADI discloses a method for displaying a color image in a terminal independent manner* |
| | | *See, e.g.*, ADI at p. 1, "The LIGHT command set id homogeneous (uniform) not only for all the display generators in the product line but, also for all input ports of each device." |
| | | "This command set homogeneity benefits the user because the device support programs for generating arbitrary control sequences can be written totally independent of which interface is used." ADI, p. 2. |
| receiving commands and data from the command and data source; | receiving commands and data from the command and data source; | ADI discloses receiving commands and data from a command and data source. Each of the many commands and all of the data described in the reference is received from the command and data source. |
| | | *See, e.g.*, ADI at p. 1, "The LIGHT command set is homogeneous (uniform) not only for all of the display generators in the product line but, also for all input ports of each device. This means that the command set is identical regardless of which source the command and data stream is coming from." |
| | | "Commands begin with a one or two character command code and are followed by a string of operands." ADI, p. 2. |
| | | "Since this transfer mode is primarily used for data, it is still the case that commands to initial local functions within LIGHT are routed to the TMS9900 [microprocessor]." ADI, p. 2. |
| | | "In general, this means that the application program can send commands to the display generator without concern for how long they might take to execute." ADI, p. 3. |
| reading a first command for selecting a mode of | reading first command for selecting a **mode of access** to the **color memory**, and | ADI discloses reading a first command for selecting a mode of access to the color memory, and responsive to data following the |

- 89 -

Exhibit 125
Page 002478

| Claim | Court's Claim Construction | ADI |
|---|---|---|
| access to the color memory, and responsive to data following the first command, selecting the mode of access to the color memory; | **responsive to data following the first command** [taking some action based on the data following the first command], selecting the **mode of access** to the **color memory**; | first command, taking the action of selecting the mode of access to the color memory based on that data. *See, e.g.*, ADI at p. 22, "In many cases, the size of the Image or Image memory may not conform to the size of the coordinate space used in a particular application.... There are 32 flags associated with each ICB. These flags are used to determine various options for the Image. The flags currently are: <ul><li>k. cursor;</li><li>l. trace mode;</li><li>m. display enable;</li><li>n. clipping;</li><li>o. user coordinate transform;</li><li>p. dot size selection for XA and XP commands;</li><li>q. overlay 0 to color display;</li><li>r. overlay 0 to video look-up table;</li><li>s. overlay 1 to color display; and</li><li>t. overlay 2 to video look-up table.</li></ul> These flags are set on or off with the F command." ADI, p. 22. **"7. DATA TRANSFER MODES"** ADI, p. 14. **"2. THE RGB PRIMARY COLOR SYSTEM" ADI., p. 42. "3. THE INTENSITY, HUE, SATURATION COLOR SPECIFICATION" ADI, p. 45. "4. NTSC COLOR STYSYEM"** ADI, p. 46. |
| reading a second command for setting color data values in the color memory and, responsive to data following the second command setting the color data values in the color memory, | reading a second command for setting **color data values** in the **color memory** and, **responsive to data following the second command** [taking some action based in the data following the second command], **setting** the **color data values** in the **color memory**, | ADI discloses reading a second command for setting color data values in the f color memory and, responsive to data following the second command, taking the action of setting the color data values in the color memory based on that data. *See, e.g.*, ADI at p. 43, The E command of the LIGHT firmware supports the RGb primary encoding method. To assign a color to a data value, you need to specify four items – the data value, its red component, its green component, |

Exhibit 125
Page 002479

| Claim | Court's Claim Construction | ADI |
|---|---|---|
| | | and its blue component. The items are listed in the order that the E command expects its operands." |
| | | "The XE command is used whenever a color system other than the RGB primary color system is used to specify the color encoded for a data value. Since the XE command can support several different color systems, the syntax of this command will vary from system to system.... |
| | | The XE command syntax for the intensity, hue, saturation system is as follows: |
| | | XEv[n₁n₂n₃]" ADI, p. 49. |
| | | "The E command supports setting the video look-up table to several standard palettes. If the data value specified in the E Command is a negative number, which is normally an illegal data value, the E command interprets it as selecting one of six options. A data value of -1 set s the first first 16 locations of the current video look-up table to a 16-level grey scale.... A data value of -2 sets the first sixteen locations of the current video look-up table to 16 distinct colors, listed in Table 1." ADI, p. 47. |
| reading a third command for accessing color data values in the color memory, and | reading a third command for **accessing [retrieving] color data values** in the **color memory**, and | ADI discloses reading a third command for accessing (retrieving) color data values in the color memory in accordance with Claim 4. |
| | | See, e.g., ADI at p. 22, "In many cases, the size of the Image or Image memory may not conform to the size of the coordinate space used in a particular application.... |
| | | There are 32 flags associated with each ICB. These flags are used to determine various options for the Image. The flags currently are: |
| | | u.   cursor; |
| | | v.   trace mode; |
| | | w.   display enable; |
| | | x.   clipping; |
| | | y.   user coordinate transform; |
| | | z.   dot size selection for XA and XP commands; |

- 91 -

Exhibit 125
Page 002480

| Claim | Court's Claim Construction | ADI |
|---|---|---|
| | | aa.    overlay 0 to color display;<br><br>bb.    overlay 0 to video look-up table;<br><br>cc.    overlay 1 to color display; and<br><br>dd.    overlay 2 to video look-up table.<br><br>These flags are set on or off with the F command."<br><br>**"9. SELECTING THE VIDEO LOOKUP TABLE (THE XY COMMAND)"** ADI, p. 36. |
| displaying a color image associated with the color data values accessed by the third command on a video display terminal. | displaying a color image associated with the **color data values accessed** [retrieved] by the third command on a video display terminal | ADI discloses displaying a color image associated with the color data values accessed by the third command on a video display terminal.<br><br>*See, e.g.,* ADI at p. 7, "Resolution cells within the Image contain data which are meaningful as numeric values. There is no inherent relationship between any data value and a specific color on the display screen. Instead, a video look-up table, loaded under control of the LIGHT firmware is used to map or a encode data values into colors. During the image refresh process, each data value from the image being displayed is used to address a location in the video look-up table. The data obtained in the video look-up table is used to generate color in the corresponding pixel or pixels on the display screen."<br><br>"While the RGB primary color signals are the principle means for generating displays by the LIGHT unit, the hardware also generates a video signal known as NTSC. NTSC video is the type of signal used in broadcast television." ADI, p. 46. |

| Claim | Court's Claim Construction | Kanade |
|---|---|---|
| **Claim 2** | | |
| In a digital image display system: | In a digital image **display system** [hardware and software, needed to achieve a visible representation of information in a data-processing system]: | Interface discloses a digital image display system.<br><br>*See e.g.,* Figs. 1 & 2; *see also* pp. 8-9 |
| a color memory for | a **color memory** for storing | Interface discloses a color memory for storing |

Exhibit 125
Page 002481

| Claim | Court's Claim Construction | Kanade |
|---|---|---|
| storing color data values; | **color data values**; | color data values (the color lookup table).<br><br>*See, e.*g., p. 10, "The display uses a 32 bits x 8 KW MOS/RAM Toko TM350 memory system (hereinafter termed the "main memory") and a 15 bits x 256 W small capacity Schottky bipolar RAM comprising 15 Intel Corporation 3106A modules (hereinafter termed the "submemory").<br><br>These memories are used to produce the direct display mode and the indirect display mode methods of displaying, corresponding to the two types of requirements described in Section 2."<br><br>*See also id.* at 11 ("the RGB values for the colors to correspond to each of the color numbers are stored in the submemory"). |
| processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | processing means responsive to **predetermined command and data sequences**, the processing means, responsive to a first command, selecting a **mode of access** to **color memory**; and responsive to a second command, **setting [storing]** a **color data value** in the **color memory**; and<br><br>"Processing means" | Interface discloses a processing means (data processing) responsive to a command and data sequence comprising at least one command, the processing means decoding the command and data sequence, the command and data sequence selecting one of a plurality of modes of access to (manner of retrieving) color data values.<br><br>*See, e.g.,* Interface at 8 ("In the image 110, control such as mode switching, the degree of amplification, clamp level switching and the like can be performed through either manual operations or instructions from the computer."); see also Interface at 30("As already described, in our laboratory we have developed an interactive image processing research system that can promote a broad range of image processing research in an easy man machine interactive way. In order to take full advantage of the functions of the image I/O equipment that has been described, the equipment is built into a system as part of an interactive image processing system.<br><br>It is important to provide software that is able to take advantage of these feature functions in order to facilitate the use of image I/O equipment such as this.<br><br>Let us discuss two or three points that must be considered when creating the software, looking at several cases wherein [the equipment] is used. Note that in our system the functions described below are mostly produced through the minicomputer the MACC7/F on the terminal |

- 93 -

Exhibit 125
Page 002482

| Claim | Court's Claim Construction | Kanade |
|-------|---------------------------|--------|
| | | side, and thus from the perspective of the central computer (the NEA C2200/250) used in subroutines, the minicomputer and the TV image I/O equipment form a single unit, possessing extremely sophisticated capabilities.). |
| | | *See also, e.g.*, Interface at 31 ("    In natural-color display wherein gray scale images obtained through R, G, and B filters are composited in color images, and in multiband images, it is necessary to assign R, G, and B to each of the band images to composite the images for displaying on a color TV. A program titled MULTISPECTRAL performs the compositing of the images picname 1, ..., picname n, which are files in the system. |
| | | Here the image gray scale levels corresponding to R, G, and B are written sequentially to the part wherein the intensity levels for R, G, and B for each pixel is stored in the main memory, and [this compositing] is achieved through displaying in direct mode. |
| | | In the program, the size of the images when displayed are altered to display in the size of the direct mode images automatically, regardless of the original size of the image, so, in the memory structure, there are independent image frames corresponding to R, G, and B."). |
| | | When performing color composition of a multiband photograph having about four bands, when the MULTISPECTRAL program from (1) is used, the three band images are selected and R, G, and B are assigned respectively for performing color composition. However, in order to emphasize most greatly that which is of most interest in a multiband photograph, it is possible to use the indirect display mode to convert the color image using any given color scheme for the entire multiband image, rather than sampling compositing the three bands of R, G, 4 and B. |
| | | Fig. 20 shows the compositing method when there are four bands. On the main memory side, the gray scale for each of the band images is divided into four levels (2 bits: 0-3), and each individual pixel (8 bits in the main memory) in the indirect A mode of the color TV display device is structured from gray scale values that are two bits each for the pixels corresponding to |

- 94 -

Exhibit 125
Page 002483

| Claim | Court's Claim Construction | Kanade |
|-------|---------------------------|--------|
| | | the four band images. In pixels with this structure, it is possible to perform color composition flexibly because it is possible to display the colors that are indicated in the submemory using, as the address, the value when the entire pixel is used as a single number. In other words,  Fig. 20 Arbitrary color composition for multiband photographs (with four bands) $$\begin{cases} R = f_R \ ( V_1, \ V_2, \ V_3, \ V_4 ) \\ G = f_G \ ( V_1, \ V_2, \ V_3, \ V_4 ) \\ B = f_B \ ( V_1, \ V_2, \ V_3, \ V_4 ) \end{cases}$$ Here each $V_i$ is the value (2 bits) for the pixel corresponding to the ith band image, and R, G, and B are the R, G, and B values written to the submemory (5 bits each). This conversion is performed for all combinations of V1, V2, V3 and V4 (256 combinations), and the results are written to the submemory. R, G, and B are calculated, and written to the submemory, through applying $\{r_i, g_i, b_i\}$ in the equations $$R = \sum_{i=1}^{4} r_i \ V_i, \quad G = \sum_{i=1}^{4} g_i \ V_i, \quad B = \sum_{i=1}^{4} b_i \ V_i,$$ when linking $f_R$, $f_G$, $f_B$ in linear combinations of V1, V2, V3, and V4. $r_i$, $g_i$, and b, can be determined experimentally or statistically through discriminate analysis."); *see also* Interface at 33 ("rewriting the submemory" with Dynamic Psuedo Color Enhancement). The commands and data may also be entered by the user. *See* Fig. 7 (display controller unit including the MACC 7/F and I/O Control); *see also* Interface at 22 ("The operating desk provides several functions for performing man |

- 95 -

Exhibit 125
Page 002484

| Claim | Court's Claim Construction | Kanade |
|-------|---------------------------|--------|
| | | machine interactions using the color TV display. (See Photograph 3.) Of these, the cursor for specifying a position and the color specification joystick will be described below. For the joystick, an inexpensive control joystick volume 7X3, manufactured by ALPS electronics, was used as a balance control with four-channel stereo as the joystick_ This joystick changes the values of two variable resistors in the direction in which the joystick is inclined. Moreover, the A/D conversion that is performed at regular intervals in the circuits in (5) and (6), described below, is performed using the following approach.<br><br><br><br>[1] (3) Color combination used in the Indirect B mode (16 combinations)<br>(4) Mode switch<br>(5) Sense switch<br>(6) Interrupt switch<br>(7) Switch for upper/lower plane in indirect A mode<br>(8) Intensity specification volume control<br>(9) Specified color R, G, and B value (5 bits each)<br>(10) Joystick for color plane specification<br>(11) Color specification functions On/Off<br>(12) Specified coordinate values X and Y (8 bits each)<br>(13) Coordinate specification joystick<br>(14) Area specification button<br>(15) Cursor display On/Off<br><br>Photograph 3: Operating desk for the color TV display.")<br><br>*See also* Interface at 21-22 ("The output of the MM output data decoder circuit is placed on the DD data bus, and that data is then used as the submemory address. The connections between the DD data bus and the submemory address (SMA0 ..., SMA7) are as shown in Fig. 13. |

- 96 -

Exhibit 125<br>Page 002485

| Claim | Court's Claim Construction | Kanade |
|---|---|---|
| | | <br><br>Fig. 13: Connection Relationships Between the DD Bus and<br><br>The submemory R/W select is normally in the read state (except when the MACC is writing to the submemory). Consequently, after the values of SMA0through SMA7 have been determined (that is after the values of the DD data bus have been determined), then after approximately 60 ns have elapsed, data corresponding to the color number is set on the indirect mode data bus (ID0, ...,ID14). " |
| display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode. | display means responsive to the process means, the display means displaying the colors associated with the **color data values** accessed by the selected mode.<br><br>"Display means"<br><br><u>Function</u>:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode<br><br><u>Structures</u>:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system;<br>(4) a liquid crystal display; or<br>(5) an LED display (*See e.g.,* Col. 4, lines 50-55). | Interface discloses a display means responsive to the process means, the display means displaying the colors associated with color data values accessed by the selected mode.<br><br>*See e.g.,* Interface at 8-9 (color TV display unit, Sony KV 16l 1). |
| **Claim 3** | | |

- 97 -

Exhibit 125<br>Page 002486

| Claim | Court's Claim Construction | Kanade |
|---|---|---|
| A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory | A **display system** as recited in claim 2, wherein the processing means responsive to a second command **sets** a plural **color data values** in **color memory**.<br><br>"Processing means":<br><br>Function:<br><br>The function of this element is setting the plural color data values in color memory.<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (See Col. 7,.lns. 14-17 [except for "or (2) in color mode 0, for setting"], Col.7, ins. 53-65). | Interface discloses a display system wherein the processing means responsive to of second command sets plural color data values in color memory.<br><br>*See, e.g.*, Interface at 33 ("      Pseudo color enhancement is extremely simple when using the indirect mode. Moreover, rewriting the submemory can be performed asynchronously with the TV display, so the color assignments can be shifted cyclically,").<br><br>*See also, e.g.*, Interface at 30 ("In natural-color display wherein gray scale images ,obtained through R, G, and B filters are composited in color images, and in multiband images, it is necessary to assign R. G, and B to each of the band images to composite the images for displaying on a color TV. A program titled MULT1SPECTRAL performs the compositing of the images picname 1, ..., picname n, which are files in the system.<br><br>Here the image gray scale levels corresponding to R, G, and B are written sequentially to the part wherein the intensity levels for R, G, and B for each pixel is stored in the main memory, and [this compositing] is achieved through displaying in direct mode."). |

| Claim | Court's Claim Construction | Sloan: "Color Map techniques" |
|---|---|---|
| **Claim 2** | | |
| A digital image display system comprising: | A digital image **display system** **[hardware and software needed to achieve a visible representation of information in a data-processing system]** comprising; | Sloan discloses a digital image display system.<br><br>*See, e.g.* , Sloan at p. 297, "Full color, raster-scan displays are increasingly popular media for computer graphics.... Typically, the image is represented as a complete array of picture elements (pixels), with each pixel representing a small area of fixed size and position in the image. A pixel, in turn, is represented as a set of bits..."<br><br>"Values may be selected, "gamma corrected," and spread over the available range of the monitor." Sloan, p. 301. |

- 98 -

Exhibit 125
Page 002487

| Claim | Court's Claim Construction | Sloan: "Color Map techniques" |
|---|---|---|
| a color memory for storing color data values; | a **color memory** for storing **color data values**; | Sloan discloses a color memory for storing color data values. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue. *See, e.g.*, Figure 1, Sloan at p. 298. "Fig. 1, The color map. An i-bit pixel in the image memory is used as an index into the color map. At this address in the map is found a value which is interpreted by the hardware as a color or intensity for display." |
| processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and | processing means responsive to **predetermined command and data sequences**, the processing means, responsive to a first command, selecting a **mode of access** to the **color memory**; and responsive to a second command, **setting [storing]** a **color data value** in the **color memory**; and<br><br>"Processing means"<br><br>Function:<br><br>The function of this element is:<br><br>(a) selecting a mode of access to the color memory; and<br><br>(b) setting a color data value.<br><br>Structure:<br><br>(a) structure for selecting a mode of access to color memory is:<br><br>Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 301-303; Fig. 4: boxes 401-405, 407, 408, and 411 (See, Col. 5, line 60 - Col. 6, line 19, Col. 6, lines 20-23 (except for "and for setting foreground and background in use colors for two of these modes"), lines 24-29, 29-32 (except for "and the background | Sloan discloses a processing means responsive to command and data sequences, the processing means, responsive to a first command selecting a mode of access to the color memory; and responsive to a second command setting a color data value in the color memory. If this claim limitation is applied in the manner described in section VI of this reexamination request – Lucent's Admissions Regarding the '759 Patent Claims – then the structure of the processing means disclosed in Sloan is the same or equivalent to the structure identified in the Court's claim construction order. The processing means selects from a plurality of modes of access to color data values including true color modes of access and indirect modes of access as well as background, foreground and RGB modes of access to the color memory. The processing means is responsive to first command to select one such mode of access.<br><br>*See, e.g.*, Sloan at p. 314, "Once these display images have been written into the image memory, we can control the display by manipulating the color map. We can now chose [sic] to display the complete gray-scale image on the gray-scale monitor (with full precision), a reduced precision (min(r,g,b) bits) gray-scale image on the RGB monitor with any combination of the |

Exhibit 125
Page 002488

| Claim | Court's Claim Construction | Sloan: "Color Map techniques" |
|---|---|---|
| | and foreground color"), and lines 33-43)); <br><br>(b) structure for setting a color data value is: <br><br>Data processor 1 programmed to perform the algorithm shown in Fig. 3: boxes 304 and 305; and Fig. 5: boxes 501, 504, 506, 508 and 510 (See, Col. 5, lines 60-64; Col. 6, lines 12-17; Col. 7, lines 14-17 (except for "or (2) in color mode 0, for setting"), Col. 7, lines 53-64 (except for "The sequence of boxes 504, 506, 508, and 510 is")). | colored binary overlay images. or just the binary overlays against a constant color background. The binary overlays may be assigned arbitrary colors. They may be made invisible, act as colored filters for what lies beneath, or be opaque. The order in which they are stacked with respect to the viewer may also be manipulated.... To exercise these options the user must specify: <br><br>(a) the monitor (Gray-scale vs RGB), <br><br>(b) a permutation (a priority ordering) of the binary overlays, <br><br>(c) a color for each binary overlay, <br><br>(d) a density for each binary overlay (on a scale from opaque to invisible), and <br><br>(e) how to use the gray-scale image (either beneath the binary overlays in one number of forms, or replaced by a constant background)." <br><br>"If our display needs are fixed, then we can make the two decisions outlined above and paint an appropriate picture on the display screen. Suppose, however, that we need to switch quickly among various display modes. The color map can be used to perform this switching, without changing the image memory." Sloan, p. 313. <br><br>*See also*, Sloan at p. 315, "3.7 Color System Transformations." <br><br>"Color maps provide a method of allocating bit planes flexibly; they include the true color configurations as a special case." Sloan, p. 297. <br><br>*responsive to a second command setting a color data value in the color memory* <br><br>*See, e.g.*, Sloan at p. 300, "All of these intensity transformations can be done very easily with a writable color map under program control." |
| display means | display means responsive to | Sloan discloses a display means responsive |

- 100 -

Exhibit 125<br>Page 002489

| Claim | Court's Claim Construction | Sloan: "Color Map techniques" |
|---|---|---|
| responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode. | the processing means, the display means displaying a color associated with the **color data value** accessed by the selected mode.<br><br>"Display means"<br><br>Function:<br><br>The function of this element is displaying the colors associated with the color data values accessed by the selected mode.<br><br>Structures:<br><br>(1) monitor;<br>(2) television set;<br>(3) video projection system<br>(4) a liquid crystal display; or<br>(5) an LED display (*See* e.g., Col. 4, lines 50-55). | to the processing means displaying the colors associated with the color data values accessed by the selected mode. The color data values stored in the color memory are indexed by numbers. The color data values that are called are color components of particular colors such as red, green, and blue.<br><br>*See, e.g.*, Sloan at p. 297, "Full color, raster-scan displays are increasingly popular media for computer graphics.... Typically, the image is represented as a complete array of picture elements (pixels), with each pixel representing a small area of fixed size and position in the image. A pixel, in turn, is represented as a set of bits..."<br><br>"Values may be selected, "gamma corrected," and spread over the available range of the monitor." Sloan, p. 301. |
| **Claim 3** | | |
| A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory. | A **display system** as recited in claim 2, wherein the processing means responsive to a second command sets plural **color data values** in **color memory**.<br><br>"Processing means":<br><br>Function:<br><br>The function of this element is sets plural color data values in color memory.<br><br>Structure:<br><br>Data processor 1 programmed to perform the algorithm of Fig. 5, Boxes 501, 504, 506, 508 and 510 and the line exiting box 510 (*See* Col. 71n. 14-17 [except for "or (2) in color mode 0, | Sloan discloses a processing means responsive to a second command sets plural color data values in color memory.<br><br>*See, e.g.*, Sloan, Abstract, "We present several techniques and applications which depend on such a color map to provide fast and flexible changes to the display without rewriting the image memory"<br><br>"All of these intensity transformations can be done very easily with a writable color map under program control." Sloan, p. 300.<br><br>Additionally, it would be obvious to one of skill in the art of computer graphics to include the ability to set plural entries a color map entry in light of the level of skill in the art of computer graphics. |

- 101 -

Exhibit 125<br>Page 002490

| Claim | Court's Claim Construction | Sloan: "Color Map techniques" |
|---|---|---|
|  | for setting"], Col. 7, 1ns. 53-65). |  |

## IX.     CONCLUSION

A substantial new question of patentability of claims 1–4 is raised in view of the prior art discussed above.

The Requestor respectfully submits that the '759 patent be reexamined in view of the showing in this Request that a substantial new question of patentability is present.

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

Kenneth L. Cage
Registration No. 26,151

**Please recognize our Customer No. 20277 as our correspondence address.**

600 13th Street, NW
Washington, D.C.  20005
Phone:  (202) 756-8000
Facsimile:  (202) 756-8087
**Dated:  July 24, 2007**

- 102 -

Exhibit 125
Page 002491