# SCHMIDT DECLARATION EXHIBIT 128

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/008,721 | 07/24/2007 | 4439759 | 75543-014 | 7264 |

7590  10/22/2007

Lucent Technologies, Inc.
600 Mountain Avenue
P. O. Box 636
Murray Hill, NJ  07974

EXAMINER

ART UNIT | PAPER NUMBER

DATE MAILED: 10/22/2007

Please find below and/or attached an Office communication concerning this application or proceeding.

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

McDermott Will & Emery LLP

600 13th Street N. W.

Washington, DC 20005-3096

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/008,721*.

PATENT NO. *4439759*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

Exhibit 128
Page 002508

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. 90/008,721 | Patent Under Reexamination 4439759 |
|---|---|---|
| | Examiner Charles R. Craver | Art Unit 3992 |

--*The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--

The request for *ex parte* reexamination filed <u>24 July 2007</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:  a)☐ PTO-892,    b)☒ PTO/SB/08,    c)☒ Other: <u>DETAILED ACTION</u>

1. ☒  The request for *ex parte* reexamination is GRANTED.

   RESPONSE TIMES ARE SET AS FOLLOWS:

   For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

   For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐  The request for *ex parte* reexamination is DENIED.

   This decision is not appealable (35 U.S.C. 303(c)). Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181 ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE REGULATIONS UNDER 37 CFR 1.183.**

   In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

   a) ☐ by Treasury check or,

   b) ☐ by credit to Deposit Account No. _____, or

   c) ☐ by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

cc:Requester ( if third party requester )
U.S. Patent and Trademark Office
PTOL-471 (Rev. 08-06)                Office Action in *Ex Parte* Reexamination                Part of Paper No. 20071021

Exhibit 128
Page 002509

Application/Control Number: 90/008,721 Page 2
Art Unit: 3992

### DETAILED ACTION

1. A Substantial New Question of Patentability (SNQ) affecting claims of US Patent **4,439,759** is raised by the request for reexamination filed 7/24/07 by the 3RD Party.

2. Reexamination has been requested of claims **1-4** of the instant '759 Patent.

3. The instant Patent is currently assigned to Lucent Technologies, Inc and issued 3/27/84 based on US Pat Application Ser. No. 265,195, filed 5/19/81. The instant Patent is expired, but still enforceable.

4. The instant Patent under Reexamination is currently under litigation, see *Lucent Technologies, Inc. v. Gateway, Inc. et al.,* Case No. 02-CV-2060 B (WMc) consolidated with Case Nos. 03-CV-699 B (WMc) and 03-CV-1108 B (WMc).

5. In the request, the Third Party asserts that claims are anticipated under 35 USC 102, rendered unpatentable under 35 USC 103 or rendered unpatentable under Double Patenting by the following references:
    a. D. Foley et al, "Raster Graphics Extensions to the Graphics Compatibility System (GCS)", March 1979.
    b. D. Foley et al, "Some Raster Graphics Extensions to the Graphics Compatibility System", August 1979 issue of Computer Graphics, A Quarterly Report of SIGGRAPH-ACM, Vol. 13, No. 2
    c. Status Report of the Graphic Standards Planning Committee, August, 1979 issue of Computer Graphics, A Quarterly Report of SIGGRAPH-ACM, Vol. 13, No. 3
    d. U.S. Patent No. 4,213,189 to Mueller et al
    e. AED512 Color Graphics Terminal - Terminal Command Protocol
    f. AED512 Color Graphics & Imaging Terminal
    g. Ramtek Programming Manual 9000 Series (RM 9100, 9200, 9300) Graphic Display System
    h. ADI User's Guide - LIGHT 50
    i. Kanade, "Image I/O Device for Image Processing: Color TV Display and TV Camera Input"
    j. "Color Map Techniques" by Kenneth R. Sloan, Jr. and Christopher M. Brown

6. The Third Party asserts that above listed prior art anticipates instant claims as follows:
    a. Claims 1-4 are asserted as anticipated by Foley reference A;
    b. Claims 1-4 are asserted as anticipated by *Status Report* reference C.
    c. Claims 1-4 are asserted as anticipated by AED512;
    d. Claims 2-4 are asserted as anticipated by ADI;

Exhibit 128
Page 002510

Application/Control Number: 90/008,721     Page 3
Art Unit: 3992

       e. Claims 2-4 are asserted as anticipated by Ramtek;
       f. Claims 1-4 are asserted as anticipated by Mueller;
       g. Claims 2-3 are asserted as anticipated by Kanade;
       h. Claim 2 is asserted as anticipated by Sloan;

7. The Third Party asserts that above listed prior art renders unpatentable instant claims as follows:
       a. Claim 1 is asserted as unpatentable over Foley in view of Mueller;
       b. Claim 3 is asserted as unpatentable over Sloan;

8. It is noted that the Third Party generically asserts a number of other SNQs (see *e.g.* Section 2 of p. 6 of the instant request, asserting a number of combinatory SNQs), yet none of said alleged SNQs are described in detail. The Examiner lists above the SNQs that are actually described in detail in actual claim comparisons[1]. In addition, Third Party appears to assert that the first three references create a single anticipatory reference, however again no detailed description of any related SNQ is offered.

9. It is agreed that an SNQ is raised by the above Foley reference A, *Status Report* reference C, AED512, ADI, Ramtek, Kanade, Mueller and Sloan references over claims 1-4 of the instant Patent. In view of Third Party's analysis on pp. 21-102 of the request, a number of references noted above are newly cited art, and as such the number of references raise an SNQ regarding claims 1-4 of the instant Patent as they disclose an analogous apparatus and thus a reasonable examiner would have found said references germane to an analysis of patentability of the instant claims. They thus raise a substantial new question of patentability over said claims, which question has not been decided in a previous examination of the Patent, nor considered in holding of invalidity by Federal Court.

10. Cited Foley reference B fails to raise an SNQ as no specific SNQ over said reference is described in detail.

11. Claims 1-4 will thus be subject to reexamination.

Since requester did not request reexamination of claims 5-10 and did not assert the existence of a substantial new question of patentability (SNQ) for such claims (see 35 U.S.C. § 311(b)(2); see also 37 CFR 1.915b and 1.923), such claims will not be reexamined. This matter was squarely addressed in *Sony Computer Entertainment America Inc., et al. v. Jon W. Dudas*, Civil Action No. 1:05CV1447 (E.D.Va. May 22, 2006), Slip Copy, 2006 WL 1472462. The District Court upheld the Office's discretion to

---

[1] While it is noted that the Third Party adds a generic obviousness statement in a single footnote on p. 21 of the request, such is not sufficient to adequately describe the number of combinatory SNQs alleged in e.g. p. 6.

Exhibit 128
Page 002511

Application/Control Number: 90/008,721                                          Page 4
Art Unit: 3992

not reexamine claims in an *inter partes* reexamination proceeding other than those claims for which reexamination had specifically been requested.

### *Conclusion*

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extension of time in *ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

The Patent Owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving the instant Patent throughout the course of this reexamination proceeding.

ALL correspondence relating to this *ex parte* reexamination proceeding should be be directed as follows:
Please mail any communications to:

Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA   22313-1450

Please FAX any communications to:

(571) 273-9900
Central Reexamination Unit

Please hand-deliver any communications to:

Customer Service Window
Attn:  Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA  22314

Any inquiry concerning this communication or earlier communications from the Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should be directed to the Central Reexamination Unit at telephone number (571) 272-7705.
Signed:

Exhibit 128
Page 002512

Application/Control Number: 90/008,721 Page 5
Art Unit: 3992

Charles Craver
Primary Examiner
Central Reexamination Unit 3992
(571) 272-7849

Conferees:

Ovidio Escalante

MARK J. REINHART
SPRE-AU 3992
CENTRAL REEXAMINATION UNIT

Exhibit 128
Page 002513

1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
3  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
4

   Joseph A. Micallef (admitted *pro hac vice*)
5  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
6  Washington, D.C. 20004-1206
   Telephone: (202) 942-5000
7  Facsimile: (202) 942-5999

8  Joel M. Freed (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
9  600 13th Street, N.W.
   Washington, D.C. 20005-3096
10 Telephone: (202) 756-8000
   Facsimile: (202) 756-8087
11
   Attorneys for *Dell Inc.*
12

13
                    UNITED STATES DISTRICT COURT
14
                   SOUTHERN DISTRICT OF CALIFORNIA
15

16

17 LUCENT TECHNOLOGIES INC. and        )   Case No. 07-CV-2000-H (CAB)
   MULTIMEDIA PATENT TRUST,            )   consisting of matters severed from
18                                     )   consolidated cases:
       Plaintiffs and Counterclaim-defendants, )   Case No. 02-CV-2060-B (CAB)
19                                     )   Case No. 03-CV-0699-B (CAB)
       v.                              )   Case No. 03-CV-1108-B (CAB)
20                                     )
   GATEWAY, INC. AND GATEWAY           )
21 COUNTRY STORES LLC, GATEWAY         )
   COMPANIES, INC., GATEWAY            )   **CERTIFICATE OF SERVICE**
22 MANUFACTURING LLC and               )
   COWABUNGA ENTERPRISES, INC.,        )
23                                     )
       Defendants and Counter-claimants, )
24                                     )
   and                                 )
25                                     )
   MICROSOFT CORPORATION,              )
26                                     )
       Intervener and Counter-claimant, )
27

28

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Exhibit 128
Page 002514

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, )
| 2 |     Plaintiff and Counter-defendant, )
| 3 | v. )
| 4 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, )
| 5 | )
| 6 |     Defendants and Counter-claimants, )
| 7 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, )
| 8 |     Plaintiffs and Counterclaim-defendants, )
| 9 | v. )
| 10 | DELL INC., )
| 11 |     Defendant and Counter-claimant. )

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Exhibit 128
Page 002515

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 555 12th Street, N.W., Washington, DC 20004.

I HEREBY CERTIFY that on this 26th day of October 2007, in Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases: Case No. 02-CV-2060-B (CAB), Case No. 03-CV-0699-B (CAB), and Case No. 03-CV-1108-B (CAB), I caused a copy of the following document to be served on all counsel of record via the methods indicated below:

    1.    Supplemental Expert Report of The Honorable Gerald J. Mossinghoff on U.S. Patent No. 4,439,759 Granted to Fleming Et Al.

A true and complete copy of the above named document was served on counsel listed below by the indicated methods:

### VIA FEDERAL EXPRESS AND ELECTRONIC MAIL

David Hahn
Sue Frost
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101
dhahn@hahnadema.com
sfrost@hahnadema.com

### VIA ELECTRONIC MAIL

Robert Appleby
Jon T. Hohenthaner
Alan Kellman
Jay Mafale
KIRKLAND & ELLIS, LLP
Citicorp Center
153 East 53rd Street
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com
akellman@kirkland.com
jmafale@kirkland.com

Christopher S. Marchese
John E. Gartman
Jennifer Bettencourt
Susie Rodriguez

- 1 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Exhibit 128
Page 002516

```
                    Donna Rousseau
                    John Thornburgh
                   FISH & RICHARDSON
                   12390 El Camino Real
                   San Diego, CA  92130
                 Telephone:  (858) 678-5070
                 Facsimile:  (858) 678-5099
                     marchese@fr.com
                     gartman@fr.com
                    bettencourt@fr.com
                    srodriguez@fr.com
                    thornburgh@fr.com

                      Bryan Farney
                     Jeffrey B. Plies
                     Lawrence Fluker
                      DECHERT LLP
              106 East 6th Street, Suite 800
                     Austin, TX  78701
                 Telephone:  (512) 394-3000
                 Facsimile:  (512) 394-3001
                 bryan.farney@dechert.com
                   jeff.plies@dechert.com
                lawrence.fluker@dechert.com

                     David J. Zubkoff
          SELTZER, CAPLAN, MCMAHON & VITEK
                  750 "B" Street, Suite 2100
                  San Diego, California 92101
                  Telephone: 619-685-3003
                  Facsimile: 619-702-6827
                     zubkoff@scmv.com
```

I declare that I am an employee in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on October 26th, 2007, at Washington, D.C.

By: _____
   Mark Lawrence
   Legal Assistant

- 2 -

Case No. 07-CV-2000-H (CAB) consisting of matters severed from consolidated cases:
Case No. 02-CV-2060-B (CAB); Case No. 03-CV-0699-B (CAB); Case No. 03-CV-1108-B (CAB)

Exhibit 128
Page 002517