1  David A. Hahn (SBN 125784)
   HAHN & ADEMA
2  501 West Broadway, Suite 1600
   San Diego, California 92101-3595
3  Telephone: (619) 235-2100
   Facsimile: (619) 235-2101

4  Attorney for Plaintiffs *Lucent Technologies Inc.*
   and *Multimedia Patent Trust*
5

6  **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**
7

8  LUCENT TECHNOLOGIES INC. and          | Case No. 07-CV-2000-H (CAB)
   MULTIMEDIA PATENT TRUST,
9                                         | consisting of matters severed from
                Plaintiffs,                | consolidated cases:
10       v.
                                           | Case No. 02-CV-2060 B (CAB)
11 GATEWAY, INC., GATEWAY COUNTRY         | Case No. 03-CV-0699 B (CAB)
   STORES LLC, GATEWAY COMPANIES,         | Case No. 03-CV-1108 B (CAB)
12 INC., GATEWAY MANUFACTURING LLC
   and COWABUNGA ENTERPRISES, INC.,       | **MULTIMEDIA PATENT TRUST'S**
13                                         | **AND LUCENT'S MOTION AND**
                Defendants,                | **NOTICE OF MOTION TO FILE**
14       and                               | **UNDER SEAL PURSUANT TO**
                                           | **LOCAL RULE 79-2**
15 MICROSOFT CORPORATION,

16              Intervener.                | Date:      February 11, 2008
   MICROSOFT CORPORATION,                  | Time:      10:30 A.M.
17                                         | Courtroom: 13
                Plaintiff,                 | Judge:     Hon. Marilyn L. Huff
18       v.

19 LUCENT TECHNOLOGIES INC.,

20              Defendant.

21 LUCENT TECHNOLOGIES INC. and
   MULTIMEDIA PATENT TRUST,
22
                Plaintiffs,
23       v.

24 DELL INC.,

25              Defendant.

26

27

28

1   PLEASE TAKE NOTICE THAT on February 11, 2008, at 10:30 a.m., pursuant to Civil
2   Local Rule 79-2, Multimedia Patent Trust and Lucent Technologies Inc. ("Lucent") hereby requests
3   an Order sealing exhibits 11, 14, 21, 25, 44, 48-49, 54-55, 57-64, 70, 72-76, 79-80, 87-114, 116, and
4   121 from the Declaration of Jennifer J. Schmidt In Support Of Multimedia Patent Trust's and
5   Lucent's Motions *In Limine*.  This motion is based on the accompanying Declaration Of Jennifer J.
6   Schmidt In Support Of Multimedia Patent Trust's And Lucent's Motion To File Under Seal Pursuant
7   To Civil Local Rule 79-2 Multimedia Patent Trust's and Lucent's Motions *In Limine*.  As set forth in
8   that Declaration, the above listed exhibits contain information designated "confidential" under the
9   Stipulated Protective Order in this case by counsel for Microsoft, Dell, Gateway, and Lucent.

11  Dated:  January 14, 2008

                                By:        S/David A. Hahn
                                    David A. Hahn, SBN 125784
                                    HAHN & ADEMA
                                    501 West Broadway, Suite 1600
                                    San Diego, California  92101-3595
                                    Telephone:  (619) 235-2100
                                    Facsimile:  (619) 235-2101

                                    John M. Desmarais (admitted *pro hac vice*)
                                    Robert A. Appleby (admitted *pro hac vice*)
                                    James E. Marina (admitted *pro hac vice*)
                                    KIRKLAND & ELLIS LLP
                                    153 East 53rd Street
                                    New York, New York  10022
                                    Telephone:  (212) 446-4800
                                    Facsimile:  (212) 446-4900

                                    Attorneys for *Multimedia Patent Trust and
                                    Lucent Technologies Inc.*

## MEMORANDUM AND POINTS OF AUTHORITY

Multimedia Patent Trust and Lucent submit this memorandum of points and authorities in support of its motion under Civil Local Rule 79-2, to file under seal certain exhibits filed with Multimedia Patent Trust's and Lucent's Motion for Summary Judgment.

"Protective orders and filings under seal are the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated." *In re Adobe Sys., Inc. Securities Lit.*, 141 F.R.D. 155, 161-162 (N.D. Cal. 1992).

Exhibits 25, 44, 58-64, 74-75, and 110-114 from the Declaration of Jennifer J. Schmidt In Support Of Multimedia Patent Trust's and Lucent's Motions *In Limine* ("Motions *In Limine* Declaration") have been designated confidential by counsel for Microsoft. Upon information and belief these references contains information deemed confidential by Microsoft. (*See* Declaration Of Jennifer J. Schmidt In Support Of Multimedia Patent Trust's And Lucent's Motion To File Under Seal Pursuant To Civil Local Rule 79-2.)

Exhibits 11, 14, and 73 from the Motions *In Limine* Declaration have been designated confidential by counsel for Dell. Upon information and belief these references contains information deemed confidential by Dell. (*See id.*)

Exhibit 21 from the Motions *In Limine* Declaration has been designated confidential by counsel for Gateway. Upon information and belief these references contains information deemed confidential by Gateway. (*See Id.*)

Exhibits 54, 55, 57, and 116 from the Motions *In Limine* Declaration have been designated confidential by counsel for Dell and Gateway. Upon information and belief these references contain information deemed confidential by Dell and Gateway. (*See Id.*)

Exhibits 48-49, 70, 72, 76, 79-80, 87-109, and 121 to the Motions *In Limine* Declaration have been designated confidential by counsel for Lucent because these references contain information deemed confidential by Lucent and one or more of the defendants. (*See Id.*)

1  The above exhibits are designated confidential-outside counsel only in accordance with the protective order in this case (D.I. 137). These references contain confidential information that should be protected from public disclosure.

Multimedia Patent Trust and Lucent respectfully seek to file with the Court under seal the above listed exhibits to preserve the parties' legitimate expectation that its confidential business information will not be disclosed publicly.

Respectfully submitted,

DATED: January 14, 2008

BY: _____
David A. Hahn, SBN 125784
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

John M. Desmarais (admitted *pro hac vice*)
Robert A. Appleby (admitted *pro hac vice*)
James E. Marina (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212)446-4800
Facsimile: (212)446-4900

Attorneys for *Multimedia Patent Trust* and *Lucent Technologies Inc.*