```
 1 | David A. Hahn (SBN 125784)
   | HAHN & ADEMA
 2 | 501 West Broadway, Suite 1600
   | San Diego, California 92101
 3 | Telephone:    (619) 235-2100
 4 | Facsimile:    (619) 235-2101
 5 | Attorneys for Lucent Technologies Inc. and
   | Multimedia Patent Trust
 6 |
 7 |
 8 |             UNITED STATES DISTRICT COURT
 9 |            SOUTHERN DISTRICT OF CALIFORNIA
10 | LUCENT TECHNOLOGIES INC.,          Case No. 07-CV-2000 H (CAB)
11 |           Plaintiff,
12 |     v.                             PROOF OF SERVICE
13 | GATEWAY, INC., GATEWAY COUNTRY
   | STORES LLC, GATEWAY COMPANIES,
14 | INC., GATEWAY MANUFACTURING LLC
   | and COWABUNGA ENTERPRISES, INC.,
15 |
   |           Defendants,
16 |     and
17 | MICROSOFT CORPORATION,
   |           Intervener.
18 |
19 | MICROSOFT CORPORATION,
   |           Plaintiff,
20 |     v.
21 | LUCENT TECHNOLOGIES INC.,
22 |           Defendant.
23 | LUCENT TECHNOLOGIES INC.,
24 |           Plaintiff,
25 |     v.
26 | DELL INC.,
27 |           Defendant.
28 |
```

Proof of Service                                        Case No. 07-CV-2000 H (CAB)

Case 3:07-cv-02000-H-CAB    Document 266    Filed 01/14/2008    Page 2 of 6

Lucent Technologies Inc. v. Gateway, Inc., et al.
Case No. 07-CV-2000 H (CAB)

## PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is Hahn & Adema, 501 West Broadway, Suite 1600, San Diego, California 92101-8474.

On January 14, 2008, I served the within documents:

1. LUCENT AND MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY FROM DEFENDANTS' "PRIOR ART" WITNESSES (PLAINTIFFS' MIL NO. 1);
2. LUCENT AND MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF UNTIMELY DISCLOSED WITNESSES (PLAINTIFFS' MIL NO. 2;
3. MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY REGARDING DEFENDANTS' UNSUPPORTED ALLEGATIONS OF NON-INFRINGING ALTERNATIVES (PLAINTIFFS' MIL NO. 3);
4. MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM PRESENTING EVIDENCE AND ARGUMENT INCONSISTENT WITH THE COURT'S CLAIM CONSTRUCTION ORDER (PLAINTIFFS' MIL NO. 4);
5. MULTIMEDIA PATENT TRUST AND LUCENT'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM PRESENTING EVIDENCE AND ARGUMENT REGARDING THE *EX PARTE* REEXAMINATION OF THE NETRAVALI '272 PATENT, THE HASKELL '226 PATENT, THE DAY '356 PATENT, AND THE FLEMING '759 PATENT (PLAINTIFFS' MIL NO. 5);
6. MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE ARGUMENT THAT CCITT DOCUMENTS ARE PRINTED PUBLICATIONS (PLAINTIFFS' MIL NO. 6);
7. MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM REFERENCING THE FACT THAT LUCENT ORIGINALLY ASSERTED ADDITIONAL VIDEO CODING PATENTS AND PATENT CLAIMS (PLAINTIFFS' MIL NO. 7)
8. MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM REFERENCING PRIOR ART AUTHOR'S NOBEL PRIZE (PLAINTIFFS' MIL NO. 8);
9. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM PRESENTING TORTIOUS INTERFERENCE THEORIES NOT TIMELY DISCLOSED (PLAINTIFFS' MIL NO. 9)
10. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM PRESENTING EVIDENCE OR ARGUMENT UNDER 35 U.S.C. 102(g) AND 35 U.S.C. 102(b) REGARDING INVALIDITY OF U.S. PATENT NO. 4,763,356 (DAY) (PLAINTIFF'S MIL NO. 10)
11. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING THE FXFE SYSTEM OR THE TYLER ARTICLE (PLAINTIFFS' MIL NO. 11);
12. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM PRESENTING EVIDENCE OR ARGUMENT REGARDING THE PAPER-LIKE INTERFACE ("PLI") VIDEO REFERENCE (PLAINTIFF'S MIL NO. 12);

<04>1

Lucent v. Gateway, et al.
PROOF OF SERVICE                                Case No. 07-CV-2000 H (CAB)</04>

13. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM REFERRING TO MULTIPLE DOCUMENTS AS A SINGLE PRIOR ART REFERENCE (PLAINTIFFS' MIL NO. 13);
14. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF LUCENT'S ASSERTION AND THE COURT'S DISMISSAL OF CERTAIN CLAIMS AGAINST THE DEFENDANTS ALLEGING INFRINGEMENT OF U.S. PATENT NOS. 4,317,956; 4,763,356; 5,347,295; & 5,649,131 (PLAINTIFFS' MIL NO. 14);
15. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM PRESENTING EVIDENCE OR ARGUMENT IN SUPPORT OF THEIR CONTENTION THAT GDI TECHNOLOGY IS AFTER-DEVELOPED TECHNOLOGY WITH RESPECT TO THE FLEMING PATENT (PLAINTIFFS' MIL NO. 15);
16. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM PRESENTING EVIDENCE OR ARGUMENT ALLEGING THAT THE FINAL NASA REPORT IS PRIOR ART TO THE FLEMING PATENT (PLAINTIFFS' MIL NO. 16);
17. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS' UNTIMELY INVALIDITY AND UNENFORCEABILITY DEFENSES BASED ON DOUGLAS O'BRIEN'S ALLEGED CO-INVENTORSHIP OF THE OF FLEMING PATENT (PLAINTIFFS' MIL NO. 17);
18. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE GATEWAY FROM PRESENTING EVIDENCE OR ARGUMENT REGARDING ITS UNTIMELY DEFENSE OF LACHES REGARDING THE FLEMING PATENT (PLAINTIFFS' MIL NO. 18);
19. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS' UNTIMELY UNENFORCEABILITY DEFENSE AS TO THE FLEMING PATENT BASED ON RECOMMENDATION S.100 (PLAINTIFFS' MIL NO. 19);
20. LUCENT'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE OR ARGUMENT CONCERNING THE COURT'S DISMISSAL OF CLAIMS ALLEGING INFRINGEMENT OF U.S. PATENT NO. 4,582,956 AND LUCENT'S ORIGINAL ASSERTION OF CLAIM 4 OF U.S. PATENT NO. 4,439,759 (PLAINTIFFS' MIL NO. 20);
21. LUCENT AND MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM ELICITING EXPERT TESTIMONY CONCERNING PURPORTED SURVEYS (PLAINTIFFS' MIL NO. 21);
22. LUCENT AND MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE EXPERT TESTIMONY OF DAVID KAPLAN THAT DELL AND GATEWAY ARE NOT LIABLE FOR DAMAGES (PLAINTIFFS' MIL NO. 22);
23. LUCENT AND MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING EXTRANEOUS LEGAL MATTERS (PLAINTIFFS' MIL NO. 23);
24. LUCENT'S AND MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE EXPERT TESTIMONY REGARDING ALLEGATIONS OF NON-INFRINGING ALTERNATIVES (PLAINTIFFS' MIL NO. 24);
25. LUCENT AND MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM PRESENTING EVIDENCE AND ARGUMENT REGARDING PAST AND FUTURE TRIALS (PLAINTIFFS' MIL NO. 25);
26. LUCENT'S AND MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM PRESENTING EVIDENCE AND ARGUMENT REGARDING SETTLEMENT NEGOTIATIONS (PLAINTIFFS' MIL NO. 26);
27. LUCENT AND MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING LUCENT'S MARKET

2

Lucent v. Gateway, et al.
PROOF OF SERVICE

Case No. 07-CV-2000 H (CAB)

CAPITALIZATION, LICENSING REVENUES, AND "VALUATION" (PLAINTIFFS' MIL NO. 27);
28. LUCENT AND MULTIMEDIA PATENT TRUST'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING THE PRIOR AUDIO CODING TRIAL (GROUP 2) DISPOSITION (PLAINTIFFS' MIL NO. 28;
29. DECLARATION OF JENNIFER J. SCHMIDT IN SUPPORT OF LUCENT'S AND MULTIMEDIA PATENT TRUST'S MOTIONS IN LIMINE;
30. MULTIMEDIA PATENT TRUST'S AND LUCENT'S MOTION AND NOTICE OF MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-2; AND
31. DECLARATION OF JENNIFER SCHMIDT IN SUPPORT OF MULTIMEDIA PATENT TRUST'S AND LUCENT'S MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-2

X    by EFC, by causing a true and correct copy hereof to be transmitted to the parties listed above via the CASD ECF system as registered recipients as follows:

by placing the document(s) listed above in a sealed envelope via Federal Express Service at San Diego, California addressed as set forth below.

by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    by transmitting the document(s) listed above via electronic transmission to the addressee(s) as set forth below from electronic notification address sfrost@hahnadema.com. The transmission was reported completed without error.

John E. Gartman
Christopher S. Marchese
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099
marchese@fr.com
Attorneys for *Microsoft Corp.*

Ali Sharifahmadian
**Arnold & Porter LLP**
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Telephone: 202-942-6370
Facsimile: 202-942-5999
Ali_sharifahmadian@aporter.com

Attorneys for *Dell Inc.*

David J. Zubkoff
**SELTZER, CAPLAN, MCMAHON & VITEK**
750 "B" Street, Suite 2100
San Diego, CA 92101
Telephone: 619-685-3003
Facsimile: 619-702-6827
zubkoff@scmv.com
Attorneys for *Gateway, Inc., et al.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day

3

Lucent v. Gateway, et al.
PROOF OF SERVICE

Case No. 07-CV-2000 H (CAB)

1 | with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.
2
3
4     Executed on January 14, 2008, at San Diego, California.
5 | (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
6 | X   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.
7
8                                                     Susan Frost
9
10
...
27

4

Lucent v. Gateway, et al.  
PROOF OF SERVICE     Case No. 07-CV-2000 H (CAB)

**COURTESY COPIES BY ELECTRONIC MAIL TO:**

Trial Counsel for Gateway:
Bryan Farney
Jeffrey B. Plies
Lawrence Fluker
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, TX 78701
Tel:    512-394-3000
Fax:    512-394-3001
Email:        bryan.farney@dechert.com
              jeff.plies@dechert.com
              lawrence.fluker@dechert.com

Trial Counsel for Dell:
James S. Blackburn
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone:    213-243-4000
Facsimile:    213-243-4199
Email:        james_blackburn@aporter.com

Trial Counsel for Dell:
Joel Freed
**McDermott Will & Emery**
600 13th Street, N.W.
Washington, DC 20005-3096
Tel:    202-756-8000
Fax:    202-756-8087
Email:        jfreed@mwe.com

Courtesy emails include:

| | |
|---|---|
| **All documents filed served** | All pleadings filed or served were included in the email along with any exhibits. |
| **Main Pleading documents (without exhibits)** | All main pleading documents were included in the email except for exhibits. Exhibits were over 50 pages long. As per our service agreement, a hard copy will follow via overnight mail. |

5

Lucent v. Gateway, et al.                                                Case No. 07-CV-2000 H (CAB)
PROOF OF SERVICE