John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Christopher S. Marchese (SBN 170239)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
Telephone:     (858) 678-5070
Facsimile:     (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
Telephone:     (425) 882-8080
Facsimile:     (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>   Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>   Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>   Intervenor and Counter-claimant, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB)<br>03-CV-1108 B (CAB)<br><br>**DECLARATION OF JOHN E. GARTMAN IN SUPPORT OF MICROSOFT CORPORATION'S MOTIONS IN LIMINE NOS. 1 THROUGH 8** |
| MICROSOFT CORPORATION,<br><br>   Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>   Defendant and Counter-claimant, | **Date:          February 11, 2008**<br>**Time:          10:30 a.m.**<br>**Courtroom:   13**<br><br>**Hon. Marilyn L. Huff** |

1  LUCENT TECHNOLOGIES INC. and
   MULTIMEDIA PATENT TRUST,
2
            Plaintiffs,
3
   v.
4
   DELL, INC.,
5
            Defendant.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-CV-2000 H (CAB)

1   I, John E. Gartman, provide the following declaration in the above-captioned matter based
2   on my own personal knowledge except where stated otherwise, and if called to do so, could and
3   would competently testify as follows:

4   1.   I am an principal in the law firm of Fish & Richardson P.C., counsel of record for
5   Intervenor/Counter-claimant and Plaintiff/Counter-defendant Microsoft Corporation
6   ("Microsoft") in the above entitled matter.

7   2.   I make this declaration based on my own knowledge and could and would testify
8   competently to the matter contained therein.

9   3.   Attached as Exhibit 1 is a true and correct copy of Microsoft production
10   documents bearing Bates numbers MSLT_1219046 – MSLT_1219054.

11   4.   Attached as Exhibit 2 is a true and correct copy of excerpts of the Supplemental
12   Expert Report of Roger S. Smith Regarding Damages Issues Pertaining to Lucent Video Coding
13   Patent Asserted Against the Xbox 360 dated July 21, 2006. **[FILED UNDER SEAL]**.

14   5.   Attached as Exhibit 3 is a true and correct copy of Sakae Okubo, *Reference*
15   *Model Methodology – A Tool for the Collaborative Creation of Video Coding Standards*, 83 (2)
16   IEEE, 139-150 (Feb. 1995).

17   6.   Attached as Exhibit 4 is a true and correct copy of excerpts of the Rebuttal Expert
18   Report of Professor Bernd Girod re Validity of Lucent's 4,383,272 and 4,958,226 Patents dated
19   May 12, 2006. **[FILED UNDER SEAL]**.

20   7.   Attached as Exhibit 5 is a true and correct copy of excerpts of the Expert Report
21   of Jean Renard Ward Relating to the Expert Report of John P.J. Kelly Re Lucent's Agulnick
22   Patent dated May 12, 2006.

23   8.   Attached as Exhibit 6 is a true and correct copy of excerpts of the Expert Report
24   of Bruce Tognazzini Relating to the Expert Report of John P.J. Kelly re Lucent's Torok Patent
25   and to the Expert Report of Dale Buscaino Re Lucent's Day Patent dated May 12, 2006.

26   9.   Attached as Exhibit 7 is a true and correct copy of the Order Following Discovery
27   Conference dated January 9, 2006.

28

1    10.    Attached as Exhibit 8 is a true and correct copy of the Scheduling Order for
2 Groups 1, 4, 5 and 6 Patents dated June 7, 2007.
3    11.    Attached as Exhibit 9 is a true and correct copy of excerpts of the Third
4 Supplemental Expert Report of Professor Bernd Girod re Infringement of MPT's 4,958,226
5 Patent dated November 19, 2007. **[FILED UNDER SEAL]**.
6    12.    Attached as Exhibit 10 is a true and correct copy of the Order Construing Claims
7 for U.S. Patent No. 4,958,226 dated July 14, 2005.
8    13.    Attached as Exhibit 11 is a true and correct copy of the Expert Report of
9 Professor Bernd Girod Regarding Infringement of Lucent's 4,383,272 and 4,958,226 Patents
10 dated March 31, 2006. **[FILED UNDER SEAL]**.
11    14.    Attached as Exhibit 12 is a true and correct copy of transcript excerpts from the
12 deposition of Andy Hung taken April 28, 2006.
13    15.    Attached as Exhibit 13 is a true and correct copy of transcript excerpts from the
14 deposition of Adam T. Berns taken February 15, 2006. **[FILED UNDER SEAL]**.
15    16.    Attached as Exhibit 14 is a true and correct copy of transcript excerpts from the
16 deposition of Ping Ting Lin taken February 10, 2006. **[FILED UNDER SEAL]**.
17    17.    Attached as Exhibit 15 is a true and correct copy of transcript excerpts from the
18 deposition of Gary J. Sullivan taken September 30, 2005. **[FILED UNDER SEAL]**.
19    18.    Attached as Exhibit 16 is a true and correct copy of Microsoft production
20 documents bearing Bates numbers MSLT_0745099 – MSLT_0745102.
21    19.    Attached as Exhibit 17 is a true and correct copy of Microsoft production
22 documents bearing Bates numbers MSLT_0446324 – MSLT_0446327.
23    20.    Attached as Exhibit 18 is a true and correct copy of excerpts of the Third
24 Supplemental Expert Report of Wayne A. Hoeberlein re Damages for Video Coding Patents
25 dated December 27, 2007. **[FILED UNDER SEAL]**.
26    21.    Attached as Exhibit 19 is a true and correct copy of excerpts of Attachment A to
27 Lucent's Response to the First Set of Interrogatories from Microsoft, Dell and Gateway dated
28 March 24, 2004.

22. Attached as Exhibit 20 is a true and correct copy of excerpts of Attachment A to Lucent's Second Supplemental Response to Interrogatory No. 2 from Microsoft, Dell and Gateway dated January 27, 2006.

23. Attached as Exhibit 21 is a true and correct copy of Exhibits A-B to the Expert Report of Professor Bernd Girod re Infringement of Lucent's 4,958,226 Patent by Xbox 360 Products dated July 21, 2006. **[FILED UNDER SEAL]**.

24. Attached as Exhibit 22 is a true and correct copy of Exhibits G, I, K and L to the Third Supplemental Expert Report of Wayne A. Hoeberlein re Damages for Video Coding Patents dated December 27, 2007 dated December 27, 2007. **[FILED UNDER SEAL]**.

25. Attached as Exhibit 23 is a true and correct copy of the Order on Microsoft's Motions for Judgment as a Matter of Law and New Trial and Lucent's Motion to Alter or Amend the Judgment Regarding U.S. Patent Nos. 5,341,457 and RE 39,080 dated August 6, 2007.

26. Attached as Exhibit 24 is a true and correct copy of excerpts of the Expert Report of Roger Smith Regarding Damages Issues Pertaining to Lucent Video Coding Patents dated March 31, 2006. **[FILED UNDER SEAL]**.

27. Attached as Exhibit 25 is a true and correct copy of excerpts of the Expert Report of Roger Smith Regarding Damages Issues Pertaining to Lucent User Interface Patents dated March 31, 2006. **[FILED UNDER SEAL]**.

28. Attached as Exhibit 26 is a true and correct copy of transcript excepts from the Group 2 Audio Trial Transcript dated February 1, 2007.

29. Attached as Exhibit 27 is a true and correct copy of excerpts of the Second Supplemental Expert Report of Roger S. Smith Regarding Damages Issues dated November 13, 2007. **[FILED UNDER SEAL]**.

30. Attached as Exhibit 28 is a true and correct copy of transcript excerpts from the deposition of Roger Smith taken January 4, 2008. **[FILED UNDER SEAL]**.

31. Attached as Exhibit 29 is a true and correct copy of excerpts of Lucent's Opposition to Microsoft's Motion for a New Trial or Remittitur on the Group 2 Audio Patents dated June 1, 2007.

32. Attached as Exhibit 30 is a true and correct copy of Microsoft's Verified Response re "Foreign Sales" 30(b)(6) Topics served February 10, 2006.

33. Attached as Exhibit 31 is a true and correct copy of Lucent's Motion *In Limine* No. 10 to Preclude Microsoft From Presenting Any Undisclosed Evidence Regarding Software Distribution Abroad and Argument That The Facts Disclosed Are Different Than *Eolas v. Microsoft* and *AT&T v. Microsoft* dated December 12, 2006.

34. Attached as Exhibit 32 is a true and correct copy of Microsoft's Group 4 Motion *in Limine* No. 12: Lucent Should Be Precluded From Introducing Evidence or Argument Regarding Microsoft's Foreign Sales and Contributory Infringement dated March 29, 2007.

35. Attached as Exhibit 33 is a true and correct copy of transcript excerpts from the deposition of Barry Steinglass taken June 2, 2006. **[FILED UNDER SEAL]**.

36. Attached as Exhibit 34 is a true and correct copy of Microsoft production documents bearing bates numbers MSLT_1215274 - MSLT_1215275.

37. Attached as Exhibit 35 is a true and correct copy of Exhibit M to The Third Supplemental Expert Report of Wayne Hoeberlein re Damages for User Interface Patents: Day '356 Patent and Agulnick '295 Patent dated December 27, 2007. **[FILED UNDER SEAL]**.

38. Attached as Exhibit 36 is a true and correct copy of transcript excerpts from the deposition of John Weresh taken February 17, 2006. **[FILED UNDER SEAL]**.

39. Attached as Exhibit 37 is a true and correct copy of transcript excerpts from the deposition of Henry N. Garrana taken January 12, 2006. **[FILED UNDER SEAL]**.

40. Attached as Exhibit 38 is a true and correct copy of transcript excerpts from the deposition of Diane Roberts Gerhardt taken January 26, 2006. **[FILED UNDER SEAL]**.

41. Attached as Exhibit 39 is a true and correct copy of transcript excerpts from the deposition of Mark Walker taken January 5, 2006.

42. Attached as Exhibit 40 is a true and correct copy of Microsoft production documents bearing Bates numbers MSLT_1065872. **[FILED UNDER SEAL]**.

43. Attached as Exhibit 41 is a true and correct copy of Dell production documents bearing Bates numbers DELL 326403. **[FILED UNDER SEAL]**.

44. Attached as Exhibit 42 is a true and correct copy of Microsoft production documents bearing Bates numbers MSLT_1065873 – MSLT_1065874. **[FILED UNDER SEAL]**.

45. Attached as Exhibit 43 is a true and correct copy of Microsoft production documents bearing Bates numbers MSLT_1065875. **[FILED UNDER SEAL]**.

46. Attached as Exhibit 44 is a true and correct copy of excerpts of Microsoft's Responses to Lucent's Second Set of Interrogatories to Microsoft (Nos. 20-21) dated June 30, 2004. **[FILED UNDER SEAL]**.

47. Attached as Exhibit 45 is a true and correct copy of excerpts of Microsoft's Responses to Lucent's First, Second, Third, Fourth and Fifth Set of Interrogatories to Microsoft (Nos. 1-34) dated January 27, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2008, in San Diego, California.

      /s/ John E. Gartman
John E. Gartman
gartman@fr.com

# EXHIBIT LIST
# TABLE OF CONTENTS

| Exhibit | Page No(s). |
|---|---|
| EXHIBIT 1 | 1-9 |
| EXHIBIT 2 [FILED UNDER SEAL] | 10-18 |
| EXHIBIT 3 | 19-30 |
| EXHIBIT 4 [FILED UNDER SEAL] | 31-34 |
| EXHIBIT 5 | 35-42 |
| EXHIBIT 6 | 43-50 |
| EXHIBIT 7 | 51-53 |
| EXHIBIT 8 | 54-56 |
| EXHIBIT 9 [FILED UNDER SEAL] | 57-59 |
| EXHIBIT 10 | 60-66 |
| EXHIBIT 11 [FILED UNDER SEAL] | 67-161 |
| EXHIBIT 12 | 162-164 |
| EXHIBIT 13 [FILED UNDER SEAL] | 165-177 |
| EXHIBIT 14 [FILED UNDER SEAL] | 178-180 |
| EXHIBIT 15 [FILED UNDER SEAL] | 181-184 |
| EXHIBIT 16 | 185-188 |
| EXHIBIT 17 | 189-192 |
| EXHIBIT 18 [FILED UNDER SEAL] | 193-196 |
| EXHIBIT 19 | 197-199 |
| EXHIBIT 20 | 200-224 |
| EXHIBIT 21 [FILED UNDER SEAL] | 225-267 |
| EXHIBIT 22 [FILED UNDER SEAL] | 268-306 |
| EXHIBIT 23 | 307-349 |
| EXHIBIT 24 [FILED UNDER SEAL] | 350-355 |

| | |
|---|---|
| EXHIBIT 25 [FILED UNDER SEAL] | 356-369 |
| EXHIBIT 26 | 370-411 |
| EXHIBIT 27 [FILED UNDER SEAL] | 412-419 |
| EXHIBIT 28 [FILED UNDER SEAL] | 420-423 |
| EXHIBIT 29 | 424-433 |
| EXHIBIT 30 | 434-435 |
| EXHIBIT 31 | 436-442 |
| EXHIBIT 32 | 443-448 |
| EXHIBIT 33 [FILED UNDER SEAL] | 449-452 |
| EXHIBIT 34 | 453-454 |
| EXHIBIT 35 [FILED UNDER SEAL] | 455-460 |
| EXHIBIT 36 [FILED UNDER SEAL] | 461-480 |
| EXHIBIT 37 [FILED UNDER SEAL] | 481-492 |
| EXHIBIT 38 [FILED UNDER SEAL] | 493-500 |
| EXHIBIT 39 | 501-505 |
| EXHIBIT 40 [FILED UNDER SEAL] | 506 |
| EXHIBIT 41 [FILED UNDER SEAL] | 507-508 |
| EXHIBIT 42 [FILED UNDER SEAL] | 509-510 |
| EXHIBIT 43 [FILED UNDER SEAL] | 511 |
| EXHIBIT 44 [FILED UNDER SEAL] | 512-514 |
| EXHIBIT 45 | 515-518 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 14, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    /s/ John E. Gartman
John E. Gartman
gartman@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10801484.doc