# Exhibit 2
# to Decl. of John Gartman

# FILED UNDER SEAL