# Exhibit 3
# to Decl. of John Gartman

# Reference Model Methodology—A Tool for the Collaborative Creation of Video Coding Standards

SAKAE OKUBO

*This paper discusses a methodology for developing a new video coding standard through collaboration; use of the reference model. It is a coding model which may start from a simple framework, is used as a yardstick to evaluate new coding elements and/or improvements of existing elements and allows evolution by incorporating these new or improved elements whose effectiveness has been demonstrated into the next generation model. Then this new generation model serves as an updated yardstick for the next round of study. This process is iterated until a sufficient level of performance is obtained. An outstanding feature of this method is to enable decision making based on purely technical characteristics. The work to develop ITU-T Recommendation H.261 is detailed in this paper as evidence of its productiveness by describing techniques employed as well as some potential techniques which were not accepted in the end. This method has also been verified by the subsequent successful development of MPEG-1 and MPEG-2 standards in ISO/IEC JTC1. Furthermore, it is pointed out that the reference model method also contributes to the efficient dissemination of the state of the art of the video coding technology. As a conclusion, some guidelines to apply this methodology are listed.*

## I. INTRODUCTION

Video coding is one of the key technologies in this multimedia era and its international standardization is essential for efficient interchange of audiovisual information. We have now three worldwide unique video coding standards which are widely supported; ITU-T Rec. H.261 [1], ISO/IEC 11172-2 (so called MPEG-1) [2] and ITU-T Rec. H.262/ISO/IEC 13818-2 (so called MPEG-2) [3] for different bit rates and applications. Collaborative work among a number of engineers in the world is a feature of the development of all these video coding standards.

H.261, entitled "Video codec for audiovisual services at $p \times 64$ kbit/s," is a video coding standard primarily for videoconferencing and videophone. Its coding algorithm employs a hybrid of motion compensated interframe prediction to reduce the temporal redundancy and Discrete Cosine Transform (DCT) to reduce the spatial redundancy. It has

Manuscript received September 22, 1994.
The author is with the Graphics Communication Laboratories, Shibuya-ku, Tokyo 151, Japan.
IEEE Log Number 9407488.

two operational modes, inter and intra. The latter is invoked when the interframe prediction is not efficient; the input signal is directly passed to DCT.

This paper describes the process of H.261 standardization, focusing on the "reference model" methodology which was invented in the course of its development, practiced first and proved effective to make the collaborative work productive. The method was subsequently used in the developments of MPEG-1 and MPEG-2 standards, and its productiveness has been confirmed there.

Standardization of H.261 started in December 1984 and finished in November 1989 in the CCITT SGXV (currently reorganized as ITU-T SG15) "Specialists Group on Video Coding for Visual Telephony" [4]–[10] for which the author played a leading role as its chairman. Experts from 12 countries collaborated to produce this standard. Before starting the H.261 work, there was a video coding standard H.120 which was for videoconferencing at the digital primary rate (2 Mb/s or 1.5 Mb/s) [11]. International collaboration was made in the COST 211 project in Europe [12], which led to Parts 1 and 2 of H.120 based on conditional replenishment and intraframe DPCM techniques [13]. In other parts of the world, however, only individual and independent efforts were made. Part 3 of H.120 reflected such an effort, which included new techniques such as motion compensated interframe prediction and background prediction [14] but did not interwork with the Part 1 or Part 2 codec.

This lesson of the H.120 video codec standardization motivated us to collaborate as closely as possible from the outset toward a new generation video coding standard H.261 operating at subprimary rates; typically at 384 kb/s and 64 kb/s. Around that time, computer simulation became the most widely used techniques for investigating video coding algorithms, giving easier collaboration compared to hardware experiments which had been common in the preceding days.

The objective to collaborate was clear but specific methods to achieve it were not known when the work started.

0018-9219/95$04.00 © 1995 IEEE

EXHIBIT 3 PAGE 19

| Subject | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 |
|---|---|---|---|---|---|---|
| nx384 (n=1-5) | divergence | convergence | verification optimization | | | |
| | RM 1 | 2 | 3    4 | | | |
| px64 (p=1-30) | | | | convergence | | verification optimization (REC. H.261) |
| | | | | RM 6   7   8 | | |
| mx64 (m=1,2) | | | | divergence | | |
| | | | | RM 5 | | |

Fig. 1. Overview of the H.261 algorithm standardization process.

We had only a guideline that the best way to achieve collaboration would eventually be to conduct a hardware related project involving international transmission tests. This was based on the preceding European experiences [12].

In this paper, an overview of the H.261 video coding development is first described in Section II to indicate the role of reference model, then evolution of the reference model for H.261 is detailed in Section III, evidence for effectiveness of the reference model methodology is given in Section IV, and finally some hints to apply the method are summarized in Section V.

## II. THREE PHASES OF THE ALGORITHM DEVELOPMENT

At the initial stage of the H.261 standardization work, it was supposed that there might be two different algorithms which are efficient at 384 kb/s or higher rates ($n \times 384$ kb/s $n =1$–5) and 64 kb/s or higher rates ($m \times 64$ kb/s, $m =1$–2), respectively. It was found, however, that a single algorithm can cover all these rates [9], [10]. The final standard thus addresses $p \times 64$ kb/s where $p =1$–30. An overview of the H.261 video coding algorithm development is shown in Fig. 1.

Development of a new video coding standard can generally be separated into three phases; "divergence," "convergence," and "verification/optimization."

The first phase, "divergence," is for exploring technical possibilities. Its objective is to identify promising technical elements and a framework on which the subsequent work should be concentrated. This phase can be carried out independently and competitively by different laboratories and the coded results can be presented by their own ways. The major expected outcome for this phase is to get a feel for the direction of standard development.

The second phase, "convergence," is for collaboratively reaching an agreed coding method. For efficient collaboration, it is a prerequisite that the same results are obtained everywhere when the same coding experiments are carried out even if the computers and program languages may be different. The reference method is effective in this phase. It is characterized as follows:

1) An initial coding model or the first model is defined based on widely accepted coding elements which have been found through the divergence phase work.

2) Proposed improvements are evaluated against the current reference model. Improvements may be either addition of new elements or better choice of parameters for existing elements. If a proposal brings significant improvement, it is included in the next generation reference model.

3) The updated reference model serves as a new yardstick to evaluate further proposals.

4) This process is iterated until a sufficient level of performance is obtained.

The third phase, "verification/optimization," is for confirming that the specification is unambiguous. This is achieved by interworking of two or more independently manufactured hardware codecs. Fine tuning of parameters such as VLC's is also a part of this phase work, either by simulation or hardware experiments.

In the H.261 video coding algorithm development, two rounds of the divergence-convergence verification/optimization process were carried out as shown in Fig. 1; one for $n \times 384$ kb/s, the other for $p \times 64$ kb/s.

Though the hardware verification process is not covered in this paper (see [10] for this part), it should be noted that experimental hardware (called "flexible hardware") development went along with the reference model simulation work for the H.261 standardization. This helped to keep the reference model practical from the implementation point of view.

## III. EVOLUTION OF THE REFERENCE MODEL FOR H.261

### A. Before the Birth of the First Reference Model

During December 1984–March 1986, new techniques were sought by a number of laboratories. Coding of video-conferencing scenes at digital primary rates provided practical performance at that time by using any one of the conditional replenishment [13], motion compensated interframe prediction [14] or transform coding [15]. However, some quantum leaps were judged necessary to reduce the bit rate further down to 384 kb/s or lower. Various coding schemes were studied and many of them were demonstrated in form of processed pictures;

EXHIBIT 3 PAGE 20

Fig. 2.   General configuration of the new generation video coding algorithm.



Fig. 3.   Framework for computer simulation experiments.

* different forms of hybrid coding using discrete cosine transform and motion compensated interframe prediction,
* human observer oriented transform,
* hybrid coding using pyramid transforms,
* vector quantization and its use in hybrid coding,
* recursive binary nesting combined with predictive coding,
* hybrid coding with spatial subsampling, temporal subsampling and interpolation,
* interpolative/extrapolative parallel prediction coding.

Since the H.120 coding algorithms utilized either temporal redundancy (conditional replenishment, motion compensated interframe prediction) or spatial redundancy (transform coding), a straightforward idea was the combination of the two, i.e., hybrid coding.

Through these experiments, a general direction was decided in September 1985 to be "interframe prediction + further processing" as shown in Fig. 2 where "further processing" may be prediction/interpolation, transform or vector quantization. Motion compensation was agreed as optional at the encoder because of its demanding hardware consequences; it was felt necessary at 384 kb/s but questioned at higher rates. Another category of the tried algorithms, which eventually received less support, was sub-band coding consisting of anthropomorphic transform or pyramid transform/conditional replenishment. At this time, it was also decided to use Common Intermediate Format (CIF; 288 lines per picture, 360 pels per line, 29.97 progressive pictures per second) to achieve direct interworking between the two regions with 625/50 and 525/60 television standards [5].

The content of the black box "further processing" was narrowed down to transform or vector quantization or their combination in January 1986, and finally to transform in March 1986.

There was controversy whether the transform be DCT or other and whether its block size be $8 \times 8$, $16 \times 16$, variable. The choice was $8 \times 8$ fixed size and initially DCT taking into account coding efficiency, picture quality, hardware complexity, possible compatibility with the $m \times$

64 kb/s codec to be developed after the $n \times 384$ kb/s codec and relation with block matching motion compensation. Expectation of hardware trials during 1987–1988 influenced this decision; the transform implementation for the trial purpose was envisaged as two 1-dimensional separable transforms with $8 \times 8$ matrix multiplication and programmable coefficients (independent horizontal and vertical coefficients as well as independent forward and inverse transform coefficients). Actually it did not happen, but the intention was that if new proposals would be made during the optimization work using the flexible hardware, then DCT would be replaced by the new transform at the final CCITT (currently ITU-T) recommendation.

In the meantime, methods for comparison of computer simulation experiments, or rules of the game, were also decided. Unless experiments are carried out on common ground, comparison can easily be argued and productive discussion would not be possible. A framework for computer simulation for video coding algorithm study is illustrated in Fig. 3.

The Specialists Group agreed on the use of common test sequences; initially "Miss America," "Checked Jacket," "Split-Trevor," in CIF. Handling of the first picture in the test sequence, bit rate of 300 kb/s in consideration of some coding overhead and closed loop experimentation with a rate control were agreed upon for the simulation. Definition of SNR and its use for comparison of coding distortion as well as use of the $U$-matic tapes and 625/525 lines multiscan display were also agreed upon for presentation of the coded results.

A reference simulation experiment was carried out in several laboratories during this period, which formed an undercurrent towards the birth of reference model 1. Simple interframe encoding without quantization was applied to the first 10 pictures of "Miss America" and root mean square (rms) values of the prediction error were reported on respective pictures. This ensured that all the laboratories were doing computer simulations on the same basis.

### B. Creation of Reference Model 1

According to the adoption of the hybrid coding framework with $8 \times 8$ fixed size transform, the meeting in March 1986 reviewed various hybrid coding proposals in terms of the five quantization related items as in Table 1.

The first reference model (RM1) was defined as a combination of 1b-2a-3a-4a-5a. Its configuration is shown in Fig. 4(a). Specific ways of encoding were also defined for RM1 such as diagonal scanning order for significant DCT coefficients, 3 step motion estimation method, uniform quantizer with a dead zone of $1.5 \times$ stepsize, tree code

EXHIBIT 3 PAGE 21

**Table 1** Five Independent Options Leading to 32 Possible Quantization
Strategies (Combination of Options with * Was Adopted for RM1)

| Item | a) | b) |
|---|---|---|
| 1. area of significant coefficients | zonal technique | *scanning technique + EOB |
| 2. quantization and block classification | *independent | dependent |
| 3. number of quantizers per block | *only one | several |
| 4. qunatizer control | *related to buffer fullness only | adaptive control |
| 5. number of VLC's per block | *only one | several |

VLC for DCT coefficients, inter/intra switching method, handling of scene cut and relationship between buffer fullness and quantizer stepsize. The objective was to produce identical coded results among different laboratories, thus providing a yardstick to evaluate other combinations and/or coding parameter optimization. Hence the reference model specifications include some items, such as motion estimation and inter/intra decision methods, which are outside standardization and left to the designer's choice in actual products.

*C. Refinement of the Reference Model*

*1) n × 384 kb/s Video Coding:* After the first RM1 was defined, the work yielding improvements progressed rapidly. The evolution from RM1 to RM8 is shown in Table 2.

Since the first model was rather crude, several changes were introduced in RM2 in June 1986. They were based on the observation of coded pictures and the analysis of statistical data such as number of bits consumed by DCT coefficients and other side information.

- Frequency of quantizing stepsize control was changed from once every block (3168 controls per picture) to once every Group of Block (GOB, stripe of 2 block lines; 18 controls per picture) because every control had consumed 3 b totaling 9.5 kb out of 20 kb per picture for 15 Hz frame rate at 300 kb/s, and less frequent control did not affect the picture quality.
- Another obvious improvement was in how to encode the number of nonzero DCT coefficients in a block. RM1 had consumed one bit per nonzero coefficients and there were about five nonzero coefficients per block. This was replaced by use of 3 b EOB (End of Block) code which was part of the VLC for quantized DCT coefficients.
- VLC for DCT coefficients was changed from a tree code a to more efficient 1D Huffman code.
- The switching criterion between inter and intra modes was improved so that the bit consuming intra mode could more properly be selected. The criterion for selecting MC (motion compensation) or no-MC mode was also improved to suppress spurious motion vectors requiring more bits in total for DCT coefficients and motion vector information.

Use of fractional motion vectors was discussed at this stage; but its hardware cost compared to the coding efficiency advantage led to the conclusion that it should only be a future possible extension. A filter in the coding loop was shown to give a large improvement in picture quality, but its inclusion in the reference model was left to further experiments.

In the course of improving RM1, it was recognized that a common format for presentation of statistical data was indispensable to allow direct comparison among different experimental results. In addition to the already agreed SNR presentation, rms coding distortion for the luminance, mean value of the stepsize, mean value of the number of the nonzero coefficients, mean values of the number of zeroes before the last nonzero coefficients were included in this presentation format.

Studies based on RM2 produced RM3 in November 1986.

- One of the most extensively investigated items was the means to efficiently encode the transform coefficients; determination of transform coefficients to be transmitted, classification of the block, adaptive entropy coding related to the block classification. This resulted in the introduction of "last nonzero trick" and four classes of transform coefficient scanning. The former is a kind of adaptive entropy coding utilizing the fact that the last nonzero DCT coefficient coding need not consider the EOB event. The latter is based on the observation that nonzero coefficients in the coefficient domain are localized at the left side in some blocks, on the top side in some other blocks depending on the motion of the object. Though an overhead of up to 2 b is necessary for identifying the scanning class at the decoder, some bit saving was obtained in total.
- It was confirmed that the loop filter gave outstanding performance improvements in both objective and subjective terms. This filtering process was defined as a part of prediction, i.e., prediction was carried out with respect to the filtered version of the previously constructed picture. The filter characteristics were agreed upon as being separable into horizontal and vertical operations with 1-2-1 weighting on pel values. This filter can be switched on/off block by block so that it operates only in the area where filtering is effective for preventing accumulation of coding distortion. Whether filtering should be using only pels inside the 8 ×

EXHIBIT 3 PAGE 22



**Fig. 4.** Configurations of RM1, RM4, RM5, and RM8. Highlighted parts indicate changes from the previous model shown. (a) RM1 (March 1986, for $n \times 384$ kb/s). (b) RM4 (March 1987, for $n \times 384$ kb/s). (c) RM5 (March 1988, for $p \times 64$ kb/s). (d) RM8 (March 1989, for $p \times 64$ kb/s).

8 block or extended over the block boundary to 10 × 10 pels was extensively discussed and the former solution was employed trading off the hardware cost and performance advantage. This decision was later confirmed by simulation as well as by a hardware experiment in March 1988, which indicated that there was no significant difference between the 8 × 8 and 10 × 10 methods.

Two-dimensional VLC for transform coefficients was first provided at the time of producing RM3. This method assigns a code to the combination of a nonzero coefficient and number of consecutive zero coefficients preceding it. It was shown that a coding gain of about 2 b out of 15–20 b was obtained per coded block due to the utilization of statistical properties regarding the run-length of consecutive zeroes as well as correlation between the length of the zero run and the magnitude of the subsequent nonzero value. This was left to further confirmation by other laboratories.

The final reference model for the $n \times 384$ kb/s video coding was produced as RM4 in March 1987 (see Fig. 4(b)).

- The two dimensional VLC for transform coefficients was employed based on several independent experiments.
- Accordingly the EOB code word was changed to be of 2 b length. This is due to the fact that the frequency

of EOB event became relatively high in more events of run length and nonzero value combinations.

- The quantizer dead zone was modified to 1.0 times stepsize from 1.5 times stepsize based ·on objective and subjective improvements. It was also observed that the first representative value of the quantizer was governing the mean stepsize for a test sequence.

Adaptive quantization framework was prepared where a quantizer stepsize was selected as a function of block attributes (luminance/chrominance, intra/inter), position of transform coefficient and global stepsize indicated in the Group of Block header. After many trials, by simulation and hardware, no justification was obtained to include this property in the reference model and final recommendation, presumably because only a few transform coefficients are transmitted at the H.261 bitrates.

Meanwhile, flexible hardware developments were on the way in Europe and Japan. Their international field trials were successfully carried out early 1988. Hence no further reference models were defined during March 1987–March 1988.

*2) $m \times 64$ kb/s Video Coding:* In parallel with the $n \times 384$ kb/s work, studies on the $m \times 64$ kb/s video coding started in November 1986 with identification of applications and performance requirements. The early stage work

EXHIBIT 3 PAGE 23



(c)



(d)

**Fig. 4.** *Continued.*

focused on such items as picture format and transmission frame structure which were thought to have more impact on the video codec hardware architecture because algorithm handling was envisaged to be by DSP. Another round of divergence phase algorithm study was initiated in July 1987 by investigating the state of the art for video coding at bit rates around 64 kb/s. At the same time, the importance of using common test sequences was recognized again and four more were added for the $m \times 64$ kb/s work; "Claire," "Salesman," "Blue Jacket," and "Swing."

At the meeting in October 1987, an idea of macroblock was first presented with experimental results. A macroblock consists of four luminance blocks and two spatially corresponding chrominance blocks. Motion compensation took place on a macroblock basis. This was originated by an effort to reduce the amount of side information, particularly that of motion vectors. The results of RM4 modified by including the macroblock indicated that performance at 384 kb/s did not change but significant improvement was obtained at 64 kb/s, hinting that compatibility between $n \times 384$ kb/s coding and $m \times 64$ kb/s coding would be possible.

In January 1988, when the specifications of the $n \times 384$ kb/s video codec were almost complete, there was a serious discussion whether $n \times 384$ kb/s Recommendation should be issued separately from the $m \times 64$ kb/s one, or

a single Recommendation should cover both of them. An unanswered question was whether extension of the $n \times 384$ kb/s algorithm down to 64 kb/s gave an optimum solution at that low rate. It was decided that the divergence phase work should be continued until September 1988 when the convergence phase work would start and that the reference model method should be used.

The first Reference Model of the $m \times 64$ kb/s video coding study, numbered RM5, was defined in March 1988 to assist the evaluation of possible techniques which would bring optimization at lower bit rates. This coding model, shown in Fig. 4(c), was based on RM4 with the following modifications:

- The macroblock technique was introduced.
- Motion compensation was applied also to chrominance blocks by using a motion vector derived from that of the luminance part of the macroblock.
- The loop filter was applied to chrominance blocks as well as luminance blocks. Its on/off control method was changed to the control by nonzero motion vector from the one by side information based on comparison of prediction errors. This was to save overhead bits.
- Quarter CIF (QCIF) input format was added to investigate the tradeoff between spatial resolution and coding distortion at low bit rates.

144

EXHIBIT 3 PAGE 24

**Table 2**  History of the Reference Model for H.261 Video Coding Algorithm Development

| Reference Model | RM1 | RM2 | RM3 | RM4 | RM5 | RM6 | RM7 | RM8 |
|---|---|---|---|---|---|---|---|---|
| Date | Mar. 1986 | June 1986 | Nov. 1986 | Mar. 1987 | Mar. 1988 | Sept. 1988 | Dec. 1988 | Mar. 1989 June 1989 (rev) |
| video bit rate | 300 kb/s | → | → | → | px59.4 kb/s | → | → | → |
| source format | CIF | → | → | → | CIF and QCIF | → | → | → |
| macroblock | none | →. | → | → | 4 Y blocs + 2 C blocks | → | → | → |
| sig./insig. decision | after quantization | → | → | → | → | → | → | → |
| inter/intra block decision | squared error after compared with 128 | •aquared erroe after compared with average •threshold | → | → | → | → | → | → |
| first picture and scene cut | | | | | | | | |
| –detection | same as inter/intra decision 2 × inter mode picture, controlled intra block for whole picture | a priori | → | → | → | → | → | → |
| – No. of bits per picture | | → | → | → | → | → | fixed stepsize, open loop | → |
| –coding | | → | → | → | intra macroblock for whole picture | → | → | → |
| intra macroblock coding | — | — | — | — | average of 6 blocks + diff. | MB av. + diff. | MB av. +diff. + C av. + diff. | intrablock for whole picture |
| quantization | | | | | | | | |
| –intra DC | 9 b linear | → | → | → | none | MB av. 8 b, C av. relative | MB av, C av, 8 b | 8 b linear |
| –inter DC and whole AC | linear with 1.5 × g dead zone | → | → | linear with 1.0 × g dead zone | → | → | → | → |
| –Y/C | same | → | → | → | → | → | → | → |
| –variable thresholding | none | → | → | → | → | introduced | → | → |
| quantizer control | block (8 × 8) basis | GOB (2V blocks × 44 H blocks) basis | → | → | → | → | GOB (6V blocks × 44 H blocks) basis | every 11th MB basis |
| buffer size | 30 kb/s | → | → | → | p × 6400 b | → | → | → |

During March 1988–September 1988, a number of simulation studies were carried out in various laboratories to find promising techniques for significantly outperforming RM5 at 64 kb/s. One direction was to maintain the basic structure of RM5 but optimize its elements, the other direction was to try new elements such as vector quantization, Directional Transform where one of several transforms is selected according to the orientation of the block, background prediction, and segmentation which assigns more bits to the detected facial region.

EXHIBIT 3 PAGE 25

**Table 2** *Continued*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| scanning class | zigzag scan only | → | 4 classes | → | zigzag scan only | → | → | → |
| entropy coding for DCT coeff. | | | | | | | | |
| –intra DC | 9 b FLC | → | → | → | none | 8 b for av. | → | 8 b FLC for Y, C |
| –inter DC and whole AC | tree code VLC | 1D Huffman code | 1D Huffman+ last nonzero trick | 2D Huffman code | → | → | → | 2D Huffman + 1st nonzero coeff. trick |
| –EOB | VLC for No. of nonzero | 3 b | → | 2 b | → | → | → | → |
| MC | | | | | | | | |
| –block size | 8 × 8 pels | → | → | → | 16 × 16 pels | → | → | → |
| –detection | 3 steps | 3 steps + zero forcing | → | → | → | → | → | → |
| –vector type | integer | → | → | → | → | → | → | → |
| –chrominance | no MC | → | → | → | derived from Y | → | → | → |
| –range | +/- 7 pels × +/- 7 lines | → | → | → | → | → | → | → |
| –coding | 8 b FLC | → | → | → | → | VLC for diff. vector | → | → |
| loop filter | | | | | | | | |
| –type | none | → | 8×8, 1-2-1 | → | → | → | → | 8×8, 1-2-1 with edge simplified |
| –application | Y only | → | → | → | Y and C | → | → | → |
| –control | none | → | side info. to prediction error | → | motion vector | → | → | → |
| block/MB attribute | | | | | | | | |
| –relative adressing | none | → | VLC for signif. block | → | VLC for signif. MB | → | → | → |
| –block type | inter/intra, coded /noncoded, MC/no MC for block | → | inter/intra, MC/no-MC, filter on/off for block | → | coded/ noncoded, MC/no MC for MB | inter/intra, MC/no MC for MB | → | inter/intra, MC/no MC, Quant/no Quant for MB |
| –block type coding | 2 b/block | VLC | VLC + FLC (filter) | VLC | → | → | → | → |
| –coded blocks in a macroblock | none | → | → | → | all blocks coded | CPB for 7 types | → | CBP for 63 types |

Abbreviations:    av.=average, C=chrominance, coeff.=coefficient, diff.=difference, info.=information, insig.=insignificant, MC=motion compensation, sig.=significant, and Y=luminance

*3) p × 64 kb/s Video Coding:* In September 1988, review of the available m × 64 kb/s simulation works led the group to the conclusion that the Reference Model based algorithm should be the baseline leading candidate for the 64 kb/s coding algorithm and further efforts should be concentrated on its refinement. A new finding was that the hybrid coding of motion compensated interframe prediction and DCT can cover a wide range of coding bit rates. The

EXHIBIT 3 PAGE 26

standardization plan was accordingly modified to finalize a single Recommendation for video coding at $p \times 64$ kb/s ($p$=1–30) by the end of 1989 instead of making two Recommendations; one for $n \times 384$ kb/s by the end of 1988 and the other for $m \times 64$ kb/s by the middle of 1990.

RM6 was then defined for the convergence phase work.

- Variable thresholding technique was introduced which makes the quantizer threshold variable depending on the length of zero runs and is effective for rapid stabilization of the coding scheme in stationary areas, thus allowing allocation of more bits to moving areas. Though this technique was outside standardization, it was included in the model because of its outstanding effectiveness.
- Scanning of DCT coefficients was reverted to zigzag scan only because the coding gain of adaptive scanning was canceled by the overhead in the two dimensional VLC environments.
- A 1-dimensional differential coding was employed for motion vectors, which halved the number of codes by utilizing the known restricted range of vector values.
- A VLC was introduced to indicate seven different patterns of significant blocks in a macroblock. This was based on the finding that six blocks in a macroblock were not always significant; some of them did not contain any nonzero transform coefficients. It was not efficient to transmit EOB only for those insignificant blocks.

Filtering in the loop was again extensively studied in the light of much lower bit rates than the previously studied 384 kb/s; position in the loop, possible replacement by a post filter, adaptivity of the block to be filtered and its control method were major issues. The idea of adaptive filtering was based on choosing an appropriate filter according to such parameters as bit rate, motion vector, quantizer stepsize in the previous picture, coded/uncoded in the previous picture, decoded pel values which are commonly available at both the encoder and the decoder without requiring additional side information. However, the conclusion was to maintain the separable 1-2-1 filter after the frame memory in the coding loop taking into account the performance, hardware complexity and existence of the IDCT mismatch [10] which causes slight differences in the decoded pel values between the encoder and the decoder.

The impact of the new model at 384 kb/s was also checked; sacrificing performance at higher bit rates to accommodate lower bit rates was against the standardization objectives. It was concluded that the reference model algorithm is robust enough for a wide range of bit rates, thus optimization at higher bit rates is not necessary once it is optimized at lower bit rates.

These study results brought the definition of RM7 in December 1988 when the following modifications were adopted:

- A new GOB structure was introduced which consisted of 3 lines of 11 macroblocks, spatially occupying 1/12 of a CIF picture and 1/3 of a QCIF picture. This

was due to consideration of reducing overhead bits together with fast error recovery. Since each GOB has a header starting with a unique code, decoder operation can be resynchronized at each GOB position after a transmission error.

- The quantizer stepsize control was kept to once every GOB, thus reduced to 12 controls per picture from previous 18 controls per picture.
- The first picture had been coded by allocating a double number of bits compared to the ordinary coded picture and skipping a subsequent picture, but this sometimes caused buffer overflow during coding of the first picture and affected the coding of subsequent pictures. Though it was found that the impact of the different quality of the first coded picture disappears after 10–20 coded pictures, use of short test sequences of 2–8 s in the simulation experiments may result in wrong interpretation of the coding algorithm characteristics. Use of a fixed stepsize, whose value depended on the bit rate, was adopted. The coding control started at the second coded picture with a half full buffer.

At this time, use of motion compensation on the $8 \times 8$ block which augments the $16 \times 16$ motion compensation was raised. However, this technique did not reach the level of inclusion in the Reference Model after several experiments.

The final Reference Model RM8, as shown in Fig. 4(d), for the H.261 standardization work was produced in March 1989 and updated in June 1989 [16], in alignment with the flexible hardware specifications which were later elevated to the Recommendation. The simulation work resulted in the following improvements:

- The RM7 qnantizer stepsize control had been found to cause visible artifacts at the edge of GOB boundaries, particularly for QCIF pictures. This was due to the less frequent stepsize control. The frequency of the control was increased to once every 11 macroblocks, i.e., 36 controls per CIF picture and nine controls per QCIF picture.
- This new control method required a new macroblock attribute (called MQUANT), which allowed the use of a new quantizer stepsize for the macroblock and subsequent ones, in addition to the quantizer stepsize value in the GOB header. MQUANT was in any case necessary for allowing appropriate quantization on a macroblock by macroblock basis.
- The loop filtering process was simplified at the edge where some of the pixels used for weighting are missing; only one-dimensional (1D) filtering was applied to the 28 pels at the $8 \times 8$ block boundaries and no processing was applied to the four corner pels. No loss of performance was observed for this simplification.
- The "start of block code" trick was employed for transform coefficient coding. This utilizes the fact that the first event in each block can never be EOB, or if the DC coefficient is zero and there are no following nonzero coefficients, then the block is coded as insignificant.

OKUBO: REFERENCE MODELING METHODOLOGY

147

EXHIBIT 3 PAGE 27



**Fig. 5.** SNR improvements in RM1–RM8.

- The coded block pattern VLC was optimized by allocating a code for each of 63 possible patterns.
- No filtering in the loop was confirmed to be effective for motion compensated macroblocks in panning sequences. The macroblock type coding was modified to allow this loop filter on/off control.

It is noted that at the meeting in March 1989, RM7 improvement by conditional motion compensated interpolation was reported, where the traditional motion compensated predictive coding structure is exploited to code temporally distant pictures, while the intermediate pictures are coded by motion interpolative coding using the reconstructed neighboring pictures. This technique was not considered for H.261 mostly due to that the standardization was in the very final stage, but later formed an essential element in the MPEG-1 standard where coding delay was not crucial.

The RM8 algorithm was not only reviewed by simulation but also verified through the hardware trials. The final specifications of H.261 had to differ in one item from those of the RM8; quantizing characteristics. In the course of verification tests using the Flexible Hardware, an IDCT mismatch phenomenon was found which happened even if the two independent IDCT's met the precision specification (see Annex A to [1]). This was solved in the Recommendation H.261 by avoiding even-valued reconstruction levels into the inverse DCT [10].

### D. Performance Improvement of the Reference Model

As an indication how the Reference Model evolved in performance, Fig. 5 shows SNR improvements in RM1 through RM8 with test sequences and bit rates as parameters. This diagram is produced by referring to a number of contributions from various laboratories [17].

### E. Relationship Between RM8 and the H.261 Standard

Though RM8 is the final Reference Model and conforms to Rec. H.261, it should be noted that there is a fundamental difference in their specifications. The standard includes only those aspects of coders and decoders which are necessary to enable their interworking and thus specifies only the bitstream structure, the interpretations assigned to the constituent code words and the essential stage of the decoding process. This philosophy allows a wide variety of tradeoffs between hardware cost and performance, particularly in the encoder. In contrast, the reference model rigidly specifies all operations of both encoder and decoder thereby providing the common ground for the collaborative work among different laboratories through the inclusion of reasonably well performing coding tools such as inter/intra mode decision criterion, motion estimation and rate control.

It should also be noted that the performance of the H.261 products may well be better than that of RM8. Some tools in RM8 are known to be suboptimal; e.g. the full search method of motion estimation performs better than the three step search method employed in RM8. Actual products may use preprocessing and post-processing which were deliberately disallowed in the reference model, in order to focus the investigations on the intrinsic capabilities of the coding algorithm, but are known to be effective for improving the subjective performance of the coding and decoding systems. Careful choices of coding mode and rate control according to the nature of the input pictures are other potential sources of improved performance in commercial products compared to RM8.

### IV. EVIDENCE FOR THE EFFECTIVENESS OF THE REFERENCE MODEL METHODOLOGY

The reference model method for developing the H.261 video coding algorithm through worldwide collaboration has been proved effective and efficient as described in Sections III-B and III-C and shown in Section III-D above. The H.261 specifications were verified through hardware trials, completed in November 1989 and ratified in December 1990. No defects have been reported since then. A number of H.261 products are now in the market and interworking is ensured among videoconferencing and videophone systems which have been produced by different equipment providers in different countries.

Subsequent developments of MPEG-1 (ISO/IEC 11172-2) and MPEG-2 (ITU-T Rec. H.262/ISO/IEC 13818-2) video coding standards in ISO/IEC JTC1/SC29 and ITU-T SG15 employed the same reference model methodology, though the naming for the coding models were Simulation Model (SM) and Test Model (TM), respectively [18], [19]. The development process is known as being efficient and rapid. These standards, MPEG-2 in particular, are now being supported by a wide range of applications; television broadcasting, interactive television, communication, digital storage media, etc.

All three cases give evidence that the reference model methodology, which was invented during the H.261 de-

PROCEEDINGS OF THE IEEE, VOL. 83, NO. 2, FEBRUARY 1995

EXHIBIT 3 PAGE 28

velopment, is a new effective means to develop a video coding algorithm through collaboration among a number of engineers.

It is noted that there is now a fourth case ongoing in ITU-T SG15 for developing a video coding algorithm operating at very low bit rates, typically ten several kb/s, for the videophone in the PSTN environments. The reference model is named as TMN (Test Model for Near term videophone at very low bit rates).

## V. GUIDELINES FOR APPLYING THE REFERENCES MODEL METHODOLOGY

From the experiences of the H.261 video coding algorithm development through the reference model methodology, some tips for applying it are summarized as follows:

1) Comparison of candidate coding techniques should be made possible; use of common test pictures, common yardstick and common data representation format are the starting point to make the comparison productive.

2) Improvements should be visible; SNR comparison at a given rate and viewing of processed pictures are two methods, though the former should be carefully used as it does not always correspond to the subjective quality.

3) Development of ITU-T Recommendation H.261 required RM1 through RM8, where effectively two standards were worked out; one for the $n \times 384$ kb/s class ($n= 1$–$5$) and the other for $m \times 64$ kb/s class ($m=1$–$2$) in cascade with 4 models each. These two were eventually integrated into one standard for $p \times 64$ kb/s ($p=1$–$30$). MPEG-1 required three reference models (SM1 through SM3) while MPEG-2 required five models (TM1 through TM5). From these experiences, it may be deduced that development of a new video coding standard needs three to five generations of reference model at intervals of 2–4 months.

4) Use of good engineering sense should be applied to complement the reference model work. A good standard needs a careful balance between obtainable performance and implementation cost for the techniques to be adopted. In the H.261 standard development, hardware verification was part of the program from the start, motivating the collaborators to make the Reference Model specifications as simple as possible for easier implementation. Implementation evaluation, however, is hard to quantify and is affected by rapid progress of technology. This is the area where good engineering sense of the participating experts is required [20].

5) The reference model method is suitable for the convergence phase work where accumulation of improvements starting from a framework is the major objective. It should be based on a sufficiently rich outcome from the divergence phase study to make a sensible framework. A new methodology is yet to be found for the divergence phase work; currently the only way is to rely on individual efforts.

## VI. CONCLUSION

This paper has discussed the reference model methodology for developing a video coding standard by reviewing the work for ITU-T Recommendation H.261. Its effectiveness has been verified by the successful developments of ITU-T Recommendation H.261, ISO/IEC 111712-2 (MPEG-1) and ITU-T Rec. H.262llISO/IEC 13818-2 (MPEG-2) during these 10 years. This methodology can be applied to areas other than video coding and it may be extended to development works, other than international standardization, which require collaboration among a number of contributors.

We should also look at the psychological aspects of working together. Every participating organization should first implement a reference model to make their improvement proposals. This allows the sharing of a common ground among contributors and helps to engender a spirit of collaboration.

The reference model is also effective for disseminating technical information. In order to ensure that the same results are obtained for the same experiment among participating laboratories, the reference model should be sufficiently detailed and well documented as seen in [16]. This provides the state of the art which can easily be implemented on a computer, thus enabling rapid propagation of the video coding technology and its improvements. This in turn brings new input contributions, accelerating the completion of the work.

## ACKNOWLEDGMENT

The author would like to thank all of the members of the Specialists Group on Coding for Visual Telephony who collaborated for five years to develop ITU-T Recommendation H.261, particularly Mr. J. Guichard, France Telecom-CNET, who coordinated the whole reference model work from the creation of RM1 to the completion of RM8 and Mr. D. G. Morrison, BT Labs, who coordinated the development of the flexible hardware specifications, greatly contributed to completing the Recommendation text and also kindly undertook to review this paper before submission. The author also would like to thank Dr. Y. Hatori, KDD Labs, for his contribution to initiating the H.261 work in CCITT, Dr. K. Iinuma, NEC, for his helpful suggestions at the early stage of this work, Mr. K. Nishi, ASCII Corp., and Mr. H. Fujiwara, GCL, for their encouragement to write this paper.

## REFERENCES

[1] ITU-T Recommendation H.261, "Video codec for audiovisual services at $p \times 64$ kbit/s," Dec. 1990, Mar. 1993 (revised).
[2] ISO/IEC 11172-2, "Information Technology—Coding of Moving Picture and Associated Audio for Digital Storage Media at up to about 1,5 Mbit/s: Part 2 Video," Aug. 1993.
[3] ITU-T Recommendation H. 262llISO/IEC 13818-2, "Information Technology—Generic Coding of Moving Pictures and Associated Audio Information: Video," Draft, Mar. 1994.
[4] S. Okubo, R. Nicol, B. Haskell, and S. Sabri, "Progress of CCITT standardization on $n \times 384$ kbit/s video codec," GLOBECOM '87, Tokyo, pp. 2.1.1–2.1.4, Dec. 1987.

OKUBO: REFERENCE MODELING METHODOLOGY

149

EXHIBIT 3 PAGE 29

[5] R. Nicol and N. Mukawa, "Motion video coding in CCITT SGXV—The coded picture format," *GLOBECOM '88*, pp. 31.1.1–31.1.5, Miami, Dec. 1988.

[6] R. Plompen, Y. Hatori, W. Geuen, J. Guichard, M. Guglielmo, and H. Brueswitz, "Motion video coding in CCITT SGXV—The coded source coding," *GLOBECOM '88*, pp. 31.2.1–31.2.8, Miami, Dec. 1988.

[7] M. Carr, J. Guichard, K. Matsuda, R. Plompen, and J. Speidel, "Motion video coding in CCITT SGXV—The video multiplex and source coding," *GLOBECOM '88*, pp. 31.3.1–31.3.6, Miami, Dec. 1988.

[8] J. Guichard, D. Devimeux, T. Koga, G. Morrison, N. Randall, and J. Speidel, "Motion video coding in CCITT SGXV—Hardware trials," *GLOBECOM '88*, pp. 2.2.1–2.2.6, Miami, Dec. 1988.

[9] S. Okubo, "Video codec standardization in CCITT Study Group XV," *Image Commun.*, vol. 1, no. 1, pp. 45–54, June 1989.

[10] S. Okubo, M. Wada, M. Carr, and A. Tabatabai, "Hardware trials for verifying Recommendation H.261 on $p \times 64$ kbit/s video codec," *Image Commun.*, vol. 3, no. 1, pp. 71–78, Feb. 1991.

[11] ITU-T Recommendation H.120 "Codecs for videoconferencing using primary digital group transmission," 1984, 1988 (revised), 1993 (revised).

[12] J. E. Thompson, "Objectives and Results of Project COST 211," *GLOBECOM '82*, no. D4.1, pp. 802–804, 1982.

[13] R. Nicol and T. Duffy, "A codec for worldwide videoconferencing," *IEEE Digital Satellite Conf.*, Phoenix, AZ, Sept. 1983.

[14] H. Kuroda, H. Hashimoto, and M. Taka, "1.5 Mb/s interframe codec for video teleconferencing," *Review of the Electrical Communication Laboratories*, vol. 33, no. 4, pp. 631–638, 1985.

[15] W.-H. Chen and W. K. Pratt, "Scene adaptive coder," *IEEE Trans. Commun.*, vol. COM-32, pp. 225–232, Mar. 1984.

[16] CCITT SGXV Specialist Group on Coding for Visual Telephony, "Description of ref. model 8 (RM8)," *Document #525*, June 1989.

[17] —, Documents #128, #165, #186, #219, #343, #356, #393, #403, #404, #426, #454, #455, #463, #479, #504, and #527, submitted during June 1986–June 1989.

[18] D. LeGall, "MPEG: A video compression standard for multimedia applications," *Comm. ACM*, vol. 34, pp. 47–58, Apr. 1991.

[19] L. Chiariglione, "Development of multi-industry information technology standards—The MPEG case—," *Int. Workshop on HDTV '93*, Ottawa, vol. 1, p. 2A-1, Oct. 1993.

[20] D. G. Morrison, "Implementation Considerations in the Development of the MPEG Video Standards," *Int. Workshop on HDTV '93*, Ottawa, vol. 1, p. 2A-3, Oct. 1993.



**Sakae Okubo** was born in Hiroshima, Japan, on February 19, 1942. He received the B.E. degree from the University of Hiroshima, Hiroshima, Japan, in 1964, specializing in electrical engineering.

After joining the Electrical Communication Laboratories of Nippon Telegraph and Telephone Corporation (NTT), Japan, in 1964, he worked on the development of video telephone systems and terminal equipment, did research on videoconferencing systems, human factors in particular, and research on broadband communication network. He has recently been engaged in the video coding research and standardization. He acted as Chairman of Specialists Group on Coding for Visual Telephony of CCITT SGXV (currently reorganized as ITU-T SG15) during 1984–1990 which developed Recommendation H.261, and is now acting as Rapporteur for Q.2/15 in ITU-T SG15, leading Experts Group for Video Coding and Systems in ATM and Other Network Environments, and also as Chair of Requirements Subgroup of ISO/IEC JTC1/SC29/WG11 (MPEG). He left NTT in March 1994 and joined Graphics Communication Laboratories in April 1994, where he continues international standardization on audiovisual/multimedia matters. His current interest is in audiovisual communication systems over ATM.

Mr. Okubo is a member of the Institute of Electronics, Information and Communication Engineers, the Institute of Television Engineers of Japan, and the Institute of Image Electronics Engineers of Japan.

EXHIBIT 3 PAGE 30