# Exhibit 7
# to Decl. of John Gartman

FILED

2006 JAN 10 AM 9: 10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LUCENT TECHNOLOGIES, INC., | Civil No. 02cv2060-B (CAB) |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOLLOWING DISCOVERY CONFERENCE** |
| GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; MICROSOFT CORPORATION; and DELL, INC., | |
| Defendants. | |

On January 6, 2006, the Court held a telephonic discovery conference. Based upon the parties' letter briefs and discussions during the conference, IT IS HEREBY ORDERED:

1. In addition to the orders the Court issued during the conference regarding specific deposition notices, the Court vacated the April 8, 2005 Case Management Order and set the following dates for discovery and expert exchanges:

| | |
|---|---|
| Supplement Infringement and Invalidity Contentions<br>Supplement Interrogatory Responses re: affirmative defenses | 1/27/06 |
| Fact Discovery Cutoff | 2/24/06 |
| Expert Designation | 2/17/06 |
| Rebuttal Expert Designation | 3/3/06 |
| Exchange Expert Reports | 3/31/06 |
| Exchange Rebuttal Expert Reports | 5/12/06 |
| Expert Discovery Cutoff | 7/7/06 |

384

02cv2060

EXHIBIT 7 PAGE 51

1      2.    Further, Lucent shall provide Defendants with a list of products made by or for Lucent that are compliant with industry standards that are the subject matter of patents at issue in this litigation on or before **January 20, 2006**.

    3.    The extension of the fact discovery cutoff is intended to allow the parties to complete outstanding discovery. The parties are not permitted to use this extension to open new avenues of discovery. The parties may only propound new discovery requests, including subpoenas to third parties, as needed to follow up on information provided in response to existing discovery requests.

DATED: Jan 9, 2006

CATHY ANN BENCIVENGO
United States Magistrate Judge

cc:    The Honorable Rudi. M. Brewster
      All parties

EXHIBIT 7 PAGE 52



U.S. District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

FAX-IN-TIME   NOTICE:
This fax is an official communication of the
U.S. District Court for the Southern District
of California. Please be aware that these are
the only copies of these documents that you
will receive unless specifically requested.



```
To: Matthew Bernstein                                    Date 01/10/06

From: Clerk U.S. District Court                          Page 1 of 3
```

```
Fax queued: 01/10/06 at 13:36:51                         CASE: 022060-CV #00384
CONFIDENTAL
Any questions about missing pages or unreadable copy, please call (619)
557-7667. The information contained in this facsimile message is attorney
privileged and confidential. It is intended only for the use of the
individual or entity named above. If the reader of this message is not the
intended recipient, or the employee or agent responsible to deliver it to
the intended recipient, you are hereby notified that any dissemination,
distribution or copying is strictly prohibited. If you have received this
communication in error, please call us immediately. Thank you.

IMAGES OF CASE FILINGS NOW AVAILABLE ON THE INTERNET!

Web PACER provides users with browser access to dockets and scanned images
of filed documents without leaving the comfort of their office/home.
Document copies can now be obtained more quickly and without making a trip
to the ClerkÆs Office.  Users with a PACER account can visit
http://pacer.casd.uscourts.gov/index.php via user i.d. and password for
immediate Web PACER access to the Southern District of CAÆs docket and case
filings.  Links to other courtsÆ Web PACER sites can be found at
http://pacer.psc.uscourts.gov/cgi-bin/links.pl.  An access fee of $.07 per
page viewed will be assessed.  Those interested in establishing a PACER
account can contact the PACER Service Center at (800) 676-6856 or register
on line at www.pacer.psc.uscourts.gov.

Mail & fax related issues, such as incomplete or illegible pages, should be
directed to
(619)557-7667.
```

EXHIBIT 7 PAGE 53