# Exhibit 8
# to Decl. of John Gartman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; MICROSOFT CORPORATION; and DELL, INC., <br><br> Defendants. <br><br> And related counterclaims. | Civil No.   02cv2060-B (CAB) <br><br> **SCHEDULING ORDER FOR GROUPS 1, 4, 5 AND 6 PATENTS** |

On June 6, 2007, the Court held a discovery conference to discuss the scheduling of motions, pre-trial and trial schedules for the remaining patents in this case. After considering input from counsel, the Court sets the following schedule:

1.   On **June 19 and 20, 2007**, at **9:00 a.m.**, motions for summary judgment on the Group 1/6 patents, excluding those involving issues of obviousness, shall be heard before Judge Brewster.

2.   On **September 6, 2007**, at **9:00 a.m.**, motions regarding the trust/licensing, which will address Plaintiff's continued standing to assert the Group 1/6 patents, shall be heard before Judge Brewster.

3.   On or before **September 14, 2007**, Defendants shall serve their supplemental expert reports on the obviousness defense for the Groups 1/6, 4 and 5 patents.

4.   On or before **October 12, 2007**, Plaintiff shall serve its supplemental rebuttal expert report on the obviousness defense.

5. On or before **November 9, 2007**, expert depositions on the supplemental reports shall be completed.

6. On or before **November 30, 2007**, Defendants shall file opening briefs on the obviousness defense as it relates to the Groups 1/6, 4 and 5 patents.

7. On or before **December 14, 2007**, Plaintiff shall file opposition briefs on the obviousness defense.

8. On or before **December 21, 2007**, Defendants shall file reply briefs on the obviousness defense.

9. On **January 7, 2008**, at **10:30 a.m.**, the motion for summary judgment on the obviousness defense shall be heard before Judge Huff.

10. On or before **January 14, 2008**, all parties shall file Memoranda of Contentions of Fact and Law in compliance with Local Rule 16.1(f)(2), as it relates to the Groups 1/6, 4 and 5 patents.

11. On or before **January 14, 2008**, all parties shall fully comply with the Pretrial Disclosure requirements of Fed. R. Civ. P. 26(a)(3), as it relates to the Groups 1/6, 4 and 5 patents. **Failure to comply with these disclosures requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.**

12. On or before **January 21, 2008**, counsel shall meet together and take the action required by Local Rule 16.1(f)(4). At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

13. On or before **January 28, 2008**, the proposed final pretrial conference order, including objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the Clerk of the Court, and shall be in the form prescribed in and in compliance with Local Rule 16.1 (f)(6). Counsel shall also bring a court copy of the pretrial

order to the pretrial conference.

14. The final pretrial conference shall be held before the **Honorable Marilyn L. Huff**, United States District Court Judge, on **February 4, 2008**, at **10:30 a.m.**

15. The trial on the Groups 1/6, 4 and 5 patents shall commence on **February 20, 2008**, at **9:00 a.m.**

16. The dates and times set forth herein will not be modified except for good cause shown.

17. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

DATED: June 7, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

- 3 -  02cv2060

EXHIBIT 8 PAGE 56