# Exhibit 12
# to Decl. of John Gartman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

--oOo--

LUCENT TECHNOLOGIES INC.,
Plaintiff,
vs.

GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,
Defendants.
and

MICROSOFT CORPORATION,
Intervener
_______________________________/

No. 02-CV-2060 B(WMc)
Consolidated with
03-CV-0699 B (WMc)
03-CV-1108 B (WMc)

MICROSOFT CORPORATION,
Plaintiff,
vs.

LUCENT TECHNOLOGIES INC.,
Defendant.
_______________________________/

LUCENT TECHNOLOGIES INC.,
Plaintiff,
vs.

DELL INC.,
Defendant.
_______________________________/

Videotaped Deposition of

ANDY C. HUNG

Friday, April 28, 2006

Reported by:
Leslie Rockwood
CSR No. 3462
Job No. 68800

 9cf4e5d8-26ab-4071-b061-38b76407aee7

WinDVD distributed by Microsoft?

A. The application, I don't know.

Q. Do you have any knowledge of Microsoft -- strike that.

Have you ever heard of Microsoft having distributed the application WinDVD itself?

MR. STADNICK: Calls for speculation.

THE WITNESS: That I don't know.

Q. BY MR. MARCHESE: But you're unaware of any such thing; is that right?

A. I am unaware of any such things.

Q. Do you know whether InterVideo pays royalties to any third party for patents based on the -- any of its MPEG-2 decoding products?

MR. LEVIN: Objection --

MR. STADNICK: Same objection.

MR. LEVIN: Lack of foundation, outside the scope, potentially calls for privileged information.

THE WITNESS: As I understand it, we do pay royalties to third parties.

Q. BY MR. MARCHESE: Which third parties?

MR. LEVIN: Same objections.

MR. STADNICK: Same objections.

THE WITNESS: The two that I hear commonly would be Dolby and MPEG L.A.

Q. BY MR. MARCHESE: Are you aware of any instance --

A. Strike Dolby. MPEG doesn't use Dolby, but WinDVD would. Sorry.

Q. So WinDVD uses some sort of Dolby technology; is that right?

A. That is correct.

Q. AC3?

A. That is correct.

Q. And InterVideo, to your knowledge, pays royalties to Dolby to use AC3 technology in WinDVD; correct?

MR. LEVIN: Same objections.

MR. STADNICK: Calls for speculation.

THE WITNESS: Under some cases, yes.

Q. BY MR. MARCHESE: And to your knowledge, InterVideo pays royalties to MPEG L.A. for patent rights to distribute MPEG-2 decoding technology; correct?

MR. STADNICK: Same objection. Objection to form.

MR. LEVIN: Lacks foundation, outside the scope, calls for speculation.

THE WITNESS: In some cases, yes.

Q. BY MR. MARCHESE: What cases?

MR. LEVIN: Same objections.

MR. STADNICK: Same objections.

THE WITNESS: Potentially when we're required to, potentially some OEM or some customer may pay directly. I do not know that part.

Q. BY MR. MARCHESE: To your knowledge, has Lucent ever approached InterVideo requesting royalties for any of its patents related to MPEG-2?

MR. LEVIN: Same objections.

MR. STADNICK: Calls for speculation.

THE WITNESS: I don't recall. I don't recall anything directly. There might have been something many, many -- like four or five years ago, but I don't know any details on that.

Q. BY MR. MARCHESE: You're saying about four or five years ago, Lucent approached InterVideo requesting that InterVideo take a license under its MPEG-2 patents; is that right?

MR. LEVIN: Same objections.

MR. STADNICK: Calls for speculation, mischaracterizes the witness's testimony.

THE WITNESS: Well, I don't know. That part I do not know.

Q. BY MR. MARCHESE: Let me ask the question just a little bit differently, then. Are you personally aware of any instance in which Lucent has approached

InterVideo, asking InterVideo to pay for the use of Lucent patents related to MPEG-2?

MR. LEVIN: Objection. Lacks foundation, calls for speculation, outside the scope.

MR. STADNICK: Join those objections.

THE WITNESS: I am not -- I am not aware of anything directly or personally.

Q. BY MR. MARCHESE: Are you personally aware of any situation in which Lucent has approached InterVideo to seek -- strike that.

Are you aware of any instance in which Lucent has approached InterVideo concerning Lucent patents related to MP3 technology?

MR. LEVIN: Same objections.

MR. STADNICK: Same objections.

THE WITNESS: I'm not directly aware. Some of this knowledge might be circumstantial. So --

Q. BY MR. MARCHESE: I'm sorry, I didn't hear that.

A. Might be circumstantial. So I mean, I might have heard something about Lucent, but I don't know whether that's really in conjunction with us or with other --

Q. What did you hear about Lucent?

MR. LEVIN: Same objections.

9cf4e5d8-26ab-4071-b061-38b76407aee7

Page 214

MR. STADNICK: Calls for speculation.
MR. LEVIN: And I'd also advise to the extent you've heard anything from counsel for InterVideo not to reveal any attorney-client communications.
THE WITNESS: That -- I'm not exactly sure even if it was a Lucent, but there was some -- there were some patent stuff that I did hear about four or five years ago. I'm not sure exactly if it's Lucent or not.
Q. BY MR. MARCHESE: What did you hear? What kind of patent stuff? Again, I don't want you to reveal any kind of communication with lawyers for InterVideo.
MR. LEVIN: Same objections.
THE WITNESS: I don't recall.
Q. BY MR. MARCHESE: You don't recall the specifics at all?
MR. LEVIN: Same objections.
THE WITNESS: No.
Q. BY MR. MARCHESE: All right. I think Mr. Kellman asked you this question, but I just want to make sure it's clear here. Was Microsoft involved with InterVideo in the development of the MP3 XPack, to your knowledge?
MR. STADNICK: Calls for speculation.
THE WITNESS: Not that I'm aware of.
Q. BY MR. MARCHESE: Was Microsoft involved with

Page 215

InterVideo in the development of the DVD XPack?
MR. STADNICK: Same objection.
THE WITNESS: Not that I'm aware of.
Q. BY MR. MARCHESE: Was Microsoft involved with InterVideo in the development of the DVD and MP3 XPack for Windows XP?
MR. STADNICK: Same objection and vague.
THE WITNESS: Not that I'm aware of.
Q. BY MR. MARCHESE: To your knowledge, did Microsoft ever ask -- strike that.
To your knowledge, did Microsoft request that InterVideo create and develop the DVD XPack for Windows XP?
MR. LEVIN: Objection. Lacks foundation, outside the scope.
MR. STADNICK: Calls for speculation.
THE WITNESS: The XPack, I believe -- and this is what I had heard -- was some sort of Microsoft initiative at the time.
Q. BY MR. MARCHESE: What does that mean?
A. Microsoft wanted to promote the XPack.
Q. Was the XPack already developed at that point?
MR. STADNICK: Objection. Vague.
MR. LEVIN: Calls for speculation.

Page 216

THE WITNESS: Some components, as I understand it, had been developed, you know, well before any knowledge of the XPack itself. However, you know, the XPack itself works with Microsoft's Media Player, so we -- I mean, it was some sort of an initiative, as I understand it, to enable features in the Windows Media Player that were not available without our software.
Q. BY MR. MARCHESE: Was that initiative started by Microsoft or by InterVideo?
MR. STADNICK: Calls for speculation.
MR. LEVIN: Foundation.
THE WITNESS: That I do not know.
Q. BY MR. MARCHESE: And are you talking about just the DVD XPack or are you talking about the MP3 XPack as well and the DVD MP3 XPack?
A. Those, I do not know.
Q. Sorry?
A. I do not know the answer to that, either, either the DVD XPack, the MP3 XPack, and the DVD and MP3 XPack.
Q. Let me make sure it's clear here on the record. For the DVD XPack, the MP3 XPack, and the DVD and MP3 XPack, you have no knowledge of whether Microsoft or InterVideo started an initiative to create those products; is that correct?

Page 217

MR. LEVIN: Same objections.
MR. STADNICK: Object to form.
THE WITNESS: I do not know who started the initiative to create those products.
Q. BY MR. MARCHESE: Was the MPEG decoder for the DVD XPack in existence prior to the work beginning on the DVD XPack?
MR. STADNICK: Objection. Vague.
THE WITNESS: The MP3 --
MR. MARCHESE: Maybe I said that wrong. Let me ask it again.
Q. Was the MPEG-2 decoder that's in the DVD XPack for Windows XP, was it in existence prior to work beginning on the DVD XPack?
MR. STADNICK: Same objection.
THE WITNESS: The library was in existence before.
Q. BY MR. MARCHESE: Now, referring to the MP3 XPack, was the MP3 encoder that's in the MP3 XPack in existence at InterVideo prior to development work beginning on the MP3 XPack for Windows XP?
MR. STADNICK: Calls for speculation.
THE WITNESS: That part, I do not know.
Q. BY MR. MARCHESE: Now turning to the DVD and MP3 XPack for Windows XP, was the MPEG-2 decoder that's

9cf4e5d8-26ab-4071-b061-38b76407aee7