# Exhibit 16
# to Decl. of John Gartman

Microsoft.com Home | Site Map

Search Microsoft.com for:

# Microsoft
## PressPass - Information for Journalists

PressPass Home | PR Contacts | Fast Facts About Microsoft | Site Map | Advanced Search | RSS F

**Microsoft News**
- Product News
- Consumer News
- International Contacts
- Legal News
- Security & Privacy News
- Events
- News Archive

**Corporate Information**
- Microsoft Executives
- Fast Facts About Microsoft
- Image Gallery

**Related Sites**
- Analyst Relations
- Community Affairs
- Essays on Technology
- Executive E-Mail
- Investor Relations
- Microsoft Research



PressPass Subscriptions RSS

## Microsoft, CyberLink and InterVideo Announce Immediate Availability Of MP3 Creation and DVD Playback Add-On Packs For Windows Media Player for Windows XP

CyberLink's PowerPacks and Intervideo's XPacks Offer Customers of Windows XP MP3 Recording for Less Than $10

**REDMOND, Wash., Oct. 22, 2001** — Microsoft Corp., CyberLink Corp. and InterVideo Inc. today announced the immediate availability of two new add-on products for the Microsoft® Windows® XP operating system. The first add-on is the MP3 Creation Pack, which for the first time enables CD recording into the MP3 format using Windows Media™ Player for Windows XP at bit rates as high as 320 Kbps. The second add-on is the DVD Decoder Pack, which installs support for the playback of DVDs via Windows Media Player for Windows XP if a user does not have a DVD decoder. CyberLink and InterVideo are each offering both the MP3 Creation Pack and the DVD Decoder Pack to customers of Microsoft Windows XP as downloads that may be purchased individually or together.

"CyberLink and InterVideo are helping to make Windows XP the best and most complete digital media experience on the PC," said Dave Fester, general manager of the Windows Digital Media Division at Microsoft. "Customers of Windows XP now have an expanded choice for both the leading digital music formats and technology vendors, all for a price under $10."

Todays announcement demonstrates the growing third-party software developer support for Microsofts new innovative MP3 and DVD plug-in architecture in Windows Media Player for Windows XP unveiled earlier this year.

**CyberLink and InterVideo Take MP3 Support in Windows Media Player to New Level**

CyberLink and InterVideos MP3 Creation Packs for Windows XP will for the first time permit users of Windows Media Player for Windows XP to rip personal CD collections into the MP3 format at high-speed bit rates.

CyberLinks MP3 Creation Pack for Windows XP is called MP3 PowerEncoder for Windows XP. This plug-in can be downloaded for $9.95 from CyberLinks Web site today, so users of Windows XP can quickly and easily rip their favorite CD music tracks into high-quality MP3 format using Windows Media Player for Windows XP at encoding rates as high as 256 Kbps. Users of Windows XP can generate ID3 Tags to access information, such as title, artist or album, and select the encoding bit rates from 64 Kbps to 256 Kbps when converting music tracks to MP3 format.

InterVideos MP3 Creation Pack for Windows XP is called MP3 XP Pack. It gives music fans the ability to rip CDs into high-bit-rate MP3 digital audio files with

the Windows Media Player at bit rates ranging from 96 Kbps to 320 Kbps. The MP3 XPack is available for purchase only via InterVideos Web site at http://www.intervideo.com/ for $9.95. InterVideos MP3 XPack is available today in English, with 10 more languages planned for later this year.

Since 1999, Microsoft has been among the major players licensing and supporting the reference-standard Fraunhofer MP3 codec for playback in Windows Media Player versions 6.4, and 7.1, and the upcoming Windows Media Player for Windows XP. In addition to CD recording for MP3, Microsoft announced in February that users of Windows XP will be able to play their existing MP3 music collections, add album art and lyrics to their MP3 music collections, create playlists that combine MP3 and Windows Media Audio music, burn music CDs and transfer MP3s to portable music devices. Windows XP offers intelligent media management, so when consumers move an MP3 file anywhere on their computer, the Windows Media Player will automatically know where it is.

**Easier DVD Support in Windows XP With CyberLink and InterVideo Add-Ons**

CyberLink and InterVideo are also offering add-ons for users of Windows XP who have PCs with DVD drives but do not have a DVD decoder preinstalled on their PC. These new add-on packs ensure that users of Windows XP with a DVD drive can play their favorite DVDs in the Windows Media Player just as they play their CDs, digital music and movies. The Windows Media Player also enhances the playback of DVDs with new innovative features, including full-screen video controls for DVD playback, easy-to-navigate DVD chapter listings, and the first built-in support for All Media Guides (AMGs) DVD metadata information such as cover art, chapter listings, and actor and director credits.

CyberLinks DVD Decoder Pack, called PowerDVD SE for Windows XP, enables PC users to enjoy DVD entertainment in Windows Media Player for Windows XP with flawless video playback and Dolby Digital audio. PowerDVD SE for Windows XP includes the same MPEG-2 software decoder from the full-featured version of its PowerDVD product and outputs high-fidelity, two-channel Dolby Surround audio to deliver crisp, sharp DVD entertainment on the PC.

With InterVideos DVD Decoder Pack, called DVD XPack, movie buffs can play DVD movies with Windows Media Player in Windows XP. The DVD XPack is built on the same core technology as InterVideos WinDVD product, one of the worlds most popular software DVD players, with more than 14 million users. The DVD XPack also features Dolby-certified audio decoding for great-sounding movies. The new add-on is available today for download at http://www.intervideo.com/ for $14.95. The DVD XPack is currently available in English, with 10 more languages planned for later this year.

**Availability and Pricing**

CyberLink and InterVideo are each offering an MP3 Creation Pack for Windows XP, a DVD Decoder Pack for Windows XP or the opportunity to purchase both products at a special price. Users of Windows XP can order and download these new add-on packs from each companys Web site via links inside Windows Media Player for Windows XP. Pricing for both companies is as follows:

**CyberLinks PowerPacks for Windows XP**

- $9.95 for the MP3 PowerEncoder

- $14.95 for PowerDVD SE

MSLT_0745100

EXHIBIT 16 PAGE 186

- $19.95 for both PowerPacks

These add-ons are available for download today from the CyberLink Web site at http://www.goCyberlink.com/power_packs/ . Currently, CyberLinks MP3 PowerEncoder and PowerDVD SE is available in English today and 12 other languages will be available by mid-November: Brazilian Portuguese, Finnish, French, German, Italian, Japanese, Korean, Portuguese, Simplified Chinese, Spanish, Swedish and Traditional Chinese.

**InterVideos XPacks for Windows XP**

- $9.95 for the MP3 XPack
- $14.95 for DVD XPack
- $19.95 for both XPacks

InterVideos MP3 and DVD XPacks are available for download today in English, with 10 more languages planned for later this year.

**About Windows Media**

Windows Media is the leading digital media platform, providing unmatched audio and video quality to consumers, content providers, solution providers, software developers and corporations. Windows Media offers the industrys only integrated rights-management solution and the most scalable and reliable streaming technology tested by independent labs. Windows Media Technologies includes Windows Media Player for consumers, Windows Media Services for servers, Windows Media Tools for content creation and the Windows Media Software Development Kit (SDK) for software developers. Windows Media Player, available in 26 languages, is the fastest-growing media player. More information about Windows Media can be found at http://www.microsoft.com/windowsmedia/ .

**About CyberLink**

Founded in 1995, CyberLink Corp. is a world leader and pioneer in bringing advanced digital video and audio software products to market. The products are categorized into two major lines: Digital Video Entertainment and E-Training Solutions. Digital Video Entertainment products focus on providing video/audio playback and recording capabilities on the personal computer. These award-winning software applications are ideal solutions for turning todays mainstream computers into powerful home theaters and digital video centers. The companys

E-Training Solutions offer breakthrough technologies to stream and manage high-quality, media-rich contents over corporate intranets or the Internet. As a result of the companys solid growth and profitability, CyberLink became a public company in October 2000 and is listed on the Taiwan Over The Counter Exchange (OTC: 5203). To keep up with market demands, CyberLink has operations in North America, Europe and the Asia Pacific region including Japan. CyberLinks worldwide headquarters are in Taipei and its Web site is located at http://www.goCyberlink.com/ .

**About InterVideo**

InterVideo is a leading distributor of software DVD solutions worldwide. The company produces and markets the award-winning WinDVDR player-decoder for Windows, as well as other advanced audio and video software products. Customers include Compaq, Creative Labs, Dell, Fujitsu, Fujitsu Siemens, Gateway, Hitachi, HP, IBM, Micron, Panasonic, Sharp, Sony, Tiny and Toshiba. InterVideos executive team comprises PC veterans instrumental in the

MSLT_0745101

EXHIBIT 16 PAGE 187

formation of the PC multimedia industry, coming from industry pioneering companies such as NexGen, LuxSonor, Sigma Designs, Chromatic Research and ST Microelectronics. InterVideo has headquarters in Fremont, Calif., and regional offices in Europe, Taiwan, Japan and Torrance, Calif. More information about IVI is available by contacting InterVideo at (510) 651-0888 or visiting the Web site at http://www.intervideo.com/ .

**About Microsoft**

Founded in 1975, Microsoft (Nasdaq "MSFT" ) is the worldwide leader in software, services and Internet technologies for personal and business computing. The company offers a wide range of products and services designed to empower people through great software -- any time, any place and on any device.

Microsoft, Windows and Windows Media are either registered trademarks or trademarks of Microsoft Corp. in the United States and/or other countries.

The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

*Note to editors:* If you are interested in viewing additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/ on Microsofts corporate information pages.

↑ Top of page
Printer-Friendly Version   Send This Page   Add to Favorites

Manage Your Profile | Contact Us | Newsletter

© 2005 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement