# Exhibit 17
# to Decl. of John Gartman



## THINKFIRE
FUELING INNOVATION WORLDWIDE

Perryville Corporate Park III
P.O. Box 4013
Clinton, NJ 08809

# FAX

| To: | Dan Crouse | From: | Dan McCurdy |
|---|---|---|---|
| Company: | Microsoft Corporation | Phone: | 908-713-3801 |
| Fax: | 425-706-7329 | Fax: | 908-713-3838 |
| | | Email | dmccurdy@thinkfire.com |
| | | Contact: E-Mail: | Sandy Arthur sarthur@thinkfire.com |
| | | Phone: | 908-713-3802 |
| | | Date: | January 13, 2003 |
| | | Pages: | 4 |

Original sent by fedex. Your Priority Club member number is 682554608.

EXHIBIT 17 PAGE 189

MSLT 0446324

n 13 03 06:30p     Dan McCurdy                    9087133838                    p.2



THINKFIRE
FUELING INNOVATION WORLDWIDE

**Donald L. Boreman**
*Vice President*
*Licensing*

Perryville Corporate Park III
53 Frontage Road; P.O. Box 4013
Clinton, NJ 08809
  Telephone: 908-713-3806
  Facsimile:  908-713-3838
  Email: donb@ThinkFire.com

January 13, 2003

Dan Crouse
Deputy General Counsel
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

Dear Mr. Crouse:

Let me briefly introduce myself. As you may know, ThinkFire is an intellectual property management consultant company that provides services to leading innovators seeking assistance in evaluating and commercializing their intellectual property assets. I am a Vice President at ThinkFire with responsibility to negotiate patent licensing agreements on behalf of our clients.

Lucent Technologies, with the Bell Laboratories as one of the world's premier innovators of technology, has contracted with ThinkFire to represent them as their licensing agent. We believe that specific Lucent Technologies patents are crucial to current and planned product offerings of Microsoft.

Lucent Technologies has a portfolio of more than 15,000 patents worldwide, many of which cover Microsoft's client platforms, server platforms, home entertainment, application software, web products and other product offerings. I have attached an exemplary list of sixteen patents for your review. The list includes patents that Microsoft already knows about through discussions that Lucent has had with various computer manufacturers who sell products incorporating Microsoft products. These patents impact approximately $9B of current annual Microsoft sales, although it is by no means a comprehensive view. We would like to schedule a meeting to initiate patent licensing discussions. In order to provide your team a few weeks to review these patents, I would like to propose that we meet during the week of February 10 to discuss this matter in further detail.

Lucent Technologies is willing to provide licensing rights to all patents necessary to support Microsoft's product offerings. I am optimistic that we can reach a mutually beneficial licensing agreement.

I look forward to your response so that we can finalize our itinerary in preparation of our meeting.

Sincerely,

D. L. Boreman

EXHIBIT 17 PAGE 190                                            MSLT 0446325

### Exemplary List of Lucent Technologies Patents utilized by Microsoft Products

| Patent | Title | Inve |
|---|---|---|
| 4,617,676 | Predictive communication system filtering arrangement | Jayan |
| 4,677,423 | ADPCM coder-decoder including partial band energy transition detection | Benve |
| 4,437,087 | Adaptive differential PCM coding | Petr |
| 4,958,226 | Conditional motion compensated interpolation of digital motion video | Haske |
| 5,227,878 | Adaptive coding and decoding of frames and fields of video | Aravir |
| 5,341,457 | Perceptual coding of audio signals | Hall |
| 5,754,773 | Multimedia on-demand server having different transfer rates | Ozde |

MSLT 0446326

EXHIBIT 17 PAGE 191

Exemplary List of Lucent Technologies Patents utilized by Microsoft Products

| Patent | Title | Inventor |
|---|---|---|
| RE 36,714 | Perceptual Coding of Audio Signals | Brandenbu |
| 6,470,389 | Hosting a network service on a cluster of servers using a single-address image | Chung |
| 4,769,810 | Packet switching system arranged for congestion control through bandwidth management | Eckberg |
| 4,769,811 | Packet switching system arranged for congestion control | Eckberg |
| 5,649,131 | Communications protocol | Ackerman |
| 4,979,049 | Efficient encoding/decoding in the decomposition and recomposition of a high resolution image utilizing its low resolution replica | Chamzas |
| 5,025,258 | Adaptive probability estimator for entropy encoding/decoding | Duttweiler |
| 4,763,356 | Touch screen form entry system | Day |
| 5,347,295 | Control of a computer through a position-sensed stylus | Agulnick |

EXHIBIT 17 PAGE 192

MSLT 0446327