# Exhibit 19
# to Decl. of John Gartman

## Attachment A: Infringement By Microsoft

I.  **U.S. Patent No. 4,383,272 ("Netravali")**

Lucent has not interposed any claim in this action against Microsoft for infringement of U.S. Patent No. 4,383,272, which is now expired.

EXHIBIT 19 PAGE 197

## II.      U.S. Patent No. 4,958,226 ("Haskell")

Based on its investigations to date, and subject to its previously stated general and specific objections, Lucent contends that the following products infringe claim 12 of U.S. Patent No. 4,958,226, literally or under the doctrine of equivalents:

- Every Microsoft product (or portion thereof) for decoding data representing video in accordance with International Standard ISO/IEC 11172 ("MPEG-1 video"), that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Microsoft. Applicable products include, without limitation and subject to supplementation and/or amendment as discovery progresses, Microsoft DirectShow software, Microsoft ActiveMovie software, and Microsoft Windows Media Player software (with any associated MPEG-1 codec), whether made, used, sold, offered for sale, or imported separately or as part of any Microsoft operating system software, Internet Explorer software, or otherwise.

- Every Microsoft product (or portion thereof) for decoding data representing video in accordance with International Standard ISO/IEC 13818 ("MPEG-2 video"), that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Microsoft. Applicable products include, without limitation and subject to supplementation and/or amendment as discovery progresses, the Microsoft Xbox Video Game System and the Microsoft Xbox DVD Movie Playback Kit.

Microsoft's acts of making, using, selling, offering for sale, and/or importing those products constitute direct and/or induced infringement of claim 12. For example, Microsoft induces infringement by supplying these products to customers and providing manuals and other documentation to customers that provide information on how to use these products. Microsoft induces infringement by providing DirectShow and ActiveMovie as a software product (or portion thereof) and by providing users with instructions on how to use this software to support playback of MPEG file formats, such as with Windows Media Player software. Microsoft further induces infringement by providing users of the Xbox Video Game System with an Xbox DVD Movie Playback Kit and by providing users with instructions on how to use this Playback Kit to support playback of DVD movies. The following claim charts summarize how each such apparatus or method satisfies each element or limitation of claim 12. Lucent reserves the right to

2

EXHIBIT 19 PAGE 198

supplement or amend this response as discovery and Lucent's investigation in this case proceed, and during the course of expert discovery.

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| 12. A circuit responsive to coded video signals where the video signals comprise successive frames and each frame includes a plurality of blocks and where the coded video signals comprise codes that describe deviations from approximated blocks and codes that describe deviations from interpolated blocks, comprising: | The accused Microsoft products include hardware and/or software that decodes MPEG-1 video and/or MPEG-2 video. That hardware and/or software constitutes a circuit that is responsive to coded video signals, wherein the coded video signals comprise successive frames and each frame includes a plurality of blocks. The coded video signals also comprise codes that describe deviations from approximated blocks (e.g., P-blocks) and codes that describe deviations from interpolated blocks (e.g., B-blocks). |
| means for developing block approximations from said codes that describe deviations from approximated blocks; and | The accused Microsoft products include means for developing block approximations from the codes that describe deviations between actual blocks and blocks estimated by prediction from information in previous frames (e.g., P-blocks). |
| means responsive to said block approximations and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks. | The accused Microsoft products include means responsive to the block approximations and to the codes that describe deviations between actual blocks and blocks estimated by interpolation from information in previous and subsequent frames (e.g., B-blocks). |