# Exhibit 20
# to Decl. of John Gartman

## Attachment A:  Infringement By Microsoft

**I.**    **U.S. Patent No. 4,383,272 ("Netravali")**

Lucent has not interposed any claim in this action against Microsoft for infringement of U.S. Patent No. 4,383,272, which is now expired.

EXHIBIT 20 PAGE 200

## II.    U.S. Patent No. 4,958,226 ("Haskell")

Based on its investigations to date, and subject to its previously stated general and specific objections, Lucent contends that the following products infringe claim 12 of U.S. Patent No. 4,958,226, literally or under the doctrine of equivalents:

- Every Microsoft product (or portion thereof) for decoding data representing video in accordance with International Standard ISO/IEC 11172 ("MPEG-1 video"), that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Microsoft.  Applicable products include, without limitation and subject to supplementation and/or amendment as discovery progresses, Microsoft DirectShow software, Microsoft ActiveMovie software, Microsoft MovieMaker software, and Microsoft Windows Media Player software (with any associated MPEG-1 codec), whether made, used, sold, offered for sale, or imported separately or as part of any Microsoft operating system software, Internet Explorer software, or otherwise.

- Every Microsoft product (or portion thereof) for decoding data representing video in accordance with International Standard ISO/IEC 13818 ("MPEG-2 video"), that was made, used, sold, or offered for sale in the United States, or imported into the United States, by or for Microsoft.  Applicable products include, without limitation and subject to supplementation and/or amendment as discovery progresses, the Microsoft Xbox 360 Video Game System, the Microsoft Xbox Video Game System, the Microsoft Xbox DVD Movie Playback Kit, and DVD "plug-in packs" for Microsoft Windows Media Player software, such as Intervideo DVD Xpack or CyberLink Power DVD SE.

- Every Microsoft product (or portion thereof) for decoding data representing video in accordance with Microsoft's Windows Media Video 9 ("WMV-9") codec, that was made, used, sold, or offered for sale in the United States, by or for Microsoft. Applicable products include, without limitation and subject to supplementation and/or amendment as discovery progresses, the Windows XP Media Center Edition 2005 operating system, Windows Movie Maker 2 software (with any associated WMV-9 codec), Windows Media Player 9 series software (with any associated WMV-9 codec), and Windows Media Player 10 series software (with any associated WMV-9 codec), whether made, used, sold, offered for sale, or imported separately or as part of any Microsoft operating system software, Internet Explorer software, or otherwise.

Microsoft's acts of making, using, selling, offering for sale, and/or importing those products constitute direct, contributory, and/or induced infringement of claim 12.  Microsoft directly infringes by making, using, selling, offering for sale and/or importing those products. Microsoft also induces infringement by supplying those products to customers and providing technical

2

EXHIBIT 20 PAGE 201

support, manuals, and other documentation to customers with information on how to use those products. For example, Microsoft induces infringement by providing DirectShow and ActiveMovie as a software product (or portion thereof) and by providing users with instructions on how to use this software to support playback of MPEG file formats, such as with Windows Media Player or MovieMaker software. Microsoft further induces infringement by working with third parties to develop and promote DVD "plug-in packs," and by providing users with instructions on how to obtain and use such "plug-in packs" in conjunction with Windows Media Player to support playback of MPEG-2 files. Microsoft further induces infringement by providing users of the Xbox Video Game System with an Xbox DVD Movie Playback Kit and by providing users with instructions on how to use this Playback Kit to support playback of DVD movies. The following claim charts summarize how each such apparatus or method satisfies each element or limitation of claim 12. The standards documents cited in the claim charts can be found at LUC 1126755-1126876 (ISO/IEC 11172-2), LUC 1126918-1127137 (ISO/IEC 13818-2), and LUC 1263739-1264237 (SMPTE 421M). Lucent reserves the right to supplement or amend this response as discovery and Lucent's investigation in this case proceed, and during the course of expert discovery. Lucent notes that outstanding discovery relevant to this response includes at least the Rule 30(b)(6) depositions of Microsoft regarding MPEG-1, MPEG-2, and WMV-9 products, the production of Microsoft documents regarding MPEG-2 and WMV-9 products, the Rule 30(b)(6) deposition of CyberLink regarding MPEG-2 products, the Rule 30(b)(6) deposition of Intervideo regarding MPEG-2 products, the production of Intervideo documents regarding MPEG-2 products, the Rule 30(b)(6) deposition of Mediamatics regarding MPEG-1 products, and the production of Mediamatics documents regarding MPEG-1 products.

3

EXHIBIT 20 PAGE 202

Lucent will supplement this response as appropriate upon completion of this and any other pertinent discovery.

A.    **MPEG-1 Video**

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| 12. A circuit responsive to coded video signals where the video signals comprise successive frames and each frame includes a plurality of blocks and where the coded video signals comprise codes that describe deviations from approximated blocks and codes that describe deviations from interpolated blocks, comprising: | The accused products include hardware and software, comprising a path that can carry an electrical current, for decoding MPEG-1 encoded video signals. An MPEG-1 video signal contains information corresponding to a series of consecutive pictures called frames. "Video is represented as a succession of individual pictures, and each picture is treated as a two-dimensional array of picture elements (pels)." ISO/IEC 11172-2 § D.2.2, p.52; *see also* ISO/IEC 11172-2 § 2.1.108, p.8.

Furthermore, in MPEG-1 video, "[t]here are four types of coded picture that use different coding methods. An Intra-coded picture (I-picture) is coded using information only from itself. A Predictive-coded picture (P-picture) is a picture which is coded using motion compensated prediction from a past I-Picture or P-Picture. A Bidirectionally predictive-coded picture (B-picture) is a picture which is coded using motion compensated prediction from a past and/or future I-Picture or P-Picture. A dc coded (D) picture is coded using information only from itself. Of the DCT coefficients only the dc ones are present." ISO/IEC 11172-2 § 2.4.1, p.16. *See also* ISO/IEC 11172-2 § 0.2.1, p.v; § D.2.3, p.54; § D.5.3, p.70. The "picture_coding_type" code identifies the type of picture. For example, a value of "001" identifies an I-picture, "010" identifies a P-picture, "011" identifies a B-picture, and "100" identifies a D picture. *See, e.g.,* ISO/IEC 11172-2 § 2.4.3.4, p.27; § 2.4.2.5, p.21; § D.5.3, p.70; D.5.3.3, p.71. An example of the relationships between I, P, and B-pictures is illustrated in ISO/IEC 11172-2 § 0.2.1, p.v, Fig. 1; *see also* ISO/IEC 11172-2 § D.2.3, p.54, Fig. D.2.

MPEG-1 video includes successive frames of the various picture types. For example, "[a] typical coding scheme contains a mix of I, P, and B-pictures. Typically, an I-picture may occur every half a second, to give reasonably fast random access, with two B-pictures inserted between each pair of I or P-pictures." ISO/IEC 11172-2 § D.2.3, p.54. In that regard, the pictures may be organized into groups. "A group of |

4

EXHIBIT 20 PAGE 203

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | pictures is a series of one or more coded pictures intended to assist random access into the sequence. In the stored bitstream, the first coded picture in a group of pictures is an I-Picture. The order of the pictures in the coded stream is the order in which the decoder processes them in normal playback. In particular, adjacent B-Pictures in the coded stream are in display order. The last coded picture, in display order, of a group of pictures is either an I-Picture of a P-Picture." ISO/IEC 11172-2 § 2.4.1, p.15.

Each frame in an MPEG-1 video signal includes a plurality of blocks (sets of pels that constitute a portion of the frame). More specifically, "[t]he basic unit of coding within a picture is the macroblock. Within each picture, macroblocks are encoded in sequence, left to right, top to bottom. Each macroblock consists of six 8 by 8 blocks: four blocks of luminance, one block of Cb chrominance, and one block of Cr chrominance." ISO/IEC 11172-2 § 0.3, p.vii; *see also* ISO/IEC 11172-2 § 2.1.86, p.7; § 2.4.1, p.17; § D.2.3, p.55; § D.2.3, p.55; § D.5.5, p.75. A block consists of 64 component pels arranged in an 8 by 8 array. *See, e.g.,* ISO/IEC 11172-2 § D.2.3, p.55; § 2.1.16, p.3; § 2.4.1, p.17; § D.2.3, p.55; § D.5.6, p.77.

"Each of the pictures types I, P, and B, have their own macroblock types." ISO/IEC 11172-2 § D.5.5.3, p.77; *see also* ISO/IEC 11172-2 §§ D.6.3, D.6.4, and D.6.5. For example, in I-pictures, all macroblocks are intra-coded, *i.e.*, I-macroblocks. *See, e.g.,* ISO/IEC 11172-2 § 2.4.4.1, p.32; § D.6.3.2.1, p.85. There are eight types of macroblocks in P-pictures, including both I and P macroblocks, referred to as pred-mc, pred-c, pred-m, intra-d, pred-mcq, pred-cq, intra-q, and skipped. *See, e.g.,* ISO/IEC 11172-2 § D.6.4.2.1, p.93; § 2.4.4.1, p.32. There are 12 types of macroblocks in B-pictures, including I, P, and B macroblocks, referred to as pred-i, pred-ic, pred-b, pred-bc, pred-f, pred-fc, intra-d, pred-icq, pred-fcq, pred-bcq, intra-q, and skipped. *See, e.g.,* ISO/IEC 11172-2 § D.6.5.2.1, p.100; § 2.4.4.1, p.32; § 0.2.2, p.v. The "macroblock_type" code indicates the method of coding of the macroblock. *See, e.g.,* ISO/IEC 11172-2 § 2.4.3.6, p.29; § 2.4.2.7, p.22.

With respect to P macroblocks, the encoded video signal contains codes that describe deviations or differences from predicted macroblocks that are generated during the decoding |

5

EXHIBIT 20 PAGE 204

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | process. For example, "each P-picture is divided up into one or more slices, which are, in turn, divided into macroblocks. Coding is more complex than for I-pictures, since motion-compensated macroblocks may be constructed. The difference between the motion compensated macroblock and the current macroblock is transformed with a two-dimensional DCT giving an array of 8 by 8 transform coefficients. The coefficients are quantized to produce a set of quantized coefficients. The quantized coefficients are then encoded using a run-length value technique." ISO/IEC 11172-2 § D.6.4, p.93.<br><br>With respect to B macroblocks, the encoded video signal contains codes that describe deviations or differences from interpolated blocks. For example, "each B-picture is divided up into one or more slices, which are, in turn, divided into macroblocks. Coding is more complex than for P-pictures, since several types of motion compensated macroblock may be constructed: forward, backward, and interpolated. The difference between the motion-compensated macroblock and the current macroblock is transformed with a two-dimensional DCT giving an array of 8 by 8 transform coefficients. The coefficients are quantized to produce a set of quantized coefficients. The quantized coefficients are then encoded using a run-length value technique." ISO/IEC 11172-2 § D.6.5, p.99.<br><br>In that regard, encoding MPEG-1 video involves several steps. "Firstly, for a given macroblock, the coding mode is chosen. It depends on the picture type, the effectiveness of motion compensated prediction in that local region, and the nature of the signal within the block. Secondly, depending on the coding mode, a motion compensated prediction of the contents of the block based on past and/or future reference pictures is formed. This prediction is subtracted from the actual data in the current macroblock to form an error signal. Thirdly, this error signal is separated into 8 by 8 blocks (4 luminance and 2 chrominance blocks in each macroblock) and a discrete cosine transform is performed on each block. Each resulting 8 by 8 block of DCT coefficients is quantized and the two-dimensional block is scanned in a zig-zag order to convert it into a one-dimensional string of quantized DCT coefficients. Fourthly, the side-information for the macroblock (mode, motion vectors etc) and the quantized coefficient data are |

6

EXHIBIT 20 PAGE 205

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | encoded.  For maximum efficiency, a number of variable length code tables are defined for the different data elements.  Run length coding is used for the quantized coefficient data."  ISO/IEC 11172-2 § 0.3, p.vii; *see also* ISO/IEC 11172-2 § 0.3, p.vi, Fig. 2; § D.2.2.3, p.53.<br><br>According to Microsoft, the source code for the MPEG-1 decoder used by the accused Microsoft products ("the Mediamatics decoder") can be found at MSLT 0604256-0604297.  As set forth below, the Mediamatics decoder processes MPEG-1 video signals in the manner described above, and performs the functions set forth in claim 12 using structures identical or equivalent to those disclosed in the Haskell '226 patent specification and identified in the Court's July 14, 2005 claim construction order. |
| means for developing block approximations from said codes that describe deviations from approximated blocks; and | An MPEG-1 decoder performs the inverse of the encoding operation.  *See, e.g.,* ISO/IEC 11172-2 § 0.4, p.vii.  relevant functional blocks of an MPEG-1 decoder are illustrated in Fig. D.7 of the standard.  *See* ISO/IEC 11172-2 § D.2.4, p.56, Fig. D.7; *see also* ISO/IEC 11172-2 § 0.4, p.vii.<br><br>During processing of P macroblocks, an MPEG-1 decoder performs the function of developing block approximations (the combinations of predicted blocks with differences between the actual blocks and the predicted blocks) using codes that describe differences from predicted blocks.  For example, "each P-picture is divided up into one or more slices, which are, in turn, divided into macroblocks.  Coding is more complex than for I-pictures, since motion-compensated macroblocks may be constructed.  The difference between the motion compensated macroblock and the current macroblock is transformed with a two-dimensional DCT giving an array of 8 by 8 transform coefficients.  The coefficients are quantized to produce a set of quantized coefficients.  The quantized coefficients are then encoded using a run-length value technique."  ISO/IEC 11172-2 § D.6.4, p.93.<br><br>In decoding MPEG-1 video, the accused products have means to decode each available picture and block type.  "As the decoder reads the bitstream, it identifies the start of a coded picture and then the type of the picture.  It decodes each macroblock in the picture in turn.  The macroblock type and motion vectors, if present, are used to construct a prediction of the current macroblock based on past and future reference |

7

EXHIBIT 20 PAGE 206

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | pictures that have been stored in the decoder. The coefficient data are decoded and dequantized. Each 8 by 8 block of coefficient data is transformed by an inverse DCT (specified in annex A), and the result is added to the prediction signal and limited to the defined range." ISO/IEC 11172-2 § 0.4, p.viii. |
| | For P macroblocks, the MPEG-1 decoder develops block approximations using the codes that describe differences from the predictions of the P macroblocks derived from the encoded video. "Predictive-coded macroblocks in P-Pictures are decoded in two steps. First, the value of the forward motion vector for the macroblock is reconstructed and a prediction macroblock is formed, as detailed below. Second, the DCT coefficient information stored for some or all of the blocks is decoded, dequantized, inverse DCT transformed, and added to the prediction macroblock." ISO/IEC 11172-2 § 2.4.4.2, p.34; *see also* ISO/IEC 11172-2 § 2.4.4.2, p.36; § D.6.2.1, p.78. |
| | As indicated in Fig. D.7 of the standard, an MPEG-1 decoder can be implemented in a manner that performs the function of generating block approximations using structures identical or equivalent to the combination of Decoder 22, Adder 27, $DCT^{-1}$ 24, Shift Circuit 26, and the inputs and outputs of those elements related to the generation of block approximations. *See* ISO/IEC 11172-2 § D.2.4, p.56, Fig. D.7; *see also* ISO/IEC 11172-2 § 0.4, p.vii. |
| | According to Microsoft, the source code for the MPEG-1 decoder used by the accused Microsoft products ("the Mediamatics decoder") can be found at MSLT 0604256-0604297. Consistent with the MPEG-1 video coding principles discussed above, the Mediamatics decoder has means for developing block approximations using codes that describe differences from the predictions of P macroblocks derived from the encoded MPEG-1 video. *See, e.g.*, MSLT 0604429-0604441, MSLT 0604321-0604325, MSLT 0604505-0604514. The Mediamatics decoder performs the function of generating block approximations using structures identical or equivalent to the combination of Decoder 22, Adder 27, $DCT^{-1}$ 24, Shift Circuit 26, and the inputs and outputs of those elements related to the generation of block approximations. *See, e.g.*, MSLT 0604429-0604441, MSLT 0604321-0604325, MSLT 0604505-0604514. |
| means responsive to said block | An MPEG-1 decoder performs the inverse of the encoding |

8

EXHIBIT 20 PAGE 207

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| approximations and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks. | operation. *See, e.g.,* ISO/IEC 11172-2 § 0.4, p.vii. Relevant functional blocks of an MPEG-1 decoder are illustrated in Fig. D.7 of the standard. *See* ISO/IEC 11172-2 § D.2.4, p.56, Fig. D.7; *see also* ISO/IEC 11172-2 § 0.4, p.vii.<br><br>During processing of B macroblocks, an MPEG-1 decoder performs the function of developing interpolated blocks using block approximations and codes that describe differences from interpolated blocks. An encoded MPEG-1 video signal contains codes that describe deviations between predictions of B macroblocks derived by interpolation and the actual B macroblocks. For example, "each B-picture is divided up into one or more slices, which are, in turn, divided into macroblocks. Coding is more complex than for P-pictures, since several types of motion compensated macroblock may be constructed: forward, backward, and interpolated. The difference between the motion-compensated macroblock and the current macroblock is transformed with a two-dimensional DCT giving an array of 8 by 8 transform coefficients. The coefficients are quantized to produce a set of quantized coefficients. The quantized coefficients are then encoded using a run-length value technique." ISO/IEC 11172-2 § D.6.5, p.99.<br><br>In decoding MPEG-1 video, the accused products have means to decode each available picture and block type. "As the decoder reads the bitstream, it identifies the start of a coded picture and then the type of the picture. It decodes each macroblock in the picture in turn. The macroblock type and motion vectors, if present, are used to construct a prediction of the current macroblock based on past and future reference pictures that have been stored in the decoder. The coefficient data are decoded and dequantized. Each 8 by 8 block of coefficient data is transformed by an inverse DCT (specified in annex A), and the result is added to the prediction signal and limited to the defined range." ISO/IEC 11172-2 § 0.4, p.viii.<br><br>"Because B-Pictures are coded using bidirectional motion compensated prediction, they can only be decoded after the subsequent reference picture (an I or P-Picture) has been decoded. Therefore, the pictures are reordered by the encoder so that the pictures arrive at the decoder in the order for decoding. The correct display order is recovered by the decoder." ISO/IEC 11172-2 § 0.3, pp.vi-vii; *see also* ISO/IEC |

9

EXHIBIT 20 PAGE 208

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | 11172-2 § 0.4, p.viii.<br><br>"Predictive coded macroblocks in B-Pictures are decoded in four steps.  First, the value of the forward motion vector for the macroblock is reconstructed....  Second, the value of the backward motion vector for the macroblock shall be reconstructed....  Third, the predictors of the pel values of the block being decoded, pel[][], are calculated....  If both forward and backward motion vectors information are retrieved, then let pel_for[][] be the value calculated from the past picture by use of the reconstructed forward motion vector, and let pel_back[][] be the value calculated form the future picture by use of the reconstructed backward motion vector.  Then the value of pel[][] shall be calculated by:  pel[][] = (pel_for[][] + pel_back[][]) // 2.  Fourth, the DCT coefficients for each block present in the macroblock shall be reconstructed....  Once the DCT coefficients are reconstructed, the inverse DCT transform in annex A shall be applied to obtain the inverse transformed pel values in the range [-256, 255].  The inverse DCT pel values shall be added to pel[][], which were computed above from the motion vectors."  ISO/IEC 11172-2 § 2.4.4.3, pp.36–37; *see also* ISO/IEC 11172-2 § 0.4, p.viii; § D.2.4, p.56.<br><br>As indicated in Fig. D.7 of the standard, an MPEG-1 decoder can be implemented in a manner that performs the function of generating interpolated blocks (B blocks) from block approximations and codes that described differences from interpolated blocks using structures identical or equivalent to the combination of Decoder 25, Adder 35, DCT$^{-1}$ 34, Shift Circuits 31 and 39, Averager 32, and the inputs and outputs of those elements related to the generation of interpolated blocks.  *See* ISO/IEC 11172-2 § D.2.4, p.56, Fig. D.7; *see also* ISO/IEC 11172-2 § 0.4, p.vii.<br><br>According to Microsoft, the source code for the MPEG-1 decoder used by the accused Microsoft products ("the Mediamatics decoder") can be found at MSLT 0604256-0604297.  Consistent with the MPEG-1 video coding principles discussed above, the Mediamatics decoder has means for developing interpolated blocks using block approximations and codes that describe differences from interpolated blocks.  *See, e.g.,* MSLT 0604256-0604289, MSLT 0604505-14, MSLT 0604515-0604535.  The Mediamatics decoder performs the function of developing |

10

EXHIBIT 20 PAGE 209

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | interpolated blocks using structures identical or equivalent to the combination of Decoder 25, Adder 35, DCT[-1] 34, Shift Circuits 31 and 39, Averager 32, and the inputs and outputs of those elements related to the generation of interpolated blocks. *See, e.g.,* MSLT 0604256-0604289, MSLT 0604505-14, MSLT 0604515-0604535. |

### B.    MPEG-2 Video

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| 12.  A circuit responsive to coded video signals where the video signals comprise successive frames and each frame includes a plurality of blocks and where the coded video signals comprise codes that describe deviations from approximated blocks and codes that describe deviations from interpolated blocks, comprising: | The accused products decode MPEG-2 video, and therefore infringe for at least the same reasons as the MPEG-1 related products.  MPEG-2 video "is forward compatible with ISO/IEC 11172-2." ISO/IEC 13818-2 § 1, p.1.  "A newer coding standard is forward compatible with an older coding standard if decoders designed to operate with the newer coding standard are able to decode bitstreams of the older coding standard." ISO/IEC 13818-2 § 3.61, p.4; *see also* ISO/IEC 13818-2 § D.1, p.143; § D.8, p.151; § D.8.2, p.151; § D.9, p.151; ISO/IEC 13818-2 Annex E.

Furthermore, the accused products include hardware and software, comprising a path that can carry an electrical current, for decoding MPEG-2 encoded video signals.  An MPEG-2 video signal contains information corresponding to a series of consecutive frames.  MPEG-2 video includes a coded representation of a series of one or more pictures.  In MPEG-2, a picture refers to "[s]ource, coded or reconstructed image data.  A source or reconstructed picture consists of three rectangular matrices of 8-bit numbers representing the luminance and two chrominance signals.  A 'coded picture' is defined in 3.21 of ITU-T Rec. H.262 | ISO/IEC 13818-2.  For progressive video, a picture is identical to a frame, while for interlaced video, a picture can refer to a frame, or the top field or the bottom field of the frame depending on the context." ISO/IEC 13818-2 § 3.97, p.5.

MPEG-2 video includes successive frames of the various picture types.  "Because of the conflicting requirements of random access and highly efficient compression, three main picture types are defined.  Intra Coded Pictures (I-Pictures) are coded without reference to other pictures.  They provide |

11

EXHIBIT 20 PAGE 210

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
|  | access points to the coded sequence where decoding can begin, but are coded with only moderate compression. Predictive Coded Pictures (P-Pictures) are coded more efficiently using motion compensated prediction from a past intra or predictive coded picture and are generally used as a reference for further prediction. Bidirectionally-predictive Coded Pictures (B-Pictures) provide the highest degree of compression but require both past and future reference pictures for motion compensation." ISO/IEC 13818-2 § Intro. 4.1.1, p.vii. *See also* ISO/IEC 13818-2 § 6.1.1.5, p.12; § 3.77, p.4; § 3.93, p.5; 13818-2 § 3.5, p.2. The "picture_coding_type" code identifies the type of picture. For example, a value of "001" identifies an I-picture, "010" identifies a P-picture, and "011" identifies a B-picture. *See, e.g.,* ISO/IEC 13818-2 § 6.3.9, p.47. An example of the relationships between I, P, and B-pictures is illustrated in ISO/IEC 13818-2 § Intro. 4.1.1, p.vii, Fig. Intro. 1.<br><br>Each frame in an MPEG-2 video signal includes a plurality of blocks (sets of pels that constitute a portion of the frame). More specifically, a "block" in MPEG-2 video is "[a]n 8-row by 8-column matrix of samples, or 64 DCT coefficients (source, quantised or dequantised)." ISO/IEC 13818-2 § 3.12, p.2; *see also* ISO/IEC 13818-2 § 6.1.4, p.20. A macroblock is "[t]he four 8 by 8 blocks of luminance data and the two (for 4:2:0 chrominance format), four (for 4:2:2 chrominance format) or eight (for 4:4:4 chrominance format) corresponding 8 by 8 blocks of chrominance data coming from a 16 by 16 section of the luminance component of the picture." ISO/IEC 13818-2 § 3.85, p.5; *see also* ISO/IEC 13818-2 § 6.1.3, p.19.<br><br>In MPEG-2 video, I, P, and B pictures each have their own macroblock types. For example, in I-pictures, all macroblocks are intra-coded ("I") macroblocks. *See, e.g.,* ISO/IEC 13818-2 § B.2, p.122, Table B.2; § B.2, p.123, Table B.5; § B.2, p.126, Table B.8. In P-pictures, macroblocks may be either I macroblocks or unidirectionally predictive coded ("P") macroblocks. *See, e.g.,* ISO/IEC 13818-2 § B.2, p.123, Table B.3; § B.2, p.124, Table B.6; § B.2, p.126, Table B.8. In B-pictures, macroblocks may be either I or P macroblocks, or bidirectionally predictive coded/interpolated ("B") macroblocks. *See, e.g.,* ISO/IEC 13818-2 § B.2, p.123, Table B.4; § B.2, p.125, Table B.7; § B.2, p.126, Table B.8. The "macroblock type" code indicates the method of coding of the |

12

EXHIBIT 20 PAGE 211

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
|  | macroblock. *See, e.g.,* ISO/IEC 13818-2 § 6.3.17.1, p.57; *see also* ISO/IEC 13818-2 § B.2, pp.122-126.<br><br>MPEG-2 supports both interlaced and progressive video. "A frame contains lines of spatial information of a video signal. For progressive video, these lines contain samples starting from one time instant and continuing through successive lines to the bottom of the frame. For interlaced video, a frame consists of two fields, a top field and a bottom field. One of these fields will commence one field period later than the other." ISO/IEC 13818-2 § 3.64, p.4; *see also* ISO/IEC 13818-2 § 3.54, p.4; § 6.1.1.3, p.12; § D.1, p.143; § D.2.1, p.143.<br><br>The "progressive_sequence" field of an MPEG-2 video bitstream indicates the types of coding that may be used. For example, "[w]hen set to '1' the coded video sequence contains only progressive frame-pictures. When progressive_sequence is set to '0' the coded video sequence may contain both frame-pictures and field-pictures, and frame-picture may be progressive or interlaced frames." ISO/IEC 13818-2 § 6.3.5, p.40; *see also* ISO/IEC 13818-2 § 7.1, p.61. Similarly, the lower_layer_progressive_frame flag "shall be set to 0 if the lower layer frame is interlaced and shall be set to '1' if the lower layer frame is progressive." ISO/IEC 13818-2 § 6.3.14, p.54.<br><br>Encoded MPEG-2 video contains codes that describe deviations from predicted blocks, and also codes that describe deviations from interpolated blocks. For example, "[b]oth source pictures and prediction errors have high spatial redundancy. This Specification uses a block-based DCT method with visually weighted quantisation and run-length coding. After motion compensated prediction or interpolation, the resulting prediction error is split into 8 by 8 blocks. These are transformed into the DCT domain where they are weighted before being quantised. After quantisation many of the DCT coefficients are zero in value and so two-dimensional run-length and variable length coding is used to encode the remaining DCT coefficients efficiently." ISO/IEC 13818-2 § Intro. 4.1.4, p.viii; *see also* ISO/IEC 13818-2 § 7.<br><br>As set forth below, the accused MPEG-2 video products perform the functions set forth in claim 12 using structures |

13

EXHIBIT 20 PAGE 212

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | identical or equivalent to those disclosed in the Haskell '226 patent specification and identified in the Court's July 14, 2005 claim construction order. |
| means for developing block approximations from said codes that describe deviations from approximated blocks; and | An MPEG-2 decoder performs the inverse of the encoding operation. *See, e.g.,* ISO/IEC 13818-2 § 7, p.61; *see also* ISO/IEC 13818-2 § 7.7.1, p.83; § 7.8.1, p.95; § 7.9.1, p.100. Relevant functional blocks of an MPEG-2 decoder are illustrated in various figures of the standard. *See, e.g.,* ISO/IEC 13818-2 Fig. 7-1, p.61; Fig. 7-4, p.66; Fig. 7-5, p.70; Fig. 7-10, p.74; Fig. 7-10, p.73.<br><br>MPEG-2 video signals contain codes that describe differences from predicted blocks. "Both source pictures and prediction errors have high spatial redundancy. This Specification uses a block-based DCT method with visually weighted quantisation and run-length coding. After motion compensated prediction or interpolation, the resulting prediction error is split into 8 by 8 blocks. There are transformed into the DCT domain where they are weighted before being quantised. After quantisation many of the DCT coefficients are zero in value and so two-dimensional run-length and variable length coding is used to encode the remaining DCT coefficients efficiently." ISO/IEC 13818-2 § Intro. 4.1.4, p.viii; *see also* ISO/IEC 13818-2 § 7.<br><br>During processing of P macroblocks, an MPEG-2 decoder performs the function of developing block approximations (the combinations of predicted blocks with differences between the actual blocks and the predicted blocks) using codes that describe differences from predicted blocks. For example, "[t]he motion compensation process forms predictions from previously decoded pictures which are combined with the coefficient data (from the output of the IDCT) in order to recover the final decode samples." ISO/IEC 13818-2 § 7.6, p.69. "Predictions are formed by reading prediction samples from the reference fields or frames. A given sample is predicted by reading the corresponding sample in the reference field or frame offset by the motion vector." ISO/IEC 13818-2 § 7.6.4, p.79.<br><br>As part of the decoding process, MPEG-2 provides both field prediction and frame prediction. *See, e.g.,* ISO/IEC 13818-2 § 7.6.1, p.70. "In field prediction, predictions are made independently for each field by using data from one or more previously decoded fields. Frame prediction forms a |

14

EXHIBIT 20 PAGE 213

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
| --- | --- |
| | prediction for the frame from one or more previously decoded frames. It must be understood that the fields and frames from which predictions are made may themselves have been decoded as either field pictures or frame pictures." ISO/IEC 13818-2 § 7.6.1, p.70. In addition, "[w]ithin a field picture all predictions are field predictions. However, in a frame picture either field predictions or frame predictions may be used (selected on a macroblock-by-macroblock basis)." ISO/IEC 13818-2 § 7.6.1, p.71; *see also* ISO/IEC 13818-2 § 6.3.17.1, pp.57-58. |
| | In decoding MPEG-2 video, the accused products have means to decode each available picture and macroblock type. For P macroblocks, the MPEG-2 decoder develops block approximations using the codes that describe deviations from the predicted P macroblocks from the encoded video signal. "The output of the decoding process, for interlaced sequences, consists of a series of reconstructed fields that are separated in time by a field period. The two fields of a frame may be coded separately (field-pictures). Alternatively the two fields may be coded together as a frame (frame-pictures). Both frame pictures and field pictures may be used in a single video sequence." ISO/IEC 13818-2 § 6.1.1.1, p.11; *see also* ISO/IEC 13818-2 § 6.1.1.4, p.12; § 7, p.61, Fig. 7-1. |
| | As indicated in the figures of the MPEG-2 standard, an MPEG-2 decoder can be implemented in a manner that performs the function of generating block approximations using structures identical or equivalent to the combination of Decoder 22, Adder 27, DCT$^{-1}$ 24, Shift Circuit 26, and the inputs and outputs of those elements related to the generation of block approximations. *See, e.g.,* ISO/IEC 13818-2 Fig. 7-1, p.61; Fig. 7-4, p.66; Fig. 7-5, p.70; Fig. 7-10, p.74; Fig. 7-10, p.73. |
| | The accused MPEG-2 video decoding products function according to the MPEG-2 video coding principles discussed above. For example, the source code for the CyberLink Power DVD SE MPEG-2 decoder ("the CyberLink decoder") can be found at CYB 03942-04441. The CyberLink decoder has means for developing block approximations using codes that describe differences from the predictions of P macroblocks derived from the encoded MPEG-2 video. *See, e.g.,* CYB 00452-53, CYB 03942-03996, CYB 04098-04140, CYB |

15

EXHIBIT 20 PAGE 214

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | 04180-04352, CYB 04381-04441. The CyberLink decoder performs the function of generating block approximations using structures identical or equivalent to the combination of Decoder 22, Adder 27, DCT$^{-1}$ 24, Shift Circuit 26, and the inputs and outputs of those elements related to the generation of block approximations. *See, e.g.,* CYB 00452-53, CYB 03942-03996, CYB 04098-04140, CYB 04180-04352, CYB 04381-04441. |
| means responsive to said block approximations and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks. | An MPEG-2 decoder performs the inverse of the encoding operation. *See, e.g.,* ISO/IEC 13818-2 § 7, p.63; *see also* ISO/IEC 13818-2 § 7.7.1, p.88; § 7.8.1, p.101; § 7.9.1, p.107. Relevant functional blocks of an MPEG-2 decoder are illustrated in various figures of the standard. *See, e.g.,* ISO/IEC 13818-2 Fig. 7-1, p.61; Fig. 7-4, p.66; Fig. 7-5, p.70; Fig. 7-10, p.74; Fig. 7-10, p.73.<br><br>MPEG-2 video signals contain codes that describe differences from interpolated blocks. "Both source pictures and prediction errors have high spatial redundancy. This Specification uses a block-based DCT method with visually weighted quantisation and run-length coding. After motion compensated prediction or interpolation, the resulting prediction error is split into 8 by 8 blocks. There are transformed into the DCT domain where they are weighted before being quantised. After quantisation many of the DCT coefficients are zero in value and so two-dimensional run-length and variable length coding is used to encode the remaining DCT coefficients efficiently." ISO/IEC 13818-2 § Intro. 4.1.4, p.viii; *see also* ISO/IEC 13818-2 § 7.<br><br>During processing of B macroblocks, an MPEG-1 decoder performs the function of developing interpolated blocks using block approximations and codes that describe differences from interpolated blocks. For example, "[t]he motion compensation process forms predictions from previously decoded pictures which are combined with the coefficient data (from the output of the IDCT) in order to recover the final decode samples." ISO/IEC 13818-2 § 7.6, p.69. "Field prediction in B-pictures shall be made from the two fields of the two most recently reconstructed reference frames." ISO/IEC 13818-2 § 7.6.2.1, p.72. "The reference frames may themselves have been reconstructed from two coded field-pictures or a single coded frame-pictures." ISO/IEC 13818-2 § 7.6.2.1, p.72; *see also* ISO/IEC 13818-2 § 7.6.2.1, p.72, Fig. 7-9. "[F]rame prediction in B-pictures shall be made from the two most |

16

EXHIBIT 20 PAGE 215

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | recently reconstructed reference frames as illustrated in Figure 7-11." ISO/IEC 13818-2 § 7.6.2.2, p.73. "The reference frames themselves may each have been coded as either two field pictures or a single frame picture." ISO/IEC 13818-2 § 7.6.2.2, p.73; *see also* ISO/IEC 13818-2 § 7.6.2.2, p.73, Fig. 7-11.<br><br>"Predictions are formed by reading prediction samples from the reference fields or frames. A given sample is predicted by reading the corresponding sample in the reference field or frame offset by the motion vector." ISO/IEC 13818-2 § 7.6.4, p.79. "The final stage is to combine the various predictions together in order to form the final prediction blocks." ISO/IEC 13818-2 § 7.6.7, p.86. "In the case of simple frame predictions the only further processing that may be required is to average forward and backward predictions in B-pictures." ISO/IEC 13818-2 § 7.6.7.1, p.79. "In the case of simple field predictions (i.e. neither 16 x 8 or dual prime) the only further processing that may be required is to average forward and backward predictions in B-pictures." ISO/IEC 13818-2 § 7.6.7.2, p.82.<br><br>During processing of B macroblocks, the MPEG-2 decoder develops interpolated blocks using block approximations, *e.g.*, decoded P macroblocks, and codes that describe deviations between predictions of B macroblocks derived by interpolation and the actual B macroblocks.<br><br>In decoding MPEG-2 video, once "[t]he prediction blocks have been formed and reorganized into blocks of prediction samples p[y][x] which match the field/frame structure used by the transform data blocks . . . [t]he transform data f[y][x] shall be added to the prediction data and saturated to form the final decoded samples." ISO/IEC 13818-2 § 7.6.7.8, p.83.<br><br>"The output of the decoding process, for interlaced sequences, consists of a series of reconstructed fields that are separated in time by a field period. The two fields of a frame may be coded separately (field-pictures). Alternatively the two fields may be coded together as a frame (frame-pictures). Both frame pictures and field pictures may be used in a single video sequence." ISO/IEC 13818-2 § 6.1.1.1, p.11; *see also* ISO/IEC 13818-2 § 6.1.1.4, p.12; § 7, p.61, Fig. 7-1. |

17

EXHIBIT 20 PAGE 216

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | As indicated in the figures of the MPEG-2 standard, an MPEG-2 decoder can be implemented in a manner that performs the function of generating interpolated blocks (B blocks) from block approximations and codes that described differences from interpolated blocks using structures identical or equivalent to the combination of Decoder 25, Adder 35, $DCT^{-1}$ 34, Shift Circuits 31 and 39, Averager 32, and the inputs and outputs of those elements related to the generation of interpolated blocks. *See, e.g.,* ISO/IEC 13818-2 Fig. 7-1, p.61; Fig. 7-4, p.66; Fig. 7-5, p.70; Fig. 7-10, p.74; Fig. 7-10, p.73.<br><br>The accused MPEG-2 video decoding products function according to the MPEG-2 video coding principles discussed above. For example, the source code for the CyberLink Power DVD SE MPEG-2 decoder ("the CyberLink decoder") can be found at CYB 03942-04441. The CyberLink decoder has means for developing interpolated blocks using block approximations and codes that describe differences from interpolated blocks. *See, e.g.,* CYB 00452-53, CYB 03942-03996, CYB 04098-04140, CYB 04180-04352, CYB 04381-04441. The CyberLink decoder performs the function of developing interpolated blocks using structures identical or equivalent to the combination of Decoder 25, Adder 35, $DCT^{-1}$ 34, Shift Circuits 31 and 39, Averager 32, and the inputs and outputs of those elements related to the generation of interpolated blocks. *See, e.g.,* CYB 00452-53, CYB 03942-03996, CYB 04098-04140, CYB 04180-04352, CYB 04381-04441. |

### C.    WMV-9

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| 12. A circuit responsive to coded video signals where the video signals comprise successive frames and each frame includes a plurality of blocks and where the coded video signals comprise codes that describe deviations from approximated blocks and codes | The accused products include hardware and software, comprising a path that can carry an electrical current, for decoding successive frames of Windows Media Video 9 (WMV-9) encoded video signals. "The [WMV-9] codec uses a block-based motion compensation and spatial transform scheme which, at a high level, is similar to all popular video compression standards since MPEG-1 and H.261. Broadly speaking, these standards—as well as WMV-9—perform block-by-block motion compensation from the previous |

18

EXHIBIT 20 PAGE 217

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| that describe deviations from interpolated blocks, comprising: | reconstructed frame using a two-dimensional quantity called the motion vector (MV) to signal spatial displacement. A prediction of the current block is formed by looking up a same-sized block in the previous reconstructed frame that is displaced from the current position by the motion vector. Subsequently, the displaced frame difference, or residual error, is computed as the difference between the actual block and its motion-compensated prediction. This residual error is transformed using a linear energy-compacting transform then quantized and entropy coded." S. Srinivasan et al., "Windows Media Video 9: overview and applications," 19 Signal Proc.: Image Communication 851, p. 854, col. 2, § 2.1 (2004) (hereinafter "Srinivasan et al.").<br><br>"As a result, it is required that all decoders must produce the same result which is the result produced by the encoder reconstruction loop, shown in the lower section of Fig. 3." Srinivasan et al., p. 856, col. 1, § 2.2. *See also* Srinivasan et al., Fig. 3, p. 855.<br><br>WMV-9 video includes successive (i.e. consecutive) frames of various picture types. *See* Srinivasan Dec. 29, 2005 Tr. at 49, 51. For example, "WMV-9 has intra (I), predicted (P) and bidirectionally predicted (B) frames. Intra frames are those which are coded independently and have no dependence on other frames. Predicted frames are frames that depend on one frame in the past. Decoding of a predicted frame can occur only after all reference frames prior to the current frame starting from the most-recent I frame have been decoded. B frames are frames that have two references—one in the temporal past and one in the temporal future. B frames are transmitted subsequent to their references, which means that B frames are sent out of order to ensure that their references are available at the time of decoding." Srinivasan et al., p. 855, col. 1, § 2.1; *see also* Srinivasan Dec. 29, 2005 Tr. at 53-54. "The above definition of I, P and B frames holds for both progressive and interlaced sequences." Srinivasan et al., p. 855, col. 2, § 2.1.<br><br>"On the decoder side, quantized transform coefficients are entropy decoded, dequantized and inverse transformed to produce an approximation of the residual error, which is then added to the motion-compensated prediction to generate the reconstruction." Srinivasan et al., p. 854, col. 2, § 2.1. |

19

EXHIBIT 20 PAGE 218

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | "WMV-9 uses multiple tools for the efficient encoding of symbols into the bitstream, or entropy coding. Across a wide range of rates, the bulk of the bit usage is taken up in the coding of quantized transform coefficients." Srinivasan et al., p. 862, col. 1, § 3.5.

The block and macroblock structures – i.e. sets of pixels that constitute a portion of a frame – used in WMV-9 are similar to those used in MPEG-1 and MPEG-2. For example, "The [WMV-9] codec uses a block-based motion compensation and spatial transform scheme which, at a high level, is similar to all popular video compression standards since MPEG-1 and H.261." Srinivasan et al., p. 854, col. 2, § 2.1.

Encoded WMV-9 video contains codes that describe deviations (i.e. differences) from predicted blocks, and also codes that describe deviations from interpolated blocks. For example, "Typically, the prediction is formed for a block (defined as an 8 x 8 tile) or macroblock (16 x 16 tile) of data." Srinivasan et al., p. 859, col. 2, § 3.3. "For P pictures, blocks may be intra or inter-coded. ... Inter-coded blocks may use an 8 x 8, 8 x 4, 4 x 8, or 4 x 4 inverse transform to construct the samples that represent the residual error." Srinivasan et al., p. 863, col. 1, § 3.6; *see also* Srinivasan Dec. 29, 2005 Tr. at 57-58. "Video codecs use bi-directional or B-frames, which employ motion estimation and compensation from both forward and backward directions. Broadly speaking, the operation of B-frames in WMV-9 is broadly similar to that in MPEG in the sense that it includes multiple prediction modes." Srinivasan et al., p. 865, col., 1, § 3.8.

In addition, the WMV-9 decoder implements the main profile of the VC-1 standard, SMPTE 421M. *See* Srinivasan Dec. 29, 2005 Tr. at 34. Main profile VC-1 bitstreams contain encoded P pictures and B pictures. *See, e.g.*, SMPTE 421M § D.2, Table 252, p.437. "A P-picture is a picture that is coded using motion compensated prediction from past reference pictures." SMPTE 421M § 3.1, p.4. Macroblocks in P pictures are reconstructed in the WMV-9/VC-1 decoder by adding prediction error information to a motion compensated prediction of the P macroblock. For example, "[t]he 8x8, 8x4, or 4x4 error block or blocks shall be added to the predicted 8x8 block to produce the reconstructed block. The motion |

EXHIBIT 20 PAGE 219

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | vector decoded in the macroblock header (described in section 8.3.5.2) shall be used to obtain the predicted block in the reference frame." SMPTE 421M § 8.3.6.5, p.162.<br><br>"A B-picture is a picture that is coded using motion compensated prediction from past and/or future reference pictures." SMPTE 421M § 3.1, p.4. "Macroblocks in B frames shall belong to one of four prediction modes: *backward, forward, direct* and *interpolated*." SMPTE 421M § 8.4.5.1, p.171. Direct and interpolated macroblocks in B pictures are reconstructed in the WMV-9/VC-1 decoder by adding interpolation error information to a prediction of the macroblock derived by interpolation. For example, "[m]acroblocks for which prediction mode is either direct or interpolated use both the anchors for prediction. They use two sets of motion vectors (MVs), one each to reference into the previous and next anchor frame. In both cases the pixels shall be interpolated from the two reference frames, which shall be followed by a pixel average operation with round-up to compute the pixels in the motion compensated macroblock" SMPTE 421M § 8.4.5.3, p.172. Thereafter, "[t]he decoding, quantization, inverse transform, and addition of error blocks to the predicted blocks shall be performed in a manner identical to that used in P frames . . .." SMPTE 421M § 8.4.5.15, p.178.<br><br>As set forth below, the accused Microsoft WMV-9 products perform the functions set forth in claim 12 using structures identical or equivalent to those disclosed in the Haskell '226 patent specification and identified in the Court's July 14, 2005 claim construction order. |
| means for developing block approximations from said codes that describe deviations from approximated blocks; and | A WMV-9 decoder performs the inverse of the encoding operation, as illustrated for example in Figure 3 of Srinivasan et al. "As a result, it is required that all decoders must produce the same result which is the result produced by the encoder reconstruction loop, shown in the lower section of Fig. 3." Srinivasan et al., p. 856, col. 1, § 2.2; Srinivasan et al., Fig. 3. The structure employed in WMV-9 decoding is the same or equivalent to that described in the specification of the Haskell '226 patent as construed in the Court's Order entered July 14, 2005.<br><br>In decoding WMV-9 video, the accused products have means to decode each available picture and block type. For predicted blocks or macroblocks, the WMV-9 decoder develops block |

EXHIBIT 20 PAGE 220

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | approximations – combinations of predicted blocks with differences between the actual blocks and the predicted blocks – using the codes that describe deviations from the encoded video signal.  *See* Srinivasan Dec. 29, 2005 Tr. at 72-73, 87-88, 94-95.  For example, "it is required that all decoders must produce the same result which is the result produced by the encoder reconstruction loop, shown in the lower section of Fig. 3." Srinivasan et al., p. 856, col. 1, § 2.2; *see also id.*, Fig. 3. "On the decoder side, quantized transform coefficients are entropy decoded, dequantized and inverse transformed to produce an approximation of the residual error, which is then added to the motion-compensated prediction to generate the reconstruction." Srinivasan et al., p. 854, col. 2, § 2.1. "Typically, the prediction is formed for a block (defined as an 8 x 8 tile) or macroblock (16 x 16 tile) of data." Srinivasan et al., p. 859, col. 2, § 3.3.  "For P pictures, blocks may be intra or inter-coded. … Inter-coded blocks may use an 8 x 8, 8 x 4, 4 x 8, or 4 x 4 inverse transform to construct the samples that represent the residual error." Srinivasan et al., p. 863, col. 1, § 3.6.  The inverse transform used in decoding WMV-9 video "approximates a DCT, which is known to have favorable energy compaction properties on intra and residual data." Srinivasan et al., p. 858, col. 2, § 3.2.

In addition, the WMV-9 decoder implements the main profile of the VC-1 standard, SMPTE 421M.  *See* Srinivasan Dec. 29, 2005 Tr. at 34.  Main profile VC-1 bitstreams contain encoded P pictures.  *See, e.g.*, SMPTE 421M § D.2, Table 252, p.437. During processing of P macroblocks, a VC-1/WMV-9 decoder performs the function of developing block approximations (the combinations of predicted blocks with differences between the actual blocks and the predicted blocks) using codes that describe differences from predicted blocks.  For example, "[t]he 8x8, 8x4, or 4x4 error block or blocks shall be added to the predicted 8x8 block to produce the reconstructed block. The motion vector decoded in the macroblock header (described in section 8.3.5.2) shall be used to obtain the predicted block in the reference frame." SMPTE 421M § 8.3.6.5, p.162.

As indicated in the text and figures of the VC-1 standard, a WMV-9 decoder can be implemented in a manner that performs the function of generating block approximations using structures identical or equivalent to the combination of |

22

EXHIBIT 20 PAGE 221

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | Decoder 22, Adder 27, DCT$^{-1}$ 24, Shift Circuit 26, and the inputs and outputs of those elements related to the generation of block approximations. *See, e.g.,* SMPTE 421M § 3.2, Fig. 3, p.5; SMPTE 421M § D.2, Table 252, p.437; SMPTE 421M § 3.1, p.4; SMPTE 421M § 8.3.6.5, p.162; SMPTE 421M § 8.4.5.1, p.171; SMPTE 421M § 8.4.5.3, p.172; SMPTE 421M § 8.4.5.15, p.178. |
| means responsive to said block approximations and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks. | In decoding interpolated blocks or macroblocks of WMV-9 video, the decoder also performs the inverse of the encoding operation, as illustrated for example in Figure 3 of Srinivasan et al. "As a result, it is required that all decoders must produce the same result which is the result produced by the encoder reconstruction loop, shown in the lower section of Fig. 3." Srinivasan et al., p. 856, col. 1, § 2.2; Srinivasan et al., Fig. 3. The structure employed in WMV-9 decoding is the same or equivalent to that described in the specification of the Haskell '226 patent as construed in the Court's Order entered July 14, 2005.

As described above, the encoded video signal contains codes that describe deviations (i.e. differences) from interpolated blocks or macroblocks. For example, "Video codecs use bi-directional or B-frames, which employ motion estimation and compensation from both forward and backward directions. Broadly speaking, the operation of B-frames in WMV-9 is broadly similar to that in MPEG in the sense that it includes multiple prediction modes." Srinivasan et al., p. 865, col. 1, § 3.8. *See also* Srinivasan et al., Fig. 12, p. 866. In decoding WMV-9 video, the accused products have means to decode each available picture and block type. For example, "As a result, it is required that all decoders must produce the same result which is the result produced by the encoder reconstruction loop, shown in the lower section of Fig. 3." Srinivasan et al., p. 856, col. 1, § 2.2; *see also id.,* Fig. 3.

The WMV-9 decoder develops interpolated blocks using the codes that describe deviations from the interpolated blocks and the block approximations, *e.g.,* predicted blocks. *See* Srinivasan Dec. 29, 2005 Tr. at 102, 105-06, 108. For example, "Video codecs use bi-directional or B-frames, which employ motion estimation and compensation from both forward and backward directions. Broadly speaking, the operation of B-frames in WMV-9 is broadly similar to that in MPEG in the sense that it includes multiple prediction modes." |

23

EXHIBIT 20 PAGE 222

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | Srinivasan et al., p. 865, col. 1, § 3.8. *See also* Srinivasan et al., Fig. 12, p. 866. "The [WMV-9] codec uses a block-based motion compensation and spatial transform scheme which, at a high level, is similar to all popular video compression standards since MPEG-1 and H.261." Srinivasan et al., p. 854, col. 2, § 2.1. "On the decoder side, quantized transform coefficients are entropy decoded, dequantized and inverse transformed to produce an approximation of the residual error, which is then added to the motion-compensated prediction to generate the reconstruction." Srinivasan et al., p. 854, col. 2, § 2.1. "Typically, the prediction is formed for a block (defined as an 8 x 8 tile) or macroblock (16 x 16 tile) of data." Srinivasan et al., p. 859, col. 2, § 3.3. "For P pictures, blocks may be intra or inter-coded. … Inter-coded blocks may use an 8 x 8, 8 x 4, 4 x 8, or 4 x 4 inverse transform to construct the samples that represent the residual error." |
| | In addition, the WMV-9 decoder implements the main profile of the VC-1 standard, SMPTE 421M. *See* Srinivasan Dec. 29, 2005 Tr. at 34. VC-1 bitstreams contain encoded B pictures. *See, e.g.*, SMPTE 421M § D.2, Table 252, p.437. During processing of B macroblocks, the VC-1/WMV-9 decoder develops interpolated blocks using block approximations, *e.g.*, decoded P macroblocks, and codes that describe deviations between predictions of B macroblocks derived by interpolation and the actual B macroblocks. |
| | For example, "[m]acroblocks in B frames shall belong to one of four prediction modes: *backward, forward, direct* and *interpolated*." SMPTE 421M § 8.4.5.1, p.171; *see also* Srinivasan Dec. 29, 2005 Tr. at 114. Direct and interpolated macroblocks in B pictures are reconstructed in the VC-1/WMV-9 decoder by adding interpolation error information to a predictions of the macroblock derived by interpolation. "Macroblocks for which prediction mode is either direct or interpolated use both the anchors for prediction. They use two sets of motion vectors (MVs), one each to reference into the previous and next anchor frame. In both cases the pixels shall be interpolated from the two reference frames, which shall be followed by a pixel average operation with round-up to compute the pixels in the motion compensated macroblock" SMPTE 421M § 8.4.5.3, p.172; *see also* Srinivasan Dec. 29, 2005 Tr. at 160-63. Thereafter, "[t]he decoding, quantization, inverse transform, and addition of |

24

EXHIBIT 20 PAGE 223

| U.S. Patent No. 4,958,226 ("Haskell") | Accused Products |
|---|---|
| | error blocks to the predicted blocks shall be performed in a manner identical to that used in P frames . . . ." SMPTE 421M § 8.4.5.15, p.178; *see also* Srinivasan Dec. 29, 2005 Tr. at 114-16, 164-68, 170-76.<br><br>As indicated in the figures of the VC-1 standard, a VC-1/WMV-9 decoder can be implemented in a manner that performs the function of generating interpolated blocks (B blocks) from block approximations and codes that described differences from interpolated blocks using structures identical or equivalent to the combination of Decoder 25, Adder 35, DCT$^{-1}$ 34, Shift Circuits 31 and 39, Averager 32, and the inputs and outputs of those elements related to the generation of interpolated blocks. *See, e.g.,* SMPTE 421M § 3.2, Fig. 3, p.5; SMPTE 421M § D.2, Table 252, p.437; SMPTE 421M § 3.1, p.4; SMPTE 421M § 8.3.6.5, p.162; SMPTE 421M § 8.4.5.1, p.171; SMPTE 421M § 8.4.5.3, p.172; SMPTE 421M § 8.4.5.15, p.178. |

25

EXHIBIT 20 PAGE 224