# Exhibit 30
# to Decl. of John Gartman

**Microsoft's Verified Response re "Foreign Sales" 30(b)(6) Topics**

Microsoft conceives, writes, compiles, tests, debugs, and creates a master version of each of the accused products in the United States, principally in Redmond, Washington. Microsoft makes a limited number of "golden master" disks in the United States on which the machine-readable object code for the accused products is stored. Microsoft ships golden master disks to Microsoft-authorized foreign replicators and foreign "original equipment manufacturers" ("OEMs"). Microsoft also supplies the accused products' object code from the United States to certain foreign OEMs and authorized foreign replicators by sending to foreign OEMs or replicators a single encrypted transmission of the object code that was created in the United States. Finally, in certain limited circumstances, Microsoft makes the object code for its products available via secure online download.

Accused products created outside of the United States are created in one of the following ways: (1) Authorized foreign replicators use golden master disks as tools in their manufacturing process to obtain object code to later make units of the accused products' software object code. The replicators then ship those foreign-manufactured units to foreign computer manufacturers or to other companies who then package the units for distribution in the foreign retail distribution channel. (2) Foreign computer manufacturers, known as "foreign OEMs" use golden master disks as a tool in their manufacturing process to enable them to install foreign-made units of the accused products on computers. The golden master disk is a tool used by the foreign OEM to obtain object code, which is then replicated, and those replicated copies are later installed on computers. Each foreign OEM receives a single golden master disk, and that disk itself is never installed on a computer that is later sold. (3) In lieu of using golden masters to create units, certain foreign OEMs and authorized foreign replicators each receive a single encrypted transmission of the object code for the accused products. The foreign OEMs and authorized foreign replicators replicate the object code. These copies of the object code are then installed onto computer hardware to form computer systems. These replicated copies are also optionally

EXHIBIT 30 PAGE 434

used to create CDs or other media with a copy of the same for distribution to foreign computer manufacturers, to the foreign retail distribution channel, or to foreign enterprises that have entered into volume licenses with Microsoft.

The accused products licensed outside of the United States are generally distributed through the same channels as those found in the United States, *i.e.*, via the (1) volume licensing, (2) OEM, and (3) retail channels.


*[signature]*

Hai-Tri C. Le

Release Manager

US-Products Information and Release Services

EXHIBIT 30 PAGE 435