# Exhibit 32
# to Decl. of John Gartman

1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Shekhar Vyas (SBN 229853)
3  Fish & Richardson P.C.
   12390 El Camino Real
4  San Diego, California 92130
   Telephone:    (858) 678-5070
5  Facsimile:    (858) 678-5099

6  Stephen P. McGrath (SBN 202696)
   Microsoft Corporation
7  One Microsoft Way
   Redmond, WA 98052
8  Telephone:    (425) 882-8080
   Facsimile:    (425) 936-7329
9
   Attorneys for Intervenor/Counter-claimant
10 and Plaintiff/Counter-defendant
   MICROSOFT CORPORATION
11
   *Additional counsel listed on signature page*
12
                    UNITED STATES DISTRICT COURT
13
                  SOUTHERN DISTRICT OF CALIFORNIA
14

15 | LUCENT TECHNOLOGIES INC. and | Case No. 02-CV-2060 B (CAB) |
   | MULTIMEDIA PATENT TRUST, | consolidated with |

16 | Plaintiffs and Counterclaim-defendants, | Case No. 03-CV-0699 B (CAB) and Case No. 03-CV-1108 B (CAB) |

17 v.                                        **MICROSOFT CORPORATION'S
                                             GROUP 4 MOTION *IN LIMINE* NO.**
18 GATEWAY, INC. and GATEWAY                 **12:  LUCENT SHOULD BE**
   COUNTRY STORES LLC, GATEWAY               **PRECLUDED FROM INTRODUCING**
19 COMPANIES, INC., GATEWAY                  **EVIDENCE OR ARGUMENT**
   MANUFACTURING LLC and                     **REGARDING MICROSOFT'S**
20 COWABUNGA ENTERPRISES, INC.,              **FOREIGN SALES AND
                                             CONTRIBUTORY INFRINGEMENT**
21 Defendants and Counter-claimants,

22 and                                       Date:       April 27, 2007
                                             Time:       9:00 a.m.
23 MICROSOFT CORPORATION,                    Courtroom:  2
                                             Judge:      Hon. Rudi M. Brewster
24 Intervenor and Counter-claimant,

25 MICROSOFT CORPORATION,

26 Plaintiff and Counter-defendant,

27 v.

28 LUCENT TECHNOLOGIES INC.,

   Defendant and Counter-claimant,

EXHIBIT 32 PAGE 443

1  | LUCENT TECHNOLOGIES INC. and
2  | MULTIMEDIA PATENT TRUST,
3  |     Plaintiff,
4  | v.
5  | DELL, INC.,
6  |     Defendant.

Case No. 02-CV-2060 B (CAB)

EXHIBIT 32 PAGE 444

## I.   INTRODUCTION[1]

Because the Supreme Court is currently considering the statutory meaning of "component" as used in 35 U.S.C. § 271(c) and (f), Microsoft moves *in limine* to preclude Lucent from introducing any evidence concerning Microsoft's foreign sales or alleging contributory infringement.

## II.   ARGUMENT

Although in *Eolas Techs., Inc. v. Microsoft Corp*, 399 F.3d 1325 (Fed. Cir. 2005), the Federal Circuit announced that the shipment of software for manufacture outside the United States may result in infringement under 35 U.S.C. § 271(f), there are numerous related issues that have not been addressed. *See generally AT&T Corp. v. Microsoft Corp.*, 414 F.3d 1366, 1372-76 (Fed. Cir. 2005) (Rader, J., dissenting). Consequently, the United States Supreme Court has granted certiorari to review the Federal Circuit's rulings regarding the statutory interpretation of "component" in *AT&T Corp. v. Microsoft Corp.*. *See Microsoft Corp. v. AT&T Corp.*, 2006 U.S. LEXIS 8011, 75 U.S.L.W. 3233 (U.S. Oct. 27, 2006) (granting certiorari). Briefing has been completed, and oral argument occurred on February 21, 2007. While the Court is still weighing the case, the comments made during oral argument at least suggest that the law will be changed.[2] As a result, Microsoft moves to preclude the introduction of evidence relating to foreign sales and contributory infringement until the uncertainty surrounding this precedent is clarified.

Given the uncertainty of the status and scope of § 271(c) and (f), introducing evidence of Microsoft's foreign sales and presenting a theory of contributory infringement during this trial would be premature. Such evidence would also be unduly confusing to the jury, as the issues surrounding patent infringement and damages are complicated enough under normal circumstances. Lastly, allowing evidence of foreign sales and contributory infringement may result in substantial wasted time and resources depending on the resolution of this issue in the United States Supreme Court.

---

[1]   Dell, Inc. joins Microsoft Corporation in this motion.
[2]   [*See generally* Notice of Lodgment ("NOL") Ex. EE (Tr. of Oral Argument before the United States Supreme Court in *Microsoft Corp. v. AT&T Corp.*, Case No. 05-1056).]

III.   **CONCLUSION**

For the foregoing reasons, the Court should preclude Lucent from introducing evidence or argument regarding Microsoft's foreign sales and from alleging contributory infringement of either of the patents-in-suit.

Dated:  March 29, 2007                     FISH & RICHARDSON P.C.


                                           By:   /s/Juanita R. Brooks
                                                 Juanita R. Brooks (SBN 75934)

                                           Attorneys for Intervenor/Counter-claimant
                                           and Plaintiff/Counter-defendant
                                           MICROSOFT CORPORATION

*Additional Counsel:*

James S. Blackburn (SBN 169134)
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Joseph Micallef (admitted *Pro Hac Vice*)
Ali R. Sharifahmadian (admitted *Pro Hac Vice*)
Matthew Bathon (admitted *Pro Hac Vice*)
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Joel Freed, Esq. (admitted *Pro Hac Vice*)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Telephone:  (202) 756-8080
Facsimile:  (202) 756-8087

Attorneys for Defendant
DELL, INC.

David J. Zubkoff (SBN 149488)
Seltzer, Caplan, McMahon & Vitek
2100 Symphony Towers
750 B Street, Suite 2100
San Diego, CA  92101
Telephone:  (619) 685-3003
Facsimile:  (619) 702-6827

Bryan Farney (admitted *Pro Hac Vice*)
Steven R. Daniels (SBN 235398)
Jeffrey B. Plies (admitted *Pro Hac Vice*)
DECHERT LLP
300 W. Sixth Street, Suite 1850
Austin, TX 78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001

Attorneys for Defendants/Counter-claimants
GATEWAY, INC. and
GATEWAY COUNTRY STORES LLC

10717929

1

## CERTIFICATE OF SERVICE

2

3      The undersigned hereby certifies that a true and correct copy of the above and foregoing

4   document has been served on March 29, 2007 to all counsel of record who are deemed to have

5   consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any

6   other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

7

8                                    s/Juanita R. Brooks_____
                                     Juanita R. Brooks
9
                                     Attorney for Intervenor/Counter-claimant
10                                   and Plaintiff/Counter-defendant
                                     MICROSOFT CORPORATION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4                                    Case No. 02-CV-2060 B (CAB)

EXHIBIT 32 PAGE 448