# Exhibit 34
# to Decl. of John Gartman

# teamXBOX
### INSIDER'S CHOICE FOR XBOX INFORMATION

XBOX 360

NEWS

**Content Sections**
- TeamXbox Home
- E3 2006
- Xbox News
- Features
- Editorials
- Interviews
- Xbox Events
- Search TeamXbox
- RSS Feeds

**Xbox Games**
- Xbox Games
- New Releases
- Xbox Previews
- Xbox Reviews
- Editor's Choice
- Reader Reviews
- Xbox Cheats
- Screenshots
- Movies
- Xbox Developers
- Xbox Publishers

**Xbox Hardware**
- Xbox Hardware
- Xbox 360 FAQ
- Xbox FAQ
- Hardware Reviews
- Hardware Articles
- Screenshots
- Manufacturers

**Xbox Community**
- Xbox Forums
- Xbox Chatroom
- Reader Articles
- Reader Mail Sack
- TeamXbox Staff
- Contact Us
- IGN.com

**Xtras**
- OXM Challenges
- Downloads
- Sweepstakes
- Scrapbook

**Xbox Live**
- GamerTags
- Clans

## Manufacturing Powerhouses Lined Up to Produce Xbox 360
By: César A. Berardini - "Cesar"
Aug. 16th, 2005 11:10 am

Xbox 360 (Xbox)

REVIEWS | PREVIEWS | MOVIES | SCREENSHOTS | INTERVIEWS | CHEATS
NEWS

Microsoft announced today that Celestica, Flextronics and Wistron will produce the Xbox 360 video game and entertainment system. Microsoft's highly anticipated next-generation platform remains on track for a global launch this Christmas in North America, Europe and Japan.

"It's an honour to have the expertise and support of three of the world's best-in-class manufacturing companies as we move into the next-generation with Xbox 360," said Corporate Vice President of Xbox Product Group, Todd Holmdahl.

"With three contract manufacturers on board, we're poised to have the flexibility and efficiencies we need to keep up with the consumer demand for the world's most powerful next-generation platform."



Flextronics and Wistron are existing partners from the first iteration of Xbox, while the relationship between Celestica and Microsoft is newly formed. All three plants are located in the Pearl River Delta region in Southern China.

### CONNECTIONS

**Xbox 360 (Xbox)**

**Upcoming Other games:**
- Shining Lore (Xbox)
- Metal Shell (Xbox)
- Game Developer Conference 2004 (Xbox)

**Available Other games:**
- Llamasoft Visualiser (Xbox 360)
- Xbox Live Arcade (Xbox)
- Yourself!Fitness (Xbox)
- The Guy Game (Xbox)
- E3 Expo 2004: Los Angeles (Xbox)

**Related News Articles:**
- 05/10/2006 - Madden NFL 07 Screenshots
- 05/10/2006 - Battle for Middle-Earth II Screens
- 05/10/2006 - Battlefield 2142 Screenshots
- 05/10/2006 - Gears of War Sneak Peek Movie
- 05/10/2006 - Hellboy to Hit Next-Generation Consoles
- 05/10/2006 - Latest Test Drive Unlimited Screenshots
- 05/10/2006 - SEGA Announces Golden Axe for Next-Gen Consoles
- 05/10/2006 - Elveon Trailer
- 05/10/2006 - Splinter Cell Double Agent Xbox 360 Screens
- 05/10/2006 - Brothers In Arms Hell's Highway Screenshots

View Comments (39) | Submit Comment

MORE NEWS

EXHIBIT 34 PAGE 453                                    MSLT_1215274



Keep Updated with the latest from TeamXbox.

 IGN.com | GameSpy | Arcade | Arena | TeamXbox | GameStats | Planets | Vaults | VE3D | AskMer
CheatsCodesGuides | FilePlanet | 3D Gamers | Direct2Drive | Rotten Tomatoes | GamerMetrics

Copyright 1996-2006, IGN Entertainment, Inc.   About Us | Support | Advertise | Privacy Policy | User Agreement |
IGN's enterprise databases running Oracle, SQL and MySQL are professionally monitored and managed by Pythian Remote

EXHIBIT 34 PAGE 454                    MSLT_1215275