# Exhibit 38
# to Decl. of John Gartman

# FILED UNDER SEAL