1 | John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
2 | Roger A. Denning (SBN 228998)
Christopher S. Marchese (SBN 170239)
3 | Fish & Richardson P.C.
12390 El Camino Real
4 | San Diego, California 92130
Telephone:    (858) 678-5070
5 | Facsimile:    (858) 678-5099

6 | Stephen P. McGrath (SBN 202696)
Microsoft Corporation
7 | One Microsoft Way
Redmond, WA 98052
8 | Telephone:    (425) 882-8080
Facsimile:    (425) 936-7329
9 |
Attorneys for Intervenor/Counter-claimant
10 | and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

11 | UNITED STATES DISTRICT COURT

12 | SOUTHERN DISTRICT OF CALIFORNIA

13 |

14 | LUCENT TECHNOLOGIES INC. and
MULTIMEDIA PATENT TRUST,

15 |            Plaintiff and Counterclaim-defendant,

16 | v.

17 | GATEWAY, INC. and GATEWAY
COUNTRY STORES LLC, GATEWAY
18 | COMPANIES, INC., GATEWAY
MANUFACTURING LLC and
19 | COWABUNGA ENTERPRISES, INC.,

20 |            Defendants and Counter-claimants,

21 | and

22 | MICROSOFT CORPORATION,

23 |            Intervenor and Counter-claimant,

24 | MICROSOFT CORPORATION,

25 |            Plaintiff and Counter-defendant,

26 | v.

27 | LUCENT TECHNOLOGIES INC.,

28 |            Defendant and Counter-claimant,

Case No. 07-CV-2000 H (CAB)
consisting of matters severed from
consolidated cases:
02-CV-2060 B (CAB)
03-CV-0699 B (CAB)
03-CV-1108 B (CAB)

**MICROSOFT'S NOTICE OF MOTION
AND MOTION PURSUANT TO CIVIL
LOCAL RULE 79-2 FOR LEAVE TO
FILE UNDER SEAL**

**Dated:        February 11, 2008**
**Time:           10:30 a.m.**
**Courtroom:   13**
**Judge:        Hon. Marilyn L. Huff**

1
2
3
4
5
6

LUCENT TECHNOLOGIES INC. and
MULTIMEDIA PATENT TRUST,

      Plaintiff,

v.

DELL, INC.,

      Defendant.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on February 11, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff of the United States District Court, located at 880 Front Street, San Diego, California 92101-8900, Microsoft will move, and hereby does move, pursuant to Civil Local Rule 79-2, to file under seal (1) Microsoft's Motion in Limine No. 5 to Preclude Lucent and Multimedia Patent Trust from Introducing Content from Professor Girod's Belated and Conclusory Expert Report; (2) Microsoft's Motion in Limine No. 6 to Preclude Lucent and MPT from Discussing Third-Party Software of Intervideo and CyberLink; and (3) Exhibits 2, 4, 9, 11, 13, 14, 15, 18, 21, 22, 24, 25, 27, 28, 33, 35, 36, 37, 38, 40, 41, 42, 43, and 44 ("listed exhibits") to the Declaration of John Gartman in Support of Microsoft's Motions in Limine Nos. 1 Through 8 ("Gartman Dec.").  Redacted public versions of Microsoft's Motions in Limine Nos. 5 and 6 are being filed concurrently herewith.

As set forth in the memorandum, good cause exists for granting this request.  Microsoft's Motion in Limine No. 5 discusses two expert reports by Berndt Girod, which have been designated "Confidential" by Lucent Technologies Inc. ("Lucent") under the Protective Order entered in this matter.  By designating these reports as "Confidential," Lucent has represented that it reasonably and in good faith believes that these reports should be protected from public disclosure.  Similarly, Microsoft's Motion in Limine No. 6 refers to the depositions of Adam Berns, CyberLink and Gary Sullivan.  All of these transcripts have been designated as "Confidential."  This Motion also refers to Berndt Girod's and Wayne Hoeberlein's expert reports, which have been designated "Confidential" by Lucent.  Finally, the listed exhibits have all been designated "Confidential" by the parties.  Accordingly, Microsoft believes that good cause exists to file its Motions in Limine Nos. 5 and 6, and the listed exhibits to the Gartman Declaration under seal.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof , and the Declaration of John Gartman filed concurrently herewith, the pleadings, records and files in this action, and upon such other and further evidence and argument as may properly be presented prior to and at the hearing on the Motion.

1

2   Dated:  January 14, 2008                FISH & RICHARDSON P.C.

3

4                                            By:  /s/ John E. Gartman

5                                                John E. Gartman (SBN 152300)
                                                 gartman@fr.com
6
                                            Attorneys for Intervenor/Counter-claimant
7                                           and Plaintiff/Counter-defendant
                                            MICROSOFT CORPORATION
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3        The undersigned hereby certifies that a true and correct copy of the above and foregoing

4   document has been served on January 14, 2008 to all counsel of record who are deemed to have

5   consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any

6   other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

7

8                                    /s/ John E. Gartman
                                     John E. Gartman
9                                    gartman@fr.com

10                                   Attorney for Intervenor/Counter-claimant
                                     and Plaintiff/Counter-defendant
11                                   MICROSOFT CORPORATION

12   10802421.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28