John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Christopher S. Marchese (SBN 170239)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
Telephone:    (858) 678-5070
Facsimile:    (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
Telephone:    (425) 882-8080
Facsimile:    (425) 936-7329

Attorneys for Intervener/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. AND MULTIMEDIA PATENT TRUST,<br><br>　　Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWBUNGA ENTERPRISES, INC.,<br><br>　　Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　Intervener and Counter-claimant, | Case No. 07-CV-2000 H (CAB) consisting of matters severed from consolidated cases:<br>02-CV-2060 B (CAB)<br>03-CV-0699 B (CAB)<br>03-CV-1108 B (CAB)<br><br>**DECLARATION OF JOHN E. GARTMAN IN SUPPORT OF MICROSOFT'S MOTION TO FILE UNDER SEAL** |
| MICROSOFT CORPORATION,<br><br>　　Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　Defendants and Counter-claimants | Dated:　　February 11, 2008<br>Time:　　　10:30 A.M.<br>Courtroom:　13<br>Judge:　　　Hon. Marilyn L. Huff |

CASE NO. 07-CV-2000 H (CAB)

1
2  LUCENT TECHNOLOGIES INC. and
   MULTIMEDIA PATENT TRUST,
3       Plaintiff,
4  v.
5  DELL, INC.,
6       Defendant.

CASE NO. 07-CV-2000 H (CAB)

1    I, John E. Gartman, hereby declare and state as follows:

2    1.    I am a Principal in the law firm of Fish & Richardson P.C., counsel of record for Intervenor/Counter-claimant and Plaintiff/Counter-defendant Microsoft Corporation ("Microsoft") in the above entitled matter.

2.    I make this declaration based on my own knowledge and could and would testify competently to the matter contained therein.

3.    Attached as Exhibit A is a true and correct copy of the Stipulated Protective Order between Lucent and Microsoft in Case No. 02-CV-2060(B) (LAB) [D.I.137], dated September 16, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2007 at San Diego, California.

                                    /s/ John E. Gartman
                                    John E. Gartman

**EXHIBIT LIST**

**TABLE OF CONTENTS**

| Exhibit | Page No(s). |
|---|---|
| EXHIBIT A – DI 137 – Stipulated Protective Order Between Lucent, Gateway and Microsoft re Confidential Information in Case Nos. 02-CV-2060 and 03-CV-0699 B (LAB) | 1-23 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 14, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

 /s/ John E. Gartman
John E. Gartman
gartman@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION