1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   LUCENT TECHNOLOGIES, INC. and          CASE NO. 07-CV-2000-H (CAB)
     MULTIMEDIA PATENT TRUST               consisting of matters severed from
12                                          the consolidated cases:
              Plaintiffs and Counter-       CASE NO. 02-CV-2060-B (CAB)
13            Defendants,                    CASE NO. 03-CV-0699-B (CAB)
                                            CASE NO. 03-CV-1108-B (CAB)
14            vs.
                                            ORDER REGARDING
15   GATEWAY, INC., *et al*.                 PROPOSED VERDICT FORMS

16            Defendants and Counterclaimants.

17   and

18   MICROSOFT CORPORATION,

19            Intervenor and Counterclaimant

20   ───────────────────────────────

21   AND RELATED CLAIMS

22            The parties have submitted their latest draft special verdict forms.  (See Doc. No.

23   683.)  The parties shall edit the proposed forms to remove any reference to Gateway,

24   whether in the caption or elsewhere, and resubmit them by March 26, 2008 at 9:00 a.m.

25            IT IS SO ORDERED.

26   DATED:  March 25, 2008

27                                          MARILYN L. HUFF, District Judge
                                            UNITED STATES DISTRICT COURT
28   COPIES TO:
     All parties of record.

                                      - 1 -                                    07cv2000