ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiff and Counterclaim-defendants,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counter-claimant, | CASE NO. 07-CV-2000 H (CAB)<br>consisting of matters severed from consolidated cases:<br>Case No. 02-CV-2060 B (CAB)<br>Case No. 03-CV-0669 B (CAB)<br>Case No. 03-CV-1108 B (CAB)<br><br>**SPECIAL VERDICT** |

MICROSOFT CORPORATION,

    Plaintiff and Counter-defendant,

vs.

LUCENT TECHNOLOGIES, INC., and MULTIMEDIA PATENT TRUST,

    Defendants and Counter-claimants,

LUCENT TECHNOLOGIES, INC. and MULTIMEDIA PATENT TRUST,

    Plaintiffs and Counterclaim-defendants,

vs.

DELL, INC.

    Defendant,

DELL, INC.,

    Counter-claimant and Defendant,

vs.

LUCENT TECHNOLOGIES, INC.

    Counter-defendant and Plaintiff.



FILED
APR 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# INFRINGEMENT OF THE PATENTS

## Haskell '226 Patent (U.S. Patent No. 4,958,226)

1a. Do you find by a preponderance of the evidence that Microsoft has indirectly and/or directly infringed claim 12 of the Haskell '226 patent? (a "YES" answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for Microsoft):

YES _____    NO __✓__

1b. If you answered "YES" to Question 1a, please indicate whether you found infringement with respect to each of the following products. (Place a check mark in the appropriate box for each product; a "YES" answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for Microsoft):

|  | YES | NO |
|---|---|---|
| Windows operating systems with MPEG-1 decoder |  | ✓ |
| Windows Vista operating systems with WMV-9 (VC-1) decoder |  | ✓ |
| Windows Media Player (versions 9, 10, and 11) with WMV-9 (VC-1) decoders |  | ✓ |
| Xbox 360 with MPEG-2 decoder |  | ✓ |
| Xbox 360 with WMV-9 (VC-1) decoder |  | ✓ |
| Downloads of Microsoft Windows Media Player (versions 9, 10 and 11) with WMV-9 (VC-1) decoders |  | ✓ |

## Fleming '759 Patent (U.S. Patent No. 4,439,759)

2a. Do you find by a preponderance of the evidence that Dell has directly and/or indirectly infringed claim 1 of the Fleming '759 patent? (a "YES" answer is a finding for Lucent; a "NO" answer is a finding for Dell):

YES _____    NO __✓__

////
////
////
////

2b.     If you answered "YES" to Question 2a, please indicate whether you found infringement with respect to the following products. (Place a check mark in the appropriate box; a "YES" answer is a finding for Lucent; a "NO" answer is a finding for Dell):

|  | YES | NO |
|---|---|---|
| Computer systems sold by Dell between October 20, 1998 and May 19, 2001 that included a version of the Windows operating system |  | ✓ |

### Day '356 Patent (U.S. Patent No. 4,763,356)

3a.     Do you find by a preponderance of the evidence that Microsoft and/or Dell has indirectly infringed Claim 19 or 21 of the Day '356 patent? (A "YES" answer is a finding for Lucent; a "NO" answer is a finding for Microsoft and Dell):

YES ✓     NO _____

3b.     If you answered "YES" to Question 3a, then for each of the following products, do you find that Dell and/or Microsoft has indirectly infringed claim 19 of the Day '356 patent? (Place a check mark in the appropriate box for each product and Defendant; a "YES" answer is a finding for Lucent; a "NO" answer is a finding for Dell or Microsoft):

|  | Microsoft | | Dell | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Microsoft Money (versions 2000 through 2006) | ✓ |  |  | ✓ |
| Microsoft Outlook (versions 2000, 2002, and 2003) | ✓ |  |  | ✓ |
| Windows Mobile (versions Pocket PC 2000, 2002, and 2003, Windows Mobile 2003, and Windows Mobile 5) | ✓ |  |  | ✓ |
| Quicken (versions 2000 through 2006) |  |  |  | ✓ |

////

////

////

////

3c. If you answered "YES" to Question 3b with respect to Windows Mobile, then for the following products, do you find that Dell and/or Microsoft has indirectly infringed claim 21 of the Day '356 patent? (Place a check mark in the appropriate box for each Defendant; a "YES" answer is a finding for Lucent; a "NO" answer is a finding for Dell or Microsoft):

|  | Microsoft | | Dell | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Windows Mobile (versions Pocket PC 2000, 2002, and 2003, Windows Mobile 2003, and Windows Mobile 5) | ✓ |  |  | ✓ |

### Agulnick '295 Patent (U.S. Patent No. 5,347,295)

4a. Do you find by a preponderance of the evidence that Dell has directly and/or indirectly infringed claim 1 of the Agulnick '295 patent and/or that Microsoft has indirectly infringed claim 1 of the Agulnick '295 patent? (a "YES" answer is a finding for Lucent; a "NO" answer is a finding for Dell and/or Microsoft):

YES ✓    NO ___

4b. If you answered "YES" to Question 4a, please indicate whether you found infringement with respect to the following products for each Defendant. (Place a check mark in the appropriate box for each Defendant; a "YES" answer is a finding for Lucent; a "NO" answer is a finding for Dell and/or Microsoft):

|  | Microsoft | | Dell | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |
| Tablet PC Computers installed with Windows XP Tablet PC Edition Operating System | ✓ |  | ✓ |  |

////
////
////
////
////

# VALIDITY OF THE PATENTS

## Anticipation

5. Has Microsoft and/or Dell proven by clear and convincing evidence that any asserted claim of the patents is invalid because it is anticipated by a single prior art reference? (Place a check mark in the appropriate space; a "YES" answer is a finding for Microsoft and/or Dell; a "NO" answer is a finding for Multimedia Patent Trust and/or Lucent):

|  | YES | NO |
|---|---|---|
| Claim 12 of the Haskell '226 patent (U.S. Patent No. 4,958,226) |  | ✓ |
| Claim 1 of the Fleming '759 patent (U.S. Patent No. 4,439,759) |  | ✓ |
| Claim 19 of the Day '356 patent (U.S. Patent No. 4,763,356) |  | ✓ |
| Claim 21 of the Day '356 patent (U.S. Patent No. 4,763,356) |  | ✓ |
| Claim 1 of the Agulnick '295 patent (U.S. Patent No. 5,347,295) |  | ✓ |

## Obviousness

6. Has Microsoft and/or Dell proven by clear and convincing evidence that any asserted claim of the patents is invalid because, at the time of the invention, it would have been obvious to a person of ordinary skill in the art? (Place a check mark in the appropriate space; a "YES" answer is a finding for Microsoft and/or Dell; a "NO" answer is a finding for Multimedia Patent Trust and/or Lucent):

|  | YES | NO |
|---|---|---|
| Claim 12 of the Haskell '226 patent (U.S. Patent No. 4,958,226) | ✓ |  |
| Claim 1 of the Fleming '759 patent (U.S. Patent No. 4,439,759) |  | ✓ |
| Claim 19 of the Day '356 patent (U.S. Patent No. 4,763,356) |  | ✓ |
| Claim 21 of the Day '356 patent (U.S. Patent No. 4,763,356) |  | ✓ |
| Claim 1 of the Agulnick '295 patent (U.S. patent No. 5,347,295) |  | ✓ |

**DAMAGES**

Answer the following questions for each patent for which you have found at least one claim to be infringed and valid.

### Haskell '226 Patent (U.S. Patent No. 4,958,226)

7a.  What is the total reasonable royalty, if any, that Multimedia Patent Trust has shown by a preponderance of the evidence for Microsoft's infringement of the Haskell '226 patent?

Total damages:    $ __0_____

7b.  Did you include any amount for downloads of Microsoft Windows Media Player (versions 9, 10 and 11) with WMV-9 (VC-1) decoders, and, if so, what amount:

$ __0_____

7c.  If you used a royalty rate to calculate the total damages, what is the royalty rate used?

Royalty Rate __0_____ (per-unit rate in dollars and/or cents, or a percentage)

### Fleming '759 Patent (U.S. Patent No. 4,439,759)

8.  Has Lucent proved by a preponderance of the evidence that it provided Dell with pre-suit notice of its infringement of the Fleming '759 patent?

YES _____    NO __✓__

9a.  What is the total reasonable royalty, if any, that Lucent has shown by a preponderance of the evidence for Dell's infringement of the Fleming '759 patent?

Total Damages  $ __0_____

9b.  If you used a royalty rate to calculate the total damages, what is the royalty rate used?

Royalty Rate __0_____ (per-unit rate in dollars and/or cents, or a percentage)

### Day '356 Patent (U.S. Patent No. 4,763,356)

10.  Has Lucent proved by a preponderance of the evidence that it provided Dell with pre-suit notice of its infringement of the Day '356 patent?

YES __✓__    NO _____

11a. For each category of sales of Microsoft Money, Microsoft Outlook, and Windows Mobile listed below, what is the total reasonable royalty, (running royalty **OR** lump sum) if any, that Lucent has shown by a preponderance of the evidence for Microsoft's and/or Dell's infringement of the Day '356 patent?

(If running royalty)

i. Microsoft Money and computers pre-installed with Microsoft Money

Total damages for sales by Dell to its customers before Microsoft was on notice of the Day '356 patent:

$ 0   N/A

Total damages for sales by Dell after Microsoft was on notice of the Day '356 patent:

$ 0   N/A

Total damages for sales by Microsoft to customers other than Dell:

$ 0   N/A

(If running royalty)

ii. Microsoft Outlook and computers pre-installed with Microsoft Outlook

Total damages for sales by Dell to its customers before Microsoft was on notice of the Day '356 patent:

$ N/A

Total damages for sales by Dell after Microsoft was on notice of the Day '356 patent:

$ N/A

Total damages for sales by Microsoft to customers other than Dell:

$ N/A

(If running royalty)

iii. Microsoft Windows Mobile/Pocket PC and computer devices pre-installed with Windows Mobile/Pocket PC

Total damages for sales by Dell to its customers before Microsoft was on notice of the Day '356 patent:

$ N/A

Total damages for sales by Dell after Microsoft was on notice of the Day '356 patent:

$ N/A

Total damages for sales by Microsoft to customers other than Dell:

$ __N/A__

(If lump sum royalty)

iv. If you award a lump sum royalty for the '356 patent, what is the total reasonable royalty, if any, that Lucent has shown by a preponderance of the evidence for Microsoft's and/or Dell's infringement of the Day '356 patent?

a. Microsoft

Total Damages   $ __357,693,056.18__

b. Dell

Total Damages   $ __0  N/A__

11b. If you used a royalty rate to calculate the total damages for the products listed below, what is the royalty rate used:

i. Microsoft Money and computers pre-installed with Microsoft Money

Royalty Rate __N/A__ (per-unit rate in dollars and/or cents, or a percentage)

ii. Microsoft Outlook and computers pre-installed with Microsoft Outlook

Royalty Rate __N/A__ (per-unit rate in dollars and/or cents, or a percentage)

iii. Microsoft Windows Mobile/Pocket PC and computer devices pre-installed with Windows Mobile/Pocket PC

Royalty Rate __N/A__ (per-unit rate in dollars and/or cents, or a percentage)

12a. For sales of Quicken and computers pre-installed with Quicken, what is the total reasonable royalty, if any, that Lucent has shown by a preponderance of the evidence for Dell's infringement of the Day '356 patent?

Total Damages   $ __N/A__

12b. If you used a royalty rate to calculate the total damages, what is the royalty rate used?

Royalty Rate __N/A__ (per-unit rate in dollars and/or cents, or a percentage)

**Agulnick '295 Patent (U.S. Patent No. 5,347,295)**

13a.   For sales of Windows XP Tablet PC Edition and Tablet PCs installed with Windows XP Tablet PC Edition, what is the total reasonable royalty, if any, that Lucent has shown by a preponderance of the evidence for Microsoft's and/or Dell's infringement of the Agulnick '295 patent?

Total damages for sales by Dell:

$ 51,000

Total damages for sales by Microsoft to customers other than Dell:

$ 10,350,000

13b.   If you used a royalty rate to calculate the total damages, what is the royalty rate used?

Royalty Rate   N/A   (per-unit rate in dollars and/or cents, or a percentage)

## ADDITIONAL PATENT-RELATED DEFENSES

### Unenforceability

14.   For the following patents, has Microsoft and/or Dell proven by clear and convincing evidence that the applicant for the patent committed inequitable conduct during prosecution of the patent at the Patent and Trademark Office? (Place a check mark in the appropriate space; a "YES" answer is a finding for Microsoft and/or Dell; a "NO" answer is a finding for Multimedia Patent Trust or Lucent):

Haskell '226 patent (U.S. Patent No. 4,958,226)   YES____   NO __✓__

Fleming '759 patent (U.S. Patent No. 4,439,759)   YES____   NO __✓__

### Laches

15.   For the Haskell '226 patent, has Microsoft proven by a preponderance of the evidence that Multimedia Patent Trust is barred by laches from obtaining pre-suit damages from Microsoft? (Place a check mark in the appropriate space; a "YES" answer is a finding for Microsoft; a "NO" answer is a finding for Multimedia Patent Trust):

YES __✓__   NO____

16.   For the Fleming '759 patent, has Dell proven by a preponderance of the evidence that Lucent is barred by laches from obtaining pre-suit damages from Dell? (Place a check mark in the appropriate space; a "YES" answer is a finding for Dell; a "NO answer is a finding for Lucent):

YES____   NO __✓__

**COUNTERCLAIMS FOR TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

17. Has Microsoft proven by a preponderance of the evidence that Lucent tortiously interfered with Microsoft's prospective economic advantage? (Place a check mark in the appropriate space; a "YES" answer is a finding for Microsoft; a "NO" answer is a finding for Lucent):

YES_____  NO__✓__

18. What amount of damages, if any, did Microsoft suffer as a result of the tortious interference?

$___0   N/A_____

19. Has Dell proven by a preponderance of the evidence that Lucent tortiously interfered with Dell's prospective economic advantage? (Place a check mark in the appropriate space; a "YES" answer is a finding for Dell; a "NO" answer is a finding for Lucent):

YES_____  NO__✓__

20. What amount of damages, if any, did Dell suffer as a result of the tortious interference?

$___0   N/A_____

21. Does Dell's claim for tortious interference with prospective economic advantage against Lucent directly or indirectly damage Multimedia Patent Trust in violation of the settlement agreement between Dell and Multimedia Patent Trust?

YES__✓__  NO_____

**THE FOREPERSON SHOULD SIGN AND DATE BELOW TO INDICATE THAT THE JURY HAS REACHED A UNANIMOUS VERDICT ON THESE QUESTIONS.**

Date: 4/4/08

_____
JURY FOREPERSON