1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11

LUCENT TECHNOLOGIES, INC. and
MULTIMEDIA PATENT TRUST

CASE NO. 07-CV-2000-H (CAB)
consisting of matters severed from
the consolidated cases:

12

Plaintiffs and Counter-
Defendants,

CASE NO. 02-CV-2060-B (CAB)
CASE NO. 03-CV-0699-B (CAB)
CASE NO. 03-CV-1108-B (CAB)

13

14

vs.

JUDGMENT

15

GATEWAY, INC., *et al.*

16

Defendants and Counterclaimants.

17

and

18

MICROSOFT CORPORATION,

19

Intervenor and Counterclaimant

20

21

AND RELATED CLAIMS

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

The jury returned a special verdict in this case on April 4, 2008. (Doc. No. 735.) On April 28, 2008, the Court entered an order regarding the award of prejudgment interest. (Doc. No. 754.) On June 19, 2008, the Court ruled on the post-trial motions and matters tried to the bench. In accordance with these determinations and all relevant proceedings to date,

IT IS ORDERED AND ADJUDGED THAT:

United States Patent Number 4,763,356 (Day '356)

Lucent provided Dell with pre-suit notice of its alleged infringement of the Day '356 patent. Microsoft infringed claim 19 of the Day '356 patent, with respect to the accused versions of Microsoft Money, Microsoft Outlook, and Windows Mobile. Microsoft infringed claim 21 of the Day '356 patent, with respect to the accused versions of Windows Mobile. Dell did not infringe claims 19 or 21 of the '356 patent. Claims 19 and 21 of the Day '356 patent are not invalid. The Court enters judgment for Lucent against Microsoft in the amount of $357,693,056.18, plus prejudgment interest of $139,545,657,[1] for Microsoft's infringement of the Day '356 patent in this case.

United States Patent Number 5,347,295 (Agulnick '295)

Microsoft and Dell infringed claim 1 of the Agulnick '295 patent, with respect to Tablet PC computers installed with the Windows XP Tablet PC Edition operating system. Claim 1 of the Agulnick '295 patent is not invalid. The Court enters judgment for Lucent against Microsoft in the amount of $10,350,000, plus prejudgment interest of $4,037,807,[2] for Microsoft's infringement of the Agulnick '295 patent in this case. The Court enters judgment for Lucent against Dell in the amount of $51,000, plus

---

[1] In accordance with the parties' calculations, this includes $138,672,525 through June 6, 2008, plus $67,164 per day for June 7, 2008, through June 19, 2008. (See Joint Notice Regarding Prejudgment Interest Calculations ("Joint Notice re Interest"), Doc. No. 801.)

[2] In accordance with the parties' calculations, this includes $4,012,548 through June 6, 2008, plus $1,943 per day for June 7, 2008, through June 19, 2008. (See Joint Notice re Interest.)

1   prejudgment interest of $19,592,[3] for Dell's infringement of the Agulnick '295 patent
2   in this case.

3         United States Patent Number 4,958,226 (Haskell '226)

4         Microsoft did not infringe claim 12 of the Haskell '226 patent, with respect to
5   the various accused products installed with MPEG-1, MPEG-2, or VC-1 decoders.
6   Claim 12 of the Haskell '226 patent is not invalid.  The Court finds no inequitable
7   conduct in the prosecution of the Haskell '226 patent.  The doctrine of laches does not
8   limit Mutimedia Patent Trust's ("MPT") assertion of the Haskell '226 patent against
9   Microsoft.  For the Haskell '226 patent, the Court enters judgment in favor of
10   Microsoft against MPT.

11         United States Patent Number 4,439,759 (Fleming '759)

12         Lucent did not provide Dell with pre-suit notice of its alleged infringement of
13   the '759 patent.  Dell did not infringe claim 1 of the Fleming '759 patent, with respect
14   to Dell computers sold between October 20, 1998, and May 19, 2001, that included a
15   version of the Windows operating system.  Claim 1 of the Fleming '759 patent is not
16   invalid.  The Court finds no inequitable conduct in the prosecution of the Fleming '759
17   patent.  The doctrine of laches does not limit Lucent's assertion of the Fleming '759
18   patent against Dell.  For the Fleming '759 patent, the Court enters judgment in favor
19   of Dell against Lucent.

20         Counterclaims

21         The Court enters judgment for Lucent on Microsoft's counterclaim for tortious
22   interference with prospective economic advantage.  The Court enters judgment for
23   Lucent on Dell's counterclaim for tortious interference with prospective economic
24   advantage.

25         Costs and Further Interest

26         The Court awards costs and postjudgment interest to the prevailing party as
27   provided by law.

28

---

[3]In accordance with the parties' calculations, this includes $19,462 through June 6, 2008, plus $10 per day for June 7, 2008, through June 19, 2008.  (See Joint Notice re Interest.)

07cv2000

1   <u>Summary of Infringement Liability</u>

2   Totaling the infringement awards stated above,

3   (1) Microsoft is liable to Lucent in the amount of $511,626,520.18;[4] and

4   (2) Dell is liable to Lucent in the amount of $70,592;

5   plus costs and postjudgment interest as provided by law.

6

7   DATED:  June 19, 2008

8   MARILYN L. HUFF, District Judge
9   UNITED STATES DISTRICT COURT

10  COPIES TO:
    All parties of record.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[4]This includes infringement damages and prejudgment interest of $497,238,713.18 for the '356 patent and $14,387,807 for the '295 patent.

- 4 -