David A. Hahn (SBN 125784)
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101

Attorneys for *Lucent Technologies Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener and Counter-claimant, | CASE NO. 07-CV-2000-H (CAB)<br>consisting of matters severed from consolidated cases:<br>CASE NO. 02-CV-2060-B (CAB)<br>CASE NO. 03-CV-0699-B (CAB)<br>CASE NO. 03-CV-1108-B (CAB)<br><br>**JOINT MOTION TO VACATE** |
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br>v.<br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant. | |
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff,<br>v.<br>DELL INC.,<br><br>Defendant. | |

Case No. 07-CV-2000-H (CAB)

K&E 14413360.1

The parties hereby jointly move the Court to vacate the March 8, 2007 Opinion and Order Granting Summary Adjudication of No Infringement of U.S. Patent No. 5,347,295.  (Exh. A, attached hereto.)

By order of the Court of Appeals for the Federal Circuit on May 19, 2009, those portions of this action relating to U.S. Patent 5,347,295 and on appeal to the Federal Circuit have been remanded to this Court for further proceedings.  (Exh. B., attached hereto.)  Before remand, the claim-construction aspects of this Court's March 8, 2007 Opinion and Order Granting Summary Adjudication of No Infringement of U.S. Patent No. 5,347,295 were the subject of the issues on appeal between Lucent and Dell.[1]  Lucent and Dell have now settled their dispute, but the settlement includes a provision whereby the parties will seek vacatur of the above-mentioned Order including the claim-construction aspects of that Order.  Under Federal Rule of Civil Procedure 60(b), and in the interest of furthering settlement, Lucent and Dell jointly request that the Court grant this motion to vacate the March 8, 2007 Opinion and Order.

Respectfully submitted,

Dated:  May 27, 2009                                KIRKLAND & ELLIS LLP

                                                    By:  s/ Michael Stadnick
                                                         Michael Stadnick

                                                    Attorneys for Lucent Technologies Inc.

---

[1] On December 11, 2008, Microsoft and Lucent settled their disputes concerning U.S. Patent 5,347,295.  Therefore, the remaining issues concerning that patent relate solely to Dell and Lucent.

1
2
3   Dated: May 27, 2009                    ARNOLD PORTER LLP
4
                                           By: s/ Joseph Micallef
5                                              Joseph Micallef

6                                          Attorneys for Dell, Inc.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

K&E 14413360.1