# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.; and MULTIMEDIA PATENT TRUST,<br><br>  Plaintiffs and Counterclaim-defendants,<br><br>  vs.<br><br>GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; GATEWAY COMPANIES, INC.; GATEWAY MANUFACTURING LLC; and COWABUNGA ENTERPRISES, INC.,<br><br>  Defendants and Counter-claimants,<br><br>  and<br><br>MICROSOFT CORPORATION,<br><br>  Intervener and Counter-claimant,<br>_____<br>MICROSOFT CORPORATION,<br><br>  Plaintiff,<br><br>  vs.<br><br> LUCENT TECHNOLOGIES INC.,<br><br>  Defendant,<br>_____<br>LUCENT TECHNOLOGIES INC.; and MULTIMEDIA PATENT TRUST,<br><br>  Plaintiff,<br><br>  vs.<br><br>DELL INC.<br><br>  Defendant. | **CASE NO. 07-CV-02000-H (CAB) consisting of consolidated matters severed from consolidated cases:**<br>**CASE NO. 02-CV-02060-B (CAB)**<br>**CASE NO. 03-CV-00699-B (CAB)**<br>**CASE NO. 03-CV-01108-B (CAB)**<br><br>**ORDER REQUESTING BRIEFING & SCHEDULING HEARING** |

1    On May 28, 2009, Lucent Technologies, Inc. and Dell Inc. filed a joint motion to vacate
2 this Court's March 8, 2007 Order Granting Summary Adjudication of No Infringement of U.S.
3 Patent No. 5,347,295 (Doc. No. 1226 in Case No. 02-CV-02060-B (CAB)), following the
4 United States Court of Appeals for the Federal Circuit's remand of the case to this Court for
5 consideration of the joint request for vacatur.  (Doc. No. 949.)  The Court proposes the
6 following order granting the parties' joint motion:

7    On May 19, 2009, the United States Court of Appeals for the Federal
8    Circuit remanded this case to this Court to permit consideration of a joint request
9    for vacatur. (Doc. No. 949, Ex. B.)  On May 28, 2009, Lucent Technologies,
10   Inc. and Dell Inc. filed a joint motion to vacate this Court's March 8, 2007 Order
11   Granting Summary Adjudication of No Infringement of U.S. Patent No.
12   5,347,295 (Doc. No. 1226 in Case No. 02-CV-02060-B (CAB)), as Lucent and
13   Dell have reached a settlement containing a provision whereby the parties will
14   seek vacatur of the Court's March 8, 2007, including the claim-construction
15   aspects of the Order.  (Doc. No. 949.)  The Court, pursuant to Federal Rule of
16   Civil Procedure 60(b), grants the parties' joint motion and vacates the Court's
17   March 8, 2007 Order Granting Summary Adjudication of No Infringement of
18   U.S. Patent No. 5,347,295.

19   If any party wishes to comment or object to the Court's proposed order, it may do so
20 on or before June 15, 2009.  The Court schedules a hearing to spread the mandate on July 6,
21 2009 at 10:30 a.m. in courtroom 13.  Parties may appear telephonically at the hearing with
22 prior notice to the Court.

23   **IT IS SO ORDERED.**

24 DATED: June 5, 2009

26                                     _____
                                        MARILYN L. HUFF, District Judge
                                        UNITED STATES DISTRICT COURT

27 COPIES TO:
28
All parties of record, including terminated parties.