# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.; and MULTIMEDIA PATENT TRUST,<br><br>      Plaintiffs and Counterclaim-defendants,<br><br>   vs.<br><br>GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; GATEWAY COMPANIES, INC.; GATEWAY MANUFACTURING LLC; and COWABUNGA ENTERPRISES, INC.,<br><br>      Defendants and Counter-claimants,<br><br>   and<br><br>MICROSOFT CORPORATION,<br><br>      Intervener and Counter-claimant,<br>_____<br><br>MICROSOFT CORPORATION,<br><br>      Plaintiff,<br><br>   vs.<br><br> LUCENT TECHNOLOGIES INC.,<br><br>      Defendant,<br>_____<br><br>LUCENT TECHNOLOGIES INC.; and MULTIMEDIA PATENT TRUST,<br><br>      Plaintiff,<br><br>   vs.<br><br>DELL INC.<br><br>      Defendant. | **CASE NO. 07-CV-02000-H (CAB)**<br>**consisting of consolidated matters severed from consolidated cases:**<br>**CASE NO. 02-CV-02060-B (CAB)**<br>**CASE NO. 03-CV-00699-B (CAB)**<br>**CASE NO. 03-CV-01108-B (CAB)**<br><br>**ORDER GRANTING JOINT MOTION TO VACATE** |

On May 19, 2009, the United States Court of Appeals for the Federal Circuit remanded this case to this Court to permit consideration of a joint request for vacatur. (Doc. No. 949, Ex. B.) On May 28, 2009, Lucent Technologies, Inc. and Dell Inc. filed a joint motion to vacate this Court's March 8, 2007 Order Granting Summary Adjudication of No Infringement of U.S. Patent No. 5,347,295 (Doc. No. 1226 in Case No. 02-CV-02060-B (CAB)), as Lucent and Dell have reached a settlement containing a provision whereby the parties will seek vacatur of the Court's March 8, 2007, including the claim-construction aspects of the Order. (Doc. No. 949.) The Court held a hearing on the joint motion to vacate and to spread the mandate on July 6, 2009. Robert Appleby and Michael Stadnick appeared telephonically on behalf of Lucent. James Blackburn appeared telephonically on behalf of Dell. Lara Garner appeared telephonically on behalf of Microsoft.

The Court, pursuant to Federal Rule of Civil Procedure 60(b), grants the parties' joint motion and vacates the Court's March 8, 2007 Order Granting Summary Adjudication of No Infringement of U.S. Patent No. 5,347,295 (Doc. No. 1226 in Case No. 02-CV-02060-B (CAB)), including the claim construction aspects of the March 8, 2007 Order.

**IT IS SO ORDERED.**

DATED: July 6, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

All parties of record, including terminated parties.