NUNC PRO TUNC

2008-1485, -1486, -1487, 1495

JUL 0 6 2009

FILED
JUL 1 0 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *AKK* DEPUTY

In The United States Court of Appeals
For The Federal Circuit

LUCENT TECHNOLOGIES, INC.,
    *Plaintiff/Counterclaim Defendant-*
    *Cross Appellant*

and

LUCENT TECHNOLOGIES GUARDIAN I LLC,
    *Counterclaim Defendant,*

and

MULTIMEDIA PATENT TRUST,
    *Plaintiff/Counterclaim Defendant,*

v.

GATEWAY, INC., GATEWAY COUNTRY STORES LLC,
GATEWAY COMPANIES, INC., COWABUNGA ENTERPRISES, INC.,
AND GATEWAY MANUFACTURING LLC,
    *Defendants/Counterclaimants,*

and

DELL, INC.,
    *Defendant/Counterclaimant -*
    *Appellant,*

and

MICROSOFT CORPORATION,
    *Defendant/Counterclaimant -*
    *Appellant.*

Appeals from the United States District Court for the Southern District of California
in case no. 07-CV-2000, Judge Marilyn L. Huff.

ORDER FOR REMAND TO PERMIT
CONSIDERATION OF JOINT REQUEST FOR VACATUR

Upon consideration of the Joint Motion for Remand to District Court to Permit Consideration of Joint Request for Vacatur, it is ORDERED that the motion is GRANTED, and that those portions of these appeals that relate to U.S. Patent No. 5,347,295 are remanded to the United States District Court for the Southern District of California for consideration of a joint motion by Lucent and Dell for vacatur of certain judgments, orders and decisions relating to claim construction and summary judgment.

FOR THE COURT

Date: May 19, 2009



JAN HORBALY
Clerk

**COPIES MAILED TO COUNSEL**

ISSUED AS A MANDATE AS TO 2008-1486 only

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 19 2009

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 5/19/09