# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>MICROSOFT CORPORATION,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 07-CV-2000 H (CAB)<br><br>**SCHEDULING ORDER REGARDING LUCENT'S MOTION FOR SANCTIONS** |

On March 28, 2011, Plaintiff Lucent Technologies, Inc. filed a motion for sanctions. (Doc. No. 1199.) A motion hearing is currently set for May 16, 2011 at 10:30 a.m. The Court vacates this hearing date and resets the hearing for **May 16, 2011** at **3:00 p.m.**

**IT IS SO ORDERED.**

DATED: May 3, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT