Juanita R. Brooks, brooks@fr.com, (SBN 75934)
Roger A. Denning, denning@fr.com, (SBN 228998)
Michael M. Rosen, rosen@fr.com, (SBN 230964)
Frank J. Albert, albert@fr.com, (SBN 247741)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
Telephone:     (858) 678-5070
Facsimile:     (858) 678-5099

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 07-CV-2000 H (CAB) <br> consolidated cases: <br> 03-CV-0699 B (CAB) <br> 03-CV-1108 B (CAB) <br> 02-CV-2060 B (CAB) <br><br> **MICROSOFT CORPORATION'S PROPOSED VOIR DIRE AND REQUEST FOR ATTORNEY CONDUCTED FOLLOW-UP VOIR DIRE** <br><br> Trial Date:     July 14, 2011 <br> Courtroom:    13, Fifth Floor <br> Honorable Marilyn L. Huff |

I.   **GENERAL**

   1.   Since filling out the questionnaire in this case, have any of your answers changed? If so, in what way?

II.   **FAMILIARITY WITH THE CASE, PARTIES AND WITNESSES**

   1.   The Plaintiff in this case is Alcatel-Lucent Technologies Inc. The Defendant is Microsoft Corporation. Since filling out the questionnaire, have any of you read or heard anything about any of the parties in this case?

   2.   After hearing the names of the parties in this case, do any of you think you may already lean more toward one party in this case than the other?

   3.   Has anyone formed an opinion or discussed your opinions about the parties in this case? If so, what were those opinions you formed or discussed?

III.   **PRIOR EXPERIENCES**

   4.   Have any of you ever participated in a mediation?
   5.   Have any of you ever participated in a negotiation?
   6.   Have any of you ever participated in licensing discussions?
   7.   Do any of you have a background in economics?
   8.   How many of you use Outlook?
   9.   How many of you use Outlook for e-mail?
   10.  How many of you use Outlook for scheduling appointments?
   11.  How many of you use Outlook for scheduling tasks?

IV.   **ATTORNEY CONDUCTED VOIR DIRE**

   It is respectfully requested that the parties be allowed limited attorney conducted voir dire to follow-up on answers given by the prospective jurors on the juror questionnaire or answers given in open court to questions posed by the Court.

1 | Dated: July 6, 2011

FISH & RICHARDSON P.C.

By: /s/ Juanita R. Brooks
　　　Juanita R. Brooks (SBN 75934)
　　　brooks@fr.com

Attorneys for Defendant
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 6, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    /s/ Juanita R. Brooks
Juanita R. Brooks
brooks@fr.com

Attorney for Defendant
MICROSOFT CORPORATION

11120593.doc