**LUCENT TECHNOLOGIES INC. V. MICROSOFT CORP.**
Case No. 07-CV-2000-H (CAB)

**INDEX OF EXHIBITS TO LUCENT'S OPPOSITION TO MICROSOFT'S MOTION *IN LIMINE* NO. 17**

**July 7, 2011**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A (pgs. 1-6) | Matthews Annotated Patent Digest, ANPATDIG § 30:89.50 |
| B (pgs. 7-10) | Meyer, Christine Siegwarth and David Blackburn, "25 Percent, 50 Percent…What's In a Number?" Law 360 (June 21, 2011) |
| C (pgs. 11-26) | Rubinstein, A., "Perfect Equilibrium in a Bargaining Model," Econometrica, 50:97-110 (1982) |
| D (pgs. 27-33) | *Lear Automotive Dearborn, Inc. v. Johnson Controls, Inc.*, 2011 WL 218948 (E.D. Mich. Jan. 20, 2011) |
| E (pgs. 34-41) | *Mondis Tech., LTD. v. LG Elec., Inc.*, 2011 WL 2417367 (E.D. Tex. June 14, 2011) |
| F (pgs. 42-53) | *Sanofi-Aventis Deutschland GMBH et al. v. Glenmark Pharms Inc., USA et al.*, 2011 WL 383861 (D. N.J. Feb. 3, 2011) |