# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br>vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | CASE NO. 07-CV-2000 H (CAB)<br><br>**ORDER REGARDING COURT'S ORDER ON LUCENT'S MOTION IN LIMINE NO. 1 AND NO. 3 REGARDING TESTIMONY OF WILLIAM KENNEDY AND PROFESSOR MNOOKIN** |

Previously, the Court granted Lucent's motion to preclude William Kennedy and Professor Mnookin from testifying about their $5 million valuation for an unrestricted license and $2 million valuation for a restricted license to the Day patent technology. (Doc. No. 1285.) Following the testimony of Lucent's damages expert Raymond Sims concerning the Microsoft records and the Book of Wisdom, Microsoft may, if it chooses, move for reconsideration to permit William Kennedy and Microsoft's valuation expert, Professor Mnookin, to testify that Microsoft would have paid $5 million for an unrestricted license and $2 million for a restricted license to the Day patent technology. If Microsoft chooses to file

///
///
///
///

1 a motion, it is directed to so on or before **July 22, 2011**.  Lucent may oppose the request on
2 or before **July 25, 2011**.

3     **IT IS SO ORDERED.**

4 Dated: July 20, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 2 -

07cv2000