ORIGINAL

**FILED**
JUL 2 9 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | CASE NO. 07-CV-2000 H (CAB) <br><br> SPECIAL VERDICT |

What is the lump-sum reasonable royalty that you find Lucent has proved by a preponderance of the evidence for Microsoft's infringement of the Day patent from January 13, 2003 to December 11, 2006 for Microsoft Outlook (versions 2000, 2002, and 2003); Microsoft Money (versions 2000 through 2006); and Windows Mobile (versions Pocket PC 2000, 2002, and 2003, Windows Mobile 2003, and Windows Mobile 5)?

$ 70,000,000.00

Dated: 29 AUGUST 2011

_____
Foreperson   John K. Robinson +