```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF CALIFORNIA
 3

 4  LUCENT TECHNOLOGIES, INC.,  )  Case No. 07CV2000-H(CAB)
    et al.,                     )
 5                              )  San Diego, California
              Plaintiffs,       )
 6                              )  Friday,
    vs.                         )  July 29, 2011
 7                              )  9:00 a.m.
    GATEWAY, INC., et al.,      )
 8                              )
              Defendants.       )
 9  _____)  VOLUME VII

10
                       TRANSCRIPT OF TRIAL
11            BEFORE THE HONORABLE MARILYN L. HUFF
            UNITED STATES DISTRICT JUDGE, and a jury
12
    APPEARANCES:
13
    For Lucent Technologies:     JEANNE M. HEFFERNAN, ESQ.
14                               Kirkland & Ellis LLP
                                 153 East 53rd Street
15                               New York, New York 10022
                                 (212) 446-4800
16
                                 LUKE L. DAUCHOT, ESQ.
17                               Kirkland & Ellis LLP
                                 333 South Hope Street
18                               Los Angeles, California 90071
                                 (213) 680-8348
19
    For Microsoft Corporation:   JUANITA R. BROOKS, ESQ.
20                               ROGER DENNING, ESQ.
                                 Fish & Richardson
21                               12390 El Camino Real
                                 San Diego, California  92130
22                               (858) 678-5070

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

```
                                                         VII-ii
 1  Transcript ordered by:      LUKE L. DAUCHOT, ESQ.

 2  Court Recorder:             Lynnette Lawrence
                                United States District Court
 3                              940 Front Street
                                San Diego, California  92101
 4
    Transcriber:                Jordan Keilty
 5                              Echo Reporting, Inc.
                                6336 Greenwich Drive
 6                              Suite B
                                San Diego, California  92122
 7                              (858) 453-7590

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                          VII-1
 1    LOS ANGELES, CALIFORNIA FRIDAY, JULY 29, 2011 9:00 A.M.
 2                         --oOo--
 3       (Call to order of the Court.)
 4           THE COURT:  The jury has a verdict.  We'll bring
 5  them out.
 6       (Jury enters courtroom.)
 7           THE COURT:  Good afternoon.  I understand that
 8  you've reached a verdict, is that correct?
 9           JUROR ROBINSON:  Yes.
10           THE COURT:  You may hand it to my bailiff.
11       (Pause.)
12           THE CLERK:  "United States District
13           Court Southern District of California,
14           Lucent Technologies, Inc., Plaintiff,
15           versus Microsoft Corporation, Defendant,
16           Case Number 07-CV-2000-H-CAV, special
17           verdict:  What is the lump sum
18           reasonable royalty that you find Lucent
19           has proved by a preponderance of the
20           evidence for Microsoft's infringement of
21           the Day patent from January 13, 2003 to
22           December 11, 2006, for Microsoft Outlook
23           Versions 2000, 20002 and 2003, Microsoft
24           Money Versions 2000 through 2006, and
25           Windows Mobile Versions Pocket PC 2000,
```

```
                                                     VII-2
 1           2002 and 2003, Windows Mobile 2003 and
 2           Windows Mobile 5?  Seventy Million
 3           dollars.  Dated 29 August 2011, signed
 4           John K. Robinson, Foreperson."
 5           Ladies and gentlemen of the jury, is this your
 6  verdict as presented and read, the verdict of each of you,
 7  so say you all?
 8           JURORS:  Yes.
 9           THE COURT:  We'll poll the jury.
10           THE CLERK:  Barbara Forester, is this your verdict
11  as presented and read?
12           JUROR FORESTER:  Yes.
13           THE CLERK:  Bo Fitzsimmons, is this your verdict
14  as presented and read?
15           JUROR FITZSIMMONS:  Yes.
16           THE CLERK:  Kenneth Bullock, is this your verdict
17  as presented and read?
18           JUROR BULLOCK:  Yes.
19           THE CLERK:  John K. Robinson, is this your verdict
20  as presented and read?
21           JUROR ROBINSON:  Yes.
22           THE CLERK:  Rhina Halverson, is this your verdict
23  as presented and read?
24           JUROR HALVERSON:  Yes.
25           THE CLERK:  Patricia Mullen, is this your verdict
```

as presented and read?

JUROR MULLEN: Yes.

THE CLERK: And Betty Alexa Miller, is this your verdict as presented and read?

JUROR MILLER: Yes, it is.

THE CLERK: Your Honor, the jury's been polled.

THE COURT: Thank you.

And are there any other questions that you wish posed to the jury?

MS. BROOKS: No, your Honor.

MR. DAUCHOT: No, your Honor.

THE COURT: All right. Thank you.

I do want to congratulate you on the service that you've given. This is a very interesting case with interesting legal issues that are developing in the Federal Circuit. The previous jury had reached a verdict of $358,000,000, and the Federal Circuit said that's way too much and contrary to the law. So they sent it back with instructions for the Court to, one, have a potential survey, some additional evidence, and some other matters because under the law you can't use the entire product. You have to separate a value, only the patented feature. So that's the competing issue that the parties have then presented to you.

And so I do want to thank you for your time and attention, and now you're free to speak to the lawyers about

VII-4

1  the case.  Whatever you say should be truthful and honest
2  because it may be used by one side or the other for purposes
3  of post-trial motions that I do expect in the case.
4           So thank you very much for your time.  You do need
5  to check out with the jury people across the way.  And then,
6  Mr. Bullock, you're free to then go to your new job, and
7  congratulations to you as well.
8           JUROR BULLOCK:  Thank you.
9           THE COURT:  Thank you.
10      (Jury exits courtroom.)
11          THE COURT:  If you wish, you can go outside if you
12  wish and then come back in.
13          MR. DENNING:  Thank you, your Honor.
14          THE COURT:  If you want, you can go out there, and
15  then do we need any dates for post-trial motions?
16          MS. BROOKS:  We will, your Honor.
17          THE COURT:  Do you need to extend the time?
18          MS. BROOKS:  Perhaps we could do that now and
19  then --
20          THE COURT:  Under the procedures, do you extend
21  the time?
22          MS. BROOKS:  We would ask for the time to be
23  extended, yes.
24          THE COURT:  And is that recognized in civil cases,
25  do you know?

```
                                                           VII-5
 1           MS. BROOKS:  I believe so, yes.
 2           MR. DAUCHOT:  Well, I think on the JMOL, I think
 3   that the date is set, and what we typically -- well, not
 4   typically.  I should say what I've seen done before is where
 5   the parties files the motion and then the Court grants the
 6   party additional time to file the motion or the memo in
 7   support, but I leave that to your Honor.
 8           MS. BROOKS:  We will do that, your Honor.
 9           THE COURT:  You'll do it?
10           MS. BROOKS:  Yes.
11           THE COURT:  All right.  Well, thank you.  So I do
12   anticipate that there will be some additional motions for
13   the Court to then decide.
14           So you're free to go.  Thank you very much.
15           ALL:  Thank you, your Honor.
16           THE CLERK:  Please retain your exhibits.
17      (Proceedings concluded.)
18
19
20
21
22
23
24
25
```

*Echo Reporting, Inc.*

VII-6

1      I certify that the foregoing is a correct
2 transcript from the electronic sound recording of the
3 proceedings in the above-entitled matter.
4
5 /s/Jordan Keilty                 8/1/11
  Transcriber                      Date
6
  FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
7
8 /s/L.L. Francisco
  L.L. Francisco, President
9 Echo Reporting, Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25