IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., § § § Plaintiff § v. § § § MICROSOFT CORPORATION, § § Defendant § § . § | Case No. 07-CV-2000-H (CAB) **JURY TRIAL DEMANDED** Hon. Marilyn L. Huff |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED, by and among Plaintiff, Lucent Technologies Inc. ("Lucent") and Defendant, Microsoft Corporation ("Microsoft"), through their counsel of record and subject to the approval of the Court that:

(1)     All claims between Lucent and Microsoft relating to U.S. Patent No. 4,763,356, as well as all counterclaims thereto between Lucent and Microsoft, shall be dismissed with prejudice; and

(2)     Lucent and Microsoft shall each bear their own costs and attorney's fees.

Dated: January 13, 2012

 /s/    Luke L. Dauchot                                    /s/   Roger A. Denning

Luke L. Dauchot                                         Roger A. Denning
KIRKLAND & ELLIS LLP                         FISH & RICHARDSON
333 South Hope Street                               12390 El Camino Real
Los Angeles, California 90071                   San Diego, CA 92130
(213) 680-8400                                           (858) 678-5070

ATTORNEYS FOR PLAINTIFF               ATTORNEYS FOR DEFENDANT
LUCENT TECHNOLOGIES INC.           MICROSOFT CORPORATION