# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., <br><br> Plaintiff, <br> vs. <br> MICROSOFT CORPORATION, <br><br> Defendant. | CASE NO. 07-CV-2000 H (CAB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

On January 13, 2012, the parties filed a joint motion to dismiss with prejudice. (Doc. No. 1488.) The Court, for good cause shown, GRANTS the parties' joint motion to dismiss. Specifically, the Court dismisses with prejudice all claims between Plaintiff Lucent Technologies, Inc. and Defendant Microsoft Corporation relating to U.S. Patent No. 4,763,356, as well as all counterclaims thereto between Lucent and Microsoft. Each party must bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: January 17, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT